# EXHIBIT A

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | __Hours__ |
|---|---|---|---|
| 12/03/01 | BB | Analyze and cross reference defendant's admissions against requests for admissions, proof chart and revise chart of admissions per request for Mr. Hughes (4.9 hrs.); prepare email memo to Mr. Hughes re analysis and prepared charts (1.0 hrs.); read, analyze and prepare outline of key 1992 deposition transcript for Mr. Hughes (2.4 hrs.). | 8.30 |
|  | NAB | Review and cross reference expert Brown's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (5.2 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Chapman, Costa, Coop, Schmiermund and Valera that have already been referenced by Brown (1.8 hrs.) | 7.50 |
|  | WH | Conferences with Dr. Goad and staff hydrogeologist re swale upgrade/sampling issue (.8 hrs.); prepare site access letter for Ms. | 7.30 |

W. R. Grace & Co.                                                                                            Page    2

                                                                                                             **Hours**

|          |     |                                                                                                                                                                                                                                                                                                                   |      |
|----------|-----|-----|------|
|          |     | Newbold and confer with her re same (.6 hrs.); collect trial exhibits and work on database of trial exhibits and cross-examination materials (5.5 hrs.); conferences with paralegals re collecting/reviewing documents (.8 hrs.). | |
| 12/04/01 | BB  | Collect and prepare 8/00 RI report for incorporation on designated trial exhibit list (.4 hrs.); continue preparation of outline of key information of 1992 Wong deposition transcript for Mr. Hughes (2.1 hrs.). | 2.50 |
|          | AP  | Review D.N.J. and 3rd Circuit cases regarding privilege or work product protection for prior consulting work of litigation expert. | 1.00 |
|          | NAB | Review and cross reference expert Chapman's list of documents relied upon in preparing his expert report to that of experts Coop, Costa and Davis to eliminate duplicate trial exhibits (6.3 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.) | 6.60 |
|          | WH  | Conference with Gayle Koch re payment issue and NCP trial prep matters (.5 hrs.); prepare message to Ms. Elder and Mr. Senftleben re Costa payment issue (.3 hrs.); conduct legal research and review transcripts in connection with preparing motions to exclude Honeywell experts (2.6 hrs.); work on selected matters relating to pretrial order (2.5 hrs.); work on cross-examination materials for Honeywell experts (2.3 hrs.). | 8.20 |
| 12/05/01 | CHM | Review and negotiate petition to lift stay; conference with client; meeting with ICO re Grace defendants' Answer. | 5.20 |
|          | BB  | Collect, organize and prepare experts' outstanding invoices for Mr. Hughes (.8 hrs.); analyze correspondence between NJDEP and defendant re site sampling results and upgrade of north swale, and update and proof chart of analysis and collected correspondence for Mr. | 5.00 |

W. R. Grace & Co.                                                                                  Page   3

                                                                                                  **Hours**

|            |      |                                                                                           |       |
|------------|------|-------------------------------------------------------------------------------------------|-------|
|            |      | Hughes (3.9 hrs.); proof, verify and supplement chart of defendant's admissions (.5 hrs.). |       |
| 12/05/01   | AP   | Research relating to privilege or work product protection for prior consulting work of testifying expert. | 2.00  |
|            | NAB  | Review and cross reference expert Chapman's list of documents relied upon in preparing his expert report to that of experts Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (4.1 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Costa, Coop, Kanter, Schmiermund and Valera that have already been referenced by Chapman (1.8 hrs.). | 7.50  |
|            | WH   | Conferences with Ms. Newbold, Dr. Goad and plaintiffs' counsel re site sampling issues (1.2 hrs.); review deposition transcripts and work on cross-examination materials re Honeywell experts in preparation for trial (6.6 hrs.); legal research re in limine motion (.6 hrs.); conference with Ms. Banks re assignments (.4 hrs.). | 8.80  |
| 12/06/01   | BB   | Analyze chart of defendants' admissions, organize into categories and revise chart accordingly for Mr. Hughes (2.8 hrs.); continue cross-referencing and verification of designated trial exhibits against exhibits list (1.5 hrs.); review and verify designated trial exhibits and prepare for incorporation on exhibits list (2.2 hrs.); continue preparation of outline of pertinent information from key 1992 deposition transcript for Mr. Hughes (.5 hrs.). | 7.00  |
|            | NAB  | Review and cross reference expert Costa's list of documents relied upon in preparing his expert report to that of experts Coop and Kanter to eliminate duplicate trial exhibits (4.3 hrs.); add findings to reference list of duplicate documents | 5.00  |

