# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Airfares | $5,759.25 |
| Amtrak | $1,523.00 |
| Auto Rental | $380.42 |
| Copies- Internal and Outside | $1,820.72 |
| Hotels | $3,132.71 |
| Facsimile | $17.25 |
| Lexis | $148.05 |
| Meals during Travel | $879.17 |
| Telephone | $459.84 |
| FedEx | $111.71 |
| Parking | $258.00 |
| Taxis/Miscellaneous Travel Expenses | $203.30 |
| Westlaw | $1,628.21 |
| Meals in D.C. for Meetings | $734.24 |
| Overtime Transportation | $147.80 |
| Postage | $5.96 |
| | |
| | |
| Total | $17,209.63 |

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Air Fare from NYC to DC - 8/14 | 202.75 |
| Air Fare to/from NYC - 10/10/01 | 351.00 |
| Air Fare to/from NYC - 10/15/01 | 427.00 |
| Air Fare to/from NYC - 11/1/01 | 394.00 |
| Air Fare to/from NYC - 11/14/01 | 470.00 |
| Air Fare to/from NYC - 8/28/01 | 351.00 |
| Air Fare to/from NYC 0- 10/22/01 | 427.00 |
| Air Fare to/from NYC/Houston - 10/2/01 | 998.25 |
| Air Fare to/from Newark - 8/17/01 | 503.00 |
| Air Fare to/from Newark - 8/24/01 | 262.25 |
| Amtrak from NYC to DC - 8/27/01 | 199.00 |
| Amtrak to Newark/NYC and PA - 9/14/01 and 9/16/01 | 906.00 |
| Amtrak to/from Newark - 9/12/01 | 418.00 |
| Auto Rental in NYC - 10/20/01 | 75.30 |
| Auto Rental in NYC - 11/14/01 | 83.20 |
| Auto Rental on trip to NYC - 10/15/01 | 67.77 |
| Auto Rental on trip to NYC - 8/28/01 | 80.19 |
| Auto Rental on trip to Newark - 8/24/01 | 73.96 |
| Copy Costs - Internal | 1,308.45 |
| Facsimile Costs | 17.25 |
| FedEx Costs | 111.71 |

W. R. Grace & Co.                                                          Page    2

|  | __Amount__ |
|---|---:|
| Hotel in NYC - 10/15/01 | 365.14 |
| Hotel in NYC - 10/22/01 | 367.18 |
| Hotel in NYC - 11/1/01 | 391.26 |
| Hotel in NYC on 10/20/01 | 388.00 |
| Hotel in Newark - 10/18/01 | 319.16 |
| Hotel in Newark - 9/12/01 | 435.60 |
| Hotel on Trip to Newark/PA - 9/16/01 | 386.88 |
| Hotel on trip to NYC - 8/28/01 | 374.27 |
| Lexis Costs | 148.05 |
| Long Distance Charges | 456.08 |
| Meals in DC with Millian, Senftleben, Nagy, Agnello | 734.24 |
| Meals in NYC with Agnello, Shea, Nagy | 517.52 |
| Miscellaneous Travel Expenses | 203.30 |
| Outside Copies | 510.77 |
| Overtime Transportation | 147.80 |
| Parking at Airport | 221.00 |
| Postage | 5.96 |
| Westlaw | 1,628.21 |
| Total Disbursements | $15,327.50 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention:  Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Disbursements:

|  | Amount |
| --- | --- |
| Air Fare to/from Memphis - 11/6/01 | 1,373.00 |
| Hotel in Memphis on 11/6/01 | 105.22 |
| Long Distance Charges | 3.76 |
| Meals on trips | 361.65 |
| Parking at Airport | 37.00 |
| Total Disbursements | $1,880.63 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|                       | Amount |
|-----------------------|--------|
| Copy Costs - Internal | 1.50   |
| Total Disbursements   | $1.50  |