IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, David W. Carickhoff, Jr., hereby certify that on the 15th day of February 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

    1.    Notice of Application for an Order Amending the Order Authorizing the Employment and Retention of Kinsella Communications, Ltd., as Notice Consultant for Debtors and Debtors-in-Possession to Authorize Debtors to Pay Interim Compensation to Kinsella Communications, Ltd.;

    2.    Application for an Order Amending the Order Authorizing the Employment and Retention of Kinsella Communications, Ltd., as Notice Consultant for Debtors and Debtors-in-Possession to Authorize Debtors to Pay Interim Compensation to Kinsella Communications, Ltd.; and

    3.    Proposed Order.

David W. Carickhoff, Jr. (DE Bar No. 3715)