IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 15th day of February 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

    **1.**    **Notice of Application of the Debtors for the Entry of an Order Appointing a Fee Auditor in Accordance with the Court's Direction;**

    **2.**    **Application of the Debtors for the Entry of an Order Appointing a Fee Auditor in Accordance with the Court's Direction; and**

    **3.**    **Proposed Order.**

/s/ David W. Carickhoff, Jr.
David W. Carickhoff, Jr. (DE Bar No. 3715)

91100-001\DOCS_DE:39523.3