IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 15th day of February 2002,

I caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

    1.    **Debtors' Brief Regarding Bar Date and Class Notice.**

_____
David W. Carickhoff, Jr. (DE Bar No. 3715)