IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**EXHIBITS TO DEBTORS' OPPOSITION TO THE MOTION BY ZONOLITE ATTIC INSULATION CLAIMANTS TO DISMISS DEBTORS' CHAPTER 11 BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1112(b)**

Dated: February 15, 2002

| | |
|---|---|
| KIRKLAND & ELLIS | PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. |
| David M. Bernick | Laura Davis Jones (Bar No. 2436) |
| Theodore L. Freedman | David W. Carickhoff Jr. (Bar No. 3715) |
| Andrew R. Running | Hamid R. Rafatjoo (California Bar No. 181564) |
| James H.M. Sprayregen | 919 North Market Street, 16th Floor |
| 200 East Randolph Drive | P.O. Box 8705 |
| Chicago, Illinois 60601 | Wilmington, DE 19899-8705 (Courier 19801) |
| (312) 861-2000 | Telephone: (302) 652-4100 |
| (312) 861-2200 (fax) | Facsimile: (302) 652-4400 |

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:40713.1