IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**EXHIBITS TO DEBTORS' OPPOSITION TO THE MOTION
BY ZONOLITE ATTIC INSULATION CLAIMANTS TO DISMISS
DEBTORS' CHAPTER 11 BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1112(b)**

Dated: February 15, 2002

KIRKLAND & ELLIS
David M. Bernick
Theodore L. Freedman
Andrew R. Running
James H.M. Sprayregen
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff Jr. (Bar No. 3715)
Hamid R. Rafatjoo (California Bar No. 181564)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:40713.1