# EXHIBIT D

## GRACE W R AND COMPANY DELAWARE NEW
Pricing History Report

**Symbol:** GRA
**CUSIP Number:** 38388F10
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
| --- | --- | --- | --- | --- |
| 12/31/1996 | 155,333,520 | 83 | 45 5/8 | 51 3/4 |
| 12/31/1997 | 95,032,500 | 81 1/8 | 44 3/8 | 80 7/16 |
| 12/31/1998 | 107,152,000 | 86 15/16 | 10 | 15 11/16 |
| 12/31/1999 | 74,827,500 | 21 | 11 13/16 | 14 1/8 |
| 12/29/2000 | 132,538,300 | 15 1/8 | 1 1/4 | 3 3/16 |
| 12/31/2001 | 76,983,600 | 4 5/8 | 1 1/4 | 1 9/16 |

[New Report] [Modify Report Criteria]

*Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.*

## ARMSTRONG HOLDINGS INCORPORATED
Pricing History Report

**Symbol:** ACK
**CUSIP Number:** 04238410
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
|---|---|---|---|---|
| 12/31/1996 | 35,288,600 | 75 1/4 | 51 7/8 | 69 1/2 |
| 12/31/1997 | 36,711,200 | 75 3/8 | 61 1/2 | 74 3/4 |
| 12/31/1998 | 38,782,900 | 90 | 46 15/16 | 60 5/16 |
| 12/31/1999 | 50,198,300 | 64 5/16 | 29 | 33 3/8 |
| 12/29/2000 | 122,679,400 | 36 13/16 | 3/4 | 2 1/16 |
| 12/31/2001 | 43,287,100 | 5 11/16 | 2 1/16 | 3 11/64 |

[New Report | Modify Report Criteria]

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

# FEDERAL MOGUL CORPORATION
Pricing History Report

**Symbol:** FMO
**CUSIP Number:** 31354910
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
|---|---|---|---|---|
| 12/31/1996 | 44,461,600 | 24 1/2 | 16 1/8 | 22 |
| 12/31/1997 | 52,397,600 | 47 5/8 | 21 5/8 | 40 1/2 |
| 12/31/1998 | 110,201,700 | 72 | 33 | 59 1/2 |
| 12/31/1999 | 173,546,800 | 65 1/4 | 16 7/8 | 20 1/8 |
| 12/29/2000 | 283,609,500 | 20 5/8 | 1 11/16 | 2 5/16 |
| 12/31/2001 | 177,768,100 | 5 1/2 | 5/16 | 3/4 |

*Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.*

## MCDERMOTT INTERNATIONAL INCORPORATED
Pricing History Report

**Symbol:** MDR
**CUSIP Number:** 58003710
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
| --- | --- | --- | --- | --- |
| 12/31/1996 | 73,605,400 | 23 1/4 | 16 | 16 7/8 |
| 12/31/1997 | 85,770,600 | 40 1/8 | 16 | 36 5/8 |
| 12/31/1998 | 83,602,700 | 43 15/16 | 19 1/4 | 24 11/16 |
| 12/31/1999 | 139,638,300 | 32 1/2 | 7 1/4 | 9 1/16 |
| 12/29/2000 | 117,678,700 | 13 9/16 | 7 3/16 | 10 3/4 |
| 12/31/2001 | 89,016,800 | 16 27/32 | 7 5/16 | 11 3/16 |

*Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.*

## OWENS CORNING
Pricing History Report

**Symbol:** OWC
**CUSIP Number:** 69073F10
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
|---|---|---|---|---|
| 12/31/1996 | 40,341,600 | 46 | 36 | 42 5/8 |
| 12/31/1997 | 44,964,800 | 49 7/8 | 31 7/8 | 34 1/8 |
| 12/31/1998 | 75,883,400 | 46 5/8 | 25 5/8 | 35 7/16 |
| 12/31/1999 | 73,352,000 | 43 3/4 | 14 1/16 | 19 5/16 |
| 12/29/2000 | 200,769,200 | 21 9/16 | 1/2 | 13/16 |
| 12/31/2001 | 108,433,200 | 5 11/32 | 13/16 | 1 57/64 |

New Report | Modify Report Criteria

*Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.*

## USG CORPORATION: COM NEW

Pricing History Report

**Symbol:** USG
**CUSIP Number:** 90329340
**Exchange:** New York
**Type:** Common

**Currency:** Currency as Reported
**Yearly Prices From:** 12/31/1996 to 12/31/2001
Adjusted for stock dividends and stock splits as of 12/18/2001

| Year Ending | Yearly Volume | Yearly High | Yearly Low | Yearly Close |
|---|---|---|---|---|
| 12/31/1996 | 37,056,100 | 34 1/2 | 24 | 33 7/8 |
| 12/31/1997 | 51,622,900 | 51 1/2 | 29 5/8 | 49 |
| 12/31/1998 | 49,543,800 | 58 3/4 | 35 1/2 | 50 15/16 |
| 12/31/1999 | 60,945,600 | 65 | 41 1/8 | 47 1/8 |
| 12/29/2000 | 119,725,900 | 48 | 13 1/8 | 22 1/2 |
| 12/31/2001 | 115,861,800 | 24 3/4 | 2 51/64 | 5 |

New Report | Modify Report Criteria

*Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.*

http://nrstg1p.djnr.com/cgi-bin/DJInteractive?cgi=WEB_MDS_HISTORICAL_QUOTES&G12/19/2001