# EXHIBIT F

Downloaded By: John S. Fitzgerald

Company: W R GRACE & CO
Form Type: 10-Q        SEC File #: 001-13953
Description: QUARTERLY REPORT
SEC File Date: 11/16/00

LIVEDGAR Information Provided By:
GSI ONLINE
A division of Global Securities Information, Inc.

Washington, DC                    New York, NY                    Chicago, IL
Los Angeles, CA                    Miami, FL                       Dallas, TX

For Additional Information About LIVEDGAR, Call
1-800-669-1154
or Visit Us on the World Wide Web at
http://www.gsionline.com

```
                              UNITED STATES
                   SECURITIES AND EXCHANGE COMMISSION
                        WASHINGTON, D.C. 20549


                              FORM 10-Q

(Mark One)

[X]           QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(D)
                 OF THE SECURITIES EXCHANGE ACT OF 1934

            FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2000

                                 OR

[ ]           TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
                 OF THE SECURITIES EXCHANGE ACT OF 1934


                  Commission File Number 1-13953

                        W. R. GRACE & CO.

          Delaware                              65-0773649
-----------------------------------      --------------------------
   (State of Incorporation)   .             (I.R.S. Employer
                                            Identification No.)


                        7500 Grace Drive
                     Columbia, Maryland 21044
                         (410) 531-4000
             -----------------------------------------
             (Address and phone number of principal
                       executive offices)


Indicate by check mark whether the registrant (1) has filed all reports required
to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during
the preceding 12 months (or for such shorter period that the registrant was
required to file such reports), and (2) has been subject to such filing
requirements for the past 90 days.


                    Yes     X                No
                          --------               ---------

65,418,232 shares of Common Stock, $.01 par value, were outstanding at October
31, 2000.
```

W. R. GRACE & CO. AND SUBSIDIARIES

Table of Contents

|  |  |  | Page No. |
|---|---|---|---|
| PART I. | FINANCIAL INFORMATION |  |  |
| Item 1. |  | Financial Statements |  |
|  |  | Report of Independent Accountants | I - 1 |
|  |  | Consolidated Statement of Operations | I - 2 |
|  |  | Consolidated Statement of Cash Flows | I - 3 |
|  |  | Consolidated Balance Sheet | I - 4 |
|  |  | Consolidated Statement of Shareholders' Equity | I - 5 |
|  |  | Consolidated Statement of Comprehensive Income | I - 5 |
|  |  | Notes to Consolidated Financial Statements | I - 6 to I - 14 |
| Item 2. |  | Management's Discussion and Analysis of Results of Operations and Financial Condition | I - 15 to I - 24 |
| Item 3. |  | Quantitative and Qualitative Disclosures About Market Risk | I - 25 |
| PART II. | OTHER INFORMATION |  |  |
| Item 1. |  | Legal Proceedings | II - 1 |
| Item 6. |  | Exhibits and Reports on Form 8-K | II - 1 |

As used in this Report, the term "Company" refers to W. R. Grace & Co. (a Delaware corporation formerly named "Grace Specialty Chemicals, Inc."), and the term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

PART I. FINANCIAL INFORMATION

ITEM 1.  FINANCIAL STATEMENTS
--------------------------------------------------------------------------------

REPORT OF INDEPENDENT ACCOUNTANTS

To the Shareholders and Board of
Directors of W. R. Grace & Co.:

We have reviewed the accompanying consolidated balance sheet of W. R. Grace &
Co. and its subsidiaries as of September 30, 2000, and the related consolidated
statements of operations and of comprehensive income for each of the three-month
and nine-month periods ended September 30, 2000 and September 30, 1999, the
consolidated statement of shareholders' equity for each of the three-month and
nine-month periods ended September 30, 2000, and the consolidated statement of
cash flows for the nine-month periods ended September 30, 2000 and September 30,
1999. These financial statements are the responsibility of the Company's
management.

We conducted our review in accordance with standards established by the American
Institute of Certified Public Accountants. A review of interim financial
information consists principally of applying analytical procedures to financial
data and making inquiries of persons responsible for financial and accounting
matters. It is substantially less in scope than an audit conducted in accordance
with generally accepted auditing standards, the objective of which is the
expression of an opinion regarding the financial statements taken as a whole.
Accordingly, we do not express such an opinion.

Based on our review, we are not aware of any material modifications that should
be made to the accompanying consolidated interim financial statements for them
to be in conformity with accounting principles generally accepted in the United
States of America.

We previously audited in accordance with auditing standards generally accepted
in the United States of America, the consolidated balance sheet as of December
31, 1999, and the related consolidated statements of operations, of
comprehensive income, of shareholders' equity, and of cash flows for the year
then ended (not presented herein), and in our report dated February 1, 2000 we
expressed an unqualified opinion on those consolidated financial statements. In
our opinion, the information set forth in the accompanying consolidated balance
sheet information as of December 31, 1999, after the restatement described in
Note 2, is fairly stated in all material respects in relation to the
consolidated balance sheet from which it has been derived.

