# EXHIBIT H

# MANVILLE PERSONAL INJURY SETTLEMENT TRUST

## CLAIMS RESOLUTION MANAGEMENT CORPORATION

Selected Operations Data For Presentation at Courts Hearing

December 13, 2001