# EXHIBIT I

```
                                                              2
1                                              1
2           UNITED STATES DISTRICT COURT            McDERMOTT, WILL & EMERY
            EASTERN DISTRICT OF NEW YORK       2    60 Rockefeller Plaza
3                                                   New York, New York  10020-1605
    --------------------------X                3    BY: DONALD PUGLIESE, ESQ.
4                    : CV-91-875
    IN RE: ASBESTOS LITIGATION,   : CV-90-3973  4
5   --------------------------X                     DEBEVOISE & PLIMPTON
             U.S. Courthouse                   5    Counsel for Owens Corning
6            Brooklyn, New York                     and co-defendant subclass
                                               6    919 Third Avenue
7           CIVIL CAUSE FOR HEARING                 New York, New York 10022
                                               7    BY: ROGER E. PODESTA, ESQ.
8            December 13, 2001
             Ten o'clock a.m.                  8
9                                                   Law Offices of PETER G. ANGELOS
                                               9    210 W. Pennsylvania Avenue
10 BEFORE:                                          Suite 515
                                              10    Towson, Md. 21204
11 HONORABLE JACK B. WEINSTEIN                      BY: PAUL M. MATHENY, ESQ.
   HONORABLE BURTON R. LIFLAND                11
12                                                  PEPPER HAMILTON, LLP
                                              12    Subclass of Asbestos Distributors
13                                                  3000 Two Logan Square
   APPEARANCES:    WEITZ & LUXENBERG, P.C.    13    Eighteenth and Arch Streets
14                 For Plaintiffs                   Philadelphia, Pa. 19103-2799
                   180 Maiden Lane             14   BY: FRANCIS J. LAWALL, ESQ.
15                 New York, New York 10038-4925
                   BY: PERRY WEITZ, ESQ.       15   PAUL, WEISS, RIFKIND, WHARTON
16                 C. SANDERS McNEW,.               & GARRISON
                                               16   Legal Representative
17                 ORRICK, HERRINGTON & SUTCLIFF, LLP  1285 Avenue of the Americas
                   666 Fifth Avenue            17   New York, New York  10019-6064
18                 New York, New York  10103-0001   BY: JEFFREY NAGEL, ESQ.
                   BY: JAMES LAMONT STENGEL, ESQ. 18   LESLIE GORDON FAGEN, ESQ.
19
                   MAYER, BROWN & PLATT        19
20                 1675 Broadway                    GOLDBERG, PERSKY, JENNINGS
                   New York, New York  10019-5820 20  & WHILE
21                 BY:  MCHAEL O. WARE, ESQ.        For Claimants
                                               21   1030 Fifth Avenue
22                                                  Pittsburgh, Pa. 15219
                   LEVY PHILLIPS & KONIGSBERG, LLP 22  BY: MARK MEYER, ESQ.
23                 For Plaintiffs
                   520 Madison Avenue          23   TIMOTHY HOGAN, ESQ.
24                 New York, New York  10022        PETER T. NICHOLL
                   BY: STANLEY J. LEVY, ESQ.   24   For Plaintiffs
25                                                  36 South Charles Street
                                               25   17th Floor
```

```
         Baltimore, Maryland  21201            24
                                               25
    MARSHA DIAMOND CSR    OFFICIAL COURT REPORTER
                                                   MARSHA DIAMOND CSR    OFFICIAL COURT REPORTER

                    3                                              4

1                                              1
         NESS MOTLEY                                OBERMAYER REBMANN MAXWELL
2        For SCB/Plaintiffs                    2    & HIPPEL
         28 Bridgeside Boulevard                    For Unofficial Committee
3        Mt. Pleasant, S.C. 29464              3    of Select Asbestos Claimants
         BY: JOE RICE, ESQ.                         1617 JFK Boulevard
4                                              4    Philadelphia, Pennsylvania
                                                    BY: EDMOND M. GEORGE, ESQ.
5                                              5       CHARLES M. GOLDEN, ESQ.

6                                              6
                                                    CAPLIN & DRYSDALE
7                                              7    Selected counsel for
                                                    For beneficiaries "SCB"
8                                              8    399 Park Avenue
                                                    New York, N.Y.  10022-4614
9                                              9    By: ELIHU INSELBUCH, ESQ.

10                                            10    KAZAN McCLAIN EDISES, SIMON
                                                    & ABRAMS
11                                            11    For Interested Party for
                                                    Plaintiffs who are sick
12                                            12    171 Twelfth Street, Third Floor
                                                    Oakland, California 94607
13                                            13    BY: STEVEN KAZAN, ESQ.

14                                            14
                                                    KIRKLAND & ELLIS
15                                            15    200 East Randolph Drive
                                                    Chicago, Illinois 60601
16                                            16    BY: DAVID M. BERNICK,

17                                            17    RICHARD J. CHANLEY, ESQ.
                                                    For Clarke
18                                            18    328 Flatbush Avenue
                                                    Brooklyn, New York 11238
