# EXHIBIT S

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF:   Case: 1:01-cv-10547

--------------------------------
Judge Patti B. Saris - pre

Woodward - plaintiff

v.

Sealed Air Corporati - defendant

--------------------------------------------------------------
NOTICE OF ACTION BY THE COURT

Notice To:

    James H.M. Sprayregen, Esq.
    Kirkland & Ellis
    200 East Randolph Drive
    Chicago, IL  60601

\*\*   The following ruling was made on 6/13/01 and entered on the docket:

Judge Patti B. Saris . Endorsed Order entered granting [2-1] motion to intervene, granting [2-2] motion to transfer venue to the District of Delaware . [EOD Date 6/14/01]   cc/cl