IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
FRANCES A. PANCHAK, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

    I Frances A. Panchak, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**OBJECTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO ZONOLITE CLAIMANTS' MOTION TO DISMISS**

was made on the following parties on the attached list via Facsimile and First Class Mail on February 16, 2002.

*Frances A. Panchak*
Frances A. Panchak

SWORN AND SUBSCRIBED before me this 19th day of February 2002.

_____
NOTARY

KRLSWIL:28990.1

**W.R. GRACE & CO. SERVICE LIST:**

William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue
Wilmington, DE 19899

Elizabeth J. Cabraser, Esq.
Fabrice N. Vincent, Esq.
John Low-Beer, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Thomas M. Sobol, Esq.
Matthew L. Tuccillo
Lieff Cabraser, Heimann & Bernstein, LLP
214 Union Wharf
Boston, MA 02109-1216

John J. Stoia, Jr., Esq.
Timothy G. Blood, Esq.
Jobeth Halper, Esq.
Milberg Weiss Bershad Hynes & Lerach, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Allan M. McGarvey, Esq.
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main Street
Kalispell, MT 59904

Darrell Scott, Esq.
Lukins & Annis, P.S.
717 West Sprague Ave.
1600 Washington Trust Financial Center
Spokane, WA 99201

Richard Lewis, Esq.
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934

KRLSWIL:28989.1