IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 1557 |

**CERTIFICATION OF NO OBJECTION REGARDING THE THIRD INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001 <u>(DOCKET NO. 1557)</u>**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on January 28, 2002 a third interim application ("Application") [Docket No. 1557] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before January 18, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Administrative Order, upon the filing of this

{D0001589:1 }

Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale the fees and expenses requested in the Application.

          CAPLIN & DRYSDALE, CHARTERED
          Elihu Inselbuch
          399 Park Avenue
          New York, NY  10022
          (212) 319-7125

          -and-

          CAPLIN & DRYSDALE, CHARTERED
          Peter Van N. Lockwood
          One Thomas Circle, N.W.
          Washington, D.C.  20005
          (202) 862-5000

          - and -

          CAMPBELL & LEVINE, LLC

          /s/ Matthew G. Zaleski, III
          Matthew G. Zaleski, III (I.D. #3557)
          1201 N. Market Street
          15th Floor
          Wilmington, DE  19899
          (302) 426-1900

          Counsel for the Official Committee
            of Asbestos Personal Injury Claimants

Dated: February 19, 2002