APPENDIX "C"

| | | |
|---|---|---|
| ███ (redacted header) ███ | | |
| • Does the procedure assume that Zonolite Claimants are each cognizant of their claim? | No | Yes |
| ███ (redacted) ███ | ███ | ███ |
| • Does the procedure result in disenfranchisement of Zonolite Claimants who sensibly recognize that they cannot individually pursue their claim? | No | Yes |
| ███ (redacted) ███ | ███ | ███ |
| • Does the procedure unnecessarily burden the debtor's estate by frontloading substantial costs of detailed claims notice and claims administration, even though fundamental merits of those claims, although contested, have not been assessed? | No | Yes |
| ███ (redacted) ███ | ███ | ███ |
| • Does the procedure result in designation of representative claimants and designated counsel through whom unified treatment of claims is possible? | Yes | No |
| ███ (redacted) ███ | ███ | ███ |
| • Is the procedure harmonious with Grace's self-proclaimed and laudable goal of "determin[ing] the true scope of Grace's liability to asbestos claimants?" | Yes | No |



| | Yes | No |
|---|---|---|
| • Does the procedure enable the Court to communicate through designated counsel responsible to the Court for purposes of unified proceeding on Zonolite claims? | | |

\\SPOKANE1\VOL2\DWS\CLIENT D'WS\GRACE BANKRUPTCY\PLEADINGS\COMPARISON TABLE CLASS PROOF OF CLAIM.DOC2/18/02