IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DRAW ANOTHER CIRCLE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 16-11452 (KJC)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1662, 1669, 1675, 1683 and 1686** |

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER DISMISSING AND DENYING THE PETITIONS OF MS. SHELLY ADELE PETERSON AND PROVIDING FOR DEADLINE FOR FILING MOTION FOR LEAVE TO FILE LATE CLAIM**

Undersigned counsel for the Hastings Creditors' Liquidating Trust (the "*Trust*") and Curtis R. Smith, in his capacity as liquidating trustee (the "*Liquidating Trustee*") hereby certifies as follows:

1. On or about July 9, 2018, Ms. Shelly Adele Peterson ("Ms. Peterson") filed a document designated as a *Petition* [Docket No. 1669] (the "Petition").

2. On or about August 17, 2018, the Trust and Liquidating Trustee filed a *Motion to Dismiss the Petition of Ms. Shelly Adele Peterson* [Docket No. 1669] (the "Motion").

3. On or about September 5, 2018, Ms. Peterson a document designated as a *Pro Se Motion* [Docket No. 1675] (the "Pro Se Motion").

4. On or about September 28, 2018, the Trust and Liquidating Trustee filed a *Reservation of Rights of Regarding Letter Submitted by Ms. Shelly Peterson* [Docket No. 1683].

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809). Under the confirmed *First Amended Joint Combined Disclosure Statement and Plan of Liquidation* (the "Plan"), all of the Debtors' bankruptcy cases aside from Draw Another Circle, LLC have been closed.

5. On or about October 1, 2018, Ms. Peterson filed a document designated as a *Recovery Action* [Docket No. 1686] (the "Recovery Action" and collectively with the Petition and the Pro Se Motion, the "Peterson Filings").

6. On October 2, 2018, the Court held a hearing on the Motion and the Peterson Filings and made certain rulings on the record.

7. Attached as Exhibit 1 is a proposed order (the "*Order*"), which counsel for the Trust and Liquidating Trustee believes conforms to the Court's rulings on the record.

WHEREFORE, the Trust and Liquidating Trustee respectfully requests that the Court enter the attached Order at its earliest convenience.

| | |
|---|---|
| Dated: October 3, 2018 | GOLDSTEIN & MCCLINTOCK LLLP |
| | By: */s/ Maria Aprile Sawczuk*<br>Maria Aprile Sawczuk (No. 3320)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>(302) 444-6710<br>(302) 444-6709 (fax)<br>marias@restructuringshop.com |
| | *Counsel for Hastings Creditors' Liquidating Trust and Curtis R. Smith, as Liquidating Trustee* |