IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DRAW ANOTHER CIRCLE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 16-11452 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1662, 1669, 1675, 1683 and 1686, 1691 |

### ORDER DISMISSING AND DENYING THE PETITIONS OF MS. SHELLY ADELE PETERSON AND PROVIDING FOR DEADLINE FOR FILING MOTION FOR LEAVE TO FILE LATE CLAIM

Upon the *Petition* (the "Petition") filed by Ms. Shelly Adele Peterson ("Ms. Peterson") [Docket No. 1662]; the *Motion of the Liquidating Trust and Liquidating Trustee to Dismiss the Petition of Ms. Shelly Adele Peterson* [Docket No. 1669] (the "Motion"); the *Pro Se Motion* (the "Pro Se Motion") also filed by Ms. Peterson [Docket No. 1675]; the *Reservation of Rights of The Liquidating Trust and The Liquidating Trustee Regarding Letter Submitted by Ms. Shelly Peterson* [Docket No. 1683]; and the *Recovery Action* also filed by Ms. Peterson [Docket No. 1686] (the "Recovery Action" and collectively with the Petition and the Pro Se Motion, the "Peterson Filings") in the above-captioned jointly administered chapter 11 cases (the "Cases"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that the Court may

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809). Under the confirmed *First Amended Joint Combined Disclosure Statement and Plan of Liquidation* (the "Plan"), all of the Debtors' bankruptcy cases aside from Draw Another Circle, LLC have been closed.

enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after hearing and due deliberation, and the for the reasons set forth by the Court on the record at a hearing held on October 2, 2018, which are hereby incorporated by reference in their entirety, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Peterson Filings are hereby dismissed with prejudice for failure to state a claim upon which relief can be granted.

2. Ms. Peterson currently has no claim against the Debtors and their estates, the Liquidating Trustee and/or the Liquidating Trust. If Ms. Peterson believes she has a claim, she must file a Motion for Leave to File a Late Claim by no later than 30 days from the date of this Order.

3. If no motion is filed on or before the deadline stated in paragraph 2, pursuant to the Plan Injunction, Ms. Peterson shall be barred from asserting a claim against the Debtors and their estates, the Liquidating Trustee and/or the Liquidating Trust.

4. Except for the motion permitted in paragraph 2 herein, Ms. Peterson is hereby prohibited from seeking any further relief in these Chapter 11 Cases unless she seeks and obtains an order from this Court authorizing her to do so.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: Oct 3, 2018
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE