# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| DRAW ANOTHER CIRCLE, LLC, *et al.*,[1] | Case No.: 16-11452 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1692** |

## CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, Esq., hereby certify that on the 3rd day of October, 2018, a true and correct copy of the *Order Dismissing and Denying the Petitions of Ms. Shelly Adele Peterson and Providing for Deadline for Filing Motion for Leave to File Late Claim* (the "Order") was served via email to the following:

Shelly Adele Peterson - srohrich10@gmail.com and chachadee10@gmail.com

Additionally, the Order was served via first class mail to the following address:

Shelly Adele Peterson
4824 Stratford Road, Unit 10
Moses Lake, WA 98837

                          */s/ Maria Aprile Sawczuk*
                           Maria Aprile Sawczuk (No. 3320)

---

[1] The Debtors (defined below) and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809). Under the confirmed *First Amended Joint Combined Disclosure Statement and Plan of Liquidation* (the "Plan"), all of the Debtors' bankruptcy cases aside from Draw Another Circle, LLC have been closed.