IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 1589**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the Seventh Application of the Blackstone

Group L.P. ("Blackstone") as Financial Advisor to the Debtors and Debtors in Possession for

Allowance of Compensation for Actual and Necessary Services Rendered and for

Reimbursement of all Actual and Necessary Expenses Incurred [for the Period December 1, 2001

through December 31, 2001] (the "Application"). The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the Application appears thereon. Pursuant to the Notice of Application, objections to the

Application were to be filed and served no later than February 19, 2002.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Blackstone $140,000.00 which represents 80% of the fees ($175,000.00),

and $2,133.92, which represents 100% of the expenses requested in the Application for the

period December 1, 2001 through December 31, 2001, upon the filing of this Certification and

without the need for entry of a Court order approving the Application.

Dated: February 20, 2002

                    KIRKLAND & ELLIS
                    James H.M. Sprayregen
                    James W. Kapp III
                    Samuel A. Schwartz
                    Roger J. Higgins
                    200 East Randolph Drive
                    Chicago, Illinois 60601
                    Telephone:   (312) 861-2000
                    Facsimile:   (312) 861-2200

                    and

                    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                    Laura Davis Jones (Bar No. 2436)
                    Hamid W. Rafatjoo (California Bar No. 181564)
                    David W. Carickhoff, Jr. (Bar No. 3715)
                    919 N. Market Street, 16th Floor
                    P.O. Box 8705
                    Wilmington, Delaware 19899-8705
                    Telephone:   (302) 652-4100
                    Facsimile:   (302) 652-4400

                    Co-Counsel to Debtors and Debtors-in-Possession