IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 1576** |

**CERTIFICATION OF NO OBJECTION REGARDING THE THIRD INTERIM APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001 DOCKET NO. 1576)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on January 31, 2002 a third interim application ("Application") [Docket No. 1576] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before February 19, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Administrative Order, upon the filing of this

{D0001598:1 }

Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine the fees and expenses requested in the Application.

                CAMPBELL & LEVINE, LLC

                /s/ Matthew G. Zaleski, III
                Matthew G. Zaleski, III (I.D. #3557)
                1201 N. Market Street
                15th Floor
                Wilmington, DE  19899
                (302) 426-1900

                Counsel for the Official Committee
                    of Asbestos Personal Injury Claimants

Dated: February 21, 2002

{D0001598:1 }