IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br>  Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

### CERTIFICATION OF NO OBJECTION - DOCKET NO. 1612

On January 30, 2002, Klett Rooney Lieber & Schorling ("Klett Rooney"), counsel to the Official Committee of Equity Holders filed its Notice of First Interim Fee Application Request for the Period October 26, 2001 through November 30, 2001 (the " First Interim Application"). The First Interim Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on February 19, 2002. The undersigned hereby certifies that he has reviewed the docket, and no answer, objection or any responsive pleading with respect to the First Interim Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully request that the Court enter an order, substantially in the forms attached hereto: (i) granting the Interim Application and (ii) granting such further relief as may be appropriate.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

DATED: February 22, 2002

KRLSWIL:29246.1