IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 20, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: May 20, 2002 @ 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO.  1586

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Third Interim Fee Application Request of Ferry &

Joseph, P.A. for Approval and Allowance of Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period of October 1, 2001 through December 31, 2001, which requests

compensation in the amount of $21,014.00 and expenses in the amount of $5,381.10 ("the

Application").   The undersigned further certifies that the Court's docket in this case reflects that no

answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the

Notice of Application, objections to the Application were to be filed and served no later than February

20, 2002.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

FERRY , JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: February 22, 2002

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.3rd.fee.request.wpd