W.R. Grace Response Service List
Case No: 01-01139
Document No: 41243
Facsimile - 24

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Ted Tacconelli, Esquire
(Counsel for Property Damage Claimants)

*Facsimile 312-861-2200*
James H.M. Sprayregen, Esquire
David Bernick, Esquire
James Kapp, III, Esquire
Sam Schwartz, Esquire
(Counsel to Debtors)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)

*Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
(Official Committee of Personal Injury
Claimants)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
Arlene Krieger, Esquire
(Official Committee of Unsecured
Creditors)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)

*Facsimile 212-715-8000*
Thomas Moers Mayer, Esquire
Gary Becker, Esquire
(Counsel for Equity Committee)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Official Committee of Unsecured
Creditors)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Official Committee of Unsecured
Creditors)

*Facsimile 302-552-4295*
Teresa Currier, Esquire
(Counsel for Equity Committee)

*Facsimile 302-428-3180*
William D. Sullivan, Esquire
(Counsel for Medical Monitoring Claimants)

*Facsimile 415-956-1008*
Elizabeth J.Cabraser, Esquire
(Counsel for Medical Monitoring Claimants)

*Facsimile 617-720-5015*
Thomas M. Sobol, Esquire
(Counsel for Medical Monitoring Claimants)

*Facsimile 619-231-7423*
John J. Stoia, Jr., Esquire
Timothy G. Blood, Esquire
Jobeth Halper, Esquire
(Counsel for Zonolite Claimants)

*Facsimile 843-216-9440*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Edward B. Cottingham, Jr., Esquire
(Counsel for Medical Monitoring Claimants)

*Facsimile 406-752-7124*
Allan M. McGarvey, Esquire
Roger M. Sullivan, Esquire
Jon L. Heberling, Esquire
(Counsel for Medical Monitoring Claimants)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Counsel for Medical Monitoring Claimants)