**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of November 1, 2001 through December 31, 2001**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Hours |
|---|---|---|
| 1 | Review and analysis of Debtors' business and operations: | 0.0 |
| 2 | Analyzed, reviewed and monitored the Debtors' financial results and other relevant information: | 84.5 |
| 3 | Meetings and conference calls with the Debtors' management and financial advisor: | 6.5 |
| 4 | Review and analysis of asbestos related litigation, risk management and other legacy liabilities: | 0.0 |
| 5 | Meetings and discussions with the Committee and/or its Counsel: | 51.5 |
| 6 | Review of acquisitions proposed by the Debtor: | 0.0 |
| 7 | Reviewed Debtors' employee retention and incentive plans: | 0.0 |
| 8 | Investigation of asset divestitures: | 291.5 |
| 9 | Planning, preparation and organization: | 0.0 |
| 10 | Fee application and statements: | 16.5 |
| 11 | Other: | 4.0 |
| | **TOTAL** | **454.5** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of November 1, 2001 through December 31, 2001**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 5.0 |
| Gregory Boyer, Managing Director | 122.0 |
| Brian Fox, Managing Director | 14.5 |
| Daniel Katz, Associate | 143.5 |
| Stephanie Jones, Associate | 108.0 |
| Scott Sturdivant, Analyst | 61.5 |
| **TOTAL** | **454.5** |

