2/22/02

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of November 1, 2001 through November 30, 2001**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 692.84 | 0.00 | 0.00 | 0.00 | 692.84 |
| S. Jones | 19.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.38 |
| D. Katz | 58.00 | 0.00 | 369.46 | 0.00 | 0.00 | 0.00 | 427.46 |
| S. Perkins [1] | 76.00 | 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | 131.00 |
| S. Sturdivant | 33.08 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 42.08 |
| Total Individual | 186.46 | 0.00 | 1,126.30 | 0.00 | 0.00 | 0.00 | 1,312.76 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.39 | 99.39 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 615.81 | 615.81 |
| **Total** | **186.46** | **0.00** | **1,126.30** | **0.00** | **0.00** | **715.20** | **2,027.96** |

**Note:**
(1) Expenses apply to work completed in prior period.

2/22/02

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of December 1, 2001 through December 31, 2001**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 146.88 | 0.00 | 0.00 | 0.00 | 146.88 |
| D. Katz | 46.00 | 0.00 | 26.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| S. Sturdivant | 89.88 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 122.88 |
| Total Individual | 135.88 | 0.00 | 205.88 | 0.00 | 0.00 | 0.00 | 341.76 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.19 | 37.19 |
| **Total** | **135.88** | **0.00** | **205.88** | **0.00** | **0.00** | **37.19** | **378.95** |