FILED
2002 FEB 19 AM 10:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

LAW OFFICES
**THE CAVANAGH LAW FIRM**
A PROFESSIONAL ASSOCIATION
SUITE 2400
1850 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004
(602) 322-4000

Don C. Fletcher (012140)

Attorneys for Scottsdale Fashion Square Partnership, dba Scottsdale Fashion Square; Westbar Limited Partnership, an Arizona limited partnership; Paradise Village Investment Co.; and Arrowhead Marketplace, TWC AMP Holdings, L.L.C., an Arizona limited liability company

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>**Case No. 01-1139 through 01-1200 (JJF)**<br>**(Jointly Administered)**<br><br>**NOTICE OF APPEARANCE AND**<br>**SPECIAL REQUEST FOR NOTICE** |

TO: CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that The Cavanagh Law Firm, Don C. Fletcher as attorney for Scottsdale Fashion Square Partnership, dba Scottsdale Fashion Square; Westbar Limited Partnership, an Arizona limited partnership; Paradise Village Investment Co.; and Arrowhead Marketplace, TWC AMP Holdings, L.L.C., an Arizona limited liability company (collectively "Westcor"), hereby requests that the address set forth below be added to the master mailing list in this case.

90235-17, 18 and 24
CAVPHXDB:916059.1 02/13/02 11:05 am

Pursuant to Rule 2002, Westcor requests that a copy of all notices to creditors, equity security holders, lessors, creditors' committees, or equity security holders' committees, and interested parties, whether sent by the Court, the Debtors, or any other party in this case, also be sent to the address set forth below.

>Don C. Fletcher, Esq.
>The Cavanagh Law Firm
>1850 North Central Avenue, Suite 2400
>Phoenix, Arizona 85004
>Phone: 602/322-4000
>Fax: 602/263-4102

In addition, pursuant to Bankruptcy Rule 3015, Westcor hereby requests that any plan or any amendments thereto or stipulations be mailed to the undersigned at the same time as, and together with, any notices on any hearings.

RESPECTFULLY SUBMITTED this /3- day of February, 2002.

>THE CAVANAGH FIRM, P.A.

>By: _____
>Don C. Fletcher
>1850 North Central Avenue
>Suite 2400
>Phoenix, Arizona 85004
>Attorneys for Westcor

A copy of the foregoing mailed
this 13th day of February, 2002, to:

James H. M. Sprayregen, Esq.
James W. Kapp III, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

By _____