# EXHIBIT A

## EXHIBIT A

| Name of Professional Individual | Position with Klett Rooney and Year of Obtaining License(s) to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Teresa K.D. Currier | Shareholder; admitted | $395/hr. | 6.2 | $2,449.00 |
| Jeffrey A. Deller | Associate; admitted PA 1996 | $220/hr. | 9.4 | $2,068.00 |
| Kathleen P. Makowski | Associate; admitted DE 1997 | $190/hr. | .7 | $133.00 |
| Jeffrey R. Waxman | Associate; admitted DE 2001 | $160/hr | 14.6 | $2,336.00 |
| Victoria J.A. Dye | Legal Assistant | $125/hr. | 30.9 | $3,708.00 |
| Maryann M. Zickgraf | Legal Assistant | $80/hr. | 6.5 | $520.00 |
| Loren Matzke | Legal Assistant | $80/hr. | 3.5 | $280.00 |
| | **Grand Totals:** | | **71.8** | **$11,494.00** |
| **Blended Rate: $160.08** | | | | |