# EXHIBIT B

KRLSWIL:ThirdMon.WPD

## W.R. GRACE EXHIBIT "B" SUMMARY SHEET

| PROJECT BILLING CATEGORY | HOURS | VALUE |
|---|---|---|
| Asset Disposition | 1.2 | $474.00 |
| Business Operations | .6 | $190.00 |
| Case Administration | 49.2 | $7,492.50 |
| Claims Administration & Objections | .3 | $95.00 |
| Employee Benefits/Pensions | .3 | $118.50 |
| Fee/Employment Applications | 17.2 | $2,300.00 |
| Fee/Employment Objections | 1.1 | $176.00 |
| Litigation | 0.2 | $79.00 |
| Meetings of Creditors | 0.4 | $158.00 |
| Plan & Disclosure Statement | 1.3 | $411.00 |
| **TOTAL** | **71.8** | **$11,494.00** |

KRLSWIL:ThirdMon.WPD