# EXHIBIT C

KRLSWIL:365946.1

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                     MATTER :  W9600-003
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  ASSET DISPOSITION
============================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|----------|----------|----------|----------|----------|
| 12/20/01 | 128701 | 276.50 | .00 | 276.50 |

**PREVIOUS BALANCE DUE** ........................ $    276.50

CURRENT CHARGES
-------------------------------------
FEES                                           $    474.00

**TOTAL CURRENT CHARGES - INVOICE #132257** ..... $    474.00

**TOTAL BALANCE DUE** ........................... $    750.50

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO**
**KLETT ROONEY LIEBER & SCHORLING (KRL&S)**
**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER :  W9600-003
KRAMER LEVIN NAFTALIS & FRANKEL LLP          INVOICE : 132257
919 THIRD AVENUE
NEW YORK, NY  10022
```

```
RE:  ASSET DISPOSITION
======================================================

TOTAL FEES FOR PROFESSIONAL
SERVICES RENDERED THROUGH: 01/31/02            474.00

TOTAL CURRENT CHARGES .......... $             474.00
(detailed on following pages)               =============


        ***  MATTER SUMMARY  ***

TOTAL CURRENT CHARGES                          474.00

PREVIOUS BALANCE AS OF:    02/22/02            276.50

TOTAL BALANCE DUE .............. $             750.50
                                            =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-003
                                              INVOICE : 132257
```

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

       RE:  ASSET DISPOSITION


```
   DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
   ----  ----    -------------------------------                       -----

01/25/02 TC     REVIEWED MOTION TO COMPEL ASSUMPTION OR                  .30
                REJECTION OF LEASES

01/28/02 TC     REVIEWED MOTION TO EXTEND 365(D)(4) PERIOD               .40

01/31/02 TC     REVIEWED MOTION TO ACQUIRE ASSETS OF ADDIMENT            .50
```

```
                        T I M E   S U M M A R Y
                        -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

   T CURRIER             395.00    1.20          474.00
                  TOTALS           1.20          474.00


                  TOTAL FEES :                        474.00


                  TOTAL DUE  :                        474.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER :  W9600-004
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

## REMITTANCE COPY

RE:  BUSINESS OPERATIONS
==============================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| 12/20/01 | 128702 | 474.00 | .00 | 474.00 |
| 01/18/02 | 130318 | 197.50 | .00 | 197.50 |

**PREVIOUS BALANCE DUE** ........................ $      671.50

CURRENT CHARGES
-------------------------------------
FEES                                             $      190.00

**TOTAL CURRENT CHARGES - INVOICE #132258**  ..... $      190.00

**TOTAL BALANCE DUE** ............................ $      861.50

### PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
### KLETT ROONEY LIEBER & SCHORLING (KRL&S)
### 40TH FLOOR, ONE OXFORD CENTRE
### PITTSBURGH, PA  15219-6498

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-004
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132258
919 THIRD AVENUE
NEW YORK, NY  10022


   RE:  BUSINESS OPERATIONS
   ==================================================

   TOTAL FEES FOR PROFESSIONAL
   SERVICES RENDERED THROUGH: 01/31/02          190.00

   TOTAL CURRENT CHARGES .......... $           190.00
   (detailed on following pages)              =============


          ***  MATTER SUMMARY  ***

   TOTAL CURRENT CHARGES                        190.00

   PREVIOUS BALANCE AS OF:    02/22/02          671.50

   TOTAL BALANCE DUE .............. $           861.50
                                              =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   FEBRUARY 22, 2002
                                              MATTER :  W9600-004
                                              INVOICE : 132258
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/07/02 | TC | REVIEWED MONTHLY OPERATING REPORT | .40 |
| 01/20/02 | JRW | OBTAIN AND REVIEW MOTION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL ESTATE LEASES | .20 |

```
                    T I M E   S U M M A R Y
                    ----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

    J R WAXMAN          160.00    .20            32.00
    T CURRIER           395.00    .40           158.00
                 TOTALS           .60           190.00


                    TOTAL FEES :                       190.00


                    TOTAL DUE  :                       190.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                    MATTER : W9600-005
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

**REMITTANCE COPY**

RE:  CASE ADMINISTRATION
===============================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| 12/20/01 | 128703 | 1557.00 | .00 | 1557.00 |
| 01/18/02 | 130319 | 2354.00 | .00 | 2354.00 |

PREVIOUS BALANCE DUE ........................ $    3911.00

CURRENT CHARGES
------------------------------------
FEES                                          $    7492.50

TOTAL CURRENT CHARGES - INVOICE #132259  ..... $    7492.50

TOTAL BALANCE DUE ........................... $   11403.50

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
KLETT ROONEY LIEBER & SCHORLING (KRL&S)
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-005
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132259
919 THIRD AVENUE
NEW YORK, NY  10022
```

```
    RE:  CASE ADMINISTRATION
    =====================================================

    TOTAL FEES FOR PROFESSIONAL
    SERVICES RENDERED THROUGH: 01/31/02        7,492.50

    TOTAL CURRENT CHARGES .......... $        7,492.50
    (detailed on following pages)           =============


            ***  MATTER SUMMARY  ***

    TOTAL CURRENT CHARGES                      7,492.50

    PREVIOUS BALANCE AS OF:    02/22/02        3,911.00

    TOTAL BALANCE DUE ............. $         11,403.50
                                            =============
```

```
        THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
        OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
        BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

            INVOICE DUE UPON RECEIPT

            TAXPAYER I.D. #25-1698000
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-005
                                              INVOICE : 132259
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/02/02 | JAD | CALLS TO KRAMER LEVIN RE PREPARE FOR HEARING (.5), PREPARE BINDER FOR HEARINGS | 2.00 |
| 01/02/02 | VJD | ORGANIZE AND INDEX ADDITIONAL PLEADINGS FOR HEARING ON JANUARY 3, 2002 | 4.70 |
| 01/03/02 | JAD | ATTEND HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT ORDER | 6.00 |
| 01/03/02 | JAD | PREPARE FOR HEARINGS ON MOTION TO DISMISS AND CASE MANAGEMENT ORDER | 1.00 |
| 01/03/02 | L M | REVIEW PLEADINGS PROCURED BY PARCELS.  FORWARD TO VICTORIA DYE.  NOTE TO MATT YOVINO. | .50 |
| 01/04/02 | JRW | REVIEW FAX FROM BENTLEY RE: INTERCAT PLAN OF REORGANIZATION | .10 |
| 01/07/02 | JRW | REVIEW BECKER MEMORANDUM RE: JAN. 3, 2002 HEARING | .20 |
| 01/07/02 | JRW | CALENDAR FUTURE OMNIBUS HEARING DATES | .10 |
| 01/07/02 | JRW | EMAILS FROM TKDCURRIER AND JDELLER RE: STAFFING RESPONSIBILITIES | .10 |
| 01/07/02 | JRW | ADD LIST TO EM/ECF LIST FOR NOTIFICATION OF ALL PLEADINGS | .10 |
| 01/07/02 | KPM | REVIEW SEVERAL NOTICES OF APPEARANCES | .20 |
| 01/08/02 | JRW | TELEPHONE CALL TO CHAMBERS RE: TIMES OF OMNIBUS HEARINGS | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2002
                                              MATTER :  W9600-005
                                              INVOICE : 132259


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

      RE:  CASE ADMINISTRATION
```

