# EXHIBIT A

## EXHIBIT A

### TIME REPORTS FOR THE FEE PERIOD
### DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001
### BROKEN DOWN BY MATTERS

| | |
|---|---|
| TOTAL HOURS FOR ALL MATTERS: | 372.50 |
| TOTAL DOLLARS FOR ALL MATTERS: | $85,347.00 |
| TOTAL TIME BILLED FOR ALL MATTERS: | $85,347.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action


| 12/01/01 | E-mails regarding briefing. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 79.00 |

| 12/03/01 | Follow up regarding motion to enlarge record and filing of documents regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.6 | 237.00 |

| 12/03/01 | Drafting additions and revisions to letter to Second Circuit Staff Counsel regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.3 | 79.50 |

| 12/03/01 | Drafting additions and revisions to motion in support of application to file over length brief and memo to A. Marchetta regarding status of same. | | |
|---|---|---|---|
| | M. Waller | 0.7 | 185.50 |

| 12/03/01 | Follow up with CNA counsel regarding revised briefing schedule and draft memorandum regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.5 | 132.50 |

| 12/04/01 | Draft letter to E. DeCristofaro regarding proposed briefing schedule and submission to Second Circuit Staff counsel. | | |
|---|---|---|---|
| | M. Waller | 0.3 | 79.50 |

| 12/04/01 | Telephone conference with E. DeCristofaro regarding appeal schedule and additional appeal issues; Draft e-mail memo to A. Marchetta regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.5 | 132.50 |

| 12/04/01 | Work with K. Helmer regarding revised briefing schedule and finalizing brief. | | |
|---|---|---|---|
| | M. Waller | 0.2 | 53.00 |

| 12/04/01 | Conferring with J. Clark regarding finalizing application for leave to file overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.3 | 79.50 |

| 12/04/01 | Drafting additions and revisions to letter to Second Circuit staff counsel regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.3 | 79.50 |

12/04/01    Meeting with M. Waller regarding proposed briefing
            schedule and finalizing brief.
            K. Helmer                          0.3         75.00

12/05/01    Work with M. Waller regarding briefing schedule
            and issue of possible appeal by CNA of Judge
            Martin's decision regarding record, and
            correspondence to client regarding same.
            A. Marchetta                       0.6        237.00

12/05/01    Draft memo regarding conference with CNA counsel
            regarding arguments on appeal.
            M. Waller                          0.3         79.50

12/05/01    Conference with  A. Marchetta regarding briefing
            schedule and telephone conference with CNA counsel
            and anticipated arguments by same.
            M. Waller                          0.4        106.00

12/06/01    Review and revise brief.
            K. Helmer                          2.5        625.00

12/06/01    Update correspondence file, pleading boards,
            orders binder and letters of submission index.
            D. Florence                        3.3        264.00

12/07/01    Follow up regarding issues with brief and client
            review.
            A. Marchetta                       0.3        118.50

12/07/01    Continued work on appellate brief.
            K. Helmer                          3.3        825.00

12/11/01    Work with K. Helmer regarding final additions and
            revisions to brief and conferring with B. Moffitt
            and D. Florence regarding factual issues relating
            to CNA payment of Wauconda claims.
            M. Waller                          1.8        477.00

12/11/01    Work with A. Marchetta regarding finalizing brief
            and motion for leave to file over length brief.
            M. Waller                          0.3         79.50

12/11/01    Work with B. Moffitt regarding finalizing brief.
            M. Waller                          0.2         53.00

12/11/01    Work with M. Waller regarding brief.

3

|            |                                                                                                                                                                                      | A. Marchetta | 0.4 | 158.00 |
|------------|---|

| 12/11/01 | Review appellate brief and prepare insert regarding choice of law and state's interest and confer with M. Waller regarding same. |
|---|---|
|  | K. Helmer | 3.0 | 750.00 |

| 12/11/01 | Review Wauconda production database and documents for any checks written by CNA to the Wauconda Task Group per conference with M. Waller. |
|---|---|
|  | D. Florence | 1.7 | 136.00 |

| 12/12/01 | Working with B. Moffitt to finalize appellate brief; Follow up with D. Buerrosse and B. Moffitt regarding final research regarding New York insurance regulations cited in brief. |
|---|---|
|  | M. Waller | 2.6 | 689.00 |

| 12/12/01 | Researched New York insurance regulations for legislation regarding retrospective premiums. |
|---|---|
|  | D. Buerrosse | 3.0 | 420.00 |

| 12/12/01 | Work with M. Waller regarding proposed revisions to brief; revise brief and review case law and documents submitted below regarding same. |
|---|---|
|  | B. Moffitt | 4.3 | 989.00 |

| 12/13/01 | Reviewing research regarding retrospective premium provisions approved in New York insurance law and work with D. Buerrosse regarding same; Follow up research regarding same. |
|---|---|
|  | M. Waller | 2.1 | 556.50 |

| 12/13/01 | Confer with A. Marchetta regarding finalization of brief and work with B. Moffitt regarding same. |
|---|---|
|  | M. Waller | 0.5 | 132.50 |

| 12/13/01 | Work on revised brief and work with M. Waller and B. Moffitt regarding same. |
|---|---|
|  | A. Marchetta | 0.9 | 355.50 |

| 12/13/01 | Review appellate brief and prepare insert regarding retrospective premiums. |
|---|---|
|  | K. Helmer | 2.5 | 625.00 |

| 12/13/01 | Researched New York insurance regulations regarding retrospective premiums. |
|---|---|
|  | D. Buerrosse | 3.7 | 518.00 |

