# EXHIBIT B

EXHIBIT B

SUMMARY OF EXPENSES FOR THE FEE PERIOD
DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | 795.27 |
| Document-Access Facility | 5856.88 |
| Duplicating | 1,666.56 |
| Telephone | 86.65 |
| Postage | 11.85 |
| Express Delivery | 190.79 |
| Travel and Miscellaneous Expense | 464.75 |
| Facility Copying Expense | 893.90 |
| Vendor:  Paid New York Compensation Insurance Rating Board (for manual) | 52.50 |
| Grand Total Expenses for the Fee Period December 1, 2001 through December 31, 2001 | 10,019.15 |

839339A01021902

EXPENSES FOR THE FEE PERIOD
DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

Engagement Costs - NY Superfund Action

| | |
|---|---:|
| Computer Assisted Research | 712.52 |
| Document Access Facility | 5140.88 |
| Duplicating | 1629.74 |
| Express Delivery | 149.83 |
| Facility Copying Expense | 161.84 |
| Postage | 11.85 |
| Telephone | 33.43 |
| Vendor: paid NY Compensation Insurance Rating Board for manual | 52.50 |
| Matter Total Engagement Cost | 7,892.59 |

Engagement Costs - Intercat, Inc., et al.

| | |
|---|---:|
| Computer Assisted Research | 82.75 |
| Document Access Facility | 716.00 |
| Duplicating | 34.30 |
| Express Delivery | 7.74 |
| Facility Copying Expense | 49.14 |
| Telephone | 48.93 |
| Travel and Miscellaneous Expense | 464.75 |
| Matter Total Engagement Cost | 1,403.61 |

Engagement Costs - Commercial Union Ins. Co v. Swiss Reinsurance America Corp.

| | |
|---|---:|
| Facility Copying Expense | 682.92 |
| Telephone | 2.19 |
| Matter Total Engagement Cost | 685.11 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---:|
| Telephone | 1.90 |
| Matter Total Engagement Cost | 1.90 |

2

Engagement Costs - Carteret Warehouse Subleases

| | |
|---|---:|
| Duplicating | 2.52 |
| Express Delivery | 33.22 |
| Telephone | 0.20 |
| Matter Total Engagement Cost | 35.94 |