# EXHIBIT A

## EXHIBIT A

### TIME REPORTS FOR THE FEE PERIOD
### NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001
### BROKEN DOWN BY MATTERS

```
TOTAL HOURS FOR ALL MATTERS:            242.90
TOTAL DOLLARS FOR ALL MATTERS:       $62,334.50

TOTAL TIME BILLED FOR ALL MATTERS:   $62,334.50
```

814185A01021302

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| 11/02/01 | Sent executed AMF sublease amendment to Finkelstein for execution. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs. | 32.50 |

| 11/06/01 | Sent fully signed AMF lease amendment to Ross. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs. | 32.50 |

| 11/19/01 | Telephone conference with clients. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs. | 32.50 |

| 11/20/01 | Drafted termination agreement for Gemini. Telephone conference with Nagy & Pierson. | | |
|---|---|---|---|
| | L. Reilly | 0.4 hrs. | 130.00 |

| 11/21/01 | Reviewed and revised Gemini agreement & note. Telephone conference with Pierson. | | |
|---|---|---|---|
| | L. Reilly | 0.6 hrs. | 195.00 |

| 11/26/01 | Revised and transmitted Gemini agreements to clients. | | |
|---|---|---|---|
| | L. Reilly | 0.3 hrs. | 97.50 |

| 11/27/01 | Telephone Conference with Finkelstein & Pierson. Sent termination agreement to Gemini. | | |
|---|---|---|---|
| | L. Reilly | 0.5 hrs. | 162.50 |

| 11/30/01 | Emailed clients in regards to this matter. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs. | 32.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 2.20 | 325.00 | 715.00 |
| TOTALS | 2.20 | | 715.00 |

2

Client: 082910 W.R. GRACE & CO.
Matter: 075663 Clementon Environmental

10/01/01    Faxed Big Lots estoppel to all parties.
            L. Reilly                 0.1 hrs.        32.50

10/02/01    Sent   Big   Lots   estoppel   for   Clementon   to
            Finkelstein.
            L. Reilly                 0.1 hrs.        32.50

10/03/01    Telephone conference with Finkelstein.   Calculated
            adjustments for Clementon closing.
            L. Reilly                 0.3 hrs.        97.50

10/05/01    Telephone   conference   with   Pierson.     Drafted
            closing statement for Clementon.
            L. Reilly                 0.6 hrs.       195.00

10/08/01    Revised Clementon closing statement.
            L. Reilly                 0.1 hrs.        32.50

10/09/01    Telephone  conference  with  Heller  &  Finkelstein.
            Revised and sent draft closing statement to Heller
            & Finkelstein for Clementon.
            L. Reilly                 0.6 hrs.       195.00

10/11/01    Telephone   conference   with   clients   regarding
            Monday's closing for Clementon.
            L. Reilly                 0.5 hrs.       162.50

10/15/01    Attended Clementon closing in New York City.
            L. Reilly                 5.0 hrs.     1,625.00

10/16/01    Recorded Clementon lease assignments.
            L. Reilly                 0.2 hrs.        65.00

10/22/01    Emailed Finkelstein regarding Clementon.
            L. Reilly                 0.1 hrs.        32.50

11/19/01    Telephone conference with client, S. Zuber and L.
            Reilly  regarding  Gemini  cancellation  of  lease.
            Reviewed file.
            A. Marchetta              0.7 hrs.       276.50

11/20/01    Followed up with L. Reilly regarding handling.

                                3

|          | A. Marchetta |            |           | 0.2 hrs. | 79.00 |

| 11/21/01 | Reviewed Clementon file for recording information on leases. |
|          | L. Reilly |            |           | 0.4 hrs. | 130.00 |

| 11/26/01 | Reviewed recording information on Clementon leases. |
|          | L. Reilly |            |           | 0.2 hrs. | 65.00 |

| 11/27/01 | Telephone conference with Finkelstein regarding Clementon. |
|          | L. Reilly |            |           | 0.1 hrs. | 32.50 |

## Attorney Summary

| Timekeeper   | Hours | Rate   | Dollars  |
|--------------|-------|--------|----------|
| A. Marchetta | 0.90  | 395.00 | 355.50   |
| L. Reilly    | 8.30  | 325.00 | 2,697.50 |
|              | TOTALS 9.20 |  | 3,053.00 |

4

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


| | | | |
|---|---|---|---|
| 11/01/01 | Reviewed plan with S. Zuber. Forwarded same to client. | | |
| | A. Marchetta | 0.7 hrs. | 276.50 |

| | | | |
|---|---|---|---|
| 11/01/01 | Telephone conference with I. Greene regarding Intercat's Disclosure Statement and projections, and confirmation process issues. | | |
| | S. Zuber | 0.3 hrs. | 79.50 |

| | | | |
|---|---|---|---|
| 11/01/01 | Prepared memo regarding Disclosure Statement issues. | | |
| | S. Zuber | 0.3 hrs. | 79.50 |

| | | | |
|---|---|---|---|
| 11/01/01 | Telephone conference with D. Adams regarding Disclosure Statement. | | |
| | S. Zuber | 0.2 hrs. | 53.00 |

| | | | |
|---|---|---|---|
| 11/01/01 | Met with A. Marchetta regarding Debtor's Disclosure Statement and Plan and bankruptcy process going forward. | | |
| | S. Zuber | 0.5 hrs. | 132.50 |

| | | | |
|---|---|---|---|
| 11/01/01 | Revised September 2001 Fee Application per attorney instructions. | | |
| | D. Jenkins | 2.3 hrs. | 184.00 |

| | | | |
|---|---|---|---|
| 11/02/01 | Received, reviewed and analyzed Debtor's Disclosure Statement, including further review and analysis of Plan and analysis of projections. | | |
| | S. Zuber | 3.9 hrs. | 1,033.50 |

| | | | |
|---|---|---|---|
| 11/02/01 | Telephone conference and sent email correspondence to P. Cuniff regarding upcoming hearing date; Convert documents comprising September 2001 Fee Application and Exhibits to pdf format and forward to local counsel for electronic filing and service | | |
| | D. Jenkins | 1.4 hrs. | 112.00 |

| | | | |
|---|---|---|---|
| 11/02/01 | Updated the case file. | | |
| | D. Florence | 0.5 hrs. | 40.00 |

| | | | |
|---|---|---|---|
| 11/03/01 | Reviewed information regarding Debtor's plan. | | |

