# EXHIBIT B

## EXHIBIT B

### SUMMARY OF EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

| TYPE OF EXPENSE | |
|---|---|
| | |
| Computer-Assisted Research | 315.67 |
| Document-Access Facility | 5856.88 |
| Duplicating | 458.94 |
| Telephone | 122.75 |
| Postage | 3.55 |
| Express Delivery | 207.73 |
| Travel and Miscellaneous Expense | 442.33 |
| File Notice of Appeal | 26.00 |
| Vendor:   Paid Clerk of Camden County for record fee for 2 assignments of lease #10501; S#2331 | 52.00 |
| Vendor:   Paid NJ Law Journal | 21.20 |
| **Grand Total Expenses for the Fee Period November 1, 2001 through November 30, 2001** | **7,507.05** |

EXPENSES FOR THE FEE PERIOD
NOVEMBER 1, 2001 THROUGH NOVEMBER 30,2001

Engagement Costs - Carteret Warehouse Subleases

| | |
|---|---|
| Express Delivery | 7.74 |
| Postage | 0.57 |
| Telephone | 4.71 |

**Matter Total Engagement Cost**     **13.02**

Engagement Costs - Clementon Environmental:

| | | |
|---|---|---|
| 10/16/01 | Paid Clerk of Camden County for record fee for 2 assignments of lease #10501; S#2331 | 52.00 |
| | Express Delivery | 8.53 |
| | Postage | 2.98 |
| | Telephone | 5.61 |
| | Travel and Miscellaneous Expense | 11.00 |

**Matter Total Engagement Cost**     **80.12**

Engagement Costs - Gahrs, Inc., et al.:

| | |
|---|---|
| Duplicating | 5.74 |
| Express Delivery | 7.74 |
| Telephone | 23.95 |
| Travel and Miscellaneous Expense | 18.55 |

**Matter Total Engagement Cost**     **55.98**

Engagement Costs - Intercat, Inc. et al.:

| | |
|---|---|
| Computer Assisted Research | 150.73 |
| Document Access Facility - November 2001 | 716.00 |
| Duplicating | 162.12 |

2

| | |
|---|---|
| Express Delivery | 44.98 |
| Telephone | 41.24 |
| Travel and Miscellaneous Expense | 412.78 |

**Matter Total Engagement Cost** **1,527.85**

Engagement Costs - NY Superfund Action:

| | |
|---|---|
| Computer Assisted Research | 164.94 |
| Document Access Facility - November 2001 | 5140.88 |
| Duplicating | 280.28 |
| Express Delivery | 138.74 |
| File notice of appeal | 26.00 |
| Telephone | 41.60 |

**Matter Total Engagement Cost** **5,792.44**

Engagement Costs - Phenix City, Alabama Lease:

| | |
|---|---|
| Telephone | 4.41 |

**Matter Total Engagement Cost** **4.41**

Engagement Costs - Weja, Inc.:

| | |
|---|---|
| Duplicating | 2.38 |
| Telephone | 1.20 |
| Vendor: NJ Law Journal | 21.20 |

**Matter Total Engagement Cost** **24.78**

Engagement Costs - Williams Industries:

| | |
|---|---|
| Duplicating | 0.42 |

**Matter Total Engagement Cost** **0.42**

3

Engagement Costs - Glouster Landfill Issues:

        Duplicating                                        8.00

                **Matter Total Engagement Cost**     **8.00**