# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies- Internal and Outside | $1,157.75 |
| Facsimile | $80.25 |
| Lexis | $114.18 |
| Telephone | $324.23 |
| Westlaw | $264.96 |
| Overtime Transportation | $319.04 |
|  |  |
|  |  |
|  |  |
| Total | $2,260.41 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 21, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12652

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | **Amount** |
|---|---|
| Copy Costs - Internal | 884.55 |
| Facsimile Costs | 60.00 |
| Lexis Costs | 114.18 |
| Long Distance Charges | 324.23 |
| Outside Copies | 250.55 |
| Overtime Transportation | 319.04 |
| Westlaw | 264.96 |
| Total Disbursements | $2,217.51 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 21, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12653

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Disbursements:

|  | Amount |
|---|---:|
| Copy Costs - Internal | 22.65 |
| Facsimile Costs | 20.25 |
| Total Disbursements | $42.90 |