# EXHIBIT  A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                     January 25, 2002
ATTN: Lydia Duff, Esq.                            Invoice 484313                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06000                         For Services Through 12/31/01
WR Grace #            063-KL-721490-01-501251
Name of Matter:       General

| | | | | |
|---|---|---|---|---|
| 12/10/01 | Review and organize incoming file materials, create subfolders for pertinent file materials and update correspondence file. | | | |
| | M.V. WADDELL | 0.70 hrs. | 85.00/hr | $59.50 |
| 12/13/01 | Meet with Paralegal Brown to review profiled files. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 12/13/01 | Meet with Attorney Cleary for his review of profiled files. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 484313

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 285.00 | 57.00 |
| M.V. WADDELL | 0.70 | 85.00 | 59.50 |
| K. BROWN | 0.20 | 125.00 | 25.00 |
| **TOTAL** | **1.10** | **128.64** | 141.50 |

**Fees for Legal Services**     **$141.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/29/2001 | 1-410-531-4783 | 0.15 |
| 11/30/2001 | Photocopies 12 Page(s) | 0.60 |
| 11/30/2001 | Photocopies 5 Page(s) | 0.25 |
| 12/26/2001 | Photocopies 24 Page(s) | 1.20 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$2.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.05 |
| Telephone | 0.15 |
| **TOTAL** | **2.20** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................     **$143.70**

W. R. Grace & Co.

January 25, 2002
Invoice 484313

Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| | | **TOTAL A/R BALANCE** | **$5,804.39** |

W. R. Grace & Co.

January 25, 2002
Invoice 484313

Page 4

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | 141.50 |
| Charges for Other Services Provided/Expenses Incurred | 2.20 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$143.70** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                January 25, 2002
ATTN: Lydia Duff, Esq.                           Invoice 484314              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06003                  For Services Through 12/31/01
WR Grace #          063-KL-721490-01-501270
Name of Matter:     Beaco Road Site

| 12/04/01 | Review information regarding steering committee meeting. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 12/13/01 | Participate in conference call to review issues surrounding progress of discussions with DHEC on Feasibility Study. | | | |
| | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 484314

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.10 | 220.00 | 242.00 |
| **TOTAL** | **1.10** | **220.00** | 242.00 |

**Fees for Legal Services**    **$242.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/30/2001 | 1-617-498-2667 | 1.34 |
| 12/07/2001 | Photocopies 120 Page(s) | 6.00 |
| 12/27/2001 | 1-617-498-2667 | 3.65 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$10.99**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 6.00 |
| Telephone | 4.99 |
| **TOTAL** | **10.99** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$252.99**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| | **TOTAL A/R BALANCE** | | **$3,099.39** |

W. R. Grace & Co.

January 25, 2002
Invoice 484314

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | 242.00 | |
| Charges for Other Services Provided/Expenses Incurred | 10.99 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$252.99** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 31, 2002
ATTN: Robert A. Emmett, Esq.                Invoice 484315                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06011                    For Services Through 12/31/01
WR Grace #            001-KL-721200-00-400107
Name of Matter:       Enoree Site Management

---

| 12/03/01 | Review issues with Mr. O'Connell regarding receipt of final Title V permit, issues to discuss and period for appeal. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.50 hrs. | 220.00/hr | $110.00 |

| 12/04/01 | Review portions of Title V permit to evaluate potential need for appeal (0.9); review issues with Mr. O'Connell along with date of receipt and possible date for appeal (0.4); review issues raised by Attorney Ternes in her review of various standards referenced in permit (0.6). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.90 hrs. | 220.00/hr | $418.00 |

| 12/04/01 | Review Albemarle permit on averaging percent variations in toxicity tests (0.2); confer with Messrs. O'Connell and Scott regarding averaging serial dilution WET tests, use of monitor and report requirements for reproductive effects, and need to report test results (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.40 hrs. | 200.00/hr | $80.00 |

| | | | |
|---|---|---|---|
| W. R. Grace & Co. | | January 31, 2002<br>Invoice 484315 | Page 2 |

| | | | | |
|---|---|---|---|---|
| 12/04/01 | Review final Enoree Title V permit, tracking final provisions against requested changes (1.0); draft e-mail to Attorney Hawkins summarizing issues and revisions (0.5); discuss issues with Attorney Hawkins (0.3).<br>M.E. TERNES | 1.80 hrs. | 220.00/hr | $396.00 |
| 12/04/01 | Review and retrieve recent correspondence material to assist Attorney Ternes.<br>M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 12/04/01 | Discuss assignment with Attorney Carlisle and gather documents requested.<br>L.K. THOMAS | 0.50 hrs. | 85.00/hr | $42.50 |
| 12/05/01 | Review final version of Title V permit for issues that might warrant legal appeal, specifically focusing on language of NSPS requirements, meaning of variation from pressure drop readings, method for demonstrating compliance with Standard No. 4 and possible need for Method 5.0 test (2.7); review research and review assignment with Attorney Ternes (0.4); review research results with Attorney Ternes (0.5); conference call with Mr. O'Connell, Mr. Hasse and Attorney Ternes to review possible solutions to problems in final permit in lieu of permit appeal (0.4).<br>B.F. HAWKINS | 4.00 hrs. | 220.00/hr | $880.00 |
| 12/05/01 | Review NPDES permit reporting requirements (0.1); detailed voice mail message to Mr. O'Connell regarding need to report results of tests using approved methods if sample is taken at regular sampling location under terms of permit (0.1).<br>R.T. CARLISLE | 0.20 hrs. | 200.00/hr | $40.00 |
| 12/05/01 | Prepare for conference call (0.7); discuss with Attorney Hawkins comments and concerns regarding failure of DHEC to make changes and uncertainties arising from implementation of modifications DHEC did make in final version of Title V permit with regard to annual certification of compliance (0.9); participate in conference call with Attorney Hawkins, Mr. Haase and Mr. O'Connell to discuss changes made by DHEC in the final permit and methods of demonstrating compliance based upon pressure gauge readings (0.4).<br>M.E. TERNES | 2.00 hrs. | 220.00/hr | $440.00 |

