IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 to -01200 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CASE MANAGEMENT ORDER, CONSTRUCTIVE FRAUDULENT TRANSFER

I.  Calendar

| | |
|---|---|
| 3/4/02 | Document repository made available to plaintiffs on ongoing basis |
| 4/1/02 | Complaint to be filed; written discovery may be served |
| 4/22/02 | Answers to complaint due |
| 5/1/02 | Depositions of fact witnesses begin |
| 6/1/02 | Preliminary designation of fact witnesses/witnesses with knowledge due |
| 7/15/02 | Plaintiff expert reports due |
| 8/1/02 | Supplemental designation of fact witnesses/witnesses with knowledge due |
| 8/5/02 | Defendant expert reports due |
| 8/16/02 | Plaintiff rebuttal expert reports due |
| 8/19/02 | Expert depositions begin |
| 8/30/02 | Simultaneous exchange of trial exhibits and trial witness lists |
| 9/9/02 | Designation of "may call" and "will call" deposition testimony |
| 9/16/02 | Discovery cut-off. Objections and counter designations to "will call" deposition designations due |

| | | |
|---|---|---|
| | 9/20/02 | Objections to trial exhibits due |
| | 9/23/02 | Objections to "will call" deposition counter designations due; 5 page statements of law due |
| | 9/30/02 | Trial begins |

II. <u>Other Matters</u>

1. Requests for production: Parties shall have 15 days to respond to document requests, including objections. Parties shall produce documents on a rolling basis, to be completed within 30 days from service of the request. Interrogatories/ Requests to Admit: Parties shall have 15 days from service to interpose objections to those requests for which the party will provide no substantive answers but only objections, and 30 days from service to otherwise interpose objections and respond.

2. On June 1, 2002, parties shall exchange preliminary lists of witnesses/individuals who are most knowledgeable. The purpose of this exchange is to identify the individuals who are most knowledgeable about the matters set forth in the pleadings so that discovery can be focused on the key witnesses. On August 1, 2002, parties shall supplement the preliminary lists of witnesses/individuals who are most knowledgeable.

3. Expert reports shall comply with Rule 26, Fed. R. Civ. P. Reports shall include all data, computer models, programs and output, spreadsheets and calculations relied upon by the expert in forming his or her opinion(s). The software necessary to read or understand any portion of an expert's report, shall also be made available by the experts.

4. All discovery disputes are referred to Judge Dreier, and the parties expressly waive any objections to such designation that could be made under Rule 9031, Fed. R. Bankr. P.

5. All potentially dispositive pretrial motions are deemed denied.

6.  Any of the deadlines specified in this Order may be extended by the Court for good cause shown.

Dated: February 27, 2002                    It is hereby Ordered:


_____
UNITED STATES DISTRICT JUDGE