# EXHIBIT A

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.10 | 475.00 | 47.50 |
| BECKER, GARY M. | CR | 4.80 | 400.00 | 1,920.00 |
| FINNERTY, CATHERINE E | CR | 2.40 | 375.00 | 900.00 |
| CATON, AMY | CR | 1.70 | 350.00 | 595.00 |
| MANGUAL, KATHLEEN (PARA) | CR | 10.90 | 175.00 | 1,907.50 |
| Subtotal | | 19.90 | | $ 5,370.00 |

### BANKRUPTCY MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| FINNERTY, CATHERINE E | CR | 1.70 | 375.00 | 637.50 |
| BECKER, GARY M. | CR | 7.40 | 400.00 | 2,960.00 |
| Subtotal | | 9.10 | | $ 3,597.50 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.50 | 475.00 | 237.50 |
| BECKER, GARY M. | CR | 1.90 | 400.00 | 760.00 |
| FINNERTY, CATHERINE E | CR | 2.50 | 375.00 | 937.50 |
| MANGUAL, KATHLEEN (PARA) | CR | 11.10 | 175.00 | 1,942.50 |
| Subtotal | | 16.00 | | $ 3,877.50 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 3.00 | 475.00 | 1,425.00 |
| BECKER, GARY M. | CR | 21.80 | 400.00 | 8,720.00 |
| FINNERTY, CATHERINE E | CR | 0.50 | 375.00 | 187.50 |
| MANGUAL, KATHLEEN (PARA) | CR | 3.60 | 175.00 | 630.00 |
| Subtotal | | 28.90 | | $ 10,962.50 |
| Total | | 73.90 | | $ 23,807.50 |

KL4:2045544.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 3.60 | 475.00 | 1,710.00 |
| BECKER, GARY M. | CR | 35.90 | 400.00 | 14,360.00 |
| FINNERTY, CATHERINE E | CR | 7.10 | 375.00 | 2,662.50 |
| CATON, AMY | CR | 1.70 | 350.00 | 595.00 |
| MANGUAL, KATHLEEN (PARA) | CR | 25.60 | 175.00 | 4,480.00 |
| | Total | 73.90 | | $23,807.50 |

KL4:2045544.1