# EXHIBIT B

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $31.00 |
| PHOTOCOPYING | 169.05 |
| MANUSCRIPT SERVICE | 108.00 |
| DOCUMENT PREP. | 20.00 |
| POSTAGE | 0.34 |
| LONG-DISTANCE TEL. | 0.89 |
| LEXIS / NEXIS ON-LINE RESEARCH | 505.00 |
| MESSENGER SERVICE | 64.09 |
| LEGAL SEARCH FEES | 8.00 |
| CAB FARES | 214.66 |
| OUT-OF-TOWN TRAVEL | 840.55 |
| Subtotal | $1,961.58 |

KL4:2045544.1