# EXHIBIT C

SCHEDULE OF VOLUNTARY DISBURSEMENT AND FEE REDUCTIONS
FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $15.50 |
| PHOTOCOPYING | 90.16 |
| TABS | 16.00 |
| LONG DIS. TEL. | 6.52 |
| WESTLAW ON-LINE RESEARCH | 54.87 |
| LEGAL SEARCH FEES | 1,050.69 |
| MEALS | 17.56 |
| DOCUMENT RETRIEVAL | 247.24 |
| Subtotal | $1,482.54 |

| FEES | AMOUNT |
|---|---|
| ATTORNEY TRAVEL TIME | $2200.00 |
| Subtotal | $2200.00 |

KL4:2045544.2