## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re APP Winddown, LLC, et al.,
        Debtor

Case No: 16-12551
Reporting Period: For the Month Ended April 30, 2018

## MONTHLY OPERATING REPORT
### APP Winddown, LLC, ET AL

| Required Documents | Form No. | Document Attached |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | | |
|   Bank Reconciliation | MOR-1a | X |
|   Total Disbursements by Filed Legal Entity | MOR-1b | X |
|   Cash Balance at Encina Business Credit Funding Account | MOR-1c | X |
|   Copies of Bank Statements | | (a) |
|   Cash Disbursements Journals | | (a) |
| Statement of Operations | MOR-2 | X |
| Balance Sheet | MOR-3 | X |
| Statement of Cash Flow | MOR-4 | X |
| Status of Postpetition Taxes | MOR-5 | X |
|   Copies of IRS Form 6123 or payment receipt | | (a) |
|   Copies of tax returns filed during reporting period | | (a) |
| Summary of Unpaid Postpetition Debts | | |
|   Listing of Aged Accounts Payable | MOR-6 | X |
| Accounts Receivable Aging | MOR-7 | X |
| Disbursements to Retained Professionals | MOR-8 | X |
| Debtor Questionnaire | MOR-9 | X |

(a)   Support for these items may be made available upon request.

I declared under penalty of perjury (28 U.S.C. Section 1746) that this report and then attached documents are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Signature of Debtor | Date |
| _(signature)_ | May 23, 2018 |
| Signature of Authorized Individual | Date |
| Brad Scher – Chief Winddown Officer | May 23, 2018 |
| Printed Name of Authorized Individual | Date |

APP Winddown, LLC and Subsidiaries
Debtors and Debtors In Possession
MOR 1a - Bank Reconciliation (unaudited)
April 30, 2018

| GL Acct | Account Name | Bank Account # | Debtor | Description | Bank Balance | GL Balance | As of Date | Reconciled As of |
|---|---|---|---|---|---|---|---|---|
| 10472 | Encina/DIP | *******101 | American Apparel USA LLC | DIP collection | $ - | $ - | 04/30/18 | 05/05/18 |
| 10475 | Wells Fargo - AP Disbursements | *******836 | American Apparel USA LLC | AP checking | $ - | $ (347,784) | 04/30/18 | 05/05/18 |
| 10480 | Wells Fargo - Operating | *******810 | American Apparel USA LLC | Wires, ACH, and EFT transfers | $ 1,647,605 | $ 1,647,605 | 04/30/18 | 05/05/18 |
| 10485 | Wells Fargo - Deposit | *******628 | American Apparel USA LLC | Check & wire deposits | $ 5,405,802 | $ 5,405,802 | 04/30/18 | 05/05/18 |
| 10490 | Wells Fargo - Payroll | *******844 | American Apparel USA LLC | Payroll | $ - | $ - | 04/30/18 | 05/05/18 |
| 10495 | Wells Fargo - Utility | *******389 | APP USA Winddown, LLC | Utility | $ 349,749 | $ 349,749 | 04/30/18 | 05/05/18 |
| 10500 | Wells Fargo - Retention Account | *******595 | American Apparel USA LLC | Retention | $ 498,495 | $ 498,495 | 04/30/18 | 05/05/18 |
| 10505 | Wells Fargo - Gen Unsecured Creditor | *******011 | American Apparel USA LLC | Gen Unsecured Creditors | $ 2,494,985 | $ 2,494,985 | 04/30/18 | 05/05/18 |
| 10510 | Wells Fargo - 503 Claims | *******003 | American Apparel USA LLC | 503 Claims | $ 747,900 | $ 747,900 | 04/30/18 | 05/05/18 |
| 10520 | Wells Fargo - AA Money Market | *******061 | American Apparel USA LLC | Savings | $ 2,609,899 | $ 2,609,899 | 04/30/18 | 05/05/18 |
| 10351-999 | Wells Fargo - Operating | *******778 | APP Retail Winddown, Inc. | Wires, ACH, and EFT transfers | $ 120,352 | $ 120,352 | 04/30/18 | 05/05/18 |
| 10210-999 | Wells Fargo - Deposit | *******802 | APP Retail Winddown, Inc. | Check & wire deposits | $ 908,633 | $ 908,633 | 04/30/18 | 05/05/18 |
| 10410-999 | Wells Fargo - Payroll | *******794 | APP Retail Winddown, Inc. | Payroll | $ - | $ - | 04/30/18 | 05/05/18 |
| 10352-999 | Wells Fargo - AP Disbursements | *******786 | APP Retail Winddown, Inc. | AP checking | $ - | $ (48,151) | 04/30/18 | 05/05/18 |

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 1b - Total Disbursements by Filed Legal Entity (unaudited)**
**For the Month Ended April 30, 2018**
(in thousands)

| Legal Entity | Case Number | Disbursements (1) | |
|---|---|---|---|
| APP USA Winddown, LLC | 16-12552 | $ | 469 |
| APP Retail Winddown, Inc. | 16-12553 | $ | 61 |
| APP Winddown, LLC | 16-12551 | $ | 174 |
| APP D&F Winddown, Inc. | 16-12554 | $ | - |
| APP Knitting Winddown, LLC | 16-12555 | $ | - |
| APP Shipping Winddown, Inc. | 16-12556 | $ | - |

(1) Disbursements are shown based on the entity for which they are attributed, not the entity which made the payment.

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 1c - Cash Balance at Encina Business Credit Funding Account (unaudited)**
**For the Month Ended April 30, 2018**
(in thousands)

| | Amounts |
|---|---|
| Beginning Balance | $ - |
| Adjustments | - |
| Withdrawal | - |
| Ending Balance | $ - |

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 2 - Condensed Consolidated Statements of Operations (unaudited)**
(in thousands)

|  | For the Month Ended April 30, 2018 |
|---|---|
| Net sales | $ - |
| Cost of sales | - |
| Gross profit | - |
| Selling, general and administrative expenses | 827 |
| **Loss from operations before other income and income taxes** | (827) |
| Reorganization income (1) | (2,300) |
| Other income | (199) |
| **Income from operations before income tax** | 1,672 |
| Income taxes | - |
| **Net Income** | $ 1,672 |

(1) Difference between book balance and cash received from Japan

APP Winddown, LLC and Subsidiaries
Debtors and Debtors In Possession
MOR 2 - Condensed Consolidating Statement of Operations (unaudited)
For the Month Ended April 30, 2018
(in thousands)

| | APP USA Winddown, LLC (1) | APP Retail Winddown, Inc. | APP Winddown, LLC | APP D&F Winddown, Inc. (1) | APP Knitting Winddown, LLC (1) | APP Shipping Winddown, Inc. (1) | Total Debtors (2) |
|---|---|---|---|---|---|---|---|
| Net sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of sales | - | - | - | - | - | - | - |
| Gross profit | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 793 | 34 | - | - | - | - | 827 |
| Loss from operations before other income and income taxes | (793) | (34) | - | - | - | - | (827) |
| Reorganization income (3) | (520) | (1,780) | - | - | - | - | (2,300) |
| Other income | (197) | (2) | - | - | - | - | (199) |
| Income (loss) from operations before income tax | (76) | 1,748 | - | - | - | - | 1,672 |
| Income taxes | - | - | - | - | - | - | - |
| Net Income (Loss) | $ (76) | $ 1,748 | $ - | $ - | $ - | $ - | $ 1,672 |

(1) Transactions are all accounted by APP USA Winddown, LLC.
(2) Does not include eliminations.
(3) Difference between book balance and cash received from Japan

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 3 - Condensed Consolidated Balance Sheet (unaudited)**
(in thousands)

|  | April 30, 2018 |
|---|---|
| **ASSETS** | |
| Current assets: | |
| Cash | $ 14,388 |
| Accounts receivable, net (1) | - |
| Investment in subsidiary | 9,389 |
| Other deposits and assets | 22,335 |
| **Total current assets** | 46,112 |
| | |
| **TOTAL ASSETS** | $ 46,112 |
| | |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | |
| | |
| Accounts payable | $ 266 |
| Accrued workmen's compensation and other accrued expenses and liabilities | 16,334 |
| **Total current liabilities not subject to compromise** | 16,600 |
| | |
| **Total liabilities not subject to compromise** | 16,600 |
| | |
| Liabilities subject to compromise (2) | 169,849 |
| | |
| **TOTAL LIABILITIES** | 186,449 |
| | |
| **STOCKHOLDERS' DEFICIT** | |
| Common stock | 118 |
| Additional paid-in capital | 220,149 |
| Accumulated other comprehensive income | 145 |
| Accumulated deficit | (358,592) |
| Less: Treasury stock | (2,157) |
| **TOTAL STOCKHOLDERS' DEFICIT** | (140,337) |
| | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ 46,112 |

(1) All accounts receivables have been offset by an allowance for doubtful accounts (see MOR 7).
(2) Consists of pre-petition liabilities.

APP Winddown, LLC and Subsidiaries
Debtors and Debtors In Possession
MOR 3 - Condensed Consolidating Balance Sheet (unaudited)
April 30, 2018
(in thousands)

| | APP USA Winddown, LLC (1) | APP Retail Winddown, Inc. | APP Winddown, LLC | APP D&F Winddown, Inc. (1) | APP Knitting Winddown, LLC (1) | APP Shipping Winddown, Inc. (1) | Total Debtors (2) |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets: | | | | | | | |
| Cash | $ 13,407 | $ 981 | $ - | $ - | $ - | $ - | $ 14,388 |
| Accounts receivable, Net (3) | - | - | - | - | - | - | - |
| Investment in subsidiary | 9,389 | - | - | - | - | - | 9,389 |
| Other deposits and assets | 20,973 | 1,362 | - | - | - | - | 22,335 |
| Total current assets | 43,769 | 2,343 | - | - | - | - | 46,112 |
| **TOTAL ASSETS** | $ 43,769 | $ 2,343 | $ - | $ - | $ - | $ - | $ 46,112 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | | | | | | |
| Accounts payable | $ 248 | $ 18 | $ - | $ - | $ - | $ - | $ 266 |
| Accrued workmen's compensation and other accrued expenses and liabilities | 15,826 | 508 | - | - | - | - | 16,334 |
| Current liabilities not subject to compromise | 16,074 | 526 | - | - | - | - | 16,600 |
| Total liabilities not subject to compromise | 16,074 | 526 | - | - | - | - | 16,600 |
| Liabilities subject to compromise (4) | 164,435 | 5,414 | - | - | - | - | 169,849 |
| **TOTAL LIABILITIES** | 180,509 | 5,940 | - | - | - | - | 186,449 |
| **STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | | | |
| Common stock | 100 | - | 18 | - | - | - | 118 |
| Additional paid-in capital | 4,720 | 2,023 | 213,406 | - | - | - | 220,149 |
| Accumulated other comprehensive income | 36 | - | 109 | - | - | - | 145 |
| Accumulated deficit | (141,596) | (5,620) | (211,376) | - | - | - | (358,592) |
| Less: Treasury stock | - | - | (2,157) | - | - | - | (2,157) |
| **TOTAL STOCKHOLDERS' EQUITY (DEFICIT)** | (136,740) | (3,597) | - | - | - | - | (140,337) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 43,769 | $ 2,343 | $ - | $ - | $ - | $ - | $ 46,112 |

(1) Transactions are all accounted by APP USA Winddown, LLC.
(2) Does not include eliminations.
(3) All accounts receivables have been written off (see MOR 7).
(4) Consists of pre-petition liabilities.

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 4 - Condensed Consolidating Statement of Cash Flows (unaudited)**
(in thousands)

|  | Year to Date Ended April 30, 2018 |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net cash used in operating activities | $ (736) |
| | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Proceeds from sale of investment in Korea | 785 |
| Net cash provided by investing activities | 785 |
| | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Proceeds from distribution from Japan | 520 |
| Net cash provided by financing activities | 520 |
| | |
| Net increase in cash | 569 |
| Cash, beginning of year | 13,819 |
| Cash, end of period | $ 14,388 |

APP Winddown, LLC and Subsidiaries
Debtors and Debtors In Possession
MOR 4 - Condensed Consolidating Statement of Cash Flows (unaudited)
Year to Date Ended April 30, 2018
(in thousands)

| | APP USA Winddown, LLC (1) | APP Retail Winddown, Inc. | APP Winddown, LLC | APP D&F Winddown, Inc. (1) | APP Knitting Winddown, LLC (1) | APP Shipping Winddown, Inc. (1) | Total Debtors (2) |
|---|---|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | | | |
| Net cash used in operating activities | $ (688) | $ (48) | $ - | $ - | $ - | $ - | $ (736) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | | | |
| Proceeds from sale of investment in Korea | - | 785 | | | | | 785 |
| Net cash provided by investing activities | - | 785 | - | - | - | - | 785 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | | | | |
| Proceeds from distribution from Japan | 520 | - | - | - | - | - | 520 |
| Net cash provided by financing activities | 520 | - | - | - | - | - | 520 |
| Net (decrease) increase in cash | (168) | 737 | - | - | - | - | 569 |
| Cash, beginning of year | 13,575 | 244 | - | - | - | - | 13,819 |
| Cash, end of period | $ 13,407 | $ 981 | $ - | $ - | $ - | $ - | $ 14,388 |

(1) Transactions are all accounted by APP USA Winddown, LLC.
(2) Does not include eliminations.

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 5 - Schedule of Federal, State and Local Taxes Collected, Received, Due or Withheld (unaudited)**
**For the Month Ended April 30, 2018**

| Taxes | | Amounts |
|---|---|---:|
| **Payroll Taxes** | | |
| Payroll taxes withheld employee | $ | 25,412 |
| Payroll taxes owed employer | | 221,044 |
| Total payroll taxes | $ | 246,455 |
| Amount of payroll tax remitted to tax authorities (1)(2) | $ | 246,455 |
| Date(s) remitted to tax authorities | | Various |
| **Sales Taxes** | | |
| Sales tax collected and incurred | $ | - |
| Amount of sales taxes remitted to tax authorities (3) | $ | - |
| Date(s) remitted to tax authorities | | Various |
| **Property Taxes Paid (4)** | $ | 26,926 |
| **Other Taxes Paid** | $ | - |

(1) Applicable to APP USA Winddown, LLC , and APP Retail Winddown, Inc.
(2) Payroll taxes remitted may not equal taxes withheld because of tax entity payment timing requirements.
(3) Tax is generally remitted one month in arrears of collection month.
(4) Includes Personal Property Taxes.

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 6 - Summary of Unpaid Post-Petition Debts (unaudited)**
**April 30, 2018**
(in thousands)

| Accounts Payable Aging | | Amounts |
|---|---|---|
| **APP USA Winddown, LLC** | | |
| 0-30 | $ | 128 |
| 31-60 | | - |
| 61-90 | | - |
| 91+ | | 120 |
| Total Accounts Payable (1) | $ | 248 |

(1) Represents total post-petition accounts payable for all Debtors except APP Retail Winddown, Inc.,
    which is presented below.

| | | |
|---|---|---|
| **APP Retail Winddown, Inc.** | | |
| 0-30 | $ | - |
| 31-60 | | - |
| 61-90 | | - |
| -91+ | | 18 |
| Total Accounts Payable (2) | $ | 18 |

(2) Represents total post-petition accounts payable.

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 7 - Accounts Receivable Aging (unaudited)**
**April 30, 2018**
(in thousands)

| Accounts Receivable Aging | Amounts |
|---|---|
| 0-30 | $ - |
| 31-60 | - |
| 61-90 | - |
| 91+ | - |
| Total Accounts Receivable | $ - |
| Amount considered uncollectible | - |
| Accounts Receivable, Net | $ - |

**APP Winddown, LLC and Subsidiaries**
**Debtors and Debtors In Possession**
**MOR 8 - Total Disbursements to Retained Professionals (unaudited)**
**For the Month Ended April 30, 2018**

| Retained Professionals | Amount Approved | | Disbursements | |
|---|---|---|---|---|
| Bayard | $ | 12,314 | $ | 12,314 |
| Cooley | | 39,933 | | 39,933 |
| Jones Day | | 52,386 | | 52,386 |
| Palchulski Stang | | 40,252 | | 40,252 |
| RGP | | 15,380 | | 15,380 |
| | $ | 160,265 | $ | 160,265 |

APP Windown, LLC and Subsidiaries
Debtors and Debtors In Possession
MOR 9 - Questionnaire

| Question | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. (1) | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

(1) Cash received of $520,447 in connection with American Apparel Japan Yugen Kaisha's winding up of business.