## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| APP WINDDOWN, LLC, *et al.*,[1] | : | Case No. 16-12551 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Keenan K. Baldeo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 31, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, for the Period from March 1, 2018 through March 31, 2018 [Docket No. 1735]

Dated: June 5, 2018

Keenan K. Baldeo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 5, 2018, by Keenan K. Baldeo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

1 The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is Attn: David Black, 107 Millcreek Corners, Suite B, PO Box 5129, Brandon, MS 39047.

SRF 25180

## Exhibit A

Exhibit A

Fee Application Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the DIP Secured Parties | Ashby & Geddes, P.A. | Attn:  Gregory Taylor<br>500 Delaware Avenue<br>Wilmington DE 19899 | GTaylor@ashby-geddes.com | Email |
| Counsel to the Committee of Unsecured Creditors | Bayard, PA | Attn: Justin R. Alberto, Evan T. Miller, Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>emiller@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Counsel to the Committee of Unsecured Creditors | Cooley, LLP | Attn: Cathy Hershcopf, Seth Van Aalten, Michael Klein<br>1114 Avenue of the Americas<br>New York NY 10036 | chershcopf@cooley.com<br>svanaalten@cooley.com<br>mklein@cooley.com | Email |
| Counsel to Debtor | Jones Day | Attn:  Erin N. Brady, Esq.<br>555 South Flower Street<br>50th Floor<br>Los Angeles CA 90071 | mcohen@jonesday.com<br>sgreenberg@jonesday.com | Email |
| Counsel to the Debtors' prepetition secured lenders [and DIP lenders] | Milbank, Tweed, Hadley & McCloy, LLP | Attn:  Gerard Uzzi<br>28 Liberty Street<br>New York NY 10005 | guzzi@milbank.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Jane M. Leamy, Esquire<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | Jane.M.Leamy@usdoj.gov | Email |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones, LLP | Attn:  Laura Davis Jones, Esq., James E. O'Neill, Esq. &  Joseph M. Mulvihill, Esq.<br>919 N. Market Street,<br>17th Floor<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com | Email |

In re:  APP Winddown, LLC (f/k/a American Apparel, LLC), et al.

Case No. 16-12551 (BLS)

Page 1 of 1