IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: February 27, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 1642**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Interim Quarterly Application Request, of Bilzin Sumberg Dunn Baena Price & Axelrod LLP, for Approval and Allowance of Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period of October 1, 2001 Through December 31, 2001, which requests compensation in the amount of $215,475.50 and expenses in the amount of $195,640.24 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 27, 2002.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

                                  FERRY, JOSEPH & PEARCE, P.A.

                                  /s/ Theodore J. Tacconelli
                                  Michael B. Joseph (#392)
                                  Theodore J. Tacconelli (#2678)
                                  Rick S. Miller (#3418)
                                  824 Market Street, Suite 904
                                  P.O. Box 1351
                                  Wilmington, DE. 19899
                                  (302) 575-1555
                                  Counsel to the Official Committee of Asbestos
                                  Property Damage Claimants

Dated: March 1, 2002