# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. 1665 |

## SCHEDULING ORDER REGARDING DEBTORS' REVISED MOTION AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE AND ZAI CLAIMS FOR ENTRY OF CASE MANAGEMENT ORDER, ESTABLISHMENT OF BAR DATE, APPROVAL OF PROOF OF CLAIM FORMS AND OF THE NOTICE PROGRAM

The *Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims For Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and of the Notice Program* (the "Motion") having come before this Court at the February 25, 2002 omnibus hearing in these above-captioned chapter 11 cases for a hearing; and sufficient cause appearing therefore;

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

NOW THEREFORE, IT IS HEREBY ORDERED THAT THE FOLLOWING SCHEDULE SHALL APPLY TO PLEADINGS REGARDING THE PROOF OF CLAIM FORMS PROPOSED BY THE DEBTORS IN CONNECTION WITH THE MOTION:

1. Any party wishing to file an objection to any of the Debtors' proposed proof of claim forms (as amended), including the general creditor non-asbestos proof of claim form, the medical monitoring proof of claim form, the zonolite attic insulation proof of claim form, and the asbestos property damage proof of claim form, must: (a) identify which proof of claim form(s) is the subject of such objection; (b) specify which particular line(s) of the subject proof of claim form(s) to which such party objects; (c) specify the reasons for such objection; (d) provide suggested language, if appropriate, that would resolve such objection; and (e) file and serve such objection on or before March 8, 2002. *A copy shall be mailed to Pittsburgh chambers.*

2. If the Debtors wish to file a reply to such objection(s), if any, they must file and serve such reply on or before March 15, 2002. *A copy shall be faxed to Pittsburgh chambers no later than 3:00pm on 3/15/02.*

3. Any pleading filed and served pursuant to the preceding paragraphs shall also be e-mailed to the Honorable Judith K. Fitzgerald at: jkf@pawb.uscourts.gov (preferably with pleadings in Word or WordPerfect format).

4.   A hearing on the Motion and all pleadings in connection therewith will be held on _March 18_, 2002 at _1:00_ ~~a.m.~~ pm, before the Honorable Judith K. Fitzgerald at _in Delaware_. Each committee and other ~~objectors~~ objector shall have 20 minutes to present (+)

Dated: _2/27_, 2002.

_/s/ JK Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

(+) argument. Debtor shall have an additional 20 minutes for rebuttal and 60 minutes for initial argument. The court will address each proof of claim for seriatim, so parties shall organize their presentations separately as to each proof of claim.

**MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN (5) DAYS.**