# EXHIBIT C

| Description | November, 2001 |
|---|---|
| Photocopies | $831.00 |
| Facsimiles | $108.00 |
| Long Distance Telephone | $43.26 |
| Outside Courier | $298.35 |
| Travel Expense | $11,887.19 |
| Lexis | $739.90 |
| Westlaw | $0.00 |
| Meal Expenses | $759.39 |
| Word Processing | $0.00 |
| Overtime | $3,601.25 |
| Other Expenses | $5,587.30 |
| Secretarial Support | $0.00 |
| Velo Binding | $8.00 |
| Outside Reproduction | $0.00 |
| TOTALS | $23,863.64 |

#778090 v1

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/31/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 7.50 | $    637.50 |
| 12/02/01 | RJP | Travel from Denver to Boston for document review. (3.0) (3.0 N/C) (NWT-50%) | 3.00 | 630.00 |
| 12/02/01 | SH | Travel to Boston for document review. (3.0) (3.0 N/C) (NWT-50%) | 3.00 | 255.00 |
| 12/02/01 | MCL | Travel to Boston to conduct document review. (3.0) (3.0 N/C) (NWT- 50%) | 3.00 | 270.00 |
| 12/03/01 | KJC | Review and revise notice re database and telephone conference with CCotts re same. | 0.20 | 48.00 |
| 12/03/01 | RJP | Review updated guidelines for determining whether a document is responsive to EPA information requests and proper coding of same (2.0); review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (6.8). | 8.80 | 1,848.00 |
| 12/03/01 | SH | Review notice procedure revisions (1.5); QC reviewed Box 1766 for EPA 104(E) request (5.3); coordinate with scanners to pick-up reviewed boxes (1.8); start QC on reviewed box 1764 for EPA 104(E) request (.9). | 9.50 | 807.50 |
| 12/03/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.8 hrs.); telephone conferences with Angela Anderson re: temp issues and timesheets (.2 hrs.); review and edit list of boxes to be picked up by ONSS (.3 hrs.); conference with Bill Abbott of ONSS re: boxes to be picked up for scanning (.2 hrs.). | 9.50 | 855.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 44 |
| Invoice No.: | | 585053 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/01 | JLS | Telephone conferences with CMLatuda re box containing unscannable documents in Cambridge (.3); conference with LStreet re database issues (.5) | 0.80 | 88.00 |
| 12/03/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 5.00 | 425.00 |
| 12/04/01 | KJC | Conference with BATracy re document review issues (0.5) ; telephone conference with JLSherman re database research and assistance (0.2). | 0.70 | 168.00 |
| 12/04/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (8.50). | 8.50 | 1,785.00 |
| 12/04/01 | BAT | Conference with KJCoggon re document production issues. | 0.50 | 112.50 |
| 12/04/01 | SH | QC reviewed box 1764 for EPA 104(E) request (5.3); QC reviewed box 1138 for EPA 104(E) request (4.7). | 10.00 | 850.00 |
| 12/04/01 | MCL | Deliver documents requested by Angela Anderson to Winthrop Square (.4 hrs.); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.6 hrs.); review and respond to emails re: scanning issues (.2 hrs.); conferences with temps re: questions on responsiveness of documents (.8 hrs.). | 10.00 | 900.00 |
| 12/04/01 | JLS | Review and respond to e-mails re document review protocols and Cambridge production issues (1.3) | 1.30 | 143.00 |
| 12/05/01 | KWL | Review various task sheets developed with Reed Smith attorneys (.20); meeting with BATracy re financial documents and overall logistical approach (.50); review production database including various documents (1.10). | 1.80 | 585.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/01 | KJC | Review and respond to emails re document review issues (0.3); telephone conferences with CCotts re database review issues (0.3). | 0.60 | 144.00 |
| 12/05/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (8.80). | 8.80 | 1,848.00 |
| 12/05/01 | BAT | Review and respond to e-mail questions of document reviewers (0.7); conference with KWLund re financial documents and overall logistical approach (0.5). | 1.20 | 270.00 |
| 12/05/01 | SH | Finalize QC on reviewed box 1138 for EPA 104(E) request (4.6); QC reviewed box 1210 for EPA 104(E) request (5.4). | 10.00 | 850.00 |
| 12/05/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.3 hrs.); read and respond to emails re: questions by reviewers and temps concerning responsiveness of documents (.6 hrs.); conferences with SHaag, RPerruso, and temps re: coding issues (.6 hrs.). | 9.50 | 855.00 |
| 12/05/01 | JLS | Prepare for and train NAberle and JAHall re W.R. Grace Lotus Notes/Document Director database coding (1.0); conferences with CCotts re W.R. Grace database design issues (.9); review and respond to e-mails re document review protocols (1.0) | 2.90 | 319.00 |
| 12/05/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.50 | 552.50 |
| 12/06/01 | KJC | Telephone conference with JLSherman re database review issues (0.3). | 0.30 | 72.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/06/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (8.50). | 8.50 | 1,785.00 |
| 12/06/01 | SH | Finalize QC on reviewed box 1210 for EPA 104(E) request (5.5); QC reviewed Box 1080 for EPA 104(E) request (3.1); QC reviewed box 893 for EPA 104(E) request (.4); QC reviewed box 1653 for EPA 104(E) request (1.0). | 10.00 | 850.00 |
| 12/06/01 | MCL | Deliver documents requested by Angela Anderson to Winthrop Square (.4 hrs.); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.0 hrs.); edit document re: list of Grace plants and facilities for inclusion into Document Review Guide (1.0 hrs.); read and respond to various emails re: scanning issues (.6 hrs.). | 10.00 | 900.00 |
| 12/06/01 | JLS | Review and edit Grace historical database including telephone conferences with CCotts (2.0); | 2.00 | 220.00 |
| 12/06/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.00 | 510.00 |
| 12/06/01 | ICM | Review document review procedures and prepare to code Boston WRGrace historical documents. | 3.20 | 288.00 |
| 12/07/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (5.00); travel from Boston to Denver. (3.0) (3.0 N/C) (NWT-50%) | 8.00 | 1,680.00 |
| 12/07/01 | BAT | Respond to document review management issues. | 0.40 | 90.00 |
| 12/07/01 | SH | Finalize QC on reviewed box 1653 for EPA 104(E) request (5.5); travel to Denver (3.0) (3.0 N/C) (NWT-50%). | 8.50 | 722.50 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/07/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.2); travel to Denver from Boston. (3.0) (3.0 N/C) (NWT-50%) | 8.20 | 738.00 |
| 12/07/01 | JLS | Telephone conferences with CCotts re database changes (1.2); review and edit Grace historical database (2.0); review EPA 104(e) requests and draft short list of requests for reviewers (1.0) | 4.20 | 462.00 |
| 12/07/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.50 | 552.50 |
| 12/09/01 | GMB | Travel from Boulder, CO to Boston, MA for document review (3.0) (3.0 N/C) (NWT-50%). | 3.00 | 660.00 |
| 12/09/01 | JAH | Travel to Boston for review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (3.0) (3.0 N/C) (NWT-50%). | 3.00 | 660.00 |
| 12/09/01 | DPW | Review guidelines and helpful hints for documents responsive to EPA information requests (1.5); travel to Boston from Denver for document review (2.3) (2.2 N/C) (NWT-50%). | 3.80 | 703.00 |
| 12/09/01 | NKA | Travel to Boston for document review. (3.0) (3.0 N/C) (NWT-50%) | 3.00 | 330.00 |
| 12/09/01 | JLS | Travel to Boston (1.8) (1.7 N/C) (NWT-50%); Review and code electronic documents for responsiveness to EPA information request (2.5) | 4.30 | 473.00 |
| 12/10/01 | GMB | Review documents in Cambridge, MA, for EPA fourth request for information, supplemental production and plaintiff document requests including coding of same for imaging. | 9.00 | 1,980.00 |

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/10/01 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (2.00). | 2.00 | 440.00 |
| 12/10/01 | BAT | Telephone conference with JLSherman re document review question (.20); telephone conference with MCLatuda re document review status (.10). | 0.30 | 67.50 |
| 12/10/01 | DPW | Review documents to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 12.00 | 2,220.00 |
| 12/10/01 | NKA | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 8.50 | 935.00 |
| 12/10/01 | MCL | Edit document re: list of Grace plants and facilities for inclusion into Document Review Guide (1.9 hrs.); conference with BTracy re: status of Cambridge document review (.2 hrs.). | 2.10 | 189.00 |
| 12/10/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees, telephone conferences with BTracy re document review protocols | 8.00 | 880.00 |
| 12/10/01 | ICM | Review and code WRGrace historical documents as per KJCoggon's request. | 9.80 | 882.00 |
| 12/11/01 | GMB | Review documents in Cambridge, MA, for EPA fourth request for information, supplemental production and plaintiff document requests, including coding of same for imaging. | 9.30 | 2,046.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/11/01 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (8.00). | 8.00 | 1,760.00 |
| 12/11/01 | BAT | Review and respond to questions from document reviewers. | 0.40 | 90.00 |
| 12/11/01 | DPW | Review documents to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 12.00 | 2,220.00 |
| 12/11/01 | NKA | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 8.50 | 935.00 |
| 12/11/01 | MCL | Read and respond to various emails re: questions from scanner, scheduling of HRO personnel to work in Boston, and shipment of additional boxes to Winthrop Square (1.1 hrs.). | 1.10 | 99.00 |
| 12/11/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (9.6); telephone conferences with BTracy re document review protocols (0.4). | 10.00 | 1,100.00 |
| 12/11/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.00 | 85.00 |
| 12/11/01 | ICM | Code WRGrace historical documents as per KJCoggon's request. | 8.00 | 720.00 |
| 12/12/01 | GMB | Review documents in Cambridge, MA, for EPA fourth request for information, supplemental production and plaintiff document requests, including coding of same for imaging. | 9.50 | 2,090.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 50 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/12/01 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (8.50). | 8.50 | 1,870.00 |
| 12/12/01 | BAT | Review and respond to document review questions (0.5); review documents for privilege issue (0.3). | 0.80 | 180.00 |
| 12/12/01 | DPW | Review documents to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 13.00 | 2,405.00 |
| 12/12/01 | NKA | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 8.00 | 880.00 |
| 12/12/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees, telephone conferences with BTracy re document review protocols | 8.00 | 880.00 |
| 12/12/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.30 | 110.50 |
| 12/13/01 | GMB | Review documents in Cambridge, MA, for EPA fourth request for information, supplemental production, and plaintiff document requests including coding of same for imaging. | 8.00 | 1,760.00 |
| 12/13/01 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (8.00). | 8.00 | 1,760.00 |
| 12/13/01 | BAT | Review and comment on updated names list for document production (0.3); answer questions from document reviewers (0.3). | 0.60 | 135.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 51 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/13/01 | DPW | Review documents to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 12.50 | 2,312.50 |
| 12/13/01 | NKA | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action law suits. | 8.00 | 880.00 |
| 12/13/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (9.7); telephone conferences with BTracy re document review protocols (0.3). | 10.00 | 1,100.00 |
| 12/13/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 2.00 | 170.00 |
| 12/13/01 | ICM | Code WRGrace historical documents as per KJCoggon's request. | 4.80 | 432.00 |
| 12/14/01 | GMB | Review of documents in Cambridge, MA, for EPA fourth request for information, supplemental production and plaintiff document requets, including coding of same for imaging. (Travel from Cambridge, MA to Boulder, CO - 4.5 hours, N/C) (NWT-50%). | 8.00 | 1,760.00 |
| 12/14/01 | EMB | Confer with BTracy re document review. | 0.30 | 52.50 |
| 12/14/01 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for information supplemental production and class action lawsuits (4.50); return travel from Boston(3.0) (3.0 N/C) (NWT-50%). | 7.50 | 1,650.00 |
| 12/14/01 | BAT | Answer questions from document reviewers (0.6); conference with EMBono re requirements and background for document review (0.3). | 0.90 | 202.50 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 585053 |
| Client   No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/14/01 | DPW | Review documents to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.5); travel from Boston to Denver (3.0) (3.0 N/C) (NWT-50%). | 8.50 | 1,572.50 |
| 12/14/01 | NKA | Review  documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (4.6); Return travel from Boston to Denver (3.0) (3.0 N/C) (NWT-50%). | 7.60 | 836.00 |
| 12/14/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (8.4); telephone conferences with BTracy re document review protocols (0.6). | 9.00 | 990.00 |
| 12/14/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.50 | 127.50 |
| 12/14/01 | ICM | Code WRGrace historical documents as per KJCoggon's request. | 3.50 | 315.00 |
| 12/15/01 | RJP | Travel from Denver to Boston for document review (3.0) (3.0 N/C) (NWT-50%). | 3.00 | 630.00 |
| 12/15/01 | TWK | Travel to Boston for document review in response to EPA 104(e) requests and litigation discovery (3.00) (3.0 N/C) (NWT-50%). | 3.00 | 330.00 |
| 12/16/01 | TWK | Review documents at Grace Cambridge in response to EPA 104(e) request and litigation discovery (10.30). | 10.30 | 1,133.00 |
| 12/16/01 | MCL | Travel to Boston to conduct document review. (3.0) (3.0 N/C) (NWT-50%) | 3.00 | 270.00 |
| 12/16/01 | MBF | Travel to Boston for document review. (3.0) (3.0 N/C) (NWT-50%) | 3.00 | 270.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

Page            53
Invoice No.:    585053
Client  No.:    04339
Matter  No.:    00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/17/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (5.0). | 5.00 | 1,050.00 |
| 12/17/01 | TWK | Review documents at Grace Cambridge headquarters in response to EPA 104(e) request and litigation discovery (8.50). | 8.50 | 935.00 |
| 12/17/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.3); conferences with temps re document responsiveness (.3); telephone conferences with Angela Anderson re next scheduled pickup of boxes by ONSS, supply of target sheets and stop sheets, and staffing issues (.4). | 10.00 | 900.00 |
| 12/17/01 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (8.0); telephone conferences and review and respond to e-mails document review protocols with SHaines and MCLatuda (.8) | 8.80 | 968.00 |
| 12/17/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 0.50 | 42.50 |
| 12/17/01 | MBF | Review documents potentially responsive to requests for information from EPA and litigation discovery. | 9.00 | 810.00 |
| 12/17/01 | ICM | Research re location of material identified in target sheets as per CLNeitzel's request and review and code electronic documents for responsiveness to EPA information request. | 4.00 | 360.00 |
| 12/17/01 | WEP | Export images from Document Director and create 3 CDs(T CD0061-T CD0063) of images for coding QC | 4.00 | 340.00 |
| 12/18/01 | EMB | Review background materials re Document Review. | 3.00 | 525.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 585053 |
| Client   No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/18/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (6.0). | 6.00 | 1,260.00 |
| 12/18/01 | MCL | Telephone conferences with Angela Anderson re penthouse boxes sent to Winthrop, schedule for temps the weeks of Christmas and New Year's (.3); read and respond to e-mails re pickup of boxes by ONSS on 12/19/01 (.2); draft list of Cambridge boxes to be picked up by ONSS (.6); draft e-mail to BATracy and JLSherman re staffing issues and documents review procedures (.2); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff documents requests including coding of same (8.2). | 9.50 | 855.00 |
| 12/18/01 | JLS | Review and code electronic documents for responsiveness to EPA information request (2.0); Travel to Denver from Boston for document review (2.0) (2.0 N/C) (NWT-50%) | 4.00 | 440.00 |
| 12/18/01 | MBF | Review Grace documents for responsiveness to EPA information requests and litigation discovery requests (9.0); perform quality control on documents selected for responsiveness to EPA information requests and litigation discovery requests (.8 hrs.) | 9.80 | 882.00 |
| 12/18/01 | ICM | Review and code electronic documents for responsiveness to EPA information request. | 6.50 | 585.00 |
| 12/18/01 | WEP | Export images from Document Director and create 5 CDs(T CD0064-T CD0068) of images for coding QC | 7.30 | 620.50 |
| 12/19/01 | JAH | Review and QC documents for EPA fourth request for information and supplemental production and class action lawsuits. | 6.50 | 1,430.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 55 |
| Invoice No.: | | 585053 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/19/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (5.30). | 5.30 | 1,113.00 |
| 12/19/01 | BAT | Telephone conference with KJCoggon re document production issues. | 0.30 | 67.50 |
| 12/19/01 | TWK | Review documents at Grace Cambridge headquarters in response to EPA 104(e) request and litigation discovery (10.50). | 10.50 | 1,155.00 |
| 12/19/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.4); telephone conferences with Angela Anderson re today's delivery and pickup by ONSS (.2); telephone conference with Matt Murphy re same (.1); log in boxes delivered by ONSS (.6); reconcile with lists of boxes sent out to ONSS and Lason, and lists of boxes sent to Winthrop for review (3.6). | 10.00 | 900.00 |
| 12/19/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.50 | 127.50 |
| 12/19/01 | MBF | Perform quality control review of documents potentially responsive to EPA 104(e) request and litigation discovery requests. | 9.80 | 882.00 |
| 12/19/01 | ICM | Search for OSHA material on arsenic levels as per EEStevenson's request (.40); Review and code electronic documents for responsiveness to EPA information request (.40). | 0.80 | 72.00 |
| 12/19/01 | WEP | Export images from Document Director and create 4 CDs(T CD0069-T CD0072) of images for coding QC | 7.00 | 595.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

Page              56
Invoice No.:   585053
Client  No.:    04339
Matter  No.:   00400

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/20/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (8.00). | 8.00 | 1,680.00 |
| 12/20/01 | BAT | Review and respond to e-mail re questions re document review (0.5); conference with KWLund re document production issues (0.2) | 0.70 | 157.50 |
| 12/20/01 | TWK | Review documents at Grace Cambridge headquarters in response to EPA 104(e) request and litigation discovery (5.30); return travel to Denver following document review in response to EPA 104(e) requests and litigation discovery (3.00) (3.0 N/C) (NWT-50%). | 8.30 | 913.00 |
| 12/20/01 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.2); finalize lists of boxes returned by ONSS (.2); locate and organize lists of boxes for delivery to Angela Anderson and Matt Murphy (.3); conference with Angela Anderson at Winthrop Square re status of document review and box tracking issues (.6); reconcile list of Winthrop Square boxes sent to ONSS with boxes returned to Cambridge on 12/19/01 (1.3); draft form for Angela Anderson to utilize for tracking shipment and return of boxes by ONSS (.6). | 7.20 | 648.00 |
| 12/20/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.50 | 552.50 |
| 12/20/01 | MBF | Perform quality control review of documents potentially responsive to EPA 104(e) request and litigation discovery requests. | 8.00 | 720.00 |
| 12/20/01 | ICM | Review and code electronic documents for responsiveness to EPA information request. | 1.00 | 90.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 57 |
| Invoice No.: | | 585053 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/21/01 | RJP | Review coded documents for quality control purposes to determine whether they are responsive to EPA information requests, Plaintiffs' document requests and coded properly (4.5); travel from Boston to Denver (3.0) (3.0 N/C) . | 7.50 | 1,575.00 |
| 12/21/01 | BAT | Draft memo re additional instructions for Boston document review. | 0.30 | 67.50 |
| 12/21/01 | MCL | Travel to Denver (3.0) (3.0 N/C) (NWT-50%). | 3.00 | 270.00 |
| 12/21/01 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.50 | 127.50 |
| 12/21/01 | MBF | Perform quality control of documents potentially responsive to EPA 104(e) request and litigation discovery document requests (4.4); travel from Boston to Denver (3.0) (3.0 N/C) (NWT-50%). | 7.40 | 666.00 |
| 12/26/01 | WEP | Export images from Document Director and create 4 CDs(T CD0073-T CD0076) of images for coding QC | 7.30 | 620.50 |
| 12/27/01 | BAT | Telephone conference with JLSherman re document review issues (0.1); manage issues with document review process (0.1) | 0.20 | 45.00 |
| 12/28/01 | NKA | Review and code electronic documents for responsiveness to EPA information requests. | 6.80 | 748.00 |
| 12/29/01 | NKA | Review and code electronic documents for responsiveness to EPA information requests. | 2.50 | 275.00 |
| 12/30/01 | NKA | Review and code electronic documents for responsiveness to EPA information requests. | 2.00 | 220.00 |
| 12/31/01 | NKA | Review and code electtonic documents for responsiveness to EPA information requests. | 5.00 | 550.00 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/31/01 | JLS | Review and code electronic documents for responsiveness to EPA information request and QC same for NAberle and JHall  (1.5) | 1.50 | 165.00 |

**Total Fees Through December 31, 2001:   729.90   $   97,700.00**

### Timekeeper Rate Summary*

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 1.80 | $   585.00 |
| KJC | Katheryn J. Coggon | Senior Associate | 240.00 | 1.80 | 432.00 |
| BAT | Brent A. Tracy | Associate | 225.00 | 6.60 | 1,485.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 46.80 | 10,296.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 43.50 | 9,570.00 |
| RJP | Roxane J. Perruso | Associate | 210.00 | 80.40 | 16,884.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 61.80 | 11,433.00 |
| EMB | Eric M. Bono | Associate | 175.00 | 3.30 | 577.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 59.90 | 6,589.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 40.60 | 4,466.00 |
| JLS | Joan L. Sherman | Paralegal | 110.00 | 74.80 | 8,228.00 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 96.10 | 8,649.00 |
| SH | Susan Haag | Paralegal | 85.00 | 51.00 | 4,335.00 |
| LCS | Loraine C. Street | Other | 85.00 | 47.30 | 4,020.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 47.00 | 4,230.00 |
| ICM | Imelda Mulholland | Information Specialist | 90.00 | 41.60 | 3,744.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 25.60 | 2,176.00 |

**Total Fees:   729.90   $   97,700.00**

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 585053 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2001**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/29/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-29365; DATE: 11/29/01 - Courier, Acct. 0802-0410-8 11-20; Joan L Sherman Cambridge, Ma | $   32.97 |
| 12/04/01 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 120401; DATE: 12/4/2001 - TE: 11/4-9/01 Boston, Client Supplemental document reveiw in Cambridge and Winthrop Square | 204.41 |
| 12/04/01 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 120401; DATE: 12/4/2001 - TE: 11/4-9/01 Boston, Client Supplemental document reveiw in Cambridge and Winthrop Square | 1,959.05 |
| 12/05/01 | | Other Meal Expenses: VENDOR: Jennifer Hall; INVOICE#: 120401; DATE: 12/5/2001 - TE: 11/25-30/01 Boston, Client Supplemental Document review in Cambridge | 218.26 |
| 12/05/01 | | Other Meal Expenses: VENDOR: Johncie Wingard; INVOICE#: 120301; DATE: 12/5/2001 - TE: 11/26-30/01 Boston, Client Document Review | 49.09 |
| 12/05/01 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 120401; DATE: 12/5/2001 - TE: 11/25-30/01 Boston, Client Supplemental Document review in Cambridge | 1,077.64 |
| 12/05/01 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 120301; DATE: 12/5/2001 - TE: 11/26-30/01 Boston, Client Document Review | 746.24 |
| 12/07/01 | 2 | Facsimile | 2.00 |
| 12/10/01 | 2 | Facsimile | 2.00 |
| 12/10/01 | | Other Meal Expenses: VENDOR: Travis T. Tygart; INVOICE#: 120901; DATE: 12/10/2001 - TA: 11/11-16/01 Boston, Client | 97.75 |
| 12/10/01 | | Travel Expense: VENDOR: Travis T. Tygart; INVOICE#: 120901; DATE: 12/10/2001 - TA: 11/11-16/01 Boston, Client Travel to Boston to reveiw documents for WR Grace, Asbestos case | 1,819.88 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

Page        60
Invoice No.:   585053
Client  No.:   04339
Matter  No.:   00400

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/11/01 | 2 | Photocopies | 0.40 |
| 12/11/01 | 4 | Photocopies | 0.80 |
| 12/13/01 | | Long Distance Telephone:  6178761400 | 0.80 |
| 12/13/01 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 121101; DATE: 12/13/2001  -  TE: 11/26-30/01 Boston, Client Manage document review project | 204.43 |
| 12/13/01 | | Other Meal Expenses: VENDOR: Roxane J. Perruso; INVOICE#: 121101; DATE: 12/13/2001  -  TE: 12/2-7/01 Boston, Client Document review | 168.25 |
| 12/13/01 | | Other Meal Expenses: VENDOR: Susan Haag; INVOICE#: 121001; DATE: 12/13/2001  -  TE: 12/2-7/01 Boston, Client Doc Review | 229.10 |
| 12/13/01 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 120301; DATE: 12/13/2001  -  TE: 11/26-30/01 Boston, Client Supplemental document review in Cambridge & Winthrop Square | 226.65 |
| 12/13/01 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 121001; DATE: 12/13/2001  -  TE: 12/2-7/01 Boston Client To conduct document review at Cambridge re; response to EPA's information request | 190.03 |
| 12/13/01 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 121101; DATE: 12/13/2001  -  TE: 11/26-30/01 Boston, Client Manage document review project | 787.41 |
| 12/13/01 | | Travel Expense: VENDOR: Roxane J. Perruso; INVOICE#: 121101; DATE: 12/13/2001  -  TE: 12/2-7/01 Boston, Client Document review | 997.55 |
| 12/13/01 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 121001; DATE: 12/13/2001  -  TE: 12/2-7/01 Boston, Client Doc Review | 822.87 |
| 12/13/01 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 120301; DATE: 12/13/2001  -  TE: 11/26-30/01 Boston, Client Supplemental document review in Cambridge & Winthrop Square | 1,590.76 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

Page         61
Invoice No.:  585053
Client  No.:  04339
Matter  No.:  00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/13/01 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 121001; DATE: 12/13/2001 - TE: 12/2-7/01 Boston Client To conduct document review at Cambridge re; response to EPA's information request | 999.27 |
| 12/14/01 | 217 | Photocopies | 43.40 |
| 12/18/01 | 6 | Photocopies | 1.20 |
| 12/19/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 15313; DATE: 12/19/2001 - Airfare: 12/02-12/07 Denver Boston/Boston Denver. SHaag | 874.00 |
| 12/19/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 15315; DATE: 12/19/2001 - Airfare: 12/09-12/14 Denver Boston/Boston Denver. GBarry | 726.00 |
| 12/19/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 15325; DATE: 12/19/2001 - Airfare: Denver Boston/Boston Denve/Mary Floyd | 516.00 |
| 12/19/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 15326; DATE: 12/19/2001 - Airfare: Denver Boston/boston Denver. MFloyd | 505.00 |
| 12/19/01 | | Travel Expense: VENDOR: Majest International; INVOICE#: 15333; DATE: 12/19/2001 - Airfare: Denver Boston/Boston Denver DWall. | 366.75 |
| 12/20/01 | | Other Meal Expenses: VENDOR: Jennifer Hall; INVOICE#: 121701; DATE: 12/20/2001 - TE: 11/25-30/01 Boston Client Supplemental document review in Cambridge | 299.71 |
| 12/20/01 | | Other Meal Expenses: VENDOR: Natalie Aberle; INVOICE#: 122001; DATE: 12/20/2001 - TE: 12/9-14/01 Boston, Client Supplemental document reveiw in Cambridge | 197.65 |
| 12/20/01 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 121701; DATE: 12/20/2001 - TE: 11/25-30/01 Boston Client Supplemental document review in Cambridge | 1,616.32 |
| 12/20/01 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 122001; DATE: 12/20/2001 - TE: 12/9-14/01 Boston, Client Supplemental document reveiw in Cambridge | 810.48 |

Holme Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | | | |
|---|---|---|---|
| | | Page | 62 |
| | | Invoice No.: | 585053 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/26/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-93047; DATE: 12/26/2001 - Account # 0802-0410-8. To Ms. Joan L. Sherman, Cambridge MA 02140 | 14.59 |
| 12/26/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-93047; DATE: 12/26/2001 - Account # 0802-0410-8. To Grace & Co. Cambridge MA. | 28.00 |
| 12/26/01 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-027-93047; DATE: 12/26/2001 - Account # 0802-0410-8. To Matt Murphy, Boston MA | 55.96 |
| 12/27/01 | | Other Meal Expenses: VENDOR: Mary E. Floyd; INVOICE#: 122201; DATE: 12/27/2001 - TE: 12/16-21/01 Boston, Client Review of documents re: EPA 104(e) request & litigation discovery request | 119.16 |
| 12/27/01 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 122201; DATE: 12/27/2001 - TE: 12/16-21/01 Boston, Client Review of documents re: EPA 104(e) request & litigation discovery request | 968.76 |
| 12/29/01 | | Other Meal Expenses: VENDOR: Roxane J. Perruso; INVOICE#: 122701; DATE: 12/29/2001 - TE: 12/16-20/01 Boston, Client Review of Documents | 63.54 |
| 12/29/01 | | Travel Expense: VENDOR: Roxane J. Perruso; INVOICE#: 122701; DATE: 12/29/2001 - TE: 12/16-20/01 Boston, Client Review of Documents | 796.50 |
| 12/31/01 | | Legal Assistant Overtime: LA overtime  12/1/2001  JW | 379.50 |
| 12/31/01 | | Legal Assistant Overtime: LA overtime  12/31/2001  SH | 600.00 |
| 12/31/01 | | Legal Assistant Overtime: LA overtime  12/31/2001  CL | 618.75 |

**Total Disbursements:**                    $  **22,028.88**

Reed Smith Roberts & Owen LLP

January 23, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 585053 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 45.80 |
| Facsimile | | 4.00 |
| Long Distance Telephone | | 0.80 |
| Outside Courier | | 131.52 |
| Travel Expense | | 17,980.48 |
| Other Meal Expenses | | 2,268.03 |
| Legal Assistant Overtime | | 1,598.25 |
| **Total Disbursements:** | **$** | **22,028.88** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | | *Outstanding Balance on Invoice 583055:* | *$ 103,569.25* |

| | |
|---|---|
| **Total Outstanding Invoices:** | **$ 103,569.25** |
| **Trust Applied to Matter** | **$        0.00** |
| **Current Fees and Disbursements** | **$ 119,728.88** |
| **Total Balance Due This Matter** | **$ 223,298.13** |

# EXHIBIT B

## ATTORNEYS

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $300.00 | 108.80 | $32,640.00 |
| Kenneth W. Lund | Partner | Environmental | $325.00 | 92.40 | $30,030.00 |
| Charlotte L. Neitzel | Partner | Environmental | $275.00 | 151.40 | $41,635.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 203.40 | $61,020.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 36.10 | $9,025.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $250.00 | 19.00 | $4,750.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $265.00 | 3.80 | $1,007.00 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 107.70 | $25,848.00 |
| Brent A. Tracy | Associate | Environmental | $210.00 | 53.50 | $11,235.00 |
| Roxane J. Perruso | Associate | Litigation | $210.00 | 80.40 | $16,884.00 |
| Mark R. Gordon | Associate | Litigation | $180.00 | 1.60 | $288.00 |
| Barry, Geoffrey | Associate | Environmental | $210.00 | 30.40 | $6,384.00 |
| Barry, Geoffrey | Associate | Environmental | $220.00 | 111.90 | $24,618.00 |
| Kunstle, David | Associate | Corporate | $225.00 | 0.30 | $67.50 |
| Hall, Jennifer | Associate | Environmental | $220.00 | 135.80 | $29,876.00 |
| Wall, Douglas | Associate | Corporate | $185.00 | 61.80 | $11,433.00 |
| Bono, Eric | Associate | Corporate | $175.00 | 3.30 | $577.50 |
| Tygert, Travis | Associate | Corporate | $175.00 | 54.70 | $9,572.50 |
| Edward E. Stevenson | Sr. Counsel | Environmental | $210.00 | 32.00 | $6,720.00 |
| **TOTAL** | | | | **1288.3** | **$323,610.50** |

## PARAPROFESSIONALS

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 112.10 | $12,331.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $ 90.00 | 212.70 | $19,143.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 177.60 | $19,536.00 |

| Johncie Wingard | Paralegal | Corporate | $110.00 | 101.00 | $11,110.00 |
|---|---|---|---|---|---|
| Natalie Aberle | Paralegal | Environmental | $100.00 | 48.90 | $4,890.00 |
| Natalie Aberle | Paralegal | Environmental | $110.00 | 80.50 | $8,855.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 107.80 | $9,163.00 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 84.90 | $7,216.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 81.30 | $7,317.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $ 90.00 | 53.60 | $4,824.00 |
| William E. Payne | Info. Spec. | Environmental | $ 75.00 | 101.30 | $7,597.50 |
| William E. Payne | Info. Spec. | Environmental | $ 85.00 | 82.80 | $7,038.00 |
| **TOTAL** | | | | 1244.5 | $119,021.00 |

#789998 v1

# EXHIBIT C

## EXPENSES

| DESCRIPTION | TOTAL |
|---|---|
| Photocopies | $8,563.70 |
| Facsimiles | $410.00 |
| Long Distance Telephone | $169.50 |
| Outside Courier | $1,148.63 |
| Travel Expense | $34,548.44 |
| Lexis | $3,541.72 |
| Westlaw | $2,159.54 |
| Meal Expenses | $3,497.04 |
| Outside Reproduction | $42.50 |
| Overtime | $5,667.00 |
| Other Expenses | $14,802.00 |
| Velo Binding | $8.00 |
| Secretarial Support | $61.25 |
| Word Processing | $150.00 |
| TOTALS | $74,769.32 |