IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE

SS:

NEW CASTLE COUNTY

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, I certify further that service of the Order Of Court Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bank. P. 2014 and 2016 Authorizing the Retention and Employment of Hamilton Rabinovitz, & Alschuler, Inc. as Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to May 2, 2001 was served on the 2002 Service List, by First-Class Mail or Hand-Delivery, on February 26, 2002.

_____
Theodore J. Tacconelli, Esq.

SWORN TO AND SUBSCRIBED before me this 1st day of March 2002.

_____
NOTARY PUBLIC - Attorney at Law

TJT/msj
F:\Meredith\TJT\WRGraceCommittee\AffservRabin.wpd