# EXHIBIT A

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      926098
One Town Center Road                     Invoice Date      02/28/02
Boca Raton, FL   33486                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

    Fees                              152,389.50

                     TOTAL BALANCE DUE UPON RECEIPT      $ 152,389.50
                                                        ==============

EXHIBIT A

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 926098 |
| One Town Center Road | Invoice Date | 02/28/02 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

==================================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/02 | Butcher | Document review | 3.20 |
| 01/02/02 | Cameron | Telephone call with R. Finke regarding consultant meetings (.3); Meeting with J. Restivo regarding hearing (.1). | .40 |
| 01/02/02 | Cindrich | Document review. | 7.00 |
| 01/02/02 | DeMarchi Sleigh | Document review | 8.10 |
| 01/02/02 | Devine | Document review. | 8.90 |
| 01/02/02 | Flatley | E-mails (.20); review accumulated correspondence and outline things to do (1.40); call with B. Beber re: Pittsburgh hearing and follow-up with J. Restivo (.10). | 1.70 |
| 01/02/02 | Haines | Memo to Atkinson re: document review schedule (0.1); memo to Atkinson re: South Carolina ore tremolite (0.1); review Restivo memo re: results of attorney review (0.5); multi memos to Sherman re: box status chart (0.3); memos to Murphy re: scanning of goldenrod triplicates (0.2); memos to On-Site re: same (0.2); memos to Hindman re: programming of attachment ranges (0.2). | 1.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  926098
60026  Special Abestos Counsel                   Page   2
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/02/02 | Muha | Document review. | .10 |
| 01/02/02 | Restivo | Telephone calls with R. Finke and B. Beber | .50 |
| 01/02/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 01/03/02 | Butcher | Document review | 3.20 |
| 01/03/02 | Cameron | Attend hearing before Judge Fitzgerald and report regarding same. | 2.90 |
| 01/03/02 | Cindrich | Document review. | 8.90 |
| 01/03/02 | DeMarchi Sleigh | Document review | 5.00 |
| 01/03/02 | Devine | Document review. | 8.20 |
| 01/03/02 | Haines | Telephone call to Atkinson re: attachment range and rating review (0.2); memos re: same (0.6); conference with Sullivan re: Boston staffing (0.3); conference with Trevelise re: same (1.0); telephone call with Atkinson re: same (0.2); memos re: same (0.2); corrections to database re: attorney review (invoices) (3.5). | 6.00 |
| 01/03/02 | Muha | Document review. | 2.10 |
| 01/03/02 | Restivo | Discussions re Grace hearing in Pittsburgh | .50 |
| 01/04/02 | Atkinson | Reviewing, printing documents from Summation, for associates' review. | .60 |
| 01/04/02 | Butcher | Document review | .30 |
| 01/04/02 | Cameron | E-mails to R. Finke regarding open issues. | .70 |
| 01/04/02 | Cindrich | Document review. | 8.00 |
| 01/04/02 | DeMarchi Sleigh | Document review | 8.00 |
| 01/04/02 | Devine | Document review. | 7.60 |

172573 W. R. Grace & Co.                              Invoice Number  926098
60026  Special Abestos Counsel                        Page    3
       February 28, 2002


|   Date   | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 01/04/02 | Flatley | Call with D. Siegel and follow up re: Pittsburgh hearing, including e-mails (.40); with D. Cameron re: hearing results (.10). | .50 |
| 01/04/02 | Haines | Conference with Sullivan re: staffing (0.3); conference with Trevelise re: same (0.1); conference with Slade re: same (0.3); memos re: same (0.5); telephone call with Green re: 1/9/02 pick-up (0.2); two telephone calls with Anderson re: same (0.3); memos re: same (0.2); memo to Sherman re: box status list (0.2); memos re: attachment ranges (0.6); revise database re: invoice changes (1.8). | 4.50 |
| 01/04/02 | Jones | Brief conferences with J. Sullivan and S. Haines re document review project in Boston. | .20 |
| 01/04/02 | Muha | Document review. | 9.00 |
| 01/04/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 01/06/02 | Haines | Review coding instructions and manual, and revision thereto in preparation for training of new temps while traveling to Boston, Massachusetts. | 3.00 |
| 01/07/02 | Atkinson | Reviewing e-mails re: document scanning issues (.2); reviewing printing documents from Summation database for attorney review (1.8); e-mails, telephone calls re: staffing in Boston for continuing review of documents (.5). | 2.50 |
| 01/07/02 | Butcher | Document review | .70 |
| 01/07/02 | Cindrich | Document review. | 9.00 |
| 01/07/02 | Cleversy | Conferences with M. Atkinson re: Boston staffing job requirements. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  926098
60026  Special Abestos Counsel                    Page    4
       February 28, 2002


   Date   Name                                              Hours
-------- -----------                                        -----

01/07/02 DeMarchi Sleigh  Document review                    7.70

01/07/02 Devine           Document review.                   8.60

01/07/02 Flatley          Review correspondence and respond  1.30
                          to it (.30); review e-mail from D.
                          Cameron re: bankruptcy hearing
                          events and brief discussion with
                          D. Cameron (.50); conference call
                          with W. Sparks and D. Cameron
                          (.50).

01/07/02 Haines           Multi memos re: Boston staffing    8.50
                          (1.0); multi memos re: additional
                          review boxes for Winthrop (0.2);
                          telephone call to Sherman re: same
                          (0.1); multi conferences with
                          Anderson re: same (0.4); multi
                          memos re: attachment range issues
                          (0.9); memo re: On-Site weekly
                          status report (0.1); memos re:
                          coding questions (0.3); document
                          review (4.5); training of new
                          temps (1.0).

01/07/02 Jones            Further conference with S. Haines    .30
                          re Boston project and confer with
                          J. Sullivan and V. Slade re
                          scheduling.

01/07/02 Slade            Meet with Janet Sullivan and         .50
                          Melody Jones re: Boston project
                          scheduling.

01/08/02 Atkinson         Reviewing, printing documents from  1.40
                          database for attorney review
                          (1.1); e-mails re: Boston
                          staffings for document review (.3).

01/08/02 Butcher          Document review.                    3.50

01/08/02 Cindrich         Document review.                    8.50

01/08/02 Cleversy         Preparation for Boston document      .50
                          production.

01/08/02 DeMarchi Sleigh  Document review                      .40

01/08/02 Devine           Document review.                    8.70

```
172573 W. R. Grace & Co.                        Invoice Number  926098
 60026  Special Abestos Counsel                 Page   5
        February 28, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/08/02 | Flatley | Conference call with R. Finke, D. Kuchinsky, D. Bernick (.50); review miscellaneous correspondence (.20). | .70 |
| 01/08/02 | Haines | Document review (5.3); multi memos re: attachment range issues for database (1.0); memos re: document review schedule (0.3); multi conferences with Anderson re: staffing and additional boxes for review (0.5). | 7.10 |
| 01/08/02 | Muha | Document review. | 8.40 |
| 01/09/02 | Butcher | Document review. | 2.00 |
| 01/09/02 | Cindrich | Document review. | 8.70 |
| 01/09/02 | Devine | Document review. | 8.70 |
| 01/09/02 | Flatley | Reviewing Mealey's articles on bankruptcy court developments. | .40 |
| 01/09/02 | Haines | Memos re: Cambridge boxes (0.4); telephone calls re: same (0.3); multi conferences with Anderson re: same (0.5); memos re: attachment ranges and scanning issues (0.5) ; memo re: Hoyle Morris boxes (0.1); document review (5.2); conference with Anderson re: staffing (0.2); memos re: same (0.2). | 7.40 |
| 01/09/02 | Muha | Document review. | 2.80 |
| 01/09/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 01/10/02 | Cindrich | Document review. | 8.40 |
| 01/10/02 | Cleversy | Preparation for Boston document production. | 1.00 |
| 01/10/02 | Devine | Document review. | 7.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  926098
 60026 Special Abestos Counsel                  Page   6
        February 28, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/10/02 | Haines | Review and answer coding questions (2.9); memos re: attached range issues (0.3); memo to Atkinson re: document review schedule (0.1). | 3.30 |
| 01/10/02 | Haines | Conference with Trevelise re: same (0.2); two telephone calls with Murphy re: review staffing and status (0.3). | .50 |
| 01/10/02 | Muha | Document review. | 1.70 |
| 01/11/02 | Atkinson | Reviewing, printing documents from summation for attorney review (.7); e-mails to J. Cleversy re: document review in Boston (.5). | 1.20 |
| 01/11/02 | Bentz | Conference with L. Flatley regarding witness interviews (0.3); review of historical case outline (0.75); meeting with A. Muha and J. Butcher regarding compilation of historical case outline (0.5). | 1.55 |
| 01/11/02 | Butcher | Document review | 2.40 |
| 01/11/02 | Cameron | Review e-mails from R. Finke regarding EPA work and telephone call with R. Finke regarding same. | .60 |
| 01/11/02 | Cindrich | Document review. | 8.30 |
| 01/11/02 | Cleversy | Preparation for Boston document production. | 1.20 |
| 01/11/02 | Devine | Document review. | 8.10 |
| 01/11/02 | Flatley | E-mails (.20); with J. Bentz re: follow up on case outline (.40); review articles forwarded by R. Finke and reply (.40). | 1.00 |
| 01/11/02 | Haines | Compile training materials for new coders (0.7); conference with Jones and Slade re: background for coding (1.0); telephone call with Thornton re: attachment range issues (0.5). | 2.20 |

172573 W. R. Grace & Co.                          Invoice Number  926098
60026  Special Abestos Counsel                    Page   7
       February 28, 2002

| Date | Name | | Hours |
|------|------|---|-------|

01/11/02 Jones          Meeting with S. Haines, V. Slade      .50
                        re Boston project.

01/11/02 Muha           Meet with J. Bentz and J. Butcher     .40
                        re: Grace storage project.

01/11/02 Slade          Meet with Susan Haines to discuss    1.00
                        Boston project, travel case
                        summary and billing.

01/11/02 Trevelise      Review correspondence re: status      .20
                        of document review (.1);
                        conference with S. Haines re:
                        status of document review (.1).

01/12/02 Cameron        Review materials for meeting in       .60
                        Chicago.

01/13/02 Atkinson       Review materials for Boston          1.50
                        document review.

01/13/02 Butcher        Document review                      3.00

01/13/02 Cleversy       Review materials for Boston          1.50
                        document review.

01/14/02 Atkinson       Reviewing W. R. Grace documents in   8.20
                        Boston.

01/14/02 Bentz          Reviewing and summarizing news       1.00
                        articles regarding Grace, Libby
                        and the EPA.

01/14/02 Butcher        Document review                       .40

01/14/02 Cindrich       Document review.                     9.10

01/14/02 Cleversy       Review of Coding Manuals (5.5);      8.00
                        conferences with Maureen Atkinson
                        and Susan Haines re: document
                        production procedures (2.5).

01/14/02 DeMarchi Sleigh  Document review                     .30

01/14/02 Devine         Document review.                     4.10

01/14/02 Flatley        Call with W. Sparks (.30); follow     .50
                        up re: preparation for California
                        meetings (.20).

```
172573 W. R. Grace & Co.                    Invoice Number  926098
60026  Special Abestos Counsel              Page   8
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/14/02 | Haines | Reviewing training materials to be covered with new coders, while travelling to Boston (2.2); general background training Cleverly (1.0); telephone calls re: Boston staffing (0.8); memos re: same (0.5); memos re: coding issues (0.4); telephone conference with Murphy re: attachment range issue (0.1); memos re: pick-up for 1/16/02 (0.2); document review (4.0); memos re: cost recovery action (0.2). | 9.40 |
| 01/14/02 | Muha | Document review (8.0); read witness interview memos for Grace storage project (1.70). | 9.70 |
| 01/14/02 | Restivo | Review newest material | .50 |
| 01/15/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.30 |
| 01/15/02 | Butcher | Document review | .50 |
| 01/15/02 | Cameron | Review materials from R. Finke and telephone call with R. Finke regarding meeting. | .80 |
| 01/15/02 | Cindrich | Document review. | 8.60 |
| 01/15/02 | Cleversy | Review of documents at the Boston repository. | 8.00 |
| 01/15/02 | DeMarchi Sleigh | Document review | 2.00 |
| 01/15/02 | Devine | Document review. | 6.70 |
| 01/15/02 | Haines | Train Cleversly re: specific coding issues (1.4); conference with Murphy re: attachment range (1.2); telephone call with Thornton re: same (0.4); telephone call with On-Site re: 1/16/02 pick-up (0.1); memos re: same (0.2); memo to Murphy re: Hoyle Morris boxes (0.2); conference with HRO re: cost recovery documents (0.2); document review (4.3). | 8.00 |

172573 W. R. Grace & Co.                              Invoice Number  926098
60026  Special Abestos Counsel                        Page    9
       February 28, 2002


    Date   Name                                                  Hours
  -------- -----------                                           -----


01/15/02 Muha              Document review (5.0); read            6.10
                           interview memos from meetings with
                           four Grace employees (1.1).

01/16/02 Atkinson          Reviewing W. R. Grace documents in     8.40
                           Boston.

01/16/02 Bentz             Obtaining materials for witness         .30
                           interviews (0.3); review of
                           documents (0.4).

01/16/02 Butcher           Review of materials to prepare the     3.70
                           story of Grace's vermiculite
                           products

01/16/02 Butcher           Document review                       1.60

01/16/02 Cameron           E-mail with R. Finke and prepare      1.20
                           for meeting in Chicago.

01/16/02 Cindrich          Document review.                       8.30

01/16/02 Cleversy          Review of documents at the Boston     8.00
                           repository.

01/16/02 DeMarchi Sleigh   Document review                        .50

01/16/02 Flatley           Review article re: Libby (.10);        .90
                           circulating report (.10); e-mails
                           from/to W. Sparks re: California
                           trip (.10); organizing preparation
                           for California (.60).

01/16/02 Haines            Document review (4.0); telephone      4.40
                           calls, memos re: pick-up/return of
                           boxes (0.4).

01/16/02 Muha              Document review.                       5.70

01/17/02 Atkinson          Reviewing W. R. Grace documents in    8.90
                           Boston.

01/17/02 Bentz             Revising and summarizing news          .75
                           articles regarding Grace.

01/17/02 Butcher           Review materials to prepare Grace     1.20
                           story of vermiculite products

```
172573 W. R. Grace & Co.                    Invoice Number  926098
60026  Special Abestos Counsel              Page  10
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/17/02 | Cameron | Prepare for and meet with A. Running and potential consultant (5.20); review materials from meeting (1.50); telephone report and prepare memo regarding same (.80); review material for fee applications (.90). | 8.40 |
| 01/17/02 | Cindrich | Document review. | 4.00 |
| 01/17/02 | Cleversy | Review of client documentation at the Boston repository. | 8.00 |
| 01/17/02 | Flatley | E-mails re: California trip. | .10 |
| 01/17/02 | Haines | Conference call with Murphy, Trevelise, Coggon re: document review status and search for cost recovery documents, and Boulder review (1.0); memos re: On-Site January invoice (0.1); memos re: document review schedule (0.5); memo re: Boston staffing (0.1); conference with Trevelise re: same (0.1). | 1.70 |
| 01/17/02 | Muha | Document review and review materials from Grace storage project. | 1.10 |
| 01/17/02 | Trevelise | Conference with S. Haines re: status of document review project (.2); conference call with M. Murphy and K. Coggon re: status of project, Boulder documents and EPA requirements (.8). | 1.00 |
| 01/18/02 | Atkinson | Reviewing Summation re: new On-Site documents scanned (.3); printing documents for attorney review (.4). | .70 |
| 01/18/02 | Butcher | Document review | 1.00 |
| 01/18/02 | Cameron | Prepare for and attend meeting with R. Finke and potential cosultant concerning EPA work (6.50); review notes from meeting and summarize (.70). | 7.20 |

```
172573 W. R. Grace & Co.                      Invoice Number  926098
60026  Special Abestos Counsel                Page  11
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 01/18/02 | Cindrich | Document review. | 9.20 |
| 01/18/02 | Flatley | Arrangements re: California trip. | .20 |
| 01/18/02 | Muha | Document review. | 5.90 |
| 01/19/02 | Bentz | Review of documents regarding witness and preparing for witness interview. | 3.00 |
| 01/20/02 | Butcher | Document review | 3.50 |
| 01/21/02 | Butcher | Review of materials to prepare Grace story | 1.70 |
| 01/21/02 | Cameron | Review materials from meetings with consultant and prepare outlines (1.70); telephone call with Larry Flatley and W. Sparks re: witness issues (.80) | 2.50 |
| 01/21/02 | Cindrich | Document review. | 8.40 |
| 01/21/02 | Devine | Document review. | 5.30 |
| 01/21/02 | Flatley | Call with W. Sparks and, in part, D. Cameron and brief follow up (90); review EPA report and various correspondence (1.40). | 2.30 |
| 01/21/02 | Haines | Train new coders (1.5); telephone call with On-Site re: attachment range (0.1); memos to Atkinson re: fibre project documents (0.3); review fibre project documents (0.5); memos re: Summation load files (0.3); document review (5.1). | 7.80 |
| 01/21/02 | Jones | Review of coding manuals (5.5); meeting with S. Haines and V. Slade to discuss coding procedures (1.0). | 6.50 |
| 01/21/02 | Muha | Document review. | 7.80 |
| 01/21/02 | Slade | Training re: WR Grace document coding procedures; review instruction manuel. | 6.00 |
| 01/22/02 | Butcher | Document review | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  926098
60026  Special Abestos Counsel             Page  12
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/22/02 | Cameron | E-mail from R. Finke regarding request for information and review files for same (.80); continue consultant summaries (1.30). | 2.10 |
| 01/22/02 | Cindrich | Document review. | 6.80 |
| 01/22/02 | Devine | Document review. | 5.60 |
| 01/22/02 | Flatley | Review notes of 7/00 meeting and e-mail to W. Sparks, et al. about it (1.00); call with J. Bentz re: meeting (.10); call with T. Antezana re: document follow up (.10). | 1.20 |
| 01/22/02 | Haines | Memos re: weekly status reports (0.3); train new coder (1.0); document review (4.0); attic testing documents for Atkinson (0.5); answer coding questions (0.6). | 6.40 |
| 01/22/02 | Jones | Review and coding of documents. | 8.00 |
| 01/22/02 | Muha | Document review. | .70 |
| 01/22/02 | Restivo | Audit letter response | 1.00 |
| 01/22/02 | Slade | Review Code documents | 8.00 |
| 01/22/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 01/23/02 | Atkinson | Reviewing e-mails re: unscannable procedures (.2); reviewing Summation re: addition of On-Site documents scanned (.3). | .50 |
| 01/23/02 | Bentz | Meeting with A. Muha and J. Butcher regarding project on historical case defense (1.2); preparation of historical case defense (2.0). | 3.20 |
| 01/23/02 | Butcher | Meeting re: preparation of Grace story (1.2); review of materials to prepare Grace story (3.5) | 4.70 |

| Date | Name | | Hours |
|------|------|--|-------|
| 01/23/02 | Cameron | Review draft materials and e-mails relating to fee applications (1.1); Review materials received from consultant for attic insulation matters (1.7). | 2.80 |
| 01/23/02 | Cindrich | Document review. | 8.30 |
| 01/23/02 | Cleversy | Preparation for document reviews in Boston. | .70 |
| 01/23/02 | Devine | Document review. | 1.50 |
| 01/23/02 | Flatley | With J. Bentz re: organizing of assignment on an outline and follow up on J. Bentz meeting. | .70 |
| 01/23/02 | Haines | Memorandum re: coding issues (0.4); memos re: time entry (0.2); document review (1.0). | 1.60 |
| 01/23/02 | Jones | Review and coding of documents. | 8.00 |
| 01/23/02 | Lord | Research docket for objection status re: fee applications (3); review and edit fifth monthly application and first quarterly application (.6); prepare certificates of service (.3); prepare filing and coordinate service of same (.5); various e-correspondence with Mr. Cameron re: same (.5); contact debtor's counsel re: application procedure (.2); contact judge's chambers re: same (.2); research docket and prepare proposed form of order (.5). | 2.60 |
| 01/23/02 | Muha | Document review (4.0); meet with J. Bentz and J. Butcher re: Grace storage project (1.20). | 5.20 |
| 01/23/02 | Slade | Review Code documents | 5.60 |
| 01/23/02 | Trevelise | Review correspondence re: document review issues. | .20 |

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/24/02 | Cameron | E-mails and telephone call with R. Finke regarding request for Grace historical data (.6); Review files and summarize regarding same to provide to R. Finke (2.3). | 2.90 |
| 01/24/02 | Cindrich | Document review. | 7.20 |
| 01/24/02 | DelSole | Review of media reports regarding vermiculite (.4); review of regulatory information concerning vermiculite products (.3); review of EPA Region VIII materials (.3). | 1.00 |
| 01/24/02 | Flatley | E-mail from W. Sparks (.20); D. Cameron (.10). | .30 |
| 01/24/02 | Haines | Multi memos re: Boston staffing. | .20 |
| 01/24/02 | Jones | Review and coding of documents. | 5.50 |
| 01/24/02 | Muha | Document review. | 2.30 |
| 01/24/02 | Trevelise | Telephone call with K. Coggon re: status of document review project (.2); conference with S. Haines re: document review project (.1); review correspondence re: document review project (.2). | .50 |
| 01/25/02 | Antezana | Document review re witness meetings. | .30 |
| 01/25/02 | Cameron | E-mails regarding potential new work for consultant (.7); Review air sample data (.9); Review materials for fee application (.8). | 2.40 |
| 01/25/02 | Cindrich | Document review. | 7.30 |
| 01/25/02 | Devine | Document review. | .70 |
| 01/25/02 | Flatley | E-mail and reply (.10); call with D. Cameron (.10). | .20 |
| 01/25/02 | Haines | Memos re: January invoice (0.3); On-Site status memo (0.3); memos re: pick-up/deliveries for next week (0.4); memos re: attachment (0.4); memos re: summation data load (0.3); memos re: Boston | 2.60 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        February 28, 2002

Invoice Number  926098
Page  15

| Date | Name | | Hours |
|------|------|---|-------|
| | | staffing and coding progress (0.6); memo re: coding questions (0.1); memos re: Boulder scanning contract (0.2). | |
| 01/25/02 | Muha | Document review. | 4.00 |
| 01/25/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 01/26/02 | Antezana | Document review re witness meetings. | .30 |
| 01/26/02 | Cameron | Prepare memo regarding meeting with consultant and research data. | 1.60 |
| 01/26/02 | Flatley | Review W. Sparks e-mail and outline issues. | .80 |
| 01/26/02 | Muha | Document review. | 2.60 |
| 01/27/02 | Atkinson | Review materials for Boston document review. | 1.30 |
| 01/28/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.00 |
| 01/28/02 | Butcher | Document review | 2.00 |
| 01/28/02 | Cindrich | Document review. | 8.70 |
| 01/28/02 | DeMarchi Sleigh | Document review | .60 |
| 01/28/02 | Flatley | Review notes and e-mail to W. Sparks, et al. (.70); preparation for W. Sparks call wand call with W. Sparks (.40); messages to/from D. Cameron and call with him re: conference call (.20); follow up call with W. Sparks (.10). | 1.40 |
| 01/28/02 | Haines | Memos re: this week's pick-ups (0.3); memos re: On-Site invoice (0.2); memos re: problem boxes (0.2); telephone call with Sherman re: same (0.1); multi memos re: unscannable procedure (0.4); telephone call with Thornton re: outstanding scanning issues (0.2); memos re: same (0.2); memos re: CDs Nos. 3 and 4 for loading (0.2). | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  926098
60026  Special Abestos Counsel                    Page  16
       February 28, 2002

```
  Date   Name                                              Hours
-------- -----------                                       -----
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/28/02 | Jones | Review and coding of documents for responsiveness to EPA and discovery requests. | 7.90 |
| 01/28/02 | Restivo | Telephone calls with D. Siegel and D. Cameron | .50 |
| 01/28/02 | Trevelise | Review correspondence re: document review issues and status. | .10 |
| 01/29/02 | Antezana | Document review re witness meetings. | 1.80 |
| 01/29/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.20 |
| 01/29/02 | Butcher | Document review | 1.70 |
| 01/29/02 | Cameron | Finalize memo regarding consultant meeting (.9); Telephone call with L. Flatley, W. Sparks, and R. Finke regarding testing (.7). | 1.60 |
| 01/29/02 | Cindrich | Document review. | 8.50 |
| 01/29/02 | Cleversy | Conferences with Valerie Slade re: scheduling. | .40 |
| 01/29/02 | DeMarchi Sleigh | Document review | 2.00 |
| 01/29/02 | Devine | Document review. | 4.50 |
| 01/29/02 | Flatley | Conference call with W. Sparks, R. Finke and D. Cameron (.80); respond to e-mail (.10). | .90 |
| 01/29/02 | Haines | Memos re: pick-up for Thursday (0.4); memos re: Boulder scanning contract (0.3); memos re: outstanding scanning issues (0.5); telephone call with Coggon re: Boulder contract (0.2); conference with Trevelise (0.1). | 1.50 |
| 01/29/02 | Jones | Review and coding of documents for responsiveness to EPA and discovery requests. | 7.90 |

```
172573 W. R. Grace & Co.                        Invoice Number  926098
60026  Special Abestos Counsel                  Page   17
       February 28, 2002
```

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/29/02 | Lord | Various e-correspondence with Ms. Lykens re: filing of quarterly and monthly fee application (.6); prepare certificate of service and affidavit for monthly application (.3); prepare and redact exhibits to monthly fee application (.5). | 1.40 |
| 01/29/02 | Restivo | Review collected material (.70); telephone call with D. Siegel re: planning (.30) | 1.00 |
| 01/29/02 | Trevelise | Review correspondence re; status of document review project in Boston and Boulder. | .20 |
| 01/30/02 | Antezana | Preparing witness binders for meetings. | .30 |
| 01/30/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.60 |
| 01/30/02 | Bentz | Attending meeting regarding resulting document review (2.0); review of documents in preparation for witness interviews (4.3). | 6.30 |
| 01/30/02 | Butcher | Document review (1.0); meeting re: documents that have been reviewed (1.5) | 1.00 |
| 01/30/02 | Cameron | Prepare for (.40) and meet with Grace team regarding document review issues and strategy session (1.50). | 1.90 |
| 01/30/02 | Cindrich | Document review (6.50); document review strategy meeting with J. Restivo (1.50). | 8.00 |
| 01/30/02 | Cleversy | Scheduling matters. | .50 |
| 01/30/02 | DeMarchi Sleigh | Strategy meeting with Grace team. | 1.50 |
| 01/30/02 | DelSole | Conference regarding document issues and continued case handling. | 1.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  926098
60026  Special Abestos Counsel                  Page  18
       February 28, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

01/30/02 Devine     Document review (2.9); attend          4.40
                    document production meeting to
                    discuss general themes of what we
                    found in the documents (1.5).

01/30/02 Haines     Multi memorandums to Slade re:          .80
                    document review schedule (0.3);
                    telephone call with Murphy re:
                    unscannable and attachment
                    procedures (0.3); memos re: review
                    of problem boxes (0.2).

01/30/02 Jones      Review and coding of documents for     8.00
                    responsiveness to EPA and
                    discovery requests.

01/30/02 Lord       Review and edit monthly and            2.40
                    quarterly fee applications (.8);
                    prepare service and coordinate
                    filing of same (1.6).

01/30/02 McDaniel   Attended WRG Bankruptcy Team           1.10
                    meeting with J. Restivo

01/30/02 Muha       Meeting with Grace litigation team     1.20
                    to discuss document review
                    findings.

01/30/02 Rea        Met with J. Restivo and team on        4.00
                    document review (1.5); prepared
                    memo summarizing meeting on
                    documents (2.5)

01/30/02 Restivo    Planning meeting                       3.00

01/30/02 Trevelise  Review correspondence re: status        .10
                    of document review.

01/31/02 Atkinson   Reviewing W. R. Grace documents in     9.10
                    Boston and return to Pittsburgh.

01/31/02 Bentz      Review of documents in preparation     1.40
                    for witness interview.

01/31/02 Butcher    Document review.                        .20

01/31/02 Cameron    Review materials relating to            .90
                    consultant testing.

01/31/02 Cindrich   Document review.                       4.60

```
172573 W. R. Grace & Co.                        Invoice Number  926098
60026  Special Abestos Counsel                  Page  19
       February 28, 2002
```

```
   Date  Name                                              Hours
-------- -----------~                                     -----

01/31/02 Cleversy        Scheduling matters.               1.00

01/31/02 Devine          Work on document production.       .70

01/31/02 Haines          Memorandum re: attachment range   1.10
                         issue (0.1); memos re: problem
                         boxes for On-Site (0.1); memos re:
                         coding questions (0.2) memos re:
                         document review schedule (0.4);
                         memos re: Boulder scanning
                         contract (0.3).

01/31/02 Jones           Review and coding of documents for 5.50
                         responsiveness to EPA and
                         discovery requests.

01/31/02 Lord            E-correspondence with Ms. Lykens    .20
                         and Mr. Cameron re: status of fee
                         application filings.

01/31/02 Muha            Retrieve Grace documents for      3.00
                         distribution to Grace Team and
                         review materials for Grace Story.

01/31/02 Rea             Letter re property damage claims   .10
                                                          ------
                                         TOTAL HOURS      820.10
```

```
TIME SUMMARY               Hours         Rate         Value
-------------------------- ------   ------------      -------
Andrew J. Trevelise          3.10 at $  360.00  =    1,116.00
James J. Restivo Jr.         7.00 at $  430.00  =    3,010.00
Lawrence E. Flatley         15.10 at $  400.00  =    6,040.00
Douglas E. Cameron          41.50 at $  385.00  =   15,977.50
James W Bentz               17.50 at $  300.00  =    5,250.00
Stephen J. DelSole           2.00 at $  275.00  =      550.00
Scott M. Cindrich          173.80 at $  185.00  =   32,153.00
Lisa D. DeMarchi Sleigh     36.10 at $  185.00  =    6,678.50
Bryan C. Devine             99.60 at $  185.00  =   18,426.00
Jayme L. Butcher            42.80 at $  185.00  =    7,918.00
Jeffrey A. McDaniel          1.10 at $  185.00  =      203.50
Andrew J. Muha              79.80 at $  185.00  =   14,763.00
Traci Sands Rea              4.10 at $  265.00  =    1,086.50
Patricia E. Antezana         2.70 at $  200.00  =      540.00
M. Susan Haines             91.40 at $  150.00  =   13,710.00
John B. Lord                 6.60 at $  145.00  =      957.00
Maureen L. Atkinson         77.40 at $  120.00  =    9,288.00
Valerie Slade               21.10 at $  130.00  =    2,743.00
Janet L. Cleversy           39.10 at $  120.00  =    4,692.00
```

```
172573 W. R. Grace & Co.                    Invoice Number  926098
60026  Special Abestos Counsel              Page  20
       February 28, 2002
```

```
Melody A. Jones           58.30  at  $  125.00  =   7,287.50

                        CURRENT FEES                        152,389.50


                                                       - - - ~ - - - - - - - -
                        TOTAL BALANCE DUE UPON RECEIPT   $ 152,389.50
                                                       =============
```