# EXHIBIT B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 926098 |
| Invoice Date | 02/28/02 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.

(60026) Special Abestos Counsel

| | | |
|---|---|---|
| Expenses | 45,525.87 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $ 45,525.87 |

**EXHIBIT B**

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

Invoice Number 926098
Invoice Date 02/28/02
Client Number 172573
Matter Number 60026

===========================================================================

Re: (60026) Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/06/01 | ROSSI/M SUSAN 12NOV PHL BOS PHL | 654.50 |
| 11/06/01 | ROSSI/M SUSAN 26 NOV PHL BOS PHL | 654.50 |
| 11/08/01 | ATKINSON/MAUREEN L 13NOV PIT BOS PIT | .00 |
| 11/09/01 | ROSSI/M SUSAN 26NOV PHL BOS PHL | .00 |
| 11/09/01 | ROSSI/M SUSAN 26NOV PHL BOS PHL | .00 |
| 11/11/01 | ROSSI/M SUSAN 12NOV PHL BOS PHL | .00 |
| 11/18/01 | ROSSI/M SUSAN 26NOV PHL BOS PHL | .00 |
| 11/18/01 | ATKINSON/MAUREEN L 13NOV PIT BOS PIT | .00 |
| 12/01/01 | Outside Duplicating - INV 670 - VENDOR: PARCELS, INC.-D D R | 36.98 |
| 12/02/01 | FLATLEY/LAWRENCE E 04DEC PIT ORD PIT | -1007.00 |
| 12/02/01 | ATKINSON/MAUREEN L 26NOV PIT BOS PIT | -1002.99 |
| 12/09/01 | ATKINSON/MAUREEN L 11DEC PIT BOS PIT | -950.99 |
| 12/09/01 | Documentation Charge - INV 4199-VIRTUAL DOCKET - VENDOR: PARCELS, INC.-D D R | 70.00 |
| 12/09/01 | Outside Duplicating - INV 687 - VENDOR: PARCELS, INC.-D D R | 515.10 |
| 12/17/01 | Secretarial Overtime Print doc fr summation | 120.00 |

| | | |
|---|---|---|
| 12/18/01 | Secretarial Overtime Print summation docs for review by attorneys | 420.00 |
| 12/23/01 | Secretarial Overtime PRINT DOC FOR SUMMATION | 427.50 |
| 12/23/01 | Outside Duplicating - INV 722 - VENDOR: PARCELS, INC.-D D R | 468.18 |
| 12/26/01 | ROSSI/M SUSAN 26DEC PHL NYP PHL | 181.00 |
| 12/28/01 | 412-288-3201/PITTSBURGH, PA/9 | 2.70 |
| 12/29/01 | Secretarial Overtime PRINTING SUMMATION DOCS FOR REVIEW BY ATTORNEYS | 292.50 |
| 01/02/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/02/02 | ATTY # 0349: 4 COPIES | .60 |
| 01/02/02 | ATTY # 0349: 4 COPIES | .60 |
| 01/02/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/02/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/02/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/02/02 | 561-362-1533/BOCA RATON, FL/8 | 2.92 |
| 01/02/02 | 561-362-1959/BOCA RATON, FL/13 | 4.21 |
| 01/02/02 | Secretarial Overtime PRINT DOC SUMMATION | 307.50 |
| 01/02/02 | Secretarial Overtime PRINT SUMMATION DOCUMENTS FOR REVIEW BY ATTORNEYS | 495.00 |
| 01/02/02 | ROSSI/M SUSAN 07JAN PHL BOS PHL | 655.00 |
| 01/03/02 | 215-851-8232/PHILA, PA/16 | 4.80 |
| 01/03/02 | 561-362-1506/BOCA RATON, FL/1 | .32 |
| 01/03/02 | 561-362-1533/BOCA RATON, FL/2 | .97 |
| 01/04/02 | ATTY # 0856: 5 COPIES | .75 |
| 01/04/02 | ATTY # 0178: 2 COPIES | .30 |
| 01/04/02 | ATTY # 0856; 51 COPIES | 7.65 |

| | | |
|---|---|---|
| 01/04/02 | 617-542-3025/BOSTON, MA/4 | 1.32 |
| 01/04/02 | 617-542-3025/BOSTON, MA/7 | 2.63 |
| 01/04/02 | ROSSI/M SUSAN 06JAN PHL BOS PHL | 705.00 |
| 01/04/02 | ATKINSON/MAUREEN L 13JAN PIT BOS PIT | 961.49 |
| 01/05/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/05/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/05/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/05/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/05/02 | ATTY # 0856; 1 COPIES | .15 |
| 01/07/02 | ATTY # 0689; 2 COPIES | .30 |
| 01/07/02 | Secretarial Overtime PRINT SUMMATION DOCUMENTS FOR REVIEW BY ATTORNEYS | 277.50 |
| 01/08/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 01/08/02 | ATTY # 0235: 4 COPIES | .60 |
| 01/09/02 | ATTY # 0178: 1 COPIES | .15 |
| 01/09/02 | ATTY # 0235: 4 COPIES | .60 |
| 01/09/02 | JONES/MELODY 14JAN PHL BOS PHL | 305.00 |
| 01/09/02 | CLEVERSY/JANET 13JAN PIT BOS PIT | 961.49 |
| 01/10/02 | Meal Expense - LUNCH - M. LASZCYNSKI | 5.19 |
| 01/10/02 | Mileage Expense - PARKING - M LASZCYNSKI | 3.00 |
| 01/10/02 | Meal Expense - DINNER - M LASZCYNSKI | 5.16 |
| 01/10/02 | Mileage Expense - -Parking M LASZCYNSKI | 5.00 |
| 01/10/02 | Mileage Expense-36 Miles M LASZCYNSKI | 13.14 |
| 01/10/02 | Meal Expense - S HELBLING - LUNCH - 01/05 | 6.41 |
| 01/10/02 | Mileage Expense - 22 MILES S HELBLING 1/5/02 | 8.03 |

| | | |
|---|---|---|
| 01/10/02 | Transportation - S HELBLING - PARKING 01/05 | 3.00 |
| 01/10/02 | 215-851-8250/PHILA, PA/1 | .30 |
| 01/10/02 | ROSSI/M SUSAN 13JAN PHL BOS PHL | 655.00 |
| 01/11/02 | ATTY # 0701; 227 COPIES | 22.70 |
| 01/11/02 | ATTY # 0885; 106 COPIES | 15.90 |
| 01/11/02 | ATTY # 0235; 458 COPIES | 45.80 |
| 01/11/02 | ATTY # 0235; 461 COPIES | 46.10 |
| 01/11/02 | ATTY # 0235; 96 COPIES | 9.60 |
| 01/11/02 | ATTY # 0885: 5 COPIES | .75 |
| 01/11/02 | ATTY # 0885: 14 COPIES | 2.10 |
| 01/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 01/11/02 | ATTY # 0885: 9 COPIES | 1.35 |
| 01/11/02 | ATTY # 0885: 8 COPIES | 1.20 |
| 01/11/02 | ATTY # 0885: 12 COPIES | 1.80 |
| 01/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 01/11/02 | 215-851-8250/PHILA, PA/22 | 6.90 |
| 01/11/02 | 212-252-9700/NEW YORK, NY/18 | 5.92 |
| 01/12/02 | General Expense - : THE BOX COMPANY.COM 25 BOXES | 37.00 |
| 01/12/02 | Secretarial Overtime PRINT DOC FR SUMMATION | 195.00 |
| 01/14/02 | TRAVEL EXPENSE: ATTEND MEETING IN NYC RE: W.R. GRACE SCANNING PROJECT 12/26 & 12/27/01 (M. SUSAN HAINES) Taxi Expense - - VENDOR: PETTY CASH CUSTODIAN PHL | 16.80 |
| 01/14/02 | Postage Expense | 2.87 |
| 01/14/02 | ATTY # 0349; 74 COPIES | 11.10 |
| 01/14/02 | ATTY # 0349; 3 COPIES | .45 |
| 01/14/02 | ATTY # 0349; 38 COPIES | 5.70 |

| | | |
|---|---|---|
| 01/14/02 | ATTY # 0349; 4 COPIES | .60 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/14/02 | 302-652-5340/WILMINGTON, DE/13 | 4.21 |
| 01/15/02 | Mileage Expense - 36 miles | 13.14 |
| 01/15/02 | Mileage Expense - PARKING - M LASZCYNSKI | 3.00 |
| 01/15/02 | Meal Expense - LUNCH - M LASZCYNSKI | 7.44 |
| 01/15/02 | ATTY # 0885: 3 COPIES | .45 |
| 01/15/02 | 617-542-3025/BOSTON, MA/1 | .32 |
| 01/15/02 | 410-531-4170/COLUMBIA, MD/4 | 1.62 |
| 01/15/02 | 617-542-3025/BOSTON, MA/1 | .33 |
| 01/16/02 | Taxi Expense - YELLOW CAB CO. 12/10/01 PENN HILLS | 23.20 |
| 01/16/02 | Taxi Expense - YELLOW CAB CO. 12/07/01 PENN HILLS | 23.40 |
| 01/16/02 | Taxi Expense - : YELLOW CAB CO. 12/12/01 PENN HILLS | 23.40 |
| 01/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 01/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 01/16/02 | 617-227-8600/BOSTON, MA/2 | .66 |
| 01/16/02 | 412-288-3123/PITTSBURGH, PA/1 | .30 |
| 01/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 01/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 01/17/02 | ATTY # 0885: 3 COPIES | .45 |

| | | |
|---|---|---|
| 01/17/02 | 617-227-8600/BOSTON, MA/2 | .66 |
| 01/17/02 | ATTY # 0886; 39 COPIES | 5.85 |
| 01/17/02 | ATTY # 0235; 2 COPIES | .30 |
| 01/17/02 | ATTY # 0235; 3 COPIES | .45 |
| 01/17/02 | ATTY # 0235; 5 COPIES | .75 |
| 01/17/02 | 215-851-8250/PHILA, PA/1 | .30 |
| 01/17/02 | 303-861-7000/DENVER, CO/38 | 12.50 |
| 01/17/02 | 617-426-5900/BOSTON, MA/38 | 12.50 |
| 01/17/02 | 303-861-7000/DENVER, CO/1 | .66 |
| 01/17/02 | 303-812-1251/DENVER, CO/1 | .33 |
| 01/17/02 | Secretarial Overtime PRINT SUMMATION DOCS FOR REVIEW BY ATTORNEYS | 52.50 |
| 01/17/02 | 617-426-5900/BOSTON, MA/1 | .33 |
| 01/17/02 | 303-444-5955/BOULDER, CO/2 | .66 |
| 01/18/02 | ATTY # 0559: 2 COPIES | .30 |
| 01/18/02 | ATTY # 0559: 2 COPIES | .30 |
| 01/18/02 | 617-542-3025/BOSTON, MA/2 | .65 |
| 01/21/02 | ATTY # 0349; 2 COPIES | .30 |
| 01/21/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/22/02 | Meal Expense - JANET L. CLEVERSY TRIP TO BOSTON 1/11-19/01 3 BREAKFASTS, 4 LUNCHES 3 DINNERS | 131.90 |
| 01/22/02 | Lodging - - JANET L. CLEVERSY TRIP TO BOSTON 1/11-19/01 5 NIGHTS | 1118.85 |
| 01/22/02 | Taxi Expense - JANET L. CLEVERSY TRIP TO BOSTON 1/11-19/01 | 75.00 |
| 01/22/02 | Mileage Expense - -JANET L. CLEVERSY TRIP TO BOSTON 1/11-19/01 $70 PARKING 30 MILES | 80.95 |
| 01/22/02 | Telephone - Outside - JANET L. CLEVERSY TRIP TO BOSTON 1/11-19/01 | 105.57 |

| | | |
|---|---|---|
| 01/22/02 | General Expense -: JANET L. CLEVERSY GRATUITY TRIP TO BOSTON 1/11-19/01 | 10.00 |
| 01/22/02 | Postage Expense | .68 |
| 01/22/02 | 410-531-4711/COLUMBIA, MD/1 | .65 |
| 01/22/02 | ATTY # 1163: 2 COPIES | .30 |
| 01/22/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/22/02 | ATTY # 0349: 3 COPIES | .45 |
| 01/22/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/22/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/22/02 | ATTY # 0349: 2 COPIES | .30 |
| 01/22/02 | ATTY # 0349: 3 COPIES | .45 |
| 01/22/02 | 215-851-8250/PHILA, PA/4 | 1.50 |
| 01/23/02 | MEALS RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/6-1/10/02 SUSAN HAINES | 59.06 |
| 01/23/02 | LODGING RE: W.R.GRACE DOCUMENT MANAGEMENT IN BOSTON 1/6-1/10/02- SUSAN HAINES | 805.12 |
| 01/23/02 | TAXI'S RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/6-1/10/02- SUSAN HAINES | 118.45 |
| 01/23/02 | Postage Expense | .34 |
| 01/23/02 | Meal Expense - MEETING W/ W R GRACE COUNSEL AND CONSULTANTS 1/17/02 CHICAGO 1 BREAKFAST 1 DINNER | 22.00 |
| 01/23/02 | Taxi Expense - Mutiple cabsMEETING W/ W R GRACE COUNSEL AND CONSULTANTS 1/17/02 CHICAGO | 158.00 |
| 01/23/02 | 561-362-1583/BOCA RATON, FL/4 | 1.30 |
| 01/23/02 | ATTY # 0710; 354 COPIES | 35.40 |
| 01/23/02 | ATTY # 0710; 280 COPIES | 28.00 |
| 01/23/02 | ATTY # 0559; 2 COPIES | .30 |
| 01/23/02 | ATTY # 0710; 8 COPIES | .80 |
| 01/23/02 | ATTY # 0718; 72 COPIES | 10.80 |

| | | |
|---|---|---|
| 01/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/23/02 | ATTY # 0559: 2 COPIES | .30 |
| 01/23/02 | ATTY # 0559: 2 COPIES | .30 |
| 01/23/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 01/23/02 | ATTY # 3619: 1 COPIES | .15 |
| 01/23/02 | ATTY # 3619: 2 COPIES | .30 |
| 01/23/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 01/24/02 | 561-362-1583/BOCA RATON, FL/3 | 1.30 |
| 01/24/02 | 561-362-1583/BOCA RATON, FL/4 | 1.30 |
| 01/24/02 | ATTY # 0396; 276 COPIES | 27.60 |
| 01/24/02 | ATTY # 0710; 681 COPIES | 68.10 |
| 01/24/02 | ATTY # 0710; 4 COPIES | .40 |
| 01/24/02 | ATTY # 0710; 4 COPIES | .40 |
| 01/24/02 | Binding Charge | 6.00 |
| 01/24/02 | Secretarial Overtime TYPING IN SUMMATION | 255.00 |
| 01/24/02 | 561-362-1533/BOCA RATON, FL/17 | 5.83 |
| 01/24/02 | 202-775-4726/WASHINGTON, DC/33 | 11.02 |
| 01/24/02 | 215-851-8250/PHILA, PA/33 | 6.60 |
| 01/25/02 | TRAVEL TO BOSTON 1/21/02 - 1/22/02 (VALERIE SLADE) Meal Expense - | 28.78 |
| 01/25/02 | TRAVEL TO BOSTON 1/21/02 - 1/22/02 (VALERIE SLADE)-Lodging | 357.58 |
| 01/25/02 | ATTY # 0710; 819 COPIES | 81.90 |
| 01/25/02 | ATTY # 0710; 8 COPIES | .80 |
| 01/25/02 | ATTY # 0710; 8 COPIES | .80 |
| 01/25/02 | ATTY # 0710; 605 COPIES | 60.50 |

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
February 28, 2002

Invoice Number 926098
Page 9

| | | |
|---|---|---|
| 01/25/02 | ATTY # 4168; 8 COPIES | 1.20 |
| 01/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 01/25/02 | ATTY # 0856: 1 COPIES | .15 |
| 01/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 01/25/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 01/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 01/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 01/25/02 | ATTY # 0559: 3 COPIES | .45 |
| 01/26/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 01/26/02 | Secretarial Overtime PRINT SUMMATION DOCS FOR REVIEW BY ATTORNEYS | 240.00 |
| 01/28/02 | Mileage Expense - 60 miles $3 parking | 24.90 |
| 01/28/02 | ATTY # 4077; 32 COPIES | 4.80 |
| 01/28/02 | ATTY # 4077; 1557 COPIES | 155.70 |
| 01/28/02 | ATTY # 0349; 3 COPIES | .45 |
| 01/28/02 | ATTY # 0559; 3 COPIES | .45 |
| 01/28/02 | 212-252-9700/NEW YORK, NY/1 | .33 |
| 01/28/02 | 617-542-3025/BOSTON, MA/2 | .66 |
| 01/29/02 | MEALS RE: TRAVEL EXPENSE/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/14- 1/16/02- SUSAN HAINES | 30.34 |
| 01/29/02 | LODGING RE: TRAVEL EXPENSE/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/14- 1/16/02- SUSAN HAINES - | 402.56 |
| 01/29/02 | TAXI'S RE: TRAVEL EXPENSE/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/14- 1/16/02- SUSAN HAINES - | 110.00 |
| 01/29/02 | TELEPHONE CALLS RE: TRAVEL EXPENSE/W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/14- 1/16/02- SUSAN HAINES - | 1.04 |

| | | |
|---|---|---|
| 01/29/02 | TRIP TO BOSTON FOR REVIEW OF WR GRACE DOCUMENTS 1/21 - 23/02 (VALERIE SLADE) Meal Expense - - | 41.00 |
| 01/29/02 | TRIP TO BOSTON FOR REVIEW OF WR GRACE DOCUMENTS 1/21 - 23/02 (VALERIE SLADE) Transportation - - VENDOR: PETTY CASH CUSTODIAN PHL | 159.00 |
| 01/29/02 | ATTY # 0349; 163 COPIES | 24.45 |
| 01/29/02 | ATTY # 0559; 45 COPIES | 6.75 |
| 01/29/02 | ATTY # 0349; 182 COPIES | 27.30 |
| 01/29/02 | ATTY # 0349; 46 COPIES | 6.90 |
| 01/29/02 | ATTY # 4077; 15 COPIES | 2.25 |
| 01/29/02 | Telephone Expense | 7.86 |
| 01/29/02 | 617-451-2600/BOSTON, MA/10 | 3.62 |
| 01/30/02 | Courier Service UPS | 52.24 |
| 01/30/02 | Courier Service UPS | 41.71 |
| 01/30/02 | ATTY # 0718; 541 COPIES | 81.15 |
| 01/31/02 | Postage Expense | 2.41 |
| 01/31/02 | Meal Expense - MAUREEN ATKINSON BOSTON 1/13-17/02 | 100.98 |
| 01/31/02 | Taxi Expense - MAUREEN ATKINSON BOSTON 1/13-17/02 | 35.00 |
| 01/31/02 | Mileage Expense - BOSTON 1/13-17/02 | 10.70 |
| 01/31/02 | Lodging - - VENDOR: MAUREEN ATKINSON BOSTON 1/13-17/02 | 625.20 |
| 01/31/02 | Transportation - MAUREEN ATKINSON AIRPORT PARKING BOSTON 1/13-17/02 | 23.00 |
| 01/31/02 | General Expense -MAUREEN ATKINSON BOSTON 1/13-17/02 TIPS, SUPPLIES & HOUSEKEEPING | 12.39 |
| 01/31/02 | ATTY # 1398; 55 COPIES | 8.25 |
| 01/31/02 | ATTY # 3254; 16 COPIES | 2.40 |
| 02/27/02 | General Expense - - VENDOR: ON-SITE SOURCING INC DOCUMENT SCANNING | 32675.19 |

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
February 28, 2002

Invoice Number 926098
Page 11

| | |
|---|---|
| CURRENT EXPENSES | 45,525.87 |
| | ------------ |
| TOTAL BALANCE DUE UPON RECEIPT | $ 45,525.87 |
| | ============ |