*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

Emails:
dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

January 14, 2002

U.S. Bankruptcy Court
District of Delaware
c/o Ms. Lil Lewis
824 Market Street, 5th Floor
Wilmington, DE 19801

Re: Schauss pro se complaint v. W.R. Grace & Co.

Dear Ms. Lewis,

We are in receipt of the wrongful death complaint filed in the name of Charlotte Schauss v. W.R. Grace. This letter is in response to your request for documentation from this firm regarding this pro se filing of Charlotte Schauss and Ed Perley with the court.

As we discussed over the phone on today's date, this firm represents Ed Perley in claims related to his own asbestos disease. Pursuant to that representation, he has contacted me on occasion to discuss alternative claims and avenues that we might pursue against W.R. Grace and others on his behalf, and on behalf of Charlotte Schauss. In response to those inquiries, I have sent him multiple letters, each of which advises Mr. Perley that we are not in a position to pursue the action he suggests. The August 27, 2001, letter which was recently filed with the court represents one of those letters.

Please note that the complaint which was filed with the August 27, 2001, letter was filed pro se by Edward Perley and Charlotte Schauss. This firm is not at all associated with the complaint filed by Mr. Perley and Mrs. Schauss with the Bankruptcy Court. I do not know why my August 27, 2001, letter was filed by Mr. Perley and Mrs. Schauss, nor do I believe that it is related to the case that they seek to pursue. However, I trust that this letter serves to disassociate this office from the present action that they may be pursuing as pro se plaintiffs. This disassociation does not affect our continued representation of Mr. Perley in relation to his own asbestos related disease.

January 14, 2002
Page 2

Please feel free to contact me with any questions or concerns.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

*John Lacey*

JOHN F. LACEY

cc:   Ed Perley & Charlotte Schauss