IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY OF THE VERIFIED APPLICATION OF KIRKLAND & ELLIS FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE FIRST MONTHLY INTERIM PERIOD
FROM JANUARY 1, 2002 THROUGH JANUARY 31, 2002, FOR
THE QUARTER OF JANUARY-MARCH, 2002**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001.** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Period for which compensation and reimbursement
is sought:                                                    **January 1, 2002 through January 31, 2002**

Amount of Compensation sought as actual,
reasonable and necessary:                          **$471,335.54**

This is a **X** monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 40 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $10,000.00.

This is the first monthly application for interim compensation of services for the January - March, 2002, quarter filed with the Bankruptcy Court in the Chapter 11 Cases.[2] The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
| --- | --- | --- | --- | --- | --- |
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |
| July 31, 2001 | April - June, 2001 | $1,753,799.50 | $155,393.83 | pending | pending |
| August 28, 2001 | 7/1-7/31/01 | $476,582.50 | $25,312.13 | pending | pending |
| September 28, 2001 | 8/1-8/31/01 | $472,334.50 | $29,022.59 | pending | pending |
| October 30, 2001 | 9/1-9/30/01 | $443,617.50 | $27,147.47 | pending | pending |
| November 7, 2001 | July - September, 2001 | $1,392,534.50 | $81,482.19 | pending | pending |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the First Monthly Interim Period from January 1, 2002, through January 31, 2002, for the Quarter of January - March, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 11, 2001 | 10/1-10/31/01 | $493,074.00 | $27,724.54 | pending | pending |
| December 29, 2001 | 11/1-11/30/01 | $524,980.00 | $29,678.21 | pending | pending |
| January 31, 2002 | 12/1-12/31/01 | $405,278.50 | $27,276.95 | pending | pending |
| February 7, 2002 | October-December, 2001 | $1,423,332.50 | $84,679.70 | pending | pending |

K&E has filed certificates of no objection with respect to the interim monthly Applications for April through December 2001, respectively, because no objections were filed within the respective objection periods. The Quarterly Applications for the interim periods from April 2, 2001, through June 31, 2001, July 1, 2001, through September 30, 2001, and October 1, 2001 through December 31, 2001, have not yet been scheduled for a hearing.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet Baer | Of Counsel | 20 Years | Bankruptcy | $580.00 | 54.40 | $31,496.00 |
| James Kapp III | Partner | 8 Years | Bankruptcy | $470.00 | 116.60 | $54,802.00 |
| Roger Higgins | Associate | 6 Years | Bankruptcy | $345.00 | 38.10 | $13,144.50 |
| Samuel Schwartz | Associate | 5 Years | Bankruptcy | $390.00 | 155.70 | $60,723.00 |
| David Bernick, P.C. | Partner | 24 Years | Litigation | $665.00 | 88.80 | $59,052.00 |
| Michelle Browdy | Partner | 12 Years | Litigation | $420.00 | 66.90 | $28,098.00 |
| Kellye Fabian | Associate | 2 Years | Litigation | $265.00 | 67.10 | $17,781.50 |
| Mark Grummer | Partner | 26 Years | Environment | $420.00 | 43.60 | $18,312.00 |
| Timothy Hardy | Partner | 29 Years | Environment | $470.00 | 14.30 | $6,721.00 |
| Renee Honigberg | Partner | 7 Years | Litigation | $390.00 | 26.20 | $10,218.00 |
| Natalie Keller | Associate | 5 Years | Tax | $390.00 | 25.50 | $9,945.00 |
| Todd Maynes | Partner | 15 Years | Tax | $600.00 | 17.50 | $10,500.00 |
| Scott McMillin | Associate | 6 Years | Litigation | $350.00 | 46.90 | $17,822.00 |
| Irene Reed | Associate | 4 Years | Real Estate | $225.00 | 18.00 | $4,050.00 |

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Running | Partner | 20 Years | Litigation | $480.00 | 60.00 | $28,800.00 |
| Pratibha Shenoy | Associate | 2 Years | Tax | $235.00 | 85.60 | $20,116.00 |
| Christopher Sullivan | Partner | 7 Years | Litigation | $390.00 | 22.10 | $8,619.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years in that position | Department | Hourly Billing Rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sabrina Mitchell | Project | 11 Months | Bankruptcy | $85.00 | 48.00 | $4,080.00 |
| Benjamin Alke | Project | 6 Months | Litigation | $90.00 | 133.80 | $12,042.00 |
| Shirley Pope | Legal | 17 Years | Litgation | $180.00 | $126.30 | $22,734.00 |

Grand Total for Fees: $439,056.00
Blended Rate:  $349.73

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---:|---|---:|---:|
| 16 | Asset Analysis and Recovery | 30.50 | $12,159.00 |
| 17 | Automatic Stay Matters/Relief Proceeding | 18.00 | $4,050.00 |
| 20 | Case Administration | 297.00 | $57,208.00 |
| 21 | Claim Estimate, Objection and Resolution | 25.30 | $11,534.50 |
| 22 | Contested Matters/Adversary Proceedings | 386.20 | $159,635.00 |
| 24 | Creditors/Noteholders Committee | 3.40 | $1,726.00 |
| 25 | Creditors/Shareholders Inquiries | 12.20 | $5,222.00 |
| 27 | Employee Matters | 7.80 | $2,816.00 |
| 28 | Environmental Issues | 60.40 | $27,663.00 |
| 29 | File, Docket, Calendar Maintenance | 28.00 | $2,458.00 |
| 30 | Hearings | 116.10 | $57,029.00 |
| 32 | K&E Fee Application, Preparation of | 32.80 | $8,432.00 |
| 33 | Lease Rejection Claims | 39.90 | $15,835.00 |
| 35 | Other Fee Applications | 1.00 | $390.00 |
| 37 | Reorganization Plan/Disclosure Statement | 7.20 | $2,721.50 |
| 38 | Retention of Professionals/Fees | 38.80 | $16,550.00 |
| 39 | Schedules/Statement of Financial Affairs | 1.40 | $332.50 |
| 41 | Tax Matters | 0.90 | $351.00 |
| 42 | Travel | 19.90 | $12,382.50 |
| 46 | IRS Tax Litigation | 128.60 | $40,561.00 |
|  | **Total** | **1,255.40** | **$439,056.00** |

**Expense Summary**

| Description | Amount |
|---|---:|
| Telephone | $2,279.40 |
| Facsimile Charges | $581.44 |
| Standard Copies | $1,987.60 |
| Color Copies | $616.50 |
| Overnight Delivery | $426.36 |
| Binding | $31.50 |
| Outside Messenger Service | $143.00 |
| Outside Copy | $155.72 |
| Tabs/Indexes/Dividers | $49.80 |
| Postage | $2.95 |
| Overtime Transportation | $119.82 |
| Local Transportation | $6.00 |
| Travel Meals | $510.19 |
| Travel Expense | $3,108.62 |
| Airfare | $13,364.09 |
| Travel to/from Airport | $302.50 |
| Filing Fees | $68.50 |
| Computer Database Research | $4,137.96 |
| Information Broker Services | $811.61 |
| Working Meals | $1,126.40 |
| Overtime Meals | $36.00 |
| Overtime Meals- Attorney | $102.82 |
| Secretarial Overtime | $2,310.76 |
| **Total** | **$32,279.54** |