## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/04/02 | Samuel A Schwartz | 1.20 | Telephone conferences with M. Shelnitz and M. Hunter re letters of credit and surety bonds (.6); telephone conferences with M. Davis re same (.2); attend to matters re same (.4). |
| 1/08/02 | James W Kapp | 0.60 | Telephone conference with P. Zilly re potential acquisition and attend to issues re same (.4); attend to issues re potential acquisition (.2). |
| 1/08/02 | Samuel A Schwartz | 0.60 | Telephone conferences with the client and the Blackstone Group re asset related matters (.3); attend to matters re same (.3). |
| 1/09/02 | James W Kapp | 0.30 | Attend to issues re potential acquisition of assets. |
| 1/09/02 | Samuel A Schwartz | 1.60 | Telephone conferences with the client re letter of credit, bond and surety issues (.4); attend to matters re same (.2); review and analyze the Armstrong and Federal Mogul dockets re same (1.0). |
| 1/10/02 | James W Kapp | 0.20 | Review correspondence from P. Zilly re potential acquisition. |
| 1/14/02 | James W Kapp | 0.40 | Attend to issues re potential acquisition. |
| 1/16/02 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re asset acquisitions and sales. |
| 1/21/02 | Samuel A Schwartz | 2.70 | Review and revise the Addiment acquisition motion (2.2); telephone conferences with the client re same (.5). |
| 1/22/02 | Samuel A Schwartz | 3.30 | Review and revise the Addiment acquisition motion (2.1); telephone conferences with the client, Blackstone and the Commercial Committee re same (1.2). |
| 1/23/02 | James W Kapp | 1.20 | Attend to issues re potential acquisitions and review and revise Addiment pleadings re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/02 | Samuel A Schwartz | 6.60 | Review and revise the Addiment acquisition motion (2.1); telephone conferences with the client re same (.5); draft Darex plant closure motion (3.2); telephone conferences with the client re same (.4); draft correspondence re same (.2); attend to matters re same (.2). |
| 1/24/02 | Samuel A Schwartz | 4.70 | Review and revise the Addiment Motion (1.2); draft order re same (.5); review and revise the Darex Motion (2.1); telephone conferences with the client re same (.4); telephone conferences with the client re the sales procedures order (.3); telephone conferences with A. Krieger re same (.2). |
| 1/25/02 | James W Kapp | 0.40 | Review order and motion authorizing Debtors to acquire Addiment Incorporated and attend to issues re same. |
| 1/25/02 | Samuel A Schwartz | 1.80 | Review and finalize the Addiment motion and attend to filing of same. |
| 1/29/02 | Samuel A Schwartz | 1.80 | Draft second quarterly report of asset sales (1.5); telephone conferences with the client re same (.3). |
| 1/30/02 | James W Kapp | 0.20 | Review and revise Debtors' second quarterly report of asset sales and attend to issues re same. |
| 1/30/02 | Samuel A Schwartz | 1.00 | Attend to finalizing and filing the quarterly asset report. |
| 1/31/02 | Samuel A Schwartz | 1.10 | Telephone conferences with the client re pending asset sales and acquisitions, DIP related matters and letters of credit. |

A-2

**Matter 17 - Automatic Stay Matters/Relief from Stay Proceedings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/24/02 | Irene Reed | 4.00 | Review case law re whether tax-related sales are stayed in bankruptcy. |
| 1/25/02 | Irene Reed | 4.00 | Review case law re whether tax-related foreclosure sales are stayed in bankruptcy. |
| 1/26/02 | Irene Reed | 3.70 | Review case law for memorandum re real estate taxes in bankruptcy. |
| 1/28/02 | Irene Reed | 2.50 | Draft memorandum re real estate tax sales in bankruptcy. |
| 1/30/02 | Irene Reed | 0.80 | Revise memorandum re real estate tax sales in bankruptcy. |
| 1/31/02 | Irene Reed | 3.00 | Telephone conference with J. Fields re draft of letter to Cook County Treasurer's Office re real estate tax sales in bankruptcy (1.3); revise memorandum (1.7). |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | David M Bernick, P.C. | 1.70 | Conduct telephone conference with Judge Fitzgerald and her clerk re case administration (.5); developing graphics for Judge Wolin (1.2). |
| 1/02/02 | Shirley A Pope | 1.00 | Prepare and fax documents requested by R. Baker (.5); organize pleadings re database entry (.5). |
| 1/02/02 | Shirley A Pope | 1.50 | Review correspondence and file same. |
| 1/02/02 | Janet Baer | 0.40 | Review electronic filings and circulate as appropriate. |
| 1/02/02 | Benjamin J Alke | 1.60 | Update Concordance database re new pleadings. |
| 1/03/02 | David M Bernick, P.C. | 1.50 | Revise letter to Judge Wolin re case administration issues. |
| 1/03/02 | Shirley A Pope | 5.50 | Review Pacer Website re filings and udpate pleadings file (1.5); review correspondence and file same (1.0); update legal research files re Grace main file (1.0); prepare documents and fax to F. McGrover (.9); review and revise pleadings database (1.1). |
| 1/03/02 | Andrew R Running | 0.60 | Attend to matters re case file database. |
| 1/03/02 | Samuel A Schwartz | 2.10 | Review docket (.4); review monthly operating reports (.5); review various pleadings filed in the case (.5); draft correspondence re same (.3); telephone conferences with the client re same (.4). |
| 1/03/02 | Janet Baer | 0.50 | Review daily electronic filings in case and circulate, as appropriate. |
| 1/03/02 | Sabrina M Mitchell | 0.10 | Search the court's website for Judge Fitzgerald's courtroom rules. |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/02 | Benjamin J Alke | 7.00 | Update Concordance database re new pleadings (4.6); prepare Concordance reports re Key Pleadings and 01-01139 Pleadings (2.4) |
| 1/04/02 | David M Bernick, P.C. | 1.80 | Revise letter to Judge Wolin re case administration (1.5) attend to matters re same (.3). |
| 1/04/02 | James W Kapp | 1.50 | Review docket and attend to issues re same (.1); review motion status chart and attend to issues re same (.2); review documents and pleadings and attend to issues re same and distribute same (1.1); review order designating special masters and attend to issues re same (.1). |
| 1/04/02 | Shirley A Pope | 5.50 | Review correspondence, e-mail and file same (1.0); update expert witness files re F. Dunbar (.5); review docket (.5); revise document production chart re Fresenius and Sealed Air transactions (.5); update reference files re Grace main file (.5); revise key pleadings indices (.5); organize graphics (.5); revise legal research files re Grace main file (1.0); review pleadings (.5). |
| 1/04/02 | Samuel A Schwartz | 0.80 | Attend to matters re the various instructions of Judge Fitzgerald re case administration of case (.5); telephone conferences with local counsel re same (.3). |
| 1/04/02 | Janet Baer | 0.30 | Review Judge Fitzgerald's courtroom procedures order. |
| 1/04/02 | Sabrina M Mitchell | 0.20 | Download Federal Mogul and Armstrong dockets. |
| 1/04/02 | Benjamin J Alke | 1.00 | Review 01-01139 docket sheet to supplement 01-01139 pleadings file. |
| 1/07/02 | James W Kapp | 0.60 | Review pleadings and correspondence and attend to issues re same (.2); review and revise motion status chart and attend to issues re same (.2); review docket (.2). |
| 1/07/02 | James W Kapp | 0.10 | Review correspondence re Intercat chapter 11 case. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/07/02 | Shirley A Pope | 6.50 | Review correspondence and file same (1.0); update legal research files re Grace main file (1.0); prepare Egan documents at attorney request (.5); review docket (.5); review pleadings and instruct B. Alke re entry on database (3.5). |
| 1/07/02 | Samuel A Schwartz | 0.50 | Review and analyze the docket, the motion status chart and various pleadings filed in the case. |
| 1/07/02 | Sabrina M Mitchell | 0.30 | Download specific pleadings from Federal Mogul and Armstrong dockets. |
| 1/07/02 | Benjamin J Alke | 7.00 | Review docket sheets for Lewis and Dorrington on WebPacer to supplement pleadings file (1.8); prepare copies of Abner and Chakarian docket sheets (.6); update Concordance re new pleadings (1.6); organize pleadings forwarded by bankruptcy re 01-01139 (2.4); review revised version of Grace Powerpoint presentation (.6). |
| 1/08/02 | James W Kapp | 0.20 | Review status motion summary and critical dates list and attend to issues re same. |
| 1/08/02 | Shirley A Pope | 7.80 | Review docket re filings (.6); review pleadings (1.0); prepare exhibits to Judge Wolin letter (6.2). |
| 1/08/02 | Sabrina M Mitchell | 0.20 | Download recent agendas from Federal Mogul and USG. |
| 1/08/02 | Benjamin J Alke | 9.50 | Organize various pleadings (2.2); prepare printout of hearing transcript (.8) update Concordance database re new pleadings (1.8) assist with preparation of exhibits for letter to Judge Wolin (4.7). |
| 1/09/02 | James W Kapp | 1.20 | Review pleadings and correspondence and attend to issues re same and distribute same (.4); attend to issues re pending motions, including MCNIC, Caterpillar, Toyota and American Real Estate (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/02 | Shirley A Pope | 6.60 | Review correspondence re organization of fraudulent conveyance documents(.1); review fraudulent conveyance correspondence (1.0); update subject files re Grace main file (1.0); review correspondence and file same (.5); attend to matters re redaction of fraudulent conveyance documents (.2); prepare materials and send by FedEx to client (.3); review Website docket re new filings (.5); review pleadings and attend to matters related thereto (1.5); revise Grace file indices (.5); review electronic filing and print re Grace pleadings database (1.0). |
| 1/09/02 | Sabrina M Mitchell | 0.20 | Retrieve and duplicate order re extension of exclusive period (.1); download order granting time to reject leases (.1). |
| 1/09/02 | Benjamin J Alke | 6.20 | Create Powerpoint file for exhibits to Judge Wolin letter (3.4); prepare copies of exhibits of re Fresenius transaction key documents (.8); update Concordance re new pleadings (.6); prepare reports re Inventory and Sales from Grace Production documents (1.4). |
| 1/10/02 | David M Bernick, P.C. | 1.50 | Prepare for and attend internal K&E team meeting. |
| 1/10/02 | Michelle H Browdy | 0.50 | Prepare for and participate in part of K&E Grace team call. |
| 1/10/02 | Mark E Grummer | 0.30 | Prepare for and participate in team conference call. |
| 1/10/02 | James W Kapp | 2.80 | Review pleadings and correspondence and attend to issues re same (.3); review docket and attend to issues re same (.2); prepare for and participate in internal K&E litigation status meeting (1.7); telephone conference with D. Carickhoff re procedure order and memorandum for committees (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/10/02 | Shirley A Pope | 7.00 | Review correspondence and file same (1.0); review electronic filings (.7); prepare for and attend Grace team conference (1.3); distribute materials forwarded to Judge Wolin (.5); prepare documents for attorney review (.5); review pleadings (1.0); attend to matters re entry of pleadings on database (.5); update reference files re Grace main file (.5); revise indices re Grace main file (1.0). |
| 1/10/02 | Andrew R Running | 1.30 | Prepare for and participate in internal K&E meeting to review status of litigation assignments. |
| 1/10/02 | Christopher B Sullivan | 1.20 | Prepare for and attend internal K&E team meeting. |
| 1/10/02 | Kellye L Fabian | 1.30 | Prepare for and attend internal K&E team meeting re upcoming projects. |
| 1/10/02 | Samuel A Schwartz | 0.50 | Review docket (.3); telephone conferences with local counsel re same (.2). |
| 1/10/02 | Janet Baer | 1.70 | Prepare for and attend internal K&E team meeting re status of various matters and follow up from 1-3 hearing (1.2); review letter to Judge Wolin re issues (.5). |
| 1/10/02 | Benjamin J Alke | 6.50 | Create reports from Grace Production documents at attorney request (4.8); prepare copies of exhibits to Judge Wolin letter (1.2). |
| 1/11/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same and distribute same (.3); review motion status chart and attend to issues re same (.1). |
| 1/11/02 | Shirley A Pope | 2.00 | Review website docket (.5); review pleadings (1.0); prepare documents re preliminary injunction pleadings at attorney request (.5). |
| 1/11/02 | Benjamin J Alke | 7.00 | Update Concordance database with new pleadings (4.2); organize W.R. Grace 10-Q and 10-K forms into binders (2.2); update index of W.R. Grace production boxes (.6). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/14/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.3); review articles relevant to chapter 11 cases (.2). |
| 1/14/02 | Shirley A Pope | 7.50 | Review correspondence and file same (1.0); review website re filings (.5); review pleadings (1.0); prepare, highlight, copy and check documents to be forwarded to F. McGovern (4.0); revise media files re Grace main file (1.0). |
| 1/14/02 | Benjamin J Alke | 7.50 | Organize pleadings (2.1); review 01-01139 docket sheet on WebPacer to supplement file (1.4); prepare extra copies of letter to Judge Wolin with exhibits to be sent via FedEx (1.6); update Concordance database re new pleadings (2.4). |
| 1/15/02 | David M Bernick, P.C. | 0.80 | Outline for issues for F. McGovern re Grace. |
| 1/15/02 | James W Kapp | 0.70 | Attend to notice issues and Rust/PriceWaterhouseCoopers transition of same (.2); review orders signed by Judge Fitzgerald and distribute same (.2); review pleadings and correspondence and attend to issues re same (.3). |
| 1/15/02 | Shirley A Pope | 6.50 | Review electronic filings (.5); review pleadings (.5);review and update media/ scientific articles re Grace main file (1.5); review correspondence and file same (1.0);review documents re ILO (.5); update background, reference files re Grace main file (1.0); review Pacer website re pleadings (.5); revise media organization re Grace main file (1.0). |
| 1/15/02 | Benjamin J Alke | 7.00 | Prepare memo re asbestos articles (1.8); update Concordance re new pleadings (2.2); update Key Pleadings file re new pleadings entered in December and January (3.0). |
| 1/16/02 | James W Kapp | 0.70 | Review pleadings and correspondence and attend to issues re same (.5); review articles relevant to bankruptcy cases (.2). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/02 | Shirley A Pope | 6.20 | Review docket re filings (.2); print electronic filings re inclusion in Grace main file (.8); review correspondence and file same (1.0); organize fraudulent conveyance documents and instruct Reprographics re duplication (.5); prepare materials to be forwarded to S. Warren (1.0); distribute materials re fraudulent conveyance to Grace team (.5); search files re Grace's motion to transfer venue concerning Smolker matter (.5); telephone conference with legal assistant at Borton, Petrini re pleading requested by Grace team attorney (.2); update legal research files re Grace main file (.5); attend to matters re update pleadings database (.2); review and revise pleadings database (.8). |
| 1/16/02 | Benjamin J Alke | 7.00 | Review Grace production documents for Fresenius financial analysis done by PWC (3.4); copy check binders re Fresenius and Sealed Air Transactions (1.8); update Concordance re new pleadings (1.8). |
| 1/17/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same (.2); review docket (.1). |
| 1/17/02 | Shirley A Pope | 7.50 | Review correspondence and file same (1.0); request from Court Calendar Service the motion to transfer venue in the Smolkers proceedings (.2); organize filings printed from website (.3); review pleadings (2.0); organize pleadings and attend to matters re database entry (.5); review EPA memorandum re Libby (.5); prepare documents to be faxed (.5); prepare fraudulent conveyance documents to be forwarded to parties (1.5); update attorney work product re Grace main file (1.0). |
| 1/17/02 | Benjamin J Alke | 5.00 | Review WebPacer Docket sheet re pleading from the Smolker case (2.2); Update Concordance database re new pleadings (2.8). |
| 1/18/02 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with F. McGovern re potential plans for Grace. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/18/02 | James W Kapp | 0.60 | Review pleadings and correspondence and attend to issues re same (.4); review articles re Zonolite motion to dismiss bankruptcy case (.1); review motion status chart and attend to issues re same (.1). |
| 1/18/02 | Shirley A Pope | 5.50 | Prepare documents to be faxed and sent by FedEx (.5); prepare Smolker documents (.5); organize fraudulent conveyance documents (2.0); review correspondence and file same (1.0); organize attorney work product re fraudulent conveyance (.5); prepare and set up documents for review by attorneys (1.0). |
| 1/18/02 | Benjamin J Alke | 4.00 | Prepare binders re Grace Annual reports at attorney request (1.0); update Concordance database re new pleadings filed (1.2); review WebPacer 01-01139 docket sheet to supplement pleadings file (1.8); |
| 1/21/02 | James W Kapp | 0.70 | Review pleadings and correspondence and attend to issues re same (.6); review motion status chart and attend to issues re same (.1). |
| 1/21/02 | Shirley A Pope | 6.00 | Prepare correspondence to D. Carickhoff re pro hac vice forms for M. Browdy (.1); review pro hac vice forms for K&E attorneys (.2); review correspondence from D. Carickhoff re information to be included in Browdy pro hac vice form (.2); review docket sheet re pleadings (.5); search pleadings database re fraudulent conveyance filings (.5); retrieve same from Grace main file and copy (.5); review pleadings forwarded to K&E (1.0); compare Website docket against pleadings indices to ensure completeness of file (1.5); review correspondence and file same (.5); update subject files re Grace main file (1.0). |
| 1/21/02 | Benjamin J Alke | 7.00 | Update Concordance re new pleadings in 01-01139 case (3.4); create memo to file re pleadings re Notice of Agenda Matters (.8); edit Key Pleadings file re new pleadings filed (2.0); begin preparing binders with pleadings re Fraudulent Conveyance (.8). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/22/02 | James W Kapp | 2.70 | Respond to audit letter request and attend to issues re same and prepare same (2.3); review pleadings and correspondence and attend to issues re same (.2); review motion status chart and attend to issues re same (.2). |
| 1/22/02 | Shirley A Pope | 8.30 | Review correspondence re pro hac vice form re M. Browdy (.1); attend matters re same (.2); search database for memorandum prepared by Judge Fitzgerald (.2); prepare documents for search database re table of contents created for fraudulent conveyance binders (.1); organize and revise Fresenius documents (.5); revise and reorganize fraudulent conveyance binders (6.2); revise table of contents for binders (1.0). |
| 1/22/02 | Sabrina M Mitchell | 0.80 | Update the motion status chart (.5); update the case file index with new documents and prepare for inclusion into central files (.3). |
| 1/22/02 | Benjamin J Alke | 7.00 | Complete binder project fraudulent conveyance (.6); prepare binders re Grace 10-Q reports (1.8); prepare copies of pleadings (3.2); copy check copies of Grace financial documents (1.4). |
| 1/23/02 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with F. McGovern re case. |
| 1/23/02 | James W Kapp | 0.30 | Review motion status chart and attend to issues re same (.1); review correspondence and pleadings and attend to issues re same (.2). |
| 1/23/02 | Shirley A Pope | 5.50 | Prepare final versions of fraudulent conveyance binders (3.0); update legal research files re Grace main file (.5); revise case file indices (1.0); review docket and pleadings (.5); revise pleadings database (.5). |
| 1/23/02 | Janet Baer | 0.20 | Review accountants letter response. |
| 1/23/02 | Sabrina M Mitchell | 0.80 | Update the motion status chart (.4); prepare customer programs motion and order for J. Berger (.1); update the case file index with new documents and prepare for inclusion into central files (.2); download General Electric's motion to compel from the court's website (.1). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/02 | Benjamin J Alke | 6.50 | Organize box of Houlihan Lokey documents forwarded by Skadden Arps for attorney review (2.9); update Concordance re new pleadings (2.2); update Grace Case file re trial transcripts (1.4). |
| 1/24/02 | Shirley A Pope | 6.50 | Review correspondence, e-mail and file same (1.5); prepare ZAI documents at attorney request (2.0); prepare review pleadings (1.0); update fraudulent conveyance binders at attorney request (2.0). |
| 1/24/02 | Andrew R Running | 0.40 | Attend to matters re status of current projects. |
| 1/24/02 | Sabrina M Mitchell | 1.10 | Update the motion status chart (.3); retrieve and transmit reclamation order to A. Kelley (.1); download pleadings from adversary case 02-01657 (.7). |
| 1/24/02 | Benjamin J Alke | 7.00 | Update Concordance re new pleadings (2.3); review Chakarian docket sheet to supplement file (1.2); prepare copies of certain memorandums at attorney request (.8); create report re pleadings on file from Grace cases in Montana (1.5); create memo to file re documents received from R. Finke (.6); prepare documents for review as requested by attorney (.6). |
| 1/25/02 | James W Kapp | 1.00 | Review pleadings and correspondence and attend to issues re same (.7); review correspondence from D. Siegel re Daily Deal article and respond to same (.2); review docket and attend to issues re same (.1). |
| 1/25/02 | Shirley A Pope | 5.50 | Prepare documents re Zonolite pleadings (1.0); review correspondence re fraudulent conveyance document production (.5); telephone conference with Grace re document production (.2); review chart re documents forwarded to Kirkland & Ellis (.3); update legal research files (1.0); update correspondence re Grace main file (.5); review Concordance database reports re edits to pleadings' indices (1.0); review Website re pleadings recently filed (.5); update hearing transcripts re Grace main file (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/02 | Sabrina M Mitchell | 0.30 | Attend to matters re reclamation order exhibits. |
| 1/25/02 | Benjamin J Alke | 7.00 | Create Concordance report re entire Grace Pleadings file (1.8); prepare copies of reports of cases from Montana at attorney request (.8); edit Livenote re new transcripts (2.5); update Concordance database re new pleadings (1.9). |
| 1/26/02 | James W Kapp | 0.90 | Review and revise motion status chart and attend to issues re same (.2); review critical date list and attend to issues re same (.3); review pleadings and correspondence and attend to issues re same (.4). |
| 1/28/02 | James W Kapp | 0.30 | Review motion status chart and attend to issues re same (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 1/28/02 | Shirley A Pope | 2.80 | Review correspondence and file same (1.0); organize electronic versions re fraudulent conveyance summaries and outlines for attorney review (1.0); review documents forwarded by client re fraudulent conveyance (.8). |
| 1/28/02 | Sabrina M Mitchell | 0.40 | Update the motion status chart (.3); retrieve and duplicate lease rejection motion (.1). |
| 1/28/02 | Benjamin J Alke | 6.50 | Prepare spiral bound copies of the proxy statements for Sealed Air and Fresenius for attorney review (1.8); update Concordance database re new pleadings filed (2.6); prepare box 54 of Grace Document Production for attorney review (2.1). |
| 1/29/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review website re filings and print for inclusion in Grace main file (1.0); request related litigation documents from offsite storage at attorney request (.5); update subject files re Grace main file (.5). |
| 1/29/02 | Sabrina M Mitchell | 0.20 | Retrieve service list matrix and search for certain companies. |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/29/02 | Benjamin J Alke | 5.50 | Edit Livenote re new hearing transcript file (1.2); prepare copies of powerpoint file for attorney review (.6); update Concordance database re new pleadings (1.5); organize pleadings forwarded by Bankruptcy Dept. (2.2) |
| 1/30/02 | David M Bernick, P.C. | 2.50 | Conduct telephone conference with F. McGovern re case strategy (.5); team meeting and preparation for same (2.). |
| 1/30/02 | Michelle H Browdy | 0.70 | Prepare for and attend K&E team meeting. |
| 1/30/02 | Mark E Grummer | 0.20 | Forward several briefs and related documents re venue transfer. |
| 1/30/02 | James W Kapp | 1.70 | Review correspondence re protocol for processing bankruptcy forms and notice of transfers and attend to issues re same (.2); review pleadings and correspondence and attend to issues re same (.2); prepare for and attend litigation status meeting (1.1); review and revise second quarterly report of settlements and attend to issues re same (.2). |
| 1/30/02 | Scott A McMillin | 1.00 | Prepare for and participate in litigation strategy meeting. |
| 1/30/02 | Shirley A Pope | 2.50 | Review website and print pleadings re inclusion in Grace main file (1.0); prepare documents for review re fraudulent conveyance production at attorney request (1.0); prepare class certification briefs in a related matter for attorney review (.5). |
| 1/30/02 | Andrew R Running | 1.00 | Participate in internal K&E meeting to review litigation assignments. |
| 1/30/02 | Christopher B Sullivan | 1.30 | Prepare for and attend internal K&E team meeting. |
| 1/30/02 | Kellye L Fabian | 1.00 | Prepare for and attend internal K&E team meeting. |
| 1/30/02 | Janet Baer | 1.20 | Prepare for and attend internal meeting re results of 1/29 hearing on new matters to attend to. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/30/02 | Sabrina M Mitchell | 0.10 | Retrieve and duplicate retention of experts motion and order. |
| 1/30/02 | Benjamin J Alke | 3.80 | Prepare copies of orders re Preliminary Injunction (1.2); update Concordance database re new pleadings (1.8); organize documents for attorney review (.8). |
| 1/31/02 | James W Kapp | 0.60 | Review dockets and attend to issues re same (.2); review and revise motion status chart (.1); review Judge Fitzgerald procedures re page limits (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 1/31/02 | Sabrina M Mitchell | 0.60 | Update the motion status chart (.4); retrieve and duplicate the key employee retention motion and order (.2). |

### Matter 21 - Claim Estimate, Objection and Resolution - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Janet Baer | 1.80 | Review Gulf Pacific Stipulation and revise same (.5); prepare negative notice re same (.5); prepare transmittal re same and summary of claim (.8). |
| 1/07/02 | James W Kapp | 0.20 | Attend to issues re future claims representative. |
| 1/07/02 | Samuel A Schwartz | 4.30 | Draft response to the U.S. Trustee's statement re the case management motion (3.2); research and analysis re same (1.1). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/08/02 | James W Kapp | 0.10 | Attend to issues re case management order and Trustee objection to same. |
| 1/08/02 | Samuel A Schwartz | 1.80 | Research and analysis re settled claims issues and attend to matters re same. |
| 1/14/02 | Janet Baer | 0.30 | Confer with K. Kinsella re status of case, bar date and related matters. |
| 1/15/02 | James W Kapp | 0.10 | Review order to file case management reply brief and attend to matters re same. |
| 1/16/02 | David M Bernick, P.C. | 4.30 | Preparation for and attend meeting with ARPC re claims analysis and D. Hughes (1.3); meeting with ARPC re claims analysis (3.0). |
| 1/17/02 | Roger J Higgins | 0.50 | Attend to matters re appointment of future claims representative (.3); legal research related thereto (.2). |
| 1/18/02 | Samuel A Schwartz | 1.40 | Various telephone conferences with M. Davis, J. McFarland, J. Hughes and D. Carickhoff re RMQ inventory settlement agreement TRO (1.1); attend to matters re same (.3). |
| 1/18/02 | Roger J Higgins | 3.80 | Legal research on appointment of future claims representative. |
| 1/21/02 | James W Kapp | 0.60 | Review memorandum re appointment of future claim representative and attend to issues re same and review authority re same. |
| 1/21/02 | Roger J Higgins | 0.30 | Attend to matters re future claims legal representative issue. |
| 1/23/02 | Janet Baer | 0.30 | Confer with J. Berger re schools coupon matter and bar date. |
| 1/25/02 | Sabrina M Mitchell | 0.20 | Retrieve and duplicate an I.R.S. proof of claims. |
| 1/26/02 | James W Kapp | 0.10 | Review Rust correspondence re procedure and protocol and attend to issues re same. |
| 1/28/02 | Janet Baer | 0.50 | Several conferences re potential Exxon Mobil resolution. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/29/02 | Samuel A Schwartz | 1.80 | Draft the second quarterly report of settlements (1.5); telephone conferences with the client re same (.3). |
| 1/30/02 | Samuel A Schwartz | 1.60 | Attend to finalizing and filing the quarterly settlement report (1.0); telephone conferences with the client and Rust consulting re claims protocols (.6). |
| 1/30/02 | Janet Baer | 0.30 | Confer with R. Finke re Owens Corning Proof of Claims notices/forms. |
| 1/30/02 | Janet Baer | 0.30 | Confer with R. Fields re Exxon Mobil matter. |
| 1/31/02 | Samuel A Schwartz | 0.70 | Attend to finalizing and filing of the quarterly settlement report (.5); draft correspondence re same (.2). |

### Matter 22 - Contested Matters/Adversary Proceedings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Michelle H Browdy | 3.20 | Review/analyze documents re fraudulent conveyance allegations (2.8); edit memorandum on same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Scott A McMillin | 1.60 | Review memorandum re expert interview (.5); attend to matters re Perry litigation (.5); attend to matters re fraudulent transfer claims (.3); gather documents re Perry litigation (.3). |
| 1/02/02 | Andrew R Running | 5.50 | Telephone conversations with D. Rourke re actuarial issues (.4); telephone conversation with J. Hughes re same (.2); review and comment on M. Browdy's summary of Rourke meeting (.4); review recent court filings re asbestos litigation issues (.5); review Libby medical program documents (.8); review trial transcripts re product issues (3.2). |
| 1/02/02 | Christopher B Sullivan | 3.50 | Review medical monitoring class action brief (.5); calls with W. Sparks re same (.2); draft notes and memo of witness interviews (2.5); calls with R. Finke re document retention policy (.3). |
| 1/02/02 | Janet Baer | 1.30 | Attend to matters re Exxon Mobil, Smolker and related injunction matters (.5); prepare letter re same (.5); assemble documents re same (.3). |
| 1/03/02 | Michelle H Browdy | 6.30 | Restructure fraudulent conveyance outlines (4.3); consider fraudulent conveyance privilege issues (1.0); draft memorandum re document, witness work to date on fraudulent conveyance allegations (1.0). |
| 1/03/02 | Timothy S Hardy | 0.30 | Telephone conference with A. Running re Roark meeting (.1); telephone conference with B. Price re status (.2). |
| 1/03/02 | Scott A McMillin | 0.70 | Work on fraudulent transfer defense issues. |
| 1/03/02 | Andrew R Running | 2.80 | Review trial testimony re product issues. |
| 1/03/02 | Christopher B Sullivan | 1.80 | Attend to matters re testimony of certain witnesses (.5); draft memo re witness interviews (1.3). |
| 1/04/02 | Michelle H Browdy | 0.30 | Attend to matters re fraudulent conveyance issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/04/02 | James W Kapp | 1.10 | Attend to issues re potential temporary restraining orders (.2); address issues re fraudulent conveyance motion (.2); review discovery served by United States and attend to issues re same (.4); attend to issues re motion to dismiss Zonolite adversary complaint (.3). |
| 1/04/02 | Scott A McMillin | 1.50 | Attend to matters re fraudulent transfer claims and related document productions (.7); review document indices and fraudulent transfer-related documents (.8). |
| 1/04/02 | Andrew R Running | 4.20 | Attend to matters re drafting of responses to class certification motion (.6); telephone conversation with T. Hardy re medical monitoring expert issues (.2); analyze case law re medical monitoring issues (3.4). |
| 1/04/02 | Christopher B Sullivan | 3.80 | Draft outline re Libby (3.5); calls with R. Finke re document retention policy (.3). |
| 1/04/02 | Kellye L Fabian | 2.50 | Attend to matters re responses to class complaints and class certification motions to be filed by ZAI claimants and medical monitoring claimants (.5); review medical monitoring cases in claimants' briefs (1.8); prepare correspondence re medical monitoring cause of action (.2). |
| 1/04/02 | Samuel A Schwartz | 1.80 | Attention to the RMQ Settlement Agreements, the AIG Motion for Direction and the Bank of America letters of credit and attend to matters re same. |
| 1/04/02 | Janet Baer | 0.30 | Review draft injunction order for outstanding issues/revisions. |
| 1/05/02 | Janet Baer | 0.80 | Modify preliminary injunction consistent with the Court's 1/3/02 direction to counsel. |
| 1/06/02 | David M Bernick, P.C. | 3.00 | Conduct telephone conference with F. McGovern re litigation issues. |
| 1/07/02 | Michelle H Browdy | 4.20 | Edit outline re Fresenius fraudulent conveyance claims. |
| 1/07/02 | James W Kapp | 0.60 | Review and revise preliminary injunction order and attend to issues re same. |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/07/02 | Andrew R Running | 5.50 | Legal research re medical monitoring and class certification issues (2.6); confer with W. Sparks re same (.4); review expert's prior testimony in preparation for his interview (2.5). |
| 1/07/02 | Kellye L Fabian | 5.00 | Draft outline of response to adversary complaints and class certification motions to be filed by ZAI and medical monitoring claimants. |
| 1/07/02 | Janet Baer | 4.50 | Revise order further re injunction (1.); review injunction materials re Bettacchi affidavit (.5); confer with W. Sparks re Bettacchi affidavit and related matters (.3); review indemnity documents re R. Betacchi (.4); prepare and revise Bettacchi affidavit (.7); confer with S. Flynn re Grace Canada report (.3); supplement Bettacchi affidavit re client comments (.8); attend to matters re Injunction Order (.5). |
| 1/08/02 | David M Bernick, P.C. | 7.80 | Attend to matters re preliminary injunction issues (.5); conduct telephone conference with Wile and Barrett re criteria for medical review (1.0); conduct telephone conference with D. Kuchinsky re Wolin letter (.8); revisions to Wolin letter and charts (4.5); review of science studies (1.0). |
| 1/08/02 | Michelle H Browdy | 5.50 | Edit Fresenius fraudulent conveyance claims outline (2.2) edit outline re Sealed Air fraudulent conveyance claims (1.8); draft proposal for document production in accordance with 1/3/02 hearing (1.5). |
| 1/08/02 | James W Kapp | 0.50 | Attend to revisions to preliminary injunction order. |
| 1/08/02 | Andrew R Running | 8.10 | Review prior testimony of expert in preparation for his interview (4.6); review documents re same (3.5). |
| 1/08/02 | Christopher B Sullivan | 3.20 | Revise document retention policy (2.4); calls withR. Finke re same (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/08/02 | Kellye L Fabian | 3.80 | Research class definition and numerosity requirements (1.0); research medical monitoring claims as equitable relief (1.0); prepare response to anticipated class complaints and class certification motions of ZAI and medical monitoring claimants (1.8). |
| 1/08/02 | Janet Baer | 2.20 | Review insurance information for Injunction Order (.3); review and revise Shelnitz affidavit and confer re same (.5); prepare transmittal re injunction orders (.5); review recent Privest correspondence (.3); further revise draft injunction orders (.2); attend to matters re injunction orders (.4). |
| 1/08/02 | Roger J Higgins | 0.50 | Analyze Rhone-Poulenc case. |
| 1/09/02 | David M Bernick, P.C. | 0.80 | Attend to matters re fraudulent litigation. |
| 1/09/02 | Michelle H Browdy | 5.50 | Edit outline re Sealed Air fraudulent conveyance claims (4.2); consider privilege issues for document production on fraudulent conveyance claims in order to respond to 1/3/02 court hearing (1.3). |
| 1/09/02 | Timothy S Hardy | 0.30 | Telephone conference with D. Kuchinsky re Expert Status. |
| 1/09/02 | James W Kapp | 0.90 | Review correspondence re fraudulent conveyance document distribution and attend to issues re same (.2); attend to issues re revisions to preliminary injunction order (.2); review pleadings of National Union Fire Insurance Company and attend to issues re same (.5). |
| 1/09/02 | Scott A McMillin | 8.40 | Review and revise Fresenius outline (1.2); draft executive summary re same (1.0); redact privileged material in Fresenius outline (2.0); attend to matters re strategy for producing Fresenius and Sealed Air material (1.0); review financial documents from Grace Controller's office (3.2). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/02 | Andrew R Running | 2.50 | Attend to matters re claimants' request for access to Grace's claims database (.2); telephone conversations with J. Hughes re same (.4); telephone conversation with T. Hardy re medical monitoring issues (.2); continue review of prior testimony of expert (1.7). |
| 1/09/02 | Christopher B Sullivan | 1.00 | Telephone calls with W. Sparks and J. Hughes re responsive story to plaintiff Libby/vermiculite contentions. |
| 1/09/02 | Kellye L Fabian | 4.50 | Review medical monitoring case law cited in claimants' motion for class certification (1.5); draft response to medical monitoring claimants' complaint and motion for class certification (3.0). |
| 1/09/02 | Janet Baer | 2.00 | Follow up telephone calls re draft modified preliminary injunction (.8); further revise same (.3); confer with counsel for the State of Michigan re Perry matter and draft order (.4); several telephone calls re issues in Smolker injunction and appellate matter (.5). |
| 1/09/02 | Benjamin J Alke | 0.80 | Prepare copies of April and May orders re the Preliminary Injunction. |
| 1/10/02 | David M Bernick, P.C. | 0.60 | Conduct telephone conference with B. Price re review of science. |
| 1/10/02 | Michelle H Browdy | 6.10 | Finish first draft of detailed privilege map for proposed production of documents re fraudulent conveyance (4.3); review/analyze KPMG and PW related documents re fraudulent conveyance allegations (1.8). |
| 1/10/02 | Renee D Honigberg | 5.40 | Attend to issues re the purported settlement agreement between Grace and asbestos claimants (.4); review draft response to National Union's request for direction re payment of settlement funds to asbestos claimants (1.0); draft pleadings re TRO seeking to enjoin National Union from paying settlement funds to asbestos claimants (4.0) |
| 1/10/02 | James W Kapp | 0.90 | Attend to issues re insurance company request for direction (.3); attend to AIG issues and develop strategy re same (.6). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/10/02 | Scott A McMillin | 1.30 | Attend to issues re privilege waiver (.3); review and revise privilege waiver outline (1.0). |
| 1/10/02 | Andrew R Running | 0.40 | Review D. Bernick letter to Judge Wollin. |
| 1/10/02 | Christopher B Sullivan | 0.50 | Conference call with W. Sparks re meeting (.1); attend to matters re factual response to class briefs (.4). |
| 1/10/02 | Kellye L Fabian | 3.00 | Research medical monitoring case law in preparation for response to medical monitoring claimants' motion for class certification (1.9); draft and revise response to medical monitoring class certification motion (1.1). |
| 1/10/02 | Samuel A Schwartz | 0.50 | Attend to matters re strategy and tactics re the RMQ settlement agreements. |
| 1/10/02 | Janet Baer | 3.00 | Revise injunction order and related order to incorporate counsel's various comments (1.2); draft correspondence to various counsel re same (1.3); assemble documents for same and prepare correspondence for transmittal (.5). |
| 1/11/02 | Michelle H Browdy | 4.00 | Revise Sealed Air fraudulent conveyance response outline, including role of ARPC and PW analysis of asbestos issues. |
| 1/11/02 | Renee D Honigberg | 2.20 | Attend to matters re purported settlements with plaintiffs' law firm (.2); Revise draft temporary restraining order pleadings regarding purported settlement with plaintiffs' law firm (2.0). |
| 1/11/02 | James W Kapp | 4.50 | Review and revise TRO pleadings and attend to issues re same (3.4); telephone conference with E. Wohlforth, re pending claims (.2); address issues re appointment of future claims representative (.2); revise response to Fire Insurance's request for direction re settlement agreement and attend to issues re same (.7). |
| 1/11/02 | Scott A McMillin | 2.30 | Review Houlihan Lokey documents (2.0); attend to matters re fraudulent transfer outlines (.3). |
| 1/11/02 | Andrew R Running | 0.40 | Attend to matters re legal research on class action and medical monitoring issues. |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/11/02 | Samuel A Schwartz | 2.70 | Review and revise the AIG and RMQ TRO pleadings (2.1); attend to matters re same (.6). |
| 1/11/02 | Janet Baer | 0.60 | Review declarations re 1/3 orders and confer with counsel for F. Hill re witness issues (.4); confer with Samson counsel re affiliate issue (.2). |
| 1/12/02 | Michelle H Browdy | 4.00 | Edit outline re Sealed Air fraudulent conveyance claims (2.5); review boxes of documents re fraudulent conveyance claims for production, privilege issues (1.5). |
| 1/12/02 | Scott A McMillin | 0.80 | Review and revise fraudulent transfer outlines (.5); attend to matters re same (.3). |
| 1/13/02 | Michelle H Browdy | 2.80 | Draft privilege map and outlines to prepare for production re fraudulent conveyance allegations. |
| 1/13/02 | Samuel A Schwartz | 1.50 | Review, analyze and revise the RMQ and National Union TRO. |
| 1/14/02 | Michelle H Browdy | 1.00 | Update draft outlines re Fresenius and Sealed Air fraudulent transfer allegations. |
| 1/14/02 | Timothy S Hardy | 0.50 | Telephone conference with D. Kuchinsky, G. Marsh re ATSDR Review; review Bernick letter to Judge. |
| 1/14/02 | Renee D Honigberg | 5.90 | Participate in conference calls with client re draft pleadings seeking temporary restraining order enjoining payment of purportedly settled claims (1.9); review and revise draft pleadings in support of motion for temporary restraining order (4.0) |
| 1/14/02 | James W Kapp | 1.40 | Attend to issues re future claims representative (.2); review and revise TRO and injunction materials and attend to issues re same (.9); attend to issues re removal of particular litigation (.3). |
| 1/14/02 | Scott A McMillin | 3.20 | Draft executive summaries of fraudulent transfer outlines (2.0); review and revise privilege outline, time line and cover letter (.5); attend to matters re fraudulent transfer outlines (.5); conferences with F. Zaremby re document production (.2). |