| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/14/02 | Shirley A Pope | 2.00 | Review revised attachments re fraudulent conveyance projects. |
| 1/14/02 | Andrew R Running | 0.20 | Telephone conversation with J. Hughes re planned Washington meeting re expert matters. |
| 1/14/02 | Christopher B Sullivan | 2.00 | Draft memo summarizing witness interviews. |
| 1/14/02 | Kellye L Fabian | 1.00 | Research medical monitoring case law in preparation for response to motion for class certification. |
| 1/14/02 | Samuel A Schwartz | 8.70 | Review, revise and analyze the RMQ pleadings (5.8); telephone conferences with the client and M. Davis revising the same (2.2); attend to matters re same (.7). |
| 1/14/02 | Janet Baer | 0.60 | Review Canadian status report and revise same (.3); confer with R. Fields re status of stay, Samson matters and Exxon case (.3). |
| 1/15/02 | Michelle H Browdy | 3.50 | Meeting with D. Rosenbloom re Fresenius fraudulent transfer allegations (1.8); edit revised outlines re Sealed Air fraudulent conveyance allegations (1.7). |
| 1/15/02 | Timothy S Hardy | 0.80 | Telephone conference with D. Kuchinsky re medical monitoring; review McDonald Libby study update. |
| 1/15/02 | Renee D Honigberg | 1.20 | Review and revise draft pleadings in support of motion for temporary restraining order enjoining payments under purported settlement agreements and attend to matters re same. |
| 1/15/02 | James W Kapp | 1.00 | Telephone conference with D. Scott re objections to class action adversary complaint and attend to issues re same (.3); attend to issues re Zonolite motion to dismiss bankruptcy case (.1); review letters to employees re document retention and attend to issues re same (.1); attend to matters re issues re preparation of temporary restraining order pleadings and attend to issues re same (.4); attend to issues re removal extension motion (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/15/02 | Scott A McMillin | 3.80 | Revise Sealed Air and Fresenius fraudulent transfer outlines (1.2); conferences with M. Browdy re same (.3); prepare for and meet with D. Rosenbloom re Fresenius transaction (2.3). |
| 1/15/02 | Andrew R Running | 5.50 | Prepare for expert interview (1.5); interview expert with W. Sparks (2.0); confer with W. Sparks re pending litigation matters (.5); prepare for next day's meeting with D. Rourke (1.5). |
| 1/15/02 | Christopher B Sullivan | 0.50 | Schedule witness interviews in California and related communications on same. |
| 1/15/02 | Kellye L Fabian | 5.00 | Draft outline response to medical monitoring claimants' motion for class certification (2.0); review case law re standards for class definition and numerosity (3.0). |
| 1/15/02 | Samuel A Schwartz | 7.10 | Review, analyze and revise the RMQ pleadings (4.5); telephone conferences with the client and M. Davis re same (1.1); attend to matters re same (1.1); draft correspondence re same (.4). |
| 1/16/02 | David M Bernick, P.C. | 1.50 | Conduct telephone conference with D. Hughes re TRO (1.0); review Weiss memo (.5). |
| 1/16/02 | Michelle H Browdy | 1.80 | Edit; revise explanatory cover letter and analysis; send detailed outlines on fraudulent conveyance allegations to client. |
| 1/16/02 | Timothy S Hardy | 3.10 | Meet with D. Roark and J. Hughes re personal injury cases; review new Weis (EPA) memorandum and discuss with M. Grummer, D. Bernick and D. Kuchinsky. |
| 1/16/02 | Renee D Honigberg | 1.70 | Telephone conference with client re draft pleadings in support of motion for TRO re purportedly settled claims (.5); review and revise draft pleadings re same (1.2). |
| 1/16/02 | James W Kapp | 2.00 | Attend to issues re filing of TRO and preliminary injunction (1.0); review relevant pleadings in related asbestos bankruptcy proceedings re appointment of future representative (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/02 | Scott A McMillin | 1.80 | Revise Sealed Air and Fresenius fraudulent transfer outlines. |
| 1/16/02 | Andrew R Running | 3.00 | Meet with D. Rourke and J. Hughes re actuarial issues. |
| 1/16/02 | Kellye L Fabian | 5.50 | Review case law re standards for class definition (2.9); review case law re medical monitoring claims' interaction with workers' compensation statutes (2.6). |
| 1/16/02 | Samuel A Schwartz | 11.40 | Review, revise and analyze the RMQ pleadings (8.5); telephone conferences with the client re same (1.5); attend to matters re same (1.4). |
| 1/16/02 | Janet Baer | 0.60 | Confer with W. Sparks re Libby attic fill matters and related coordination of matters (.3); attend to matters re same and other documentary issues (.3). |
| 1/17/02 | David M Bernick, P.C. | 2.00 | Conduct telephone conference re outlines for fraudulent conveyance litigation and strategy (.8); conduct two telephone conferences with F. McGovern re meetings with Judge Wolin (1.2). |
| 1/17/02 | Michelle H Browdy | 1.40 | Conference call on privilege issues with Wolinsky & Beber law firm re fraudulent conveyance allegations and follow up related issues. |
| 1/17/02 | Timothy S Hardy | 0.50 | Review dose response memorandum and memoranda re EPA/CERCLA. |
| 1/17/02 | Renee D Honigberg | 3.00 | Phone conference with client re revisions to TRO pleadings (.5); edit pleadings per comments from client (2.5) |
| 1/17/02 | James W Kapp | 1.30 | Review relevant pleadings re appointment of future representative and attend to issues re same. |
| 1/17/02 | Scott A McMillin | 0.70 | Attend to matters re defense of fraudulent transfer claims. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/02 | Andrew R Running | 5.90 | Review documents in preparation for meeting with potential remodeling expert (1.3); participate in meeting with remodeling consultant and D. Cameron (4.1); confer with D. Cameron re the consultant (.2); attend to matters re class action legal research (.3). |
| 1/17/02 | Kellye L Fabian | 3.00 | Research rule 23(b)(2) certification issues in response to medical monitoring plaintiffs' motion for class certification. |
| 1/17/02 | Kellye L Fabian | 2.00 | Research re workers' compensation laws. |
| 1/17/02 | Kellye L Fabian | 2.00 | Research case law re medical monitoring as form of relief in class actions in preparation for response to medical monitoring plaintiffs' motion for certification. |
| 1/17/02 | Samuel A Schwartz | 6.00 | Review, revise and analyze the RMQ pleadings and attend to the filing of same (4.5); telephone conferences with the client re same (1.0); attend to matters re same (.5). |
| 1/17/02 | Roger J Higgins | 0.30 | Attend to matters re Darrell Scott letter on objection deadline for motion to dismiss adversary complaint. |
| 1/18/02 | Michelle H Browdy | 0.70 | Consider production issues for fraudulent conveyance issue. |
| 1/18/02 | Timothy S Hardy | 1.00 | Review Marsh ATSDR review; telephone conference with D. Kuchinsky re same and re Weis memorandum. |
| 1/18/02 | Renee D Honigberg | 0.20 | Attend to matters re TRO pleadings related to purported asbestos claims settlement. |
| 1/18/02 | James W Kapp | 0.50 | Attend to issues re Zonolite motion to dismiss bankruptcy case (.2); attend to matters re TRO pleadings and issues (.2); telephone conference with J. McFarland re preliminary injunction and Fresenius (.1). |
| 1/18/02 | Scott A McMillin | 0.70 | Attend to matters re document production for fraudulent transfer litigation (.5); conference with B. Wolf re Houlihan Lokey (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/18/02 | Kellye L Fabian | 3.00 | Research case law re workers' compensation issues in response to medical monitoring plaintiffs' motion for class certification. |
| 1/18/02 | Kellye L Fabian | 2.00 | Research re medical monitoring class actions in response to medical monitoring plaintiffs' motion for class certification. |
| 1/18/02 | Kellye L Fabian | 2.00 | Research workers' compensation issues (.5); research case law re medical monitoring class actions (.6); draft section of opposition to medical monitoring plaintiffs' motion for class certification re class definition (.9). |
| 1/18/02 | Kellye L Fabian | 1.00 | Draft section of opposition to medical monitoring plaintiffs' motion for class certification re class definition. |
| 1/21/02 | James W Kapp | 0.60 | Revise fraudulent conveyance order and attend to issues re document production re same. |
| 1/21/02 | Scott A McMillin | 1.50 | Review comments on draft Sealed Air and Fresenium fraudulent transfer outlines and revise outlines (1.2); attend to matters re same (.3). |
| 1/21/02 | Kellye L Fabian | 8.00 | Draft sections of opposition to medical monitoring plaintiffs' motion for class certification (4.7); research re same (1.8); review ZAI plaintiffs' motion for class certification (1.5). |
| 1/21/02 | Janet Baer | 1.40 | Attend to matters re order on fraudulent transfer matter (.4); revise same (.3); transmit same to Delaware counsel and committee counsel (.4); confer with J. McFarland and transmit injunction and exhibits (.3). |
| 1/22/02 | David M Bernick, P.C. | 1.50 | Attend to matters re class brief (1.0); further conduct telephone conference with re same (.5). |
| 1/22/02 | Michelle H Browdy | 2.20 | Continue work on document production issues re fraudulent conveyance allegations (1.1); draft/submit proposal on same to client and discuss with B. Beber (1.1). |

A-30

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/22/02 | Timothy S Hardy | 1.80 | Telephone conferences with D. Kuchinsky, R. Finke et al. re EPA meeting; office conference with M. Grummer re same. |
| 1/22/02 | James W Kapp | 0.40 | Attend to issues re temporary restraining order (.2); attend to fraudulent conveyance matters (.2). |
| 1/22/02 | Scott A McMillin | 4.00 | Prepare for and review documents produced by Grace for privilege (2.8); attend to matters re scope of privilege waiver and document production issues (.6); gather key documents for binders (.2); review Sealed Air and Fresenius fraudulent transfer outlines (.4). |
| 1/22/02 | Kellye L Fabian | 6.50 | Draft response to medical monitoring plaintiffs' motion for class certification (5.5); attend to matters re same (1.0). |
| 1/22/02 | Samuel A Schwartz | 1.10 | Attend to matters re RMQ TRO and prepare same (.6); telephone conferences with M. Davis and local counsel re same (.5). |
| 1/22/02 | Janet Baer | 0.80 | Review numerous pleadings for preparation of audit response letter. |
| 1/23/02 | Janet Baer | 0.30 | Confer with various parties re Freseneus insurance matters. |
| 1/24/02 | Michelle H Browdy | 2.80 | Conference call with Fresenius counsel re fraudulent conveyance issues (.5); follow up on document production issues re fraudulent conveyance (2.3). |
| 1/24/02 | Renee D Honigberg | 4.20 | Legal research on issue of proper jurisdiction for potential law suit filed by plaintiffs' attorney in state court. |
| 1/24/02 | Scott A McMillin | 1.30 | Attend to matters re document production and privilege issues (.4); outline Sealed Air issues (.9). |
| 1/24/02 | Andrew R Running | 2.20 | Review documents re application procedures and sales of certain products (1.8); telephone conversation with fiber draft expert re status of his work (.4). |
| 1/24/02 | Christopher B Sullivan | 2.30 | Attend to matters re Libby factual background (.4); review client provided product documents (.6); review sampling documents (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/02 | Michelle H Browdy | 1.30 | Consider privilege issues for production of documents re fraudulent conveyance allegations. |
| 1/25/02 | Timothy S Hardy | 0.50 | Telephone conference with D. Kuchinsky re EPA meeting plans. |
| 1/25/02 | Renee D Honigberg | 1.30 | Revise draft memo re proper jurisdiction for potential law suit. |
| 1/25/02 | James W Kapp | 0.40 | Review correspondence re order withdrawing depository motion and attend to issues re same (.1); attend to issues re third party joinder complaint for declaratory judgment and injunctive relief (.3). |
| 1/25/02 | Kellye L Fabian | 1.00 | Review class action argument (.2); draft letter to client re request for documents (.8). |
| 1/25/02 | Samuel A Schwartz | 0.80 | Attend to the RMQ TRO and related matters. |
| 1/25/02 | Janet Baer | 1.50 | Confer with Court Clerk re Injunction Order and exhibit (.3); attend to matters re same (.2); confer with F. Zaremby several times re same (.5); confer with Court Clerk re orders (.2); prepare transmittal with revised exhibit to injunction (.3). |
| 1/26/02 | Michelle H Browdy | 3.00 | Work on factual submission re fraudulent conveyance allegations. |
| 1/26/02 | James W Kapp | 1.40 | Review memorandum re statutory authority for future claims representative (.2); review notice of removal and accompanying pleadings (.8); review supplemental response of Locke to preliminary injunction and attend to issues re same (.4). |
| 1/27/02 | Michelle H Browdy | 3.00 | Draft factual submission re fraudulent conveyance allegations. |
| 1/28/02 | Michelle H Browdy | 1.20 | Continue drafting factual submission re fraudulent conveyance allegations. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/28/02 | Scott A McMillin | 2.00 | Attend to matters re document production and privilege issues (.7); review draft re Fresenius issues outline (.4); review outline re Sealed Air issues (.9). |
| 1/29/02 | Timothy S Hardy | 0.50 | Telephone conference with D. Kuchinsky re EPA meeting; review memoranda re same. |
| 1/29/02 | Scott A McMillin | 2.20 | Draft write up re Sealed Air case (1.2); prepare for and participate in conference with client re document production and privilege issues (1.0). |
| 1/29/02 | Kellye L Fabian | 4.00 | Review exhibits from Finstad case for factual information re response to medical monitoring plaintiffs' motion for class certification (2.0); review and outline arguments Grace made in opposition to certification in Barbanti and Price MDL (1.5); outline opposition to class certification argument (.5). |
| 1/29/02 | Janet Baer | 0.60 | Review pleadings re WD Hilton and F. Rabinovitz retention (.3); review memo re disclosure of information re fraudulent transfer matter (.3). |
| 1/30/02 | Timothy S Hardy | 0.50 | Participate in conference  call re 1/29 hearing with the judge. |
| 1/30/02 | James W Kapp | 0.40 | Attend to issues re creation of Locke preliminary injunction order per Judge Fitzgerald's request (.1); review property damage application to retain experts and review expert order (.3). |
| 1/30/02 | Scott A McMillin | 2.80 | Conferences with client re document production issues (.7); attend to matters re same (.3); review intercompany account documents (.6); conferences with D. Rosenbloom and B. Stewart re document issues (.3); draft letter re document production (.2); review Action site pleadings and analyze litigation strategy (.7). |
| 1/30/02 | Janet Baer | 1.10 | Confer with various counsel re injunction and related matters (.5); prepare Locke injunction order (.3); attend to matters re issues for discovery in fraudulent transfer matter (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/02 | David M Bernick, P.C. | 1.80 | Attend to matters re fraudulent conveyance litigation. |
| 1/31/02 | Michelle H Browdy | 1.90 | Conference calls re fraudulent transfer issues and follow up. |
| 1/31/02 | Timothy S Hardy | 4.50 | Meet with Grace lawyers and consultants before and after meeting with EPA. |
| 1/31/02 | James W Kapp | 0.30 | Attend to issues raised by Kocke's counsel in connection with preliminary injunction order. |
| 1/31/02 | Scott A McMillin | 5.30 | Prepare for and participate in conference with client, D. Rosenbloom, S. Birnbaum, and H. Wasserstein re fraudulent transfer litigation strategy (1.0); conferences with M. Browdy, B. Beber, and F. Zaremby re document production and privilege issues (1.3); review related lawsuit pleadings and analyze strategy (1.0); conferences with client re same (.4); review audit committee minutes for production (1.3); plan document production schedule and strategy (.3). |
| 1/31/02 | Andrew R Running | 0.90 | Review memorandum filed by select asbestos claimants re remand of malignant claims (.6); review of other recently filed pleadings (.3). |
| 1/31/02 | Janet Baer | 0.70 | Confer with K. Miller re Locke order (.2); prepare transmittal re same (.3); attend to matters re further injunction issues (.2). |

## Matter 24 - Creditors Committee - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with committee counsels re 1/3 hearing. |
| 1/02/02 | Janet Baer | 0.50 | Confer with attorneys for the creditors committees re injunction order. |
| 1/07/02 | James W Kapp | 0.10 | Telephone conference with K. Pasquale re meeting with Judge Wolin and letters re same. |
| 1/09/02 | Shirley A Pope | 0.40 | Prepare and fax letter to K. Pasquale (.3); telephone conference with K. Pasquale re Judge Wolin letter (.1). |
| 1/10/02 | James W Kapp | 0.30 | Telephone conference with M. Zaleski re outstanding issues. |
| 1/10/02 | Janet Baer | 0.30 | Confer with A. Krieger re Bar Date issues. |
| 1/21/02 | James W Kapp | 0.50 | Review correspondence from S. Baena and attend to issues re same and respond to same. |
| 1/22/02 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re PricewaterhouseCoopers retention and attend to issues re same. |
| 1/23/02 | James W Kapp | 0.20 | Telephone conference with L. Kruger and A. Krieger re exparte conference with Judge Wolin and issues re January 29, 2002 hearing. |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/28/02 | James W Kapp | 0.10 | Telephone conference with M. Zaleski re fee examiners. |

## Matter 25 - Creditors/Shareholders Inquiries - Fees

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/02/02 | James W Kapp | 0.40 | Telephone conference with creditors re status of bankruptcy cases and December 20, 2001 hearing. |
| 1/02/02 | Samuel A Schwartz | 0.80 | Telephone conferences with various attorneys and creditors re the status of the cases. |
| 1/02/02 | Janet Baer | 0.30 | Respond to creditor inquiries re hearing on injunction matters. |
| 1/03/02 | Samuel A Schwartz | 1.20 | Telephone conferences with various attorneys and creditors re the status of the cases and the claims bar date. |
| 1/07/02 | James W Kapp | 0.10 | Telephone conference with creditor re status of chapter 11 cases. |
| 1/08/02 | Samuel A Schwartz | 1.40 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 1/09/02 | James W Kapp | 0.40 | Telephone conferences with various creditors re status of chapter 11 cases. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/14/02 | James W Kapp | 0.80 | Review correspondence from GE Capital and attend to issues re same (.2); review correspondence to Judge Wolin from Hartford Insurance and attend to issues re same (.3); review correspondence from D. Scott and attend to issues re same (.3). |
| 1/16/02 | James W Kapp | 0.70 | Telephone conference with J. Novatney re status of chapter 11 cases and monthly operating reports (.4); review correspondence from E. Magner and attend to issues re same (.3). |
| 1/17/02 | James W Kapp | 0.40 | Telephone conference with L. Lading re claims status and status of bankruptcy cases. |
| 1/18/02 | James W Kapp | 0.30 | Telephone conference with N. Marcus re status of chapter 11 cases (.1); telephone conferences with various creditors re status of chapter 11 cases (.2). |
| 1/18/02 | Samuel A Schwartz | 1.40 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 1/18/02 | Janet Baer | 0.50 | Respond to several creditor inquiries re status of injunction and coverage re certain type of claims. |
| 1/21/02 | James W Kapp | 0.40 | Telephone conferences with creditors re status of chapter 11 cases and potential bar date. |
| 1/21/02 | Samuel A Schwartz | 1.70 | Telephone conferences with various creditors and attorneys re the status of the cases. |
| 1/23/02 | James W Kapp | 0.20 | Telephone conference with M. Harris re status of chapter 11 cases. |
| 1/24/02 | James W Kapp | 0.20 | Telephone conference with reporter for Daily Deal. |
| 1/28/02 | Samuel A Schwartz | 1.00 | Telephone conferences with various attorneys and creditors re the status of the cases. |

**Matter 27 - Employee Matters - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/02 | James W Kapp | 0.60 | Telephone conference with B. McGowan re employee benefit plans and attend to issues re same. |
| 1/24/02 | Roger J Higgins | 3.00 | Telephone conferences with J. Forgach re 2001 minimum funding obligations for qualified defined benefits plans (.7); legal research related thereto (1.8); attend to matters related thereto (.5). |
| 1/25/02 | Roger J Higgins | 2.50 | Draft outline re minimum funding obligation issue. |
| 1/29/02 | Roger J Higgins | 0.50 | Telephone conference with J. Forgach re minimum funding obligation issue (.3); attend to matters re same (.2). |
| 1/31/02 | James W Kapp | 0.40 | Attend to issues re authorities to fund certain employee benefits and review orders re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/02 | Roger J Higgins | 0.80 | Attend to matters re minimum funding obligations issue. |

### Matter 28 - Environmental Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Mark E Grummer | 0.10 | Attend to matters re Hatco site draft letter to A. Reitano. |
| 1/03/02 | Mark E Grummer | 1.80 | Review draft response to Reitano letter re Hatco site and prepare suggested revisions to same (.9); attend to matters re same (.3); review and comment on second draft of letter (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/02 | Janet Baer | 2.50 | Review draft response letter re Hatco issues (.3); revise same (.8); prepare transmittal re same and review other parties comments re same (.4); review materials re Libby medical plan and prepare response re same (.5); further confer re Hatco response (.5). |
| 1/04/02 | Mark E Grummer | 0.20 | Review new draft of letter responding to A. Reitano re Hatco site. |
| 1/04/02 | Andrew R Running | 0.70 | Review EPA's recent discovery responses re Libby. |
| 1/04/02 | Janet Baer | 0.30 | Final review and comments on Hatco letter. |
| 1/10/02 | James W Kapp | 0.60 | Review correspondence re OII Steering Committee and attend to issues re same. |
| 1/10/02 | Janet Baer | 0.30 | Review correspondence re environmental claims and respond re same. |
| 1/11/02 | Mark E Grummer | 0.10 | Attend to matters re Motor Wheel Consent decree. |
| 1/15/02 | David M Bernick, P.C. | 0.50 | Attend to matters re EPA issues. |
| 1/15/02 | Mark E Grummer | 4.70 | Attend to matters re Environmental Protection Agency plans to remove attic fill in Libby (.3); legal research re same (4.4). |
| 1/15/02 | Christopher B Sullivan | 1.00 | Review EPA requests for information. |
| 1/16/02 | Mark E Grummer | 5.60 | Research re Libby attic insulation removal legal issues (.9); prepare memorandum to D. Siegel re Libby legal and strategy issues (1.4); conference with J. Hughes re Libby attic insulation issues (.6); preliminary review of Environmental Protection Agency Weis memorandum re Libby risk issues (.4); research and prepare memorandum to D. Siegel re further Libby attic insulation issues(2.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/02 | Andrew R Running | 2.50 | Attend to matter re Libby CERCLA issues (1.0); attend to matters re CERCLA issues related to EPA Libby matters (.7); review EPA Libby documents (.8). |
| 1/16/02 | Janet Baer | 0.30 | Confer with J. Freeman re Consent Decree and other related issues. |
| 1/17/02 | Mark E Grummer | 6.00 | Legal research re emergency as used in various provisions of CERCLA and attend to matters re same. |
| 1/17/02 | Janet Baer | 0.30 | Attend to matters re Libby environmental matters and attic fill. |
| 1/18/02 | Mark E Grummer | 2.50 | Telephone conference with J. McCarthy re Libby attic insulation CERCLA issues (.3); attend to matters re Libby status (.1); prepare memorandum re strategy issues re EPA plans re Libby attic insulation removal (2.1). |
| 1/21/02 | David M Bernick, P.C. | 0.30 | Prepare correspondence to D. Siegel re environmental matters. |
| 1/21/02 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with D. Siegel re EPA development. |
| 1/21/02 | Mark E Grummer | 0.80 | Prepare memorandum re Libby insulation removal legal issues. |
| 1/21/02 | Janet Baer | 0.30 | Review consent decree re discovery/access issues. |
| 1/22/02 | Mark E Grummer | 0.50 | Attend to matters re approach to handling Libby attic insulation legal issues. |
| 1/22/02 | Janet Baer | 0.50 | Review correspondence and documents re certain sites. |
| 1/23/02 | Mark E Grummer | 2.90 | Attend to matters re site developments (.3); review file materials re same and evaluate response to demands at such sites (.7); collect materials and set up files for all sites for which demands have been received post-petition (.6); review discovery responses of U.S. for Libby CERCLA action (.5); research re Libby CERCLA issues including applicability of building material exemption and exception thereto (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/02 | James W Kapp | 0.30 | Review correspondence re specific cleanup site and attend to issues re same. |
| 1/23/02 | Janet Baer | 1.00 | Review further correspondence re certain sites (.3); confer with M. Obradavich re same (.3); attend to matters re same (.4). |
| 1/24/02 | Mark E Grummer | 4.30 | Legal research re CERCLA 104(a)(3) and (4) provisions and applicability to EPA plans to perform removal of Libby attic fill (3.5); review materials and draft correspondence re compliance and cleanup issues at certain sites (.8). |
| 1/24/02 | Janet Baer | 0.30 | Attend to matters re specific cleanup site. |
| 1/25/02 | Mark E Grummer | 0.20 | Attend to matters re Libby research issues. |
| 1/25/02 | Janet Baer | 1.20 | Review correspondence re certain sites (.4); participate in conference re specific site issues and related matters (.8). |
| 1/28/02 | Mark E Grummer | 4.70 | Review correspondence re specific site and attend to matters re same (.4); research re Environmental Protection Agency guidance re CERCLA building products liability exemption and emergency exception thereto (2.6); review legislative history research results (.7); review file on certain site and review draft letter responding to site owner's cleanup demands and forward changes with explanation (1.0). |
| 1/28/02 | Janet Baer | 0.50 | Prepare response letter on certain site and transmittal re same. |
| 1/29/02 | Mark E Grummer | 3.70 | Review research materials re CERCLA building products exemption and emergency exception and prepare memorandum re results of research. |
| 1/29/02 | Janet Baer | 1.10 | Review comments to demand letter response (.2); revise same (.2); review letter re certain site (.2); review EPA memo on Libby ZAI emergency issue (.5). |

A-42

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/30/02 | Mark E Grummer | 3.00 | Review and edit draft correspondence re certain sites and K&E office conference re same (1.8); review and organize research materials re Libby attic fill emergency issue (.7); review court decisions re applicability of CERCLA to removal of asbestos from buildings (.5). |
| 1/30/02 | Janet Baer | 1.10 | Attend to matters re certain sites (.2); revise letters further and prepare transmittals re same (.4); draft correspondence on various environmental matters (.5). |
| 1/31/02 | Mark E Grummer | 0.80 | Review court decisions re limit under CERCLA on removal action expenditures (.2); telephone conference with J. McCarthy re need for court approval for retaining litigation experts (.2); attend to matters re same and prepare response to J. McCarthy (.4). |
| 1/31/02 | Mark E Grummer | 1.20 | Review particular site correspondence and file materials and evaluate Grace response to correspondence and prepare email note to R. Emmert re same. |
| 1/31/02 | Janet Baer | 0.90 | Attend to matters re Libby attic fill and related issues (.3); review correspondence re Casmalia matter (.3); respond re same (.3). |

**Matter 29 - File, Docket, Calendar Maintenance - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/02 | Sabrina M Mitchell | 0.70 | Review the online docket and update the motion status chart (.6); distribute Grace dockets (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/04/02 | Sabrina M Mitchell | 5.00 | Review the online docket and update the motion status chart (.9); update the case file index with new documents and prepare for inclusion into central files (.8); identify new pleadings using the court's website and include in the central file docket binders (3.3). |
| 1/07/02 | Sabrina M Mitchell | 1.30 | Review the online dockets and distribute the same (.2); include new documents into central files (1.1). |
| 1/08/02 | Sabrina M Mitchell | 1.70 | Review the online dockets and distribute the same (.2); update the case file index with new documents and prepare for inclusion into central files (.2); identify new pleadings using the court's website and include in the central file docket binders (1.3). |
| 1/09/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute the same. |
| 1/10/02 | Sabrina M Mitchell | 2.50 | Review the online dockets and distribute the same (.2); update the case file index with new documents and prepare for inclusion into central files (.4); identify new pleadings using the court's website and include in the central file docket binders (1.9). |
| 1/11/02 | Sabrina M Mitchell | 1.40 | Review the online docket and update the motion status chart (.6); distribute Grace dockets (.1); identify new pleadings using the court's website and include in the central file docket binders (.7). |
| 1/14/02 | Sabrina M Mitchell | 2.40 | Review the online dockets and distribute the same (.2); update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (1.9). |
| 1/15/02 | Sabrina M Mitchell | 1.10 | Update the case file index with new documents and prepare for inclusion into central files (.2); identify new pleadings using the court's website and include in the central file docket binders (1.0). |
| 1/16/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute the same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/02 | Sabrina M Mitchell | 1.60 | Update the case file index with new documents and prepare for inclusion into central files (.2); identify new pleadings using the court's website and include in the central file docket binders (1.4). |
| 1/18/02 | Roger J Higgins | 0.30 | Attend to matters re filing of various motions. |
| 1/18/02 | Sabrina M Mitchell | 1.10 | Update the motion status chart (.9); review the online dockets and distribute the same (.2). |
| 1/22/02 | Sabrina M Mitchell | 1.50 | Review the online dockets and distribute the same (.2); identify new pleadings using the court's website and include in the central file docket binders (1.3). |
| 1/23/02 | Sabrina M Mitchell | 1.00 | Review the online dockets and distribute the same (.2); identify new pleadings using the court's website and include in the central file docket binders (.8). |
| 1/24/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute the same (.2); identify new pleadings using the court's website and include in the central file docket binders (.2). |
| 1/25/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute the same. |
| 1/28/02 | Sabrina M Mitchell | 1.30 | Review the online dockets and distribute the same (.2); identify new pleadings using the court's website and include in the central file docket binders (1.1). |
| 1/29/02 | Sabrina M Mitchell | 1.30 | Review the online dockets and distribute the same (.2); identify new pleadings using the court's website and include in the central file docket binders (1.1). |
| 1/31/02 | Sabrina M Mitchell | 3.00 | Update the case file index with new documents and prepare for inclusion into central files (.3); identify new pleadings using the court's website and include in the central file docket binders (2.7). |

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/01 | Janet Baer | 0.80 | Attend to matters re status of numerous outstanding matters and upcoming status hearings. |
| 1/02/02 | David M Bernick, P.C. | 8.00 | Preparation for hearing. |
| 1/02/02 | James W Kapp | 8.80 | Telephone conference with D. Carickhoff re January 3, 2002, hearing and attend to issues re same (1.1); telephone conference with S. Baena, P. Lockwood, L. Jones, D. Bernick, A. Krieger and K. Pesquila re agenda for January 3, 2002, hearing and attend to issues re same (2.1); prepare for January 3, 2002, hearing and review background materials re same (5.6). |
| 1/02/02 | Shirley A Pope | 1.50 | Teleconference call with L. Jones re agenda matters scheduled for January 3, 2002 hearing. |
| 1/02/02 | Shirley A Pope | 4.00 | Prepare documents re January 3 hearing for attorney review. |
| 1/02/02 | Samuel A Schwartz | 0.80 | Telephone conferences with local counsel and the client re the January 3 hearing and attend to matters re same. |
| 1/02/02 | Janet Baer | 0.70 | Prepare for hearing on injunction matters. |
| 1/02/02 | Roger J Higgins | 1.30 | Pull and annotate case law relating to fraudulent conveyance issues in preparation for January 3 hearing. |
| 1/02/02 | Benjamin J Alke | 6.40 | Prepare materials for January 3 hearing. |
| 1/03/02 | David M Bernick, P.C. | 9.00 | Prepare for and attend hearing before Judge Fitzgerald. |
| 1/03/02 | James W Kapp | 11.30 | Prepare for and participate in January 3, 2002, hearing before Judge Fitzgerald (9.0); attend to issues re same (1.8); telephone conference with D. Siegel re overview of hearing (.5). |
| 1/03/02 | Andrew R Running | 0.40 | Attend to matters re hearing before Judge Fitzgerald (.1); review hearing agenda and other court filings (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/03/02 | Samuel A Schwartz | 0.90 | Attention to matters re the January 3, 2002, hearing before Judge Fitzgerald. |
| 1/04/02 | James W Kapp | 3.20 | Attend to issues re January 3, 2002, hearing (.8);prepare memorandum re action items arising from January 3, 2002, hearing and attend to issues re same (2.1); telephone conference with W. Sparks re January 3, 2002, hearing (.3). |
| 1/04/02 | Janet Baer | 0.50 | Attend to matters re results of omnibus hearing before Judge Fitzgerald. |
| 1/04/02 | Janet Baer | 1.00 | Review memo re outstanding projects from hearing and attend to matters re same (.6); prepare transmittal re same (.4). |
| 1/07/02 | James W Kapp | 0.40 | Review and revise notice pertaining to January 3, 2002, hearing and attend to issues re same and telephone conference with D. Carickhoff re same. |
| 1/07/02 | Janet Baer | 0.50 | Prepare separate order re non-adversary rulings at 1- 3 hearing. |
| 1/08/02 | David M Bernick, P.C. | 1.50 | Prepare for Friday hearing before Judge Wolin. |
| 1/08/02 | Janet Baer | 0.60 | Attend to matters raised at 1/3/02 omnibus hearing (.3); review memo re same (.3). |
| 1/09/02 | David M Bernick, P.C. | 0.30 | Telephone conference with D. Siegel re upcoming hearing before Judge Wolin. |
| 1/11/02 | David M Bernick, P.C. | 4.50 | Prepare for hearing (2); hearing before Judge Wolin (2.5). |
| 1/14/02 | David M Bernick, P.C. | 1.10 | Telephone conference with F. McGovern re proceedings before Judge Wolin (.3); prepare package of materials re same for F. McGovern review (.8). |
| 1/14/02 | James W Kapp | 0.50 | Attend to various issues re January 29, 2002, hearing agenda. |
| 1/15/02 | Sabrina M Mitchell | 0.30 | Attend to matters re December 20, 2001 transcript. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/02 | James W Kapp | 1.40 | Address issues re preparation of agenda for January 29, 2002, hearing (.2); revise January 29,2002, hearing agenda and attend to issues re same and review pleadings re same (1.2). |
| 1/17/02 | David M Bernick, P.C. | 0.50 | Revise hearing and attend to matters related thereto. |
| 1/17/02 | James W Kapp | 2.40 | Review and revise January 29, 2002 agenda letter and attend to issues re same (1.2); review Judge Fitzgerald's memorandum re January 3, 2002, hearing and attend to issues re same (1.0); telephone conference with D. Carickhoff re January 29, 2002, agenda (.2). |
| 1/17/02 | Samuel A Schwartz | 0.70 | Prepare January 29 hearing agenda letter. |
| 1/18/02 | James W Kapp | 0.30 | Attend to issues re January 29, 2002, agenda. |
| 1/18/02 | Sabrina M Mitchell | 0.20 | Attend to matters re Judge Fitzgerald's January 3, 2002 hearing notes. |
| 1/21/02 | James W Kapp | 0.80 | Review correspondence with W. Sparks re January 29, 2002, hearing agenda and prepare response thereto and review Sparks' response thereto (.6); review correspondence to Judge Fitzgerald attached to January 29, 2002, hearing agenda (.1); revise January 29, 2002, agenda (.1). |
| 1/21/02 | Shirley A Pope | 1.00 | Prepare materials for Jan. 29 hearing. |
| 1/22/02 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with Judge Wolin (.3); conduct telephone conference with D. Smith re follow-up items to Judge Wolin conference (.5). |
| 1/22/02 | Renee D Honigberg | 0.30 | Gather materials, documents and information in preparation for TRO hearing related to alleged settlement agreement with plaintiffs' law firm. |

A-48

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/22/02 | James W Kapp | 0.60 | Attend to issues re amended agenda for January 29, 2002, hearing and attend to issues re same and telephone conference with D. Carickhoff re same (.4); attend to issues re preparation of Exxon and preliminary injunction motions for January 29, 2002, hearing (.2). |
| 1/22/02 | Shirley A Pope | 0.70 | Prepare project for Jan.29 hearing (.5); retrieve documents for Jan. 29 hearing (.2). |
| 1/22/02 | Andrew R Running | 1.20 | Review transcript of January 3, 2002 court hearing. |
| 1/22/02 | Janet Baer | 4.10 | Attend to matters re revisions to orders from 1/3 hearing (.5); assemble materials for 1/29 hearing on Locke and Exxon matters and review indemnities and prepare index re same (1.5); revise 1/3 order (.6); review transcript for issues on orders of 1/3 hearing and prepare transmittal re same (1.); prepare revised orders, confer with Court and transmit same (.5). |
| 1/23/02 | Renee D Honigberg | 0.30 | Attend to matters re preparation for TRO hearing re alleged settlement agreement and follow up review of materials re same. |
| 1/23/02 | James W Kapp | 0.20 | Attend to issues re January 29, 2002, hearing. |
| 1/23/02 | Samuel A Schwartz | 0.50 | Prepare for the RMQ TRO hearing. |
| 1/24/02 | David M Bernick, P.C. | 1.50 | Prepare for hearing before Judge Fitzgerald. |
| 1/24/02 | Janet Baer | 0.30 | Review agenda for 1/29 hearing and prepare transmittal re corrections to same. |
| 1/25/02 | Renee D Honigberg | 0.50 | Draft memo outlining key issues for TRO hearing. |
| 1/25/02 | James W Kapp | 0.50 | Review and revise January 29, 2002, agenda and telephone conference with D. Carickoff re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/02 | James W Kapp | 1.70 | Attend to issues re appointment of fee examiner, review correspondence from F. Perch and S. Baena re same and prepare speaking outline re same for January 29, 2002, hearing. |
| 1/26/02 | James W Kapp | 0.20 | Compile materials in preparation for January 29, 2002, hearing and review agenda re same. |
| 1/28/02 | David M Bernick, P.C. | 2.50 | Prepare for hearing before Judge Wolin. |
| 1/28/02 | James W Kapp | 3.10 | Review amended agenda and attend to issues re same (.3); attend to issues re January 29, 2002 hearing and prepare for same and review pleadings to be heard at same (2.8). |
| 1/28/02 | Samuel A Schwartz | 3.20 | Preparation and organization for the January 29 hearing (2.5); attend to matters re same (.7). |
| 1/28/02 | Janet Baer | 0.50 | Several conferences with parties re 1/29 hearing, injunction and related matters. |
| 1/29/02 | David M Bernick, P.C. | 6.50 | Preparation for hearing before Judge Fitzgerald (3.0); attending hearing before Judge Fitzgerald (3.5). |
| 1/29/02 | James W Kapp | 7.40 | Prepare for January 29, 2002, hearing (2.0); conference with W. Shields, B. McGowan and D. Siegel re same (1.5); attend same and attend to related issues thereafter (3.9). |
| 1/29/02 | Andrew R Running | 0.20 | Attend to matters re court hearing before Judge Fitzgerald. |
| 1/29/02 | Samuel A Schwartz | 1.50 | Prepare for the January 29 omnibus hearing before Judge Fitzgerald. |
| 1/30/02 | James W Kapp | 0.30 | Attend to issues re appointment of fee examiner arising from January 29, 2002, hearing. |