| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/30/02 | James W Kapp | 1.50 | Prepare critical task chart pertaining to items arising from January 29, 2002, hearing and attend to issues re same (1.0); review January 29, 2002, hearing summary prepared by D. Carickhoff and attend to issues re same and telephone conference with D. Carickhoff re same (.5). |
| 1/30/02 | Janet Baer | 0.20 | Review outline from 1/29 hearing. |
| 1/31/02 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re preparation of orders pertaining to January 29, 2002, hearing. |

**Matter 32 - K&E Fee Application, Preparation of - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Roger J Higgins | 0.30 | Attend to matters re October and November fee applications (.2); telephone conference with D. Carickhoff re same (.1). |
| 1/04/02 | Roger J Higgins | 0.30 | Attend to matters re filing certificate of no objection for October K&E fee application. |
| 1/07/02 | James W Kapp | 0.40 | Attend to issues re preparation of fee applications in accordance with revised interim compensation procedures. |
| 1/07/02 | Roger J Higgins | 3.40 | Attend to matters re October K&E fee application certificate of no objection (.4); compare proposed new matter numbers from amended order to existing K&E matter numbers (.7); prepare December fee application detail (2.3). |
| 1/08/02 | Roger J Higgins | 1.00 | Review and revise December K&E fee application detail. |
| 1/09/02 | Roger J Higgins | 1.60 | Review and revise K&E December fee application detail. |
| 1/09/02 | Sabrina M Mitchell | 0.70 | Review the December billing information. |
| 1/14/02 | Roger J Higgins | 1.80 | Review and revise December K&E fee application detail. |
| 1/15/02 | Roger J Higgins | 0.60 | Attend to matters re December K&E fee application detail (.1); review billing matters under Local Rules (.5). |

A-52

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/15/02 | Sabrina M Mitchell | 0.90 | Review the December billing information. |
| 1/16/02 | Sabrina M Mitchell | 0.10 | Attend to matter re December fee application. |
| 1/17/02 | James W Kapp | 0.60 | Review and revise December 2001, fee application and attend to issues re same. |
| 1/17/02 | Roger J Higgins | 0.10 | Attend to matters re certificate of no objection for November fee application. |
| 1/17/02 | Sabrina M Mitchell | 1.80 | Review the December billing information. |
| 1/18/02 | James W Kapp | 3.30 | Review and revise monthly fee application and attend to issues re same (3.2); attend to issues re certificate of no objection for November fee application (.1). |
| 1/18/02 | Roger J Higgins | 0.80 | Attend to matters re filing of certificate of no objection for November K&E fee application (.3); attend to matters re December K&E fee application detail (.2); attend to matters re implementation of amended interim compensation order (.3). |
| 1/22/02 | James W Kapp | 0.50 | Review late time entries for December fee application and attend to issues re same. |
| 1/22/02 | Sabrina M Mitchell | 2.10 | Review the December billing information (1.4); create December fee application templates (.7). |
| 1/23/02 | Sabrina M Mitchell | 3.40 | Create the December fee application pleadings and exhibits. |
| 1/24/02 | Roger J Higgins | 0.80 | Review and revise December K&E fee application. |
| 1/24/02 | Roger J Higgins | 0.80 | Prepare list of comparable matter numbers from original K&E list to local rules list. |
| 1/24/02 | Sabrina M Mitchell | 1.50 | Create final version of fee application to be filed with the court (.9); prepare fee application for filing with the court and transmit the same to D. Carickhoff (.6). |

A-53

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/28/02 | Roger J Higgins | 2.30 | Analysis of new matter numbers (1.3); draft memo to distribution on use of new matter numbers and other billing matters (.6); attend to matters related thereto (.4). |
| 1/30/02 | Roger J Higgins | 0.80 | Attend to matters re new billing matter numbers in proposed amended interim compensation order. |
| 1/30/02 | Sabrina M Mitchell | 2.90 | Create the quarterly fee application pleadings and summary. |

### Matter 33 - Lease Rejection Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Samuel A Schwartz | 1.50 | Telephone conferences with various attorneys and the client re lease rejection and assumption issues. |
| 1/03/02 | Samuel A Schwartz | 1.30 | Review and revision of the AREA Stipulation (.4); telephone conferences with the client re various lease rejection and assumption matters (.4); drafting of correspondence re same (.5). |
| 1/07/02 | Samuel A Schwartz | 1.10 | Negotiate the Toyota and Caterpillar motions (.4); draft correspondence re same (.4); telephone conferences with the client re same (.3). |
| 1/08/02 | James W Kapp | 0.70 | Attend to issues re American Real Estate pleadings. |
| 1/08/02 | Samuel A Schwartz | 1.10 | Telephone conferences with the client and opposing counsel re various executory contract and lease related matters (.6); attend to matters re same (.5). |
| 1/09/02 | Samuel A Schwartz | 2.90 | Negotiate the Toyota and Caterpillar stipulations (1.2); draft of correspondence re same (.5); telephone conferences with the client re same (.3); negotiate the Dragon Court stipulation (.6); telephone conferences with the client re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/02 | Roger J Higgins | 1.30 | Draft second extension of period to assume or reject leases. |
| 1/10/02 | James W Kapp | 1.00 | Review American Real Estate stipulation and attend to issues re same. |
| 1/10/02 | Samuel A Schwartz | 3.10 | Negotiate the Toyota and Caterpillar stipulations (.6); draft correspondence re same (.6); meetings re same (.2); review and revision of the American stipulation (.8); telephone conferences with B. Michaelson and the client re same (.6); attend to matters re same (.3). |
| 1/11/02 | James W Kapp | 1.10 | Review and revise motion to extend period to assume or reject leases and attend to issues re same (.7); address issues re rejection of particular leases (.4). |
| 1/11/02 | Samuel A Schwartz | 3.80 | Telephone conferences with the client re Acton and Dragon Court (1.5); review and revise the Dragon Court Stipulation (.5); negotiate the same with CMGI and American (1.2); draft correspondence re same (.6). |
| 1/11/02 | Roger J Higgins | 1.00 | Draft and revise second lease rejection period extension motion. |
| 1/14/02 | James W Kapp | 0.50 | Revise motion to extend lease rejection period and attend to issues re same. |
| 1/14/02 | Samuel A Schwartz | 1.30 | Telephone conferences with the client re Acton and Woburn case issues (.7); revise the Dragon Court lease (.2); telephone conferences with B. Michaelson and G. Shurter re same (.4). |
| 1/14/02 | Roger J Higgins | 1.60 | Revise second lease rejection period extension motion. |
| 1/15/02 | James W Kapp | 1.20 | Review motion extending period to assume or reject leases and attend to issues re same. |
| 1/15/02 | Samuel A Schwartz | 0.80 | Negotiate the Dragon Court Stipulation (.5); negotiate the Toyota Stipulation (.3). |
| 1/15/02 | Roger J Higgins | 0.50 | Revise draft motion to extend time to assume or reject. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/02 | James W Kapp | 0.40 | Revise motion extending leases and attend to issues re same. |
| 1/17/02 | James W Kapp | 0.40 | Address issues re outstanding motions including MCNIC, Toyota, American Real Estate and Caterpillar. |
| 1/17/02 | Samuel A Schwartz | 1.60 | Negotiate the Dragon Court and Toyota Stipulations (.6); draft correspondence re Acton (.5); telephone conferences with the client re same (.5). |
| 1/18/02 | Samuel A Schwartz | 1.00 | Review and revise the Dragon Court stipulation (.5); telephone conferences with the client re same (.5). |
| 1/22/02 | Samuel A Schwartz | 1.10 | Negotiate the Dragon Court Stipulation (.4); telephone conferences with the client re same (.4); draft correspondence re same (.3). |
| 1/23/02 | James W Kapp | 0.20 | Attend to issues re General Elections motion to compel assumption or rejection of leases. |
| 1/23/02 | Samuel A Schwartz | 2.00 | Draft the Acton notice of removal (.6); research re same (.5); telephone conferences with the client and B. Michaelson re Dragon Court (.7); attend to matters re same (.2). |
| 1/24/02 | Samuel A Schwartz | 2.10 | Negotiate the Dragon Court lease (.4); draft the Acton Removal Papers (1.3); telephone conferences with the client re same (.4). |
| 1/25/02 | Samuel A Schwartz | 2.70 | Negotiate the Dragon Court stipulation (.8); review and revise of the Acton removal pleadings (1.4); telephone conferences with the client re same (.5). |
| 1/26/02 | James W Kapp | 0.40 | Review motion of GE to compel assumption or rejection of lease and attend to issues re same (.2); review stipulation between Toyota and Debtors and attend to issues re same (.2). |
| 1/28/02 | Samuel A Schwartz | 0.80 | Telephone conferences with G. Shuster and the client re the Dragon Court stipulation (.5); attend to matters re Acton removal notices (.3). |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/31/02 | Samuel A Schwartz | 1.40 | Telephone conferences with the client re enforcement of various executory contracts (.4); telephone conference re Dragon Court (.1); telephone conference re the Acton matter (.5) and draft correspondence re same (.4). |

### Matter 35 - Other Fee Applications - Fees

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/18/02 | Samuel A Schwartz | 1.00 | Review various fee applications. |

**Matter 37 - Reorganization Plan/Disclosure Statement/Confirmation Issues - Fees**

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 1/09/02 | Roger J Higgins | 1.60 | Draft second exclusivity period extension motion. |
| 1/14/02 | James W Kapp | 0.30 | Attend to issues re extension of exclusivity period. |
| 1/14/02 | Roger J Higgins | 1.10 | Revise second extension motion (.3); legal research related thereto (.8). |
| 1/15/02 | James W Kapp | 0.30 | Attend to issues re extension of exclusivity period. |
| 1/15/02 | Roger J Higgins | 1.80 | Revise draft extension motion (1.0); attend to matters related thereto (.8). |
| 1/16/02 | Roger J Higgins | 0.30 | Revise exclusive period extension motion. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/02 | James W Kapp | 1.30 | Revise motion to extend exclusivity period and attend to issues re same. |
| 1/17/02 | Roger J Higgins | 0.50 | Revise exclusivity period extension motion (.3); attend to matters related thereto (.2). |

## Matter 38 - Retention of Professionals/Fees - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | James W Kapp | 0.90 | Attend to issues re revisions of interim compensation of professionals revised order (.3); review and revise amended interim professionals order and telephone conference with D. Carickhoff re same (.6). |
| 1/03/02 | Samuel A Schwartz | 1.30 | Telephone conferences with various professionals re payment and retention issues (.8); draft correspondence re PwC retention pleadings (.3); attend to matters re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/04/02 | James W Kapp | 0.60 | Telephone conference with C. Finke re Steptoe retention and attend to issues re same. |
| 1/04/02 | James W Kapp | 0.20 | Attend to issues re ordinary course professional transactions. |
| 1/04/02 | James W Kapp | 0.30 | Attend to issues re potential appointment of a fee examiner. |
| 1/04/02 | Samuel A Schwartz | 1.80 | Telephone conferences with C. Finke and M. Brown re payment and retention issues (.6); attend to matters re same (.2); telephone conferences with various professionals re payment and retention issues (1.0). |
| 1/07/02 | Samuel A Schwartz | 1.70 | Telephone conferences with various professionals and the client re payment and retention issues. |
| 1/07/02 | Sabrina M Mitchell | 0.10 | Retrieve interim compensation correspondence. |
| 1/09/02 | James W Kapp | 0.80 | Review amended administrative order for payment of professionals and telephone conference with D. Carickhoff re same (.6); attend to issues re payment of Holmes Roberts (.2). |
| 1/09/02 | Samuel A Schwartz | 1.60 | Review and revision of the supplemental Steptoe Affidavit (.8); telephone conferences with the client re payment of professional's fees and quarterly reports (.2); attend to the finalizing and filing PwC retention pleadings (.6). |
| 1/10/02 | James W Kapp | 0.30 | Address issues re appointment of fee examiner and telephone conference with M. Zaleski re same. |
| 1/10/02 | James W Kapp | 0.50 | Review and revise Steptoe supplemental affidavit and attend to issues re same. |
| 1/10/02 | Samuel A Schwartz | 4.20 | Review and revise the Steptoe Affidavit (.4); attention to filing of same (.4); review and analysis of the professionals quarterly report (1.2); attention to the filing of the same (.5); review and analysis of various fee applications (1.7). |

A-60

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/14/02 | Samuel A Schwartz | 1.10 | Telephone conferences with the client and various professionals re payment and retention issues (.8); drafting of correspondence re the PwC retention (.3). |
| 1/15/02 | James W Kapp | 1.00 | Telephone conference with M. Shelnitz and B. Tarola re retention of PriceWaterhouseCoopers. |
| 1/15/02 | Samuel A Schwartz | 0.70 | Telephone conferences with the client re the PwC retention (.5); attend to matters re same (.2). |
| 1/16/02 | James W Kapp | 0.20 | Review correspondence re appointment of fee examiner and attend to issues re same. |
| 1/16/02 | Janet Baer | 0.40 | Review letter from K. Kinsella and retention papers re fee issues and confer with K. Kinsella re same. |
| 1/16/02 | Sabrina M Mitchell | 0.10 | Retrieve and duplicate Kinsella retention motion and order. |
| 1/18/02 | James W Kapp | 0.40 | Attend to issues re Kinsella retention and possible amendment of agreement. |
| 1/18/02 | James W Kapp | 0.20 | Attend to issues re revised interim compensation order. |
| 1/18/02 | Samuel A Schwartz | 0.80 | Telephone conferences with the client re retention and payment issues. |
| 1/21/02 | James W Kapp | 0.30 | Review W. Sparks correspondence re amended professional compensation order and attend to issues re same (.2); attend to issues re Steptoe retention (.1). |
| 1/21/02 | Samuel A Schwartz | 1.80 | Telephone conferences with the client and various professionals re payment, retention and conflicts related matters. |
| 1/22/02 | Samuel A Schwartz | 0.70 | Telephone conferences with A. Krieger, M. Zaleski and J. Stegenga re the PwC retention application. |
| 1/23/02 | James W Kapp | 0.20 | Attend to issues re inquiries concerning PWC retention. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/02 | Samuel A Schwartz | 1.00 | Drafting of correspondence to A. Krieger and M. Zaleski re the PwC retention (.5); review of various OCP Affidavits (.5). |
| 1/23/02 | Janet Baer | 0.30 | Confer with K. Kinsella re status of bar date, expenses and her retention issues. |
| 1/23/02 | Janet Baer | 0.50 | Attend to matters re fee examiner issues. |
| 1/24/02 | James W Kapp | 3.40 | Review precedent re fee examiners in preparation of speaking piece re same and prepare portions of same. |
| 1/24/02 | Samuel A Schwartz | 3.70 | Review and revise the Debtors' opposition to the appointment of a fee auditor (1.7); research and analysis re same (1.4); meetings re same (.6). |
| 1/25/02 | Samuel A Schwartz | 1.90 | Review and revision of the fee examiner talking points memorandum (1.4); attend to matters re same (.5). |
| 1/25/02 | Janet Baer | 0.80 | Review correspondence re fee examiner issue and confer internally re same (.3); prepare correspondence re Kinsella fee issues (.5). |
| 1/26/02 | James W Kapp | 0.30 | Prepare correspondence re A. Krieger's suggested revisions to interim compensation order. |
| 1/28/02 | James W Kapp | 0.40 | Review memorandum re changes imposed by new administrative order and attend to issues re same. |
| 1/29/02 | Janet Baer | 0.60 | Revise letter on Kinsella fees (.4); review Kinsella draft affidavit (.2). |
| 1/30/02 | James W Kapp | 0.60 | Prepare correspondence re amended interim fee compensation order issues arising from January 29 2002, hearing (.2); prepare correspondence re Judge Fitzgerald's modifications to the Steptoe retention order (.4). |
| 1/30/02 | Samuel A Schwartz | 0.80 | Telephone conferences with the client and various professionals re payment and retention issues. |
| 1/31/02 | James W Kapp | 0.90 | Review Trustee objection to PriceWaterhouseCoopers retention application and attend to issues re same. |

A-62

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/02 | James W Kapp | 0.10 | Review expert retention order and motion in connection with Property Damage Committee application to retain experts. |
| 1/31/02 | Samuel A Schwartz | 1.00 | Telephone conferences with various attorneys and the client re payment and retention issues (.5); attend to the filing of the revised OCP exhibits (.5). |
| 1/31/02 | Janet Baer | 0.30 | Review expert order and confer with counsel re same. |

## <u>Matter 39 - Schedules/Statement of Financial Affairs - Fees</u>

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 1/03/02 | Samuel A Schwartz | 0.20 | Review schedules and statements. |
| 1/03/02 | Sabrina M Mitchell | 0.70 | Review schedule F. |
| 1/04/02 | Samuel A Schwartz | 0.50 | Attention to the amendment of the schedules and statements. |

## **Matter 41 - Tax Matters - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/04/02 | Samuel A Schwartz | 0.90 | Telephone conferences with S. Ahern and C. Finke re Belgian tax matters (.7); meetings re same (.2). |

## **Matter 42 - Travel - Fees**

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/02/02 | David M Bernick, P.C. | 2.50 | Travel to Pittsburgh (billed at 1/2 time). |
| 1/03/02 | David M Bernick, P.C. | 3.00 | Travel to hearing (billed at 1/2 time). |
| 1/11/02 | David M Bernick, P.C. | 2.00 | Travel to hearing (billed at 1/2 time). |
| 1/15/02 | Andrew R Running | 2.50 | One-half of travel time to Wilmington, Delaware for T. Egan interview and to Washington, D.C. for D. Rourke meeting. |
| 1/16/02 | David M Bernick, P.C. | 1.30 | Travel to meeting (billed at 1/2 time). |
| 1/16/02 | David M Bernick, P.C. | 1.50 | Return travel to Chicago (billed at 1/2 time). |
| 1/16/02 | Andrew R Running | 2.10 | One-half of travel time from Washington to Chicago for D. Rourke and J. Hughes meeting. |
| 1/29/02 | David M Bernick, P.C. | 3.50 | Travel to and from hearing in Pittsburgh (billed at 1/2 time). |
| 1/31/02 | David M Bernick, P.C. | 1.50 | Travel to Newark for a meeting with Judge Wolin (billed at 1/2 time). |

**Matter 46 - IRS Tax Litigation - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/02/02 | Todd F Maynes | 0.80 | Draft correspondence to C. Finke re tax issues. |
| 1/02/02 | Pratibha J Shenoy | 6.80 | Draft memorandum on employee's tax home. |
| 1/03/02 | Natalie H Keller | 1.80 | Check status of Motion to Lift Stay and draft correspondence to C. Finke re same (.4); review and revise memoranda on tax homes and itinerant workers (1.4). |
| 1/03/02 | Pratibha J Shenoy | 6.00 | Draft memorandum discussing itinerant workers issues. |
| 1/04/02 | Natalie H Keller | 1.20 | Review and revise research memoranda on tax homes and itinerant workers. |
| 1/04/02 | Pratibha J Shenoy | 5.30 | Legal research on itinerant workers issue and attend to matters related thereto. |
| 1/07/02 | Natalie H Keller | 1.00 | Conference call with R. Stewart re status report (.2); check on status of Motion to Lift Stay (.2); review and revise status report (.6). |
| 1/07/02 | Todd F Maynes | 0.50 | Review memorandum re away from home cases. |
| 1/07/02 | Pratibha J Shenoy | 4.80 | Revise memorandum re employees' tax homes. |
| 1/08/02 | Natalie H Keller | 1.80 | Review and revise research memoranda re itinerant workers and tax homes. |
| 1/08/02 | Pratibha J Shenoy | 5.50 | Revise memorandum re status of itinerant employees (5.0); attend to matters related thereto(.5). |

A-67

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/09/02 | Natalie H Keller | 3.40 | Review and revise research memoranda re itinerant workers and tax homes (1.5); discuss case strategy with P. Shenoy (1.5); attend to matters related thereto (.4). |
| 1/09/02 | Todd F Maynes | 2.00 | Revise research memoranda re away from home cases. |
| 1/09/02 | Pratibha J Shenoy | 5.00 | Research re status of itinerant employees (2.0); research re tax homes (.9); attend to matters related thereto (2.1). |
| 1/10/02 | Natalie H Keller | 0.30 | Attend to matters re sampling of RIQs. |
| 1/10/02 | Todd F Maynes | 1.30 | Revise memorandum re away from home materials. |
| 1/10/02 | Pratibha J Shenoy | 6.50 | Review memoranda on itinerant workers and tax homes (4.3); review documents re plan for survey of client's employee Residence Information Questionnaires and attend to matters re same (1.7); prepare file of cases and other sources cited in memoranda (.5) |
| 1/11/02 | Natalie H Keller | 0.20 | Attend to matters re RIQ sampling form. |
| 1/11/02 | Todd F Maynes | 0.80 | Review tax home memorandum (.3); telephone calls with R. Stewart re same (.5). |
| 1/11/02 | Pratibha J Shenoy | 1.50 | Finalize survey protocol and discuss survey methods with K. Dalton for review of client's employee Residence Information Questionnaires, monitor progress of survey (.9); telephone conference wit Rob Stewart re same (.6). |
| 1/14/02 | Natalie H Keller | 0.70 | Conference call with R. Stewart re RIQ issues (.5); conference call with C. Finke re case tax issues (.2). |
| 1/14/02 | Todd F Maynes | 1.00 | Telephone calls with R. Stewart re RIQ issues (.5); review memoranda re RIQ issues (.5). |
| 1/14/02 | Pratibha J Shenoy | 1.90 | Discuss progress of survey of Residence Information Questionnaires completed by client's employees with K. Dalton (.3); participate in telephone conference with R. Stewart (.5); draft letter to R. Stewart re clarification of government position in litigation (1.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/15/02 | Pratibha J Shenoy | 0.80 | Prepare for and participate in telephone conference with L. Fine re status of documents and status of draft Joint Stipulation of Facts (.5); attend to matters re telephone conference (.3). |
| 1/16/02 | Todd F Maynes | 1.00 | Review memoranda re tax homes and itinerant workers (.6); review joint status report (.2); review court order lifting stay (.2). |
| 1/16/02 | Pratibha J Shenoy | 3.80 | Research employee travel expense reimbursement plan. |
| 1/17/02 | Natalie H Keller | 3.30 | Review order lifting stay (.2); review Appendix G requirements (.4); conference calls with R. Stewart re joint status report (.4); prepare joint status report (.5); review research memorandum employee travel expense reimbursement plan (1.8). |
| 1/17/02 | Pratibha J Shenoy | 6.20 | Draft memorandum re employee travel expense reimbursement plan.(3.4); attend to matters re joint status report (.5); research Appendix G of Rules of Court of Federal Claims to determine procedure re obtaining briefing schedule from Court (.5); obtaining copies of items on claims court docket sheet(1.8). |
| 1/18/02 | Natalie H Keller | 0.70 | Revise joint status report (.4); conference call with R. Stewart re same (.3). |
| 1/18/02 | Todd F Maynes | 1.00 | Review regulations re per diem issues. |
| 1/21/02 | Todd F Maynes | 2.00 | Prepare and revise employee travel reimbursement memorandum. |
| 1/22/02 | Todd F Maynes | 0.80 | Review foreign tax credit issue. |
| 1/22/02 | Pratibha J Shenoy | 2.00 | Revise memorandum re employee travel expense reimbursement plan. |
| 1/23/02 | Todd F Maynes | 0.50 | Tax planning re foreign tax credits. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/02 | Pratibha J Shenoy | 7.70 | Draft memorandum on employee travel expense reimbursement plan. |
| 1/24/02 | Natalie H Keller | 5.00 | Review employee reimbursement memorandum (1.5); attend to matters re same (1.0); review prior court filings in case (.3); review protest (1.0); review cases re per diem (1.2). |
| 1/24/02 | Todd F Maynes | 0.50 | Review of CCHP memoranda. |
| 1/24/02 | Pratibha J Shenoy | 7.00 | Review items on claims court docket sheet (1.0); revise memorandum on overview of case strategy (1.0); revise employees' tax homes memorandum (2.0); revise itinerant employees memorandum (2.0); revise employee travel expense reimbursement plan memorandum (1.0). |
| 1/25/02 | Natalie H Keller | 0.50 | Review employee travel expense reimbursement plan memorandum (.4); review authorities cited in same (.1). |
| 1/25/02 | Pratibha J Shenoy | 3.20 | Revise employee travel expense reimbursement plan memorandum. |
| 1/28/02 | Natalie H Keller | 3.80 | Review protest, RAR and legal authorities on lodging issue (2.0); attend to matters re case strategy for same (1.0); review draft stipulation of facts (.8). |
| 1/28/02 | Todd F Maynes | 0.80 | Revise employee travel expense reimbursement plan memorandum. |
| 1/28/02 | Pratibha J Shenoy | 3.30 | Revise employee travel expense reimbursement plan memorandum (2.3); attend to matters re case strategy and applicability of pattern of abuse under Treasury Regulation Section 1.62-2(k) (1.0). |
| 1/29/02 | Natalie H Keller | 1.30 | Review final joint status report and send to client (.2); view and revise memorandum on employee travel expense reimbursement plan (.8); attend to matters re same (.3). |
| 1/29/02 | Todd F Maynes | 1.50 | Revise employee travel expense reimbursement plan memorandum. |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 1/29/02 | Pratibha J Shenoy | 5.60 | Revise employee travel expense reimbursement plan memorandum (4.7); attend to matters re same (.9). |
| 1/30/02 | Natalie H Keller | 0.20 | Review revised employee travel expense reimbursement plan memorandum. |
| 1/30/02 | Todd F Maynes | 2.00 | Revise away from home memorandum. |
| 1/30/02 | Pratibha J Shenoy | 1.30 | Revise employee travel expense reimbursement plan memorandum (.4); prepare exhibits for final version thereof (.9). |
| 1/31/02 | Natalie H Keller | 0.30 | Attend to matters re sampling of RIQs. |
| 1/31/02 | Todd F Maynes | 1.00 | Revise employee reimbursement memorandum. |
| 1/31/02 | Pratibha J Shenoy | 1.40 | Review summaries of Residence Information Questionnaires (completed by client's employees from 1993-1995) (1.0); attend to matters related thereto (.4). |