## Matter 16 – Asset Analysis and Recovery - Expenses

| Description | Amount |
|---|---|
| Telephone | $3.74 |
| **TOTAL** | $3.74 |

## Matter 16 – Asset Analysis and Recovery - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/13/01 | 2.70 | Telephone call to:  CAMBRIDGE,MA  617-498-4861 |
| 12/14/01 | 1.04 | Telephone call to:  CAMBRIDGE,MA  617-498-4861 |

## Matter 20 – Case Administration - Expenses

| Description | Amount |
| --- | --- |
| Telephone | $1,187.30 |
| Facsimile Charges | $357.44 |
| Standard Copies | $1,430.90 |
| Color Copies | $352.50 |
| Binding | $31.50 |
| Tabs/Indexes/Dividers | $40.40 |
| Overnight Delivery | $24.81 |
| Outside Messenger | $96.00 |
| Outside Copy | $155.72 |
| Computer Database Research | $1,657.42 |
| Information Broker Doc/Svcs | $414.17 |
| Overtime Transportation | $51.50 |
| Overtime Meals | $27.00 |
| Secretarial Overtime | $1,623.42 |
| **TOTAL** | $7,450.08 |

**Matter 20 – Case Administration - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 7/24/01 | 4.12 | Telephone call to:  GLENCOE WN,IL  847-835-9082 |
| 8/08/01 | 3.14 | Telephone call to:  NORTHBROOK,IL  847-922-7627 |
| 9/01/01 | 23.85 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs, R. Higgins, 8.01 |
| 9/17/01 | 1.57 | Telephone call to:  HGLDPK DFL,IL  847-579-5006 |
| 9/20/01 | 0.79 | Telephone call to:  HGLDPK DFL,IL  847-579-5006 |
| 9/21/01 | 3.53 | Telephone call to:  HGLDPK DFL,IL  847-579-5006 |
| 10/01/01 | 0.60 | Telephone call to:  CHICAGO,IL  847-555-1212 |
| 11/01/01 | 7.38 | West Publishing-TP,Database Usage 11.01 |
| 11/02/01 | 2.87 | West Publishing-TP,Database Usage 11.01 |
| 11/02/01 | 29.28 | West Publishing-TP,Database Usage 11.01 |
| 11/05/01 | 10.18 | West Publishing-TP,Database Usage 11.01 |
| 11/05/01 | 12.69 | West Publishing-TP,Database Usage 11.01 |
| 11/05/01 | 25.65 | West Publishing-TP,Database Usage 11.01 |
| 11/06/01 | 11.66 | West Publishing-TP,Database Usage 11.01 |
| 11/06/01 | 23.02 | West Publishing-TP,Database Usage 11.01 |
| 11/06/01 | 29.41 | West Publishing-TP,Database Usage 11.01 |
| 11/07/01 | 7.66 | West Publishing-TP,Database Usage 11.01 |
| 11/07/01 | 38.60 | West Publishing-TP,Database Usage 11.01 |
| 11/08/01 | 4.47 | West Publishing-TP,Database Usage 11.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/08/01 | 25.35 | West Publishing-TP,Database Usage 11.01 |
| 11/08/01 | 28.59 | West Publishing-TP,Database Usage 11.01 |
| 11/08/01 | 117.92 | West Publishing-TP,Database Usage 11.01 |
| 11/09/01 | 6.78 | West Publishing-TP,Database Usage 11.01 |
| 11/09/01 | 48.28 | West Publishing-TP,Database Usage 11.01 |
| 11/12/01 | 5.24 | West Publishing-TP,Database Usage 11.01 |
| 11/12/01 | 12.17 | West Publishing-TP,Database Usage 11.01 |
| 11/14/01 | 3.29 | West Publishing-TP,Database Usage 11.01 |
| 11/14/01 | 18.46 | West Publishing-TP,Database Usage 11.01 |
| 11/15/01 | 2.62 | West Publishing-TP,Database Usage 11.01 |
| 11/16/01 | 17.73 | West Publishing-TP,Database Usage 11.01 |
| 11/19/01 | 1.53 | West Publishing-TP,Database Usage 11.01 |
| 11/19/01 | 18.32 | West Publishing-TP,Database Usage 11.01 |
| 11/26/01 | 3.62 | West Publishing-TP,Database Usage 11.01 |
| 11/27/01 | 9.31 | West Publishing-TP,Database Usage 11.01 |
| 11/27/01 | 9.94 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 11/27/01 | 20.75 | Fed Exp to: ,FORT LAUDERDALE,FL from:MAILROOM |
| 11/28/01 | 0.02 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 16.74 | West Publishing-TP,Database Usage 11.01 |
| 11/29/01 | 4.47 | West Publishing-TP,Database Usage 11.01 |
| 11/29/01 | 11.54 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 11/29/01 | 13.24 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 11/30/01 | 75.60 | West Publishing-TP,Database Usage 11.01 |
| 12/03/01 | 7.96 | Fed Exp to: ,FORT LAUDERDALE,FL from:MAILROOM |
| 12/03/01 | 14.54 | Fed Exp to: ,DENVER,CO from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 12/03/01 | 15.61 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 12/03/01 | 17.85 | West Publishing-TP,Database Usage 12.01 |
| 12/03/01 | 170.99 | West Publishing-TP,Database Usage 12.01 |
| 12/04/01 | 3.92 | Telephone call to:  MONTREAL,PQ  514-841-2404 |
| 12/04/01 | 4.99 | Telephone call to:  MONTREAL,PQ  514-841-2404 |
| 12/04/01 | 9.38 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 12/04/01 | 13.91 | West Publishing-TP,Database Usage 12.01 |
| 12/04/01 | 65.91 | West Publishing-TP,Database Usage 12.01 |
| 12/05/01 | 3.29 | West Publishing-TP,Database Usage 12.01 |
| 12/05/01 | 10.61 | Fed Exp from:.,WILMINGTON,DE to:SABRINA MITCHELLE |
| 12/06/01 | 1.61 | West Publishing-TP,Database Usage 12.01 |
| 12/07/01 | 3.21 | West Publishing-TP,Database Usage 12.01 |
| 12/10/01 | 0.10 | West Publishing-TP,Database Usage 12.01 |
| 12/10/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/10/01 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 12/10/01 | 7.34 | Fed Exp to:JOYCE GREENE,ELKINS PARK,PA from:GAYLEA SHULTZ |
| 12/10/01 | 17.27 | West Publishing-TP,Database Usage 12.01 |
| 12/10/01 | 18.34 | West Publishing-TP,Database Usage 12.01 |
| 12/11/01 | 0.12 | West Publishing-TP,Database Usage 12.01 |
| 12/11/01 | 9.74 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 12/13/01 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-806-5422 |
| 12/13/01 | 7.65 | Fed Exp from:JOYCE GREENE,ELKINS PARK,PA to:CHAD MITCHELL |
| 12/13/01 | 9.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 12/13/01 | 18.24 | West Publishing-TP,Database Usage 12.01 |
| 12/13/01 | 51.77 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 12/13/01 | 51.77 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 12/14/01 | 3.63 | West Publishing-TP,Database Usage 12.01 |
| 12/14/01 | 96.00 | NEW YORK CORPORATE SERVICES, INC - Outside Messenger Services, Meyers, 12/14/01 |
| 12/17/01 | 12.40 | Tabs/Indexes/Dividers |
| 12/17/01 | 12.80 | Standard Copies |
| 12/17/01 | 16.05 | West Publishing-TP,Database Usage 12.01 |
| 12/17/01 | 23.46 | Fed Exp from:TIM B,NEW YORK,NY to:MEGHAN DUFFY |
| 12/17/01 | 398.00 | Standard Copies |
| 12/18/01 | 0.40 | Tabs/Indexes/Dividers |
| 12/18/01 | 3.50 | Binding |
| 12/18/01 | 9.08 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 12/18/01 | 11.70 | Tabs/Indexes/Dividers |
| 12/18/01 | 19.64 | Fed Exp to:HONORABLE JUDITH K. FITZGERALD PITTSBURGH,PA from:MAILROOM |
| 12/18/01 | 20.60 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 12/18/01 | 29.30 | Standard Copies |
| 12/18/01 | 69.00 | Color Copies |
| 12/18/01 | 95.40 | Standard Copies |
| 12/18/01 | 245.20 | Standard Copies |
| 12/19/01 | 52.80 | Standard Copies |
| 12/19/01 | 56.87 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 12/19/01 | 89.20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 12/19/01 | 148.95 | IKON OFFICE SOLUTIONS - Outside Copy/Binding Services, Copy PO A1417 |
| 12/20/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6442 |
| 12/20/01 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6442 |
| 12/20/01 | 12.80 | Telephone call to:  UK  011-442079081170 |
| 12/20/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/20/01 | 353.55 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: GI Holdings v. Barron & Budd for J. Sprayregen |
| 12/21/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/23/01 | 60.62 | PARCELS, INC - Information Broker Doc/Svcs, TA(56.00)Document Retrieval, 12/10/01 |
| 12/26/01 | 0.79 | Fax phone charge to 561-362-1583 |
| 12/26/01 | 4.50 | Fax page charge to 561-362-1583 |
| 12/26/01 | 7.29 | Fed Exp to: ,PRAIRIE VILLAGE,KS from:MAILROOM |
| 12/26/01 | 7.50 | Fax page charge to 410-531-4783 |
| 12/26/01 | 7.50 | Fax page charge to 561-362-1583 |
| 12/26/01 | 9.08 | Fed Exp to: ,PRAIRIE VILLAGE,KS from:MAILROOM |
| 12/27/01 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 12/28/01 | 0.80 | Tabs/Indexes/Dividers |
| 12/28/01 | 2.16 | Fax phone charge to 202-879-5200 |
| 12/28/01 | 5.25 | Binding |
| 12/28/01 | 30.00 | Fax page charge to 202-879-5200 |
| 12/28/01 | 108.20 | Standard Copies |
| 12/31/01 | 32.58 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage December 2001 |

| Date | Amount | Description |
|------|--------|-------------|
| 12/31/01 | 147.60 | GENESYS CONFERENCING, INC. - Telephone, 12.28.01 Conference call |
| 1/02/02 | 0.62 | Telephone call to: PITTSBURGH,PA 412-644-3541 |
| 1/02/02 | 0.83 | Telephone call to: PITTSBURGH,PA 412-644-3541 |
| 1/02/02 | 0.83 | Fax phone charge to 412-644-5448 |
| 1/02/02 | 0.90 | Standard Copies |
| 1/02/02 | 1.04 | Fax phone charge to 561-362-1583 |
| 1/02/02 | 1.04 | Fax phone charge to 412-644-5448 |
| 1/02/02 | 3.75 | Fax page charge to 412-644-5448 |
| 1/02/02 | 6.75 | Fax page charge to 412-644-5448 |
| 1/02/02 | 7.50 | Fax page charge to 412-644-5448 |
| 1/02/02 | 7.50 | Fax page charge to 412-644-5448 |
| 1/02/02 | 9.84 | Fed Exp to: ,PITTSBURGH,PA from:MAILROOM |
| 1/02/02 | 12.00 | Fax page charge to 561-362-1583 |
| 1/02/02 | 12.80 | Standard Copies |
| 1/02/02 | 26.00 | Standard Copies |
| 1/02/02 | 115.61 | SCOTT MCMILLIN - Cingular Wireless, Stmt dated 12.11.2001 |
| 1/03/02 | 1.45 | Telephone call to: SANTA ANA,CA 714-543-1600 |
| 1/03/02 | 1.45 | Fax phone charge to 415-454-7028 |
| 1/03/02 | 12.00 | Fax page charge to 415-454-7028 |
| 1/03/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/03/02 | 116.58 | JANET BAER - Telephone, Cingular stmt dtd 12.19.01 |
| 1/03/02 | 239.88 | JANET BAER - Telephone Expense, Air Telephone, Amex stmt dtd 12.17.01 |
| 1/04/02 | 0.83 | Telephone call to: EASTERN,MO 573-817-1000 |

| Date | Amount | Description |
|------|-------|-------------|
| 1/04/02 | 1.50 | Fax page charge to 561-362-1583 |
| 1/04/02 | 3.53 | Telephone call to:  E CENTRAL,FL  561-362-1300 |
| 1/04/02 | 4.99 | Telephone call to:  SE PART,FL  954-713-7950 |
| 1/04/02 | 46.60 | Standard Copies |
| 1/04/02 | 101.71 | SAMUEL A SCHWARTZ - Telephone, AT&T stmt dtd 12.16.01 |
| 1/04/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/07/02 | 31.45 | JAMES W KAPP - GTE Airfone, 12.03.2001 |
| 1/08/02 | 0.62 | Telephone call to:  SE PART,FL  954-713-7950 |
| 1/08/02 | 0.75 | Fax page charge to 954-713-7951 |
| 1/08/02 | 1.30 | Tabs/Indexes/Dividers |
| 1/08/02 | 3.00 | Standard Copies |
| 1/08/02 | 4.20 | Tabs/Indexes/Dividers |
| 1/08/02 | 5.25 | Binding |
| 1/08/02 | 30.00 | Color Copies |
| 1/08/02 | 85.50 | Color Copies |
| 1/09/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-806-5400 |
| 1/09/02 | 0.83 | Fax phone charge to 212-806-6006 |
| 1/09/02 | 1.00 | Standard Copies |
| 1/09/02 | 4.80 | Standard Copies |
| 1/09/02 | 7.50 | Fax page charge to 917-777-3533 |
| 1/09/02 | 7.50 | Fax page charge to 212-806-6006 |
| 1/09/02 | 8.99 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 1/10/02 | 0.14 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/10/02 | 0.45 | JAMES W KAPP - AT&T Wireless, 11.21.2001 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/10/02 | 1.50 | Standard Copies |
| 1/10/02 | 1.87 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/10/02 | 2.87 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/10/02 | 3.00 | Standard Copies |
| 1/10/02 | 3.32 | JAMES W KAPP - AT&T Wireless, 11.20.2001 |
| 1/10/02 | 26.39 | JAMES W KAPP - AT&T, 11.21.2001 |
| 1/10/02 | 38.99 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/10/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/10/02 | 613.41 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/11/02 | (420.15) | Overnight Delivery - Refund |
| 1/11/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-345-3000 |
| 1/11/02 | 1.04 | Telephone call to:  NORTH WEST,NJ  973-645-2580 |
| 1/11/02 | 25.40 | Standard Copies |
| 1/11/02 | 28.00 | Overtime Transportation, T. Bowden, 11.04.2001 |
| 1/12/02 | 1.00 | Overtime Transportation    CRABB,BARBARA L |
| 1/12/02 | 9.00 | Overtime Meals    CRABB,BARBARA L |
| 1/12/02 | 298.56 | CRABB,BA. - Secretarial Overtime |
| 1/14/02 | 2.25 | Fax page charge to 410-531-4783 |
| 1/14/02 | 10.70 | Standard Copies |
| 1/14/02 | 10.90 | Standard Copies |
| 1/14/02 | 21.80 | Standard Copies |
| 1/14/02 | 43.50 | Color Copies |
| 1/14/02 | 87.00 | Color Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 1/15/02 | 0.83 | Fax phone charge to 561-362-1323 |
| 1/15/02 | 4.80 | Standard Copies |
| 1/15/02 | 9.00 | Fax page charge to 561-362-1323 |
| 1/15/02 | 9.00 | Color Copies |
| 1/15/02 | 28.50 | Color Copies |
| 1/15/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/15/02 | 158.91 | SAMUEL A SCHWARTZ - Telephone, AT&T Wireless stmt dtd 1.4.02 |
| 1/16/02 | 0.60 | Tabs/Indexes/Dividers |
| 1/16/02 | 0.62 | Telephone call to:  LOSANGELES,CA  213-624-2869 |
| 1/16/02 | 1.25 | Telephone call to:  LOSANGELES,CA  213-624-2869 |
| 1/16/02 | 3.73 | Fax phone charge to 302-652-4400 |
| 1/16/02 | 9.00 | Tabs/Indexes/Dividers |
| 1/16/02 | 17.50 | Binding |
| 1/16/02 | 17.52 | Fed Exp to: ,DALLAS,TX from:MAILROOM |
| 1/16/02 | 33.50 | Standard Copies |
| 1/16/02 | 57.00 | Fax page charge to 302-652-4400 |
| 1/16/02 | 183.00 | Standard Copies |
| 1/17/02 | 0.75 | Fax page charge to 410-531-4783 |
| 1/17/02 | 0.75 | Fax page charge to 617-252-6899 |
| 1/17/02 | 0.75 | Fax page charge to 213-680-8500 |
| 1/17/02 | 0.75 | Fax page charge to 410-531-4604 |
| 1/17/02 | 1.00 | Standard Copies |
| 1/17/02 | 1.50 | Fax page charge to 302-652-4400 |
| 1/17/02 | 1.50 | Fax page charge to 302-652-4400 |

| Date | Amount | Description |
|---|---|---|
| 1/17/02 | 1.50 | Fax page charge to 410-531-4783 |
| 1/17/02 | 2.25 | Fax page charge to 410-531-4783 |
| 1/17/02 | 3.00 | Fax page charge to 410-531-4783 |
| 1/17/02 | 3.00 | Fax page charge to 561-362-1583 |
| 1/17/02 | 10.50 | Fed Exp to: ,STAMFORD,CT from:MAILROOM |
| 1/17/02 | 10.91 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 1/18/02 | 0.75 | Fax page charge to 410-531-4783 |
| 1/18/02 | 2.36 | Fax phone charge to 561-362-1583 |
| 1/18/02 | 33.00 | Fax page charge to 561-362-1583 |
| 1/18/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/19/02 | 1.00 | Overtime Transportation    CRABB,BARBARA L |
| 1/19/02 | 9.00 | Overtime Meals    CRABB,BARBARA L |
| 1/19/02 | 298.56 | CRABB,BA. - Secretarial Overtime |
| 1/21/02 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 1/21/02 | 157.65 | DAVID M BERNICK, P.C. - Telephone Expense, GTE Airfone charges on Amex stmt dtd 1.08.02 |
| 1/22/02 | 1.04 | Telephone call to:  MERCERVL,NJ  609-586-2311 |
| 1/22/02 | 9.00 | Overtime Meals    CRABB,BARBARA L |
| 1/22/02 | 21.50 | Overtime Transportation    CRABB,BARBARA L |
| 1/22/02 | 83.97 | CRABB,BA. - Secretarial Overtime |
| 1/22/02 | 121.29 | CRABB,BA. - Secretarial Overtime |
| 1/23/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/23/02 | 0.98 | Fax phone charge to 215-875-5707 |
| 1/23/02 | 1.37 | Fax phone charge to 303-850-7164 |
| 1/23/02 | 15.00 | Fax page charge to 215-875-5707 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/23/02 | 17.25 | Fax page charge to 303-850-7164 |
| 1/24/02 | 2.91 | Fax phone charge to 303-792-8649 |
| 1/24/02 | 6.77 | CUSTODIAN PETTY CASH - Outside Copy/Binding Services - 01/17/02 copy of notice of removal from USBC case #01-01646 per S.Pope (Chicago) |
| 1/24/02 | 18.75 | Fax page charge to 303-792-8649 |
| 1/25/02 | 1.25 | Telephone call to:  MERCERVL,NJ  609-586-2311 |
| 1/25/02 | 6.00 | Standard Copies |
| 1/28/02 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 1/28/02 | 2.25 | Fax page charge to 302-652-4400 |
| 1/28/02 | 2.25 | Fax page charge to 410-531-4783 |
| 1/28/02 | 3.00 | Fax page charge to 561-362-1323 |
| 1/29/02 | 1.04 | Fax phone charge to 561-362-1323 |
| 1/29/02 | 2.25 | Fax page charge to 617-951-2125 |
| 1/29/02 | 8.25 | Fax page charge to 561-362-1323 |
| 1/30/02 | (9.74) | Overnight Delivery - Refund |
| 1/30/02 | 0.83 | Fax phone charge to 561-362-1583 |
| 1/30/02 | 1.50 | Fax page charge to 410-531-4783 |
| 1/30/02 | 2.25 | Fax page charge to 561-362-1323 |
| 1/30/02 | 3.30 | Standard Copies |
| 1/30/02 | 5.25 | Fax page charge to 410-531-4783 |
| 1/30/02 | 6.75 | Fax page charge to 202-429-3902 |
| 1/30/02 | 9.00 | Fax page charge to 561-362-1583 |
| 1/31/02 | 7.50 | Fax page charge to 410-531-4783 |

## **Matter 21 – Claim Estimate/Adversary Proceedings - Expenses**

| **Description** | **Amount** |
|---|---|
| Telephone | $0.83 |
| Postage | $2.38 |
| Overnight Delivery | $9.84 |
| Computer Database Research | $37.26 |
| Overtime Meals | $9.00 |
| Overtime Meals - Attorney | $19.24 |
| Secretarial Overtime | $195.93 |
| **TOTAL** | $274.48 |

**Matter 21 – Claim Estimate/Adversary Proceedings - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/09/01 | 2.55 | West Publishing-TP,Database Usage 11.01 |
| 11/14/01 | 3.23 | West Publishing-TP,Database Usage 11.01 |
| 11/15/01 | 15.27 | West Publishing-TP,Database Usage 11.01 |
| 11/27/01 | 2.84 | West Publishing-TP,Database Usage 11.01 |
| 12/03/01 | 9.84 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 12/14/01 | 0.83 | Telephone call to:  PHILADELPH,PA  215-988-2630 |
| 12/20/01 | 2.38 | Postage-TRACKING ID# 1135360532777 |

| Date | Amount | Description |
|---|---|---|
| 1/10/02 | 13.37 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/15/02 | 37.32 | ADAMS,KE. - Secretarial Overtime |
| 1/16/02 | 9.00 | Overtime Meals     NEIHOUSER,MICHELLE K |
| 1/16/02 | 158.61 | NEIHOUSER,MI. - Secretarial Overtime |
| 1/21/02 | 19.24 | ANUP SATHY - Overtime Meals - Attorney, 01.16.2002, (f/S. Schwartz) |

### Matter 22- Contested Matters/Adversary Proceedings- Expenses

| Description | Amount |
|---|---|
| Telephone | $857.09 |
| Facsimile Charges | $152.50 |
| Standard Copies | $536.80 |
| Local Transportation | $6.00 |

| | |
|---|---|
| Tabs/Indexes/Dividers | $9.40 |
| Color Copies | $264.00 |
| Postage | $0.57 |
| Overnight Delivery | $339.28 |
| Working Meals | $1,126.40 |
| Outside Messenger | $47.00 |
| Information Broker Doc/Svcs | $397.44 |
| Computer Database Research | $1,833.50 |
| Overtime Transportation | $68.32 |
| Overtime Meals - Attorney | $83.58 |
| Secretarial Overtime | $426.10 |
| **TOTAL** | $6,147.98 |

**Matter 22- Contested Matters/Adversary Proceedings- Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 9/01/01 | 33.75 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, M. Grummer, 8.01 |

| Date | Amount | Description |
|------|-------:|-------------|
| 9/01/01 | 193.43 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs, D. Bernick, 8.01 |
| 11/08/01 | 25.53 | West Publishing-TP,Database Usage 11.01 |
| 11/08/01 | 35.18 | West Publishing-TP,Database Usage 11.01 |
| 11/09/01 | 19.47 | West Publishing-TP,Database Usage 11.01 |
| 11/11/01 | 24.00 | 6UREST - Working Meals/K&E and Others, 11/19/01, 3 ppl. Beverage Setup W.R. Grace |
| 11/11/01 | 104.00 | EUREST - Working Meals/K&E and Others, 12/10/01, 13 ppl. Beverage Setup D. Bernick |
| 11/11/01 | 120.00 | EUREST - Working Meals/K&E and Others, 12/04/01, 8 ppl. Breakfast C. Sullivan |
| 11/11/01 | 120.00 | EUREST - Working Meals/K&E and Others, 12/05/01, 8 ppl. Breakfast C. Sullivan |
| 11/11/01 | 176.00 | EUREST - Working Meals/K&E and Others, 12/04/01, 8 ppl. Lunch C. Sullivan |
| 11/11/01 | 176.00 | EUREST - Working Meals/K&E and Others, 12/05/01, 8 ppl. Lunch C. Sullivan |
| 11/12/01 | 2.66 | West Publishing-TP,Database Usage 11.01 |
| 11/13/01 | 18.95 | West Publishing-TP,Database Usage 11.01 |
| 11/14/01 | 6.64 | West Publishing-TP,Database Usage 11.01 |
| 11/15/01 | 4.65 | West Publishing-TP,Database Usage 11.01 |
| 11/15/01 | 10.18 | West Publishing-TP,Database Usage 11.01 |
| 11/15/01 | 12.96 | West Publishing-TP,Database Usage 11.01 |
| 11/17/01 | 23.06 | West Publishing-TP,Database Usage 11.01 |
| 11/19/01 | 4.75 | West Publishing-TP,Database Usage 11.01 |
| 11/20/01 | 0.67 | West Publishing-TP,Database Usage 11.01 |
| 11/27/01 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4170 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/27/01 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 11/27/01 | 65.69 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 8.07 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 13.37 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 38.50 | UPS Dlvry to:SHMUEL VASSER,NEW YORK,NY from:Suspense/Chicago |
| 11/29/01 | 0.59 | Telephone call to:  VAN NUYS,CA  818-416-9629 |
| 11/29/01 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 11/29/01 | 0.79 | Telephone call to:  LB AREA,CA  310-874-1300 |
| 11/29/01 | 3.34 | Telephone call to:  WILMINGTON,DE  302-658-9200 |
| 11/29/01 | 41.74 | West Publishing-TP,Database Usage 11.01 |
| 11/30/01 | 21.51 | West Publishing-TP,Database Usage 11.01 |
| 11/30/01 | 45.79 | West Publishing-TP,Database Usage 11.01 |
| 12/02/01 | 4.36 | Telephone call to:  ALLENTOWN,PA  610-566-7931 |
| 12/03/01 | 1.36 | Telephone call to:  NEW YORK,NY  212-351-3952 |
| 12/03/01 | 2.60 | Telephone call to:  CHICAGO,IL  312-951-6349 |
| 12/03/01 | 4.90 | Telephone call to:  CHICAGO,IL  312-951-6349 |
| 12/03/01 | 22.32 | West Publishing-TP,Database Usage 12.01 |
| 12/03/01 | 25.40 | West Publishing-TP,Database Usage 12.01 |
| 12/03/01 | 31.31 | West Publishing-TP,Database Usage 12.01 |
| 12/04/01 | 1.84 | Telephone call to:  CLARKSVL,MD  410-531-4170 |
| 12/04/01 | 6.57 | West Publishing-TP,Database Usage 12.01 |
| 12/04/01 | 7.48 | Telephone call to:  COLUMBIA,MD  410-531-4362 |
| 12/04/01 | 218.40 | West Publishing-TP,Database Usage 12.01 |
| 12/05/01 | 1.66 | Telephone call to:  PHILADELPH,PA  215-981-4416 |

| Date | Amount | Description |
|------|--------|-------------|
| 12/05/01 | 10.05 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 12/05/01 | 143.96 | West Publishing-TP,Database Usage 12.01 |
| 12/06/01 | 6.40 | West Publishing-TP,Database Usage 12.01 |
| 12/06/01 | 43.79 | West Publishing-TP,Database Usage 12.01 |
| 12/06/01 | 397.44 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, USBC, NEW YORK, NY |
| 12/07/01 | 22.44 | ELITE LIMOUSINE PLUS, INC.-Overtime Transportation, N. Meyers, 11/27/01 |
| 12/07/01 | 41.57 | Fed Exp to: ,PITTSBURGH,PA from:MAILROOM |
| 12/07/01 | 61.95 | GENESYS CONFERENCING, INC. - Telephone, 12.06.01 Conference call |
| 12/09/01 | 1.16 | West Publishing-TP,Database Usage 12.01 |
| 12/09/01 | 45.88 | Vital Transportation - Overtime Transportation, Deanna D Boll |
| 12/10/01 | 0.62 | Telephone call to:  PHILADELPH,PA  215-627-0303 |
| 12/10/01 | 7.57 | West Publishing-TP,Database Usage 12.01 |
| 12/10/01 | 9.38 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 12/10/01 | 10.61 | Fed Exp to: ,STAMFORD,CT from:MAILROOM |
| 12/11/01 | 0.62 | Telephone call to:  PHLADELPHA,PA  484-582-5069 |
| 12/11/01 | 5.40 | Telephone call to:  E CENTRAL,FL  561-362-1661 |
| 12/12/01 | 4.16 | Telephone call to:  AROUND DT,MI  734-414-0270 |
| 12/13/01 | 20.89 | West Publishing-TP,Database Usage 12.01 |
| 12/14/01 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1661 |
| 12/15/01 | 2.08 | Telephone call to:  EASTERN,MI  810-919-3991 |
| 12/16/01 | 24.00 | EUREST - Working Meals/K&E and Others, 01/15/02, 3 ppl. Beverage Setup M. Browdy |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/16/01 | 48.00 | EUREST - Working Meals/K&E and Others, 01/17/02, 6 ppl. Beverage Setup A. Running |
| 12/16/01 | 120.00 | EUREST - Working Meals/K&E and Others, 01/10/02, 15 ppl. Beverage Setup D. Bernick |
| 12/16/01 | 132.00 | EUREST - Working Meals/K&E and Others, 01/17/02, 6 ppl. Lunch A. Running |
| 12/17/01 | 0.62 | Telephone call to:  DALLAS NE,TX  972-361-3529 |
| 12/17/01 | 0.62 | Telephone call to:  PROVIDENCE,RI  401-861-8200 |
| 12/17/01 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 12/17/01 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 12/17/01 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 12/17/01 | 2.29 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/17/01 | 3.12 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 12/17/01 | 3.95 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 12/17/01 | 12.39 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 12/17/01 | 22.45 | SUIBI JAPANESE RESTAURANT, INC. - Overtime Meals - Attorney, D. Boll on 12/17/01. |
| 12/17/01 | 71.88 | West Publishing-TP,Database Usage 12.01 |
| 12/17/01 | 264.00 | Color Copies |
| 12/18/01 | 0.15 | West Publishing-TP,Database Usage 12.01 |
| 12/18/01 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/18/01 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-806-5400 |
| 12/18/01 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/18/01 | 1.25 | Telephone call to:  DENVER,CO  303-312-7376 |
| 12/18/01 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/18/01 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |

| Date | Amount | Description |
|------|--------|-------------|
| 12/18/01 | 1.66 | Telephone call to: STATE OF,DE  302-778-6464 |
| 12/18/01 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 12/18/01 | 2.49 | Telephone call to: EASTERN,MI  810-341-9800 |
| 12/18/01 | 2.70 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 12/18/01 | 3.53 | Telephone call to: EASTERN,MI  810-341-9800 |
| 12/18/01 | 3.53 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 12/18/01 | 3.53 | Telephone call to: NORTH WEST,NJ  973-966-8434 |
| 12/18/01 | 16.95 | West Publishing-TP,Database Usage 12.01 |
| 12/19/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 12/19/01 | 0.62 | Telephone call to: MIAMI,FL  305-531-8225 |
| 12/19/01 | 0.83 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 12/19/01 | 0.83 | Telephone call to: SE PART,FL  954-713-7950 |
| 12/19/01 | 1.04 | Telephone call to: SE PART,FL  954-713-7950 |
| 12/19/01 | 1.04 | Telephone call to: EASTERN,MI  248-539-9904 |
| 12/19/01 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 12/19/01 | 1.25 | Telephone call to: WILMINGTON,DE  302-652-4100 |
| 12/19/01 | 1.66 | Telephone call to: EASTERN,MI  810-341-9800 |
| 12/20/01 | 0.62 | Telephone call to: WILMINGTON,DE  302-888-6800 |
| 12/20/01 | 0.62 | Telephone call to: STATE OF,DE  302-778-6404 |
| 12/20/01 | 0.62 | Telephone call to: NORTH WEST,NJ  973-622-5000 |
| 12/20/01 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 12/20/01 | 1.04 | Telephone call to: NEWYORKCTY,NY  212-826-5311 |
| 12/20/01 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 12/20/01 | 1.87 | Telephone call to: E CENTRAL,FL  561-362-1302 |
| 12/20/01 | 1.87 | Telephone call to: COLUMBIA,MD  410-531-4222 |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/20/01 | 2.49 | Telephone call to:  DALLAS NE,TX  972-361-3529 |
| 12/20/01 | 2.70 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/20/01 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 12/20/01 | 2.91 | Telephone call to:  BEVERLYHLS,CA  310-551-1015 |
| 12/20/01 | 5.20 | Telephone call to:  SANFRNCSCO,CA  415-773-5712 |
| 12/20/01 | 7.22 | West Publishing-TP,Database Usage 12.01 |
| 12/20/01 | 13.00 | Working Meals/K&E and Others 12/20/01 - Beverages for conference room use |
| 12/20/01 | 21.11 | West Publishing-TP,Database Usage 12.01 |
| 12/20/01 | 31.70 | ALONZO,KE. - Secretarial Overtime |
| 12/20/01 | 67.58 | Fed Exp to:DAVID W. CARICKHOFF, JR.,WILMINGTON,DE from:MAILROOM |
| 12/20/01 | 67.90 | Standard Copies |
| 12/20/01 | 107.80 | Standard Copies |
| 12/21/01 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-750-5833 |
| 12/21/01 | 0.62 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 12/21/01 | 0.83 | Telephone call to:  DALLAS NE,TX  972-361-3525 |
| 12/21/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6411 |
| 12/21/01 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 12/21/01 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/21/01 | 2.29 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/21/01 | 6.78 | West Publishing-TP,Database Usage 12.01 |
| 12/21/01 | 10.61 | Fed Exp to: ,MERRICK,NY from:MAILROOM |
| 12/21/01 | 19.08 | Fed Exp to: ,PRAIRIE VILLAGE,KS from:MAILROOM |
| 12/23/01 | 36.00 | DELUXE DELIVERY SYSTEMS, INC. - Outside Messenger Services, 12/19, 12/19, Boll |

| Date | Amount | Description |
|------|--------|-------------|
| 12/26/01 | 0.62 | Telephone call to:  MIDDLETOWN,DE  302-378-1661 |
| 12/26/01 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/26/01 | 0.83 | Telephone call to:  S SAN,CA  650-592-8337 |
| 12/26/01 | 0.83 | Telephone call to:  MIDDLETOWN,DE  302-378-1661 |
| 12/26/01 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-536-4098 |
| 12/26/01 | 2.91 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/27/01 | 0.57 | Postage-TRACKING ID# 1136068593170 |
| 12/27/01 | 0.62 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 12/27/01 | 1.04 | Telephone call to:  STATE OF,DE  302-661-7371 |
| 12/27/01 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 12/27/01 | 2.29 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 12/27/01 | 2.91 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 12/28/01 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-8400 |
| 12/28/01 | 0.62 | Telephone call to:  BILLINGS,MT  406-252-3441 |
| 12/28/01 | 1.66 | Telephone call to:  STATE OF,DE  302-661-7371 |
| 12/31/01 | 11.37 | DOW JONES INTERACTIVE - Computer Database Research, Dow Jones charges - 12/01 |
| 12/31/01 | 44.65 | GLOBAL SECURITIES INFORMATION, INC. - Computer Database Research, TA(41.25)Livedgar database usage December 2001 |
| 12/31/01 | 567.70 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage December 2001 |
| 1/02/02 | 0.80 | Standard Copies |
| 1/02/02 | 0.83 | Telephone call to:  LOSANGELES,CA  213-624-2869 |
| 1/02/02 | 1.04 | Telephone call to:  MIAMI,FL  305-374-7580 |
| 1/02/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1532 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/02/02 | 2.10 | Standard Copies |
| 1/02/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-806-5400 |
| 1/02/02 | 2.70 | Telephone call to:  PITTSBURGH,PA  412-644-3541 |
| 1/02/02 | 3.74 | Telephone call to:  PITTSBURGH,PA  412-644-3541 |
| 1/02/02 | 4.16 | Telephone call to:  STATE OF,DE  302-778-6401 |
| 1/02/02 | 12.04 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 1/02/02 | 21.90 | Standard Copies |
| 1/03/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 1/03/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6401 |
| 1/03/02 | 0.83 | Telephone call to:  HOUSTON,TX  713-862-3000 |
| 1/03/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 1/03/02 | 1.45 | Telephone call to:  PHLP AREA,PA  267-330-3005 |
| 1/03/02 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 1/04/02 | 0.10 | Standard Copies |
| 1/04/02 | 0.40 | Standard Copies |
| 1/04/02 | 0.62 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/04/02 | 0.75 | Fax page charge to 973-645-4549 |
| 1/04/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-558-5505 |
| 1/04/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/04/02 | 3.00 | Fax page charge to 973-645-4549 |
| 1/04/02 | 4.70 | Standard Copies |
| 1/04/02 | 6.00 | Standard Copies |
| 1/07/02 | 0.60 | Standard Copies |
| 1/07/02 | 0.75 | Fax page charge to 504-523-7310 |
| 1/07/02 | 0.80 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 1/07/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/07/02 | 0.83 | Fax phone charge to 504-523-7310 |
| 1/07/02 | 1.00 | Standard Copies |
| 1/07/02 | 1.04 | Telephone call to:  WILMINGTON,DE  302-888-6800 |
| 1/07/02 | 1.25 | Telephone call to:  EASTERN,MA  617-478-5182 |
| 1/07/02 | 1.87 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/07/02 | 2.25 | Fax page charge to 561-362-1583 |
| 1/07/02 | 2.25 | Fax page charge to 561-362-1583 |
| 1/07/02 | 2.25 | Fax page charge to 561-362-1970 |
| 1/07/02 | 2.49 | Telephone call to:  WILMINGTON,DE  302-652-5340 |
| 1/07/02 | 5.25 | Fax page charge to 504-523-7310 |
| 1/07/02 | 6.70 | Standard Copies |
| 1/07/02 | 10.10 | Standard Copies |
| 1/07/02 | 75.40 | Standard Copies |
| 1/08/02 | 0.20 | Standard Copies |
| 1/08/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 1/08/02 | 0.62 | Telephone call to:  S SAN,CA  650-592-8337 |
| 1/08/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/08/02 | 0.98 | Fax phone charge to 405-319-0404 |
| 1/08/02 | 1.37 | Fax phone charge to 405-942-3602 |
| 1/08/02 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/08/02 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/08/02 | 2.70 | Telephone call to:  MIAMI,FL  305-577-3100 |
| 1/08/02 | 4.00 | Standard Copies |
| 1/08/02 | 5.61 | Telephone call to:  E CENTRAL,FL  561-362-1533 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/08/02 | 8.25 | Fax page charge to 617-951-8736 |
| 1/08/02 | 8.25 | Fax page charge to 310-574-9883 |
| 1/08/02 | 8.25 | Fax page charge to 302-652-4400 |
| 1/08/02 | 8.25 | Fax page charge to 302-652-8405 |
| 1/08/02 | 8.25 | Fax page charge to 405-842-4539 |
| 1/08/02 | 8.25 | Fax page charge to 405-319-0404 |
| 1/08/02 | 8.25 | Fax page charge to 302-428-3996 |
| 1/08/02 | 8.25 | Fax page charge to 248-335-3346 |
| 1/08/02 | 8.25 | Fax page charge to 405-942-3602 |
| 1/08/02 | 8.73 | Telephone call to:  LEESBURG,VA  703-729-8543 |
| 1/08/02 | 10.82 | Telephone call to:  UK  011-442078168755 |
| 1/08/02 | 15.98 | UPS Dlvry to:McDermott, Will & Emery, LLP ,David Rosenbloom, Es,Chicago,IL from:Scott A McMillin |
| 1/08/02 | 23.50 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 1.7.02 |
| 1/08/02 | 58.83 | Fed Exp to:THE HONORABLE ALFRED M. WOLIN,NEWARK NJ from:VENETIA A. JOHNSON |
| 1/09/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-429-6449 |
| 1/09/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 1/09/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 1/09/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6401 |
| 1/09/02 | 1.45 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/09/02 | 2.08 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 1/09/02 | 2.49 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/09/02 | 5.50 | Comet Messenger Services to:  DAVID S ROSENBLOOM |
| 1/09/02 | 12.06 | Telephone call to:  E CENTRAL,FL  561-362-1532 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/09/02 | 13.09 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 1/09/02 | 57.70 | Standard Copies |
| 1/10/02 | 0.62 | Telephone call to: WILMINGTON,DE 302-654-7444 |
| 1/10/02 | 0.62 | Telephone call to: WASHINGTON,DC 202-429-6449 |
| 1/10/02 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 1/10/02 | 0.62 | Telephone call to: NEW YORK,NY 212-223-0400 |
| 1/10/02 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 1/10/02 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-4399 |
| 1/10/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 1/10/02 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 1/10/02 | 1.25 | Telephone call to: OKLA CITY,OK 405-239-6444 |
| 1/10/02 | 1.45 | Telephone call to: MIDDLETOWN,DE 302-378-1661 |
| 1/10/02 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 1/10/02 | 1.87 | Telephone call to: STATE OF,DE 302-778-6464 |
| 1/10/02 | 6.44 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/10/02 | 7.42 | UPS Dlvry to:McDermott, Will & Emery, LLP ,David Rosenbloom, Es,Chicago,IL from:Scott A McMillin |
| 1/10/02 | 7.58 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/10/02 | 197.05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 10/1/01 - 12/31/01 |
| 1/11/02 | 0.10 | Standard Copies |
| 1/11/02 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 1/11/02 | 0.62 | Telephone call to: STATE OF,DE 302-778-6424 |
| 1/11/02 | 0.83 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/11/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-536-4098 |