| Date | Amount | Description |
|------|--------|-------------|
| 1/11/02 | 1.66 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/11/02 | 2.29 | Telephone call to:  BOSTON,MA  617-526-6572 |
| 1/11/02 | 3.12 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/11/02 | 3.33 | Telephone call to:  E CENTRAL,FL  561-901-1486 |
| 1/11/02 | 6.00 | SCOTT MCMILLIN - Local Transportation, 01.11.2002, (To Skadden Arps f/Document Review) |
| 1/11/02 | 7.20 | Standard Copies |
| 1/11/02 | 7.42 | UPS Dlvry to:McDermott, Will & Emery, LLP ,David Rosenbloom, Es,Chicago,IL from:Scott A McMillin |
| 1/12/02 | 0.83 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/12/02 | 4.16 | Telephone call to:  VAN NUYS,CA  818-783-2669 |
| 1/13/02 | 76.50 | Rogers, D. - Secretarial Overtime |
| 1/14/02 | 0.83 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/14/02 | 0.83 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/14/02 | 0.90 | Standard Copies |
| 1/14/02 | 1.25 | Telephone call to:  WASHINGTON,DC  202-857-6000 |
| 1/14/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-455-3696 |
| 1/14/02 | 2.91 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/14/02 | 3.33 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/14/02 | 4.99 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/14/02 | 5.61 | Telephone call to:  EASTERN,MI  248-740-5680 |
| 1/14/02 | 6.75 | Fax page charge to 703-729-8587 |
| 1/14/02 | 271.25 | Slivka, C. - Secretarial Overtime |
| 1/15/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 1/15/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1306 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/15/02 | 1.45 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/15/02 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 1/15/02 | 2.30 | Standard Copies |
| 1/15/02 | 11.02 | Telephone call to:  EASTERN,MA  617-478-5182 |
| 1/15/02 | 12.16 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 1.14.02 |
| 1/15/02 | 15.42 | Telephone call to:  HINSDALE,IL  630-654-9318 |
| 1/15/02 | 46.65 | THOMPSON,SU. - Secretarial Overtime |
| 1/16/02 | 0.40 | Standard Copies |
| 1/16/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6424 |
| 1/16/02 | 1.00 | Standard Copies |
| 1/16/02 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/16/02 | 2.49 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/16/02 | 2.50 | Standard Copies |
| 1/16/02 | 4.57 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/16/02 | 7.00 | Working Meals/K&E and Others 1/16/02 - Beverages for conference room use |
| 1/16/02 | 7.22 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 1/16/02 | 9.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 1/16/02 | 9.75 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 1/16/02 | 9.75 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 1/16/02 | 62.40 | WHO'S COOKIN - Working Meals/K&E and Others |
| 1/17/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 1/17/02 | 1.00 | Tabs/Indexes/Dividers |
| 1/17/02 | 1.00 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 1/17/02 | 1.04 | Telephone call to:  LB AREA,CA  562-436-3946 |
| 1/17/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 1/17/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 1/17/02 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 1/17/02 | 2.91 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 4.99 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 6.00 | Standard Copies |
| 1/17/02 | 8.40 | Tabs/Indexes/Dividers |
| 1/17/02 | 128.60 | Standard Copies |
| 1/18/02 | 0.40 | Standard Copies |
| 1/18/02 | 0.62 | Telephone call to:  NYC BRONX,NY  212-497-4116 |
| 1/18/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/18/02 | 0.62 | Telephone call to:  LOSANGELES,CA  213-892-4905 |
| 1/18/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-455-3969 |
| 1/18/02 | 1.25 | Telephone call to:  EASTERN,MI  248-761-8326 |
| 1/18/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 1/18/02 | 1.50 | Fax page charge to 703-729-8587 |
| 1/18/02 | 1.57 | Fax phone charge to 212-557-2522 |
| 1/18/02 | 1.66 | Telephone call to:  BOSTON,MA  617-737-8828 |
| 1/18/02 | 1.87 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/18/02 | 2.08 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/18/02 | 2.25 | Fax page charge to 561-362-1970 |
| 1/18/02 | 2.25 | Fax page charge to 561-362-1583 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/18/02 | 2.30 | Standard Copies |
| 1/18/02 | 3.12 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/18/02 | 3.33 | Telephone call to:  MIAMI,FL  305-866-9542 |
| 1/18/02 | 3.60 | Standard Copies |
| 1/18/02 | 17.66 | Fed Exp to:GARY M. MARSH, PH.D.,CANONSBURG,PA from:TIMOTHY S. HARDY |
| 1/18/02 | 27.00 | Fax page charge to 212-557-2522 |
| 1/21/02 | 0.62 | Telephone call to:  BOSTON,MA  617-428-3155 |
| 1/21/02 | 0.83 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/21/02 | 1.25 | Telephone call to:  EASTERN,MI  810-694-7494 |
| 1/21/02 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/21/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-688-3100 |
| 1/21/02 | 2.70 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/21/02 | 3.00 | Standard Copies |
| 1/21/02 | 3.12 | Telephone call to:  NEWYORKCTY,NY  212-688-3100 |
| 1/21/02 | 3.74 | Telephone call to:  NEWYORKCTY,NY  212-688-3100 |
| 1/21/02 | 5.40 | Telephone call to:  EASTERN,MI  248-761-8326 |
| 1/21/02 | 10.39 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 1/21/02 | 10.82 | ANUP SATHY - OT Meal f/S.Schwartz 1.21.02 |
| 1/22/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4557 |
| 1/22/02 | 0.62 | Telephone call to:  S SAN,CA  650-592-8337 |
| 1/22/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-2800 |
| 1/22/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1661 |
| 1/22/02 | 1.04 | Telephone call to:  LOSANGELES,CA  213-688-8271 |
| 1/22/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-536-4098 |

B-33

| Date | Amount | Description |
|------|--------|-------------|
| 1/22/02 | 1.25 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/22/02 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-583-5388 |
| 1/22/02 | 1.66 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 1/22/02 | 1.87 | Telephone call to: PITTSBURGH,PA 412-644-3541 |
| 1/22/02 | 2.08 | Telephone call to: STATE OF,DE 302-778-6464 |
| 1/22/02 | 2.70 | Telephone call to: DALLAS,TX 214-754-7504 |
| 1/22/02 | 3.12 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 1/22/02 | 3.12 | Telephone call to: WILMINGTON,DE 302-426-1900 |
| 1/22/02 | 5.82 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 1/23/02 | 0.62 | Telephone call to: MIAMI,FL 305-409-3500 |
| 1/23/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 1/23/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 1/23/02 | 0.83 | Telephone call to: LOSANGELES,CA 213-688-8271 |
| 1/23/02 | 1.25 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/23/02 | 1.66 | Telephone call to: PHILADELPH,PA 215-875-4667 |
| 1/23/02 | 2.29 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/23/02 | 4.57 | Telephone call to: EASTERN,MI 810-341-9800 |
| 1/23/02 | 14.65 | MICHAEL FRISHBERG - OT Meal f/S.Schwartz 1.23.02 |
| 1/24/02 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-557-2525 |
| 1/24/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 1/24/02 | 0.62 | Telephone call to: EASTERN,MI 248-740-1253 |
| 1/24/02 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 1/24/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 1/24/02 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 1/24/02 | 1.87 | Telephone call to: STATE OF,DE 302-778-6464 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/24/02 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 1/25/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/25/02 | 0.62 | Telephone call to:  PITTSBURGH,PA  412-644-3541 |
| 1/25/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 1/25/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/25/02 | 1.25 | Telephone call to:  EASTERN,MI  248-761-8326 |
| 1/25/02 | 1.25 | Telephone call to:  PITTSBURGH,PA  412-644-3541 |
| 1/25/02 | 1.45 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/25/02 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-536-4098 |
| 1/25/02 | 1.66 | Telephone call to:  E CENTRAL,FL  561-362-2800 |
| 1/25/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 1/25/02 | 2.08 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 1/25/02 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/25/02 | 8.31 | Telephone call to:  SOUTHERN,AL  334-240-1633 |
| 1/28/02 | (60.00) | Overnight Delivery - Refund |
| 1/28/02 | 0.62 | Telephone call to:  LOSANGELES,CA  213-613-2834 |
| 1/28/02 | 0.62 | Telephone call to:  BOSTON,MA  617-526-6572 |
| 1/28/02 | 0.62 | Telephone call to:  E BAY,CA  925-937-3363 |
| 1/28/02 | 0.92 | Telephone call to:  CHICAGO,IL  312-425-5305 |
| 1/28/02 | 1.25 | Telephone call to:  E BAY,CA  925-937-3363 |
| 1/28/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 1/28/02 | 1.25 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/28/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/28/02 | 1.87 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 1/29/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4557 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 1/29/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/29/02 | 0.62 | Telephone call to:  NY CITY,NY  917-533-8640 |
| 1/29/02 | 0.80 | Standard Copies |
| 1/29/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/29/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-455-3696 |
| 1/29/02 | 0.90 | Standard Copies |
| 1/29/02 | 2.10 | Standard Copies |
| 1/29/02 | 8.52 | Telephone call to:  NEWYORKCTY,NY  212-403-1226 |
| 1/29/02 | 8.73 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 1/29/02 | 8.99 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 1/30/02 | 0.10 | Standard Copies |
| 1/30/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 1/30/02 | 0.62 | Telephone call to:  WILMINGTON,DE  302-888-6500 |
| 1/30/02 | 0.62 | Telephone call to:  ORLANDO,FL  407-843-2111 |
| 1/30/02 | 0.70 | Standard Copies |
| 1/30/02 | 0.75 | Fax page charge to 212-735-2000 |
| 1/30/02 | 0.75 | Fax page charge to 212-806-6006 |
| 1/30/02 | 0.75 | Fax page charge to 202-429-3301 |
| 1/30/02 | 0.75 | Fax page charge to 305-374-7593 |
| 1/30/02 | 0.75 | Fax page charge to 617-720-5015 |
| 1/30/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/30/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/30/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 1/30/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4557 |
| 1/30/02 | 1.04 | Telephone call to:  CINCINNATI,OH  937-228-8183 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/30/02 | 1.20 | Standard Copies |
| 1/30/02 | 1.25 | Telephone call to:  AUSTIN,TX  512-345-9335 |
| 1/30/02 | 1.30 | Standard Copies |
| 1/30/02 | 1.45 | Telephone call to:  EASTERN,MI  810-341-9800 |
| 1/30/02 | 1.45 | Telephone call to:  FORT WORTH,TX  817-332-9500 |
| 1/30/02 | 1.66 | Telephone call to:  OKLA CITY,OK  405-272-1963 |
| 1/30/02 | 2.08 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 1/30/02 | 2.20 | Standard Copies |
| 1/30/02 | 2.29 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 1/30/02 | 2.91 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 1/30/02 | 4.16 | Telephone call to:  E CENTRAL,FL  561-495-4557 |
| 1/30/02 | 4.57 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 1/30/02 | 5.50 | Comet Messenger Services to:  DAVID ROSENBLOOM |
| 1/30/02 | 7.58 | Fed Exp to:EVANS WOHLFORTH,NEWARK,NJ from:VENETIA A. JOHNSON |
| 1/31/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4406 |
| 1/31/02 | 0.75 | Fax page charge to 212-661-3070 |
| 1/31/02 | 0.75 | Fax page charge to 561-362-1323 |
| 1/31/02 | 0.83 | Telephone call to:  CENTRAL,MA  978-263-7777 |
| 1/31/02 | 0.92 | Telephone call to:  TRENTON,NJ  609-989-5032 |
| 1/31/02 | 1.45 | Telephone call to:  NORTH WEST,NJ  973-758-1001 |
| 1/31/02 | 1.87 | Telephone call to:  WILMINGTON,DE  302-652-8400 |
| 1/31/02 | 2.70 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 1/31/02 | 3.23 | Telephone call to:  TRENTON,NJ  609-989-5032 |
| 1/31/02 | 3.33 | Telephone call to:  COLUMBIA,MD  410-531-4222 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/31/02 | 12.00 | Fax page charge to 724-733-1799 |

**Matter 25 – Creditors/Shareholders Inquiries - Expenses**

| Description | Amount |
|-------------|--------|
| Telephone | $1.04 |
| **TOTAL** | $1.04 |

**<u>Matter 25 – Creditors/Shareholders Inquiries - Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 1/29/02 | 1.04 | Telephone call to:  DALLAS NE,TX  972-417-4824 |

**<u>Matter 28 – Environmental Issues - Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Telephone | $8.30 |
| Overnight Delivery | $25.10 |
| Standard Copies | $19.90 |
| Computer Database Research | $28.55 |
| **TOTAL** | $81.85 |

**<u>Matter 28 – Environmental Issues - Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 11/01/01 | 0.86 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 5.48 | West Publishing-TP,Database Usage 11.01 |
| 12/05/01 | 1.47 | West Publishing-TP,Database Usage 12.01 |
| 12/10/01 | 12.55 | Fed Exp to: ,OAKLAND,CA from:MAILROOM |
| 12/13/01 | 20.74 | West Publishing-TP,Database Usage 12.01 |
| 12/19/01 | 12.55 | Fed Exp to: ,OAKLAND,CA from:MAILROOM |
| 12/28/01 | 1.38 | Telephone call to:  NORTH WEST,NJ  973-538-0800 |
| 1/16/02 | 2.50 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 1/17/02 | 2.50 | Standard Copies |
| 1/22/02 | 1.80 | Standard Copies |
| 1/23/02 | 2.90 | Standard Copies |
| 1/24/02 | 0.50 | Standard Copies |
| 1/24/02 | 1.10 | Standard Copies |
| 1/24/02 | 1.60 | Standard Copies |
| 1/25/02 | 1.20 | Standard Copies |
| 1/28/02 | 0.20 | Standard Copies |
| 1/30/02 | 1.10 | Standard Copies |
| 1/31/02 | 4.50 | Standard Copies |
| 1/31/02 | 6.92 | Telephone call to:  COLUMBIA,MD  410-531-4751 |

### Matter 29- File, Docket, Calendar Maintenance/Fees - Expenses

| Description | Amount |
|-------------|--------|
| Computer Database Research | $420.84 |
| **TOTAL** | $420.84 |

B-42

**Matter 29- File, Docket, Calendar Maintenance/Fees - Itemized Expenses**

**Date**               **Amount**        **Description**

1/10/02                420.84           PACER SERVICE CENTER - Computer Database Research, Pacer
                                        Service Center Usage 10/1/01 - 12/31/01

**Matter 30- Hearings/Fees - Expenses**

| Description | Amount |
|---|---|
| Telephone | $17.03 |
| Secretarial Overtime | $65.31 |

**TOTAL**                                                    $82.34

**Matter 30- Hearings/Fees - Itemized Expenses**

| **Date** | **Amount** | **Description** |
|---|---|---|
| 1/02/02 | 2.49 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/02/02 | 4.78 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/03/02 | 5.82 | Telephone call to:  EASTERN,MD  443-995-5904 |
| 1/07/02 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 1/22/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/30/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/31/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 32- K&E Fee Application, Preparation of/Fees - Expenses

| Description | Amount |
|---|---|
| Telephone | $3.53 |
| Overnight Delivery | $9.38 |
| **TOTAL** | $12.91 |

### Matter 32- K&E Fee Application, Preparation of/Fees - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/26/01 | 9.38 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/04/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/08/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/17/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 1/30/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |

**Matter 38- Retention of Professionals/Fees - Expenses**

| Description | Amount |
|---|---|
| Telephone | $0.83 |
| Overnight Delivery | $24.59 |
| Computer Database Research | $1.64 |
| **TOTAL** | $27.06 |

## **Matter 38- Retention of Professionals/Fees - Itemized Expenses**

| **Date** | **Amount** | **Description** |
|---|---|---|
| 12/08/01 | 0.46 | West Publishing-TP,Database Usage 12.01 |
| 12/19/01 | 1.18 | West Publishing-TP,Database Usage 12.01 |
| 12/19/01 | 7.65 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/03/02 | 7.65 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/07/02 | 9.29 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/09/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |

## **Matter 41 -Tax Matters - Expenses**

| **Description** | **Amount** |
| --- | --- |
| Overnight Delivery - Refund | ($13.73) |
| Computer Database Research | $18.86 |
| **TOTAL** | $5.13 |

## Matter 41 -Tax Matters - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/13/01 | 5.13 | West Publishing-TP,Database Usage 11.01 |
| 12/05/01 | 13.73 | West Publishing-TP,Database Usage 12.01 |
| 1/23/02 | (13.73) | Overnight Delivery - Refund, Fed Ex 11.2.01 |

## Matter 42 -Travel - Expenses

| Description | Amount |
|---|---|
| Telephone | $187.23 |
| Facsimile Charge | $55.00 |
| Travel Expense | $3,108.62 |
| Airfare | $13,364.09 |
| Travel Meals | $510.19 |
| Travel to/from Airport | $302.50 |
| **TOTAL** | $17,527.63 |

**Matter 42-Travel - Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 12/03/01 | 63.20 | Crown Coach - Transportation to/from airport, Janet Baer |
| 12/03/01 | 64.10 | Crown Coach - Transportation to/from airport, Janet Baer |
| 12/10/01 | 150.38 | MICHELLE H BROWDY - Meal Expense, Ft. Lauderdale,FL, 12.02 to 12.04.01, (Witness Interviews) |
| 12/10/01 | 226.00 | MICHELLE H BROWDY - Travel Expense, Ft. Lauderdale,FL, 12.02 to 12.04.01, (Witness Interviews) |
| 12/10/01 | 337.08 | MICHELLE H BROWDY - Airfare Expense, Ft. Lauderdale,FL, 12.02 to 12.04.01, (Witness Interviews) |
| 12/19/01 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 12/20/01 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 12/26/01 | 79.00 | MICHELLE H BROWDY - Travel Expense, Washington,D.C., 12.20 to 12.21.01, (Witness Interview) |
| 12/26/01 | 1,140.64 | MICHELLE H BROWDY - Airfare Expense, Washington,D.C., 12.20 to 12.21.01, (Witness Interview) |
| 1/03/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 1/03/02 | 118.69 | DAVID M BERNICK, P.C. - Meal Expense, Newark,NJ, 12.19 to 12.20.01, (Attend Conference w/Judge Wolin) |
| 1/03/02 | 535.93 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 12.19 to 12.20.01, (Attend Conference w/Judge Wolin) |
| 1/03/02 | 2,258.00 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 12.19 to 12.20.01, (Attend Conference w/Judge Wolin) |
| 1/04/02 | 31.64 | JAMES W KAPP - Meals, Pittsburgh, PA, 01.02 - 01.03.2002, (Attend hearing) |
| 1/04/02 | 55.00 | DAVID M BERNICK, P.C. - Fax Expense, while traveling 12.16 to 12.23. 01 |
| 1/04/02 | 68.04 | DAVID M BERNICK, P.C. - Telephone Expense, GTEAirfone on Amex stmt dtd 12.08.01 |

| Date | Amount | Description |
|------|--------|-------------|
| 1/04/02 | 119.19 | DAVID M BERNICK, P.C. - Telephone Expense, while traveling 12.16 to 12.23.01 |
| 1/04/02 | 145.86 | JAMES W KAPP - Travel Expense, Pittsburgh, PA, 01.02 - 01.03.2002, (Attend hearing) |
| 1/04/02 | 959.06 | JAMES W KAPP - Airfare, Pittsburgh, PA, 01.02 - 01.03.2002, (Attend hearing) |
| 1/09/02 | 55.48 | JAMES W KAPP - Meals, Newark, NJ, 12.19 - 12.20.2001, (Attend hearing) |
| 1/09/02 | 292.76 | DAVID M BERNICK, P.C. - Travel Expense, Pittsburgh,PA, 1.02 to 1.03.02, (Attend Hearing) |
| 1/09/02 | 321.73 | JAMES W KAPP - Travel Expense, Newark, NJ, 12.19 - 12.20.2001, (Attend hearing) |
| 1/09/02 | 717.10 | DAVID M BERNICK, P.C. - Airfare Expense, Pittsburgh,PA, 1.02 to 1.03.02, (Attend Hearing) |
| 1/09/02 | 1,833.43 | JAMES W KAPP - Airfare, Newark, NJ, 12.19 - 12.20.2001, (Attend hearing) |
| 1/14/02 | 130.00 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 1.11.02, (privilege Conference) |
| 1/14/02 | 1,397.17 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 1.11.02, (privilege Conference) |
| 1/17/02 | 91.65 | ANDREW R RUNNING - Meals Expense, Wilmington, DE/Washington, DC 1.15.02 - 1.16.02 (Mtg) |
| 1/17/02 | 124.00 | ANDREW R RUNNING - Trainfare Expense, Wilmington, DE/Washington, DC 1.15.02 - 1.16.02 (Mtg) |
| 1/17/02 | 375.42 | ANDREW R RUNNING - Travel Expense, Wilmington, DE/Washington, DC 1.15.02 - 1.16.02 (Mtg) |
| 1/17/02 | 1,059.81 | ANDREW R RUNNING - Airfare Expense, Wilmington, DE/Washington, DC 1.15.02 - 1.16.02 (Mtg) |
| 1/21/02 | 170.00 | DAVID M BERNICK, P.C. - Travel Expense, Washington,D.C., 1.16.02, (Attend Mtg w/Rourke) |

| Date | Amount | Description |
|------|--------|-------------|
| 1/21/02 | 307.70 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 12.18 to 12.19.01, (Judge Wolin's Conference) Supplement Report |
| 1/21/02 | 1,158.64 | DAVID M BERNICK, P.C. - Airfare Expense, Washington,D.C., 1.16.02, (Attend Mtg w/Rourke) |
| 1/22/02 | 22.10 | DAVID M BERNICK, P.C. - Travel Expense, Pittsburgh,PA, 1.03.02, (Attend Hearing) Supplement Report |
| 1/30/02 | 62.35 | JAMES W KAPP - Meals, Wilmington, DE, 01.28 - 01.29.2002, (Attend hearing) |
| 1/30/02 | 190.00 | DAVID M BERNICK, P.C. - Travel Expense, Philadelphia,PA, 1.29.02, (Attend Status Conference) |
| 1/30/02 | 312.12 | JAMES W KAPP - Hotel Expense, Wilmington, DE, 01.28 - 01.29.2002, (Attend hearing) |
| 1/30/02 | 1,144.58 | JAMES W KAPP - Airfare, Wilmington, DE, 01.28 - 01.29.2002, (Attend hearing) |
| 1/30/02 | 1,234.58 | DAVID M BERNICK, P.C. - Airfare Expense, Philadelphia,PA, 1.29.02, (Attend Status Conference) |

**<u>Matter 46 - IRS Tax Litigation - Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---:|
| Telephone | $12.48 |
| Facsimile Charge | $16.50 |
| Overnight Delivery | $7.09 |
| Filing Fees | $68.50 |
| Computer Database Research | $139.89 |
| **TOTAL** | $244.46 |

## Matter 46 - IRS Tax Litigation - Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 11/20/01 | 10.12 | West Publishing-TP,Database Usage 11.01 |
| 11/28/01 | 9.89 | West Publishing-TP,Database Usage 11.01 |
| 11/29/01 | 7.73 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 11/29/01 | 30.85 | West Publishing-TP,Database Usage 11.01 |
| 12/20/01 | 9.15 | Telephone call to:  WASHINGTON,DC  202-452-7083 |
| 12/26/01 | 78.35 | West Publishing-TP,Database Usage 12.01 |
| 12/27/01 | 10.68 | West Publishing-TP,Database Usage 12.01 |
| 1/08/02 | 3.00 | Fax page charge to 561-362-1583 |
| 1/14/02 | 0.75 | Fax page charge to 561-362-1323 |
| 1/14/02 | 2.25 | Fax page charge to 561-362-1323 |
| 1/15/02 | 2.29 | Telephone call to:  WASHINGTON,DC  202-682-7209 |
| 1/17/02 | 1.04 | Telephone call to:  WASHINGTON,DC  202-219-9657 |
| 1/17/02 | 2.25 | Fax page charge to 561-362-1323 |
| 1/18/02 | 4.50 | Fax page charge to 202-879-5200 |
| 1/18/02 | 6.72 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 1/23/02 | (7.36) | Overnight Delivery - Refund, Fed Ex 11.6.01 |
| 1/29/02 | 3.75 | Fax page charge to 561-362-1323 |
| 1/31/02 | 68.50 | U.S. COURT OF APPEALS FOR THE - Filing Fees, Trucks Case request, 1.31.02 |