IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Lynn K. Neuner and substitute the appearance of Jordan N. Malz of Simpson Thacher & Bartlett for Travelers Indemnity Insurance Co. in the above-captioned action.

MORRIS, NICHOLS, ARSHT & TUNNELL

 /s/ **Robert J. Dehney**
Robert J. Dehney (#3578)
Michael G. Busenkell (#3933)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200

Attorneys for Travelers Indemnity Insurance Co.

276483