## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2002, a true and correct copy of the foregoing Notice of Substitution of Counsel was served upon all parties on the Service List attached hereto by United States Mail.

_____
Michael G. Busenkell

276968