# SCHEDULE A

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

February 18, 2002

**Invoice No. 01102**

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre - 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

## RE:  W.R. Grace

For services rendered in connection with the above-captioned matter during the period January 1, 2002 through January 31, 2002 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 3.25 | $1,381.25 |
| Michael Berkin - Managing Director | 21.00 | $8,925.00 |
| Dottie-Jo Collins - Manager | 0.60 | $144.00 |

| Expenses (see Schedule C) | | |
|---|---|---|
| Telephone, Xerox, Postage, Fax | | $32.54 |
| **TOTAL** | | **$10,482.79** |

Please Note:  Schedule B (attached) reflects Professional Services Summary by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

February 18, 2002

Invoice No. 01102

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

## RE:   W.R. Grace

Summary of Professional Services Rendered:  January 1, 2002 - January 31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 3.25 | $1,381.25 |
| Michael Berkin | Schedule A | $425 | 21.00 | $8,925.00 |
| Dottie-Jo Collins | Schedule A | $240 | 0.60 | $144.00 |
| Total Professional Services- Schedule A: | | | 24.85 | $10,450.25 |
| Total Out of Pocket Expenses- Schedule C: | | | | $32.54 |
| **TOTAL DUE THIS INVOICE** | | | | **$10,482.79** |

Please Note:   Schedule B (attached) reflects Professional Services Summary
               by Billing Matter Category.

# W.R. Grace

Schedule A

### Loreto T. Tersigni

*Services Rendered during the Period: January 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/28/2002 | Review of Blackstone analysis of 'Project Blueberry' acquisition and memorandum of findings and conclusions to Asbestos Creditor's Committee | 8 | 3.25 | $425.00 | $1,381.25 |
| | Sub-Total | | 3.25 | | $1,381.25 |

### Michael Berkin

*Services Rendered during the Period: January 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/8/2002 | Review October Operating Report and Prepare Summarizing Memo | 20 | 9.00 | $425.00 | $3,825.00 |
| 1/24/2002 | Analysis of planned acquisition, Project Blueberry, including conference call with Grace and financial advisor | 8 | 7.50 | $425.00 | $3,187.50 |
| 1/24/2002 | Prepare memorandum and analysis evaluating Project Blueberry. | 8 | 4.50 | $425.00 | $1,912.50 |
| | Sub-Total | | 21.00 | | $8,925.00 |

### Dottie-Jo Collins

*Services Rendered during the Period: January 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2002 | Compilation and consolidation of monthly services rendered | 18 | 0.60 | $240.00 | $144.00 |
| | Sub-Total | | 0.60 | | $144.00 |

| | TOTAL Schedule A | | 24.85 | | $10,450.25 |

# W.R. Grace

**Schedule B**

*Services Rendered during the Period: January 1 - 31, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/28/02 | L.Tersigni | Review of Blackstone analysis of 'Project Blueberry' acquisition and memorandum of findings and conclusions to Asbestos Creditor's Committee | 8 | 3.25 | $425.00 | $1,381.25 |
| 1/24/02 | M.Berkin | Analysis of planned acquisition, Project Blueberry, including conference call with Grace and financial advisor | 8 | 7.50 | $425.00 | $3,187.50 |
| 1/24/02 | M.Berkin | Prepare memorandum and analysis evaluating Project Blueberry. | 8 | 4.50 | $425.00 | $1,912.50 |
| | | **Total Category 8: Asset Acquisition/Business Combinations** | | 15.25 | | $6,481.25 |
| 1/31/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 0.60 | $240.00 | $144.00 |
| | | **Total Category 18: Compensation of Professionals** | | 0.60 | | $144.00 |
| 1/8/02 | M.Berkin | Review October Operating Report and Prepare Summarizing Memo | 20 | 9.00 | $425.00 | $3,825.00 |
| | | **Total Category 20: Data Analysis** | | 9.00 | | $3,825.00 |
| | | **TOTAL Schedule B** | | 24.85 | | $10,450.25 |

# W. R. Grace

# Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $24.74 |
| Xerox  ( 53 x $0.10 per page) | $5.30 |
| Postage    ( 2 x $1.25 per envelope) | $2.50 |
| **Total Expenses incurred from January 1 - 31, 2002** | **$32.54** |