## EXHIBIT B

### Case Administration (54.2 Hours; $ 27,116.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      54.20

### Claims Administration & Objections (2.0 Hours; $ 964.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**      2.0

### Fee/Employment Applications (3.4 Hours; $ 768.00)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .07**      3.4

### Litigation (12.7 Hours: $ 6,296.50)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .10**      12.7

### Travel (17.7 Hours; $ 5,013.50)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .16**      17.7

DOC#151898

- 2 -

**Docket Review & Control (23.9 Hours; $ 3,196.50)**

  Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**  23.9