## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 982.50 |
| Air Freight & Express Mail | 38.47 |
| Database Research | 1,589.11 |
| Long Distance Telephone - Equitrac In-House | 5.17 |
| Meals Related to Travel | 52.71 |
| Miscellaneous: Client Advances | 160.00 |
| Outside Local Deliveries | 24.03 |
| Postage | 7.17 |
| Telecopier | 24.15 |
| Travel Expenses – Ground Transportation | 68.00 |
| Travel Expenses – Hotel Charges | 112.86 |
| Duplicating | 302.40 |

Total:                        $ 3,366.57

02/07/2002
16:48:36

Prebill Control Report

Client: 4642                Matter: 000                Page 1

Prebill 000001   Subpage   1
Bill Attn To     Attn:

Client: 4642     Grace Asbestos Personal Injury Claimants        Old Ref:               Opened: 04/16/01
Primary Contact

Matter: 000                                                      Old Ref:               Opened: 04/16/01
Disbursements

Bill Cycle: 01  Style: it 11    Start: 04/16/01  Last Billed:        01/23/02  Trans Date Range: 01/01/50 to 01/31/02
Client Retainer Available:      .00    Committed to invoices:        .00     Remaining:       .00
Client Credits Available:       .00    Committed to invoices:        .00     Remaining:       .00
Matter Retainer Available:      .00    Committed to invoices:        .00     Remaining:       .00
Matter Credits Available:       .00    Committed to invoices:        .00     Remaining:       .00
Budget Fees         .00                       Billed Fees           .00     Resp Empl: Elihu Inselbuch
Budget Exp          .00                       Billed Exp       25,487.89     Bill Empl: Elihu Inselbuch
Budget Tot          .00                       Total            25,487.89     Alt Empl: Elihu Inselbuch

SUMMARY BY EMPLOYEE

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours | Amount | Calc Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | ---A C T U A L--- | | | ---B I L L I N G--- | | | Value At |
| 0020 PVL | Peter Van N. Lockwood | E | | | 1,201.72 | | | 1,201.72 | |
| 0120 EI | Elihu Inselbuch | E | | | 26.90 | | | 26.90 | |
| 0999 C&D | Caplin & Drysdale | E | | | 2,137.95 | | | 2,137.95 | |
| | Total Fees: | | | .00 | .00 | | .00 | .00 | .00 |
| | Total Expenses: | | | | 3,366.57 | | | 3,366.57 | .00 |
| | Total Fees+Exp: | | | .00 | 3,366.57 | | .00 | 3,366.57 | .00 |

DETAIL BY TIME/EXPENSE, EMPLOYEE

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | Rate | Hours | Amount | Avg Rate | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ---A C T U A L--- | | | | ---B I L L I N G--- | | |
| 1260.995 | Database Research-Westlaw research by RCT on 12/18 | E 50 | 12/31/01 | 0999 C&D | | | 223.96 | 223.96 | | | 223.96 | 223.96 |
| 1260.996 | Database Research-Westlaw research by KDB on 12/16,19 | E 50 | 12/31/01 | 0999 C&D | | | 460.37 | 460.37 | | | 460.37 | 684.33 |
| 1260.997 | Database Research-Westlaw research by MCH on 12/17 19 | E 50 | 12/31/01 | 0999 C&D | | | 904.78 | 904.78 | | | 904.78 | 1,589.11 |
| 1261.398 | Equitrac - Long Distance | E 64 | 01/02/02 | 0999 C&D | | | .58 | .58 | | | .58 | 1,589.69 |
| 1261.538 | Equitrac - Photocopy charges | E 54 | 01/02/02 | 0999 C&D | | | 6.00 | 6.00 | | | 6.00 | 1,595.65 |
| 1261.539 | Xeroxing | E 54 | 01/03/02 | 0999 C&D | | | 1.95 | 1.95 | | | 1.95 | 1,597.64 |
| 1261.540 | Equitrac - Photocopy charges | E 54 | 01/03/02 | 0999 C&D | | | .90 | .90 | | | .90 | 1,598.54 |
| 1262.286 | PVNL travel expenses to Pittsburgh to attend | E 21 | 01/07/02 | 0020 PVL | | | 27.23 | 27.23 | | | 27.23 | 1,625.77 |

02/07/2002
16:48:36

Prebill Control Report

Page 2

Prebill 000001   Subpage 2                                        Client: 4642        Matter: 000
                                                        ------- A C T U A L -------   ------- B I L L I N G -------
| Trans | Transaction Description | W/E Date | Trans Code | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | hearing on 1/3 for room service. From Peter Van N. Lockwood 000020 AUDIT* AP-0069.309.0002 Date: 01/07/02 | | | | | | | | | | |
| 1262.287 | FVNL travel expenses to Pittsburgh to attend hearing on 1/3 for Omni William Penn hotel. From Peter Van N. Lockwood 000020 AUDIT* AP-0069.309.0003 Date: 01/07/02 | E 32 01/07/02 | 0020 | PVL | | | 112.86 | | | 112.86 | 1,738.63 |
| 1262.540 | Equitrac - Photocopy charges | E 54 01/07/02 | 0999 | C&D | | | 35.25 | | | 35.25 | 1,773.88 |
| 1262.541 | Equitrac - Photocopy charges | E 54 01/07/02 | 0999 | C&D | | | .30 | | | .30 | 1,774.18 |
| 1262.898 | Equitrac - Photocopy charges | E 54 01/08/02 | 0993 | C&D | | | 1.80 | | | 1.80 | 1,775.98 |
| 1262.899 | Equitrac - Photocopy charges | E 54 01/08/02 | 0999 | C&D | | | 4.20 | | | 4.20 | 1,780.18 |
| 1262.900 | Telecopier/Equitrac | E 62 01/08/02 | 0999 | C&D | | | 3.15 | | | 3.15 | 1,783.33 |
| 1263.052 | Federal Express package sent to Richard Gayle from Ellen Mahar on 12/14 From Federal Express 002001 AUDIT* AP-0069.363.0003 Date: 01/09/02 | E 01 01/09/02 | 0999 | C&D | | | 11.57 | | | 11.57 | 1,794.90 |
| 1263.224 | Equitrac - Long Distance | E 54 01/09/02 | 0999 | C&D | | | .15 | | | .15 | 1,795.05 |
| 1263.297 | Xeroxing | E 54 01/09/02 | 0999 | C&D | | | 8.25 | | | 8.25 | 1,803.30 |
| 1263.298 | Equitrac - Photocopy charges | E 54 01/09/02 | 0999 | C&D | | | .15 | | | .15 | 1,803.45 |
| 1263.299 | Equitrac - Photocopy charges | E 54 01/09/02 | 0999 | C&D | | | 10.50 | | | 10.50 | 1,813.95 |
| 1263.408 | Federal Express to Alfred Wolin from EI on 1/8 From Federal Express 002001 AUDIT* AP-0069.382.0007 Date: 01/10/02 | E 01 01/10/02 | 0120 | EI | | | 2.22 | | | 2.22 | 1,816.17 |
| 1263.612 | Equitrac - Photocopy charges | E 54 01/10/02 | 0999 | C&D | | | 5.10 | | | 5.10 | 1,821.27 |
| 1263.613 | Equitrac - Photocopy charges | E 54 01/10/02 | 0999 | C&D | | | .60 | | | .60 | 1,821.87 |
| 1263.739 | Petty Cash; FVNL travel expenses to Pittsburgh on 1/3 for cabs t/f airports | E 33 01/11/02 | 0020 | PVL | | | 56.00 | | | 56.00 | 1,877.87 |

Prebill 000001   Subpage   3                                   Client 4642 L --- A C T U A L ---   Matter 000 --- B I L L I N G ---

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | From Petty Cash 005117 AUDIT * AP-0069.390.0026  Date: 01/11/02 | | | | | | | | | | |
| 1263.740 | Petty Cash; Meals in Pittsburgh for FVNL on 1/3 From Petty Cash 005117 AUDIT * AP-0069.390.0027  Date: 01/11/02 | E 21 | 01/11/02 | 0020 PVL | | | 11.13 | | | 11.13 | 1,889.00 |
| 1264.124 | Equitrac - Photocopy charges | E 54 | 01/11/02 | 0999 C&D | | | .15 | | | .15 | 1,889.15 |
| 1264.125 | Equitrac - Photocopy charges | E 54 | 01/11/02 | 0999 C&D | | | 1.80 | | | 1.80 | 1,890.95 |
| 1264.126 | Equitrac - Photocopy charges | E 54 | 01/11/02 | 0999 C&D | | | 1.20 | | | 1.20 | 1,892.15 |
| 1264.127 | Equitrac - Photocopy charges | E 54 | 01/11/02 | 0999 C&D | | | 1.50 | | | 1.50 | 1,893.65 |
| 1265.106 | Equitrac - Photocopy charges | E 54 | 01/14/02 | 0999 C&D | | | 6.15 | | | 6.15 | 1,899.80 |
| 1265.640 | Equitrac - Long Distance | E 64 | 01/15/02 | 0999 C&D | | | 1.78 | | | 1.78 | 1,901.58 |
| 1265.723 | Xeroxing | E 54 | 01/15/02 | 0999 C&D | | | 35.70 | | | 35.70 | 1,937.28 |
| 1265.851 | Velocity Express delivery on 12/20/01 From Velocity Express 002986 AUDIT * AP-0069.459.0003  Date: 01/16/02 | E 03 | 01/16/02 | 0999 C&D | | | 16.02 | | | 16.02 | 1,953.30 |
| 1265.858 | Velocity Express delivery on 1/4 From Velocity Express 002986 AUDIT * AP-0069.461.0004  Date: 01/16/02 | E 03 | 01/16/02 | 0999 C&D | | | 8.01 | | | 8.01 | 1,961.31 |
| 1265.860 | Articles From Research Associates 001948 AUDIT * AP-0069.462.0001  Date: 01/16/02 | E 27 | 01/16/02 | 0999 C&D | | | 160.00 | | | 160.00 | 2,121.31 |
| 1266.028 | Equitrac - Long Distance | E 64 | 01/16/02 | 0999 C&D | | | 1.82 | | | 1.82 | 2,123.13 |
| 1266.107 | Equitrac - Photocopy charges | E 54 | 01/16/02 | 0999 C&D | | | .15 | | | .15 | 2,123.28 |
| 1266.255 | Federal Express to Matthew Zaleski from EI on 1/15 From Federal Express 002001 AUDIT * AP-0069.557.0003  Date: 01/17/02 | E 01 | 01/17/02 | 0120 EI | | | 11.11 | | | 11.11 | 2,134.39 |
| 1266.465 | Equitrac - Photocopy | E 54 | 01/17/02 | 0999 C&D | | | 39.15 | | | 39.15 | 2,173.54 |

02/07/2002
16:48:37

Prebill Control Report

Page 4

Prebill 000001   Subpage   4

Client: 4642       Matter: 000

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | ----A C T U A L---- Hours | Rate | Amount | ----B I L L I N G---- Hours | Rate | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | charges | | | | | | | | | | |
| 1267.004 | Equitrac - Photocopy charges | E 54 | 01/18/02 | 0999 C&D | | | 34.95 | | | 34.95 | 2,208.49 |
| 1267.005 | Equitrac - Photocopy charges | E 54 | 01/18/02 | 0999 C&D | | | 2.40 | | | 2.40 | 2,210.89 |
| 1266.915 | Equitrac - Long Distance | E 64 | 01/21/02 | 0999 C&D | | | .70 | | | .70 | 2,211.59 |
| 1267.385 | ADA Travel; PVNL 1/2 travel to Pittsburgh From ADA Travel, Inc. 000534 AUDIT * AP-0069,576:0017 Date: 01/22/02 | E 15 | 01/22/02 | 0020 PVL | | | 510.50 | | | 510.50 | 2,722.09 |
| 1267.386 | ADA Travel; Industry fee on PVNL 1/2 travel to Pittsburgh From ADA Travel, Inc. 000534 AUDIT * AP-0069,576:0018 Date: 01/22/02 | E 15 | 01/22/02 | 0020 PVL | | | 25.00 | | | 25.00 | 2,747.09 |
| 1267.398 | ADA Travel; PVNL 1/11 travel to Newark From ADA Travel, Inc. 000534 AUDIT * AP-0069,576:0010 Date: 01/22/02 | E 15 | 01/22/02 | 0020 PVL | | | 422.00 | | | 422.00 | 3,169.09 |
| 1267.399 | ADA Travel; Industry fee for PVNL 1/11 travel to Newark From ADA Travel, Inc. 000534 AUDIT * AP-0069,576:0011 Date: 01/22/02 | E 15 | 01/22/02 | 0020 PVL | | | 25.00 | | | 25.00 | 3,194.09 |
| 1267.670 | Long Distance-Equitrac In-House | E 64 | 01/22/02 | 0999 C&D | | | .14 | | | .14 | 3,194.23 |
| 1267.754 | Xeroxing | E 54 | 01/22/02 | 0999 C&D | | | 40.95 | | | 40.95 | 3,235.18 |
| 1267.538 | Petty Cash; PVNL travel expenses for parking at train station for 1/11 trip to Newark From Petty Cash 005317 AUDIT * AP-0069,585:0019 Date: 01/23/02 | E 33 | 01/23/02 | 0020 PVL | | | 12.00 | | | 12.00 | 3,247.18 |
| 1268.125 | Xeroxing | E 54 | 01/23/02 | 0999 C&D | | | .45 | | | .45 | 3,247.63 |
| 1268.126 | Xeroxing | E 54 | 01/23/02 | 0999 C&D | | | 6.75 | | | 6.75 | 3,254.38 |
| 1268.259 | Meals Related to Travel - EI's lunch on travel to Newark for hearing with Judge Wolin on 1/22/02 NYO | E 21 | 01/24/02 | 0999 C&D | | | 6.35 | | | 6.35 | 3,260.73 |

Prebill 000001    Subpage    5                                            Client: 4642              Matter: 000

| Trans Transaction Description | W/E Trans. Code | Date | Work Empl | ----ACTUAL---- Rate | Hours | Amount | ----BILLING---- Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|
| FC JV#16 | | | | | | | | | | |
| 1268.260 Meals Related to Travel - EI's lunch on travel to Newark for hearing with Judge Wolin on 1/11/02 NYO FC JV#16 | E 21 | 01/24/02 | 0999 C&D | | | 8.00 | | | 8.00 | 3,268.73 |
| 1268.722 Equitrac - Photocopy charges | E 54 | 01/24/02 | 0999 C&D | | | 2.70 | | | 2.70 | 3,271.43 |
| 1268.953 Federal Express to Cris Quinn from EI on 1/23 From Federal Express AP-0069.654\0004  Date: 002001 AUDIT * 01/25/02 | E 01 | 01/25/02 | 0120 EI | | | 13.57 | | | 13.57 | 3,285.00 |
| 1269.081 Equitrac - Photocopy charges | E 54 | 01/25/02 | 0999 C&D | | | 6.00 | | | 6.00 | 3,291.00 |
| 1269.822 Equitrac - Photocopy charges | E 54 | 01/28/02 | 0999 C&D | | | 16.20 | | | 16.20 | 3,307.20 |
| 1270.335 Equitrac - Photocopy charges | E 54 | 01/29/02 | 0999 C&D | | | 1.80 | | | 1.80 | 3,309.00 |
| 1270.336 Equitrac - Photocopy charges | E 54 | 01/29/02 | 0999 C&D | | | .90 | | | .90 | 3,309.90 |
| 1271.214 Xeroxing | E 54 | 01/30/02 | 0999 C&D | | | 11.40 | | | 11.40 | 3,321.30 |
| 1271.215 Xeroxing | E 54 | 01/30/02 | 0999 C&D | | | 17.10 | | | 17.10 | 3,338.40 |
| 1271.216 Telecopier/Equitrac | E 62 | 01/30/02 | 0999 C&D | | | 21.00 | | | 21.00 | 3,359.40 |
| 1272.736 Postage | E 56 | 01/31/02 | 0999 C&D | | | 7.17 | | | 7.17 | 3,366.57 |
| Total Expense Cards | | | | | | 3,366.57 | | | 3,366.57 | |
| | | | | | .00 | | | .00 | | |
| Matter Total Fee | | | | | .00 | .00 | | .00 | .00 | |
| Matter Total Exp | | | | | .00 | 3,366.57 | | .00 | 3,366.57 | |
| Matter Total | | | | | .00 | 3,366.57 | | .00 | 3,366.57 | |