## EXHIBIT D

## CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W. R. GRACE & CO., ET AL. FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $80,604.00 | $8195.21 | $20,151.00 |
| October, 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January, 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| Total | | | | | | |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 1/1/02 – 1/31/02 | Total Hours From The Petition Date | Total Fees For The Period 1/1/02 – 1/31/02 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 1.0 | $ .00 | $ 406.00 |
| Asset Dispostion | 0.0 | 0.0 | $ .00 | $ .00 |
| Business Operations | 0.0 | 0.1 | $ .00 | $ 50.00 |
| Case Administration | 54.2 | 364.8 | $ 27,116.00 | $ 137,890.50 |
| Claims Administration & Objections | 2.0 | 33.8 | $ 964.50 | $ 13,639.00 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $ .00 | $ 2,400.00 |
| Fee/Employment Applications | 3.4 | 50.0 | $ 768.00 | $ 12,283.00 |
| Fee/Employment Objections | 0.0 | .4 | $ .00 | $ 158.00 |
| Financing | 0.0 | 0.0 | $ .00 | $ .00 |
| Litigation | 12.7 | 458.9 | $ 6,296.50 | $ 143,294.00 |
| Plan and Disclosure Statement | 0.0 | 1.8 | $ .00 | $ 657.00 |
| Relief from Stay Proceedings | 0.0 | 0.7 | $ .00 | $ 350.00 |
| Tax Issues | 0.0 | 4.3 | $ .00 | $ 1,569.50 |
| Valuation | 0.0 | 0.0 | $ .00 | $ .00 |
| Committee Meetings/ Conferences | 0.0 | 45.7 | $ .00 | $ 23,330.50 |
| Travel | 17.7 | 43.7 | $ 5,013.50 | $ 11,386.50 |
| Docket Review & Control | 23.9 | 279.9 | $ 3,196.50 | $ 34,207.50 |
| TOTAL | 113.9 | 1,289.9 | $ 43,355.00 | $ 381,621.50 |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 1/1/02 – 1/31/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 1,589.11 | $ 10,957.91 |
| Research Materials | $ .00 | $ 8.00 |
| Air Freight & Express Mail | $ 38.47 | $ 1,305.84 |
| Outside Local Deliveries | $ 24.03 | $ 32.04 |
| Filing Fees | $ .00 | $ .00 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ .00 | $ 241.44 |
| Outside Photocopy Service | $ .00 | $ 31.09 |
| Miscellaneous Client Advances | $ 160.00 | $ 605.57 |
| Air & Train Transportation | $ 982.50 | $ 5,965.33 |
| Meals Related to Travel | $ 52.71 | $ 126.94 |
| Travel Expenses – Hotel Charges | $ 112.86 | $ 273.78 |
| Travel Expenses – Ground Transportation | $ 68.00 | $ 261.00 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ .00 | $ .00 |
| Local Transportation – DC | $ .00 | $ .00 |
| Local Transportation – NY | $ .00 | $ 144.14 |
| Xeroxing | $ 302.40 | $ 6,945.90 |
| Postage | $ 7.17 | $ 77.48 |
| Overtime Expenses | $ .00 | $ .00 |
| Overtime Meals | $ .00 | $ .00 |
| Telecopier | $ 24.15 | $ 485.70 |
| Use of Personal Cell/Home Phone | $ .00 | $ 27.43 |
| Long Distance – Credit Card | $ .00 | $ 699.99 |
| Long Distance Telephone – DC | $ 5.17 | $ 558.88 |
| NYO Long Distance Telephone | $ .00 | $ 106.00 |
| **TOTAL** | $ 3,366.57 | $ 28,854.46 |