Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                01/31/02
Wilmington  DE                              ACCOUNT NO: 3000-00D
                                            STATEMENT NO:       8

        Costs and Expenses



        PREVIOUS BALANCE                               $8,052.31



01/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                  340.68
01/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                  165.96
01/03/02 FAX to Phil Milch - 3 pages                        1.50
01/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                  124.10
01/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                  290.29
01/07/02 FAX to Peter Van N. Lockwood - 4 pages             2.00
01/07/02 FAX to Douglas A. Campbell - 4 pages               2.00
01/07/02 FAX to Elyssa Strug - 4 pages                      2.00
01/11/02 Ikon Office Solutions - Mailing and Hand
         Deliveries on 1/10/02                             96.42
01/11/02 Ikon Office Solutions - Photocopying, mailing and
         hand deliveries on 1/10/02                       404.80
01/11/02 FAX to 15 Committee Members - 4 pages (Memo)      30.00
01/11/02 Federal Express to Larry Tersigni on 1/7/02       15.00
01/11/02 Federal Express to Elihu Inselbuch on 1/2/02      11.57
01/11/02 Federal Express to James Sprayregen on 1/2/02     13.49
01/11/02 Federal Express to J. Douglas Bacon on 1/2/02     13.49
01/14/02 J & J Court Transcribers - Transcript heard on
         1/3/02                                           174.25
01/14/02 MGZ - U.S. Air Ticket from Philadelphia, PA to
         Pittsburgh, PA and return on 1/2/02              617.50
01/14/02 MGZ - William Penn Hotel - Lodging expense on
         1/3/02                                           187.33
01/14/02 MGZ - Food and Beverage Expense on 1/4/02         22.83
01/14/02 MGZ - Taxi Fare on 1/4/02                         83.40
01/14/02 FAX to Peter Van N. Lockwood - 3 pages             1.50

01/14/02 FAX to Douglas A. Campbell - 3 pages                    1.50
01/14/02 FAX to Elyssa Strug - 3 pages                           1.50

---

                                                         Page: 2
          W.R. Grace                                      01/31/02
                                              ACCOUNT NO: 3000-00D
                                              STATEMENT NO:      8

          Costs and Expenses


01/14/02 MGZ - Taxicab service on 1/3/02                        64.40
01/14/02 MGZ - Food and Beverage Expense on 1/20/01             8.00
01/16/02 AT&T Long Distance Phone Calls                        15.90
01/17/02 Federal Express to Peter Van N. Lockwood on
         1/3/02                                                16.56
01/21/02 Photocopying - 4 copies of Calendar (7 pages)         14.00
01/22/02 FAX to Peter Van N. Lockwood - 4 pages                 2.00
01/22/02 FAX to Douglas A. Campbell - 4 pages                   2.00
01/22/02 FAX to Elyssa Strug - 4 pages                          2.00
01/26/02 Parcels, Inc. - Delaware Document Retrieval on
         1/25/02                                                52.50
01/28/02 FAX to Peter Van N. Lockwood - 4 pages                 2.00
01/28/02 FAX to Douglas A. Campbell - 4 pages                   2.00
01/28/02 FAX to Elyssa Strug - 4 pages                          2.00
01/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Mailing, Hand Deliveries                             242.10
01/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Mailing, Hand Deliveries                             368.90
01/30/02 FAX to Suzanne Moreno - 34 pages                      17.00
01/31/02 Virtual Docket.com - Scanning services on 1/24/02      4.20
01/31/02 Ikon Office Solutions - Photocopying, envelopes,
         mailing                                              235.60
                                                             --------
         TOTAL EXPENSES                                      3,654.27

         TOTAL CURRENT WORK                                  3,654.27


         BALANCE DUE                                      $11,706.58
                                                          ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                        01/31/02
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      8

Asset Analysis and Recovery

PREVIOUS BALANCE                                 $1,851.50

                                        HOURS
01/08/02
    MK  In-house filing of misc. doc; create new
        folders; update aspects                  0.20    18.00

01/21/02
   MGZ  Review correspondence from P. Lockwood
        re: revised Order on fraudulent transfer
        motion                                   0.10    29.00
   MGZ  Review of revised form of Order on
        fraudulent transfer motion               0.10    29.00
                                                 ----    -----
        FOR CURRENT SERVICES RENDERED            0.40    76.00

                     RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski            0.20    $290.00     $58.00
    Michele Kennedy               0.20      90.00      18.00


    TOTAL CURRENT WORK                                  76.00

```
BALANCE DUE                                           $1,927.50
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                              Page: 1
W.R. Grace                                    01/31/02
Wilmington  DE                    ACCOUNT NO: 3000-02D
                                  STATEMENT NO:       8
```

Asset Disposition

```
    PREVIOUS BALANCE                             $1,204.90


    BALANCE DUE                                  $1,204.90
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      01/31/02
Wilmington  DE                                    ACCOUNT NO: 3000-03D
                                                  STATEMENT NO:       3

Business Operations


PREVIOUS BALANCE                                                 $55.00


BALANCE DUE                                                      $55.00
                                                                ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          01/31/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:       8

Case Administration

        PREVIOUS BALANCE                          $13,174.20

                                          HOURS
01/02/02
      SLP Review pleadings and electronic filing
          notices for 12/27/01 through 12/31/01
          (.5); preparation and distribution of
          daily memo (.2); docketing (.2)           0.90     81.00

01/03/02
      SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)           0.30     27.00

{D0001696:1 }

01/04/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30    27.00

01/07/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.3)          0.80    72.00

01/08/02
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)          0.20    18.00

01/09/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)          0.50    45.00

---

                                  Page: 2
      W.R. Grace                      01/31/02
                    ACCOUNT NO: 3000-04D
                    STATEMENT NO:      8

      Case Administration

                              HOURS
      SDS Revised and updated aspects of engagement   0.40    40.00

01/10/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.2)          0.70    63.00
    MGZ Telephone Conference with J. Kapp re:
        case status and management issues      0.20    58.00

01/11/02
    SLP Review pleadings and electronic filing
        notice (.2); preparation and distribution
        of daily memo (.1); docketing (.2)    0.50    45.00

01/13/02
    DAC Review memo to Judge Wolin per case
        management order             0.10    35.00

01/14/02
    MK  Review fax re: calendar          0.10     9.00

```
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)                    0.30      27.00

01/16/02
        SLP Review pleadings and electronic filing
            notices (.3); p[reparation and
            distribution of daily memo (.2)                    0.50      45.00

01/17/02
        MGZ Telephone conference with I Zanetos re:
            general case information                           0.20      58.00

01/18/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)                    0.30      27.00

01/21/02
        SLP Docketing                                          0.30      27.00

01/22/02
        SLP Review pleadings and electronic filing
            notices for 1/18/02 through 1/21/02 (.2);
            preparation and distribution of daily
            memo (.1)                                          0.30      27.00
```

---

```
                                                               Page: 3
        W.R. Grace                                           01/31/02
                                              ACCOUNT NO: 3000-04D
                                              STATEMENT NO:        8

        Case Administration




                                              HOURS
01/23/02
        SLP Review pleadings and electronic filing
            notices (.1); preparation and
            distribution of daily memo (.1)                    0.20      18.00

01/24/02
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.2)                                     0.70      63.00

01/25/02
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.3)                                     0.80      72.00
```

```
01/28/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing                                    0.60      54.00
    MGZ Telephone Conference with A. Krieger re:
        PWC Application                              0.10      29.00

01/29/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)              0.30      27.00

01/30/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)                               0.50      45.00
                                                     -----   --------
        FOR CURRENT SERVICES RENDERED               10.10   1,039.00

                          RECAPITULATION
    TIMEKEEPER                         HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell                 0.10    $350.00       $35.00
    Matthew G. Zaleski                  0.50     290.00       145.00
    Stephanie L. Peterson               9.00      90.00       810.00
    Michele Kennedy                     0.10      90.00         9.00
    Suzanne Decker Schreiber            0.40     100.00        40.00
```

---

```
                                                     Page: 4
    W.R. Grace                                    01/31/02
                                     ACCOUNT NO: 3000-04D
                                     STATEMENT NO:        8
    Case Administration




    TOTAL CURRENT WORK                              1,039.00


    BALANCE DUE                                    $14,213.20
                                                   ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              01/31/02
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:        8

Claims Administration and Objections

{D0001696:1 }

```
PREVIOUS BALANCE                                    $4,046.00


BALANCE DUE                                         $4,046.00
                                                   =========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                   Page: 1
W.R. Grace                                         01/31/02
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:        8


Employee Benefits/Pensions
```

PREVIOUS BALANCE                                    $886.00


BALANCE DUE                                         $886.00
                                                   =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    01/31/02

{D0001696:1 }

Wilmington  DE                                    ACCOUNT NO: 3000-07D
                                                  STATEMENT NO:        8

Fee/Employment Applications

          PREVIOUS BALANCE                                    $9,364.40

                                                HOURS
01/02/02
     MGZ Draft revised form of Order re: Warren
         Application                              0.20        58.00
     MGZ Draft corr. to Objecting Parties re:
         Revised Form of Order                   0.10        29.00
     MGZ Telephone Conference to J. Kapp's Office
         re: same                                0.10        29.00
     CJB Review docket information in preparation
         for filing certificates of no objection
         for Caplin, Tersigni and Campbell &
         Levine's October, 2001 fee applications
         (.2); prepare certificates of no
         objection and revisions to same (.5);
         prepare notice for Caplin's fourth
         monthly fee application (.2); prepare
         Tersigni's November, 2001 fee application
         and notice (1.0); prepare Tersigni's
         exhibits for electronic filing (.1);
         begin preparation of Campbell & Levine's
         fifth monthly fee application (.5);
         electronically file and serve
         certificates of no objection and fee
         applications (1.5); prepare hard copy
         service of same (.3)                    4.30       537.50

01/03/02
     MGZ Telephone Conference with C. Boyer re:
         General Creditors Committee's requested
         modifications to Warren Retention Order  0.10        29.00
     MGZ Review GCC's requested modifications to
         Warren Retention Order                   0.10        29.00
     MGZ Discussion w/P. Lockwood re: same        0.10        29.00

                                                        Page: 2
          W.R. Grace                                  01/31/02
                                                ACCOUNT NO: 3000-07D
                                                STATEMENT NO:        8

          Fee/Employment Applications

|  | | HOURS | |
|---|---|---|---|
| MGZ | Revise proposed form of Order on Warren Retention | 0.10 | 29.00 |
| CJB | Telephone Conference with MGZ re: A. Krieger's comments re: proposed form of order for Warren retention and forward same to P. Milch (.2); finish preparation of Campbell & Levine's fifth monthly fee application (.5); prepare notice for same (.2); prepare certificates of service and service lists for same (.1); electronically file and serve application (.4); prepare hard copy service of same (.2); update fee/expense calendar (.1) | 2.40 | 300.00 |

**01/08/02**

| MGZ | Review and Edit Pre-Bill re: Preparation of Fee Application | 0.50 | 145.00 |
|---|---|---|---|
| MGZ | Meeting w/ C. Boyer re: Fee processing issues and status of various outstanding requests. | 0.20 | 58.00 |
| CJB | Prepare Campbell & Levine's second interim fee application (3.0) | 3.00 | 375.00 |

**01/09/02**

| MGZ | Telephone to M. Peterson re: Fee Application Issues | 0.10 | 29.00 |
|---|---|---|---|
| CJB | Prepare Tersigni's interim fee application for July through September interim period (2.5) | 2.50 | 312.50 |

**01/10/02**

| CJB | Revisions to Campbell and Tersigni's interim fee applications and prepare notices for same (.5) | 0.50 | 62.50 |
|---|---|---|---|

**01/14/02**

| CJB | Update fee/expense calendar | 0.10 | 12.50 |
|---|---|---|---|

**01/22/02**

| CJB | Finish preparation of fee application and payment status chart for all Committee professionals for the period of April through December, 2001 | 1.00 | 125.00 |
|---|---|---|---|
| SDS | Prepared and drafted monthly fee app. (C&L) for 12/01 | 3.50 | 350.00 |

{D0001696:1 }

```
                                                           HOURS
01/23/02
     CJB  Finish preparation of fee application and
          payment status chart for all Committee
          professionals for the period of April
          through December, 2001 (.5); update
          missing payments memorandum (.2)            0.70       87.50

01/25/02
     CJB  Prepare certificates of no objection for
          Caplin and Tersigni's fourth monthly fee
          applications (.4); prepare certificate of
          no objection for C&L's fifth monthly
          application (.2); electronically file and
          serve same (.3); prepare hard copy
          service of same (.2)                        1.10      137.50

01/28/02
     CJB  Finalize C&L's sixth monthly fee
          application and notice and prepare same
          for electronic filing (.2); prepare
          Tersigni's December, 2001 fee application
          and notice (.5); prepare notice for same
          (.1); prepare Tersigni's December, 2001
          billing statement for electronic filing
          (.2); prepare notice for Caplin's
          December, 2001 fee application (.2);
          prepare all for electronic filing (.2);
          electronically file and serve fee
          applications, notices and exhibits (1.5);
          prepare hard copy service of same (.2);
          update fee/expense application calendars
          (.2)                                        3.30      412.50
     MGZ  Telephone Conference with and review
          correspondence from J. Kapp re: fee
          examiner issues                             0.10       29.00
     MGZ  Telephone Conference with S. Schwartz re:
          same                                        0.10       29.00

01/29/02
     CJB  Begin draft of C&L's third interim fee
          application                                 1.00      125.00

01/30/02
     CJB  Finish preparation of C&L's third interim
          application (1.0); prepare notice for
          same (.2); prepare exhibits to same (.2);
          prepare and finalize Tersigni's third
```

{D0001696:1 }

```
W.R. Grace                                              01/31/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:        8
    Fee/Employment Applications


                                             HOURS
          interim fee application (1.5); prepare
          notice for same (.2); prepare exhibits to
          same for electronic filing (.2);
          electronically file and serve interim
          applications, notices and exhibits (.8);
          prepare hard copy service of same and
          serve (.2)                                4.30    537.50

01/31/02
    CJB Electronically file and serve C&L's third
          interim fee application (.5);
          electronically file and serve notice of
          Tersigni's third interim application
          (.3); attempt to electronically file and
          serve Tersigni's third interim fee
          application (.5); prepare supplemental
          affidavit of L. Tersigni and forward to
          D. Collins for signature and notarization
          (.3)                                      1.60    200.00
                                                   -----  --------
        FOR CURRENT SERVICES RENDERED              31.10  4,097.00

                      RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski               1.80    $290.00    $522.00
    Cathie J. Boyer                 25.80     125.00   3,225.00
    Suzanne Decker Schreiber         3.50     100.00     350.00


        TOTAL CURRENT WORK                             4,097.00


        BALANCE DUE                                  $13,461.40
                                                     ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                01/31/02
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      7

Fee/Employment Objections

PREVIOUS BALANCE                                         $792.00

                                              HOURS
01/04/02
    MGZ Review monthly fee applications for
        debtors' professionals                 1.40      406.00
    MGZ Review of monthly fee applications for
        Committee professionals                0.70      203.00

01/09/02
    SLP Review docket for Blackstone Group
        retention order (.2); download and print
        same (.1)                              0.30       27.00

01/22/02
    MGZ Telephone conference with J. Kapp re: PWC
        application                            0.10       29.00

01/23/02
    MGZ Telephone conference with J. Davis re:
        PWC Application                        0.10       29.00
    MGZ Telephone conference with J. Sakalo re:
        PWC Application and Status of Pending
        Issues                                 0.40      116.00
    MGZ Telephone conference with A. Krieger re:
        PWC Application                        0.40      116.00
    MGZ Telephone conference with F. Perch re:
        PWC Application                        0.10       29.00

01/31/02
    MGZ Review correspondence from F. Perch re:

```
        Trustee's Objection to PWC Application          0.10      29.00
MGZ Review Trustee's Objection to PWC
    application                                         0.20      58.00
MGZ Review correspondence from S. Schwartz
```

---

```
                                                            Page:    2
W.R. Grace                                                  01/31/02
                                              ACCOUNT NO: 3000-08D
                                              STATEMENT NO:        7
Fee/Employment Objections




                                                   HOURS
        re: time to object to PWC application      0.10      29.00
                                                   ----    --------
        FOR CURRENT SERVICES RENDERED              3.90   1,071.00
                        RECAPITULATION
TIMEKEEPER                        HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski                 3.60    $290.00  $1,044.00
Stephanie L. Peterson              0.30      90.00      27.00


        TOTAL CURRENT WORK                               1,071.00


        BALANCE DUE                                     $1,863.00
                                                        =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              01/31/02
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:       8

Litigation

PREVIOUS BALANCE                                      $6,141.10

                                            HOURS
01/02/02
    MGZ Telephone Conference with P. Lockwood re:
        Status of Matters for 1/3/02 Omnibus
        Hearing                              0.40     116.00
    MGZ Telephone Conference with D. Carickoff
        re: same                             0.10      29.00
    MGZ Telephone Conference with J. Kapp re:
        same                                 0.10      29.00
    MGZ Meeting w/ S. Peterson re: Preparation of
        Materials for 1/3/02 Hearing         0.30      87.00
    MGZ Meeting w/ C. Boyer re: Transcript of
        6/21/01 Hearing                      0.10      29.00
    MGZ Telephone Conference with L. Dibbs re:
        same                                 0.10      29.00
    MGZ Review of Court's Docket re: Preparation
        of Materials for 1/3/02 Hearing      0.30      87.00
    MGZ Telephone Conference with Key
        Constituencies re: Omnibus Hearing Status   0.80     232.00
    MGZ Telephone Conference with F. Perch re:
        same                                 0.40     116.00

```
     MGZ Telephone Conference with J. Sakalo re:
         Preparation for Omnibus Hearing              0.40    116.00
     MGZ Meeting with P. Lockwood re: Same            0.80    232.00
     MGZ Review of Pleadings and prior Hearing
         Transcripts re: Same                         1.80    522.00
     MGZ Travel to Pittsburgh from Wilmington re:
         Attendance at Omnibus Hearing (total time
         4.5 hours)                                    2.30    667.00
     CJB Retrieve docket information for hearing
         dates and office conference with MGZ re:
         same (.3); telephone conferences with
         Wilcox & Fetzer re: 6/21/01 hearing
```

---

```
                                                     Page: 2
     W.R. Grace                                       01/31/02
                                       ACCOUNT NO: 3000-10D
                                       STATEMENT NO:        8

     Litigation



                                       HOURS
         transcript (.1); telephone call to L.
         Dibbs re: same and e-mail to MGZ re: same
         (.1)                                        0.50     62.50

01/03/02
     MGZ Review pleadings re: Preparation for
         Omnibus Hearing                             0.60    174.00
     MGZ Meetings w/ J. Sakalo and T. Taconnelli
         re: Same                                    0.50    145.00
     MGZ Meeting w/ P. Lockwood, J. Sakalo, and T.
         Taconnelli re: Same                         0.30     87.00
     MGZ Attend Omnibus Hearing, including
         meetings w/ counsel for Debtors and other
         Committees                                  5.50  1,595.00
     MGZ Travel from Pittsburgh to Wilmington re:
         Return from Hearing (total non-working
         travel time 3.0 hours)                      1.50    435.00

01/04/02
     MGZ Telephone Conference with J. Cooney re:
         results of 1/3/01 Omnibus hearing           0.20     58.00
     MGZ Review correspondence from and telephone
         conference with T. Taconnelli re: hearing
         transcript                                  0.10     29.00
     MGZ Telephone Conference with Pittsburgh
         office re: same                             0.10     29.00

01/07/02
     MGZ Telephone Conference with N. Davis re:
         Results of 1/3/02 Omnibus Hearing           0.10     29.00
```

01/08/02
    MGZ Begin drafting Memo to Committee re:
        1/3/02 Omnibus Hearing                   0.30     87.00

01/09/02
    MGZ Continue drafting memo to Committee re:
        1/3/03 Omnibus Hearing Results         1.50    435.00
    MGZ Draft corr. to Lockwood and Inselbuch re:
        Memo to Committee on Hearing         0.10     29.00

01/10/02
    MGZ Review corr. from P. Lockwood re: Memo to
        Committee on 1/3/02 Hearing         0.10     29.00
    MGZ Revised Memo to Committee re: 1/3/02
        Omnibus Hearing                    0.10     29.00

---

                                    Page: 3
    W.R. Grace                          01/31/02
                        ACCOUNT NO: 3000-10D
                    STATEMENT NO:       8

    Litigation

                                    HOURS
01/29/02
    MGZ Review Agenda and pending pleadings re:
        preparation for Omnibus hearing     0.60    174.00
    MGZ Attend Omnibus hearing, including
        meetings with Debtors' and PD Committee's
        counsel                         3.00    870.00

01/30/02
    MGZ Telephone to R. Budd re: National Union
        Motion                        0.10     29.00
    MGZ Review of adversary proceeding materials
        re: same                     0.40    116.00
                                 -----  --------
    FOR CURRENT SERVICES RENDERED      23.50  6,732.50

                 RECAPITULATION
  TIMEKEEPER                HOURS HOURLY RATE     TOTAL
  Matthew G. Zaleski         23.00   $290.00  $6,670.00
  Cathie J. Boyer           0.50   125.00     62.50

    TOTAL CURRENT WORK               6,732.50

    BALANCE DUE                  $12,873.60
                               ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          01/31/02
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:       6

Plan and Disclosure Statement

    PREVIOUS BALANCE                                $110.50

    BALANCE DUE                                     $110.50
                                                    =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                01/31/02
Wilmington  DE                            ACCOUNT NO: 3000-12D
                                          STATEMENT NO:       6

Relief From Stay Proceedings



    PREVIOUS BALANCE                                      $236.50


    BALANCE DUE                                           $236.50
                                                          =======

{D0001696:1 }

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      01/31/02
Wilmington   DE                              ACCOUNT NO: 3000-14D
                                             STATEMENT NO:        6

Valuation

PREVIOUS BALANCE                                                 $31.50

BALANCE DUE                                                      $31.50

{D0001696:1 }

======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/02 |
| Wilmington   DE | ACCOUNT NO: 3000-15D |
|  | STATEMENT NO:       8 |

Committee Administration

PREVIOUS BALANCE                                    $8,362.40

{D0001696:1 }

|  |  | HOURS |  |
|---|---|---|---|
| 01/08/02 |  |  |  |
| MGZ | Telephone Conference with J. Sakalo re: Letter from Debtors on Intercat Issues | 0.10 | 29.00 |
| MGZ | Telephone Conference with P. Lockwood re: Same | 0.10 | 29.00 |
| MGZ | Review letter from E. Inselbuch to Judge Wolin re: Judge's requested correspondence | 0.10 | 29.00 |
| 01/10/02 |  |  |  |
| CJB | Set-up and update weekly recommendation memo (1.5) | 1.50 | 187.50 |
| MGZ | Meeting with C. Boyer re: weekly recc. memo for committee | 0.10 | 29.00 |
| 01/11/02 |  |  |  |
| MGZ | Review pleadings and prepare weekly recommendation memo for committee members | 1.30 | 377.00 |
| MGZ | Review corr. from Inselbuch's office re: Distribution of memo to committee | 0.10 | 29.00 |
| CJB | Update weekly recommendation calendar to include omnibus hearing dates and quarterly fee hearings for 2002 | 0.20 | 25.00 |
| 01/17/02 |  |  |  |
| CJB | Set-up weekly recommendation memo and update same | 0.20 | 25.00 |
| PEM | Review calendar and recommendations to Committee on pending matters | 0.20 | 53.00 |
| 01/18/02 |  |  |  |
| CJB | Continue to update weekly recommendation |  |  |

---

```
                                                    Page: 2
        W.R. Grace                                01/31/02
                                  ACCOUNT NO: 3000-15D
                                  STATEMENT NO:        8
        Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
|  | memo | 0.20 | 25.00 |
| 01/21/02 |  |  |  |
| MGZ | Review of pending pleadings and begin preparation of Weekly Recommendation Memo | 0.50 | 145.00 |
| 01/22/02 |  |  |  |

{D0001696:1 }

```
      MGZ  Review pending pleadings and draft weekly
           recommendation memo for committee members    0.60     174.00
      MGZ  Draft corr. to co-counsel re: same           0.10      29.00

01/28/02
      CJB  Set up and update weekly recommendation
           memo                                          1.00     125.00

01/29/02
      CJB  Update weekly recommendation memo             0.10      12.50

01/30/02
      CJB  Office conference with MGZ re: updating
           weekly recommendation memo (.1); review
           agenda and update weekly recommendation
           memo (.2)                                     0.30      37.50
      PEM  Review memo from Tersigni to Committee
           re: business                                  0.40     106.00
      MGZ  Draft Memorandum to Committee Members re:
           results of 1/29/02 hearing                    1.50     435.00
      MGZ  Draft correspondence to co-counsel re:
           memo to Committee on 1/29/02 hearing          0.10      29.00
                                                         ----  --------
           FOR CURRENT SERVICES RENDERED                 8.70  1,930.50

                         RECAPITULATION
      TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
      Philip E. Milch                 0.60    $265.00     $159.00
      Matthew G. Zaleski              4.60     290.00    1,334.00
      Cathie J. Boyer                 3.50     125.00      437.50


           TOTAL CURRENT WORK                            1,930.50


           BALANCE DUE                                 $10,292.90
                                                       ==========
```

---

```
                                                      Page: 3
      W.R. Grace                                     01/31/02
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:        8

      Committee Administration
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              01/31/02
Wilmington   DE                         ACCOUNT NO    3000D

{D0001696:1 }

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 8,052.31 | 0.00 | 3,654.27 | 0.00 | 0.00 | $11,706.58 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,851.50 | 76.00 | 0.00 | 0.00 | 0.00 | $1,927.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,204.90 | 0.00 | 0.00 | 0.00 | 0.00 | $1,204.90 |
| 3000-03 Business Operations | | | | | |
| 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | $55.00 |
| 3000-04 Case Administration | | | | | |
| 13,174.20 | 1,039.00 | 0.00 | 0.00 | 0.00 | $14,213.20 |
| 3000-05 Claims Administration and Objections | | | | | |
| 4,046.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4,046.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 886.00 | 0.00 | 0.00 | 0.00 | 0.00 | $886.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,364.40 | 4,097.00 | 0.00 | 0.00 | 0.00 | $13,461.40 |
| 3000-08 Fee/Employment Objections | | | | | |
| 792.00 | 1,071.00 | 0.00 | 0.00 | 0.00 | $1,863.00 |
| 3000-10 Litigation | | | | | |
| 6,141.10 | 6,732.50 | 0.00 | 0.00 | 0.00 | $12,873.60 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 236.50 | 0.00 | 0.00 | 0.00 | 0.00 | $236.50 |

W.R. Grace                                    01/31/02
                                ACCOUNT NO    3000D

{D0001696:1 }

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 8,362.40 | 1,930.50 | 0.00 | 0.00 | 0.00 | $10,292.90 |
| --------- | --------- | -------- | ---- | ---- | ---------- |
| 54,308.31 | 14,946.00 | 3,654.27 | 0.00 | 0.00 | $72,908.58 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.