# Monthly Operating Report

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | JP Morgan Chase Disbursement 9101013572 | Wachovia Lockbox 8619039102 | First Union Deposit Acct 2199500021812 | First Union Payroll 2079900003615 | First Union Money Market 8025296271 | First Union Depository 2000006910969 | Merrill Lynch Investment 3323735 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 117,733 | $ 648,500 | $ 2,062,317 | $ (214,410) | $ - | $ 3,744 | $ 31,365,303 |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | No Activity | | | No Activity | No Activity | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 2,790,962 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 169,781 | | | 2,641,915 | | | 39,300,000 |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 169,781 | - | 2,790,962 | 2,641,915 | - | - | 39,300,000 |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | | 1,530,118 | | | |
| PAYROLL TAXES | | | | 1,063,743 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 185,300 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 4,728,853 | | | | 39,000,000 |
| MISCELLANEOUS | | | | | | | |
| TOTAL DISBURSEMENTS | 185,300 | - | 4,728,853 | 2,593,861 | - | - | 39,000,000 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (15,519) | - | (1,937,890) | 48,053 | - | - | 300,000 |
| CASH - END OF MONTH | 102,215 | 648,500 | 124,427 | (166,357) | - | 3,744 | 31,665,304 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
January 2002

| | JP Morgan Chase Holding 323223141 | First Union Daleen Deposit 2090002554779 | First Union SBA Deposit 2090003135045 | JP Morgan Chase Concentration 16001257 | Fleet Bank Payroll 44987004 | Bank of America Payroll 3750245235 | Bank of America Payroll 8188003115 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 710,977 | $ 63,039 | $ 165,696 | $ 464,068 | $ - | $ - | $ 8,154 |
| RECEIPTS | | | | | | | |
| | No Activity | | No Activity | | No Activity | No Activity | No Activity |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 67 | | 1,132,920 | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | 9,852,237 | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 127,001,218 | | | |
| MISCELLANEOUS | | | | | | | |
| **TOTAL RECEIPTS** | - | 67 | - | 137,986,376 | - | - | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | | | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | 674,478 | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | 132,592 | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | 5,295,635 | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | 5,728,079 | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 126,164,042 | | | |
| MISCELLANEOUS | | | | | | | |
| **TOTAL DISBURSEMENTS** | - | - | - | 137,994,827 | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 67 | - | (8,451) | - | - | - |
| **CASH - END OF MONTH** | 710,977 | 63,106 | 165,696 | 455,616 | - | - | 8,154 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | Bank of America Lockbox 8188203114 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Petty Cash 2079900005600 | Civic Bank Payroll 15502015736 | Fleet Bank Payroll 51217668 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $   3,932,716 | $   2,442,464 | $   (414,818) | $   (5,102) | $   20,163 | $   3,544 | $   0 |
| RECEIPTS | | | | | | | |
| | | | | | No Activity | No Activity | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 40,635,559 | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | 333,216 | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 77,000,000 | 5,276,247 | 5,383 | | | 41,267 |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 40,968,775 | 77,000,000 | 5,276,247 | 5,383 | - | - | 41,267 |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | 3,404,197 | | | | |
| PAYROLL TAXES | | | 1,833,420 | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 2,083,349 | | | 4,100 | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 42,086,700 | 73,081,249 | | | | | |
| MISCELLANEOUS | | 2,222 | | | | | |
| TOTAL DISBURSEMENTS | 44,170,049 | 73,083,471 | 5,237,617 | 4,100 | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (3,201,274) | 3,916,529 | 38,630 | 1,282 | - | - | 41,267 |
| CASH - END OF MONTH | 731,442 | 6,358,993 | (376,188) | (3,819) | 20,163 | 3,544 | 41,267 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | First Union Accts Payable 2079920005761 | First Union Payroll 2079900067554 | Wachovia Lockbox 1866-082535 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | Allfirst Payroll 16298631 | SunTrust Payroll 00000141309 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ (3,827,482) | $ (42,968) | $ 565,139 | $ (2,511,190) | $ (735,736) | $ 167,396 | $ 45,000 |
| RECEIPTS | | | | | | | |
| | | | | | | | No Activity |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 30,539,527 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 11,738,958 | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 33,158,001 | 1,510,796 | | 12,823,667 | 17,623,974 | 4,226,642 | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 33,158,001 | 1,510,796 | 42,278,484 | 12,823,667 | 17,623,974 | 4,226,642 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | 1,054,241 | | | | 2,599,038 | |
| PAYROLL TAXES | | 520,223 | | | | 1,627,604 | |
| TRADE PAYABLES - THIRD PARTIES | 37,153,446 | | | 12,984,372 | 17,941,284 | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 41,164,967 | | | | |
| MISCELLANEOUS | | | 579,541 | | | | |
| TOTAL DISBURSEMENTS | 37,153,446 | 1,574,464 | 41,744,509 | 12,984,372 | 17,941,284 | 4,226,642 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (3,995,445) | (63,667) | 533,976 | (160,705) | (317,310) | | - |
| CASH - END OF MONTH | (7,822,927) | (106,636) | 1,099,115 | (2,671,895) | (1,053,047) | 167,396 | 45,000 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**January 2002**

| | PNC 4002641360 | Hibernia Nat'l Disbursement 101391210 | Bank of America Payroll 0000 0002 2137 | Allfirst Payroll 16298857 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 25,000 | $ 10,000 | $ 25,000 | $ 174,349 | $ 32,416 | $ 7,487 | $ 54,027 |
| **RECEIPTS** | | | | | | | |
| | No Activity | No Activity | No Activity | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | 18 | 149,710 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | 8,341 | 52,806 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 5,184,775 | | | |
| MISCELLANEOUS | | | | 33,654 | | | |
| **TOTAL RECEIPTS** | - | - | - | 5,218,429 | 8,341 | 52,823 | 149,710 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 3,206,245 | | | |
| PAYROLL TAXES | | | | 1,978,530 | | 1,532 | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | 52,164 | 53,571 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | | 3,783 | 34,593 |
| **TOTAL DISBURSEMENTS** | - | - | - | 5,184,775 | - | 57,479 | 88,163 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - | 33,654 | 8,341 | (4,657) | 61,546 |
| **CASH - END OF MONTH** | 25,000 | 10,000 | 25,000 | 208,003 | 40,757 | 2,830 | 115,573 |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**January 2002**

| | Banco de Credito Time Deposit | Bank of Boston Operating Acct 0154519 | Bank of Boston Operating Acct 0154424 | Cash in Transit | Cash on Hand | Other |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $            - | $            496 | $    620,105 | $        184 | $     48,025 | $     369,422 |
| RECEIPTS | | | | | | |
| | | | | No Activity | No Activity | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 14,358 | 330,464 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | |
| DIP BORROWINGS | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 55,588 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | |
| MISCELLANEOUS | | | | | | 2,020 |
| TOTAL RECEIPTS | - | 69,946 | 330,464 | - | - | 2,020 |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | 5,413 | | | | |
| PAYROLL TAXES | | 53,027 | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | 56,000 | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | |
| MISCELLANEOUS | | 8,863 | 85,641 | | | |
| TOTAL DISBURSEMENTS | - | 67,303 | 141,641 | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 2,642 | 188,822 | - | - | 2,020 |
| CASH - END OF MONTH | - | 3,138 | 808,927 | 184 | 48,025 | 371,442 |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | CURRENT MONTH | |
|---|---|---|
| | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 36,400,758 | |
| RECEIPTS | | |
| | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 71,669,634 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | 12,072,173 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | - | |
| DIP BORROWINGS | - | |
| TRANSFERS IN - THIRD PARTIES | 4,040,685 | |
| TRANSFERS IN - NONFILING ENTITIES | 9,852,237 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 325,963,665 | |
| MISCELLANEOUS | 35,674 | |
| TOTAL RECEIPTS | 423,634,068 | - |
| DISBURSEMENTS | | |
| | | |
| PAYROLL | 11,799,251 | |
| PAYROLL TAXES | 7,078,081 | |
| TRADE PAYABLES - THIRD PARTIES | 68,753,580 | |
| TRADE PAYABLES - INTERCOMPANY | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | - | |
| DIP PRINCIPAL REPAYMENTS | - | |
| DIP INTEREST AND USAGE FEES | 132,592 | |
| TRANSFERS OUT - THIRD PARTIES | 7,730,119 | |
| TRANSFERS OUT - NONFILING ENTITIES | 5,728,079 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 326,225,811 | |
| MISCELLANEOUS | 714,644 | |
| TOTAL DISBURSEMENTS | 428,162,157 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (4,528,089) | - |
| CASH - END OF MONTH | 31,872,669 | $ - |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | $ - | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 291,137 | 291,137 | |
| TOTAL RECEIPTS | 291,137 | 291,137 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 291,137 | 291,137 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 291,137 | 291,137 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $ - | $ - | $ - |

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          0 | $   (45,250) | $   24,302 | $   (20,948) | |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 28,991 | | | 28,991 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 291,137 | | 291,137 | |
| TOTAL RECEIPTS | 28,991 | 291,137 | - | 320,127 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 197,885 | 43,232 | 241,117 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 28,991 | | | 28,991 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 28,991 | 197,885 | 43,232 | 270,107 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 93,252 | (43,232) | 50,020 | - |
| CASH - END OF MONTH | 0 | 48,002 | (18,930) | 29,072 | - |

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | Citibank Operating Acct 300153011 | Petty Cash | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $        3,201,886 | $        1,500 | $        (51,673) | $        3,151,713 | |
| **RECEIPTS** | | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 446,050 | | | 446,050 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | - | |
| TOTAL RECEIPTS | 446,050 | - | - | 446,050 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | 106,085 | | | 106,085 | |
| PAYROLL TAXES | 9,023 | | | 9,023 | |
| TRADE PAYABLES - THIRD PARTIES | 11,269 | | | 11,269 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 126,377 | - | - | 126,377 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 319,673 | - | - | 319,673 | - |
| CASH - END OF MONTH | 3,521,559 | 1,500 | (51,673) | 3,471,386 | - |

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ (1,599,153) | $ (1,599,153) | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | | - | - |
| **CASH - END OF MONTH** | $ (1,599,153) | $ (1,599,153) | $ - |

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $        36,936 | $        36,936 | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | - |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $        36,936 | $        36,936 | $        - |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | Miscellaneous | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $        1,000 | $        1,000 | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $        1,000 | $        1,000 | $        - |

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | Barclays Bank PLC | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | $ - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $ - | $ - | $ - |

14 of 15

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2002**

| | Cash On Hand | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $        500 | $        500 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $        500 | $        500 | $        - |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | JP Morgan Chase Disbursement 9101013572 | | Wachovia Lockbox 8619039102 | | First Union Deposit Acct 2199500021812 | | First Union Payroll 2079900003615 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 117,733 | $ | 648,500 | $ 2,062,317 | | $ | (214,410) |
| | | | | | | | | |
| Bank Balance | $ | 117,733 | $ | 648,500 | $ | 668,647 | $ | - |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | | | | | (219,379) |
| Other | | | | | | 1,393,670 | | 4,969 |
| Adjusted bank balance | $ | 117,733 | $ | 648,500 | $ 2,062,317 | | $ | (214,410) |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amt | Ck. # | Amt | Ck. # | Amt | Ck. # | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 101521 | (6,113) |
| | | | | | | | 13480 | (3,750) |
| | | | | | | | 4642 | (77) |
| | | | | | | | 4870 | (1,792) |
| | | | | | | | 4888 | (812) |
| | | | | | | | 14085 | (14,273) |
| | | | | | | | 5297 | (1,125) |
| | | | | | | | 5307 | (2,586) |
| | | | | | | | 5308 | (1,883) |
| | | | | | | | 5356 | (2,763) |
| | | | | | | | 5383 | (6,617) |
| | | | | | | | 101 | (92) |
| | | | | | | | 5747 | (671) |
| | | | | | | | 5740 | (2,050) |
| | | | | | | | 5742 | (3,780) |
| | | | | | | | 5744 | (636) |
| | | | | | | | 14464 | (42,131) |
| | | | | | | | 5738 | (480) |
| | | | | | | | 5748 | (480) |
| | | | | | | | Various | (127,266) |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unrecorded bank activity | | | | | | | | 19,082 |
| Unreconciled ledger activity | | | | | | | | (620) |
| Returned item adjustment | | | | | | 1,393,670 | | (13,493) |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Money Market 8025296271 | | First Union Depository 2000006910969 | | Merrill Lynch Investment 3323735 | | JP Morgan Chase Holding 323223141 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | 3,744 | | $ 31,365,304 | $ | 710,977 |
| Bank Balance | $ | - | $ | 3,744 | | $ 31,365,304 | $ | 710,977 |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | | | | | | | |
| Other | | | | | | | | |
| Adjusted bank balance | $ | - | $ | 3,744 | | $ 31,365,304 | $ | 710,977 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amt | Ck. # | Amt | Ck. # | Amt | Ck. # | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Daleen Deposit 2090002554779 | | First Union SBA Deposit 2090003135045 | | JP Morgan Chase Concentration 16001257 | | Fleet Bank Payroll 44987004 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 63,039 | $ | 165,696 | $ | 464,068 | $ | - |
| | | | | | | | | |
| Bank Balance | $ | 63,106 | $ | 165,967 | $ | 484,108 | $ | - |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | | | | | | | |
| Other | | (67) | | (272) | | (20,040) | | |
| Adjusted bank balance | $ | 63,039 | $ | 165,696 | $ | 464,068 | $ | - |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amt | Ck. # | Amt | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | (20,040) | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | (67) | | (272) | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | Bank of America Payroll 3750245235 | | Bank of America Payroll 8188003115 | | Bank of America Lockbox 8188203114 | | First Union Concentration 2000000282172 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | 8,154 | $ | 3,932,716 | | $ 2,442,464 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | 8,154 | $ | 3,346,631 | | $ 2,443,172 |
| (+) Deposits in transit | | | | | | 618,458 | | |
| (-) Outstanding checks | | | | | | | | |
| Other | | | | | | (32,373) | | (707) |
| Adjusted bank balance | $ | - | $ | 8,154 | $ | 3,932,716 | | $ 2,442,464 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | 12/31/01 | $  618,458 | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | 20,040 | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | (56,013) | | |
| Unreconciled ledger activity | | | | | | 3,600 | | |
| Returned item adjustment | | | | | | | | (707) |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Payroll 2079900016741 | | First Union Petty Cash 2079900005800 | | Civic Bank Payroll 15502015736 | | Fleet Bank Payroll 51217666 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | (414,818) | $ | (5,102) | $ | 20,163 | $ | 3,544 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | $ | 20,163 | $ | 3,274 |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | (226,770) | | | | | | |
| Other | | (188,048) | | (5,102) | | | | 270 |
| Adjusted bank balance | $ | (414,818) | $ | (5,102) | $ | 20,163 | $ | 3,544 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | detail available | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 270 |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | (188,048) | | (5,102) | | | | |
| Unreconciled ledger activity | | | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Libby Medical 2079900065006 | | First Union Accts Payable 2079920005761 | | First Union Payroll 2079900067554 | | Wachovia Lockbox 1866-082535 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | (3,827,482) | $ | (42,968) | $ | 565,139 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | $ | - | $ | 565,139 |
| (+) Deposits in transit | | | | | | | | - |
| ( -) Outstanding checks | | | | (4,764,765) | | (102,836) | | |
| Other | | | | 937,283 | | 59,868 | | |
| Adjusted bank balance | $ | - | $ | (3,827,482) | $ | (42,968) | $ | 565,139 |
| | | | | | | | | |
| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | detail available | | detail available | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | 1,839,348 | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | (902,065) | | 44,472 | | |
| Unreconciled ledger activity | | | | | | 15,396 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | | $ (2,511,190) | | $ (735,736) | | $ 167,396 | | $ 45,000 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | | $ 366,510 | $ | 45,291 |
| (+) Deposits in transit | | | | | | - | | |
| ( -) Outstanding checks | | (2,552,309) | | | | (171,651) | | (291) |
| Other | | 41,119 | | (735,736) | | (27,463) | | |
| Adjusted bank balance | | $ (2,511,190) | | $ (735,736) | | $ 167,396 | | $ 45,000 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | detail available | | | | detail available | | 7725 | (84) |
| | | | | | | | 74778 | (84) |
| | | | | | | | 74939 | (123) |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | 37,183 | | (735,736) | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | 141 | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | |
| Returned item adjustment | | 3,936 | | | | (27,604) | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |