**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | PNC 4002641360 | | Hibernia Natl Disbursement 101391210 | | Bank of America Payroll 0000 0002 2137 | | Allfirst Payroll 16298657 | | First Union Petty Cash 2040000016900 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 25,000 | $ | 10,000 | $ | 25,000 | $ | 174,349 | $ | 32,416 |
| | | | | | | | | | | |
| Bank Balance | $ | 25,000 | $ | 9,830 | $ | 30,610 | $ | 223,217 | $ | 48,058 |
| (+) Deposits in transit | | | | | | | | | | |
| ( -) Outstanding checks | | | | | | (337) | | (15,214) | | (8,302) |
| Other | | | | 170 | | (5,273) | | (33,654) | | (7,341) |
| Adjusted bank balance | $ | 25,000 | $ | 10,000 | $ | 25,000 | $ | 174,349 | $ | 32,416 |

| Deposits in Transit | Date | Amt | Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 40820 | (337) | 4746 | (1,823) | 12-14-01 | (2,333) |
| | | | | | | | 4767 | (3,146) | 12-17-01 | (913) |
| | | | | | | | 4826 | (884) | 12-19-01 | (3,055) |
| | | | | | | | 4827 | (1,777) | | |
| | | | | | | | 4829 | (1,853) | | |
| | | | | | | | 4831 | (2,693) | | |
| | | | | | | | 4835 | (322) | | |
| | | | | | | | 4836 | (2,716) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | (5,384) | | | | (8,042) |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | 170 | | | | | |
| Interest not recorded on books | | | | | | 111 | | | | 8 |
| Payroll tax payments not recorded | | | | | | | | | | (307) |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | (33,654) | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | 1,000 |

W. R. Grace & Co. - Conn
**Bank Reconciliations**
December 2001
MOR-1

| | Banco de Credito Operating Acct 1931115122058 | | Banco de Credito Operating Acct 1931125963172 | | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 25,774 | (US$) | $ 54,027 | | | (Soles) | S/. 1,708 | (US$) | $ 620,105 |
| | | | | | | | | | | |
| Bank Balance | | S/. 25,770 | | $ 54,027 | $ | - | | S/. 1,708 | | $ 560,505 |
| (+) Deposits in transit | | | | | | | | | | |
| ( - ) Outstanding checks | | | | | | | | | | |
| Other | | S/. 4 | | | | | | | | 59,600 |
| Adjusted bank balance | | S/. 25,774 | | $ 54,027 | $ | - | | S/. 1,708 | | $ 620,105 |
| | | | | | | | | | | |
| Deposits in Transit | Date | | Date | | Date | | Date | | Date | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck. # | | Ck. # | | Ck. # | | Ck. # | | Ck. # | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 4 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | 59,600 |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co.**
**Bank Reconciliations**
**December 2001**
**MOR-1**

|  | JP Morgan Chase Pass Through 323881963 | |
|---|---|---|
| Balance per books | $ | - |
| Bank Balance | | - |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | |
| Other | | |
| Adjusted bank balance | $ | - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Remedium Group, Inc.**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ | - | $ | (45,250) |
| | | | | |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | (110,843) |
| Other | | | | 65,594 |
| Adjusted bank balance | $ | - | $ | (45,250) |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | (50) |
| | | | | (115) |
| | | | | (87) |
| | | | | (200) |
| | | | | (1,378) |
| | | | | (500) |
| | | | | (200) |
| | | | | (400) |
| | | | | (100) |
| | | | | (1,500) |
| | | | | (935) |
| | | | | (5,129) |
| | | | | (190) |
| | | | | (2,013) |
| | | | | (25,140) |
| | | | | (1,008) |
| | | | | (7,967) |
| | | | | (119) |
| | | | | (58,051) |
| | | | | (141) |
| | | | | (46) |
| | | | | (817) |
| | | | | (857) |
| | | | | (767) |
| | | | | (732) |
| | | | | (1,342) |
| | | | | (1,050) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | 6,037 |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | 45 |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 59,511 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

**CC Partners**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ (1,599,153) |
| | |
| Bank Balance | |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | (1,599,153) |
| Adjusted bank balance | $ (1,599,153) |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (1,599,153) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 3,201,886 |
| | |
| Bank Balance | 3,345,946 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | (155,181) |
| Other | 11,121 |
| Adjusted bank balance | $ 3,201,886 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | | |
|---|---|---|
| | 13737 | (5,002) |
| | 15355 | (22,715) |
| | 15363 | (10,308) |
| | 15376 | (12,203) |
| | 15378 | (186) |
| | 15383 | (25) |
| | 15396 | (9) |
| | 15397 | (32,929) |
| | 15398 | (1,250) |
| | 15399 | (125) |
| | 15400 | (22) |
| | 15401 | (62,173) |
| | 15402 | (574) |
| | 15403 | (1,212) |
| | 15404 | (30) |
| | 15405 | (45) |
| | 15406 | (30) |
| | 15407 | (33) |
| | 15408 | (706) |
| | 15409 | (300) |
| | 15410 | (70) |
| | Payroll cks. | (5,235) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | 10 |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | (32) |
| Unreconciled bank activity | | 11,143 |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

**Kootenai Development Company**
**Bank Reconciliations**
**December 2001**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 36,936 |
| | |
| Bank Balance | 36,936 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ 36,936 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Grace Europe, Inc.**
**Bank Reconciliations**
**December 2001**
**MOR-1**

|  | Barclays Bank PLC |  |
|---|---|---|
| Balance per books | $ | - |
| Bank Balance | | - |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | |
| Other | | |
| Adjusted bank balance | $ | - |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
|  |  |  |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**January 2002**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 68,608,911 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 10,443,104 | - | - | - | - | - | - | - | |
| Net sales to filing entities | 143,725 | - | - | - | - | - | - | - | |
| Interest and royalties from non-filing entities, net | 1,190,966 | - | - | - | - | - | - | - | |
| Interest and royalties from filing entities, net | (5,130,278) | 3,664,716 | 700,161 | 19,173 | 845,233 | - | 2,602,915 | - | |
| Other income | 671,084 | - | - | - | - | - | - | - | |
| | 75,927,512 | 3,664,716 | 700,161 | 19,173 | 845,233 | - | 2,602,915 | | |
| Cost of goods sold to third parties | 43,882,943 | - | - | - | - | - | - | - | |
| Cost of goods sold to non-filing entities | 7,579,991 | - | - | - | - | - | - | - | |
| Cost of goods sold to filing entities | 50,572 | - | - | - | - | - | - | - | |
| Selling, general and administrative expenses | 19,067,571 | - | (2,948) | - | - | 282 | - | - | |
| Research and development expenses | 3,243,478 | - | - | - | - | - | - | - | |
| Depreciation and amortization | 4,368,368 | - | 2,261 | - | - | - | - | - | |
| Interest expense | 1,489,439 | - | - | - | - | - | - | - | |
| | 79,682,361 | - | (687) | - | - | 282 | - | - | |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (3,754,849) | 3,664,716 | 700,848 | 19,173 | 845,233 | (282) | 2,602,915 | - | |
| Chapter 11 reorganization expenses, net | (1,334,460) | - | - | - | - | - | - | - | |
| (Provision for) benefit from income taxes | (1,610,396) | - | - | - | - | - | - | - | |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | |
| Net income | $ (6,699,705) | $3,664,716 | $ 700,848 | $ 19,173 | $ 845,233 | $ (282) | $2,602,915 | $ - | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Janauary 2002**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $           - | $  318,210 | $           - | $           - | $           - | $           - | $           - | $           - | $           - | $           - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,990,529 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,701,919) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (711,391) | 318,210 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 143,255 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 15,834 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 74,127 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,004 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 240,220 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (711,391) | 77,990 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (46,304) | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ (757,695) | $   77,990 | $           - | $           - | $           - | $           - | $           - | $           - | $           - | $           - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**January 2002**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Janauary 2002**

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Janauary 2002**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Janauary 2002**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | |
| Other income | - | - | - | - | - | - | - | - | - | |
| | - | - | - | - | - | - | - | - | - | |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | |
| Research and development expenses | - | - | - | - | - | - | - | - | - | |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | |
| Interest expense | - | - | - | - | - | - | - | - | - | |
| | - | - | - | - | - | - | - | - | - | |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Janauary 2002**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $        - | $        - | $        - | $        - | $ 68,927,122 |
| Net sales to non-filing entities | - | - | - | - | - | 10,443,104 |
| Net sales to filing entities | - | - | - | (143,725) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 3,181,495 |
| Interest and royalties from filing entities, net | - | - | - | (0) | - | - |
| Other income | - | - | - | - | - | 671,084 |
| | - | - | - | (143,725) | - | 83,222,804 |
| Cost of goods sold to third parties | - | - | - | - | - | 44,026,198 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 7,579,991 |
| Cost of goods sold to filing entities | - | - | - | (66,405) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 19,139,032 |
| Research and development expenses | - | - | - | - | - | 3,243,478 |
| Depreciation and amortization | - | - | - | - | - | 4,377,633 |
| Interest expense | - | - | - | - | - | 1,489,439 |
| | - | - | - | (66,405) | - | 79,855,771 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | (77,320) | - | 3,367,033 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (1,334,460) |
| (Provision for) benefit from income taxes | - | - | - | - | - | (1,656,700) |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 4,403,701 | 4,403,701 |
| **Net income** | $        - | $        - | $        - | $   (77,320) | $4,403,701 | $   4,779,575 |

---

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 31,872,669 | $ - | $ 29,072 | $ - | $ (1,599,153) | $ - |
| Notes and accounts receivable, net | 123,153,903 | - | 131,706 | | - | |
| Receivables from/(payables) to filing and non-filing entities, net | 265,585,982 | (388,431,178) | 2,620,838 | 12,983,854 | (27,789,573) | (9,282,873) |
| Inventories | 89,906,931 | | | | | |
| Deferred income taxes | 18,474,729 | - | 4,460,134 | | | |
| Asbestos-related insurance expected to be realized within one yea | 8,836,298 | - | - | | | |
| Other current assets | 44,566,881 | | - | | - | |
| **Total Current Assets** | 582,397,393 | (388,431,178) | 7,241,749 | 12,983,854 | (29,388,726) | (9,282,873) |
| | | | | | | |
| Properties and equipment, net | 380,772,656 | - | 503,347 | | - | |
| Goodwill, net | 12,817,502 | - | - | | - | |
| Cash value of company owned life insurance, net of policy loans | 75,656,672 | - | - | | - | |
| Deferred income taxes | 736,380,750 | - | 44,101,886 | | - | |
| Asbestos-related insurance expected to be realized after one year | 283,728,827 | - | - | | - | |
| Loans receivable from/(payable) filing and non-filing entities, net | (1,005,655,294) | 758,175,214 | 119,259,906 | 4,380,555 | 188,921,440 | - |
| Investment in filing and non-filing entities | 796,841,141 | 241,512,111 | - | | | |
| Other assets | 322,233,632 | - | - | | - | |
| **Total Assets** | $ 2,185,173,279 | $ 611,256,147 | $ 171,106,888 | $ 17,364,408 | $ 159,532,714 | $ (9,282,873) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 25,406,070 | - | 61,624 | - | - | |
| Income taxes payable | 267 | - | - | | | |
| Asbestos-related liability expected to be disbursed within one year | | - | - | | | |
| Other current liabilities | 65,791,689 | - | 51,221 | - | (0) | 11,532 |
| **Total Current Liabilities** | 91,198,027 | - | 112,845 | - | (0) | 11,532 |
| | | | | | | |
| Debt payable after one year | 1,104,866 | - | - | - | - | |
| Deferred income taxes | 220,816,040 | - | - | - | - | |
| Asbestos-related liability expected to be disbursed after one year | (0) | - | - | - | - | |
| Other liabilities | 227,679,620 | 0 | 0 | - | - | |
| **Total Liabilities Not Subject to Compromise** | 540,798,553 | 0 | 112,845 | - | (0) | 11,532 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 525,659,630 | - | - | - | - | |
| Accounts payable | 31,101,834 | - | 658,801 | | - | |
| Income taxes payable | 174,604,012 | 15,919,540 | 873,627 | (1,654) | 6,208,445 | (245,969) |
| Asbestos-related liability | 995,608,353 | - | - | | - | |
| Other liabilities | 372,128,501 | 188,091 | 138,485,969 | | 30,671,114 | |
| **Total Liabilities Subject to Compromise** | 2,099,102,330 | 16,107,631 | 140,018,397 | (1,654) | 36,879,559 | (245,969) |
| **Total Liabilities** | 2,639,900,883 | 16,107,631 | 140,131,242 | (1,654) | 36,879,559 | (234,437) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 83,968,960 | 769,784 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 429,496,297 | 9,724,449 | 34,052,467 | 56,011,577 | - |
| (Accumulated deficit)/Retained earnings | (486,942,201) | 301,892,373 | 21,238,974 | (16,687,405) | 66,641,578 | (9,049,435) |
| Treasury stock, at cost | - | (137,010,038) | - | - | - | |
| Consolidation of Investments | (135,997,842) | | - | - | - | |
| Cumulative Translation Adjustments | (58,566,398) | - | - | - | - | |
| Deferred compensation trust | - | 100 | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | (454,727,604) | 595,148,516 | 30,975,646 | 17,366,062 | 122,653,155 | (9,048,435) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,185,173,279 | $ 611,256,147 | $ 171,106,888 | $ 17,364,408 | $ 159,532,714 | $ (9,282,873) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 2002**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 3,471,386 | $ - |
| Notes and accounts receivable, net | | 71,411 | | | 2,188,347 | |
| Receivables from/(payables to) filing and non-filing entities, net | (396,308,592) | 5,653,572 | 140,487,055 | (67,157,813) | (1,829,519) | (5,013,422) |
| Inventories | | (0) | | | 104,076 | |
| Deferred income taxes | - | 62,408 | | - | 17,655 | |
| Asbestos-related insurance expected to be realized within one year | | - | - | | - | |
| Other current assets | | - | | | 2,219 | |
| **Total Current Assets** | (396,308,592) | 5,787,391 | 140,487,055 | (67,157,813) | 3,954,165 | (5,013,422) |
| | | | | | | |
| Properties and equipment, net | - | - | - | | 812,158 | |
| Goodwill, net | - | - | | | - | |
| Cash value of company owned life insurance, net of policy loans | | - | | - | | |
| Deferred income taxes | | - | | | - | |
| Asbestos-related insurance expected to be realized after one year | | - | | | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 437,706,439 | (3,418,665) | - | (66,880,239) | | |
| Investment in filing and non-filing entities | - | - | | 58,669,464 | | |
| Other assets | | 54,000 | | | 176,723 | 994,523 |
| **Total Assets** | $ 41,397,847 | $ 2,460,887 | $ 140,487,055 | $ (75,368,687) | $ 4,943,045 | $ (4,018,898) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ 10,873 | $ - | $ - | $ - | $ - |
| Accounts payable | - | 0 | | | 116,675 | |
| Income taxes payable | - | - | | | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | | | - | |
| Other current liabilities | | 337,762 | (5,613) | - | 48,339 | |
| **Total Current Liabilities** | | 348,636 | (5,613) | | 165,013 | |
| | | | | | | |
| Debt payable after one year | - | - | - | | - | |
| Deferred income taxes | - | 0 | | - | 141,872 | |
| Asbestos-related liability expected to be disbursed after one year | - | - | | | - | |
| Other liabilities | - | - | | | - | |
| **Total Liabilities Not Subject to Compromise** | - | 348,636 | (5,613) | - | 306,885 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | 19,197 | | | 133,907 | - |
| Income taxes payable | 10,932,242 | (591,544) | (41,901) | (3,403,994) | 373,995 | (85) |
| Asbestos-related liability | - | - | | | - | |
| Other liabilities | | 178,307 | | | - | |
| **Total Liabilities Subject to Compromise** | 10,932,242 | (394,040) | (41,901) | (3,403,994) | 507,902 | (85) |
| **Total Liabilities** | 10,932,242 | (45,404) | (47,514) | (3,403,994) | 814,787 | (85) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | | - | - | |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 40,197,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 59,731,903 | (419,202) | 115,175,576 | (30,689,185) | 4,127,258 | (4,293,619) |
| Treasury stock, at cost | - | - | | - | - | |
| Consolidation of Investments | - | - | | - | - | |
| Cumulative Translation Adjustments | - | 2,924,493 | - | (81,473,896) | - | |
| Deferred compensation trust | | - | | | | |
| **Total Shareholders' Equity (Deficit)** | 30,465,605 | 2,506,291 | 140,534,569 | (71,964,593) | 4,128,258 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 41,397,847 | $ 2,460,887 | $ 140,487,055 | $ (75,368,687) | $ 4,943,045 | $ (4,018,898) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | (2,143,455) | | (57,817,172) | - | | (1,369) |
| Inventories | | | | | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | | |
| Other current assets | - | - | - | - | | |
| **Total Current Assets** | (2,143,455) | | (57,817,172) | - | - | (1,369) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | | |
| Goodwill, net | - | - | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | | |
| **Total Assets** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,500,000 | $ 54,500,000 | $ 56,010,208 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | - | - | - | - | | |
| **Total Current Liabilities** | - | - | - | - | | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | (85) | - | - | - | | (280) |
| Asbestos-related liability | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (85) | - | - | - | - | (280) |
| **Total Liabilities** | (85) | - | - | - | - | (280) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | | | | |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,510,488 |
| Treasury stock, at cost | - | - | - | - | | |
| Consolidation of Investments | - | - | - | - | | |
| Cumulative Translation Adjustments | - | - | - | - | | |
| Deferred compensation trust | - | - | - | - | | |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,010,488 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,500,000 | $ 54,500,000 | $ 56,010,208 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 2002**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 36,936 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | - | (26,718,257) | 57,347,191 | (7,288,586) | | |
| Inventories | - | | | | | |
| Deferred income taxes | - | - | | | | |
| Asbestos-related insurance expected to be realized within one year | - | - | | | | |
| Other current assets | | | | | | |
| **Total Current Assets** | 36,936 | (26,718,257) | 57,347,191 | (7,288,586) | | - |
| | | | | | | |
| Properties and equipment, net | - | | | - | | - |
| Goodwill, net | - | | | | | |
| Cash value of company owned life insurance, net of policy loans | - | | | | | |
| Deferred income taxes | - | | | | | |
| Asbestos-related insurance expected to be realized after one year | - | | | | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | | | | |
| Investment in filing and non-filing entities | - | | | | | |
| Other assets | 1,630,940 | - | | | | |
| **Total Assets** | $ 1,667,876 | $ (26,718,257) | $ 57,347,191 | $ (7,288,586) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | | | | | |
| Income taxes payable | | | | | | |
| Asbestos-related liability expected to be disbursed within one year | - | | | | | |
| Other current liabilities | 551,649 | 5,000 | | (4,990) | | |
| **Total Current Liabilities** | 551,649 | 5,000 | - | (4,990) | | - |
| | | | | | | |
| Debt payable after one year | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related liability expected to be disbursed after one year | | | | | | |
| Other liabilities | | | | | | |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | (4,990) | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | | - | - | | - |
| Income taxes payable | - | (104,430) | 10,346,794 | - | | - |
| Asbestos-related liability | | | | | | |
| Other liabilities | - | | - | - | | - |
| **Total Liabilities Subject to Compromise** | - | (104,430) | 10,346,794 | - | | - |
| **Total Liabilities** | 551,649 | (99,430) | 10,346,794 | (4,990) | | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | - | | |
| Common Stock | - | - | - | 5,150 | | |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | | |
| (Accumulated deficit)/Retained earnings | 11,273 | (27,478,060) | 43,427,950 | (12,433,596) | | |
| Treasury stock, at cost | - | - | - | - | | |
| Consolidation of Investments | - | | | - | | |
| Cumulative Translation Adjustments | - | - | (99,212) | - | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 1,116,227 | (26,618,827) | 47,000,396 | (7,283,596) | | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,667,876 | $ (26,718,257) | $ 57,347,191 | $ (7,288,586) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,394 | (102,989) | (1,118,993) | 10,284,384 | 590 | (2,417,464) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,394 | (101,989) | (1,118,993) | 10,284,384 | 590 | (2,417,464) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,394 | $ (7,966) | $ (1,118,993) | $ 10,284,384 | $ 590 | $ (2,417,464) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 3 | - |
| **Total Current Liabilities** | - | - | - | - | 3 | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 3 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | (300) | (300) | (200) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | (300) | (300) | (200) |
| **Total Liabilities** | - | - | - | (297) | (300) | (200) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,394 | $ (7,966) | $ (1,118,993) | $ 10,284,384 | $ 590 | $ (2,417,464) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | (26,312,455) | (5,132,424) | (3,350,524) | (2,509,739) | 950 | (1,230,598) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | (26,312,455) | (5,132,424) | (3,350,524) | (2,509,739) | 950 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | - | | - | | 1,184,871 |
| Goodwill, net | - | - | | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | | - | | - |
| Deferred income taxes | - | - | | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | | - | | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | | - | | - |
| Investment in filing and non-filing entities | - | - | | - | | - |
| Other assets | - | - | | - | | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,424) | $ (3,350,524) | $ (2,509,739) | $ 950 | $ (45,727) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (309) | - | (100) | - | (15) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (309) | - | (100) | - | (15) |
| **Total Liabilities** | - | (309) | - | (100) | - | (15) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,424) | $ (3,350,524) | $ (2,509,739) | $ 950 | $ (45,727) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 36,708,687 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,464,242) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | | | | | | |
| Other current assets | | | | | | |
| **Total Current Assets** | 36,708,687 | 25,045 | (72,951) | (12,559,268) | 174,205 | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | 438,445 | |
| Goodwill, net | - | | - | - | | |
| Cash value of company owned life insurance, net of policy loans | | | - | - | | |
| Deferred income taxes | | | - | - | | |
| Asbestos-related insurance expected to be realized after one year | | | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | | | - | - | | |
| Investment in filing and non-filing entities | 6,284,806 | | - | - | | |
| Other assets | | | | | | 4,066 |
| **Total Assets** | $ 42,993,493 | $ 25,045 | $ (72,951) | $ (12,559,268) | $ 612,650 | $ (19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | | | | | 4,066 |
| Income taxes payable | | | | | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | | | | | 199 | |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| Debt payable after one year | - | | - | - | 438,134 | - |
| Deferred income taxes | | | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | | | - | - | | |
| Other liabilities | - | | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 438,333 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | - | - |
| Accounts payable | - | | - | - | - | - |
| Income taxes payable | (449) | | - | (15) | - | - |
| Asbestos-related liability | - | | - | - | - | - |
| Other liabilities | - | | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (449) | - | - | (15) | - | - |
| **Total Liabilities** | (449) | - | - | (15) | 438,333 | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | - | - | |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | | - | - | - | |
| Consolidation of Investments | - | | - | - | - | |
| Cumulative Translation Adjustments | - | | - | - | - | |
| Deferred compensation trust | - | | - | - | | |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,493 | $ 25,045 | $ (72,951) | $ (12,559,268) | $ 612,650 | $ (19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 2002**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,808 | 6,345,586 | 810,500 | (59,581,272) | (25) | (86,611) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,808 | 6,345,586 | 810,500 | (59,581,272) | (25) | (86,611) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,479,808 | $ 6,345,586 | $ 810,500 | $ (59,581,272) | $ (25) | $ (86,611) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (340) | (75) | (100) | (40) | (25) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (340) | (75) | (100) | (40) | (25) | - |
| **Total Liabilities** | (340) | (75) | (100) | (40) | (25) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,808 | $ 6,345,586 | $ 810,500 | $ (59,581,272) | $ (25) | $ (86,611) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $          - | $          - | $          - | $          - | $          - | $          - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,809 | 4,384,412 | (15,750,664) | 5,297,099 | 875,569 | (5,054) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,809 | 4,384,412 | (15,750,664) | 5,297,099 | 875,569 | (5,054) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,896 | $ (9,751,313) | $ (15,750,664) | $ 5,297,099 | $ 875,569 | $ (5,054) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $          - | $          - | $          - | $          - | $          - | $          - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | (5,310) | - | - | - | - |
| **Total Current Liabilities** | - | (5,310) | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | (5,310) | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (9) | - | - | (100) | (100) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (9) | - | - | (100) | (100) | - |
| **Total Liabilities** | (9) | (5,310) | - | (100) | (100) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Consolidation of Investments | - | - | - | - | - | - |
| Cumulative Translation Adjustments | - | - | - | - | - | - |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,896 | $ (9,751,313) | $ (15,750,664) | $ 5,297,099 | $ 875,569 | $ (5,054) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 108,340 | 130,478,318 | 145,501,916 | (81,114,723) | 47,407,906 | - |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized within one yea | - | - | - | - | | |
| Other current assets | - | - | - | - | - | |
| **Total Current Assets** | 108,340 | 130,478,318 | 145,501,916 | (81,114,723) | 47,407,906 | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill, net | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ 108,340 | $ 130,478,318 | $ 145,501,916 | $ (81,114,723) | $ 47,407,906 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | - | (875,000) | (875,000) | - | - | |
| **Total Current Liabilities** | - | (875,000) | (875,000) | - | - | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | |
| Deferred income taxes | - | 29,290,346 | 29,290,346 | ✔ | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | - | 28,415,346 | 28,415,346 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (100) | 874,900 | 875,000 | (90) | | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (100) | 874,900 | 875,000 | (90) | - | |
| **Total Liabilities** | (100) | 29,290,246 | 29,290,346 | (90) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | - | - | - | - | - | |
| Consolidation of Investments | - | - | - | - | - | |
| Cumulative Translation Adjustments | - | - | - | - | - | |
| Deferred compensation trust | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,340 | $ 130,478,318 | $ 145,501,916 | $ (81,114,723) | $ 47,407,906 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.