**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**Janauary 2002**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 33,812,410 |
| Notes and accounts receivable, net | - | - | - | - | - | 125,545,367 |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | 6,100,000 | 40,607,208 |
| Inventories | - | - | - | - | - | 90,011,007 |
| Deferred income taxes | - | - | - | - | (5,881,819) | 17,133,107 |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | 8,836,298 |
| Other current assets | - | - | - | - | - | 44,569,100 |
| **Total Current Assets** | - | - | - | - | 218,181 | 360,514,497 |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 383,711,477 |
| Goodwill, net | - | - | - | - | - | 12,817,502 |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | 75,656,672 |
| Deferred income taxes | - | - | - | - | (279,538,604) | 500,982,192 |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | 283,728,827 |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | 382,450,507 |
| Investment in filing and non-filing entities | - | - | (1,311,202,717) | (14,931,907) | (6,100,000) | 157,504,173 |
| Other assets | - | - | (1,104,954) | - | - | 323,988,931 |
| **Total Assets** | $ - | $ - | $ (1,312,307,671) | $ (14,931,907) | $ (285,420,423) | $ 2,481,354,777 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ 10,873 |
| Accounts payable | - | - | - | - | - | 25,588,435 |
| Income taxes payable | - | - | - | - | - | 267 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | (5,881,819) | 59,149,661 |
| **Total Current Liabilities** | - | - | - | - | (5,881,819) | 84,749,236 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | 1,543,000 |
| Deferred income taxes | - | - | - | - | (279,538,604) | (0) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | 227,679,621 |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (285,420,423) | 313,971,857 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | 525,659,630 |
| Accounts payable | - | - | - | - | - | 31,913,739 |
| Income taxes payable | - | - | - | - | - | 216,615,946 |
| Asbestos-related liability | - | - | - | - | - | 995,608,353 |
| Other liabilities | - | - | - | - | - | 541,651,982 |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - | 2,311,449,650 |
| **Total Liabilities** | - | - | - | - | (285,420,423) | 2,625,421,507 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | (86,493,960) | - | - | 112 |
| Paid in capital | - | - | (1,187,873,672) | - | - | 772,460 |
| (Accumulated deficit)/Retained earnings | - | - | (37,940,039) | 19,734,487 | - | 433,138,442 |
| Treasury stock, at cost | - | - | - | - | - | (133,088,557) |
| Consolidation of Investments | - | - | - | (40,407) | - | (137,010,038) |
| Cumulative Translation Adjustments | - | - | - | (34,625,987) | - | (136,038,249) |
| Deferred compensation trust | - | - | - | - | - | (171,841,001) |
| | | | | | | 100 |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,312,307,671) | (14,931,907) | - | (144,066,731) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,312,307,671) | $ (14,931,907) | $ (285,420,423) | $ 2,481,354,777 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn Status of Postpetition Taxes MOR-4 January 2002 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 671,684 | $ 2,795,811 | $ (2,584,056) | $ 883,439 |
| FICA - Employee | (40,490) | 1,447,566 | (1,445,674) | (38,598) |
| FICA and payroll- Employer | 442,622 | 1,447,574 | (1,215,725) | 674,471 |
| Unemployment | - | 423,648 | (423,648) | - |
| Other | | | | |
| Total Federal Taxes | $ 1,073,816 | $ 6,114,599 | $ (5,669,103) | $ 1,519,312 |
| **State and Local** | | | | |
| Withholding | $ 63,594 | $ 834,975 | $ (837,535) | $ 61,034 |
| Sales & Use | 1,292,066 | 512,029 | (332,851) | 1,471,244 |
| Property Taxes | 2,309,597 | 36,736 | (914,666) | 1,431,667 |
| Other | - | | | - |
| Total State and Local | $ 3,665,257 | $ 1,383,740 | $ (2,085,052) | $ 2,963,945 |
| Total Taxes | $ 4,739,073 | $ 7,498,339 | $ (7,754,155) | $ 4,483,257 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Remedium Group, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (1,258) | $ 13,649 | $ (13,649) | $ (1,258) |
| FICA - Employee | - | 5,986 | (5,986) | - |
| FICA and payroll- Employer | (1,260) | 5,986 | (5,986) | (1,260) |
| Unemployment | - | 2,286 | (2,286) | - |
| Other | | | | |
| Total Federal Taxes | $ (2,518) | $ 27,907 | $ (27,907) | $ (2,518) |
| **State and Local** | | | | |
| Withholding | $ (217) | $ 507 | $ (507) | $ (217) |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | - | | |
| Total State and Local | $ (217) | $ 507 | $ (507) | $ (217) |
| Total Taxes | $ (2,735) | $ 28,414 | $ (28,414) | $ (2,735) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 2002 | | | | |
|---|---|---|---|---|
| | Beginning<br>Tax<br>Liability | Amount<br>Withheld or<br>Accrued | Amount<br>Paid | Ending<br>Tax<br>Liability |
| **Federal** | | | | |
| Withholding | $          (2,288) | $          12,911 | $        (12,911) | $          (2,288) |
| FICA - Employee | (751) | 3,101 | (3,101) | (751) |
| FICA and payroll- Employer | (1,250) | 3,101 | (3,787) | (1,936) |
| Unemployment | - | 686 | (686) | - |
| Other | | | | |
| Total Federal Taxes | $          (4,289) | $          19,799 | $        (20,485) | $          (4,975) |
| **State and Local** | | | | |
| Withholding | $           1,425 | $           2,207 | $         (2,207) | $           1,425 |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | - | | - |
| Total State and Local | $           1,425 | $           2,207 | $         (2,207) | $           1,425 |
| Total Taxes | $          (2,864) | $          22,006 | $        (22,692) | $          (3,550) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (5,964) | $ - | $ - | $ (5,964) |
| FICA - Employee | (2,542) | - | - | (2,542) |
| FICA and payroll- Employer | (2,542) | - | - | (2,542) |
| Unemployment | - | - | - | - |
| Other | | | | |
| Total Federal Taxes | $ (11,048) | $ - | $ - | $ (11,048) |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | | - | | |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ (11,048) | $ - | $ - | $ (11,048) |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Darex Puerto Rico, Inc. Status of Postpetition Taxes MOR-4 January 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| FICA - Employee | 138 | 897 | (897) | 138 |
| FICA and payroll- Employer | - | 897 | (630) | 267 |
| Unemployment | - | 726 | (726) | - |
| Other | | | | |
| Total Federal Taxes | $        138 | $      2,520 | $    (2,253) | $        405 |
| **State and Local** | | | | |
| Withholding | $        (32) | $      1,586 | $    (1,586) | $        (32) |
| Sales & Use | - | - | | - |
| Property Taxes | 76,940 | 6,840 | - | 83,780 |
| Other | - | - | | - |
| Total State and Local | $     76,908 | $      8,426 | $    (1,586) | $     83,748 |
| Total Taxes | $     77,046 | $     10,946 | $    (3,839) | $     84,153 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## Janauary 2002

| Trade Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 114,591,018 |
| Amounts billed during the period | 68,608,911 |
| Amounts collected during the period | (71,669,634) |
| Other | 995,998 |
| | |
| Trade accounts receivable at the end of month, gross | $ 112,526,293 |
| **Trade Accounts Receivable Aging** | |
| Current | $  73,892,547 |
| 1-30 days past due | 24,676,083 |
| 31-60 days past due | 8,797,783 |
| +61 days past due | 5,159,880 |
| Trade accounts receivable, gross | 112,526,293 |
| Allowance for doubtful accounts | (1,273,284) |
| Trade accounts receivable, net | $ 111,253,009 |

| Notes and Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, net | $ 111,253,009 |
| Customer notes and drafts receivable | 1,077,164 |
| Pending customer credit notes | (358,179) |
| Advances and deposits | 7,153,646 |
| Nontrade receivables, net | 4,028,263 |
| Total notes and accounts receivable, net | $ 123,153,903 |

*Chart 6*

| Remedium Group, Inc. Accounts Receivable Reconciliation and Aging MOR-5 Janauary 2002 | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | (43,232) |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | 43,232 |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | 3,530 |
| Nontrade receivables, net | | 128,176 |
| Total notes and accounts receivable, net | $ | 131,706 |

*Chart 6*

## Darex Puerto Rico, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## Janauary 2002

### Trade Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 2,357,430 |
| Amounts billed during the period | 318,210 |
| Amounts collected during the period | (446,050) |
| Other | 19,147 |
| Trade accounts receivable at the end of month, gross | $ 2,248,737 |

### Trade Accounts Receivable Aging

| | |
|---|---:|
| Current | $ 1,019,145 |
| 1-30 days past due | 373,182 |
| 31-60 days past due | 346,735 |
| +61 days past due | 509,675 |
| Trade accounts receivable, gross | 2,248,737 |
| Allowance for doubtful accounts | (50,443) |
| Trade accounts receivable, net | $ 2,198,294 |

### Notes and Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, net | $ 2,198,294 |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | (10,456) |
| Advances and deposits | - |
| Nontrade receivables, net | 509 |
| Total notes and accounts receivable, net | $ 2,188,347 |

*Chart 6*

| **Grace Europe, Inc.**<br>**Accounts Receivable Reconciliation and Aging**<br>**MOR-5**<br>**Janauary 2002** | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 71,411 |
| Total notes and accounts receivable, net | $ | 71,411 |

Chart 7

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>Janauary 2002 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities<br>Combined Statement of Operations | | |
|---|---|---|
| Amounts in millions | Month Ended<br>January 31,<br>2002 | Cumulative<br>Since<br>Filing |
| Net sales to third parties | $ 68.9 | $ 732.7 |
| Net sales to non-filing entities | 10.4 | 115.3 |
| Interest and royalties from non-filing entities | 3.2 | 37.6 |
| Other income | 0.7 | 8.5 |
| | 83.2 | 894.1 |
| Cost of goods sold to third parties | 44.0 | 452.9 |
| Cost of goods sold to non-filing entities | 7.6 | 82.4 |
| Selling, general and administrative expenses | 19.1 | 177.6 |
| Research and development expenses | 3.2 | 31.7 |
| Depreciation and amortization | 4.4 | 44.1 |
| Interest expense | 1.5 | 28.4 |
| | 79.8 | 817.1 |
| Income before Chapter 11 reorganization expenses,<br>   income taxes and equity in net income of non-filing entities | 3.4 | 77.0 |
| Chapter 11 reorganization expenses, net | (1.3) | (14.0) |
| (Provision for) income taxes | (1.7) | (36.0) |
| Equity in net income of non-filing entities | 4.4 | 41.7 |
| **Net income** | $ 4.8 | $ 68.7 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

**W. R. Grace & Co. - Chapter 11 Filing Entities**

**Combined Functional Basis Statement of Cash Flows**

| Amounts in millions | Month Ended January 31, 2002 | Cumulative Since Filing |
|---|---:|---:|
| *Core operations cash flow* | | |
| Pre-tax income from core operations | $         4.2 | $       112.5 |
| Depreciation and amortization | 4.4 | 44.1 |
| | 8.6 | 156.6 |
| Changes in all core assets/liabilities and other | (3.5) | 4.7 |
| Change in accounts receivable sold under securitization program | - | (99.7) |
| Change in subordinated interest of accounts receivable sold | - | 34.9 |
| | 5.1 | 96.5 |
| Capital expenditures | (3.7) | (31.1) |
| Core Pre-tax Operating Cash Flow | 1.4 | 65.4 |
| *Charges against core reserves* | | |
| Restructuring costs | - | - |
| Pension liabilities | (0.4) | (4.5) |
| Deferred compensation | - | (2.0) |
| Self insurance | (0.1) | (1.0) |
| Total Spending Against Core Reserves | (0.5) | (7.5) |
| Core Cash Flow | 0.9 | 57.9 |
| *Noncore cash flow* | | |
| Proceeds from asset sales | - | 2.9 |
| Benefit proceeds under life insurance policies | 1.0 | 10.1 |
| Other noncore pretax cash flow | (0.9) | (2.9) |
| Noncore Pre-tax Cash Flow | 0.1 | 10.1 |
| *Charges against noncore reserves* | | |
| Asbestos | | |
| Asbestos claims processing | (0.7) | (7.2) |
| Less - insurance recovery | 0.9 | 48.0 |
| Net asbestos (payments) receipts | 0.2 | 40.8 |
| Environmental remediation | (1.5) | (20.3) |
| Retained obligations and other | 0.1 | (5.0) |
| Postretirement benefits | (1.4) | (18.1) |
| Total Spending Against Noncore Reserves | (2.6) | (2.6) |
| Noncore Cash Flow | (2.5) | 7.5 |
| Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow | (1.6) | 65.4 |
| Cash paid for taxes, net of refunds | (0.5) | (6.3) |
| Cash paid for interest | (0.1) | (2.7) |
| Chapter 11 reorganization expenses paid | (1.7) | (8.3) |
| Cash Flow before Strategic Investments | (3.9) | 48.1 |
| *Strategic Investments* | | |
| Cash paid for businesses acquired | - | - |
| Proceeds from option exercises | - | - |
| Repurchase of treasury stock | - | (0.6) |
| Cash used for Strategic Investments | - | (0.6) |
| Cash Flow after Strategic Investments | (3.9) | 47.5 |
| Borrowings (repayments) under DIP facility | - | (2.8) |
| Net (investing)/financing activities under life insurance policies | (0.3) | (19.5) |
| Net Cash Flow | $         (4.2) | $       25.2 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

## W. R. Grace & Co. - Chapter 11 Filing Entities
### Combined Balance Sheet

| Amounts in millions | January 31, 2002 | December 31, 2001 | April 2, 2001 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 33.8 | $ 38.0 | $ 8.6 |
| Notes and accounts receivable, net | 125.5 | 128.2 | 43.8 |
| Receivables from non-filing entities, net | 40.6 | 33.8 | 51.2 |
| Inventories | 90.0 | 83.9 | 80.6 |
| Deferred income taxes | 17.1 | 17.1 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 8.8 | 9.7 | 17.0 |
| Other current assets | 44.6 | 51.8 | 21.9 |
| Total Current Assets | 360.4 | 368.1 | 304.0 |
| | | | |
| Properties and equipment, net | 383.7 | 384.9 | 400.4 |
| Goodwill, net | 12.8 | 13.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 75.7 | 75.6 | 64.1 |
| Deferred income taxes | 501.0 | 502.6 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 283.7 | 283.7 | 323.4 |
| Loans receivable from non-filing entities, net | 382.5 | 388.0 | 387.5 |
| Investment in non-filing entities | 157.6 | 159.1 | 121.0 |
| Other assets | 324.0 | 325.7 | 308.5 |
| **Total Assets** | $ 2,481.4 | $ 2,496.0 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Accounts payable | $ 25.5 | $ 32.8 | $ - |
| Other current liabilities | 59.2 | 61.1 | - |
| Total Current Liabilities | 84.7 | 93.9 | - |
| | | | |
| Debt payable after one year | 1.6 | 1.6 | - |
| Other liabilities | 227.7 | 228.0 | 31.8 |
| Total Liabilities Not Subject to Compromise | 314.0 | 323.5 | 31.8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 525.7 | 524.5 | 511.5 |
| Accounts payable | 31.9 | 31.7 | 43.0 |
| Income taxes payable | 216.6 | 216.6 | 210.1 |
| Asbestos-related liability | 995.6 | 996.3 | 1,002.8 |
| Other liabilities | 541.6 | 544.5 | 598.6 |
| Total Liabilities Subject to Compromise | 2,311.4 | 2,313.6 | 2,366.0 |
| Total Liabilities | 2,625.4 | 2,637.1 | 2,397.8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 433.1 | 433.0 | 432.6 |
| Accumulated deficit | (133.1) | (137.8) | (201.8) |
| Treasury stock, at cost | (137.0) | (136.4) | (136.4) |
| Accumulated other comprehensive income (loss) | (307.8) | (300.7) | (169.5) |
| Total Shareholders' Equity (Deficit) | (144.0) | (141.1) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,481.4 | $ 2,496.0 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is primarily engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products (Davison Chemicals) and construction chemicals, building materials, sealants & coatings (Performance Chemicals). W. R. Grace & Co. is a publicly held company with its shares traded on the New York Stock Exchange.

### Voluntary Bankruptcy Filing

On April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-1139 (the "Chapter 11 Cases"). Grace's non-U.S. operating subsidiaries and certain of its U.S. subsidiaries were not a part of the Filing.

The Filing was made in response to a sharply increasing number of asbestos-related bodily injury claims. These claims are discussed in more detail in Note 3 to the Consolidated Financial Statements. Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

In November 2001, the Debtors' Chapter 11 case, as well as the Chapter 11 cases of four other companies with asbestos-related claims, was assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin will preside over the asbestos personal injury matters affecting all five companies and, at his choosing, certain other asbestos-related lawsuits particular to Grace. Judge Judith Fitzgerald, a U.S. Bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware, will reside over the Debtors' other bankruptcy matters. Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

### Basis of Presentation

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2000 Form 10-K and, when filed, its 2001 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the combined financial statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates.

## 2. Liabilities Subject to Compromise

As a result of the Filing, Grace's balance sheet as of January 31, 2002 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, liabilities "subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities, since the Filing Date, are for: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-Filing Date liability balances for the periods presented.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period .......... | $  2,322.7 | $  2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order ..... | -- | (5.6) |
| Trade accounts payable order ..... | -- | (8.4) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs .................................. | (5.3) | (73.5) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ........ | 1.2 | 22.1 |
| Current period employment-related accruals ...................... | 1.0 | 10.4 |
| Environmental accrual ................ | -- | 5.8 |
| Interest on income tax contingencies ......................... | -- | 7.7 |
| Balance sheet reclassifications ....... | -- | (4.9) |
| Balance, end of period ................... | $  2,319.6 | $  2,319.6 |

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Pre-Filing Date Liabilities Allowable Under Court Orders ... | $      8.2 | $      8.2 |
| Pre-Filing Date Liabilities Subject to Compromise.................. | $  2,311.4 | $  2,311.4 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | January 31, 2002 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.3; (Filing Date – $0.7).... | $    114.2 | $      32.3 |
| Other receivables, less allowance of $1.9; (Filing Date – $2.1).... | 11.3 | 11.5 |
| | $    125.5 | $      43.8 |
| **Inventories** | | |
| Raw materials ............................ | $      19.9 | $      20.3 |
| In process ................................... | 21.2 | 16.2 |
| Finished products ...................... | 64.3 | 63.8 |
| General merchandise .................. | 10.5 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ........................... | (25.9) | (29.3) |
| | $      90.0 | $      80.6 |
| **Other Assets** | | |
| Prepaid Pension Costs ................. | $    239.7 | $    227.9 |
| Deferred charges ........................ | 32.0 | 40.4 |
| Long-term receivables................. | 2.4 | 1.9 |
| Long-term investments ............... | 2.1 | 2.1 |
| Patents, licenses and other intangible assets ..................... | 47.8 | 36.2 |
| | $    324.0 | $    308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............... | $      25.1 | $      -- |
| Accrued commissions ................. | 5.2 | -- |
| Customer programs ................... | 12.4 | -- |
| Accrued utilities ........................ | 2.1 | -- |
| Accrued freight .......................... | 2.5 | -- |
| Other accrued liabilities ............. | 11.9 | -- |
| | $      59.2 | $      -- |
| **Other Liabilities** | | |
| Deferred royalty income— nonfiling entities ..................... | $      22.2 | $      31.8 |
| Pension related ......................... | 202.9 | -- |
| Other liabilities ......................... | 2.6 | -- |
| | $    227.7 | $      31.8 |

| (Dollars in millions) | January 31, 2002 | Filing Date |
|---|---|---|
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits ..... | $ 167.9 | $ 185.4 |
| Environmental remediation ........ | 151.6 | 164.8 |
| Retained obligations of divested businesses ................................ | 80.6 | 75.5 |
| Pension Obligation ...................... | 75.1 | 70.8 |
| Deferred compensation ............... | 6.5 | 8.2 |
| Accrued compensation ................ | -- | 13.5 |
| Self insurance reserve ................. | 28.1 | 11.8 |
| Other accrued liabilities .............. | 31.8 | 68.6 |
| | $ 541.6 | $ 598.6 |

## 4.  Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,291.6 million and a net cash surrender value of $75.7 million at January 31, 2002.  The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years.  The following table summarizes the net cash value at January 31, 2002 and Filing Date:

| Components of Net Cash Value | January 31, 2002 | Filing Date |
|---|---|---|
| Gross cash value........................... | $ 480.2 | $ 453.7 |
| Principal – policy loans................. | (377.3) | (390.3) |
| Accrued interest – policy loans ... | (27.2) | 0.7 |
| Net cash value ............................. | $ 75.7 | $ 64.1 |
| Insurance benefits in force........... | $ 2,291.6 | $ 2,286.0 |

Policy loans bore interest at an average annualized rate of 9.2% through January 31, 2002, compared to an average of 9.9% for the year ended December 31, 2001.  Policy assets are invested primarily in general accounts of the insurance carriers and earned returns at an average annualized rate of 8.9% through January 31, 2002 (calculated on a trailing twelve months basis), compared to an average of 8.7% for the year ended December 31, 2001.

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5.  Debt

On January 31, 2002, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | January 31, 2002 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| Other short-term borrowings ...... | $ -- | -- |
| | $ -- | $ -- |
| **Debt payable after one year** | | |
| DIP facility................................... | $ -- | $ -- |
| Other long-term borrowings........ | 1.6 | -- |
| | $ 1.6 | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings ......................... | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 ................. | -- | 5.7 |
| 7.75% Notes Due 2002 ............... | -- | 2.0 |
| Other borrowings ........................ | 1.3 | 1.2 |
| Accrued interest ......................... | 24.4 | 2.6 |
| | $ 525.7 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes.  Grace's liability with respect to these notes is included in other liabilities subject to compromise as of December 31, 2001.

# Bank Statements

# JPMorganChase

**Bank**

## Statement of Account

In US Dollar

Account No: 910-1-013572
Statement Start Date: 01 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: 000-USA-21
Statement No: 012

Page 1 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 4 | 189,212.21 |
| Total Debits (incl. checks) | 20 | 150,312.48 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (01 DEC 2001) | | Closing (31 DEC 2001) | |
|---|---|---|---|---|
| Ledger | 78,833.80 | Ledger | 117,733.53 |
| Collected | 78,833.80 | Collected | 117,733.53 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

### LEDGER BALANCES

| Date | Closing Balance |
|---|---|
| 03DEC | 117,965.0 |
| 04DEC | 104,653.8 |
| 05DEC | 96,287.2 |
| 06DEC | 87,009.2 |
| 07DEC | 77,960.4 |
| 10DEC | 118,611.7 |
| 11DEC | 111,927.5 |
| 12DEC | 102,466. |
| 13DEC | 96,696. |
| 14DEC | 90,900. |
| 17DEC | 82,692. |
| 18DEC | 75,372. |
| 19DEC | 68,418. |
| 20DEC | 59,971. |
| 21DEC | 117,421. |
| 24DEC | 113,095. |
| 26DEC | 102,979. |
| 27DEC | 97,409. |
| 28DEC | 94,022. |
| 31DEC | 117,733.5 |

### COLLECTED BALANCES

| Date | Closing Balance |
|---|---|
| 03DEC | 117,965.0 |
| 04DEC | 104,653.8 |
| 05DEC | 96,287.2 |
| 06DEC | 87,009.2 |
| 07DEC | 77,960.4 |
| 10DEC | 118,611.7 |
| 11DEC | 111,927.5 |

### CREDITS

| Ledger Date | Adj Ledger / Value Date | F | References | Credits | Description |
|---|---|---|---|---|---|
| 03DEC | 03DEC | USD | YOUR: TEBC OF 01/12/03<br>OUR: 1361300337JB | 46,166.20 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |
| 10DEC | 10DEC | USD | YOUR: TEBC OF 01/12/10<br>OUR: 0722500344JB | 47,039.57 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |
| 21DEC | | USD | YOUR: TEBC OF 01/12/21<br>OUR: 0567000355JB | 65,028.92 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |
| 31DEC | | USD | YOUR: TEBC OF 01/12/31<br>OUR: 1549800365JB | 30,977.52 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |

### DEBITS

| Ledger Date | Adj Ledger / Value Date | F | References | Debits | Description |
|---|---|---|---|---|---|
| 03DEC | 30NOV | USD | OUR: 0133700083WA | 7,034.94 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 11/30/01<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 04DEC | 03DEC | USD | OUR: 0133800086WA | 13,311.98 | GOVERNMENT ALLOTMENT /DEBIT<br>COVERING DRAFTS FOR WORK OF 12/03/01<br>W R GRACE & CO C/O CORPORATE |

**FT CODE:**

| | | |
|---|---|---|
| US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |
| USD - SAME DAY FUNDS | | |
| USN - NEXT DAY FUNDS | | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Bank

JPMorganChase    Statement of Account




W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: 000-USA-21
Statement No: 012
Page 2 of

| Date | Closing Balance |
|---|---|
| 12DEC | 102,466 |
| 13DEC | 96,680 |
| 14DEC | 90,900 |
| 17DEC | 82,692 |
| 18DEC | 75,378 |
| 19DEC | 68,416 |
| 20DEC | 59,97? |
| 21DEC | 117,42? |
| 24DEC | 113,095 |
| 26DEC | 102,979 |
| 27DEC | 97,40? |
| 28DEC | 94,02? |
| 31DEC | 117,733 |

## DEBITS CONTINUED

| Post Date | Value Date | Credit/Debit | Description | Reference |
|---|---|---|---|---|
| 05DEC | 04DEC | 8,365.33 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/04/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013390000089WA |
| 08DEC | 05DEC | 9,278.50 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/05/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013400000088WA |
| 07DEC | 06DEC | 9,048.82 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/06/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013410000088WA |
| 10DEC | 07DEC | 6,388.52 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/07/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013440000090WA |
| 11DEC | 10DEC | 6,683.95 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/10/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013450000089WA |
| 12DEC | 11DEC | 9,461.04 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/11/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013460000085WA |
| 13DEC | 12DEC | 5,770.32 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/12/01 W R GRACE & CO C/O CORPORATE | USD OUR: 013470000085WA |

chase

Statement of Account

Account No: 910-1-013572
Statement Start Date: 01 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: 000-USA-21
Statement No: 012
Page 3 of

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

## DEBITS CONTINUED

| Post Date | Ledger Date | Value Date | Description | Credit/Debit | References |
|---|---|---|---|---|---|
| 14DEC | 13DEC | 13DEC | USD OUR: 0134800086WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/13/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 5,795.94 | |
| 17DEC | 14DEC | 14DEC | USD OUR: 0135100082WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/14/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 8,207.59 | |
| 18DEC | 17DEC | 17DEC | USD OUR: 0135200090WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/17/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 7,320.62 | |
| 19DEC | 18DEC | 18DEC | USD OUR: 0135300086WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/18/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 6,953.17 | |
| 20DEC | 19DEC | 19DEC | USD OUR: 0135400084WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/19/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 8,447.77 | |
| 21DEC | 20DEC | 20DEC | USD OUR: 0135500083WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/20/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 7,578.14 | |
| 24DEC | 21DEC | 21DEC | USD OUR: 0135800084WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/21/01 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 4,326.71 | |
| 26DEC | 24DEC | 24DEC | USD OUR: 0136000083WA GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 10,115.33 | |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA    MD    21044-4098

Account No: 910-1-013572
Statement Start Date: 01 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: 000-USA-21
Statement No: 012

Page  4  of  (

In US Dollar

| Post Date | Value Date | Ref/Trans | Debits/Checks | Description | Credits/Balance |
|-----------|-----------|-----------|---------------|-------------|-----------------|

**DEBITS CONTINUED**

| Post Date | Value Date | Ref/Trans | Debits/Checks | Description |
|-----------|-----------|-----------|---------------|-------------|
| 27DEC | 26DEC | USD OUR: 013610000B7WA | 5,569.86 | 002-2-416598 FOR WORK OF 12/24/01<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 28DEC | 27DEC | USD OUR: 013620000B9WA | 3,387.48 | 002-2-416598 FOR WORK OF 12/26/01<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 31DEC | 28DEC | USD OUR: 013650000090WA | 7,266.47 | 002-2-416598 FOR WORK OF 12/27/01<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 12/28/01<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |

**CHECKS**

*No Activity*

JPMorganChase

PMorgan Chase Bank

Overnight Investment Statement

IN US DOLLARS

**JPMorgan Chase**
ALL BALANCES IN THIS STATEMENT ARE BASED ON
THE CLOSING COLLECTED BALANCES IN YOUR DEMAND
DEPOSIT ACCOUNT.

D*0040954ID3N04001*
W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

FOR INQUIRIES ON YOUR STATEMENT, PLEASE CALL (718)242-0166 OR CONTACT YOUR RELATIONSHIP MANAGER.

# JPMorganChase

## PMorgan Chase Bank
### Overnight Investment Statement

IN US DOLLARS
AIP

JRRENT PERIOD ACTIVITY

R GRACE & CO
'O CORPORATE ACCOUNTING
'00 GRACE DRIVE
ILUMBIA MD 21044-4098

:COUNT NUMBER: 910-1-013572

INVESTMENT VEHICLE: JPMC NASSAU TIME DEPOSIT
TRIGGER:                          0.00
INITIAL INCREMENT:      999,999,999.00
SUBSEQUENT INCREMENTS:  999,999,999.00
CAP:                      1,000.00

PAGE NUMBER:          1 OF 2
MONTH OF:   DECEMBER, 2001

| BALANCE | BACKVALUE ADJUSTMENTS | ADJUSTED BALANCE | INVESTMENTS | | | | OVERDRAFTS | | | EARNINGS/ OVERDRAFT RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | INVESTMENT AMOUNT | ADJUSTED INVESTMENT AMOUNT | INVESTMENT INTEREST | ADJUSTED INVESTMENT INTEREST | OVERDRAFT INTEREST | ADJUSTED OVERDRAFT INTEREST | | |
| 78,833.80 | 7,034.94- | 71,798.86 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 78,833.80 | 7,034.94- | 71,798.86 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 117,965.06 | 13,311.98- | 104,653.08 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 104,653.08 | 8,365.33- | 96,287.75 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 96,287.75 | 9,278.50- | 87,009.25 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 87,009.25 | 9,048.82- | 77,960.43 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 77,960.43 | 6,388.52- | 71,571.91 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 77,960.43 | 6,388.52- | 71,571.91 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 118,611.48 | 6,683.95- | 111,927.53 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 111,927.53 | 9,461.04- | 102,466.49 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 102,466.49 | 5,770.32- | 96,696.17 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 96,696.17 | 5,795.94- | 90,900.23 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 90,900.23 | 8,207.59- | 82,692.64 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 90,900.23 | 8,207.59- | 82,692.64 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 82,692.64 | 7,320.62- | 75,372.02 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 75,372.02 | 6,953.17- | 68,418.85 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 68,418.85 | 8,447.77- | 59,971.08 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 59,971.08 | 7,578.14- | 52,392.94 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 117,421.86 | 4,326.71- | 113,095.15 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 117,421.86 | 4,326.71- | 113,095.15 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 117,421.86 | 4,326.71- | 113,095.15 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 113,095.15 | 10,115.33- | 102,979.82 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 113,095.15 | 10,115.33- | 102,979.82 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 102,979.82 | 5,569.86- | 97,409.96 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 97,409.96 | 5,387.48- | 94,022.48 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 94,022.48 | 7,266.47- | 86,756.01 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 94,022.48 | 7,266.47- | 86,756.01 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 94,022.48 | 7,266.47- | 86,756.01 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 117,733.53 | 0.00 | 117,733.53 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Morgan Chase Bank

## Overnight Investment Statement

JP Morgan Chase

IN US DOLLARS
AIP

OR PERIOD ACTIVITY

GRACE & CO
CORPORATE ACCOUNTING
) GRACE DRIVE
MBIA MD 21044-4098

INVESTMENT VEHICLE: JPMC NASSAU TIME DEPOSIT
TRIGGER:                  0.00
INITIAL INCREMENT:  999,999,999.00
SUBSEQUENT INCREMENTS:  999,999,999.00
CAP:             1,000.00

PAGE NUMBER:           2 OF 2
MONTH OF:  DECEMBER, 2001

UNT NUMBER: 910-1-015572

| BALANCE | BACKVALUE ADJUSTMENTS | ADJUSTED BALANCE | INVESTMENT AMOUNT | ADJUSTED INVESTMENT AMOUNT | INVESTMENT INTEREST | ADJUSTED INVESTMENT INTEREST | OVERDRAFT INTEREST | ADJUSTED OVERDRAFT INTEREST | EARNINGS/ OVERDRAFT RATE |
|---|---|---|---|---|---|---|---|---|---|
| 62,347.34 | 0.00 | 62,347.34 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 112,835.69 | 0.00 | 112,835.69 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 112,835.69 | 0.00 | 112,835.69 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 112,835.69 | 0.00 | 112,835.69 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 103,881.71 | 0.00 | 103,881.71 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 94,901.78 | 0.00 | 94,901.78 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 83,960.55 | 0.00 | 83,960.55 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 74,640.52 | 0.00 | 74,640.52 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 74,825.33 | 0.00 | 74,825.33 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 74,825.33 | 0.00 | 74,825.33 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 74,825.33 | 0.00 | 74,825.33 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 61,961.68 | 0.00 | 61,961.68 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 52,778.63 | 0.00 | 52,778.63 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 106,954.81 | 0.00 | 106,954.81 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 100,911.62 | 0.00 | 100,911.62 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 100,911.62 | 0.00 | 100,911.62 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 100,911.62 | 0.00 | 100,911.62 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 89,617.12 | 0.00 | 89,617.12 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 80,735.96 | 0.00 | 80,735.96 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 71,556.84 | 0.00 | 71,556.84 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 71,556.84 | 0.00 | 71,556.84 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 59,444.64 | 0.00 | 59,444.64 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 59,444.64 | 0.00 | 59,444.64 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 59,444.64 | 0.00 | 59,444.64 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 105,761.82 | 0.00 | 105,761.82 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 98,596.14 | 0.00 | 98,596.14 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 88,602.90 | 0.00 | 88,602.90 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 78,833.80 | 0.00 | 78,833.80 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | |
| 78,798.86 | 7,034.94- | 71,798.86 | • | • | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# JPMorganChase

## Overnight Investment Statement

JPMorgan Chase Bank

PRIOR PERIOD BACKVALUE ADJUSTMENTS

IN US DOLLARS
AIP

PAGE NUMBER:    1 OF 8
MONTH OF:    DECEMBER, 2001

W R GRACE & CO
O CORPORATE ACCOUNTING
00 GRACE DRIVE
LUMBIA MD 21044-4098

ACCOUNT NUMBER: 910-1-013572

| EFFECTIVE LEDGER DATE | FUNDS TYPE | VALUE DATE | LEDGER DATE | BACKVALUE AMOUNT | BANK REFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/30/2001 | SD | 11/30/2001 | 12/05/2001 | 7,034.94 DR | 013570008SWA | COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/30/ 01  W R GRACE & CO C/O CORPORATE   ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

TOTALS FOR EFFECTIVE LEDGER DATE 11/30 ****

CREDITS:    0    $0.00
DEBITS:    1    $7,034.94
NET:    1    $7,034.94-

## PMorgan Chase Bank

# JPMorganChase

## Overnight Investment Statement

IN US DOLLARS
AIP

R GRACE & CO
/O CORPORATE ACCOUNTING
500 GRACE DRIVE
OLUMBIA MD 21044-4098

CURRENT PERIOD BACKVALUE ADJUSTMENTS

CCOUNT NUMBER: 910-1-013572

| FFECTIVE GER DATE | FUNDS TYPE | VALUE DATE | LEDGER DATE | BACKVALUE AMOUNT | BANK REFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| /05/2001 | SD | 12/05/2001 | 12/04/2001 | 13,311.98 DR | 0133800086WA | COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/03/ 01  W R GRACE & CO C/O CORPORATE   ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

LS FOR EFFECTIVE LEDGER DATE 12/03 **** CREDITS: 0 $0.00
                                          DEBITS: 1 $13,311.98
                                             NET: 1 $13,311.98-

| /04/2001 | SD | 12/04/2001 | 12/05/2001 | 8,565.33 DR | 0133900089WA | COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/04/ 01  W R GRACE & CO C/O CORPORATE   ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

LS FOR EFFECTIVE LEDGER DATE 12/04 **** CREDITS: 0 $0.00
                                          DEBITS: 1 $8,565.33
                                             NET: 1 $8,565.33-

| /05/2001 | SD | 12/05/2001 | 12/06/2001 | 9,276.50 DR | 0134000088WA | COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/05/ 01  W R GRACE & CO C/O CORPORATE   ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

LS FOR EFFECTIVE LEDGER DATE 12/05 **** CREDITS: 0 $0.00
                                          DEBITS: 1 $9,276.50
                                             NET: 1 $9,276.50-

SAME-DAY AVAILABILITY   ND = NEXT-DAY AVAILABILITY   CR = CREDIT   DR = DEBIT

## JPMorganChase

# Morgan Chase Bank

## Overnight Investment Statement

IN US DOLLARS
AIP

PAGE NUMBER:    3 OF 8
MONTH OF:    DECEMBER, 2001

CURRENT PERIOD BACKVALUE ADJUSTMENTS

GRACE & CO
CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

ACCOUNT NUMBER: 910-1-013572

| EFFECTIVE LEDGER DATE | FUNDS TYPE | VALUE DATE | LEDGER DATE | BACKVALUE AMOUNT | BANK REFERENCE | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 12/06/2001 | SD | 12/06/2001 | 12/07/2001 | 9,048.82 DR | 035410000MA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 | 002-2-416598 FOR WORK OF 12/06/ ACCOUNTING 7500 GRACE DRIVE |
| **** FOR EFFECTIVE LEDGER DATE 12/06 **** | | | | | CREDITS: DEBITS: NET: | $0.00 $9,048.82 $9,048.82- | |
| 12/07/2001 | SD | 12/07/2001 | 12/10/2001 | 6,388.52 DR | 035440090MA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 | 002-2-416598 FOR WORK OF 12/07/ ACCOUNTING 7500 GRACE DRIVE |
| **** FOR EFFECTIVE LEDGER DATE 12/07 **** | | | | | CREDITS: DEBITS: NET: | $0.00 $6,388.52 $6,388.52- | |
| 12/10/2001 | SD | 12/10/2001 | 12/11/2001 | 6,683.95 DR | 035450009MA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 | 002-2-416598 FOR WORK OF 12/10/ ACCOUNTING 7500 GRACE DRIVE |
| **** FOR EFFECTIVE LEDGER DATE 12/10 **** | | | | | CREDITS: DEBITS: NET: | $0.00 $6,683.95 $6,683.95- | |

ONE-DAY AVAILABILITY    ND = NEXT-DAY AVAILABILITY    CR = CREDIT    DR = DEBIT

# Morgan Chase Bank

# JPMorganChase

## Overnight Investment Statement

IN US DOLLARS
AIP

PAGE NUMBER:     4 OF 8
MONTH OF:   DECEMBER, 2001

GRACE & CO
CORPORATE ACCOUNTING
GRACE DRIVE
UMBIA MD 21044-4098

OUNT NUMBER: 910-1-013572

CURRENT PERIOD BACKVALUE ADJUSTMENTS

| EFFECTIVE LEDGER DATE | FUNDS TYPE | VALUE DATE | LEDGER DATE | BACKVALUE AMOUNT | BANK REFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/2001 | SD | 12/11/2001 | 12/12/2001 | 9,461.04 DR | 013460085WA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 002-2-416598 FOR WORK OF 12/11/ ACCOUNTING 7500 GRACE DRIVE |

S FOR EFFECTIVE LEDGER DATE 12/11 **** CREDITS: 0 $0.00
DEBITS: 1 $9,461.04
NET: 1 $9,461.04-

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/2001 | SD | 12/12/2001 | 12/13/2001 | 5,770.32 DR | 013470085WA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 002-2-416598 FOR WORK OF 12/12/ ACCOUNTING 7500 GRACE DRIVE |

S FOR EFFECTIVE LEDGER DATE 12/12 **** CREDITS: 0 $0.00
DEBITS: 1 $5,770.32
NET: 1 $5,770.32-

| | | | | | | |
|---|---|---|---|---|---|---|
| 13/2001 | SD | 12/13/2001 | 12/14/2001 | 5,795.94 DR | 013480086WA | COVERING DRAFTS TO A/C NO. 01 W R GRACE & CO C/O CORPORATE COLUMBIA MD 21044-4098 002-2-416598 FOR WORK OF 12/13/ ACCOUNTING 7500 GRACE DRIVE |

S FOR EFFECTIVE LEDGER DATE 12/13 **** CREDITS: 0 $0.00
DEBITS: 1 $5,795.94
NET: 1 $5,795.94-

AME-DAY AVAILABILITY    ND = NEXT-DAY AVAILABILITY    CR = CREDIT    DR = DEBIT