| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0000209 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/25/2001 10/25/2001 | $1.0000 | $5,000,000.00 | 5,000,000.0000 | 51,345,543.7300 | | |
| 0000208 | 024 / 007 - 0000927 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/25/2001 10/25/2001 | $1.0000 | $8,400,000.00 | 8,400,000.0000 | 56,345,543.7300 | | |
| 0000207 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/24/2001 10/24/2001 | $1.0000 | $5,000,000.00 | 5,000,000.0000 | 47,945,543.7300 | | |
| 0000206 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/23/2001 10/23/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 52,945,543.7300 | | |
| 0000205 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/22/2001 10/22/2001 | $1.0000 | $4,800,000.00 | 4,800,000.0000 | 55,945,543.7300 | | |
| 0000204 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/19/2001 10/19/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 51,145,543.7300 | | |
| 0000203 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/18/2001 10/18/2001 | $1.0000 | $1,200,000.00 | 1,200,000.0000 | 50,145,543.7300 | | |
| 0000202 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/17/2001 10/17/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 51,345,543.7300 | | |
| 0000201 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/15/2001 10/15/2001 | $1.0000 | $5,800,000.00 | 5,800,000.0000 | 49,845,543.7300 | | |
| 0000200 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/11/2001 10/11/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 44,045,543.7300 | | |
| 0000199 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/05/2001 10/05/2001 | $1.0000 | $4,900,000.00 | 4,900,000.0000 | 46,045,543.7300 | | |
| 0000198 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/04/2001 10/04/2001 | $1.0000 | $3,100,000.00 | 3,100,000.0000 | 41,145,543.7300 | | |
| 0000197 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 10/02/2001 10/02/2001 | $1.0000 | $4,100,000.00 | 4,100,000.0000 | 44,245,543.7300 | | |
| 0000196 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 10/01/2001 10/01/2001 | $1.0000 | $800,000.00 | 800,000.0000 | 40,145,543.7300 | | |
| 0000195 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| DIV REINVEST | 09/30/2001 09/30/2001 | $1.0000 | $110,806.00 | 110,806.0000 | 40,945,543.7300 | | |
| 0000194 | 011 / 000 + 9999888 | | | | P.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 09/28/2001 09/28/2001 | $1.0000 | $6,000,000.00 | 6,000,000.0000 | 40,834,737.7300 | | |
| 0000193 | 001 / 001 + 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 09/27/2001 09/27/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 34,834,737.7300 | | |
| 0000192 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 09/25/2001 09/25/2001 | $1.0000 | $1,100,000.00 | 1,100,000.0000 | 36,834,737.7300 | | |
| 0000191 | 024 / 007 - 0000998 | | | | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 09/24/2001 09/24/2001 | $1.0000 | $5,200,000.00 | 5,200,000.0000 | 37,934,737.7300 | | |

| Ref | Description | Account | Time | | Reinvest | Trade Date | Settle Date | Price | Amount | Shares | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000190 | | 024 / 007 - 0000994 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 09/21/2001 | 09/21/2001 | $1.0000 | $2,900,000.00 | 2,900,000.0000 | 43,134,737.7300 |
| 0000189 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 09/20/2001 | 09/20/2001 | $1.0000 | $3,500,000.00 | 3,500,000.0000 | 40,234,737.7300 |
| 0000188 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 09/19/2001 | 09/19/2001 | $1.0000 | $3,500,000.00 | 3,500,000.0000 | 43,734,737.7300 |
| 0000187 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 09/17/2001 | 09/17/2001 | $1.0000 | $7,100,000.00 | 7,100,000.0000 | 40,234,737.7300 |
| 0000186 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 09/13/2001 | 09/13/2001 | $1.0000 | $5,000,000.00 | 5,000,000.0000 | 33,134,737.7300 |
| 0000185 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 09/07/2001 | 09/07/2001 | $1.0000 | $4,300,000.00 | 4,300,000.0000 | 38,134,737.7300 |
| 0000184 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 09/06/2001 | 09/06/2001 | $1.0000 | $2,400,000.00 | 2,400,000.0000 | 42,434,737.7300 |
| 0000183 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 09/04/2001 | 09/04/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 40,034,737.7300 |
| 0000182 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | DIV REINVEST | | | | | 08/31/2001 | 08/31/2001 | $1.0000 | $106,473.69 | 106,473.6900 | 39,034,737.7300 |
| 0000181 | | 011 / 000 + 9999888 | P.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/31/2001 | 08/31/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 38,928,264.0400 |
| 0000180 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/30/2001 | 08/30/2001 | $1.0000 | $1,100,000.00 | 1,100,000.0000 | 37,928,264.0400 |
| 0000179 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/29/2001 | 08/29/2001 | $1.0000 | $1,100,000.00 | 1,100,000.0000 | 36,828,264.0400 |
| 0000178 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/27/2001 | 08/27/2001 | $1.0000 | $3,300,000.00 | 3,300,000.0000 | 35,728,264.0400 |
| 0000177 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/24/2001 | 08/24/2001 | $1.0000 | $7,800,000.00 | 7,800,000.0000 | 32,428,264.0400 |
| 0000176 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 08/23/2001 | 08/23/2001 | $1.0000 | $2,800,000.00 | 2,800,000.0000 | 24,628,264.0400 |
| 0000175 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 08/22/2001 | 08/22/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 27,428,264.0400 |
| 0000174 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SAME DAY WIRE REDEMPTION | | | | | 08/21/2001 | 08/21/2001 | $1.0000 | $3,100,000.00 | 3,100,000.0000 | 29,428,264.0400 |
| 0000173 | | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/20/2001 | 08/20/2001 | $1.0000 | $2,200,000.00 | 2,200,000.0000 | 32,528,264.0400 |
| 0000172 | | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| | SHARES PURCHASED BY WIRE | | | | | 08/17/2001 | 08/17/2001 | $1.0000 | $1,800,000.00 | 1,800,000.0000 | 30,328,264.0400 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0000171 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/16/2001 08/16/2001 | $1.0000 | $5,200,000.00 | 5,200,000.0000 | 28,528,264.0400 | | |
| 0000170 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 08/15/2001 08/15/2001 | $1.0000 | $8,000,000.00 | 8,000,000.0000 | 33,728,264.0400 | | |
| 0000169 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/14/2001 08/14/2001 | $1.0000 | $600,000.00 | 600,000.0000 | 25,728,264.0400 | | |
| 0000168 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 08/13/2001 08/13/2001 | $1.0000 | $1,700,000.00 | 1,700,000.0000 | 26,328,264.0400 | | |
| 0000167 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 08/10/2001 08/10/2001 | $1.0000 | $600,000.00 | 600,000.0000 | 24,628,264.0400 | | |
| 0000166 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/09/2001 08/09/2001 | $1.0000 | $12,700,000.00 | 12,700,000.0000 | 24,028,264.0400 | | |
| 0000165 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/08/2001 08/08/2001 | $1.0000 | $2,900,000.00 | 2,900,000.0000 | 36,728,264.0400 | | |
| 0000164 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/06/2001 08/06/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 39,628,264.0400 | | |
| 0000163 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 08/03/2001 08/03/2001 | $1.0000 | $1,200,000.00 | 1,200,000.0000 | 40,628,264.0400 | | |
| 0000162 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 08/02/2001 08/02/2001 | $1.0000 | $2,700,000.00 | 2,700,000.0000 | 39,428,264.0400 | | |
| 0000161 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 08/01/2001 08/01/2001 | $1.0000 | $6,800,000.00 | 6,800,000.0000 | 42,128,264.0400 | | |
| 0000160 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| DIV REINVEST | 07/31/2001 07/31/2001 | $1.0000 | $115,048.39 | 115,048.3900 | 35,328,264.0400 | | |
| 0000159 | | 011 / 000 + 9999888 | P.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/31/2001 07/31/2001 | $1.0000 | $700,000.00 | 700,000.0000 | 35,213,215.6500 | | |
| 0000158 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/30/2001 07/30/2001 | $1.0000 | $12,000,000.00 | 12,000,000.0000 | 34,513,215.6500 | | |
| 0000157 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/30/2001 07/30/2001 | $1.0000 | $2,600,000.00 | 2,600,000.0000 | 46,513,215.6500 | | |
| 0000156 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/27/2001 07/27/2001 | $1.0000 | $6,900,000.00 | 6,900,000.0000 | 43,913,215.6500 | | |
| 0000155 | | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/26/2001 07/26/2001 | $1.0000 | $1,800,000.00 | 1,800,000.0000 | 37,013,215.6500 | | |
| 0000154 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/25/2001 07/25/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 38,813,215.6500 | | |
| 0000153 | | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/24/2001 07/24/2001 | $1.0000 | $5,400,000.00 | 5,400,000.0000 | 39,813,215.6500 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000152 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/23/2001 07/23/2001 | $1.0000 | $1,800,000.00 | 1,800,000.0000 | 45,213,215.6500 | |
| 0000151 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/20/2001 07/20/2001 | $1.0000 | $3,100,000.00 | 3,100,000.0000 | 43,413,215.6500 | |
| 0000150 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/19/2001 07/19/2001 | $1.0000 | $5,300,000.00 | 5,300,000.0000 | 40,313,215.6500 | |
| 0000149 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/18/2001 07/18/2001 | $1.0000 | $2,500,000.00 | 2,500,000.0000 | 45,613,215.6500 | |
| 0000148 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/17/2001 07/17/2001 | $1.0000 | $3,800,000.00 | 3,800,000.0000 | 43,113,215.6500 | |
| 0000147 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/16/2001 07/16/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 39,313,215.6500 | |
| 0000146 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/13/2001 07/13/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 38,313,215.6500 | |
| 0000145 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/12/2001 07/12/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 35,313,215.6500 | |
| 0000144 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/10/2001 07/10/2001 | $1.0000 | $18,000,000.00 | 18,000,000.0000 | 38,313,215.6500 | |
| 0000143 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/09/2001 07/09/2001 | $1.0000 | $4,000,000.00 | 4,000,000.0000 | 20,313,215.6500 | |
| 0000142 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 07/05/2001 07/05/2001 | $1.0000 | $8,000,000.00 | 8,000,000.0000 | 16,313,215.6500 | |
| 0000141 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/03/2001 07/03/2001 | $1.0000 | $3,600,000.00 | 3,600,000.0000 | 24,313,215.6500 | |
| 0000140 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 07/02/2001 07/02/2001 | $1.0000 | $3,500,000.00 | 3,500,000.0000 | 20,713,215.6500 | |
| 0000139 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| DIV REINVEST | 06/30/2001 06/30/2001 | $1.0000 | $78,370.20 | 78,370.2000 | 17,213,215.6500 | |
| 0000138 | 011 / 000 + 9999888 | P.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 06/29/2001 06/29/2001 | $1.0000 | $1,600,000.00 | 1,600,000.0000 | 17,134,845.4500 | |
| 0000137 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 06/28/2001 06/28/2001 | $1.0000 | $6,000,000.00 | 6,000,000.0000 | 15,534,845.4500 | |
| 0000136 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SAME DAY WIRE REDEMPTION | 06/28/2001 06/28/2001 | $1.0000 | $8,000,000.00 | 8,000,000.0000 | 21,534,845.4500 | |
| 0000135 | 024 / 007 - 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 06/27/2001 06/27/2001 | $1.0000 | $2,200,000.00 | 2,200,000.0000 | 29,534,845.4500 | |
| 0000134 | 001 / 001 + 0000998 | A.M. | 00 | | | No |
| SHARES PURCHASED BY WIRE | 06/26/2001 06/26/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 27,334,845.4500 | |

| Transaction | Account | Time | | | Trade Date | Process Date | Price | Amount | Shares | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000133 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/25/2001 | 06/25/2001 | $1.0000 | $5,400,000.00 | 5,400,000.0000 | 25,334,845.4500 |
| 0000132 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 06/22/2001 | 06/22/2001 | $1.0000 | $8,600,000.00 | 8,600,000.0000 | 19,934,845.4500 |
| 0000131 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 06/21/2001 | 06/21/2001 | $1.0000 | $3,800,000.00 | 3,800,000.0000 | 28,534,845.4500 |
| 0000130 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/19/2001 | 06/19/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 32,334,845.4500 |
| 0000129 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/18/2001 | 06/18/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 30,834,845.4500 |
| 0000128 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/15/2001 | 06/15/2001 | $1.0000 | $1,800,000.00 | 1,800,000.0000 | 29,334,845.4500 |
| 0000127 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 06/14/2001 | 06/14/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 27,534,845.4500 |
| 0000126 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/12/2001 | 06/12/2001 | $1.0000 | $5,200,000.00 | 5,200,000.0000 | 28,534,845.4500 |
| 0000125 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 06/11/2001 | 06/11/2001 | $1.0000 | $750,000.00 | 750,000.0000 | 23,334,845.4500 |
| 0000124 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/08/2001 | 06/08/2001 | $1.0000 | $9,200,000.00 | 9,200,000.0000 | 24,084,845.4500 |
| 0000123 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 06/07/2001 | 06/07/2001 | $1.0000 | $2,300,000.00 | 2,300,000.0000 | 14,884,845.4500 |
| 0000122 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/06/2001 | 06/06/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 17,184,845.4500 |
| 0000121 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/05/2001 | 06/05/2001 | $1.0000 | $1,200,000.00 | 1,200,000.0000 | 15,684,845.4500 |
| 0000120 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/04/2001 | 06/04/2001 | $1.0000 | $825,000.00 | 825,000.0000 | 14,484,845.4500 |
| 0000119 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| SHARES PURCHASED BY WIRE | | | | | 06/01/2001 | 06/01/2001 | $1.0000 | $2,500,000.00 | 2,500,000.0000 | 13,659,845.4500 |
| 0000118 | 001 / 001 + 0000998 | A.M. | 00 | No | | | | | | |
| DIV REINVEST | | | | | 05/31/2001 | 05/31/2001 | $1.0000 | $79,892.35 | 79,892.3500 | 11,159,845.4500 |
| 0000117 | 011 / 000 + 9999888 | P.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 05/31/2001 | 05/31/2001 | $1.0000 | $3,100,000.00 | 3,100,000.0000 | 11,079,953.1000 |
| 0000116 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 05/30/2001 | 05/30/2001 | $1.0000 | $2,750,000.00 | 2,750,000.0000 | 14,179,953.1000 |
| 0000115 | 024 / 007 - 0000998 | A.M. | 00 | No | | | | | | |
| SAME DAY WIRE REDEMPTION | | | | | 05/29/2001 | 05/29/2001 | $1.0000 | $6,300,000.00 | 6,300,000.0000 | 16,929,953.1000 |

REDEMPTION

| 0000114 | 024 / 007 - 0000998 | A.M. | 00 | No |
|---|---|---|---|---|
| SHARES PURCHASED BY WIRE | 05/25/2001 05/25/2001 $1.0000 | $3,300,000.00 | 3,300,000.0000 | 23,229,953.1000 |
| 0000113 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/24/2001 05/24/2001 $1.0000 | $7,000,000.00 | 7,000,000.0000 | 19,929,953.1000 |
| 0000112 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/23/2001 05/23/2001 $1.0000 | $4,000,000.00 | 4,000,000.0000 | 26,929,953.1000 |
| 0000111 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/22/2001 05/22/2001 $1.0000 | $2,300,000.00 | 2,300,000.0000 | 30,929,953.1000 |
| 0000110 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 05/21/2001 05/21/2001 $1.0000 | $1,500,000.00 | 1,500,000.0000 | 33,229,953.1000 |
| 0000109 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/18/2001 05/18/2001 $1.0000 | $4,500,000.00 | 4,500,000.0000 | 31,729,953.1000 |
| 0000108 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/17/2001 05/17/2001 $1.0000 | $1,750,000.00 | 1,750,000.0000 | 36,229,953.1000 |
| 0000107 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 05/16/2001 05/16/2001 $1.0000 | $3,000,000.00 | 3,000,000.0000 | 37,979,953.1000 |
| 0000106 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 05/15/2001 05/15/2001 $1.0000 | $25,000,000.00 | 25,000,000.0000 | 34,979,953.1000 |
| 0000105 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/14/2001 05/14/2001 $1.0000 | $1,000,000.00 | 1,000,000.0000 | 9,979,953.1000 |
| 0000104 | 024 / 007 - 0000998 | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 05/11/2001 05/11/2001 $1.0000 | $5,800,000.00 | 5,800,000.0000 | 10,979,953.1000 |
| 0000103 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/10/2001 05/10/2001 $1.0000 | $6,000,000.00 | 6,000,000.0000 | 5,179,953.1000 |
| 0000102 | 024 / 007 - 0000994 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/09/2001 05/09/2001 $1.0000 | $2,000,000.00 | 2,000,000.0000 | 11,179,953.1000 |
| 0000101 | 024 / 007 - 0000994 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/09/2001 05/09/2001 $1.0000 | $4,000,000.00 | 4,000,000.0000 | 13,179,953.1000 |
| 0000100 | 024 / 007 - 0000994 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/08/2001 05/08/2001 $1.0000 | $3,000,000.00 | 3,000,000.0000 | 17,179,953.1000 |
| 0000099 | 024 / 007 - 0000948 | A.M. | 00 | No |
| SHARES PURCHASED BY WIRE | 05/07/2001 05/07/2001 $1.0000 | $700,000.00 | 700,000.0000 | 20,179,953.1000 |
| 0000098 | 001 / 001 + 0000998 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/04/2001 05/04/2001 $1.0000 | $2,000,000.00 | 2,000,000.0000 | 19,479,953.1000 |
| 0000097 | 024 / 007 - 0000994 | A.M. | 00 | No |
| SAME DAY WIRE REDEMPTION | 05/03/2001 05/03/2001 $1.0000 | $1,500,000.00 | 1,500,000.0000 | 21,479,953.1000 |
| 0000096 | 024 / 007 - 0000994 | A.M. | 00 | No |

SHARES PURCHASED

| Description | Date | Date | Price | Amount | Shares | Balance |
|---|---|---|---|---|---|---|
| SHARES PURCHASED BY WIRE | 05/02/2001 | 05/02/2001 | $1.0000 | $21,000,000.00 | 21,000,000.0000 | 22,979,953.1000 |
| 0000095 | 001 / 001 + 0000998 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 05/01/2001 | 05/01/2001 | $1.0000 | $8,000,000.00 | 8,000,000.0000 | 1,979,953.1000 |
| 0000094 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| DIV REINVEST | 04/30/2001 | 04/30/2001 | $1.0000 | $29,354.11 | 29,354.1100 | 9,979,953.1000 |
| 0000093 | 011 / 000 + 9999888 | P.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/27/2001 | 04/27/2001 | $1.0000 | $6,500,000.00 | 6,500,000.0000 | 9,950,598.9900 |
| 0000092 | 024 / 007 - 0000948 | A.M. | | 00 | | No |
| SHARES PURCHASED BY WIRE | 04/26/2001 | 04/26/2001 | $1.0000 | $16,000,000.00 | 16,000,000.0000 | 16,450,598.9900 |
| 0000091 | 001 / 001 + 0007000 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/25/2001 | 04/25/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 450,598.9900 |
| 0000090 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/24/2001 | 04/24/2001 | $1.0000 | $3,000,000.00 | 3,000,000.0000 | 3,450,598.9900 |
| 0000089 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SHARES PURCHASED BY WIRE | 04/24/2001 | 04/24/2001 | $1.0000 | $2,800,000.00 | 2,800,000.0000 | 6,450,598.9900 |
| 0000088 | 001 / 001 + 0000998 | A.M. | | 00 | | No |
| SHARES PURCHASED BY WIRE | 04/23/2001 | 04/23/2001 | $1.0000 | $1,000,000.00 | 1,000,000.0000 | 3,650,598.9900 |
| 0000087 | 001 / 001 + 0000998 | A.M. | | 00 | | No |
| SHARES PURCHASED BY WIRE | 04/20/2001 | 04/20/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 2,650,598.9900 |
| 0000086 | 001 / 001 + 0000998 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/17/2001 | 04/17/2001 | $1.0000 | $2,000,000.00 | 2,000,000.0000 | 650,598.9900 |
| 0000085 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/16/2001 | 04/16/2001 | $1.0000 | $1,120,000.00 | 1,120,000.0000 | 2,650,598.9900 |
| 0000084 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/12/2001 | 04/12/2001 | $1.0000 | $4,500,000.00 | 4,500,000.0000 | 3,770,598.9900 |
| 0000083 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/11/2001 | 04/11/2001 | $1.0000 | $1,700,000.00 | 1,700,000.0000 | 8,270,598.9900 |
| 0000082 | 024 / 007 - 0000994 | A.M. | | 00 | | No |
| SAME DAY WIRE REDEMPTION | 04/10/2001 | 04/10/2001 | $1.0000 | $1,500,000.00 | 1,500,000.0000 | 9,970,598.9900 |
| 0000081 | 024 / 007 - 0000994 | A.M. | | 00 | | No |

Retrieve More History Records

[ Return To Search Results | Return to Shareholder Account Information ]
[ Disclaimer | Help | Contact Vision Support ]
Copyright© 2002 DST Systems, Inc. All Rights Reserved.

JPMorgan Chase Bank

# J.P. Morgan Chase

## Statement of Account

In US Dollar

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

|  |  |
|---|---|
| Account No: | 323-223141 |
| Statement Start Date: | 01 DEC 2001 |
| Statement End Date: | 31 DEC 2001 |
| Statement Code: | 000-USA-22 |
| Statement No: | 009 |

Page 1 of 1

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (01 DEC 2001) | Closing (31 DEC 2001) |
|---|---|---|
| Ledger | 716,893.56 | .00 Ledger |
| Ledger | 716,893.56 | |
| | 0.00 | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

| Closing Balances | Date |
|---|---|
| LEDGER BALANCES | 0.00 |
| 19DEC | |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | Reference | Credit Debit | Description |
|---|---|---|---|---|---|
| 19DEC | | | USD  YOUR: NC99871094I2190101<br>OUR: 0135300659IN | 716,893.56 | NASSAU DEPOSIT TAKEN<br>B/O: WR GRACE & COMPANY<br>380 MADISON AVE, 9TH FLOOR<br>REF: TO REPAY YOUR DEPOSIT FR 01111<br>9 TO 011219 RATE 1.9000 |

### DEBITS

| | | | | | |
|---|---|---|---|---|---|
| 19DEC | | | USD  YOUR: ND05746887I2190101<br>OUR: 0135501001IN | 716,893.56 | NASSAU DEPOSIT TAKEN<br>A/C: WR GRACE & COMPANY<br>380 MADISON AVE, 9TH FLOOR<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>11219 TO 020122 RATE 1.7500 |

### CHECKS

No Activity

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS<br>USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT<br>US2 - TWO DAY FLOAT |
| US3 - THREE DAY FLOAT<br>US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT<br>USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY/MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

01      2090002554779   036   130          0    53          50,817

W R GRACE & CO - DALEEN ACCT
ATTN: W B MCGOWAN                    CB
7500 GRACE DRIVE
COLUMBIA MD 210444098

# Commercial Money Market Investment

12/01/2001 thru 12/31/2001

Account number:        2090002554779
Account holder(s):     W R GRACE & CO - DALEEN ACCT
                       ATTN: W B MCGOWAN

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 12/01 | $63,039.90 |
| Interest paid | 66.42 + |
| Closing balance 12/31 | $63,106.32 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 31 | 66.42 | INTEREST FROM 12/01/2001 THROUGH 12/31/2001 |
| Total | $66.42 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 1.25% |
| Interest earned this statement period | $66.42 |
| Interest paid this statement period | $66.42 |
| Interest paid this year | $1,002.29 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 12/31 | 63,106.32 | | | | |

Commercial Jumbo Money Market Investment

| 01 | 2090003135045 | 036 | 130 | 0 | 50 | 57,377 | —— | —— |

<pre>
||.||..||.|.||.||..||.||..||.||..||..||.||.||.|
W.R. GRACE & CO.-SBA ACCT
5400 BROKEN SOUND BLVD NW #BX-5050          CB
BOCA RATON FL  33487-3511
</pre>

# Commercial Jumbo Money Market Investment          12/01/2001 thru 12/31/2001

Account number:        2090003135045
Account holder(s):     W.R. GRACE & CO.-SBA ACCT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 12/01 | $165,695.63 |
| Interest paid | 271.82 + |
| **Closing balance 12/31** | **$165,967.45** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/31 | 271.82 | INTEREST FROM 12/01/2001 THROUGH 12/31/2001 |
| **Total** | **$271.82** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 1.95% |
| Interest earned this statement period | $271.82 |
| Interest paid this statement period | $271.82 |
| Interest paid this year | $5,828.51 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 12/31 | 165,967.45 | | | | |

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:               016-001257
Statement Start Date:     01 DEC 2001
Statement End Date:       14 DEC 2001
Statement Code:           S00-USA-22
Statement No:             023

Page 1 of 14

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 31 | 57,063,597.66 |
| Total Debits (incl. checks) | 48 | 56,962,066.67 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 DEC 2001) | Closing (14 DEC 2001) |
|---|---|
| Ledger | Ledger |
| 542,489.28 | 644,020.27 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## Closing Balances

| Date | Amount |
|---|---|
| | LEDGER BALANCES |
| 03DEC | 542,305.84 |
| 04DEC | 480,403.39 |
| 05DEC | 629,540.19 |
| 06DEC | 415,317.94 |
| 07DEC | 442,902.77 |
| 10DEC | 562,808.83 |
| 11DEC | 384,953.76 |
| 12DEC | 449,574.44 |
| 13DEC | 456,980.52 |
| 14DEC | 644,020.27 |

## CREDITS

| Ledger Date | Value Date | Ref | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 03DEC | | | USD YOUR: 31Y983098633T DUR: 33710009842A | 1,194.87 | NET AIP INTEREST EARNED CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. |
| 03DEC | | | USD YOUR: 0/B BKAM IL CGO DUR: 0324303337FF | 3,363,547.08 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W R GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000I6001257 RFB=0/B BKAM IL CGO OBI=HDWT BBI=/TIME/12:54 IMAD: 1203GIFOY2C00071B |
| 03DEC | | | USD YOUR: 0/B WACHOVIA WIN DUR: 0302614337FF | 4,097,218.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 COLUMBIA MD 21044 B/O: W R GRACE & CO REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=0/B WACHOVIA WIN BBI=/TIME/12:30 IMAD: 1203EAQFI1A001295 |
| 04DEC | | | USD OUR: 0031010114XF | 1,041.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 0003238B1963 |

FT CODE:

| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THIS ACCOUNT UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

CHASE
Statement of Account

In US Dollars

Account No:            016-001257
Statement Start Date:  01 DEC 2001
Statement End Date:    14 DEC 2001
Statement Code:        S00-USA-22
Statement No:          023
Page 2 of 1

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Post Date | Value Date | F | Reference | Credit/Debit | Description | Date | Closing Balance |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 04DEC | | | | | | | |
|---|---|---|---|---|---|---|---|

**04DEC   USD YOUR: O/B FIRST UNION**
**OUR: 015660733BFF**
546,399.46 FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B FIRST UNION
BBI=/TIME/12:34
IMAD: 1204F3QCAA1C000900

**04DEC   USD YOUR: O/B WACHOVIA WIN**
**OUR: 008650733BFF**
2,217,851.30 FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/10:55

**04DEC   USD YOUR: O/B BKAM IL CGO**
**OUR: 007800933BFF**
3,948,037.41 FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B BKAM IL CGO
OBI=HQWT BBI=/TIME/10:38
IMAD: 1204G1QFGY2C000278

**05DEC   USD YOUR: PEG OF 01/12/05**
**OUR: 0944000339II**
192,099.29 BOOK TRANSFER CREDIT
B/O: CB FUNDS TRANS PREVIOUS DAY
TAMPA FL 33610-
REF: RETURNING OUR DEBIT FROM YOURS
ELVE S DTD 03DEC01 192,099.29 BOFA
NYC AS PER YR REQUEST/BNF/OUR REF.J
PM3577-09NOV01 CHASEREF 3962800339F
C

**05DEC   USD YOUR: O/B WACHOVIA WIN**
**OUR: 017700733BFF**
795,967.60 FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

JP Morgan Chase

Statement of Account

In US Dollars

Account No:                016-001257
Statement Start Date:      01 DEC 2001
Statement End Date:        14 DEC 2001
Statement Code:            S00-USA-22
Statement No:              023

Page 3 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Post Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 05DEC | 05DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0141501339FF | 3,539,042.22 | ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN BBI=/016001257:/123:43 IMAD: 1205EAQFT11A000977 FEDWIRE CREDIT VIA:BANK OF AMERICA CHICAGO /071000039 B/O:W R GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:56 IMAD: 1205GIQFGY2C00527 | | |
| 05DEC | 05DEC | | USD YOUR: MAESTRO OUR: 0038107339FF | 10,000,000.00 | FEDWIRE CREDIT VIA:STATE STREET BANK & TRUST COMP /011000028 B/O:W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=MAESTRO OBI=FUND -318-P-1-51-ML PREMIER FUND BBI=/T IMAD: 1205AIQ002CC000021 | | |
| 06DEC | 06DEC | | USD YOUR: O/B WACHOVIA WIN OUR: 0112313340FF | 611,492.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O:W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN OBI=/TIME/11:12 BBI=/016001257: IMAD: 1206EAQFT11A000711 | | |
| 06DEC | 06DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0108101340FF | 1,405,467.82 | FEDWIRE CREDIT VIA:BANK OF AMERICA CHICAGO /071000039 B/O:W.R. GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:59 IMAD: 1206GIQFGY2C00542 | | |

Chase   **Statement of Account**

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023
Page 4 of 14

In US Dollar

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Posting Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 06DEC | 06DEC | USD YOUR: MAESTRO OUR: 0326214340FF | 2,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160012570 RFB=MAESTRO OBI=FUND<br>/318-P I-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 1206LAQ002ICO01180 |
| 07DEC | 07DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0119209341FF | 168,725.42 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160012570 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11.10<br>IMAD: 1207EAQFTIIA000754 |
| 07DEC | 07DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0108408341FF | 823,233.10 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160012570 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11.10<br>IMAD: 1207EAQFTIIA000755 |
| 07DEC | 07DEC | USD YOUR: O/B BKAM IL CGO OUR: 0095714341FF | 1,231,979.78 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000160012570 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:52<br>IMAD: 1207G1QFG6Y2C000356 |
| 10DEC | 10DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0155909344FF | 1,550,057.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO |

JPMorganChase

Bank

Statement of Account

In US Dollar

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023

Page 5 of 14

| Ledger Date | Value Date | Reference | Credit/Debit | Description | Closing Balance |
|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| 10DEC | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0126509344FF | 2,310,545.61 | COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:24<br>IMAD: 1210EAQFTI1A000859<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160012 57 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:44<br>IMAD: 1210G1QFGY2C000379 | |
| 10DEC | | USD YOUR: MAESTRO<br>OUR: 0390514344FF | 4,900,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7 RFB=MAESTRO OBI=FUND<br>-318-P 1-S I ML PREMIER FUND BBI=/T<br>IMAD: 1210A1Q002IC001342 | |
| 11DEC | | USD YOUR: O/B FIRST UNION<br>OUR: 0126214345FF | 354,642.49 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7 RFB=O/B FIRST UNION<br>BBI=/TIME/11:59<br>IMAD: 1211F3QCAA1C000714 | |
| 11DEC | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0140314345FF | 1,100,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7 RFB=O/B WACHOVIA WIN | |

J.P. Morgan Chase    Statement of Account

In US Dollars

016-001257
01 DEC 2001
14 DEC 2001
S00-USA-22
023
Page  6  of  14

| | Account No: | 016-001257 |
| | Statement Start Date: | 01 DEC 2001 |
| | Statement End Date: | 14 DEC 2001 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 023 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT.MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

## CREDITS CONTINUED

**11DEC**  USD YOUR: O/B BKAM IL CGO  OUR: 0096413345FF

2,057,745.76
```
BBI=/TIME/12:17
IMAD: 1211EAQFTI1A000877
FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:08
IMAD: 1211G1QFGY2C003319
```

**12DEC**  USD YOUR: O/B WACHOVIA WIN  OUR: 0131213346FF

185,595.31
```
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & COMPANY
BOCA RATON FL 33486-1010
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:42
IMAD: 1212EAQFTI1A000755
```

**12DEC**  USD YOUR: O/B WACHOVIA WIN  OUR: 0130414346FF

1,172,007.66
```
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:43
IMAD: 1212EAQFTI1A000764
```

**12DEC**  USD YOUR: O/B BKAM IL CGO  OUR: 0102001346FF

1,553,280.19
```
FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:07
IMAD: 1212G1QFGY2C003378
```

**13DEC**  USD YOUR: O/B WACHOVIA WIN  OUR: 0187801347FF

990,834.44
```
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
```

JPMorgan Bank

JPMorganChase  Statement of Account

In US Dollar:

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023

Page 7 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Value Date | Ref. | F | Reference | Credit/Debit | Description | Ending Balance Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Value Date | | | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 13DEC | | USD | YOUR: O/B BKAM IL CGO OUR: 0192114347FF | 1,765,468.77 | /053100494 B/O:W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:27 IMAD: 1213EAQFT11A001030 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:39 IMAD: 1213G1GFGY2C000838 |
| 13DEC | | USD | YOUR: MAESTRO OUR: 0369301347FF | 2,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1213A1Q002GC001327 |
| 14DEC | | USD | YOUR: O/B WACHOVIA WIN OUR: 0137509348FF | 713,876.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O:W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:34 IMAD: 1214EAQFT11A000882 |
| 14DEC | | USD | YOUR: O/B BKAM IL CGO OUR: 0121608348FF | 1,166,248.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A |

JPMorganChase

Statement of Account

In US Dollars
016-001257
01 DEC 2001
14 DEC 2001
S00-USA-22
023
Page 8 of 14

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

03DEC USD OUR: 0033870118XF
260.00 AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238B1963

## DEBITS

03DEC

03DEC USD YOUR: HOWT-CHASE
OUR: 1361300337JB
46,166.20 BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098
REF: HOWT

03DEC USD YOUR: SEE WIRE
OUR: 1361200337JB
99,104.09 BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN CUHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

03DEC USD YOUR: SEE WIRE
OUR: 1491000337JB
116,613.10 FEDWIRE DEBIT
VIA: FW121000358
/121000358
A/C: BANK AMERICA BUSINESS CREDIT,
SONIA ROSADO PHONE 212-505-7835
REF: MONTHLY SERVICE FEES FOR NOV 2
001/TIME/17.21
IMAD: 1203B1Q6C05C005657

03DEC USD YOUR: HOWT-FUCD
OUR: 1361400337JB
2,500,000.00 FEDWIRE DEBIT
VIA: FIRST UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16.31
IMAD: 1203B1Q6C07C005170

03DEC USD YOUR: SEE WIRE
OUR: 1361500337JB
4,700,000.00 FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
REF: MERRILL GROUP
IMAD: TRANSFER FUNDS/TIME/16:32
IMAD: 1203B1Q6C04C005323

04DEC USD YOUR: SEE WIRE
OUR: 1162900338JB
5,651.00 CHIPS DEBIT
VIA: CITIBANK
/0008

JPMorgan Bank

JPMorganChase    Statement of Account

In US Dollars

Account No:    016-001257
Statement Start Date:    01 DEC 2001
Statement End Date:    14 DEC 2001
Statement Code:    S00-USA-22
Statement No:    023

Page 9 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

| Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 04DEC | | USD | YOUR: SEE WIRE<br>OUR: 0220700338JB | 44,000.87 | A/C: BANCO DE OCCIDENTE<br>CALI, COLOMBIA<br>BEN: ALVARO BELTRAN FEGED<br>X<br>REF: MISC EXPENSES AUG-NOV 2001 734<br>20000,7370000,72140000,7350000<br>SSN: 0242114<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |

| 04DEC | | USD | YOUR: SEE WIRE<br>OUR: 1163000338JB | 76,787.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET<br>X<br>REF: GRACE DAVISON PMT OF INV 59461<br>/3.59392,59295,59435,59437,59438<br>SSN: 0242118 | | |

| 04DEC | | USD | YOUR: SEE WIRE<br>OUR: 0220400338JB | 748,786.77 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:23<br>IMAD: 1204B1QGC04C001448 | | |

| 04DEC | | USD | YOUR: SEE WIRE<br>OUR: 1163100338JB | 2,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:51<br>IMAD: 1204B1QGC04C004019 | | |

| 04DEC | | USD | YOUR: HOWT-FUCD<br>OUR: 1163200338JB | 3,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-5448/TIME/16:51 | | |

JPMorganChase    Bank    Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023
Page 10 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Post Date | Value Date | Reference | Credit/Debit Amount | Description |
|---|---|---|---|---|
| 05DEC | | USD OUR: 0032670114xF | 12,681.48 | IMAD: 1204B1QGC08C004597 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 |
| 05DEC | 05DEC | USD YOUR: SEE WIRE OUR: 0400300339JB | 29,630.16 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 05DEC | 05DEC | USD YOUR: SEE WIRE OUR: 0849000339JB | 1,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:01 IMAD: 1205B1QGC01C003492 |
| 05DEC | | USD YOUR: HOWT-FUCD OUR: 0847900339JB | 2,600,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:01 IMAD: 1205B1QGC03C003185 |
| 05DEC | | USD YOUR: SEE WIRE OUR: 0400500339JB | 10,035,666.67 | FEDWIRE DEBIT VIA: FW121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: /TIME/12:05 IMAD: 1205B1QGC08C002343 |
| 06DEC | | USD YOUR: SEE WIRE OUR: 1048800340JB | 38,794.45 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: BANK OF AMERICA - LONDON 37760564 BEN: GRACE COLLECTION INC. X REF: CORRECTION OF GCI USD ACCT 11/ 19 NETTING CYCLE REC'D ROYALTY 2X SSN: 0229126 |
| 06DEC | | USD YOUR: SEE WIRE OUR: 1047300340JB | 40,637.68 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- |

JPMorgan Bank

**JPMorganChase**    **Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023
Page 11 of 14

## DEBITS CONTINUED

| Value Date | Reference | Debit | Description |
|---|---|---|---|
| 06DEC | USD YOUR: SEE WIRE OUR: 0077100340JB | 51,749.94 | REF: UHC PAYMENTS<br>CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: BANK OF AMERICA - LONDON<br>37/60564<br>BEN: GRACE COLLECTION INC.<br>X<br>REF: PYMT OWED TO THE GCI USD ACCT<br>FOR THE 12/3/01 NETTING CYCLE.<br>SSN: 0141581 |
| 06DEC | USD YOUR: HOWT-FUCD OUR: 1048100340JB | 4,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:44<br>IMAD: 1206B1QGC03C003827 |
| 07DEC | USD OUR: 0032000114XF | 18.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003235881963 |
| 07DEC | USD YOUR: SEE WIRE OUR: 0299100341JB | 42,746.13 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 07DEC | USD YOUR: SEE WIRE OUR: 0299200341JB | 153,589.34 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY)<br>REF: WR GRACE WEEK ENDING 12/3/01 C<br>PD DAVISON<br>SSN: 0196077 |
| 07DEC | USD YOUR: HOWT-FUCD OUR: 1016500341JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:03<br>IMAD: 1207B1QGC01C004029 |

JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023

Page 12 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Value Date | F/X | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 07DEC | 07DEC | USD | YOUR: SEE WIRE<br>OUR: 1016400341JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN  MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:03<br>IMAD: 1207B1QGC05C003988 | | |
| 10DEC | | USD | OUR: 0031120114XF | 5,099.21 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0005238B1963 | | |
| 10DEC | | USD | YOUR: HOWT-CHASE<br>OUR: 0722500344CJB | 47,039.57 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 10DEC | | USD | YOUR: SEE WIRE<br>OUR: 0722400344JB | 76,781.50 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE  HABA EE 2X<br>BEN: AS SILMET<br>X<br>REF: GRACE DAVISON PMT OF INV 52446<br>5244B,59436,52447,59459/3,59458/3<br>SSN: 0234709 | | |
| 10DEC | | USD | YOUR: SEE WIRE<br>OUR: 0727700344JB | 101,870.34 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 10DEC | | USD | YOUR: SEE WIRE<br>OUR: 0722600344JB | 2,809,905.93 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/13:46<br>IMAD: 1210B1QGC04C002844 | | |
| 10DEC | | USD | YOUR: HOWT-FUCD<br>OUR: 1352800344JB | 5,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:08<br>IMAD: 1210B1QGC01C004620 | | |

JPMorgan Bank

CHASE JPMorganChase   Statement of Account

In US Dollar
016-001257
01 DEC 2001
14 DEC 2001
S00-USA-22
023
Page 13 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023

| Ledger Date | Value Date | | Reference | Credit/Debit | Description | Ledger Balances | Date |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 11DEC | | USD OUR: | 003111011 4XF | 10,278.77 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | | |
| 11DEC | | USD YOUR:<br>OUR: | SEE WIRE<br>1133900345JB | 77,052.44 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 11DEC | | USD YOUR:<br>OUR: | SEE WIRE<br>0490200345JB | 802,912.11 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/05200011 3<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:54<br>IMAD: 1211B1QGC04C00166B | | |
| 11DEC | | USD YOUR:<br>OUR: | HOWT-FUCD<br>1133800345JB | 2,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/05300021 9<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:45<br>IMAD: 1211B1QGC07C004068 | | |
| 12DEC | | USD OUR: | 003205011 4XF | 642.46 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | | |
| 12DEC | | USD YOUR:<br>OUR: | SEE WIRE<br>1066400346JB | 45,620.02 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 12DEC | | USD YOUR:<br>OUR: | HOWT-FUCD<br>1066500346JB | 2,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/05300021 9<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:44<br>IMAD: 1212B1QGC02C003597 | | |
| 13DEC | | USD OUR: | 003223011 4XF | 3,552.66 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | | |
| 13DEC | | USD YOUR:<br>OUR: | ACH OF 01/12/13<br>0020500347HP | 12,685.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>REF: | | |
| 13DEC | | USD YOUR:<br>OUR: | SEE WIRE<br>1283600347JB | 32,749.47 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |

Bank

Statement of Account

in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 DEC 2001
Statement End Date: 14 DEC 2001
Statement Code: S00-USA-22
Statement No: 023
Page 14 of 14

## DEBITS CONTINUED

| Value Date | F | Reference | Debit/Amount | Description |
|---|---|---|---|---|
| 13DEC | USD | YOUR: HOWT-FUCD OUR: 1283500347JB | 4,800,000.00 | FEDWIRE DEBIT VIA:FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:35 IMAD: 1213B1QGC01C004435 |
| 14DEC | USD | YOUR: SEE WIRE OUR: 0917900348JB | 4,559.89 | BOOK TRANSFER DEBIT A/C: FIRSTRAND BANK LTD JOHANNESBURG SOUTH AFRICA 2000 - BEN: /5342093337 MATEREX IMPORT + EXPORT REF: GRACE DAVISON PYMT OF INV IN00 0612 |
| 14DEC | USD | OUR: 0033510114XF | 7,983.15 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196? |
| 14DEC | USD | YOUR: SEE WIRE OUR: 0688300348JB | 69,408.22 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 14DEC | USD | YOUR: HOWT-FUCD OUR: 0918300348JB | 700,000.00 | FEDWIRE DEBIT VIA:FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:11 IMAD: 1214B1QGC07C004159 |
| 14DEC | USD | YOUR: FPRS DEPOSITORY OUR: 0688400348JB | 911,043.05 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 12/10/01 - 12/07/01 CPD/SALARI SSN: 0256353 |

## CHECKS

No Activity

The Chase Manhattan Bank

# CHASE

## Statement of Account

in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  15 DEC 2001
Statement End Date:    31 DEC 2001
Statement Code:        S00-USA-22
Statement No:          024
Page 1 of 20

| | | Credits |
|---|---|---|
| Total Credits | 41 | Debits |
| Total Debits (Incl. checks) | 75 | Checks |
| Total Checks Paid | 0 | |

211,158,974.42
211,318,886.25
0.00

**BALANCES**

| Opening (15 DEC 2001) | | Closing (31 DEC 2001) | |
|---|---|---|---|
| Ledger | 644,020.27 | Ledger | 484,108.44 |

Faxed copy (Original bound)

**DEBITS**

17DEC   USD YOUR: O/B FIRST UNION
        OUR: 0149907351FF                                      1,124,239.71
        FEDWIRE CREDIT
        VIA: FIRST UNION NATIONAL BK OF FLO
        /063000021
        B/O: W R GRACE AND CO CONN
        COLUMBIA, MD 21044-4098
        REF: CHASE NYC/CTR/BNF=W.R. GRACE A
        ND COMPANY COLUMBIA MD 21044-4098/A
        C-00001601257 RFB=O/B FIRST UNION
        BBI=/TIME/11:31
        IMAD: 1217F5QCAA1C001075

17DEC   USD YOUR: O/B WACHOVIA WIN
        OUR: 0138402351FF                                      2,435,828.58
        FEDWIRE CREDIT
        VIA: WACHOVIA BANK AND TRUST CO
        /053100494
        B/O: W R GRACE & CO
        COLUMBIA MD 21044
        REF: CHASE NYC/CTR/BNF=W.R. GRACE A
        ND COMPANY COLUMBIA MD 21044-4098/A
        C-00001601257 RFB=O/B WACHOVIA WIN
        BBI=/TIME/11:25
        IMAD: 1217EAQFTI1A000833

17DEC   USD YOUR: O/B BKAM IL CGO
        OUR: 0095802351FF                                      3,379,461.65
        FEDWIRE CREDIT
        VIA: BANK OF AMERICA CHICAGO
        /071000039
        B/O: W.R. GRACE & CO.
        CAMBRIDGE MA 02140
        REF: CHASE NYC/CTR/BNF=W.R. GRACE A
        ND COMPANY COLUMBIA MD 21044-4098/A
        C-00001601257 RFB=O/B BKAM IL CGO

**LEDGER BALANCES**

| | | |
|---|---|---|
| 17DEC | 491,455.33 |
| 18DEC | 563,892.90 |
| 19DEC | 585,184.01 |
| 20DEC | 461,304.37 |
| 21DEC | 540,680.99 |
| 24DEC | 428,369.55 |
| 26DEC | 478,330.96 |
| 27DEC | 497,402.88 |
| 28DEC | 511,381.31 |
| 31DEC | 484,108.44 |

FT CODE:   USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT         USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# CHASE

## Statement of Account
### in US Dollars

Account No: 016-001257
Statement Start Date: 15 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: S00-USA-22
Statement No: 024

Page 2 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

---

**17DEC**  USD YOUR: MAESTRO
OUR: 0092201351FF

**6,600,000.00** OBI=HOWT BBI=/TIME/10:43
IMAD: 1217G1QFGY2C000314
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-D0001601257 RFB=NAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/T

**18DEC**  USD OUR: 003I920114XF

**43,652.27** IMAD: 1217AIQ002GC000124
AUTOMATIC DOLLAR/FLOAT TRANSFER
FROM ACCOUNT D003238I1963

**18DEC**  USD YOUR: O/B BKAM IL CGO
OUR: 009011335ZFF

**2,437,427.36** FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
CAMBRIDGE MA 02140
B/O: W.R. GRACE & CO.
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-D0001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/10:57

**18DEC**  USD YOUR: O/B WACHOVIA WIN
OUR: 0108513355FF

**8,680,670.36** IMAD: 1218G1QFGY2C000325
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-D0001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:19

**18DEC**  USD YOUR: TEBC OF 01/12/18
OUR: 0668700352JB

**21,958,426.64** IMAD: 1218EAQFFI1A000699
BOOK TRANSFER CREDIT
B/O: W R GRACE & CO (DELAWARE)
CAMBRIDGE MA 02140-
REF: GRACE DELAWARE LOAN BACK TO CO
MN

**18DEC**  USD YOUR: MAESTRO
OUR: 005350835ZFF

**29,000,000.00** FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009

The Chase Manhattan Bank

# CHASE

## Statement of Account
in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: S00-USA-22
Statement No: 024

Page 3 of 20

| | | | |
|---|---|---|---|
| 19DEC | USD OUR: 0032180114XF | 4,011.42 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001C001257 RFB=MAESTRO DB1=FUND -318-P1-S1 ML PREMIER FUND BBI=/T IMAD: 1218AIQ002MC000058 AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 19DEC | USD YOUR: O/B FLEET NATL B OUR: 0404113353FF | 10,930.00 | FEDWIRE CREDIT VIA: FLEET BOSTON FINANCIAL /021202162 B/O: IBERO AMERICA TRAVEL CORP MORRISTOWN, NJ 07960 07960 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001C001257 RFB=O/B FLEET NATL B OBI=BO LUIS ALBERTO CORTES BBI=/TI IMAD: 1219BlQ8121C002195 |
| 19DEC | USD YOUR: O/B BANK ONE NA OUR: 0329814353FF | 59,117.90 | FEDWIRE CREDIT VIA: BANK ONE CHICAGO /071000013 B/O: GODWINS BOOKE AND DICKENSON TP CHICAGO IL USA REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001C001257 RFB=O/B BANK ONE NA BBI=/TIME/15:35 IMAD: 1219GIQH051C004231 |
| 19DEC | USD YOUR: TEBC OF 01/12/19 OUR: 0477700353JB | 277,827.99 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: REPAYMENT OF LOAN TO CONN |
| 19DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0139414353FF | 1,029,589.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001C001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:48 IMAD: 1219EAQFTI1A000818 |
| 19DEC | USD YOUR: O/B BKAM IL CGO OUR: 0118514353FF | 1,235,047.49 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 |

**CHASE**

# Statement of Account

## in US Dollars

Account No:                016-001257
Statement Start Date:      15 DEC 2001
Statement End Date:        31 DEC 2001
Statement Code:            S00-USA-22
Statement No:              024

Page  4  of  20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

---

19DEC  USD YOUR: TEBC OF 01/12/19
           OUR: 0478000353JB

B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=0/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:24
/MAD: 1219G1GFGY2C000387

21,183,767.74  BOOK TRANSFER CREDIT
B/O: W R GRACE & CO (DELAWARE)
CAMBRIDGE MA 02140-
REF: GRACE DELAWARE LOAN BACK TO CO
MN (PYMT FOR 9/30/01)

19DEC  USD YOUR: MAESTRO
           OUR: 0071413353FF

21,200,000.00  FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
COLUMBIA MD 21044-4009
B/O: W R GRACE & CO - CONN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/T
/MAD: 1219A1Q002CC000091

20DEC  USD OUR: 0034200114XF

20,248.89  AUTOMATIC DOLLAR/FLOAT TRANSFER
FROM ACCOUNT 00323581963

20DEC  USD YOUR: O/B WACHOVIA WIN
           OUR: 0222613354FF

1,200,514.00  FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
COLUMBIA MD 21044
B/O: W R GRACE & CO
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=0/B WACHOVIA WIN
BBI=/TIME/13:04
/MAD: 1220EAQFTILA001251

20DEC  USD YOUR: TEBC OF 01/12/20
           OUR: 1041000354JB

9,416,120.55  BOOK TRANSFER CREDIT
B/O: W R GRACE & CO (DELAWARE)
CAMBRIDGE MA 02140-
REF: GRACE DELAWARE EQUITY CONTRIBU
TION TO GRACE CONN (PYMT FOR 3/30/0
1)

20DEC  USD YOUR: MAESTRO
           OUR: 0065902354FF

19,100,000.00  FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN

# C CHASE

## Statement of Account

### in US Dollars

Account No: 016-001257
Statement Start Date: 15 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: S00-USA-22
Statement No: 024
Page 5 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

---

21DEC        USD OUR: 001603011 4XF
COLUMBIA MD 21044-4009
REF:CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=MAESTRO OBT=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/T
IMAD: 1220AIQ02DC000047

21DEC    70,276.06  AUTOMATIC DOLLAR/FLOAT TRANSFER
FROM ACCOUNT 00323135524

21DEC        USD YOUR: O/B WACHOVIA WIN     VIA: WACHOVIA BANK AND TRUST CO
             OUR: 0145001355FF              /053100494
COLUMBIA MD 21044
B/O: W R GRACE & CO

21DEC   988,977.00  FEDWIRE CREDIT
COLUMBIA MD 21044
REF:CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:42
IMAD: 1221EAQFTI1A000951

21DEC        USD YOUR: TEBC OF 01/12/21     BOOK TRANSFER CREDIT
             OUR: 0581200355JB              B/O: GRACE INTERNATIONAL HOLDINGS,I
CAMBRIDGE MA 02140-

21DEC  1,173,781.40  REF: TRANSFER FROM GIHI TO CONN CAU
D LOAN REPYMT TO GIHI)

21DEC        USD YOUR: O/B BKAM IL CGO      FEDWIRE CREDIT
             OUR: 0114613355FF              VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.

21DEC  3,025,217.30  CAMBRIDGE MA 02140
REF:CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B BKAM IL CGO
OBI=HDWT BBI=/TIME/11:02
IMAD: 1221G1QFGY2C000424

21DEC        USD YOUR: 60083541253700 01    CHIPS CREDIT
             OUR: 1207100355FC              VIA: BANK OF AMERICA N.A.
/0959
B/O: GRACE COLLECTION INC.

21DEC  9,686,713.30  REF: NBNF=W.R. GRACE AND COMPANY CO
LUMBIA MD 21044-4098/AC-00001600125
7 ORG=GRACE COLLECTION INC. OGB=BAN
X OF AMERICA N.A. CROYDON UNITED KI
NGDOM CR9 6BY
SSN: 0056613

Chase Manhattan Bank

## Statement of Account
### in US Dollars

Account No: 016-001257
Statement Start Date: 15 DEC 2001
Statement End Date: 31 DEC 2001
Statement Code: S00-USA-22
Statement No: 024

Page 6 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Date | | | |
|---|---|---|---|
| 24DEC | USD YOUR: O/B BKAM IL CGD OUR: 0087702358FF | 2,358,528.23 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGD OBI=HQWT BBI=/TIME/10:36 IMAD: 1224G1QFGY2C000287 |
| 24DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0115809358FF | 3,394,135.14 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:15 IMAD: 1226EAQFTI1A000774 |
| 24DEC | USD YOUR: MAESTRO OUR: 0055013458FF | 20,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND 318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 1224A1Q02CC000091 |
| 26DEC | USD YOUR: O/B BKAM IL CGD OUR: 0144509360FF | 2,366,588.08 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGD OBI=HQWT BBI=/TIME/11:48 IMAD: 1226G1QFGY2C000445 |
| 26DEC | USD YOUR: O/B WACHOVIA WIN OUR: 0155403360FF | 2,796,077.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO |