# SIGN-IN SHEET

CASE NAME: W. R. Grace

CASE NO.: 01-1139

COURTROOM NO.: 1

DATE: 2/25/02

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Philip Bentley | Kramer Levin | Equity Ctee |
| Gary Becker | " " | " " |
| Scott Baena | Bilzin Sumberg | PD Comm |
| Dan Speights | Speights & Runyan | PD Comm |
| Darrell Scott | Lukins & Annis | Barbanti/Pondito |
| Matthew Zaleski | Campbell + Levin | Asb. P.I. Comm. |
| Peter Lockwood | Caplin + Drysdale | " " |
| Martin Dies | Dies & Hile | Asb. PD Comm |
| Theodore Tacconelli | Ferry Joseph, & Pearce | " |
| David Rosenbloom | McDermott, Will + Emery | NMC + FMCH |
| Edmond George | Obermayer, Rebmann | Unofficial Committee of select Asbestos Claimants |
| Michael Lastowski | Duane Morris | Trade Committee |
| Jeff Waxman | Klett Rooney | Equity Committee |
| Ken Pasquale | Stroock & Stroock & Lavan | Unsecured Creditors Committee |

# SIGN-IN SHEET

CASE NAME: _____    COURTROOM NO.: _____

CASE NO.: _____    DATE: _____

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jordan Malz | Simpson Thacher + Bartlett | Travelers |
| Etta Wolfe | Richards Layton + Finger | ak |
| Laura Davis Jones | Pachulski, Stang, et al | Grace |
| Barbara Emerard | Cuttie and Emerard | Hartford |
| Bill Sullivan | Elzufon Austin | Zonolite Plaintiffs |
| Bill Corcoran | Grace | |
| Eawina R. Travers | Murphy Spadaro Landon | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

CASE NAME: W.R. Grace & Co., et al.            COURTROOM NO.: _____

CASE NO.: 01-1139 (JKF)                        DATE: 2/25/02 8:00 am

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Carickhoff | Pachulski Stang | Debtors |
| James Kapp | Kirkland & Ellis | " |
| Janet S Baer | " | " |
| David Bernick | " | " |
| Frank J. Perch III | US Trustee | |