IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 27, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**NINTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF <u>JANUARY 1, 2002 THROUGH JANUARY 31, 2002</u>**

Name of Applicant:                          <u>Ferry, Joseph & Pearce, P.A.</u>

Authorized to provide
professional services to:                   <u>Official Committee of Asbestos Property Damage
                                            Claimants</u>

Date of retention:                          <u>April 18, 2001</u>

Period for which compensation and
reimbursement is sought:                    <u>January 1, 2002 through January 31, 2002</u>

Amount of compensation sought
as actual reasonable and necessary:         <u>$6,980.00</u>

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                  <u>$1,280.38</u>

This is a:   <u> X </u> monthly _____ interim _____ final application

The total time expended for fee application preparation during this fee period is approximately     15 hours and the corresponding compensation requested is approximately $1,295.00.

**Prior Monthly Applications:**

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 7/10/01 #577 | 4/18/01- 4/30/01 | $1,476.00 | $26.00 | $1,173.60 (80% of $1,476.00) | $26.00 |
| 7/10/01 #578 | 5/1/01- 5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 (80% of $6,276.50) | $2,708.31 |
| 7/30/01 #768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 (80% of $11,251.00) | $1,643.75 |
| 09/05/01 #879 | 7/1/01 - 07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 (80% of $11,833.00) | $2,538.98 |
| 10/01/01 #979 | 08/01/01 - 08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 (80% of $6,068.00) | $1,391.31 |
| 10/30/01 #1039 | 09/01/01 - 09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 (80% of $6,048.00) | $2,258.87 |
| 01/02/02 #1436 | 10/01/01 - 11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 (80% of $16,325.00) | $4,495.30 |
| 01/21/02 #1533 | 12/01/01- 12/31/01 | $4,689.00 | $885.80 | $3,751.20 (80% of $4,689.00) | $885.80 |

**ATTACHMENT B**

| Name of professional person | Position of the Applicant, Number of Years in Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $300.00 | 0.0 | $0.00 |
| Theodore J. Tacconelli | Associate, 13, Various, 1988, Bankruptcy, Commercial Litigation | $200.00 | 21.7 | $3,990.00 |
| Rick S. Miller | Associate, 5, 1995, Various, Bankruptcy, General Litigation | $175.00 | 5.2 | $910.00 |
| Lisa L. Coggins | Legal Assistant, <1 year | $80.00 | 26 | $2,080.00 |
| Grant Total: | | | 52.9 | $6,980.00 |
| Blended Rate: | | | | $131.94 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Accounting/Auditing | 0.0 | $0.00 |
| Asbestos: Claims Analysis & Valuation | 0.0 | $0.00 |
| Asbestos: Claims Litigation | 0.0 | $0.00 |
| Asbestos: Co-Defendant Issues and Bankruptcies | 0.0 | $0.00 |
| Asbestos: Settlement Matters | 0.0 | $0.00 |
| Asbestos: Section 524(g) Matters/ Futures Representatives | 0.0 | $0.00 |
| Asbestos: Other | 0.0 | $0.00 |
| Asset Acquisitions/Business Combinations | 0.0 | $0.00 |
| Asset Dispositions, Sales, Uses & Leases | 0.0 | $0.00 |
| Bank Claims and Litigation Matters | 0.0 | $0.00 |
| Bankruptcy Litigation | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |

| | | |
|---|---|---|
| Case Administration | 12.3 | $1,618.50 |
| Claims Analysis/ Objections/ Administration | 0.0 | $0.00 |
| Corporate Finance | 0.0 | $0.00 |
| Committee Matters and Creditor Meetings | 4.3 | $817.50 |
| Compensation of Professionals | 15.0 | $1,295.00 |
| Creditor Inquiries | .10 | $20.00 |
| Data Analysis | 0.0 | $0.00 |
| Employee Matters | 0.0 | $0.00 |
| Environmental Matters/Regulations/ Litigation | 0.0 | $0.00 |
| Executory Contracts/ Unexpired Leases | 0.0 | $0.00 |
| Expenses | 0.0 | $0.00 |
| Financial Filings | 0.0 | $0.00 |
| Financing | 0.0 | $0.00 |
| Foreign Law/ Proceedings/ Regulations; Non-Debtor Affiliate & Joint Venture Matters | 0.0 | $0.00 |
| Insurance | 0.0 | $0.00 |
| Intellectual Property & Licenses | 0.0 | $0.00 |
| Intercompany Claims/ Analysis | 0.0 | $0.00 |
| Investigations | 0.0 | $0.00 |
| Litigation/General | 2.2 | $380.00 |
| Litigation Consulting | 0.0 | $0.00 |
| Litigation/Fraudulent Conveyance | 1.9 | $355.00 |
| Non-Working Travel Time | 3.5 | $350.00 |
| Plan/Disclosure Statement/ Voting Issues | 0.0 | $0.00 |

| Preparation for and Attendance at Hearings | 7.7 | $1,540.00 |
|---|---|---|
| Press/Public Affairs | 0.0 | $0.00 |
| Real Estate | 0.0 | $0.00 |
| Retention of Professionals | 5.9 | $604.00 |
| Stay Litigation | 0.0 | $0.00 |
| Reconstruction Accounting | 0.0 | $0.00 |
| Regulatory Matters | 0.0 | $0.00 |
| SEC Reporting, Disclosure and Other Matters | 0.0 | $0.00 |
| Secured Creditor Matters | 0.0 | $0.00 |
| Strategic Initiatives | 0.0 | $0.00 |
| Tax/General | 0.0 | $0.00 |
| Tax Audits/Litigation | 0.0 | $0.00 |
| U.S. Trustee Matters and Meetings | 0.0 | $0.00 |
| Utilities Section 366 Issues | 0.0 | $0.00 |
| Valuation | 0.0 | $0.00 |
| Vendor Matters | 0.0 | $0.00 |
| **Total:** | **52.9** | **$6,980.00** |

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Computer Legal Research | Lexis | $6.25 |
| Facsimile ($1.00 per page) | Ferry, Joseph & Pearce, P.A. | $36.00 |
| In-House Reproduction | Ferry, Joseph & Pearce, P.A. | $213.30 |
| Outside Reproduction | Reliable Copy / Parcels | $0.00 |
| Document Scanning,  Service or Retrieval | Parcels | $0.00 |
| Filing/Court Fees | | $0.00 |
| Out-of-Town Travel | Hotel and Airfare | $0.00 |
| Courier & Express Carriers | Federal Express; Tri-State | $0.00 |
| Postage | | $39.11 |
| Other | Hearing Transcript | $916.00 |
| Other | Web Pacer Service | $10.22 |
| Other | Working Luncheon | $59.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 27, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**NINTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A.[1] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2002 THROUGH JANUARY 31, 2002**

Ferry, Joseph & Pearce, P.A. ("Applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee") of W.R. Grace & Co. ("Grace") and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors') in this Court, for its application pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for a ninth monthly allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

**I.  Introduction**

1.  Applicant, as counsel to the PD Committee, seeks (i) a monthly allowance of  compensation for the professional services rendered by applicant as counsel for the PD Committee from January 1, 2002 through January 31, 2002 ("the Ninth Monthly Fee Period") in the aggregate amount of $6,980.00  representing 52.9 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Ninth Monthly Fee Period in connection with

---

[1] Formerly known as Ferry & Joseph, P.A.  The firm changed its name to Ferry, Joseph & Pearce, P.A. on February 11, 2002.

the rendition of such professional services in the aggregate amount of $1,280.38.

2.  This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334.

Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## II. Background

3.  On April 2, 2001, each of the debtors filed voluntary petitions for reorganization under

Chapter 11 of the Bankruptcy Code.  The debtors continue to operate its business and manage their

properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered.

No trustee or examiner has been appointed in this case.

4.  On April 12, 2001, the United States Trustee formed the PD Committee.  Thereafter, the

PD Committee approved the retention of Applicant as its local Delaware counsel.

5.  By application dated June 22, 2001, Applicant sought Court approval for its retention as

counsel to the PD Committee *nunc pro tunc* to April 18, 2001.  The Court signed the Order

approving the retention on June 22, 2001.

6.  This is the ninth monthly application Applicant has filed with the Court for an allowance of

compensation and reimbursement of expenses for services rendered to the PD Committee. This

application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members approved by the Court on May 3, 2001 ("the Administrative Fee

Order").

7.  Applicant has received no payment and no promise for payment from any source for

services rendered in connection with these cases.  There is no agreement or understanding between

Applicant and any other person for the sharing of compensation to be received hereunder.

8.  As stated in the Affidavit of Rick S. Miller, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

9.  In accordance with Local Rule 2016-2 dated February 1, 2001 and the Administrative Fee Order, and to assist the Court, the debtors, the Trustee and other parties in interest in evaluating this application for compensation, the services performed by Applicant during the Ninth Monthly Fee Period are summarized in the Compensation Summary by Project Category set forth on Attachment B. Applicant's services throughout the Ninth Monthly Fee Period have been valuable to the PD Committee in providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

10.   In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and paraprofessionals and their corresponding names, year of admission, hourly rates and the number of hours incurred by each is set forth on Attachment B.  The hourly rates reflect what Applicant generally charges its other clients for similar services.  An itemization of detailed activity descriptions which includes a narrative description of the service performed, the date the service was performed, the professional who rendered the service, the project category and the amount of time spent, is attached hereto as Exhibit "B," which also contains a statement of Applicant's disbursements, necessarily incurred in the performance of Applicant's duties as counsel to the PD Committee.

11.   Applicant has worked closely with the PD Committee's primary counsel, Bilzin Sumberg Dunn Baena Price & Axelrod, LLP  to avoid unnecessary duplication of services.

## IV. Conclusion

12.   Applicant has necessarily and properly expended 52.9 hours of services in the performance of its duties as counsel to the PD Committee during the Ninth Monthly Fee Period.  Such services have a fair market value of $6,980.00.  The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

13.   In addition, Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $1,280.38 for which it respectfully requests reimbursement in full.

14.   Applicant charges $.15 per page for in-house photocopying services.  Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research.  Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

15.   Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for monthly compensation complies therewith.

16.   Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE Applicant respectfully requests pursuant to the Administrative Fee Order:

a) the allowance of compensation for professional services rendered to the PD Committee

during the period of January 1, 2002 through January 31, 2002 in the amount of $6,980.00;

b) the reimbursement of Applicant's out-of-pocket expenses incurred in connection with the

rendition of such services during the period of January 1, 2002 through January 31, 2002 in the amount

of $1,280.38, and

c) payment by the debtor as interim compensation to applicant 80% of the amount of the

professional services allowed and 100% of the expenses allowed herein, subject to final payment of the

full amount.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Rick S. Miller
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: March 7, 2002