**EXHIBIT "A"**
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                            Chapter 11

W.R. Grace & Co., *et al.*,              )       Case No. 01-01139 (JKF)
                                                 (Jointly Administered)
                        Debtors.         )

**AFFIDAVIT OF RICK S. MILLER, ESQUIRE**

STATE OF DELAWARE
                                    ss.
NEW CASTLE COUNTY

    RICK S. MILLER, ESQUIRE, being duly sworn, deposes and says:

    I am an associate of the firm of Ferry, Joseph & Pearce, P.A. ("applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

    2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge.   have personally performed many of the legal services rendered by applicant and am thoroughly familiar with all other work performed on behalf of the debtor by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the PD Committee solely in connection with these cases.

    3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between applicant and any other person for the sharing of compensation to be received in connection with this case.

                                     _____
                                      Rick S. Miller, Esquire

SWORN TO AND SUBSCRIBED before me this 7th day of March, 2002.

                                 _____
                        Notary DIANE R. SACCONEY
                             NOTARY PUBLIC
                           STATE OF DELAWARE
                       My Commission Expires Sept. 23, 2002