# EXHIBIT "B"

Time expended by Ferry, Joseph & Pearce, P.A.:

**T. Tacconeli:**

| Date | Description of services provided | Hrs. | Amount |
|---|---|---|---|
| 01/02/02 | Prepare e-mail to J. Sakalo re: 01/03/02 hearing<br>*Case Administration* | .10 | $20.00 |
| | Travel to Pittsburgh re: 01/03/02 hearing<br>*Non-Working Travel Time* | 2.0 | $200.00 |
| | Confer w/ J. Sakalo re: 01/03/02 hearing<br>*Case Administration* | .50 | $100.00 |
| | Confer w/ J. Sakalo re: 01/03/02 hearing<br>*Litigation/General* | .50 | $100.00 |
| | Tele-conference w/ S. Baena re: 01/03/02 hearing<br>*Litigation/General* | .30 | $60.00 |
| 01/03/02 | Confer w/ J. Sakalo, M. Zaleski and P. Lockwood re: 01/03/02 hearing<br>*Litigation/General* | .80 | $160.00 |
| | Attend Bankruptcy Court hearing<br>*Preparation for and Attendance at Hearings* | 5.0 | $1,000.00 |
| | Travel from Pittsburgh to Delaware<br>*Non-Working Travel Time* | 1.5 | $150.00 |
| 01/04/02 | Tele-conference w/ J. Sakalo re: 01/03/02 hearing<br>*Case Administration* | .10 | $20.00 |
| | Tele-conference w/ Judge Fitzgerald's clerk re: transcript of 01/03/02 hearing<br>*Case Administration* | .10 | $20.00 |
| 01/05/02 | Review correspondence re: e-mail from J. Sakalo re: agenda for 01/14/02 hearing<br>*Litigation/General* | .10 | $20.00 |
| 01/06/02 | Review report prepared by financial advisor re: third quarter<br>*Case Administration* | .20 | $40.00 |

| 01/07/02 | Review correspondence; e-mail from S. Baena re: letter to Judge Wolin from PD Committee<br>*Case Administration* | .10 | $20.00 |
|---|---|---|---|
|  | Review draft of letter to Judge Wolin from PD Committee<br>*Case Administration* | .10 | $20.00 |
| 01/08/02 | Review pleading re: Campbell and Levine October 2001 Fee Application<br>*Case Administration* | .10 | $20.00 |
|  | Review pleading re: Casner and Edwards September 2001 to October 2001 Fee Application<br>*Case Administration* | .10 | $20.00 |
|  | Review pleading re: Verified Statement of Elizabeth Warren<br>*Case Administration* | .10 | $20.00 |
| 01/09/02 | Review docket re: Certificate of No Objections re: Bilzin Sumberg October/November 2001 Fee Application<br>*Case Administration* | .10 | $20.00 |
|  | Review Certificate of No Objection re: Bilzin Sumberg October/November 2001 Fee Application<br>*Case Administration* | .10 | $20.00 |
|  | Review correspondence re: e-mail from S. Baena re: revised draft of letter to Judge Wolin<br>*Case Administration* | .10 | $20.00 |
|  | Review revised draft of PD Committee's letter to Judge Wolin<br>*Case Administration* | .10 | $20.00 |
|  | Review correspondence re: letter from W. Bowman to Judge Wolin<br>*Case Administration* | .10 | $20.00 |
| 01/10/02 | Tele-conference with Committee<br>*Committee Matters and Creditor Meetings* | .70 | $140.00 |
|  | Prepare letter to J. Sakalo re: Certificate of No Objection re: Bilzin Sumberg October/November Fee Application<br>*Case Administration* | .10 | $20.00 |
| 01/11/02 | Review correspondence re: letter from H. Lee to Judge Wolin<br>*Case Administration* | .10 | $20.00 |

| | | | |
|---|---|---|---|
| | Review e-mail from J. Sakalo re: critical dates<br>*Case Administration* | .20 | $40.00 |
| 01/12/02 | Review correspondence re: e-mail from J. Sakalo re: 01/03/02 hearing transcript<br>*Case Administration* | .10 | $20.00 |
| 01/15/02 | Review transcript of 01/03/02 hearing<br>*Case Administration* | .20 | $40.00 |
| | Prepare e-mail to J. Sakalo re: 01/03/02 hearing<br>*Case Administration* | .10 | $20.00 |
| | Review correspondence re: e-mail from J&J Court Transcribers re: transcript for 01/03/02 hearing<br>*Case Administration* | .10 | $20.00 |
| | Tele-conference w/ I. Danetos, Esq. re: PD and PI Committees<br>*Creditor Inquiries* | .10 | $20.00 |
| 01/17/02 | Tele-conference with Committee<br>*Committee Matters and Creditor Meetings* | .50 | $100.00 |
| 01/18/02 | Review pleading re: Debtors' Complaint Against National Union<br>*Case Administration* | .10 | $20.00 |
| 01/20/02 | Review correspondence re: e-mail from S. Baena to D. Berock, Esq. re: fraudulent conveyance production<br>*Litigation/Fraudulent Conveyance* | .10 | $20.00 |
| 01/21/02 | Review correspondence re: e-mail from D. Burnick to S. Baena re: fraudulent conveyance production<br>*Litigation/Fraudulent Conveyance* | .10 | $20.00 |
| | Review e-mail from S. Baena to D. Burnick re: fraudulent conveyance production<br>*Litigation/Fraudulent Conveyance* | .10 | $20.00 |
| 01/23/02 | Review correspondence re: e-mail from J. Sakalo re: fraudulent transfer hearing order<br>*Litigation/Fraudulent Conveyance* | .10 | $20.00 |
| 01/24/02 | Review e-mail from financial advisor re: Project Blueberry<br>*Case Administration* | .10 | $20.00 |
| | Tele-conference with Committee<br>*Committee Matters and Creditor Meetings* | .40 | $80.00 |

| 01/25/02 | Tele-conference with J. Sakalo re: Rabinovitz retention application<br>*Retention of Professionals* | .10 | $20.00 |
|---|---|---|---|
|  | Review agenda for 1/29/02 hearing<br>*Case Administration* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: Hilton retention application<br>*Retention of Professionals* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: Hilton and Rabinovitz retention applications<br>*Retention of Professionals* | .10 | $20.00 |
|  | Review Judge Fitzgerald's chamber procedures<br>*Case Administration* | .10 | $20.00 |
|  | Prepare Order re: Hilton retention application<br>*Retention of Professionals* | .20 | $40.00 |
|  | Prepare Order re: Rabinovitz retention application<br>*Retention of Professionals* | .20 | $40.00 |
|  | Review correspondence re: e-mail from J. Sakalo re: Hilton retention application and Order and Rabinovitz retention application and Order<br>*Retention of Professionals* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re: 01/29/02 hearing<br>*Case Administration* | .10 | $20.00 |
| 01/28/02 | Prepare e-mail to J. Sakalo re: Hilton and Rabinovitz retention application<br>*Retention of Professionals* | .10 | $20.00 |
|  | Review amended agenda from 1/29/02 hearing<br>*Case Administration* | .10 | $20.00 |
| 01/29/02 | Review pleading re: Kirkland & Ellis October, 2001 fee application<br>*Case Administration* | .20 | $40.00 |
|  | Review pleading re: Unsecured Creditor's Committee's Opposition to Motion to Dismiss Case<br>*Case Administration* | .10 | $20.00 |

|  | Review pleading re: Nelson Mullins October, 2001 fee application<br>*Case Administration* | .10 | $20.00 |
|---|---|---|---|
|  | Review pleading re: Wallace King October, 2001 fee application<br>*Case Administration* | .10 | $20.00 |
|  | Meeting with financial advisor re: fraudulent conveyance action<br>*Litigation/Fraudulent Conveyance* | .50 | $100.00 |
|  | Attend Bankruptcy Court hearing<br>*Preparation for and Attendance at Hearings* | 2.7 | $540.00 |
| 01/30/02 | Tele-conference with J. Waxman, Esq. re: Hilton and Rabinovitz retention applications<br>*Retention of Professionals* | .10 | $20.00 |
|  | Tele-conference with J. Sakalo re:01/29/02 hearing transcript<br>*Case Administration* | .10 | $20.00 |
| 01/31/02 | Tele-conference with Committee<br>*Committee Matters and Creditor Meetings* | 1.0 | $200.00 |
|  | Prepare letter to J. Sakalo re: Hilton and Rabinovitz retention applications<br>*Retention of Professionals* | .10 | $20.00 |
|  | **Subtotal:** | **21.7** | **$3,990.00** |

**R. Miller**:

| Date | Description of services provided | Hrs. | Amount |
|---|---|---|---|
| 01/02/02 | Review 7th Monthly Fee Application<br>*Compensation of Professionals* | .30 | $52.50 |
| 01/04/02 | Confer w/ TJT re: 01/03/02 hearing<br>*Case Administration* | .30 | $52.50 |
| 01/07/02 | Tele-conference with Judge Wolin's clerk and e-mail to S. Baena re: same<br>*Case Administration* | .20 | $35.00 |
|  | Tele-conference with J. Sakalo re: meeting with Judge<br>*Case Administration* | .20 | $35.00 |

|  | Conference with TJT re: meeting with Judge *Case Administration* | .10 | $17.50 |
|---|---|---|---|
| 01/10/02 | Attend Committee tele-conference *Committee Matters and Creditor Meetings* | .80 | $140.00 |
| 01/21/02 | Review 8th Monthly Fee Application *Compensation of Professionals* | .30 | $52.50 |
| 01/23/02 | Review Certificate of No Objections *Case Administration* | .10 | $17.50 |
| 01/24/02 | Attend Committee tele-conference *Committee Matters and Creditor Meetings* | .40 | $70.00 |
| 01/29/02 | Meeting with S. Baena, J. Sakalo and T. Tacconelli re: fraudulent conveyance action *Litigation/Fraudulent Conveyance* | 1.0 | $175.00 |
|  | Confer with TJT re: 01/29/02 hearing *Case Administration* | .30 | $52.50 |
| 01/30/02 | Confer with LLC re: new fee application procedures *Case Administration* | .30 | $52.50 |
| 01/31/02 | Review 3rd Interim Fee Application Request *Compensation of Professionals* | .30 | $52.50 |
|  | Review fee application *Compensation of Professionals* | .10 | $17.50 |
|  | Attend Committee tele-conference *Committee Matters and Creditors Meetings* | .50 | $87.50 |
|  | **Subtotal:** | **5.2** | **$910.00** |

**L. Coggins:**

| **Date** | **Description of services provided** | **Hrs.** | **Amount** |
|---|---|---|---|
| 01/02/02 | Revise 7th Monthly Fee Application *Compensation of Professionals* | .60 | $48.00 |
|  | E-file and serve 7th Monthly Fee Application *Compensation of Professionals* | 1.5 | $120.00 |

|  |  |  |  |
|---|---|---|---|
|  | Locate and send motion for protective order and response to TJT for 01/03/02 hearing<br>*Litigation/General* | .50 | $40.00 |
| 01/09/02 | Draft CNO re: Docket no. 1363 and Certificate of Service<br>*Case Administration* | .20 | $16.00 |
|  | Review docket re: objections to no. 1363<br>*Case Administration* | .20 | $16.00 |
|  | E-file and serve CNO re: Docket no. 1363 and Certificate of Service<br>*Case Administration* | .70 | $56.00 |
| 01/16/02 | Prepare Exhibit B to 8th Monthly Fee Application<br>*Compensation of Professionals* | 1.0 | $80.00 |
|  | Review amended administrative order and docket<br>*Case Administration* | .50 | $40.00 |
| 01/17/02 | Review and research changes in professional compensation procedures<br>*Case Administration* | 1.4 | $112.00 |
|  | Prepare notice of 8th Monthly Fee Application<br>*Compensation of Professionals* | .80 | $64.00 |
|  | Prepare notice of 3rd Interim Fee Application Request<br>*Compensation of Professionals* | .40 | $32.00 |
| 01/18/02 | Prepare 8th Monthly Fee Application and 3rd Interim Fee Application Request<br>*Compensation of Professionals* | 2.9 | $232.00 |
| 01/21/02 | Discussion with TJT re: new administrative order<br>*Case Administration* | .30 | $24.00 |
|  | Prepare Exhibit B to 8th Monthly Fee Application<br>*Compensation of Professionals* | .80 | $64.00 |
|  | Prepare, revise & finalize 8th Monthly Fee Application, Notice and Certificate of Service<br>*Compensation of Professionals* | 1.4 | $112.00 |
|  | E-file and serve 8th Monthly Fee Application<br>*Compensation of Professionals* | .70 | $56.00 |

|  | Prepare 3rd Interim Fee Application Request<br>*Compensation of Professionals* | .40 | $32.00 |
|---|---|---|---|
| 01/23/02 | Draft CNO re: Docket No. 1436 and Certificate of Service<br>*Case Administration* | .20 | $16.00 |
|  | Review docket re: objections to docket no. 1436<br>*Case Administration* | .20 | $16.00 |
|  | E-file and serve CNO re: Docket no. 1436 & Cert. of Service<br>*Case Administration* | .60 | $48.00 |
| 01/25/02 | Call to Debtors' counsel re: 2002 list<br>*Case Administration* | .10 | $8.00 |
|  | Draft form of order re: W.D. Hilton retention<br>*Retention of Professionals* | .50 | $40.00 |
|  | Draft form of order re: Rabinovitz retention<br>*Retention of Professionals* | .20 | $16.00 |
|  | E-mail to J. Sakalo re: retention orders<br>*Retention of Professionals* | .10 | $8.00 |
|  | Prepare W.D. Hilton Retention Application & Notice for e-filing<br>*Retention of Professionals* | .40 | $32.00 |
|  | Prepare Rabinovitz Retention Application & Notice for e-filing<br>*Retention of Professionals* | .50 | $40.00 |
|  | Prepare Affidavit of W.D. Hilton for e-filing<br>*Retention of Professionals* | .40 | $32.00 |
|  | Prepare Affidavit of F. Rabinovitz for e-filing<br>*Retention of Professionals* | .30 | $24.00 |
|  | Draft Certificate of Service re: Hilton Retention Application<br>*Retention of Professionals* | .20 | $16.00 |
|  | Draft Certificate of Service re: Rabinovitz Retention Application<br>*Retention of Professionals* | .20 | $16.00 |
|  | Review JKF chambers procedures<br>*Case Administration* | .20 | $16.00 |
| 01/28/02 | Revise retention applications and certificates of service<br>*Retention of Professionals* | .40 | $32.00 |

| 01/29/02 | Finalize and e-file Rabinovitz Retention Application<br>*Retention of Professionals* | .80 | $64.00 |
|---|---|---|---|
| | Finalize and e-file W.D. Hilton Retention Application<br>*Retention of Professionals* | .80 | $64.00 |
| | E-file R. Turken Pro Hac Vice Motion and Cert. of Service<br>*Case Administration* | .40 | $32.00 |
| | E-mail e-filed pleading to Rachel Bello @ Bankruptcy Court<br>*Case Administration* | .30 | $24.00 |
| 01/30/02 | Update service list<br>*Case Administration* | .10 | $8.00 |
| | Review finalized amended administrative order<br>*Case Administration* | .30 | $24.00 |
| | Research re: new fee application and request procedures<br>*Case Administration* | .80 | $64.00 |
| | Prepare 3rd Interim Fee Application Request<br>*Compensation of Professionals* | .30 | $24.00 |
| | Discussion with RSM re: amended administrative order<br>*Case Administration* | .20 | $16.00 |
| 01/31/02 | Revise & prepare 3rd Interim Fee Application Request<br>*Compensation of Professionals* | 2.0 | $160.00 |
| | E-file and serve 3rd Interim Fee Application Request<br>*Compensation of Professionals* | 1.2 | $96.00 |
| | **Subtotal:** | **26** | **$2,080.00** |

**Total Time Expended/Fees:    52.9        $6,980.00**

**Costs Advanced:**

| **Date** | **Type of Expense** | **Amount** |
|---|---|---|
| 01/02/02 | Copies | $112.80 |
| | Postage | $11.34 |

|  | Fax to T. Tacconelli | $23.00 |
|---|---|---|
| 01/04/02 | Hearing Transcript (J&J Court Transcribers) | $675.00 |
| 01/09/02 | Fax to S. Baena & J. Sakalo | $11.00 |
|  | Copies | $12.00 |
|  | Postage | $5.13 |
| 01/10/02 | Web Pacer Service | $10.22 |
| 01/11/02 | Fax to S. Baena | $2.00 |
| 01/17/02 | Hearing Transcript (J&J Court Transcribers) | $221.00 |
| 01/21/02 | Copies | $51.75 |
|  | Postage | $10.08 |
| 01/23/02 | Copies | $11.25 |
|  | Postage | $4.56 |
| 01/29/02 | Working Luncheon (Leo & Jimmy's) | $59.50 |
| 01/31/02 | Copies | $25.50 |
|  | Postage | $8.00 |
|  | Computer Research (Lexis/Nexis) | $6.25 |
|  | Hearing Transcript CD (U.S. Bankruptcy Court Clerk) | $20.00 |
|  | **Total:** | **$1,280.38** |

**Total Fees:** **$6,980.00**
**Total Expenses:** **$1,280.38**
**Total Fees & Expense:** **$8,260.38**
**Balance Due:** **$8,260.38**