IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Co., et al., | ) | Case Nos. 01-1139 through 01-1200 (JF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST TO RECEIVE NOTICES

The State of Minnesota requests that it receive all notices in this case under Bankruptcy

Rule 2002(f), and that its Attorney be added to the mailing matrix in this case.  Notice should be

sent to the following address:

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2127
(651) 296-6427 (Voice)
(651) 296-1410 (TTY)

Dated:  _____              Respectfully submitted,

MIKE HATCH
Attorney General
State of Minnesota


/s/Ann Beimdiek Kinsella_____
ANN BEIMDIEK KINSELLA
Assistant Attorney General
Atty. Reg. No. 256201
445 Minnesota St., #1200
St. Paul, MN  55101-2130
(651) 296-6427 (Voice)
(651) 296-1410 (TTY)
ATTORNEYS FOR STATE OF MINNESOTA

/s/David E. Flowers
DAVID E. FLOWERS
Assistant Attorney General
Atty. Reg. No. 022618X