UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case Nos. 01-01139-JKF |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **CERTIFICATION OF** |
| | ) | **GOVERNMENT COUNSEL** |

  Pursuant to Local Rule 83.5, counsel below certify that we are eligible for appearance in this Court, admitted, practicing and in good standing as members of the federal district court and state bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. Counsel also certify that we are generally familiar with this Court's Local Rules.

Dated: 3/4/02                MIKE HATCH
                         Attorney General
                         State of Minnesota


                         /s/Ann Beimdiek Kinsella
                         ANN BEIMDIEK KINSELLA
                         Assistant Attorney General
                         Atty. Reg. No. 256201
                         445 Minnesota Street, Suite 1200
                         St. Paul, Minnesota 55101-2130
                         (651) 296-6427 (Voice)
                         (651) 296-1410 (TTY)

                         /s/David E. Flowers
                         DAVID E. FLOWERS
                         Assistant Attorney General
                         Atty. Reg. No. 022618X

                         ATTORNEYS FOR STATE OF MINNESOTA

AG: #552324-v1