THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2002 MAR -5 PM 1: 13

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
) Chapter 11
W.R. GRACE CO., *et al.*, )
) Case No. 01-01139 (JKF)
Debtors. )

## REQUEST FOR NOTICE

Please add James J. Restivo, Esquire of Reed Smith LLP to the mailing list and provide him with notice of all action in the administration of the Debtors' affairs.

Lisa R. Kerszencwejg, Esquire
Pa. I.D. No. 85963

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-4100