UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2002 MAR -5 AM 10: 23

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
W.R.GRACE &CO.

Chapter 11
Case no. 01-01139
PJW

Debtor

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Barbara G. Billet, Esq., Deputy Commissioner and Counsel, Department of Taxation and Finance by Elaine Z. Cole, Esq., hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of the Debtor, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified

2

above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

DATED: March 1, 2002

> New York State
> Department of Taxation and
> Finance
> By: *[signature]*
>
> Elaine Z. Cole, Esq., Of Counsel
> 340 E. Main St.
> Rochester, N. Y.   14604
> (716) 530 8465
> (716) 530 2017 Fax