# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JJF)*
*(Jointly Administered)*

**SUBMIT COMPLETED CLAIMS TO: [address]**

For a complete list of the Debtors in this case, please see "The Debtors" section of the *General Instructions for Completing Proof of Claim Forms*. The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for property damage resulting from asbestos from Grace *(other than Zonolite Attic Insulation)*, THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM MUST BE <u>RECEIVED</u> ON OR BEFORE 5:00 P.M. EASTERN TIME ON [BAR DATE], or you will be forever barred from asserting or receiving payment for your claim.

# INSTRUCTIONS FOR FILING THE W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

## WHO SHOULD USE THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

1. This Asbestos Property Damage Proof of Claim Form (referred to in this document as the "Form") applies only to <u>current</u> claims made against Grace by or on behalf of parties who are alleging property damage with respect to the presence of asbestos in real property owned by the party (such person is referred to in this document as the "claiming party") from a Grace asbestos-containing product or as a result of one of Grace's vermiculite mining, milling, or processing facilities (other than for Zonolite attic insulation, for which a separate Zonolite Attic Insulation Claim Form should be submitted).

2. This form should not be used for claims for an Asbestos Personal Injury Claim, Zonolite Attic Insulation Claim, Settled Asbestos Claim, or a Non-Asbestos Claim. Instead, separate specialized proof of claim forms for these claims should be completed.

3. If you are alleging current claims against Grace with respect to the presence of asbestos in more than one (1) real property, the claiming party should complete an Asbestos Property Damage Proof of Claim Form for <u>each</u> property. You may photocopy this Form (before writing on it) if additional Forms are needed.

## GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 5:00 PM EASTERN TIME ON [Bar Date], or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Grace Claims Processing Center, P.O. Box XXXX, Anytown XX 12345-1234.
If you are returning this form by mail, allow sufficient time so that this form is received on or before [Bar Date]. Forms that are postmarked before [Bar Date] but received after [Bar Date] will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. This form must be filled out completely using BLACK or BLUE ink.

    - Please print clearly using capital letters only.
    - Skip a box between words.
    - Do not write outside of the boxes or blocks.
    - Do not use a felt tip pen.
    - Do not bend or fold the pages of the form.

4. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

5. Mark check boxes with an "X" (example at right).    ☒

6. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

7. Make a copy of your completed Form to keep for your records. <u>Send</u> only <u>original</u> Forms to the Claims Agent at the following address: _____.

8. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

| | | |
|---|---|---|
| First | Middle | Last | Jr/Sr/III |

**SOCIAL SECURITY NUMBER:**

☐☐☐ - ☐☐ - ☐☐☐☐

Other names by which claiming party has been known (such as maiden name or married name):

First    MI    Last

First    MI    Last

**GENDER:** ☐ MALE    ☐ FEMALE

**BIRTH DATE:**

☐☐ - ☐☐ - ☐☐☐☐
Month  Day  Year

**Mailing Address:**

Street Address

City                                State         Zip Code
                                    (Province)    (Postal Code)

Country

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**

First    MI    Last

**Mailing Address:**

Street Address

City                                State         Zip Code
                                    (Province)    (Postal Code)

**Telephone:**

( ☐☐☐ ) ☐☐☐ - ☐☐☐☐
Area Code

927611                                              SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   *Street Address*

   *City*                                                                    *State (Province)*    *Zip Code (Postal Code)*

   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes    ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☐ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?   ☐☐

7. What is the square footage of the property?   ☐☐☐☐☐☐☐

8. When was the property built?   ☐☐☐☐

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☐ Steel beam/girder
   ☐ Other    Specify: _____

10. Have any interior renovations been completed in the property?
    ☐ Yes    ☐ No

927612                                                          SERIAL #

## A. Real Property For Which A Claim Is Being Asserted (continued)

11. If yes, please specify the dates and descriptions of such renovations.

    [ ] - [ ] - [ ]   Description [                    ]
    Month  Day  Year

    [ ] - [ ] - [ ]   Description [                    ]
    Month  Day  Year

    [ ] - [ ] - [ ]   Description [                    ]
    Month  Day  Year

## B. Claim Category

12. For which category are you making a claim on the property?
    - ☐ Category 1:  Allegation with respect to asbestos from a Grace product in the property
    - ☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

    - If you checked Category 1 in question 10, complete section C.
    - If you checked Category 2 in question 10, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From a Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
    - ☐ Monokote-3 fireproofing insulation
    - ☐ Other    Specify: [                    ]

14. When was the product installed in the property?  [ ] - [ ] - [ ]
    Month  Day  Year

15. What was the name of the architect or architectural firm who designed the property?

    [                                                                              ]

16. What was the name of the general contractor in charge of the construction of the property?

    [                                                                              ]

17. What was the name of the general engineer or engineering firm in charge of the construction of the property?

    [                                                                              ]

18. What was the name of the company or entity that installed the product?

    [                                                                              ]

927613                                                              SERIAL #

19. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes      ☐ No      If Yes, Attach All Such Documentation.

20. When did you first know of the presence in the property of the Grace product for which you are making this claim?

☐☐ - ☐☐ - ☐☐☐☐
Month  Day  Year

Attach All Documents Relating Or Referring To The Presence Of Asbestos In The Property.

21. How did you first learn of the presence in the property of the Grace product for which you are making this claim?

[ ]

22. When did you first learn that the Grace product for which you are making this claim contained asbestos?

☐☐ - ☐☐ - ☐☐☐☐
Month  Day  Year

23. How did you first learn that the Grace product for which you are making this claim contained asbestos?

[ ]

24. Has there ever been an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☐ Yes      ☐ No      If Yes, Attach All Documents Relating Or Referring To Such Efforts.

25. If yes, please specify the dates and description of such efforts.

☐☐ - ☐☐ - ☐☐☐☐    Description [ ]
Month  Day  Year

☐☐ - ☐☐ - ☐☐☐☐    Description [ ]
Month  Day  Year

☐☐ - ☐☐ - ☐☐☐☐    Description [ ]
Month  Day  Year

26. Has there ever been any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes      ☐ No      If Yes, Attach All Documents Related To Any Testing Of The Property.

927614                                                                                           SERIAL #

32. If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| Month Day Year <br> Date of Birth | Month Day Year <br> Date of Birth |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Month Day Year   Month Day Year <br> Dates Worked at Operation (From-To) | Month Day Year   Month Day Year <br> Dates Worked at Operation (From-To) |
| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
| Month Day Year <br> Date of Birth | Month Day Year <br> Date of Birth |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Month Day Year   Month Day Year <br> Dates Worked at Operation (From-To) | Month Day Year   Month Day Year <br> Dates Worked at Operation (From-To) |

33. When did you first know of the presence of asbestos on your property?   ☐☐ - ☐☐ - ☐☐☐☐
    Month Day Year

34. How did you first learn of the presence of asbestos on your property?

    **Attach All Documents Relating Or Referring To The Presence Of Asbestos On The Property.**

35. Has there ever been an effort to remove, contain and/or abate the asbestos on your property?
    ☐ Yes     ☐ No     | If Yes, Attach All Documents Relating Or Referring To Such Efforts. |

36. If yes, please specify the dates and description of such efforts.

    ☐☐ - ☐☐ - ☐☐☐☐   Description _____
    Month Day Year

    ☐☐ - ☐☐ - ☐☐☐☐   Description _____
    Month Day Year

    ☐☐ - ☐☐ - ☐☐☐☐   Description _____
    Month Day Year

927616                                                    **SERIAL #**

37. Has there ever been any other testing or sampling for the presence of asbestos on your property?

    ☐ Yes   ☐ No   | If Yes, Attach All Documents Relating Or Referring To Such Testing. |

38. If yes, when and by whom and the type of testing/sampling conducted on your property?

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual: _____
    Month  Day  Year   Type of testing: _____

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual: _____
    Month  Day  Year   Type of testing: _____

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual: _____
    Month  Day  Year   Type of testing: _____

39. Were you aware of the presence of asbestos when you purchased your property? ■

    ☐ Yes   ☐ No

40. If you have sold the property, were you aware of the presence of asbestos when you sold your property?

    ☐ Yes   ☐ No   ☐ Not Applicable, have not sold the property

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has the claiming party or his or her representative contacted a lawyer about a possible asbestos-related property damage lawsuit or claim?

   ☐ Yes   ☐ No

   If "yes," when did the claiming party or his or her representative first contact a lawyer about a possible property damage lawsuit or claim?

   ☐☐ - ☐☐☐☐   ■
   Month  Year

2. Has any asbestos-related property damage lawsuit or claim been filed on behalf of this claiming party?

   ☐ No
   ☐ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party, complete Section B.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party, complete Section C.*

■   927617   **SERIAL #**

## B. LAWSUITS

1. If more than one suit has been filed, photocopy this page and complete one set of questions for each lawsuit. The claimant must attach a court-dated copy of the face page of the complaint filed. *(Failure to do so may result in the claiming party's claim being forever barred.)*

    **Attach Copy of Complaint**

    a. Court where suit **originally filed**: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  Docket No.: ☐☐☐☐☐☐☐
       *County/State*

    b. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
       *Month  Day  Year*

    c. If case has been removed to another jurisdiction, identify jurisdiction and case number:
       [_____]  [_____]
       *Code Number*

    d. Has a judgment or verdict been entered in the claiming party's lawsuit?
       ☐ Yes    ☐ No

       If "yes," please state for each defendant:

       (1) Name of defendant against whom the verdict was entered: [_____]

           Verdict amount: $ ☐☐☐☐☐☐☐☐☐    Date of verdict: ☐☐ - ☐☐ - ☐☐☐☐
                                                              *Month Day Year*

       (2) Name of defendant against whom the verdict was entered: [_____]

           Verdict amount: $ ☐☐☐☐☐☐☐☐☐    Date of verdict: ☐☐ - ☐☐ - ☐☐☐☐
                                                              *Month Day Year*

## C. NON-LAWSUIT CLAIMS

If the claiming party has made a claim (including administrative claims) against anyone that was not filed with a court of law, please provide the following information:

1. Has this claiming party submitted a claim against Grace outside of a court of law?
   ☐ Yes    ☐ No

   a. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
      *Month Day Year*

   b. Result:
      ☐ Paid by Grace and released/settled?    Settlement Amount – Received: $ ☐☐☐☐☐☐☐☐

                                                Date Received: ☐☐ - ☐☐ - ☐☐☐☐
                                                               *Month Day Year*

      ☐ Rejected
      ☐ Pending
      ☐ Pending and agreed to be settled, but not yet paid.
         If so, Settlement Amount Agreed To: $ ☐☐☐☐☐☐☐☐

   **Attach All Documents Supporting Your Claim That Grace Agreed To This Settlement**

927618                                                                    **SERIAL #**

2. All other parties, trusts, or claims facilities against whom a claim was made:

|  | Month | Day | Year |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3. Name of claimant's attorney:

First | MI | Last

### D. SETTLEMENTS

1. Has the claiming party entered into any property damage settlements, whether in connection with a lawsuit or in settlement of a claim filed outside a court of law?

   ☐ Yes    ☐ No

   If "yes," please complete the settlement information below (other than any settlements with Grace already identified above):

   **Settling Party** | **Settlement Amount – Agreed To** $ | **Settlement Amount – Received** $

   **Date Received** (Month Day Year) | **Name of Settling Attorney**

   ---

   **Settling Party** | **Settlement Amount – Agreed To** $ | **Settlement Amount – Received** $

   **Date Received** (Month Day Year) | **Name of Settling Attorney**

   ---

   **Settling Party** | **Settlement Amount – Agreed To** $ | **Settlement Amount – Received** $

   **Date Received** (Month Day Year) | **Name of Settling Attorney**

   ---

   **Settling Party** | **Settlement Amount – Agreed To** $ | **Settlement Amount – Received** $

   **Date Received** (Month Day Year) | **Name of Settling Attorney**

927619                                                                    SERIAL #

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form to disclose any and all records to Grace or to Grace's representative.

I hereby authorize the release of my Social Security number for use in comparing information provided separately to other asbestos trusts or claims facilities to verify the completeness and accuracy of the information contained in this Form.

_____
SIGNATURE OF CLAIMANT

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152, 3571.

9276110                                                                  SERIAL #