IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL**
**[DOCKET NO. 1475]**

The undersigned hereby certifies that as of this date, he has only one informal response to the First Application of the Official Committee of Equity Holders for Interim allowance of Reimbursement of Member Expenses for the Period April 13, 2001 through November 1, 2001 [Docket No. 1475] (the "Application"). Pursuant to the Notice of the Application, the period in which objections were to be filed has passed. The undersigned further certifies that he has reviewed the Court's docket in this case and except as noted herein, no answer, objection or other responsive pleading to the Application appears thereon.

The only response to the Application was from the United States Trustee (the "UST") in which the UST requested that reimbursement of Angus W. Mercer be reduced by $45.22. The Committee has agreed to withdraw its request for reimbursement of those expenses.

WLM 28929.1

Accordingly, the Committee seeks entry of an Order allowing the expenses as follows:

| **Committee Member** | Representative | Amount |
| --- | --- | --- |
| Peninsula Capital, L.P.<br>404B. East Main Street<br>Charlottesville, VA 22902 | Ted Weschler | $1,528.04 |
| Dimensional Fund Advisors<br>10 S. Wacher Drive #2275<br>Chicago, IL 60606 | Lawrence Spieth | $2,024.50 |
| Angus W. Mercer<br>4500 Carmel Estates Road<br>Charlotte, NC 28226 | -------------------- | 1,619.37 |
| Simon Atlas<br>8314 Meadowlark Lane<br>Bethesda, MD 20817 | -------------------- | 126.63 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Counsel to the Official Committee of
Equity Holders

Dated: March 7, 2002