IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
LOREN R. MATZKE

STATE OF DELAWARE:
　　　　　　　　　　　SS:
NEW CASTLE COUNTY:

　　　I, Loren R. Matzke, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**CERTIFICATION OF COUNSEL RE: DOCKET NO. 1475**

was made on the following parties on the attached list via First Class Mail and Hand-Delivery (Wilmington addresses only).

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Loren R. Matzke

SWORN AND SUBSCRIBED before me this 12th day of March 2002.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NOTARY

KRLSWIL:29263.1

**W. R. GRACE 2002 List**

John K, Fiorilla, Esq.
Watson, Stevens, Fiorilla & Rutter, LLP
390 George Street
P.O. Box 1185
New Brunswick, NJ 08903


Oscar B. Fears, III
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, GA 30334
    **(Georgia Dept. of Revenue)**

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232


Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309


Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595


Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800 Drawer 830
Birmingham, AL 35283-0800


Craig A. Slater, Esq.
Harter, Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884

Derrick Tay, Esquire
Meighen Demers
Ste. 1100, Box 11, Merrill Lynch Canada
Tower , Sun Life Center, 200 Kint Street
West
Toronto, Ontario M5H 3T4
CANADA


DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream, IL 60132-2501


BASF
c/o Diane Murdock
P.O. Box 75908
Charlotte, NC 28275


Ingersoll-Rand Fluid Products
c/o Eric Solverson
P.O. Box 751229
Charlotte, NC 28275-1229


Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552
    **(Lawson Electric Co.)**

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
    **(National Medical Care, Inc.)**

Union Carbide Corp
c/o Mia Skinner
P.O. Box 91136
Chicago, IL 60693-0001

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago, IL 60673-1215

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr, Suite 3068
Chicago, IL 60675

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago, IL 60673-1210

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago, IL 60694-1029

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Radian International
c/o Mary Harris
P.O. Box 844130
Dallas, TX 75284-4130

Elizabeth Weller
Linebarger Heard Goggan Blair Graham
Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
**(County of Dallas)**

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove, IL 60515

David W. Baddley, Esquire
Greenberg & Traurig PA
515 East Las Olas Blvd, Suite 1500
Fort Lauderdale, FL 33301
    **Mars Music (Landlord)**

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Jon Bauer
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Marsha A. Penn (TX Bar No. 15752450)
P. O. Box 3725
Houston, TX 77253-3725
    **(Counsel for Chevron)**

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
    **(Huntsman Corporation)**

Mr. Gerard G. Pecht
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010
    **(Kaneb)**

Credit Department
Huntsman Corporation
P.O. Box 22707
Houston, TX 77227-7707

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Keavin D. McDonald
Wilshire Scott & Dyer, P.C.
1221 McKinney, Suite 4550
Houston, TX 77010
    **(Asbestos Claimants)**

William C. Baker, et al.
c/o Richard B. Specter, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086
    **(William C. Baker, et al.)**

Richard B. Specter, Esq.
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92512-1086
    **William C. Baker, Eber E. Jaques,**
    **Bradford H. Miller, Montgomery**
    **R. Fisher, Sharon R. Ormsbee,**
    **Marilyn Rea and the Fisher Trust**

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles, CA 90067

Gerard T. Bukowski
Vice President and General Counsel
Burns & McDonnell Engineering
9400 Ward Parkway
Kansas City, MO 64114-3319
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
    **(Burns & McDonnell Engineering)**

Allan H, Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
    **Hearthside Residential Corp.**

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100


Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell, MA 08510


James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736


Scott Baldwin, Jr.
Baldwin & Baldwin, L.L.P.
400 W. Houston Street
Marshall, TX 75670

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
    **(Official Committee of Property Damage Claimants)**

William B. Butler
Biersdorf & Associates, P.A.
4100 City Center
33 South Sixth Street
Minneapolis, MN 55402


Nancy Woth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465


Attention: Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
    **(Bear, Stearns & Co. Inc.)**

Jordan N. Malz, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
    **(Travelers Casualty and Surety Co.)**

Andrew E. Shirley
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY 10022
    **Avenue Capital Management, LLC**

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
    **(National Union Fire Insurance Co.)**

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York, NY 10042

Thomas J. Matz, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
    **Snack, Inc.**

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
    **(Proposed Asbestos Bodily Injury Claimants Committee)**

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
    **(Official Committee of Unsecured Creditors)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
    **(Official Committee of Personal Injury Claimants)**

Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
    **Proposed Counsel to Official Committee of Equity Security Holders**

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sanjay Thapar, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Fl.
New York, NY 10017-4014

Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022
    **(Amroc Investments, Inc.)**

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York, NY 10017


The Depository Trust Company
c/o Daniel Chipko
P.O. Box 20
Bowling Green Station
New York, NY 10274


William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
    **(Official Committee of Unsecured Creditors)**


Noel C. Burnham, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads
131 Continental Drive, Suite 304
Newark, DE 19713


Myron K. Cunningham, Esq.
Attorney in Charge for Kerr-McGee Corp.
Kerr-McGee Center
Oklahoma City, OK 73125
    **(Kerr-McGee Corp.)**


Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125


Mark Kenney, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106

Jonathan D. Berger
Russell Henkin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
    **(Certified Class, Asbestos School Litigation)**


Nicholas J. LePore III, Esquire
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
    **(Robles Law Center, P.A.; Louis S. Robles, Esquire)**


Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer Redmann Maxwell & Hippel
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
    **(SAC)**


Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101
    **(Certain Underwriters at Lloyd's of London)**


Zhagrus Environmental, Inc.
c/o Susan Rice
46 West Broadway, Suite 130
Salt Lake City, UT 84101


Robert L. Eisenbach III
A. Liza Prado
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
    **(Siebel Systems, Inc.)**

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
    **(State of Minnesota)**

Stephen A. Donato
Hancock & Estabrook, LLP
1500 Mony Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

Rachel J. Lehr, Esquire
New Jersey Attorney General's Office
Dept of Environmental Protection
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
    **State of New Jersey, Dept of Environmental Protection**

Margaret A. Holland, Dept. Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625
    **(New Jersey Director, Division of Taxation)**

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, DC 20005-4026

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W..
Washington, DC 20020

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
    **(Certain Underwriters at Lloyd's of London)**

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
    **(Official Committee of Personal Injury Claimants)**

Martha E. Romero
Law Offices of Martha E. Romero & Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602
    **(County of San Diego)**

Robert J. Dehney
Michael G. Busenkell
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
    **(Travelers Casualty and Surety Co.)**

Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE 19899-8989
    **(Certain Underwriters at Lloyd's of London)**

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr. (#463)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
    **(Counsel for Chevron)**

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
    **(National Medical Care, Inc.)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
    **(Counsel to Post Petition Lender)**

Thomas G. Whalen, Esq.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 29801
    **(Mark Hankin , HanMar Associates, M.L.P.)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 N. Market Street
Wilmington, DE 19801
    **(Official Committee of Property Damage Claimants)**

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
    **(Official Committee of Personal Injury Claimants)**

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801
    **(U.S. Trustee)**

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081
    **(Official Committee of Unsecured Creditors)**

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367
    **(Snack, Inc.)**

Elaine Z. Cole, Esquire
340 E. Main Street
Rochester, NY 14604

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219