IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CASE NO. 01-01139 through |
| | ) | 01-01200 (JJF) |
| W.R. GRACE & CO., et al. | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the Case Bigelow & Lombardi, hereby enters its appearance as counsel for creditor and lessor WILLIAM B. DUNBAR, Trustee ("Dunbar") pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Bankruptcy Rules.

Pursuant to Section 1109(b) of the Bankruptcy Code, Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019 and 9022 and other applicable Rules of the Bankruptcy Rules and any applicable Local Bankruptcy Rules, Dunbar requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Ted N. Pettit, Esq.
> Case Bigelow & Lombardi
> Grosvenor Center, Mauka Tower
> 737 Bishop Street, Suite 2600
> Honolulu, Hawaii 96813
> Telephone: (808) 547-5400
> Facsimile: (808) 523-1888

26297\1\274229.1

Dunbar pursuant to Section 1109(b) of the Bankruptcy Code, and the applicable Rules of the Bankruptcy Rules and Local Bankruptcy Rules, requests that all applications, complaints, demands, motions, petitioners, requests, statements, schedules, stipulations, orders, and other pleadings and any notices thereof which affect or seek to affect in any way any of the rights or interests of any creditor or parties-in-interest in this case, including but without limitation to Dunbar, with respect to the Debtor or any property of the Debtor or the Debtor's estate be given to and served upon counsel at the addresses set forth above.

Nothing herein or otherwise, including but without limitation to any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by Dunbar of their (a) right to have final orders in noncore matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d)

/

/

/

/

/

/

other rights, remedies, claims, actions, defenses, set-offs or recoupments to which Dunbar is or may be entitled, all of which are hereby expressly reserved.

        DATED:      Honolulu, Hawaii, _____ FEB 2 7 2002 _____

                                                            _____
                                                             TED N. PETTIT
                                                             CASE BIGELOW & LOMBARDI
                                                             A LAW CORPORATION
                                                             Pacific Guardian Center, Mauka Tower
                                                             737 Bishop Street, Suite 2600
                                                             Honolulu, Hawaii 96813
                                                             Telephone No. (808) 547-5400
                                                             Facsimile No. (808) 523-1888
                                                             Attorney for Creditor and Lessor
                                                             William B. Dunbar, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CASE NO. 01-01139 through |
| | ) | 01-01200 (JJF) |
| W.R. GRACE & CO., et al. | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Appearance and Request for Notice (William B. Dunbar, Trustee) was duly served by depositing a copy of same in the United States mail at Honolulu, Hawaii, postage prepaid to the parties addressed on the attached Exhibit "A" on _____FEB 2 7 2002_____.

DATED:    Honolulu, Hawaii, _____FEB 2 7 2002_____

_____
TED N. PETTIT
CASE BIGELOW & LOMBARDI
A LAW CORPORATION
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 547-5400
Facsimile No. (808) 523-1888
Attorney for Creditor and Lessor
William B. Dunbar, Trustee

26297\1\274229.1

LAURA DAVIS JONES, ESQ.
919 NORTH MARKET ST, 16TH FLR
PO BOX 8705
WILMINGTON  DE  19899-8705

HAMID R. RAFATJOO, ESQ.
PACHULSKI STANG ZIEHL YOUNG
10100 SANTA MONICA BLVD
LOS ANGELES  CA  90067-4100

PARCELS INC
VITO I DIMAIO
10TH & KING STREETS
WILMINGTON  DE  19801

STEVEN M. YODER ESQ
222 DELAWARE AVE #900
PO BOX 25130
WILMINGTON  DE  19899

WILLIAM P. BOWDEN ESQ
222 DELAWARE AVE
PO BOX 1150
WILMINGTON  DE  19899

WILLIAM H. SUDELL JR ESQ
1201 N. MARKET STREET
PO BOX 1347
WILMINGTON  DE  19899

MARK D COLLINS ESQ
ONE RODNEY SQUARE
PO BOX 551
WILMINGTON  DE  19899

JEFFREY C. WISLER ESQ
MICHELLE McMAHON ESQ
1220 MARKET STREET, 10TH FLR
WILMINGTON DE  198999

FRANCIS A. MONACO JR ESQ
1201 N. ORANGE STREET #400
PO BOX 2031
WILMINGTON  DE  19801

FREDERICK B. ROSNER ESQ
WALSH MONZACK & MONACO
1201 N. ORANGE ST #400
WILMINGTON  DE  19801

MICAHEL B. JOSEPH ESQ
824 MARKET STREET #904
PO BOX 1351
WILMINGTON DE  198999

BRUCE E. JAMESON ESQ
1310 KING STREET
PO BOX 1328
WILMINGTON  DE  19899

MARK S. CHEHI ESQ
ONE RODNEY SQUARE
PO BOX 636
WILMINGTON  DE  19899-0636

JOSEPH GREY ESQ
STEVENS & LEE
300 DELAWARE AVE #800
WILMINGTON  DE  19801

MICHAEL R. LASTOWSKI ESQ
DUANE MORRIS & HECKSCHER
1100 N MARKET STREET #1200
WILMINGTON  DE  19801-1246

JAMES HM SPRAYREGEN ESQ
KIRKLAND & ELLIS
200 E RANDOLPH DR
CHICAGO  IL  60601

FRANK J. PERCH ESQ
OFFICE OF THE US TRUSTEE
601 WALNUT ST, CURTIS CENTER
SUITE 950 WEST
PHILADELPHIA  PA  19106

DERRICK TAY ESQ
SUIGE 1100, BOX 11
MERRILL LYNCH CANADA TOWER
SUN LIFE CENTER 200 KINT ST W
TORONTO ONTARIO M5H 3T4

DAVID B. SIEGEL
WR GRACE & CO
7500 GRACE DRIVE
COLUMBIA  MD  21044

ELIHU INSELBUCH ESQ
399 PARK AVE, 36TH FLR
NEW YORK  NY  10022

LEWIS KRUGER ESQ
STROOCK & STROOCK & LAVAN
180 MAIDEN LANE
NEW YORK  NY  10038-4982

SCOTT L. BAENA ESQ
FIRST UNION FINANCIAL CENTER
200 S BISCAYNE BLVD #2500
MIAMI  FL  33131

D.J. BAKER ESQ
SKADDEN ARPS SLATE MEAGHER
FOUR TIMES SQUARE
NEW YORK  NY  10036

J. DOUGLAS BACON ESQ
LATHAM & WATKINS
SEARS TOWER, STE. 5800
CHICAGO  IL  60606

NANCY WORTH DAVIS ESQ
28 BRIDGESIDE BLVD
PO BOX 1792
MOUNT PLEASANT  SC  29465

TODD MEYER ESQ
KILPATRICK STOCKTON
1100 PEACHTREE STREET
ATLANTA  GA  30309

SECURITIES & EXCHANGE COMM
15TH & PENNSYLVANIA AVE NW
WASHINGTON  DC  20020

DISTRICT DIRECTOR
IRS
409 SILVERSIDE ROAD
WILMINGTON  DE  19809

SECURITIES & EXCHANGE COMM
ATLANTA - BRANCH/REORG
3475 LENOX RD NE #100
ATLANTA  GA  30326-1232

SECURITY OF TREASURER
PO BOX 7040
DOVER  DE  19903

**EXHIBIT A**

| | | |
|---|---|---|
| JAMES D. FREEMAN ESQ<br>ENVIRON ENFORCE SECT<br>999 18TH STREET, #945 N TOWER<br>DENVER   CO   80202 | JON L. HEBERLING ESQ<br>MCGARVEY HEBERLINE SULLIVAN<br>745 SOUTH MAIN STREET<br>KALISPEL   MT   59901 | PATRICK L HUGHES ESQ<br>HAYNES & BOONE LLP<br>1000 LOUISIANA ST #4300<br>HOUSTON   TX   77002-5012 |
| DAVID S HELLER ESQ<br>LATHAM & WATKINS<br>SEARS TOWER, STE. 5800<br>CHICAGO   IL   60606 | CHARLES E BOULBOL ESQ<br>26 BROADWAY, 17TH FLR<br>NEW YORK   NY   10004 | IRA S GREENE ESQ<br>SQUADRON ELLENOFF PLESENT<br>551 FIFTH AVENUE<br>NEW YORK   NY   10176 |
| JAMES A SYLVESTER ESQ<br>INTERCAT INC<br>104 UNION AVENUE<br>MANASQUAN   NJ   08736 | STEVEN J JOHNSON ESQ<br>GIBSON DUNN & CRUTHER LLP<br>1530 PAGE MILL ROAD<br>PALO ALTO   CA   94304-1125 | CHARLOTTE KLENKE ESQ<br>PO BOX 2545<br>3101 S PACKERLAND<br>GREEN BAY   WI   54306 |
| DAVID S ROSENBLOOM ESQ<br>MCDERMOTT WILL & EMERY<br>227 WEST MONROE STREET<br>CHICAGO   IL   60606-5096 | BRAD RODGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>PENSION BENEFIT GUARANTY CO<br>1200 K STREET NW<br>WASHINGTON   DE   20005-4026 | PAMELA ZILLY<br>THE BLACKSTONE GOURP<br>345 PARK AVENUE<br>NEW YORK   NY   10154 |
| JOSIAH ROTENBERG<br>LAZARD FRERES & CO<br>30 ROCKEFELLER PLAZA 60TH FLR<br>NEW YORK   NY   10020 | STEVEN H CASE ESQ<br>DAVIS POLK & WARDWELL<br>450 LEXINGTON AVE<br>NEW YORK   NY   10017 | JAN M. HYDEN ESQ<br>650 POYDRAS ST #2500<br>NEW ORLEANS   LA   70130-6103 |
| JOSEPH F RICE ESQ<br>28 BRIDGESIDE BLVD<br>PO BOX 1792<br>MT PLEASANT   SC   29465 | STEVEN T BARON ESQ<br>SILBER PEARLMAN LLP<br>2711 N HASKELL AVE 5TH FLR<br>DALLAS   TX   75204 | BANKRUPTCY ADMINISTRATION<br>IOS CAPITAL INC<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON   GA   31208-3708 |
| WJ WINTERSTEIN JR ESQ<br>ELEVEN PENN CENTER, 29TH FLR<br>1835 MARKET STREET<br>PHILADELPHIA   PA   19103 | R SCOTT WILLIAMS<br>PMG CAPITAL CORP<br>FOUR FALLS CORPORATE CENTER<br>WEST CONSHOHOCKEN   PA   19428 | ALAN R BRAYTON ESQ<br>BRAYTON & PURCELL<br>222 RUSH LANDING ROAD<br>NOVATO   CA   94945 |
| JONATHAN W YOUNG<br>WILDMAN HARROLD ALLEN<br>225 WEST WACKER DR #3000<br>CHICAGO   IL   60606-1229 | RUSSELL W BUDD<br>BARON & BUDD PC<br>3102 OAK LAWN AVE #1100<br>DALLAS   TX   75219 | SHELBY A JORDAN ESQ<br>JORDAN HYDEN WOMBLE<br>500 N SHORELINE BLVD #900<br>CORPUS CHRISTI   TX   78471 |
| COURTNEY M. LABSON ESQ<br>THE MILLS CORPORATION<br>1300 WILSON BLVD #400<br>ARLINGTON   VA   22209 | CINDY SCHULTZ<br>INGERSOLL-RAND FLUID PRODUCTS<br>ONE ARO CENTER<br>PO BOX 151<br>BRYAN   OH   43506 | ALAN KOLOD ESQ<br>1301 AVE OF THE AMERICAS<br>40TH FLOOR<br>NEW YORK   NY   10019-6076 |
| THOMAS MOSKIE<br>BANKERS TRUST CO<br>FOUR ALBANY ST, 4TH FLR<br>NEW YORK   NY   10006 | JOHN P DILMAN ESQ<br>LINEBARGER HEARD GOGGAN BLAIR<br>PO BOX 3064<br>HOUSTON   TX   77253-3064 | CHARLES E GIBSON III<br>620 NORTH ST #100<br>JACKSON   MS   39202 |

| | | |
|---|---|---|
| PAUL M BAISIER ESQ<br>SEYFARTH SHAW<br>1545 PEACHTREE ST #700<br>ATLANTA  GA  30309 | KEVIN D MCDONALD ESQ<br>ONE HOUSTON CENTER<br>1221 MCKINNEY, STE. 4550<br>HOUSTON  TX  77010 | CHRISTOPHER BEARD ESQ<br>BEARD & BEARD<br>306 N MARKET STREET<br>FREDERICK  MD  21701 |
| BERNICE CONN ESQ<br>ROBINS KAPLAN MILLER<br>2049 CENTURY PARK E  #3700<br>LOS ANGELES  CA  90067 | STEVEN R SCHLESINGER ESQ<br>JASPAN SCHLESINGER HOFFMAN<br>300 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | STEVEN J. KHERKHER ESQ<br>WILLIAMS BAILEY LAW FIRM<br>8441 GULF FREEWAY #600<br>HOUSTON  HX  77017 |
| KIMBERLY W OSENBAUGH ESQ<br>PRESTON GATES & ELLIS<br>701 5TH AVENUE #5000<br>SEATTLE  WA  98104-7078 | LEWIS T. LECLAIR ESQ<br>MCKOOL SMITH<br>300 CRESCENT COURT #1500<br>DALLAS  TX  75201 | DELTA CHEMICAL CORPORATION<br>2601 CANNERY AVENUE<br>BALTIMORE  MD  21226-1595 |
| STEVEN T HOORT ESQ<br>ROPES & GRAY<br>ONE INTERNATIONAL PLACE<br>BOSTON  MA  02110-2624 | PETER VAN N LOCKWOOD ESQ<br>CAPLIN & DRYSDALE<br>ONE THOMAS CIRCLE NW<br>WASHINGTON DC 20005 | PETER A CHAPMAN<br>24 PERDICARIS PLACE<br>TRENTON  JN  08618 |
| PAUL M MATHENY ESQ<br>LAW OFFICES OF PETER ANGELOS<br>5905 HARFORD ROAD<br>BALTIMORE  MD  21214 | MICHAEL URBIS ESQ<br>JORDAN HYDEN WOMBLE<br>2390 CENTRAL BLVD, STE. G<br>BROWNSVILLE  TX  78520 | MARY A COVENTRY<br>SEALED AIR CORPORATION<br>PARK 80 EAST<br>SADDLE BROOK  NJ  07663 |
| MARGERY N REED ESQ<br>DUANE MORRIS & HECKSCHER<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA  PA  19103-7396 | MERIDEE MOORE<br>FARALLON CAPITAL MGMT<br>ONE MARITIME PLAZA #135<br>SAN FRANCISCO  CA  94111 | JOHN M KLAMANN ESQ<br>KLAMANN & HUBBARD<br>7101 COLLEGE BLVE #120<br>OVERLAND PARK KS  66210 |
| JOSEPH T KREMER ESQ<br>LIPSIPTZ GREEN FAHRINGER<br>42 DELAWARE AVE #300<br>BUFFALO  NY  14202 | PAUL D HENDERSON ESQ<br>DIES DIES & HENDERSON<br>1009 W GREEN AVE<br>ORANGE  TX  77630 | ROBERT JACOBS ESQ<br>JACOBS & CRUMPLAR<br>2 EAST 7TH STREET<br>PO BOX 1271<br>WILMINGTON  DE  19899 |
| ELIZABETH S KARDOS ESQ<br>GIBBONS DEL DEO DOLAN<br>ONE RIVERFRONT PLAZA<br>NEWAKR  NY  07102-5497 | THOMAS J NOONAN JR<br>R&S LIQUIDATION CO<br>5 LYONS MALL PMB #530<br>BASKING RIDGE  NY  07920-1928 | HARRY LEE ESQ<br>STEPTOE & JOHNSON<br>1330 CONNECTICUT AVE NW<br>WASHINGTON  DC  20036 |
| SHEREE L KELLEY ESQ<br>80 PARK PLAZA, T5D<br>PO BOX 570<br>NEWARK  NJ  07101 | WILLIAM S KATCHEN ESQ<br>DUANE MORRIS & HECKSCHER<br>ONE RIVERFRONT PAZA, 2ND FLR<br>NEWAKR  NJ  07102 | PAL G SUMERS ESQ<br>TN ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE  TN  37202-0207 |
| DAMON J CHARGOIS ESQ<br>360 PLACE OFFICE PARK<br>1201 N WATSON RD #145<br>ARLINGTON  TX  76006 | C RANDALL BUPP ESQ<br>PLASTIRAS  & TERRIZZI<br>24 PROFESSIONAL CNTR PKW #150<br>SAN RAFAEL  CA  94903 | PETER S GOODMAN ESQ<br>ANDREWS 7 KURTH<br>805 THIRD AVE<br>NEW YORK  NY  10022 |

| | | |
|---|---|---|
| JONATHAN H ALDEN ESQ<br>ASSISTANT GENERAL COUNSEL<br>3900 COMMONWEALTH BLVD MS35<br>TALLAHASSEE  FL  32399-3000 | CREDIT LYONNAIS<br>1301 AVE OF THE AMERICAS<br>NEW YORK  NY  10019-0602 | STATE LIBRBARY OF OHIO<br>MICHELLE T SUTTER<br>101 E TOWN ST, 2ND FLR<br>COLUMBUS  OH  43215 |
| ROSA DOMINY / BK ADMIN<br>IOS CAPITAL INC<br>1738 BASS RD<br>PO BOX 13708<br>MACON  GA  31208-3708 | ROBERT JACOBS ESQ<br>2 EAST 7TH ST<br>PO BOX 1271<br>WILMINGTON  DE  19899 | GRIEF BROS CORP<br>250 EAST WILSON BRIDGE RD<br>SUITE 175<br>WORTHINGTON  OH  43085 |