IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 8, 2002 at 4:00 p.m.**
**Hearing Date: March 18, 2002 at 1:00 p.m.**

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 1675

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Debtors' Application for an Order Amending the Order Authorizing the Employment and Retention of Kinsella Communications, Ltd., as Notice Consultant for the Debtors and Debtors-in-Possession to Authorize the Debtors to Pay Interim Compensation to Kinsella Communications, Ltd. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the Application were to be filed and served no later than March 8, 2002 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: March 13, 2002

          KIRKLAND & ELLIS
          James H.M. Sprayregen
          James W. Kapp III
          Samuel A. Schwartz
          Roger J. Higgins
          200 East Randolph Drive
          Chicago, Illinois 60601
          Telephone:   (312) 861-2000
          Facsimile:    (312) 861-2200

          and

          PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

          /s/ David W. Carickhoff Jr.
          Laura Davis Jones (Bar No. 2436)
          Hamid R. Rafatjoo (California Bar No. 181564)
          David J. Carickhoff, Jr. (Bar No. 3715)
          919 N. Market Street, 16th Floor
          P.O. Box 8705
          Wilmington, Delaware 19899-8705
          Telephone:   (302) 652-4100
          Facsimile:    (302) 652-4400

          Co-Counsel to Debtors and Debtors-in-Possession