- W. R. Grace Bankruptcy -



**Zonolite bags may differ. Bags were often left in the attic. Any Zonolite bag may be an important identifier, and help you avoid disturbing the insulation.**

Zonolite is vermiculite shaped like a small nugget, and varies in color from silver-gold to gray-brown. After years in the attic - or often in the walls of your home - the granules may darken to gray or black. A typical individual pellet appears expanded like an accordion. The product was sold in bags prior to 1985, often for do-it-yourself insulation projects. Zonolite Attic Insulation may be found underneath subsequently installed insulation of other types such as rolled pink or yellow fiberglass.

# If your home or property contains loose-fill vermiculite attic insulation, you may need to act now to preserve your rights.

**All claims must be received by Month 00, 0000 (the "Bar Date")**

W.R. Grace & Co. ("Grace")* filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, **those people and entities who have asbestos and non-asbestos related claims against Grace must file them by Month 00, 0000, the Bar Date**. Filing a claim doesn't necessarily entitle you to compensation.

One type of claim involves Zonolite Attic Insulation. Grace mined, produced and marketed vermiculite products, which may contain readily airborn asbestos fibers. One of these was sold until 1984 as Zonolite Attic Insulation as pictured and described above.

**To learn about vermiculite and asbestos, you may call the Environmental Protection Agency at 1-800-471-7127 or go to their website at www.epa.gov/asbestos/insulation.**

The Bar Date does not mean that the Court has found a health or safety problem with Zonolite. Lawsuits have claimed that Zonolite constitutes a present threat to public safety if disturbed, for example, through home repairs or remodeling, storage of belongings in the attic, etc. Grace contends that there are only trace amounts of asbestos in Zonolite, and that there is no safety issue and no need to remove it.

If you have Zonolite, you must file a claim now, or you will be barred from bringing a claim against Grace at any time in the future, for example for the cost of removal of Zonolite, or diminution of property value or economic loss caused by the Zonolite Attic Insulation manufactured by Grace.

**If you're not sure you have Zonolite, and don't want to disturb it, you may have an inspector check it for you.**

Separate notices describe other claims subject to the Bar Date, including other asbestos property damage claims (such as building owners with MK-3 and many other fireproofing or insulation or acoustical products), claims by people who currently suffer from asbestos personal injuries (such as those people who worked around Grace commerical and residential insulation and other products), asbestos claims that have been settled with Grace but not yet paid, and any other non-asbestos claim.

For more information, or to receive the long form notice and claim form package, call the toll free number listed below, write to: Claims Agent, Re: W. R. Grace, P.O. Box 0000, City, State 00000-0000, or visit the website at www.website.com

*Complete descriptions of the claims subject to the Bar Date, a complete list of Grace predecessors, subsidiaries and other related entities involved in the bankruptcy, as well as more details about the bankruptcy may be found in the long form notice and claim form package.

# 1-800-000-0000
# www.website.com