- W. R. Grace Bankruptcy-

# If you are or were a resident of Libby, Montana, you must act now to preserve your rights relating to asbestos contamination from the Zonolite mine.

**All claims must be received by Month 00, 0000 (the "Bar Date")**

W.R. Grace & Co. ("Grace")* filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, **those people and entities who have asbestos and non-asbestos related claims against Grace must file them by Month 00, 0000, the Bar Date**, or may be barred from bringing a claim against Grace in the future. Filing a claim doesn't necessarily entitle you to compensation.

One claim involved in the bankruptcy involves current or former Libby residents, relating to their proximity to Grace's Zonolite mine. Grace's Zonolite company mined, milled and processed vermiculite for residential and commercial building products that may have contained readily airborne asbestos fibers. Workers may have brought dust home on clothing, and dust from the mine may have penetrated your home or property in other ways.

The Bar Date does not mean that the Court has ruled on the health or safety claims, including those already asserted, by Libby residents. Nonetheless, you must file a claim now, or you will be barred from bringing a claim against Grace at any time in the future. For example, you must file a claim for any personal injuries you currently suffer from exposure to asbestos resulting from working around or alleged releases of asbestos into the air in connection with the Libby, Montana mine, or for property damage resulting from asbestos contamination of your property in Libby from the Zonolite mine, such as the cost of removal, diminution of value, or economic loss.

Besides claims from Libby residents as described in this notice, separate notices describe other claims subject to the Bar Date, including Zonolite Attic Insulation Claims (such as homeowners with loose-fill vermiculite insulation in their attic and walls), other property damage claims (such as building owners with MK-3 or many other fireproofing, insulation or acoustical products), claims by people who currently suffer from asbestos personal injuries (such as those who worked around Grace commerical and residential insulation and other products), asbestos claims that have been settled with Grace but not yet paid, and any other non-asbestos claim.

For more information, or to receive the long form notice and claim form package, call the toll free number listed below, write to: Claims Agent, Re: W. R. Grace, P.O. Box 0000, City, State 00000-0000, or visit the website at www.website.com

* Complete descriptions of the claims subject to the Bar Date, a complete list of Grace predecessors, subsidiaries and other related entities involved in the bankruptcy, as well as more details about the bankruptcy may be found in the long form notice and claim form package. This notice is only a summary.

**1-800-000-0000**
**www.website.com**