- W. R. Grace Bankruptcy-

# If your commercial property has asbsetos-containing building products, such as MK-3, or other fireproofing, insulating, acoustical or other products, you must act now to preserve your rights.

## All claims must be received by Month 00, 0000 (the "Bar Date")

W.R. Grace & Co. ("Grace")* filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, **those people and entities who have asbestos and non-asbestos related claims against Grace must file them by Month 00, 0000, the Bar Date**, or may be barred from bringing a claim against Grace in the future. Filing a claim doesn't necessarily entitle you to compensation.

One claim involved in the bankruptcy is a property damage claim. Grace's Zonolite company mined, milled and processed vermiculite and also added commercial asbestos in manufacturing building products. Among the vermiculite containing products sold were Zonolite Attic Insulation, Zonolite High Temperature Cement and Zonolite Masonry-Fill. Additionally, Zonolite manufactured construction products which contained vermiculite. These products were spray applied to steel frames and ceilings in buildings and commercial asbestos was added as a filler to enable the products to be pressure ejected from a spray nozzle.

Grace also manufactured and sold acoustical plaster, ceiling texture materials and a product named Monokote-3 (MK-3), a spray fireproofing product used to provide fire protection for the enclosed steel beams of large commercial structures. Monokote-3 was later phased out with the introduction of Monokote-4 and then Monokote-5, which Grace contends do not contain asbestos. Grace's ceiling acoustical and texture products included Zonolite Acoutical Plastic ("ZAP"), Zonocoustic, Zonolite Finish Coat, Hi-Sorb Acoustical Plaster, Econo-White, Ari-Zonolite, Versakote, and others.

**Affected buildings may include: commercial highrises, offices, government buildings, theaters, churches, airports, apartment buildings, schools, and many other structures.**

The Bar Date does not mean that the Court has found a health or safety problem with these products. Lawsuits have been settled involving some types of property damage claims for Grace products in various settings, so your building may not be part of the

bankruptcy. However, if you have these products in your property, and you have a claim that has not been resolved, you must file a claim now, or you will be barred from bringing a claim against Grace at any time in the future, for example, for the cost of removal, diminution of property value, or economic loss caused by asbestos in products made or sold by Grace.

**If you are not sure whether you have one of the many products too numerous to picture here, or they are hidden in your property and you do not want to disturb them, you may have an inspector check it for you as described in the long form notice that is available.**

Besides the commercial property damage claims highlighted here, separate notices describe other claims subject to the Bar Date including Zonolite Attic Insulation Claims (such as homeowners with loose-fill vermiculite insulation in their attic and walls), claims by people who currently suffer from asbestos personal injuries (such as those people who worked around Grace commerical and residential insulation and other products), asbestos claims that have been settled with Grace but not yet paid, and any other non-asbestos claim.

For more information, or to receive a long form notice and claim form package, call the toll free number listed below, write to: Claims Agent, Re: W. R. Grace, P.O. Box 0000, City, State 00000-0000, or visit the website at www.website.com

* Complete descriptions of the claims subject to the Bar Date, a complete list of Grace predecessors, subsidiaries and other related entities involved in the bankruptcy, as well as more details about the bankruptcy may be found in the long form notice and claim form package. This notice is only a summary.

# 1-800-000-0000
# www.website.com