- W. R. Grace Bankruptcy-

# If you currently suffer from asbestos-related injury and worked around spray fireproofing or many other insulating or building products, you must act now to preserve your rights.

### All claims must be received by Month 00, 0000 (the "Bar Date")

W.R. Grace & Co. ("Grace")* filed for protection under Chapter 11 of the U.S. Bankruptcy Code. As part of the bankruptcy process, **those people and entities who have asbestos and non-asbestos related claims against Grace must file them by Month 00, 0000, the Bar Date**, or may be barred from bringing a claim against Grace in the future. Filing a claim doesn't necessarily entitle you to compensation.

One claim involved in the bankruptcy is a personal injury claim. Grace mined, milled and processed vermiculite and also added commercial asbestos in manufacturing building products. Workers and others exposed to the asbestos in these products, for example those working for Grace or those working for others applying the products on behalf of contractors, may have experienced or may be currently experiencing symptoms of an asbestos-related injury.

Personal Injury claims involve personal injuries, which have been diagnosed by a medical professional or damages related to exposure to asbestos-containing products manufactured by Grace or exposure to vermiculite mined or milled by Grace. If you have a personal injury claim, you must file it by the Bar Date. Claims for future injuries not evident now are not involved.

Among Grace's vermiculite-containing products were Zonolite Attic Insulation, sold until 1984, Zonolite High Temperature Cement and Zonolite Masonry-Fill. Additionally, Grace manufactured construction products which included vermiculite. These products were spray applied to steel frames and ceilings in buildings and commercial asbestos was added as a filler to enable the products to be pressure ejected from a spray nozzle.

Grace also manufactured and sold acoustical plaster, ceiling texture materials and a product named Monokote-3, a spray fireproofing product used to provide fire protection for the enclosed steel beams of large commercial structures (from 1959 to 1973.) Monokote-3 was later phased out with the introduction of Monokote-4 and then Monokote-5, which Grace contends do not contain asbestos. Grace's acoustical and texture ceiling products included Zonolite Acoutical Plastic ("ZAP"), Zonocoustic, Zonolite Finish Coat, Hi-Sorb Acoustical Plaster, Econo-White, Ari-Zonolite, Versakote, and others.

**Situations where the use or application of these products may have resulted in injuries include: commercial high-rise buildings, offices, government buildings, theaters, churches, airports, apartment buildings, schools, and many other structures.**

Besides personal injury claims, separate notices describe other claims subject to the Bar Date, including Zonolite Attic Insulation Claims (such as homeowners with loose-fill vermiculite insulation in their attic and walls), other property damage claims, (such as building owners with MK-3 and many other fireproofing, insulation or acoustical products), asbestos claims that have been settled with Grace but not yet paid, and any other non-asbestos claim.

For more information, or to receive the long form notice and claim form package, call the toll free number listed below, write to: Claims Agent, Re: W. R. Grace, P.O. Box 0000, City, State 00000-0000, or visit the website at www.website.com

* Complete descriptions of the claims subject to the Bar Date, a complete list of Grace predecessors, subsidiaries and other related entities involved in the bankruptcy, as well as more details about the bankruptcy may be found in the long form notice and claim form package. This notice is only a summary.

## 1-800-000-0000
## www.website.com