

WR GRACE :30 SECOND PI TV SPOT

| Video | Audio |
|---|---|
| (Upper Band) Court Ordered Notice<br><br>(Keyword bullet points fade in and out)<br><br>Asbestos-related injury<br><br>Claims against W. R. Grace<br><br>Claims deadline: Month 00, 0000<br><br>(Lower Band: Throughout: rotate phone number and website. Hold on web at end of spot and show Court.)<br><br>www.website.com<br>1-800-000-0000<br><br>United States Bankruptcy Court for the District of Delaware | If you currently suffer from asbestos-related injury and worked around spray fireproofing or many other insulating or building products, you must act now to preserve your rights in the W. R. Grace Bankruptcy. Grace mined and produced numerous products that may have contained asbestos, under many different brand names for use in various types of buildings. You must file your claim by a "Bar Date," Month 00, 0002. To learn more call toll free 1-800-000-0000. 1-800-000-0000. |

601 EAST BROAD STREET, SUITE 100, PO BOX 120, SOUDERTON, PA 18964, 215-721-2120, 215-721-6886 FAX, HILSOFT@HILSOFT.COM