
Notifications

WR GRACE :30 SECOND ZAI TV SPOT

| VIDEO | AUDIO |
|---|---|
| Example footage:<br><br><br><br><br><br>(Upper Band)<br>Court Ordered Notice<br><br>On screen at times:<br>W.R. Grace Bankruptcy<br>Claims deadline Month 00, 0000<br><br>(Lower Band rotate throughout):<br>1-800-000-0000<br>www.website.com<br><br>By order of U. S. Bankruptcy Court for the District of Delaware | If your home contains loose-fill vermiculite attic insulation, you may have an asbestos-related claim, and must act now in the W.R. Grace bankruptcy. Zonolite Attic Insulation made and sold by Grace, is shaped like a small nugget and was sold prior to 1985.  To preserve your rights against W.R. Grace, you must file your claim by a "Bar Date," Month, 00 0000.   To learn more call toll free 1-000-000-0000. 1-800-000-0000 or visit the website www.website.com. |