IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref: Docket No. 900** |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 13, 2002, the Official Committee for Asbestos Property Damage Claimants, by and through the undersigned counsel, filed the attached Supplemental Affidavit of Todd B. Hilsee on Debtors' Bar Date Notice Proposal and Alternative Notice Plan with the United States Bankruptcy Court for the District of Delaware.

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
THEODORE J. TACCONELLI (#2678)
RICK S. MILLER(#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami FL 33131-2336

Attorneys for Official Committee for Asbestos Property Damage Claimants

Dated: March 13, 2002