## **CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, Esquire, hereby certify that on this 13th day of March 2002, I caused one copy of the foregoing Supplemental Affidavit of Todd B. Hilsee on Debtors' Bar Date Notice Proposal and Alternative Notice Plan to be served to the following persons in the indicated manner:

    SEE ATTACHED 2002 SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                          /s/ Theodore J. Tacconelli
                                          Theodore J. Tacconelli (#2678)

F:\Meredith\TJT\WRGraceCommittee\cert.of.service.re.amended.hilsee.aff.wpd