## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

175 FEDERAL STREET, 7TH FLOOR
BOSTON, MASSACHUSETTS 02110-2221
TELEPHONE: (617) 720-5000
FACSIMILE: (617) 720-5015
mail@lchb.com
www.lieffcabraser.com

SAN FRANCISCO
NEW YORK
WASHINGTON, D.C.
NASHVILLE

March 12, 2002

<u>Via E-mail</u>

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
District of Delaware
Suite 5490, USX Tower
600 Grant Street
Pittsburgh, PA 15219

   Re: <u>In re: W.R. Grace & Co., et al.</u>
      <u>Chapter 11 Bankruptcy No. 01-01139 (JKF)</u>

Dear Judge Fitzgerald:

   On Thursday afternoon, March 7, 2002, members of the law firm of Lukins & Annis, P.S. were informed that Your Honor intends to consider the class proof of claim issue during the March 18, 2002 omnibus hearing in Wilmington.

   Enclosed please find a courtesy copy of the Zonolite Attic Insulation Claimants' Motion For Class Proofs of Claim. At the February 25, 2002 hearing in Wilmington, Your Honor had requested such a motion as the appropriate procedural mechanism with which to present the class proof of claims issue to this Court. <u>See</u> Transcript of Motions Hearing (Feb. 25, 2002)("Transcript") at 97 – 110.

   In particular, the ZAI Claimants seek time to present the Zonolite Attic Insulation case and its special concerns. This request is also in line with Your Honor's comments at the February 25, 2002 hearing, insofar as Your Honor stated that a discussion about Zonolite-related issues would be productive. <u>See</u> Transcript at 117.

M:\WRG\Letters\Judge JFK.doc

The Honorable Judith K. Fitzgerald
March 12, 2002
Page 2

Should you have any questions regarding this request, please feel free to contact me directly.

Very truly yours,

Thomas M. Sobol

TMS:ggn
cc:   All Counsel of Record

M:\WRG\Letters\Judge JFK.doc