IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## DECLARATION OF SERVICE

I, William D. Sullivan, Esquire, do hereby declare that I am Delaware counsel for the Zonolite Attic Insulation Plaintiffs, and that on March 12, 2002, I caused copies of the following documents to be served via facsimile on the parties identified on the attached Facsimile Service list:

**Zonolite Claimants' Motion for Class Proofs of Claim (D.I. 1788)**

**Letter to The Honorable Judith K. Fitzgerald, dated March 12, 2002 (D.I. 1795)**

I further declare that copies of the foregoing documents were served on all counsel on the attached Mail Service List by first class mail on March 13, 2002.

                        ELZUFON, AUSTIN, REARDON,
                        TARLOV & MONDELL, P.A.


                        */s/ William D. Sullivan*
                        William D. Sullivan (No. 2820)
                        300 Delaware Avenue, Suite 1700
                        P.O. Box 1630
                        Wilmington, DE  19899-1630
                        Phone: (302) 428-3181
                        Fax: (302) 428-3180

                        Attorneys for Zonolite Attic Insulation Claimants

# FACSIMILE SERVICE LIST

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.
### ATTORNEYS & COUNSELORS AT LAW

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630

PHONE: 302.428.3181
FACSIMILE: 302.428.3180

## FACSIMILE COVERSHEET

RE:  IN RE W.R. GRACE ET AL
     CASE NO. 01-01139 (JKF)

DATE:  MARCH 12, 2002

| Recipient | Representing | Fax No. |
|---|---|---|
| Laura Davis Jones, Esq. | Debtors | 302-652-4400 |
| Hamid R. Rafatjoo, Esq. | Debtors | 310-201-0760 |
| Steven M. Yoder, Esq. | DIP Lender | 302-658-6395 |
| Matthew G. Zaleski, Esq. | Asbestos Claimants | 302-426-9947 |
| William H. Sudell, Jr., Esq. | Travelers | 302-658-3989 |
| Mark D. Collins, Esq. | Chase Manhattan Bank | 302-658-6548 |
| Jeffrey C. Wisler, Esq. |  | 302-658-0380 |
| Michael B. Joseph, Esq. | Property Damage Committee | 302-575-1714 |
| Bruce E. Jameson, Esq. | Asbestos Claimants | 302-658-8111 |
| Mark S. Chehi, Esq. | Sealed Air Corp. | 302-651-3001 |
| James H.M. Sprayregen, Esq. | Debtor | 312-861-2200 |
| Frank J. Perch, Esq. | United States Trustee | 302-573-6497 |
| Derrick Tay, Esq. | Debtor | 416-977-5239 |

| | | |
|---|---|---|
| David B. Siegel | Grace | 410-531-4783 |
| William Sparks, Esq. | Grace | 302-652-5338 |
| Elihu Inselbuch, Esq. | Personal Injury Committee | 212-644-6755 |
| Lewis Kruger, Esq. | Creditors Committee | 212-806-6006 |
| Scott L. Baena, Esq. | Property Damage Committee | 305-374-7593 |
| Thomas Moers Mayer, Esq. | Equity Committee | 212-715-8000 |
| J. Douglas Bacon, Esq. | DIP Lender | 312-993-9767 |
| Nancy Worth Davis, Esq. | Asbestos Claimants | 843-216-9410 |
| Joseph Grey, Esq. | Asbestos Claimants | 302-654-5181 |
| Michael R. Lastowski, Esq. | Creditors Committee | 302-657-4901 |
| Mary M. Maloneyhuss, Esq. | General Electric Co. | 302-777-5863 |
| Selinda Melnick, Esq. | Gamma Holding, NV | 302-652-8405 |
| Laurie Selber Silverstein, Esq. | Norfolk Southern Corp. | 302-658-1192 |
| Adam G. Landis, Esq. | Wachovia Bank, N.A. | 302-552-4295 |
| Curtis Crowther, Esq. | Century Indemnity | 302-654-0245 |
| David Blechman | Blackstone Group | 212-583-5012 |
| Aaron A. Garber, Esq. | Potash Corp. | 302-656-8864 |
| Eric Lopez Schnabel, Esq. | Entergy Services, Inc. | 302-552-4295 |
| John D. Demmy, Esq. | First Union Leasing | 302-654-5181 |
| Francis J. Murphy, Esq. | Lloyd's of London | 302-654-4775 |
| James D. Freemen, Esq. | U.S. Environment | 303-312-7331 |
| Matthew D. Cohn, Esq. | U.S. Environment | 303-312-6312 |
| Robert N. Michaelson, Esq. | American Real Estate Holdings | 202-637-5910 |

| Jon L. Heberling, Esq. | Carol Gerard | 406-752-7124 |
| --- | --- | --- |
| Henry A. Heiman, Esq. | MCNIC Pipeline | 302-658-1473 |
| Brett D. Fallon, Esq. | Caterpillar Financial | 302-658-6901 |
| Michael S. Davis, Esq. | National Union | 212-753-0396 |
| Steven K. Kortanek, Esq. | Carol Gerard | 302-426-9193 |
| Brian C. Parker, Esq. | | 410-625-9309 |
| | | |
| | | |
| | | |
| | | |

# Mail Service List

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Pamela Zilly
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue 36th Floor
New York, NY 10022

W.J. Winterstein, Jr., Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James D. Freeman, Esquire
999 18th Street
Suite 945-North Tower
Denver, Colorado  80202

William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Robert J. Dehney
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
P.O. Box 1792
Mount Pleasant, SC 29465

Brad Rogers, Esquire
Office of the General
Pension Benefit Gua
1200 K. Street, N. W
Washington, D.C. 20

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19

Ira S. Greene, Esquire
Squadron, Ellenoff,
551 Fifth Avenue
New York, NY 1017

Bankruptcy Adminis
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708

District Director
IRS
409 Silverside Road
Wilmington, DE 198

Secretary of Trea
P.O. Box 7040
Dover, DE 19903

J. Douglas Bacon, Es
Latham & Watkins
Sears Tower, Suite 5
Chicago, IL 60606

Jon L. Heberling, Esc
McGarvey, Heberlin
PC
745 South Main Stre
Kalispel, MT 59901

| | | |
|---|---|---|
| Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | Jan M. Hayden<br>Heller, Draper, Hayd<br>L.L.C.<br>650 Poydras Street,<br>New Orleans, LA 70 |
| R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Jonathan W. Young<br>Wildman, Harrold,<br>225 West Wacker D<br>Chicago, IL 60606- |
| Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Russell W. Budd<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Steven T. Baron,<br>Silber Pearlman,<br>2711 North Haske<br>Dallas, Texas 7520 |
| Shelby A. Jordan<br>Jordan, Hyden, Womble & Culbreth | Steven M. Yoder, Esquire<br>The Bayard Firm<br>P.O. Box 25130<br>Wilmington, DE 19899 | Matthew Zeleski,<br>Ashby & Geddes<br>222 Delaware Av<br>P.O. Box 1347<br>Wilmington, DE |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, D.C. 20020 | James A. Sylvester, Esquire<br>Intereat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Steven J. Johnson,<br>Gibson, Dunn & C<br>1530 Page Mill R<br>Palo Alto, CA 94 |
| Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | David Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Alan Brayton, Esqui<br>Brayton & Purcell<br>222 Rush Landing R<br>Novato, CA 94945 |
| Peter Lockwood, Esquire<br>Caplin & Drysdale<br>One Thomas Circle, NW<br>Washington, D.C. 20005 | Michael Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 N. Market Street, #904<br>P.O. Box 1351<br>Wilmington, DE 19899-1351 | Michael Lastowski,<br>Duane, Morris & He<br>1100 North Market<br>P.O. Box 195<br>Wilmington, DE 19 |
| Arthur Azley, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, New York 10036-6522 | Mark S. Chehi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>P.O. Box 636<br>Wilmington, DE 19899 | Hamid R. Rafatjoo,<br>Pachulski, Stang, Zie<br>10100 Santa Monica<br>Los Angeles, CA 90 |

| | | |
|---|---|---|
| James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Derrick Tay, Esquire<br>Suite 1100, Box 11, Merrill Lynch Tower<br>Sun Life Center, 200 Kint Street West<br>Toronto, Ontario M5H 3T4<br>CANADA | David B. Seigel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 2104 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, Florida 33131 | David S. Heller, Esq<br>Latham & Watkins<br>Sears Tower, Suite 5<br>Chicago, IL 60606 |
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>1220 Market St., 10th Floor<br>Wilmington, DE 19899 | Francis A. Monaco, Jr., Esq.<br>Walsh, Monzack & Monaco, PA<br>1201 N. Orange St., Ste 400<br>Wilmington, DE 19801 | Bruce E. Jameson, E<br>Prickett, Jones &I El<br>1310 King Street<br>Wilmington, DE 198 |
| Mark S. Chehi, Esk.<br>Skadden Arps Slate Meagher & Flom<br>One Rodney Square<br>Wilmington, DE 19899-0636 | Joseph Grey, Esq.<br>Stevens & Lee<br>300 Delaware Avenue, Ste. 800<br>Wilmington, DE 19899 | Laurie Selber Silvers<br>Potter Anderson & C<br>1313 N. Market St.,<br>Wilmington, DE 198 |
| Frank J. Perch, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE 19801 | Mary M. Maloney Huss<br>Wolf, Block Schorr & Solis-Cohen<br>920 King St., Ste. 300<br>Wilmington, DE 19801 | Selinda A. Melnik<br>Smith Katzenstein<br>800 Delaware Ave<br>Wilmington, DE 1 |
| Curtis Crowther, Esq.<br>White & Williams LLP<br>824 N. Market St., Ste. 902<br>Wilmington, DE 19801 | Adam G. Landis, Esq.<br>Klett Rooney Lieber & Shorling<br>1000 West Street, Ste 1410<br>Wilmington, DE 19801 | John D. Demmy<br>Stevens & Lee, I<br>300 Delaware A<br>Wilmington, De |
| Aaron A. Garber, Esq.<br>Pepper Hamilton LLP<br>1201 Market St., Ste 1600<br>Wilmington, DE 19801 | Eric Lopez Schnabel, Esq.<br>Klett Rooney Lieber & Shorling<br>1000 West Street, Ste 1410<br>Wilmington, DE 19801 | Francis J. Murph<br>Murphy Spadarc<br>824 N. Market S<br>Wilmington, DE |
| Thomas G. Whalen, Esq.<br>Stevens & Lee, P.C.<br>300 Delaware Ave., Ste. 800<br>Wilmington, DE 19801 | Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Michael A. Berma<br>Securities & Exch<br>450 5th St., N.W. (<br>Washington, D.D. |

| | | |
|---|---|---|
| Henry A. Heiman, Esq.<br>Heiman Aber Goldlust & Baker<br>First Federal Plaza, Suite 600<br>P.O. Box 1675<br>Wilmington, DE 19899 | Brett D. Fallon, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Ave.<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Steven K. Kortane<br>Klehr Harrison H<br>919 Market St., S<br>Wilmington, DE 1 |