IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2002 MAR 11 AM 11: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
) 
W. R GRACE & CO., et al ) Chapter 11 Case No. 01-1200 (JJF)
)
)

## NOTICE OF APPEARANCE

Comes Douglas Gordon, of the law firm of Linebarger, Goggan, Blair, Peña & Sampson, LLP, to enter his firm's appearance as counsel for the City of Knoxville, a creditor in the above styled cause of action, and to request that copies of all notices, pleadings and other filings and correspondence which counsel for the City of Knoxville is entitled to receive be sent to or served upon him at the following addresses:

If mailed:       Douglas Gordon,
                 Linebarger, Goggan, Blair, Peña & Sampson, LLP
                 P. O. Box 460
                 Knoxville, TN 37901-0460

If hand delivered:   Douglas Gordon,
                     Linebarger, Goggan, Blair, Peña & Sampson, LLP
                     607 Market Street, Suite 103
                     Knoxville, TN 37902

This 15th day of February, 2002.

LINEBARGER, GOGGAN, BLAIR
PEÑA & SAMPSION, LLP

By: _____
Douglas Gordon, BPR # 019400
607 Market Street, Suite 103
Knoxville, TN 37902

Attorney for the City of Knoxville.