PHONE (337) 491-3680

# Sheriff



## Calcasieu Parish Sheriff's Office

P.O. BOX 1787
1011 LAKESHORE DRIVE - SUITE 100
LAKE CHARLES, LOUISIANA 70602-1787

MARCH 6, 2002

DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
FIFTH FLOOR
824 MARKET STREET
WILMINGTON, DEL. 19801

Ref: Notice of Withdrawal of Claim on
CASE # 01-1139 W.R. GRACE

Dear The Creditors Committee:
    The United States Trustee:
    Respective Attorneys of Record:

    The undersigned is or was a creditor of the above named debtor. The undersigned filed proof of claim against the bankruptcy estate of the debtor. The undersigned hereby withdraws in its entirety and as of right the claim against the debtor for the reason noted below.

        The claim arose in connection with a debt accrued prior to the date upon which the debtor filed for protection under the United States Bankruptcy Code.

        The proof of claim was filed after the date allowed by the United States Bankruptcy Court.

**XXX   The debt has been paid or cancelled and the claim no longer exists**

        Other----

Please call our office at (337) 491-3687, if you have any questions.

MONICA SIMON
Deputy Tax Collector