**EXHIBIT B**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

February 25, 2002

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through February 25, 2002 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0002 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.00 |
| 0003 | Asbestos: Claims Litigation | 32.7 | 16,286.50 |
| 0004 | Asbestos: Co-Defendant Issues and Bankru | 0.0 | 0.00 |
| 0005 | Asbestos: Settlement Matters | 0.0 | 0.00 |
| 0006 | Asbestos: Section 524 (g) Matters/Futures | 0.0 | 0.00 |
| 0007 | Asbestos: Other | 0.0 | 0.00 |
| 0008 | Asset Acquisitions/Business Combinations | 2.0 | 940.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leas | 0.0 | 0.00 |
| 0010 | Bank Claims and Litigation Matters | 0.0 | 0.00 |
| 0011 | Bankruptcy Litigation (Preferences and | 0.0 | 0.00 |
| 0012 | Business Analysis (Primarily for Account | 0.0 | 0.00 |
| 0013 | Business Operations | 5.1 | 2,237.50 |
| 0014 | Case Administration | 61.9 | 15,124.50 |
| 0015 | Claim Analysis/Objections/Administration | 0.0 | 0.00 |
| 0016 | Corporate Finance (Primarily for Account | 0.0 | 0.00 |
| 0017 | Committee Matters and Creditor Meetings | 39.3 | 17,049.50 |
| 0018 | Compensation of Professionals (Fee Applications of Self and Others) | 46.3 | 8,977.50 |
| 0019 | Creditors Inquires | 0.0 | 0.00 |
| 0020 | Data Analysis (Primarily for Accounts | 0.0 | 0.00 |
| 0021 | Employee Matter | 0.0 | 0.00 |
| 0022 | Environmental Matters/Regulations/Litiga | 0.0 | 0.00 |
| 0023 | Executory Contracts/ Leases (Assumption and Rejection) | 1.6 | 680.00 |

| 0024 | Expenses | 0.0 | 0.00 |
|------|----------|-----|------|
| 0025 | Financial Filings (Schedules and Statements, Monthly Operating Reports, etc) | 0.0 | 0.00 |
| 0026 | Financing (Cash Collateral and DIP Finan | 0.0 | 0.00 |
| 0027 | Foreign Law/Proceedings/Regulations, Non | 0.0 | 0.00 |
| 0028 | Insurance | 0.0 | 0.00 |
| 0029 | Intellectual Property and Licenses | 0.0 | 0.00 |
| 0030 | Intercompany Claims/Analysis | 0.0 | 0.00 |
| 0031 | Investigations | 0.0 | 0.00 |
| 0032 | Litigation (Non-Bankruptcy/General | 0.0 | 0.00 |
| 0033 | Litigation Consulting) Primarily for Acc | 0.0 | 0.00 |
| 0034 | Litigation/Fraudulent Conveyance | 22.4 | 8,669.00 |
| 0035 | Non-Working Travel Time | 9.4 | 4,499.00 |
| 0036 | Plan/Disclosure Statement/Voting Issues | 0.0 | 0.00 |
| 0037 | Preparation for and Attendance at Hearings | 34.2 | 16,085.50 |
| 0038 | Press/Public Affairs | 0.00 | 0.00 |
| 0039 | Real Estate (Owned) | 0.0 | 0.00 |
| 0040 | Retention of Professionals | 10.0 | 4,362.50 |
| 0041 | Stay Litigation (Section 362) | 0.0 | 0.00 |
| 0042 | Reconstruction Accounting (Primarily for | 0.0 | 0.00 |
| 0043 | Regulatory Matters | 0.0 | 0.00 |
| 0044 | SEC Reporting, Disclosure and Other Matt | 0.0 | 0.00 |
| 0045 | Secured Creditor Matters | 0.0 | 0.00 |
| 0046 | Strategic Initiatives | 0.0 | 0.00 |
| 0047 | Tax/General | 22.0 | 7,569.50 |
| 0048 | Tax Audits/Litigation | 0.0 | 0.00 |
| 0049 | U S Trustee Matters and Meetings | 0.0 | 0.00 |
| 0050 | Utilities/Section 366 Issues | 0.0 | 0.00 |
| 0051 | Valuation (Primarily for Accounts and | 0.0 | 0.00 |
| 0052 | Vendor Matters | 0.0 | 0.00 |
| | **Total** | **286.9** | **$102,481.00** |

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

February 25, 2002
Invoice: 256846

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through February 25, 2002, including:

RE:    **Asbestos: Claims Litigation**
       **699843. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/04/2002 | Conference call with LK, KP re correspondence to Judge Wolin setting forth position on asbestos issues (.1). | Krieger, A. | 0.1 |
| 01/04/2002 | Drafting of letter to Judge Wolin re asbestos issues (.4) | Pasquale, K. | 0.4 |
| 01/06/2002 | Review materials on consultants appointed by Judge Wolin (3.0) and recent asbestos case decisions (1.3). | Krieger, A. | 4.3 |
| 01/07/2002 | Review applicable code sections and prepare comments on draft correspondence to Judge Wolin re Committee's position on Asbestos issues. | Krieger, A. | 1.0 |
| 01/07/2002 | Continued drafting of letter to Judge Wolin re asbestos issues | Pasquale, K. | 0.5 |
| 01/08/2002 | Office conference KP re comments to the draft letter to Judge Wolin and prepare revised mark-up of same (1.0). | Krieger, A. | 1.0 |
| 01/08/2002 | Office conference F. Calvo re future representatives inquiry. | Krieger, A. | 0.1 |
| 01/08/2002 | Review asbestos claims materials referred to by Judge Wolin during the 12/20/01 status conference (3.0). | Krieger, A. | 3.0 |
| 01/08/2002 | Review of letter to Wolin. | Kruger, L. | 0.2 |
| 01/08/2002 | Attention to backgrounds of court appointed consultants | Pasquale, K. | 0.8 |

| | | | |
|---|---|---|---|
| 01/09/2002 | Attention to letter to Judge Wolin from debtors (.5) | Pasquale, K. | 0.5 |
| 01/10/2002 | Review asbestos claim materials referred to by Judge Wolin (1.6); office conferences KP re finalization of correspondence to Judge Wolin (.3); review Debtors' correspondence to Judge Wolin (.3). | Krieger, A. | 2.2 |
| 01/10/2002 | Telephone conference W. Katchen re asbestos issues/Judge Wolin (.3) | Pasquale, K. | 0.3 |
| 01/11/2002 | Continue to review asbestos claim materials (1.8). | Krieger, A. | 1.8 |
| 01/13/2002 | Review National Union motion for court direction in respect of 1/15/02 payment due to be made under a pre-petition settlement agreement and prepare notes thereon (.3). | Krieger, A. | 0.3 |
| 01/14/2002 | Office conference with K. Pasquale regarding Judge Wolin's request for meeting. | Kruger, L. | 0.2 |
| 01/14/2002 | Attention to estimation-liquidation issues and case law (.5); attention to proposed meeting with Judge Wolin (.3) | Pasquale, K. | 0.8 |
| 01/15/2002 | Memo to and from KP re pleading filed by National Union in respect of surety bonds issues (.1); memo to S. Schwartz re National Union (.2). | Krieger, A. | 0.3 |
| 01/15/2002 | Telephone call with T. Maher regarding presentation to Judge Wolin (.2); office conference with K. Pasquale re WR Grace issues for Judge Wolin (.2); telephone call with B. Katchen regarding same (.2); telephone call with B. Kelley regarding same (.2). | Kruger, L. | 0.8 |
| 01/15/2002 | Telephone conference P. Lockwood re meeting with Judge Wolin (.4); office conference L. Kruger re related issues (.6) | Pasquale, K. | 1.0 |
| 01/16/2002 | Office conferences LK re expected meeting with Judge Wolin and discussions with counsel for other parties-in-interest (.2). | Krieger, A. | 0.2 |
| 01/16/2002 | Office conference with A. Krieger regarding preparation for meeting with Judge Wolin (.2); conference at E. Inselbach's office; office conference with K. Pasquale regarding meeting with Judge Wolin, issues and approach to resolution (1.7). | Kruger, L. | 1.9 |
| 01/16/2002 | Preparation for meeting with Judge Wolin (.4) | Pasquale, K. | 0.4 |
| 01/17/2002 | Office conference with A. Krieger and K. Pasquale; telephone call with E. Ordway and S. Cunningham | Kruger, L. | 1.1 |

|  |  |  |  |
|---|---|---|---|
|  | reviewing financial information regarding WR Grace, valuation and open issues, fraudulent transfer, Zonolite, in preparation for meeting with Judge Wolin (.8); telephone call with T. Maher regarding presentation to Judge Wolin (.3). |  |  |
| 01/17/2002 | Preparation for (.5) and meeting with E. Inselbuch re litigation issues (1.5); conference call with A. Krieger, Katchen re meeting with Judge Wolin (.3) | Pasquale, K. | 2.3 |
| 01/18/2002 | Conference with K. Pasquale, B. Katchen and Judge Wolin with respect to status, committee's view of litigation prospects and issues. | Kruger, L. | 3.4 |
| 01/18/2002 | Meeting with Judge Wolin re asbestos issues (2.5) | Pasquale, K. | 2.5 |
| 01/22/2002 | Telephone conference T. Maher re meeting with Judge Wolin (.2) | Pasquale, K. | 0.2 |
| 01/25/2002 | Telephone call S. Schwartz re agenda, National Union hearing, Toyota stipulation, other (.2); office conference KP re TRO on National Union matter (.1); review draft memorandun to the Committee re PWC motion and legal issues (.7) | Krieger, A. | 0.3 |
| 01/31/2002 | Review American Reserve case, other re class proofs of claim (.8). | Krieger, A. | 0.8 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 15.4 | $ 425 | $ 6,545.00 |
| Kruger, Lewis | 7.6 | 650 | 4,940.00 |
| Pasquale, Kenneth | 9.7 | 495 | 4,801.50 |
|  |  | Total For Professional Services Rendered | $ 16,286.50 |

**Total for this Matter**     $ 16,286.50

RE:    **Asset Acquisitions/Business Combinations**
       **699843. 0008**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/22/2002 | Telephone call from and to S. Cunningham re upcoming acquisition by domestic Grace subsidiary (.1). | Krieger, A. | 0.1 |
| 01/30/2002 | Review FTI analysis of Addiment Incorporated acquisition (.7). | Krieger, A. | 0.7 |
| 01/31/2002 | Review Debtors' press release re fourth quarter results and memo to S. Cunningham re same (.8). | Krieger, A. | 0.8 |
| 01/31/2002 | Telephone call with E. Ordway and S. Cunningham regarding proposed acquisition and possible alternative responses to debtor (.4). | Kruger, L. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.6 | $ 425 | $ 680.00 |
| Kruger, Lewis | 0.4 | 650 | 260.00 |
| Total For Professional Services Rendered | | | $ 940.00 |
| Total for this Matter | | | $ 940.00 |

RE:     **Business Operations**
        **699843. 0013**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/04/2002 | Telephone call S. Cunningham re legacy liability information (.1); review operating report (.2). | Krieger, A. | 0.3 |
| 01/07/2002 | Review November 2001 Operating Reports (1.3). | Krieger, A. | 1.3 |
| 01/16/2002 | Office conference LK re FTI analysis and meeting scheduled to discuss tax-related issues (.2); review valuation analysis (.8). | Krieger, A. | 1.0 |
| 01/16/2002 | Conference call with Policano and Manzo re company valuation issues (1.0) | Pasquale, K. | 1.0 |
| 01/17/2002 | Conference call S. Cunningham, E. Ordway re valuation analysis and then follow up office conference LK, KP (1.0). | Krieger, A. | 1.0 |
| 01/31/2002 | Telephone call C. Whitney re FTI analysis of proposed acquisition of Addiment Incorporated (.5). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.1 | $ 425 | $ 1,742.50 |
| Pasquale, Kenneth | 1.0 | 495 | 495.00 |
| | | Total For Professional Services Rendered | $ 2,237.50 |
| | | **Total for this Matter** | $ 2,237.50 |

**RE:    Case Administration**
**699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/01/2002 | Review materials on W. Drier and revise memorandum to the Committee discussing same (.3). | Krieger, A. | 0.3 |
| 01/02/2002 | Office conference with Rose Serrette and Arlene Krieger re: fee application (.7). | Cotto, L. | 0.7 |
| 01/02/2002 | Revise letter to Judge Wolin (.2); office conference LK re Judge Wolin's orders in respect of case management and appointment of W. Dreier as special master (.3); telephone call J. Baer re court's appointment of William Dreier, other (.2). | Krieger, A. | 0.7 |
| 01/02/2002 | Telephone call with T. Yoseloff of Kemper Davidson regarding possible candidacy for creditors committee. | Kruger, L. | 0.2 |
| 01/03/2002 | Memo to J. Dhanraj re consultants appointed by the Court (.2); review Committee orders from other chapter 11 cases (.5). | Krieger, A. | 0.6 |
| 01/04/2002 | Pacer; review docket (.3); review e-mails of newly filed documents (.2); convert, print, photocopy and distribute 3 monthly operating reports (2.0). | Cotto, L. | 2.5 |
| 01/04/2002 | Memos from and to W. Katchen re consultants appointed by Judge Wolin and telephone call W. Katchen re same (.7); memo from and to KP, LK re letter to Judge Wolin re asbestos issues and upcoming status conference before Judge Wolin (.3); office conference J. Dhanraj re information on consultants (.3) memo to LC, RS re Judge Wolin conference call  (.1); review Drier materials (.4). | Krieger, A. | 1.8 |
| 01/07/2002 | Downloaded and printed the W R Grace documents from the internet | Christian, A. | 2.4 |
| 01/07/2002 | Office Conference with Rose Serrette re: Committee conference call (.1); Telephone conference with operator re: set up conference call (.3); email confirmation and information (.3). | Cotto, L. | 0.7 |
| 01/07/2002 | Indentify new pleadings using courts' website and include in central file catagory;(2.7) Download recently filed bankruptcy pleadings; (1.5)sort and organize incoming file materials and update correspondence subfile.(.5) | Defreitas, V. | 4.7 |
| 01/07/2002 | Correspondence re consultants and memo to LK, KP, others re same (.5); memos from and to KP re meeting with Judge Wolin (.1); review materials re W. | Krieger, A. | 3.2 |

Drier (2.5); telephone call D. Carickhoff re administrative fee order, other matters raised by Judge Fitzgerald (.1).

| 01/08/2002 | Office conference with A. Krieger re: status of Case. | Cotto, L. | 0.5 |
| 01/08/2002 | Office conference with R. Serrette re: local rules (.1); print and review same (.3) ; draft memorandum of same (1.0). | Cotto, L. | 0.3 |
| 01/08/2002 | TC with Debtors counsel  and Court re; monthly operating reports. | Cotto, L. | 0.3 |
| 01/08/2002 | Office conference RS and LC re revised administrative fee order, matter number modifications required by the court and  preparation of interim fee application (.5). | Krieger, A. | 0.5 |
| 01/08/2002 | Conferences with A. Krieger re new administrative fee order (.3); work regarding set up procedure (.5). | Serrette, R. | 0.8 |
| 01/09/2002 | TC with committee members re: phone conference (.8); review committee list and draft memo of participating members (.7). | Cotto, L. | 1.5 |
| 01/10/2002 | Reviewed updated Critical date calendar and office conference v. DeFreitas re asbestos claim (.4); memo to and from D. Carickhoff re: revised administrative fee order (.1); memos from and to L. Cotto re: Judge Fitzgerald hearings (.2). | Krieger, A. | 0.7 |
| 01/10/2002 | Telephone call Jan Baer re bar date pleadings for non-asbestos claims, other (.1). | Krieger, A. | 0.1 |
| 01/10/2002 | Office conference with K. Pasquale and A. Krieger preparing for court hearing before Judge Fitzgerald (.4); Telephone conference with debtor and asbestos litigants regarding agenda for court hearing, possible adjournment of individual items and results of parties; telephone call with court regarding same (1.0); follow-up call in late afternoon regarding same issues and court response (.8). | Kruger, L. | 0.4 |
| 01/10/2002 | | Kruger, L. | 1.8 |
| 01/10/2002 | Conference with A. Krieger and L. Cotto re Committee Conference Call. | Serrette, R. | 0.3 |
| 01/11/2002 | Review various financial documents for assignment of central file categories in preparation for addition to filesurf database. | Defreitas, V. | 0.2 |
| 01/13/2002 | Review revised amended administrative fee order and related exhibits (.6). | Krieger, A. | 0.6 |

| | | | |
|---|---|---|---|
| 01/13/2002 | Review Debtors 1/11/02 statement of payments to ordinary course professionals (.2). | Krieger, A. | 0.2 |
| 01/14/2002 | Locate and download documents documents relating to critical motion date chart and distribute same. | Defreitas, V. | 2.2 |
| 01/14/2002 | Memo from and to KP re report on 1/11/02 status conference with Judge Wolin (.2); memos to and from Ed Ordway re proposed amended administrative free order (.2). | Krieger, A. | 0.4 |
| 01/15/2002 | Research the SEC filings for two Grace Indentures from 1992 & 1993 and Isolate the public filings. | Calvo, F. | 1.2 |
| 01/15/2002 | Office conference with R. Serrette re: Statement of Amounts paid to ordinary course of professionals (.3); Office Conference with V. DeFreitas re: Order (.1); Review Order and Statement of Amounts (.4). | Cotto, L. | 0.8 |
| 01/15/2002 | Office conference RS and then LC re review of Debtors' statement in respect of fees to ordinary course professionals (.2). | Krieger, A. | 0.2 |
| 01/15/2002 | Review, revise correspondence to F. Perch and telephone call M. Chehi re same and memo to LK re same (.6). | Krieger, A. | 0.6 |
| 01/15/2002 | Office conference LK, KP re proceedings before Judge Wolin, fee examiner appointment, valuation analyses (.5). | Krieger, A. | 0.9 |
| 01/15/2002 | Telephone call with S. Cunningham regarding valuation issues (.2). | Kruger, L. | 0.2 |
| 01/16/2002 | Reviewed orders recently docketed by the Court including order re EPA Consent Order, Order re retention of Professor Warren (.2). | Krieger, A. | 0.2 |
| 01/16/2002 | Telephone call with W. Smith regarding availability to serve as fee examiner (.2). | Kruger, L. | 0.2 |
| 01/16/2002 | Review of proposed amended administrative  order (.9); conference with A. Krieger re same (.3). | Serrette, R. | 1.2 |
| 01/17/2002 | Telephone conference with Jeff Davis, Esq. re: Grace Division; email A. Krieger re: same. | Cotto, L. | 0.4 |
| 01/17/2002 | Office conference RS re proposed revised administrative fee order and then extended telephone conference C. MacCullum re same (1.0). | Krieger, A. | 1.0 |
| 01/17/2002 | Respond to L. Cotto's request for Stroock's fee | Mohamed, D. | 0.5 |

applications from July to September, 2001.

| 01/17/2002 | Further review of proposed amended administrative order (.5); conference with A. Krieger same (.2); telephone conference with C. McCullum (FTI) re new procedures (.4). | Serrette, R. | 1.1 |
| 01/18/2002 | Telephone call D. Carickhoff re comments to administrative fee order (.1); office conferences LK re Judge Wolin meeting (.3). | Krieger, A. | 0.4 |
| 01/21/2002 | OC with R. Serrette re: conference call; set up same; email confirmation. | Cotto, L. | 0.4 |
| 01/21/2002 | Memo to D. Carickhoff re comments to revised time records (.1). | Krieger, A. | 0.1 |
| 01/22/2002 | Email A. Krieger re: conference call; telephone call with conference call set up; email confirmation | Cotto, L. | 0.5 |
| 01/22/2002 | Review various case documents received from attorneys to assign to central file categories in preparation for central filing. | Defreitas, V. | 2.8 |
| 01/22/2002 | Memo to and from KP re proposed order in respect of fraudulent transfer materials and proposed further changes thereto (.3). | Krieger, A. | 0.3 |
| 01/22/2002 | Memos to and from L. Cotto re new pleadings on the docket (.2). | Krieger, A. | 0.2 |
| 01/22/2002 | Telephone call with T. Yoseloff of Kemper Davidson regarding possible interest in joining committee. | Kruger, L. | 0.2 |
| 01/23/2002 | TC with Committee members re: conference call; draft memo of list of people attending same | Cotto, L. | 0.5 |
| 01/23/2002 | Conference LK, Jay Kapp re calendar for 1/29/02 and Debtors' position on appointment of a future rep, setting general non-asbestos claims bar date, other (.2). | Krieger, A. | 0.2 |
| 01/23/2002 | Telephone call M. Zaleski re PWC motion and meeting among Judges Wolin, Fitzgerald and Newsome, calendar for 1/29/02 hearings (.5). | Krieger, A. | 0.5 |
| 01/24/2002 | Memo from and to D. Carickhoff re administrative fee order, agenda for 1/29/02 hearings (.1); office conference V. DeFreitas re Supplemental Affidavit from Steptoe & Johnson (.1). | Krieger, A. | 0.2 |
| 01/24/2002 | Telephone call S. Schwartz proposed donation of property to church and authorization to be sought, and | Krieger, A. | 1.0 |

|  | review omnibus sale procedures pleadings (.5); memos to and from LK, KP re above (.5). |  |  |
|---|---|---|---|
| 01/25/2002 | Review online docket and update motion status charts (1.1); Update case file index with new pleadings and prepare for inclusion into central files(2.4) | Defreitas, V. | 3.5 |
| 01/25/2002 | Office conference L.Cotto re ordinary course professionals order (.1). | Krieger, A. | 0.1 |
| 01/25/2002 | Telephone call LK re 1/29/02 hearings (.2); office conference KP re hearings (.1). | Krieger, A. | 0.3 |
| 01/25/2002 | Review revised administrative fee order, memos to and from D. Carickhoff and office conferences RS re same and further comments thereon (1.6); telephone call J. Davis re creditors inquiry regarding bar date/proofs of claim (.3). | Krieger, A. | 1.9 |
| 01/25/2002 | Memo to and from S. Schwartz re court authorization for charitable contribution (.2). | Krieger, A. | 0.2 |
| 01/25/2002 | Telephone call with T. Maher regarding debtor's request for exclusivity extension (.2). | Kruger, L. | 0.2 |
| 01/28/2002 | Download recently filed asbestos bankruptcy case pleadings  and distribute same to attorney working group(1.6) update critical date calendar chart(.8). | Defreitas, V. | 2.4 |
| 01/28/2002 | Download recently filed documents as indicated on scheduled agenda January 29, 2002 (Adv pro 01-771) and distribute same. | Defreitas, V. | 0.5 |
| 01/28/2002 | Office conference LK re certificates of no objection, other professional's application (.1); office conferences RS and memos to and from D. Carickhoff re proposed amended administrative fee order (.6); and office conference V. DeFreitas re documents for 1/29/02 hearing (.5). | Krieger, A. | 1.2 |
| 01/28/2002 | Conference with A. Christian re beginning preparation of spread sheet of services for the period April 2001 - November 2001 (.2); research re same (.3) | Serrette, R. | 0.5 |
| 01/29/2002 | Memo from and to D. Carickhoff re final form of the administrative fee order (.2). | Krieger, A. | 0.2 |
| 01/30/2002 | Download bankruptcy case pleadings and distribute same. | Defreitas, V. | 1.6 |
| 01/30/2002 | Office conference RS re hearings  before Judge Fitzgerald with respect to the Amended Administrative Fee Order (.2); review correspondene from Duane | Krieger, A. | 0.3 |

Morris re: updated docket (.3).

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/30/2002 | Telephone call R. Wolf (Wolf Organization) re acquisition of NJ property subject to environmental liabilities (.3). | Krieger, A. | 0.3 |
| 01/30/2002 | Conference with A.Krieger re hearing and proposed amended administrative fee order (.1); conferences with L. Cotto re same (.2). | Serrette, R. | 0.3 |
| 01/31/2002 | Office conference with R. Serrette re: letter(.20); pacer, review docket, download and print letter (.30). | Cotto, L. | 0.5 |
| 01/31/2002 | Download recently filed asbestos bankruptcy case pleadings(1.8); prepare subfolders and and file pleadings(.5); update indices, update the list of key professionals for each case(.5) | Defreitas, V. | 2.8 |
| 01/31/2002 | Memo to LK re proposed form of bank holders confidentiality agreement and acknowledgement to be executed by Committee members (.3); memo from and to S. Schwartz, LK re Warren Smith information (.2); memo to B. Katchen re terms of settlement agreement (.2). | Krieger, A. | 0.7 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Calvo, Fernando | 1.2 | $ 120 | $ 144.00 |
| Christian, Angelina | 2.4 | 70 | 168.00 |
| Cotto, Lisa | 9.6 | 150 | 1,440.00 |
| Defreitas, Vaughn | 20.7 | 100 | 2,070.00 |
| Krieger, Arlene | 20.1 | 425 | 8,542.50 |
| Kruger, Lewis | 3.2 | 650 | 2,080.00 |
| Mohamed, David | 0.5 | 100 | 50.00 |
| Serrette, Rosemarie | 4.2 | 150 | 630.00 |

Total For Professional Services Rendered   $ 15,124.50

**Total for this Matter**   $ 15,124.50

RE:    **Committee Matters and Creditor Meetings**
       **699843. 0017**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/02/2002 | Prepare final form of memo to the Committee re Judge Wolin's order in respect of case management and appointment of William Drier as special master (.4); memo from F. Perch re composition of the Committee and office conferences LK re same and response (.3). | Krieger, A. | 0.7 |
| 01/04/2002 | Review corporate documentation and prepare response to Frank Perch re composition of the Committee (1.5); memo to T. Maher re Committee meeting (.1). | Krieger, A. | 1.6 |
| 01/07/2002 | Prepare memorandum to the Committee re conference call meeting and agenda therefore and office conference LK and KP re same (1.3); memos to and from T. Maher re proposed memorandum (.2); telephone conference Ed Ordway re 1/7/02 conference call of the Committee and agenda, fraudulent transfers claim investigation (.1). | Krieger, A. | 1.6 |
| 01/08/2002 | Memo re consultants materials (1.0); memo to the Committee re draft letter to Judge Wolin (.2);office conferences from and to L. Cotto re Committee meeting (.3); revise Committee contact list (.3); memo from T. Meyers re participation on the Committee and further changes to letter to Judge Wolin (.4). | Krieger, A. | 2.2 |
| 01/09/2002 | Telephone conference Jan Baer message re bar date for trade, other non-asbestos unsecured claims (.1); memo to KP re: Jan Baer message re: bar date motion (.1). | Krieger, A. | 0.2 |
| 01/09/2002 | Memo from and from T. Maher re proposed correspondence to Judge Wolin (.3); revise correspondence to reflect advice from T. Meyer and T. Maher (.5); memo from and to C. Whitney re conference call meeting of the Committee (.1); materials for conference call (1.0); memo from and to KP, LK re outstanding debt (.7); telephone conference call meeting of the Committee (1.0). | Krieger, A. | 3.6 |
| 01/09/2002 | Telephone conference with Committee regarding additional members of the Committee, financial report, litigation approach and letter to Wolin. | Kruger, L. | 0.4 |
| 01/09/2002 | Conference call with Committee (.6) | Pasquale, K. | 0.6 |
| 01/11/2002 | Telephone call R. Douglas re confidentiality | Krieger, A. | 0.3 |

agreement for the bank group (.3).

| | | | |
|---|---|---|---|
| 01/21/2002 | Prepare draft memorandum to the Committee re Debtors' proposed retention of PriceWaterhouseCoopers. | Krieger, A. | 1.5 |
| 01/22/2002 | Continue to prepare memorandum to the Committee re PWC retention and payment of outstanding amounts (2.1); review materials and then telephone call S. Schwartz re outstanding issues re exclusivity, National Union, other (1.0); office conference LK and then prepare memo to the Committee re conference call meeting (.5); review motion to extend exclusivity, motion to extend time to assume/reject leases, complaint, preliminary injunction motion and related pleadings in respect of National Union matter (2.3). | Krieger, A. | 5.9 |
| 01/23/2002 | Telephone call S. Cunningham re conference call, proposed acquisition and business plan review (.3); memos to LC, RS re conference call participants (.2); continue to draft memorandum to the Committee re pending applications (1.3); conference call with Committee and follow-up office conference KP re meeting with Judge Wolin (1.0). | Krieger, A. | 2.8 |
| 01/23/2002 | Conference call with committee regarding results of meeting with Judge Wolin (.4); and debtor's desire to make acquisition (.2); telephone call with Kapp regarding court hearing and open issues (.2). | Kruger, L. | 0.8 |
| 01/23/2002 | Conference call with Committee re status (.5) | Pasquale, K. | 0.5 |
| 01/24/2002 | Review relevant case law and continue memo to the Committee re: retention motion (4.8); memo to T. Maher re exclusivity and assumption/rejection deadline motions (.1). | Krieger, A. | 4.9 |
| 01/25/2002 | Review draft memorandun to the Committee re pending motions and legal issues (.7) | Krieger, A. | 0.7 |
| 01/28/2002 | Revise memorandum to the Committee re pending matters (2.2); Telephone calls Cunningham re conference call with the Committee to discuss pending matters including acquisition (.3); prepare review re proposed acquisition, exclusivity, other (1.6). | Krieger, A. | 4.1 |
| 01/29/2002 | Telephone call S. Cunningham re Committee conference call (.3);  memos to and from T. Maher re same (.2). | Krieger, A. | 0.4 |
| 01/30/2002 | Memo to R. Douglas re revised form of confidentiality agreement (.1); review revised form of agreement and telephone call R. Douglas re same (.6);  prepare form of Committee member acknowledgement (.8); memo | Krieger, A. | 1.8 |

to R. Douglas re: acknowledgement (.1).

| | | | |
|---|---|---|---|
| 01/30/2002 | Prepare memoranda to Tom Maher re conference call and pending matters (.8); prepare memo to the Committee re conference call meeting for Friday and agenda (.5); telephone call C. Whitney re conference call meeting and FTI analysis of acquisition (.1). | Krieger, A. | 1.4 |
| 01/31/2002 | Revise memorandum to the Committee re US Trustee's objection to PWC retention and payment application (2.5); review 1/29/02 notes for conference call (.6); memorandum to the Committee re pending motions (.2). | Krieger, A. | 3.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 37.0 | $ 425 | $ 15,725.00 |
| Kruger, Lewis | 1.2 | 650 | 780.00 |
| Pasquale, Kenneth | 1.1 | 495 | 544.50 |

Total For Professional Services Rendered $ 17,049.50

Total for this Matter $ 17,049.50

**RE:** **Compensation of Professionals (Fee Applications of Self and Others)**
   **699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/02/2002 | Review and revise fee application (4.0); pacer; review docket; download and print Fee applications (1.3). | Cotto, L. | 5.3 |
| 01/02/2002 | Office conferences RS re SSL fee application and inclusion of fee and expenses of asbestos claims' expert retained by the Committee (.9). | Krieger, A. | 0.9 |
| 01/02/2002 | Conference with A. Krieger and L. Cotto re procedures for seeking payment for Committee's expert (.4); edits to fee application and exhibits (.6). | Serrette, R. | 1.0 |
| 01/03/2002 | Office conference with Arlene Krieger re: fee application (.2); pacer; review docket for documents and calendar dates, download and print documents (1.0); prepare fee application (.8). | Cotto, L. | 2.0 |
| 01/03/2002 | Office conference RS re modifications of fee application(.1); revise fee application to encompass request for fees and expenses of asbestos issues expert retained by the Committee (1.5) | Krieger, A. | 1.6 |
| 01/04/2002 | Office conference L. Cotto re fee application (.5); preparation of fee application (.9); office conference LK re same (.2). | Krieger, A. | 1.6 |
| 01/04/2002 | Review of fee application. | Kruger, L. | 0.2 |
| 01/07/2002 | Office conference with Arlene Krieger re: fee application and hearing (.2); Telephone conference with court re: Jan. 11 hearing (.3). | Cotto, L. | 0.5 |
| 01/07/2002 | Office conference with Rose Serrette re: fee application; review same | Cotto, L. | 0.5 |
| 01/07/2002 | Review fee application and revise same (.7); email and federal express same to Duane Morris (.2); telephone conversation with Shelley Hollinghead and Rose Serrette (.2); office conference with Rose Serrette and accounting re: fee application and schedules and quarterly fee application (.2). | Cotto, L. | 1.3 |
| 01/08/2002 | Meeting with A. Krieger and L. Cotto re new fee administrative procedures (.2); review of local rules on fee application preparation (.3); conference with Lisa Cotto re same (.1). | Serrette, R. | 0.6 |
| 01/11/2002 | Review of fee schedules and initial edits to same; review docket. | Serrette, R. | 0.9 |

| 01/14/2002 | Office Conference with R. Serrette re: fee application and time (.3); review time for fee application (1.5) | Cotto, L. | 1.8 |
|---|---|---|---|
| 01/15/2002 | Review invoices for December for Fee Application; (.50); Office Conference with Rose Serrette re: same (.10); Office Conference with A. Krieger re: same; photocopy same(.40); | Cotto, L. | 1.0 |
| 01/15/2002 | Office conference L. Cotto re review of SSL time detail for December 2001 (.1). | Krieger, A. | 0.1 |
| 01/16/2002 | Conference with L. Cotto to begin preparation of Quarterly Fee Application (.2); review of new proposed administrative order and review of schedules (.3). | Serrette, R. | 0.5 |
| 01/18/2002 | OC with R. Serrette re: quarterly fee application(.3); Review same; review new guidelines; draft new fee application cover sheet and charts according to new guidelines (2.0). | Cotto, L. | 2.3 |
| 01/21/2002 | Receive and review bill (.2); OC with R. Serrette re: same (.1); send same to Accounting; email accounting re: list of schedules needed (.2). | Cotto, L. | 0.5 |
| 01/21/2002 | Continue to draft new charts for fee application | Cotto, L. | 0.3 |
| 01/21/2002 | Prepare draft SSL Ninth fee application (1.3). | Krieger, A. | 0.5 |
| 01/21/2002 | Review and comment to SSL December 2001 time records (1.30; and prepare draft SSL Ninth fee application (1.3). | Krieger, A. | 2.6 |
| 01/23/2002 | Draft Third quarterly fee application. | Cotto, L. | 3.0 |
| 01/24/2002 | Review fee application for month and quaterly; revise | Cotto, L. | 1.5 |
| 01/24/2002 | Office conference with R. Serrette re: fee applications | Cotto, L. | 0.5 |
| 01/24/2002 | Prepare new charts for quarterly fee application | Cotto, L. | 1.0 |
| 01/28/2002 | Combine Quarterly Fee Applications and begin spreadsheets for time for matters approved by Delaware Local Rule. | Christian, A. | 2.5 |
| 01/28/2002 | Continue preparation of ninth fee application | Cotto, L. | 2.0 |
| 01/28/2002 | Update professional fee chart summary. | Defreitas, V. | 0.8 |
| 01/28/2002 | Final preparation of fee application (.6). | Krieger, A. | 0.6 |
| 01/29/2002 | Preparation of quarterly and ninth fee application | Cotto, L. | 4.5 |

| 01/30/2002 | Telephone conference with R. Serrette re: new matters(.30); Office conference with accounting re: same(.20); draft memorandum re: same (1.0) | Cotto, L. | 1.5 |
| 01/30/2002 | Telephone conference with D. Valentine re: charts for quarterly fee application. | Cotto, L. | 0.1 |
| 01/30/2002 | Review Ninth Interim Fee Application and prepare for filing (3.). | Serrette, R. | 0.3 |
| 01/31/2002 | continue preparation of Quarterly Fee Application (1.7); Office Conference with R. Serrette and D. Valentine re: same (.3). | Cotto, L. | 2.0 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Christian, Angelina | 2.5 | $ 70 | $ 175.00 |
| Cotto, Lisa | 31.6 | 150 | 4,740.00 |
| Defreitas, Vaughn | 0.8 | 100 | 80.00 |
| Krieger, Arlene | 7.9 | 425 | 3,357.50 |
| Kruger, Lewis | 0.2 | 650 | 130.00 |
| Serrette, Rosemarie | 3.3 | 150 | 495.00 |

Total For Professional Services Rendered   $ 8,977.50

**Total for this Matter**   $ 8,977.50

RE:   **Executory Contracts/Unexpired Leases (Assumption and Rejection)**
      **699843. 0023**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/10/2002 | Review draft stipulations settling the Toyota Motor and Caterpillar motion to compel determinations of leases and cure of outstanding defaults (.2); telephone call S.Schwartz re comments to stipulations (.1). | Krieger, A. | 0.3 |
| 01/30/2002 | Review Proposed stipulation amongst America Real Estate Holdings, CMGI and the Debtors in respect of Dragon Court leases and reviewed prior pleadings, notices relating thereto (.8); telephone call Sam Schwartz re same (.5). | Krieger, A. | 1.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.6 | $ 425 | $ 680.00 |
| Total For Professional Services Rendered | | | $ 680.00 |
| **Total for this Matter** | | | $ 680.00 |

**RE:** **Litigation/Fraudulent Conveyance**
      **699843. 0034**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/04/2002 | O/c K. Pasquale re: hearing, reviewing fraudulent transfer actions. | Sasson, M. | 2.5 |
| 01/07/2002 | Review public filings, Babcock/Wilsox briefs, outline memo re: fraudulent transfers. | Sasson, M. | 4.0 |
| 01/08/2002 | Review public filings, outline memo re: fraudulent transfers. | Sasson, M. | 5.0 |
| 01/09/2002 | Continued review public, filings, outline memo re: fraudulent transfers. | Sasson, M. | 5.0 |
| 01/22/2002 | T/c K. Pasquale re: fraudulent transfer action, proposed order; send F/T complaint to local counsel. | Sasson, M. | 0.4 |
| 01/29/2002 | Attention to Sealed Air complaint v. Fresenius (.5) | Pasquale, K. | 0.5 |
| 01/30/2002 | Telephone call Jay Sakalo re fraudulent conveyance litigation (.1); memos from and to KP re conference call with S. Baena, P. Lockwood (.2). | Krieger, A. | 0.3 |
| 01/30/2002 | Office conference A. Krieger re 1/29 hearing and fraudulent transfer status (.4); e-mail to asbestos/committees re fraudulent transfer claims (.2); telephone conference J. Sakalo re same (.1) | Pasquale, K. | 0.7 |
| 01/31/2002 | Conference with D. Bernick, S. Baena, other re prosecution of fraudulent conveyance litigation, document production and then follow-up conversation with KP (.7). | Krieger, A. | 0.7 |
| 01/31/2002 | Telephone conferences S. Baena re fraudulent transfer issues (.6); conference call with all potential parties re fraudulent transfer issues (.5); further analysis of prospective parties, counsel related issues on full time action (1.7) | Pasquale, K. | 2.8 |
| 01/31/2002 | T/c K. Pasquale re: status, fraudulent transfer actions. | Sasson, M. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.0 | $ 425 | $ 425.00 |
| Pasquale, Kenneth | 4.0 | 495 | 1,980.00 |
| Sasson, Moshe | 17.4 | 360 | 6,264.00 |
| | | Total For Professional Services Rendered | $ 8,669.00 |
| | | **Total for this Matter** | $ 8,669.00 |

RE:     **Non-Working Travel Time**
        **699843. 0035**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/03/2002 | Travel to court hearing in Pittsburgh, PA  (6.0) | Pasquale, K. | 6.0 |
| 01/18/2002 | Travel to meeting with Judge Wolin (1.2) | Pasquale, K. | 1.2 |
| 01/29/2002 | Travel from hearings before Judge Fitzgerlald (2.2). | Krieger, A. | 2.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.2 | $ 425 | $ 935.00 |
| Pasquale, Kenneth | 7.2 | 495 | 3,564.00 |

|  | Total For Professional Services Rendered | $ 4,499.00 |
|--|--|--|
|  | **Total for this Matter** | $ 4,499.00 |

**RE:**     **Preparation for and Attendance at Hearings**
          **699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/02/2002 | Telephone calls D. Carickoff re Judge Fitzgerald hearings and office conferences KP and LK re same (.7); obtain and review amended agenda notice (.5); memo to S. Schwartz re status of MNIC and American Realty matter (.2); conference call representative for the Debtors, asbestos PI and PD Committee and LK, KP re Judge Fitzgerald hearing and agenda therefor (.9); review USA certificate of no objection and proposed form of order submitted (.4); reviewed proposed revised form of Warren retention order, prepare comments thereto and forward same to PI Committee counsel (,8); review pleadings for hearings (1.3). | Krieger, A. | 4.8 |
| 01/02/2002 | Office conference with K. Pasquale and A. Krieger regarding agenda for court hearing before Judge Fitzgerald (.2); telephone conference call with S. Baena, E. Inselbach and D. Bernick regarding fraudulent transfer to be heard by court, possible adjournment and debtor's counsel to call court (.3); telephone conference call with S. Baena and D. Bernick regarding court's view of agenda and fraudulent transfer to be heard (.2); office conference with K. Pasquale regarding our position on fraudulent transfer (.2). | Kruger, L. | 0.9 |
| 01/02/2002 | Preparation for court hearing before Judge Fitzgerald (2.5); telephone conference J. Baer re injunction order issues (.2); conference calls with all parties re hearing before Judge Fitzgerald (.7) | Pasquale, K. | 3.4 |
| 01/03/2002 | Review proposed revised amended administrative order (.2); extended hearing before Judge Fitzgerald (5.5) | Krieger, A. | 5.7 |
| 01/03/2002 | Office conference LK re Court hearing and decision on fraudulent conveyance matter, Court's directive regarding bar date for unsecured non-asbestos-related claims, appointment of futures representative, fee examiners, other issues (.4); telephone call KP re hearing on fraudulent conveyance matter (.1). | Krieger, A. | 0.4 |
| 01/03/2002 | Telephone conference with Judge Fitzgerald regarding agenda of pending matters (1.4); office conference with A. Krieger regarding results of court hearing on fraudulent transfer (.3). | Kruger, L. | 1.7 |
| 01/03/2002 | Preparation for and court hearing before Judge Fitzgerald (7.5) | Pasquale, K. | 7.5 |

| 01/25/2002 | Review agenda notice for 1/29/02 hearings and memo to D. Carickhoff re Committee objection to ZAI dismissal motion (.6). | Krieger, A. | 0.6 |
| 01/25/2002 | Review of agenda for court hearing and office conference with A. Krieger regarding same (.3). | Kruger, L. | 0.3 |
| 01/28/2002 | Review amended agenda notice (.2). | Krieger, A. | 0.2 |
| 01/28/2002 | Preparation for hearing before Judge Fitzgerald. | Krieger, A. | 2.0 |
| 01/28/2002 | Review of revised court agenda (.2); office conference with A. Krieger and K. Pasquale regarding same (.2). | Kruger, L. | 0.4 |
| 01/29/2002 | Represented the Committee at hearings before Judge Fitzgerald (3.0). | Krieger, A. | 3.0 |
| 01/29/2002 | Telephone call L. Kruger re report on hearings before Judge Fitzgerald (.3). | Krieger, A. | 0.3 |
| 01/29/2002 | Reviewed final form of amended administrative fee order was reviewed and notes from 1/3/02 hearing; reviewed general bar date claims form (2.3). | Krieger, A. | 2.3 |
| 01/29/2002 | Telephone call with A. Krieger regarding results of court hearing and proceeding on fraudulent transfer issue before Judge Wolin (.2). | Kruger, L. | 0.2 |
| 01/30/2002 | Office conference KP re hearing before Judge Fitzgerald and follow-up with Judge Wolin and the other Committees regarding the prosecution of the fraudulent conveyance claims (.5). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 19.8 | $ 425 | $ 8,415.00 |
| Kruger, Lewis | 3.5 | 650 | 2,275.00 |
| Pasquale, Kenneth | 10.9 | 495 | 5,395.50 |
| Total For Professional Services Rendered | | | $ 16,085.50 |
| Total for this Matter | | | $ 16,085.50 |

SSL-DOCS1 1193023v1

**RE:      Retention of Professionals**
         **699843. 0040**

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/13/2002 | Review Debtor's motion for employment of PriceWaterhouseCoopers. | Krieger, A. | 1.9 |
| 01/15/2002 | Memo to S. Schwartz re PWC retention application (.1). | Krieger, A. | 0.1 |
| 01/23/2002 | Memo to and from S. Schwartz re PWC application inquiries and extended time to respond to same (.4); memo to KP, LK re substance of conversation with M. Zaleski (.3). | Krieger, A. | 0.7 |
| 01/24/2002 | Review Supplemental Affidavit in support of retention of Steptoe & Johnson (.1). | Krieger, A. | 0.1 |
| 01/25/2002 | Review case law re application of section 503 case law to PWC retention and compensation motion(2.7). | Krieger, A. | 2.7 |
| 01/27/2002 | Review additional case law re Section 503(b)(3)(d) and payment of fees and expenses thereunder. | Krieger, A. | 2.0 |
| 01/28/2002 | Telephone call M. Zaleski re Debtors' application to retain/pay PWC and memo to LK, KP re same (.2). | Krieger, A. | 0.2 |
| 01/29/2002 | Review of memo to committee regarding PWC retention under 328 (.2). | Kruger, L. | 0.2 |
| 01/31/2002 | Telephone call T. Maher, LK re Debtors' motion to retain/compensate PWC and the Trustee's objection thereto (1.0); review additional case law cited in US Trustee's opposition (.8). | Krieger, A. | 1.8 |
| 01/31/2002 | Office conference with A. Krieger and telephone call with T. Maher regarding PWC and U.S. Trustee's position (.3). | Kruger, L. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 9.5 | $ 425 | $ 4,037.50 |
| Kruger, Lewis | 0.5 | 650 | 325.00 |
| | Total For Professional Services Rendered | | $ 4,362.50 |
| | **Total for this Matter** | | $ 4,362.50 |

RE:   **Tax/General**
       **699843. 0047**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 01/18/2002 | Office conference M. Levy re outstanding tax matters (.1). | Krieger, A. | 0.1 |
| 01/18/2002 | Work on various tax issues including availability of NOL carrybacks, etc. (.9), t/c A. Krieger (.1). | Levy, M. | 1.0 |
| 01/25/2002 | Meeting with Mark Levy and Mayer Greenberg re: current status and concerns of client; discussions about net operating loss carrybacks and carryforwards; received new assignment (1.8). | Brandes, R. | 1.8 |
| 01/25/2002 | Conversation w/RB and MAL re status of tax issues including nol calculations and repatriation issues (1.8), review file re tax conference (.6). | Greenberg, M. | 2.4 |
| 01/25/2002 | Meeting with M. Greenberg and R. Brandes to discuss issues relating to NOLs and foreign sub distributions, etc. (1.8), analysis (.4). | Levy, M. | 2.2 |
| 01/28/2002 | Constructed chart for net operating loss carrybacks and carryforwards since 1990 and created list of outstanding issues (1.6); research under IRC Section 172 re: election to carryback net operating losses and impact when NOLs are carried back or forward (1.1); review 1999 tax returns re: taxable income taxes and net operating losses (.5). | Brandes, R. | 3.2 |
| 01/28/2002 | Review materials re nol calculation. | Greenberg, M. | 1.1 |
| 01/29/2002 | Research on net operating losses, the carry back or carry forward losses; calculation of specified liability losses (2.4); completed "Issues List" about client's concerns (1.1). | Brandes, R. | 3.5 |
| 01/29/2002 | Review materials re nol calculation. | Greenberg, M. | 1.4 |
| 01/29/2002 | NOL usage, etc. - review Sealed Air transaction re SRLY losses (.7). | Levy, M. | 0.7 |
| 01/30/2002 | Review R. Brandes issues list re NOLs (.3). | Levy, M. | 0.3 |
| 01/31/2002 | Research re: net operating loss elections (1.5); research re: calculating net operating losses and special rules for specified liability losses (2.1); meeting with Mayer Greenberg about IRS procedures | Brandes, R. | 3.9 |

regarding carrybacks and carryforwards of NOLs (.3).

| 01/31/2002 | Discussion w/R. Brandes re 172 issues (.3); analysis re 172 (.1). | Greenberg, M. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Brandes, Ronnie H. | 12.4 | $ 185 | $ 2,294.00 |
| Greenberg, Mayer | 5.3 | 500 | 2,650.00 |
| Krieger, Arlene | 0.1 | 425 | 42.50 |
| Levy, Mark | 4.2 | 615 | 2,583.00 |

Total For Professional Services Rendered   $ 7,569.50

**Total for this Matter**   $ 7,569.50

Total For Professional Services Rendered   102,481.00

**Total Bill**   **$ 102,481.00**