# EXHIBIT C

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

## MATTER SUMMARY

RE:   Asbestos: Claims Litigation
      699843. 0003

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 15.4 | $ 425 | $ 6,545.00 |
| Kruger, Lewis | 7.6 | 650 | 4,940.00 |
| Pasquale, Kenneth | 9.7 | 495 | 4,801.50 |
| | Total For Professional Services Rendered | | $ 16,286.50 |
| | **Total for this Matter** | | $ 16,286.50 |

RE:   Asset Acquisitions/Business Combinations
      699843. 0008

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 1.6 | $ 425 | $ 680.00 |
| Kruger, Lewis | 0.4 | 650 | 260.00 |
| | Total For Professional Services Rendered | | $ 940.00 |
| | **Total for this Matter** | | $ 940.00 |

RE:   Business Operations
      699843. 0013

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 4.1 | $ 425 | $ 1,742.50 |
| Pasquale, Kenneth | 1.0 | 495 | 495.00 |
| | Total For Professional Services Rendered | | $ 2,237.50 |
| | **Total for this Matter** | | $ 2,237.50 |

RE:     Case Administration

699843. 0014

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Calvo, Fernando | 1.2 | $ 120 | $ 144.00 |
| Christian, Angelina | 2.4 | 70 | 168.00 |
| Cotto, Lisa | 9.6 | 150 | 1,440.00 |
| Defreitas, Vaughn | 20.7 | 100 | 2,070.00 |
| Krieger, Arlene | 20.1 | 425 | 8,542.50 |
| Kruger, Lewis | 3.2 | 650 | 2,080.00 |
| Mohamed, David | 0.5 | 100 | 50.00 |
| Serrette, Rosemarie | 4.2 | 150 | 630.00 |
| | | Total For Professional Services Rendered | $ 15,124.50 |
| | | **Total for this Matter** | $ 15,124.50 |

RE:     Committee Matters and Creditor Meetings
699843. 0017

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 37.0 | $ 425 | $ 15,725.00 |
| Kruger, Lewis | 1.2 | 650 | 780.00 |
| Pasquale, Kenneth | 1.1 | 495 | 544.50 |
| | | Total For Professional Services Rendered | $ 17,049.50 |
| | | **Total for this Matter** | $ 17,049.50 |

RE:     Compensation of Professionals (Fee Applications of Self and Others)
699843. 0018

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Christian, Angelina | 2.5 | $ 70 | $ 175.00 |
| Cotto, Lisa | 31.6 | 150 | 4,740.00 |
| Defreitas, Vaughn | 0.8 | 100 | 80.00 |
| Krieger, Arlene | 7.9 | 425 | 3,357.50 |
| Kruger, Lewis | 0.2 | 650 | 130.00 |
| Serrette, Rosemarie | 3.3 | 150 | 495.00 |
| | | Total For Professional Services Rendered | $ 8,977.50 |
| | | **Total for this Matter** | $ 8,977.50 |

**RE:    Executory Contracts/Unexpired Leases (Assumption and Rejection)
699843. 0023**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 1.6 | $ 425 | $ 680.00 |
| | Total For Professional Services Rendered | | $ 680.00 |
| | | Total for this Matter | $ 680.00 |

**RE:    Litigation/Fraudulent Conveyance
699843. 0034**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 1.0 | $ 425 | $ 425.00 |
| Pasquale, Kenneth | 4.0 | 495 | 1,980.00 |
| Sasson, Moshe | 17.4 | 360 | 6,264.00 |
| | Total For Professional Services Rendered | | $ 8,669.00 |
| | | Total for this Matter | $ 8,669.00 |

**RE:    Non-Working Travel Time
699843. 0035**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 2.2 | $ 425 | $ 935.00 |
| Pasquale, Kenneth | 7.2 | 495 | 3,564.00 |
| | Total For Professional Services Rendered | | $ 4,499.00 |
| | | Total for this Matter | $ 4,499.00 |

**RE:    Preparation for and Attendance at Hearings
699843. 0037**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 19.8 | $ 425 | $ 8,415.00 |
| Kruger, Lewis | 3.5 | 650 | 2,275.00 |
| Pasquale, Kenneth | 10.9 | 495 | 5,395.50 |
| | Total For Professional Services Rendered | | $ 16,085.50 |
| | | Total for this Matter | $ 16,085.50 |

RE:   **Retention of Professionals**
      **699843. 0040**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 9.5 | $ 425 | $ 4,037.50 |
| Kruger, Lewis | 0.5 | 650 | 325.00 |
| | Total For Professional Services Rendered | | $ 4,362.50 |
| | **Total for this Matter** | | $ 4,362.50 |

RE:   **Tax/General**
      **699843. 0047**

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Brandes, Ronnie H. | 12.4 | $ 185 | $ 2,294.00 |
| Greenberg, Mayer | 5.3 | 500 | 2,650.00 |
| Krieger, Arlene | 0.1 | 425 | 42.50 |
| Levy, Mark | 4.2 | 615 | 2,583.00 |
| | Total For Professional Services Rendered | | $ 7,569.50 |
| | **Total for this Matter** | | $ 7,569.50 |
| | Total For Professional Services Rendered | | 102,481.00 |
| | **Total Bill** | | **$ 102,481.00** |