EXHIBIT "D"

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

|  | Invoice Date: | February 6, 2002 |
|---|---|---|
|  | Invoice Number: | 255280 |

RE: 699843 W R Grace & Co

**EXPENSES INCURRED** during the period through January 31, 2002, including:

| Date | Description | Amount |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/08/2001 | NYC Two Ways Inc.Packages SAMUEL 04/10/01 18:30 M from 180 MAIDEN LA to 257 W 86 | 42.45 |
| 01/10/2002 | Federal Express T#807715914823 KENNETH PASQUALE to: ALFRED WOLIN NEWARK,NJ | 8.87 |
| 01/16/2002 | Federal Express T#814154274432 SERRETTE to: LISA MILLAS SYOSSET,NY | 8.87 |
| 01/22/2002 | Federal Express T#824858026670 MOSHE SASSON to: WILLIAM S KATCHEN NEWARK,NJ | 10.32 |
| 01/28/2002 | FedEx Log 01/07/02 LISA SOTTO TO SHELLEY HOLLINGHEAD | 10.32 |
| **Outside Messenger Service Total** | | **80.83** |
| **Local Transportation** | | |
| 04/30/2001 | NYC Two Ways Inc. KRUGER 04/13/01 8:58 M from 257 W 86 ST M to 180 MAIDEN LA | 29.70 |
| 04/30/2001 | NYC Two Ways Inc. KRUGER 04/09/01 18:05 M from 180 MAIDEN LA to BLEECKER ST M | 30.11 |
| 05/08/2001 | NYC Two Ways Inc. KRUGER 04/16/01 18:00 M from 180 MAIDEN LA to E 90 ST M | 24.60 |
| 08/22/2001 | NYC Two Ways Inc. KRUGER 08/02/01 17:50 M from 180 MAIDEN LA to W 53 ST M | 20.69 |
| 01/10/2002 | VENDOR: Ken Pasquale; INVOICE#: 01/04/02; DATE: 1/10/02 - 12/20   HEARING BEFORE JUDGE WOLIN IN NEWARK, NJ - | 15.00 |

SSL-DOCS1 1193141v1

PARKING

| Date | Description | Amount |
|---|---|---|
| 01/30/2002 | NYC Two Ways Inc. KRUGER 01/16/02 14:11 M from 180 MAIDEN LA to 399 PARK AVE | 35.99 |
| **Local Transportation Total** | | **156.09** |

**Long Distance Telephone**

| Date | Description | Amount |
|---|---|---|
| 01/02/2002 | EXTN.5544, TEL.302-652-4100, S.T.16:02, DUR.06:00 | 1.94 |
| 01/02/2002 | EXTN.5544, TEL.302-652-4100, S.T.17:20, DUR.02:06 | 0.97 |
| 01/02/2002 | EXTN.5562, TEL.973-467-8282, S.T.10:16, DUR.03:00 | 0.97 |
| 01/02/2002 | EXTN.5562, TEL.202-862-5065, S.T.16:15, DUR.01:48 | 0.65 |
| 01/02/2002 | VENDOR: At&T Teleconference Services; INVOICE#: 010102; DATE: 1/2/02 - 1/02 charges | 126.62 |
| 01/03/2002 | EXTN.3544, TEL.302-559-3409, S.T.09:55, DUR.01:06 | 0.65 |
| 01/03/2002 | EXTN.5511, TEL.302-652-4100, S.T.10:12, DUR.01:54 | 0.65 |
| 01/04/2002 | EXTN.5544, TEL.201-556-4040, S.T.11:27, DUR.00:24 | 0.32 |
| 01/04/2002 | EXTN.6689, TEL.302-252-2900, S.T.12:13, DUR.01:12 | 0.65 |
| 01/04/2002 | EXTN.6689, TEL.302-252-2900, S.T.12:14, DUR.05:06 | 1.94 |
| 01/04/2002 | EXTN.6689, TEL.302-252-2933, S.T.15:02, DUR.00:12 | 0.32 |
| 01/04/2002 | EXTN.6689, TEL.302-252-2933, S.T.16:30, DUR.00:36 | 0.32 |
| 01/07/2002 | EXTN.5492, TEL.302-657-4924, S.T.10:38, DUR.00:42 | 0.32 |
| 01/07/2002 | EXTN.5492, TEL.302-657-4924, S.T.11:41, DUR.04:18 | 1.62 |
| 01/07/2002 | EXTN.5544, TEL.302-652-4100, S.T.16:06, DUR.01:12 | 0.65 |
| 01/07/2002 | EXTN.5562, TEL.312-861-2000, S.T.12:17, DUR.01:54 | 0.65 |
| 01/08/2002 | EXTN.6689, TEL.302-778-6405, S.T.11:24, DUR.00:36 | 0.32 |
| 01/08/2002 | EXTN.6689, TEL.302-252-2900, S.T.11:43, DUR.04:30 | 1.62 |
| 01/08/2002 | EXTN.6689, TEL.302-652-4100, S.T.11:49, DUR.01:24 | 0.65 |
| 01/09/2002 | EXTN.4689, TEL.208-336-1776, S.T.16:10, DUR.00:24 | 0.32 |
| 01/09/2002 | EXTN.5544, TEL.312-861-2162, S.T.12:00, DUR.01:06 | 0.65 |
| 01/09/2002 | EXTN.5562, TEL.973-424-2000, S.T.08:43, DUR.07:12 | 2.59 |
| 01/09/2002 | EXTN.6605, TEL.412-644-2700, S.T.13:13, DUR.01:48 | 0.65 |
| 01/09/2002 | EXTN.6689, TEL.267-321-6682, S.T.12:08, DUR.00:54 | 0.32 |

| Date | Detail | Amount |
|---|---|---|
| 01/09/2002 | EXTN.6689, TEL.201-703-4125, S.T.12:11, DUR.00:48 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.302-651-3000, S.T.12:15, DUR.01:06 | 0.65 |
| 01/09/2002 | EXTN.6689, TEL.404-815-6482, S.T.12:16, DUR.00:36 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.302-656-8162, S.T.12:18, DUR.01:00 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.302-657-4942, S.T.12:20, DUR.00:48 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.201-556-4040, S.T.12:21, DUR.00:36 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.201-556-4003, S.T.12:26, DUR.00:42 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.201-556-4004, S.T.12:28, DUR.00:48 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.203-336-1776, S.T.16:17, DUR.00:06 | 0.32 |
| 01/09/2002 | EXTN.6689, TEL.208-336-1776, S.T.16:18, DUR.00:12 | 0.32 |
| 01/10/2002 | EXTN.5431, TEL.973-424-2031, S.T.11:31, DUR.11:18 | 3.89 |
| 01/10/2002 | EXTN.5544, TEL.312-861-3103, S.T.09:46, DUR.02:42 | 0.97 |
| 01/10/2002 | EXTN.5544, TEL.312-861-2162, S.T.09:56, DUR.01:36 | 0.65 |
| 01/10/2002 | EXTN.5562, TEL.973-424-2000, S.T.10:24, DUR.01:00 | 0.32 |
| 01/14/2002 | EXTN.5562, TEL.973-424-2031, S.T.09:00, DUR.00:24 | 0.32 |
| 01/14/2002 | EXTN.5562, TEL.312-861-2000, S.T.10:11, DUR.00:54 | 0.32 |
| 01/14/2002 | EXTN.5562, TEL.312-861-2000, S.T.13:47, DUR.03:18 | 1.30 |
| 01/15/2002 | EXTN.3430, TEL.201-556-4003, S.T.11:39, DUR.04:24 | 1.62 |
| 01/15/2002 | EXTN.5431, TEL.214-698-3868, S.T.11:44, DUR.00:30 | 0.32 |
| 01/15/2002 | EXTN.5431, TEL.202-862-5065, S.T.11:47, DUR.00:18 | 0.32 |
| 01/15/2002 | EXTN.5544, TEL.302-651-3000, S.T.10:02, DUR.03:36 | 1.30 |
| 01/17/2002 | EXTN.5492, TEL.201-843-4900, S.T.13:20, DUR.03:30 | 1.30 |
| 01/17/2002 | EXTN.5544, TEL.201-556-4039, S.T.15:43, DUR.00:18 | 0.32 |
| 01/17/2002 | EXTN.5562, TEL.202-371-9770, S.T.14:09, DUR.01:24 | 0.65 |
| 01/17/2002 | EXTN.5562, TEL.202-371-9770, S.T.15:48, DUR.07:18 | 2.59 |
| 01/18/2002 | EXTN.5544, TEL.302-652-4100, S.T.11:20, DUR.01:30 | 0.65 |
| 01/22/2002 | EXTN.5544, TEL.201-556-4040, S.T.11:13, DUR.02:00 | 0.65 |
| 01/22/2002 | EXTN.5544, TEL.312-861-3103, S.T.13:18, DUR.31:24 | 10.37 |

| Date | Description | Amount |
|---|---|---|
| 01/23/2002 | EXTN.5544, TEL.312-861-2124, S.T.14:14, DUR.05:18 | 1.94 |
| 01/23/2002 | EXTN.6689, TEL.208-336-1776, S.T.11:01, DUR.00:18 | 0.32 |
| 01/23/2002 | EXTN.6689, TEL.973-424-2000, S.T.11:02, DUR.01:06 | 0.65 |
| 01/23/2002 | Credit card calls / 12/19 / 1040 | 34.26 |
| 01/24/2002 | EXTN.5430, TEL.302-652-8400, S.T.16:48, DUR.02:42 | 0.97 |
| 01/24/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:25, DUR.00:18 | 0.25 |
| 01/24/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:43, DUR.05:30 | 1.48 |
| 01/25/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:09, DUR.02:54 | 0.97 |
| 01/25/2002 | EXTN.5492, TEL.201-556-4021, S.T.14:07, DUR.13:18 | 4.54 |
| 01/25/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:48, DUR.01:18 | 0.65 |
| 01/25/2002 | EXTN.5544, TEL.302-652-4100, S.T.13:55, DUR.04:30 | 1.62 |
| 01/28/2002 | EXTN.5492, TEL.868-625-0212, S.T.09:06, DUR.09:18 | 27.69 |
| 01/28/2002 | EXTN.5492, TEL.201-384-1279, S.T.10:18, DUR.05:24 | 1.94 |
| 01/28/2002 | EXTN.5492, TEL.757-575-0584, S.T.16:33, DUR.01:30 | 0.65 |
| 01/28/2002 | EXTN.5492, TEL.757-575-0584, S.T.16:44, DUR.03:12 | 1.30 |
| 01/28/2002 | EXTN.5544, TEL.201-556-4040, S.T.12:38, DUR.01:48 | 0.65 |
| 01/28/2002 | EXTN.5544, TEL.302-426-1900, S.T.12:48, DUR.02:54 | 0.97 |
| 01/29/2002 | EXTN.5544, TEL.201-556-4040, S.T.09:25, DUR.01:42 | 0.65 |
| 01/30/2002 | EXTN.5492, TEL.301-218-7005, S.T.09:29, DUR.16:36 | 5.51 |
| 01/30/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:22, DUR.02:30 | 0.97 |
| 01/30/2002 | EXTN.5492, TEL.201-556-4021, S.T.13:07, DUR.00:18 | 0.32 |
| 01/30/2002 | EXTN.5492, TEL.757-575-0584, S.T.20:14, DUR.00:36 | 0.25 |
| 01/30/2002 | EXTN.5492, TEL.908-604-5959, S.T.21:34, DUR.00:18 | 0.25 |
| 01/30/2002 | EXTN.5544, TEL.201-556-4040, S.T.09:33, DUR.01:18 | 0.65 |
| 01/30/2002 | EXTN.5544, TEL.312-861-3103, S.T.15:26, DUR.00:18 | 0.32 |
| 01/31/2002 | EXTN.3760, TEL.201-556-4029, S.T.16:44, DUR.00:30 | 0.32 |
| 01/31/2002 | EXTN.5492, TEL.908-604-5959, S.T.10:07, DUR.00:42 | 0.32 |
| 01/31/2002 | EXTN.5492, TEL.908-604-5959, S.T.10:12, DUR.14:18 | 4.86 |

| Date | Description | Amount |
|---|---|---|
| 01/31/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:36, DUR.03:42 | 1.30 |
| 01/31/2002 | EXTN.5492, TEL.201-384-1279, S.T.16:22, DUR.00:42 | 0.32 |
| 01/31/2002 | EXTN.5562, TEL.305-374-7580, S.T.09:06, DUR.22:48 | 7.45 |
| 01/31/2002 | EXTN.5562, TEL.305-374-7580, S.T.16:19, DUR.04:18 | 1.62 |
| 01/31/2002 | EXTN.5562, TEL.312-861-2000, S.T.16:36, DUR.01:36 | 0.65 |
| | **Long Distance Telephone Total** | **284.36** |

**Duplicating Costs-in House**

| Date | Amount |
|---|---|
| 01/02/2002 | 3.00 |
| 01/02/2002 | 0.40 |
| 01/02/2002 | 0.10 |
| 01/02/2002 | 0.40 |
| 01/02/2002 | 6.30 |
| 01/02/2002 | 1.20 |
| 01/02/2002 | 1.10 |
| 01/04/2002 | 0.20 |
| 01/04/2002 | 0.20 |
| 01/04/2002 | 0.40 |
| 01/04/2002 | 1.40 |
| 01/05/2002 | 51.80 |
| 01/05/2002 | 51.40 |
| 01/05/2002 | 61.70 |
| 01/07/2002 | 19.50 |
| 01/07/2002 | 1.20 |
| 01/07/2002 | 11.40 |
| 01/07/2002 | 3.60 |
| 01/08/2002 | 0.60 |
| 01/08/2002 | 2.50 |
| 01/08/2002 | 6.60 |

| Date | Amount |
|---|---|
| 01/08/2002 | 3.40 |
| 01/09/2002 | 2.20 |
| 01/11/2002 | 16.50 |
| 01/11/2002 | 4.40 |
| 01/15/2002 | 2.80 |
| 01/15/2002 | 8.00 |
| 01/15/2002 | 5.20 |
| 01/16/2002 | 4.20 |
| 01/16/2002 | 0.60 |
| 01/16/2002 | 1.70 |
| 01/16/2002 | 0.40 |
| 01/16/2002 | 0.50 |
| 01/17/2002 | 2.20 |
| 01/17/2002 | 4.80 |
| 01/22/2002 | 1.20 |
| 01/22/2002 | 7.80 |
| 01/22/2002 | 8.70 |
| 01/24/2002 | 0.10 |
| 01/25/2002 | 8.40 |
| 01/25/2002 | 1.50 |
| 01/25/2002 | 3.10 |
| 01/28/2002 | 23.70 |
| 01/28/2002 | 0.10 |
| 01/28/2002 | 0.70 |
| 01/28/2002 | 3.50 |
| 01/28/2002 | 3.10 |
| 01/28/2002 | 0.20 |
| 01/28/2002 | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 01/28/2002 | | 0.40 |
| 01/28/2002 | | 1.00 |
| 01/29/2002 | | 4.80 |
| 01/29/2002 | | 12.50 |
| 01/30/2002 | | 14.30 |
| 01/30/2002 | | 0.40 |
| 01/30/2002 | | 0.40 |
| 01/31/2002 | | 1.30 |
| 01/31/2002 | | 5.00 |
| 01/31/2002 | | 5.00 |
| 01/31/2002 | | 3.00 |
| 01/31/2002 | | 2.10 |
| 01/31/2002 | | 1.60 |
| 01/31/2002 | | 47.90 |
| **Duplicating Costs-in House Total** | | **443.80** |

**Postage**

| Date | Description | Amount |
|---|---|---|
| 06/11/2001 | Postage Charged by on 05/30/2001 | 12.25 |
| 01/08/2002 | Postage Charged by on 01/02/2002 | 0.68 |
| 01/23/2002 | Postage Charged by on 01/16/2002 | 1.14 |
| **Postage Total** | | **14.07** |

**Process Service & Calendar Watch**

| Date | Description | Amount |
|---|---|---|
| 01/18/2002 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 4314; DATE: 12/31/01 - U.S bankruptcy court - Delaware | 10.00 |
| 01/24/2002 | VENDOR: Pacer Service Center; INVOICE#: 011002; DATE: 1/10/02 - 10/01/01-12/31/01 | 230.72 |
| **Process Service & Calendar Watch Total** | | **240.72** |

**Miscellaneous**

| Date | Description | Amount |
|---|---|---|
| 01/23/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 010202; DATE: 1/2/02 - Visa Charge 12/11/01 RAND Asbetos Litigation | 9.00 |
| **Miscellaneous Total** | | **9.00** |

**In House Messenger Service**

| Date | Description | Amount |
|---|---|---|
| 01/07/2002 | Early Bird Messenger Bike Standard from to STROOCK | 10.75 |

STROOCK & LAVAN, 180 MAIDEN

| | | |
|---|---|---:|
| 01/15/2002 | Early Bird Messenger 01/03/2002 Bike Standard from to ALL NATION TOURS, 119 W | 10.75 |
| | **In House Messenger Service Total** | **21.50** |

**Facsimile Charges**

| | | |
|---|---|---:|
| 01/02/2002 | FAX # 202-371-6601 | 5.00 |
| 01/04/2002 | FAX # 202-371-6601 | 6.00 |
| 01/28/2002 | FAX # 201-843-8044 | 18.00 |
| 01/29/2002 | FAX # 622-3671 | 17.00 |
| 01/31/2002 | FAX # 622-3783 | 17.00 |
| | **Facsimile Charges Total** | **63.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 01/04/2002 | VENDOR: American Express; INVOICE#: 19639; DATE: 11/2/01 - lawyers trav fee R Raskin 11/2 | 42.00 |
| 01/10/2002 | VENDOR: Ken Pasquale; INVOICE#: 01/04/02; DATE: 1/10/02 - 01/03 HEARING BEFORE JUDGE FITZGERALD IN PITTSBURGH, PA - AIRFARE CHANGE, CABFARES, CAR RENTAL & PARKING CHARGES | 223.73 |
| | **Travel Expenses - Transportation Total** | **265.73** |

**Westlaw**

| | | |
|---|---|---:|
| 01/04/2002 | ; Duration 0:14:19; By DHANRAJ JUDY N | 488.34 |
| 01/07/2002 | ; Duration 0:17:03; By DHANRAJ JUDY N | 292.16 |
| 01/24/2002 | ; Duration 0:08:00; By KRIEGER ARLENE G | 57.40 |
| 01/25/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 104.71 |
| 01/29/2002 | ; Duration 0:03:02; By BRANDES RONNIE H. | 14.88 |
| 01/31/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 54.66 |
| | **Westlaw Total** | **1,012.15** |

**Bill Disbursement Summary**

| | |
|---|---:|
| Outside Messenger Service | $ 80.83 |
| Local Transportation | 156.09 |
| Long Distance Telephone | 284.36 |
| Duplicating Costs-in House | 443.80 |
| Postage | 14.07 |
| Process Service & Calendar Watch | 240.72 |
| Miscellaneous | 9.00 |
| In House Messenger Service | 21.50 |
| Facsimile Charges | 63.00 |
| Travel Expenses - Transportation | 265.73 |
| Westlaw | 1012.15 |

**Total Disbursements**     **$2,591.25**