IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 15th day of March 2002, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

**Revised [Proposed] Order as to all Non-Asbestos Claims,
Asbestos Property Damage Claims, Zonolite Attic Insulation
Claims and Medical Monitoring Claims: (I) Approving Case
Management Schedule, (II) Establishing Bar Dates, (III) Approving
Proof of Claim Forms, and (IV) Approving Notice Program**

David W. Carickhoff, Jr. (DE Bar No. 3715)

91100-001\DOCS_DE:39523.12

W.R. Grace Zonolite Plaintiff Facsimile
Service List
Case No. 01-1139 (JJF)
Doc. #42910
07 – Facsimile

**Facsimile 310-201-0760**
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in
Possession)

**Facsimile 302-428-3180**
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

**Facsimile 617-720-5015**
Thomas M. Sobol, Esquire
(Counsel for Zonolite Plaintiffs)

**Facsimile 415-956-1008**
Elizabeth J. Cabraser, Esquire
(Counsel for Zonolite Plaintiffs)

**Facsimile 843-216-9440**
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Edward B. Cottingham, Jr., Esquire
(Counsel for Zonolite Plaintiffs)

**Facsimile 406-752-7124**
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
Allan M. McGarvey, Esquire
(Counsel for Zonolite Plaintiffs)

**Facsimile 509-747-2323**
Darrell W. Scott, Esquire
(Counsel for Zonolite Plaintiffs)

W.R. Grace Core Group Fax Service List
Case No. 01-1139 (JJF)
Document No. 42922
17 – Facsimile

*Via Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors)

*Via Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)

*Via Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)

*Via Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)

*Via Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Ted Tacconelli
(Counsel for Property Damage Claimants)

*Via Facsimile 312-861-2200*
James H.M. Sprayregen, Esquire
David Bernick
James Kapp, III, Esquire
Sam Schwartz
(Counsel to Debtors)

*Via Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)

*Via Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)

*Via Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)

*Via Facsimile 202-429-3301*
Peter Van N. Lockwood
(Official Committee of Personal Injury
Claimants)

*Via Facsimile 212-806-6006*
Lewis Kruger, Esquire
Arlene Krieger
(Official Committee of Unsecured
Creditors)

*Via Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)

*Via Facsimile 212-715-8000*
Philip Bentley, Esquire
Gary Becker
(Counsel for Equity Committee)

*Via Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)

*Via Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Official Committee of Unsecured
Creditors)

*Via Facsimile 973-424-2001*
William S. Katchen, Esquire
(Official Committee of Unsecured
Creditors)

*Via Facsimile 302-552-4295*
Teresa Currier, Esquire
(Counsel for Equity Committee)