## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| **W. R. GRACE & CO., et al.,** | ) **Chapter 11** |
| | ) **Case No. 01-01139 (JKF)** |
| **Debtors,** | ) **(Jointly Administered)** |
| | ) |
| | ) |
| | ) **Hearing: March 18, 2002 1:00 p.m.** |

## DEBTORS' MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT OF TODD B. HILSEE ON DEBTORS' BAR DATE NOTICE PROPOSAL AND ALTERNATIVE NOTICE PLAN

The Debtors' Case Management Proposal and Bar Date Notification Plan have been on file with this Court since June 27, 2001. On November 16, 2001, when the Debtors deposed Todd Hilsee, Mr. Hilsee indicated numerous times that he had not prepared an alternative Notice Plan:

> "I'm not submitting an alternate plan, and I have not gone and compared or testified to a comparison of different reach analyses on different targets." Page 80, lines 15-19.

> "So, I don't know if that short circuits or saves you some time, but it will be in the context of preparing alternate plans if we get to that and if that's necessary, and -- but we're not." Pages 88-89, lines 20-1.

> "I'm not presenting an alternate plan at this time." Page 95, lines 6-8.

> "We're working on that, but, again, I'm not preparing an alternate plan. So, I'm not submitting one, I should say, in connection with my testimony. So, I haven't completed an analysis of those." Page 134, lines 14-18.

Now, in a strategic and belated effort, once again, to delay this case, delay the setting of bar dates and delay publication of the Bar Date, the PD Committee submits the Supplemental Affidavit of Hilsee and Hilsee's 102 page "Alternative Notice Plan." These outrageous and dilatory tactics by the PD Committee must be stopped, the Supplemental Affidavit stricken and sanctions awarded to the Debtors for the costs involved in having to bring this Motion.

The chronology of events in this case is a study in bad faith on the part of the PD

Committee:

- On June 27, 2001, at the request of District Judge Farnan, the Debtors filed their Motion for Entry of Case Management Order, Motion to Establish Bar Date, Motion to Approve Claim Forms and Motion to Approve Notice Program (the "CMO Motion"). The CMO Motion was accompanied by a Bar Date Notification Plan prepared by the Debtor's Notification expert, Kinsella Communications.

- On September 7, 2001, the PD Committee filed their Response to the Debtors CMO Motion . Accompanying that Response was the Affidavit of Todd Hilsee, wherein Mr. Hilsee criticized the Debtors' Notification Plan and various draft Publication Notices.

- In his September 7, 2001 Affidavit, Mr. Hilsee did not propose any alternative Notification Plan nor alternative Publication Notices.

- On November 9, 2001, the Debtors filed a Reply in support of the CMO Motion, which contained an Affidavit from Katherine Kinsella, a Revised Notification Plan and revised Publication Notices that were prepared in an attempt to meet the objections raised by the PD Committee and Mr. Hilsee in their September 7, 2001 Response and Affidavit.

- On November 16, 2001 the PD Committee deposed Ms. Kinsella with respect to the Notification Plan, as revised.

- On November 16, 2001, the Debtors deposed Mr. Hilsee with respect to his Affidavit. Mr. Hilsee indicated that he had not prepared an alternative Notification Plan, had not been asked to prepare an alternative Plan and was not sure if an alternative Plan was feasible. (Hilsee Dep., pp. 80, 88-89, 95 and 134 attached as Exhibit A.)

- On November 21, 2001, the CMO Motion was set for a final, evidentiary hearing before Judge Farnan. At that time, all issues were to be heard and the record was fixed and final.

- On the morning of November 21, 2001, shortly before the CMO hearing was to begin, Judge Farnan notified the parties that the Court was reassigning the Debtors' Chapter 11 cases to another Judge and the hearing on the CMO Motion would not proceed. Thereafter, the case was ultimately assigned to this Court and the Court directed that the Debtors file a revised CMO Motion which separated the matters relating to Asbestos Personal Injury for transmittal to Judge Wolin.

- On February 12, 2002, at this Court's direction, the Debtors filed their Revised CMO Motion, which the Court set for final hearing on February 25, 2002.

- On February 25, 2002 a hearing was held on the Revised CMO Motion. Briefing was complete and the record was fixed. No mention was made of a Amended Affidavit from

Mr. Hilsee or an Alternative Notice Plan. The hearing on the CMO Motion, however, did not conclude and was continued for completion on March 18, 2002.

The PD Committee has established a pattern of dilatory tactics in this case, routinely filing last minute pleadings and evidentiary materials on the eve of hearings. In conjunction with the November 21, 2001 hearing on the CMO Motion, the PD Committee, after 8:00 p.m. on the night before the hearing, filed voluminous Affidavits and Exhibits from two of its other experts for consideration at the hearing. In fact, these late night, last minute submissions, were made after the PD Committee refused to make their experts available for deposition prior to the hearing.

The PD Committee's latest last minute tactic is, again, nothing more than an attempt to stall for even longer, the issuance of a bar date and commencement of a notification program in this case. The Court must not permit such outrageous conduct. The Court has set a final hearing for March 18, 2002 on the CMO Motion, the matter has been fully and completely briefed and the record on the Notification Plan has been fixed and final for months.

Wherefore, the Hilsee Supplemental Affidavit and Alternative Notice Plan must be stricken, sanctions awarded to the Debtors for the costs and fees they were forced to incur in bringing this Motion and Mr. Hilsee's fees and costs for preparation of the Supplemental Affidavit and Alternative Notice Plan should be disallowed.

Dated: March 15, 2002

Respectfully submitted,

KIRKLAND & ELLIS

Janet S. Baer  WP/Dur

David Bernick
James H.M. Sprayregen
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL YOUNG & JONES P.C.
Laura Davis Jones (#2436)
David W. Carickhoff, Jr. (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession