**EXHIBIT A**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR W.R. GRACE AND COMPANY
## JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 122.0 |
| David Blechman | Associate | 74.0 |
| Michael Alexander | Analyst | 78.5 |
| | Total | 274.5 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/02/02 | 1.0 | Business Analysis | Review motions, and latest financial data |
| Pamela Zilly | 01/03/02 | 1.0 | Case Administration | Review case developments re: comparable cases |
| Pamela Zilly | 01/04/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments; Judge Fitzgerald hearing |
| Pamela Zilly | 01/04/02 | 0.5 | Corporate Finance | Call with P. Hanlon re: possible acquisition |
| Pamela Zilly | 01/04/02 | 2.0 | Employee Matters | Review latest compensation backup data and analysis |
| Pamela Zilly | 01/04/02 | 1.5 | Employee Matters | Meeting with D. Blechman re: status of compensation presentation, case issues |
| Pamela Zilly | 01/07/02 | 2.0 | Corporate Finance | Research re: possbile acquisition |
| Pamela Zilly | 01/07/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with D. Blechman re: EPA analysis |
| Pamela Zilly | 01/08/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation matters |
| Pamela Zilly | 01/08/02 | 2.0 | Business Analysis | Review Business Plan, outline of requirements for revised 2002 operating plan |
| Pamela Zilly | 01/08/02 | 1.0 | Employee Matters | Review Arthur Andersen report to the Board |
| Pamela Zilly | 01/09/02 | 0.5 | Business Analysis | Call with S. Farnsworth re 2002 op plan |
| Pamela Zilly | 01/09/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation matters |
| Pamela Zilly | 01/09/02 | 1.5 | Employee Matters | Review compensation presentation and backup analysis |
| Pamela Zilly | 01/09/02 | 1.5 | Employee Matters | Meeting with D. Blechman. M. Alexander re: compensation presentation, additional needs |
| Pamela Zilly | 01/09/02 | 0.5 | Insurance | Call with T. Freedman re: McDermott insurance ruling |
| Pamela Zilly | 01/09/02 | 1.0 | Insurance | Call with B. Corcoran re: McDermott insurance ruling |
| Pamela Zilly | 01/10/02 | 2.0 | Corporate Finance | Review Project Blueberry presentation |
| Pamela Zilly | 01/10/02 | 2.0 | Business Analysis | Review GPC business plan re: Blueberry acquisition |
| Pamela Zilly | 01/10/02 | 1.0 | Employee Matters | Review first day filings re: employee programs |
| Pamela Zilly | 01/11/02 | 1.0 | Corporate Finance | Call with P. Hanlon, G. Freeman re: Blueberry presentation |
| Pamela Zilly | 01/11/02 | 1.0 | Corporate Finance | Meeting with D. Blechman, M. Alexander re: Blueberry analysis |
| Pamela Zilly | 01/11/02 | 1.5 | Corporate Finance | Make changes to Project Blueberry presentation |
| Pamela Zilly | 01/11/02 | 0.5 | Corporate Finance | Call with S. Ahearn re: possible acquisition |
| Pamela Zilly | 01/11/02 | 0.5 | Employee Matters | Call with N. Bubnovich re: compensation presentation |
| Pamela Zilly | 01/11/02 | 0.5 | Employee Matters | Call with B. McGowan re: comp matter |
| Pamela Zilly | 01/11/02 | 2.5 | Corporate Finance | Review Project Blueberry presentation, make changes, call with P. Hanlon re: same |
| Pamela Zilly | 01/13/02 | 3.0 | Employee Matters | Revise compensation presentation |
| Pamela Zilly | 01/14/02 | 2.0 | Business Analysis | Read November Operating report |
| Pamela Zilly | 01/14/02 | 2.0 | Employee Matters | Revise compensation presentation |
| Pamela Zilly | 01/14/02 | 1.5 | Corporate Finance | Calls with P. Hanlon, G. Freeman re: Blueberry presentation |
| Pamela Zilly | 01/14/02 | 2.0 | Corporate Finance | Revise Project Blueberry presentation |
| Pamela Zilly | 01/15/02 | 2.0 | Employee Matters | Revise Compensation presentation |
| Pamela Zilly | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Review EPA analysis, discussion with D. Blechman, M. Alexander |
| Pamela Zilly | 01/16/02 | 2.0 | Corporate Finance | Read and provide comments on Blueberry purchase agreement |
| Pamela Zilly | 01/16/02 | 0.5 | Corporate Finance | Call with E. Filon re: Blueberry presentation tax issues |
| Pamela Zilly | 01/16/02 | 0.5 | Corporate Finance | Revise Blueberry presentation based on above discussion |
| Pamela Zilly | 01/17/02 | 1.0 | Corporate Finance | Finalize Blueberry presentation for distribution to FAs |
| Pamela Zilly | 01/17/02 | 0.5 | Corporate Finance | Call with G. Boyer re: Blueberry deal |
| Pamela Zilly | 01/17/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: Blueberry models |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: FAs review process of Project Blueberry |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with L. Tersigni re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with T. Weschler re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with S. Cunningham re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with G. Boyer re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 1.0 | Employee Matters | Review revised compensation analysis for updated comp numbers |
| Pamela Zilly | 01/18/02 | 1.0 | Corporate Finance | Call with P. Hanlon re: model and status of presentation distribution |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: FA calls |
| Pamela Zilly | 01/18/02 | 1.0 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 01/21/02 | 2.0 | Corporate Finance | Research re: possible joint venture, prep for following call |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/02 | 1.0 | Committee Matters and Creditor Meetings | Arrange calls with P&M, CDG, Tersigni re: questions on Blueberry deal |
| Pamela Zilly | 01/21/02 | 1.0 | Corporate Finance | Call with G. Poling, S. Farnsworth re: possible joint venture |
| Pamela Zilly | 01/22/02 | 1.0 | Corporate Finance | Meeting with D. Blechman re: same |
| Pamela Zilly | 01/22/02 | 1.0 | Case Administration | Call with B. Corcoran re: case issues |
| Pamela Zilly | 01/22/01 | 2.0 | Corporate Finance | Reviewed Blueberry models |
| Pamela Zilly | 01/22/02 | 0.5 | Committee Matters and Creditor Meetings | Call with S. Cunningham re: Blueberry deal |
| Pamela Zilly | 01/22/02 | 0.5 | Committee Matters and Creditor Meetings | Call with G. Boyer re: Blueberry deal |
| Pamela Zilly | 01/22/01 | 1.0 | Corporate Finance | Read and provide comments on Blueberry motion |
| Pamela Zilly | 01/22/02 | 0.5 | Corporate Finance | Call with S. Schwartz re Blueberry motion |
| Pamela Zilly | 01/22/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments |
| Pamela Zilly | 01/22/02 | 0.5 | Case Administration | Meeting with D. Blechman, M. Alexander re: same |
| Pamela Zilly | 01/23/02 | 0.5 | Case Administration | Read National Insurance complaint |
| Pamela Zilly | 01/23/02 | 1.0 | Case Administration | Call with P. Norris re: acquisitions, case status |
| Pamela Zilly | 01/23/02 | 0.5 | Corporate Finance | Discussion with G. Freeman re: models |
| Pamela Zilly | 01/23/02 | 1.0 | Corporate Finance | Discussions with P. Hanlon, M. Shelnitz re: motion |
| Pamela Zilly | 01/23/02 | 1.0 | Committee Matters and Creditor Meetings | Call with CDG, P&M re: Project Blueberry |
| Pamela Zilly | 01/23/02 | 1.0 | Corporate Finance | Three calls with P. Hanlon re: Blueberry deal |
| Pamela Zilly | 01/23/02 | 1.0 | Claims Analysis/Objections/Administration | Call with B. Tarola re: EPA and Wolin presentations |
| Pamela Zilly | 01/24/02 | 2.0 | Case Administration | Review Wolin charts, provide comments to B. Tarola |
| Pamela Zilly | 01/24/02 | 2.5 | Case Administration | Ongoing discussion with B. Tarola, D. Siegel re: revisions to charts and presentation |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with D. Blechman, M. Alexander re: EPA charts |
| Pamela Zilly | 01/24/02 | 1.5 | Employee Matters | Discussions with D. Blechman, M.Alexander re: comp data |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, D. Blechman re: Wolin and EPA meetings |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, D. Blechman, M. Alexander re. recovery analysis |
| Pamela Zilly | 01/24/02 | 0.5 | Committee Matters and Creditor Meetings | Call with M. Berkin re: Blueberry deal |
| Pamela Zilly | 01/24/02 | 1.5 | Corporate Finance | Twocalls with S. Farnsworth, P. Hanlon, M. Shelnitz re: joint venture |
| Pamela Zilly | 01/25/02 | 1.0 | Corporate Finance | Calls with Financial advisors re: filing of Addiment motion |
| Pamela Zilly | 01/25/02 | 4.0 | Claims Analysis/Objections/Administration | Review presentation, prepare analysis for call with B. Tarola, D. Siegel |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Calls with D. Siegel re case issues |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Call with R. Tarola re: case issues |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Read varous motions re.: Assumption of leases, Natonal Union, Notice of Agenda |
| Pamela Zilly | 01/25/02 | 0.5 | Case Administration | Meeting with D. Blechman re: objective of Tarola call, Wolin presentation |
| Pamela Zilly | 01/25/02 | 2.0 | Case Administration | Conference call with B. Tarola, D. Siegel re; Wolin presentation |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Meeting with D. Blechman, M. Alexander re same |
| Pamela Zilly | 01/28/02 | 2.0 | Case Administration | Review charts, call with R. Tarola |
| Pamela Zilly | 01/28/02 | 2.5 | Employee Matters | Meetings with D. Blechman, M. Alexander re: compensation analysis and presentation |
| Pamela Zilly | 01/28/02 | 1.0 | Case Administration | Call with S. Farnsworth re case issues |
| Pamela Zilly | 01/29/02 | 4.0 | Claims Analysis/Objections/Administration | Prepare and review charts for use in EPA meeting including dicussions with R. Tarola, D. Siegel |
| Pamela Zilly | 01/29/01 | 0.5 | Committee Matters and Creditor Meetings | Call with C. Whitney re: Project Blueberry |
| Pamela Zilly | 01/29/02 | 1.0 | Employee Matters | Call with D. Blechman, M. Alexander N. Bubnovich re: compensation presentation |
| Pamela Zilly | 01/29/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with P. Hanlon re: Bluberry information requests, operating model questions |
| Pamela Zilly | 01/29/02 | 0.5 | Committee Matters and Creditor Meetings | Discussion with M. Hunter re: information requests |
| Pamela Zilly | 01/30/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: P&M Blueberry information request |
| Pamela Zilly | 01/30/01 | 0.5 | Corporate Finance | Review final charts |
| Pamela Zilly | 01/30/02 | 2.5 | Business Analysis | Reviewed Q4 results, meeting with D. Blechman, M. Alexander re same |
| Pamela Zilly | 01/31/02 | 1.0 | Committee Matters and Creditor Meetings | Prepare responses to P&M information request re: Project Blueberry |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Meeting with D. Blechman re: case strategy |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/31/02 | 1.5 | Employee Matters | Review latest compensation backup data and analysis |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Call with P. Norris re: acquisitions, case status |
| Pamela Zilly | 01/31/02 | 0.5 | Case Administration | Meeting with D. Blechman re: Norris call |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Call with B. Corcoran re: EPA meeting, other case issues |
| Pamela Zilly | 01/31/02 | 1.0 | Corporate Finance | Review data re: possbile acquisition |
| Pamela Zilly | 01/31/01 | 1.0 | Committee Matters and Creditor Meetings | Review P&M information request list, discussion with C. Whitney |
| Pamela Zilly | 01/31/02 | 0.5 | Committee Matters and Creditor Meetings | Discussion with D. Blechman re P&M infor list |

122.0

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/04/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments; Judge Fitzgerald hearing |
| David Blechman | 01/04/02 | 1.5 | Case Administration | Meeting with P. Zilly re: case issues |
| David Blechman | 01/06/02 | 3.0 | Employee Matters | Prepared materials re: compensation |
| David Blechman | 01/07/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly re: EPA analysis |
| David Blechman | 01/07/02 | 2.5 | Employee Matters | Prepared materials re: compensation plan |
| David Blechman | 01/08/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation matters |
| David Blechman | 01/08/02 | 1.5 | Corporate Finance | Reviewed Blueberry presentation |
| David Blechman | 01/08/02 | 0.5 | Corporate Finance | Call with G. Freeman re: Blueberry presentation |
| David Blechman | 01/08/02 | 1.0 | Employee Matters | Revisions to compensation presentation |
| David Blechman | 01/09/02 | 1.5 | Employee Matters | Meeting with P. Zilly, M. Alexander re: compensation presentation |
| David Blechman | 01/09/02 | 2.0 | Claims Analysis/Objections/Administration | Worked with M. Alexander on EPA analysis |
| David Blechman | 01/10/02 | 2.0 | Corporate Finance | Review Project Blueberry presentation |
| David Blechman | 01/11/02 | 2.0 | Corporate Finance | Call with P. Hanlon, G. Freeman re: Blueberry presentation |
| David Blechman | 01/11/02 | 1.0 | Corporate Finance | Meeting with P. Zilly, M. Alexander re: Blueberry analysis |
| David Blechman | 01/12/02 | 2.0 | Corporate Finance | Performed analysis of Blueberry |
| David Blechman | 01/14/02 | 1.0 | Employee Matters | Revised analysis of compensation |
| David Blechman | 01/15/02 | 2.0 | Employee Matters | Revised presentation of compensation plan |
| David Blechman | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Review EPA analysis, discussion with P. Zilly, M. Alexander |
| David Blechman | 01/15/02 | 1.0 | Claims Analysis/Objections/Administration | Mtg with M. Alexander re: EPA analysis |
| David Blechman | 01/15/02 | 2.0 | Corporate Finance | Review Blueberry purchase agreement |
| David Blechman | 01/16/02 | 0.5 | Employee Matters | Call with S. Krawczel re: compensation |
| David Blechman | 01/16/02 | 0.5 | Employee Matters | Call with S. Krawczel and M. Piergrossi re same |
| David Blechman | 01/16/02 | 1.5 | Employee Matters | Reviewed compensation materials |
| David Blechman | 01/18/02 | 2.0 | Employee Matters | Revise compensation analysis for updated numbers |
| David Blechman | 01/18/02 | 1.0 | Business Analysis | Read November operating report |
| David Blechman | 01/18/02 | 2.0 | Corporate Finance | Review Project Blueberry models |
| David Blechman | 01/18/02 | 1.0 | Employee Matters | Call with P. Zilly, B. McGowan re: compensation analysis |
| David Blechman | 01/22/02 | 1.0 | Corporate Finance | Meeting with P. Zilly re possible joint venture |
| David Blechman | 01/22/02 | 1.0 | Case Administration | Meeting with P. Zilly re case developments |
| David Blechman | 01/23/02 | 1.0 | Employee Matters | Discussions with M. Alexander re: new comp numbers |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Mtg with P. Zilly, M. Alexander re EPA |
| David Blechman | 01/24/02 | 1.5 | Employee Matters | Reviewed compensation materials with P. Zilly |
| David Blechman | 01/24/02 | 0.5 | Employee Matters | Call with M. Piergrossi re: compensation materials |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly re: Wolin and EPA meetings |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly, M. Alexander re. recovery analysis |
| David Blechman | 01/24/02 | 0.5 | Employee Matters | Meeting with M. Alexander re: compensation analysis and presentation |
| David Blechman | 01/25/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with Financial advisors re: filing of Addiment motion |
| David Blechman | 01/25/02 | 2.0 | Case Administration | Conference call with P. Zilly, B. Tarola, D. Siegel re: Wolin presentation |
| David Blechman | 01/25/02 | 0.5 | Case Administration | Meeting with P. Zilly re: Tarola call, charts |
| David Blechman | 01/28/02 | 2.5 | Employee Matters | Meetings with P. Zilly and M. Alexander re:analysis of compensation |
| David Blechman | 01/28/02 | 3.0 | Business Analysis | Analysis of latest operating results re: business Plan |
| David Blechman | 01/29/02 | 3.0 | Case Administration | Review slides and check analysis for meeting with Judge Wolin |
| David Blechman | 01/29/02 | 2.0 | Claims Analysis/Objections/Administration | Reviewed EPA and analyses |
| David Blechman | 01/29/02 | 1.0 | Employee Matters | Meeting with P. Zilly, M. Alexander, N. Bubnovich re: compensation issues |
| David Blechman | 01/29/02 | 0.5 | Employee Matters | Call with S. Krawczel and M. Alexander re: compensation |
| David Blechman | 01/30/02 | 1.0 | Claims Analysis/Objections/Administration | Revised EPA analysis |
| David Blechman | 01/30/02 | 1.0 | Employee Matters | Reviewed compensation materials with M. Alexander |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Biechman | 01/30/02 | 0.5 | Employee Matters | Call with S. Krawczel re compensation |
| David Biechman | 01/30/02 | 2.5 | Business Analysis | Reviewed Q4 results, meeting with P. Zilly, M. Alexander re same |
| David Biechman | 01/31/02 | 0.5 | Compensation of Professionals | Reviewed procedures order |
| David Biechman | 01/31/02 | 2.5 | Business Analysis | Collected information re: P&M due diligence request |
| David Biechman | 01/31/02 | 1.0 | Case Administration | Mtg with P. Zilly re case strategy |
| David Biechman | 01/31/02 | 1.0 | Corporate Finance | Research re: possible acquisition candidate |
| David Biechman | 01/31/02 | 0.5 | Case Administration | Meeting with Zilly re: Norris call |
| | | 74.0 | | |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 01/07/02 | 4.5 | Claims Analysis/Objections/Administration | Prepared analysis re. creditor recoveries under different claims scenarios |
| Michael Alexander | 01/08/02 | 5.0 | Business Analysis | Compiled research re. recent issues in comparable bankruptcy cases |
| Michael Alexander | 01/08/02 | 2.5 | Business Analysis | Updated bankruptcy database |
| Michael Alexander | 01/08/02 | 3.0 | Claims Analysis/Objections/Administration | Updated EPA analysis |
| Michael Alexander | 01/09/02 | 1.5 | Employee Matters | Meeting with P. Zilly, D. Blechman re: compensation analysis |
| Michael Alexander | 01/09/02 | 2.0 | Claims Analysis/Objections/Administration | Discussed EPA analysis with D. Blechman |
| Michael Alexander | 01/11/02 | 1.0 | Corporate Finance | Meeting with P. Zilly, D. Blechman re: Blueberry analysis |
| Michael Alexander | 01/11/02 | 2.0 | Employee Matters | Update comparable compensation analysis |
| Michael Alexander | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re: EPA analysis |
| Michael Alexander | 01/15/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with D. Blechman re: revised EPA analysis |
| Michael Alexander | 01/15/02 | 3.0 | Business Analysis | Comparable company anlysis re: operating results |
| Michael Alexander | 01/18/02 | 2.5 | Employee Matters | Update compensation analysis, presentation |
| Michael Alexander | 01/18/02 | 1.0 | Employee Matters | Call with P. Zilly, D. Blechman, B. McGowan re: compensation presentation |
| Michael Alexander | 01/22/02 | 2.0 | Corporate Finance | Review operating models re: Project Blueberry; distribute to financial advisors |
| Michael Alexander | 01/22/02 | 1.0 | Case Administration | Meeting with P. Zilly, D. Blechman re: case developments |
| Michael Alexander | 01/22/02 | 3.5 | Claims Analysis/Objections/Administration | Modified EPA analysis |
| Michael Alexander | 01/23/02 | 1.0 | Employee Matters | Discussion with D. Blechman re: new comp data |
| Michael Alexander | 01/23/02 | 6.5 | Employee Matters | Categorized compensation data based on LTIP, AICP, and retention tiers |
| Michael Alexander | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly, D. Blechman re:EPA analysis |
| Michael Alexander | 01/24/02 | 1.5 | Employee Matters | Meeting with P. Zilly, D. Blechman re: comp analysis |
| Michael Alexander | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re: EPA analysis |
| Michael Alexander | 01/24/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: compensation analysis |
| Michael Alexander | 01/24/02 | 4.5 | Employee Matters | Analyze new compensation data and model case |
| Michael Alexander | 01/25/02 | 3.0 | Employee Matters | Analyze incremental costs of various cases |
| Michael Alexander | 01/25/02 | 2.0 | Case Administration | Conference call with P. Zilly, B. Tarola, D. Siegel re: Wolin presentation |
| Michael Alexander | 01/28/02 | 2.5 | Employee Matters | Meetings with P. Zilly and D. Blechman re: analysis of compensation |
| Michael Alexander | 01/29/02 | 2.5 | Employee Matters | Analyze incremental costs of various cases |
| Michael Alexander | 01/29/02 | 0.5 | Employee Matters | Call with S. Krawczel and D. Blechman re: compensation |
| Michael Alexander | 01/29/02 | 4.0 | Employee Matters | Revise retention analysis |
| Michael Alexander | 01/29/02 | 1.0 | Claims Analysis/Objections/Administration | Call with P. Zilly, D. Blechman, N. Bubnovich re: compensation presentation |
| Michael Alexander | 01/29/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re. EPA analysis |
| Michael Alexander | 01/29/02 | 2.5 | Business Analysis | Revised EPA analysis |
| Michael Alexander | 01/30/02 | 2.5 | Employee Matters | Review latest operating results, meeting with P. Zilly, D. Blechman re: same |
| Michael Alexander | 01/30/02 | 2.5 | Employee Matters | Revise compensation presentation |
| Michael Alexander | 01/30/02 | 1.0 | Employee Matters | Reviewed compensation materials with D. Blechman |
| | | 78.5 | | |