**EXHIBIT B**

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**January 31, 2002**
**2706-T**

**Airfare**

| | | | | |
|---|---|---|---|---|
| Blechman | 11/29/01 | 251.75 | | |
| | **Subtotal - Airfare** | | $ | **251.75** |

**Car Services**
**Elite**

| | | | |
|---|---|---|---|
| Alexander | 12/22/01 | 55.56 | |
| Document Production | 12/01/01 | 68.33 | |
| Document Production | 12/02/01 | 22.43 | |
| Document Production | 12/03/01 | 19.37 | |
| | **Subtotal - Car Services** | | **165.69** |

**Travel - Local**

| | | | |
|---|---|---|---|
| Blechman | 11/21/01 | 13.00 | |
| Blechman | 11/26/01 | 9.00 | |
| Blechman | 11/26/01 | 30.00 | |
| Blechman | 11/26/01 | 30.00 | |
| Blechman | 11/27/01 | 27.00 | |
| Blechman | 11/27/01 | 30.00 | |
| Blechman | 11/28/01 | 6.00 | |
| Blechman | 11/28/01 | 7.00 | |
| Blechman | 11/28/01 | 8.00 | |
| Blechman | 11/28/01 | 10.00 | |
| Blechman | 11/29/01 | 27.00 | |
| | **Subtotal - Travel - Local** | | **197.00** |

**Other Auto**

| | | | |
|---|---|---|---|
| Blechman | 11/28/01 | 126.85 | |
| | **Subtotal - Other Auto** | | **126.85** |

**Travel Railroad**

| | | | |
|---|---|---|---|
| Blechman | 11/20/01 | 233.00 | |
| Blechman | 11/21/01 | 172.00 | |
| Blechman | 11/26/01 | 366.00 | |
| Blechman | 11/27/01 | 310.00 | |
| | **Subtotal - Travel Railroad** | | **1,081.00** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**January 31, 2002**
**2706-T**

**Meals**

| | | | |
|---|---|---|---|
| Alexander | 08/24/01 | 17.39 | |
| Alexander | 09/20/01 | 20.00 | |
| Shinder | 09/27/01 | 20.00 | |
| Shinder | 10/11/01 | 20.00 | |
| | **Subtotal - Meals** | | **77.39** |

**Lodging**

| | | | |
|---|---|---|---|
| Blechman | 11/28/01 | 249.86 | |
| | **Subtotal - Lodging** | | **249.86** |

**Research**
**Online D/B**

| | | | |
|---|---|---|---|
| De Almeida | 10/26/01 | 5.36 | |
| De Almeida | 10/26/01 | 5.36 | |
| De Almeida | 11/13/01 | 5.36 | |
| De Almeida | 11/21/01 | 5.36 | |
| De Almeida | 11/28/01 | 5.36 | |
| De Almeida | 12/06/01 | 5.36 | |
| De Almeida | 12/13/01 | 5.36 | |
| De Almeida | 12/13/01 | 5.36 | |
| De Almeida | 12/14/01 | 5.36 | |
| De Almeida | 12/16/01 | 5.36 | |
| De Almeida | 12/17/01 | 5.36 | |
| De Almeida | 12/17/01 | 5.36 | |
| | **Subtotal - Online D/B** | | **64.32** |

**Publication**

| | | | |
|---|---|---|---|
| Blechman | 01/02/02 | 1,200.00 | |
| | **Subtotal - Publication** | | **1,200.00** |
| | **Subtotal - Research** | | **1,264.32** |

**Professional Legal Fee**

| | | | |
|---|---|---|---|
| Simpson Thacher & Bartlett | 01/02/02 | 1,601.25 | |
| | **Subtotal - Professional Legal Fee** | | **1,601.25** |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**January 31, 2002**
**2706-T**

**Communications**

**Fax**

| | | | |
|---|---|---|---|
| Bolger | Jan-02 | 21.25 | |
| | **Subtotal - Fax** | | **21.25** |

**Federal Express**

| | | | |
|---|---|---|---|
| De Almeida | 11/28/01 | 12.55 | |
| Zilly | 01/11/02 | 13.40 | |
| | **Subtotal - Federal Express** | | **25.95** |

**Messenger - EDM**

| | | | |
|---|---|---|---|
| Zilly | 12/17/01 | 8.75 | |
| | **Subtotal - Messenger - EDM** | | **8.75** |
| | **Subtotal - Communications** | | **55.95** |

**Photocopying**

| | | | |
|---|---|---|---|
| Zilly | 12/17-28/01 | 69.20 | |
| | **Subtotal - Photocopying** | | **69.20** |
| | **Total Expenses** | **$** | **5,140.26** |