# EXHIBIT A

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2002

Bill Number 32252
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through January 31, 2002

Re: Special Litigation Counsel - Work In Connection With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/03/02 | RAM | Read many Orders of Court in Massachusetts cases. | 0.10 Hrs | $19.50 |
| 01/04/02 | RAM | Read Orders of Court in several Massachusetts cases. | 0.10 Hrs | $19.50 |
| 01/07/02 | RAM | Read Orders of Court in several Massachusetts cases. | 0.10 Hrs | $19.50 |
| 01/09/02 | RAM | Review and quality control documents re: vermiculite. | 1.10 Hrs | $214.50 |
| 01/10/02 | RAM | Read orders of dismissal in many Massachusetts cases (.1). Receive letter from Grace's auditor; begin to draft response (.2). Review and quality control documents re: vermiculite (1.6). | 1.90 Hrs | $370.50 |
| 01/11/02 | RAM | Review and quality control documents re: vermiculite. | 2.40 Hrs | $468.00 |
| 01/14/02 | RAM | Review and quality control documents re: vermiculite. | 1.50 Hrs | $292.50 |
| 01/14/02 | RAM | Work on fee application. | 0.50 Hrs | $97.50 |
| 01/16/02 | RAM | Work on fee application. | 0.30 Hrs | $58.50 |
| 01/16/02 | ARA | Telephone call to RAM re: retrieval of vermiculite documents (.2). Conference with MB re: locating 2001 monthly summaries of case dispositions; look for same (.3). Receive E. Lovick documents from MTM to be filed with Libby common exhibits (.1). Organize files at Winthrop Square (.7). | 1.30 Hrs | $97.50 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/17/02 | RAM | Finalize and send fee application to client. | 0.10 Hrs | $19.50 |
| 01/17/02 | ARA | Organize files in Winthrop Square. | 0.70 Hrs | $52.50 |
| 01/18/02 | RAM | Draft letter to expert and return original documents to him; retain copies. | 0.10 Hrs | $19.50 |
| 01/21/02 | RAM | Read reports of dispositions in January through March 2001 to prepare response to auditor's letter. | 0.30 Hrs | $58.50 |
| 01/22/02 | RAM | Email staff for any information on certain specific cases Grace settled; continue drafting response to auditor's letter (.3). Send copy of documents from expert to in-house counsel (.1). | 0.40 Hrs | $78.00 |
| 01/23/02 | RAM | Draft response to auditor's letter. | 0.30 Hrs | $58.50 |
| 01/23/02 | DBM | Research case work for audit letter, input and comment on same. | 1.40 Hrs | $245.00 |
| 01/23/02 | ARA | Organize files at Winthrop Square. | 2.80 Hrs | $210.00 |
| 01/24/02 | RAM | Finalize draft response to auditor's letter (.5); conference with DBM re: same (.1); fax draft to client with note (.1). | 0.70 Hrs | $136.50 |
| 01/24/02 | ARA | Organize files in Winthrop Square. | 2.20 Hrs | $165.00 |
| 01/25/02 | RAM | Read Orders of Dismissal in many Massachusetts cases. | 0.10 Hrs | $19.50 |
| 01/25/02 | ARA | Organize files at Winthrop Square. | 0.60 Hrs | $45.00 |
| 01/28/02 | ARA | Organize files at Winthrop Square. | 2.10 Hrs | $157.50 |
| 01/29/02 | ARA | Organize Files at Winthrop Square. | 1.90 Hrs | $142.50 |
| | | | TOTAL LEGAL SERVICES | $3,065.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 10.00 Hrs | 195/hr | $1,950.00 |
| DONNA B. MACKENNA | 1.40 Hrs | 175/hr | $245.00 |
| ANGELA R. ANDERSON | 11.60 Hrs | 75/hr | $870.00 |
| | 23.00 Hrs | | $3,065.00 |

TOTAL THIS BILL $3,065.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2002

Bill Number 32253
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through January 31, 2002

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/02/02 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $78.00 |
| 01/02/02 | MTM | Receipt and respond to email re: Reed Smith's paralegal's meeting with Onsite on 12/27 (.5). Conference with ARA re: temporary paralegals; email to all re: same and re: training schedule (.7). | 1.20 Hrs | $198.00 |
| 01/02/02 | ARA | Oversee review of documents (4.5). Discussion with Reed Smith paralegal re: location of non-responsive boxes (.2); answer questions re: same (.7). Telephone call from MTM re: target sheets (.1); discussion with temporary paralegals re: same (.2). Telephone call to MTM re: location of box from Onsite (.2). | 5.90 Hrs | $442.50 |
| 01/02/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.60 Hrs | $45.00 |
| 01/02/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/02/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/02/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $592.50 |
| 01/02/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/02/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/02/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/02/02 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/02/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/02/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/02/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/02/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/02/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/02/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/02/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | MTM | Work on staffing issues with and re: temporary paralegals at Winthrop Square. | 0.90 Hrs | $148.50 |
| 01/03/02 | ARA | Oversee review of documents (4.2). Review quick reference guide prior to the start of the new temporary paralegal (.5). | 4.70 Hrs | $352.50 |
| 01/03/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/03/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/03/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/03/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/03/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/03/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/03/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $412.50 |
| 01/03/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/03/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/03/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | MTM | Receipt and review of email from in-house counsel re: conference call concerning air sampling (.2). Review and respond to emails re: pick-up by Onsite (.2). Review and respond to emails re: attachment ranges in data base created by Lason (.3). | 0.70 Hrs | $115.50 |
| 01/04/02 | ARA | Oversee document review (3.6). Telephone conference with Reed Smith paralegal re: number of boxes for Onsite (.3). Telephone call from MTM re: organizing training manual for new temporary paralegals; review and organize information for new training manual for new temporary paralegals (4.5). | 8.40 Hrs | $630.00 |
| 01/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/04/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | AK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 4.80 Hrs | $360.00 |
| 01/04/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/04/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/04/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/04/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | RAM | Read updated bankruptcy court docket entries (.1). Conference with MTM re: air sampling (.2) and re: status of document review (.1). | 0.40 Hrs | $78.00 |
| 01/07/02 | MTM | Conference with RAM re: air sampling (.2). Meeting with and training new temporary paralegals and training re: review guidelines (2.3). Review and respond to emails re: attachment ranges on Lason database; email to Bob Buckley re: same; email to Walker re: follow-up on obtaining final disks from Lason (.8). Conference with ARA re: additional boxes to be shipped from Cambridge to Winthrop Square for review (.3). Review 8 boxes of Grace documents in storage area at One Federal Street office to determine if possibly responsive in current document review (3.3). Review and respond to emails re: plant modifications in 1993 (.2). | 7.10 Hrs | $1,171.50 |
| 01/07/02 | ARA | Oversee document review (1.8). Organize and produce information materials to new temporary paralegals (.3). Determine how many boxes of documents can be sent to Winthrop Square for Review (.5); arrange for boxes of documents to be delivered to Winthrop Square (.5); discussion with Reed Smith paralegal re: same (.1). Assign boxes of documents to temporary paralegals for review and answer their questions re: review of documents (.9). | 4.10 Hrs | $307.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/07/02 | JKW | Update bankruptcy court docket entries for RAM. Download and print documents. | 0.40 Hrs | $30.00 |
| 01/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 01/07/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.10 Hrs | $532.50 |
| 01/07/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/07/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/07/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/07/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | RAM | Read selected documents filed in bankruptcy court (.3). Telephone calls to and telephone conferences with T. Sobol, D. Pastor, J. Carrol, T. Sobol's associate and in-house counsel re: tomorrow's status conference on MDL cases (.5). Telephone conference with in-house counsel re: recent hearing and status of Chapter 11 cases to prepare for status conference (.2). Conference with MTM re: air sampling issue (.1). | 1.10 Hrs | $214.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/08/02 | MTM | Conference call with in-house counsels re: air sampling (.8); telephone call to ARA and Holme Roberts attorney re: reviewing documents for air sampling (.2); receipt and review of email from Holme Roberts attorney re: review of administrative record and references to air sampling (.3); review deposition transcript at Winthrop Square re: air sampling (.2). Review and respond to emails re: status of scanning at Onsite (.2). Receipt and review of emails re: attachment range information on Lason database (.3). Continue review of 8 boxes to determine whether responsive to current document review (2.2); telephone call to Holme Roberts paralegal re: same (.3). | 4.50 Hrs | $742.50 |
| 01/08/02 | ARA | Per MTM's request, review Attorney Review post-sweep boxes of documents for air sampling (1.7). Per MTM's request, locate and review deposition binder of former Grace employee (.7). Conference with Reed Smith paralegal re: organization of documents to be scanned (.2). Telephone calls from and to Holme Roberts paralegal, MTM and PM re: arrangements for Walsh movers to deliver boxes from Cambridge to Winthrop Square (1.0). Conference with Reed Smith paralegal and MTM re: target sheets for project and other information materials (.4). Oversee document review (1.2). | 5.20 Hrs | $390.00 |
| 01/08/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/08/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/08/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/08/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/08/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/08/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/08/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/08/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/08/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | RAM | Prepare for status conference before J. Saris in MDL cases (1.2). Attend hearing (1.4). Telephone conference with in-house counsel re: hearing (.2). | 2.80 Hrs | $546.00 |
| 01/09/02 | ARA | Telephone calls to Holme Roberts paralegal re: number of boxes to be sent to Winthrop Square (.2). Oversee delivery of boxes by Walsh movers for document review (1.0); inventory boxes of documents from Cambridge (.8); confirm number of boxes with Holme Roberts paralegal and Reed Smith paralegal (.2). Telephone call from MTM re: project (.1). Oversee document review (2.0). | 4.30 Hrs | $322.50 |
| 01/09/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $15.00 |
| 01/09/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $547.50 |
| 01/09/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/09/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/09/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/09/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/09/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/09/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/09/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/09/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | RAM | Work re: fee application (.6). Telephone conference with Delaware counsel re: same (.2). Conference with MTM re: status of document review (.1). Conference with MTM re: air sampling (.2). | 1.10 Hrs | $214.50 |
| 01/10/02 | MTM | Telephone call to temporary paralegal re: her review of repository boxes for air sampling; review documents found re: same; conference with RAM re: same (3.1). Telephone call from Holme Roberts attorney re: search for documents in response to discovery from EPA re: cost recovery action; telephone call to in-house counsel and letter to Holme Roberts attorney re: same (1.1). Review and respond to emails re: boxes to be shipped from Cambridge to Winthrop Square for review (.3). Review and respond to emails re: staffing issues with temporary paralegals (.2). Review and respond to emails re: questions from temporary paralegals at Winthrop Square (.9). Work on revised estimate of completion date of review for RAM; conference with Reed Smith and Holme Roberts paralegals re: same (.5). Complete review sheets for 8 boxes of documents at One Federal Street office (.7). | 6.80 Hrs | $1,122.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/10/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/10/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $225.00 |
| 01/10/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $592.50 |
| 01/10/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/10/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/10/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/10/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | RAM | Read memo from Delaware counsel with draft amended Administrative Order re: fee application procedures (.4); conference with MB re: same (.1). | 0.50 Hrs | $97.50 |
| 01/11/02 | MTM | Telephone call from in-house counsel re: air sampling; conference with temporary paralegal at Winthrop Square re: same. (.6). Complete review of boxes of documents at Federal Street office and send to Winthrop Square (.2). Review and respond to emails re: questions from reviewers (.5). | 1.30 Hrs | $214.50 |
| 01/11/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/11/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 01/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $540.00 |
| 01/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/11/02 | SS | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $450.00 |
| 01/11/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/11/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.70 Hrs | $277.50 |
| 01/11/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $337.50 |
| 01/11/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/11/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/14/02 | RAM | Telephone conference with in-house counsel re: whether former employee has testified to an asbestos related disease (.1); review selected deposition transcripts re: same (.9). Telephone conference with in-house counsel re: rulings by J. Fitzgerald and J. Wollin re: documents not to be destroyed and that Motion to Create a Repository is moot (.2); conference with MTM re: same (.1) and re: scanning documents for EPA cost recovery action (.1). Work on fee application (.9). | 2.30 Hrs | $448.50 |
| 01/14/02 | MTM | Telephone call from Holme Roberts attorney re: her review of Libby monthly reports in Boulder re: air sampling (.9). Receipt and review of email from Holme Roberts attorney re: cost recovery cases; conferences with RAM and respond to Holme Roberts attorney re: same (1.3). Conference with Reed Smith paralegal re: | 2.30 Hrs | $379.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | meeting tomorrow on attachment range issue (.1). | | |
| 01/14/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/14/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/14/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/14/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/14/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/14/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/14/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/14/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/14/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/14/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/14/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/14/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/14/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/15/02 | RAM | Work on fee application. | 2.70 Hrs | $526.50 |
| 01/15/02 | MTM | Meeting with Holme Roberts attorney re: review of Attorney Review boxes at Winthrop Square for cost recovery action (.5). Review and respond to email from Holme Roberts attorney re: searches for documents in connection with the cost recovery action (.3). Meeting with Reed Smith paralegal re: attachment range issues and Onsite status (.8). Receive and respond to emails re: Onsite pick-up tomorrow (.2). | 1.80 Hrs | $297.00 |
| 01/15/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/15/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/15/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/15/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/15/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/15/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/15/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/15/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 01/15/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/15/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/15/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/15/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/15/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/16/02 | RAM | Draft letter to local counsel re: change of address. | 0.10 Hrs | No charge |
| 01/16/02 | ARA | Telephone call from MTM re: checking production set for Grace directories; obtain information re: dates of directories (.5). Conference with temporary paralegal re: status of reviewing documents for air sampling (.3). Review documents at firm to be moved to Winthrop Square (.2). Telephone call to and from Holme Roberts paralegal re: Onsite pick-up of documents (.2). Inventory boxes and oversee pick-up of boxes by Onsite (.8). Oversee document review (1.1). | 3.10 Hrs | $232.50 |
| 01/16/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.60 Hrs | $45.00 |
| 01/16/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/16/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/16/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/16/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/16/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/16/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/16/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/16/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/16/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/16/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/16/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/16/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/16/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 01/16/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $690.00 |
| 01/17/02 | RAM | Read email from in-house counsel re: whether former employee has been deposed; check indices of transcripts and respond; send interview notes to in-house counsel and Reed Smith attorney (.4). Work on December fee application and send it to client (.9). | 1.30 Hrs | $253.50 |
| 01/17/02 | MTM | Conference call with Reed Smith and Holme Roberts attorneys re: cost recovery action. | 0.70 Hrs | $115.50 |
| 01/17/02 | ARA | Telephone call from MB requesting employee deposition binder for RAM; search for same; deliver to RAM (.7) Telephone call to MTM re: adding information to Libby common exhibits binder (.4). Answer questions from temporary paralegals re: document review (.4). Oversee document review (1.8). | 3.30 Hrs | $247.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/17/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/17/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/17/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/17/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/17/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/17/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/17/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/17/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/17/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/17/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.40 Hrs | $555.00 |
| 01/17/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/17/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/17/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/17/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/18/02 | RAM | Continued work on fee application. | 0.40 Hrs | $78.00 |
| 01/18/02 | ARA | Telephone call from Reed Smith paralegal re: box of documents Holme Roberts paralegal should review prior to quality control (.3). Oversee document review (3.2). | 3.50 Hrs | $262.50 |
| 01/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $540.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/18/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $300.00 |
| 01/18/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/18/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $450.00 |
| 01/18/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/18/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/18/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $450.00 |
| 01/18/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 4.20 Hrs | $315.00 |
| 01/18/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $390.00 |
| 01/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/21/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/21/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 01/21/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/21/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/21/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/21/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/21/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/21/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/22/02 | MTM | Meeting with new temporary paralegals for training re: document review (2.2). Receipt and respond to emails and telephone calls to ARA and Holme Roberts paralegal re: weekly status report (.4). | 2.60 Hrs | $429.00 |
| 01/22/02 | ARA | Oversee document review (2.3). Review training materials for new temporary paralegal and go over these materials with him (1.0). Telephone call from MTM who wants a weekly report of the number of boxes reviewed (.1); discussions with Reed Smith paralegal (.5) and email from Holme Roberts attorney re: same (.1); telephone call to MTM re: same (.2). Estimate number of additional boxes to review from Cambridge; discussion with Reed Smith paralegal re: same (.4). | 4.60 Hrs | $345.00 |
| 01/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/22/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/22/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/22/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/22/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/22/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/22/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/22/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/22/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/22/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/22/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/22/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/22/02 | MD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/23/02 | RAM | Read emails re: whether certain photos of Libby are in Winthrop Square (.1); conference with MTM re: same (.1). Telephone conference with in-house counsel re: fee application which is OK; also discuss Libby EPA status with in-house counsel. | 0.30 Hrs | $58.50 |
| 01/23/02 | MTM | Receipt and review of air sampling documents from Holme Roberts attorney (.2). Receipt and review of fax from in-house counsel re: 10 Libby photos (.2); review list of Lovick photos in Libby common exhibits re: same (.5); email to in-house counsel re: same (.2); conference with RAM and telephone call to in-house counsel re: same (.2). Respond to questions re: documents from temporary paralegals at Winthrop Square (.7). Review and respond to emails re: Lason coding and attempts to obtain final disks (.3). | 2.30 Hrs | $379.50 |
| 01/23/02 | ARA | Review training materials with temporary paralegal; answer questions of temporary paralegals re: guidelines for responsive documents (.9); conference with MTM re: same (.1). Oversee review of documents (1.3). | 2.30 Hrs | $172.50 |
| 01/23/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/23/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/23/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/23/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/23/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/23/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/23/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/23/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/23/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/23/02 | MD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/24/02 | RAM | Finalize fee application and send it to Delaware counsel for filing (.6). Review updated docket entries to select documents to print and read (.3). Read selected documents filed in Chapter 11 cases (.2). | 1.10 Hrs | $214.50 |
| 01/24/02 | MTM | Conference with temporary paralegal at Winthrop Square re: air sampling (.7). Review and respond to emails re: Lason and attempts to obtain last disks (.3). Respond to questions re: document review from temporary paralegals at Winthrop Square (.4). | 1.40 Hrs | $231.00 |
| 01/24/02 | ARA | Quality control documents in the production set (1.3). Discussion with temporary paralegal re: status of review of Post-Sweep documents for air sampling requested by MTM (.2). Oversee document review (1.1). Telephone call from MTM re: number of boxes for Onsite (.1); inventory boxes with temporary paralegals re: same (.6). Discussion with MTM re: procedure for unscannable materials (.2); meeting with MTM and temporary paralegals re: notice and responsive documents; answer questions re: same. (.4). | 3.90 Hrs | $292.50 |
| 01/24/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $15.00 |
| 01/24/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/24/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/24/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/24/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/24/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/24/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/24/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $225.00 |
| 01/24/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/24/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.10 Hrs | $532.50 |
| 01/24/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/24/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/24/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/24/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/24/02 | MD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/25/02 | RAM | Conferences with MTM re: status of docket review; telephone call to in-house counsel re: same (.3). Read emails re: document review (.1). | 0.40 Hrs | $78.00 |
| 01/25/02 | MTM | Review and respond to emails re: Onsite status, pick-up on Monday and changes in review procedure; telephone call to Holme Roberts paralegal and ARA re: same (1.2). Conference with ARA re: temporary paralegal issues and re: replacement (.2). Conferences with RAM re: status of review (.2). Review and respond to emails re: adding additional Holme Roberts associates to review; conference with ARA and telephone call to Holme Roberts attorney re: same (.6). Review and respond to email from Holme Roberts attorney re: air sampling document (.2). | 2.40 Hrs | $396.00 |
| 01/25/02 | ARA | Oversee document review (1.0). Inventory number of boxes from the review this past week, per MTM's request; conference with temporary paralegals re: same (1.9). Telephone call from MTM re: pick-up by Onsite (.1) and re: target sheets for the project (.1). Telephone conference with Holme Roberts paralegal re: bar codes on target sheets and preparing boxes for pick-up on Monday by Onsite (.2). Inquire about whether list of attorneys has been updated for use in reviewing for attorney client privilege (.1); telephone call to Holme | 3.50 Hrs | $262.50 |

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | Roberts paralegal re: same (.1). | | |
| 01/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/25/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $510.00 |
| 01/25/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.30 Hrs | $322.50 |
| 01/25/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/25/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/25/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/25/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/25/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.20 Hrs | $240.00 |
| 01/25/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/25/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/25/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $262.50 |
| 01/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $540.00 |
| 01/25/02 | MD | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $577.50 |
| 01/28/02 | MTM | Meeting with new temporary paralegal for training re: review guidelines. | 2.30 Hrs | $379.50 |
| 01/28/02 | ARA | Oversee document review (4.8). Prepare for Onsite and oversee pick-up of boxes at Winthrop Square (1.0). Estimate number of boxes to be reviewed to determine if we need more from Cambridge (.3). | 6.10 Hrs | $457.50 |
| 01/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/28/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/28/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/28/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/28/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/28/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/28/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/28/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/28/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/28/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/29/02 | MTM | Receipt and review of 10 Libby photos and 2 memos to add to Winthrop Square; telephone call to ARA re: same; telephone call and letter to Holme Roberts attorneys re: same (.7). Review and respond to emails re: space issues and return of boxes to original locations in Cambridge (.2). Review and respond to emails re: changes to attachment range protocols and procedure for unscannable materials (.2). Receipt and review of list of boxes sent from Cambridge and Winthrop Square to Onsite on January 28 (.2). | 1.30 Hrs | $214.50 |
| 01/29/02 | ARA | Conference with Reed Smith paralegal re: need for more boxes from Cambridge to review (.2); telephone call to Holme Roberts paralegal re: same (.2); finalize arrangements for more boxes to be delivered to Winthrop Square from Cambridge for review (.3). Oversee review of documents (2.7). | 3.40 Hrs | $255.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/29/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/29/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/29/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $592.50 |
| 01/29/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/29/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/29/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/29/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/29/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/30/02 | MTM | Review documents at Winthrop Square re: air sampling (2.9). Review and respond to emails from Holme Roberts paralegal re: Onsite pick-ups on January 16th and January 28 (.2); conference with ARA re: same (.2). Conference with PM re: temporary staffing issues (.3). Review and respond to emails re: unscannable procedures and new attachment protocols; meeting with temporary paralegals at Winthrop Square re: same (1.0). | 4.60 Hrs | $759.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/30/02 | ARA | Oversee review of documents (1.3). Telephone call and meeting with MTM re: list of boxes for Onsite from Cambridge (.2); arrange for more boxes to be sent to Winthrop Square for review (.1). | 1.60 Hrs | $120.00 |
| 01/30/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/30/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/30/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.40 Hrs | $555.00 |
| 01/30/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/30/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/30/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/30/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/30/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $570.00 |
| 01/30/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/30/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/30/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $375.00 |
| 01/30/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/30/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $652.50 |
| 01/30/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/30/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | MTM | Respond to questions from temporary paralegals re: document review; email to all re: same (1.4). Review Holme Roberts inventory of boxes from early document review (Dec. 1999-Mar. 2000) to identify their original source re: boxes at Cambridge where original source is unknown. (.3). | 1.70 Hrs | $280.50 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/31/02 | ARA | Per MTM's request, prepare post-sweep tagged documents for copying by Merrill Corp. (1.0). Oversee review of documents (4.0). Oversee pick-up by Onsite (.8). Oversee delivery and prepare inventory of boxes of documents received from Cambridge for review at Winthrop Square (1.0). Answer questions from temporary paralegal re: document review (.2). Receive email re: target sheets for review (.3). | 7.30 Hrs | $547.50 |
| 01/31/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $607.50 |
| 01/31/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $487.50 |
| 01/31/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/31/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $615.00 |
| 01/31/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/31/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $540.00 |
| 01/31/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $675.00 |
| 01/31/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $712.50 |
| 01/31/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/31/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/31/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |

TOTAL LEGAL SERVICES $197,959.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 14.80 Hrs | 195/hr | $2,886.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 195/hr | No charge |
| MATTHEW T. MURPHY | 45.90 Hrs | 165/hr | $7,573.50 |
| ANGELA R. ANDERSON | 75.20 Hrs | 75/hr | $5,640.00 |
| JOSEPH K. WINRICH | 2.00 Hrs | 75/hr | $150.00 |
| GARY R. BELLINGER | 173.00 Hrs | 75/hr | $12,975.00 |
| FRANK O. ASHENUGA | 176.00 Hrs | 75/hr | $13,200.00 |
| EUGENE D. KRASS | 23.90 Hrs | 75/hr | $1,792.50 |
| MARIA PATRACEA SCIALLA | 169.70 Hrs | 75/hr | $12,727.50 |
| BRIAN R. HACHEY | 165.30 Hrs | 75/hr | $12,397.50 |
| EDWARD K. LAW | 173.70 Hrs | 75/hr | $13,027.50 |
| ARIANA KUSHAK | 24.50 Hrs | 75/hr | $1,837.50 |
| JAMES D. LEAVER | 161.00 Hrs | 75/hr | $12,075.00 |
| RISA PERIS | 167.90 Hrs | 75/hr | $12,592.50 |
| AMY PREBLE | 138.50 Hrs | 75/hr | $10,387.50 |
| SONYA STATON | 59.00 Hrs | 75/hr | $4,425.00 |
| A. BROCK EDMUNDS | 171.50 Hrs | 75/hr | $12,862.50 |
| CHRISTINE DISAIA | 156.30 Hrs | 75/hr | $11,722.50 |
| DANNY FACTOR | 154.80 Hrs | 75/hr | $11,610.00 |
| LORI PENNY | 149.40 Hrs | 75/hr | $11,205.00 |
| JOSHUA D. PAULIN | 151.00 Hrs | 75/hr | $11,325.00 |
| W. DOUG HOEY | 144.70 Hrs | 75/hr | $10,852.50 |
| MATTHEW DOLE | 30.80 Hrs | 75/hr | $2,310.00 |
| SARITA J. SHAH | 31.80 Hrs | 75/hr | $2,385.00 |
| | 2,560.80 Hrs | | $197,959.50 |

TOTAL THIS BILL $197,959.50