**EXHIBIT B**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2002

Bill Number
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through January 31, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

TELEPHONE
01/10/02   329   5613621554                                         1.02
                                                                              $1.02

EXCESS POSTAGE
01/17/02                                                            3.95
                                                                              $3.95

PHOTOCOPYING
01/17/02   35 copies                                                4.20
                                                                              $4.20

MISCELLANEOUS
01/14/02   RECORDKEEPER ARCHIVE - monthly storage fee (1/02).     382.35
                                                                            $382.35

                                            TOTAL DISBURSEMENTS             $391.52

Page 1

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2002

Bill Number
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through January 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 01/02/02 | 357 | 3026524100 | 0.53 |
| 01/08/02 | 329 | 3038660408 | 0.67 |
| 01/10/02 | 329 | 5613621532 | 0.41 |
| 01/10/02 | 329 | 3038660408 | 2.17 |
| 01/11/02 | 329 | 5613621533 | 1.43 |
| 01/14/02 | 329 | 3026525340 | 0.33 |
| 01/14/02 | 329 | 5613621533 | 0.76 |
| 01/16/02 | 329 | 3038660408 | 0.25 |
| 01/16/02 | 357 | 5613621526 | 0.13 |
| 01/17/02 | 329 | 2158518250 | 0.13 |

TELEPHONE

| Date | Amount |
|---|---|
| 01/31/02 | 2.92 |
| 01/31/02 | 5.07 |

$14.80

Page 1

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

**DISBURSEMENTS**

EXCESS POSTAGE

| | |
|---|---|
| 01/17/02 | 4.56 |
| 01/17/02 | 0.57 |
| 01/30/02 | 1.03 |

$6.16

OTHER DELIVERY SERVICES

01/14/02   WALSH MOVERS INC. - Ship 87 boxes from Cambridge to WSQ for review     470.00

$470.00

PHOTOCOPYING

| | | |
|---|---|---|
| 01/04/02 | 1 copy | 0.12 |
| 01/07/02 | 1 copy | 0.12 |
| 01/07/02 | 6 copies | 0.72 |
| 01/09/02 | 4 copies | 0.48 |
| 01/09/02 | 6 copies | 0.72 |
| 01/09/02 | 58 copies | 6.96 |
| 01/10/02 | 1 copy | 0.12 |
| 01/10/02 | 1 copy | 0.12 |
| 01/10/02 | 12 copies | 1.44 |
| 01/10/02 | 8 copies | 0.96 |
| 01/10/02 | 29 copies | 3.48 |
| 01/11/02 | 4 copies | 0.48 |
| 01/11/02 | 72 copies | 8.64 |
| 01/11/02 | 5 copies | 0.60 |
| 01/16/02 | 1 copy | 0.12 |
| 01/16/02 | 3 copies | 0.36 |
| 01/28/02 | 3 copies | 0.36 |
| 01/30/02 | 2 copies | 0.24 |
| 01/30/02 | 2 copies | 0.24 |

$26.28

TOTAL DISBURSEMENTS     $517.24