# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>APP WINDDOWN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12551 (BLS)<br>(Jointly Administered)<br><br>**Hearing Date: To Be Scheduled If Necessary**<br>**Objection Deadline: August 20, 2018 at 4:00 p.m.** |

**NOTICE OF COMBINED TENTH MONTHLY AND SIXTH INTERIM APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM MARCH 1, 2018 THROUGH APRIL 30, 2018 AND INTERIM PERIOD FROM FEBRUARY 1, 2018 THROUGH APRIL 30, 2018**

PLEASE TAKE NOTICE that on July 30, 2018 Bayard, P.A. ("Bayard") filed the **Combined Tenth Monthly and Sixth Interim Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from March 1, 2018 Through April 30, 2018 and Interim Period from February 1, 2018 Through April 30, 2018** (the "Application"). The Application seeks interim allowance and payment of compensation for professional legal services in the amount of $8,273.50 and of reimbursement for expenses incurred in the amount of $1,086.89.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 263] (the "Interim Compensation Order") and must be filed with the Clerk of the Bankruptcy Court and be served upon the Notice Parties as

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: American Apparel, LLC (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The Debtors' address is 747 Warehouse Street, Los Angeles, California 90021.

defined in the Interim Compensation Order so as to be received by no later than **August 20, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any objections to the Application are filed, a hearing on the Application will be held before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, at a date and time convenient to the Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: July 30, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Gregory J. Flasser*<br>Justin R. Alberto (No. 5126)<br>Evan T. Miller (No. 5364)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email: jalberto@bayardlaw.com<br>            gflasser@bayardlaw.com<br><br>-and-<br><br>COOLEY LLP<br>Cathy Hershcopf<br>Seth Van Aalten<br>Michael Klein<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: chershcopf@cooley.com<br>            svanaalten@cooley.com<br>            mklein@cooley.com<br><br>*Co-Counsel for the Official Committee of Unsecured Creditors* |