**<u>Exhibit A</u>**

# BAYARD, P.A.

600 N. KING STREET, SUITE 400
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Official Committee of Unsecured Creditors
c/o Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19801

Invoice 1022362
July 19, 2018

ID: 38246-00001 - JRA

Re: In re American Apparel, LLC (Case No. 16-12551 BLS)

For Services Rendered Through 4/30/2018

| | | |
|---|---:|---:|
| Current Fees | 4,453.00 | |
| Current Disbursements | 86.20 | |
| Total Current Charges | | $4,539.20 |
| **Total Amount Due** | | **$10,483.96** |

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

**Bayard, P.A.**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | | July 19, 2018 |
| I.D. 38246-00001 - JRA | | Invoice 1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | | Page  2 |

| | Fees by Task Code | | | |
|---|---|---|---|---|
| Date | Description of Services | Atty | Hours | Amount |
| AP | Litigation/Adversary Proceedings | | | |
| 04/16/18 | briefly review 4th settlement motion | JRA | 0.20 | 100.00 |
| CA | Case Administration | | | |
| 03/01/18 | Update critical dates calendar | EH | 0.30 | 79.50 |
| 03/02/18 | email with LM re critical dates | JRA | 0.10 | 50.00 |
| 03/02/18 | Update critical dates calendar and bankruptcy case calendar. | LM | 0.50 | 147.50 |
| 03/06/18 | Draft CNO's for Fee Applications of Bayard and Cooley | EH | 0.40 | 106.00 |
| 03/09/18 | emails with LM re critical dates | JRA | 0.10 | 50.00 |
| 03/09/18 | Review Bankruptcy Court docket, update critical dates calendar and circulate to J. Alberto and G. Flasser. | LM | 0.30 | 88.50 |
| 03/22/18 | File CNOs fro Fee Applications | EH | 0.30 | 79.50 |
| 03/23/18 | review critical dates | JRA | 0.10 | 50.00 |
| 03/23/18 | Update critical dates calendar and the Bankruptcy Calendar with objection deadlines and hearing date. | LM | 0.60 | 177.00 |
| 03/24/18 | review AP procedures motion/proposed order | JRA | 0.60 | 300.00 |
| 03/29/18 | File and serve Fee Application | EH | 0.40 | 106.00 |
| 03/29/18 | Draft and file Affidavit of Service | EH | 0.30 | 79.50 |
| 03/30/18 | review critical dates | JRA | 0.10 | 50.00 |
| 04/02/18 | File Ninth Fee Application of Bayard, P.A. | EH | 0.30 | 79.50 |
| 04/02/18 | Complete Service; Draft Affidavit of Service re: Bayard Ninth Fee Application | EH | 0.20 | 53.00 |
| 04/02/18 | Update the Bankruptcy Calendar with objection deadlines and hearing date. | LM | 0.20 | 59.00 |
| 04/04/18 | Update the Bankruptcy Calendar with hearing date. | LM | 0.10 | 29.50 |
| 04/06/18 | email with LM re critical dates | JRA | 0.10 | 50.00 |
| 04/06/18 | Review Bankruptcy Court docket, update critical dates calendar and circulate to J. Alberto and G. Flasser. | LM | 0.40 | 118.00 |
| 04/06/18 | Update the Bankruptcy Calendar with objection and filing deadlines | LM | 0.20 | 59.00 |
| 04/12/18 | review critical dates | JRA | 0.10 | 50.00 |
| 04/12/18 | Update critical dates calendar and forward to J. Alberto and G. Flasser and update bankruptcy case calendar. | LM | 0.40 | 118.00 |
| 04/17/18 | review second Jones Day retention disclosures | JRA | 0.10 | 50.00 |
| 04/19/18 | Email to GJF with Attached CNO re: Cooley's Ninth Fee Application | EH | 0.10 | 26.50 |
| 04/20/18 | email with LM re upcoming deadlines | JRA | 0.10 | 50.00 |
| 04/20/18 | Review Bankruptcy Court docket, update critical dates calendar and circulate same to J. Alberto and G. Flasser. | LM | 0.40 | 118.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | | July 19, 2018 |
| I.D. 38246-00001 - JRA | | | | Invoice  1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | | | | Page 3 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/20/18 | Update the Bankruptcy Calendar with objection deadlines and hearing date. | LM | 0.30 | 88.50 |
| 04/20/18 | Email with GJF; file Certificate of No Objection re: Ninth Fee Application of Cooley | EH | 0.20 | 53.00 |
| 04/20/18 | Review and revise critical dates calendar | GJF | 0.30 | 105.00 |
| 04/23/18 | File Certificate of No Objection re: Bayard's Ninth Fee Application | EH | 0.20 | 53.00 |
| 04/27/18 | email with LM re critical dates | JRA | 0.10 | 50.00 |
| 04/27/18 | Review Bankruptcy Court docket for critical dates and report findings to J. Alberto and G. Flasser. | LM | 0.10 | 29.50 |
| CH | **Court Hearings** | | | |
| 04/16/18 | review agenda for 4/18 hearing | JRA | 0.10 | 50.00 |
| F1 | **Bayard Fee Application** | | | |
| 03/12/18 | correspond with LM re February fee app | JRA | 0.10 | 50.00 |
| 03/29/18 | Draft Bayard's ninth monthly fee app | GJF | 1.40 | 490.00 |
| 03/29/18 | Review and edit exhibits to ninth monthly fee application for Bayard. | LM | 0.30 | 88.50 |
| 04/02/18 | Finalize Bayard's ninth monthly fee app | GJF | 0.70 | 245.00 |
| 04/02/18 | Coordinate filing Bayard's ninth monthly fee app | GJF | 0.10 | 35.00 |
| 04/04/18 | Assist with edits to exhibits for tenth monthly fee application for Bayard. | LM | 0.30 | 88.50 |
| 04/17/18 | Review, revise and forward exhibits to monthly fee application to G. Flasser re: Bayard March 2018 fees and expenses. | LM | 0.20 | 59.00 |
| 04/23/18 | Review CNO to Bayard's ninth monthly fee app | GJF | 0.10 | 35.00 |
| F2 | **Other Professional Fee Applications** | | | |
| 03/22/18 | Review revise CNOs to eight monthly and fifth interim fee app | GJF | 0.20 | 70.00 |
| 03/22/18 | Emails w/ S. Carnes re CNO to Cooley's 8th monthly and fifth interim fee app | GJF | 0.10 | 35.00 |
| 03/28/18 | Emails w/ S. Carnes re Cooley's ninth monthly fee app | GJF | 0.10 | 35.00 |
| 03/29/18 | Review and revise Cooley's ninth monthly fee app prior to filing | GJF | 0.30 | 105.00 |
| 03/29/18 | Coordinate filing Cooley's ninth monthly fee app | GJF | 0.10 | 35.00 |
| 03/29/18 | Draft Notice Ninth Monthly Fee Application for Cooley. | LM | 0.20 | 59.00 |
| 04/19/18 | Review CNO to Cooley's ninth monthly fee app (.1); emails w/ S. Carnes re same (.1) | GJF | 0.20 | 70.00 |
| TR | **Trustee Reporting/Schedules** | | | |
| 03/22/18 | review February staffing report | JRA | 0.10 | 50.00 |
| 03/30/18 | review January operating report | JRA | 0.10 | 50.00 |
| 04/27/18 | review March operating report | JRA | 0.10 | 50.00 |
| 04/30/18 | review February operating report | JRA | 0.10 | 50.00 |
| | **Total Fees** | | | **$4,453.00** |

**Bayard, P.A.**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | | July 19, 2018 |
| I.D. 38246-00001 - JRA | | Invoice  1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | | Page  4 |

### Fee Recap by Activity Code

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| AP | Litigation/Adversary Proceedings | | | | | |
| | Alberto, Justin R. | | | 0.20 | $500.00 | 100.00 |
| | | | Subtotal | 0.20 | | $100.00 |
| CA | Case Administration | | | | | |
| | Alberto, Justin R. | | | 1.50 | $500.00 | 750.00 |
| | Flasser, Greg | | | 0.30 | $350.00 | 105.00 |
| | Hendry, Erin | | | 2.70 | $265.00 | 715.50 |
| | Morton, Larry | | | 3.50 | $295.00 | 1,032.50 |
| | | | Subtotal | 8.00 | | $2,603.00 |
| CH | Court Hearings | | | | | |
| | Alberto, Justin R. | | | 0.10 | $500.00 | 50.00 |
| | | | Subtotal | 0.10 | | $50.00 |
| F1 | Bayard Fee Application | | | | | |
| | Alberto, Justin R. | | | 0.10 | $500.00 | 50.00 |
| | Flasser, Greg | | | 2.30 | $350.00 | 805.00 |
| | Morton, Larry | | | 0.80 | $295.00 | 236.00 |
| | | | Subtotal | 3.20 | | $1,091.00 |
| F2 | Other Professional Fee Applications | | | | | |
| | Flasser, Greg | | | 1.00 | $350.00 | 350.00 |
| | Morton, Larry | | | 0.20 | $295.00 | 59.00 |
| | | | Subtotal | 1.20 | | $409.00 |
| TR | Trustee Reporting/Schedules | | | | | |
| | Alberto, Justin R. | | | 0.40 | $500.00 | 200.00 |
| | | | Subtotal | 0.40 | | $200.00 |
| | | | **Totals** | **13.10** | | **$4,453.00** |

### Disbursements

| Disbursement Description | Amount |
|---|---|
| Print Images | 25.60 |
| Pacer Document Downloads | 20.40 |
| Outside Services - DLS; Service charges related to Ninth Monthly Application of Cooley, LLP [D.I. 1672] | 28.79 |
| Postage | 11.41 |

**Bayard, P.A.**

| | |
|---|---|
| Official Committee of Unsecured Creditors | July 19, 2018 |
| I.D. 38246-00001 - JRA | Invoice  1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | Page 5 |

| **Disbursement Description** | **Amount** |
|---|---|
| **Total Disbursements** | **$86.20** |

**Bayard, P.A.**

| Official Committee of Unsecured Creditors | July 19, 2018 |
|---|---|
| I.D. 38246-00001 - JRA | Invoice 1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | Page 6 |

### Monthly Summary of Professional Fees

| Name | Title | Rate/Hour | Hours | Amount |
|---|---|---:|---:|---:|
| Justin R. Alberto | Director | 500.00 | 2.30 | 1,150.00 |
| Greg Flasser | Associate | 350.00 | 3.60 | 1,260.00 |
| Erin Hendry | Paralegal | 265.00 | 2.70 | 715.50 |
| Larry Morton | Paralegal | 295.00 | 4.50 | 1,327.50 |
| | | **Totals** | **13.10** | **4,453.00** |

### Monthly Summary of Fees

| | Hours | Amount |
|---|---:|---:|
| **March** | | |
| Case Administration | 4.10 | 1,363.50 |
| Bayard Fee Application | 1.80 | 628.50 |
| Other Professional Fee Applications | 1.00 | 339.00 |
| Trustee Reporting/Schedules | 0.20 | 100.00 |
| **April** | **Hours** | **Amount** |
| Litigation/Adversary Proceedings | 0.20 | 100.00 |
| Case Administration | 3.90 | 1,239.50 |
| Court Hearings | 0.10 | 50.00 |
| Bayard Fee Application | 1.40 | 462.50 |
| Other Professional Fee Applications | 0.20 | 70.00 |
| Trustee Reporting/Schedules | 0.20 | 100.00 |
| **Totals** | **13.10** | **$4,453.00** |

### Disbursement Summary by Month

**March**

| Description | | Amount |
|---|---|---:|
| Outside Services - DLS; Service charges related to Ninth Monthly Application of Cooley, LLP [D.I. 1672] | | 28.79 |
| Print Images | | 25.60 |
| Pacer Document Downloads | | 20.40 |
| Total for March | $74.79 | |

**April**

| Description | | Amount |
|---|---|---:|
| Postage | | 11.41 |
| Total for April | $11.41 | |
| **Total Disbursements** | **$86.20** | |