**Exhibit B**

{BAY:03284727v2}

# BAYARD, P.A.

600 N. KING STREET, SUITE 400
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Official Committee of Unsecured Creditors
c/o Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19801

Invoice 1022362
July 19, 2018

ID: 38246-00001 - JRA

Re: In re American Apparel, LLC (Case No. 16-12551 BLS)

For Services Rendered Through 4/30/2018

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| Print Images | 25.60 |
| Pacer Document Downloads | 20.40 |
| Outside Services - DLS; Service charges related to Ninth Monthly Application of Cooley, LLP [D.I. 1672] | 28.79 |
| Postage | 11.41 |
| **Total Expenses** | **$86.20** |

| Detailed Disbursement Description | | |
|---|---|---|
| **Date** | **Disbursement Description** | **Amount** |
| 03/09/18 | Pacer Document Downloads | 0.40 |
| 03/12/18 | Print Images | 0.60 |
| 03/12/18 | Print Images | 0.60 |
| 03/12/18 | Print Images | 2.60 |
| 03/12/18 | Print Images | 0.80 |
| 03/22/18 | Pacer Document Downloads | 2.90 |
| 03/23/18 | Pacer Document Downloads | 1.20 |
| 03/29/18 | Outside Services - DLS; Service charges related to Ninth Monthly Application of Cooley, LLP [D.I. 1672] | 28.79 |
| 03/29/18 | Pacer Document Downloads | 3.40 |
| 04/02/18 | Pacer Document Downloads | 3.00 |
| 04/02/18 | Postage | 11.41 |
| 04/02/18 | Print Images | 21.00 |
| 04/04/18 | Pacer Document Downloads | 0.70 |
| 04/06/18 | Pacer Document Downloads | 0.90 |
| 04/17/18 | Pacer Document Downloads | 2.30 |
| 04/19/18 | Pacer Document Downloads | 1.30 |
| 04/20/18 | Pacer Document Downloads | 2.10 |

**Bayard, P.A.**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | | July 19, 2018 |
| I.D. 38246-00001 - JRA | | Invoice  1022362 |
| Re: In re American Apparel, LLC (Case No. 16-12551 BLS) | | Page 2 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 04/23/18 | Pacer Document Downloads | 1.30 |
| 04/27/18 | Pacer Document Downloads | 0.90 |
| | **Total Disbursements** | **86.20** |