**Exhibit C**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURE WITH FEE APPLICATION**

Bayard has national practices in commercial bankruptcy, corporate litigation, intellectual property litigation, entity law and commercial transactions. The hourly rates reflected in the Application are Bayard's standard hourly rates for engagements in those practice areas. In addition, Bayard has a full service regional-based practice in areas including, among others, insurance law, and personal services such as familial and estate matters. While Bayard charges its standard hourly rates in its regional practice areas, occasionally certain Bayard attorneys will agree to reduced rates for those representations. Bayard also occasionally accepts representations with alternative fee structures, such as contingent, mixed-contingent, flat fee and blended-hourly.

| **Blended Hourly Rate Disclosures** | | | |
|---|---|---|---|
| **Category of Timekeeper** | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year (excluding bankruptcy matters) | **Billed** This Application |
| Directors | $524.28 | $503.12 | $500.00 (monthly and interim) |
| Associates | $380.46 | $334.91 | $350.00 (monthly and interim) |
| Paraprofessionals | $270.54 | $229.50 | $283.75 (monthly) $285.64 (interim) |
| Blended Rate | $456.10 | $393.65 | $339.92 (monthly) $347.63 (interim) |

---

[1] This column reflects the blended 2017 rates charged by the firm for complex corporate and litigation matters in the following practice areas: Business Advisory Services, Business Entities, Commercial Transactions, Commercial and Corporate Litigation, and Intellectual Property Litigation.

{BAY:03284727v2}