**Exhibit D**

**Budget and Staffing Report**
**Bayard, P.A.**
**February 1, 2018 – April 30, 2018**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Analysis and Recovery | 2 | $ 900.00 |
| Litigation and Adversary Proceeding | 4 | $ 1,800.00 |
| Budget/Staffing Report | 2 | $ 900.00 |
| Business Operations | 0 | $ - |
| Case Administration | 8 | $ 3,600.00 |
| Court Hearings | 4 | $ 1,800.00 |
| Constituent Inquiries | 1 | $ 450.00 |
| Cash Collateral & DIP Financing | 0 | $ - |
| Disclosure Statement | 0 | $ - |
| Employment Application of Bayard, P.A. | 0 | $ - |
| Employment Application of Other Professionals | 1 | $ 450.00 |
| Employee Matters | 0 | $ - |
| Lease and Executory Contract Issues | 1 | $ 450.00 |
| Fee Application of Bayard, P.A. | 8 | $ 3,600.00 |
| Fee Application of Other Professionals | 8 | $ 3,600.00 |
| General Corporate Matters | 1 | $ 450.00 |
| Meetings of Creditors | 0 | $ - |
| Stay Relief Matters | 1 | $ 450.00 |
| Non-Working Travel | 0 | $ - |
| Claims, Analysis, Objections and Resolutions | 4 | $ 1,800.00 |
| Plan | 1 | $ 450.00 |
| Use, Sale, or Lease of Property | 2 | $ 900.00 |
| Statutory Committee and Committee Meetings | 4 | $ 1,800.00 |
| Trustee Reporting and Schedules | 2 | $ 900.00 |
| Utility Matters | 0 | $ - |
| Total | 54 | $ 24,300.00 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | $500 |
| Associate | 2 | $377.50 |
| Paralegal | 2 | $280 |