**Exhibit E**

**Comparison of Actual Hours Spent and Budgeted Hours
During the Interim Compensation Period
Bayard, P.A.**

**February 1, 2018 – April 30, 2018**

| Project Category | Actual Hours | Hours Budgeted |
|---|---|---|
| Litigation/Adversary Proceedings (AP) | 0.2 | 4 |
| Case Administration (CA) | 11.2 | 8 |
| Court Hearings (CH) | 0.2 | 4 |
| Bayard Fee Application (F1) | 6.8 | 8 |
| Other Professional Fee Applications (F2) | 3.9 | 8 |
| Claims, Analysis, Objections and Resolutions (PC) | 0.6 | 4 |
| Plan (PL) | 0.1 | 1 |
| Trustee Reporting/Schedules (TR) | 0.8 | 2 |
| **Totals** | **23.8** | **39** |

{BAY:03284727v2}