# **CERTIFICATE OF SERVICE**

I, Gregory J. Flasser, hereby certify that on this 30th day of July, 2018, I caused copies of **Combined Tenth Monthly and Sixth Interim Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for The Monthly Period From March 1, 2018 Through April 30, 2018 and Interim Period from February 1, 2018 Through April 30, 2018** to be served on the parties listed below in the manner listed thereon:

**Via First Class Mail:**

American Apparel, LLC.
747 Warehouse Street
Los Angeles, CA 90021
(Attn: ChelseaGrayson, Esq.)

Jones Day
555 South Flower St., 50th Fl.,
Los Angeles, CA 90071
(Attn: Erin Brady, Esq.)

Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Attn: Laura Davis Jones, Esq.)

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
(Attn: Jane Leamy, Esq.)

Milbank,Tweed, Hadley & McCloy LLP
28 Liberty Avenue
New York, NY 10005
(Attn: Gerard Uzzi, Esq.)

Riemer & Braunstein, LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
(Attn: Donald E. Rothman, Esq.)

Ashby & Geddes PA
500 Delaware Avenue
Wilmington DE 19899
(Attn: Gregory Taylor, Esq.)

                                            */s/   Gregory J. Flasser*
                                             Gregory J. Flasser (No. 6154)