IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> APP WINDDOWN, LLC, *et al.*,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 16-12551 (BLS) <br> : <br> : (Jointly Administered) <br> : <br> : **Re: Docket No. 1773** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH APRIL 30, 2018**

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1. On July 6, 2018, Pachulski Stang Ziehl & Jones LLP, co-counsel and conflicts counsel to the Debtors, filed the *Sixth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession for the Period from February 1, 2018 through April 30, 2018* [Docket No. 1773] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 27, 2018, at 4:00 p.m. prevailing Eastern Time.

3. The undersigned further certifies that a review of the Court's docket in

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 107 Millcreek Corners, Suite B, P O Box 5129, Brandon, MS 39047.

these cases shows no answer, objection, or other responsive pleading to the Application.

| | |
|---|---|
| Dated: July 30, 2018<br>      Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    ljones@pszjlaw.com<br>             joneill@pszjlaw.com<br>             jmulvihill@pszjlaw.com<br>and<br><br>Scott J. Greenberg<br>Michael J. Cohen<br>250 Vesey Street<br>New York, NY 10281<br>Telephone:   (212) 326-3939<br>Facsimile:    (212) 755-7306<br>Email:       sgreenberg@jonesday.com<br>              mcohen@jonesday.com<br><br>Co-Counsel for the Debtors |