## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| APP WINDDOWN, LLC, *et al.*,[1] | : | Case No. 16-12551 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AFFIDAVIT OF SERVICE

I, Keenan K. Baldeo, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 25, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Combined Monthly Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors for Compensation for Services and Reimbursement of Expenses for the Periods (I) February 1, 2017 through February 28, 2017, (II) June 1, 2017 through July 31, 2017, (III) February 1, 2018 through February 28, 2018 and (IV) May 1, 2018 through June 30, 2018 [Docket No. 1819]

Dated: July 30, 2018

_____
Keenan K. Baldeo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 30, 2018 by Keenan K. Baldeo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**ROBERT J. RUBEL JR.**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 50070782**
**My Commission Expires 10/25/2022**

---

1 The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is Attn: David Black, 107 Millcreek Corners, Suite B, PO Box 5129, Brandon, MS 39047.

**<u>Exhibit A</u>**

Exhibit A

Fee Application Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the DIP Secured Parties | Ashby & Geddes, P.A. | Attn:  Gregory Taylor<br>500 Delaware Avenue<br>Wilmington DE 19899 | GTaylor@ashby-geddes.com |
| Counsel to the Committee of Unsecured Creditors | Bayard, PA | Attn: Justin R. Alberto, Evan T. Miller, Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>emiller@bayardlaw.com<br>gflasser@bayardlaw.com |
| Counsel to the Committee of Unsecured Creditors | Cooley, LLP | Attn: Cathy Hershcopf, Seth Van Aalten, Michael Klein<br>1114 Avenue of the Americas<br>New York NY 10036 | chershcopf@cooley.com<br>svanaalten@cooley.com<br>mklein@cooley.com |
| Counsel to Debtor | Jones Day | Attn:  Michael J. Cohen, Scott J. Greenberg<br>250 Vesey Street<br>New York NY 10281 | mcohen@jonesday.com<br>sgreenberg@jonesday.com |
| Counsel to the Debtors' prepetition secured lenders [and DIP lenders] | Milbank, Tweed, Hadley & McCloy, LLP | Attn:  Gerard Uzzi<br>28 Liberty Street<br>New York NY 10005 | guzzi@milbank.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Jane M. Leamy, Esquire<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | Jane.M.Leamy@usdoj.gov |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones, LLP | Attn:  Laura Davis Jones, Esq., James E. O'Neill, Esq. &  Joseph M. Mulvihill, Esq.<br>919 N. Market Street,<br>17th Floor<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com |