UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| W.R. Grace & Co., et al. ) | |
| Debtors. ) | |
| _____ ) | Case Nos. 01-1139 through |
| OFFICIAL COMMITTEE OF ASBESTOS ) | 01-1200 |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | Chapter 11 |
| PROPERTY DAMAGE CLAIMANTS OF ) | |
| W.R. GRACE & CO., suing in behalf of the ) | |
| Chapter 11 Bankruptcy Estate of W.R. ) | |
| GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -against- ) | Adv. No.: 02-_____ |
| ) | |
| SEALED AIR CORPORATION, and ) | |
| CRYOVAC, INC., ) | |
| ) | |
| Defendants. ) | |

**SUMMONS AND NOTICE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the attached complaint with the clerk of the bankruptcy court by **April 1, 2002 at 4:00 p.m.**

Address of Clerk:
824 Market Street, 5th Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | | |
|---|---|---|
| Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Cresent Court, Suite 1500<br>Dallas, TX 75201 | Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price &<br>Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami FL 33131 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Centre, 15th Flr.<br>1201 N. Market Street<br>Wilmington, DE 19801 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |

If you make a motion, your time to answer is governed by the Order dated March 12, 2002 Re: Fraudulent Conveyance Proceedings.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at **a time to be determined**.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                                                                                                     /s/ David D. Bird

Date: March 18, 2002                                                                        *Clerk of the Bankruptcy Court*

**CERTIFICATE OF SERVICE**

I, <u>Theodore J. Tacconelli,</u> certify that I am, and at all times during the service of process was,
    (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the service of this summons and a copy of the complaint was made on
<u>  March 18, 2002  </u> by:
    (date)

    <u> X </u>  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Sealed Air Corporation | Cryovac, Inc. |
| c/o The Prentice Hall Corp. System, Inc. | c/o Corporation Service Company |
| 2711 Centerville Rd., Suite 400 | 2711 Centerville Rd., Suite 400 |
| Wilmington, DE 19808 | Wilmington, DE 19808 |

    <u>   </u>  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

    <u>   </u>  Residence Service: By leaving the process with the following adult at:

    <u>   </u>  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    <u>   </u>  Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of
_____, as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u> March, 18, 2002 </u>                     <u> /s/ Theodore J. Tacconelli </u>
    Date                                        Signature

        Print Name: <u>Ferry, Joseph & Pearce, P.A.</u>

        Business Address: <u>824 N. Market Street, Suite 904, P.O. Box 1351</u>

        City: <u>Wilmington</u>    State: <u>DE</u>    Zip: <u> 19899 </u>