THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF ADDITIONAL ENTRY OF APPEARANCE AND CERTIFICATE OF COUNSEL APPEARING ON BEHALF OF GOVERNMENT AGENCY**

Jerel ("Jerry") L. Ellington hereby enters his appearance as additional counsel for the United States appearing for and on behalf the U.S. Environmental Protection Agency, and submits the following certification pursuant to Del. Bankr. L.R. 9010-1(c)(ii).

1. I am an attorney employed by the United States Department of Justice.

2. I am a member in good standing of the Bar of the State of Colorado, as well as an inactive member of the Bar of District of Columbia.

3. I am admitted to practice before the Tenth Circuit Court of Appeals and the U.S. District Court for the District of Colorado.

4. I am in good standing in all jurisdictions in which I have been admitted.

5. I agree to be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

/s/ Jerry Ellington
JEREL ("JERRY") L. ELLINGTON
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, Colorado 80202
(303) 312-7321