## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| W.R. Grace & Co., et al. | ) | |
| Debtors. | ) | |
| _____ ) | | Case Nos. 01-1139 through |
| | ) | 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | Chapter 11 |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing in behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | Adv. No.: 02-_____ |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, | ) | |
| INC. and | ) | |
| NATIONAL MEDICAL CARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS AND NOTICE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the attached complaint with the clerk of the bankruptcy court by **April 1, 2002 at 4:00 p.m.**

> Address of Clerk:
> 824 Market Street, 5th Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | | |
|---|---|---|
| Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Cresent Court, Suite 1500<br>Dallas, TX 75201 | Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price &<br>Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami FL 33131 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Centre, 15th Flr.<br>1201 N. Market Street<br>Wilmington, DE 19801 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |

If you make a motion, your time to answer is governed by the Order dated March 12, 2002 Re: Fraudulent Conveyance Proceedings.

YOU ARE NOTIFIED that a pretrial conference, if any, of the proceeding commenced by the filing of the complaint will be held at **a time to be determined**.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

  /s/ David D. Bird

Date: March 18, 2002    *Clerk of the Bankruptcy Court*

**CERTIFICATE OF SERVICE**

I, <u>Theodore J. Tacconelli,</u> certify that I am, and at all times during the service of process was,

   (name)

not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on

  <u>March 18, 2002</u>   by:

   (date)

   <u>X</u>  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Fresenius Medical Care Holdings, Inc.<br>c/o C T Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | National Medical Care, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

   <u>   </u> Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

   <u>   </u> Residence Service: By leaving the process with the following adult at:

   <u>   </u> Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

   <u>   </u> Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u> March, 18, 2002 </u>          <u>    /s/ Theodore J. Tacconelli    </u>

    Date                             Signature

Print Name: <u>Ferry, Joseph & Pearce, P.A.      </u>

Business Address: <u>824 N. Market Street, Suite 904, P.O. Box 1351 </u>

City: <u>Wilmington  </u> State: <u>DE  </u> Zip: <u> 19899  </u>