UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| W.R. Grace & Co., et al. | ) | |
|     Debtors. | ) | |
| | ) | Case Nos. 01-1139 through |
| | ) | 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | Chapter 11 |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing in behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     -against- | ) | Adv. No.: 02-_____ |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, | ) | |
| INC. and | ) | |
| NATIONAL MEDICAL CARE, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

**SUMMONS AND NOTICE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the attached complaint with the clerk of the bankruptcy court by **April 1, 2002 at 4:00 p.m.**

    Address of Clerk:
    824 Market Street, 5th Floor
    Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | | |
|---|---|---|
| Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Cresent Court, Suite 1500<br>Dallas, TX 75201 | Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami FL 33131 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Centre, 15th Flr.<br>1201 N. Market Street<br>Wilmington, DE 19801 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |

If you make a motion, your time to answer is governed by the Order dated March 12, 2002 Re: Fraudulent Conveyance Proceedings.

YOU ARE NOTIFIED that a pretrial conference, if any, of the proceeding commenced by the filing of the complaint will be held at **a time to be determined**.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

/s/ David D. Bird

Date: March 18, 2002

*Clerk of the Bankruptcy Court*

**CERTIFICATE OF SERVICE**

I, <u>Theodore J. Tacconelli,</u> certify that I am, and at all times during the service of process was,
   (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the service of this summons and a copy of the complaint was made on
<u>  March 18, 2002   </u> by:
   (date)

  <u> X </u>  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Fresenius Medical Care Holdings, Inc.<br>c/o C T Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | National Medical Care, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
|---|---|

  ___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

  ___ Residence Service: By leaving the process with the following adult at:

  ___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

  ___ Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of
_____, as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u> March, 18, 2002 </u>                <u>   /s/ Theodore J. Tacconelli                          </u>
    Date                                       Signature

          Print Name:<u> Ferry, Joseph & Pearce, P.A.                  </u>

          Business Address:<u>  824 N. Market Street, Suite 904, P.O. Box 1351 </u>

          City:<u> Wilmington </u>   State:<u> DE  </u>   Zip:<u>  19899  </u>