IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |
| | ) | **Hearing Date: Only if Timely Objections are Made** |
| | ) | **Objection Deadline: February 18, 2002 at 4:00 p.m.** |

**CERTIFICATION OF COUNSEL
REGARDING DOCKET NO. 1638**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application For Order Pursuant To Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing The Retention and Employment Of Hilsoft Notifications (The Operating Unit of Hilsoft, Inc.) ("Hilsoft") As Consultants To The Official Committee of Asbestos Property Damage Claimants (the "PD Committee), Nunc Pro Tunc to July 9, 2001 ("Application") , filed on February 7, 2002.  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 18, 2002.

However, in previous retention orders regarding other similar professionals retained by the PD Committee, the Court included additional language prior to signing.  In light of the preference of the Court, the order has been amended to reflect the additional language found in those earlier orders.

It is hereby respectfully requested that the amended Order attached hereto be entered at the earliest convenience of the Court.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: March 19, 2002

F:\Meredith\TJT\WRGraceCommittee\cert.of.counsel.Hilsoft.retention.wpd

2