FILED
MAR 15  11 23 AM '02
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re: CCHP, INC.

                                                  Chapter 11
                                                  Case No. 01-01146JJF
                    Debtor.                     01-1139

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that BARBARA G. BILLET, ESQ., Deputy Commissioner and Counsel, Department of Taxation and Finance by AMY J. MURPHY, ESQ., hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of CCHP, INC. ("Debtor") and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint,

2

demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

DATED: March 7, 2002

BARBARA G. BILLET, ESQ.
Deputy Commissioner and Counsel
Department of Taxation and Finance

By: *Amy J. Murphy*
Amy J. Murphy
77 Broadway, Suite 112
Buffalo, New York 14203-1670
(716) 855-5310

TO:
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street, 16th floor
Wilmington, DE 19899-8705