**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 1718**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Interim Application of Conway, Del Genio, Gries & Co., for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period of November 1, 2001 through December 31, 2001 ("the Application"). The undersigned further certifies that the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 18, 2002.

Pursuant to the Administrative Order Under 11 USC §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated May 3, 2001, the Debtors are authorized to pay Conway, Del Genio, Gries & Co. $240,000.00 which represents 80% of the fees ($300,000.00) and $2,406.91, which represents 100% of the expenses requested in the Application for the period November 1, 2001 through December 31, 2001, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

                FERRY, JOSEPH & PEARCE, P.A.

                /s/ Theodore J. Tacconelli
                Michael B. Joseph (#392)
                Theodore J. Tacconelli (#2678)
                Rick S. Miller (#3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE. 19899
                (302) 575-1555
                Counsel to the Official Committee of Asbestos
                Property Damage Claimants

                -and-

                Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                Scott L. Baena, Esq.
                2500 First Union Financial Center
                200 South Biscayne Boulevard
                Miami, FL 33131-2336

                Counsel to the Official Committee of Asbestos
                Property Damage Claimants

Dated: March 20, 2002