# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

————

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope                              March 20, 2002

                                                                  Invoice #  51138

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH January 31, 2002

                                                                  Atty - SLB
        RE:     01- Case Administration                           Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/01/02 | JMS | 1.20 | 282.00 | Prepare for 1/3 hearing (1.2). |
| 01/02/02 | SLB | 4.80 | 2,160.00 | Preparation with J. Sakalo for 1/3/02 hearing (1.1); telephone call from D. Caricoff re: 1/3/02 hearing and conference call (.1); telephone call from T. Sobol re: same (.2); telephone conference with all concerned re: 1/3/02 hearing (1.0); telephone call to B. Wolff, Esq., re: Acme (.2); telephone call to D. Rosenbloom re: same (.2); telephone call to P. Lockwood re: same (1.2); telephone conference with J. Sakalo and T. Tacconelli re: same (.6); telephone call to D. Bernick re: same (.2). |
| 01/02/02 | JMS | 6.00 | 1,410.00 | Telephone conference with D. Carichoff regarding preparation for hearing (.2); conference with S. Baena regarding preparation for hearing (.6); prepare for hearing en route to Pittsburgh (2.4); meet with local counsel and telephone call with Scott Baena in preparation for hearing (2.2); telephone conference with S. Baena regarding hearing issues (.6). |
| 01/03/02 | SLB | 0.80 | 360.00 | E-mail to and telephone call from D. Speights re: hearing, etc. (.8). |
| 01/03/02 | JMS | 3.00 | 705.00 | Prepare for hearing (2.0); telephone conference with S. Baena regarding follow-up results of hearing (1.0). |
| 01/04/02 | SLB | 1.00 | 450.00 | Telephone conference with D. Speights  re: various issues regarding Committee counsel attention (1.0). |
| 01/04/02 | JMS | 2.70 | 634.50 | Draft memo summarizing 1/3/02 hearing (1.4); telephone conference with D. Speights, S. Baena regarding 1/3 hearing results and strategy issues raised at hearing (.8); telephone conference with T. Tacconelli regarding transcript from hearing and follow up on hearing issues (.2); emails (X3) to and from M. Dies regarding results of 1/3/02 hearing (.3). |
| 01/06/02 | SLB | 1.60 | 720.00 | Draft letter to Judge Wolin per First Case Management Order (1.6). |
| 01/07/02 | SLB | 6.30 | 2,835.00 | Letter from J. Baer re: Intercat settlement (.2); draft letter to Judge Wolin (2.7); circulate draft letter with accompanying e-mail (.2); telephone call from Judge Wolin's chambers and e-mail from local counsel re: meeting with Judge (.2); e-mail to and telephone call to D. Speights re: same (.3); telephone call from M. Dies re: status of various matters (.7); telephone conference with J. Sakalo, M. Dies and D. Speights re: conference with Judge Wolin and telephone conference with J. Sakalo and D. Scott re: same (2.0). |
| 01/07/02 | JMS | 2.70 | 634.50 | Review and revise draft letter to Judge Wolin (.6); telephone conference with D. Speights, M. Dies, S. Baena regarding status, strategy meeting with Judge Wolin and telephone conference with D. Scott, M. Dies regarding meeting with Judge Wolin (2.0); telephone conference with R. Miller regarding meeting with J. Wolin(.1). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 01/08/02 | SLB | 1.70 | 765.00 | Telephone conference with D. Speights re: revisions to letter to Judge Wolin (.4); e-mails from and to E. Westbrook re: same (.2); e-mails from and to M. Dies re: same (.2); revise letter to Judge Wolin (.9). |
| 01/08/02 | JMS | 0.70 | 164.50 | Telephone conferences with M. Zaleski regarding Intercat (.2); revise letter to Judge Wolin (.5). |
| 01/08/02 | ADB | 0.30 | 30.00 | Keycite cases for Jay Sakalo |
| 01/08/02 | ADB | 0.60 | 60.00 | Keycite list of cases for Jay Sakalo |
| 01/09/02 | SLB | 3.60 | 1,620.00 | E-mail from M. Dies re: letter to Judge Wolin (.1); e-mails from and to E. Westbrook and D. Scott re: letter to Judge Wolin (.2); telephone call from and e-mail from D. Speights re: same (.2); telephone call from Elizabeth Magner re: case issues (1.6); telephone conference with D. Speights, J. Sakalo re: same and various issues (1.0); telephone call from D. Scott re: meeting with Judge Wolin, letter to Judge Wolin, ZAI issues (.3); e-mails from and to T. Sobol re: same (.2). |
| 01/09/02 | JMS | 1.60 | 376.00 | Telephone conference with S. Baena, D. Speights regarding meeting with Judge Wolin, letter to Judge Wolin, status (1.0); telephone conference with D. Scott, S. Baena re status, meeting with Judge Wolin (.3); review letter from insurers to Judge Wolin (.3). |
| 01/09/02 | JLH | 0.80 | 80.00 | Compile and review documents for scanning (.50); research Pacer system regarding an updated docket .(30). |
| 01/10/02 | SLB | 0.20 | 90.00 | Telephone call to P. Lockwood re: 1/11/02 meeting with Judge Wolin (.2). |
| 01/10/02 | JMS | 0.20 | 47.00 | Telephone conference with G. Boyer regarding NMC and follow up thereon (.2). |
| 01/11/02 | SLB | 0.20 | 90.00 | Telephone call from D. Speights re: meeting with Judge Wolin (.2). |
| 01/11/02 | JMS | 0.40 | 94.00 | Telephone conferences with D. Speights regarding meeting today with Judge Wolin (.4). |
| 01/12/02 | SLB | 0.30 | 135.00 | Telephone call to Elizabeth Magner re: separate motions for Meso documents, 524(g) issues, meeting with Judge Wolin (.3). |
| 01/15/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 01/15/02 | JMS | 1.10 | 258.50 | Email to D. Speights, M. Dies, S. Baena thereon (.4). |
| 01/16/02 | JMS | 0.30 | 70.50 | Telephone conference with R. Turken regarding meeting with Judge Wolin (.3). |
| 01/17/02 | JMS | 0.70 | 164.50 | Review proposed order regarding 1/3/02 hearing (.3); emails to T. Tacconelli regarding Burlington Northern PD claims (.4). |
| 01/18/02 | JMS | 0.10 | 23.50 | Review docket (.1). |
| 01/21/02 | JMS | 0.40 | 94.00 | Review docket (.2); review email from PD creditor (.2). |
| 01/22/02 | SLB | 1.00 | 450.00 | Telephone call from D. Scott re: estimation of ZAI claims  (.5); conference with J. Sakalo re: case administration issues (.5). |
| 01/22/02 | JMS | 0.90 | 211.50 | Conference with S. Baena re: case administration issues (.5); review docket (.1); email to PD creditors regarding status (.3). |
| 01/23/02 | JMS | 0.30 | 70.50 | Telephone conference with M. Zaleski regarding Price Waterhouse, status (.3). |
| 01/23/02 | JLH | 0.60 | 60.00 | Research Pacer system regarding an updated docket and download  documents images and forward to various parties. |
| 01/24/02 | SLB | 0.50 | 225.00 | Review J. Sakalo's e-mail re: Debtors' motions to extend exclusivity and to extend time to reject (.5). |
| 01/24/02 | JMS | 1.80 | 423.00 | Telephone conference with G. Boyer regarding meeting in Delaware (.2); review and analysis of "Project Blueberry" (.6); review and analyze Debtors' motion to extend exclusivity and email memo to S. Baena thereon (.6); review and analyze Debtors' motion to extend time to assume/reject lease and email memo to S. Baena thereon (.4). |
| 01/24/02 | JLH | 0.80 | 80.00 | Research Pacer system regarding motion to appoint trustee and download images. |
| 01/25/02 | LMF | 0.70 | 70.00 | Download and review agenda for hearing on January 29, 2002 (.7). |
| 01/25/02 | JMS | 0.20 | 47.00 | Review of 1/29 hearing agenda (.2). |
| 01/28/02 | LMF | 2.90 | 290.00 | Review Agenda for hearing and compile all documents for hearing notebook (2.4); prepare index for same (.5). |
| 01/28/02 | JMS | 2.40 | 564.00 | Email to G. Boyer regarding "Borealis" acquisition and review of Press Release thereon (.5); emails to and from T. Tacconelli regarding W. Drier (.2); prepare for |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | meeting with Conway Del Genio Gries en route to Delaware (1.7). |
| 01/29/02 | SLB | 0.80 | 360.00 | E-mail to M. Dies and D. Speights re: Celotex Property Damage claims against Grace and telephone call from D. Speights re: same (.8). |
| 01/29/02 | JMS | 0.30 | 70.50 | Telephone conference with C. Berglin regarding results of Omnibus hearing (.3). |
| 01/29/02 | JLH | 0.50 | 50.00 | Research Pacer system regarding various updated docket. |
| 01/30/02 | SLB | 0.30 | 135.00 | E-mail to D. Speights re: 1/29/02 hearing (.3). |
| 01/30/02 | LMF | 0.80 | 80.00 | Compile exhibits to PD Committee's response to case management motion (.8). |
| 01/30/02 | JMS | 2.40 | 564.00 | Telephone conference with A. Krieger regarding all to Judge Wolin (.2); telephone conference with K. Pasquale thereon (.2); telephone conference with D. Speights regarding status (.6); emails to and from D. Speights regarding results of hearing and various strategy issues (.4);  telephone conference with F. Rabinovitz regarding document request (.2); research regarding class certification in bankruptcy (.8). |
| 01/30/02 | JLH | 0.50 | 50.00 | Research Pacer system regarding various updated dockets. |
| 01/31/02 | JMS | 0.60 | 141.00 | Prepare and review document request from F. Rabinovitz (.3); letter to P. Silvern enclosing document request (.2); review docket (.1). |
| 01/31/02 | JLH | 0.40 | 40.00 | Research Pacer system regarding updated dockets. |

**PROFESSIONAL SERVICES** $18,382.00

### COSTS ADVANCED

|  |  |  |
|---|---|---|
| 12/20/01 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/01-12/31/01; DATE: 1/10/02  -  Clients - Cust. #RB0120 | 163.52 |
| 12/20/01 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/01-12/31/01; DATE: 1/10/02  -  Clients - Cust. #RB0120 | 65.80 |
| 01/02/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 01/02/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 01/02/02 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 01/02/02 | Telecopies   2.00pgs @ .50/pg | 1.00 |
| 01/02/02 | Telecopies   12.00pgs @ .50/pg | 6.00 |
| 01/02/02 | AirfareTRAVEL TO/FROM PITTSBURG ATTEND HEARING - VENDOR: TRAVEL VENTURES; INVOICE#: 84893; DATE: 12/27/01 - CLIENT - 15537 | 1,138.00 |
| 01/02/02 | LodgingVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/08/02; DATE: 1/2/02  -  CLIENT - 15537 TRAVEL TO PITTSBURGH, PA - ATTEND HEARING | 112.86 |
| 01/02/02 | MealsVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/08/02; DATE: 1/2/02  -  CLIENT - 15537 TRAVEL TO PITTSBURGH, PA - ATTEND HEARING | 32.29 |
| 01/02/02 | Fares, Mileage, ParkingTAXI/PARKING - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/08/02; DATE: 1/2/02  -  CLIENT - 15537 TRAVEL TO PITTSBURGH, PA - ATTEND HEARING | 83.58 |
| 01/02/02 | Long Distance Telephone-Outside ServicesVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/08/02; DATE: 1/2/02  -  CLIENT - 15537 TRAVEL TO PITTSBURGH, PA -ATTEND HEARING | 50.95 |
| 01/02/02 | Long Distance Telephone(843) 216-9146 | 0.46 |
| 01/02/02 | Long Distance Telephone(843) 216-9450 | 0.92 |
| 01/02/02 | Long Distance Telephone(302) 778-6464 | 0.92 |
| 01/02/02 | Long Distance Telephone(509) 242-2225 | 0.46 |
| 01/02/02 | Long Distance Telephone(509) 242-2225 | 0.92 |
| 01/02/02 | Long Distance Telephone(412) 644-3541 | 3.69 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 01/02/02 | Long Distance Telephone(215) 665-2013 | 0.46 |
| 01/02/02 | Long Distance Telephone(803) 943-4599 | 1.85 |
| 01/02/02 | Long Distance Telephone(509) 747-2323 | 0.46 |
| 01/02/02 | Long Distance Telephone(302) 778-6464 | 1.85 |
| 01/02/02 | Long Distance Telephone(312) 861-2248 | 2.31 |
| 01/02/02 | Long Distance Telephone(212) 735-2324 | 0.92 |
| 01/02/02 | Long Distance Telephone(202) 255-8011 | 0.92 |
| 01/03/02 | Long Distance Telephone(843) 524-5708 | 10.15 |
| 01/04/02 | Long Distance Telephone(212) 813-1703 | 3.69 |
| 01/04/02 | Long Distance Telephone(302) 575-1555 | 5.08 |
| 01/04/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 01/04/02 | Long Distance Telephone(803) 943-6047 | 23.07 |
| 01/07/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 01/07/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 01/07/02 | Telecopies    40.00pgs @ .50/pg | 20.00 |
| 01/07/02 | Telecopies    40.00pgs @ .50/pg | 20.00 |
| 01/07/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 01/07/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 01/07/02 | Long Distance Telephone(843) 524-5708 | 2.77 |
| 01/07/02 | Long Distance Telephone(302) 575-1555 | 2.31 |
| 01/07/02 | Long Distance Telephone(843) 524-1242 | 0.92 |
| 01/07/02 | Long Distance Telephone(843) 524-5708 | 3.23 |
| 01/07/02 | Long Distance Telephone(843) 524-1242 | 0.92 |
| 01/07/02 | Long Distance Telephone(843) 524-5708 | 33.22 |
| 01/07/02 | Long Distance Telephone(843) 524-5708 | 0.46 |
| 01/07/02 | Long Distance Telephone(509) 623-2036 | 8.77 |
| 01/07/02 | Long Distance Telephone(843) 524-5708 | 3.69 |
| 01/07/02 | Long Distance Telephone(843) 524-1242 | 2.77 |
| 01/07/02 | Long Distance Telephone(409) 883-4814 | 5.08 |
| 01/08/02 | Photocopies  48.00pgs @ .15/pg | 7.20 |
| 01/08/02 | Photocopies  217.00pgs @ .15/pg | 32.55 |
| 01/08/02 | Photocopies  87.00pgs @ .15/pg | 13.05 |
| 01/08/02 | Photocopies  90.00pgs @ .15/pg | 13.50 |
| 01/08/02 | Photocopies  89.00pgs @ .15/pg | 13.35 |
| 01/08/02 | Photocopies  162.00pgs @ .15/pg | 24.30 |
| 01/08/02 | Photocopies  836.00pgs @ .15/pg | 125.40 |
| 01/08/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/08/02 | Telecopies    38.00pgs @ .50/pg | 19.00 |
| 01/08/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 01/08/02 | Telecopies    38.00pgs @ .50/pg | 19.00 |
| 01/08/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/08/02 | Telecopies    60.00pgs @ .50/pg | 30.00 |
| 01/08/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 01/08/02 | Long Distance Telephone(415) 989-1801 | 1.38 |
| 01/08/02 | Long Distance Telephone(803) 943-4599 | 11.07 |
| 01/08/02 | Long Distance Telephone(803) 943-4599 | 3.23 |
| 01/08/02 | Long Distance Telephone(310) 645-9000 | 7.84 |
| 01/08/02 | Long Distance Telephone(803) 943-4599 | 11.07 |
| 01/08/02 | Long Distance Telephone(302) 426-1900 | 2.31 |
| 01/08/02 | Long Distance Telephone(803) 943-4599 | 12.92 |
| 01/08/02 | Long Distance Telephone(803) 943-4444 | 15.23 |
| 01/08/02 | Staff Overtime | 134.61 |
| 01/08/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 801142671; DATE: 1/31/02  -  Clients | 5.04 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 01/09/02 | Long Distance Telephone(843) 524-5708 | 3.23 |
| 01/09/02 | Long Distance Telephone(843) 524-5708 | 2.77 |
| 01/09/02 | Long Distance Telephone(214) 698-3169 | 2.31 |
| 01/09/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 01/09/02 | Long Distance Telephone(843) 524-5708 | 20.76 |
| 01/09/02 | Long Distance Telephone(509) 455-9555 | 8.31 |
| 01/09/02 | Long Distance Telephone(212) 813-1703 | 0.46 |
| 01/09/02 | Fares, Mileage, Parking1/2 CAB FARE WORKING LATE - VENDOR: CASH; INVOICE#: PCASH-1/31/02; DATE: 1/31/02  -  CLIENTS/FIRM - REIM. PETTY CASH | 19.00 |
| 01/10/02 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 01/10/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 01/10/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 01/10/02 | Long Distance Telephone(843) 524-1242 | 0.46 |
| 01/10/02 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 01/10/02 | Long Distance Telephone(617) 720-5000 | 1.85 |
| 01/10/02 | Long Distance Telephone(302) 571-6624 | 0.92 |
| 01/10/02 | Long Distance Telephone(504) 528-9400 | 0.92 |
| 01/10/02 | Long Distance Telephone(202) 862-5065 | 5.08 |
| 01/10/02 | Long Distance Telephone(409) 883-4394 | 18.92 |
| 01/10/02 | Long Distance Telephone(843) 524-5708 | 16.15 |
| 01/10/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249590 DATE: 1/21/02 | 11.31 |
| 01/11/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 01/11/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 01/11/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 01/11/02 | Long Distance Telephone(973) 645-3730 | 1.38 |
| 01/11/02 | Long Distance Telephone(973) 645-3730 | 0.92 |
| 01/11/02 | Long Distance Telephone(409) 883-4814 | 1.38 |
| 01/11/02 | Long Distance Telephone(803) 943-8094 | 1.38 |
| 01/11/02 | Long Distance Telephone(803) 943-8094 | 1.38 |
| 01/12/02 | Long Distance Telephone(302) 594-3100 | 6.92 |
| 01/12/02 | Long Distance Telephone(504) 737-5173 | 0.92 |
| 01/12/02 | Long Distance Telephone(302) 594-3100 | 1.85 |
| 01/12/02 | Long Distance Telephone(302) 594-3100 | 20.30 |
| 01/15/02 | Photocopies  179.00pgs @ .15/pg | 26.85 |
| 01/15/02 | Long Distance Telephone(803) 943-4444 | 6.46 |
| 01/15/02 | Long Distance Telephone(302) 573-6491 | 1.85 |
| 01/16/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/16/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 01/16/02 | Long Distance Telephone(415) 989-1801 | 1.38 |
| 01/19/02 | Long Distance Telephone(843) 524-5708 | 0.92 |
| 01/19/02 | Long Distance Telephone(409) 883-4394 | 5.54 |
| 01/19/02 | Long Distance Telephone(409) 883-4394 | 4.61 |
| 01/21/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 01/22/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 01/22/02 | Telecopies    2.00pgs @ .50/pg | 1.00 |
| 01/22/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 01/22/02 | Long Distance Telephone(409) 883-4394 | 2.31 |
| 01/22/02 | Long Distance Telephone(409) 883-4394 | 6.46 |
| 01/22/02 | Long Distance Telephone(803) 943-4444 | 1.38 |
| 01/22/02 | Long Distance Telephone(409) 883-4394 | 2.77 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 01/22/02 | Long Distance Telephone(973) 623-0006 | 0.92 |
| 01/22/02 | Long Distance Telephone(973) 623-3413 | 0.46 |
| 01/22/02 | Long Distance Telephone(973) 623-3413 | 0.92 |
| 01/22/02 | Long Distance Telephone(409) 886-5250 | 0.92 |
| 01/22/02 | Long Distance Telephone(509) 455-9555 | 9.23 |
| 01/22/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249599 DATE: 1/31/02 | 22.12 |
| 01/23/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 01/23/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/23/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/23/02 | Postage | 0.57 |
| 01/23/02 | Long Distance Telephone(409) 883-4394 | 8.31 |
| 01/23/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 01/23/02 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 01/23/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 01/23/02 | Long Distance Telephone(409) 883-4394 | 1.38 |
| 01/23/02 | Long Distance Telephone(409) 882-1732 | 1.38 |
| 01/23/02 | Long Distance Telephone(302) 426-1900 | 7.38 |
| 01/23/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 01/23/02 | Long Distance Telephone(212) 813-1703 | 0.46 |
| 01/23/02 | Long Distance Telephone(302) 575-1714 | 1.38 |
| 01/23/02 | Long Distance Telephone(409) 882-1732 | 2.31 |
| 01/24/02 | Long Distance Telephone(212) 813-1703 | 1.38 |
| 01/25/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 01/25/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 01/25/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 01/25/02 | Long Distance Telephone(212) 227-6300 | 1.85 |
| 01/25/02 | Long Distance Telephone(409) 883-4394 | 0.92 |
| 01/26/02 | Long Distance Telephone(409) 883-4394 | 0.46 |
| 01/27/02 | AirfareVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/29/02; DATE: 2/1/02 -  Clients - Reim. for Travel to  Philadelphia | 1,327.00 |
| 01/27/02 | LodgingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/29/02; DATE: 2/1/02 -  Clients - Reim. for Travel to Philadelphia | 304.72 |
| 01/27/02 | Fares, Mileage, ParkingVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/29/02; DATE: 2/1/02 -  Clients - Reim. for Travel to Philadelphia | 24.00 |
| 01/28/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 85322; DATE: 1/24/02 -  CLIENT - 15537 TRAVEL TO PHILA | 767.00 |
| 01/28/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 85352; DATE: 1/25/02 -  CLIENT - 15537 TRAVEL TO/FROM PHILADELPHIA | 767.00 |
| 01/28/02 | Photocopies  48.00pgs @ .15/pg | 7.20 |
| 01/28/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 01/28/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 01/28/02 | Long Distance Telephone(302) 426-1900 | 6.46 |
| 01/28/02 | Long Distance Telephone(212) 813-1703 | 0.92 |
| 01/28/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 01/28/02 | Long Distance Telephone(302) 575-1714 | 1.38 |
| 01/28/02 | Messenger ServicesVENDOR: EXEC2000 COURIER SYSTEMS; INVOICE#: I34247; DATE: 2/2/02 -  Clients | 175.00 |
| 01/29/02 | Telecopies    34.00pgs @ .50/pg | 17.00 |
| 01/29/02 | Long Distance Telephone(302) 575-1714 | 7.38 |
| 01/29/02 | Fares, Mileage, ParkingVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/29/02; DATE: 1/30/02 -  Client #15537 - Reim. for travel to/from Philadelphia/Delaware | 44.00 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 01/29/02 | LodgingVENDOR: JAY M. SAKALO; INVOICE#: JMS-01/29/02; DATE: 1/30/02  -  Client #15537 - Reim. for travel to/from Philadelphia/Delaware | 259.32 |
| 01/29/02 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/30/02; DATE: 2/1/02  -  Clients - Reim. for meal | 43.19 |
| 01/30/02 | Photocopies  36.00pgs @ .15/pg | 5.40 |
| 01/30/02 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 01/30/02 | Long Distance Telephone(212) 806-5544 | 1.38 |
| 01/30/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 01/30/02 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 01/30/02 | Long Distance Telephone(212) 806-5562 | 1.38 |
| 01/30/02 | Long Distance Telephone(302) 575-1555 | 2.31 |
| 01/30/02 | Long Distance Telephone(973) 645-2580 | 0.46 |
| 01/30/02 | Long Distance Telephone(212) 319-7125 | 6.00 |
| 01/30/02 | Long Distance Telephone(803) 943-4444 | 0.92 |
| 01/30/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 01/30/02 | Long Distance Telephone(803) 943-4444 | 3.23 |
| 01/30/02 | Long Distance Telephone(973) 645-2580 | 1.38 |
| 01/30/02 | Staff Overtime | 76.92 |
| 01/30/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 801142671; DATE: 1/31/02  -  Clients | 9.55 |
| 01/31/02 | Photocopies  32.00pgs @ .15/pg | 4.80 |
| 01/31/02 | Photocopies  24.00pgs @ .15/pg | 3.60 |
| 01/31/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/31/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249607 DATE: 2/13/02 | 21.38 |
| 01/31/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 02/01/02; DATE: 2/1/02  -  ACCT.#35648239-00001 | 405.81 |

_____

**TOTAL COSTS ADVANCED**                                                                                              $6,971.61

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 23.10 | 450.00 | $10,395.00 |
| Sakalo, Jay M | 30.20 | 235.00 | $7,097.00 |
| Flores, Luisa M | 4.40 | 100.00 | $440.00 |
| Box, Anthony D | 0.90 | 100.00 | $90.00 |
| Heredia, Jose L | 3.60 | 100.00 | $360.00 |
| *TOTAL* | *62.20* | | *$18,382.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,999.00 |
| Photocopies | $289.05 |
| Fares, Mileage, Parking | $170.58 |
| Telecopies | $189.00 |
| Federal Express | $54.81 |
| Long Distance Telephone | $429.02 |
| Long Distance Telephone-Outside Services | $456.76 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Lodging | $676.90 |
| Meals | $75.48 |
| Messenger Services | $175.00 |
| Staff Overtime | $211.53 |
| Pacer - Online Services | $229.32 |
| Postage | $0.57 |
| Westlaw-Online Legal Research | $14.59 |
| TOTAL | $6,971.61 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**         **$25,353.61**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  | RE: | 02 - Debtors' Business Operations |  | Client No. 74817/15538 |

| 01/07/02 | SLB | 0.90 | 405.00 | Review Conway Del Genio report on operations (.9). |
| 01/09/02 | JMS | 0.20 | 47.00 | Voicemail to and from G. Boyer regarding Fresenius transaction (.2). |
| 01/11/02 | JMS | 0.30 | 70.50 | Fax to M. Dies regarding insurance issues (.3). |
| 01/21/02 | JMS | 0.40 | 94.00 | Review November operating report and letter to G. Boyer thereon (.4). |

**PROFESSIONAL SERVICES**                                                      $616.50

**COSTS ADVANCED**

| 01/07/02 | Photocopies  15.00pgs @ .15/pg | 2.25 |

_____

**TOTAL COSTS ADVANCED**                                                       $2.25

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 0.90 | 450.00 | $405.00 |
| Sakalo, Jay M | 0.90 | 235.00 | $211.50 |
| *TOTAL* | *1.80* |  | *$616.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| Photocopies | $2.25 |
| TOTAL | $2.25 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$618.75**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 01/10/02 | SLB | 0.80 | 360.00 | Committee meeting (.8). |
| 01/10/02 | JMS | 1.10 | 258.50 | Prepare for committee call (.3); committee call (.8). |
| 01/17/02 | SLB | 0.80 | 360.00 | Telephone call from M. Dies re: 1/17/02 conference call agenda (.2); Committee meeting (.6). |
| 01/17/02 | JMS | 0.50 | 117.50 | Committee conference call (joined in progress) (.5). |
| 01/22/02 | JMS | 0.30 | 70.50 | Conference with S. Baena regarding status, committee issues (.3). |
| 01/24/02 | JMS | 1.30 | 305.50 | Prepare for committee call (.6); committee call (.4); conference with S. Baena regarding results of committee meeting (.3). |
| 01/31/02 | SLB | 2.00 | 900.00 | Meeting of Committee (1.0); telephone call from M. Dies re: portion of meeting he missed (.5); telephone call from D. Speights re: meeting he missed (.5). |
| 01/31/02 | JMS | 1.20 | 282.00 | Prepare for committee call (.2); committee call (1.0). |

**PROFESSIONAL SERVICES**                                                         $2,654.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/10/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 02/01/02; DATE: 2/1/02 - ACCT.#35648239-00001 | 178.28 |
| 01/17/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 02/01/02; DATE: 2/1/02 - ACCT.#35648239-00001 | 151.46 |
| 01/24/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 02/01/02; DATE: 2/1/02 - ACCT.#35648239-00001 | 76.24 |

_____

**TOTAL COSTS ADVANCED**                                                          $405.98

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.60 | 450.00 | $1,620.00 |
| Sakalo, Jay M | 4.40 | 235.00 | $1,034.00 |
| *TOTAL* | *8.00* | | *$2,654.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone-Outside Services | $405.98 |
| TOTAL | $405.98 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$3,059.98**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  | RE: | 04 - Retention of Professionals | | Client No. 74817/15540 |

| 01/06/02 | JMS | 0.40 | 94.00 | Revise retention papers for HRA, W.D. Hilton (.4). |
|----------|-----|------|-------|---------------------------------------------------|
| 01/10/02 | JMS | 0.30 | 70.50 | Email to WD Hilton regarding affidavit (.3). |
| 01/16/02 | JMS | 0.30 | 70.50 | Email to M. Dies, D. Scott regarding HRA and WD Hilton engagement (.3). |
| 01/25/02 | JMS | 0.90 | 211.50 | Telephone conferences with T. Tacconelli regarding Hilton/Rabinovitz retention (.3); review draft orders thereon (.6). |
| 01/30/02 | JMS | 1.20 | 282.00 | Begin draft of application to retain Hilsoft Communications (1.2). |
| 01/31/02 | JMS | 0.90 | 211.50 | Receive and review UST objection to application of Price Waterhouse (.3); revise Hilsee retention application (.6). |

PROFESSIONAL SERVICES $940.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Sakalo, Jay M | 4.00 | 235.00 | $940.00 |
| *TOTAL* | *4.00* | | *$940.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$940.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    07 - Fee Applications

Client No. 74817/15543

| 01/06/02 | JMS | 0.70 | 164.50 | Review and analyze Reed Smith fee application for 11/2001 (.7). |
| 01/07/02 | LMF | 0.30 | 30.00 | Telephone conference with Hilsoft regarding payment of professional fees (.3). |
| 01/18/02 | LMF | 0.90 | 90.00 | Review prebill in preparation for fee application (.9). |
| 01/21/02 | JMS | 1.00 | 235.00 | Review Eighth Interim Fee Application for Stroock (.4); review fee applications of Casner & Edwards, Wallace King, et al., Pitney Hardin, et al., and Holme Roberts, et al. (.6). |
| 01/23/02 | LMF | 1.20 | 120.00 | Review and edits to December prebill in preparation for interim application for fees and expenses for month of December (1.2). |
| 01/28/02 | LMF | 1.80 | 180.00 | Review and edit prebill in preparation for December fee application (1.3); telephone conference with Hilsoft regarding reimbursement of professional fees (.2); provide reconciliation to accounting department regarding payment received from debtor (.3); |
| 01/28/02 | JMS | 1.10 | 258.50 | Review fee detail for December (.4); begin draft of narrative for December fee application (.7). |
| 01/31/02 | LMF | 2.40 | 240.00 | Prepare sixth interim fee application for Bilzin (2.4). |
| 01/31/02 | JMS | 0.30 | 70.50 | Revise fee detail (.3). |

**PROFESSIONAL SERVICES**                                                     $1,388.50

### COSTS ADVANCED

| 01/02/02 | Professional ServicesVENDOR: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1357; DATE: 1/2/02 - Client #74817-15543 - Scanning and coding pleadings on disc. | 547.88 |

_____

**TOTAL COSTS ADVANCED**                                                       $547.88

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Sakalo, Jay M | 3.10 | 235.00 | $728.50 |
| Flores, Luisa M | 6.60 | 100.00 | $660.00 |
| *TOTAL* | *9.70* | | *$1,388.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| Professional Services | $547.88 |
| TOTAL | $547.88 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$1,936.38**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15544

RE:    08 - Court Appearances

| 01/03/02 | SLB | 2.00 | 900.00 | Telephonic attendance (2.0). |
| 01/03/02 | JMS | 5.40 | 1,269.00 | Attend hearing (5.4). |
| 01/29/02 | SLB | 2.60 | 1,170.00 | Court appearance in Bankruptcy Court- omnibus hearing (2.6) |
| 01/29/02 | JMS | 2.60 | 611.00 | Attend Omnibus hearing (2.6). |

**PROFESSIONAL SERVICES**                                                                 $3,950.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.60 | 450.00 | $2,070.00 |
| Sakalo, Jay M | 8.00 | 235.00 | $1,880.00 |
| *TOTAL* | *12.60* | | *$3,950.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$3,950.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    09 - Claims Administration/Objections                         Client No. 74817/15545

**PROFESSIONAL SERVICES**                                                      $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**        **$0.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:      10 - Travel                                                                    Client No. 74817/15546

| Date | | | | |
|---|---|---|---|---|
| 01/02/02 | JMS | 2.40 | 564.00 | Travel to Pittsburgh (non-working) (2.4). |
| 01/03/02 | JMS | 4.50 | 1,057.50 | Travel back to Miami (non-working) (4.5). |
| 01/28/02 | SLB | 4.00 | 1,800.00 | Travel to Wilmington for hearing (4.0). |
| 01/28/02 | JMS | 2.50 | 587.50 | Travel to Delaware for meeting with Conwal Del Genio Gries and omnibus hearing (2.5). |
| 01/29/02 | SLB | 4.00 | 1,800.00 | Return to Miami (4.0). |
| 01/29/02 | JMS | 4.00 | 940.00 | Travel back to Miami (4.0). |

**PROFESSIONAL SERVICES**                                                                    $6,749.00

**PROFESSIONAL SERVICES DISCOUNT 50%**                                          **-$3,374.50**

**PROFESSIONAL SERVICES**                                                                    $3,374.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.00 | 450.00 | $3,600.00 |
| Sakalo, Jay M | 13.40 | 235.00 | $3,149.00 |
| *TOTAL* | *21.40* | | *$6,749.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$3,374.50**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 01/08/02 | MEW | 0.50 | 175.00 | Attend strategy session with Scott Baena and Robert Turken. |
| 01/08/02 | SLB | 0.50 | 225.00 | Conference with R. Turken, et al., re: examination of fraudulent conveyance claims (.5). |
| 01/08/02 | JMS | 2.00 | 470.00 | Telephone conference with F. Rabinovitz, S. Baena regarding fraudulent transfer analysis (.4); conference with working group on fraudulent transfer (joined in progress) (.4); prepare document package regarding fraudulent transfer actions (1.2). |
| 01/08/02 | RWT | 0.50 | 195.00 | Review with S. Baena status and assignment and claim issues and begin work on same. |
| 01/08/02 | RMS | 0.70 | 238.00 | Conference with S. Baena, R. Turken regarding background (.5); review background information regarding same (.2). |
| 01/08/02 | MDS | 0.50 | 137.50 | Meeting with S. Baena regarding case and strategy. |
| 01/09/02 | SLB | 0.10 | 45.00 | Telephone call from F. Rabinovitz re: insolvency (.1). |
| 01/09/02 | JMS | 0.80 | 188.00 | Conference with R. Turken regarding fraudulent transfer (.8). |
| 01/09/02 | RWT | 3.20 | 1,248.00 | Work on analysis of claims and review same with J. Sakalo. |
| 01/09/02 | RMS | 0.70 | 238.00 | Review background information on fraudulent transfer claims. |
| 01/11/02 | JMS | 1.20 | 282.00 | Prepare for conference call with G. Boyer, S. Jones regarding fraudulent transfer issues (.8); telephone conference with G. Boyer, S. Jones regarding fraudulent transfers (.4). |
| 01/14/02 | RWT | 0.90 | 351.00 | Continue work on case analysis. |
| 01/15/02 | SLB | 0.50 | 225.00 | E-mails from HRA re: document requests and letter to D. Bernick re: same (.5). |
| 01/17/02 | RWT | 1.10 | 429.00 | Research regarding case issues. |
| 01/19/02 | SLB | 1.20 | 540.00 | Review proposed order on 1/3/02 hearing and e-mail to D. Bernick re: same (.8); review transcript of 1/3/02 hearing (.4). |
| 01/21/02 | SLB | 0.20 | 90.00 | E-mails from and to D. Bernick re: fraudulent transfer order and production (.2). |
| 01/22/02 | RWT | 2.70 | 1,053.00 | Continue analysis of claims and research regarding same. |
| 01/23/02 | JMS | 1.90 | 446.50 | Conference with R. Turken regarding strategic planning of fraudulent transfer analysis (.6); continue work on analysis of fraudulent transfer actions (1.3). |
| 01/23/02 | RWT | 1.80 | 702.00 | Continue analysis of claims and conference with J. Sakalo thereon. |
| 01/24/02 | SLB | 1.00 | 450.00 | Conference with R. Turken and J. Sakalo re: causes of action, insolvency issue and statute of limitations (1.0). |
| 01/24/02 | JMS | 1.70 | 399.50 | Continue analysis of fraudulent transfer actions, including conferences with S. Baena, R. Turken thereon (1.7). |
| 01/24/02 | RWT | 2.40 | 936.00 | Continue analysis of claims and insolvency issues; research regarding same including conference with S. Baena, J. Sakalo thereon. |
| 01/25/02 | MEW | 0.40 | 140.00 | Conference with Bob Turken regarding status of claims and meeting in New Jersey. |
| 01/25/02 | JMS | 0.80 | 188.00 | Prepare for meeting with Conway Del Genio Gries regarding fraudulent transfer issues (.8). |
| 01/28/02 | RG | 1.50 | 390.00 | Meet with B. Turken regarding research issue of when insolvency is measured under fraudulent transfer statute in terms of contingent asbestos claims (.6); begin research under New York Law (.9). |
| 01/28/02 | JMS | 0.20 | 47.00 | Telephone conference with G. Boyer regarding meeting on fraudulent transfers (.2). |
| 01/29/02 | RG | 6.80 | 1,768.00 | Research regarding how contingent claims are measured and |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|          |      |      |          |                                                                                                                                                             |
|----------|------|------|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      |      |          | taken into consideration in determining insolvency as of the date of transfer under New York fraudulent transfer law.                                        |
| 01/29/02 | SLB  | 3.00 | 1,350.00 | Conference with M. Gries, G. Boyer, et al. re: insolvency issues joined in progress (3.0).                                                                    |
| 01/29/02 | JMS  | 3.50 | 822.50   | Meeting with Conway Del Genio Gries, S. Baena, R. Turken regarding fraudulent transfer analysis (3.5).                                                        |
| 01/30/02 | MEW  | 2.00 | 700.00   | Meeting with Bob Turken, Raquel Gonzalez, Dan Green and Scott Baena regarding strategy; insolvency timing and determination and fair value.                   |
| 01/30/02 | RG   | 1.70 | 442.00   | Meet with B. Turken, M. Widom and D. Green regarding miscellaneous issues including meeting with accountants and results of research under New York Law.       |
| 01/30/02 | RG   | 0.50 | 130.00   | Review report from accountants received from B. Turken regarding overview of Sealed Air transaction.                                                          |
| 01/30/02 | SLB  | 0.90 | 405.00   | Telephone call to Elihu Inselbuch, J. Sakalo re: prosecution of claims (.3); telephone call from D. Speights re: same (.6).                                   |
| 01/30/02 | DRG  | 1.70 | 306.00   | Conference with Bob Turken, Mitch Widom and Raquel Gonzalez regarding fraudulent transfer research.                                                           |
| 01/30/02 | JMS  | 0.50 | 117.50   | Telephone conference with M. Zaleski regarding fraud transfer issues (.2); telephone conference with E. Inselbuch, S. Baena thereon (.3).                     |
| 01/31/02 | MEW  | 0.40 | 140.00   | Conference with B. Turken regarding meeting with Creditors Committee and Summary of Salient Points and review summary.                                        |
| 01/31/02 | SLB  | 0.60 | 270.00   | Telephone call from K. Pasquale re: case issues (.3); telephone conference with D. Bernick, K. Pasquale, T. Sobol, M. Brodie, Counsel for Sealed Air & Frenesius re: Complaint (.3). |
| 01/31/02 | JMS  | 0.20 | 47.00    | Review memorandum from R. Turken to S. Baena regarding fraudulent transfer analysis (.2).                                                                     |

**PROFESSIONAL SERVICES**                                                                    $16,326.50

### COSTS ADVANCED

01/31/02          Photocopies  309.00pgs @ .15/pg                                    46.35

                                                                                 _____

**TOTAL COSTS ADVANCED**                                                             $46.35

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER          | HOURS | RATE   | TOTAL       |
|---------------------|-------|--------|-------------|
| Widom, Mitchell E   | 3.30  | 350.00 | $1,155.00   |
| Baena, Scott L      | 8.00  | 450.00 | $3,600.00   |
| Turken, Robert W    | 12.60 | 390.00 | $4,914.00   |
| Siegel, Robert M    | 1.40  | 340.00 | $476.00     |
| Seese, Michael D    | 0.50  | 275.00 | $137.50     |
| Gonzalez, Raquel M  | 10.50 | 260.00 | $2,730.00   |
| Green, Daniel R     | 1.70  | 180.00 | $306.00     |
| Sakalo, Jay M       | 12.80 | 235.00 | $3,008.00   |
| *TOTAL*             | *50.80* |      | *$16,326.50* |

### MATTER SUMMARY OF COSTS ADVANCED

Photocopies                                                                          $46.35

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Total                                                        $46.35

**Total Professional Services and  Costs Advanced this Matter**                    **$16,372.85**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 01/19/02 | SLB | 0.20 | 90.00 | Letter from D. Scott re: motion to dismiss ZAI class action (.2). |
| 01/19/02 | JMS | 1.50 | 352.50 | Review docket (.2); receive and review certified complaint for declaratory judgment and injunction relief against National Claim Fire Insurance Company (.4); review docket in related adversary (.2); review affidavit of Jay Hughes in support of TRO/preliminary injunction against National Union (.7). |
| 01/21/02 | JMS | 0.20 | 47.00 | Review correspondence from D. Scott re Debtors' motion to dismiss ZAI class action adversary (.2). |
| 01/22/02 | SLB | 0.50 | 225.00 | Telephone call from D. Speights re: response to ZAI motion to dismiss (.3); telephone call to M. Dies re: same (.2). |
| 01/25/02 | JLH | 1.00 | 100.00 | Research Pacer system regarding new adversary filing of Sealed Air Corp., in the state of New York (.60); various telephone conversations with copy services in New York regarding duplication of documents (.40). |
| 01/28/02 | JLH | 1.40 | 140.00 | Research Pacer system regarding for updated docket (.80); research New York Supreme Court regarding new suit filed by Sealed Air Corp. (.60). |
| 01/30/02 | JMS | 2.10 | 493.50 | Begin draft of joinder to ZAI motion to dismiss (2.1). |
| 01/31/02 | SLB | 0.70 | 315.00 | Conference with J. Sakalo re: strategy on joinder in motion to dismiss (.3); review DC NY opinion (.4). |
| 01/31/02 | JMS | 1.10 | 258.50 | Telephone conference with S. Baena regarding motion to dismiss (.3); revise draft of joinder to motion to dismiss (.8). |

**PROFESSIONAL SERVICES**                                    $2,021.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.40 | 450.00 | $630.00 |
| Sakalo, Jay M | 4.90 | 235.00 | $1,151.50 |
| Heredia, Jose L | 2.40 | 100.00 | $240.00 |
| *TOTAL* | *8.70* | | *$2,021.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$2,021.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| | | |
|---|---|---|
| Widom, Mitchell E | 3.30 | $1,155.00 |
| Gonzalez, Raquel M | 10.50 | $2,730.00 |
| Baena, Scott L | 49.60 | $22,320.00 |
| Green, Daniel R | 1.70 | $306.00 |
| Flores, Luisa M | 11.00 | $1,100.00 |
| Sakalo, Jay M | 81.70 | $19,199.50 |
| Turken, Robert W | 12.60 | $4,914.00 |
| Siegel, Robert M | 1.40 | $476.00 |
| Box, Anthony D | 0.90 | $90.00 |
| Heredia, Jose L | 6.00 | $600.00 |
| Seese, Michael D | 0.50 | $137.50 |

|  |  |
|---|---|
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | **$53,028.00** |
| **PROFESSIONAL SERVICES DISCOUNT** | **-$3,374.50** |
| **PROFESSIONAL SERVICES** | $49,653.50 |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,999.00 |
| Photocopies | $337.65 |
| Fares, Mileage, Parking | $170.58 |
| Telecopies | $189.00 |
| Federal Express | $54.81 |
| Long Distance Telephone | $429.02 |
| Long Distance Telephone-Outside Services | $862.74 |
| Lodging | $676.90 |
| Meals | $75.48 |
| Messenger Services | $175.00 |
| Staff Overtime | $211.53 |
| Pacer - Online Services | $229.32 |
| Postage | $0.57 |
| Professional Services | $547.88 |
| Westlaw-Online Legal Research | $14.59 |

|  |  |
|---|---|
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$7,974.07** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$57,627.57** |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

**CLIENT SUMMARY**

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 01/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 18,382.00 | 6,971.61 | 25,353.61 |
| 02 - Debtors' Business Operations/15538 | 616.50 | 2.25 | 618.75 |
| 03 - Creditors Committee/15539 | 2,654.00 | 405.98 | 3,059.98 |
| 04 - Retention of Professionals/15540 | 940.00 | 0.00 | 940.00 |
| 07 - Fee  Applications/15543 | 1,388.50 | 547.88 | 1,936.38 |
| 08 - Court Appearances/15544 | 3,950.00 | 0.00 | 3,950.00 |
| 09 - Claims Administration/Objections/15545 | 0.00 | 0.00 | 0.00 |
| 10 - Travel/15546 | 3,374.50 | 0.00 | 6,749.00 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 16,326.50 | 46.35 | 16,372.85 |
| 27 - Litigation Consulting/15563 | 2,021.50 | 0.00 | 2,021.50 |
| Client Total | $49,653.50 | $7,974.07 | $57,627.57 |