**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Hollinghead, certify that I am not less than 18 years of age, and that service of a copy of the attached **No Order Required - Certificate of No Objection Regarding Docket No. 1608** was made March 21, 2002, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date: March 21, 2002

/s/ Shelley A. Hollinghead
Shelley A. Hollinghead, Paralegal
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
Email:         sahollinghead@duanemorris.com


WLM\157740.1