## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W.R. GRACE & CO., | : | CASES NO. 01-01139- JKF |
| | : | |
| DEBTOR. | : | HON. JUDITH K FITZGERALD |

### NOTICE OF APPEARANCE OF COUNSEL FOR THE PURPOSE OF REQUESTING SERVICE OF PAPERS

Please take notice that pursuant to Bankruptcy Rule 9010(b), the undersigned firm of Morris, Manning & Martin, L.L.P. hereby enters its appearance as counsel in this case on behalf of Daleen Technologies, Inc., for the purpose of requesting service of all papers pursuant to Bankruptcy Rule 2002 at the following address, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or to their authorized agents, and that the undersigned be added to the master mailing list in this case:

> Brian L. Hansen, Esq.
> Frank W. DeBorde, Esq.
> Morris, Manning & Martin
> 1600 Atlanta Financial Center
> 3343 Peachtree Road, N.E.
> Atlanta, Georgia 30326

All parties in interest are hereby put on notice that the aforementioned creditor is represented by the undersigned and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other filings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

This 20th day of March, 2002.

                                  Respectfully submitted,

                                  **MORRIS, MANNING & MARTIN, L.L.P.**

                                  By: _____
                                  Brian L. Hansen
                                  Georgia Bar No. 323786

                                  Attorneys for Daleen Technologies, Inc.

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W.R. GRACE & CO., | : | CASES NO. 01-01139-JKF |
| | : | |
| DEBTOR. | : | HON. JUDITH K FITZGERALD |

**CERTIFICATE OF SERVICE**

I certify that I have this day served a copy of the Notice of Appearance of Counsel and Request for Service of Papers upon:

> Christopher James Lhulier
> Pachulski, Stang, Ziehl, Young & Jones, P.C.
> Post Office Box 8705
> Wilmington, Delaware 19899-8705

by having a copy of same mailed via the U.S. Mail, properly addressed and with postage prepaid.

This 20th day of March, 2002.

_____
Brian L. Hansen
Georgia Bar No. 323786

Attorneys for Daleen Technologies, Inc.

Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Street, N.E.
Atlanta, Georgia 30326
(404) 233-7000