IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-0 1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

AFFIDAVIT UNDER 11 U.S.C. 327(e)

| | | |
|---|---|---|
| STATE OF MASSACHUSETTS | ) | |
| | ) ss: | |
| COUNTY OF SUFFOLK | ) | |

Susan M. Cooke, P.C., being duly sworn, upon her oath, deposes and says:

1. I am a partner of McDermott, Will & Emery, (the "Firm") at its Boston, Massachusetts office located at 28 State Street. I make this affidavit in order to supplement the affidavit I executed on December 14, 2001 and referred to herein as the Original Affidavit.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 bit & Tool Co., Inc.; Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc. CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Coca Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-BII, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H0G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Waster Street Corporation, Axial Basin Ranch Company, C Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. As set forth in the Original Affidavit, the Debtors have requested that I provide legal services to the Debtors, and, subject to the conflict waivers described below, I and the Firm have consented to provide such services.

3. The Original Affidavit described the Firm's representation of Fresenius Medical Care Holdings, Inc., National Medical Care, Inc. and Fresenius U.S.A. Inc. (collectively, "the Fresenius-U.S. Entities"). The Firm's past and current representation of the Fresenius-U.S. Entities, as it relates to the Debtors, is in connection with a series of actions and proceedings alleging that a 1996 transaction involving the Debtors and the Fresenius-U.S. Entities constitutes a fraudulent conveyance. These actions and proceedings include a pre-petition class action lawsuit filed in California against several defendants, including W.R. Grace & Company and the Fresenius-U.S. Entities, a class action filed in Massachusetts against several defendants, including the Fresenius-U.S. Entities, which was filed the same day that the Debtors filed their petitions in this Court, and the Joint Motion of the Official Asbestos Committees to prosecute fraudulent conveyance actions related to the 1996 transaction. In addition, the Firm represents the Fresenius-U.S. Entities in connection with various Adversary Proceedings filed in this bankruptcy case as to which the Fresenius-U.S. Entities are either named parties or interested parties. Finally, the Firm represents and advises the Fresenius-U.S. Entities in connection with its potential claims as a creditor of the Debtors and its rights and responsibilities under the 1996 transaction agreements. Waivers of conflict were obtained from the Debtors and from the Fresenius-U.S. Entities both prior and subsequent to the filing of the Debtors' petitions.

4. The Firm will continue to conduct inquiries regarding its retention by any creditors of the Debtors, during the period of its employment, and if the Firm should

discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit and the Original Affidavit.

Executed on March 12, 2002.

_____
Susan M. Cooke, P.C.

Sworn to and subscribed before me
this 12th day of March, 2002.

_____
Notary Public
My Commission expires: 2/23/07