# EXHIBIT A

## EXHIBIT A

### TIME REPORTS FOR THE FEE PERIOD
### JANUARY 1, 2002 THROUGH JANUARY 31, 2002
### BROKEN DOWN BY MATTERS

```
TOTAL HOURS FOR ALL MATTERS:                    146.40
TOTAL DOLLARS FOR ALL MATTERS:             $38,823.00

TOTAL TIME BILLED FOR ALL MATTERS:         $38,823.00
```

840381A01030302

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| 01/02/02 | Review Gemini work list and telephone conference with Pierson & Honig. | | |
| | L. Reilly | 0.3 | 100.50 |
| 01/03/02 | Telephone conference with Pierson and Finkelstein & review draft of termination letter for Gemini. | | |
| | L. Reilly | 0.3 | 100.50 |
| 01/04/02 | Telephone conference with Honig. | | |
| | L. Reilly | 0.1 | 33.50 |
| 01/14/02 | Review draft letter to Gemini and telephone conference with Finkelstein. | | |
| | L. Reilly | 0.3 | 100.50 |
| 01/16/02 | Telephone conference with Pierson. | | |
| | L. Reilly | 0.1 | 33.50 |
| 01/25/02 | Telephone conference with Finkelstein regarding Carteret lease payments. | | |
| | L. Reilly | 0.1 | 33.50 |
| 01/28/02 | Review Carteret file, send lease assignment and bankruptcy court order to Finkelstein.  E-mail regarding rent overcharge. | | |
| | L. Reilly | 0.3 | 100.50 |
| 01/29/02 | Telephone conference with Finkelstein regarding Gemini and review termination agreement draft. | | |
| | L. Reilly | 0.2 | 67.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| L. Reilly | 1.70 | 335.00 | 569.50 |
| TOTALS | 1.70 | | 569.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


01/02/02     Review information and forward regarding objection
             date; conference with S. Zuber regarding same.
             A. Marchetta                    0.5         205.00

01/02/02     Receipt, review and analysis of Intercat, Inc.'s
             and Intercat-Savannah, Inc.'s Second Amended
             Disclosure Statements and Third Amended Plans.
             S. Zuber                        1.9         560.50

01/02/02     Receipt, review and analysis of Trustee's Second
             Amended Disclosure Statement and Plan.
             S. Zuber                        1.9         560.50

01/02/02     Prepare correspondence to J. Baer, Esq. of
             Kirkland & Ellis regarding modified Disclosure
             Statements and Plans and status.
             S. Zuber                        0.5         147.50

01/02/02     Telephone conversation with D. Posner regarding
             settlement of Mott litigation.
             S. Zuber                        0.3          88.50

01/02/02     Research regarding pending events in bankruptcy
             matter.
             E. Greenfield                   0.5          42.50

01/03/02     Telephone calls regarding status of Englehard
             plan; conference with S. Zuber regarding same.
             A. Marchetta                    0.5         205.00

01/03/02     Conference call with J. Drake and B. Roach
             regarding competing plans and Trustee's
             intentions.
             S. Zuber                        0.4         118.00

01/04/02     Follow up with S. Zuber regarding various open
             issues and information to client regarding same.
             A. Marchetta                    0.5         205.00

01/04/02     Discuss status and numerous open issues, including
             Mott settlement and plans, with A. Marchetta.
             S. Zuber                        0.4         118.00

01/04/02     Telephone conversation with N. Alt regarding

3

|  |  |  |  |
|---|---|---|---|
|  | status, including competing plans and Mott litigation issues; and prepare file memo. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/04/02 | Telephone conversation with I. Greene regarding competing plan status. |  |  |
|  | S. Zuber | 0.3 | 88.50 |
| 01/04/02 | Correspondence to N. Alt regarding Trustee's intentions. |  |  |
|  | S. Zuber | 0.2 | 59.00 |
| 01/07/02 | Work with S. Zuber regarding plan issues. |  |  |
|  | A. Marchetta | 0.3 | 123.00 |
| 01/07/02 | Work with A. Marchetta regarding plan. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/08/02 | Review and analysis of plan and disclosure statement issues. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/08/02 | Further review of Mott settlement issues, including review of issues related to continued retention of ECAT samples and review of outstanding subpoena. |  |  |
|  | S. Zuber | 0.6 | 177.00 |
| 01/08/02 | Review various professionals' fee applications. |  |  |
|  | S. Zuber | 0.3 | 88.50 |
| 01/08/02 | Numerous telephone conversations with I. Greene regarding disclosure and plan issues. |  |  |
|  | S. Zuber | 0.6 | 177.00 |
| 01/08/02 | Update the case file. |  |  |
|  | D. Florence | 1.5 | 135.00 |
| 01/09/02 | Conference with S. Zuber regarding court hearing and follow up with A. Chan regarding agreement. |  |  |
|  | A. Marchetta | 0.5 | 205.00 |
| 01/09/02 | Prepare for continued hearings on adequacy of amended Disclosure Statements. |  |  |
|  | S. Zuber | 3.7 | 1,091.50 |
| 01/09/02 | Telephone conversation with D. Adams regarding status and Disclosure Statement hearings. |  |  |

|            | S. Zuber | 0.3 | 88.50 |

| 01/09/02 | Update case file, pleading boards and orders binder for both the Intercat and Intercat Savannah matters. | | |
| | D. Florence | 3.5 | 315.00 |

| 01/10/02 | Follow up regarding plan issues and hearing. | | |
| | A. Marchetta | 0.5 | 205.00 |

| 01/10/02 | Continued analysis of plans and disclosure statements to continue preparation for meetings with Debtor and Trustee and hearings. | | |
| | S. Zuber | 7.4 | 2,183.00 |

| 01/11/02 | Attend meetings prior to hearings; attend Disclosure Statement hearings; and meetings after hearings. | | |
| | S. Zuber | 8.5 | 2,507.50 |

| 01/12/02 | E-mails and follow up with S. Zuber regarding plan confirmation issues. | | |
| | A. Marchetta | 0.5 | 205.00 |

| 01/12/02 | Follow-up after Disclosure Statement hearings. | | |
| | S. Zuber | 0.6 | 177.00 |

| 01/14/02 | Discuss status with A. Marchetta. | | |
| | S. Zuber | 0.5 | 147.50 |

| 01/14/02 | Telephone conversation with I. Greene regarding status and solicitation of acceptances of Debtors' plans. | | |
| | S. Zuber | 0.5 | 147.50 |

| 01/14/02 | Telephone conversation with D. Posner regarding Mott stipulation and plan solicitation issues. | | |
| | S. Zuber | 0.3 | 88.50 |

| 01/14/02 | Update case file, pleading board and orders binder for the Intercat Savannah matter. | | |
| | D. Florence | 2.7 | 243.00 |

| 01/15/02 | E-mails with S. Zuber and follow up regarding letter requested from client to creditors. | | |
| | A. Marchetta | 0.3 | 123.00 |

| 01/15/02 | Receipt and review of draft, proposed solicitation | | |

5

letter to creditors, and prepare correspondence to
N. Alt regarding same.
S. Zuber                                    0.4         118.00

01/15/02     Telephone conversation with R. Talisman regarding
             plan solicitation issues.
             S. Zuber                       0.3          88.50

01/15/02     Review various fee applications, including those
             filed by BRR International, J. Drake, S. Harris,
             and D. Hickman.
             S. Zuber                       0.7         206.50

01/15/02     Update pleading boards and orders binder; Review
             database to improve descriptions and ensure all
             pleadings have been included (Intercat Savannah
             matter).
             D. Florence                    4.4         396.00

01/16/02     Telephone conversation with N. Alt regarding
             Grace's position on sending out solicitation
             letter in conjunction with Intercat's and
             Intercat-Savannah's plans.
             S. Zuber                       0.3          88.50

01/16/02     Numerous telephone conversations with I. Greene
             regarding plan solicitation issues and issues
             related to plan confirmation, including form of
             stock warrant; and several subsequent conference
             calls with I. Greene and R. Talisman regarding
             same.
             S. Zuber                       1.0         295.00

01/16/02     Telephone conversation with G. Overman, NJ Legal
             Copy, a creditors' committee member, regarding
             plan and solicitation issues.
             S. Zuber                       0.3          88.50

01/16/02     Prepare plan solicitation letter, including
             several drafts.
             S. Zuber                       1.8         531.00

01/16/02     Correspondence to G. Overman of NJ Legal Copy
             regarding plan solicitation letter.
             S. Zuber                       0.3          88.50

01/16/02     Several letters to R. Talisman regarding plan
             solicitation letter.

6

|            | S. Zuber | 0.5 | 147.50 |

| 01/16/02 | Numerous telephone conversations with R. Talisman regarding plan solicitation language. | | |
| | S. Zuber | 0.4 | 118.00 |

| 01/16/02 | Follow up re information to client on plan as concerns February hearing. | | |
| | A. Marchetta | 0.3 | 123.00 |

| 01/17/02 | Telephone conversation with I. Greene regarding plan solicitation letter; prepare correspondence to I. Greene regarding letter; and continued attention to service of letter. | | |
| | S. Zuber | 0.7 | 206.50 |

| 01/18/02 | Telephone conversation with D. Posner regarding continued negotiations over language of Mott stipulation. | | |
| | S. Zuber | 0.3 | 88.50 |

| 01/18/02 | Receipt, review and made further, proposed revisions to Mott stipulation and order and supporting application. | | |
| | S. Zuber | 0.9 | 265.50 |

| 01/18/02 | Prepare correspondence to D. Posner regarding Mott stipulation and order and supporting application. | | |
| | S. Zuber | 0.3 | 88.50 |

| 01/18/02 | Discuss status and confirmation issues with A. Marchetta. | | |
| | S. Zuber | 0.5 | 147.50 |

| 01/18/02 | Review letter to creditors; conference with S. Zuber regarding same. | | |
| | A. Marchetta | 0.3 | 123.00 |

| 01/18/02 | Conference with S. Zuber regarding plan issues. | | |
| | A. Marchetta | 0.3 | 123.00 |

| 01/22/02 | Receipt and review of (further) modified Mott stipulation and order and supporting application; prepare correspondence to D. Posner regarding same; and prepare correspondence to N. Alt regarding papers. | | |
| | S. Zuber | 0.5 | 147.50 |

| 01/22/02 | Discuss Mott settlement and stock warrant with A. Marchetta. | | |
| | S. Zuber | 0.3 | 88.50 |
| 01/22/02 | Telephone conversation with D. Posner regarding Mott stipulation, and plan confirmation issues, including stock warrant. | | |
| | S. Zuber | 0.3 | 88.50 |
| 01/24/02 | Review file regarding claims' issues. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 01/25/02 | Telephone conversation with D. Posner regarding finalizing Mott settlement papers. | | |
| | S. Zuber | 0.2 | 59.00 |
| 01/25/02 | Discuss Mott settlement and stock warrant issues with A. Marchetta. | | |
| | S. Zuber | 0.2 | 59.00 |
| 01/25/02 | Conference with S. Zuber regarding plan items and follow up regarding client information on same. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/25/02 | Research regarding PHKS fee applications and certificates of no objection regarding same in W.R. Grace bankruptcy. | | |
| | E. Greenfield | 1.0 | 85.00 |
| 01/28/02 | Receipt and final review and execution of "Mott Stipulation"; and prepare letter to D. Posner regarding Stipulation. | | |
| | S. Zuber | 0.5 | 147.50 |
| 01/28/02 | Follow up regarding telephone call with Meisel. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/29/02 | Telephone conversation with I. Greene regarding plan confirmation issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 01/29/02 | Follow up regarding issues with S. Zuber. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/30/02 | Review and analysis of post-confirmation corporate governance requirements. | | |
| | S. Zuber | 0.7 | 206.50 |

01/30/02      Telephone conversation with R. Talisman regarding
              plan voting and related confirmation issues; and
              receipt and review of correspondence from R.
              Talisman regarding corporate governance issues.
              S. Zuber                            0.5        147.50


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.60 | 410.00 | 2,296.00 |
| S. Zuber | 42.90 | 295.00 | 12,655.50 |
| D. Florence | 12.10 | 90.00 | 1,089.00 |
| E. Greenfield | 1.50 | 85.00 | 127.50 |
| TOTALS | 62.10 | | 16,168.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG


01/02/02    Conference with J. Scordo regarding settlement
            terms regarding lease termination.
            A. Marchetta                         0.2        82.00

01/02/02    Phone call with A. Marchetta; phone call with V.
            Finkelstein; revise letter to Pep Boys counsel and
            e-mail V. Finkelstein.
            J. Scordo                            1.0       270.00

01/03/02    Review issues with J. Scordo.
            A. Marchetta                         0.2        82.00

01/03/02    Revise and finalize letter to E. Franks; attend to
            service of same; review file for information
            needed; confer with A. Marchetta.
            J. Scordo                            1.2       324.00

01/18/02    Follow up with J. Scordo regarding issues.
            A. Marchetta                         0.2        82.00

01/22/02    Follow up regarding settlement.
            A. Marchetta                         0.3       123.00

01/22/02    Review the file; leave voice mail for E. Franks.
            J. Scordo                            0.3        81.00

01/25/02    Confer with A. Marchetta on status.
            J. Scordo                            0.1        27.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 410.00 | 369.00 |
| J. Scordo | 2.60 | 270.00 | 702.00 |
| TOTALS | 3.50 | | 1,071.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.


12/18/01     Telephone calls regarding appeal status; telephone
             call to co-counsel regarding same.
             A. Marchetta                      0.4        158.00

01/04/02     Telephone calls with USG counsel.
             A. Marchetta                      0.3        123.00

01/23/02     Draft and revise letter on matter.
             A. Marchetta                      0.4        164.00


Attorney Summary

| Timekeeper   | Hours | Rate   | Dollars |
|--------------|-------|--------|---------|
| A. Marchetta | 1.10  | 410.00 | 445.00  |
| TOTALS       | 1.10  |        | 445.00  |


11

Client: 082910 W.R. GRACE & CO.
Matter: 071814 Sale of Ambrosia Chocolate Property

| 01/14/02 | Telephone conference with Honl. | | |
| | L. Reilly | 0.1 | 33.50 |
| 01/15/02 | Review file for subdivision map. | | |
| | L. Reilly | 0.2 | 67.00 |
| 01/16/02 | Telephone conference with Rosa and Cornell. | | |
| | L. Reilly | 0.2 | 67.00 |
| 01/21/02 | Review filed subdivision maps. | | |
| | L. Reilly | 0.1 | 33.50 |
| 01/22/02 | Send subdivision maps to Honl. | | |
| | L. Reilly | 0.1 | 33.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| L. Reilly | 0.70 | 335.00 | 234.50 |
| TOTALS | 0.70 | | 234.50 |

12

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 01/23/02 | Follow up with R. Rose regarding call to court on status; review issues regarding settlement. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/24/02 | Conference with R. Rose regarding telephone call with adversary and court. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/24/02 | Discuss status with A. Marchetta; telephone Weja counsel and conference call with law clerk concerning status of opinion. | | |
| | R. Rose | 0.4 | 140.00 |
| 01/28/02 | Telephone from Court concerning scheduling of summations; voice mail message to F. Biehl concerning same. | | |
| | R. Rose | 0.2 | 70.00 |
| 01/28/02 | Conference with R. Rose regarding oral argument; review issues. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 01/29/02 | Correspondence to client regarding issues and follow up regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 01/30/02 | Telephone Weja counsel concerning scheduling of summations; telephone Court concerning same; telephone C. Marraro concerning soil removal damage claim and case status. | | |
| | R. Rose | 0.6 | 210.00 |
| 01/30/02 | Conference with R. Rose regarding hearing; follow up regarding e-mail to client. | | |
| | A. Marchetta | 0.2 | 82.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 410.00 | 615.00 |
| R. Rose | 1.20 | 350.00 | 420.00 |

TOTALS  2.70                     1,035.00

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries


| | | | |
|---|---|---|---|
| 12/06/01 | Draft letter to S. Eisenstein (Williams' counsel) regarding cooperation with Williams' efforts to continue site cleanup with NJDEP. | | |
| | M. Waller | 0.3 | 79.50 |
| 12/07/01 | Drafting letter to Williams Counsel regarding requested  files and information | | |
| | M. Waller | 0.2 | 53.00 |
| 12/11/01 | Confer with A. Marchetta regarding Williams Industries request for documents and follow up regarding same; Finalize letter to Williams Industries' counsel. | | |
| | M. Waller | 0.3 | 79.50 |
| 01/11/02 | Receive letter from counsel to Williams Industries requesting copies of files regarding remediation; Confer with A. Marchetta regarding same. | | |
| | M. Waller | 0.2 | 56.00 |


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| M. Waller | 1.00 | 280.00 | 268.00 |
| TOTALS | 1.00 | | 268.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 098817 Commercial Union Ins. Co. v. Swiss Reinsurance
America Corp.


01/02/02     Receive message from S. Parker regarding review of
             documents responsive to subpoena and draft status
             memo to A. Marchetta; Follow up with B. Moffitt
             regarding review documents for responsiveness.
             M. Waller                      0.5        140.00

01/02/02     Confer with S. Parker pulled as potentially
             responsible to Swiss Re subpoena; Reviewing
             documents with B. Moffitt to determine
             responsiveness to Swiss Re subpoena.
             M. Waller                      5.8      1,624.00

01/02/02     Conference with M. Waller and S. Parker regarding
             document production issues.
             A. Marchetta                   0.4        164.00

01/02/02     Work with M. Waller and S. Parker regarding review
             of documents for responsiveness and privilege in
             response to Swiss Re subpoena.
             B. Moffitt                     4.1      1,004.50

01/02/02     Review Hatco files for documents responsive to
             subpoena.
             D. Florence                    1.7        153.00

01/02/02     Worked with M. Waller regarding documents compiled
             from Hatco, Superfund and Excess matters which are
             potentially responsive to subpoena.
             S. Parker                      0.4         36.00

01/02/02     Organized and prepared responsive documents
             compiled from review of Hatco, Superfund and
             Excess files in preparation for attorney review.
             S. Parker                      2.0        180.00

01/03/02     Follow up regarding document production issues.
             A. Marchetta                   0.4        164.00

01/03/02     Review memo from J. Hughes and respond to same
             regarding status of document production;
             Conferring  with S. Parker regarding status of
             same and forwarding responsive documents to CU

|          | counsel; Telephone conference to R. Appel at Cadwalader regarding sending documents for review prior to production; Draft letter to R. Appel regarding same. | | |
|          | M. Waller | 0.9 | 252.00 |
| 01/03/02 | Final review of document production for forwarding to CU counsel. | | |
|          | M. Waller | 0.9 | 252.00 |
| 01/03/02 | Work with M. Waller and S. Parker regarding review of documents responsive to Swiss Re subpoena. | | |
|          | B. Moffitt | 0.8 | 196.00 |
| 01/03/02 | Prepare documents for production in response to subpoena. | | |
|          | D. Florence | 3.2 | 288.00 |
| 01/03/02 | Organized and prepared responsive documents for pagination; Coordinated delivery of same to R. Appel. | | |
|          | S. Parker | 0.9 | 81.00 |
| 01/03/02 | Worked with D. Florence regarding organization and preparation of paginated documents to be produced in response to subpoena, including performing quality control related tasks. | | |
|          | S. Parker | 3.2 | 288.00 |
| 01/03/02 | Worked with M. Waller regarding status of document production. | | |
|          | S. Parker | 0.3 | 27.00 |
| 01/04/02 | Telephone conference with R. Appel (CU counsel) regarding document production and deposition of J. Posner. | | |
|          | M. Waller | 0.4 | 112.00 |
| 01/04/02 | Draft letter to Swiss Re counsel regarding document production and attend to service of same with S. Parker. | | |
|          | M. Waller | 1.1 | 308.00 |
| 01/04/02 | Follow up with M. Waller regarding issues. | | |
|          | A. Marchetta | 0.3 | 123.00 |
| 01/04/02 | Create a listing of all paginated documents removed from production as privileged; Prepare | | |

17

|          | production set to be sent to Swiss Reinsurance.<br>D. Florence | 2.4 | 216.00 |

01/04/02   Worked with M. Waller regarding production of
           documents responsive to subpoena.
           S. Parker                                    0.4        36.00

01/05/02   Draft memorandum to J. Hughes regarding status of
           document production and letter to Swiss Re counsel
           regarding same.
           M. Waller                                    0.3        84.00

01/07/02   Conference with M. Waller regarding Posner
           deposition.,
           A. Marchetta                                 0.6       246.00

01/07/02   Review memo from J. Hughes regarding production of
           documents to Swiss Re and deposition of J. Posner;
           Draft memo to and discuss same with A. Marchetta.
           M. Waller                                    0.5       140.00

01/08/02   Follow up regarding preparation of J. Posner for
           deposition and document review.
           A. Marchetta                                 0.4       164.00

01/10/02   Work with M. Waller regarding issues for Posner
           deposition.
           A. Marchetta                                 0.5       205.00

01/10/02   Follow up telephone call to R. Appel (Cadwalader)
           regarding third-party discovery and telephone
           conference with J. Hughes regarding same;  Memo to
           A. Marchetta.
           M. Waller                                    0.3        84.00

01/11/02   Follow up with R. Appel (CU counsel) regarding
           meeting with Posner counsel prior to deposition.
           M. Waller                                    0.1        28.00

01/11/02   Reviewing deposition transcripts received from CU
           counsel and prepare same for J. Hughes.
           M. Waller                                    2.5       700.00

01/12/02   Follow up regarding Posner deposition issues.
           A. Marchetta                                 0.2        82.00

01/14/02   Receive telephone call from R. Appel regarding
           additional issues for deposition of J. Posner and

18

draft memorandum to J. Hughes regarding same.
M. Waller                                    0.8        224.00

01/14/02    Review memo from J. Hughes regarding pre-
            deposition meeting and follow up call to R. Appel
            and C. Schoenberg  regarding same;  Draft e-mail
            to J. Hughes regarding meeting with Schoenberg.
            M. Waller                            0.6        168.00

01/14/02    Follow up telephone conference with R. Appel
            regarding documents forwarded to CU as part of
            settlement discussions (i.e. Motor Wheel site).
            M. Waller                            0.2         56.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.80 | 410.00 | 1,148.00 |
| M. Waller | 14.90 | 280.00 | 4,172.00 |
| B. Moffitt | 4.90 | 245.00 | 1,200.50 |
| D. Florence | 7.30 | 90.00 | 657.00 |
| S. Parker | 7.20 | 90.00 | 648.00 |
| TOTALS | 37.10 | | 7,825.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 01/03/02 | Forward brief; follow up regarding issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 01/04/02 | Work with M. Waller regarding issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 01/04/02 | Confer with M. Waller regarding appeal. | | |
|---|---|---|---|
| | M. Bennett | 0.2 | 39.00 |

01/06/02    Review revised scheduling order and update docket
            entries regarding same; preparation of e-mail to
            M. Waller regarding same.
            B. Moffitt                        0.3        73.50

01/09/02    Work with M. Waller regarding briefing issues and
            schedule.
            A. Marchetta                      0.3       123.00

01/09/02    Confer with A. Marchetta regarding schedule to
            submit briefs and joint appendix to printer and
            court.
            M. Waller                         0.2        56.00

01/09/02    Follow up with B. Moffitt regarding schedule to
            submit briefs and joint appendix and selection of
            printer.
            M. Waller                         0.2        56.00

01/09/02    Work with M. Waller regarding appendix issues and
            regarding printer for finalized brief.
            B. Moffitt                        0.2        49.00

01/10/02    Update the case file, pleading board and letters
            of submission index; Create an index to exhibits
            in Brief.
            D. Florence                       1.3       117.00

01/11/02    Work with M. Waller regarding retaining printer
            for appellate brief; update docket entries
            regarding revised dates for brief submission.
            B. Moffitt                        0.2        49.00

01/11/02    Update case file.

|  |  | | |
|---|---|---|---|
| | D. Florence | 1.0 | 90.00 |

01/18/02    Search for documents requested by M. Waller.
            D. Florence                          0.2        18.00

01/19/02    Review memo from A. Marchetta and respond to same
            regarding coverage for claims against Fresenius.
            M. Waller                            0.2        56.00

01/23/02    Drafting status and summary of case and confer
            with S. Parker regarding same.
            M. Waller                            0.7       196.00

01/23/02    Assist M. Waller with filing dates on recent
            orders.
            D. Florence                          0.5        45.00

01/24/02    Audit response.
            A. Marchetta                         0.2        82.00

01/29/02    Draft letter to D. Siegel, R. Beber, and J. Posner
            regarding Grace's brief submitted to Second
            Circuit.
            M. Waller                            0.2        56.00

01/30/02    Confer with A. Marchetta regarding schedule to
            submit and serve briefs in page proof form and
            draft memo to D. Siegel, R. Beber, and J. Posner
            regarding same.
            M. Waller                            0.3        84.00

01/31/02    Update the case file.
            D. Florence                          0.3        27.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.10 | 410.00 | 451.00 |
| M. Waller | 1.80 | 280.00 | 504.00 |
| M. Bennett | 0.20 | 195.00 | 39.00 |
| B. Moffitt | 0.70 | 245.00 | 171.50 |
| D. Florence | 3.30 | 90.00 | 297.00 |
| TOTALS | 7.10 | | 1,462.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 100070 Asbestos Issues Before Bankruptcy Court


| 12/26/01 | Telephone call with D. Siegel regarding handling of matter; follow up regarding same; telephone calls regarding same. | | |
| A. Marchetta | 0.5 | 197.50 |

| 12/27/01 | Review information regarding attic fill cases regarding handling of matter. | | |
| A. Marchetta | 0.7 | 276.50 |

| 12/27/01 | Research regarding pending asbestos class actions involving attic fill insulation. | | |
| E. Greenfield | 1.3 | 110.50 |

| 12/28/01 | Review materials from client and follow up regarding additional information. | | |
| A. Marchetta | 0.8 | 316.00 |

| 12/28/01 | Research regarding asbestos action pending in D. Mass. involving W.R. Grace. | | |
| E. Greenfield | 1.4 | 119.00 |

| 12/31/01 | Review information on case; follow up regarding same. | | |
| A. Marchetta | 1.3 | 513.50 |

| 01/02/02 | Review information regarding Drier appointment; forward information to client regarding same; work on same; telephone call with W. Corcoran and R. Beber regarding Drier appointment and strategy regarding same; telephone call to Dr. Bernick; forward decisions of Drier to client. | | |
| A. Marchetta | 1.8 | 738.00 |

| 01/02/02 | Work with A. Marchetta regarding background and status of asbestos issues in conjunction with bankruptcy case, including brief review of various transcripts and case information. | | |
| S. Zuber | 1.3 | 383.50 |

| 01/02/02 | Work with A. Marchetta and researched and retrieved opinions issued by W. Drier on asbestos litigation. | | |

22

|            |                                                                                                                                                                              | K. Critchley | 0.2 | 32.00 |

01/02/02    Compile cases authored by W. Drier, confirmed that
            the cases were still applicable and complied the
            information to be sent to out-of-state counsel.
            K. Critchley                        1.2      192.00

01/02/02    Work with A. Marchetta, S. Zuber, and K. Critchley
            regarding asbestos litigation issues; review e-
            mails from A. Marchetta and S. Zuber regarding
            same.
            B. Moffitt                          0.5      122.50

01/03/02    Review information regarding Chapter 11 for issues
            related to Special Master.
            A. Marchetta                        0.6      246.00

01/04/02    Telephone calls regarding submissions to court;
            review additional information regarding
            outstanding motions, etc.; conference with S.
            Zuber and K. Critchley regarding same.
            A. Marchetta                        0.8      328.00

01/07/02    Telephone call with client and follow up regarding
            docket entries and information regarding Chapter
            11 asbestos issues.
            A. Marchetta                        0.7      287.00

01/07/02    Review bankruptcy docket and hearings agenda.
            S. Zuber                            0.5      147.50

01/07/02    Reviewed docket report and Notice of Agenda for
            Scheduling Conference set for January 3, 2002
            before the Bankruptcy Judge.  Summarized  status
            of pending motions.
            K. Critchley                        0.6       96.00

01/11/02    Telephone call with client regarding issues in
            matter; follow up regarding information on same.
            A. Marchetta                        0.6      246.00

01/14/02    Telephone call with client regarding status;
            review information forwarded.
            A. Marchetta                        0.6      246.00

01/17/02    Arrange to have K. Critchley review submissions in
            anticipation of potential hearing.
            A. Marchetta                        0.3      123.00

| 01/18/02 | Telephone calls regarding Fresenius claim; conference with M. Waller and follow up with D. Siegel, J. Posner, J. McFarland regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 1.1 | 451.00 |

| 01/18/02 | Confer with A. Marchetta regarding contact from counsel for Fresenius regarding potential asbestos claims and coverage under Grace policies and search files for insurance agreements regarding possible coverage for such claims. | | |
|---|---|---|---|
| | M. Waller | 0.7 | 196.00 |

| 01/19/02 | Follow up regarding Fresenius issues; review information from client and e-mails regarding insurance procedures agreement and new preliminary injunction; follow up with J. Posner regarding same and J. McFarland. | | |
|---|---|---|---|
| | A. Marchetta | 1.1 | 451.00 |

| 01/19/02 | E-mails regarding National Medical Care information. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 | 205.00 |

| 01/20/02 | Analyzing prior insurance agreements regarding coverage for asbestos claims in preparation for call with client and counsel for Fresenius. | | |
|---|---|---|---|
| | M. Waller | 0.8 | 224.00 |

| 01/21/02 | Work with M. Waller and telephone calls with J. McFarland and J. Posner regarding request of attorney as to insurance claims/NMC; follow up conference with attorney; obtain and forward information. | | |
|---|---|---|---|
| | A. Marchetta | 2.2 | 902.00 |

| 01/21/02 | Prepare for and participate in conference calls with A. Marchetta to J. Posner and J. McFarland regarding inquiry by Fresenius regarding insurance coverage for asbestos claims; Preparing insurance settlement documents to send to J. Posner; Draft letter to H. Lumpkin regarding modified bankruptcy stay and prepare attachments. | | |
|---|---|---|---|
| | M. Waller | 1.9 | 532.00 |

| 01/22/02 | Discuss bankruptcy and asbestos issues with A. Marchetta. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 88.50 |

24

01/22/02    Work with M. Waller regarding information to H.
            Lumpkin; conference call with J. Posner.
            A. Marchetta                         0.6        246.00

01/22/02    Follow up with J. Posner regarding exhibit to
            modified bankruptcy stay order with J. Posner and
            follow up conference call with H. Lumpkin;
            Conferring with A. Marchetta regarding conference
            call on 1/23 with J. Posner and H. Lumpkin
            regarding asbestos claims.
            M. Waller                            0.3         84.00

01/23/02    Telephone calls and follow up regarding NMC issue;
            telephone call with Kirkland & Ellis regarding
            same; telephone calls and follow up with client
            regarding same; work with J. Posner and Kirkland &
            Ellis and M. Waller regarding same; telephone call
            with client regarding information on environmental
            issues and insurance; and follow up regarding
            same.
            A. Marchetta                         2.4        984.00

01/23/02    Participate in conference call with A. Marchetta
            and J. Posner to H. Lumpkin regarding coverage for
            asbestos liabilities; Follow up conference with J.
            McFarland regarding same.
            M. Waller                            0.6        168.00

01/24/02    Telephone call with client and R. Weinroth and
            follow up regarding information for client.
            A. Marchetta                         0.6        246.00

01/25/02    Follow up regarding insurance issues regarding
            NMC.
            A. Marchetta                         0.3        123.00

01/28/02    Follow up regarding insurance issues for client.
            A. Marchetta                         0.3        123.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 17.80 | 410.00 | 7,248.50 |
| M. Waller | 4.30 | 280.00 | 1,204.00 |
| S. Zuber | 2.10 | 295.00 | 619.50 |

```
K. Critchley          2.00      160.00        320.00
B. Moffitt            0.50      245.00        122.50
E. Greenfield         2.70       85.00        229.50

            TOTALS   29.40                   9,744.00
```

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 410.00[2] | 30.8 | $12,572.50 |
| Robert G. Rose | 1974 | 350.00 | 1.2 | $420.00 |
| Lawrence F. Reilly | 1965 | 335.00 | 2.4 | $804.00 |
| Michael E. Waller | 1991 | 280.00[3] | 22.0 | $6,148.00 |
| Scott A. Zuber | 1987 | 295.00 | 45.0 | $13,275.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 270.00 | 2.6 | $702.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 245.00 | 6.1 | $1,494.50 |
| Meghan A. Bennett | 1999 | 195.00 | 0.2 | $39.00 |
| Kathy Critchley | 1999 | 160.00 | 2.0 | $320.00 |
| PARAPROFESSIONALS | | | | |
| | | | | |
| Douglas S. Florence | N/A | 90.00 | 22.7 | $2,043.00 |
| Susan Parker | N/A | 90.00 | 7.2 | $648.00 |
| Elizabeth A. Greenfield | N/A | 85.00 | 4.2 | $357.00 |
| Grand Total Time Reports (Hours and Dollars) for the Fee Period January 1, 2002 through January 1, 2002 | | | 146.40 Hours<br><br>TOTAL | $38,823.00 |

[1] As of January 1, 2002.

[2] The bill for the *Prudential, et al.* matter includes services rendered from December 18, 2001.  Before January 1, 2002, the billing rate of Anthony J. Marchetta, Esq. was $395.00

[3] The bill for the Williams Industries matter includes services rendered on December 6th, 7th and 11th of 2001.  Before January 1, 2002, the billing rate of Michael E. Waller, Esq. was $280.00.

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 24.1 | $8,107.50 |
| Correspondence and Pleadings Drafted | 14.3 | $2,967.50 |
| Correspondence and Pleadings Reviewed | 32.2 | $9,882.50 |
| Legal Research | 5.4 | $549.0 |
| Internal Office Meetings | 38.9 | $11,813.50 |
| Out of Office Meetings, including Preparation and Travel | 8.5 | $2,507.50 |
| File Review | 8.3 | $1,672.50 |
| Other Services | 14.7 | $1,323.00 |
| Grand Total Time Reports for the Fee Period January 1, 2002 through January 31, 2002 | Hours 146.40 TOTAL | $38,823.00 |