# EXHIBIT B

EXHIBIT B

SUMMARY OF EXPENSES FOR THE FEE PERIOD
JANUARY 1, 2002 THROUGH JANUARY 31, 2002

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | $160.44 |
| Document-Access Facility | $5,856.88 |
| Duplicating | $185.22 |
| Telephone | $194.77 |
| Postage | $128.18 |
| Express Delivery | $535.74 |
| Facility Copying Expense | $2,042.04 |
| Vendor: Paid Gann Law Books for service | $305.42 |
| Travel and Miscellaneous Expense | $1,774.26 |
| Grand Total Expenses for the Fee Period January 1, 2002 through January 31, 2002 | $11,182.95 |

840384A01030302

EXPENSES FOR THE FEE PERIOD
JANUARY 1, 2002 THROUGH JANUARY 31, 2002

Engagement Costs - Carteret Warehouse Subleases

| | |
|---|---:|
| Express Delivery | 10.00 |
| Telephone | 2.03 |
| Matter Total Engagement Cost | 12.03 |

Engagement Costs - Gahrs, Inc., et. al.

| | |
|---|---:|
| Duplicating | 7.00 |
| Express Delivery | 233.60 |
| Telephone | 5.81 |
| Matter Total Engagement Cost | 246.41 |

Engagement Costs - Intercat, Inc., et. al.

| | |
|---|---:|
| Computer Assisted Research | 86.13 |
| Computer Assisted Research | 39.00 |
| Document Access Facility - January 2002 | 716.00 |
| Duplicating | 93.24 |
| Express Delivery | 83.14 |
| Postage | 128.18 |
| Telephone | 131.38 |
| Travel and Miscellaneous Expense | 1774.26 |
| Matter Total Engagement Cost | 3,051.33 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---:|
| Telephone | 0.59 |
| Matter Total Engagement Cost | 0.59 |

Engagement Costs - Commercial Union Ins. Co. v. Swiss Reinsurance America Corp.

| | |
|---|---:|
| Duplicating | 22.26 |

2

```
        Express Delivery                              124.68
        Facility Copying Expense                     1873.76
        Telephone                                      19.56

                Matter Total Engagement Cost     2,040.26
```

Engagement Costs - NY Superfund Action

```
        Computer Assisted Research                     35.31
        Document Access Facility                     5140.88
        Duplicating                                     9.52
        Express Delivery                               76.26
        Facility Copying Expense                      168.28
        Telephone                                      35.40

                Matter Total Engagement Cost     5,465.65
```

Engagement Costs - Asbestos Issues Before Bankruptcy Court

```
        Duplicating                                    53.20
        Express Delivery                                8.06
        Vendor: Paid Gann Law Books for service       305.42

                Matter Total Engagement Cost       366.68
```