# EXHIBIT A

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12701

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 02/01/02 | CHM | Work on trial preparation: stipulations and legal issues. | 4.50 |
| | WH | Conferences with Ms. Flax re documenting Grace's response costs and review/collect exhibits in support of same (4.6 hrs.); review site photos and documents re groundwater contamination and confer with expert re same (1.4 hrs.); revise database of trial exhibits and confer with Ms. Banks re same (2.8 hrs.). | 8.80 |
| | BB | Quality check new entries to draft trial exhibits list against exhibits (2.3 hrs.); review and cross reference new designated trial exhibits against draft trial exhibits list and prepare for incorporation on list (3.1 hrs.) | 5.40 |
| 02/02/02 | MM | Continue to search case databases (i.e., printouts) re producing all damage related documents requested by Ms. Flax (3.2 hrs.); continue to review various depositions of James Wong and prepare brief summaries of same (2.3 hrs.). | 5.50 |

W. R. Grace & Co.                                                                                    Page    2

|  |  |  | **Hours** |
|---|---|---|---|
| 02/04/02 | TP | Reviewed cases (4.0 hrs.); drafted detailed summary of research on issue of withholding cost documents based on privilege and emailed to Mr. Hughes (3.7 hrs.). | 7.70 |
|  | CHM | Conference with Lowenstein (.2 hrs.) re-draft stipulation for stay (.8 hrs.); conference with client (.4 hrs.). | 1.40 |
|  | BB | Consult with Mr. Hughes re additional designated trial exhibits (.1 hrs.); consult with Mr. Hughes re documents received from Honeywell expert Peter Deming (.2 hrs.); research case files, PLAXIS CD documents, and set of documents relied upon by Mr. Deming for his expert report and cross reference against draft trial exhibits list and provide results to Mr. Hughes (1.3 hrs.); cross reference additional designated trial exhibits against draft trial exhibits list (1.7 hrs.); prepare new designated trial exhibits for incorporation into exhibits list (2.3 hrs.) proof and quality check new entries (1.3 hrs.). | 6.90 |
|  | WH | Conferences with Mr. Marraro and Ms. Flax re documenting Grace's damages claims (.4 hrs.); collect documents to be used in support of same (2.4 hrs.); review documents re UST remediation and select trial exhibits re same (4.7 hrs.); revise database of trial exhibits (.8 hrs.); conference with Ms. Banks re FOIA request issue (.3 hrs.). | 8.60 |
|  | MM | Continue to search case databases re producing all damage related documents requested by Ms. Flax (2.4 hrs.); continue to review various depositions of James Wong and prepare brief summaries of same (1.4 hrs.). | 3.80 |
| 02/05/02 | WH | Conference with Mr. Marraro re new NJDEP wastewater discharge regulation and potential applicability to case (.4 hrs.); legal research re new NPDES rule (2.3 hrs.); conferences with Ms. Banks and expert re billing issues (.6 hrs.); review and collect documents re geotechnical | 8.40 |

W. R. Grace & Co.                                                                    Page    3

|  |  | **Hours** |
|---|---|---|
|  | issues for use at trial (2.8 hrs.); conference with Dr. Valera re Deming exhibits (.5 hrs.); conference with groundwater expert re collection of trial exhibits (.5 hrs.); review stipulation from Honeywell's counsel re expert discovery issue and coordinate filing of same with court (.8 hrs.); conferences with Ms. Parker and Mr. Senftleben re reimbursement by Honeywell of Grace's expert deposition costs (.5 hrs.). |  |
| 02/05/02 TP | Drafting summary of cases related to NCP compliance and New Jersey Spill Act and organizing same according to jurisdiction and chronologically. | 7.80 |
| MM | Continue to search case databases re producing all damage related documents requested by Ms. Flax (3.6 hrs.); finalize various depositions of James Wong (i.e., 4/19/01; 5/23/01; and 5/30/01) and prepare brief summaries of same (4.1 hrs.); follow-up telephone conferences with Attorney Besson at Paul Hastings' office re obtaining copies of Dr. Delaney's expert report and deposition transcript (.3 hrs.); case management (.4 hrs.). | 8.40 |
| RLS | Review electronic message from Ms. Banks regarding review of Parsons Engineering documents (.1 hrs.); search case file room for relevant documents (.1 hrs.); review Parsons documents per Mr. Hughes request for reports and memos regarding heaving and chromium contamination (3.3 hrs.). | 3.50 |
| BB | Scan and email pertinent Mueser Rutledge document in preparation for trial to Mr. Hughes (.3 hrs.); consult with Mr. Hughes re assignment (.1 hrs.); collect and prepare pertinent correspondence from file for Mr. Marraro (.2 hrs.); consult with Ms. Kelly re additional designated trial exhibits (.2 hrs.); continue analysis of case file documents in re chronology of Grace Retail Corporation and | 3.10 |

W. R. Grace & Co.                                                                    Page    4

|  |  | **Hours** |
|---|---|---|
| | Channel Home Centers merger in preparation for trial for Mr. Hughes (2.4 hrs.) | |
| 02/06/02 WH | Review and collect documents to be used as trial exhibits re soil, groundwater and sediment contamination issues (4.2 hrs.); revise database re trial exhibits (1.6 hrs.); legal research re privilege issue (1.0 hrs.). | 6.80 |
| BB | Review and cross reference records on expert invoices and place calls to experts to confirm payment status for Mr. Hughes (2.9 hrs.); create updated table of same (.7 hrs.); provide guidance to Mr. Moasser re case index inquires re resolution of damages issues (.1 hrs.); research production and additional case files for documents relevant to 1986 merger (.8 hrs.); collect from case files and print from CD (.8 hrs.); analyze and incorporate collected documents into descriptive 1986 chronology table (4.5 hrs.). | 9.80 |
| MM | Draft memorandum to Mr. Hughes with copies of various James Wong deposition summaries (.2 hrs.); office conference with Mr. Hughes re same (.2 hrs.); continue to search case databases re producing all damage related documents requested by Ms. Flax (4.2 hrs.); telephone conferences with Mr. Besson's assistance re producing copies of Dr. Delaney's expert report and deposition (.2 hrs.); case management (.3 hrs.). | 5.10 |
| RLS | Draft memorandum to Ms. Hughes regarding review of Parsons documents (.3 hrs.); organize Parsons documents into a folder for Mr. Hughes review (.2 hrs.); organize and incorporate files into the case file (.2 hrs.); compose and review return email from Mr. Hughes regarding Black & Veatch documents (.3 hrs.); review B & V documents for pertinent reports, memos and other documentation (2.7 hrs.). | 3.70 |

W. R. Grace & Co.                                                                      Page    5

|  |  |  | **Hours** |
|---|---|---|---|
| 02/07/02 | TP | Continued reviewing and drafting summary of cases related to NCP compliance and New Jersey Spill Act and organizing same according to jurisdiction and chronologically. | 7.10 |
|  | CHM | Interview potential witnesses. | 3.20 |
|  | WH | Review water results and confer with expert re same (1.1 hrs.); review and select experts' documents for designation as trial exhibits (5.6 hrs.); revise database re trial exhibits/materials (1.1 hrs.). | 8.80 |
|  | MM | Review and prepare brief summaries of James Wong's 5/31/01 deposition and Peter D. Blanchard's 7/26/01 deposition (3.1 hrs.); draft memorandum to file and Mr. Hughes with copies of stated summaries for his review (.2 hrs.); incorporate stated memorandums into files (.1 hrs.); follow-up telephone conference with Mr. Besson's assistant, April, re obtaining Dr. Delaney's expert report and deposition (.2 hrs.); case management (.4 hrs.). | 4.00 |
|  | AP | Review correspondence and revise brief. | 0.60 |
|  | BB | Proof 1986 descriptive chronology and note issues and missing documents (1.4 hrs.); Research production database, previous site chronologies and case files for documents to resolve issues and transaction gaps re 1986 inter-corporate site transfer (3.3 hrs.); incorporate same into descriptive chronology table and binder (3.5 hrs.); Respond to telephone inquiry from Dr. Valera re deposition invoice and prepare fax re same (.4 hrs.) | 8.60 |
| 02/08/02 | AP | Review, revise in limine brief (2.1 hrs.); review exhibit documents (1.0 hrs.); designate deposition testimony (1.0 hrs.). | 4.10 |
|  | TP | Updated list of cases reviewed to date on NCP and New Jersey Spill Act noting whether they have been shepardized for additional cases or | 8.30 |

W. R. Grace & Co.                                                                    Page      6

                                                                               <u>**Hours**</u>

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |       |
|------------|-----|--------|
|            |     | key cited for authority (.4 hrs.); searched for cases on NCP compliance and New Jersey Spill Act and downloaded additional cases (7.7 hrs.); reviewed recent correspondence (.2 hrs.). |       |
| 02/08/02   | BB  | Continue analyzing, preparing and resolving issues re chronology of inter-corporate transfers for Mr. Hughes (5.1 hrs.); make telephone calls to U.S. Postal Service and local counsel re letter sent by Express Mail to Carella Byrne (1.4 hrs.); provide status and consult with Hughes re same (.3 hrs.); consult with Mr. Hughes, Ms. Kelly, Mr. Kaider, and Ms. Manago re alternative electronic program for trial exhibit list (.7 hrs.); consult with Hughes re Aldredge deposition in Abeille-Paix case (.2 hrs.); consult with Ms. Kelly and resolve issues re draft trial list (.8 hrs.); review and cross-reference chromium sampling results documents for trial exhibit review for Mr. Hughes (.5hrs.). | 9.00  |
|            | CHM | Work with experts on exhibits for pre-trial. | 5.40  |
|            | WH  | Legal research re site remediation and groundwater issues (1.8 hrs.); review new case correspondence (.4 hrs.); conferences with Ms. Banks re preparing trial prep materials (.8 hrs.); work on database re trial/cross-examination materials (3.8 hrs.); work on trial brief (1.2 hrs.). | 7.80  |
|            | KK  | Convert table of exhibits in Word to summation database. | 3.00  |
|            | NAB | Scan case documents (2.4 hrs.); incorporate same into electronic files (1.1 hrs.); create hyperlinks for same on the appropriate case indices (2.2 hrs.). | 7.50  |
| 02/09/02   | TP  | Read and summarized additional cases related to NCP compliance and New Jersey Spill Act. | 2.90  |

W. R. Grace & Co.                                                                    Page    7

|  |  |  | **Hours** |
|---|---|---|---|
| 02/09/02 | BB | Continue organizing and analyzing case documents, and compile chronology of 1986 inter-corporate transfer of site property for Mr. Hughes. | 3.50 |
| 02/11/02 | BB | Complete preparation of 1986 inter-corporate transfer records and memoranda and create and quality table of chronology and binder of documents in preparation for pre-trial conference for Mr. Hughes. | 7.80 |
|  | TP | Shepardized all remaining cases reviewed to date to ensure no negative history impacting issues of NCP compliance and NJSA and to identify other cases on these issues, reviewed shepards results and downloaded additional relevant cases (8.1 hrs.); reviewed pleading index and sent emails to Mr. Hughes and Mrs. Banks re whether motion to exclude expert testimony on NCP had been filed and provided case to Mr. Hughes on this issue that were found during research on NCP compliance issues (.6 hrs.). | 8.70 |
|  | WH | Confer with consultant re site sampling issue (.4 hrs.); collect and review relevant DEP correspondence and directives re swale discharge and upgrade issues (2.3 hrs.); designate documents and deposition transcripts for use at trial (5.8 hrs.). | 8.50 |
| 02/12/02 | AP | Research relating to CERCLA allocation. | 4.40 |
|  | WH | Collect and review relevant reports and DEP correspondence re Allied's IRM for use as trial exhibits (3.6 hrs.); designate documents and deposition transcripts for use as trial exhibits on issue of knowledge of chromium health risks (3.6 hrs.); work on cross-examination outline and supporting documents (2.1 hrs.). | 9.30 |
|  | NAB | Review and analyze case documents (1.1 hrs.); index and integrate same into case files (4.1 hrs.); create hyperlinks for documents not | 7.50 |

W. R. Grace & Co.                                                                                    Page      8

|  |  | | **Hours** |
|---|---|---|---|
|  |  | already "Linked" on correspondence indices (2.3 hrs.). | |
| 02/12/02 | TP | Printed out and began review of cases located via shepardizing (.9 hrs.); provided additional cases on expert testimony on NCP compliance to Mr. Hughes and issue of privilege for cost documents (.5 hrs,); searched case law for provisions in 1985 version of NCP, copied out quotes and began drafting chart comparing the 1985 version to the 1990 version (5.4 hrs.). | 6.80 |
|  | BB | Analyze case documents and prepare indexed, descriptive chronology of 1981 site transaction in preparation for trial for Mr. Hughes (4.9 hrs.); place follow-up telephone call to local counsel re Deming Stipulation and send email message re filing of same for Mr. Hughes (.4 hrs.); report results to Mr. Hughes (.1 hrs.); resolve issues re exhibits list (1.2 hrs.); cross reference newly designated docs against trial list, prepare additional exhibits and incorporate into exhibits list (3.4 hrs.) | 10.00 |
|  | MM | Finalize cite checking and pulling of all cases from Westlaw re brief in support of in limine motion (3.9 hrs.); forward all cited cases and revised brief to Ms. Pelletier for review (.2 hrs.); office conference with Ms. Pelletier re same (.2 hrs.); review recent correspondence distributed by Ms. Campbell (.3 hrs.); continue to search case databases and case material for documents relating to damage issues as requested by Ms. Flax (1.7 hrs.); case management (.3 hrs.). | 6.60 |
| 02/13/02 | WH | Revise list of stipulations, legal issues and trial exhibits for review by Messrs. Agnello and Marraro (7.7 hrs.); conference with Mr. Goad re swale issue (.3 hrs.); legal research re evidentiary issue (.7 hrs.). | 8.70 |
|  | CHM | Work on pre-trial order issues (3.2 hrs.); conference call with CETH re various issues (.8 hrs.); conference with plaintiffs re second | 5.00 |

W. R. Grace & Co.                                                  Page      9

|  | | **Hours** |
|---|---|---|
| | amended complaint (.5 hrs.); conference with client (.5 hrs.). | |
| 02/13/02 TP | Westlaw key number search in Third Circuit for health and environmental cases to determine if all relevant cases have been located (.4 hrs.); reviewed CFR and extracted relevant portions of 1990 NCP, updated chart with noting corresponding section numbers for 1985/1990 versions, which provisions were added in 1990 version, and summarized steps for removal and remedial under each version (4.7 hrs.); began organizing printed cases based on jurisdiction and putting case summaries in memo in order by jurisdiction and reverse chronology; eliminated unnecessary cases from summary where more recent and/or higher court stated same proposition (1.3 hrs.). | 6.40 |
| RLS | Review and quality check chronology of Grace's acquisition of Daylin, Inc.(2.4 hrs.); review and quality check Chronology of 1981 Route 440 transfer and transactions(1.4 hrs.); review and quality check chronology of 1986 inter-corporate transfer Grace Retail/Channel Homes/ECARG(1.3 hrs.). | 5.10 |
| BB | Cross reference and verify newly designated trial exhibits from the production files of Mueser Rutledge, Parsons, knowledge issue documents collected by Ms. Shellnut, Daylin acquisition and north swale documents against draft trial exhibits list and note issues to be addressed for Mr. Hughes (7.0 hrs.); provide guidance to Mr. Moasser re resolution of damages issues (.2 hrs.) | 7.20 |
| MM | Continue to search case databases and case material for documents relating to damage issues as requested by Ms. Flax (2.8 hrs.); office conferences with Mr. Marraro and Ms. Banks re status of damage related issues and need to follow-up with client for several documents (.4 hrs.); telephone conference with Ms. Flax re same (.2 hrs.); review recent | 5.40 |

W. R. Grace & Co.                                                    Page    10

|  |  | **Hours** |
|---|---|---|
|  | correspondence distributed by Ms. Campbell (.2 hrs.); follow-up office conference with Ms. Banks re assisting with locating various persons' documents from our databases to be added to exhibit list (1.4 hrs.); case management (.4 hrs.). |  |
| 02/14/02 WH | Conferences with Messrs. Agnello and Marraro re pretrial order (.8 hrs.); prepare definitions of key terms for inclusion in pretrial order and confer with Ms. Flax re same (1.2 hrs.); work on trial brief (.5 hrs.); review new documents produced by Honeywell re site inspection and confer with Mr. Goad re same (1.3 hrs.); work on stipulations re contamination issues at site (1.4); conference with counsel for ICO re RCRA claim (.3 hrs.); collect and analyze admissions by Honeywell re Mutual successor issue (1.6 hrs.); work on pretrial order issues (2.1 hrs.); revise database re trial exhibits (.5 hrs.). | 8.30 |
| CHM | All-day meting with Carella Byrne re trial preparation. | 8.50 |
| TP | Continued editing of summary memo to eliminated unnecessary cases, condensing summaries, checking pin point cites pages, checking. | 4.60 |
| MM | Continue to search Parson's document production re attempting to locate actual bates stamped documents to be used as trial exhibits (1.9 hrs.); office conference with Ms. Banks re status of same (.2 hrs.); review recent correspondence distributed by Ms. Campbell (.4 hrs.); case management (.2 hrs.). | 2.70 |
| BB | Read, analyze, organize and incorporate new correspondence and case documents into indexed case files and create new files (7.9 hrs.); research pleadings and discovery binders and collect pertinent admissions for Mr. Hughes (.6 hrs.) | 8.50 |

W. R. Grace & Co.                                                    Page   11

|  |  |  | **Hours** |
|---|---|---|---|
| 02/15/02 | TM | Consult with Ms. Banks and Mr. Moasser re request from local counsel regarding the answer to Honeywell's amended complaint (1.5 hrs.). | 1.50 |
|  | CHM | Meeting with expert in New York. | 3.00 |
|  | MM | Telephone conference with Ms. Flax re searching case material and producing various documents for her review (.2 hrs.); search case material (i.e., hard copies and all databases) re stated documents requested by Ms. Flax (1.7 hrs.); office conference with Ms. Manago and Ms. Bynum re same (.3 hrs.); review recent case correspondence distributed by Ms. Campbell (.3 hrs.); continue to search case material re requested damage documents requested by Ms. Flax to be used as trial exhibits (1.3 hrs.); case management (.3 hrs.). | 4.10 |
|  | BB | Consult with Ms. Manago re request from local counsel (.2 hrs.); research case files and related Riverkeeper case file for pertinent document for Ms. Flax (.5 hrs.); scan pertinent document (.3 hrs.); prepare email message and forward scanned document to local counsel (.4 hrs.); continue entry of deposition designations for Daniel Swallick in preparation for pre-trial conference (.6 hrs.). | 2.00 |
| 02/17/02 | CHM | Prepare for meeting with land planner. | 1.20 |
| 02/18/02 | MM | Continue to search case material/databases for damage related documents. | 2.80 |
|  | TP | Edited summary memo and chart of 1985 v. 1990 NCP, arranged cases in order for placement in proper section in binders. | 5.60 |
|  | BB | Review, organize, prepare and incorporate new correspondence into indexed case files (1.8 hrs.); create new files for Honeywell supplemental production of site inspection reports (.9 hrs.); continue preparation of list of | 3.70 |

W. R. Grace & Co.                                                    Page   12

|  |  |  | **Hours** |
|---|---|---|---|

deposition designation for pre-trial conference for Ms. Pelletier (.7 hrs.).

| 02/18/02 CHM | Attend at meeting with land planners (4.0 hrs.); various meetings with A. Nagy and others (4.0 hrs.). | 8.00 |
|---|---|---|

02/19/02 CHM    Review analytical results and conference with consultant re same (.6 hrs.); conference with client (.5 hrs.); review NCP issues (.7 hrs.).     1.80

WH    Conferences with Mr. Marraro and Ms. Banks re Allied's remediation of the Baltimore Works Site (1.4 hrs.); collect and analyze Allied's RI/FS documents re Baltimore Work Site and prepare file memo re same (6.7 hrs.); confer with Ms. VonMiddlesworth re collecting trial exhibits on environmental issues (.3 hrs.); review draft list from Geomega (.3 hrs.).     8.70

BB    Return call to Mr. Senftleben in response to inquiry re SI Group invoice for Mr. Hughes (.1 hrs.); continue review of new correspondence and court filings, prepare and incorporate into indexed case files and create new files (6.1 hrs.); respond to return telephone call from Mr. Senftleben and report results to Mr. Hughes (.1 hrs.).     6.20

MM    Follow-up telephone conferences with April, assistant to Mr. Besson at Paul Hasting's office re status of obtaining  copies of Dr. Delaney's expert report and deposition transcript (i.e., Lockheed v. Crane) (.2 hrs.); forward e-mail to Ms. Pelletier re status of same (.1 hrs.); office conference with Ms. Pelletier re same as well as other miscellaneous case matters (.2 hrs.); case management (.4 hrs.).     0.90

TP    Phone conference and email with Mr. Hughes outlining research performed on NCP and NJSA claims, made edits to memo and checked hard copy cases in binder to ensure proper organization to accompany memo, and     7.90

W. R. Grace & Co.                                                          Page    13

|  |  | **Hours** |
|---|---|---|

emailed memo and chart to Mr. Hughes and
gave binders with case law to him.

02/20/02  WH    Conference with Mr. Marraro on issues                    7.90
relating to sites neighboring Route 440 Site (.3
hrs.); conferences with Ms. Banks re obtaining
RI Reports and other materials re neighboring
sites (.8 hrs.); collect and analyze materials re
sites 73, 124, 125, 134, 140 and 163 and confer
with non-testifying expert re contamination
issues at same (6.8 hrs.).

TP    Organized hard copy and electronic files of                        1.60
materials used in NCP and NJSA research as
well as the cases not included, transferred
appropriate electronic files to network for use
by others on team (1.2 hrs.); made edits to
1985 v. 1990 NCP chart and emailed corrected
version to Mr. Hughes (.4 hrs.); reviewed
recent case correspondence (.1 hrs.).

BB    Consult with Mr. Hughes re communications                          7.20
from the Brattle Group (.1 hrs.); continue to
incorporate new documents into case files and
create new files (2.2 hrs.); incorporate new
pleadings into case and electronic files (5 hrs.);
consult with Mr. Hughes to resolve issues re
documents and third-party subpoenaed
documents considered for trial exhibits (.2
hrs.); consult with Ms. Pelletier re assignment
in preparation for trial (.2 hrs.);  review office
records re resolution of status of two
outstanding invoices for the Brattle Group for
Mr. Hughes (.2 hrs.); collect and email
pertinent electronic documents to Mr. Hughes
(.1 hrs.); research MDE and U.S. EPA
Superfund Archive NPL Internet sites for
information on Allied Chemical Corp.
Baltimore Works site, download, locate map of
site, prepare documents and send email memo
of research results to Mr. .Hughes (3.8 hrs.).

W. R. Grace & Co.                                                          Page   14

|  |  |  | **Hours** |
|---|---|---|---|
| 02/20/02 | AP | Review documents relating to Tetra Tech work at site; conference with B. Hughes and B. Banks re same. | 2.50 |
| 02/21/02 | WH | Conferences with Ms. Banks re website searches and submitting FOIA requests to NJDEP re neighboring sites (.8 hrs.); analyze additional documents re PRPs and soil and groundwater contamination at sites 73, 124, 125, 134, 140 and 163 (7.7 hrs.); review new case correspondence and confer with Ms. Banks re same (.3 hrs.). | 8.80 |
|  | CHM | Review B. Hughes' memo on Baltimore issues (.3 hrs.); conference with client re same (.3 hrs.). | 0.60 |
|  | MM | Follow-up with Mr. Besson at Paul Hasting's office re status of obtaining Dr. Delaney's expert report and deposition (i.e., Lockheed v. Crane) (.1 hrs.); office conference with Ms. Pelletier and Mr. Hughes re miscellaneous pretrial matters (.3 hrs.); case management (.4 hrs.). | 0.80 |
|  | BB | Prepare memo of results of research of Allied Baltimore Works site for Mr. Hughes (.8 hrs.); collect and prepare Baltimore Works documents (4.3 hrs.); consult with Mr. Hughes re same (.1 hrs.); read, analyze and organize documents re Tetra Tech's work at site for Honeywell (1.3 hrs.); prepare list and draft memo of research results of same for Ms. Pelletier (1.8 hrs.). | 8.30 |
| 02/22/02 | CHM | Work on damages issues (1.5 hrs.); conference with client re JC meetings (.5 hrs.). | 2.00 |
|  | AP | Conference with B. Banks regarding trial exhibits and new Honeywell production; review new documents produced by Honeywell. | 1.20 |

W. R. Grace & Co.                                                                              Page    15

|  |  | **Hours** |
|---|---|---|
| 02/22/02 MM | Case management (.3 hrs.). | 0.30 |
| BB | Read and analyze production documents received from Tetra Tech and create descriptive chronological table (2.3 hrs.); collect all relevant documentation regarding site work performed or coordinated by Tetra Tech (3.8 hrs.); finalize memo of all site work performed by Tetra Tech for Ms. Pelletier (2.5 hrs.); consult with Mr. Hughes re assignment regarding unidentified Jersey City Chromate site (.3 hrs). | 8.90 |
| WH | Conference with Dr. Schmiermund re collecting heaving-related trial exhibits (.6 hrs.); confer with non-testifying expert re sampling issue (.4 hrs.); revise list of draft stipulations and legal issues for pretrial order (3.8 hrs.); review additional deposition transcripts from Allied's coverage case re designations for trial (3.7 hrs.); conference with Dr. Schmiermund re collecting heaving-related trial exhibits (.6 hrs.); confer with non-testifying expert re sampling issue (.3 hrs.). | 9.40 |
| 02/25/02 WH | Review Davis and Walerko deposition transcripts and RI Report re impact of chromium contamination at Home Depot site on Route 440 site (1.8 hrs.); prepare file memo and message to Ms. Flax re Home Depot issue (.4 hrs.); analyze Black & Veatch and Parsons environmental reports for possible designation a trial exhibits (3.6 hrs.); update database entries re trial exhibits (.8 hrs.); work on cross-examination materials for experts (.7 hrs.); prepare memo to Mr. Marraro re adjacent sites (.9 hrs.); conferences with Ms. Banks re exhibits (.5 hrs.). | 8.70 |
| BB | Research production database and CDs for documents re Jersey City Chromium Sites 73, 134, 124, 125, 140 and 163 and create tables of relevant documents for each site for Mr. Hughes (5.3 hrs.); consult with Mr. Hughes re | 8.10 |

W. R. Grace & Co.                                                      Page  16

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | same (.2 hrs.); research Internet and NJDEP web sites for information to identify and obtain status of chromium contaminated site located north of Society Hill development for Mr. Hughes (1.4 hrs.); prepare email memo re same and collect and prepare supporting documents (1.0 hrs.); collect relevant RI reports for Mr. Hughes (.2 hrs). |  |
| 02/25/02 | TP | Reviewed recent case correspondence. | 0.10 |
| 02/26/02 | WH | Prepare proposed stipulations of fact re Honeywell's RI and IRM activities (4.7 hrs.); review deposition transcript re designations for trial (3.4 hrs.). | 8.10 |
|  | BB | Prepare email memo re research analysis on unidentified Jersey City chromium site with relevant documentation (.4 hrs.); consult with Mr. Hughes re site analysis and research results (.3 hrs.); collect and prepare documents re Roosevelt Lanes Jersey City chromium site for Mr. Hughes (1.1 hrs.); research NJDEP SRP and related web sites and U.S. EPA chrome sites re Droyers Point for Mr. Hughes (3.7 hrs.); prepare email of research results for Mr. Hughes (.4 hrs.); collect documents re Old Dominion Jersey City chromium site and refine table of identified relevant documents (2.1 hrs.). | 8.00 |
| 02/27/02 | WH | Review memo from Ms. Parker and supporting materials re NCP challenge to Honeywell's response costs (2.3 hrs.); legal research re cost recovery issues under the NJ Spill Act and prepare memo re same (2.8 hrs.); review and analyze documents re Grace corporate reorganization issues for use as trial exhibits (2.6 hrs.); conferences with Ms. Banks re document management issues (.5 hrs.). | 8.20 |
|  | MM | Follow-up with Mr. Besson's office re status of obtaining expert report and deposition transcript of Dr. Delaney (.2 hrs.); review | 1.60 |

W. R. Grace & Co.                                                                      Page   17

|  | | | **Hours** |
|---|---|---|---|
| | | recent correspondence distributed by Ms. Campbell (.3 hrs.); case management (1.1 hrs.). | |
| 02/27/02 | CHM | Work on pre-trial order (stipulations of facts). | 2.50 |
| | BB | Analyze results of additional research for information re contaminants, source of contamination, remediation status, site ownership, and boundaries for Jersey City Chromium site 119 (Droyers Point JCRA and Droyers Point Northern Parcel) (1.9 hrs.); prepare email memo re research results for Mr. Hughes (1.3 hrs.); prepare packet of exhibits and cover letter to plaintiff for Mr. Hughes (.4 hrs.). | 3.60 |
| | NAB | Collect documents re Delphic Site and refine table of identified relevant documents | 7.50 |
| 02/28/02 | NAB | Collect documents re Delphic & Degan Sites and refine table of identified relevant documents | 7.50 |
| | WH | Collect trial exhibits and work on database of trial exhibits and cross-examination materials (6.2 hrs.). | 6.20 |
| | CHM | Work on pre-trial exhibits. | 2.50 |
| | BB | Consult with Ms. Kelly re resolution of issues with editing draft trial exhibits list in Summation and Word (.4 hrs.); consult with Mr. Hughes re results of Droyers Point research and status and preparation of trial exhibits list (.3 hrs.); draft public records request to NJDEP re Hudson County Chromium Site 119 for Mr. Hughes  (.5 hrs.). | 1.20 |

|  | | | **Amount** |
|---|---|---|---|
| | Total Fees | 523.70 | $128,187.50 |
| 02/28/2002 | Less Deduction of 40% Per Agreement | | ($51,275.00) |

W. R. Grace & Co.                                         Page    18

                                                          **Amount**

                    Balance Due                           $76,912.50

                              Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Barbara Banks, Paralegal | 137.00 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 30.00 | 100.00 |
| William Hughes, Counsel | 150.00 | 350.00 |
| Keith Kaider, Paralegal | 3.00 | 135.00 |
| Tonya Manago, Sr. Paralegal | 1.50 | 135.00 |
| Christopher H. Marraro, Partner | 49.60 | 440.00 |
| Mahmoude Moasser, Paralegal | 52.00 | 135.00 |
| Tamara Parker, Associate | 75.50 | 270.00 |
| Angela Pelletier, Associate | 12.80 | 225.00 |
| Reilly L. Smith, Paralegal | 12.30 | 120.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12704

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 02/01/02 | CHM | Review articles from client. | 0.50 |
| 02/06/02 | CHM | Review documents from client (1.0 hrs.); meetings re Libby matter (2.5 hrs.). | 3.50 |
| 02/11/02 | CHM | Review documents from client. | 0.60 |
| 02/14/02 | CHM | Review articles from client. | 0.50 |
| 02/19/02 | CHM | Conference with EPA (.5 hrs.); review various articles from client (.5 hrs.). | 1.00 |
| 02/21/02 | CHM | Conference with W. Corcoran (.5 hrs.) and review memos sent to EPA (1.0 hrs.). | 1.50 |
| 02/25/02 | CHM | Review news articles from client. | 0.80 |

|  |  | Amount |
|---|---|---|
| Total Fees | 8.40 | $3,696.00 |
| Balance Due |  | $3,696.00 |

W. R. Grace & Co.

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 8.40 | 440.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12702

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 02/13/02 CHM   Prepare fee application. |  | 2.80 |

|  | | **Amount** |
|---|---|---|
| Total Fees | 2.80 | $1,232.00 |
| Balance Due | | $1,232.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.80 | 440.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12703

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 02/05/02 | CHM | Prepare audit letter response. | 6.20 |
| 02/19/02 | BB | Bankruptcy -- Review, prepare and incorporate new correspondence into indexed case files (.5 hrs.); scan and incorporate same into electronic files (.4 hrs.). | 0.90 |
| | BB | Review, prepare, organize new correspondence and create indexed case file (.7 hrs.); scan and create weblinks to case index and incorporate into electronic case files (1.2 hrs.). | 1.90 |

| | | | **Amount** |
|---|---|---|---|
| Total Fees | | 9.00 | $3,106.00 |
| Balance Due | | | $3,106.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 2.80 | 135.00 |
| Christopher H. Marraro, Partner | 6.20 | 440.00 |