# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies- Internal and Outside | $1,331.50 |
| Facsimile | $17.25 |
| Lexis | $574.35 |
| Telephone | $66.73 |
| Westlaw | $874.90 |
| Overtime Transportation | $251.08 |
| FedEx | $20.00 |
| Postage | $24.87 |
| | |
| Total | $3,160.68 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12701

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Copy Costs - Internal | 1,278.45 |
| Facsimile Costs | 17.25 |
| FedEx Costs | 8.75 |
| Lexis Costs | 574.35 |
| Long Distance Charges | 66.73 |
| Outside Copies | 51.10 |
| Overtime Transportation | 251.08 |
| Postage | 24.87 |
| Westlaw | 874.90 |
| Total Disbursements | $3,147.48 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12704

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|  | Amount |
|---|---|
| Copy Costs - Internal | 1.95 |
| Total Disbursements | $1.95 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

March 25, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12703

For Professional Services Rendered in Connection with General Matters - Matter 11

Disbursements:

|  | Amount |
|---|---|
| FedEx Costs | 11.25 |
| Total Disbursements | $11.25 |