# EXHIBIT B

## Matter 16 - Asset Analysis and Recovery - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $0.62 |
| Secretarial Overtime | $125.94 |
| **Total** | **$126.56** |

## Matter 16 – Asset Analysis and Recovery – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/23/02 | 125.94 | Hammett, B. - Secretarial Overtime |
| 2/26/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-909-7253 |

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $0.83 |
| Facsimile Charges | $13.50 |
| Standard Copies | $1.60 |
| Postage | $7.31 |
| Computer Database Research | $0.75 |
| Overtime Transportation | $5.00 |
| **Total** | **$28.99** |

**<u>Matter 17 – Automatic Stay Matters / Relief Proceedings – Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 1/09/02 | 0.02 | West Publishing-TP,Database Usage  1.02 |
| 1/24/02 | 0.05 | West Publishing-TP,Database Usage  1.02 |
| 1/28/02 | 0.68 | West Publishing-TP,Database Usage  1.02 |
| 1/30/02 | 0.34 | Postage-TRACKING ID# 1102963558817 |
| 1/31/02 | 0.50 | Standard Copies |
| 1/31/02 | 1.10 | Standard Copies |
| 2/01/02 | 0.83 | Telephone call to:  EASTERN,MD  410-903-8039 |
| 2/04/02 | 1.03 | Postage-TRACKING ID# 1103466587041 |
| 2/04/02 | 3.09 | Postage-TRACKING ID# 1103459117589 |
| 2/19/02 | 5.00 | IRENE REED - Overtime Transportation, 1.14.02 |
| 2/20/02 | 4.50 | Fax page charge to 410-531-4604 |
| 2/20/02 | 4.50 | Fax page charge to 541-1113 |
| 2/20/02 | 4.50 | Fax page charge to 410-531-4414 |
| 2/21/02 | 2.85 | Postage-TRACKING ID# 1105147193726 |

## Matter 20 – Case Administration – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $18.97 |
| Facsimile Charges | $100.98 |
| Standard Copies | $1,059.90 |
| Binding | $15.75 |
| Tabs/Indexes/Dividers | $20.80 |
| Color Copies | $24.00 |
| Postage | $0.68 |
| Overnight Delivery | $189.04 |
| Outside Messenger Services | $87.00 |
| Local Transportation | $12.00 |
| Calendar/Court Services | $25.00 |
| Outside Copy/Binding Services | $3,789.26 |
| Working Meals/K&E and Others | $110.00 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $117.75 |
| Overtime Transportation | $43.00 |
| Overtime Meals | $144.00 |
| Secretarial Overtime | $1,268.88 |
| **Total** | **$7,037.01** |

## Matter 20 – Case Administration – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/11/01 | 30.00 | EUREST - Working Meals/K&E and Others, 11/27/01, 10 ppl. Beverage Setup D. Bernick |
| 12/16/01 | 80.00 | EUREST - Working Meals/K&E and Others, 12/28/01, 10 ppl. Beverage Setup J. Baer |
| 1/01/02 | 4.24 | COURTLINK CORPORATION - Computer Database Research, TA(4.00)Courtlink Database Usage December 2001 |
| 1/01/02 | 8.48 | COURTLINK CORPORATION - Computer Database Research, TA(8.00)Courtlink Database Usage December 2001 |
| 1/03/02 | 32.97 | West Publishing-TP,Database Usage  1.02 |
| 1/04/02 | 9.85 | West Publishing-TP,Database Usage  1.02 |
| 1/04/02 | 10.00 | West Publishing-TP,Database Usage  1.02 |
| 1/10/02 | 5.69 | West Publishing-TP,Database Usage  1.02 |
| 1/11/02 | 9.20 | West Publishing-TP,Database Usage  1.02 |
| 1/14/02 | 37.30 | West Publishing-TP,Database Usage  1.02 |
| 1/17/02 | 0.68 | Postage-TRACKING ID# 1101665983089 |
| 1/17/02 | 25.00 | Calendar/Court Services - Obtain copy of Notice of Motion for Transfer of Venue from USBC case# 01-01646. (S. Pope) |
| 1/21/02 | 7.30 | Standard Copies |
| 1/21/02 | 15.70 | Standard Copies |
| 1/22/02 | 1.75 | Binding |
| 1/22/02 | 2.20 | Tabs/Indexes/Dividers |
| 1/22/02 | 2.60 | Standard Copies |
| 1/22/02 | 3.50 | Binding |
| 1/22/02 | 7.40 | Tabs/Indexes/Dividers |
| 1/22/02 | 9.29 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/22/02 | 67.40 | Standard Copies |
| 1/22/02 | 86.00 | Standard Copies |
| 1/23/02 | 2.00 | Tabs/Indexes/Dividers |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/23/02 | 3.50 | Binding |
| 1/23/02 | 3.50 | Binding |
| 1/23/02 | 4.20 | Tabs/Indexes/Dividers |
| 1/23/02 | 43.00 | Standard Copies |
| 1/23/02 | 77.10 | Standard Copies |
| 1/24/02 | 0.10 | Standard Copies |
| 1/24/02 | 7.58 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/24/02 | 10.76 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 1/24/02 | 11.92 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 1/25/02 | 0.02 | West Publishing-TP,Database Usage  1.02 |
| 1/28/02 | 1.75 | Binding |
| 1/28/02 | 1.75 | Binding |
| 1/28/02 | 4.40 | Standard Copies |
| 1/28/02 | 7.58 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/28/02 | 10.00 | Standard Copies |
| 1/28/02 | 26.20 | Standard Copies |
| 1/28/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/29/02 | 29.80 | Standard Copies |
| 1/29/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 1/30/02 | 5.00 | Tabs/Indexes/Dividers |
| 1/30/02 | 24.00 | Color Copies |
| 1/30/02 | 159.60 | Standard Copies |
| 1/30/02 | 287.00 | Standard Copies |
| 2/01/02 | 2.25 | Fax page charge to 410-531-4783 |
| 2/01/02 | 2.49 | Telephone call to:  SE PART,FL  954-713-7950 |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 2/01/02 | 3.00 | Fax page charge to 561-362-1323 |
| 2/01/02 | 3.00 | Standard Copies |
| 2/01/02 | 102.63 | CRABB,BA. - Secretarial Overtime |
| 2/04/02 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/04/02 | 1.25 | Fax phone charge to 410-531-4783 |
| 2/04/02 | 9.00 | Fax page charge to 410-531-4783 |
| 2/04/02 | 12.00 | Overtime Meals    ALKE, BENJAMIN |
| 2/04/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/04/02 | 22.50 | Comet Messenger Services to: |
| 2/04/02 | 39.85 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/04/02 | 40.85 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/04/02 | 1,732.81 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A215 |
| 2/05/02 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-2800 |
| 2/05/02 | 0.75 | Fax page charge to 954-967-8577 |
| 2/05/02 | 2.25 | Fax page charge to 202-429-3902 |
| 2/05/02 | 2.25 | Fax page charge to 561-362-1323 |
| 2/05/02 | 10.80 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/05/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/05/02 | 17.65 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/06/02 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 2/06/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/06/02 | 12.00 | Overtime Meals    ALKE, BENJAMIN |
| 2/06/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/06/02 | 85.00 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A225 |

B-8

| Date | Amount | Description |
|------|--------|-------------|
| 2/06/02 | 1,971.45 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A230 |
| 2/07/02 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 2/07/02 | 0.75 | Fax page charge to 954-967-8577 |
| 2/07/02 | 0.83 | Fax phone charge to 202-293-6961 |
| 2/07/02 | 1.50 | Standard Copies |
| 2/07/02 | 6.00 | Fax page charge to 202-293-6961 |
| 2/07/02 | 6.75 | Fax page charge to 410-531-4783 |
| 2/07/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/07/02 | 55.98 | CRABB,BA. - Secretarial Overtime |
| 2/07/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/08/02 | 1.45 | Telephone call to:  NEW HOPE,PA  215-862-1115 |
| 2/08/02 | 5.00 | SHIRLEY A POPE - Overtime Transportation, 2.4.02 |
| 2/09/02 | 12.00 | Overtime Meals      CRABB,BARBARA L |
| 2/09/02 | 251.91 | CRABB,BA. - Secretarial Overtime |
| 2/11/02 | 0.75 | Fax page charge to 212-403-2000 |
| 2/11/02 | 0.79 | Fax phone charge to 202-293-6961 |
| 2/11/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-403-4100 |
| 2/11/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/11/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/11/02 | 1.66 | Fax phone charge to 213-680-8500 |
| 2/11/02 | 2.25 | Fax page charge to 212-806-6006 |
| 2/11/02 | 3.90 | Standard Copies |
| 2/11/02 | 5.20 | Standard Copies |
| 2/11/02 | 7.50 | Fax page charge to 202-293-6961 |
| 2/11/02 | 7.50 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 2/11/02 | 9.55 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/11/02 | 12.00 | Fax page charge to 213-680-8500 |
| 2/11/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/13/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/13/02 | 0.83 | Fax phone charge to 917-777-3533 |
| 2/13/02 | 7.50 | Fax page charge to 917-777-3533 |
| 2/13/02 | 9.00 | Standard Copies |
| 2/13/02 | 12.00 | Overtime Meals    ALKE, BENJAMIN |
| 2/13/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/13/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/13/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/14/02 | 1.87 | Fax phone charge to 410-531-4783 |
| 2/14/02 | 4.50 | Fax page charge to 561-362-1583 |
| 2/14/02 | 4.50 | Fax page charge to 406-587-5144 |
| 2/14/02 | 5.00 | SHIRLEY A POPE - Overtime Transportation, 2.13.02 |
| 2/14/02 | 17.25 | Fax page charge to 410-531-4783 |
| 2/14/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/14/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/15/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/15/02 | 1.45 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/15/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/16/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/18/02 | 0.75 | Fax page charge to 410-531-4783 |
| 2/18/02 | 0.75 | Fax page charge to 410-531-4461 |
| 2/19/02 | 5.50 | Comet Messenger Services to:  MCD |

B-10

| Date | Amount | Description |
|------|--------|-------------|
| 2/19/02 | 12.00 | Overtime Meals    ALKE, BENJAMIN |
| 2/20/02 | 1.50 | Standard Copies |
| 2/20/02 | 5.50 | Comet Messenger Services to:  DAVID ROSENBLOOM |
| 2/20/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/20/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/21/02 | 10.00 | Library Document Procurement - Pacific Gas & Electric Decisions & Briefs re Preemption California Law. |
| 2/22/02 | 0.62 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 2/22/02 | 4.50 | Standard Copies |
| 2/22/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/22/02 | 27.00 | Overtime Transportation, T. Bowden, 11.08.2001 |
| 2/22/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/22/02 | 48.00 | Comet Messenger Services to:  DEL.BY 0900***** |
| 2/22/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 2/22/02 | 214.80 | Standard Copies |
| 2/23/02 | 3.33 | Telephone call to:  SE PART,FL  954-713-7950 |
| 2/23/02 | 12.00 | Overtime Meals    KNOX,EMILY J |
| 2/23/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 2/25/02 | 1.96 | Telephone call to:  CLOSTER,NJ  201-784-8079 |
| 2/26/02 | 0.30 | Standard Copies |
| 2/26/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 2/26/02 | 8.21 | Fed Exp to:LAUREN HIBBE,PRINCETON,NJ from:CHARISMA STARR |
| 2/27/02 | 5.50 | Comet Messenger Services to:  DAVID ROSENBLOOM |
| 2/27/02 | 6.00 | SHIRLEY A POPE - Overtime Transportation, 2.23.02 |
| 2/27/02 | 12.00 | SHIRLEY A POPE - Local Transportation, 2.24.02 |

## Matter 21 – Claim Estimate Objection and Resolution – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $15.58 |
| Facsimile Charges | $19.45 |
| Standard Copies | $6.00 |
| Computer Database Research | $2.37 |
| Secretarial Overtime | $203.44 |
| **Total** | **$246.84** |

## Matter 21 – Claim Estimate Objection and Resolution – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/18/02 | 2.37 | West Publishing-TP,Database Usage  1.02 |
| 2/06/02 | 2.25 | Fax page charge to 561-362-1583 |
| 2/06/02 | 87.19 | Woelfer, S. - Secretarial Overtime |
| 2/08/02 | 116.25 | Woelfer, S. - Secretarial Overtime |
| 2/21/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 2/21/02 | 1.04 | Telephone call to:  STATE OF,DE  302-552-5503 |
| 2/21/02 | 1.25 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 2/21/02 | 1.45 | Telephone call to:  STATE OF,DE  302-552-5503 |
| 2/21/02 | 1.66 | Telephone call to:  WELLESLEY,MA  617-239-0267 |
| 2/26/02 | 6.00 | JANET BAER – Copy charges from Kinko's 2.24.02 |
| 2/26/02 | 8.52 | Telephone call to:  W CENTRAL,OK  580-920-2772 |
| 2/26/02 | 17.20 | JANET BAER - Fax charges from Kinko's 2.24.02 |
| 2/27/02 | 0.83 | Telephone call to:  S SAN,CA  650-592-8337 |

## Matter 22 – Contested Matters / Adversary Proceedings – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $229.01 |
| Facsimile Charges | $119.99 |
| Standard Copies | $51.70 |
| Color Copies | $19.50 |
| Postage | $6.81 |
| Overnight Delivery | $452.45 |
| Outside Messenger Services | $40.00 |
| Working Meals/K&E and Others | $358.25 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $338.54 |
| Overtime Transportation | $50.00 |
| Overtime Meals | $12.00 |
| Overtime Meals - Attorney | $48.72 |
| Secretarial Overtime | $242.58 |
| **Total** | **$1,979.55** |

**Matter 22 – Contested Matters / Adversary Proceedings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 12/19/01 | 10.00 | Library Document Procurement - Cases. |
| 1/02/02 | 11.39 | West Publishing-TP,Database Usage 1.02 |
| 1/08/02 | 6.88 | West Publishing-TP,Database Usage 1.02 |
| 1/08/02 | 36.79 | West Publishing-TP,Database Usage 1.02 |
| 1/08/02 | 44.20 | West Publishing-TP,Database Usage 1.02 |
| 1/10/02 | 0.88 | West Publishing-TP,Database Usage 1.02 |
| 1/17/02 | 14.50 | West Publishing-TP,Database Usage 1.02 |
| 1/18/02 | 1.25 | Telephone call to: PHLADELPHA,PA 484-582-5069 |
| 1/18/02 | 16.04 | West Publishing-TP,Database Usage 1.02 |
| 1/18/02 | 48.33 | West Publishing-TP,Database Usage 1.02 |
| 1/21/02 | 30.16 | West Publishing-TP,Database Usage 1.02 |
| 1/22/02 | 80.09 | West Publishing-TP,Database Usage 1.02 |
| 1/23/02 | 15.72 | West Publishing-TP,Database Usage 1.02 |
| 1/24/02 | 27.40 | Standard Copies |
| 1/24/02 | 31.18 | West Publishing-TP,Database Usage 1.02 |
| 1/30/02 | 0.90 | Postage-TRACKING ID# 1102951819851 |
| 1/30/02 | 2.38 | West Publishing-TP,Database Usage 1.02 |
| 1/30/02 | 19.50 | Color Copies |
| 1/31/02 | 31.00 | Working Meals/K&E and Others Beverages |
| 1/31/02 | 327.25 | BDG DESIGN CATERING - Working Meals/K&E and Others Breakfast and Lunch on 1/31/02 for Tim Hardy and group meeting on above client |
| 2/01/02 | 0.62 | Telephone call to: NORTH WEST,NJ 973-758-1001 |
| 2/01/02 | 0.62 | Telephone call to: ESSEX,MD 410-574-5454 |
| 2/01/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4222 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/01/02 | 0.75 | Fax page charge to 404-231-2379 |
| 2/01/02 | 0.75 | Fax page charge to 561-362-1323 |
| 2/01/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/01/02 | 1.66 | Telephone call to:  BEVERLYHLS,CA  310-201-7858 |
| 2/01/02 | 1.66 | Telephone call to:  MIAMI,FL  305-682-7017 |
| 2/01/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-735-3550 |
| 2/01/02 | 2.70 | Telephone call to:  METRO ATL,GA  770-722-9347 |
| 2/01/02 | 3.00 | Fax page charge to 303-866-0200 |
| 2/01/02 | 3.53 | Telephone call to:  S SAN,CA  650-592-8337 |
| 2/01/02 | 3.74 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 2/01/02 | 3.95 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 2/01/02 | 7.22 | Fed Exp to: ,HARRISBURG,PA from:MAILROOM |
| 2/01/02 | 10.50 | Fed Exp to:EVANS WOHLFORTH,NEWARK,NJ from:VENETIA A. JOHNSON |
| 2/02/02 | 40.00 | IN-HOUSE ATTORNEY SERVICE, INC. - Outside Messenger Services - File & Conform |
| 2/04/02 | 0.75 | Fax page charge to 212-557-2522 |
| 2/04/02 | 0.75 | Fax page charge to 202-797-3619 |
| 2/04/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 2/04/02 | 0.83 | Telephone call to:  WILMINGTON,DE  302-594-3100 |
| 2/04/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 2/04/02 | 1.25 | Telephone call to:  DALLAS,TX  214-698-3868 |
| 2/04/02 | 1.50 | Fax page charge to 202-797-3619 |
| 2/04/02 | 2.25 | Fax page charge to 212-735-2000 |
| 2/04/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-688-3100 |
| 2/04/02 | 3.74 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 2/04/02 | 3.95 | Telephone call to:  MIAMI,FL  305-682-7017 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/04/02 | 6.03 | Telephone call to: NEWYORKCTY,NY  212-403-1321 |
| 2/04/02 | 19.00 | SUSAN L THOMPSON - Overtime Transportation, 1.15.02 |
| 2/05/02 | 0.62 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 2/05/02 | 0.83 | Telephone call to: QUEENS,NY  718-472-2800 |
| 2/05/02 | 0.83 | Telephone call to: SE PART,FL  954-713-7950 |
| 2/05/02 | 1.04 | Telephone call to: E CENTRAL,FL  561-362-1568 |
| 2/05/02 | 1.04 | Telephone call to: E CENTRAL,FL  561-362-1959 |
| 2/05/02 | 1.45 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |
| 2/05/02 | 2.08 | Telephone call to: E CENTRAL,FL  561-495-4557 |
| 2/05/02 | 2.25 | Fax page charge to 212-735-2000 |
| 2/05/02 | 2.25 | Fax page charge to 984-7700 |
| 2/05/02 | 2.25 | Fax page charge to 305-374-7593 |
| 2/05/02 | 2.29 | Telephone call to: MIAMI,FL  305-682-7017 |
| 2/05/02 | 2.29 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 2/05/02 | 2.49 | Telephone call to: OKLA CITY,OK  405-272-1963 |
| 2/05/02 | 3.00 | Fax page charge to 410-531-4783 |
| 2/05/02 | 3.00 | Fax page charge to 212-403-2000 |
| 2/05/02 | 3.53 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 2/05/02 | 3.53 | Telephone call to: NEWYORKCTY,NY  212-403-4100 |
| 2/05/02 | 11.65 | Fed Exp to: ,ATLANTA,GA from:MAILROOM |
| 2/05/02 | 12.00 | Overtime Meals    THOMPSON,SUSAN L |
| 2/05/02 | 93.30 | THOMPSON,SU. - Secretarial Overtime |
| 2/06/02 | 0.62 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 2/06/02 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 2/06/02 | 1.04 | Telephone call to: QUEENS,NY  718-472-2800 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/06/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 2/06/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 2/06/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-583-5388 |
| 2/06/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-495-4557 |
| 2/06/02 | 1.50 | Fax page charge to 703-729-8587 |
| 2/06/02 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-403-1321 |
| 2/06/02 | 2.70 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 2/06/02 | 6.24 | Telephone call to:  MIAMI,FL  305-682-7017 |
| 2/06/02 | 19.00 | SUSAN L THOMPSON - Overtime Transportation, 2.5.02 |
| 2/06/02 | 25.00 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 2.5.02 |
| 2/07/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 2/07/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-806-5562 |
| 2/07/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-735-3550 |
| 2/07/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/07/02 | 0.75 | Fax page charge to 617-720-5015 |
| 2/07/02 | 0.83 | Fax phone charge to 202-293-6961 |
| 2/07/02 | 1.00 | Standard Copies |
| 2/07/02 | 1.45 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 2/07/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/07/02 | 1.50 | Fax page charge to 302-428-3180 |
| 2/07/02 | 1.50 | Fax page charge to 212-403-2000 |
| 2/07/02 | 2.04 | Postage-TRACKING ID# 1103763433874 |
| 2/07/02 | 2.20 | Standard Copies |
| 2/07/02 | 6.00 | Fax page charge to 202-293-6961 |
| 2/07/02 | 6.00 | JANET BAER - OT Trans. 2.07.02 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/07/02 | 24.70 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/07/02 | 25.90 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/07/02 | 25.90 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/07/02 | 26.25 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/07/02 | 26.65 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/07/02 | 27.00 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/07/02 | 27.45 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/07/02 | 28.50 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/08/02 | 0.83 | Telephone call to:  MIAMI,FL  305-682-7017 |
| 2/08/02 | 1.40 | Standard Copies |
| 2/08/02 | 2.25 | Fax page charge to 561-362-1583 |
| 2/08/02 | 2.25 | Fax page charge to 412-288-3063 |
| 2/08/02 | 3.00 | Fax page charge to 302-652-5338 |
| 2/08/02 | 12.15 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/11/02 | 0.10 | Standard Copies |
| 2/11/02 | 0.20 | Standard Copies |
| 2/11/02 | 0.83 | Telephone call to:  MIAMI,FL  305-682-7019 |
| 2/11/02 | 0.83 | Telephone call to:  EASTERN,MI  248-761-8326 |
| 2/11/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 2/11/02 | 1.25 | Telephone call to:  FORT WORTH,TX  817-332-9500 |
| 2/11/02 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/11/02 | 2.16 | Fax phone charge to 415-474-6227 |
| 2/11/02 | 2.70 | Standard Copies |
| 2/11/02 | 4.50 | Fax page charge to 617-234-7514 |
| 2/11/02 | 4.50 | Fax page charge to 213-489-3930 |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 2/11/02 | 4.50 | Fax page charge to 405-239-7902 |
| 2/11/02 | 6.00 | JANET BAER - OT Trans. 2.07.02 |
| 2/11/02 | 8.88 | UPS Dlvry to:W. R. Grace & Co. ,Fredrick H. Zaremby,Boca Raton,FL from:Scott A McMillin |
| 2/11/02 | 18.66 | THOMPSON,SU. - Secretarial Overtime |
| 2/11/02 | 29.25 | Fax page charge to 415-474-6227 |
| 2/12/02 | 0.10 | Standard Copies |
| 2/12/02 | 0.20 | Standard Copies |
| 2/12/02 | 2.10 | Standard Copies |
| 2/12/02 | 4.99 | Telephone call to: WASHINGTON,DC  202-686-4111 |
| 2/12/02 | 8.31 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 2/12/02 | 8.31 | Telephone call to: PITTSBURGH,PA  412-288-4104 |
| 2/13/02 | 0.40 | Standard Copies |
| 2/13/02 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4000 |
| 2/13/02 | 0.62 | Telephone call to: EASTERN,MD  410-649-2074 |
| 2/13/02 | 0.75 | Fax page charge to 617-720-5015 |
| 2/13/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/13/02 | 0.83 | Telephone call to: WILMINGTON,DE  302-656-8162 |
| 2/13/02 | 1.25 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 2/13/02 | 1.45 | Telephone call to: E CENTRAL,FL  561-362-1302 |
| 2/13/02 | 1.50 | Fax page charge to 212-403-2000 |
| 2/13/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/13/02 | 2.70 | Telephone call to: DALLAS,TX  214-698-3868 |
| 2/13/02 | 3.00 | Fax page charge to 561-362-1583 |
| 2/13/02 | 3.00 | Fax page charge to 302-652-5338 |
| 2/13/02 | 3.00 | Fax page charge to 302-652-5338 |

B-20

| Date | Amount | Description |
|------|--------|-------------|
| 2/13/02 | 6.03 | Telephone call to: NORTH WEST,NJ 973-455-4922 |
| 2/13/02 | 22.35 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/13/02 | 22.35 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/13/02 | 23.60 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/13/02 | 23.60 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/13/02 | 24.30 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/13/02 | 24.30 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/13/02 | 24.60 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/13/02 | 24.60 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/14/02 | 0.10 | Standard Copies |
| 2/14/02 | 0.62 | Telephone call to: MIAMI,FL 305-579-0839 |
| 2/14/02 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 2/14/02 | 0.62 | Telephone call to: PHILADELPH,PA 215-963-5020 |
| 2/14/02 | 0.62 | Telephone call to: WILMINGTON,DE 302-888-6800 |
| 2/14/02 | 0.83 | Telephone call to: DALLAS,TX 214-754-7504 |
| 2/14/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/14/02 | 0.83 | Telephone call to: DALLAS,TX 214-698-3868 |
| 2/14/02 | 0.83 | Telephone call to: DALLAS,TX 214-698-3868 |
| 2/14/02 | 1.04 | Telephone call to: WILMINGTON,DE 302-656-8162 |
| 2/14/02 | 1.04 | Telephone call to: DALLAS,TX 214-698-3868 |
| 2/14/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/14/02 | 1.45 | Telephone call to: NEW YORK,NY 212-223-0400 |
| 2/14/02 | 1.66 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/14/02 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/14/02 | 1.87 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |

| Date | Amount | Description |
|---|---|---|
| 2/14/02 | 1.87 | Telephone call to: MIAMI,FL 305-682-7017 |
| 2/14/02 | 2.29 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/14/02 | 2.91 | Telephone call to: CENTRAL,MA 978-263-7777 |
| 2/14/02 | 11.43 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/14/02 | 11.62 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 2.13.02 |
| 2/15/02 | 0.10 | Standard Copies |
| 2/15/02 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 2/15/02 | 0.80 | Standard Copies |
| 2/15/02 | 0.83 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 2/15/02 | 2.25 | Fax page charge to 410-531-4783 |
| 2/15/02 | 3.33 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 2/15/02 | 6.00 | Standard Copies |
| 2/15/02 | 37.32 | THOMPSON,SU. - Secretarial Overtime |
| 2/18/02 | 37.32 | THOMPSON,SU. - Secretarial Overtime |
| 2/19/02 | 0.75 | Fax page charge to 617-720-5015 |
| 2/19/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/19/02 | 0.75 | Fax page charge to 984-7700 |
| 2/19/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/19/02 | 1.50 | Fax page charge to 212-403-2000 |
| 2/19/02 | 18.66 | THOMPSON,SU. - Copy documents for redaction |
| 2/19/02 | 37.32 | THOMPSON,SU. - Prep letters, fax; conf w/S. McMill |
| 2/20/02 | 3.00 | Fax page charge to 914-328-0561 |
| 2/20/02 | 4.50 | Fax page charge to 310-203-9321 |
| 2/20/02 | 6.90 | Standard Copies |
| 2/21/02 | 0.55 | DAVID M BERNICK, P.C. - Telephone Expense, Verizon Wireless stmt dtd 12.16.01 |

B-22

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 2/21/02 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 2/21/02 | 0.62 | Telephone call to: MIAMI,FL  305-375-6156 |
| 2/21/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/21/02 | 0.83 | Telephone call to: PHILADELPH,PA  215-963-5000 |
| 2/21/02 | 1.04 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |
| 2/21/02 | 1.04 | Telephone call to: SOUTHERN,NJ  609-865-3597 |
| 2/21/02 | 1.04 | Telephone call to: MIAMI,FL  305-682-7017 |
| 2/21/02 | 1.45 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 2/21/02 | 1.50 | Fax page charge to 212-403-2000 |
| 2/21/02 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 2/21/02 | 2.08 | Telephone call to: W BAY,CA  510-622-2201 |
| 2/21/02 | 3.08 | DAVID M BERNICK, P.C. - Telephone Expense, Verizon Wireless stmt dtd 10.16.01 |
| 2/21/02 | 3.12 | Telephone call to: EASTERN,MI  810-341-9800 |
| 2/21/02 | 4.16 | Telephone call to: MIAMI,FL  305-375-6156 |
| 2/22/02 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 2/22/02 | 1.04 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |
| 2/22/02 | 1.25 | Telephone call to: MIAMI,FL  305-577-3110 |
| 2/22/02 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4213 |
| 2/22/02 | 1.66 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |
| 2/22/02 | 1.87 | Telephone call to: STATE OF,DE  302-778-6401 |
| 2/22/02 | 1.87 | DAVID M BERNICK, P.C. - Telephone Expense, Verizon Wireless stmt dtd 1.16.02 |
| 2/22/02 | 2.08 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |
| 2/22/02 | 2.29 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 2/22/02 | 3.33 | Telephone call to: MIAMI,FL  305-714-4343 |
| 2/22/02 | 3.74 | Telephone call to: STATE OF,DE  302-778-6401 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/25/02 | 0.62 | Telephone call to: MIAMI,FL 305-682-7017 |
| 2/25/02 | 0.83 | Telephone call to: WILMINGTON,DE 302-888-6800 |
| 2/25/02 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/25/02 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1959 |
| 2/25/02 | 1.45 | Telephone call to: MIAMI,FL 305-714-4372 |
| 2/25/02 | 4.36 | Telephone call to: WASHINGTON,DC 202-429-3000 |
| 2/26/02 | 1.04 | Telephone call to: MIAMI,FL 305-682-7017 |
| 2/26/02 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 2/26/02 | 2.91 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/26/02 | 12.10 | SAMUEL A SCHWARTZ - Overtime Meals - Attorney, 2.25.02 |
| 2/27/02 | 1.66 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 2/27/02 | 3.87 | Postage-TRACKING ID# 1105768178867 |

## Matter 27 – Employee Matters – Expenses

| Service Description | Amount |
| --- | --- |
| Computer Database Research | $21.15 |
| **Total** | **$21.15** |

## Matter 27 – Employee Matters – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 1/24/02 | 21.15 | West Publishing-TP,Database Usage  1.02 |

## Matter 28 – Environmental Issues – Expenses

| Service Description | Amount |
|---|---|
| Facsimile Charges | $3.92 |
| Standard Copies | $2.50 |
| Computer Database Research | $358.79 |
| **Total** | **$365.21** |

## Matter 28 – Environmental Issues – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/15/02 | 27.11 | West Publishing-TP,Database Usage 1.02 |
| 1/15/02 | 44.05 | West Publishing-TP,Database Usage 1.02 |
| 1/16/02 | 21.68 | West Publishing-TP,Database Usage 1.02 |
| 1/17/02 | 3.95 | West Publishing-TP,Database Usage 1.02 |
| 1/17/02 | 140.48 | West Publishing-TP,Database Usage 1.02 |
| 1/18/02 | 0.54 | West Publishing-TP,Database Usage 1.02 |
| 1/24/02 | 28.59 | West Publishing-TP,Database Usage 1.02 |
| 1/24/02 | 85.79 | West Publishing-TP,Database Usage 1.02 |
| 1/28/02 | 6.60 | West Publishing-TP,Database Usage 1.02 |
| 2/06/02 | 0.40 | Standard Copies |
| 2/06/02 | 0.60 | Standard Copies |
| 2/06/02 | 0.92 | Fax phone charge to 561-362-1583 |
| 2/06/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/06/02 | 1.50 | Fax page charge to 561-362-1583 |
| 2/26/02 | 1.50 | Standard Copies |

## Matter 30 – Hearings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $1.87 |
| Facsimile Charges | $4.50 |
| Standard Copies | $85.00 |
| Binding | $7.00 |
| Tabs/Indexes/Dividers | $3.60 |
| **Total** | **$101.97** |

## Matter 30 – Hearings – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/23/02 | 3.60 | Tabs/Indexes/Dividers |
| 1/23/02 | 7.00 | Binding |
| 1/23/02 | 85.00 | Standard Copies |
| 2/04/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/13/02 | 4.50 | Fax page charge to 313-223-3598 |
| 2/26/02 | 1.04 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 32 – K&E Fee Application Preparation of – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $2.29 |
| **Total** | **$2.29** |

## Matter 32 – K&E Fee Application Preparation of – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 2/06/02 | 2.29 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 33 – Lease Rejection Claims – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $2.49 |
| Computer Database Research | $62.43 |
| **Total** | **$64.92** |

## Matter 33 – Lease Rejection Claims – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/14/02 | 62.43 | West Publishing-TP,Database Usage  1.02 |
| 2/11/02 | 2.49 | Telephone call to:  EASTERN,MD  410-336-0713 |

## Matter 38 – Retention of Professionals / Fees – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $6.43 |
| Overnight Delivery | $7.58 |
| Computer Database Research | $14.96 |
| Secretarial Overtime | $155.00 |
| **Total** | **$183.97** |

## Matter 38 – Retention of Professionals / Fees – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 1/24/02 | 7.58 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/24/02 | 14.96 | West Publishing-TP,Database Usage  1.02 |
| 2/11/02 | 155.00 | Dodsworth, N. - Revise various bankruptcy documents |
| 2/14/02 | 0.62 | Telephone call to:  DALLAS,TX  214-754-7504 |
| 2/14/02 | 0.62 | Telephone call to:  EASTERN,MD  410-336-0713 |
| 2/14/02 | 2.08 | Telephone call to:  EASTERN,MD  410-336-0713 |
| 2/15/02 | 0.62 | Telephone call to:  DALLAS,TX  214-754-7504 |
| 2/15/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/18/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 2/25/02 | 0.62 | Telephone call to:  EASTERN,MD  410-336-0713 |

## Matter 42 – Travel – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $2,275.60 |
| Airfare | $5,442.52 |
| Transportation to/from airport | $58.40 |
| Travel Meals | $310.97 |
| **Total** | **$8,087.49** |

## Matter 42 – Travel – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/28/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 2/01/02 | 222.76 | JAMES W KAPP - Travel Expense, Newark, NJ, 12.19 - 12.20.2001, (Attend hearing; Suppl to trv exp rpt 01.09.2002) |
| 2/06/02 | 73.07 | SCOTT MCMILLIN - Meals, New York, NY, 02.07 - 02.08.2002, (Document production) |
| 2/06/02 | 241.12 | SCOTT MCMILLIN - Travel Expense, New York, NY, 02.07 - 02.08.2002, (Document production) |
| 2/06/02 | 412.82 | SCOTT MCMILLIN - Airfare, New York, NY, 02.07 - 02.08.2002, (Document production) |
| 2/11/02 | 100.00 | CHRISTOPHER B SULLIVAN - Airfare, Santa Monica, CA 2.5.02 - 2.7.02 (Witness Interview) Suppl |
| 2/11/02 | 117.41 | CHRISTOPHER B SULLIVAN - Meals Expense, Santa Monica, CA 2.5.02 - 2.7.02 (Witness Interview) |
| 2/11/02 | 261.94 | CHRISTOPHER B SULLIVAN - Airfare Expense, Santa Monica, CA 2.5.02 - 2.7.02 (Witness Interview) |
| 2/11/02 | 777.38 | CHRISTOPHER B SULLIVAN - Travel Expense, Santa Monica, CA 2.5.02 - 2.7.02 (Witness Interview) |
| 2/19/02 | 365.74 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 1.31 to 2.01.02, (Attend Mtg w/Judge Wolin) |
| 2/19/02 | 1,386.24 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 1.31 to 2.01.02, (Attend Mtg w/Judge Wolin) |
| 2/21/02 | 43.14 | MICHELLE H BROWDY - Meal Expense, Newark,NJ, 2.19 to 2.20.02, (Hearing) |
| 2/21/02 | 373.68 | MICHELLE H BROWDY - Travel Expense, Newark,NJ, 2.19 to 2.20.02, (Hearing) |
| 2/21/02 | 1,219.84 | MICHELLE H BROWDY - Airfare Expense, Newark,NJ, 2.19 to 2.20.02, (Hearing) |
| 2/26/02 | 77.35 | JANET BAER - Meal Expense, Wilmington,DE, 2.24 to 2.25.02, (Hearing) |
| 2/26/02 | 80.00 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 2.21.02, (Mtg w/Judge Wolin) |
| 2/26/02 | 214.92 | JANET BAER - Travel Expense, Wilmington,DE, 2.24 to 2.25.02, (Hearing) |
| 2/26/02 | 912.10 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 2.21.02, (Mtg w/Judge Wolin) |
| 2/26/02 | 1,149.58 | JANET BAER - Airfare Expense, Wilmington,DE, 2.24 to 2.25.02, (Hearing) |

## Matter 46 – IRS Tax Litigation – Expenses

| Service Description | Amount |
| --- | --- |
| Facsimile Charges | $0.75 |
| Local Transportation | $6.00 |
| Computer Database Research | $175.49 |
| Overtime Transportation | $19.25 |
| Overtime Meals - Attorney | $28.20 |
| **Total** | **$229.69** |

## Matter 46 – IRS Tax Litigation – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 1/03/02 | 44.36 | West Publishing-TP,Database Usage  1.02 |
| 1/04/02 | 44.75 | West Publishing-TP,Database Usage  1.02 |
| 1/08/02 | 30.69 | West Publishing-TP,Database Usage  1.02 |
| 1/09/02 | 4.16 | West Publishing-TP,Database Usage  1.02 |
| 1/10/02 | 9.40 | West Publishing-TP,Database Usage  1.02 |
| 1/16/02 | 37.44 | West Publishing-TP,Database Usage  1.02 |
| 1/23/02 | 1.37 | West Publishing-TP,Database Usage  1.02 |
| 1/24/02 | 1.72 | West Publishing-TP,Database Usage  1.02 |
| 1/29/02 | 1.60 | West Publishing-TP,Database Usage  1.02 |
| 2/05/02 | 6.00 | CUSTODIAN PETTY CASH - Copy charge at US Court of Federal Claims 1/22/2002 |
| 2/06/02 | 0.75 | Fax page charge to 561-362-1323 |
| 2/07/02 | 8.50 | PRATIBHA J SHENOY - Overtime Meals - Attorney, 1.23.02 |
| 2/07/02 | 13.00 | PRATIBHA J SHENOY - Overtime Transportation, 1.23.02 |
| 2/14/02 | 6.25 | PRATIBHA J SHENOY - Overtime Transportation, 2.11.02 |
| 2/14/02 | 19.70 | PRATIBHA J SHENOY - Overtime Meals - Attorney, 2.11, 2.13.02 |