IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JJF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

NOTICE OF QUARTERLY FEE APPLICATION OF
PITNEY, HARDIN, KIPP & SZUCH LLP
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE FEE PERIOD OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| | |
|---|---|
| Name of Applicant: | Pitney, Hardin, Kipp & Szuch LLP |
| Authorized to Provide Professional Services to: | W. R. GRACE & CO., *et al.* |
| Date of Retention: | May 30, 2001 (*nunc pro tunc* to April 2, 2001) |
| Period for which compensation and reimbursement is sought: | October 1, 2001 – December 31, 2001 |
| Amount of Compensation sought as actual, reasonable and necessary: | $456,487.00[1] |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | $28,241.08 |

This is a:  ___ monthly  **X** quarterly interim  ___final application

The total time expended for fee application preparation is approximately 20 hours and the corresponding compensation requested is approximately $3,500.00.[2]

---

[1] This amount includes fees totaling $240,000.00 relating to the contingency matter *Glouster New Communities Co., Inc. v. Del Monte Corporation, et al.* which has been settled. Services in this matter covered the time period of April 2, 2001 through December 3, 2001. Applicant has received $192,000.00 by way of a special application filed on December 4, 2001.

[2] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

843362A01030602

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 - 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 - 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 - 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 - 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 - 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 - 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 - 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 - 12/3/01 | $240,000.00 | $0.00 | Contin-gency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 - 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 - 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 (Objections due 3/18/2002) | 11/1/01 - 11/30/01 | $62,334.50 | $7,507.05 | Pending | Pending |
| February 26, 2001 #1722 (Objections due 3/18/2002) | 12/1/01 - 12/31/01 | $85,347.50 | $10,019.15 | Pending | Pending |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Pending | 10/1/01 — 12/31/01 | $456,487.00 | $28,241.08 | | |

PITNEY, HARDIN, KIPP & SZUCH LLP

Dated:  Florham Park,    By: _____
        New Jersey          Anthony J. Marchetta, Esq.
        March 6, 2002       P.O. Box 1945
                            Morristown, NJ 07962-1945
                            (973) 966-6300
                            Special Counsel to Debtors

4