# EXHIBIT B

## EXHIBIT B

### TIME REPORTS FOR THE INTERIM FEE PERIOD
### OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001
### BROKEN DOWN BY MATTER

```
TOTAL HOURS FOR ALL MATTERS:                  896.30
TOTAL DOLLARS FOR ALL MATTERS:            $456,487.00

TOTAL TIME BILLED FOR ALL MATTERS:        $456,487.00
```

TIME REPORTS FOR THE FEE PERIOD
OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001


Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


| | | | |
|---|---|---|---|
| 10/01/01 | Telephone calls regarding meeting with Englehard. | | |
| | A. Marchetta | 0.5 hrs | 197.50 |
| 10/02/01 | Telephone calls regarding client meeting with Engelhard. | | |
| | A. Marchetta | 0.3 hrs | 118.50 |
| 10/02/01 | Telephone conversation with N. Alt regarding meeting with Engelhard; and prepare memo regarding call. | | |
| | S. Zuber | 0.2 hrs | 53.00 |
| 10/03/01 | Attention to competing plan issues, including several telephone conversations with J. Greenberg and preparation of several memos. | | |
| | S. Zuber | 0.8 hrs | 212.00 |
| 10/03/01 | Several telephone conversations with J. Greenberg, Engelhard's counsel; and several telephone conversations with J. Drake, each regarding competing plan issues. | | |
| | S. Zuber | 0.7 hrs | 185.50 |
| 10/04/01 | Follow up regarding plan issues with S. Zuber. | | |
| | A. Marchetta | 0.5 hrs | 197.50 |
| 10/05/01 | Telephone call with client and follow up with S. Zuber regarding Englehard meeting. | | |
| | A. Marchetta | 0.3 hrs | 118.50 |
| 10/05/01 | Research regarding full docket in WR Grace bankruptcy matter. | | |
| | E. Greenfield | 0.6 hrs | 51.00 |
| 10/08/01 | Further review and analysis of Engelhard offer. | | |
| | S. Zuber | 0.3 hrs | 79.50 |
| 10/08/01 | Research regarding dockets in Intercat and WR Grace bankruptcy matters. | | |
| | E. Greenfield | 0.5 hrs | 42.50 |

2

| | | | |
|---|---|---|---|
| 10/09/01 | Telephone call with client and follow up with S. Zuber regarding plan issues; follow up regarding information for meeting. | | |
| | A. Marchetta | 0.7 hrs | 276.50 |
| 10/09/01 | Review various fee applications. | | |
| | S. Zuber | 0.2 hrs | 53.00 |
| 10/09/01 | Several discussions with A. Marchetta regarding plans. | | |
| | S. Zuber | 0.4 hrs | 106.00 |
| 10/09/01 | Conference call with A. Marchetta, N. Alt, J. Rightmyer and G. Stokes regarding meeting with Engelhard. | | |
| | S. Zuber | 0.3 hrs | 79.50 |
| 10/09/01 | Several telephone conversations with J. Greenberg, counsel for Engelhard, regarding meeting and plan. | | |
| | S. Zuber | 0.3 hrs | 79.50 |
| 10/09/01 | Correspondence to N. Alt regarding possible meeting with Engelhard. | | |
| | S. Zuber | 0.3 hrs | 79.50 |
| 10/10/01 | Telephone calls and e-mails regarding meeting. | | |
| | A. Marchetta | 0.5 hrs | 197.50 |
| 10/10/01 | Several telephone conversations with J. Greenberg of Engelhard; discuss Engelhard bid with A. Marchetta; telephone conversation with N. Alt; and prepare correspondence to N. Alt and to J. Greenberg. | | |
| | S. Zuber | 0.7 hrs | 185.50 |
| 10/15/01 | Update case file and pleading boards. | | |
| | D. Florence | 1.5 hrs | 120.00 |
| 10/16/01 | Review recently filed adversary complaints seeking return of preferential transfers. | | |
| | S. Zuber | 0.3 hrs | 79.50 |
| 10/16/01 | Update case file and pleading boards. | | |
| | D. Florence | 2.8 hrs | 224.00 |
| 10/17/01 | Receipt of correspondence from J. Greenberg, counsel to Engelhard, and respond to J. Greenberg. | | |

3

|            | S. Zuber                                                                                                                                                                  | 0.2 hrs | 53.00    |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|----------|
| 10/22/01   | Meeting with S. Zuber regarding plan issues.                                                                                                                               |         |          |
|            | A. Marchetta                                                                                                                                                              | 0.4 hrs | 158.00   |
| 10/23/01   | Initial preparation for meeting with Engelhard.                                                                                                                            |         |          |
|            | S. Zuber                                                                                                                                                                  | 0.8 hrs | 212.00   |
| 10/23/01   | Work with S. Zuber regarding Englehard meeting and arrangements regarding same.                                                                                            |         |          |
|            | A. Marchetta                                                                                                                                                              | 0.9 hrs | 355.50   |
| 10/25/01   | Prepare for meeting with Englehard and follow up regarding release of Mobil claim.                                                                                         |         |          |
|            | A. Marchetta                                                                                                                                                              | 0.7 hrs | 276.50   |
| 10/26/01   | Prepare regarding Engelhard meeting; conference with S. Zuber regarding same.                                                                                              |         |          |
|            | A. Marchetta                                                                                                                                                              | 0.6 hrs | 237.00   |
| 10/29/01   | Prepare for meeting with client and Engelhard.                                                                                                                             |         |          |
|            | S. Zuber                                                                                                                                                                  | 2.1 hrs | 556.50   |
| 10/29/01   | Meeting with A. Marchetta, J. Rightmyer, N. Alt and G. Stokes, followed by meeting with same and E. Benton and J. Greenberg of Engelhard.                                  |         |          |
|            | S. Zuber                                                                                                                                                                  | 2.9 hrs | 768.50   |
| 10/29/01   | Receipt and review of Intercat-Savannah's motion to increase its credit limit with Summit Commercial.                                                                      |         |          |
|            | S. Zuber                                                                                                                                                                  | 0.2 hrs | 53.00    |
| 10/29/01   | Receipt and review of Intercat-Inc.'s motion to retain special regulatory counsel.                                                                                         |         |          |
|            | S. Zuber                                                                                                                                                                  | 0.2 hrs | 53.00    |
| 10/29/01   | Prepare correspondence to N. Alt regarding various motions filed by Intercat, Inc. and Intercat-Savannah, Inc., respectively.                                              |         |          |
|            | S. Zuber                                                                                                                                                                  | 0.2 hrs | 53.00    |
| 10/29/01   | Prepare for and attend meeting with clients and Englehard.                                                                                                                 |         |          |
|            | A. Marchetta                                                                                                                                                              | 5.0 hrs | 1,975.00 |
| 10/30/01   | Telephone conversation with R. Talisman regarding status of Chapter 11 and competing plan issues.                                                                          |         |          |

4

```
              S. Zuber                            0.4 hrs        106.00

10/30/01      Update case file, pleading boards and orders
              binder.
              D. Florence                         0.7 hrs         56.00
```

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 10.40 | 395.00 | 4,108.00 |
| S. Zuber | 11.50 | 265.00 | 3,047.50 |
| D. Florence | 5.00 | 80.00 | 400.00 |
| E. Greenfield | 1.10 | 85.00 | 93.50 |
| TOTALS | 28.00 | | 7,649.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 060897 Ambrosia Chocolate Facility

| 03/15/01 | Attend to call from B. Shannon, URS. | | |
| | B. Montag | 0.3 hrs | 88.50 |
| 03/27/01 | Call to B. Miller. Review report. | | |
| | B. Montag | 1.0 hrs | 295.00 |
| 03/28/01 | Review report from URS and attend to status. | | |
| | B. Montag | 1.0 hrs | 295.00 |
| 03/29/01 | Attend to report and call from B. Shannon. | | |
| | B. Montag | 0.8 hrs | 236.00 |
| 10/02/01 | Attend to URS CEA issues. | | |
| | W. Hatfield | 0.3 hrs | 67.50 |
| 10/03/01 | Attend to Final CEA report. | | |
| | W. Hatfield | 0.2 hrs | 45.00 |
| 10/04/01 | Prepare letter with CEA report to buyer's counsel. | | |
| | W. Hatfield | 0.4 hrs | 90.00 |
| 10/16/01 | Attend to B. Miller request on CEA. | | |
| | W. Hatfield | 0.2 hrs | 45.00 |
| 10/26/01 | Attend to case issues regarding CEA work. | | |
| | W. Hatfield | 0.3 hrs | 67.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| B. Montag | 3.10 | 295.00 | 914.50 |
| W. Hatfield | 1.40 | 225.00 | 315.00 |
| TOTALS | 4.50 | | 1,229.50 |

6

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| 03/06/01 | Telephone conference with Pierson and Ross regarding Sea Jet. | | |
|---|---|---|---|
| | L. Reilly | 0.3 hrs | 97.50 |

| 03/07/01 | Telephone conference with Ross & Pierson and review default letters. | | |
|---|---|---|---|
| | L. Reilly | 0.3 hrs | 97.50 |

| 03/23/01 | Telephone conference with clients. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs | 32.50 |

| 03/23/01 | Telephone conference with client regarding default and other related issues; follow up with L. Reilly regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 hrs | 197.50 |

| 03/24/01 | Review leases & subleases. | | |
|---|---|---|---|
| | L. Reilly | 0.3 hrs | 97.50 |

| 03/26/01 | Review documents and telephone conference with clients. | | |
|---|---|---|---|
| | L. Reilly | 0.6 hrs | 195.00 |

| 03/26/01 | Conference with client regarding lease issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 hrs | 197.50 |

| 03/27/01 | Draft and send termination letters to clients and telephone conference with clients. | | |
|---|---|---|---|
| | L. Reilly | 0.6 hrs | 195.00 |

| 04/02/01 | Review new default notices to subtenants. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs | 32.50 |

| 10/01/01 | Telephone conference with Ross regarding AMF. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs | 32.50 |

| 10/03/01 | Review e-mails & Gemini sublease.  Telephone conference with Finkelstein. | | |
|---|---|---|---|
| | L. Reilly | 0.3 hrs | 97.50 |

| 10/18/01 | Telephone conference with Pierson. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs | 32.50 |

10/22/01     Revise and send AMF lease amendment to Ross.
             L. Reilly                      0.5 hrs        162.50

10/23/01     Telephone call with client regarding tenant
             issues.
             A. Marchetta                   0.4 hrs        158.00

10/31/01     Telephone conference with Eller regarding Gemini.
             L. Reilly                      0.1 hrs         32.50


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.40 | 395.00 | 553.00 |
| L. Reilly | 3.40 | 325.00 | 1,105.00 |
| TOTALS | 4.80 | | 1,658.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

| 10/01/01 | Telephone call to Jeff Posner and conference with |
| | W. Green and J. regarding insurance issue. |
| | A. Marchetta | 0.4 hrs | 158.00 |

10/01/01   Telephone call to Jeff Posner and conference with
           W. Green and J. regarding insurance issue.
           A. Marchetta                0.4 hrs          158.00

10/01/01   Confer with A. Marchetta.
           J. Scordo                   0.2 hrs           52.00

10/01/01   Conferences with A. Marchetta, J. Scordo and J.
           Posner regarding claims to insurance proceeds.
           W. Green                    0.4 hrs           88.00

10/03/01   Conference with J. Scordo regarding handling of
           matter and issues regarding same.
           A. Marchetta                0.3 hrs          118.50

10/09/01   Follow up regarding correspondence from adversary
           and conference with J. Scordo regarding same.
           A. Marchetta                0.4 hrs          158.00

10/10/01   Conference with J. Scordo regarding handling.
           A. Marchetta                0.2 hrs           79.00

10/10/01   Phone call with J. Capp; review and assemble
           correspondence and fax to J. Capp.
           J. Scordo                   0.8 hrs          208.00

10/10/01   Attend to file information needed for further
           review and analysis of claim for insurance
           proceeds.
           W. Green                    0.2 hrs           44.00

10/22/01   Review insurance policy for coverage beyond real
           property.  Telephone conferences with J. Scordo
           and J. Baer, Grace's bankruptcy counsel, regarding
           Grace's position as to insurance proceeds.  Attend
           to sending policy to J. Baer.
           W. Green                    0.7 hrs          154.00

10/23/01   Follow up regarding issues.
           A. Marchetta                0.2 hrs           79.00

10/30/01   Phone J. Baer; phone G. Furst; review file for
           information needed; e-mail to A. Marchetta.

J. Scordo                          0.5 hrs          130.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 1.50 | 395.00 | 592.50 |
| J. Scordo | 1.50 | 260.00 | 390.00 |
| W. Green | 1.30 | 220.00 | 286.00 |
| TOTALS | 4.30 | | 1,268.50 |

10

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

10/01/01     Telephone call with USG counsel regarding 3rd
             Circuit papers and status.
             A. Marchetta                   0.3 hrs        118.50

10/15/01     Review issues regarding response to court.
             A. Marchetta                   0.5 hrs        197.50

10/16/01     Work on correspondence to Third Circuit.
             A. Marchetta                   0.4 hrs        158.00

10/26/01     Organized file and updated casefile database
             regarding recent Orders, correspondence and
             submissions to the 3rd Circuit Court of Appeals
             S. Parker                      2.4 hrs        192.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 1.20 | 395.00 | 474.00 |
| S. Parker | 2.40 | 80.00 | 192.00 |
| TOTALS | 3.60 | | 666.00 |

11

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

| | | | |
|---|---|---|---|
| 10/04/01 | Review correspondence to Handex. | | |
| | C. Donovan | 0.2 hrs. | 56.00 |

10/05/01    Review of e-mails. Review of file including
            original Administrative Consent Order.  Telephone
            conference with P. Bucens regarding issues
            relating to ACO and termination of remediation
            work.
            C. Donovan                      0.6 hrs.       168.00

10/10/01    Telephone conference with P. Bucens.
            C. Donovan                      0.3 hrs.        84.00

10/16/01    Review progress report.
            C. Donovan                      0.2 hrs.        56.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 1.30 | 280.00 | 364.00 |
| TOTALS | 1.30 | | 364.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062455 Channel Home Centers

10/08/01    Review Jerico, NY lease documents regarding former
            Channel Site.
            L. Reilly                      0.3 hrs.          97.50

10/09/01    Telephone conference with Finkelstein regarding
            Jericho.  Review lease amendments.
            L. Reilly                      0.4 hrs.         130.00

10/23/01    Review documents regarding Jericho with Marshalls.
            Telephone conference with Wynne.  Send sublease
            amendment to him.
            L. Reilly                      0.4 hrs.         130.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| L. Reilly  | 1.10  | 325.00 | 357.50 |
| TOTALS     | 1.10  |      | 357.50  |

13

Client: 082910 W.R. GRACE & CO.
Matter: 098102 Wappinger Falls


09/10/01     Telephone calls regarding new matter with client;
             follow up regarding same.
             A. Marchetta              0.5 hrs.        197.50

09/11/01     Telephone calls with client and follow up with S.
             Zuber regarding lease; obtain information
             regarding site.
             A. Marchetta              0.7 hrs.        276.50

09/11/01     Discuss background and status with A. Marchetta;
             receipt and review of various correspondence, and
             preliminary analysis of bankruptcy and lease
             issues.
             S. Zuber                  0.6 hrs.        159.00

09/12/01     Telephone calls with client and S. Zuber regarding
             non-disturbance issue.
             A. Marchetta              0.4 hrs.        158.00

09/12/01     Continued review and analysis of lease and
             bankruptcy issues; review back-up materials and
             law; discuss legal issues with A. Marchetta; and
             conference call with A. Marchetta, A. Nagy and V.
             Finkelstein.
             S. Zuber                  1.1 hrs.        291.50

09/12/01     Worked with A. Marchetta and D. Florence,
             conducted database searches and reviewed file
             documents in the Channel litigation  regarding
             identification and retrieval of Wappinger Falls
             lease and related documents.
             S. Parker                 4.2 hrs.        336.00

09/12/01     Review of Channel files for references to
             Wappinger Falls lease.
             D. Florence               2.2 hrs.        176.00

09/13/01     Telephone call with client regarding case.
             A. Marchetta              0.2 hrs.         79.00

09/14/01     Follow up with client regarding case and
             conference with S. Zuber regarding same.
             A. Marchetta              0.8 hrs.        316.00

                              14

| 09/14/01 | Discuss lease issues with A. Marchetta. | | |
|---|---|---|---|
| | S. Zuber | 0.3 hrs. | 79.50 |

| 09/17/01 | Review of Wappingers Falls Lease and Sublease agreements. | | |
|---|---|---|---|
| | S. Zuber | 1.2 hrs. | 318.00 |

| 09/19/01 | Meeting with clients regarding lease options. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 hrs. | 158.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.00 | 395.00 | 1,185.00 |
| S. Zuber | 3.20 | 265.00 | 848.00 |
| D. Florence | 2.20 | 80.00 | 176.00 |
| S. Parker | 4.20 | 80.00 | 336.00 |
| TOTALS | 12.60 | | 2,545.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

10/01/01    Conference regarding brief.
            A. Marchetta                 0.3 hrs.        118.50

10/01/01    Draft memo to B. Moffitt, K. Helmer and M. Bennett
            regarding plans and strategy to prepare brief.
            M. Waller                    0.1 hrs.         26.50

10/01/01    Reviewing outline and draft arguments for appeal
            brief and consider issues and confer with A.
            Marchetta regarding same.
            M. Waller                    0.6 hrs.        159.00

10/01/01    Working with J. Clark regarding motion to
            supplement record.
            M. Waller                    0.4 hrs.        106.00

10/01/01    Continued work on procedural history and argument.
            K. Helmer                    3.8 hrs.        950.00

10/01/01    Work with M. Waller regarding motion to supplement
            record; review e-mail from J. Clark regarding
            same.
            B. Moffitt                   0.2 hrs.         46.00

10/02/01    Follow up with B. Moffitt regarding schedule
            supplementing the record following 11/1 letter
            from CNA counsel.
            M. Waller                    0.5 hrs.        132.50

10/02/01    Work with K. Helmer regarding arguments on
            contractual/self-insurance issues and
            supplementing the record.
            M. Waller                    0.9 hrs.        238.50

10/02/01    Continued work on brief and confer with M. Waller
            regarding same.
            K. Helmer                    4.5 hrs.      1,125.00

10/02/01    Calls to Staff Counsel regarding motion to
            supplement the record.
            B. Moffitt                   0.2 hrs.         46.00

| 10/03/01 | Confer with B. Moffitt regarding procedural briefing. | | |
|---|---|---|---|
| | M. Waller | 0.2 hrs. | 53.00 |

| 10/03/01 | Discussing issues regarding motion to supplement with J. Clark. | | |
|---|---|---|---|
| | M. Waller | 0.3 hrs. | 79.50 |

| 10/03/01 | Working with M. Bennett and B. Moffitt regarding additions and revisions to Statement of the Case, procedural history, and arguments and reviewing and revising same. | | |
|---|---|---|---|
| | M. Waller | 0.9 hrs. | 238.50 |

| 10/03/01 | Research regarding retrospective premiums; work on statement of facts. | | |
|---|---|---|---|
| | K. Helmer | 2.0 hrs. | 500.00 |

| 10/03/01 | Telephone call to Staff Counsel regarding motion to supplement record and confer with M. Waller and J. Clark regarding same. | | |
|---|---|---|---|
| | B. Moffitt | 0.1 hrs. | 23.00 |

| 10/03/01 | Revise and Amend Appellate Brief. | | |
|---|---|---|---|
| | M. Bennett | 1.5 hrs. | 262.50 |

| 10/03/01 | Work with M. Waller and B. Moffitt regarding brief and 2nd Circuit requirements. | | |
|---|---|---|---|
| | M. Bennett | 0.5 hrs. | 87.50 |

| 10/03/01 | Work with M. Waller and M. Bennett regarding appellate brief. | | |
|---|---|---|---|
| | B. Moffitt | 0.6 hrs. | 138.00 |

| 10/04/01 | Review memo from M. Bennett regarding additions and revisions to appeal brief. | | |
|---|---|---|---|
| | M. Waller | 0.2 hrs. | 53.00 |

| 10/04/01 | Follow up regarding briefing; review regarding issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 hrs. | 118.50 |

| 10/04/01 | Calls with M. Bennett regarding same. | | |
|---|---|---|---|
| | K. Helmer | 0.5 hrs. | 125.00 |

| 10/04/01 | Work on statement of facts and revising brief point. | | |
|---|---|---|---|
| | K. Helmer | 4.8 hrs. | 1,200.00 |

| | | | |
|---|---|---|---|
| 10/04/01 | Continued preparation of brief section on choice of law; review case law regarding same. | | |
| | B. Moffitt | 1.3 hrs. | 299.00 |
| 10/04/01 | Shepardized case law in appellate brief. | | |
| | D. Buerrosse | 1.1 hrs. | 154.00 |
| 10/04/01 | Research draft and amend section 46 point of Appellate Brief; confer with B. Moffitt and A. Marchetta regarding same. | | |
| | M. Bennett | 2.0 hrs. | 350.00 |
| 10/05/01 | Review and revise appellate brief. | | |
| | K. Helmer | 3.5 hrs. | 875.00 |
| 10/06/01 | Continued work on brief. | | |
| | K. Helmer | 4.2 hrs. | 1,050.00 |
| 10/08/01 | E-mails and follow up regarding draft brief. | | |
| | A. Marchetta | 0.3 hrs. | 118.50 |
| 10/08/01 | Draft memorandum to A. Marchetta regarding status of brief and anticipated opposition by CNA to motion to enlarge the record. | | |
| | M. Waller | 0.2 hrs. | 53.00 |
| 10/08/01 | Reviewing and drafting additions and revisions to same. | | |
| | M. Waller | 1.7 hrs. | 450.50 |
| 10/08/01 | Meeting with K. Helmer and B. Moffitt regarding finalizing draft of appellate brief. | | |
| | M. Waller | 1.8 hrs. | 477.00 |
| 10/08/01 | Work with K. Helmer regarding revisions to appellate brief. | | |
| | M. Waller | 0.3 hrs. | 79.50 |
| 10/08/01 | Discuss changes to section 46 issue with M. Bennett. | | |
| | M. Waller | 0.3 hrs. | 79.50 |
| 10/08/01 | Memo to M. Waller and B. Moffitt regarding recent decision. | | |
| | K. Helmer | 0.6 hrs. | 150.00 |

| | | | |
|---|---|---|---|
| 10/08/01 | Continued work on brief and confer with M. Waller regarding brief; update research on choice of law. | | |
| | K. Helmer | 2.0 hrs. | 500.00 |
| 10/08/01 | Reviewed citations in appellate brief. | | |
| | D. Buerrosse | 1.9 hrs. | 266.00 |
| 10/08/01 | Confer with K. Helmer regarding brief. | | |
| | B. Moffitt | 1.0 hrs. | 230.00 |
| 10/08/01 | Work with M. Waller and K. Helmer regarding additional inserts needed for brief, including section detailing the actual conflicts between the laws of the various states. | | |
| | B. Moffitt | 0.8 hrs. | 184.00 |
| 10/09/01 | Follow up with A. Marchetta regarding status of briefing. | | |
| | M. Waller | 0.1 hrs. | 26.50 |
| 10/09/01 | Drafting additions and revisions to appellate brief. | | |
| | M. Waller | 2.1 hrs. | 556.50 |
| 10/09/01 | Reviewing choice of law research regarding application of pollution exclusion by state and draft memo to B. Moffitt regarding same. | | |
| | M. Waller | 0.7 hrs. | 185.50 |
| 10/09/01 | Review recent New York Appellate Division opinion regarding choice of law. | | |
| | M. Waller | 0.3 hrs. | 79.50 |
| 10/09/01 | Confer with K. Helmer regarding additions and revisions to draft brief. | | |
| | M. Waller | 0.5 hrs. | 132.50 |
| 10/10/01 | Review affidavit of DeCristafaro; work with staff regarding same. | | |
| | A. Marchetta | 0.5 hrs. | 197.50 |
| 10/10/01 | Reviewing draft brief and drafting revisions and comments to same. | | |
| | M. Waller | 0.7 hrs. | 185.50 |
| 10/10/01 | Working with B. Moffitt regarding choice of law appellate argument. | | |
| | M. Waller | 1.0 hrs. | 265.00 |

| | | | |
|---|---|---|---|
| 10/10/01 | Confer with J. Clark regarding reply brief. | | |
| | M. Waller | 0.4 hrs. | 106.00 |
| 10/10/01 | Draft memo to and follow up with A. Marchetta regarding same. | | |
| | M. Waller | 0.3 hrs. | 79.50 |
| 10/10/01 | Review and analyze CNA opposition to motion to supplement record. | | |
| | M. Waller | 0.5 hrs. | 132.50 |
| 10/10/01 | Review and revise brief; research regarding choice of law | | |
| | K. Helmer | 3.7 hrs. | 925.00 |
| 10/10/01 | Work with M. Waller and A. Marchetta concerning reply and analyzing opposition. | | |
| | J. Clark | 1.6 hrs. | 336.00 |
| 10/10/01 | Work with M. Waller regarding same. | | |
| | B. Moffitt | 1.1 hrs. | 253.00 |
| 10/10/01 | Preparation of brief insert regarding nature of conflict of laws of the various jurisdictions. | | |
| | B. Moffitt | 3.6 hrs. | 828.00 |
| 10/11/01 | Work with M. Waller regarding issues for appeal; review DeCristafaro motion. | | |
| | A. Marchetta | 0.5 hrs. | 197.50 |
| 10/11/01 | Review revisions to draft brief and prepare comments to same; discuss same with A. Marchetta. | | |
| | M. Waller | 0.9 hrs. | 238.50 |
| 10/11/01 | Revise brief; memo to M. Waller and B. Moffitt regarding same. | | |
| | K. Helmer | 3.9 hrs. | 975.00 |
| 10/11/01 | Review cases cited in opposition brief and reviewed materials submitted to court. | | |
| | J. Clark | 1.9 hrs. | 399.00 |
| 10/11/01 | Confer with K. Helmer regarding brief. | | |
| | B. Moffitt | 0.1 hrs. | 23.00 |
| 10/11/01 | Began drafting reply. | | |
| | J. Clark | 3.4 hrs. | 714.00 |

10/12/01   Review information regarding draft brief and
           follow up regarding filings on motions.
           A. Marchetta              0.6 hrs.      237.00

10/12/01   Research regarding retrospective premiums.
           K. Helmer                 2.3 hrs.      575.00

10/12/01   Continue preparation of brief insert regarding
           nature of conflict of laws of the various
           jurisdictions.
           B. Moffitt                3.1 hrs.      713.00

10/14/01   Drafting additions and revisions to reply brief in
           support of motion to supplement record on appeal.
           Conferring with J. Clark regarding same.
           M. Waller                 1.8 hrs.      477.00

10/14/01   Reviewed changes to brief.
           J. Clark                  0.7 hrs.      147.00

10/15/01   Working with K. Helmer to finalize appeal brief.
           M. Waller                 0.7 hrs.      185.50

10/15/01   Drafting additions and revisions and memo to J.
           Clark regarding same.
           M. Waller                 2.0 hrs.      530.00

10/15/01   Review revised reply brief to supplement the
           record; Discussing additions and revisions to same
           with J. Clark.
           M. Waller                 0.9 hrs.      238.50

10/15/01   Meeting with M. Waller regarding brief on appeal;
           review insert for choice of law argument' revise
           brief.
           K. Helmer                 3.1 hrs.      775.00

10/15/01   Revised reply brief and discuss same with M.
           Waller; researched filing requirements under FRCP
           5(e).
           J. Clark                  2.1 hrs.      441.00

10/15/01   Work with M. Waller and continue drafting insert
           for choice of law point regarding examples of
           actual conflicts between the laws of the various
           states.
           B. Moffitt                1.3 hrs.      299.00

21

10/16/01     Review motion brief; confer with M. Waller
             regarding same.
             A. Marchetta                0.8 hrs.        316.00

10/16/01     Confer with A. Marchetta and J. Clark regarding
             finalizing brief and supplementing record.
             M. Waller                   0.2 hrs.         53.00

10/16/01     Working with B. Moffitt regarding choice of law
             issues - law applicable in each state.
             M. Waller                   0.8 hrs.        212.00

10/16/01     Continued work on brief.
             K. Helmer                   2.6 hrs.        650.00

10/16/01     Finalized and filed reply brief.
             J. Clark                    1.9 hrs.        399.00

10/16/01     Work with M. Waller and D. Buerrosse regarding
             additional researching for recent case law.
             B. Moffitt                  0.3 hrs.         69.00

10/16/01     Discussion with M. Waller concerning reply.
             J. Clark                    0.2 hrs.         42.00

10/17/01     Reviewing appeal brief and preparing additions to
             same.
             M. Waller                   2.0 hrs.        530.00

10/17/01     Work with B. Moffitt regarding updating case law
             in brief and recent cases regarding choice of law.
             M. Waller                   0.6 hrs.        159.00

10/17/01     Revise choice of law argument.
             K. Helmer                   3.8 hrs.        950.00

10/17/01     Review case law assembled by D. Buerrosse
             regarding potential inclusion on appellate brief;
             confer with M. Waller regarding same.
             B. Moffitt                  5.6 hrs.      1,288.00

10/18/01     Reviewing and revising appellate brief.
             M. Waller                   1.3 hrs.        344.50

10/18/01     Work with K. Helmer regarding revisions to choice
             of law and Section 46 arguments.
             M. Waller                   0.8 hrs.        212.00

| 10/18/01 | Meeting with M. Waller regarding brief and continued work on revising choice of law argument. | | |
|---|---|---|---|
| | K. Helmer | 2.8 hrs. | 700.00 |

| 10/18/01 | Updating New York law on choice of law in contract cases and draft memo to B. Moffitt. | | |
|---|---|---|---|
| | D. Buerrosse | 5.3 hrs. | 742.00 |

| 10/19/01 | Confer and follow up with B. Moffitt regarding return date of motion to supplement and scheduling of oral argument (if any). | | |
|---|---|---|---|
| | M. Waller | 0.2 hrs. | 53.00 |

| 10/19/01 | Conferring with K. Helmer regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.3 hrs. | 79.50 |

| 10/19/01 | Drafting additions and revisions to appellate brief. | | |
|---|---|---|---|
| | M. Waller | 4.0 hrs. | 1,060.00 |

| 10/19/01 | Review recent decision on sudden and accidental pollution exclusion. | | |
|---|---|---|---|
| | K. Helmer | 0.4 hrs. | 100.00 |

| 10/19/01 | Memo to M. Waller regarding same. | | |
|---|---|---|---|
| | K. Helmer | 0.7 hrs. | 175.00 |

| 10/19/01 | Continued work on appellate brief. | | |
|---|---|---|---|
| | K. Helmer | 0.7 hrs. | 175.00 |

| 10/19/01 | Telephone calls to Second Circuit regarding status of motion to supplement the record. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 hrs. | 46.00 |

| 10/19/01 | Work with M. Waller and K. Helmer regarding additional case law. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 hrs. | 46.00 |

| 10/20/01 | Continued work on brief. | | |
|---|---|---|---|
| | K. Helmer | 2.5 hrs. | 625.00 |

| 10/21/01 | Draft memo to K. Helmer regarding additional policy provisions applicable to choice of law argument. | | |
|---|---|---|---|
| | M. Waller | 0.2 hrs. | 53.00 |