10/21/01     Reviewing policies and drafting additions and
             revisions to appellate brief points including
             Section 46 and choice of law.
             M. Waller                    3.2 hrs.        848.00

10/22/01     Work with M. Waller regarding brief issues.
             A. Marchetta                 0.2 hrs.         79.00

10/22/01     Drafting additions and revisions to brief points
             and work with B. Moffitt regarding same.  Confer
             with M. Bennett and A. Marchetta regarding
             revisions to same.
             M. Waller                    6.4 hrs.      1,696.00

10/22/01     Memo to M. Waller regarding revisions to choice of
             law argument; research and work on insert
             regarding same.
             K. Helmer                    3.8 hrs.        950.00

10/22/01     Confer with M. Waller regarding Appellate Brief;
             amendments and additions.
             M. Bennett                   0.3 hrs.         52.50

10/22/01     Revise and amend appellate brief.
             M. Bennett                   3.2 hrs.        560.00

10/22/01     Confer with M. Waller and review prior choice of
             law briefing and supporting affidavits regarding
             whether specific policy language was referenced in
             prior briefing.
             B. Moffitt                   2.6 hrs.        598.00

10/23/01     Follow up with M. Waller regarding brief and Rule
             46 issue.
             A. Marchetta                 0.6 hrs.        237.00

10/23/01     Attending to issues regarding motion for leave to
             file oversize brief with J. Clark and research and
             preparation of procedural histories and statements
             of fact for use in same.
             M. Waller                    0.7 hrs.        185.50

10/23/01     Confer with A. Marchetta regarding status of
             briefing.
             M. Waller                    0.6 hrs.        159.00

10/23/01    Working with M. Bennett regarding Section 46
            argument, research regarding risk of changing law,
            and drafting additions and revisions to appellate
            argument; drafting preliminary statement, and
            additions and revisions to entire brief.
            M. Waller                  2.6 hrs.        689.00

10/23/01    Edit choice of law argument.
            K. Helmer                  3.2 hrs.        800.00

10/23/01    Revise and amend appellate brief/section 46
            including review legislative history and review
            holding in Hatco for precedent value.
            M. Bennett                 2.4 hrs.        420.00

10/23/01    Drafted motion to file overlength brief.
            J. Clark                   2.1 hrs.        441.00

10/24/01    Work with M. Waller and staff regarding brief.
            A. Marchetta               0.8 hrs.        316.00

10/24/01    Working with M. Bennett and A. Marchetta regarding
            section 46 arguments (statutory interpretation,
            illegality of contract) and drafting additions and
            revisions to Section 46 arguments.
            M. Waller                  3.4 hrs.        901.00

10/24/01    Draft memo to K. Helmer regarding same.
            M. Waller                  0.2 hrs.         53.00

10/24/01    Drafting additions and revisions to appellate
            points regarding choice of law and 1990 settlement
            agreement.
            M. Waller                  3.9 hrs.      1,033.50

10/24/01    Review case law regarding effect of repeal of
            statute on the legality of contract.
            M. Bennett                 0.8 hrs.        140.00

10/24/01    Confer with M. Waller and revise and amend
            appellate brief.
            M. Bennett                 0.8 hrs.        140.00

10/24/01    Revise and amend Section 46 appellate argument.
            M. Bennett                 1.5 hrs.        262.50

| | | | |
|---|---|---|---|
| 10/25/01 | Confer with K. Helmer regarding status of revisions to self-insurance and 1990 settlement agreement issues. | | |
| | M. Waller | 0.2 hrs. | 53.00 |
| 10/25/01 | Working with M. Bennett and B. Moffitt regarding same. | | |
| | M. Waller | 1.5 hrs. | 397.50 |
| 10/25/01 | Reviewing and commenting on brief in connection with finalizing same. | | |
| | M. Waller | 3.6 hrs. | 954.00 |
| 10/25/01 | Work with M. Waller and M. Bennett regarding remaining tasks necessary to finalize appellate brief. | | |
| | B. Moffitt | 1.3 hrs. | 299.00 |
| 10/25/01 | Review draft of Appellate brief re: proposed edits. | | |
| | B. Moffitt | 1.7 hrs. | 391.00 |
| 10/25/01 | Prepare brief inserts emphasizing that formation of policies occurred outside of New York. | | |
| | B. Moffitt | 1.2 hrs. | 276.00 |
| 10/25/01 | Confer with M. Waller and B. Moffitt regarding finalization of appellate brief. | | |
| | M. Bennett | 1.0 hrs. | 175.00 |
| 10/25/01 | Appellate brief; citations to record. | | |
| | M. Bennett | 2.2 hrs. | 385.00 |
| 10/25/01 | Reviewed appellate brief for proper citation form. | | |
| | D. Buerrosse | 2.1 hrs. | 294.00 |
| 10/26/01 | Research regarding sudden and accidental pollution exclusion and former NY Ins. Law section 46 and call with M. Waller and B. Moffitt regarding revisions to brief. | | |
| | K. Helmer | 4.6 hrs. | 1,150.00 |
| 10/26/01 | Work with M. Bennett regarding incorporating various revisions to brief. | | |
| | B. Moffitt | 1.1 hrs. | 253.00 |

10/26/01    Telephone call with M. Waller and K. Helmer
            regarding brief; review draft motion to file
            oversize brief; preparation of fax to M. Waller
            regarding same.
            B. Moffitt                    0.8 hrs.        184.00

10/26/01    Reviewed appellate brief for proper citation form.
            D. Buerrosse                  3.2 hrs.        448.00

10/29/01    Work on brief and motion issues with M. Waller.
            A. Marchetta                  0.8 hrs.        316.00

10/29/01    Follow up with J. Clark regarding issues raised
            and law in support of motion to correct or modify
            record.
            M. Waller                     0.3 hrs.         79.50

10/29/01    Drafting letter to Second Circuit Staff Counsel
            regarding re-submission of motion regarding record
            to District Court and revising briefing schedule
            accordingly.
            M. Waller                     0.6 hrs.        159.00

10/29/01    Working with K. Helmer regarding additional
            briefing issues.
            M. Waller                     0.4 hrs.        106.00

10/29/01    Telephone conference with CNA counsel regarding
            re-submission of motion to District Court.
            M. Waller                     0.4 hrs.        106.00

10/29/01    Conferring  with A. Marchetta regarding status of
            motion to file over length brief and draft brief.
            M. Waller                     0.3 hrs.         79.50

10/29/01    Telephone conference with Second Circuit Staff
            Counsel regarding disposition of Grace's motion to
            Correct or Modify the record.
            M. Waller                     0.5 hrs.        132.50

10/29/01    Drafting additions and revisions to appellate
            brief.
            M. Waller                     1.5 hrs.        397.50

10/29/01    Meeting with K. Helmer and B. Moffitt to finalize
            brief and working with K. Helmer regarding
            revising Section 46 (statutory construction)
            argument.

27

|  | M. Waller | 0.7 hrs. | 185.50 |

10/29/01   Working with J. Clark regarding revising motion
           and certification in support of application to
           file over length brief.
           M. Waller                    0.3 hrs.       79.50

10/29/01   Review Motion and certification in support of
           application to file over-length brief.
           M. Waller                    0.3 hrs.       79.50

10/29/01   Confer with A. Marchetta regarding denial of
           motion regarding record.
           M. Waller                    0.3 hrs.       79.50

10/29/01   Calls with B. Moffitt regarding cite checking.
           K. Helmer                    0.2 hrs.       50.00

10/29/01   Work with M. Waller and B. Moffitt regarding
           revisions to brief.
           K. Helmer                    0.5 hrs.      125.00

10/29/01   Research in connection with NY Ins. Law Section 46
           Argument.
           K. Helmer                    1.5 hrs.      375.00

10/29/01   Meeting with M. Waller regarding motion to
           supplement record on appeal.
           K. Helmer                    0.3 hrs.       75.00

10/29/01   Review and revise brief.
           K. Helmer                    2.0 hrs.      500.00

10/29/01   Conference with M. Waller concerning motion to
           modify record and Second Circuit's decision to
           have district court hear motion; researched court
           rules concerning supplementation of record.
           J. Clark                     0.8 hrs.      168.00

10/29/01   Telephone call to Staff Counsel re: status of
           motion to supplement record and work with M.
           Waller regarding same.
           B. Moffitt                   0.2 hrs.       46.00

10/29/01   Work with M. Waller and J. Clark regarding facts
           supporting motion for over length brief; work with
           K. Helmer regarding choice of law section of
           brief.

|          | B. Moffitt | 1.3 hrs. | 299.00 |

| 10/29/01 | Revise brief. | | |
|          | B. Moffitt | 1.1 hrs. | 253.00 |

| 10/29/01 | Work with M. Waller and K. Helmer regarding revisions to appellate brief. | | |
|          | B. Moffitt | 1.0 hrs. | 230.00 |

| 10/30/01 | Conference with M. Waller regarding order from Second Circuit and motion. | | |
|          | A. Marchetta | 0.4 hrs. | 158.00 |

| 10/30/01 | Finalize letter to S. Bass. | | |
|          | M. Waller | 0.3 hrs. | 79.50 |

| 10/30/01 | Meeting with B. Moffitt and J. Clark regarding same and authority of Circuit Court to refer matters to District Court and procedures to bring motion before District Court. | | |
|          | M. Waller | 0.4 hrs. | 106.00 |

| 10/30/01 | Telephone conferences with CNA counsel regarding submission of motion to correct or modify to District Court. | | |
|          | M. Waller | 0.7 hrs. | 185.50 |

| 10/30/01 | Finalize letter to Second Circuit Staff Counsel (S. Bass) with A. Marchetta and prepare transmittal letter to CNA counsel regarding draft of same. | | |
|          | M. Waller | 0.7 hrs. | 185.50 |

| 10/30/01 | Conference with M. Waller and B. Moffitt concerning filing of motion with district court. | | |
|          | J. Clark | 0.5 hrs. | 105.00 |

| 10/30/01 | Work with M. Waller regarding motion to supplement record and preparation of correspondence to staff counsel regarding decision on motion and adjusted briefing schedule; telephone calls with defendants counsel regarding same. | | |
|          | B. Moffitt | 0.9 hrs. | 207.00 |

| 10/31/01 | Revising section 46 argument. | | |
|          | K. Helmer | 2.5 hrs. | 625.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.10 | 395.00 | 2,409.50 |
| M. Waller | 65.70 | 265.00 | 17,410.50 |
| K. Helmer | 71.00 | 250.00 | 17,750.00 |
| M. Bennett | 16.20 | 175.00 | 2,835.00 |
| D. Buerrosse | 13.60 | 140.00 | 1,904.00 |
| J. Clark | 15.20 | 210:00 | 3,192.00 |
| B. Moffitt | 32.90 | 230.00 | 7,567.00 |
| TOTALS | 220.70 | | 53,068.00 |

**TIME REPORTS FOR THE FEE PERIOD**
**NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001**

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases


| 11/02/01 | Sent executed AMF sublease amendment to Finkelstein for execution. | | |
|---|---|---|---|
| | L. Reilly | 0.1 hrs. | 32.50 |
| 11/06/01 | Sent fully signed AMF lease amendment to Ross. | | |
| | L. Reilly | 0.1 hrs. | 32.50 |
| 11/19/01 | Telephone conference with clients. | | |
| | L. Reilly | 0.1 hrs. | 32.50 |
| 11/20/01 | Drafted termination agreement for Gemini. Telephone conference with Nagy & Pierson. | | |
| | L. Reilly | 0.4 hrs. | 130.00 |
| 11/21/01 | Reviewed and revised Gemini agreement & note. Telephone conference with Pierson. | | |
| | L. Reilly | 0.6 hrs. | 195.00 |
| 11/26/01 | Revised and transmitted Gemini agreements to clients. | | |
| | L. Reilly | 0.3 hrs. | 97.50 |
| 11/27/01 | Telephone Conference with Finkelstein & Pierson. Sent termination agreement to Gemini. | | |
| | L. Reilly | 0.5 hrs. | 162.50 |
| 11/30/01 | Emailed clients in regards to this matter. | | |
| | L. Reilly | 0.1 hrs. | 32.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 2.20 | 325.00 | 715.00 |
| TOTALS | 2.20 | | 715.00 |

31

Client: 082910 W.R. GRACE & CO.
Matter: 075663 Clementon Environmental


| 10/01/01 | Faxed Big Lots estoppel to all parties. | | |
| | L. Reilly | 0.1 hrs. | 32.50 |

10/02/01    Sent Big Lots estoppel for Clementon to
            Finkelstein.
            L. Reilly                    0.1 hrs.        32.50

10/03/01    Telephone conference with Finkelstein.  Calculated
            adjustments for Clementon closing.
            L. Reilly                    0.3 hrs.        97.50

10/05/01    Telephone conference with Pierson.  Drafted
            closing statement for Clementon.
            L. Reilly                    0.6 hrs.       195.00

10/08/01    Revised Clementon closing statement.
            L. Reilly                    0.1 hrs.        32.50

10/09/01    Telephone conference with Heller & Finkelstein.
            Revised and sent draft closing statement to Heller
            & Finkelstein for Clementon.
            L. Reilly                    0.6 hrs.       195.00

10/11/01    Telephone conference with clients regarding
            Monday's closing for Clementon.
            L. Reilly                    0.5 hrs.       162.50

10/15/01    Attended Clementon closing in New York City.
            L. Reilly                    5.0 hrs.     1,625.00

10/16/01    Recorded Clementon lease assignments.
            L. Reilly                    0.2 hrs.        65.00

10/22/01    Emailed Finkelstein regarding Clementon.
            L. Reilly                    0.1 hrs.        32.50

11/19/01    Telephone conference with client, S. Zuber and L.
            Reilly regarding Gemini cancellation of lease.
            Reviewed file.
            A. Marchetta                 0.7 hrs.       276.50

11/20/01    Followed up with L. Reilly regarding handling.
            A. Marchetta                 0.2 hrs.        79.00

| 11/21/01 | Reviewed Clementon file for recording information on leases. | | |
| | L. Reilly | 0.4 hrs. | 130.00 |
| 11/26/01 | Reviewed recording information on Clementon leases. | | |
| | L. Reilly | 0.2 hrs. | 65.00 |
| 11/27/01 | Telephone conference with Finkelstein regarding Clementon. | | |
| | L. Reilly | 0.1 hrs. | 32.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 395.00 | 355.50 |
| L. Reilly | 8.30 | 325.00 | 2,697.50 |
| TOTALS | 9.20 | | 3,053.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


| 11/01/01 | Reviewed plan with S. Zuber.  Forwarded same to client. | | |
| | A. Marchetta | 0.7 hrs. | 276.50 |

11/01/01    Telephone conference with I. Greene regarding
            Intercat's Disclosure Statement and projections,
            and confirmation process issues.
            S. Zuber                   0.3 hrs.         79.50

11/01/01    Prepared memo regarding Disclosure Statement
            issues.
            S. Zuber                   0.3 hrs.         79.50

11/01/01    Telephone conference with D. Adams regarding
            Disclosure Statement.
            S. Zuber                   0.2 hrs.         53.00

11/01/01    Met with A. Marchetta regarding Debtor's
            Disclosure Statement and Plan and bankruptcy
            process going forward.
            S. Zuber                   0.5 hrs.        132.50

11/01/01    Revised September 2001 Fee Application per
            attorney instructions.
            D. Jenkins                 2.3 hrs.        184.00

11/02/01    Received, reviewed and analyzed Debtor's
            Disclosure Statement, including further review and
            analysis of Plan and analysis of projections.
            S. Zuber                   3.9 hrs.      1,033.50

11/02/01    Telephone conference and sent email correspondence
            to P. Cuniff regarding upcoming hearing date;
            Convert documents comprising September 2001 Fee
            Application and Exhibits to pdf format and forward
            to local counsel for electronic filing and service
            D. Jenkins                 1.4 hrs.        112.00

11/02/01    Updated the case file.
            D. Florence                0.5 hrs.         40.00

11/03/01    Reviewed information regarding Debtor's plan.
            A. Marchetta               0.5 hrs.        197.50

11/05/01    Continued review and analysis of competing plan
            issues.
            S. Zuber                          0.5 hrs.        132.50

11/05/01    Reviewed various fee statements filed by Debtor's
            and Trustee's professionals.
            S. Zuber                          0.3 hrs.         79.50

11/06/01    Conference with S. Zuber regarding telephone call
            with Engelhard; followed up regarding issues on
            Debtor's plan.
            A. Marchetta                      0.5 hrs.        197.50

11/06/01    Telephone conference with J. Greenberg regarding
            negotiations with Engelhard.
            S. Zuber                          0.2 hrs.         53.00

11/07/01    Worked with Scott Zuber regarding plan issues;
            telephone conference with client regarding same;
            reviewed information regarding Intercat-Savannah,
            Inc. case.
            A. Marchetta                      1.1 hrs.        434.50

11/07/01    Met with A. Marchetta to discuss competing plan
            issues and Debtor's Disclosure Statement.
            S. Zuber                          0.5 hrs.        132.50

11/07/01    Continued review and analysis of Debtor's Plan and
            Disclosure Statement.
            S. Zuber                          0.8 hrs.        212.00

11/07/01    Telephone conference with A. Marchetta and N. Alt
            regarding competing plans and strategy.
            S. Zuber                          0.4 hrs.        106.00

11/07/01    Legal research regarding whether Debtor can
            cramdown 100% plan, with interest if equity to
            retain interests.
            S. Zuber                          0.9 hrs.        238.50

11/07/01    Telephone conference with I. Greene regarding
            Debtor's Plan and Disclosure Statement.
            S. Zuber                          0.3 hrs.         79.50

11/07/01    Prepared memo regarding Disclosure Statement.
            S. Zuber                          0.3 hrs.         79.50

| | | | |
|---|---|---|---|
| 11/07/01 | Telephone conference with J. Greenberg regarding Engelhard offer. | | |
| | S. Zuber | 0.2 hrs. | 53.00 |
| 11/07/01 | Reviewed and analyzed Intercat-Savannah's Disclosure Statement and Plan. | | |
| | S. Zuber | 1.7 hrs. | 450.50 |
| 11/07/01 | Sent correspondence to N. Alt regarding Intercat-Savannah's Plan and Disclosure Statement. | | |
| | S. Zuber | 0.3 hrs. | 79.50 |
| 11/07/01 | Reviewed attorney files for pleadings to add to the main file. | | |
| | D. Florence | 1.2 hrs. | 96.00 |
| 11/08/01 | Follow-up regarding client communications regarding response to Engelhard and Debtor. | | |
| | A. Marchetta | 0.6 hrs. | 237.00 |
| 11/08/01 | Updated correspondence file and pleading boards. Forward requested documents to A. Chan. | | |
| | D. Florence | 2.2 hrs. | 176.00 |
| 11/09/01 | Reviewed memo from client and work with S. Zuber regarding response to same.  Follow up regarding information on claims. | | |
| | A. Marchetta | 0.5 hrs. | 197.50 |
| 11/09/01 | Received and reviewed J. H. Cohn's September fee application. | | |
| | S. Zuber | 0.2 hrs. | 53.00 |
| 11/09/01 | Telephone  conference with D. Adams regarding competing plan matters. | | |
| | S. Zuber | 0.2 hrs. | 53.00 |
| 11/10/01 | Receipt, review and analysis of various legal questions from N. Alt, and prepared outline of responses, including review of Engelhard liquidation analysis, asset purchase agreement and Grace's remedies in the event of default under confirmed plan. | | |
| | S. Zuber | 2.6 hrs. | 689.00 |
| 11/10/01 | E-mails regarding plan issues. | | |
| | A. Marchetta | 0.3 hrs. | 118.50 |

| 11/11/01 | Legal research regarding Debtor's ability to random plan on unsecured creditors. | | |
|---|---|---|---|
| | J. Testa | 3.0 hrs. | 555.00 |

| 11/12/01 | Discussed competing plan issues and analysis with A. Marchetta. | | |
|---|---|---|---|
| | S. Zuber | 0.7 hrs. | 185.50 |

| 11/12/01 | Prepared letter to N. Alt addressing numerous issues related to competing plan analysis, including continued review of competing plans. | | |
|---|---|---|---|
| | S. Zuber | 2.7 hrs. | 715.50 |

| 11/12/01 | Continued review and analysis of Debtor's ability to cramdown plan on unsecured creditors. | | |
|---|---|---|---|
| | S. Zuber | 1.3 hrs. | 344.50 |

| 11/12/01 | Telephone conference with A. Marchetta and N. Alt regarding competing plan issues. | | |
|---|---|---|---|
| | S. Zuber | 0.5 hrs. | 132.50 |

| 11/12/01 | Telephone conference with M. Clark regarding Trustee's analysis of Engelhard bid.  Prepared correspondence to M. Clark regarding same. | | |
|---|---|---|---|
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/12/01 | Worked with S. Zuber regarding plan issues. Reviewed memo and telephone conference with client regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 1.5 hrs. | 592.50 |

| 11/13/01 | Further review and analysis of Trustee's and Debtor's financials and liquidation analyses. Telephone conference with M. Clark regarding competing analyses. | | |
|---|---|---|---|
| | S. Zuber | 0.8 hrs. | 212.00 |

| 11/13/01 | Conference call with A. Marchetta and N. Alt regarding competing plans. | | |
|---|---|---|---|
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/13/01 | Met with A. Marchetta, including call to J. Greenberg regarding competing plans and possible enhancement to Engelhard offer. | | |
|---|---|---|---|
| | S. Zuber | 0.4 hrs. | 106.00 |

| 11/13/01 | Further analysis of cramdown issues. | | |
|---|---|---|---|
| | S. Zuber | 0.8 hrs. | 212.00 |

| 11/13/01 | Telephone conference with client and S. Zuber. Follow up with S. Zuber regarding plan issues. Telephone calls regarding Engelhard plan. Conference regarding "cram down" issue.  Telephone conference with Engelhard attorney. | | |
| | A. Marchetta | 1.3 hrs. | 513.50 |

| 11/14/01 | Discussed Engelhard offer with A. Marchetta. | | |
| | S. Zuber | 0.2 hrs. | 53.00 |

| 11/14/01 | Receipt and preliminary review of Grace's comments to Engelhard asset purchase agreement. | | |
| | S. Zuber | 0.3 hrs. | 79.50 |

| 11/14/01 | Telephone conference with client regarding status. Follow up regarding form of purchase agreement issues.  Prepared client memo regarding same. | | |
| | A. Marchetta | 0.7 hrs. | 276.50 |

| 11/14/01 | Continued review and analysis of cram down issues. | | |
| | J. Testa | 5.5 hrs. | 1,017.50 |

| 11/17/01 | Follow up regarding Plan. | | |
| | A. Marchetta | 0.4 hrs. | 158.00 |

| 11/19/01 | Met with A. Marchetta regarding competing plan issues. | | |
| | S. Zuber | 0.4 hrs. | 106.00 |

| 11/19/01 | Conference call with A. Marchetta and N. Alt regarding plan status and strategy. | | |
| | S. Zuber | 0.5 hrs. | 132.50 |

| 11/19/01 | Telephone conferences with debtor regarding requested meeting regarding plan and motion. Telephone conference with client and S. Zuber regarding same.  Follow up regarding same. | | |
| | A. Marchetta | 1.4 hrs. | 553.00 |

| 11/20/01 | Conference call with A. Marchetta, J. Rightmyer, N. Alt and G. Stokes to discuss competing plan issues and strategy. | | |
| | S. Zuber | 0.4 hrs. | 106.00 |

| 11/20/01 | Met with A. Marchetta regarding competing plans. | | |
| | S. Zuber | 0.3 hrs. | 79.50 |

11/20/01   Conference call with A. Marchetta and I. Greene
           regarding Intercat's plan and meeting between
           Grace and Intercat.
           S. Zuber                    0.2 hrs.        53.00

11/20/01   Several telephone conferences with R. Talisman
           regarding Mobil's position regarding competing
           plans.  Prepared correspondence to N. Alt
           regarding meeting with Mobil.
           S. Zuber                    0.3 hrs.        79.50

11/20/01   Discussed Mobil meeting with A. Marchetta.
           Telephone conference with N. Alt.  Second
           telephone conference with R. Talisman regarding
           meeting between Grace and Mobil.
           S. Zuber                    0.3 hrs.        79.50

11/20/01   Telephone conference with client regarding plan
           issues.  Follow up regarding same with debtor
           counsel and S. Zuber; Worked on issues regarding
           meeting.
           A. Marchetta                1.5 hrs.       592.50

11/21/01   Receipt and review of revised, draft agreement
           between Trustee and Bartholic.  Prepared various
           correspondence regarding agreement.
           S. Zuber                    0.5 hrs.       132.50

11/21/01   Telephone conferences regarding client meeting and
           issues regarding debtor.
           A. Marchetta                0.7 hrs.       276.50

11/23/01   Follow up regarding plan issues for client meeting
           and with S. Zuber regarding Engelhard offer.
           A. Marchetta                0.6 hrs.       237.00

11/26/01   Attention to Disclosure Statement issues.
           S. Zuber                    0.2 hrs.        53.00

11/26/01   Telephone conference with J. Drake regarding
           Trustee's plan and confirmation and disclosure
           issues.
           S. Zuber                    0.6 hrs.       159.00

11/26/01   Prepared correspondence regarding Trustee's plan.
           S. Zuber                    0.3 hrs.        79.50

11/26/01   Discussed Debtor's plan and projections with H.

39

|            |                                                                                                                                                                        | Konicov of J.H. Cohn. | |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
|            | S. Zuber                                                                                                                                                                | 0.3 hrs.  | 79.50    |
| 11/26/01   | Worked with S. Zuber regarding disclosure hearing and meeting with client regarding debtor plan issues. | | |
|            | A. Marchetta                                                                                                                                                            | 1.0 hrs.  | 395.00   |
| 11/26/01   | Updated files and pleading indexes. | | |
|            | D. Florence                                                                                                                                                            | 2.2 hrs.  | 176.00   |
| 11/27/01   | Correspondence to J. Drake regarding Trustee's plan and disclosure statement. | | |
|            | S. Zuber                                                                                                                                                                | 0.2 hrs.  | 53.00    |
| 11/27/01   | Prepared various correspondence regarding Trustee's plan and disclosure statement. | | |
|            | S. Zuber                                                                                                                                                                | 0.3 hrs.  | 79.50    |
| 11/27/01   | Updated pleading boards and case file.  Reviewed documents in attorney's files to ensure inclusion in the main file. | | |
|            | D. Florence                                                                                                                                                            | 1.2 hrs.  | 96.00    |
| 11/28/01   | Receipt and preliminary review and analysis of Trustee's plan and disclosure statement, including exhibits and amendments.  Compared with Debtor's plan and disclosure statement. | | |
|            | S. Zuber                                                                                                                                                                | 3.9 hrs.  | 1,033.50 |
| 11/28/01   | Prepared several correspondence to N. Alt regarding Trustee's plan and disclosure statement. | | |
|            | S. Zuber                                                                                                                                                                | 0.3 hrs.  | 79.50    |
| 11/28/01   | Worked with S. Zuber and A. Chan regarding issues and follow up regarding preparation for client meeting. | | |
|            | A. Marchetta                                                                                                                                                            | 0.7 hrs.  | 276.50   |
| 11/29/01   | Reviewed Trustee's plan and disclosure statement filed in  Intercat-Savannah's case. | | |
|            | S. Zuber                                                                                                                                                                | 0.5 hrs.  | 132.50   |
| 11/30/01   | Several telephone conferences with I. Greene regarding Intercat's plan and disclosure statement, and issues for meeting between Grace and Intercat next week. | | |
|            | S. Zuber                                                                                                                                                                | 0.6 hrs.  | 159.00   |

11/30/01     Telephone conference with R. Talisman regarding
             competing plan and confirmation issues, and
             Mobil's position in case.
             S. Zuber                      0.9 hrs.        238.50

11/30/01     Reviewed various orders regarding disclosure
             statement hearings and valuation issues; and
             further review of plans regarding court's
             direction that objections to certain asset
             valuations be filed prior to disclosure statement
             hearings.
             S. Zuber                      0.8 hrs.        212.00

11/30/01     Receipt and review of J.H. Cohn's Fee Application.
             S. Zuber                      0.2 hrs.         53.00

11/30/01     Telephone conference with D. Adams regarding
             disclosure statement and confirmation issues.
             S. Zuber                      0.3 hrs.         79.50

11/30/01     Met with A. Marchetta regarding disclosure
             statement and confirmation issues.
             S. Zuber                      0.3 hrs.         79.50

11/30/01     Reviewed Tenth cash collateral stipulation.
             S. Zuber                      0.3 hrs.         79.50

Attorney Summary

| Timekeeper    | Hours | Rate   | Dollars   |
|---------------|-------|--------|-----------|
| A. Marchetta  | 14.00 | 395.00 | 5,530.00  |
| S. Zuber      | 35.80 | 265.00 | 9,487.00  |
| J. Testa      | 8.50  | 185.00 | 1,572.50  |
| D. Florence   | 7.30  | 80.00  | 584.00    |
| D. Jenkins    | 3.70  | 80.00  | 296.00    |
| TOTALS        | 69.30 |        | 17,469.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO.
Matter: 000009 NY Superfund Action


10/30/01     Reviewed appellate brief for proper and consistent
             citations.
             D. Buerrosse                0.9 hrs.        126.00

11/01/01     Follow up with M. Waller regarding motion and
             information to client regarding same.
             A. Marchetta               0.6 hrs.        237.00

11/01/01     Draft letter to D. Siegel and R. Beber regarding
             status of motion to supplement record and
             forwarding briefing.  Confer with A. Marchetta
             regarding same.
             M. Waller                  0.2 hrs.         53.00

11/01/01     Drafted additions and revisions to appellate
             brief, statutory construction/time of contracting
             argument regarding Section 46 per conferences with
             K. Helmer and follow up with same.
             M. Waller                  3.2 hrs.        848.00

11/01/01     Follow up with Second Circuit Staff Counsel
             regarding stay and anticipated revision of
             briefing schedule.
             M. Waller                  0.3 hrs.         79.50

11/01/01     Revised section 46 argument and confer with M.
             Waller regarding same.
             K. Helmer                  2.4 hrs.        600.00

11/01/01     Worked on motion to file overlength brief; began
             cite checking and inserting citations in appellate
             brief.
             J. Clark                   2.2 hrs.        462.00

11/02/01     Follow up with M. Waller regarding information to
             client on appeal and motion; review correspondence
             regarding same.
             A. Marchetta               6.0 hrs.      2,370.00

11/02/01     Confer with B. Moffitt regarding status of motion
             to correct or modify the record.
             M. Waller                  0.3 hrs.         79.50

                                42

11/02/01    Finalized letter to R. Beber and D. Siegel
            forwarding information regarding same.
            M. Waller                    0.1 hrs.        26.50

11/02/01    Drafted additions and revisions to appellate brief
            and work with A. Marchetta regarding same.
            M. Waller                    3.6 hrs.       954.00

11/02/01    Revised section 46 argument; research regarding
            same
            K. Helmer                    4.7 hrs.     1,175.00

11/02/01    Continued reviewing file to find citations to
            record for appellate brief.
            J. Clark                     2.3 hrs.       483.00

11/02/01    Work with M. Waller regarding motion to modify or
            correct record on appeal.
            B. Moffitt                   0.3 hrs.        69.00

11/02/01    Reviewed various case law obtained by D. Buerrosse
            regarding potential inclusion of additional cases
            regarding choice of law.
            B. Moffitt                   1.8 hrs.       414.00

11/03/01    Continued work on Section 46 argument
            K. Helmer                    1.7 hrs.       425.00

11/05/01    Review order of court with M. Waller and follow up
            regarding same.
            A. Marchetta                 0.5 hrs.       197.50

11/05/01    Review Order by Second Circuit regarding motion to
            Correct or Modify and confer with A. Marchetta
            regarding order.
            M. Waller                    0.7 hrs.       185.50

11/05/01    Drafted letter to Judge Martin regarding referral
            of Motion to Correct or Modify Record by Second
            Circuit.
            M. Waller                    1.3 hrs.       344.50

11/05/01    Telephone conference with CNA counsel regarding
            submission of same motion papers and schedule
            regarding same.
            M. Waller                    0.5 hrs.       132.50

11/06/01    Follow up regarding brief with M. Waller.

43

|   | A. Marchetta | 0.5 hrs. | 197.50 |

| 11/06/01 | Review and respond to email  memo from A. Marchetta regarding status of brief. | | |
|   | M. Waller | 0.2 hrs. | 53.00 |

| 11/06/01 | Draft additions and revisions to letter to Judge Martin regarding motion to correct or modify the record and discuss same with B. Moffitt. | | |
|   | M. Waller | 0.3 hrs. | 79.50 |

| 11/06/01 | Reviewing brief and prepare draft for client and noting corrections to Statement of Facts. | | |
|   | M. Waller | 1.7 hrs. | 450.50 |

| 11/06/01 | Work with M. Waller regarding letter to Judge Martin regarding motion to correct record on appeal. | | |
|   | B. Moffitt | 0.3 hrs. | 69.00 |

| 11/06/01 | Continued reviewing appellate brief and finalizing citations to record. | | |
|   | J. Clark | 1.2 hrs. | 252.00 |

| 11/07/01 | Discussing corrections and additions to citation forms and finalizing brief with B.  Moffitt and working with same. | | |
|   | M. Waller | 1.1 hrs. | 291.50 |

| 11/07/01 | Drafting additions and revisions to Section 46 argument and confer with K. Helmer  regarding same. | | |
|   | M. Waller | 1.5 hrs. | 397.50 |

| 11/07/01 | Report to A. Marchetta regarding status of brief. | | |
|   | M. Waller | 0.1 hrs. | 26.50 |

| 11/07/01 | Review brief and incorporate citations to the record on appeal; review numerous papers filed below regarding same. | | |
|   | B. Moffitt | 2.0 hrs. | 460.00 |

| 11/07/01 | Work with M. Waller regarding incorporating additional citations to the record on appeal in the brief. | | |
|   | B. Moffitt | 1.1 hrs. | 253.00 |

| 11/08/01 | Work with M. Waller regarding brief; follow-up | | |

regarding revisions and draft for client; e-mails
and telephone calls regarding same.
A. Marchetta                    0.9 hrs.        355.50

11/08/01   Reviewing revisions to arguments with K. Helmer
           and drafting revisions to and working with K.
           Helmer and B. Moffitt regarding finalizing brief.
           M. Waller                      2.1 hrs.        556.50

11/08/01   Telephone conference with CNA counsel, E.
           DeCristofaro regarding submission of motion to
           correct or modify record to District Court as
           directed by Second Circuit.
           M. Waller                      0.3 hrs.         79.50

11/08/01   Conference with D. Buerrosse regarding correcting
           citations.
           M. Waller                      0.2 hrs.         53.00

11/08/01   Telephone conferences with CNA counsel regarding
           hearing and submission of papers.
           M. Waller                      0.4 hrs.        106.00

11/08/01   Telephone conferences with CNA counsel regarding
           hearing and submission of papers.
           M. Waller                      0.4 hrs.        106.00

11/08/01   Drafting letter to Judge Martin confirming hearing
           and summarizing argument regarding record and
           preparing submissions.
           M. Waller                      2.1 hrs.        556.50

11/08/01   Follow up with J. Clark regarding motion in
           support of application to submit overlength brief.
           M. Waller                      0.1 hrs.         26.50

11/08/01   Prepare summary of argument
           K. Helmer                      4.5 hrs.      1,125.00

11/08/01   Review brief and incorporate citations to the
           record on appeal; review numerous papers filed
           below regarding same.
           B. Moffitt                     3.6 hrs.        828.00

11/08/01   Work with M. Waller regarding letter to Judge
           Martin regarding motion to correct or modify the
           record on appeal.
           B. Moffitt                     0.5 hrs.        115.00

45

11/09/01    Work on motion to supplement record and review
            brief.
            A. Marchetta                1.7 hrs.        671.50

11/09/01    Follow up with A. Marchetta regarding finalizing
            draft of brief.
            M. Waller                   0.3 hrs.         79.50

11/09/01    Review and preparing additional revisions to
            brief.
            M. Waller                   0.8 hrs.        212.00

11/09/01    Working with B. Moffitt regarding source and
            conforming citations.
            M. Waller                   0.7 hrs.        185.50

11/09/01    Review draft brief and follow up with K. Helmer
            regarding same.
            M. Waller                   0.8 hrs.        212.00

11/09/01    Working with K. Helmer regarding summary of
            arguments and review same.
            M. Waller                   0.9 hrs.        238.50

11/09/01    Continued drafting summary of argument; Work with
            M. Waller regarding same.
            K. Helmer                   3.8 hrs.        950.00

11/10/01    Review motion papers regarding supplementing
            record.
            A. Marchetta                0.6 hrs.        237.00

11/10/01    Revise summary of argument
            K. Helmer                   1.6 hrs.        400.00

11/12/01    Work on revisions to appellate brief.
            A. Marchetta                2.5 hrs.        987.50

11/12/01    Follow up with B. Moffitt and J. Clark regarding
            finalizing brief and preparing for conference with
            Judge Martin regarding motion to correct or modify
            the record.
            M. Waller                   0.4 hrs.        106.00

11/12/01    Review various emails regarding preparations for
            November 14, 2001 conference call with Judge
            Martin regarding motion to correct record; work

46

with M. Waller regarding same.
B. Moffitt                          0.2 hrs.          46.00

11/13/01   Working with A. Marchetta regarding additions and
           revisions to appellate brief and confer with same
           regarding conference with Judge Martin regarding
           motion to correct or modify.
           M. Waller                  0.6 hrs.         159.00

11/13/01   Review CNA submission on motion to correct record;
           conference with B. Moffitt regarding same; work
           with M. Waller regarding brief corrections and
           review re same.
           A. Marchetta               1.8 hrs.         711.00

11/13/01   Receive telephone call from Judge Martin's chamber
           regarding 11/14 conference with Judge Martin.
           M. Waller                  0.2 hrs.          53.00

11/13/01   Working with B. Moffitt regarding finalizing
           brief.
           M. Waller                  1.2 hrs.         318.00

11/13/01   Reviewing suggested changes to brief from A.
           Marchetta and conferring with K. Helmer regarding
           same.
           M. Waller                  0.8 hrs.         212.00

11/13/01   Drafting additions and revisions to summary of
           argument.
           M. Waller                  0.8 hrs.         212.00

11/13/01   Conferring with J. Clark and A. Marchetta
           regarding preparation for 11/14 conference with
           Judge Martin regarding supplementing the record
           and preparing for same.
           M. Waller                  0.6 hrs.         159.00

11/13/01   Review brief and incorporate citations to the
           record on appeal; review numerous papers filed
           below regarding same.
           B. Moffitt                 2.1 hrs.         483.00

11/13/01   Work with A. Marchetta regarding revisions to
           brief and other outstanding issues regarding same.
           B. Moffitt                 0.2 hrs.          46.00

11/13/01   Revise brief in accordance with comments of A.