|          |                                                                                               | Marchetta. |          |
|          |                                                                                               | B. Moffitt | 0.9 hrs. | 207.00 |

11/13/01   Work with M. Waller regarding revising brief to
           incorporate additional citations to the record on
           appeal.
           B. Moffitt                        1.2 hrs.        276.00

11/13/01   Conference with M. Waller concerning motion to
           supplement record; reviewed briefs and case law
           prior to conference with Judge Martin.
           J. Clark                          0.6 hrs.        126.00

11/13/01   Conducted database searches and reviewed file
           documents as requested by B. Moffitt regarding
           identification and retrieval of documents and
           confirmation of information regarding preparation
           of appellate brief.
           S. Parker                         1.7 hrs.        136.00

11/14/01   Prepare for court argument regarding motion to
           supplement record with M. Waller; forward draft
           brief to client.
           A. Marchetta                      1.1 hrs.        434.50

11/14/01   Reviewing key cases regarding supplementing record
           on appeal and conferring with A. Marchetta and J.
           Clark regarding same.
           M. Waller                         0.7 hrs.        185.50

11/14/01   Confer with J. Clark regarding conference with
           Judge Martin regarding record on appeal.
           M. Waller                         0.3 hrs.        79.50

11/14/01   Preparing for telephone conference with Judge
           Martin regarding correcting and modifying the
           record (including reviewing briefs and case law).
           M. Waller                         1.6 hrs.        424.00

11/14/01   Preparing with A. Marchetta and J. Clark for
           telephone conference with Judge Martin regarding
           correcting and modifying the record and
           participating in telephone conference with the
           Judge and CNA counsel.
           M. Waller                         0.9 hrs.        238.50

11/14/01   Drafting summary of arguments in appellate brief
           and working with K. Helmer to finalize same.

|  | M. Waller | 1.2 hrs. | 318.00 |

| 11/14/01 | Follow up conference with A. Marchetta regarding preparation of order and letter to client. |
|  | M. Waller | 0.2 hrs. | 53.00 |

| 11/14/01 | Revise summary of argument and appellate brief |
|  | K. Helmer | 1.9 hrs. | 475.00 |

| 11/14/01 | Continued review of brief and incorporation of citations to the record on appeal; review numerous papers filed below regarding same. |
|  | B. Moffitt | 3.6 hrs. | 828.00 |

| 11/14/01 | Worked with A. Marchetta and M. Waller to prepare for conference with Judge Martin. |
|  | J. Clark | 0.6 hrs. | 126.00 |

| 11/15/01 | Conferences and working with B. Moffitt regarding finalizing appeal briefs and preparation of appendix and working to prepare same. |
|  | M. Waller | 1.8 hrs. | 477.00 |

| 11/15/01 | Working with B. Moffitt regarding preparation of order regarding including certain affidavits in record and contacting staff counsel regarding same. |
|  | M. Waller | 0.4 hrs. | 106.00 |

| 11/15/01 | Draft letter to D. Siegel and R. Beber regarding decision by Judge Martin regarding correcting the record. |
|  | M. Waller | 0.5 hrs. | 132.50 |

| 11/15/01 | Worked on motion for overlength brief. |
|  | J. Clark | 0.2 hrs. | 42.00 |

| 11/15/01 | Review of documents at issue and preparation of proposed Order modifying or correcting record on appeal. |
|  | B. Moffitt | 0.8 hrs. | 184.00 |

| 11/15/01 | Work with S. Parker regarding review and assembly of documents to be included in joint appendix. |
|  | B. Moffitt | 2.6 hrs. | 598.00 |

| 11/15/01 | Work with M. Waller regarding contacting Staff Counsel regarding Judge Martin's ruling. |

|            |                                                                                                                                                                                                              | B. Moffitt | 0.2 hrs. | 46.00 |

| 11/15/01 | Continued review of brief and incorporation of citations to the record on appeal; review numerous papers filed below regarding same; various conferences with M. Waller regarding same. |
| | B. Moffitt | 1.1 hrs. | 253.00 |

11/15/01   Work with M. Waller regarding same.
           B. Moffitt                    0.8 hrs.        184.00

11/15/01   Preparation of letter forwarding same to Court.
           B. Moffitt                    0.2 hrs.         46.00

11/15/01   Worked with B. Moffitt regarding cite checking of
           appellate brief and review and assembly of
           documents to be included in the joint appendix to
           same.
           S. Parker                     2.6 hrs.        208.00

11/15/01   Conducted database searches and reviewed file
           documents as requested by B. Moffitt regarding
           identification and retrieval of additional
           documents to be included in the joint appendix to
           the appellate brief.
           S. Parker                     0.8 hrs.         64.00

11/16/01   Finalizing proposed form of order and cover letter
           to Judge Martin regarding Motion to Correct Or
           Modify the Record.
           M. Waller                     0.3 hrs.         79.50

11/16/01   Conferring with K. Helmer regarding additions and
           revisions to appellate brief and submission
           schedule.
           M. Waller                     0.3 hrs.         79.50

11/16/01   Revise summary of argument; emails with M. Waller
           regarding same
           K. Helmer                     2.4 hrs.        600.00

11/16/01   Continued preparation of letter to Judge Martin
           enclosing proposed order.
           B. Moffitt                    0.2 hrs.         46.00

11/16/01   Review brief and incorporated citations to the
           record on appeal; review numerous papers filed
           below regarding same.

|  | B. Moffitt | 1.5 hrs. | 345.00 |

11/19/01   Conference with M. Waller and conference call with
           client regarding motion to amend record and follow
           up regarding same; follow up regarding brief.
           A. Marchetta                0.7 hrs.      276.50

11/19/01   Drafting additions and revisions to brief and
           prepare same to forward to client and A.
           Marchetta.
           M. Waller                   0.9 hrs.      238.50

11/19/01   Work with B. Moffitt regarding additions and
           revisions to brief and preparation of same to
           forward to client; discussing procedural
           requirements for services of same and page length
           limitations; and draft letter to client regarding
           draft brief.
           M. Waller                   0.7 hrs.      185.50

11/19/01   Editing appellate brief with M. Waller and B.
           Moffitt.
           K. Helmer                   1.8 hrs.      450.00

11/19/01   Continued preparation of Appellate brief to
           include citations to record on appeal; review
           prior affidavits and other materials regarding
           same.
           B. Moffitt                  2.1 hrs.      483.00

11/19/01   Confer with M. Waller and K. Helmer regarding
           revisions to brief and preparation of letter
           forwarding draft to client.
           B. Moffitt                  0.6 hrs.      138.00

11/19/01   Gather, assemble and forward documents requested
           by K. Helmer needed for preparation of appellate
           brief.
           D. Florence                 2.2 hrs.      176.00

11/20/01   Telephone call with J. Posner; review case status.
           A. Marchetta                0.4 hrs.      158.00

11/20/01   Revising summary of argument and brief
           K. Helmer                   1.5 hrs.      375.00

11/20/01   Preparation of insert for fee application
           summarizing work performed on case; work with M.

Waller regarding same.
B. Moffitt                              2.9 hrs.        667.00

11/20/01    Update case file and letters of submission index.
            D. Florence                     1.3 hrs.        104.00

11/23/01    Follow up regarding brief and draft to client.
            A. Marchetta                    0.3 hrs.        118.50

11/26/01    Follow up with M. Waller regarding briefing;
            telephone calls with J. Posner regarding insurer
            subpoena.
            A. Marchetta                    0.8 hrs.        316.00

11/26/01    Review Order from District Court regarding
            correcting and modifying record and draft memo to
            K. Helmer and B. Moffitt regarding briefing
            schedule and follow up with A. Marchetta.
            M. Waller                       0.2 hrs.         53.00

11/26/01    Confer with B. Moffitt regarding same and
            supplementing and re-certifying record on appeal.
            M. Waller                       0.1 hrs.         26.50

11/26/01    Confer with M. Waller regarding appellate briefing
            schedule.
            K. Helmer                       0.2 hrs.         50.00

11/26/01    Conference with A. Marchetta regarding J. Posner
            deposition and subpoena.
            J. Clark                        0.7 hrs.        147.00

11/26/01    Work with M. Waller regarding revised briefing
            schedule.
            B. Moffitt                      0.2 hrs.         46.00

11/26/01    Work with S. Parker regarding documents to be
            included in appendix.
            B. Moffitt                      0.1 hrs.         23.00

11/27/01    Conferring with B. Moffitt regarding revising
            briefing schedule and communications with Second
            Circuit Staff Counsel regarding same.
            M. Waller                       0.3 hrs.         79.50

11/27/01    Reviewing subpoena to J. Posner regarding CU
            settlement agreement and basis for same;
            Discussion with A. Marchetta regarding same;

52

Telephone call to CU's New York counsel regarding
preparing for response to subpoena.
M. Waller                        0.7 hrs.        185.50

11/27/01    Discussing revisions and additions to motion for
leave to file over length brief with J. Clark.
M. Waller                        0.3 hrs.         79.50

11/27/01    Conference with M. Waller concerning motion for
overlength brief.
J. Clark                         0.3 hrs.         63.00

11/27/01    Work with M. Waller regarding follow up to Judge
Martin's Order correcting record on appeal and
regarding formulating revised briefing schedule.
B. Moffitt                       0.3 hrs.         69.00

11/28/01    Receive telephone call from S. Bass (Second Cir.
Staff Counsel) regarding revising briefing
schedule.
M. Waller                        0.3 hrs.         79.50

11/28/01    Work with B. Moffitt regarding same and working
with District Court to submit supplemental record.
M. Waller                        0.4 hrs.        106.00

11/28/01    Review and draft additions to motion for leave to
file over length brief.
M. Waller                        0.6 hrs.        159.00

11/28/01    Work with M. Waller regarding revised briefing
schedule and other follow up regarding
supplementing record on appeal in light of Judge
Martin's order correcting record on appeal.
B. Moffitt                       0.4 hrs.         92.00

11/28/01    Revised motion for overlength brief.
J. Clark                         1.2 hrs.        252.00

11/29/01    Draft memo to appeal team regarding revised
briefing schedule.
M. Waller                        0.2 hrs.         53.00

11/29/01    Telephone conference with CNA counsel regarding
same.
M. Waller                        0.2 hrs.         53.00

11/29/01    Drafting letter to CNA Counsel regarding proposed

|          | schedule and confer with M. Moffitt regarding finalizing same. | | |
|----------|--------|--------|--------|
|          | M. Waller | 0.6 hrs. | 159.00 |

| 11/29/01 | Review memo from  K. Helmer regarding briefing schedule. | | |
|----------|--------|--------|--------|
|          | M. Waller | 0.1 hrs. | 26.50 |

| 11/29/01 | Work with M. Waller regarding letter to adversary regarding briefing schedule. | | |
|          | B. Moffitt | 0.2 hrs. | 46.00 |

| 11/30/01 | Receive telephone call from R. Appel at Cadwalader regarding subpoena of J. Posner; Confer with A. Marchetta regarding same; Drafting letter to Swiss regarding objections to subpoena | | |
|          | M. Waller | 1.2 hrs. | 318.00 |

| 11/30/01 | Confer with A. Marchetta regarding briefing schedule and letter to CNA counsel regarding same; Draft letter to Staff Counsel proposing revised briefing schedule pending call from CNA counsel. | | |
|          | M. Waller | 0.7 hrs. | 185.50 |

| 11/30/01 | Discuss supplementing record and re-certifying same with B. Moffitt. | | |
|          | M. Waller | 0.3 hrs. | 79.50 |

| 11/30/01 | Follow up with M. Waller regarding briefing schedule and consent of CNA. | | |
|          | A. Marchetta | 0.6 hrs. | 237.00 |

| 11/30/01 | Work with M. Waller and S. Parker regarding tasks necessary to comply with Judge Martin's order correcting the record. | | |
|          | B. Moffitt | 0.2 hrs. | 46.00 |

| 11/30/01 | Work with S. Parker regarding assembling documents and Orders necessary to comply with Judge Martin's order correcting the record. | | |
|          | B. Moffitt | 0.6 hrs. | 138.00 |

| 11/30/01 | Conferred with M. Waller and B. Moffitt regarding supplemental certification of record. | | |
|          | S. Parker | 0.2 hrs. | 16.00 |

| 11/30/01 | Worked with B. Moffitt and assembled documents needed to comply with Judge Martin's Order on | | |

Grace's Motion to Modify or Correct the Record.
S. Parker                        0.6 hrs.          48.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 19.00 | 395.00 | 7,505.00 |
| M. Waller | 44.80 | 265.00 | 11,872.00 |
| K. Helmer | 26.50 | 250.00 | 6,625.00 |
| D. Buerrosse | 0.90 | 140.00 | 126.00 |
| J. Clark | 9.30 | 210.00 | 1,953.00 |
| B. Moffitt | 32.80 | 230.00 | 7,544.00 |
| D. Florence | 3.50 | 80.00 | 280.00 |
| S. Parker | 5.90 | 80.00 | 472.00 |
| TOTALS | 142.70 | | 36,377.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

| 11/14/01 | Leave voice mail for counsel for FM Insurance Company regarding status of payment of insurance proceeds. |
| | J. Scordo | 0.1 hrs. | 26.00 |

11/14/01    Leave voice mail for counsel for FM Insurance
            Company regarding status of payment of insurance
            proceeds.
            J. Scordo                 0.1 hrs.        26.00

11/16/01    Leave voice mail for counsel for FM Insurance
            Company regarding status of payment of insurance
            proceeds.
            J. Scordo                 0.1 hrs.        26.00

11/17/01    Follow up regarding payment of insurance proceeds.
            A. Marchetta              0.2 hrs.        79.00

11/20/01    Conference with J. Scordo regarding handling.
            A. Marchetta              0.2 hrs.        79.00

11/20/01    Review letter from counsel for landlord regarding
            insurance proceeds; fax to V. Finkelstein; confer
            with A. Marchetta regarding same.
            J. Scordo                 0.3 hrs.        78.00

11/28/01    E-mail to V. Finkelstein regarding status of
            landlord's request for fire insurance proceeds.
            J. Scordo                 0.1 hrs.        26.00

11/29/01    Conference with J. Scordo regarding response to
            landlord.
            A. Marchetta              0.3 hrs.       118.50

11/29/01    Confer with A. Marchetta regarding status of
            landlord's request for fire insurance proceeds.
            J. Scordo                 0.3 hrs.        78.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 0.70 | 395.00 | 276.50 |
| J. Scordo | 0.90 | 260.00 | 234.00 |
| TOTALS | 1.60 | | 510.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

11/05/01     Telephone conference with B. Miller on case status
             and damages issues.
             W. Hatfield                  0.3 hrs.            67.50

11/09/01     Review new Appellate Division case on UST cleanup
             cost  recovery under Spill Act; forward to R.
             Rose.
             W. Hatfield                  0.3 hrs.            67.50


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.60 | 225.00 | 135.00 |
| TOTALS | 0.60 | | 135.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 054251 Williams Industries

| 11/09/01 | Conference with M. Waller regarding remediation issues. | | |
| | A. Marchetta | 0.3 hrs. | 118.50 |
| 11/13/01 | Receive call from R. Emmett regarding cooperation with Williams counsel regarding working with NJDEP; Draft memo to A. Marchetta regarding same. | | |
| | M. Waller | 0.3 hrs. | 79.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 0.30 | 395.00 | 118.50 |
| M. Waller | 0.30 | 265.00 | 79.50 |
| TOTALS | 0.60 | | 198.00 |

Client: 030423 GLOUSTER NEW COMMUNITIES CO., INC.
Matter: 066958 Landfill Closure Issues

09/04/01     Attend to post closure issues and NJDEP letter;
             revise draft deed notice.
             W. Hatfield                 1.5 hrs.       337.50

09/19/01     Review correspondence received from B. Bowe, Esq.;
             call to B. Bowe, Esq. on matter — discuss water
             and deed issues; call with B. Miller on matter.
             W. Hatfield                 1.10 hrs.      247.50

09/20/01     Attend to DEP issues; attend to deed notice issues
             and well restriction.
             W. Hatfield                 0.6 hrs.       135.00

09/21/01     Attend to deed notice; calls to DEP on matter;
             call with S. Bhalla on Landfill issues; water and
             deed notice issues; attend to DEP form of Deed
             Notice; draft new sections for same; attend to
             exhibits on Deed Notice; call to A. Nagy on
             matter.
             W. Hatfield                 4.6 hrs.     1,035.00

09/27/01     Call with Pennoni on case issues regarding post
             closure work.
             W. Hatfield                 0.2 hrs.        45.00

10/10/01     Review and revise property description and
             attachments to deed notice; edit restriction
             language on same.
             W. Hatfield                 1.0 hrs.       225.00

10/15/01     Revise deed notice for landfill closure; prepare
             attachments of same for review by B. Bowe, Esq.,
             Pennoni, and clients; call with J. Elder on deed
             notice execution issues; attend to Deed Notice —
             review and revise property descriptions and
             information on closure; prepare letter to B. Bowe,
             Esq. on DEP comment letter and draft deed notice;
             call to Pennoni on monitoring issues.
             W. Hatfield                 3.5 hrs.       787.50

10/16/01     Review draft deed notice package; call to client
             on same.
             W. Hatfield                 0.4 hrs.        90.00

59

| 10/30/01 | Attend to landfill closure follow up issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 hrs. | 67.50 |

| 11/01/01 | Telephone calls regarding settlement. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 hrs. | 158.00 |

| 11/05/01 | Call with B. Miller on site status; Closure issues and Pennoni sampling. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 hrs. | 67.50 |

| 11/06/01 | Follow up on closure issues; call to B. Bowe, Esq. on same. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 hrs. | 45.00 |

| 11/06/01 | Telephone call with W. Hyatt regarding settlement and follow up regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 hrs. | 118.50 |

| 11/08/01 | Call with A. Nagy on site issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 hrs. | 45.00 |

| 11/09/01 | Attend to DEP closure issues; call to Pennoni on same. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 hrs. | 45.00 |

| 11/12/01 | Call with A. Nagy on deed notice issues; call with C. Dailey at Pennoni on methane gas sampling results; deed notice issues; city water issues; draft report for case closure; Pennoni recommendation for no further methane gas monitoring. | | |
|---|---|---|---|
| | W. Hatfield | 1.1 hrs. | 247.50 |

| 11/13/01 | Attend to Landfill closure issues; NJDEP requirements on same; attend to Pennoni comments. | | |
|---|---|---|---|
| | W. Hatfield | 0.6 hrs. | 135.00 |

| 11/16/01 | Call with A. Nagy on gas sample results; deed notices issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 hrs. | 45.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.70 | 395.00 | 276.50 |

| W. Hatfield | | 16.0 | 225.00 | 3,600.00 |
|---|---|---|---|---|
| | TOTALS | 0.60 | | 3,876.50 |

TIME REPORTS FOR THE FEE PERIOD
DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action


12/01/01    E-mails regarding briefing.
            A. Marchetta                        0.2        79.00

12/03/01    Follow up regarding motion to enlarge record and
            filing of documents regarding same.
            A. Marchetta                        0.6       237.00

12/03/01    Drafting additions and revisions to letter to
            Second Circuit Staff Counsel regarding same.
            M. Waller                           0.3        79.50

12/03/01    Drafting additions and revisions to motion in
            support of application to file over length brief
            and memo to A. Marchetta regarding status of same.
            M. Waller                           0.7       185.50

12/03/01    Follow up with CNA counsel regarding revised
            briefing schedule and draft memorandum regarding
            same.
            M. Waller                           0.5       132.50

12/04/01    Draft letter to E. DeCristofaro regarding proposed
            briefing schedule and submission to Second Circuit
            Staff counsel.
            M. Waller                           0.3        79.50

12/04/01    Telephone conference with E. DeCristofaro
            regarding appeal schedule and additional appeal
            issues; Draft e-mail memo to A. Marchetta
            regarding same.
            M. Waller                           0.5       132.50

12/04/01    Work with K. Helmer regarding revised briefing
            schedule and finalizing brief.
            M. Waller                           0.2        53.00

12/04/01    Conferring with J. Clark regarding finalizing
            application for leave to file overlength brief.
            M. Waller                           0.3        79.50

12/04/01    Drafting additions and revisions to letter to

                              62

|            | Second Circuit staff counsel regarding same.<br>M. Waller | 0.3 | 79.50 |

| 12/04/01 | Meeting with M. Waller regarding proposed briefing schedule and finalizing brief.<br>K. Helmer | 0.3 | 75.00 |

| 12/05/01 | Work with M. Waller regarding briefing schedule and issue of possible appeal by CNA of Judge Martin's decision regarding record, and correspondence to client regarding same.<br>A. Marchetta | 0.6 | 237.00 |

| 12/05/01 | Draft memo regarding conference with CNA counsel regarding arguments on appeal.<br>M. Waller | 0.3 | 79.50 |

| 12/05/01 | Conference with  A. Marchetta regarding briefing schedule and telephone conference with CNA counsel and anticipated arguments by same.<br>M. Waller | 0.4 | 106.00 |

| 12/06/01 | Review and revise brief.<br>K. Helmer | 2.5 | 625.00 |

| 12/06/01 | Update correspondence file, pleading boards, orders binder and letters of submission index.<br>D. Florence | 3.3 | 264.00 |

| 12/07/01 | Follow up regarding issues with brief and client review.<br>A. Marchetta | 0.3 | 118.50 |

| 12/07/01 | Continued work on appellate brief.<br>K. Helmer | 3.3 | 825.00 |

| 12/11/01 | Work with K. Helmer regarding final additions and revisions to brief and conferring with B. Moffitt and D. Florence regarding factual issues relating to CNA payment of Wauconda claims.<br>M. Waller | 1.8 | 477.00 |

| 12/11/01 | Work with A. Marchetta regarding finalizing brief and motion for leave to file over length brief.<br>M. Waller | 0.3 | 79.50 |

| 12/11/01 | Work with B. Moffitt regarding finalizing brief.<br>M. Waller | 0.2 | 53.00 |

| | | | |
|---|---|---|---|
| 12/11/01 | Work with M. Waller regarding brief.<br>A. Marchetta | 0.4 | 158.00 |
| 12/11/01 | Review appellate brief and prepare insert<br>regarding choice of law and state's interest and<br>confer with M. Waller regarding same.<br>K. Helmer | 3.0 | 750.00 |
| 12/11/01 | Review Wauconda production database and documents<br>for any checks written by CNA to the Wauconda Task<br>Group per conference with M. Waller.<br>D. Florence | 1.7 | 136.00 |
| 12/12/01 | Working with B. Moffitt to finalize appellate<br>brief; Follow up with D. Buerrosse and B. Moffitt<br>regarding final research regarding New York<br>insurance regulations cited in brief.<br>M. Waller | 2.6 | 689.00 |
| 12/12/01 | Researched New York insurance regulations for<br>legislation regarding retrospective premiums.<br>D. Buerrosse | 3.0 | 420.00 |
| 12/12/01 | Work with M. Waller regarding proposed revisions<br>to brief; revise brief and review case law and<br>documents submitted below regarding same.<br>B. Moffitt | 4.3 | 989.00 |
| 12/13/01 | Reviewing research regarding retrospective premium<br>provisions approved in New York insurance law and<br>work with D. Buerrosse regarding same; Follow up<br>research regarding same.<br>M. Waller | 2.1 | 556.50 |
| 12/13/01 | Confer with A. Marchetta regarding finalization of<br>brief and work with B. Moffitt regarding same.<br>M. Waller | 0.5 | 132.50 |
| 12/13/01 | Work on revised brief and work with M. Waller and<br>B. Moffitt regarding same.<br>A. Marchetta | 0.9 | 355.50 |
| 12/13/01 | Review appellate brief and prepare insert<br>regarding retrospective premiums.<br>K. Helmer | 2.5 | 625.00 |
| 12/13/01 | Researched New York insurance regulations | | |

|  |  |  |  |
|---|---|---|---|

regarding retrospective premiums.
D. Buerrosse                                    3.7        518.00

12/13/01   Continued preparation of appellate brief; review
           case law regarding same.
           B. Moffitt                           1.1        253.00

12/13/01   Work with M. Waller regarding continued
           preparation of appellate brief.
           B. Moffitt                           0.3         69.00

12/14/01   Review and revise entire appellate brief and memo
           to M. Waller regarding same.
           A. Marchetta                         2.7      1,066.50

12/14/01   Working with D. Buerrosse regarding New York
           insurance regulations regarding approval of
           retrospective premium plans.
           M. Waller                            0.9        238.50

12/14/01   Work with B. Moffitt regarding finalizing format,
           citations and citations form, regarding appellate
           brief.
           M. Waller                            0.7        185.50

12/14/01   Review brief and revise insert regarding cost
           caps.
           K. Helmer                            1.5        375.00

12/14/01   Researched New York insurance regulations for
           information on retrospective premiums and work
           with M. Waller regarding same. Reviewed final
           draft of appellate brief for proper citation form.
           D. Buerrosse                         2.9        406.00

12/14/01   Work with M. Waller regarding finalization of
           brief, including citation format.
           B. Moffitt                           0.7        161.00

12/15/01   Working with B. Moffitt and B. Buerrosse to draft
           additions and revisions to brief and finalizing
           same.
           M. Waller                            6.1      1,616.50

12/15/01   Reviewed appellate brief for proper citation form
           and accurate case law.
           D. Buerrosse                         3.9        546.00

| 12/15/01 | Work with M. Waller and D. Buerrosse regarding brief; revise brief to incorporate comments of A. Marchetta. | | |
|---|---|---|---|
| | B. Moffitt | 6.5 | 1,495.00 |

| 12/16/01 | Working and conferring with B. Moffitt regarding appellate brief and finalizing same. | | |
|---|---|---|---|
| | M. Waller | 1.1 | 291.50 |

| 12/16/01 | Work with M. Waller regarding finalization of brief. | | |
|---|---|---|---|
| | B. Moffitt | 1.1 | 253.00 |

| 12/16/01 | Continued preparation of brief, including table of authorities. | | |
|---|---|---|---|
| | B. Moffitt | 2.9 | 667.00 |

| 12/17/01 | Drafting additions and revisions to certification in support of motion for leave to file over length brief and supporting brief and working with B. Moffitt and D. Buerrosse regarding same and draft filing letter, certificate of service, and finalize notice of motion. | | |
|---|---|---|---|
| | M. Waller | 6.8 | 1,802.00 |

| 12/17/01 | Review client order regarding schedule; conference with M. Waller regarding brief revisions and follow up regarding motion filing. | | |
|---|---|---|---|
| | A. Marchetta | 0.7 | 276.50 |

| 12/17/01 | Reviewed appellate brief for proper citation form; reviewed table of authorities for accuracy. | | |
|---|---|---|---|
| | D. Buerrosse | 2.5 | 350.00 |

| 12/17/01 | Finalize appellate brief for filing with motion to file over length brief. | | |
|---|---|---|---|
| | B. Moffitt | 3.6 | 828.00 |

| 12/17/01 | Work with M. Waller regarding motion to file over length brief. | | |
|---|---|---|---|
| | B. Moffitt | 2.0 | 460.00 |

| 12/18/01 | Review information on motion. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 118.50 |

| 12/18/01 | Receive telephone call from new counsel from Unigard regarding status of Unigard's last complaint against Grace and draft memo to A. | | |

|            |                                                                                                                                                                                                      |     |        |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|            | Marchetta regarding same.                                                                                                                                                                             |     |        |
|            | M. Waller                                                                                                                                                                                            | 0.3 | 79.50  |
| 12/19/01   | Draft letter to D. Siegel and R. Beber regarding motion to file over length brief and draft brief. M. Waller | 0.3 | 79.50  |
| 12/19/01   | Update case file, letters of submission index and orders binder. D. Florence | 0.7 | 56.00  |
| 12/20/01   | Follow up regarding appendix. A. Marchetta | 0.4 | 158.00 |
| 12/20/01   | Confer with B. Moffitt regarding selection of printer and filling of Notice of Appearance and lists of items to be included in record with filing of brief. M. Waller | 0.3 | 79.50  |
| 12/20/01   | Work with M. Waller regarding finalization of brief; work with S. Parker regarding finalizing brief, appendix of unpublished opinions, notice of appearance, and list of proposed contents of joint appendix. B. Moffitt | 1.7 | 391.00 |
| 12/20/01   | Update case file and pleading board; Forward requested documents to B. Moffitt. D. Florence | 0.6 | 48.00  |
| 12/20/01   | Confer with S. Parker and review Appellate Brief to create a listing of all documents referenced in the brief. D. Florence | 0.9 | 72.00  |
| 12/20/01   | Worked with B. Moffitt regarding preparation and filing of appellate brief and preparation of appendices and attachments. S. Parker | 1.4 | 112.00 |
| 12/20/01   | Worked with D. Florence regarding review of draft appellate brief and preparation of list of joint exhibits as requested by B. Moffitt. S. Parker | 0.7 | 56.00  |
| 12/21/01   | Follow up with M. Moffitt and S. Parker regarding filing brief, printer, and preparation of appendix |     |        |

67

|  | and unreported decisions.<br>M. Waller | 0.3 | 79.50 |
|---|---|---|---|
| 12/21/01 | Conference with S. Parker regarding compilation of appendix of unreported cases and preparing same.<br>D. Buerrosse | 1.9 | 266.00 |
| 12/21/01 | Worked with D. Buerrosse regarding preparation of list of unreported cases, statutes and regulations to be appended to appellate brief.<br>S. Parker | 0.3 | 24.00 |
| 12/24/01 | Review order regarding over length brief; e-mails regarding same; conference with B. Moffitt regarding preparing for filing of same.<br>A. Marchetta | 0.6 | 237.00 |
| 12/26/01 | Confer with B. Moffitt regarding confirmation with Second Circuit staff counsel regarding submission of brief and form of same and reference to Steadfast decision.<br>M. Waller | 0.2 | 53.00 |
| 12/26/01 | Working with B. Moffitt, D. Buerrosse and S. Parker regarding preparation of appendices to brief, finalization of brief for filing and service.<br>M. Waller | 1.1 | 291.50 |
| 12/26/01 | Various conferences with S. Parker regarding appendix of unreported decisions.<br>D. Buerrosse | 0.4 | 56.00 |
| 12/26/01 | Reviewed draft of appellate brief and worked on appendix of unreported cases and court documents referenced in brief.<br>D. Buerrosse | 3.8 | 532.00 |
| 12/26/01 | Work with M. Waller, D. Buerrosse, and S. Parker regarding finalizing brief.<br>B. Moffitt | 1.6 | 368.00 |
| 12/26/01 | Confer with M. Waller regarding Steadfast decision.<br>B. Moffitt | 0.3 | 69.00 |
| 12/26/01 | Telephone call with Second Circuit regarding filing of appellate brief. |  |  |

|  | B. Moffitt | 0.2 | 46.00 |

12/26/01   Numerous conferences with D. Buerrosse regarding
review of draft appellate brief regarding cite
checking and preparation of lists of unreported
decisions and fact cites in preparation for filing
and serving of same.

|  | S. Parker | 0.4 | 32.00 |

12/27/01   Work with B. Moffitt, S. Parker, and D. Buerrosse
regarding finalizing brief, appendices, and Notice
of Appearance.

|  | M. Waller | 0.3 | 79.50 |

12/27/01   Working with B. Moffitt and  S. Parker regarding
appendices, certifications, filing and formatting
appellate brief.

|  | M. Waller | 1.2 | 318.00 |

12/27/01   Confer with A. Marchetta regarding status of
brief, filing of Notice of Appearance and argument
dates and follow up with B. Moffitt regarding
same.

|  | M. Waller | 0.3 | 79.50 |

12/27/01   Work with M. Waller and B. Moffitt regarding
submission of brief and issues regarding index,
etc.

|  | A. Marchetta | 0.7 | 276.50 |

12/27/01   Work with M. Waller regarding various issues
relating to finalization of brief.

|  | B. Moffitt | 0.9 | 207.00 |

12/27/01   Work with S. Parker and D. Buerrosse regarding
finalization of brief and appendix of unpublished
decisions.

|  | B. Moffitt | 1.5 | 345.00 |

12/27/01   Reviewed draft of appellate brief for proper
reference to prior court documents; revised
appendix of unreported cases.

|  | D. Buerrosse | 7.0 | 980.00 |

12/27/01   Conferred with M. Waller, B. Moffitt and S. Parker
regarding the appendix of unreported decisions.

|  | D. Buerrosse | 0.2 | 28.00 |

12/27/01    Worked with M. Waller, B. Moffitt and D. Buerrosse
            regarding status of review of draft appellate
            brief, cite checking and preparation of lists of
            unreported decisions and fact cites in preparation
            for filing and serving of final brief.
            S. Parker                         0.3         24.00

12/27/01    Worked with M. Waller and B. Moffitt regarding
            status of review of draft appellate brief,
            appendix of unreported decisions, reformatting of
            brief, and other tasks to be completed in
            preparation for filing and serving of final brief,
            including preparation of certifications, filing
            letter and letter serving same on adversary.
            S. Parker                         1.2         96.00

12/27/01    Worked with D. Buerrosse regarding preparation of
            list of unreported decisions to be appended to
            brief, cite checked and reformatted and finalized
            brief in preparation for filing.
            S. Parker                         1.9        152.00

12/28/01    Review and forward package to court regarding
            brief, etc. with M. Waller.
            A. Marchetta                      0.4        158.00

12/28/01    Working with S. Parker regarding preparing
            appellate brief, with appendices for filing.
            M. Waller                         0.9        238.50

12/28/01    Drafting filing letter and letter to CNA counsel
            regarding filing Grace's appellate brief with B.
            Moffitt.
            M. Waller                         0.5        132.50

12/28/01    Preparing Notice of Appearance, including
            information regarding length and information
            requested regarding oral argument.
            M. Waller                         0.4        106.00

12/28/01    Confer with A. Marchetta regarding filing Grace's
            appellate brief and finalizing same.
            M. Waller                         0.2         53.00

12/28/01    Work with S. Parker regarding finalization and
            filing of brief, notice of appearance, and
            appendix of unreported decisions; preparation of
            letters filing same and serving same upon CNA

|            |                                                                                                                                                                 |     |        |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|            | counsel.                                                                                                                                                         |     |        |
|            | B. Moffitt                                                                                                                                                       | 1.4 | 322.00 |
| 12/28/01   | Worked with M. Waller regarding finalizing appellate brief and appendix of unreported decisions.                                                                |     |        |
|            | S. Parker                                                                                                                                                        | 0.9 | 72.00  |
| 12/28/01   | Organized and prepared originals and multiple copy sets of all papers for filing with Clerk and service to adversary; Coordinated filing and service of same.   |     |        |
|            | S. Parker                                                                                                                                                        | 2.2 | 176.00 |
| 12/31/01   | Follow up on appendix.                                                                                                                                           |     |        |
|            | A. Marchetta                                                                                                                                                     | 0.2 | 79.00  |

## Attorney Summary

| Timekeeper   | Hours  | Rate   | Dollars   |
|--------------|--------|--------|-----------|
| A. Marchetta | 9.00   | 395.00 | 3,555.00  |
| M. Waller    | 33.20  | 265.00 | 8,798.00  |
| K. Helmer    | 13.10  | 250.00 | 3,275.00  |
| D. Buerrosse | 29.30  | 140.00 | 4,102.00  |
| B. Moffitt   | 30.10  | 230.00 | 6,923.00  |
| D. Florence  | 7.20   | 80.00  | 576.00    |
| S. Parker    | 9.30   | 80.00  | 744.00    |
| TOTALS       | 131.20 |        | 27,973.00 |