W. R. Grace & Co.                                                                                               Page    4

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | to be pulled from boxes of potential exhibits (.7 hrs.). |  |
| 12/06/01 | WH | Conference with Ms. Banks re preparing table reflecting all Honeywell admissions (.3 hrs.); review and revise draft table re admissions (.6 hrs.); review and designate deposition transcrips for pretrial order (6.3 hrs.); review materials from Mr. Golloday re site remediation/excavation issue (.7 hrs.); conference with Mr. Marraro and Ms. Pelletier re case issues (.5 hrs.). | 8.40 |
| 12/07/01 | WH | Conferences with Dr. Goad re swale discharge issue and review photos from Ms. Newbold re same (.9 hrs.); conference with Mr. Marraro re photos and site sampling issue (.3 hrs.); review correspondence from SI Group re payment and confer with Ms. Golliday re same (.5 hrs.); work on various matters re pretrial order and designation of trial exhibits (3.7 hrs.); conference with Dr. Goad's staff re trial prep issues and status of assignments (.7 hrs.); review and designate as exhibits selected documents received from Dr. Goad (2.2 hrs.). | 8.30 |
|  | CHM | Work on demonstrative exhibits (5.0 hrs.); conference with client (.6 hrs.); conference with Lowenstein (.5 hrs.). | 6.10 |
|  | NAB | Quality check copies of "Comments of ECARG, Inc. on Honeywell's Study..." (.9 hrs.); review and cross reference expert Costa's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (3.1 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Coop, Kanter, Schmiermund and Valera that have already been referenced by Costa (.8 hrs.); review and cross reference expert Coop's list of documents relied upon in preparing his expert report to that of experts | 6.80 |

W. R. Grace & Co. Page 5

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (1.3 hrs.) |  |
| 12/07/01 | BB | Read and analyze new correspondence and prepare for incorporation into case files (.8 hrs.); collect and prepare 1986 letter for trial exhibit review for Mr. Hughes (.4 hrs.); research and resolve issues regarding collected documents reviewed for trial exhibits for Mr. Hughes (1.2 hrs.); verify and prepare additional designated documents for exhibits list (.8 hrs.). | 3.20 |
| 12/10/01 | RLS | Office conference with Mr. Hughes regarding review of depositions of Joseph Szatmary and Dan Swallick from AlliedSignal v. Abeille-Paix (.2 hrs.); begin review of depositions (3.5 hrs.). | 3.70 |
|  | BB | Continue cross-referencing documents designated as trial exhibits against draft exhibits list, quality checking entries, entering changes and prepare document copy as appropriate (9.3 hrs.); continue outlining 1992 deposition transcript for salient facts for Mr. Hughes (.5 hrs.). | 9.30 |
|  | WH | Work on database re trial exhibits/cross-x materials (2.8 hrs.); conferences with Ms. Banks re collection and review of exhibits (.8 hrs.); conference with Ms. Pelletier re in limine motion and review cases re same (1.2 hrs.). | 4.80 |
|  | CHM | Work on exhibits (3.0 hrs.); conference with plaintiffs re amended complaint (1.2 hrs.). | 4.20 |
|  | MM | Office conference with Ms. Pelletier re search case correspondence and produce all documents relating to expert, Peter Chapman (.2 hrs.); preliminary review of case correspondence files and flag all documents relating to Mr. Chapman (1.3 hrs.); review recent correspondence distributed by Ms. Campbell (.3 hrs.); case management (.6 hrs.). | 2.40 |

W. R. Grace & Co.                                                                                   Page    6

                                                                                                   **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/10/01 | NAB | Continue quality check of copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.5 hrs.); continue to review and cross reference expert Coop's list of documents relied upon in preparing his expert report to that of experts Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (.8 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Kanter, Schmiermund and Valera that have already been referenced by Coop (1.1 hrs.); review and cross reference expert Kanter's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (2.1 hrs.). | 6.00 |
| 12/11/01 | BB | Continue cross-referencing documents designated as trial exhibits against draft exhibits list, quality check entries, make corrections and prepare document copy as appropriate (3.6 hrs.); collect electronic message and expert information and forward to Mr. Marraro (.2 hrs.) prepare status email to Ms. Kelly re exhibit list (.2 hrs.); review, organize and prepare documents designated as trial exhibits (3.4 hrs.); continue outlining pertinent 1992 deposition transcript for salient facts for Mr. Hughes (.7 hrs.). | 8.10 |
|  | RLS | Continue review and preparation of depositions for Mr. Hughes (4.0 hrs.); office conference with Ms. Banks regarding other depositions from Allied litigation (.6 hrs.). | 4.60 |
|  | WH | Work on in limine motion re Honeywell NCP expert (3.8 hrs.); confer with Mr. Smith re summarizing selected deposition transcripts from related cases (.4 hrs.); review Wong deposition transcript and designate portions of same for use at trial (3.7 hrs.). | 7.90 |

W. R. Grace & Co.                                                                                      Page    7

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | **Hours** |
|------------|-----|--------|------|
| 12/11/01   | TP  | Office conference with Mr. Hughes re status of research re excluding Mr. Delaney, updated research and emailed to Mr. Hughes. | 2.80 |
|            | NAB | Continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.3 hrs.); continue review and cross reference expert Kanter's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (.6 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Schmiermund and Valera that have already been referenced by Kanter (1.1 hrs.); review and cross reference expert Schmiermund's list of documents relied upon in preparing his expert report to that of expert Valera to eliminate duplicate trial exhibits (1.0 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.7 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Valera that have already been referenced by Schmiermund (1.0hrs.). | 6.40 |
|            | MM  | Finalize the review and production of all correspondence relating to Dr. Chapman as well as his 6/26/01 deposition transcript with exhibits and forward all to Ms. Pelletier with memorandum re review (2.3 hrs.); case management (.6 hrs.). | 2.90 |
| 12/12/01   | BB  | Research production database and case files and collect and prepare best version of documents designated as trial exhibits(1.8 hrs.); coordinate and prepare designated trial exhibits (2.3 hrs.); consult with Mr. Hughes re history and resolution of issues re case expert's post-petition invoices (.2 hrs.); research correspondence and case expert's case files for post-petition invoices (.7 hrs.); confer with Ms. Campbell and review records to verify payment status of collected invoices (.7 hrs.); organize and prepare relevant | 8.60 |

W. R. Grace & Co.   Page 8

**Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | invoices per request for Mr. Hughes (1.1 hrs.); confer with Mr. Hughes re same (.3 hrs.); revise and update table of admissions with relevant term definitions for Mr. Hughes (.8 hrs.); collect and prepare interrogatory responses for Mr. Hughes (.7 hrs.). | |
| 12/12/01 | WH | Confer with Ms. Parker re NCP and Daubert research and review selected cases re same (1.6 hrs.); review and designate documents received from Ms. Shelnutt for use in trial (5.4 hrs.); conferences with Ms. Banks re document collection issues (.5 hrs.). | 7.50 |
| | LS | Legal research re exclusion of expert testimony. | 2.70 |
| | RLS | Review and identify pertinent portion of Alford Lacey's deposition in Allied related litigation. | 1.30 |
| | TP | Researched additional case law on National Contingency Plan issues (1.0 hrs.); prepared summary and emailed to Mr. Hughes (.7 hrs.). | 1.70 |
| | NAB | Incorporate case documents into electronic files and create hyperlink for same on the appropriate indices. (2.4 hrs.); continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.7 hrs.); refer to reference list of duplicate documents and quality check to assure that all relevant documents have been pulled (2.2 hrs.). | 6.30 |
| 12/13/01 | WH | Collect and review expert invoices to be submitted to Honeywell for payment (1.2 hrs.); conferences with Messrs. Caffrey and German re same (.6 hrs.); work on cross-examination materials for experts (3.8 hrs.); work on in limine motions (1.3 hrs.). | 6.90 |
| | CHM | Revise response on MET to DEP (3.8 hrs.); prepare response to privilege issues to Honeywell counsel (2.0 hrs.). | 5.80 |

W. R. Grace & Co.  Page 9

| | | | **Hours** |
|---|---|---|---|
| 12/13/01 | BB | Continue cross-referencing and verifying designated trial exhibits, quality check exhibit list entries and make revisions as appropriate (7.0 hrs.); confer with Mr. Smith re deposition (.1 hrs.); research production database, CDs and case files for designated documents, collect, prepare and incorporate into exhibits list (1.7 hrs.); confer with Ms. Bynum and Kelly re trial exhibits review issues (.3 hrs.). | 9.10 |
| | RLS | Review and prepare Allied related litigation deposition. | 2.00 |
| | AP | Gather and prepare expert invoices for presentation to Lowenstein Sandler and conference with B. Hughes, B. Banks, J. Kelley re same. | 1.10 |
| 12/14/01 | WH | Confer with Mr. German re allocation of expert deposition fees (.4 hrs.); work on trial brief (1.8 hrs.); conferences with Mr. Moasser and Ms. Banks re review/analysis of documents for inclusion in pretrial order (.6 hrs.); review memo from Ms. Banks re DEP/Honeywell correspondence and revise same (1.5 hrs.); review letter from Honeywell's counsel re production of expert documents and confer with Ms. Banks and Ms. Parker re same (.8 hrs.); review selected expert documents collected by Ms. Banks (1.5 hrs.). | 6.60 |
| | BB | Coordinate and prepare designated trial exhibits per attorney request (1.3 hrs.); continue cross referencing designated trial exhibits against exhibits list, quality check entries and make required revisions (7.4 hrs.). | 8.70 |
| | AP | Research regarding NCP expert in preparation for motion in limine. | 4.00 |
| | TP | Reviewed statements of undisputed facts submitted with summary judgment briefs (3.0 hrs.); email to Ms. Pelletier re prior research on | 4.80 |

W. R. Grace & Co.                                                                                     Page  10

|            |     |                                                                                                                                                                                                                                                                                                                                                                     | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | NCP (.2 hrs.); reviewing research file for cases related to NCP costs (1.6 hrs.).                                                                                                                                                                                                                                                                                                   |       |
| 12/17/01   | NAB | Continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.0 hrs.); refer to reference list of duplicate documents and QC to assure that all relevant documents have been pulled (2.0 hrs.).                                                                                                                                                           | 3.00  |
|            | RLS | Continue review of depostion from AlliedSignal related litigation.                                                                                                                                                                                                                                                                                                                  | 4.70  |
|            | MM  | Office conference with Ms. Pelletier re status of case matters (.2 hrs.); review recent correspondence distributed by Ms. Campbell (.4 hrs.); case management (.6 hrs.).                                                                                                                                                                                                             | 1.20  |
|            | WH  | Review Grace experts' documents for designation as trial exhibits and confer with selected experts re same (5.4 hrs.); revise database re trial exhibits/materials (.8 hrs.); conference with Mr. Valera re his review of newly-produced Deming documents and other assignments (.6 hrs.); review materials provided by Dr. Valera re heaving issue (.8 hrs.).                       | 7.60  |
|            | CHM | Prepare rebuttal comments to CLH (3.8 hrs.); conference call with plaintiffs and Dr. Goad re "swale samplling" (.8 hrs.); conference with client (.5 hrs.).                                                                                                                                                                                                                          | 5.10  |
|            | BB  | Continue cross referencing designated trial exhibits against exhibits list and make appropriate revisions (5.7 hrs.); ersearch production CDs for best version of designated trial exhibits, download prepare and incorporate into collection of exhibits (1.6 hrs.); review, prepare and incorporate new correspondence and documents into indexed case files and create new case files as appropriate (1.1 hrs.). | 8.40  |
|            | AP  | Research online and review cases regarding NCP consistency.                                                                                                                                                                                                                                                                                                                         | 4.00  |

W. R. Grace & Co.  Page 11

|  |  |  | Hours |
|---|---|---|---|
| 12/17/01 | TP | Legal research on NCP expert issue (3.7 hrs.); reviewed additional statements and other material that reflect undisputed facts and admissions (.8 hrs.). | 4.50 |
| 12/18/01 | MM | Review correspondence distributed by Ms. Campbell (.3 hrs.); office conference with Ms. Pelletier re pending case matters to be pursued (.2 hrs.); case management (.4 hrs.). | 0.90 |
|  | CHM | Meet with experts in New York. | 5.50 |
|  | BB | Collect and prepare pertinent case documents re admissions in preparation for trial for Ms. Parker (1.8 hrs.); organize collected documents per request and prepare list for Ms. Parker (.8 hrs.); continue cross referencing designated trial exhibits against exhibits list, checking list for duplicates, quality checking entries and making revisions as appropriate (5.3 hrs.); research production files and CDs for best version of designated trial exhibits, collect and prepare same (1.9 hrs.); revise designated documents as requested by Mr. Hughes (.8 hrs.). | 10.60 |
|  | TP | Westlaw research on NCP cost recovery standards and New Jersey Spill Act. | 6.20 |
|  | AP | Reseach and review New Jersey cases relating to expert witness testimony. | 4.30 |
|  | WH | Conferences with Dr. Goad re sampling and trial prep issues (.8 hrs.); confer with Mr. Crawford re results of sampling (.4 hrs.); review and designate selected technical documents received from Dr. Goad's staff for use at trial (4.6 hrs.). | 5.80 |
| 12/19/01 | CHM | Conference with J. Agnello (.5 hrs.); conference with Dr. Goad (.5 hrs.). | 1.00 |
|  | AP | Research relating to motion to exclude Delaney testimony. | 4.70 |

W. R. Grace & Co.                                                                                      Page    12

|  |  |  | **Hours** |
|---|---|---|---|
| 12/19/01 | RLS | Review AlliedSignal related litigation. | 0.70 |
|  | MM | Office conference with Ms. Pelletier re reviewing Section F (i.e., contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters are involved 20% or less, pending completion (.3 hrs.); preliminary review of stated sections and begin analysis of various cases (1.3 hrs.); case management (.7 hrs.). | 2.30 |
|  | BB | Prepare public right to know request to NJDEP for recent lab testing records re treatment of Cr contaminated soils for Mr. Hughes (.7 hrs.); confer with Ms. Kelly re updates to trial exhibits list (.2 hrs.); consult with Mr. Hughes re new designated trial exhibits and status of preparation of exhibit list (.2 hrs.); review, analyze and prepare newly designated trial exhibits for inclusion on exhibits list (.8 hrs.); cross-reference new exhibits against existing exhibits to identify duplicates (.5 hrs.); incorporate new documents on exhibits list (.8 hrs.); create exhibit folders (.7 hrs.). | 3.90 |
|  | TP | Westlaw searched on NCP and NJ Spill Act. | 0.70 |
| 12/20/01 | WH | Review deposition transcripts and prepare deposition designations re former Mutual employees and other witnesses from Allied's insurance matter (6.6 hrs.); confer with Ms. Pelletier re work on pretrial order (.5 hrs.); review SI Group and Brattle Group invoices and approve for payment (.8 hrs.); conferences with Ms. Banks re status of assignments (.4 hrs.). | 8.40 |
|  | MM | Continue with project assigned from Ms. Pelletier pertaining to reviewing Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters (1.2 hrs.); office conference with Ms. Pelletier re same (.1 hrs.); office conference with Mr. Hughes re | 1.70 |

W. R. Grace & Co. Page 13

| | | | Hours |
|---|---|---|---|
| | | miscellaneous projects to be completed, pending (.1 hrs.); case management (.4 hrs.). | |
| 12/20/01 | BB | Review, identify and resolve various issues with designated trial exhibit documents (3.2 hrs.); review, cross reference and verify additional set of designated trial exhibits against exhibit list entries and make appropriate revisions to exhibits list (4.8 hrs.); confer with Mr. Hughes re case status and circumstance, and receive instructions on deposition designations project in preparation for trial (.5 hrs.); confer with Mr. Smith re review of Mueser Rutledge documents in re trial exhibits for Mr. Hughes (.1 hrs.); prepare table for deposition designations for Mr. Hughes (.7 hrs.). | 9.30 |
| | AP | Review documents produced by Honeywell. | 5.90 |
| 12/21/01 | MM | Office conference with Ms. Pelletier re status of review of Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter (.1 hrs.); continue with project assigned from Ms. Pelletier pertaining to reviewing Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters are involved 20% or less, pending (1.7 hrs.); case management (.7 hrs.). | 2.50 |
| | CHM | Conference with B. Hughes re discovery issues (.5 hrs.); revise stipulations (4.0 hrs.). | 4.50 |
| | WH | Review deposition transcripts and prepare deposition designations re Mr. Faranca, Mr. Wong and other witnesses from Allied's insurance matter. | 8.10 |
| | TP | Reviewed ALR re cost recovery actions and cases on NCP and NJ Spill Act and prepared memo on issue of cost recovery standard. | 7.50 |

W. R. Grace & Co.                                                                                           Page  14

|            |     |                                                                                                                                                                                                                                       | Hours |
|------------|-----|-----|---|
| 12/26/01   | RLS | Continue review of Mueser documents for relevant materials.                                                                                                                                                                             | 3.10  |
|            | MM  | Continue to search Lexis-Nexis re research projects assigned by Ms. Pelletier relating to Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter, pending (1.1 hrs.); case management (.6 hrs.).   | 1.70  |
| 12/27/01   | CHM | Work on amendment to stipulation (.5 hrs.); work on response to Harris letter (3.5 hrs.); conference with J. Agnello (.5 hrs.).                                                                                                         | 4.50  |
|            | WH  | Review selected documents from CTEH and designate as trial exhibits (4.4 hrs.); revise trial database re same (.8 hrs.).                                                                                                                | 5.20  |
|            | MM  | Office conference with status of research project Pelletier relating to Section F (i.e., Contribution allocation factors) (.2 hrs.), continue to research same matter, pending (1.2 hrs.); case management (.8 hrs.).                   | 2.20  |
| 12/28/01   | AP  | Review cases relating to exclusion of NCP consistency experts.                                                                                                                                                                          | 2.10  |
|            | MM  | Continue research project for Ms. Pelletier relating to Section F (i.e., contribution allocation factors), pending (1.6 hrs.); case management (.5 hrs.).                                                                               | 2.10  |
| 12/31/01   | RLS | Review and analyze documents produced by Mueser Rutledge Consulting Engineers.                                                                                                                                                          | 2.00  |

|            |                                              |        | Amount       |
|------------|----------------------------------------------|--------|--------------|
|            | Total Fees                                   | 410.80 | $88,442.50   |
| 12/31/2001 | Less Deduction of 40% of Fees Per Agreement  |        | ($35,377.00) |
|            | Balance Due                                  |        | $53,065.50   |

W. R. Grace & Co. Page 15

|  | Timekeeper Summary | |
| --- | ---: | ---: |
| Name | Hours | Rate |
| Barbara Banks, Paralegal | 102.00 | 130.00 |
| Natasha A. Bynum, Legal Clerk | 55.10 | 95.00 |
| William Hughes, Counsel | 109.80 | 305.00 |
| Christopher H. Marraro, Partner | 41.90 | 420.00 |
| Mahmoude Moasser, Paralegal | 19.90 | 130.00 |
| Tamara Parker, Associate | 28.20 | 260.00 |
| Angela Pelletier, Associate | 29.10 | 200.00 |
| Letta Sneed, Associate | 2.70 | 215.00 |
| Reilly L. Smith, Paralegal | 22.10 | 115.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 12/06/01 CHM | Conference re LBWL. | 0.50 |  |
|  |  |  | **Amount** |
| Total Fees |  | 0.50 | $210.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 0.50 | 420.00 |

**Wallace King & Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 12/11/01 | CHM | Review asbestos articles; reivew ATSDR screening study (2.0 hrs.) conference with Dr. Goad re background issues (.8 hrs.). | 2.80 |
| 12/12/01 | CHM | Review articles; conference with G. Davidson re B. Breen meeting; conference with Spinello; review techical articles. | 4.40 |
| 12/13/01 | CHM | Review articles from Grace; conference with client. | 0.80 |
| 12/18/01 | CHM | Review articles. | 0.50 |
| 12/19/01 | CHM | Review letter to G. Martz and articles from client. | 0.50 |
| 12/20/01 | CHM | Review articles from client. | 0.80 |
| 12/26/01 | CHM | Review articles from client. | 0.50 |

|  | | **Amount** |
|---|---|---|
| Total Fees | 10.30 | $4,326.00 |

W. R. Grace & Co.                                                                                                       Page   2

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 10.30 | 420.00 |

# Wallace King & Marraro Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12634

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

|  |  |  | **Hours** |  |
|---|---|---|---|---|
| 12/06/01 | CHM | Prepare fee application (October). | 1.40 |  |
| 12/14/01 | CHM | Work on Second Interim fee application. | 1.20 |  |

|  |  | | **Amount** |
|---|---|---|---|
| Total Fees |  | 2.60 | $1,092.00 |
| Balance Due |  |  | $1,092.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.60 | 420.00 |