/s/ PricewaterhouseCoopers LLP


PricewaterhouseCoopers LLP
Baltimore, Maryland
November 16, 2000

I - 1

| W. R. GRACE & CO. AND SUBSIDIARIES<br>CONSOLIDATED STATEMENT OF OPERATIONS (UNAUDITED) | THREE MONTHS ENDED<br>SEPTEMBER 30, | | NINE MONTHS ENDED<br>SEPTEMBER 30, | |
|---|---|---|---|---|
| Amounts in millions, except per share amounts | 2000 | 1999 | 2000 | 1999 |
| Net sales.................................... | $ 394.7 | $ 372.2 | $ 1,144.2 | $ 1,090.6 |
| Other income................................ | 7.0 | 10.4 | 33.0 | 26.3 |
|  | 401.7 | 382.6 | 1,177.2 | 1,116.9 |
| Cost of goods sold, exclusive of depreciation<br>  and amortization shown separately below....... | 233.0 | 213.3 | 666.9 | 635.7 |
| Selling, general and administrative expenses....... | 74.7 | 81.0 | 245.9 | 242.1 |
| Research and development expenses ................ | 11.2 | 10.6 | 33.3 | 31.8 |
| Depreciation and amortization .................... | 21.6 | 23.0 | 65.9 | 67.8 |
| Interest expense and related financing costs ..... | 8.0 | 3.5 | 20.2 | 11.4 |
|  | 348.5 | 331.4 | 1,032.2 | 988.8 |
| Income from continuing operations before income<br>  taxes.......................................... | 53.2 | 51.2 | 145.0 | 128.1 |
| (Provision for) income taxes ..................... | (19.1) | (18.4) | (52.1) | (46.1) |
| INCOME FROM CONTINUING OPERATIONS............. | 34.1 | 32.8 | 92.9 | 82.0 |
| Income from discontinued operations, net of tax... | -- | 9.2 | -- | 5.7 |
| NET INCOME ................................... | $ 34.1 | $ 42.0 | $ 92.9 | $ 87.7 |
| BASIC EARNINGS PER SHARE: | | | | |
| Continuing operations ......................... | $ 0.51 | $ 0.46 | $ 1.38 | $ 1.16 |
| Net income .................................... | $ 0.51 | $ 0.59 | $ 1.38 | $ 1.24 |
| Weighted average number of basic shares .......... | 66.7 | 71.2 | 67.3 | 70.8 |
| DILUTED EARNINGS PER SHARE: | | | | |
| Continuing operations ......................... | $ 0.51 | $ 0.44 | $ 1.36 | $ 1.11 |
| Net income .................................... | $ 0.51 | $ 0.56 | $ 1.36 | $ 1.18 |
| Weighted average number of diluted shares ........ | 67.4 | 74.6 | 68.4 | 74.1 |

The Notes to Consolidated Financial Statements are an
integral part of these statements.

| W. R. GRACE & CO. AND SUBSIDIARIES CONSOLIDATED STATEMENT OF CASH FLOWS (UNAUDITED) | NINE MONTHS ENDED SEPTEMBER 30, | |
|---|---|---|
| Dollars in millions | 2000 | 1999 |
| **OPERATING ACTIVITIES** | | |
| Income from continuing operations before income taxes | $ 145.0 | $ 128.1 |
| Reconciliation to net cash (used for) provided by operating activities: | | |
| Depreciation and amortization | 65.9 | 67.8 |
| Gain on disposal of assets | (4.4) | (3.8) |
| Non-cash charge for pension | -- | 1.9 |
| Changes in assets and liabilities, excluding effect of businesses acquired/divested and foreign currency exchange: | | |
| Increase in notes and accounts receivable, net | (24.1) | (12.5) |
| Increase in inventories | (3.6) | (4.6) |
| (Increase) decrease in subordinated interest of accounts receivable sold | (0.5) | 38.5 |
| Decrease in accounts payable | (3.4) | (11.4) |
| Decrease in accrued liabilities | (13.7) | (31.2) |
| Expenditures for asbestos-related litigation | (196.2) | (94.0) |
| Proceeds from asbestos-related insurance | 55.9 | 53.7 |
| Expenditures for environmental remediation | (23.3) | (13.8) |
| Expenditures for postretirement benefits | (15.1) | (14.8) |
| Other | (10.8) | 5.8 |
| NET PRE-TAX CASH (USED FOR) PROVIDED BY OPERATING ACTIVITIES OF CONTINUING OPERATIONS | (28.3) | 109.7 |
| Net pre-tax cash used for retained obligations of discontinued operations | (26.3) | (23.3) |
| NET PRE-TAX CASH (USED FOR) PROVIDED BY OPERATING ACTIVITIES | (54.6) | 86.4 |
| Income taxes paid, net of refunds | (20.0) | (65.2) |
| NET CASH (USED FOR) PROVIDED BY OPERATING ACTIVITIES | (74.6) | 21.2 |
| **INVESTING ACTIVITIES** | | |
| Capital expenditures | (41.4) | (54.4) |
| Businesses acquired in purchase transactions, net of cash acquired | (48.1) | (0.5) |
| Investments in unconsolidated affiliates | (3.7) | -- |
| Net investment in life insurance policies | (18.0) | -- |
| Net investing activities of discontinued operations | -- | (54.1) |
| Net proceeds from divestments | -- | 183.0 |
| Proceeds from disposals of assets | 8.7 | 20.5 |
| NET CASH (USED FOR) PROVIDED BY INVESTING ACTIVITIES | (102.5) | 94.5 |
| **FINANCING ACTIVITIES** | | |
| Borrowings under credit facilities, net of repayments | 197.0 | (32.2) |
| Repayment of long-term debt | (24.7) | -- |
| Exercise of stock options | 5.8 | 25.3 |
| Purchase of treasury stock | (43.0) | (58.7) |
| Net financing activities of discontinued operations | -- | (27.5) |
| NET CASH PROVIDED BY (USED FOR) FINANCING ACTIVITIES | 135.1 | (93.1) |
| Effect of currency exchange rate changes on cash and cash equivalents | (12.1) | (2.2) |
| (DECREASE) INCREASE IN CASH AND CASH EQUIVALENTS | (54.1) | 20.4 |
| Cash and cash equivalents, beginning of period | 199.8 | 65.3 |
| Cash and cash equivalents, end of period | $ 145.7 | $ 85.7 |
| **SUPPLEMENTAL NONCASH DISCLOSURE:** | | |
| Obligation related to intangible assets of acquired business | $ 19.6 | -- |

The Notes to Consolidated Financial Statements are
an integral part of these statements.

```
=================================================================================================
W. R. GRACE & CO. AND SUBSIDIARIES                                    SEPTEMBER 30,    December 31,
CONSOLIDATED BALANCE SHEET                                                2000             1999
                                                                      (UNAUDITED)       (Restated)
=================================================================================================
Amounts in millions, except par value and shares

ASSETS

CURRENT ASSETS
Cash and cash equivalents ...........................................  $   145.7       $   199.8
Notes and accounts receivable, net ..................................      200.7           193.6
Inventories .........................................................      137.2           128.2
Deferred income taxes ...............................................       95.7           111.7
Asbestos-related insurance expected to be realized within one year ..       62.2            75.2
Other current assets.................................................       60.5            71.3
                                                                      -----------     -----------
        TOTAL CURRENT ASSETS ........................................      702.0           779.8

Properties and equipment, net of accumulated depreciation and
    amortization of $909.0 (1999 - $908.3) ..........................      598.3           617.3
Goodwill, less accumulated amortization of $7.3 (1999 - $7.2) .......       33.0            25.4
Cash value of life insurance policies, net of policy loans...........      104.9            81.6
Deferred income taxes ...............................................      325.3           328.3
Asbestos-related insurance expected to be realized after one year....      253.7           296.2
Other assets ........................................................      387.7           346.5
                                                                      -----------     -----------
        TOTAL ASSETS ................................................  $ 2,404.9       $ 2,475.1
                                                                      ===========     ===========

LIABILITIES AND SHAREHOLDERS' EQUITY
CURRENT LIABILITIES
Short-term debt .....................................................  $    49.4       $    33.0
Accounts payable ....................................................      117.8           124.1
Income taxes payable ................................................      122.5           146.7
Asbestos-related liability expected to be satisfied within one year..      168.6           199.3
Other current liabilities ...........................................      256.9           286.3
                                                                      -----------     -----------
        TOTAL CURRENT LIABILITIES ...................................      715.2           769.4

Long-term debt ......................................................      258.4           123.2
Deferred income taxes ...............................................       20.2            20.5
Asbestos-related liability expected to be satisfied after one year ..      729.3           884.7
Other liabilities ...................................................      568.2           566.2
                                                                      -----------     -----------
        TOTAL LIABILITIES ...........................................    2,291.3         2,364.0
                                                                      -----------     -----------

COMMITMENTS AND CONTINGENCIES

SHAREHOLDERS' EQUITY
Common stock issued, par value $.01; 300,000,000 shares authorized;
    outstanding: 2000 - 65,403,000 shares (1999 - 69,414,000) .......        0.8             0.8
Paid in capital .....................................................      431.9           422.6
Accumulated deficit .................................................      (33.8)          (126.7)
Deferred compensation trust .........................................       (0.8)           (0.6)
Treasury stock, at cost:  11,443,900 common shares (1999 - 6,628,500)     (136.4)          (89.1)
Accumulated other comprehensive loss ................................     (148.1)          (95.9)
                                                                      -----------     -----------
        TOTAL SHAREHOLDERS' EQUITY ..................................      113.6           111.1
                                                                      -----------     -----------
        TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY ..................  $ 2,404.9       $ 2,475.1
=================================================================================================
```

The Notes to Consolidated Financial Statements are an
integral part of these statements.

I - 4

```
==============================================================================================
W. R. GRACE & CO. AND SUBSIDIARIES
CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (UNAUDITED)
==============================================================================================
```

| Dollars in millions | Common Stock and Paid in Capital | Accumulated Deficit | Deferred Compensation Trust | Treasury Stock | Accumulated Other Comprehensive Loss | TOTAL SHAREHOLDERS' EQUITY |
|---|---|---|---|---|---|---|
| BALANCE, JUNE 30, 2000, as restated | $ 430.2 | $ (67.9) | $ (0.8) | $ (124.2) | $ (129.3) | $ 108.0 |
| Net income | -- | 34.1 | -- | -- | -- | 34.1 |
| Purchase of common stock | -- | -- | -- | (12.2) | -- | (12.2) |
| Shares issued under stock plans | 2.5 | -- | -- | -- | -- | 2.5 |
| Other comprehensive loss | -- | -- | -- | -- | (18.8) | (18.8) |
| BALANCE, SEPTEMBER 30, 2000 | $ 432.7 | $ (33.8) | $ (0.8) | $ (136.4) | $ (148.1) | $ 113.6 |
| | | | | | | |
| BALANCE, DECEMBER 31, 1999, as restated | $ 423.4 | $ (126.7) | $ (0.6) | $ (89.1) | $ (95.9) | $ 111.1 |
| Net income | -- | 92.9 | -- | -- | -- | 92.9 |
| Purchase of common stock | -- | -- | -- | (47.3) | -- | (47.3) |
| Shares issued under stock plans | 9.3 | -- | (0.2) | -- | -- | 9.1 |
| Other comprehensive loss | -- | -- | -- | -- | (52.2) | (52.2) |
| BALANCE, SEPTEMBER 30, 2000 | $ 432.7 | $ (33.8) | $ (0.8) | $ (136.4) | $ (148.1) | $ 113.6 |

```
==============================================================================================
W. R. GRACE & CO. AND SUBSIDIARIES
CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME (UNAUDITED)
==============================================================================================
```

| | THREE MONTHS ENDED SEPTEMBER 30, | | NINE MONTHS ENDED SEPTEMBER 30, | |
|---|---|---|---|---|
| Dollars in millions | 2000 | 1999 | 2000 | 1999 |
| NET INCOME | $ 34.1 | $ 42.0 | $ 92.9 | $ 87.7 |
| OTHER COMPREHENSIVE INCOME (LOSS): | | | | |
| Foreign currency translation adjustments | (19.2) | 4.1 | (42.2) | (14.9) |
| Net unrealized (loss) gain on investment | 0.4 | (3.0) | (10.0) | 0.9 |
| Total other comprehensive income (loss) | (18.8) | 1.1 | (52.2) | (14.0) |
| COMPREHENSIVE INCOME | $ 15.3 | $ 43.1 | $ 40.7 | $ 73.7 |

The Notes to Consolidated Financial Statements are an
integral part of these statements.

I - 5

W. R. GRACE & CO. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(UNAUDITED)

------------------------------------------------------------------------
1.      BASIS OF PRESENTATION AND SUMMARY OF SIGNIFICANT ACCOUNTING AND
        FINANCIAL REPORTING POLICIES
------------------------------------------------------------------------

W. R. Grace & Co., through its subsidiaries, is primarily engaged in specialty
chemicals and specialty materials businesses on a worldwide basis. These
businesses consist of catalysts and silica products (Davison Chemicals) and
construction chemicals, building materials and container products (Performance
Chemicals).

W. R. Grace & Co. conducts substantially all of its business through a direct,
wholly owned subsidiary, W. R. Grace & Co.-Conn. (Grace-Conn.). Grace-Conn. owns
substantially all of the assets, properties and rights of W. R. Grace & Co.,
either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term
"Grace" refers to the Company and/or one or more of its subsidiaries and, in
certain cases, their respective predecessors.

BASIS OF PRESENTATION

The interim consolidated financial statements presented herein are unaudited and
should be read in conjunction with the consolidated financial statements
presented in the Company's 1999 Form 10-K. Such interim consolidated financial
statements reflect all adjustments that, in the opinion of management, are
necessary for a fair presentation of the results of the interim periods
presented; all such adjustments are of a normal recurring nature. All
significant intercompany accounts and transactions have been eliminated.

The results of operations for the three and nine-month interim periods ended
September 30, 2000 are not necessarily indicative of the results of operations
for the year ending December 31, 2000.

Grace has classified certain businesses as discontinued operations. Balance
sheet information relating to a discontinued business is not restated for
periods prior to the date of classification as a discontinued operation.
Accordingly, "Net pre-tax cash used for retained obligations of discontinued
operations" excludes the effects of changes in working capital of discontinued
operations prior to their classification as such. The net investing and
financing activities of discontinued operations represent cash flows of
discontinued operations subsequent to the respective dates of such
classifications.

RECLASSIFICATIONS

Certain amounts in prior years' consolidated financial statements have been
reclassified to conform to the 2000 presentation and as required with respect to
discontinued operations.

USE OF ESTIMATES

The preparation of financial statements in conformity with generally accepted
accounting principles requires that management make estimates and assumptions
affecting the assets and liabilities (including contingent assets and
liabilities) reported at the date of the consolidated financial statements and
the revenues and expenses reported for the periods presented. Actual amounts
could differ from those estimates.

------------------------------------------------------------------------
2.      PRIOR PERIOD RESTATEMENT
------------------------------------------------------------------------

The Company's financial statements as of December 31, 1998, have been restated
to reflect management's reassessment of the realization of certain deferred tax
assets. The effect of the restatement on the accompanying consolidated financial
statements is as follows:

| (DOLLARS IN MILLIONS) | JUNE 30, 2000 | | DECEMBER 31, 1999 | |
| --- | --- | --- | --- | --- |
| | AS PREVIOUSLY REPORTED | AS RESTATED | AS PREVIOUSLY REPORTED | AS RESTATED |
| Deferred income tax assets, noncurrent............ | | | $   345.8 | $   328.3 |
| Total assets............ | | | 2,492.6 | 2,475.1 |
| Income taxes payable............... | | | 118.7 | 146.7 |
| Total liabilities....... | | | 2,366.0 | 2,364.0 |
| Accumulated deficit............... | $    (22.4) | $   (67.9) | (81.2) | (126.7) |
| Total shareholders' equity............... | 153.5 | 108.0 | 156.6 | 111.1 |

The restatement had no effect on the Consolidated Statements of Operations or of Cash Flows for the year ended December 31, 1999, or for the three-month and nine-month periods ended September 30, 2000 and 1999. The restatement did not affect the financial position or results of operations of Grace's operating segments as previously reported.

I-6

---
3.     ASBESTOS-RELATED LITIGATION
---

Grace is a defendant in property damage and bodily injury lawsuits relating to
previously sold asbestos-containing products and expects that it will be named
as a defendant in additional asbestos-related lawsuits in the future. Grace was
a defendant in 58,225 asbestos-related lawsuits on September 30, 2000 (seven
involving claims for property damage, six claims involving attic insulation, and
the remainder involving 121,263 claims for bodily injury), as compared to 50,342
lawsuits on December 31, 1999 (11 involving claims for property damage and the
remainder involving 105,670 claims for bodily injury).

PROPERTY DAMAGE LITIGATION

The plaintiffs in property damage lawsuits generally seek to have the defendants
absorb the cost of removing, containing, or repairing the asbestos-containing
materials in the affected buildings. Each property damage case is unique in that
the age, type, size and use of the building, and the difficulty of asbestos
abatement, if necessary, vary from structure to structure. Thus, the amounts
involved in prior dispositions of property damage cases are not necessarily
indicative of the amounts that may be required to dispose of cases in the
future. Information regarding product identification, the amount of product in
the building, the age, type, size and use of the building, the jurisdictional
history of prior cases and the court in which the case is pending provide
meaningful guidance as to the range of potential costs. Grace has recorded an
accrual for all existing property damage cases for which sufficient information
is available to form a reasonable estimate of such exposure.

Through September 30, 2000 Grace had been served with 370 property damage cases
- 140 cases were dismissed without payment of any damages or settlement amounts;
judgments were entered in favor of Grace in nine cases (excluding cases settled
following appeals of judgments in favor of Grace); judgments were entered in
favor of the plaintiffs in seven cases for a total of $60.3 million; and 207 of
these property damage cases were settled for a total of $696.6 million.

============================================================
PROPERTY DAMAGE CASE ACTIVITY
============================================================
Cases pending, December 31, 1999 ............     11
New cases filed ............................     --
Settlements ................................     (4)
Dismissals .................................     --
                                               ----------
    Cases pending, September 30, 2000          7
============================================================

ATTIC INSULATION LITIGATION

From January 2000 through September 2000 Grace was served with six class action
lawsuits on behalf of owners of homes containing Zonolite attic fill insulation.
These actions seek damages and equitable relief, including the removal,
replacement and/or disposal of all such insulation. While Grace has not
completed its investigation of the claims described in these lawsuits, and
therefore is not able to assess the extent of any possible liability related to
these matters, it believes that this product is safe for its intended purpose
and poses little or no threat to human health. In the second quarter 2000 Grace
established a liability to cover its estimated defense costs for these cases.

BODILY INJURY LITIGATION

Bodily injury claims are generally similar to each other (differing primarily in
the type of asbestos-related illness allegedly suffered by the plaintiff).
However, Grace's estimated liability for such claims is influenced by numerous
variables, including the solvency of other producers of asbestos-containing
products, cross-claims by and the financial condition of co-defendants, the rate
at which new claims are filed, the jurisdiction in which the filings are made,
and the defense and disposition costs associated with these claims. Grace's
bodily injury liability reflects management's estimate of the number and
ultimate cost of present and future bodily injury claims expected to be asserted
against Grace, given demographic assumptions of possible exposure to asbestos
products manufactured by Grace.

Through September 30, 2000, approximately 15,400 asbestos bodily injury lawsuits
involving approximately 33,800 claims were dismissed without payment of any
damages or settlement amounts (primarily on the basis that Grace products were
not involved), and approximately 52,000 lawsuits involving approximately 142,000
claims were disposed of (through settlement and judgments) for a total of $496.2
million.

============================================================
BODILY INJURY CLAIM ACTIVITY
============================================================
Claims pending, December 31, 1999 ............     105,670
New claims filed .............................      33,670
Settlements ..................................     (17,094)
Dismissals ...................................       (982)
Judgments ....................................         (1)
                                                  ----------
    Claims pending, September 30, 2000             121,263
============================================================

In recent months, certain codefendant companies in bodily injury litigation have petitioned for reorganization under Chapter 11 of the Federal Bankruptcy Code. As a consequence, litigation against them (with some exceptions) has been stayed or restricted. The impact of these actions on Grace will depend on numerous factors, including how plaintiffs respond, how the bankruptcy court adjudicates the petitions, and the response of other co-defendants in asbestos-related litigation. Due to the uncertainties involved, the financial effect of these proceedings on Grace's bodily injury litigation cannot be estimated at this time.

In addition, new bodily injury claims for the first nine months of 2000 are significantly higher than the 1999 comparable period. This increase in claims may represent an acceleration of future claims already expected by Grace to be filed, or could represent an increase in total claims to be filed in the future. More time, experience and analysis is required to determine whether the number of future claims may be materially higher than Grace's current estimates and the impact this would have on Grace's future cash flow and recorded liability for future claims.

ASBESTOS-RELATED LIABILITY

Grace estimates its property damage and bodily injury liabilities based on its experience with, and recent trends in, asbestos litigation. These estimates include property damage and bodily injury indemnity as well as defense costs. Grace regularly evaluates its financial exposure to asbestos-related lawsuits and the adequacy of related recorded liabilities. The amounts recorded at each balance sheet date reflect Grace's best estimate of probable and estimable liabilities in all material respects. However, changes to estimates of probable liabilities may occur as new information becomes available and as actual experience is gained over time.

| ESTIMATED LIABILITY FOR ASBESTOS-RELATED LITIGATION (Dollars in millions) | SEPTEMBER 30, 2000 | December 31, 1999 |
|---|---|---|
| Asbestos-related liability expected to be satisfied within one year.............. | $   168.6 | $   199.3 |
| Asbestos-related liability expected to be satisfied after one year.............. | 729.3 | 884.7 |
| Total asbestos-related liability................... | $   897.9 | $   1,084.0 |

The current portion of Grace's asbestos-related liability is based on management's estimate of indemnity payments and defense costs expected to be paid within one year.

ASBESTOS-RELATED INSURANCE

Grace previously purchased insurance policies with respect to its asbestos-related lawsuits and claims. Activity in Grace's notes receivable from insurance carriers and asbestos-related insurance receivable during the nine months ended September 30, 2000 was as follows:

ESTIMATED INSURANCE RECOVERY ON
ASBESTOS-RELATED LIABILITIES
(Dollars in millions)

NOTES RECEIVABLE
Notes receivable from insurance carriers,
  beginning of year, net of discount of $0.8...    $    5.3
Proceeds received under asbestos-related

```
  insurance settlements .......................      (3.2)
Current period amortization of discount .......       0.4
-------------------------------------------------------------
  Notes receivable from insurance carriers,
  end of quarter, net of discount of $0.4 ....       2.5
-------------------------------------------------------------


INSURANCE RECEIVABLE
Asbestos-related insurance receivable,
  beginning of  year .........................      366.1
Proceeds received under asbestos-related
  insurance settlements .......................     (52.7)
-------------------------------------------------------------
  Asbestos-related insurance receivable, end
  of quarter ..................................      313.4
-------------------------------------------------------------
  Total amounts due from insurance carriers         315.9
  Expected to be realized within one year ...       (62.2)
-------------------------------------------------------------
  Expected to be realized after one year ....     $ 253.7
=============================================================
```

Grace has settled with and has been paid by its primary insurance carriers with
respect to both property damage and bodily injury cases and claims. Grace has
also settled with certain excess insurance carriers that wrote policies
available for property damage and bodily injury cases and claims; those
settlements involve amounts paid and to be paid to Grace. In addition, Grace is
involved in litigation with one of its primary insurance carriers with respect
to coverage for liabilities related to Grace's former operations in Libby,
Montana. Insurance coverage for asbestos-related liabilities has not been
commercially available since 1985.

The asbestos-related insurance asset represents amounts expected to be received
from carriers under settlement agreements for defense and disposition costs to
be paid by Grace. Estimated insurance reimbursements relate directly to Grace's
estimated liabilities for property damage and bodily injury cases and claims
pending at September 30, 2000 and bodily injury claims expected to be filed in
the future. Of the amount expected to be realized within one year of September
30, 2000, $25 million is for reimbursement of litigation and settlement costs
paid.

I-8

Grace's ultimate exposure with respect to its asbestos-related cases and claims partly depends on the extent to which its insurance will cover damages for which it may be held liable, amounts paid in settlement and litigation costs. In Grace's opinion, as long as the cost of asbestos related litigation follows historical experience, it is probable that recoveries from its insurance carriers (including amounts reflected in the receivable discussed above), along with other funds, will be available to satisfy the property damage, attic insulation and bodily injury cases and claims pending at September 30, 2000, as well as bodily injury claims expected to be filed in the future.

---

4.    DISCONTINUED OPERATIONS

---

CROSS COUNTRY STAFFING

In July 1999, the Company completed the sale of substantially all of its interest in Cross Country Staffing (CCS), a provider of temporary nursing and other healthcare services. The Company's investment in CCS had been accounted for under the equity method. The net pre-tax gain of $74.8 million ($32.1 million after-tax) and the operations of CCS prior to the sale are included in "Income from discontinued operations, net of tax" in the Consolidated Statement of Operations. For the third quarter of 1999, the results of CCS's operations were a loss of $13.3 million ($6.2 million after-tax). For the nine months ended September 30, 1999, the results of CCS's operations were a loss of $8.6 million ($4.0 million after-tax). Certain contingent liabilities, primarily related to tax liabilities of CCS, are being retained by the Company and are included in other current liabilities in the accompanying Consolidated Balance Sheet.

PACKAGING BUSINESS

In 1998, Grace made certain amendments to one of its domestic pension plans which included offering a lump sum settlement option to former Grace employees not currently receiving benefits. During the second quarter of 1999, a significant number of lump sum offers were settled. A pre-tax noncash charge of $9.1 million ($5.7 million after-tax) is included in loss from discontinued operations in the Consolidated Statement of Operations as it relates to settlements with former Packaging Business employees.

RETAINED OBLIGATIONS

Under certain divestiture agreements, the Company has retained contingent obligations that could develop into situations where accruals for estimated costs of defense or loss would be recorded in a period subsequent to divestiture under generally accepted accounting principles. The Company assesses its retained risks quarterly and accrues amounts estimated to be payable related to these obligations when probable and estimable. During the three months ended September 30, 1999, the Company revised its estimate of the outcome of certain of these retained contingent obligations based on current circumstances and, as a result, recorded an additional charge of $25.7 million ($16.7 million after tax). This charge is included in "Income from discontinued operations, net of tax" in the accompanying Consolidated Statement of Operations.

FINANCIAL INFORMATION FOR DISCONTINUED OPERATIONS

For the third quarter of 1999, the basic and diluted loss per share from discontinued operations was $0.13 and $0.12, respectively. For the nine months ended September 30, 1999, the basic and diluted loss per share from discontinued operations was $0.08 and $0.07 respectively.

---

5.    ACQUISITIONS

---

In January 2000, Grace acquired Crosfield Group's hydroprocessing catalyst business from Imperial Chemical Industries PLC. In March 2000, Grace acquired International Protective Coatings Corp., a supplier of firestops. In June 2000, Grace acquired the Ludox(R) colloidal silica business of the DuPont Company. In July 2000, Grace acquired the Hampshire Polymers Business from the Dow Chemical Company. Pro-forma results of operations have not been presented because the effects of these acquisitions were not material on either an individual or aggregate basis.

---

6.      OTHER INCOME

---

Components of other income are as follows:

| OTHER INCOME<br>(Dollars in millions) | THREE MONTHS<br>ENDED<br>SEPTEMBER 30, | | NINE MONTHS<br>ENDED<br>SEPTEMBER 30, | |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| Investment income......... | $ 3.7 | $ 2.1 | $ 13.7 | $ 6.7 |
| Tolling revenue........... | 0.8 | 0.6 | 3.0 | 2.9 |
| Interest income........... | 2.3 | 1.2 | 7.4 | 2.9 |
| Net gains (losses) on<br> dispositions of assets... | (0.8) | 0.4 | 4.4 | 3.8 |
| Other miscellaneous<br> income ................. | 1.0 | 6.1 | 4.5 | 10.0 |
| Total other income ... | $ 7.0 | $ 10.4 | $ 33.0 | $ 26.3 |

I - 9

---

7.    OTHER  BALANCE SHEET ACCOUNTS

---

| (Dollars in millions) | SEPTEMBER 30, 2000 | December 31, 1999 |
|---|---|---|
| NOTES AND ACCOUNTS RECEIVABLE, NET | | |
| Trade receivables, less allowance | | |
| of $4.0 (1999 - $3.8)............ | $ 170.9 | $ 165.7 |
| Other receivables, less allowance | | |
| of $0.5 (1999 - $0.3)............ | 29.8 | 27.9 |
| | $ 200.7 | $ 193.6 |
| INVENTORIES | | |
| Raw materials ..................... | $  34.3 | $  34.9 |
| In process ........................ | 21.8 | 16.7 |
| Finished products ................. | 87.8 | 83.6 |
| General merchandise ............... | 19.8 | 20.2 |
| Less:  Adjustment of certain | | |
| inventories to a | | |
| last-in/first-out (LIFO) basis | (26.5) | (27.2) |
| | $ 137.2 | $ 128.2 |
| OTHER ASSETS | | |
| Plan assets in excess of defined | | |
| benefit pension obligation....... | $ 315.8 | $ 298.9 |
| Unamortized costs of overfunded | | |
| pension plans ................... | (23.2) | (27.6) |
| Deferred charges ................. | 49.7 | 52.4 |
| Long-term receivables, less | | |
| allowances of $0.8 (1999 - $0.8) | 2.4 | 2.6 |
| Investments in unconsolidated | | |
| affiliates ..................... | 3.7 | -- |
| Patents, licenses and other | | |
| intangible assets ............... | 39.3 | 20.2 |
| | $ 387.7 | $ 346.5 |
| OTHER CURRENT LIABILITIES | | |
| Retained obligations of divested | | |
| businesses ...................... | $  66.1 | $  85.1 |
| Accrued compensation ............. | 35.3 | 36.9 |
| Costs of business restructurings | 4.7 | 13.6 |
| Environmental remediation ........ | 49.4 | 43.9 |
| Accrued interest ................. | 5.7 | 5.7 |
| Other accrued liabilities ........ | 95.7 | 101.1 |
| | $ 256.9 | $ 286.3 |
| OTHER LIABILITIES | | |
| Other postretirement benefits ..... | $ 194.3 | $ 201.4 |
| Environmental remediation ........ | 142.6 | 171.6 |
| Defined benefit obligation in | | |
| excess of pension plan assets ... | 155.5 | 161.8 |
| Unamortized costs of underfunded | | |
| pension plans ................... | (30.3) | (33.1) |
| Deferred compensation ............ | 29.3 | 32.1 |
| Long-term self insurance reserve | 6.1 | 7.8 |
| Retained obligations of divested | | |
| businesses ..................... | 11.9 | 14.0 |
| Other accrued liabilities ........ | 58.8 | 10.6 |
| | $ 568.2 | $ 566.2 |

The Company recognizes repairs and maintenance expenses on planned major
maintenance activities in the period in which the expense is incurred.

---

8.    LIFE INSURANCE

---

Grace is the beneficiary of life insurance policies on current and former
employees with net cash surrender value of $104.9 million at September 30, 2000.
The policies were acquired to fund various employee benefit programs and other
long-term liabilities and are structured to provide cash flow (primarily
tax-free) over the next 40-plus years. The following table summarizes activity
in these policies for the nine months ended September 30, 2000 and the year
ended December 31, 1999:

| ACTIVITY SUMMARY - LIFE INSURANCE (Dollars in millions) | SEPTEMBER 30, 2000 | December 31, 1999 |
|---|---|---|
| Earnings on policy assets..... | $ 27.3 | $ 31.6 |
| Interest on policy loans...... | (22.0) | (29.5) |
| Policy loan repayments........ | 4.7 | 3.4 |
| Premiums...................... | 2.6 | 2.4 |
| Net investing activity........ | 10.7 | (3.3) |
| Change in net cash value... | $ 23.3 | $ 4.6 |
| Gross cash value.............. | $ 445.4 | $ 432.4 |
| Principal - policy loans...... | (326.3) | (331.0) |
| Accrued interest - policy loans...................... | (14.2) | (19.8) |
| Net cash value............... | $ 104.9 | $ 81.6 |
| Insurance benefits in force... | $2,282.0 | $2,309.0 |
| Tax-free proceeds received.... | $ 17.1 | $ 15.3 |

Policy loans bore interest at an average annualized rate of 8.9% during the nine
months ended September 30, 2000, compared to an average of 8.4% for the year
ended December 31, 1999. Policy assets are invested primarily in general
accounts of the insurance carriers and earned returns at an average annualized
rate of 8.2% during the nine months ended September 30, 2000, compared to an
average of 7.3% for the year ended December 31, 1999.

The Company's financial statements display income statement activity and balance
sheet amounts on a net basis, reflecting the contractual interdependency of
policy assets and liabilities.

---
9.    DEBT
---

On September 30, 2000, and December 31, 1999, the Company's short-term and long-term debt was as follows:

| COMPONENTS OF DEBT (Dollars in millions) | SEPTEMBER 30, 2000 | December 31, 1999 |
|---|---|---|
| **SHORT-TERM DEBT** | | |
| Bank borrowings ............... | $  36.2 | $   -- |
| Other short-term borrowings ... | 13.2 | 13.0 |
| | $  49.4 | $  13.0 |
| **LONG-TERM DEBT** | | |
| Bank borrowings ............... | $ 250.0 | $  89.7 |
| 8.0% Notes Due 2004........... | 5.7 | 5.7 |
| 7.4% Notes Due 2000........... | -- | 24.7 |
| 7.75% Notes Due 2002.......... | 2.0 | 2.0 |
| Sundry indebtedness........... | 0.7 | 1.1 |
| | $ 258.4 | $ 123.2 |

In May 2000, Grace extended its $250.0 million credit facility under a 364-day credit agreement to May 2001. In addition, Grace maintains a $250.0 million long-term facility expiring in May 2003. These credit facilities contain covenants typical for credit facilities of their size and nature. At September 30, 2000, the Company had $250.0 million of bank borrowings outstanding under the long-term facility. The aggregate amount of net unused and unreserved borrowings under these credit facilities at September 30, 2000 was $250.0 million.

The short-term bank borrowings at September 30, 2000, are under uncommitted line of credit arrangements that the Company periodically accesses for temporary liquidity needs. These lines are payable on demand and bear interest at variable rates indexed to the London Interbank Offered Rate (LIBOR).

---
10.    SHAREHOLDERS' EQUITY
---

The Company is authorized to issue 300,000,000 shares of common stock. Of the common stock unissued on September 30, 2000, approximately 14,000,000 shares were reserved for issuance pursuant to stock options and other stock incentives. In the first nine months of 2000, the Company granted a total of 2,526,500 options with an average exercise price of $13.43. For the year ended December 31, 1999, the Company granted a total of 2,332,290 options with an average exercise price of $13.21.

In April 1998, the Company's Board of Directors approved a program to repurchase up to 20% of the Company's outstanding shares in the open market. In the second quarter of 2000, the Company completed this authorization by purchasing 766,690 shares of common stock for $9.6 million (an average price per share of $12.58). In total, the Company acquired 15,167,090 shares of common stock for $212.5 million under this program (an average price per share of $14.01). In January 1999, Grace retired 5,476,800 shares of treasury stock with a cost basis of $88.4 million.

In May 2000, the Company's Board of Directors approved a program to repurchase up to 12,000,000 of the Company's outstanding shares in the open market. Through September 30, 2000, the Company had acquired 1,753,600 shares of common stock for $12.2 million under the program (an average price per share of $6.98).

For additional information, see Notes 14 and 16 to the Consolidated Financial Statements in the 1999 Form 10-K.

--------------------------------------------------------------------------------
11.       EARNINGS PER SHARE
--------------------------------------------------------------------------------

The following table shows a reconciliation of the numerators and denominators
used in calculating basic and diluted earnings per share from continuing
operations.

| EARNINGS PER SHARE (Amounts in millions, except per share amounts) | THREE MONTHS ENDED SEPTEMBER 30, | | NINE MONTHS ENDED SEPTEMBER 30, | |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| NUMERATORS | | | | |
| Income from continuing operations .......... | $ 34.1 | 32.8 | $ 92.9 | $ 82.0 |
| DENOMINATORS | | | | |
| Weighted average common shares - basic calculation .......... | 66.7 | 71.2 | 67.3 | 70.8 |
| Effect of dilutive securities: | | | | |
| Employee compensation-related shares ..... | 0.7 | 3.4 | 1.1 | 3.3 |
| Weighted average common shares - diluted calculation........ | 67.4 | 74.6 | 68.4 | 74.1 |
| BASIC EARNINGS PER SHARE - CONTINUING OPERATIONS.... | $ 0.51 | $ 0.46 | $ 1.38 | $ 1.16 |
| DILUTED EARNINGS PER SHARE - CONTINUING OPERATIONS.. | $ 0.51 | $ 0.44 | $ 1.36 | $ 1.11 |

---

12.    COMPREHENSIVE INCOME

---

The tables below present the pre-tax, tax and after-tax components of the
Company's other comprehensive income (loss) for the three-month and nine-month
periods ended September 30, 2000 and 1999:

| THREE MONTHS ENDED SEPTEMBER 30, 2000 (Dollars in millions) | Pre-tax Amount | Tax (Expense) Benefit | After-Tax Amount |
|---|---|---|---|
| Change in unrealized gains (losses) on security..... | $ 4.2 | $ (1.4) | $ 2.8 |
| Reclassification adjustment for gains realized in net income... | (3.6) | 1.2 | (2.4) |
| Net unrealized gain........ | 0.6 | (0.2) | 0.4 |
| Foreign currency translation adjustments.. | (19.2) | -- | (19.2) |
| Other comprehensive loss... | $ (18.6) | $ (0.2) | $ (18.8) |

| NINE MONTHS ENDED SEPTEMBER 30, 2000 (Dollars in millions) | Pre-tax Amount | Tax (Expense) Benefit | After-Tax Amount |
|---|---|---|---|
| Change in unrealized gains (losses) on security..... | $ (7.5) | $ 2.7 | $ (4.8) |
| Reclassification adjustment for gains realized in net income... | (7.9) | 2.7 | (5.2) |
| Net unrealized losses...... | (15.4) | 5.4 | (10.0) |
| Foreign currency translation adjustments.. | (42.2) | -- | (42.2) |
| Other comprehensive loss... | $ (57.6) | $ 5.4 | $(52.2) |

| THREE MONTHS ENDED SEPTEMBER 30, 1999 (DOLLARS IN MILLIONS) | Pre-tax Amount | Tax (Expense) Benefit | After-Tax Amount |
|---|---|---|---|
| Change in unrealized gains (losses) on security..... | $ (2.1) | $ 0.8 | $ (1.3) |
| Reclassification adjustment for gains realized in net income... | (2.6) | 0.9 | (1.7) |
| Net unrealized losses...... | (4.7) | 1.7 | (3.0) |
| Foreign currency translation adjustments.. | 4.1 | -- | 4.1 |
| Other comprehensive loss... | $ (0.6) | $ 1.7 | $ 1.1 |

| NINE MONTHS ENDED SEPTEMBER 30, 1999 (DOLLARS IN MILLIONS) | Pre-tax Amount | Tax (Expense) Benefit | After-Tax Amount |
|---|---|---|---|
| Change in unrealized gains (losses) on security..... | $ 9.5 | $ (3.3) | $ 6.2 |
| Reclassification adjustment for gains realized in net income... | (8.1) | 2.8 | (5.3) |
| Net unrealized gains....... | 1.4 | (0.5) | 0.9 |
| Foreign currency translation adjustments.. | (14.9) | -- | (14.9) |
| Other comprehensive loss... | $ (13.5) | $ (0.5) | $ (14.0) |

The table below presents the components of Grace's accumulated other
comprehensive loss at September 30, 2000 and December 31, 1999:

```
===============================================================
COMPONENTS OF ACCUMULATED
OTHER COMPREHENSIVE LOSS
                             SEPTEMBER 30,   December 31,
(Dollars in millions)            2000            1999
===============================================================


Foreign currency translation
  adjustments ................  $  (148.3)      $  (106.1)
Net unrealized gains on
  investments .................     8.0            18.0
Minimum pension liability
  adjustments .................    (7.8)           (7.8)
                             ------------------------------
Total accumulated other
  comprehensive loss...........  $  (148.1)      $   (95.9)
===============================================================
```

--------------------------------------------------------------------------
13.      CONTINGENT LIABILITIES
--------------------------------------------------------------------------

TAXES

The Internal Revenue Service (IRS), on a comprehensive national level, is
challenging the deductibility of interest on policy loans related to corporate
owned life insurance (COLI) policies for years prior to January 1, 1999. In July
2000 Grace paid $21.3 million of tax and interest related to this issue for tax
years 1990 - 1992. Subsequent to 1992, Grace deducted approximately $163.2
million in interest attributable to the COLI policies. The Company is contesting
the IRS' assertion on the grounds that these insurance policies and related
loans had, and continue to have, an important and valid business purpose to fund
current and future obligations of Grace.

The IRS also has assessed additional federal income tax withholding and Federal
Insurance Contributions Act taxes plus interest and related penalties for
calendar years 1993 through 1995 related to CCHP, Inc., a subsidiary of Grace
that formerly held a majority interest in Cross Country Staffing (CCS). The
assessments were made in connection with a meal and incidental expense per diem
plan for travelling healthcare personnel which was in effect through 1999. In
July of 1999, Grace sold substantially all of its interest in CCS but retained
the potential tax liability. The matter is currently in the U.S Court of Claims.