19                                            19

20                                            20    STANLEY, MANDEL & ILOA, L.L.P.
                                                    For SAC & Plaintiffs
21                                            21    3100 Monticello Avenue, Suite 750
                                                    Dallas, Texas 75205
22                                            22    BY: MARK H. IOLA, ESQ.

23
```

```
23           PAUL A. SCRUDATO, ESQ.
24             For Owens-Illinois, Inc.
               150 East 52nd Street
25             Suite 2700
               New York, New York 10022

     MARSHA DIAMOND  CSR      OFFICIAL COURT REPORTER

                              5

 1           CLAIMS RESOLUTION MANAGEMENT
 2             For Manville Trust Trustees
               8260 Willows Oaks Corporate Drive
 3             Suite 600
               P.O. Box 10415
 4             Fairfax, Virginia 22031
               BY:  DAVID T. AUSTERN
 5
             FARICY & ROEN, P.A.
 6             For MacArthur Sub-Class
               Metropolitan Centre
 7             333 South Seventh Street,
               Suite 2320
 8             Minneapolis, Minnesota 55402
               BY:  JAMES R. HARRIES, ESQ.
 9
10
     Court Reporter:     Marsha Diamond, CSR
11                       Official Court Reporter
                         United States District Court
12                       225 Cadman Plaza East
                         Brooklyn, New York 11201
13                       (718) 260-2489
14
15   Proceedings recorded by mechanical stenography.
     Transcript produced by Computer-Assisted Transcription.
16
17
18
19
20
```

```
22
23
24
25
     MARSHA DIAMOND  CSR      OFFICIAL COURT REPORTER

                              6

 1       THE COURT: Good morning, everybody.
 2       We are very pleased to see you all. It is very
 3  gracious of you to come all the way out to Brooklyn. This
 4  hearing is called because we have received the last financial
 5  statement and record from the Trust, the period ending
 6  September 30th, and we have noted there is a continuing rise
 7  in the number of claims, and that the amounts paid pro-rata on
 8  the claims have been proposed by the Trust as we understand it
 9  to be reduced from ten to five percent because there simply is
10  not enough money available to pay at the ten percent rate, and
11  we have taken judicial notice of the continuing media and
12  other campaigns encouraging the flood of new claims, many of
13  them of people who are not at the moment suffering but may
14  show some signs and possible future suffering.
15       We have also taken judicial notice of the fact there
16  have been more than a score of bankruptcy filings as a result
17  of part of the increased number of claims, and the
18  increasingly broad scope of the claims as they have been
19  applied in companies and new theories. All of this suggesting
```

```
20  in addition to the extensive submissions we have received,
21  which I have here as a result of this proposed hearing, that
22  there may be a misallocation of the funds that may be
23  available to those least in need.
24       We are dealing with a matter that is involved in the
25  order of some fifty billion dollars of claims that have been
     MARSHA DIAMOND  CSR      OFFICIAL COURT REPORTER
                              7
                           Austern
 1  or will be paid, and what happens in the Manville Trust, which
 2  has been a bellwether in this field, will obviously have an
 3  impact throughout the nation and related industries. Since
 4  this is a matter of concern to us directly and of concern to
 5  many others, this hearing is called. The clerk has listed in
 6  order for presentation Mr. Dave Austern, Mr. Inselbuch,
 7  Mr. Leslie Gordon Fagen, Steven Kazan, Mark Iola, and any
 8  other counsel or party who wishes to be heard. If you wish to
 9  be heard and you are not listed, if you will come up to my law
10  clerk or one of Judge Lifland's law clerks, your name will be
11  added.
12       Do you want to add anything?
13       JUDGE LIFLAND: No, I think you have expressed our
14  concerns, and with respect to the bankruptcy matters I am now
15  seeing a situation where, indeed, misallocation and the
16  mustering of claimants becomes a constipating factor in making
17  any kind of realistic distribution and it brings to light the
18  fact that there is a litigation in industry which is something
```

```
19  that we have to focus on with respect to finding ways to
20  correctly allocate available resources.
21       THE COURT: Mr. Austern, would you please begin.
22       MR. AUSTERN: Good morning, Your Honors. I am
23  Dave Austern. I am general counsel of Manville Trust. I
24  appear here on behalf of the Trust and as well as on behalf of
25  two of its trustees here, Mr. Falise and Mr. Klein. I think I
     MARSHA DIAMOND  CSR      OFFICIAL COURT REPORTER
                              8
                           Austern
 1  can tell you that Dr. Macchiarola, another trustee, will also
 2  be here but I believe he will be delayed. We are responding to
 3  the court's order of November 7, 2001.
 4       Your Honor, I have a presentation I would like to
 5  make with respect to some Trust data. We have handed out
 6  copies I hope to everyone but if people do not have copies,
 7  there are some more up here and Mr. Hall can perhaps
 8  distribute them.
 9       THE COURT: I think we might have them. Could we get
10  another set please, two sets.
11       MR. AUSTERN: I do have some preparatory comments I
12  would like to make first. First I would like to correct what
13  may be a misreading of the Trustee's letter to the Court.
14  There is a statement in the letters to the effect that there
15  have been some meetings with the selected counsel for the
16  beneficiaries representing the plaintiffs' bar as well as
17  Mr. Fagen and others concerning possible changes to our Trust
```

13 claims, I guess. Maybe not. Maybe we have an extraordinarily
14 singular tort system we have.
15    MR. INSELBUCH: There never was, Judge.
16    JUDGE WEINSTEIN: It has become more diverse with
17 all of these so-called reforms.
18    MR. INSELBUCH: I'm not sure that's so either, but
19 whatever it is, it is.
20    JUDGE WEINSTEIN: Right.
21    MR. INSELBUCH: We have 50 jurisdictions. Each one
22 of them addresses torts, asbestos torts in its own way, and
23 when we deal with a plan we have to take account for the many
24 different ways that the tort system does address asbestos
25 liabilities.

MICKEY BRYMER, C.S.R.,   OFFICIAL COURT REPORTER
55

1    The Court will remember with some pain I suspect that
2 we went to the 2d Circuit and they scolded us and sent us back
3 because we hadn't accounted for certain aspects of the tort
4 system which we then had to refer and the Court was required
5 to appoint additional representatives so that we did that in a
6 proper way.
7    JUDGE WEINSTEIN: Incidentally, is there anybody
8 from these third-party claimants' groups that want to speak
9 today that are on the list?
10   MR. PODESTA: Roger Podesta. I put my name on the
11 list in case I had something to say. I was one of the

13    JUDGE WEINSTEIN: As long as they have some input
14 because they are important. Fine.
15    MR. INSELBUCH: So, I think two issues have arisen
16 that -- two principal issues have arisen in connection with
17 the Manville Trust and in connection with all asbestos
18 litigation that have not yet been resolved on a factual
19 basis. One, there have been a lot more claims filed in a very
20 recent period of time. What does that mean? Does that mean
21 that we've ramped up? We are going to work from that forever
22 as in some sense the trust's projections reflect? Is this a
23 blip? If it is a blip, why is it a blip? What does it mean
24 to us?
25    Second -- actually, there are three issues. Second

MICKEY BRYMER, C.S.R.,   OFFICIAL COURT REPORTER
56

1 issue is in that new group of claims or larger group of claims
2 are we seeing claims different from the claims we saw before?
3 Are they sufficiently different that they implicate the
4 provisions of the TDP that said wait a minute, that's not what
5 we were talking about? If that's so, what do we do about
6 that?
7    Third, have the relative values in the tort system in
8 general changed from what we saw reflected -- what we imported
9 into the TDP and have been following?
10   Interestingly enough, until quite recently there was

11 very little argument about any of these points. Until the
12 year 2000, in fact until somewhere into the year 2000, when we
13 had a combination of things happen all at once, people began
14 to say this is important, we should focus on it. What
15 happened? Claims went up dramatically. Eight major asbestos
16 defendants went into Chapter 11. All of a sudden people
17 realized we now have a large zero sum. This is no longer a
18 situation where each claimant can go into the tort system and
19 get whatever his or her right share of the pot ought to be.
20 We are moving away from that and we have to do something to
21 accommodate all of the competing interests.
22   I can assure the Courts that we have been working
23 diligently on that problem.
24    JUDGE WEINSTEIN: Well, I think both of us
25 appreciate your importance in this endeavor and, also, Mr.

MICKEY BRYMER, C.S.R.,   OFFICIAL COURT REPORTER
57

1 Peterson's in integrating the total structure of payments
2 because they are all in a sense interrelated. What happens in
3 one bankruptcy will have an effect on the other.
4    MR. INSELBUCH: What I'm saying to the Court is under
5 the terms of the TDP, which is the governing document that
6 affects the Manville Trust as it exists today, there are three
7 fiduciaries charged with responsibility to worry about these
8 problems, sort through them, exercise their fiduciary judgment
9 and move on and continue observing.

10    JUDGE WEINSTEIN: Who is the three fiduciaries?
11    MR. INSELBUCH: Three fiduciaries are the trustees
12 themselves, the futures representative and the selected
13 counsel for the beneficiaries.
14    JUDGE WEINSTEIN: There is a possible fourth?
15    MR. INSELBUCH: The Court.
16    JUDGE WEINSTEIN: The chancellors. The chancellors.
17    MR. INSELBUCH: The chancellery?
18    JUDGE WEINSTEIN: Yes.
19    MR. INSELBUCH: Possible fourth. We are here, your
20 Honor --
21    JUDGE WEINSTEIN: We haven't stated that we have or
22 will utilize any power. We're just here at the moment as
23 observers.
24    MR. INSELBUCH: But I would --
25    JUDGE LIFLAND: Concerned observers.

MICKEY BRYMER, C.S.R.,   OFFICIAL COURT REPORTER
58

1    MR. INSELBUCH: We are all concerned observers, but
2 some people have the responsibility to take action here. I
3 can assure the Court that they are aware of that
4 responsibility. They are working on this. It's not easy, the
5 facts are difficult to understand completely, but it is their
6 job and they are dutiably attempting to come to grips with a
7 resolution that will not only, not only I suspect satisfy
8 these Courts that they've done what they're supposed to do,