## Bankruptcy Time Reporting Log

Client Name: WR Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Brian Fox | 11/01/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Daniel Katz | 11/01/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 11/01/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 11/01/01 | 8 | 0.5 | Conversation with DK re: status of presentation and fraudulent transfer laws |
| WR Grace | Daniel Katz | 11/01/01 | 8 | 0.5 | Conversation with GB re: status of presentation and fraudulent transfer laws |
| WR Grace | Gregory Boyer | 11/01/01 | 8 | 1.5 | Research of New York State fraudulent transfer law |
| WR Grace | Gregory Boyer | 11/01/01 | 8 | 4.0 | Review and drafting of presentation on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/01/01 | 8 | 1.0 | Review chart of stock price re: asset divestiture #1 |
| WR Grace | Gregory Boyer | 11/01/01 | 8 | 1.0 | Review of public documents filed re: asset divestiture #1 |
| WR Grace | Daniel Katz | 11/01/01 | 8 | 3.5 | Reviewed and updated presentation on historical asset divestiture #1 |
| WR Grace | Daniel Katz | 11/01/01 | 8 | 4.5 | Reviewed presentation on historical asset divestiture #1 |
| WR Grace | Gregory Boyer | 11/02/01 | 8 | 6.0 | Composed and reviewed report on historical asset divestiture #1 |
| WR Grace | Daniel Katz | 11/02/01 | 8 | 5.0 | Updated and prepared presentation on historical asset divestiture #1 |
| WR Grace | Gregory Boyer | 11/05/01 | 5 | 2.0 | Attendance of Delaware court hearing |
| WR Grace | Michael Gries | 11/05/01 | 8 | 1.0 | Conversation with GB re: asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/05/01 | 8 | 1.0 | Conversation with MG re: asset divestiture #2 |
| WR Grace | Michael Gries | 11/05/01 | 8 | 1.0 | Meeting with GB and DK re: presentation on historical asset divestiture #1 |
| WR Grace | Gregory Boyer | 11/05/01 | 8 | 1.0 | Meeting with MG and DK re: presentation on historical asset divestiture #1 |
| WR Grace | Daniel Katz | 11/05/01 | 8 | 1.0 | Meeting with MG and GB re: presentation on historical asset divestiture #1 |
| WR Grace | Daniel Katz | 11/05/01 | 8 | 5.5 | Reviewed and updated presentation on historical asset divestiture #1 |
| WR Grace | Gregory Boyer | 11/05/01 | 5 | 4.5 | Travel to and from Delaware for court hearings |
| WR Grace | Daniel Katz | 11/06/01 | 8 | 2.5 | Prepared presentation on historical asset divestiture #1 to be sent to Counsel |
| WR Grace | Daniel Katz | 11/06/01 | 8 | 4.5 | Updated and prepared fraudulent transfer report |
| WR Grace | Daniel Katz | 11/07/01 | 3 | 1.0 | Call with RS and GB re: due diligence information request |
| WR Grace | Gregory Boyer | 11/07/01 | 3 | 1.0 | Call with RS and DK re: due diligence information request |
| WR Grace | Gregory Boyer | 11/07/01 | 2 | 1.0 | Conversations with DK re: 3rd quarter operating results and presentation |
| WR Grace | Daniel Katz | 11/07/01 | 2 | 1.0 | Conversations with GB re: 3rd quarter operating results and presentation |
| WR Grace | Gregory Boyer | 11/07/01 | 2 | 3.0 | Reviewed September operating package |
| WR Grace | Daniel Katz | 11/07/01 | 2 | 2.5 | Reviewed September operating package |
| WR Grace | Brian Fox | 11/08/01 | 5 | 2.0 | Committee conference call |
| WR Grace | Daniel Katz | 11/08/01 | 5 | 2.0 | Committee conference call |
| WR Grace | Gregory Boyer | 11/08/01 | 5 | 2.0 | Committee conference call |
| WR Grace | Daniel Katz | 11/08/01 | 8 | 2.5 | Reviewed public filings for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/08/01 | 2 | 3.0 | Reviewed September operating package |
| WR Grace | Daniel Katz | 11/09/01 | 3 | 1.0 | Conference call with Company re: September operating package |
| WR Grace | Gregory Boyer | 11/09/01 | 3 | 1.0 | Conference call with Company re: September operating package |
| WR Grace | Gregory Boyer | 11/09/01 | 2 | 1.0 | Conversation with DK re: 3rd quarter results |
| WR Grace | Daniel Katz | 11/09/01 | 2 | 1.0 | Conversation with GB re: 3rd quarter results |
| WR Grace | Gregory Boyer | 11/09/01 | 3 | 0.5 | Conversation with RS re: 3rd quarter results |
| WR Grace | Daniel Katz | 11/09/01 | 8 | 4.5 | Prepared outline of transaction for historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/09/01 | 2 | 1.5 | Reviewed September operating package |
| WR Grace | Daniel Katz | 11/12/01 | 8 | 2.0 | Prepared outline of transaction for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/12/01 | 8 | 4.5 | Reviewed public filings for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/14/01 | 8 | 3.5 | Prepared outline of transaction for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/14/01 | 8 | 3.0 | Reviewed public filings for historical asset divestiture #2 |
| WR Grace | Brian Fox | 11/15/01 | 5 | 1.5 | Committee conference call |
| WR Grace | Daniel Katz | 11/15/01 | 5 | 1.5 | Committee conference call |
| WR Grace | Gregory Boyer | 11/15/01 | 5 | 1.5 | Committee conference call |
| WR Grace | Michael Gries | 11/15/01 | 5 | 1.5 | Committee conference call |
| WR Grace | Daniel Katz | 11/15/01 | 3 | 1.0 | Conference call with Company re: September operating package |
| WR Grace | Gregory Boyer | 11/15/01 | 3 | 1.0 | Conference call with Company re: September operating package |
| WR Grace | Gregory Boyer | 11/15/01 | 2 | 2.0 | Preparation for conference call with Company re: September operating package |
| WR Grace | Gregory Boyer | 11/15/01 | 8 | 2.0 | Reviewed flow chart summarizing historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/15/01 | 8 | 4.5 | Reviewed SEC filings for historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/16/01 | 10 | 0.5 | Conversation with DK re: certificate of no objection |
| WR Grace | Gregory Boyer | 11/16/01 | 8 | 0.5 | Conversation with DK re: historical asset divestiture #2 and fee application |

## *Bankruptcy Time Reporting Log*

Client Name: WR Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Daniel Katz | 11/16/01 | 10 | 0.5 | Conversation with GB re: certificate of no objection |
| WR Grace | Daniel Katz | 11/16/01 | 10 | 0.5 | Conversation with GB re: historical asset divestiture #2 and fee application |
| WR Grace | Michael Gries | 11/16/01 | 10 | 0.5 | Conversation with GB re: historical asset divestiture #2 and fee application |
| WR Grace | Gregory Boyer | 11/16/01 | 8 | 0.5 | Conversation with MG re: historical asset divestitures #2 and fee application |
| WR Grace | Gregory Boyer | 11/16/01 | 8 | 0.5 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/16/01 | 8 | 0.5 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/16/01 | 10 | 3.0 | Prepared fee application for October |
| WR Grace | Daniel Katz | 11/16/01 | 8 | 3.0 | Prepared outline of transaction for historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/16/01 | 8 | 4.5 | Reviewed outline of transaction for historical asset divestiture #2 and compared to SEC documents |
| WR Grace | Stephanie Jones | 11/17/01 | 8 | 2.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/17/01 | 8 | 2.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/17/01 | 8 | 4.5 | Reviewed SEC documents re: historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/19/01 | 10 | 3.0 | Prepared fee application for October |
| WR Grace | Daniel Katz | 11/19/01 | 2 | 2.5 | Prepared outline of presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 11/19/01 | 8 | 5.5 | Review documents related to historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/20/01 | 10 | 1.0 | Conversation with DK re: fee applications and presentations to committee |
| WR Grace | Daniel Katz | 11/20/01 | 10 | 1.0 | Conversation with GB re: fee applications and presentations to committee |
| WR Grace | Stephanie Jones | 11/20/01 | 8 | 1.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 11/20/01 | 8 | 2.5 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/20/01 | 8 | 2.5 | Conversation with SS re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/20/01 | 8 | 1.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/20/01 | 8 | 2.5 | Drafted and reviewed outlines for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/20/01 | 2 | 3.0 | Prepared outline of presentation on projections and financial performance |
| WR Grace | Gregory Boyer | 11/20/01 | 8 | 3.0 | Reviewed the transaction details for historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/21/01 | 5 | 0.5 | Attendance at the court house for hearing canceled that morning |
| WR Grace | Gregory Boyer | 11/21/01 | 5 | 0.5 | Attendance at the court house for hearing canceled that morning |
| WR Grace | Daniel Katz | 11/21/01 | 5 | 4.5 | Travel to and from court hearing in Delaware re: CMO |
| WR Grace | Gregory Boyer | 11/21/01 | 5 | 4.5 | Travel to and from court hearing in Delaware re: CMO |
| WR Grace | Daniel Katz | 11/26/01 | 2 | 6.5 | Prepared outline of presentation on projections and financial performance |
| WR Grace | Scott Sturdivant | 11/26/01 | 8 | 1.5 | Prepared research on fraudulent transfer laws for various jurisdictions |
| WR Grace | Gregory Boyer | 11/26/01 | 8 | 5.0 | Reviewed the transaction details for historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/27/01 | 8 | 5.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/27/01 | 10 | 1.0 | Conversation with DK re: fee applications and presentations to committee |
| WR Grace | Daniel Katz | 11/27/01 | 10 | 1.0 | Conversation with GB re: fee applications and presentations to committee |
| WR Grace | Stephanie Jones | 11/27/01 | 8 | 1.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/27/01 | 8 | 1.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/27/01 | 2 | 7.5 | Prepared presentation on projections and financial performance |
| WR Grace | Scott Sturdivant | 11/27/01 | 8 | 4.5 | Prepared research on fraudulent transfer laws for various jurisdictions |
| WR Grace | Gregory Boyer | 11/27/01 | 8 | 2.5 | Reviewed the transaction details for historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 11/28/01 | 8 | 5.0 | Assisted in preparation of report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 11/28/01 | 8 | 6.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/28/01 | 10 | 0.5 | Conversation with JS re: fee application and case status |
| WR Grace | Daniel Katz | 11/28/01 | 2 | 3.5 | Prepared legacy liability section and combined with financial presentation |
| WR Grace | Gregory Boyer | 11/28/01 | 11 | 0.5 | Review e-mails on new judges, etc. |
| WR Grace | Daniel Katz | 11/28/01 | 2 | 2.5 | Reviewed legacy liabilities presentation from company |
| WR Grace | Scott Sturdivant | 11/29/01 | 8 | 7.0 | Assisted in preparation of report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 11/29/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Daniel Katz | 11/29/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 11/29/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 11/29/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 11/29/01 | 8 | 5.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/29/01 | 2 | 5.0 | Prepared presentation on projections and financial performance |
| WR Grace | Daniel Katz | 11/29/01 | 8 | 2.0 | Reviewed outline of transaction for historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/29/01 | 2 | 2.0 | Reviewed report on projections and financial performance |
| WR Grace | Stephanie Jones | 11/30/01 | 8 | 4.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/30/01 | 10 | 1.0 | Conversation with DK re: fee application and presentation to the committee |

## Bankruptcy Time Reporting Log

Client Name:  WR Grace
Professional:  All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Daniel Katz | 11/30/01 | 10 | 1.0 | Conversation with GB re: fee application and presentation to the committee |
| WR Grace | Stephanie Jones | 11/30/01 | 8 | 1.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/30/01 | 8 | 1.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/30/01 | 2 | 4.5 | Prepared presentation on projections and financial performance |
| WR Grace | Gregory Boyer | 11/30/01 | 8 | 1.5 | Reviewed flow charts summarizing historical asset divestiture #2 |
| WR Grace | Daniel Katz | 11/30/01 | 8 | 1.0 | Reviewed outline of transaction for historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 11/30/01 | 2 | 1.5 | Reviewed presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/02/01 | 8 | 2.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/03/01 | 8 | 7.0 | Assisted in preparation of report on historical asset divestiture # 2 |
| WR Grace | Gregory Boyer | 12/03/01 | 8 | 4.0 | Draft flow chart of historical asset divestiture # 2 |
| WR Grace | Scott Sturdivant | 12/03/01 | 8 | 1.0 | Meeting with GB re: tables and charts analyzing historical divestiture |
| WR Grace | Gregory Boyer | 12/03/01 | 8 | 1.0 | Meeting with SS re: tables and charts analyzing historical divestiture |
| WR Grace | Daniel Katz | 12/03/01 | 2 | 3.0 | Prepared presentation on projections and financial performance |
| WR Grace | Gregory Boyer | 12/03/01 | 8 | 1.0 | Review business overview of presentation analyzing historical divestiture |
| WR Grace | Stephanie Jones | 12/04/01 | 8 | 4.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/04/01 | 8 | 1.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/04/01 | 8 | 1.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Daniel Katz | 12/04/01 | 2 | 5.0 | Prepared presentation on projections and financial performance |
| WR Grace | Gregory Boyer | 12/04/01 | 8 | 2.0 | Review operational overview of report on historical divestitures |
| WR Grace | Stephanie Jones | 12/05/01 | 8 | 0.5 | Conversation with JS re: report on historical divestiture and other case issues |
| WR Grace | Stephanie Jones | 12/05/01 | 8 | 4.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/05/01 | 8 | 0.5 | Conversation with JS re: report on historical divestiture and other case issues |
| WR Grace | Scott Sturdivant | 12/05/01 | 8 | 1.0 | Meeting with SJ and GB re: report on historical divestiture |
| WR Grace | Gregory Boyer | 12/05/01 | 8 | 1.0 | Meeting with SJ and SS re: report on historical divestiture |
| WR Grace | Stephanie Jones | 12/05/01 | 8 | 1.0 | Meeting with SS and GB re: report on historical divestiture |
| WR Grace | Scott Sturdivant | 12/05/01 | 8 | 4.0 | Reviewed and prepared charts on financial statements for historical divestiture report |
| WR Grace | Gregory Boyer | 12/05/01 | 2 | 1.5 | Reviewed October operating results and discussed with DK |
| WR Grace | Daniel Katz | 12/05/01 | 2 | 2.5 | Reviewed October operating results and discussed with GB |
| WR Grace | Brian Fox | 12/06/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Daniel Katz | 12/06/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 12/06/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 12/06/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 12/06/01 | 8 | 3.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/06/01 | 2 | 0.5 | Discussed presentation on projections and financial performance with DK |
| WR Grace | Daniel Katz | 12/06/01 | 2 | 0.5 | Discussed presentation on projections and financial performance with GB |
| WR Grace | Gregory Boyer | 12/06/01 | 2 | 2.0 | Reviewed presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/07/01 | 8 | 4.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/07/01 | 8 | 1.0 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/07/01 | 8 | 1.0 | Conversation with SJ re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/07/01 | 10 | 2.0 | Preparation of time detail for fee application |
| WR Grace | Gregory Boyer | 12/07/01 | 11 | 1.0 | Review correspondence and orders related to case procedures going forward relating to asbestos cases |
| WR Grace | Gregory Boyer | 12/07/01 | 8 | 3.0 | Reviewed draft report on historical asset divestiture #2 |
| WR Grace | Daniel Katz | 12/10/01 | 2 | 4.5 | Updated presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/10/01 | 8 | 5.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/10/01 | 8 | 3.5 | Prepared comparable company analysis on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/10/01 | 11 | 0.5 | Reviewed correspondence re: case procedures going forward relating to asbestos cases |
| WR Grace | Gregory Boyer | 12/10/01 | 2 | 2.5 | Reviewed presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/11/01 | 8 | 4.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/11/01 | 8 | 4.0 | Prepared charts on financial statements for report |
| WR Grace | Gregory Boyer | 12/11/01 | 11 | 1.5 | Reviewed correspondence re: case procedures going forward relating to asbestos cases |
| WR Grace | Gregory Boyer | 12/11/01 | 2 | 2.0 | Reviewed presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/12/01 | 8 | 6.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/12/01 | 8 | 3.0 | Prepared charts on financial statements for report on historical asset divestiture #2 |

## *Bankruptcy Time Reporting Log*

Client Name: WR Grace
Professional: All
Date:

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 12/12/01 | 8 | 4.0 | Reviewed historical SEC filings and report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 12/13/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Daniel Katz | 12/13/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 12/13/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 12/13/01 | 8 | 6.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Daniel Katz | 12/13/01 | 2 | 1.0 | Discussion with BF re: presentation on projections and financial performance |
| WR Grace | Brian Fox | 12/13/01 | 2 | 1.0 | Discussion with DK re: presentation on projections and financial performance |
| WR Grace | Scott Sturdivant | 12/13/01 | 8 | 6.0 | Reviewed and revised charts on financial statements for report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 12/13/01 | 2 | 2.5 | Reviewed presentation on projections and financial performance |
| WR Grace | Daniel Katz | 12/13/01 | 2 | 1.5 | Updated presentation on projections and financial performance |
| WR Grace | Stephanie Jones | 12/14/01 | 8 | 3.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/16/01 | 8 | 3.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/17/01 | 8 | 5.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/17/01 | 8 | 0.5 | Conversation with GB re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/17/01 | 8 | 0.5 | Conversation with SS re: historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/17/01 | 8 | 1.0 | Meeting with SJ to discuss charts for report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/17/01 | 8 | 1.0 | Meeting with SS to discuss charts for report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/17/01 | 8 | 1.0 | Reviewed graphs for historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 12/17/01 | 8 | 5.0 | Reviewed public filings and prepared assorted graphs for report |
| WR Grace | Stephanie Jones | 12/18/01 | 8 | 6.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 12/18/01 | 8 | 1.0 | Discussion with BF re: report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 12/18/01 | 8 | 1.0 | Discussion with SJ re: report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/18/01 | 11 | 0.5 | Reviewed correspondence on the 12/20 meeting in Newark |
| WR Grace | Scott Sturdivant | 12/19/01 | 8 | 5.0 | Prepared and reviewed historical stock charts |
| WR Grace | Brian Fox | 12/19/01 | 8 | 2.5 | Reviewed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 12/20/01 | 5 | 7.0 | Conference status meeting in Newark |
| WR Grace | Gregory Boyer | 12/27/01 | 5 | 1.0 | Committee conference call |
| WR Grace | Michael Gries | 12/27/01 | 5 | 1.0 | Committee conference call |

454.5  Total Hours