| | | | |
|---|---|---|---|
| 01/08/02 | JRW | EMAIL TO TKDCURRIER AND JADELLER RE:  TIMES FOR OMNIBUS HEARING DATES | .10 |
| 01/10/02 | JRW | DISTRIBUTE ORDER RE: OMNIBUS HEARING DATES AND DATES FOR QUARTERLY FEE APPLICATIONS | .10 |
| 01/10/02 | JRW | TELEPHONE CALL WITH VDYE RE: CASE FILINGS AND FEE APPLICATIONS | .10 |
| 01/10/02 | JRW | CONFERENCE WITH TKDCURRIER RE: CONFERENCE CALL WITH JDELLER RE: CASE RESPONSIBILITIES | .10 |
| 01/10/02 | JRW | TELEPHONE CALL WITH JDELLER RE: CONFERENCE CALL WITH JDELLER RE: CASE RESPONSIBILITIES | .10 |
| 01/10/02 | JRW | REVIEW RECENT DOCKET ENTRIES. | .10 |
| 01/10/02 | VJD | CALL WITH J. WAXMAN REGARDING OMNIBUS HEARING DATES AND QUARTERLY FEE HEARINGS | .30 |
| 01/10/02 | VJD | PULL UP DOCKET UPDATES AND IMPORT DOCKET INTO SUMMATION | .60 |
| 01/11/02 | JRW | CONFERENCE WITH TKDCURRIER RE: DOCUMENT MANAGEMENT AND CONFERENCE ON MONDAY | .10 |
| 01/11/02 | JRW | CONFERENCE TKDCURRIER RE:  CASE MANAGEMENT AND ADMINISTRATION; SCHEDULING TELECONFERENCE | .10 |
| 01/11/02 | JRW | TELEPHONE CALL WITH VDYE RE: CASE MANAGEMENT AND CRITICAL DATES | .20 |
| 01/11/02 | VJD | PULL UP ADVERSARY DOCKETS, REVIEW SAME FOR DATES TO INCLUDE IN CRITICAL DATES CALENDAR | 1.10 |
| 01/11/02 | VJD | CALLS TO AND E-MAILS WITH J. WAXMAN REGARDING CASE MANAGEMENT ISSUES | .20 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    FEBRUARY 22, 2002
                                              MATTER :  W9600-005
                                              INVOICE : 132259


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

        RE:   CASE ADMINISTRATION


| | | | |
|---|---|---|---|
| 01/11/02 | VJD | PREPARE CRITICAL DATES CALENDAR | .60 |
| 01/11/02 | VJD | REVIEW DOCKET ESPECIALLY IN CONNECTION WITH UPCOMING DEADLINES | 3.50 |
| 01/14/02 | JRW | TELEPHONE CONFERENCE WITH TKDCURRIER, JADELLER AND VDYE RE: CASE STAFFING AND RESPONSIBILITIES | .30 |
| 01/14/02 | TC | CONF CALL WITH JEFF DELLER, JEFF WAXMAN RE ADMINISTRATION OF THE CASE | .40 |
| 01/15/02 | JRW | OBTAIN AND REVIEW RECENTLY DOCKETED ORDERS | .40 |
| 01/16/02 | JRW | TELEPHONE CALL WITH VDYE RE: FEE APPLICATION AND CRITICAL MEMOS DATE | .10 |
| 01/16/02 | KPM | REVIEW DEBTORS' MOTION TO FILE REPLY PAPERS TO OBJECTIONS TO ENTRY OF CASE MANAGEMENT ORDER | .10 |
| 01/16/02 | MMZ | REVIEW OF NOTICES OF APPEARANCE AND UPDATING OF 2002 SERVICE LIST. | .40 |
| 01/16/02 | TC | REVIEWED OMNIBUS ORDER GRANTING LEAVE TO FILE REPLY ON CASE MANAGEMENT ORDERS | .30 |
| 01/17/02 | VJD | ORGANIZE DOCUMENTS FILED WITH COURT AND ELECTRONICALLY SENT VIA E-MAIL | .40 |
| 01/21/02 | JAD | REVIEW DOCKET RE CASE UPDATE | .20 |
| 01/21/02 | VJD | PULL UP DOCKET FROM PACER SYSTEM | .30 |
| 01/21/02 | VJD | ORGANIZE DOCUMENTS; REVIEW DOCKET FOR UPDATES AND ATTEMPT TO DOWNLOAD COPY OF FIRST ADMINISTRATIVE ORDER REGARDING INTERIM COMPENSATION AND REIMBURSEMENT | .70 |
| 01/22/02 | VJD | PULL REQUESTED DOCUMENTS FROM CM/ECF SYSTEM | .20 |


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

**A PROFESSIONAL CORPORATION**

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE : FEBRUARY 22, 2002
                                            MATTER : W9600-005
                                            INVOICE : 132259


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

RE:  CASE ADMINISTRATION


| | | | |
|---|---|---|---:|
| 01/22/02 | VJD | ORGANIZE AND INDEX DOCUMENTS | .20 |
| 01/24/02 | JRW | REVIEW RECENTLY FILED PLEADINGS | .20 |
| 01/24/02 | VJD | RETRIEVE, PRINT AND ORGANIZE DOCUMENTS FOR WHICH E-MAIL NOTIFICATIONS WERE RECEIVED | 1.30 |
| 01/24/02 | VJD | ORGANIZE AND INDEX PLEADINGS | 2.90 |
| 01/25/02 | JRW | TELEPHONE CALL FROM VDYE RE: AGENDA AND PREPARATION FOR HEARING | .10 |
| 01/25/02 | JRW | CONFERENCE WITH TKDCURRIER RE: JAN 29 HEARING | .10 |
| 01/25/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 1/29 | .40 |
| 01/25/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 1/29 | .40 |
| 01/25/02 | VJD | ORGANIZE AND INDEX PLEADINGS | 2.30 |
| 01/25/02 | VJD | RETRIEVE DOCUMENTS ON NOTICE OF AGENDA OF MATTERS FOR JANUARY 29, 2002 HEARING FROM THE CM/ECF SYSTEM AND PREPARE BINDER OF SAME FOR J. WAXMAN | 4.60 |
| 01/28/02 | JRW | CONFERENCE WITH TKDCURRIER RE: HEARING | .10 |
| 01/28/02 | JRW | EMAILS TO AND FROM VDYE RE: HEARING | .10 |
| 01/28/02 | JRW | OBTAIN AND REVIEW AMENDED AGENDA FOR JAN. 29, 2002 | .20 |
| 01/28/02 | TC | CALL TO PHIL BENTLEY RE HEARING TOMORROW AND STAFFING HEARING | .20 |
| 01/28/02 | VJD | PULL UP DOCKET UPDATES FROM THE CM/ECF SYSTEM | .20 |
| 01/28/02 | VJD | ORGANIZE AND INDEX PLEADINGS | 1.20 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 22, 2002
MATTER :   W9600-005
INVOICE :  132259

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:  CASE ADMINISTRATION

| Date | Init | Description | Hours |
|------|------|-------------|------:|
| 01/29/02 | JRW | CONFERENCE WITH TKDCURRIER RE: HEARING | .20 |
| 01/29/02 | JRW | REVIEW DEBTORS' STATUS REPORT | .20 |
| 01/29/02 | JRW | REVIEW PLEADINGS IN PREPARATION FOR HEARING | .90 |
| 01/29/02 | JRW | ATTEND HEARING | 3.20 |
| 01/29/02 | JRW | REVIEWED MOTION TO PURCHASE ADDIMENT | .10 |
| 01/29/02 | L M | REVIEW AND DOWNLOAD NEW PLEADINGS. | 3.00 |
| 01/30/02 | JRW | TELEPHONE CALL TO TTACCONELLI RE: RECEIVING NOTICE OF MOTIONS | .10 |
| 01/30/02 | JRW | DRAFT MEMO RE: HEARING AND FUTURE ISSUES | .40 |
| 01/30/02 | VJD | ORGANIZE AND INDEX PLEADINGS | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|-----:|------:|-------:|
| J A DELLER | 220.00 | 9.20 | 2024.00 |
| J R WAXMAN | 160.00 | 8.40 | 1344.00 |
| K P MAKOWSKI | 190.00 | .30 | 57.00 |
| L MATZKE | 80.00 | 3.50 | 280.00 |
| M M ZICKGRAF | 80.00 | .40 | 32.00 |
| T CURRIER | 395.00 | 1.70 | 671.50 |
| V J DYE | 120.00 | 25.70 | 3084.00 |
| TOTALS | | 49.20 | 7492.50 |

TOTAL FEES :                          7,492.50

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

OFFICIAL COMMITTEE OF EQUITY HOLDERS 

DATE :  FEBRUARY 22, 2002
MATTER :  W9600-005
INVOICE :  132259

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:  CASE ADMINISTRATION

TOTAL DUE  :                        7,492.50

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER : W9600-006
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  CLAIMS ADMINISTRATION & OBJECTIONS
===============================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| 12/20/01 | 128704 | 79.00 | .00 | 79.00 |

**PREVIOUS BALANCE DUE** ........................ $     79.00

CURRENT CHARGES
------------------------------------
FEES                                              $     95.00

**TOTAL CURRENT CHARGES - INVOICE #132260**   ..... $     95.00

**TOTAL BALANCE DUE** ............................ $    174.00

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO**
**KLETT ROONEY LIEBER & SCHORLING (KRL&S)**
**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                    MATTER :  W9600-006
KRAMER LEVIN NAFTALIS & FRANKEL LLP        INVOICE : 132260
919 THIRD AVENUE
NEW YORK, NY  10022
```

```
RE:  CLAIMS ADMINISTRATION & OBJECTIONS
=======================================================

TOTAL FEES FOR PROFESSIONAL
SERVICES RENDERED THROUGH: 01/31/02            95.00

TOTAL CURRENT CHARGES .......... $             95.00
(detailed on following pages)               =============


         ***  MATTER SUMMARY  ***

TOTAL CURRENT CHARGES                          95.00

PREVIOUS BALANCE AS OF:    02/22/02            79.00

TOTAL BALANCE DUE .............. $            174.00
                                            =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
                                          MATTER :  W9600-006
                                          INVOICE : 132260


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

     RE:  CLAIMS ADMINISTRATION & OBJECTIONS


                                                                HOURS
  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                -----
  ----   ----   --------------------------------

01/03/02  TC    REVIEWED LETTER RE INTERCAT BANKRUPTCY            .20
                PROCEEDING

01/10/02  JRW   REVIEW NATIONAL UNION FIRE INSURANCE REQUEST      .10
                FOR DIRECTION


                      T I M E   S U M M A R Y
                      -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------
    J R WAXMAN          160.00     .10           16.00
    T CURRIER           395.00     .20           79.00
                TOTALS            .30           95.00


                  TOTAL FEES :                        95.00


                  TOTAL DUE  :                        95.00
```

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                     MATTER : W9600-007
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  EMPLOYEE BENEFITS/PENSIONS
================================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| **PREVIOUS BALANCE DUE** .......................... $ | | | | .00 |

CURRENT CHARGES
--------------------------------------
FEES                                                $    118.50

**TOTAL CURRENT CHARGES - INVOICE #132261**   ..... $    118.50

**TOTAL BALANCE DUE** ........................... $    118.50

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
KLETT ROONEY LIEBER & SCHORLING (KRL&S)
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER : W9600-007
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132261
919 THIRD AVENUE
NEW YORK, NY  10022
```

```
   RE:  EMPLOYEE BENEFITS/PENSIONS
   ====================================================

   TOTAL FEES FOR PROFESSIONAL
   SERVICES RENDERED THROUGH: 01/31/02          118.50

   TOTAL CURRENT CHARGES .......... $           118.50
   (detailed on following pages)                =============

            ***   MATTER SUMMARY   ***

   TOTAL CURRENT CHARGES                        118.50

   PREVIOUS BALANCE AS OF:    02/22/02              .00

   TOTAL BALANCE DUE .............. $           118.50
                                                =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-007
                                              INVOICE : 132261


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

     RE:  EMPLOYEE BENEFITS/PENSIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

01/11/02 TC    REVIEWED AMOUNTS PAID TO ORDINARY COURSE            .30
               PROFESSIONALS



                  T I M E   S U M M A R Y
                  -----------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

    T CURRIER          395.00     .30         118.50
                 TOTALS           .30         118.50


                 TOTAL FEES :                         118.50


                 TOTAL DUE  :                         118.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-008
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  FEE/EMPLOYMENT APPLICATIONS
================================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|--------|--------|--------|--------|--------|
| 12/20/01 | 128705 | 2068.00 | .00 | 2068.00 |
| 01/18/02 | 130320 | 224.00 | .00 | 224.00 |

**PREVIOUS BALANCE DUE** ........................ $    2292.00

CURRENT CHARGES
-------------------------------------
FEES                                              $    2300.00

**TOTAL CURRENT CHARGES - INVOICE #132262   ..... $    2300.00**

**TOTAL BALANCE DUE** ........................... $    4592.00

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO**
**KLETT ROONEY LIEBER & SCHORLING (KRL&S)**
**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-008
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132262
919 THIRD AVENUE
NEW YORK, NY  10022


    RE:  FEE/EMPLOYMENT APPLICATIONS
    ======================================================

    TOTAL FEES FOR PROFESSIONAL
    SERVICES RENDERED THROUGH: 01/31/02         2,300.00

    TOTAL CURRENT CHARGES .......... $          2,300.00
    (detailed on following pages)              =============


           ***   MATTER SUMMARY   ***

    TOTAL CURRENT CHARGES                       2,300.00

    PREVIOUS BALANCE AS OF:    02/22/02         2,292.00

    TOTAL BALANCE DUE .............. $          4,592.00
                                               =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2002
MATTER :  W9600-008
INVOICE : 132262

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/03/02 | KPM | REVIEW KRAMER LEVIN'S NOVEMBER FEE APPLICATION | .10 |
| 01/09/02 | JRW | REVIEW RECENTLY FILED PLEADINGS, INCLUDING AFFIDAVITS OF OF PROFESSIONALS TO BE EMPLOYED | .10 |
| 01/09/02 | MMZ | DRAFTING OF NOTICE OF APPLICATION RE FIRST APPLICATION OF COMMITTEE MEMBERS FOR REIMBURSEMENT OF EXPENSES (0.2); ELECTRONICALLY FILE SAME (0.4); SERVICE OF SAME (0.2). | .80 |
| 01/10/02 | JRW | OBTAIN AND REVIEW WALLACE KING FEE APPLICATION | .30 |
| 01/10/02 | JRW | OBTAIN AND REVIEW FEE APPLICATION OF CASNER & EDWARDS | .30 |
| 01/10/02 | TC | REVIEWED DEBTORS' MOTION TO RETAIN PWC FOR SUBSTANTIAL CONTRIBUTION | .40 |
| 01/11/02 | JRW | REVIEW PROPOSED ORDER RE:  AMENDED INTERIM COMPENSATION PROCEDURES | .10 |
| 01/11/02 | JRW | OBTAIN AND REVIEW FEE APPLICATIONS DOCUMENTS | .60 |
| 01/11/02 | JRW | EMAILS TO AND FROM VDYE RE: OBJECTION DEADLINES FOR FEE APPLICATIONS | .10 |
| 01/11/02 | JRW | TELEPHONE CALL FROM PATRICIA (PUCHALSKI) RE: MOTION TO EMPLOY/COMPENSATE PWC | .10 |
| 01/11/02 | JRW | TELEPHONE CALL FROM DCARICKHOFF RE: PROPOSED ORDER FOR INTERIM COMPENSATION PROCEDURE | .10 |
| 01/11/02 | JRW | DISTRIBUTE MOTION FOR SUBSTANTIAL CONTRIBUTION | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 132262
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---:|
| 01/11/02 | VJD | REVIEW 5/3/2001 ADMINISTRATIVE ORDER REGARDING INTERIM COMPENSATION OF PROFESSIONALS AND 01/10/2002 PROPOSED AMENDMENT THERETO | 1.00 |
| 01/11/02 | VJD | REVIEW FIRST MONTHLY FEE APPLICATION AND NOTICE OF SAME | .70 |
| 01/16/02 | KPM | REVIEW ORDER REQUIRING COUNSEL TO SUBMIT PROPOSED ADMINISTRATIVE FEE ORDER | .20 |
| 01/16/02 | VJD | CALL FROM J. WAXMAN REGARDING FEE APPLICATION FOR KRLS | .20 |
| 01/17/02 | JRW | TELEPHONE CALL TO DCARICKHOFF RE: PROPOSED COMPENSATION ORDER; LEFT MESSAGE | .10 |
| 01/17/02 | TC | REVIEWED ORDER REQUIRING COUNSEL TO SUBMIT ADMINISTRATIVE FEE ORDER | .20 |
| 01/18/02 | VJD | DRAFT SECOND MONTHLY FEE APPLICATION OF KRLS | 2.10 |
| 01/21/02 | JRW | REVIEW AND REVISE FEE APPLICATION | .30 |
| 01/21/02 | VJD | FINALIZE SECOND MONTHLY FEE APPLICATION AND E-MAIL TO J. WAXMAN REGARDING SAME | .50 |
| 01/22/02 | JRW | OBTAIN AND REVIEW PUCHALSKI NOV. FEE APPLICATION | .20 |
| 01/23/02 | JRW | REVIEW DOCKET AND CERTIFICATE OF NO OBJECTION FOR FEE APPLICATIONS | .10 |
| 01/23/02 | JRW | EMAIL TO AND FROM VDYE RE: FEE APPLICATION; TELEPHONE CALL RE: SAME | .10 |
| 01/23/02 | JRW | REVIEW AND REVISE FEE APPLICATION | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

**A PROFESSIONAL CORPORATION**

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-008
                                              INVOICE : 132262
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 01/23/02 MMZ | REVIEW OF DOCKET RE OBJECTIONS TO 1ST APPLICATION OF KLETT ROONEY AND 4TH APPLICATION OF KRAMER LEVIN (0.4); DRAFTING OF CERTIFICATES OF NO OBJECTION RE SAME (0.4); DRAFTING OF AFFIDAVITS OF SERVICE RE SAME (0.2); ELECTRONICALLY FILE AND SERVICE OF SAME (0.4). | | 1.40 |
| 01/23/02 VJD | PHONE CALL FROM J. WAXMAN REGARDING COMMENTS ON DRAFT OF FEE APPLICATION AND FILING OF SAME | | .20 |
| 01/24/02 JRW | REVIEW AND REVISE NOTICE OF FEE APPLICATION | | .10 |
| 01/24/02 VJD | REVISE FEE APPLICATION AND NOTICE OF SAME AND E-MAIL NOTICE TO J. WAXMAN | | .30 |
| 01/25/02 JRW | REVIEW AND REVISE FEE APPLICATION; PREPARE FOR FILING | | .40 |
| 01/25/02 MMZ | DRAFTING OF AFFIDAVIT OF SERVICE RE 2ND APPLICATION OF KLETT ROONEY (0.1); ELECTRONICALLY FILE AND SERVICE OF SAME (0.8); CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1). | | 1.00 |
| 01/25/02 MMZ | DRAFTING OF NOTICE OF APPLICATION (0.1); DRAFTING OF AFFIDAVIT OF SERVICE RE 5TH APPLICATION OF KRAMER LEVIN (0.1); ELECTRONICALLY FILE AND SERVICE OF SAME (0.8); CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1). | | 1.10 |
| 01/25/02 VJD | CALL WITH M. ZICIKGRAF AND J. WAXMAN REGARDING FILING AND SERVICE OF FEE APPLICATION | | .20 |
| 01/29/02 JRW | REVIEW FEE APPLICATIONS | | .60 |
| 01/29/02 MMZ | DRAFTING OF KRL&S FIRST INTERIM FEE REQUEST AND SECOND INTERIM FEE REQUEST OF ML&B (0.6) | | .60 |
| 01/30/02 JRW | REVIEW RECENTLY FILED APPLICATIONS TO EMPLOY | | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 132262


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

      RE:   FEE/EMPLOYMENT APPLICATIONS


01/30/02 MMZ   REVISIONS TO FIRST INTERIM FEE REQUEST OF KRL&S      1.20
               AND SECOND INTERIM FEE REQUEST OF ML&B (0.4);
               PREPARATION FOR FILING OF SAME (0.4);
               ELECTRONICALLY FILE AND SERVICE OF SAME (0.4).

01/30/02 TC    REVIEWED, APPROVED INTERIM FEE REQUESTS               .40

01/31/02 JRW   TELEPHONE CALL FROM FPERCH RE: FEE APPLICATION        .10
               OF COMMITTEE MEMBERS

01/31/02 JRW   CONFERENCE WITH TKDCURRIER RE: TELEPHONE CALL         .10
               FROM FPERCH RE: COMMITTEE MEMBERS' FEE
               APPLICATION

01/31/02 JRW   TELEPHONE CALL TO AMERCER RE: UST COMMENTS TO         .10
               REQUEST FOR REIMBURSMET OF EXPENSES

01/31/02 JRW   EMAIL FROM LSPIETH; EMAIL TO TKDCURRIER RE:           .10
               REQUEST FOR REIMBUSEMENT OF EXPENSES

01/31/02 JRW   TELEPHONE CALL TO FPERCH RE: COMMENTS TO FEE          .10
               APPLICATION; LEFT MESSAGE
```

```
               T I M E   S U M M A R Y
               -----------------------

                         RATE      HOURS            TOTALS
                         ----      -----            ------

J R WAXMAN               160.00     4.60            736.00
K P MAKOWSKI             190.00      .30             57.00
M M ZICKGRAF              80.00     6.10            488.00
T CURRIER                395.00     1.00            395.00
V J DYE                  120.00     5.20            624.00
               TOTALS              17.20           2300.00
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
                                            MATTER :  W9600-008
                                            INVOICE : 132262


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

    RE:   FEE/EMPLOYMENT APPLICATIONS


                            TOTAL FEES :               2,300.00


                            TOTAL DUE  :               2,300.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER :  W9600-009
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  FEE/EMPLOYMENT OBJECTIONS
=============================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| **PREVIOUS BALANCE DUE** ......................... $ | | | | .00 |

CURRENT CHARGES
------------------------------------
| | | | | |
|---|---|---|---|---|
| FEES | | | $ | 176.00 |
| **TOTAL CURRENT CHARGES - INVOICE #132263** ..... $ | | | | 176.00 |
| **TOTAL BALANCE DUE** ........................... $ | | | | 176.00 |

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO**
**KLETT ROONEY LIEBER & SCHORLING (KRL&S)**
**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                     MATTER :  W9600-009
KRAMER LEVIN NAFTALIS & FRANKEL LLP         INVOICE : 132263
919 THIRD AVENUE
NEW YORK, NY  10022


     RE:  FEE/EMPLOYMENT OBJECTIONS
     ======================================================

     TOTAL FEES FOR PROFESSIONAL
     SERVICES RENDERED THROUGH: 01/31/02          176.00

     TOTAL CURRENT CHARGES .......... $           176.00
     (detailed on following pages)              =============


          ***  MATTER SUMMARY  ***

     TOTAL CURRENT CHARGES                        176.00

     PREVIOUS BALANCE AS OF:    02/22/02              .00

     TOTAL BALANCE DUE .............. $           176.00
                                                =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2002
                                              MATTER :  W9600-009
                                              INVOICE : 132263


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

    RE:  FEE/EMPLOYMENT OBJECTIONS


  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----    -------------------------------                     -----

01/10/02 JRW    OBTAIN AND REVIEW HOLME ROBERTS' FEE                  .30
                APPLICATION

01/10/02 JRW    REVIEWED AND ANALYZED NOTICE OF APPLICATION FOR       .70
                FEES AND EXPENSES AND EMPLOYING PWC

01/11/02 JRW    TELEPHONE CONFERENCE WITH PBENTLEY AND                .10
                TKDCURRIER RE: MOTION FOR SUBSTANTIAL
                CONTRIBUTION


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------
J R WAXMAN             160.00      1.10          176.00
                TOTALS            1.10          176.00


                    TOTAL FEES :                     176.00


                    TOTAL DUE  :                     176.00
```

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                     MATTER : W9600-011
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  LITIGATION
===========================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|------|------|------|------|------|
| 12/20/01 | 128706 | 1063.50 | .00 | 1063.50 |
| 01/18/02 | 130321 | 632.00 | .00 | 632.00 |

**PREVIOUS BALANCE DUE** ......................... $     1695.50

CURRENT CHARGES
-------------------------------------
FEES                                        $       79.00

**TOTAL CURRENT CHARGES - INVOICE #132264   ..... $       79.00**

**TOTAL BALANCE DUE** ........................... $     1774.50

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
KLETT ROONEY LIEBER & SCHORLING (KRL&S)
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-011
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132264
919 THIRD AVENUE
NEW YORK, NY  10022


   RE:  LITIGATION
   ====================================================

   TOTAL FEES FOR PROFESSIONAL
   SERVICES RENDERED THROUGH: 01/31/02              79.00

   TOTAL CURRENT CHARGES .......... $              79.00
   (detailed on following pages)             =============


        ***  MATTER SUMMARY  ***

   TOTAL CURRENT CHARGES                           79.00

   PREVIOUS BALANCE AS OF:    02/22/02          1,695.50

   TOTAL BALANCE DUE .............. $           1,774.50
                                             =============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-011
                                              INVOICE : 132264
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

     RE:   LITIGATION
```

```
  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                HOURS
  ----  ----    -------------------------------                 -----

01/18/02 TC     REVIEWED ORDER RE CONSENT DECREE                  .20
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                            RATE    HOURS          TOTALS
                            ----    -----          ------

    T CURRIER             395.00     .20            79.00
                   TOTALS             .20            79.00


                   TOTAL FEES :                           79.00


                   TOTAL DUE  :                           79.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

**A Professional Corporation**

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER :  W9600-012
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  MEETINGS OF CREDITORS
================================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|----------|----------|----------|----------|----------|
| 01/18/02 | 130322 | 632.00 | .00 | 632.00 |

**PREVIOUS BALANCE DUE** ......................... $   632.00

CURRENT CHARGES
------------------------------------
FEES                                            $   158.00

**TOTAL CURRENT CHARGES - INVOICE #132265**   ..... $   158.00

**TOTAL BALANCE DUE** ............................ $   790.00

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
KLETT ROONEY LIEBER & SCHORLING (KRL&S)
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER :  W9600-012
KRAMER LEVIN NAFTALIS & FRANKEL LLP          INVOICE : 132265
919 THIRD AVENUE
NEW YORK, NY  10022


    RE:  MEETINGS OF CREDITORS
    ====================================================

    TOTAL FEES FOR PROFESSIONAL
    SERVICES RENDERED THROUGH: 01/31/02            158.00

    TOTAL CURRENT CHARGES .......... $            158.00
    (detailed on following pages)            =============


            ***  MATTER SUMMARY  ***

    TOTAL CURRENT CHARGES                         158.00

    PREVIOUS BALANCE AS OF:    02/22/02           632.00

    TOTAL BALANCE DUE .............. $            790.00
                                             =============



        THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
        OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
        BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

            INVOICE DUE UPON RECEIPT

            TAXPAYER I.D. #25-1698000
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 22, 2002
                                            MATTER : W9600-012
                                            INVOICE : 132265
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:   MEETINGS OF CREDITORS

```
 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----    -------------------------------                    -----

01/17/02 TC    REVIEWED MEMORANDUM TO COMMITTEE ON APPOINTMENT      .40
               OF SPECIAL MASTER FOR CASE
```

### T I M E   S U M M A R Y

```
                      RATE     HOURS         TOTALS
                      ----     -----         ------
  T CURRIER          395.00     .40          158.00
             TOTALS             .40          158.00

             TOTAL FEES :                         158.00

             TOTAL DUE  :                         158.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                     MATTER :  W9600-013
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

RE:  PLAN & DISCLOSURE STATEMENT
================================================================

SUMMARY OF OUTSTANDING INVOICES:

| INVOICE DATE | INVOICE NUMBER | TOTAL INVOICE | PAYMENTS RECEIVED | BALANCE DUE |
|---|---|---|---|---|
| **PREVIOUS BALANCE DUE** ......................... $ | | | | .00 |

CURRENT CHARGES
------------------------------------

| | | | | |
|---|---|---|---|---|
| FEES | | | $ | 411.00 |
| **TOTAL CURRENT CHARGES - INVOICE #132266** ..... $ | | | | 411.00 |
| **TOTAL BALANCE DUE** ........................... $ | | | | 411.00 |

**PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO**
**KLETT ROONEY LIEBER & SCHORLING (KRL&S)**
**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PA  15219-6498**

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-013
KRAMER LEVIN NAFTALIS & FRANKEL LLP       INVOICE : 132266
919 THIRD AVENUE
NEW YORK, NY  10022
```

```
RE:  PLAN & DISCLOSURE STATEMENT
====================================================

TOTAL FEES FOR PROFESSIONAL
SERVICES RENDERED THROUGH: 01/31/02            411.00

TOTAL CURRENT CHARGES .......... $              411.00
(detailed on following pages)                  ============

            ***  MATTER SUMMARY  ***

TOTAL CURRENT CHARGES                          411.00

PREVIOUS BALANCE AS OF:    02/22/02               .00

TOTAL BALANCE DUE ............. $               411.00
                                               ============
```

THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

INVOICE DUE UPON RECEIPT

TAXPAYER I.D. #25-1698000

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2002
                                              MATTER :  W9600-013
                                              INVOICE : 132266
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02    T C

RE:  PLAN & DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/18/02 | JRW | OBTAIN, REVIEW AND ANALYZE MOTION TO EXTEND EXCLUSIVITY | .20 |
| 01/21/02 | KPM | REVIEW DEBTORS' MOTION TO EXTEND EXCLUSIVITY TO AUGUST 1ST. | .10 |
| 01/21/02 | TC | REVIEWED EXCLUSIVITY MOTION | .40 |
| 01/25/02 | JAD | CALL WITH WAXMAN RE EXCLUSIVITY | .20 |
| 01/28/02 | TC | REVIEWED GRACE MOTION TO EXTEND EXCLUSIVITY | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| J A DELLER | 220.00 | .20 | 44.00 |
| J R WAXMAN | 160.00 | .20 | 32.00 |
| K P MAKOWSKI | 190.00 | .10 | 19.00 |
| T CURRIER | 395.00 | .80 | 316.00 |
| TOTALS | | 1.30 | 411.00 |

```
                         TOTAL FEES :              411.00

                         TOTAL DUE  :              411.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# EXHIBIT D

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                   MATTER :  W9600-001
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
```

### REMITTANCE COPY

```
RE:  IN RE: W.R. GRACE & CO., ET AL.
=========================================================

STATEMENT OF YOUR ACCOUNT AS OF:  02/22/02

    INVOICE    INVOICE    TOTAL       PAYMENTS       BALANCE
     DATE      NUMBER    INVOICE      RECEIVED         DUE
  --------    -------   ---------   ----------      ---------
  12/20/01    128700    2028.76           .00        2028.76
  01/18/02    130317     940.67           .00         940.67

CURRENT INVOICE - (SEE ATTACHED)
------------------------------------
EXPENSE ADVANCES                              $      1275.80

TOTAL DUE .................................... $      4245.23
```

### PLEASE REMIT THIS PAGE WITH CHECK PAYABLE TO
### KLETT ROONEY LIEBER & SCHORLING (KRL&S)
### 40TH FLOOR, ONE OXFORD CENTRE
### PITTSBURGH, PA  15219-6498

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 22, 2002
PHILIP BENTLEY, ESQUIRE                      MATTER : W9600-001
KRAMER LEVIN NAFTALIS & FRANKEL LLP          INVOICE : 132256
919 THIRD AVENUE
NEW YORK, NY  10022


    RE:  IN RE: W.R. GRACE & CO., ET AL.
    =====================================================

    TOTAL EXPENSE ADVANCES MADE
    TO YOUR ACCOUNT THROUGH:   01/31/02          1,275.80

    TOTAL CURRENT CHARGES .......... $           1,275.80
    (detailed on following pages)                =============


          ***  MATTER SUMMARY  ***

    TOTAL CURRENT CHARGES                        1,275.80

    PREVIOUS BALANCE AS OF:    02/22/02          2,969.43

    TOTAL BALANCE DUE .............. $           4,245.23
                                                 =============



      THIS INVOICE MAY NOT INCLUDE DISBURSEMENTS AND
      OTHER CHARGES INCURRED DURING THE PERIOD SHOWN
      BUT NOT YET REFLECTED ON OUR ACCOUNTING RECORDS.

          INVOICE DUE UPON RECEIPT

          TAXPAYER I.D. #25-1698000
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

**A PROFESSIONAL CORPORATION**

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2002
                                              MATTER : W9600-001
                                              INVOICE : 132256


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

     RE:  IN RE: W.R. GRACE & CO., ET AL.
```

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 01/07/02 | REPRODUCTION OF DOCUMENTS | 1.80 |
| 01/08/02 | MESSENGER SERVICES - INV 9755 -   PARCELS, INC.-D D R | 7.50 |
| 01/08/02 | MESSENGER SERVICES -  INV 10319 -  PARCELS, INC.-D D R | 45.00 |
| 01/09/02 | REPRODUCTION OF DOCUMENTS | 49.50 |
| 01/11/02 | REPRODUCTION OF DOCUMENTS | 12.15 |
| 01/11/02 | REPRODUCTION OF DOCUMENTS | 3.60 |
| 01/11/02 | REPRODUCTION OF DOCUMENTS | 3.60 |
| 01/22/02 | REPRODUCTION OF DOCUMENTS | 3.45 |
| 01/22/02 | REPRODUCTION OF DOCUMENTS | 24.00 |
| 01/23/02 | TELECOPY EXPENSES | 9.31 |
| 01/23/02 | REPRODUCTION OF DOCUMENTS | 19.50 |
| 01/23/02 | TELECOPY EXPENSES | 9.31 |
| 01/23/02 | TELECOPY EXPENSES | 9.33 |
| 01/23/02 | TELECOPY EXPENSES | 9.31 |
| 01/23/02 | EXPRESS/CERTIFIED MAIL | 24.50 |
| 01/23/02 | EXPRESS/CERTIFIED MAIL | 7.21 |
| 01/24/02 | TRANSCRIPT COSTS -  J & J COURT TRANSCRIBERS | 174.25 |
| 01/24/02 | MESSENGER SERVICES - INV 10464 -  PARCELS, INC.-D D R | 60.00 |
| 01/25/02 | EXPRESS/CERTIFIED MAIL | 28.49 |
| 01/25/02 | FEDERAL EXPRESS -  4-053-06341 | 12.10 |
| 01/25/02 | REPRODUCTION OF DOCUMENTS | 160.91 |
| 01/25/02 | MESSENGER SERVICES -  PARCELS, INC.-D D R-10236 | 45.00 |
| 01/25/02 | MESSENGER SERVICES -  PARCELS, INC.-D D R-18186 | 279.90 |
| 01/25/02 | FEDERAL EXPRESS -  4-053-33703 | 13.59 |
| 01/25/02 | REPRODUCTION OF DOCUMENTS | 173.55 |
| 01/25/02 | TELECOPY EXPENSES | 10.27 |
| 01/25/02 | REPRODUCTION OF DOCUMENTS | 3.45 |
| 01/25/02 | REPRODUCTION OF DOCUMENTS | 9.00 |
| 01/25/02 | TELECOPY EXPENSES | 10.27 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2002
MATTER :  W9600-001
INVOICE : 132256

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/02   T C

RE:   IN RE: W.R. GRACE & CO., ET AL.

| | | |
|---|---|---|
| 01/30/02 | REPRODUCTION OF DOCUMENTS | 25.20 |
| 01/31/02 | TELECOPY EXPENSES | 10.24 |
| 01/31/02 | TELECOPY EXPENSES | 10.24 |
| 01/31/02 | TELECOPY EXPENSES | 10.27 |

TOTAL EXPENSE ADVANCES :        1,275.80

TOTAL DUE   :                   1,275.80

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**