4

| 12/13/01 | Continued preparation of appellate brief; review case law regarding same. | | |
|---|---|---|---|
| | B. Moffitt | 1.1 | 253.00 |

| 12/13/01 | Work with M. Waller regarding continued preparation of appellate brief. | | |
|---|---|---|---|
| | B. Moffitt | 0.3 | 69.00 |

| 12/14/01 | Review and revise entire appellate brief and memo to M. Waller regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 2.7 | 1,066.50 |

| 12/14/01 | Working with D. Buerrosse regarding New York insurance regulations regarding approval of retrospective premium plans. | | |
|---|---|---|---|
| | M. Waller | 0.9 | 238.50 |

| 12/14/01 | Work with B. Moffitt regarding finalizing format, citations and citations form, regarding appellate brief. | | |
|---|---|---|---|
| | M. Waller | 0.7 | 185.50 |

| 12/14/01 | Review brief and revise insert regarding cost caps. | | |
|---|---|---|---|
| | K. Helmer | 1.5 | 375.00 |

| 12/14/01 | Researched New York insurance regulations for information on retrospective premiums and work with M. Waller regarding same. Reviewed final draft of appellate brief for proper citation form. | | |
|---|---|---|---|
| | D. Buerrosse | 2.9 | 406.00 |

| 12/14/01 | Work with M. Waller regarding finalization of brief, including citation format. | | |
|---|---|---|---|
| | B. Moffitt | 0.7 | 161.00 |

| 12/15/01 | Working with B. Moffitt and B. Buerrosse to draft additions and revisions to brief and finalizing same. | | |
|---|---|---|---|
| | M. Waller | 6.1 | 1,616.50 |

| 12/15/01 | Reviewed appellate brief for proper citation form and accurate case law. | | |
|---|---|---|---|
| | D. Buerrosse | 3.9 | 546.00 |

| 12/15/01 | Work with M. Waller and D. Buerrosse regarding brief; revise brief to incorporate comments of A. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Marchetta. | | |
| | B. Moffitt | 6.5 | 1,495.00 |
| 12/16/01 | Working and conferring with B. Moffitt regarding appellate brief and finalizing same. | | |
| | M. Waller | 1.1 | 291.50 |
| 12/16/01 | Work with M. Waller regarding finalization of brief. | | |
| | B. Moffitt | 1.1 | 253.00 |
| 12/16/01 | Continued preparation of brief, including table of authorities. | | |
| | B. Moffitt | 2.9 | 667.00 |
| 12/17/01 | Drafting additions and revisions to certification in support of motion for leave to file over length brief and supporting brief and working with B. Moffitt and D. Buerrosse regarding same and draft filing letter, certificate of service, and finalize notice of motion. | | |
| | M. Waller | 6.8 | 1,802.00 |
| 12/17/01 | Review client order regarding schedule; conference with M. Waller regarding brief revisions and follow up regarding motion filing. | | |
| | A. Marchetta | 0.7 | 276.50 |
| 12/17/01 | Reviewed appellate brief for proper citation form; reviewed table of authorities for accuracy. | | |
| | D. Buerrosse | 2.5 | 350.00 |
| 12/17/01 | Finalize appellate brief for filing with motion to file over length brief. | | |
| | B. Moffitt | 3.6 | 828.00 |
| 12/17/01 | Work with M. Waller regarding motion to file over length brief. | | |
| | B. Moffitt | 2.0 | 460.00 |
| 12/18/01 | Review information on motion. | | |
| | A. Marchetta | 0.3 | 118.50 |
| 12/18/01 | Receive telephone call from new counsel from Unigard regarding status of Unigard's last complaint against Grace and draft memo to A. Marchetta regarding same. | | |
| | M. Waller | 0.3 | 79.50 |

| 12/19/01 | Draft letter to D. Siegel and R. Beber regarding motion to file over length brief and draft brief. | | |
| | M. Waller | 0.3 | 79.50 |

| 12/19/01 | Update case file, letters of submission index and orders binder. | | |
| | D. Florence | 0.7 | 56.00 |

| 12/20/01 | Follow up regarding appendix. | | |
| | A. Marchetta | 0.4 | 158.00 |

| 12/20/01 | Confer with B. Moffitt regarding selection of printer and filling of Notice of Appearance and lists of items to be included in record with filing of brief. | | |
| | M. Waller | 0.3 | 79.50 |

| 12/20/01 | Work with M. Waller regarding finalization of brief; work with S. Parker regarding finalizing brief, appendix of unpublished opinions, notice of appearance, and list of proposed contents of joint appendix. | | |
| | B. Moffitt | 1.7 | 391.00 |

| 12/20/01 | Update case file and pleading board; Forward requested documents to B. Moffitt. | | |
| | D. Florence | 0.6 | 48.00 |

| 12/20/01 | Confer with S. Parker and review Appellate Brief to create a listing of all documents referenced in the brief. | | |
| | D. Florence | 0.9 | 72.00 |

| 12/20/01 | Worked with B. Moffitt regarding preparation and filing of appellate brief and preparation of appendices and attachments. | | |
| | S. Parker | 1.4 | 112.00 |

| 12/20/01 | Worked with D. Florence regarding review of draft appellate brief and preparation of list of joint exhibits as requested by B. Moffitt. | | |
| | S. Parker | 0.7 | 56.00 |

| 12/21/01 | Follow up with M. Moffitt and S. Parker regarding filing brief, printer, and preparation of appendix and unreported decisions. | | |
| | M. Waller | 0.3 | 79.50 |

7

12/21/01    Conference with S. Parker regarding compilation of
            appendix of unreported cases and preparing same.
            D. Buerrosse                        1.9          266.00

12/21/01    Worked with D. Buerrosse regarding preparation of
            list of unreported cases, statutes and regulations
            to be appended to appellate brief.
            S. Parker                           0.3           24.00

12/24/01    Review order regarding over length brief; e-mails
            regarding same; conference with B. Moffitt
            regarding preparing for filing of same.
            A. Marchetta                        0.6          237.00

12/26/01    Confer with B. Moffitt regarding confirmation with
            Second Circuit staff counsel regarding submission
            of brief and form of same and reference to
            Steadfast decision.
            M. Waller                           0.2           53.00

12/26/01    Working with B. Moffitt, D. Buerrosse and S.
            Parker regarding preparation of appendices to
            brief, finalization of brief for filing and
            service.
            M. Waller                           1.1          291.50

12/26/01    Various conferences with S. Parker regarding
            appendix of unreported decisions.
            D. Buerrosse                        0.4           56.00

12/26/01    Reviewed draft of appellate brief and worked on
            appendix of unreported cases and court documents
            referenced in brief.
            D. Buerrosse                        3.8          532.00

12/26/01    Work with M. Waller, D. Buerrosse, and S. Parker
            regarding finalizing brief.
            B. Moffitt                          1.6          368.00

12/26/01    Confer with M. Waller regarding Steadfast
            decision.
            B. Moffitt                          0.3           69.00

12/26/01    Telephone call with Second Circuit regarding
            filing of appellate brief.
            B. Moffitt                          0.2           46.00

8

12/26/01     Numerous conferences with D. Buerrosse regarding
             review of draft appellate brief regarding cite
             checking and preparation of lists of unreported
             decisions and fact cites in preparation for filing
             and serving of same.
             S. Parker                          0.4          32.00

12/27/01     Work with B. Moffitt, S. Parker, and D. Buerrosse
             regarding finalizing brief, appendices, and Notice
             of Appearance.
             M. Waller                          0.3          79.50

12/27/01     Working with B. Moffitt and  S. Parker regarding
             appendices, certifications, filing and formatting
             appellate brief.
             M. Waller                          1.2         318.00

12/27/01     Confer with A. Marchetta regarding status of
             brief, filing of Notice of Appearance and argument
             dates and follow up with B. Moffitt regarding
             same.
             M. Waller                          0.3          79.50

12/27/01     Work with M. Waller and B. Moffitt regarding
             submission of brief and issues regarding index,
             etc.
             A. Marchetta                       0.7         276.50

12/27/01     Work with M. Waller regarding various issues
             relating to finalization of brief.
             B. Moffitt                         0.9         207.00

12/27/01     Work with S. Parker and D. Buerrosse regarding
             finalization of brief and appendix of unpublished
             decisions.
             B. Moffitt                         1.5         345.00

12/27/01     Reviewed draft of appellate brief for proper
             reference to prior court documents; revised
             appendix of unreported cases.
             D. Buerrosse                       7.0         980.00

12/27/01     Conferred with M. Waller, B. Moffitt and S. Parker
             regarding the appendix of unreported decisions.
             D. Buerrosse                       0.2          28.00

12/27/01     Worked with M. Waller, B. Moffitt and D. Buerrosse
             regarding status of review of draft appellate

|           |                                                                                                                                                                                                                                                                        |     |        |
|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|           | brief, cite checking and preparation of lists of unreported decisions and fact cites in preparation for filing and serving of final brief.                                                                                                                             |     |        |
|           | S. Parker                                                                                                                                                                                                                                                              | 0.3 | 24.00  |
| 12/27/01  | Worked with M. Waller and B. Moffitt regarding status of review of draft appellate brief, appendix of unreported decisions, reformatting of brief, and other tasks to be completed in preparation for filing and serving of final brief, including preparation of certifications, filing letter and letter serving same on adversary. |     |        |
|           | S. Parker                                                                                                                                                                                                                                                              | 1.2 | 96.00  |
| 12/27/01  | Worked with D. Buerrosse regarding preparation of list of unreported decisions to be appended to brief, cite checked and reformatted and finalized brief in preparation for filing.                                                                                     |     |        |
|           | S. Parker                                                                                                                                                                                                                                                              | 1.9 | 152.00 |
| 12/28/01  | Review and forward package to court regarding brief, etc. with M. Waller.                                                                                                                                                                                              |     |        |
|           | A. Marchetta                                                                                                                                                                                                                                                           | 0.4 | 158.00 |
| 12/28/01  | Working with S. Parker regarding preparing appellate brief, with appendices for filing.                                                                                                                                                                                |     |        |
|           | M. Waller                                                                                                                                                                                                                                                              | 0.9 | 238.50 |
| 12/28/01  | Drafting filing letter and letter to CNA counsel regarding filing Grace's appellate brief with B. Moffitt.                                                                                                                                                             |     |        |
|           | M. Waller                                                                                                                                                                                                                                                              | 0.5 | 132.50 |
| 12/28/01  | Preparing Notice of Appearance, including information regarding length and information requested regarding oral argument.                                                                                                                                               |     |        |
|           | M. Waller                                                                                                                                                                                                                                                              | 0.4 | 106.00 |
| 12/28/01  | Confer with A. Marchetta regarding filing Grace's appellate brief and finalizing same.                                                                                                                                                                                 |     |        |
|           | M. Waller                                                                                                                                                                                                                                                              | 0.2 | 53.00  |
| 12/28/01  | Work with S. Parker regarding finalization and filing of brief, notice of appearance, and appendix of unreported decisions; preparation of letters filing same and serving same upon CNA counsel.                                                                      |     |        |
|           | B. Moffitt                                                                                                                                                                                                                                                             | 1.4 | 322.00 |

| 12/28/01 | Worked with M. Waller regarding finalizing appellate brief and appendix of unreported decisions. | | |
| | S. Parker | 0.9 | 72.00 |

| 12/28/01 | Organized and prepared originals and multiple copy sets of all papers for filing with Clerk and service to adversary; Coordinated filing and service of same. | | |
| | S. Parker | 2.2 | 176.00 |

| 12/31/01 | Follow up on appendix. | | |
| | A. Marchetta | 0.2 | 79.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 9.00 | 395.00 | 3,555.00 |
| M. Waller | 33.20 | 265.00 | 8,798.00 |
| K. Helmer | 13.10 | 250.00 | 3,275.00 |
| D. Buerrosse | 29.30 | 140.00 | 4,102.00 |
| B. Moffitt | 30.10 | 230.00 | 6,923.00 |
| D. Florence | 7.20 | 80.00 | 576.00 |
| S. Parker | 9.30 | 80.00 | 744.00 |
| TOTALS | 131.20 | | 27,973.00 |

11

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


12/03/01     Telephone conversation with D. Adams regarding
             disclosure statement objections and plan issues.
             S. Zuber                          0.3         79.50

12/03/01     Prepare for meeting with client and
             representatives of Intercat to discuss competing
             plans, including further review and analysis of
             plans and disclosure statements (including
             projections).
             S. Zuber                          4.6      1,219.00

12/03/01     Update the correspondence and memoranda files,
             pleading boards and orders binder for both the
             Intercat and Intercat Savannah matters; Gather
             documents needed by S. Zuber for conference.
             D. Florence                       4.5        360.00

12/04/01     Prepare for and meeting with client and follow up
             with S. Zuber and adversary regarding plan
             documents and drafting of proposal.
             A. Marchetta                     10.0      3,950.00

12/04/01     Prepare for meeting with client and Debtor to
             discuss Debtor's plan and possible consensual
             plan; attend meeting with client and Debtor; and
             meet with A. Marchetta after meetings to discuss
             plan, status and strategy.
             S. Zuber                         10.0      2,650.00

12/05/01     Work with S. Zuber on structure to obtain client
             ability to force liquidation upon default.
             M. Zelenty                        1.5        495.00

12/05/01     Work with S. Zuber and M. Zelenty regarding
             revisions to plan; follow up with client and S.
             Zuber regarding same and information to Trustee
             regarding election.
             A. Marchetta                      1.5        592.50

12/05/01     Follow-up regarding settlement with Intercat on
             plan of reorganization.
             S. Zuber                          0.7        185.50

| 12/05/01 | Numerous telephone conversations with I. Greene regarding term sheet on Intercat's modified plan and negotiations regarding protections to creditors under modified plan. | | |
| | S. Zuber | 1.7 | 450.50 |
| 12/05/01 | Several telephone conversations with N. Alt regarding Intercat's modified plan. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/05/01 | Analysis of stock pledge/warrant mechanics and alternatives and options available to Grace and other creditors in event of default and failure to cure, including numerous discussions with A. Marchetta and M. Zelenty. | | |
| | S. Zuber | 1.9 | 503.50 |
| 12/06/01 | Analyze corporate law issues regarding plan, warranty and escrow; phone call with counsel to debtor regarding same. | | |
| | M. Zelenty | 2.0 | 660.00 |
| 12/06/01 | Work with S. Zuber regarding issues for settlement and strategy. | | |
| | A. Marchetta | 2.5 | 987.50 |
| 12/06/01 | Telephone conversation with D. Adams regarding modified plan and Trustee's plan. | | |
| | S. Zuber | 0.4 | 106.00 |
| 12/06/01 | Numerous telephone conversation with I. Greene to negotiate terms of Debtor's modified plan. | | |
| | S. Zuber | 1.9 | 503.50 |
| 12/06/01 | Receipt, review and analysis of Intercat's proposed plan modifications, including further analysis of current plan. | | |
| | S. Zuber | 2.4 | 636.00 |
| 12/06/01 | Correspondence to N. Alt and J. Rightmyer regarding proposed plan modifications. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/06/01 | Numerous discussions with M. Zelenty regarding corporate issues relative to proposed plan modifications. | | |
| | S. Zuber | 1.2 | 318.00 |

| | | | |
|---|---|---|---|
| 12/06/01 | Several discussions with A. Marchetta regarding proposed modified plan. | | |
| | S. Zuber | 0.6 | 159.00 |
| 12/06/01 | Several telephone conversations with N. Alt regarding plan modifications. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/06/01 | Receipt and preliminary review and analysis of further modified term sheet from Debtor; forward same to N. Alt for review; and prepare correspondence to I. Greene. | | |
| | S. Zuber | 1.4 | 371.00 |
| 12/06/01 | Update case file and pleading boards. | | |
| | D. Florence | 2.1 | 168.00 |
| 12/07/01 | Phone call with I. Greene and J. Geron, counsel to debtors; review drafts of agreement. | | |
| | M. Zelenty | 1.9 | 627.00 |
| 12/07/01 | Work with S. Zuber regarding issues for client. | | |
| | A. Marchetta | 1.7 | 671.50 |
| 12/07/01 | Numerous, extended telephone conversations with I. Greene to continue negotiating terms of modified plan. | | |
| | S. Zuber | 3.9 | 1,033.50 |
| 12/07/01 | Several discussions with M. Zelenty regarding modified plan provisions. | | |
| | S. Zuber | 1.2 | 318.00 |
| 12/07/01 | Prepare numerous correspondence to I. Greene setting forth Grace's position on proposed, modified plan (including several versions of plan term sheet). | | |
| | S. Zuber | 2.7 | 715.50 |
| 12/07/01 | Review file and documents regarding report entitled "Surface Area of Intercat Customers" in connection of settlement of Mott litigation. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/07/01 | Several telephone conversations with N. Alt regarding negotiating terms of modified plan. | | |
| | S. Zuber | 0.3 | 79.50 |

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 12/07/01 | Telephone conversation with R. Talisman regarding modified plan issues.<br>S. Zuber | 0.5 | 132.50 |
| 12/07/01 | Review and analysis of several versions of plan modifications.<br>S. Zuber | 1.5 | 397.50 |
| 12/07/01 | Review definition for "cash equivalents" provided by debtor's counsel; prepare alternate, acceptable definition and discuss with S. Zuber; conference call with S. Zuber and debtor's counsel regarding acceptable revisions to alternate language.<br>L. Connolly | 1.0 | 260.00 |
| 12/08/01 | Receipt, review and analysis of latest drafts (clean and red-lined); and prepare correspondence to N. Alt regarding agreements.<br>S. Zuber | 1.5 | 397.50 |
| 12/09/01 | Work on competing plan issues.<br>A. Marchetta | 0.5 | 197.50 |
| 12/09/01 | Continued work on possible settlement with Intercat, Inc.<br>S. Zuber | 0.7 | 185.50 |
| 12/10/01 | Review documents regarding deal; conference with S. Zuber regarding same; telephone call with client regarding same; follow up regarding execution; telephone calls regarding same and with debtor's counsel regarding same; follow up regarding Mobil issue; telephone calls with S. Zuber regarding communications with Trustee.<br>A. Marchetta | 3.8 | 1,501.00 |
| 12/10/01 | Further review and analysis of several drafts of proposed, modified plan.<br>S. Zuber | 1.4 | 371.00 |
| 12/10/01 | Numerous discussions with A. Marchetta regarding proposed, modified plan.<br>S. Zuber | 1.2 | 318.00 |
| 12/10/01 | Numerous telephone conversations with I. Greene to continue negotiating modified plan.<br>S. Zuber | 1.9 | 503.50 |

| 12/10/01 | Conference call with A. Marchetta and N. Alt regarding modified plan. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/10/01 | Correspondence to D. Adams regarding agreement between Grace and Intercat, Inc. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/10/01 | Correspondence to I. Greene regarding signed letter agreement. | | |
| | S. Zuber | 0.2 | 53.00 |
| 12/10/01 | Telephone conversation with J. Drake regarding Grace's position as to competing plans. | | |
| | S. Zuber | 0.8 | 212.00 |
| 12/11/01 | Numerous discussions with A. Marchetta regarding modified plan issues. | | |
| | S. Zuber | 0.6 | 159.00 |
| 12/11/01 | Telephone conversation with R. Talisman regarding modified plan and Mobil's position. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/11/01 | Prepare executive summary of Intercat's plan, as modified. | | |
| | S. Zuber | 2.9 | 768.50 |
| 12/11/01 | Receipt and review of proposed summary of amendments to plan to be provided to Trustee; and several discussions regarding same with I. Greene. | | |
| | S. Zuber | 0.7 | 185.50 |
| 12/11/01 | Telephone conversation with J. Drake regarding Intercat's modified plan, Trustee's plan, and moving Chapter 11 forward. | | |
| | S. Zuber | 0.8 | 212.00 |
| 12/11/01 | Work on executive summary and plan issues; conference with S. Zuber regarding same; forward information to client regarding same; telephone call with J. Drake; conference with A. Chan regarding same. | | |
| | A. Marchetta | 2.0 | 790.00 |
| 12/12/01 | Several discussions with A. Marchetta regarding plan modification issues and disclosure statement objections filed by Intercat and the Trustee to | | |

16

|            | each other's disclosure statements.                                                                                                                          |     |        |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|            | S. Zuber                                                                                                                                                      | 0.5 | 132.50 |
| 12/12/01   | Several telephone conversations with I. Greene regarding modified plan language.                                                                              |     |        |
|            | S. Zuber                                                                                                                                                      | 0.7 | 185.50 |
| 12/12/01   | Receipt and preliminary review and analysis of Debtor's objection to Trustee's disclosure statement; and prepare correspondence to N. Alt regarding same.     |     |        |
|            | S. Zuber                                                                                                                                                      | 1.2 | 318.00 |
| 12/12/01   | Receipt, review and analysis of Trustee's objection to Debtor's disclosure statement, and prepare correspondence to N. Alt regarding Trustee's objection.     |     |        |
|            | S. Zuber                                                                                                                                                      | 0.8 | 212.00 |
| 12/12/01   | Telephone calls regarding plan issues; follow up with S. Zuber regarding same; telephone call regarding withdrawal of Trustee plan.                           |     |        |
|            | A. Marchetta                                                                                                                                                  | 1.3 | 513.50 |
| 12/12/01   | Telephone calls and follow up regarding anti-trust issues; conference with F. Whitmer regarding same and research regarding same.                             |     |        |
|            | A. Marchetta                                                                                                                                                  | 1.1 | 434.50 |
| 12/13/01   | Correspondence to N. Alt regarding Intercat's amended disclosure statement and second modified plan.                                                          |     |        |
|            | S. Zuber                                                                                                                                                      | 0.2 | 53.00  |
| 12/13/01   | Receipt and review of Intercat's amended disclosure statement and second amended plan of reorganization.                                                      |     |        |
|            | S. Zuber                                                                                                                                                      | 1.7 | 450.50 |
| 12/13/01   | Several telephone conversations with D. Posner regarding modified disclosure statement and second modified plan, and additional, required modifications.      |     |        |
|            | S. Zuber                                                                                                                                                      | 0.5 | 132.50 |
| 12/13/01   | Discuss plan and disclosure statement issues with A. Marchetta.                                                                                               |     |        |
|            | S. Zuber                                                                                                                                                      | 0.5 | 132.50 |

| 12/13/01 | Work with K. Critchley regarding anti-trust issue; follow up with S. Zuber regarding plan issues and court hearing; work with S. Zuber regarding plan amendments; follow up regarding meeting between debtor and trustee; follow up on anti-trust research issues. | | |
| | A. Marchetta | 1.5 | 592.50 |

| 12/13/01 | Update the case file, orders binder and pleading boards for both the Intercat and Intercat Savannah matters. | | |
| | D. Florence | 2.5 | 200.00 |

| 12/14/01 | Numerous telephone calls regarding plan issues; conference with S. Zuber regarding court hearing issues. | | |
| | A. Marchetta | 0.9 | 355.50 |

| 12/14/01 | Numerous telephone conversations with I. Greene and D. Posner regarding competing plans and disclosure statements. | | |
| | S. Zuber | 1.2 | 318.00 |

| 12/14/01 | Several telephone conversations with D. Adams regarding hearings on Monday. | | |
| | S. Zuber | 0.5 | 132.50 |

| 12/14/01 | Telephone conversation with R. Talisman regarding Mobil's position on competing plans. | | |
| | S. Zuber | 0.8 | 212.00 |

| 12/14/01 | Continued preparation for disclosure statement hearings and meetings in Savannah on Monday. | | |
| | S. Zuber | 3.8 | 1,007.00 |

| 12/14/01 | Telephone conversation with N. Alt regarding competing plans and disclosure statements. | | |
| | S. Zuber | 0.2 | 53.00 |

| 12/16/01 | Final preparation for hearings on competing disclosure statements. | | |
| | S. Zuber | 3.3 | 874.50 |

| 12/17/01 | Meeting with I. Greene and J. Sylvester prior to hearings on competing Disclosure Statements; attend hearings; and participate in meetings following hearings with I. Greene, K. Horne, R. | | |

|  |  |  |  |
|---|---|---|---|
|  | Talisman, B. Roach, J. Drake, J. Sylvester, B. Usadi and J. Greenberg. | | |
|  | S. Zuber | 10.5 | 2,782.50 |
| 12/17/01 | Telephone calls with S. Zuber regarding Englehard and court hearing issues; numerous telephone calls regarding Englehard position in court and strategy with S. Zuber; e-mails and follow up regarding same; telephone calls to client regarding same. | | |
|  | A. Marchetta | 2.7 | 1,066.50 |
| 12/17/01 | Update the case file. | | |
|  | D. Florence | 1.0 | 80.00 |
| 12/18/01 | Telephone conversation with R. Talisman regarding competing plans and disclosure statements, and Mobil's and Grace's positions. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Several discussions with A. Marchetta regarding status and strategy in light of competing plans. | | |
|  | S. Zuber | 0.7 | 185.50 |
| 12/18/01 | Follow-up on yesterday's hearings. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Telephone conversation with J. Baer at Kirkland & Ellis regarding background and status of Chapter 11 case. | | |
|  | S. Zuber | 0.3 | 79.50 |
| 12/18/01 | Prepare correspondence to J. Baer regarding competing plans and disclosure statements and objections thereto. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Telephone conversation with J. Rightmyer regarding status of Chapter 11. | | |
|  | S. Zuber | 0.2 | 53.00 |
| 12/18/01 | Prepare memo regarding status. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Work with S. Zuber regarding Englehard issues; telephone calls regarding same; e-mails with Trustee. | | |
|  | A. Marchetta | 1.2 | 474.00 |

| 12/19/01 | Discuss status and strategy with A. Marchetta. | | |
| | S. Zuber | 1.0 | 265.00 |

| 12/19/01 | Telephone conversation with D. Adams regarding competing plan issues. | | |
| | S. Zuber | 0.2 | 53.00 |

| 12/19/01 | Telephone conversation with I. Greene regarding competing plan issues and Intercat's negotiations with Mobil. | | |
| | S. Zuber | 0.4 | 106.00 |

| 12/19/01 | Correspondence to R. Talisman regarding Mobil's position as to competing plans. | | |
| | S. Zuber | 0.2 | 53.00 |

| 12/19/01 | Several telephone conversations with R. Talisman regarding Mobil's position on competing plans; and prepare memo regarding calls. | | |
| | S. Zuber | 0.5 | 132.50 |

| 12/19/01 | Conference with S. Zuber and follow up regarding issues as to Englehard bid. | | |
| | A. Marchetta | 1.0 | 395.00 |

| 12/20/01 | Receipt, review and analysis of application in support of stipulation and order resolving "Mott dispute"; and receipt, review, analysis, and revision of stipulation and order. | | |
| | S. Zuber | 0.9 | 238.50 |

| 12/20/01 | Telephone conversation with D. Posner regarding Mott stipulation, order and application and Grace's proposed changes; and status of Intercat's discussions with Mobil. | | |
| | S. Zuber | 0.4 | 106.00 |

| 12/20/01 | Correspondence to N. Alt regarding proposed changes to Mott Stipulation and Order and supporting Application. | | |
| | S. Zuber | 0.5 | 132.50 |

| 12/20/01 | Discuss Mott settlement with A. Marchetta; discuss competing plan issues; and prepare memo regarding Intercat's discussions with Mobil on consensual plan. | | |
| | S. Zuber | 0.5 | 132.50 |

12/20/01    Telephone conversation with R. Talisman regarding
            Mobil's negotiations with Intercat, and Grace's
            position regarding terms of deal that have been
            disclosed.
            S. Zuber                          0.4        106.00

12/20/01    Telephone conversation with J. Drake regarding
            modified Trustee's disclosure statement and plan,
            and bankruptcy process going forward.
            S. Zuber                          0.5        132.50

12/20/01    Telephone conversation with J. Sylvester regarding
            status of Intercat's negotiations with Mobil.
            S. Zuber                          0.2         53.00

12/20/01    Telephone conversation with I. Greene regarding
            competing plan issues; followed by (second) call
            from R. Talisman; and preparation of memo
            regarding status and open issues.
            S. Zuber                          0.6        159.00

12/20/01    Review and analysis of draft term sheet between
            Mobil and Intercat relative to proposed plan
            modifications.
            S. Zuber                          0.5        132.50

12/20/01    Additional calls with I. Greene to continue
            discussions regarding Mobil/Intercat term sheet.
            S. Zuber                          0.7        185.50

12/20/01    Numerous telephone calls and follow up with S.
            Zuber regarding Plan and Mobil issues.
            A. Marchetta                      1.5        592.50

12/21/01    Prepare for conference call with I. Greene, R.
            Talisman and A. Marchetta, including further
            review and analysis of Intercat/Mobil term sheet,
            review of Mobil License Agreement, comparison of
            payment schedule under existing Mobil agreement
            with proposed modifications; and discussions with
            A. Marchetta.
            S. Zuber                          1.5        397.50

12/21/01    Conference call with I. Greene, R. Talisman and A.
            Marchetta to discuss plan issues.
            S. Zuber                          1.3        344.50

12/21/01    Numerous follow-up telephone conversations with I.

21

| | | | |
|---|---|---|---|
| | Greene, and meetings with A. Marchetta, regarding continued plan amendments. | | |
| | S. Zuber | 1.8 | 477.00 |
| 12/21/01 | Numerous follow-up calls with R. Talisman regarding plan modifications and negotiations. | | |
| | S. Zuber | 0.7 | 185.50 |
| 12/21/01 | Receipt, review and analysis of numerous amended drafts of agreement between Intercat and Mobil, and discuss same with A. Marchetta. | | |
| | S. Zuber | 1.0 | 265.00 |
| 12/21/01 | Conference call with J. Rightmyer and A. Marchetta regarding plan modifications. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/21/01 | Prepare correspondence to I. Greene confirming Grace's consent to Intercat/Mobil deal. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/21/01 | Work with S. Zuber regarding plan issues; telephone conference with debtor regarding Mobil demands; follow up with client and S. Zuber regarding same; telephone calls regarding same. | | |
| | A. Marchetta | 1.8 | 711.00 |
| 12/24/01 | Review information from court regarding disclosure statement; follow up regarding letter agreement with Mobil. | | |
| | A. Marchetta | 0.7 | 276.50 |
| 12/26/01 | Review new plan documents and disclosures; follow up regarding same; forward same; conference with S. Zuber regarding same. | | |
| | A. Marchetta | 0.7 | 276.50 |
| 12/26/01 | Continued attention to competing plans and disclosure statements. | | |
| | S. Zuber | 1.2 | 318.00 |
| 12/27/01 | Follow up regarding notice of hearing. | | |
| | A. Marchetta | 0.3 | 118.50 |
| 12/28/01 | Telephone call with S. Zuber and follow up regarding issues regarding Englehard; review disclosure information. | | |
| | A. Marchetta | 0.7 | 276.50 |

| 12/31/01 | Follow up regarding information on disclosure statement and Englehard issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 | 197.50 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 37.90 | 395.00 | 14,970.50 |
| M. Zelenty | 5.40 | 330.00 | 1,782.00 |
| S. Zuber | 97.80 | 265.00 | 25,917.00 |
| L. Connolly | 1.00 | 260.00 | 260.00 |
| D. Florence | 10.10 | 80.00 | 808.00 |
| TOTALS | 152.20 | | 43,737.50 |

23

Client: 082910 W.R. GRACE & CO.
Matter: 092588 Curtis Bay/Fusraps

| 12/17/01 | Telephone call with client and Public Relations firm regarding reporter questions; assemble information and telephone calls regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 1.0 | 395.00 |

| 12/18/01 | Telephone calls regarding Wayne site. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 118.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.30 | 395.00 | 513.50 |
| TOTALS | 1.30 | | 513.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 098817 Commercial Union Ins. Co. v. Swiss Reinsurance
America Corp.


11/26/01     Telephone calls with J. Posner and J. Hughes;
             follow up with M. Waller and CU attorney regarding
             subpoena issues.
             A. Marchetta                     0.8         316.00

11/27/01     Telephone call with client and follow up with M.
             Waller regarding CU requests and subpoena.
             A. Marchetta                     0.7         276.50

11/28/01     Follow up regarding subpoena response.
             A. Marchetta                     0.3         118.50

11/30/01     Follow up regarding document request and issue of
             service.
             A. Marchetta                     0.4         158.00

12/06/01     Telephone call with M. Stoler regarding possible
             subpoena.
             A. Marchetta                     0.3         118.50

12/11/01     Drafting letter to counsel for Swiss Reinsurance
             objecting to subpoena served on Grace directed to
             J. Posner; Draft memo to A. Marchetta regarding
             same.
             M. Waller                        0.8         212.00

12/12/01     Review comments to objections to subpoena from A.
             Marchetta and finalize letter to Swiss Reinsurance
             counsel regarding same.
             M. Waller                        0.2          53.00

12/17/01     Follow up regarding client issues regarding
             subpoena and document production.
             A. Marchetta                     0.4         158.00

12/18/01     Follow up with A. Marchetta regarding Grace's
             response to Swiss Reinsurance subpoena and draft
             memo to J. Hughes regarding same.
             M. Waller                        0.3          79.50

12/19/01     Conference with M. Waller and client regarding
             document production; follow up regarding same.

|  |  |  |  |
|---|---|---|---|
|  | A. Marchetta | 0.5 | 197.50 |

12/19/01    Confer with A. Marchetta regarding response to subpoena served by Swiss Reinsurance and conference call with J. Hughes regarding same; Reviewing subpoena served on J. Posner regarding scope.

| | M. Waller | 0.5 | 132.50 |

12/20/01    Telephone call with client and follow up with M. Waller regarding subpoena and documents received.

| | A. Marchetta | 0.5 | 197.50 |

12/20/01    Review letter from J. Hughes forwarding documents complied by Grace in response to Swiss Reinsurance subpoena; Reviewing subpoena served on Grace and documents compiled by Grace.

| | M. Waller | 2.7 | 715.50 |

12/20/01    Conferring with S. Parker regarding responding to Swiss Reinsurance subpoena.

| | M. Waller | 0.6 | 159.00 |

12/20/01    Worked with M. Waller regarding response to subpoena.

| | S. Parker | 0.6 | 48.00 |

12/21/01    Conference with M. Waller regarding response to document demand; conference with S. Parker regarding same and coordinate production issues.

| | A. Marchetta | 0.7 | 276.50 |

12/21/01    Meeting with S. Parker regarding response to Swiss Reinsurance subpoena.

| | M. Waller | 0.3 | 79.50 |

12/21/01    Confer with A. Marchetta regarding response to Swiss Reinsurance subpoena and responsive documents in archives.

| | M. Waller | 0.2 | 53.00 |

12/21/01    Review and analyze executed protective order regarding documents produced by non-parties received from CU counsel and prepare memo and distribute same to A. Marchetta, B. Moffitt and S. Parker.

| | M. Waller | 0.5 | 132.50 |

| 12/21/01 | Conferred with M. Waller regarding stipulated protective order and designation of documents responsive to subpoena. | | |
| --- | --- | --- | --- |
| | S. Parker | 0.3 | 24.00 |

| 12/21/01 | Reviewed subpoena and commenced review of numerous indices regarding identification of documents responsive to subpoena. | | |
| --- | --- | --- | --- |
| | S. Parker | 1.6 | 128.00 |

| 12/22/01 | Reviewed e-mails and follow up regarding document production pursuant to subpoena. | | |
| --- | --- | --- | --- |
| | A. Marchetta | 0.6 | 237.00 |

| 12/22/01 | Reviewed subpoena and stipulated protective order and commenced review of file documents in the New York Insurance/Superfund matter regarding identification of documents responsive to subpoena. | | |
| --- | --- | --- | --- |
| | S. Parker | 7.2 | 576.00 |

| 12/23/01 | Continued review of file documents in the New York Insurance/Superfund matter regarding identification of documents responsive to subpoena. | | |
| --- | --- | --- | --- |
| | S. Parker | 4.2 | 336.00 |

| 12/26/01 | Working with B. Moffitt and S. Parker regarding preparing documents responsive to Swiss Reinsurance subpoena and discuss status with A. Marchetta. | | |
| --- | --- | --- | --- |
| | M. Waller | 1.0 | 265.00 |

| 12/26/01 | Review protective order; follow up with S. Parker regarding document search. | | |
| --- | --- | --- | --- |
| | A. Marchetta | 0.6 | 237.00 |

| 12/26/01 | Work with S. Parker regarding assembling documents responsive to subpoena; preparation of e-mail to S. Parker outlining protocol regarding same. | | |
| --- | --- | --- | --- |
| | B. Moffitt | 1.9 | 437.00 |

| 12/26/01 | Work with M. Waller regarding response to subpoena. | | |
| --- | --- | --- | --- |
| | B. Moffitt | 0.9 | 207.00 |

| 12/26/01 | Review Hatco files for documents responsive to subpoena. | | |
| --- | --- | --- | --- |

|            |                                                                                                                                                                                                                                                                                     | D. Florence  | 5.1 | 408.00 |

| 12/26/01 | Continued review of file documents in the Superfund matter regarding identification of documents responsive to subpoena. |
| S. Parker | 6.4 | 512.00 |

| 12/26/01 | Worked with B. Moffitt regarding review of scope of subpoena and status of file review for responsive documents |
| S. Parker | 0.8 | 64.00 |

| 12/26/01 | Conferences with D. Florence regarding status of file review for responsive documents and responded to questions regarding scope of subpoena. |
| S. Parker | 1.1 | 88.00 |

| 12/27/01 | Working with S. Parker regarding additional documents responsive to subpoena (i.e. reservation of rights letters, correspondence with insurers); Reviewing binders of requests for information and reservation of rights letter; and follow up with S. Parker regarding production of same. |
| M. Waller | 0.9 | 238.50 |

| 12/27/01 | Discuss status of document review and production with A. Marchetta. |
| M. Waller | 0.2 | 53.00 |

| 12/27/01 | Follow up regarding subpoena documents and confer with M. Waller regarding same. |
| A. Marchetta | 0.5 | 197.50 |

| 12/27/01 | Review Hatco files for documents responsive to subpoena. |
| D. Florence | 4.9 | 392.00 |

| 12/27/01 | Continued review of file documents in the Superfund and Hatco matters regarding identification of documents responsive to subpoena. |
| S. Parker | 4.1 | 328.00 |

| 12/27/01 | Worked with M. Waller regarding review for documents responsive to subpoena. |
| S. Parker | 0.6 | 48.00 |

| 12/28/01 | Telephone conference with Swiss Reinsurance |

|  | counsel regarding production of documents responsive to subpoena. | | |
|---|---|---|---|
|  | M. Waller | 0.3 | 79.50 |
| 12/28/01 | Draft memo to B. Moffitt and S. Parker regarding deadlines to respond to subpoena and meeting with S. Parker regarding documents to produce. | | |
|  | M. Waller | 0.5 | 132.50 |
| 12/28/01 | Review Hatco files for documents responsive to the subpoena. | | |
|  | D. Florence | 3.9 | 312.00 |
| 12/28/01 | Worked with M. Waller regarding status of document review in response to subpoena. | | |
|  | S. Parker | 0.4 | 32.00 |
| 12/29/01 | Continued review of file documents in the Superfund and Hatco matters regarding identification of documents responsive to subpoena. | | |
|  | S. Parker | 7.2 | 576.00 |
| 12/30/01 | Continued review of file documents in the Superfund, Hatco and Excess matters regarding identification of documents responsive to subpoena. | | |
|  | S. Parker | 7.1 | 568.00 |
| 12/31/01 | Review memorandum from S. Parker regarding compilation of documents responsive to Swiss Reinsurance subpoena and confer with B. Moffitt regarding same; Working with S. Parker regarding preparation of documents for review and production. | | |
|  | M. Waller | 1.2 | 318.00 |
| 12/31/01 | Work with M. Waller and S. Parker regarding response to subpoena; review various e-mails regarding same. | | |
|  | B. Moffitt | 0.3 | 69.00 |
| 12/31/01 | Continued review of file documents in the Superfund, Hatco and Excess matters regarding identification of documents responsive to subpoena in preparation for attorney review. | | |
|  | S. Parker | 4.5 | 360.00 |

12/31/01      Worked with M. Waller regarding status of document
              review and resolution of additional questions
              pertaining to scope of same.
              S. Parker                            0.6            48.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.30 | 395.00 | 2,488.50 |
| M. Waller | 10.20 | 265.00 | 2,703.00 |
| B. Moffitt | 3.10 | 230.00 | 713.00 |
| D. Florence | 13.90 | 80.00 | 1,112.00 |
| S. Parker | 46.70 | 80.00 | 3,736.00 |
| TOTALS | 80.20 | | 10,752.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 12/03/01 | Follow up regarding issues with client.<br>A. Marchetta | 0.2 | 79.00 |

12/03/01   Follow up regarding issues with client.
           A. Marchetta                         0.2        79.00

12/04/01   Review issues with J. Scordo.
           A. Marchetta                         0.3       118.50

12/04/01   Review fax received from counsel for landlord;
           review file regarding status; phone calls with A.
           Marchetta and J. Elder regarding status of rent
           payments and potential bankruptcy claim of
           landlord; analyze file regarding same.
           J. Scordo                            1.7       442.00

12/05/01   Review files for numbers on roof and excess rent
           claims to assess settlement; confer with A.
           Marchetta regarding same; calculate same.
           J. Scordo                            1.0       260.00

12/11/01   Review file regarding status and update list of
           upcoming tasks.
           J. Scordo                            0.2        52.00

12/13/01   Telephone call with client regarding lease issues.
           A. Marchetta                         0.2        79.00

12/18/01   Telephone call to client regarding settlement.
           A. Marchetta                         0.2        79.00

12/21/01   Telephone call with client and work with J. Scordo
           regarding settlement.
           A. Marchetta                         0.5       197.50

12/21/01   Conference call with A. Nagy, H. Pearson and A.
           Marchetta; revise settlement offer and draft
           letter to PepBoys.
           J. Scordo                            1.0       260.00

12/22/01   Review and revise correspondence regarding
           settlement.
           A. Marchetta                         0.2        79.00

12/24/01   Follow up regarding settlement correspondence.
           A. Marchetta                         0.3       118.50

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 1.90 | 395.00 | 750.50 |
| J. Scordo | | 3.90 | 260.00 | 1,014.00 |
| | TOTALS | 5.80 | | 1,764.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

12/03/01     Revise and send termination agreement to Gemini.
             L. Reilly                              0.6        195.00

12/04/01     Send revised Clementon assignment documents for
             recording.
             L. Reilly                              0.2         65.00

12/13/01     Telephone conference with Finkelstein.  Revise and
             send termination agreement to Gemini.
             L. Reilly                              0.3         97.50

12/13/01     Follow up regarding Penini lease issues.
             A. Marchetta                           0.3        118.50

12/27/01     Review Gemini's comments on list of repair items
             and telephone conference with Ansback.
             L. Reilly                              0.4        130.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 395.00 | 118.50 |
| L. Reilly | 1.50 | 325.00 | 487.50 |
| TOTALS | 1.80 | | 606.00 |

SUMMARY OF COMPENSATION FOR THE FEE PERIOD
DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 56.7 | $22,396.50 |
| Lawrence F. Reilly | 1965 | 325.00 | 1.5 | $487.50 |
| Michael E. Waller | 1991 | 265.00 | 43.4 | $11,501.00 |
| Michael W. Zelenty | 1986 | 330.00 | 5.4 | $1,782.00 |
| Scott A. Zuber | 1987 | 265.00 | 97.80 | $25,917.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 260.00 | 3.9 | $1,014.00 |
| Linda K. Connolly | 1983 | 260.00 | 1.0 | $260.00 |
| Kathy Dutton Helmer | 1981 | 250.00 | 13.10 | $3,275.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 33.2 | $7,636.00 |
| Denise L. Buerrosse | 2001 | 140.00 | 29.30 | $4,102.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 31.20 | $2,496.00 |
| Susan Parker | N/A | 80.00 | 56.00 | $4,480.00 |
| Grand Total Time Reports (Hours and Dollars) for the Fee Period December 1, 2001 through December 31, 2001 | | | 372.50 Hours<br><br>TOTAL | $85,347.00 |

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 46.2 | $14,153.50 |
| Correspondence and Pleadings Drafted | 31.5 | $7,766.50 |
| Correspondence and Pleadings Reviewed | 149.4 | $28,081.50 |
| Legal Research | 17.5 | $3,125.00 |
| Internal Office Meetings | 62.7 | $17,083.50 |
| Out of Office Meetings, including Preparation and Travel | 42.2 | $12,483.00 |
| File Review | 20.8 | $2,478.00 |
| Other Services | 2.2 | $176.00 |
| Grand Total Time Reports for the Fee Period November 1, 2001 through November 30, 2001 | Hours 372.50<br><br>TOTAL | $85,347.00 |