5

|            | A. Marchetta | 0.5 hrs. | 197.50 |

11/05/01    Continued review and analysis of competing plan
            issues.
            S. Zuber                    0.5 hrs.        132.50

11/05/01    Reviewed various fee statements filed by Debtor's
            and Trustee's professionals.
            S. Zuber                    0.3 hrs.         79.50

11/06/01    Conference with S. Zuber regarding telephone call
            with Englehard; followed up regarding issues on
            Debtor's plan.
            A. Marchetta                0.5 hrs.        197.50

11/06/01    Telephone conference with J. Greenberg regarding
            negotiations with Engelhard.
            S. Zuber                    0.2 hrs.         53.00

11/07/01    Worked with Scott Zuber regarding plan issues;
            telephone conference with client regarding same;
            reviewed information regarding Intercat-Savannah,
            Inc. case.
            A. Marchetta                1.1 hrs.        434.50

11/07/01    Met with A. Marchetta to discuss competing plan
            issues and Debtor's Disclosure Statement.
            S. Zuber                    0.5 hrs.        132.50

11/07/01    Continued review and analysis of Debtor's Plan and
            Disclosure Statement.
            S. Zuber                    0.8 hrs.        212.00

11/07/01    Telephone conference with A. Marchetta and N. Alt
            regarding competing plans and strategy.
            S. Zuber                    0.4 hrs.        106.00

11/07/01    Legal research regarding whether Debtor can
            cramdown 100% plan, with interest if equity to
            retain interests.
            S. Zuber                    0.9 hrs.        238.50

11/07/01    Telephone conference with I. Greene regarding
            Debtor's Plan and Disclosure Statement.
            S. Zuber                    0.3 hrs.         79.50

11/07/01    Prepared memo regarding Disclosure Statement.

6

|  | S. Zuber | 0.3 hrs. | 79.50 |

11/07/01    Telephone conference with J. Greenberg regarding
           Engelhard offer.

|  | S. Zuber | 0.2 hrs. | 53.00 |

11/07/01    Reviewed    and    analyzed    Intercat-Savannah's
           Disclosure Statement and Plan.

|  | S. Zuber | 1.7 hrs. | 450.50 |

11/07/01    Sent correspondence to N. Alt regarding Intercat-
           Savannah's Plan and Disclosure Statement.

|  | S. Zuber | 0.3 hrs. | 79.50 |

11/07/01    Reviewed attorney files for pleadings to add to
           the main file.

|  | D. Florence | 1.2 hrs. | 96.00 |

11/08/01    Follow-up    regarding    client    communications
           regarding response to Englehard and Debtor.

|  | A. Marchetta | 0.6 hrs. | 237.00 |

11/08/01    Updated correspondence file and pleading boards.
           Forward requested documents to A. Chan.

|  | D. Florence | 2.2 hrs. | 176.00 |

11/09/01    Reviewed memo from client and work with S. Zuber
           regarding response to same.  Follow up regarding
           information on claims.

|  | A. Marchetta | 0.5 hrs. | 197.50 |

11/09/01    Received and reviewed J. H. Cohn's September fee
           application.

|  | S. Zuber | 0.2 hrs. | 53.00 |

11/09/01    Telephone    conference with D. Adams regarding
           competing plan matters.

|  | S. Zuber | 0.2 hrs. | 53.00 |

11/10/01    Receipt, review and analysis of various legal
           questions from N. Alt, and prepared outline of
           responses,    including    review    of    Engelhard
           liquidation analysis, asset purchase agreement and
           Grace's remedies in the event of default under
           confirmed plan.

|  | S. Zuber | 2.6 hrs. | 689.00 |

11/10/01    E-mails regarding plan issues.
A. Marchetta            0.3 hrs.    118.50

11/11/01    Legal research regarding Debtor's ability to random plan on unsecured creditors.
J. Testa            3.0 hrs.    555.00

11/12/01    Discussed competing plan issues and analysis with A. Marchetta.
S. Zuber            0.7 hrs.    185.50

11/12/01    Prepared letter to N. Alt addressing numerous issues related to competing plan analysis, including continued review of competing plans.
S. Zuber            2.7 hrs.    715.50

11/12/01    Continued review and analysis of Debtor's ability to cramdown plan on unsecured creditors.
S. Zuber            1.3 hrs.    344.50

11/12/01    Telephone conference with A. Marchetta and N. Alt regarding competing plan issues.
S. Zuber            0.5 hrs.    132.50

11/12/01    Telephone conference with M. Clark regarding Trustee's analysis of Engelhard bid. Prepared correspondence to M. Clark regarding same.
S. Zuber            0.3 hrs.    79.50

11/12/01    Worked with S. Zuber regarding plan issues. Reviewed memo and telephone conference with client regarding same.
A. Marchetta            1.5 hrs.    592.50

11/13/01    Further review and analysis of Trustee's and Debtor's financials and liquidation analyses. Telephone conference with M. Clark regarding competing analyses.
S. Zuber            0.8 hrs.    212.00

11/13/01    Conference call with A. Marchetta and N. Alt regarding competing plans.
S. Zuber            0.3 hrs.    79.50

11/13/01    Met with A. Marchetta, including call to J. Greenberg regarding competing plans and possible enhancement to Engelhard offer.

|  | S. Zuber | 0.4 hrs. | 106.00 |

11/13/01   Further analysis of cramdown issues.
           S. Zuber                    0.8 hrs.          212.00

11/13/01   Telephone conference with client and S. Zuber.
           Follow up with S. Zuber regarding plan issues.
           Telephone calls regarding Englehard plan.
           Conference regarding "cram down" issue. Telephone
           conference with Englehard attorney.
           A. Marchetta                1.3 hrs.          513.50

11/14/01   Discussed Engelhard offer with A. Marchetta.
           S. Zuber                    0.2 hrs.           53.00

11/14/01   Receipt and preliminary review of Grace's comments
           to Engelhard asset purchase agreement.
           S. Zuber                    0.3 hrs.           79.50

11/14/01   Telephone conference with client regarding status.
           Follow up regarding form of purchase agreement
           issues.  Prepared client memo regarding same.
           A. Marchetta                0.7 hrs.          276.50

11/14/01   Continued review and analysis of cram down issues.
           J. Testa                    5.5 hrs.        1,017.50

11/17/01   Follow up regarding Plan.
           A. Marchetta                0.4 hrs.          158.00

11/19/01   Met with A. Marchetta regarding competing plan
           issues.
           S. Zuber                    0.4 hrs.          106.00

11/19/01   Conference call with A. Marchetta and N. Alt
           regarding plan status and strategy.
           S. Zuber                    0.5 hrs.          132.50

11/19/01   Telephone conferences with debtor regarding
           requested meeting regarding plan and motion.
           Telephone conference with client and S. Zuber
           regarding same.  Follow up regarding same.
           A. Marchetta                1.4 hrs.          553.00

11/20/01   Conference call with A. Marchetta, J. Rightmyer,
           N. Alt and G. Stokes to discuss competing plan
           issues and strategy.

9

|            |                   | S. Zuber    | 0.4 hrs. | 106.00 |

11/20/01   Met with A. Marchetta regarding competing plans.
S. Zuber                   0.3 hrs.      79.50

11/20/01   Conference call with A. Marchetta and I. Greene
regarding Intercat's plan and meeting between
Grace and Intercat.
S. Zuber                   0.2 hrs.      53.00

11/20/01   Several telephone conferences with R. Talisman
regarding Mobil's position regarding competing
plans.    Prepared correspondence to N. Alt
regarding meeting with Mobil.
S. Zuber                   0.3 hrs.      79.50

11/20/01   Discussed Mobil meeting with A. Marchetta.
Telephone conference with N. Alt.   Second
telephone conference with R. Talisman regarding
meeting between Grace and Mobil.
S. Zuber                   0.3 hrs.      79.50

11/20/01   Telephone conference with client regarding plan
issues.   Follow up regarding same with debtor
counsel and S. Zuber; Worked on issues regarding
meeting.
A. Marchetta               1.5 hrs.     592.50

11/21/01   Receipt and review of revised, draft agreement
between Trustee and Bartholic.   Prepared various
correspondence regarding agreement.
S. Zuber                   0.5 hrs.     132.50

11/21/01   Telephone conferences regarding client meeting and
issues regarding debtor.
A. Marchetta               0.7 hrs.     276.50

11/23/01   Follow up regarding plan issues for client meeting
and with S. Zuber regarding Englehard offer.
A. Marchetta               0.6 hrs.     237.00

11/26/01   Attention to Disclosure Statement issues.
S. Zuber                   0.2 hrs.      53.00

11/26/01   Telephone conference with J. Drake regarding
Trustee's plan and confirmation and disclosure
issues.

10

|  | S. Zuber | 0.6 hrs. | 159.00 |

| 11/26/01 | Prepared correspondence regarding Trustee's plan. |
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/26/01 | Discussed Debtor's plan and projections with H. Konicov of J.H. Cohn. |
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/26/01 | Worked with S. Zuber regarding disclosure hearing and meeting with client regarding debtor plan issues. |
| | A. Marchetta | 1.0 hrs. | 395.00 |

| 11/26/01 | Updated files and pleading indexes. |
| | D. Florence | 2.2 hrs. | 176.00 |

| 11/27/01 | Correspondence to J. Drake regarding Trustee's plan and disclosure statement. |
| | S. Zuber | 0.2 hrs. | 53.00 |

| 11/27/01 | Prepared various correspondence regarding Trustee's plan and disclosure statement. |
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/27/01 | Updated pleading boards and case file. Reviewed documents in attorney's files to ensure inclusion in the main file. |
| | D. Florence | 1.2 hrs. | 96.00 |

| 11/28/01 | Receipt and preliminary review and analysis of Trustee's plan and disclosure statement, including exhibits and amendments. Compared with Debtor's plan and disclosure statement. |
| | S. Zuber | 3.9 hrs. | 1,033.50 |

| 11/28/01 | Prepared several correspondence to N. Alt regarding Trustee's plan and disclosure statement. |
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/28/01 | Worked with S. Zuber and A. Chan regarding issues and follow up regarding preparation for client meeting. |
| | A. Marchetta | 0.7 hrs. | 276.50 |

| 11/29/01 | Reviewed Trustee's plan and disclosure statement filed in Intercat-Savannah's case. |

|  | S. Zuber | 0.5 hrs. | 132.50 |

11/30/01   Several telephone conferences with I. Greene regarding Intercat's plan and disclosure statement, and issues for meeting between Grace and Intercat next week.
S. Zuber                        0.6 hrs.        159.00

11/30/01   Telephone conference with R. Talisman regarding competing plan and confirmation issues, and Mobil's position in case.
S. Zuber                        0.9 hrs.        238.50

11/30/01   Reviewed various orders regarding disclosure statement hearings and valuation issues; and further review of plans regarding court's direction that objections to certain asset valuations be filed prior to disclosure statement hearings.
S. Zuber                        0.8 hrs.        212.00

11/30/01   Receipt and review of J.H. Cohn's Fee Application.
S. Zuber                        0.2 hrs.         53.00

11/30/01   Telephone conference with D. Adams regarding disclosure statement and confirmation issues.
S. Zuber                        0.3 hrs.         79.50

11/30/01   Met with A. Marchetta regarding disclosure statement and confirmation issues.
S. Zuber                        0.3 hrs.         79.50

11/30/01   Reviewed Tenth cash collateral stipulation.
S. Zuber                        0.3 hrs.         79.50

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 14.00 | 395.00 | 5,530.00 |
| S. Zuber | 35.80 | 265.00 | 9,487.00 |
| J. Testa | 8.50 | 185.00 | 1,572.50 |
| D. Florence | 7.30 | 80.00 | 584.00 |
| D. Jenkins | 3.70 | 80.00 | 296.00 |
| TOTALS | 69.30 | | 17,469.50 |

12

Client: 082913 W.R. GRACE & CO.\INSURANCE CO.
Matter: 000009 NY Superfund Action

10/30/01     Reviewed appellate brief for proper and consistent
             citations.
             D. Buerrosse                 0.9 hrs.       126.00

11/01/01     Follow up with M. Waller regarding motion and
             information to client regarding same.
             A. Marchetta                 0.6 hrs.       237.00

11/01/01     Draft letter to D. Siegel and R. Beber regarding
             status of motion to supplement record and
             forwarding briefing.   Confer with A. Marchetta
             regarding same.
             M. Waller                    0.2 hrs.        53.00

11/01/01     Drafted additions and revisions to appellate
             brief, statutory construction/time of contracting
             argument regarding Section 46 per conferences with
             K. Helmer and follow up with same.
             M. Waller                    3.2 hrs.       848.00

11/01/01     Follow up with Second Circuit Staff Counsel
             regarding stay and anticipated revision of
             briefing schedule.
             M. Waller                    0.3 hrs.        79.50

11/01/01     Revised section 46 argument and confer with M.
             Waller regarding same.
             K. Helmer                    2.4 hrs.       600.00

11/01/01     Worked on motion to file overlength brief; began
             cite checking and inserting citations in appellate
             brief.
             J. Clark                     2.2 hrs.       462.00

11/02/01     Follow up with M. Waller regarding information to
             client on appeal and motion; review correspondence
             regarding same.
             A. Marchetta                 6.0 hrs.     2,370.00

11/02/01     Confer with B. Moffitt regarding status of motion
             to correct or modify the record.
             M. Waller                    0.3 hrs.        79.50

13

11/02/01    Finalized   letter   to   R.   Beber   and   D.   Siegel
            forwarding information regarding same.
            M. Waller                    0.1 hrs.            26.50

11/02/01    Drafted additions and revisions to appellate brief
            and work with A. Marchetta regarding same.
            M. Waller                    3.6 hrs.           954.00

11/02/01    Revised  section  46  argument;  research  regarding
            same
            K. Helmer                    4.7 hrs.         1,175.00

11/02/01    Continued  reviewing  file  to  find  citations  to
            record for appellate brief.
            J. Clark                     2.3 hrs.           483.00

11/02/01    Work with M. Waller regarding motion to modify or
            correct record on appeal.
            B. Moffitt                   0.3 hrs.            69.00

11/02/01    Reviewed various case law obtained by D. Buerrosse
            regarding potential inclusion of additional cases
            regarding choice of law.
            B. Moffitt                   1.8 hrs.           414.00

11/03/01    Continued work on Section 46 argument
            K. Helmer                    1.7 hrs.           425.00

11/05/01    Review order of court with M. Waller and follow up
            regarding same.
            A. Marchetta                 0.5 hrs.           197.50

11/05/01    Review Order by Second Circuit regarding motion to
            Correct  or  Modify  and  confer  with  A.  Marchetta
            regarding order.
            M. Waller                    0.7 hrs.           185.50

11/05/01    Drafted letter to Judge Martin regarding referral
            of Motion to Correct or Modify Record by Second
            Circuit.
            M. Waller                    1.3 hrs.           344.50

11/05/01    Telephone  conference  with  CNA  counsel  regarding
            submission  of  same  motion  papers  and  schedule
            regarding same.
            M. Waller                    0.5 hrs.           132.50

14

11/06/01    Follow up regarding brief with M. Waller.
            A. Marchetta              0.5 hrs.        197.50

11/06/01    Review  and  respond  to  email    memo    from  A.
            Marchetta regarding status of brief.
            M. Waller                 0.2 hrs.         53.00

11/06/01    Draft additions and revisions to letter to Judge
            Martin regarding motion to correct or modify the
            record and discuss same with B. Moffitt.
            M. Waller                 0.3 hrs.         79.50

11/06/01    Reviewing brief and prepare draft for client and
            noting corrections to Statement of Facts.
            M. Waller                 1.7 hrs.        450.50

11/06/01    Work with M. Waller regarding letter to Judge
            Martin  regarding  motion  to  correct  record  on
            appeal.
            B. Moffitt                0.3 hrs.         69.00

11/06/01    Continued reviewing appellate brief and finalizing
            citations to record.
            J. Clark                  1.2 hrs.        252.00

11/07/01    Discussing corrections and additions to citation
            forms and finalizing brief with B.   Moffitt and
            working with same.
            M. Waller                 1.1 hrs.        291.50

11/07/01    Drafting additions and revisions to Section 46
            argument and confer with K. Helmer    regarding
            same.
            M. Waller                 1.5 hrs.        397.50

11/07/01    Report to A. Marchetta regarding status of brief.
            M. Waller                 0.1 hrs.         26.50

11/07/01    Review brief and incorporate citations to the
            record on appeal; review numerous papers filed
            below regarding same.
            B. Moffitt                2.0 hrs.        460.00

11/07/01    Work with M. Waller regarding incorporating
            additional citations to the record on appeal in
            the brief.

15

                    B. Moffitt                    1.1 hrs.        253.00

11/08/01    Work with M. Waller regarding brief; follow-up
            regarding revisions and draft for client; e-mails
            and telephone calls regarding same.
            A. Marchetta                  0.9 hrs.        355.50

11/08/01    Reviewing revisions to arguments with K. Helmer
            and drafting revisions to and working with K.
            Helmer and B. Moffitt regarding finalizing brief.
            M. Waller                     2.1 hrs.        556.50

11/08/01    Telephone  conference  with  CNA  counsel,  E.
            DeCristofaro regarding submission of motion to
            correct or modify record to District Court as
            directed by Second Circuit.
            M. Waller                     0.3 hrs.         79.50

11/08/01    Conference with D. Buerrosse regarding correcting
            citations.
            M. Waller                     0.2 hrs.         53.00

11/08/01    Telephone conferences with CNA counsel regarding
            hearing and submission of papers.
            M. Waller                     0.4 hrs.        106.00

11/08/01    Telephone conferences with CNA counsel regarding
            hearing and submission of papers.
            M. Waller                     0.4 hrs.        106.00

11/08/01    Drafting letter to Judge Martin confirming hearing
            and summarizing argument regarding record and
            preparing submissions.
            M. Waller                     2.1 hrs.        556.50

11/08/01    Follow up with J. Clark regarding motion in
            support of application to submit overlength brief.
            M. Waller                     0.1 hrs.         26.50

11/08/01    Prepare summary of argument
            K. Helmer                     4.5 hrs.      1,125.00

11/08/01    Review brief and incorporate citations to the
            record on appeal; review numerous papers filed
            below regarding same.
            B. Moffitt                    3.6 hrs.        828.00

                                    16

| | | | |
|---|---|---|---|
| 11/08/01 | Work with M. Waller regarding letter to Judge Martin regarding motion to correct or modify the record on appeal. | | |
| | B. Moffitt | 0.5 hrs. | 115.00 |
| 11/09/01 | Work on motion to supplement record and review brief. | | |
| | A. Marchetta | 1.7 hrs. | 671.50 |
| 11/09/01 | Follow up with A. Marchetta regarding finalizing draft of brief. | | |
| | M. Waller | 0.3 hrs. | 79.50 |
| 11/09/01 | Review and preparing additional revisions to brief. | | |
| | M. Waller | 0.8 hrs. | 212.00 |
| 11/09/01 | Working with B. Moffitt regarding source and conforming citations. | | |
| | M. Waller | 0.7 hrs. | 185.50 |
| 11/09/01 | Review draft brief and follow up with K. Helmer regarding same. | | |
| | M. Waller | 0.8 hrs. | 212.00 |
| 11/09/01 | Working with K. Helmer regarding summary of arguments and review same. | | |
| | M. Waller | 0.9 hrs. | 238.50 |
| 11/09/01 | Continued drafting summary of argument; Work with M. Waller regarding same. | | |
| | K. Helmer | 3.8 hrs. | 950.00 |
| 11/10/01 | Review motion papers regarding supplementing record. | | |
| | A. Marchetta | 0.6 hrs. | 237.00 |
| 11/10/01 | Revise summary of argument | | |
| | K. Helmer | 1.6 hrs. | 400.00 |
| 11/12/01 | Work on revisions to appellate brief. | | |
| | A. Marchetta | 2.5 hrs. | 987.50 |
| 11/12/01 | Follow up with B. Moffitt and J. Clark regarding finalizing brief and preparing for conference with Judge Martin regarding motion to correct or modify the record. | | |

17

M. Waller                        0.4 hrs.        106.00

11/12/01   Review various emails regarding preparations for
           November 14, 2001 conference call with Judge
           Martin regarding motion to correct record; work
           with M. Waller regarding same.
           B. Moffitt                       0.2 hrs.        46.00

11/13/01   Working with A. Marchetta regarding additions and
           revisions to appellate brief and confer with same
           regarding conference with Judge Martin regarding
           motion to correct or modify.
           M. Waller                        0.6 hrs.       159.00

11/13/01   Review CNA submission on motion to correct record;
           conference with B. Moffitt regarding same; work
           with M. Waller regarding brief corrections and
           review re same.
           A. Marchetta                     1.8 hrs.       711.00

11/13/01   Receive telephone call from Judge Martin's chamber
           regarding 11/14 conference with Judge Martin.
           M. Waller                        0.2 hrs.        53.00

11/13/01   Working with B. Moffitt regarding finalizing
           brief.
           M. Waller                        1.2 hrs.       318.00

11/13/01   Reviewing suggested changes to brief from A.
           Marchetta and conferring with K. Helmer regarding
           same.
           M. Waller                        0.8 hrs.       212.00

11/13/01   Drafting additions and revisions to summary of
           argument.
           M. Waller                        0.8 hrs.       212.00

11/13/01   Conferring with J. Clark and A. Marchetta
           regarding preparation for 11/14 conference with
           Judge Martin regarding supplementing the record
           and preparing for same.
           M. Waller                        0.6 hrs.       159.00

11/13/01   Review brief and incorporate citations to the
           record on appeal; review numerous papers filed
           below regarding same.
           B. Moffitt                       2.1 hrs.       483.00

18

11/13/01    Work with A. Marchetta regarding revisions to
            brief and other outstanding issues regarding same.
            B. Moffitt                  0.2 hrs.          46.00

11/13/01    Revise brief in accordance with comments of A.
            Marchetta.
            B. Moffitt                  0.9 hrs.         207.00

11/13/01    Work with M. Waller regarding revising brief to
            incorporate additional citations to the record on
            appeal.
            B. Moffitt                  1.2 hrs.         276.00

11/13/01    Conference with M. Waller concerning motion to
            supplement record; reviewed briefs and case law
            prior to conference with Judge Martin.
            J. Clark                    0.6 hrs.         126.00

11/13/01    Conducted database searches and reviewed file
            documents as requested by B. Moffitt regarding
            identification and retrieval of documents and
            confirmation of information regarding preparation
            of appellate brief.
            S. Parker                   1.7 hrs.         136.00

11/14/01    Prepare for court argument regarding motion to
            supplement record with M. Waller; forward draft
            brief to client.
            A. Marchetta                1.1 hrs.         434.50

11/14/01    Reviewing key cases regarding supplementing record
            on appeal and conferring with A. Marchetta and J.
            Clark regarding same.
            M. Waller                   0.7 hrs.         185.50

11/14/01    Confer with J. Clark regarding conference with
            Judge Martin regarding record on appeal.
            M. Waller                   0.3 hrs.          79.50

11/14/01    Preparing for telephone conference with Judge
            Martin regarding correcting and modifying the
            record (including reviewing briefs and case law).
            M. Waller                   1.6 hrs.         424.00

11/14/01    Preparing with A. Marchetta and J. Clark for
            telephone conference with Judge Martin regarding

19

|  | correcting and modifying the record and participating in telephone conference with the Judge and CNA counsel. | | |
| --- | --- | --- | --- |
|  | M. Waller | 0.9 hrs. | 238.50 |
| 11/14/01 | Drafting summary of arguments in appellate brief and working with K. Helmer to finalize same. | | |
|  | M. Waller | 1.2 hrs. | 318.00 |
| 11/14/01 | Follow up conference with A. Marchetta regarding preparation of order and letter to client. | | |
|  | M. Waller | 0.2 hrs. | 53.00 |
| 11/14/01 | Revise summary of argument and appellate brief | | |
|  | K. Helmer | 1.9 hrs. | 475.00 |
| 11/14/01 | Continued review of brief and incorporation of citations to the record on appeal; review numerous papers filed below regarding same. | | |
|  | B. Moffitt | 3.6 hrs. | 828.00 |
| 11/14/01 | Worked with A. Marchetta and M. Waller to prepare for conference with Judge Martin. | | |
|  | J. Clark | 0.6 hrs. | 126.00 |
| 11/15/01 | Conferences and working with B. Moffitt regarding finalizing appeal briefs and preparation of appendix and working to prepare same. | | |
|  | M. Waller | 1.8 hrs. | 477.00 |
| 11/15/01 | Working with B. Moffitt regarding preparation of order regarding including certain affidavits in record and contacting staff counsel regarding same. | | |
|  | M. Waller | 0.4 hrs. | 106.00 |
| 11/15/01 | Draft letter to D. Siegel and R. Beber regarding decision by Judge Martin regarding correcting the record. | | |
|  | M. Waller | 0.5 hrs. | 132.50 |
| 11/15/01 | Worked on motion for overlength brief. | | |
|  | J. Clark | 0.2 hrs. | 42.00 |
| 11/15/01 | Review of documents at issue and preparation of proposed Order modifying or correcting record on appeal. | | |

20

B. Moffitt                        0.8 hrs.        184.00

11/15/01    Work with S. Parker regarding review and assembly
            of documents to be included in joint appendix.
            B. Moffitt                        2.6 hrs.        598.00

11/15/01    Work with M. Waller regarding contacting Staff
            Counsel regarding Judge Martin's ruling.
            B. Moffitt                        0.2 hrs.        46.00

11/15/01    Continued review of brief and incorporation of
            citations to the record on appeal; review numerous
            papers filed below regarding same; various
            conferences with M. Waller regarding same.
            B. Moffitt                        1.1 hrs.        253.00

11/15/01    Work with M. Waller regarding same.
            B. Moffitt                        0.8 hrs.        184.00

11/15/01    Preparation of letter forwarding same to Court.
            B. Moffitt                        0.2 hrs.        46.00

11/15/01    Worked with B. Moffitt regarding cite checking of
            appellate brief and review and assembly of
            documents to be included in the joint appendix to
            same.
            S. Parker                        2.6 hrs.        208.00

11/15/01    Conducted database searches and reviewed file
            documents as requested by B. Moffitt regarding
            identification and retrieval of additional
            documents to be included in the joint appendix to
            the appellate brief.
            S. Parker                        0.8 hrs.        64.00

11/16/01    Finalizing proposed form of order and cover letter
            to Judge Martin regarding Motion to Correct Or
            Modify the Record.
            M. Waller                        0.3 hrs.        79.50

11/16/01    Conferring with K. Helmer regarding additions and
            revisions to appellate brief and submission
            schedule.
            M. Waller                        0.3 hrs.        79.50

11/16/01    Revise summary of argument; emails with M. Waller
            regarding same

|  | K. Helmer | 2.4 hrs. | 600.00 |

11/16/01  Continued preparation of letter to Judge Martin enclosing proposed order.

| | B. Moffitt | 0.2 hrs. | 46.00 |

11/16/01  Review brief and incorporated citations to the record on appeal; review numerous papers filed below regarding same.

| | B. Moffitt | 1.5 hrs. | 345.00 |

11/19/01  Conference with M. Waller and conference call with client regarding motion to amend record and follow up regarding same; follow up regarding brief.

| | A. Marchetta | 0.7 hrs. | 276.50 |

11/19/01  Drafting additions and revisions to brief and prepare same to forward to client and A. Marchetta.

| | M. Waller | 0.9 hrs. | 238.50 |

11/19/01  Work with B. Moffitt regarding additions and revisions to brief and preparation of same to forward to client; discussing procedural requirements for services of same and page length limitations; and draft letter to client regarding draft brief.

| | M. Waller | 0.7 hrs. | 185.50 |

11/19/01  Editing appellate brief with M. Waller and B. Moffitt.

| | K. Helmer | 1.8 hrs. | 450.00 |

11/19/01  Continued preparation of Appellate brief to include citations to record on appeal; review prior affidavits and other materials regarding same.

| | B. Moffitt | 2.1 hrs. | 483.00 |

11/19/01  Confer with M. Waller and K. Helmer regarding revisions to brief and preparation of letter forwarding draft to client.

| | B. Moffitt | 0.6 hrs. | 138.00 |

11/19/01  Gather, assemble and forward documents requested by K. Helmer needed for preparation of appellate brief.

|  | D. Florence | 2.2 hrs. | 176.00 |

11/20/01   Telephone call with J. Posner; review case status.
           A. Marchetta              0.4 hrs.      158.00

11/20/01   Revising summary of argument and brief
           K. Helmer                 1.5 hrs.      375.00

11/20/01   Preparation of insert for fee application
           summarizing work performed on case; work with M.
           Waller regarding same.
           B. Moffitt                2.9 hrs.      667.00

11/20/01   Update case file and letters of submission index.
           D. Florence               1.3 hrs.      104.00

11/23/01   Follow up regarding brief and draft to client.
           A. Marchetta              0.3 hrs.      118.50

11/26/01   Follow up with M. Waller regarding briefing;
           telephone calls with J. Posner regarding insurer
           subpoena.
           A. Marchetta              0.8 hrs.      316.00

11/26/01   Review Order from District Court regarding
           correcting and modifying record and draft memo to
           K. Helmer and B. Moffitt regarding briefing
           schedule and follow up with A. Marchetta.
           M. Waller                 0.2 hrs.       53.00

11/26/01   Confer with B. Moffitt regarding same and
           supplementing and re-certifying record on appeal.
           M. Waller                 0.1 hrs.       26.50

11/26/01   Confer with M. Waller regarding appellate briefing
           schedule.
           K. Helmer                 0.2 hrs.       50.00

11/26/01   Conference with A. Marchetta regarding J. Posner
           deposition and subpoena.
           J. Clark                  0.7 hrs.      147.00

11/26/01   Work with M. Waller regarding revised briefing
           schedule.
           B. Moffitt                0.2 hrs.       46.00

11/26/01   Work with S. Parker regarding documents to be

23

included in appendix.
B. Moffitt                        0.1 hrs.        23.00

11/27/01    Conferring  with  B.  Moffitt  regarding  revising
            briefing schedule and communications with Second
            Circuit Staff Counsel regarding same.
            M. Waller                     0.3 hrs.        79.50

11/27/01    Reviewing  subpoena  to  J.  Posner  regarding  CU
            settlement  agreement  and  basis  for  same;
            Discussion  with  A.  Marchetta  regarding  same;
            Telephone  call to CU's New York counsel regarding
            preparing for response to subpoena.
            M. Waller                     0.7 hrs.       185.50

11/27/01    Discussing revisions and additions to motion for
            leave to file over length brief with J. Clark.
            M. Waller                     0.3 hrs.        79.50

11/27/01    Conference  with  M.  Waller  concerning  motion  for
            overlength brief.
            J. Clark                      0.3 hrs.        63.00

11/27/01    Work with M. Waller regarding follow up to Judge
            Martin's Order  correcting  record on appeal  and
            regarding formulating revised briefing schedule.
            B. Moffitt                    0.3 hrs.        69.00

11/28/01    Receive telephone call from S. Bass (Second Cir.
            Staff  Counsel)  regarding  revising  briefing
            schedule.
            M. Waller                     0.3 hrs.        79.50

11/28/01    Work with B. Moffitt regarding same and working
            with District Court to submit supplemental record.
            M. Waller                     0.4 hrs.       106.00

11/28/01    Review and draft additions to motion for leave to
            file over length brief.
            M. Waller                     0.6 hrs.       159.00

11/28/01    Work with M. Waller regarding revised briefing
            schedule  and  other  follow  up  regarding
            supplementing record on appeal in light of Judge
            Martin's order correcting record on appeal.
            B. Moffitt                    0.4 hrs.        92.00

24

11/28/01    Revised motion for overlength brief.
            J. Clark                    1.2 hrs.        252.00

11/29/01    Draft memo to appeal team regarding revised
            briefing schedule.
            M. Waller                   0.2 hrs.         53.00

11/29/01    Telephone conference with CNA counsel regarding
            same.
            M. Waller                   0.2 hrs.         53.00

11/29/01    Drafting letter to CNA Counsel regarding proposed
            schedule and confer with M. Moffitt regarding
            finalizing same.
            M. Waller                   0.6 hrs.        159.00

11/29/01    Review memo from   K. Helmer regarding briefing
            schedule.
            M. Waller                   0.1 hrs.         26.50

11/29/01    Work with M. Waller regarding letter to adversary
            regarding briefing schedule.
            B. Moffitt                  0.2 hrs.         46.00

11/30/01    Receive telephone call from R. Appel at Cadwalader
            regarding subpoena of J. Posner; Confer with A.
            Marchetta regarding same; Drafting letter to Swiss
            regarding objections to subpoena
            M. Waller                   1.2 hrs.        318.00

11/30/01    Confer with A. Marchetta regarding briefing
            schedule and letter to CNA counsel regarding same;
            Draft letter to Staff Counsel proposing revised
            briefing schedule pending call from CNA counsel.
            M. Waller                   0.7 hrs.        185.50

11/30/01    Discuss supplementing record and re-certifying
            same with B. Moffitt.
            M. Waller                   0.3 hrs.         79.50

11/30/01    Follow up with M. Waller regarding briefing
            schedule and consent of CNA.
            A. Marchetta                0.6 hrs.        237.00

11/30/01    Work with M. Waller and S. Parker regarding tasks
            necessary to comply with Judge Martin's order
            correcting the record.

25

|  |  |  |
|---|---|---|
| B. Moffitt | 0.2 hrs. | 46.00 |

11/30/01   Work with S. Parker regarding assembling documents
and Orders necessary to comply with Judge Martin's
order correcting the record.

|  |  |  |
|---|---|---|
| B. Moffitt | 0.6 hrs. | 138.00 |

11/30/01   Conferred with M. Waller and B. Moffitt regarding
supplemental certification of record.

|  |  |  |
|---|---|---|
| S. Parker | 0.2 hrs. | 16.00 |

11/30/01   Worked with B. Moffitt and assembled documents
needed to comply with Judge Martin's Order on
Grace's Motion to Modify or Correct the Record.

|  |  |  |
|---|---|---|
| S. Parker | 0.6 hrs. | 48.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 19.00 | 395.00 | 7,505.00 |
| M. Waller | 44.80 | 265.00 | 11,872.00 |
| K. Helmer | 26.50 | 250.00 | 6,625.00 |
| D. Buerrosse | 0.90 | 140.00 | 126.00 |
| J. Clark | 9.30 | 210.00 | 1,953.00 |
| B. Moffitt | 32.80 | 230.00 | 7,544.00 |
| D. Florence | 3.50 | 80.00 | 280.00 |
| S. Parker | 5.90 | 80.00 | 472.00 |
| TOTALS | 142.70 |  | 36,377.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

| 11/14/01 | Leave voice mail for counsel for FM Insurance Company regarding status of payment of insurance proceeds. | | |
| | J. Scordo | 0.1 hrs. | 26.00 |

| 11/16/01 | Leave voice mail for counsel for FM Insurance Company regarding status of payment of insurance proceeds. | | |
| | J. Scordo | 0.1 hrs. | 26.00 |

| 11/17/01 | Follow up regarding payment of insurance proceeds. | | |
| | A. Marchetta | 0.2 hrs. | 79.00 |

| 11/20/01 | Conference with J. Scordo regarding handling. | | |
| | A. Marchetta | 0.2 hrs. | 79.00 |

| 11/20/01 | Review letter from counsel for landlord regarding insurance proceeds; fax to V. Finkelstein; confer with A. Marchetta regarding same. | | |
| | J. Scordo | 0.3 hrs. | 78.00 |

| 11/28/01 | E-mail to V. Finkelstein regarding status of landlord's request for fire insurance proceeds. | | |
| | J. Scordo | 0.1 hrs. | 26.00 |

| 11/29/01 | Conference with J. Scordo regarding response to landlord. | | |
| | A. Marchetta | 0.3 hrs. | 118.50 |

| 11/29/01 | Confer with A. Marchetta regarding status of landlord's request for fire insurance proceeds. | | |
| | J. Scordo | 0.3 hrs. | 78.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.70 | 395.00 | 276.50 |
| J. Scordo | 0.90 | 260.00 | 234.00 |
| TOTALS | 1.60 | | 510.50 |

27

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 11/05/01 | Telephone conference with B. Miller on case status and damages issues. | | |
| | W. Hatfield | 0.3 hrs. | 67.50 |
| 11/09/01 | Review new Appellate Division case on UST cleanup cost recovery under Spill Act; forward to RGR. | | |
| | W. Hatfield | 0.3 hrs. | 67.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.60 | 225.00 | 135.00 |
| TOTALS | 0.60 | | 135.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries

11/09/01     Conference  with  M.  Waller  regarding  remediation
             issues.
             A. Marchetta                  0.3 hrs.          118.50

11/13/01     Receive call from R. Emmett regarding cooperation
             with  Williams  counsel  regarding  working  with
             NJDEP; Draft memo to A. Marchetta regarding same.
             M. Waller                     0.3 hrs.           79.50


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 395.00 | 118.50 |
| M. Waller | 0.30 | 265.00 | 79.50 |
| TOTALS | 0.60 | | 198.00 |

Client: 030423 GLOUSTER NEW COMMUNITIES CO., INC.
Matter: 066958 Landfill Closure Issues

09/04/01     Attend to post closure issues and NJDEP letter;
             revise draft deed notice.
             W. Hatfield               1.5 hrs.         337.50

09/19/01     Review correspondence received from B. Bowe, Esq.;
             call to B. Bowe, Esq. on matter - discuss water
             and deed issues; call with B. Miller on matter.
             W. Hatfield               1.10 hrs.        247.50

09/20/01     Attend to DEP issues; attend to deed notice issues
             and well restriction.
             W. Hatfield               0.6 hrs.         135.00

09/21/01     Attend to deed notice; calls to DEP on matter ;
             call with S. Bhalla on Landfill issues; water and
             deed notice issues; attend to DEP form of Deed
             Notice; draft new sections for same; attend to
             exhibits on Deed Notice; call to A. Nagy on
             matter.
             W. Hatfield               4.6 hrs.       1,035.00

09/27/01     Call with Pennoni on case issues regarding post
             closure work.
             W. Hatfield               0.2 hrs.          45.00

10/10/01     Review   and   revise   property   description   and
             attachments   to   deed   notice;   edit   restriction
             language on same.
             W. Hatfield               1.0 hrs.         225.00

10/15/01     Revise deed notice for landfill closure; prepare
             attachments of same for review by B. Bowe, Esq.,
             Pennoni, and clients; call with J. Elder on deed
             notice execution issues; attend to Deed Notice -
             review and revise property descriptions and
             information on closure; prepare letter to B. Bowe,
             Esq. on DEP comment letter and draft deed notice;
             call to Pennoni on monitoring issues.
             W. Hatfield               3.5 hrs.         787.50

10/16/01     Review draft deed notice package; call to client
             on same.

Client: 030423 GLOUSTER NEW COMMUNITIES CO., INC.
Matter: 066958 Landfill Closure Issues

09/04/01     Attend to post closure issues and NJDEP letter;
             revise draft deed notice.
             W. Hatfield            1.5 hrs.        337.50

09/19/01     Review correspondence received from B. Bowe, Esq.;
             call to B. Bowe, Esq. on matter - discuss water
             and deed issues; call with B. Miller on matter.
             W. Hatfield            1.10 hrs.       247.50

09/20/01     Attend to DEP issues; attend to deed notice issues
             and well restriction.
             W. Hatfield            0.6 hrs.        135.00

09/21/01     Attend to deed notice; calls to DEP on matter;
             call with S. Bhalla on Landfill issues; water and
             deed notice issues; attend to DEP form of Deed
             Notice; draft new sections for same; attend to
             exhibits on Deed Notice; call to A. Nagy on
             matter.
             W. Hatfield            4.6 hrs.      1,035.00

09/27/01     Call with Pennoni on case issues regarding post
             closure work.
             W. Hatfield            0.2 hrs.         45.00

10/10/01     Review and revise property description and
             attachments to deed notice; edit restriction
             language on same.
             W. Hatfield            1.0 hrs.        225.00

10/15/01     Revise deed notice for landfill closure; prepare
             attachments of same for review by B. Bowe, Esq.,
             Pennoni, and clients; call with J. Elder on deed
             notice execution issues; attend to Deed Notice -
             review and revise property descriptions and
             information on closure; prepare letter to B. Bowe,
             Esq. on DEP comment letter and draft deed notice;
             call to Pennoni on monitoring issues.
             W. Hatfield            3.5 hrs.        787.50

10/16/01     Review draft deed notice package; call to client
             on same.

                              30

|  | | W. Hatfield | 0.4 hrs. | 90.00 |

10/30/01   Attend to landfill closure follow up issues.
W. Hatfield                    0.3 hrs.        67.50

11/01/01   Telephone calls regarding settlement.
A. Marchetta                   0.4 hrs.       158.00

11/05/01   Call with B. Miller on site status; Closure issues
and Pennoni sampling.
W. Hatfield                    0.3 hrs.        67.50

11/06/01   Follow up on closure issues; call to B. Bowe, Esq.
on same.
W. Hatfield                    0.2 hrs.        45.00

11/06/01   Telephone call with W. Hyatt regarding settlement
and follow up regarding same.
A. Marchetta                   0.3 hrs.       118.50

11/08/01   Call with A. Nagy on site issues.
W. Hatfield                    0.2 hrs.        45.00

11/09/01   Attend to DEP closure issues; call to Pennoni on
same.
W. Hatfield                    0.2 hrs.        45.00

11/12/01   Call with A. Nagy on deed notice issues; call with
C. Dailey at Pennoni on methane gas sampling
results; deed notice issues; city water issues;
draft report for case closure; Pennoni
recommendation for no further methane gas
monitoring.
W. Hatfield                    1.1 hrs.       247.50

11/13/01   Attend to Landfill closure issues; NJDEP
requirements on same; attend to Pennoni comments.
W. Hatfield                    0.6 hrs.       135.00

11/16/01   Call with A. Nagy on gas sample results; deed
notices issues.
W. Hatfield                    0.2 hrs.        45.00

Attorney Summary

Timekeeper          Hours     Rate          Dollars

31

| A. Marchetta | | 0.70 | 395.00 | 276.50 |
| W. Hatfield | | 16.0 | 225.00 | 3,600.00 |
| | TOTALS | 0.60 | | 3,876.50 |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 35.6 | 14,062.00 |
| Lawrence F. Reilly | 1965 | 325.00 | 10.5 | 3,412.50 |
| Michael E. Waller | 1991 | 265.00 | 45.1 | 11,951.50 |
| Scott A. Zuber | 1987 | 265.00 | 35.8 | 9,487.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 260.00 | .9 | 234.00 |
| Kathy Dutton Helmer | 1981 | 250.00 | 26.5 | 6,625.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 32.8 | 7,544.00 |
| William S. Hatfield | 1993 | 225.00 | 16.6 | 3,735.00 |
| Joseph A. Clark | 1999 | 210.00 | 9.3 | 1,953.00 |
| Jeffrey T. Testa | 1999 | 185.00 | 8.5 | 1,572.50 |
| Denise L. Buerrosse | 2001 | 140.00 | .9 | 126.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 10.8 | 864.00 |
| Deborah A. Jenkins | N/A | 80.00 | 3.7 | 296.00 |
| Susan Parker | N/A | 80.00 | 5.9 | 472.00 |
| Grand Total Time Reports (Hours and Dollars) for the Fee Period November 1, 2001 through November 30, 2001 | | | 242.9 Hours<br><br>TOTAL | 62,344.50 |

## COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
### NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 34.0 | 10,257.25 |
| Correspondence and Pleadings Drafted | 85.1 | 20,918.75 |
| Correspondence and Pleadings Reviewed | 66.0 | 15,495.00 |
| Legal Research | 10.6 | 1,589.50 |
| Internal Office Meetings | 26.1 | 7,720.00 |
| Out of Office Meetings, including Preparation and Travel | 10.2 | 3,191.00 |
| File Review | 10.7 | 3,098.00 |
| Other Services | .2 | 65.00 |
| Grand Total Time Reports for the Fee Period November 1, 2001 through November 30, 2001 | Hours 242.90<br><br>TOTAL | 62,334.50 |