W. R. Grace & Co.

January 31, 2002
Invoice 484315

Page 3

| 12/07/01 | Review with Attorney Ternes status of request for information from DHEC on how they intend to remedy specific items in final Title V permit and potential consequences of appeal date (0.3); review issues with Mr. Haase and the need to get clarification from DHEC in writing (0.4); locate side letters and sample appeal material (0.4); identify material necessary to draft appeal and forward to Attorney Ternes with instructions on preparing appeal if issues cannot be resolved with Mr. Brown of DHEC (0.5); discussion with Mr. Haase concerning his review of issues with Mr. Brown of DHEC (0.3); review letter to DHEC (0.2); discussion with Mr. Brown of DHEC regarding letter agreement to address remaining issues and concerning DHEC's confirmation of position on impact of measurement outside pressure drop bounds, and review with Mr. Brown the need to address issues by letter on Monday based on pending appeal deadline (0.4); instructions to Attorney Ternes regarding preparation of materials for Monday, in case of need to preserve any issues not resolved by DHEC's letter (0.2). | | |
|---|---|---|---|
| | B.F. HAWKINS | 2.70 hrs.      220.00/hr | $594.00 |

| 12/07/01 | Contact Mr. Haase to review his discussions with Mr. Brown, DHEC, regarding requested textual insert in Title V permit stating that exceedance of pressure drop ranges does not constitute a permit violation (0.6); discuss potential appeal issues with Attorney Hawkins (0.3); review permit appeal documents in preparation for potential appeal (0.6); contact Mr. Brian O'Connell to discuss potential appeal if side letter not adequate (0.3); discuss side letters historically drafted by DHEC with Attorney Hawkins (0.2). | | |
|---|---|---|---|
| | M.E. TERNES | 2.00 hrs.      220.00/hr | $440.00 |

| 12/10/01 | Review final version of Title V permit for comments and decision on grounds for appeal (2.2); review proposed side letter resolution documents from DHEC (0.6); review items with Attorney Ternes to review from regulations and from prior research on topics (0.3); discussion with Mr. Haase regarding resolution of periodic monitoring question and meaning of facility being outside of pressure drop ranges (0.2); review proposed resolution of meaning of pressure drop ranges based on letter from DHEC (0.4); review analysis of proposal with Attorney Ternes to check various aspects of proposed resolutions (0.2); review results of proposed resolution (0.2); discussion with Mr. Brown of DHEC concerning proposed resolution (0.3); review proposal with Attorney Ternes based on her review of minimum elements required to satisfy periodic monitoring requirement (0.2); review proposed changes to final side letters forwarded from Mr. Emmett (0.3); follow-up discussion with Mr. Brown concerning same (0.3); review proposed final resolution with Mr. O'Connell and Mr. Emmett (0.2); confirm final resolution of comments with Mr. Brown (0.4); review information from Mr. O'Connell regarding groundwater sampling to verify status of settling ponds (0.2). | | |
|---|---|---|---|
| | B.F. HAWKINS | 6.00 hrs.      220.00/hr | $1,320.00 |

W. R. Grace & Co.
January 31, 2002
Invoice 484315

Page 4

| | | | |
|---|---|---|---|
| 12/10/01 | Review November 30, 2001 side letter from Mr. Brown, DHEC, comparing to other side letters in historical file (0.6); review draft side letter from Mr. Brown e-mailed to Mr. Haase (0.2); contact Mr. Haase regarding side letter and to request whether letter will be finalized (0.3); review additional changes proposed by Mr. Brown with Attorney Hawkins (0.7). | | |
| | M.E. TERNES | 1.80 hrs. 220.00/hr | $396.00 |
| 12/10/01 | Sort and organize file materials. | | |
| | L.K. THOMAS | 0.40 hrs. 85.00/hr | $34.00 |
| 12/11/01 | Review and organize incoming file materials; update correspondence file; create subfolders for pertinent file materials. | | |
| | M.V. WADDELL | 0.70 hrs. 85.00/hr | $59.50 |
| 12/18/01 | Review of Enoree sampling data sheets provided by Remedium. | | |
| | D.M. CLEARY | 0.30 hrs. 285.00/hr | $85.50 |
| 12/19/01 | Review, profile and organize documents. | | |
| | K. BROWN | 1.00 hrs. 125.00/hr | $125.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 15.10 | 220.00 | 3,322.00 |
| D.M. CLEARY | 0.30 | 285.00 | 85.50 |
| M.E. TERNES | 7.60 | 220.00 | 1,672.00 |
| R.T. CARLISLE | 0.60 | 200.00 | 120.00 |
| M.V. WADDELL | 0.90 | 85.00 | 76.50 |
| L.K. THOMAS | 0.90 | 85.00 | 76.50 |
| K. BROWN | 1.00 | 125.00 | 125.00 |
| **TOTAL** | **26.40** | **207.48** | 5,477.50 |

**Fees for Legal Services**   $5,477.50

W. R. Grace & Co.

January 31, 2002
Invoice 484315

Page 5

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/04/2001 | Photocopies 115 Page(s) | 5.75 |
| 12/04/2001 | Photocopies 3 Page(s) | 0.15 |
| 12/04/2001 | 1-617-498-4594 | 2.10 |
| 12/04/2001 | 1-617-498-4947 | 0.23 |
| 12/05/2001 | 1-617-498-4594 | 0.24 |
| 12/07/2001 | 1-864-232-1556 | 0.11 |
| 12/07/2001 | 1-617-498-4594 | 0.16 |
| 12/07/2001 | 1-864-419-5742 | 0.12 |
| 12/10/2001 | Photocopies 46 Page(s) | 2.30 |
| 12/10/2001 | Photocopies 6 Page(s) | 0.30 |
| 12/10/2001 | 1-864-232-1556 | 0.15 |
| 12/10/2001 | 1-864-232-1556 | 0.29 |
| 12/10/2001 | 1-617-498-4594 | 0.43 |
| 12/10/2001 | 1-410-531-4751 | 0.37 |
| 12/11/2001 | Photocopies 3 Page(s) | 0.15 |
| 12/12/2001 | Photocopies 19 Page(s) | 0.95 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$13.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 9.60 |
| Telephone | 4.20 |
| **TOTAL** | **13.80** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$5,491.30**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| | | **TOTAL A/R BALANCE** | **$6,361.05** |

W. R. Grace & Co.

January 31, 2002
Invoice 484315

Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06011
Enoree Site Management

| | | |
|---|---|---|
| Fees for Professional Services | 5,477.50 | |
| Charges for Other Services Provided/Expenses Incurred | 13.80 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ................................................... | | **$5,491.30** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

<small>Nelson Mullins Riley & Scarborough, L.L.P.</small>

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         January 25, 2002
ATTN: Lydia Duff, Esq.                                   Invoice 486330                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06014                        For Services Through 12/31/01
Name of Matter:       DAREX, Altanta Facility

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/10/01 | Review status of permit with Mr. O'Connell and questions regarding need for minor source permit and justification for various terms in proposed final permit (0.4); research assignment to Attorney Ternes (0.3); review research results  (0.5).<br>B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |
| 12/10/01 | Review final Georgia SIP operating permit comparing to final comments requesting revisions (1.2); review Georgia SIP regulations to ensure SIP operating permit required (0.8); discuss final permit revisions with Attorney Hawkins and SIP permit requirements (0.3).<br>M.E. TERNES | 2.30 hrs. | 220.00/hr | $506.00 |
| 12/10/01 | Sort and organize file materials.<br>L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 486330

Page 2

| 12/10/01 | Review file and retrieve most recent comments to the Georgia Board regarding air permits to assist Attorney Ternes (0.3); review and organize incoming file materials and update correspondence and create pertinent subfolders (0.4). | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.70 hrs. | 85.00/hr | $59.50 |

| 12/11/01 | Review information in preparation for conference call on proposed operating permit and compare with proposed comments (2.2); review research issues with Attorney Ternes regarding SIP requirements for minor source permits (0.5); review research results (0.3); independent verification with blind call to outside consultant regarding DEP's handling of minor source permits (0.3); conference call to review approach to operating permit issues (0.8). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 4.10 hrs. | 220.00/hr | $902.00 |

| 12/11/01 | Prepare for conference call with client (0.9); meet with Attorney Hawkins to discuss final draft SIP permit (0.5); participate in conference call (0.8). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 2.20 hrs. | 220.00/hr | $484.00 |

| 12/13/01 | Review information from Mr. O'Connell regarding response on proposed air operating permit for facility. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |

| 12/13/01 | Review e-mail from Brian Soucy and final version of comments (0.4); generate comments (0.4). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 0.80 hrs. | 220.00/hr | $176.00 |

| 12/14/01 | Review regulatory provisions (NSPS and state provisions) as well as emission calculation guidance documents to evaluate issues raised for comment letter to DEP regarding operating permit for Darex facility (1.3); review research issues with Attorney Ternes (0.4); conference call with Mr. O'Connell, Mr. Soucy, Ms. Gaither and Mr. Gould regarding comments to DEP (0.5); review information regarding analysis of vapor pressure under NSPS requirements (0.4); review letter to DEP for revisions from conference call (0.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 3.10 hrs. | 220.00/hr | $682.00 |

| 12/14/01 | Discuss with Attorney Hawkins comments regarding draft letter to Georgia Department of Environmental Protection (0.4); prepare for conference call with client by reviewing NSPS regulations and summarizing comments (0.4); attend conference call with client and Attorney Hawkins (0.5). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 1.30 hrs. | 220.00/hr | $286.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 486330

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 9.20 | 220.00 | 2,024.00 |
| M.E. TERNES | 6.60 | 220.00 | 1,452.00 |
| M.V. WADDELL | 0.70 | 85.00 | 59.50 |
| L.K. THOMAS | 0.40 | 85.00 | 34.00 |
| **TOTAL** | **16.90** | **211.21** | 3,569.50 |

**Fees for Legal Services**        **$3,569.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/04/2001 | Photocopies 10 Page(s) | 0.50 |
| 12/05/2001 | Photocopies 10 Page(s) | 0.50 |
| 12/10/2001 | Photocopies 12 Page(s) | 0.60 |
| 12/10/2001 | Photocopies 9 Page(s) | 0.45 |

**Total Charges for Other Services Provided/Expenses Incurred**        **$2.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.05 |
| **TOTAL** | **2.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................        **$3,571.55**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 478647 | 11/29/2001 | 4,653.33 | 4,653.33 |
| 484317 | 01/24/2002 | 2,259.31 | 2,259.31 |
| | **TOTAL A/R BALANCE** | | **$6,912.64** |

W. R. Grace & Co.

January 25, 2002
Invoice 486330

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06014
DAREX, Altanta Facility

| | | |
|---|---|---|
| Fees for Professional Services | 3,569.50 | |
| Charges for Other Services Provided/Expenses Incurred | 2.05 | |
| **NET CURRENT BILLING FOR THIS INVOICE** .................................................... | | **$3,571.55** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 25, 2002
ATTN: Robert A. Emmett,  Esq.                        Invoice 484319                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06023                       For Services Through 12/31/01
WR Grace #            001-KL-721400-00-800027
Name of Matter:       Libby, MT -General Environmen

| 12/04/01 | Telephone conference with Dr. Goad's assistant regarding Libby documents. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/06/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 12/11/01 | Telephone conference with Mr. Stout requesting information on Dr. Goad. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. R. Grace & Co.

January 25, 2002
Invoice 484319

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.80 | 125.00 | 100.00 |
| **TOTAL** | **0.80** | **125.00** | 100.00 |

**Fees for Legal Services**    **$100.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/04/2001 | 1-501-614-2834 | 0.97 |
|---|---|---|
| 12/05/2001 | Service: LEXIS PUBLIC RECORDS; Charge Type: SEARCHES; Quantity: 4.00 4 | 85.49 |
| 12/05/2001 | Service: LEXIS SERVICE; Charge Type: SEARCHES; Quantity: 14.00 14 | 59.34 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$145.80**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 144.83 |
| Telephone | 0.97 |
| **TOTAL** | **145.80** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$245.80**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| | **TOTAL A/R BALANCE** | | **$51,343.21** |

W. R. Grace & Co.

January 25, 2002
Invoice 484319

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

---

| | |
|---|---|
| Fees for Professional Services | 100.00 |
| Charges for Other Services Provided/Expenses Incurred | 145.80 |
| **NET CURRENT BILLING FOR THIS INVOICE** .................................................... | **$245.80** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                              January 25, 2002
ATTN: Lydia Duff, Esq.                         Invoice 484320            Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06027                 For Services Through 12/31/01
WR Grace #          032-KL-288200-12-800209
Name of Matter:     Project Allen

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/02/01 | Draft fee application for October fees and expenses.<br>K.J. HEISER | 1.80 hrs. | 170.00/hr | $306.00 |
| 12/03/01 | Check docket for activity as to environmental issues.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 12/03/01 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 12/06/01 | Revise fee application and accompanying documents for October fees and expenses.<br>K.J. HEISER | 1.40 hrs. | 170.00/hr | $238.00 |
| 12/11/01 | Review latest docket for entries that may impact environmental issues.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 484320

Page 2

| 12/21/01 | Review docket; memo to co-counsel on recent entries. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/24/01 | Research on new 4th Circuit environmental decision; memo to Attorney Hawkins on same. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/27/01 | Prepare fee application for November 2001 bills and expenses. | | | |
| | K.J. HEISER | 1.70 hrs. | 170.00/hr | $289.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| G.B. CAUTHEN | 1.10 | 250.00 | 275.00 |
| K.J. HEISER | 4.90 | 170.00 | 833.00 |
| L.D. MCINNIS | 0.10 | 85.00 | 8.50 |
| **TOTAL** | **6.10** | **183.03** | 1,116.50 |

**Fees for Legal Services**        **$1,116.50**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/10/2001 | Fed Ex | 23.51 |
| 12/10/2001 | Photocopies 193 Page(s) | 9.65 |
| 12/10/2001 | Photocopies 66 Page(s) | 3.30 |
| 12/18/2001 | Photocopies 94 Page(s) | 4.70 |
| 12/20/2001 | Photocopies 16 Page(s) | 0.80 |

**Total Charges for Other Services Provided/Expenses Incurred**        **$41.96**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 18.45 |
| Fed Ex | 23.51 |
| **TOTAL** | **41.96** |

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$1,158.46**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| | | **TOTAL A/R BALANCE** | **$16,990.39** |

W. R. Grace & Co.

January 25, 2002
Invoice 484320

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | 1,116.50 |
| Charges for Other Services Provided/Expenses Incurred | 41.96 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$1,158.46** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              January 29, 2002
ATTN: Lydia Duff, Esq.                         Invoice 484322                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06031                        For Services Through 12/31/01
WR Grace #          001-KL-721490-01-501560
Name of Matter:     Li Tungsten

| | | | | |
|---|---|---|---|---|
| 12/10/01 | Sort and organize file materials.<br>L.K. THOMAS | 0.70 hrs. | 85.00/hr | $59.50 |
| 12/11/01 | Review and organize incoming file materials; update correspondence file; create subfolders for pertinent file materials.<br>M.V. WADDELL | 0.80 hrs. | 85.00/hr | $68.00 |
| 12/19/01 | Review correspondence concerning offer by TDY to participate in funding "Dredge Spoils Order" (0.2);  forward instructions to Attorney Carlisle regarding same (0.1).<br>B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |
| 12/19/01 | Review correspondence from counsel for TDY requesting participation in funding for Dredge Spoils UAO (0.1); communications with Attorney Cleary regarding response (0.1).<br>R.T. CARLISLE | 0.20 hrs. | 200.00/hr | $40.00 |

W. R. Grace & Co.

January 29, 2002
Invoice 484322

Page 2

| 12/20/01 | Review letter from TDY concerning request for funding at Li Tungsten Site; request to Attorney Carlisle to prepare response. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.20 hrs. | 220.00/hr | $44.00 |

| 12/20/01 | Review electronic mail messages from Ms. Duff, Mr. Corcoran and Mr. Medler regarding letter from Mr. Englert (counsel for TDY) (0.1); confer with Ms. Duff regarding draft response (0.2); draft response and solicit comments from Attorneys Hawkins and Cleary (0.3). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.60 hrs. | 200.00/hr | $120.00 |

| 12/21/01 | Review, revise and request additional information relevant to response to TDY's request for funding on Li Tungsten remedial action. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

| 12/28/01 | Revise draft letter to Mr. Englert responding to TDY's demand for contribution for amendment to Dredge Spoils UAO (0.1); transmit same to Ms. Duff (0.1); confer with Ms. Duff regarding clarifications; review draft revised letter circulated by Ms. Duff (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.40 hrs. | 200.00/hr | $80.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.90 | 220.00 | 198.00 |
| R.T. CARLISLE | 1.20 | 200.00 | 240.00 |
| M.V. WADDELL | 0.80 | 85.00 | 68.00 |
| L.K. THOMAS | 0.70 | 85.00 | 59.50 |
| **TOTAL** | **3.60** | **157.08** | 565.50 |

**Fees for Legal Services**        **$565.50**

W. R. Grace & Co.                                           January 29, 2002
                                                           Invoice 484322          Page 3

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/05/2001 | 1-617-498-2667 | 0.21 |
| 12/06/2001 | 1-617-498-2667 | 0.29 |
| 12/18/2001 | Photocopies 6 Page(s) | 0.30 |
| 12/19/2001 | Photocopies 3 Page(s) | 0.15 |
| 12/20/2001 | Photocopies 4 Page(s) | 0.20 |
| 12/20/2001 | 1-410-531-4210 | 0.78 |
| 12/26/2001 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$2.08**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.80 |
| Telephone | 1.28 |
| **TOTAL** | **2.08** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................  **$567.58**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| | **TOTAL A/R BALANCE** | | **$5,831.95** |

W. R. Grace & Co.

January 29, 2002
Invoice 484322            Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---:|
| Fees for Professional Services | 565.50 |
| Charges for Other Services Provided/Expenses Incurred | 2.08 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$567.58** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 31, 2002
ATTN: Lydia Duff, Esq.                               Invoice 487272              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06032                    For Services Through 12/31/01
WR Grace #          063-KL-721490-01-0501221
Name of Matter:     Charleston

| | | | | |
|---|---|---|---|---|
| 12/03/01 | Discussion with Mr. Bucens regarding status of contacting various parties for efforts to reclassify groundwater in the Charleston Neck area (0.3); review issues with Attorney Smith (0.2). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 220.00/hr | $110.00 |
| 12/04/01 | Telephone conference with Attorney Hawkins regarding target groups and industries in Neck area and use of Mr. Maglione in identifying best technical issues and targets (0.3); follow up with Mr. Maglione on scope of area to use for investigation (0.1). | | | |
| | N.J. SMITH | 0.40 hrs. | 240.00/hr | $96.00 |
| 12/04/01 | Review options for developing support for groundwater reclassification in the Charleston Neck area (0.7); review possible contacts with Attorney Smith (0.3); have tax map pulled for area surrounding Charleston property to review potentially interested property owners (0.3); work on list of potential contacts (0.4). | | | |
| | B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |

W. R. Grace & Co.                                      January 31, 2002
                                                      Invoice 487272          Page 2


| 12/05/01 | Identify additional names that could be interested in an effort to confirming classification of groundwater with DHEC in Charleston Neck area (0.8); relay request to Mr. Bucens regarding potential contacts for support effort (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |

| 12/06/01 | Telephone conference with Mr. Maglione regarding groundwater reclassification project (0.8); discussion with Attorney Hawkins regarding conversation with Mr. Maglione (0.2); conference call with Attorney Hawkins and Grace representatives regarding reclassification project, basic analysis, target participants and basis for change and boundaries (0.6). | | | |
|---|---|---|---|---|
| | N.J. SMITH | 1.60 hrs. | 240.00/hr | $384.00 |

| 12/06/01 | Research on potential companies, private and/or public entities that might be interested in pursuing reclassification of groundwater in the Charleston Neck area (1.3); discussion with Attorney Smith regarding his efforts and concerning conference call on issues (0.2); review legal issues regarding limits/procedures on potential reclassification (0.9); discussion with representative of Rhodia concerning potential reclassification and interest in same (0.4); review information provided by Mr. Bucens on various potential contacts (0.3); review various parties with Mr. Bucens (0.2); review S.C. Reg. 61-68 on issues related to GC groundwater classification (0.4); conference call with Mr. Obradovic, Mr. Bucens, Ms. Duff and Attorney Smith regarding issues relevant to groundwater classification and steps required for any reclassification (0.6). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 4.30 hrs. | 220.00/hr | $946.00 |

| 12/06/01 | Confer with Marion Sadler (DHEC) regarding contact person on reclassification of groundwater (0.1); confer with Mr. Baize regarding whether DHEC had ever reclassified groundwater, procedures for reclassification and factors that DHEC would consider, as well as publicly available sources regarding groundwater quality throughout the state (0.7); confer with Attorney Hawkins regarding same (0.1); electronic mail memorandum to Attorney Hawkins detailing conversation with Mr. Baize (0.4). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.30 hrs. | 200.00/hr | $260.00 |

| 12/07/01 | Review issue with Ms. Johnson regarding regulations dealing with classification of groundwater (0.2); instructions on forwarding to Ms. Duff (0.1). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |

| 12/07/01 | Locate groundwater regulations for Ms. Duff. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |

| 12/10/01 | Telephone conference with Mr. Maglione regarding additional information on proposal for groundwater reclassification (0.2); review message and forward to Attorney Hawkins (0.1). | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.

January 31, 2002
Invoice 487272

Page 3

| | | | | |
|---|---|---|---|---|
| 12/10/01 | Sort and organize file materials.<br>L.K. THOMAS | 0.60 hrs. | 85.00/hr | $51.00 |
| 12/11/01 | Review and organize incoming file materials; update correspondence file;<br>create subfolders for pertinent file materials.<br>M.V. WADDELL | 2.20 hrs. | 85.00/hr | $187.00 |
| 12/12/01 | Review information concerning activity at North Charleston Sewer District<br>and potential ramifications of proposal and possible activity for locating a<br>parking lot for expanded facility on Grace property.<br>B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 12/13/01 | Review information from Mr. Bucens regarding initial data related to<br>groundwater conditions.<br>B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 12/20/01 | Review points to research and support in preparation for meeting with DHEC<br>to respond to Supplemental Feasibility Study (0.6); review items with<br>Attorney Carlisle (0.3).<br>B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 12/20/01 | Review items regarding Supplemental Feasibility Study for meeting with<br>DHEC with Attorney Hawkins.<br>R.T. CARLISLE | 0.30 hrs. | 200.00/hr | $60.00 |
| 12/21/01 | Review information concerning issues that need to be addressed to respond to<br>DHEC on Supplemental Feasibility Study (0.7); review issues with Attorney<br>Carlisle (0.4).<br>B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 12/21/01 | Conduct legal research to locate newly passed Superfund Amendments as HR<br>2869; distribute to team.<br>M.E. TERNES | 0.60 hrs. | 220.00/hr | $132.00 |
| 12/21/01 | Review issues with Attorney Hawkins that need to be addressed to respond to<br>DHEC on Supplemental Feasibility Study.<br>R.T. CARLISLE | 0.40 hrs. | 200.00/hr | $80.00 |
| 12/21/01 | Locate file materials for Attorney Hawkins for meeting.<br>L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |
| 12/22/01 | Review issues drafted by Attorney Carlisle.<br>M.E. TERNES | 0.40 hrs. | 220.00/hr | $88.00 |

W. R. Grace & Co.                                            January 31, 2002
                                                            Invoice 487272                    Page 4

| 12/26/01 | Review information from Supplemental Feasibility Study in preparation for meeting with DHEC (2.8); meet with Attorneys Carlisle and Ternes to review research assignments regarding appropriateness of MCLs and Region 3 tap water standards as ARARs (1.2); review issues driving remedy selection in light of potential ARARs with Ms. Saucier of RMT (0.5); continue research on potential ARAR concerns that might drive selection of remedy for discussion with Grace team and DHEC in January meeting (2.4). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 6.90 hrs. | 220.00/hr | $1,518.00 |

| 12/26/01 | Attend meeting with Attorneys Hawkins and Carlisle regarding Grace Charleston to go over issues in preparation for meeting with DHEC on January 3, 2002 to discuss proper and legal status of EPA Region 3 "tap water numbers" as appropriate and relevant applicable requirements and to discuss site data, site specific risk assessment, feasibility study (1.2); contact Ms. Saucier to discuss site specific risk assessment and departure of site conditions from list of assumptions upon which Region 3 "tap water numbers" were based (1.8). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 3.00 hrs. | 220.00/hr | $660.00 |

| 12/26/01 | Confer with Attorneys Hawkins and Ternes to identify strategies for arguments relating to issues to be addressed in January 3rd meeting with DHEC (0.6); confer with Ms. Saucier and Attorneys Hawkins and Ternes regarding data to support argument either that groundwater is naturally not a source of drinking water or that Region 3 tap water standards by their terms are inapplicable (1.2); confer with Attorneys Hawkins and Ternes regarding issues presented by on-site consolidation of soils in former disposal area (0.6); begin researching caselaw relating to use of MCLs as ARARs (1.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 3.60 hrs. | 200.00/hr | $720.00 |

| 12/27/01 | Continue review of Supplemental Feasibility Study for discussion with DHEC of issues for selection of remedy (2.1); review potential legal arguments and issues with Mr. Bucens regarding possible ARARs that could impact DHEC remedy selection and support for various arguments (0.6); continue review of information relevant to appropriateness of remedy selection process (1.0); review issues with Attorney Smith regarding surface water wells and requirements for use of groundwater as drinking water in Charleston Neck area (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 4.00 hrs. | 220.00/hr | $880.00 |

| 12/27/01 | Discuss well and groundwater classification standards, permitting and potential for using same to clarify actual usefulness of groundwater at the site with Attorney Hawkins (0.3); contact DHEC staff regarding drinking water well permitting standards (0.1). | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.40 hrs. | 240.00/hr | $96.00 |

W. R. Grace & Co.

January 31, 2002
Invoice 487272

Page 5

| | | | | |
|---|---|---|---|---|
| 12/27/01 | Attend conference call with Attorney Hawkins and Mr. Bucens (0.6); attend meeting with Attorneys Hawkins and Carlisle to discuss remaining issues regarding designation of ARARs and policy versus regulation of assuming all groundwater should be "drinkable" (0.8). | | | |
| | M.E. TERNES | 1.40 hrs. | 220.00/hr | $308.00 |
| 12/27/01 | Research regarding MCLs and ARARs (1.2); confer with Attorneys Hawkins and Ternes regarding potential argument regarding point of compliance as to groundwater quality standards (0.8); research requirements for screening and filtration for various drinking water well types (1.6); confer with Attorney Hawkins regarding same (0.1); outline water issues potentially relevant to preparation for meeting with DHEC next week (0.2); review cases on application of MCLs as ARARs (1.9). | | | |
| | R.T. CARLISLE | 5.80 hrs. | 200.00/hr | $1,160.00 |
| 12/28/01 | Continue review of Risk Assessment and Supplemental Feasibility Study in preparation for meeting with DHEC and evaluation of various potential remedies. | | | |
| | B.F. HAWKINS | 2.30 hrs. | 220.00/hr | $506.00 |
| 12/28/01 | Return call from Mr. Wilkins regarding water well regulatory program, screening tests recommended and required, general permit program, review basic provisions. | | | |
| | N.J. SMITH | 0.30 hrs. | 240.00/hr | $72.00 |
| 12/28/01 | Discuss EPA Region 3 "tap water" concentration guidance with Attorney Ternes (0.2); discussion with Attorney Carlisle regarding practical application of MCLs as groundwater ARARs and regarding other potential ARARs for groundwater, as well as acceptance of narrative standards as ARARs (0.5). | | | |
| | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |
| 12/28/01 | Discuss EPA Region 3 "tap water" concentration guidance with Attorney Hawkins (0.2); discuss with Ms. Saucier the differences between the assumptions used in the EPA Region 3 "tap water" concentrations and the site conditions at the Grace Charleston facility (0.7); contact Mr. Devine with Kestrel to inquire as to which ARARs North Carolina typically uses for groundwater where there are no maximum concentration limits set for certain constituents, discuss, hypothetically, how DHEC might resolve groundwater issue (0.6); draft memo regarding substantive differences as well as qualification that any differences would probably result in lower concentrations rather than higher, except for the absence of an exposure pathway or frequency in the occurrence of exposure (1.2). | | | |
| | M.E. TERNES | 2.70 hrs. | 220.00/hr | $594.00 |

W. R. Grace & Co.

January 31, 2002
Invoice 487272

Page 6

| 12/28/01 | Research regarding practical application of MCLs as groundwater ARARs and regarding other potential ARARs for groundwater, as well as acceptance of narrative standards as ARARs (2.6); confer with Attorney Hawkins regarding same (0.5). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 3.10 hrs. | 200.00/hr | $620.00 |
| 12/31/01 | Continue review of Supplemental Feasibility Study, Risk Assessment and financial information provided by Mr. Bucens in preparation for meeting with DHEC to discuss Supplemental Feasibility Study and remedy selection issues. | | | |
| | B.F. HAWKINS | 3.40 hrs. | 220.00/hr | $748.00 |
| 12/31/01 | Research of factors relating to remedy selection. | | | |
| | R.T. CARLISLE | 2.00 hrs. | 200.00/hr | $400.00 |
| 12/31/01 | Outline of research results relating to evaluation of alternatives and remedy selection (1.0); electronic mail memorandum to Attorney Hawkins regarding same (0.4). | | | |
| | R.T. CARLISLE | 1.40 hrs. | 200.00/hr | $280.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 3.00 | 240.00 | 720.00 |
| B.F. HAWKINS | 28.00 | 220.00 | 6,160.00 |
| M.E. TERNES | 8.10 | 220.00 | 1,782.00 |
| R.T. CARLISLE | 17.90 | 200.00 | 3,580.00 |
| M.V. WADDELL | 2.20 | 85.00 | 187.00 |
| L.K. THOMAS | 1.40 | 85.00 | 119.00 |
| **TOTAL** | **60.60** | **207.06** | 12,548.00 |

**Fees for Legal Services**        **$12,548.00**

W. R. Grace & Co.

January 31, 2002
Invoice 487272

Page 7

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/05/2001 | Photocopies 90 Page(s) | 4.50 |
| 12/06/2001 | 1-609-860-3432 | 1.17 |
| 12/11/2001 | Photocopies 25 Page(s) | 1.25 |
| 12/27/2001 | Photocopies 69 Page(s) | 3.45 |
| 12/27/2001 | Westlaw | 193.52 |
| 12/28/2001 | 1-864-234-9307 | 2.76 |
| 12/28/2001 | Westlaw | 245.03 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$451.68**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
| --- | --- |
| Photocopies | 9.20 |
| Telephone | 3.93 |
| Westlaw | 438.55 |
| **TOTAL** | 451.68 |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$12,999.68**

### ACCOUNTS RECEIVABLE RECAP

| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| --- | --- | --- | --- |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| | | **TOTAL A/R BALANCE** | **$21,992.02** |

W. R. Grace & Co.                                January 31, 2002
                                                 Invoice 487272          Page 8

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06032
Charleston

Fees for Professional Services                            12,548.00
Charges for Other Services Provided/Expenses Incurred         451.68
     **NET CURRENT BILLING FOR THIS INVOICE** ....................................................  **$12,999.68**

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 31, 2002
ATTN: Robert A. Emmett, Esq.                         Invoice 487273                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06035                      For Services Through 12/31/01
WR Grace #            001-KL-721400-00-800028
Name of Matter:       Easthampton, MA Expanding Plant

---

| 12/04/01 | Review of MADEP comments to Woodard & Curran preliminary risk analysis report (1.1); meet with Paralegal Brown to review profiled files (0.1). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 12/04/01 | Meet with Attorney Cleary for his review of the profiled files. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/04/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

---

W. R. Grace & Co.

January 31, 2002
Invoice 487273          Page 2

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.20 | 285.00 | 342.00 |
| K. BROWN | 0.40 | 125.00 | 50.00 |
| **TOTAL** | **1.60** | **245.00** | 392.00 |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$392.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 11.40 |
| 467974 | 09/27/2001 | 130.50 | 26.10 |
| 481802 | 12/14/2001 | 336.80 | 336.80 |
| | | **TOTAL A/R BALANCE** | **$459.90** |

W. R. Grace & Co.                                January 31, 2002
                                                 Invoice 487273          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

Fees for Professional Services                              392.00
Charges for Other Services Provided/Expenses Incurred        0.00
       **NET CURRENT BILLING FOR THIS INVOICE** ....................................................       **$392.00**

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 25, 2002
ATTN: Robert A. Emmett,  Esq.                        Invoice 484326                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06047                      For Services Through 12/31/01
WR Grace #          001-KL-721400-00-800028
Name of Matter:     Libby Expansion Plants/Phoenix

---

| 12/04/01 | Quick review of URS/ACS Health and Safety plan (0.3); meet with Paralegal Brown to review profiled files (0.2). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 12/04/01 | Review, profile and organize files. | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 12/04/01 | Meet with Attorney Cleary for his review of the profiled files. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 12/06/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/07/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

W. R. Grace & Co.

January 25, 2002
Invoice 484326

Page 2

| 12/11/01 | Review, profile and organize documents. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| K. BROWN | 2.80 | 125.00 | 350.00 |
| **TOTAL** | **3.30** | **149.24** | 492.50 |

**Fees for Legal Services**     $492.50

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$492.50**

### ACCOUNTS RECEIVABLE RECAP

| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| | **TOTAL A/R BALANCE** | | **$11,980.32** |

W. R. Grace & Co.                                      January 25, 2002
                                                       Invoice 484326          Page 3


## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000


Telephone (803) 799-2000


For Services Through 12/31/01


Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

---

Fees for Professional Services                              492.50
Charges for Other Services Provided/Expenses Incurred         0.00
      NET CURRENT BILLING FOR THIS INVOICE ....................................................    $492.50

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



**NELSON**
Nelson Mullins Riley & Scarborough, L.L.P.

**MULLINS**

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    January 31, 2002
ATTN: Lydia Duff, Esq.                              Invoice 487271                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/01501                        For Services Through 12/31/01
Name of Matter:       Rock Hill Chemical Superfund Site

---

| 09/05/01 | Review statement for services from King & Spalding; forward to Ms. Duff for payment. | | | |
|---|---|---|---|---|
| | K.A. CRAWFORD | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/24/01 | Receipt and review of Rock Hill Chemical Company Super Fund Site Annual Groundwater Monitoring Report and accompanying correspondence from Mr. Conner to Messrs. Oakes and Vanderver; forward copy of same to Ms. Duff. | | | |
| | K.A. CRAWFORD | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/30/01 | Receipt and review of King and Spalding's Invoice No. 187215 itemizing payment due from respective companies for services and expenses through October 31, 2001 regarding Rock Hill Chemical Company Superfund Site; forward copy of same to Ms. Duff. | | | |
| | K.A. CRAWFORD | 0.20 hrs. | 250.00/hr | $50.00 |
| 12/13/01 | Receipt and review of memorandum from Ms. Oakes regarding replacement of BASF Inmont counsel; forward copy of same to Ms. Duff. | | | |
| | K.A. CRAWFORD | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

January 31, 2002
Invoice 487271

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K.A. CRAWFORD | 1.00 | 250.00 | 250.00 |
| **TOTAL** | **1.00** | **250.00** | 250.00 |

**Fees for Legal Services**    **$250.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/05/2001 | Photocopies 18 Page(s) | 0.90 |
| 10/24/2001 | 1-410-531-4783 | 0.43 |
| 11/30/2001 | Photocopies 18 Page(s) | 0.90 |
| 11/30/2001 | 1-410-531-4783 | 0.12 |
| 12/13/2001 | Photocopies 12 Page(s) | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$2.95**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.40 |
| Telephone | 0.55 |
| **TOTAL** | **2.95** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................    **$252.95**

W. R. Grace & Co.

January 31, 2002
Invoice 487271

Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| | | **TOTAL A/R BALANCE** | **$50.40** |

W. R. Grace & Co.

January 31, 2002
Invoice 487271

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 12/31/01

Our Matter # 02399/01501
Rock Hill Chemical Superfund Site

---

Fees for Professional Services                                         250.00
Charges for Other Services Provided/Expenses Incurred          2.95
**NET CURRENT BILLING FOR THIS INVOICE** .....................................................    **$252.95**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC