Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.


12/03/01    Telephone conversation with D. Adams regarding
            disclosure statement objections and plan issues.
            S. Zuber                        0.3        79.50

12/03/01    Prepare for meeting with client and
            representatives of Intercat to discuss competing
            plans, including further review and analysis of
            plans and disclosure statements (including
            projections).
            S. Zuber                        4.6     1,219.00

12/03/01    Update the correspondence and memoranda files,
            pleading boards and orders binder for both the
            Intercat and Intercat Savannah matters; Gather
            documents needed by S. Zuber for conference.
            D. Florence                     4.5       360.00

12/04/01    Prepare for and meeting with client and follow up
            with S. Zuber and adversary regarding plan
            documents and drafting of proposal.
            A. Marchetta                   10.0     3,950.00

12/04/01    Prepare for meeting with client and Debtor to
            discuss Debtor's plan and possible consensual
            plan; attend meeting with client and Debtor; and
            meet with A. Marchetta after meetings to discuss
            plan, status and strategy.
            S. Zuber                       10.0     2,650.00

12/05/01    Work with S. Zuber on structure to obtain client
            ability to force liquidation upon default.
            M. Zelenty                      1.5       495.00

12/05/01    Work with S. Zuber and M. Zelenty regarding
            revisions to plan; follow up with client and S.
            Zuber regarding same and information to Trustee
            regarding election.
            A. Marchetta                    1.5       592.50

12/05/01    Follow-up regarding settlement with Intercat on
            plan of reorganization.
            S. Zuber                        0.7       185.50

| | | | |
|---|---|---|---|
| 12/05/01 | Numerous telephone conversations with I. Greene regarding term sheet on Intercat's modified plan and negotiations regarding protections to creditors under modified plan. | | |
| | S. Zuber | 1.7 | 450.50 |
| 12/05/01 | Several telephone conversations with N. Alt regarding Intercat's modified plan. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/05/01 | Analysis of stock pledge/warrant mechanics and alternatives and options available to Grace and other creditors in event of default and failure to cure, including  numerous discussions with A. Marchetta and M. Zelenty. | | |
| | S. Zuber | 1.9 | 503.50 |
| 12/06/01 | Analyze corporate law issues regarding plan, warranty and escrow; phone call with counsel to debtor regarding same. | | |
| | M. Zelenty | 2.0 | 660.00 |
| 12/06/01 | Work with S. Zuber  regarding issues for settlement and strategy. | | |
| | A. Marchetta | 2.5 | 987.50 |
| 12/06/01 | Telephone conversation with D. Adams regarding modified plan and Trustee's plan. | | |
| | S. Zuber | 0.4 | 106.00 |
| 12/06/01 | Numerous telephone conversation with I. Greene to negotiate terms of Debtor's modified plan. | | |
| | S. Zuber | 1.9 | 503.50 |
| 12/06/01 | Receipt, review and analysis of Intercat's proposed plan modifications, including further analysis of current plan. | | |
| | S. Zuber | 2.4 | 636.00 |
| 12/06/01 | Correspondence to N. Alt and J. Rightmyer regarding proposed plan modifications. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/06/01 | Numerous discussions with M. Zelenty regarding corporate issues relative to proposed plan modifications. | | |
| | S. Zuber | 1.2 | 318.00 |

| 12/06/01 | Several discussions with A. Marchetta regarding proposed modified plan. | | |
| | S. Zuber | 0.6 | 159.00 |
| 12/06/01 | Several telephone conversations with N. Alt regarding plan modifications. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/06/01 | Receipt and preliminary review and analysis of further modified term sheet from Debtor; forward same to N. Alt for review; and prepare correspondence to I. Greene. | | |
| | S. Zuber | 1.4 | 371.00 |
| 12/06/01 | Update case file and pleading boards. | | |
| | D. Florence | 2.1 | 168.00 |
| 12/07/01 | Phone call with I. Greene and J. Geron, counsel to debtors; review drafts of agreement. | | |
| | M. Zelenty | 1.9 | 627.00 |
| 12/07/01 | Work with S. Zuber regarding issues for client. | | |
| | A. Marchetta | 1.7 | 671.50 |
| 12/07/01 | Numerous, extended telephone conversations with I. Greene to continue negotiating terms of modified plan. | | |
| | S. Zuber | 3.9 | 1,033.50 |
| 12/07/01 | Several discussions with M. Zelenty regarding modified plan provisions. | | |
| | S. Zuber | 1.2 | 318.00 |
| 12/07/01 | Prepare numerous correspondence to I. Greene setting forth Grace's position on proposed, modified plan (including several versions of plan term sheet). | | |
| | S. Zuber | 2.7 | 715.50 |
| 12/07/01 | Review file and documents regarding report entitled "Surface Area of Intercat Customers" in connection of settlement of Mott litigation. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/07/01 | Several telephone conversations with N. Alt regarding negotiating terms of modified plan. | | |
| | S. Zuber | 0.3 | 79.50 |

| 12/07/01 | Telephone conversation with R. Talisman regarding modified plan issues. | | |
|---|---|---|---|
| | S. Zuber | 0.5 | 132.50 |

| 12/07/01 | Review and analysis of several versions of plan modifications. | | |
|---|---|---|---|
| | S. Zuber | 1.5 | 397.50 |

| 12/07/01 | Review definition for "cash equivalents" provided by debtor's counsel; prepare alternate, acceptable definition and discuss with S. Zuber; conference call with S. Zuber and debtor's counsel regarding acceptable revisions to alternate language. | | |
|---|---|---|---|
| | L. Connolly | 1.0 | 260.00 |

| 12/08/01 | Receipt, review and analysis of latest drafts (clean and red-lined); and prepare correspondence to N. Alt regarding agreements. | | |
|---|---|---|---|
| | S. Zuber | 1.5 | 397.50 |

| 12/09/01 | Work on competing plan issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 | 197.50 |

| 12/09/01 | Continued work on possible settlement with Intercat, Inc. | | |
|---|---|---|---|
| | S. Zuber | 0.7 | 185.50 |

| 12/10/01 | Review documents regarding deal; conference with S. Zuber regarding same; telephone call with client regarding same; follow up regarding execution; telephone calls regarding same and with debtor's counsel regarding same; follow up regarding Mobil issue; telephone calls with S. Zuber regarding communications with Trustee. | | |
|---|---|---|---|
| | A. Marchetta | 3.8 | 1,501.00 |

| 12/10/01 | Further review and analysis of several drafts of proposed, modified plan. | | |
|---|---|---|---|
| | S. Zuber | 1.4 | 371.00 |

| 12/10/01 | Numerous discussions with A. Marchetta regarding proposed, modified plan. | | |
|---|---|---|---|
| | S. Zuber | 1.2 | 318.00 |

| 12/10/01 | Numerous telephone conversations with I. Greene to continue negotiating modified plan. | | |
|---|---|---|---|
| | S. Zuber | 1.9 | 503.50 |

| 12/10/01 | Conference call with A. Marchetta and N. Alt regarding modified plan. | | |
|---|---|---|---|
| | S. Zuber | 0.5 | 132.50 |

| 12/10/01 | Correspondence to D. Adams regarding agreement between Grace and Intercat, Inc. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 12/10/01 | Correspondence to I. Greene regarding signed letter agreement. | | |
|---|---|---|---|
| | S. Zuber | 0.2 | 53.00 |

| 12/10/01 | Telephone conversation with J. Drake regarding Grace's position as to competing plans. | | |
|---|---|---|---|
| | S. Zuber | 0.8 | 212.00 |

| 12/11/01 | Numerous discussions with A. Marchetta regarding modified plan issues. | | |
|---|---|---|---|
| | S. Zuber | 0.6 | 159.00 |

| 12/11/01 | Telephone conversation with R. Talisman regarding modified plan and Mobil's position. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 12/11/01 | Prepare executive summary of Intercat's plan, as modified. | | |
|---|---|---|---|
| | S. Zuber | 2.9 | 768.50 |

| 12/11/01 | Receipt and review of proposed summary of amendments to plan to be provided to Trustee; and several discussions regarding same with I. Greene. | | |
|---|---|---|---|
| | S. Zuber | 0.7 | 185.50 |

| 12/11/01 | Telephone conversation with J. Drake regarding Intercat's modified plan, Trustee's plan, and moving Chapter 11 forward. | | |
|---|---|---|---|
| | S. Zuber | 0.8 | 212.00 |

| 12/11/01 | Work on executive summary and plan issues; conference with S. Zuber regarding same; forward information to client regarding same; telephone call with J. Drake; conference with A. Chan regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 2.0 | 790.00 |

| 12/12/01 | Several discussions with A. Marchetta regarding plan modification issues and disclosure statement objections filed by Intercat and the Trustee to | | |
|---|---|---|---|

76

```
                   each other's disclosure statements.
                   S. Zuber                             0.5        132.50

12/12/01           Several telephone conversations with I. Greene
                   regarding modified plan language.
                   S. Zuber                             0.7        185.50

12/12/01           Receipt and preliminary review and analysis of
                   Debtor's objection to Trustee's disclosure
                   statement; and prepare correspondence to N. Alt
                   regarding same.
                   S. Zuber                             1.2        318.00

12/12/01           Receipt, review and analysis of Trustee's
                   objection to Debtor's disclosure statement, and
                   prepare correspondence to N. Alt regarding
                   Trustee's objection.
                   S. Zuber                             0.8        212.00

12/12/01           Telephone calls regarding plan issues; follow up
                   with S. Zuber regarding same; telephone call
                   regarding withdrawal of Trustee plan.
                   A. Marchetta                         1.3        513.50

12/12/01           Telephone calls and follow up regarding anti-trust
                   issues; conference with F. Whitmer regarding same
                   and research regarding same.
                   A. Marchetta                         1.1        434.50

12/13/01           Correspondence to N. Alt regarding Intercat's
                   amended disclosure statement and second modified
                   plan.
                   S. Zuber                             0.2         53.00

12/13/01           Receipt and review of Intercat's amended
                   disclosure statement and second amended plan of
                   reorganization.
                   S. Zuber                             1.7        450.50

12/13/01           Several telephone conversations with D. Posner
                   regarding modified disclosure statement and second
                   modified plan, and additional, required
                   modifications.
                   S. Zuber                             0.5        132.50

12/13/01           Discuss plan and disclosure statement issues with
                   A. Marchetta.
                   S. Zuber                             0.5        132.50
```

| | | | |
|---|---|---|---|
| 12/13/01 | Work with K. Critchley regarding anti-trust issue; follow up with S. Zuber regarding plan issues and court hearing; work with S. Zuber regarding plan amendments; follow up regarding meeting between debtor and trustee; follow up on anti-trust research issues. | | |
| | A. Marchetta | 1.5 | 592.50 |
| 12/13/01 | Update the case file, orders binder and pleading boards for both the Intercat and Intercat Savannah matters. | | |
| | D. Florence | 2.5 | 200.00 |
| 12/14/01 | Numerous telephone calls regarding plan issues; conference with S. Zuber regarding court hearing issues. | | |
| | A. Marchetta | 0.9 | 355.50 |
| 12/14/01 | Numerous telephone conversations with I. Greene and D. Posner regarding competing plans and disclosure statements. | | |
| | S. Zuber | 1.2 | 318.00 |
| 12/14/01 | Several telephone conversations with D. Adams regarding hearings on Monday. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/14/01 | Telephone conversation with R. Talisman regarding Mobil's position on competing plans. | | |
| | S. Zuber | 0.8 | 212.00 |
| 12/14/01 | Continued preparation for disclosure statement hearings and meetings in Savannah on Monday. | | |
| | S. Zuber | 3.8 | 1,007.00 |
| 12/14/01 | Telephone conversation with N. Alt regarding competing plans and disclosure statements. | | |
| | S. Zuber | 0.2 | 53.00 |
| 12/16/01 | Final preparation for hearings on competing disclosure statements. | | |
| | S. Zuber | 3.3 | 874.50 |
| 12/17/01 | Meeting with I. Greene and J. Sylvester prior to hearings on competing Disclosure Statements; attend hearings; and participate in meetings following hearings with I. Greene, K. Horne, R. | | |

|  | | | |
|---|---|---|---|
| | Talisman, B. Roach, J. Drake, J. Sylvester, B. Usadi and J. Greenberg. | | |
| | S. Zuber | 10.5 | 2,782.50 |
| 12/17/01 | Telephone calls with S. Zuber regarding Engelhard and court hearing issues; numerous telephone calls regarding Engelhard position in court and strategy with S. Zuber; e-mails and follow up regarding same; telephone calls to client regarding same. | | |
| | A. Marchetta | 2.7 | 1,066.50 |
| 12/17/01 | Update the case file. | | |
| | D. Florence | 1.0 | 80.00 |
| 12/18/01 | Telephone conversation with R. Talisman regarding competing plans and disclosure statements, and Mobil's and Grace's positions. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Several discussions with A. Marchetta regarding status and strategy in light of competing plans. | | |
| | S. Zuber | 0.7 | 185.50 |
| 12/18/01 | Follow-up on yesterday's hearings. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Telephone conversation with J. Baer at Kirkland & Ellis regarding background and status of Chapter 11 case. | | |
| | S. Zuber | 0.3 | 79.50 |
| 12/18/01 | Prepare correspondence to J. Baer regarding competing plans and disclosure statements and objections thereto. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Telephone conversation with J. Rightmyer regarding status of Chapter 11. | | |
| | S. Zuber | 0.2 | 53.00 |
| 12/18/01 | Prepare memo regarding status. | | |
| | S. Zuber | 0.5 | 132.50 |
| 12/18/01 | Work with S. Zuber regarding Engelhard issues; telephone calls regarding same; e-mails with Trustee. | | |
| | A. Marchetta | 1.2 | 474.00 |

| 12/19/01 | Discuss status and strategy with A. Marchetta. | | |
| | S. Zuber | 1.0 | 265.00 |

| 12/19/01 | Telephone conversation with D. Adams regarding competing plan issues. | | |
| | S. Zuber | 0.2 | 53.00 |

| 12/19/01 | Telephone conversation with I. Greene regarding competing plan issues and Intercat's negotiations with Mobil. | | |
| | S. Zuber | 0.4 | 106.00 |

| 12/19/01 | Correspondence to R. Talisman regarding Mobil's position as to competing plans. | | |
| | S. Zuber | 0.2 | 53.00 |

| 12/19/01 | Several telephone conversations with R. Talisman regarding Mobil's position on competing plans; and prepare memo regarding calls. | | |
| | S. Zuber | 0.5 | 132.50 |

| 12/19/01 | Conference with S. Zuber and follow up regarding issues as to Engelhard bid. | | |
| | A. Marchetta | 1.0 | 395.00 |

| 12/20/01 | Receipt, review and analysis of application in support of stipulation and order resolving "Mott dispute"; and receipt, review, analysis, and revision of stipulation and order. | | |
| | S. Zuber | 0.9 | 238.50 |

| 12/20/01 | Telephone conversation with D. Posner regarding Mott stipulation, order and application and Grace's proposed changes; and status of Intercat's discussions with Mobil. | | |
| | S. Zuber | 0.4 | 106.00 |

| 12/20/01 | Correspondence to N. Alt regarding proposed changes to Mott Stipulation and Order and supporting Application. | | |
| | S. Zuber | 0.5 | 132.50 |

| 12/20/01 | Discuss Mott settlement with A. Marchetta; discuss competing plan issues; and prepare memo regarding Intercat's discussions with Mobil on consensual plan. | | |
| | S. Zuber | 0.5 | 132.50 |

12/20/01    Telephone conversation with R. Talisman regarding
            Mobil's negotiations with Intercat, and Grace's
            position regarding terms of deal that have been
            disclosed.
            S. Zuber                        0.4      106.00

12/20/01    Telephone conversation with J. Drake regarding
            modified Trustee's disclosure statement and plan,
            and bankruptcy process going forward.
            S. Zuber                        0.5      132.50

12/20/01    Telephone conversation with J. Sylvester regarding
            status of Intercat's negotiations with Mobil.
            S. Zuber                        0.2       53.00

12/20/01    Telephone conversation with I. Greene regarding
            competing plan issues; followed by (second) call
            from R. Talisman; and preparation of memo
            regarding status and open issues.
            S. Zuber                        0.6      159.00

12/20/01    Review and analysis of draft term sheet between
            Mobil and Intercat relative to proposed plan
            modifications.
            S. Zuber                        0.5      132.50

12/20/01    Additional calls with I. Greene to continue
            discussions regarding Mobil/Intercat term sheet.
            S. Zuber                        0.7      185.50

12/20/01    Numerous telephone calls and follow up with S.
            Zuber regarding Plan and Mobil issues.
            A. Marchetta                    1.5      592.50

12/21/01    Prepare for conference call with I. Greene, R.
            Talisman and A. Marchetta, including further
            review and analysis of Intercat/Mobil term sheet,
            review of Mobil License Agreement, comparison of
            payment schedule under existing Mobil agreement
            with proposed modifications; and discussions with
            A. Marchetta.
            S. Zuber                        1.5      397.50

12/21/01    Conference call with I. Greene, R. Talisman and A.
            Marchetta to discuss plan issues.
            S. Zuber                        1.3      344.50

12/21/01    Numerous follow-up telephone conversations with I.

Greene, and meetings with A. Marchetta, regarding
continued plan amendments.
S. Zuber                                    1.8         477.00

12/21/01    Numerous follow-up calls with R. Talisman
            regarding plan modifications and negotiations.
            S. Zuber                         0.7         185.50

12/21/01    Receipt, review and analysis of numerous amended
            drafts of agreement between Intercat and Mobil,
            and discuss same with A. Marchetta.
            S. Zuber                         1.0         265.00

12/21/01    Conference call with J. Rightmyer and A. Marchetta
            regarding plan modifications.
            S. Zuber                         0.3          79.50

12/21/01    Prepare correspondence to I. Greene confirming
            Grace's consent to Intercat/Mobil deal.
            S. Zuber                         0.3          79.50

12/21/01    Work with S. Zuber regarding plan issues;
            telephone conference with debtor regarding Mobil
            demands; follow up with client and S. Zuber
            regarding same; telephone calls regarding same.
            A. Marchetta                     1.8         711.00

12/24/01    Review information from court regarding disclosure
            statement; follow up regarding letter agreement
            with Mobil.
            A. Marchetta                     0.7         276.50

12/26/01    Review new plan documents and disclosures; follow
            up regarding same; forward same; conference with
            S. Zuber regarding same.
            A. Marchetta                     0.7         276.50

12/26/01    Continued attention to competing plans and
            disclosure statements.
            S. Zuber                         1.2         318.00

12/27/01    Follow up regarding notice of hearing.
            A. Marchetta                     0.3         118.50

12/28/01    Telephone call with S. Zuber and follow up
            regarding issues regarding Engelhard; review
            disclosure information.
            A. Marchetta                     0.7         276.50

| 12/31/01 | Follow up regarding information on disclosure statement and Engelhard issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 | 197.50 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 37.90 | 395.00 | 14,970.50 |
| M. Zelenty | 5.40 | 330.00 | 1,782.00 |
| S. Zuber | 97.80 | 265.00 | 25,917.00 |
| L. Connolly | 1.00 | 260.00 | 260.00 |
| D. Florence | 10.10 | 80.00 | 808.00 |
| TOTALS | 152.20 | | 43,737.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092588 Curtis Bay/Fusraps

12/17/01     Telephone call with client and Public Relations
             firm regarding reporter questions; assemble
             information and telephone calls regarding same.
             A. Marchetta                    1.0        395.00

12/18/01     Telephone calls regarding Wayne site.
             A. Marchetta                    0.3        118.50

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 1.30 | 395.00 | 513.50 |
| TOTALS | 1.30 | | 513.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 098817 Commercial Union Ins. Co. v. Swiss Reinsurance
America Corp.


11/26/01     Telephone calls with J. Posner and J. Hughes;
             follow up with M. Waller and CU attorney regarding
             subpoena issues.
             A. Marchetta                      0.8        316.00

11/27/01     Telephone call with client and follow up with M.
             Waller regarding CU requests and subpoena.
             A. Marchetta                      0.7        276.50

11/28/01     Follow up regarding subpoena response.
             A. Marchetta                      0.3        118.50

11/30/01     Follow up regarding document request and issue of
             service.
             A. Marchetta                      0.4        158.00

12/06/01     Telephone call with M. Stoler regarding possible
             subpoena.
             A. Marchetta                      0.3        118.50

12/11/01     Drafting letter to counsel for Swiss Reinsurance
             objecting to subpoena served on Grace directed to
             J. Posner; Draft memo to A. Marchetta regarding
             same.
             M. Waller                         0.8        212.00

12/12/01     Review comments to objections to subpoena from A.
             Marchetta and finalize letter to Swiss Reinsurance
             counsel regarding same.
             M. Waller                         0.2         53.00

12/17/01     Follow up regarding client issues regarding
             subpoena and document production.
             A. Marchetta                      0.4        158.00

12/18/01     Follow up with A. Marchetta regarding Grace's
             response to Swiss Reinsurance subpoena and draft
             memo to J. Hughes regarding same.
             M. Waller                         0.3         79.50

12/19/01     Conference with M. Waller and client regarding
             document production; follow up regarding same.

|  |  |  |  |
|---|---|---|---|
|  | A. Marchetta | 0.5 | 197.50 |

12/19/01    Confer with A. Marchetta regarding response to
            subpoena served by Swiss Reinsurance and
            conference call with J. Hughes regarding same;
            Reviewing subpoena served on J. Posner regarding
            scope.
            M. Waller                          0.5        132.50

12/20/01    Telephone call with client and follow up with M.
            Waller regarding subpoena and documents received.
            A. Marchetta                       0.5        197.50

12/20/01    Review letter from J. Hughes forwarding documents
            complied by Grace in response to Swiss Reinsurance
            subpoena; Reviewing subpoena served on Grace and
            documents compiled by Grace.
            M. Waller                          2.7        715.50

12/20/01    Conferring with S. Parker regarding responding to
            Swiss Reinsurance subpoena.
            M. Waller                          0.6        159.00

12/20/01    Worked with M. Waller regarding response to
            subpoena.
            S. Parker                          0.6         48.00

12/21/01    Conference with M. Waller regarding response to
            document demand; conference with S. Parker
            regarding same and coordinate production issues.
            A. Marchetta                       0.7        276.50

12/21/01    Meeting with S. Parker regarding response to Swiss
            Reinsurance subpoena.
            M. Waller                          0.3         79.50

12/21/01    Confer with A. Marchetta regarding response to
            Swiss Reinsurance subpoena and responsive
            documents in archives.
            M. Waller                          0.2         53.00

12/21/01    Review and analyze executed protective order
            regarding documents produced by non-parties
            received from CU counsel and prepare memo and
            distribute same to A. Marchetta, B. Moffitt and S.
            Parker.
            M. Waller                          0.5        132.50

'

| | | | |
|---|---|---|---|
| 12/21/01 | Conferred with M. Waller regarding stipulated protective order and designation of documents responsive to subpoena. | | |
| | S. Parker | 0.3 | 24.00 |
| 12/21/01 | Reviewed subpoena and commenced review of numerous indices regarding identification of documents responsive to subpoena. | | |
| | S. Parker | 1.6 | 128.00 |
| 12/22/01 | Reviewed e-mails and follow up regarding document production pursuant to subpoena. | | |
| | A. Marchetta | 0.6 | 237.00 |
| 12/22/01 | Reviewed subpoena and stipulated protective order and commenced review of file documents in the New York Insurance/Superfund matter regarding identification of documents responsive to subpoena. | | |
| | S. Parker | 7.2 | 576.00 |
| 12/23/01 | Continued review of file documents in the New York Insurance/Superfund matter regarding identification of documents responsive to subpoena. | | |
| | S. Parker | 4.2 | 336.00 |
| 12/26/01 | Working with B. Moffitt and S. Parker regarding preparing documents responsive to Swiss Reinsurance subpoena and discuss status with A. Marchetta. | | |
| | M. Waller | 1.0 | 265.00 |
| 12/26/01 | Review protective order; follow up with S. Parker regarding document search. | | |
| | A. Marchetta | 0.6 | 237.00 |
| 12/26/01 | Work with S. Parker regarding assembling documents responsive to subpoena; preparation of e-mail to S. Parker outlining protocol regarding same. | | |
| | B. Moffitt | 1.9 | 437.00 |
| 12/26/01 | Work with M. Waller regarding response to subpoena. | | |
| | B. Moffitt | 0.9 | 207.00 |
| 12/26/01 | Review Hatco files for documents responsive to subpoena. | | |

|            | D. Florence | 5.1 | 408.00 |

| 12/26/01 | Continued review of file documents in the Superfund matter regarding identification of documents responsive to subpoena. |  |  |
|  | S. Parker | 6.4 | 512.00 |

| 12/26/01 | Worked with B. Moffitt regarding review of scope of subpoena and status of file review for responsive documents |  |  |
|  | S. Parker | 0.8 | 64.00 |

| 12/26/01 | Conferences with D. Florence regarding status of file review for responsive documents and responded to questions regarding scope of subpoena. |  |  |
|  | S. Parker | 1.1 | 88.00 |

| 12/27/01 | Working with S. Parker regarding additional documents responsive to subpoena (i.e. reservation of rights letters, correspondence with insurers); Reviewing binders of requests for information and reservation of rights letter; and follow up with S. Parker regarding production of same. |  |  |
|  | M. Waller | 0.9 | 238.50 |

| 12/27/01 | Discuss status of document review and production with A. Marchetta. |  |  |
|  | M. Waller | 0.2 | 53.00 |

| 12/27/01 | Follow up regarding subpoena documents and confer with M. Waller regarding same. |  |  |
|  | A. Marchetta | 0.5 | 197.50 |

| 12/27/01 | Review Hatco files for documents responsive to subpoena. |  |  |
|  | D. Florence | 4.9 | 392.00 |

| 12/27/01 | Continued review of file documents in the Superfund and Hatco matters regarding identification of documents responsive to subpoena. |  |  |
|  | S. Parker | 4.1 | 328.00 |

| 12/27/01 | Worked with M. Waller regarding review for documents responsive to subpoena. |  |  |
|  | S. Parker | 0.6 | 48.00 |

| 12/28/01 | Telephone conference with Swiss Reinsurance |  |  |

|           | counsel regarding production of documents responsive to subpoena. | | |
|-----------|-------------------------------------------------------------------|------|-------|
|           | M. Waller                                                         | 0.3  | 79.50 |

| 12/28/01 | Draft memo to B. Moffitt and S. Parker regarding deadlines to respond to subpoena and meeting with S. Parker regarding documents to produce. | | |
|----------|---|---|---|
|          | M. Waller | 0.5 | 132.50 |

| 12/28/01 | Review Hatco files for documents responsive to the subpoena. | | |
|----------|---|---|---|
|          | D. Florence | 3.9 | 312.00 |

| 12/28/01 | Worked with M. Waller regarding status of document review in response to subpoena. | | |
|----------|---|---|---|
|          | S. Parker | 0.4 | 32.00 |

| 12/29/01 | Continued review of file documents in the Superfund and Hatco matters regarding identification of documents responsive to subpoena. | | |
|----------|---|---|---|
|          | S. Parker | 7.2 | 576.00 |

| 12/30/01 | Continued review of file documents in the Superfund,  Hatco and Excess matters regarding identification of documents responsive to subpoena. | | |
|----------|---|---|---|
|          | S. Parker | 7.1 | 568.00 |

| 12/31/01 | Review memorandum from S. Parker regarding compilation of documents responsive to Swiss Reinsurance subpoena and confer with B. Moffitt regarding same; Working with S. Parker regarding preparation of documents for review and production. | | |
|----------|---|---|---|
|          | M. Waller | 1.2 | 318.00 |

| 12/31/01 | Work with M. Waller and S. Parker regarding response to subpoena; review various e-mails regarding same. | | |
|----------|---|---|---|
|          | B. Moffitt | 0.3 | 69.00 |

| 12/31/01 | Continued review of file documents in the Superfund, Hatco and Excess matters regarding identification of documents responsive to subpoena in preparation for attorney review. | | |
|----------|---|---|---|
|          | S. Parker | 4.5 | 360.00 |

12/31/01      Worked with M. Waller regarding status of document
              review and resolution of additional questions
              pertaining to scope of same.
              S. Parker                          0.6          48.00


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.30 | 395.00 | 2,488.50 |
| M. Waller | 10.20 | 265.00 | 2,703.00 |
| B. Moffitt | 3.10 | 230.00 | 713.00 |
| D. Florence | 13.90 | 80.00 | 1,112.00 |
| S. Parker | 46.70 | 80.00 | 3,736.00 |
| TOTALS | 80.20 | | 10,752.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 12/03/01 | Follow up regarding issues with client.<br>A. Marchetta | 0.2 | 79.00 |
| 12/04/01 | Review issues with J. Scordo.<br>A. Marchetta | 0.3 | 118.50 |
| 12/04/01 | Review fax received from counsel for landlord;<br>review file regarding status; phone calls with A.<br>Marchetta and J. Elder regarding status of rent<br>payments and potential bankruptcy claim of<br>landlord; analyze file regarding same.<br>J. Scordo | 1.7 | 442.00 |
| 12/05/01 | Review files for numbers on roof and excess rent<br>claims to assess settlement; confer with A.<br>Marchetta regarding same; calculate same.<br>J. Scordo | 1.0 | 260.00 |
| 12/11/01 | Review file regarding status and update list of<br>upcoming tasks.<br>J. Scordo | 0.2 | 52.00 |
| 12/13/01 | Telephone call with client regarding lease issues.<br>A. Marchetta | 0.2 | 79.00 |
| 12/18/01 | Telephone call to client regarding settlement.<br>A. Marchetta | 0.2 | 79.00 |
| 12/21/01 | Telephone call with client and work with J. Scordo<br>regarding settlement.<br>A. Marchetta | 0.5 | 197.50 |
| 12/21/01 | Conference call with A. Nagy, H. Pearson and A.<br>Marchetta; revise settlement offer and draft<br>letter to Pep Boys.<br>J. Scordo | 1.0 | 260.00 |
| 12/22/01 | Review and revise correspondence regarding<br>settlement.<br>A. Marchetta | 0.2 | 79.00 |
| 12/24/01 | Follow up regarding settlement correspondence.<br>A. Marchetta | 0.3 | 118.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.90 | 395.00 | 750.50 |
| J. Scordo | 3.90 | 260.00 | 1,014.00 |
| TOTALS | 5.80 | | 1,764.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| 12/03/01 | Revise and send termination agreement to Gemini. | | |
|---|---|---|---|
| | L. Reilly | 0.6 | 195.00 |

| 12/04/01 | Send revised Clementon assignment documents for recording. | | |
|---|---|---|---|
| | L. Reilly | 0.2 | 65.00 |

| 12/13/01 | Telephone conference with Finkelstein.  Revise and send termination agreement to Gemini. | | |
|---|---|---|---|
| | L. Reilly | 0.3 | 97.50 |

| 12/13/01 | Follow up regarding Penini lease issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 118.50 |

| 12/27/01 | Review Gemini's comments on list of repair items and telephone conference with Ansback. | | |
|---|---|---|---|
| | L. Reilly | 0.4 | 130.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 395.00 | 118.50 |
| L. Reilly | 1.50 | 325.00 | 487.50 |
| TOTALS | 1.80 | | 606.00 |

SUMMARY OF COMPENSATION FOR THE INTERIM FEE PERIOD
OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 395.00 | 115.9 | $45,780.50 |
| Lawrence F. Reilly | 1965 | 325.00 | 16.5 | $5,362.50 |
| Brian Montag | 1990 | 295.00 | 3.1 | $914.50 |
| Colleen R. Donovan | 1987 | 280.00 | 1.3 | $364.00 |
| Michael E. Waller | 1991 | 265.00 | 154.2 | $40,863.00 |
| Michael W. Zelenty | 1986 | 330.00 | 5.4 | $1,782.00 |
| Scott A. Zuber | 1987 | 265.00 | 148.3 | $39,299.50 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 260.00 | 6.3 | $1,638.00 |
| Linda K. Connolly | 1983 | 260.00 | 1.0 | $260.00 |
| Kathy Dutton Helmer | 1981 | 250.00 | 110.6 | $27,650.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 230.00 | 98.9 | $22,747.00 |
| William S. Hatfield | 1993 | 225.00 | 18.0 | $4,050.00 |
| Wendy B. Green | 1999 | 220.00 | 1.3 | $286.00 |
| Joseph A. Clark | 1999 | 210.00 | 24.5 | $5,145.00 |
| Jeffrey T. Testa | 1999 | 185.00 | 8.5 | $1,572.50 |
| Meghan Ann Bennett | 1998 | 175.00 | 16.2 | $2,835.00 |
| Denise L. Buerrosse | 2001 | 140.00 | 43.8 | $6,132.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 80.00 | 49.2 | $3,936.00 |
| Elizabeth A. Greenfield | N/A | 85.00 | 1.1 | $93.50 |
| Deborah A. Jenkins | N/A | 80.00 | 3.7 | $296.00 |
| Susan Parker | N/A | 80.00 | 68.5 | $5,480.00 |

| Grand Total Time Reports (Hours and Dollars) for the Fee Period October 1, 2001 through December 31, 2001 | | | 896.30 Hours<br><br>TOTAL | $456,487.00[1] |
|---|---|---|---|---|

[1] This total amount includes a contingency fee of $240,000.00 for the *Glouster New Communities Company, Inc. v. Del Monte Corporation, et al.* matter.

95

COMPENSATION BY PROJECT CATEGORY FOR THE INTERIM FEE PERIOD
OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 98.4 | $30,072.75 |
| Correspondence and Pleadings Drafted | 193.8 | $47,980.75 |
| Correspondence and Pleadings Reviewed | 291.6 | $61,758.50 |
| Legal Research | 49.1 | $9,005.00 |
| Internal Office Meetings | 147.3 | $40,274.00 |
| Out of Office Meetings, including Preparation and Travel | 65.4 | $20,055.00 |
| File Review | 33.7 | $5,752.00 |
| Other Services | 17 | $1,589.00 |
| Grand Total Time Reports for the Fee Period November 1, 2001 through November 30, 2001 | Hours 896.30<br>TOTAL | $456,487.00[2] |

---

[2] This total amount includes a contingency fee of $240,000.00 for the *Glouster New Communities Company, Inc. v. Del Monte Corporation, et al.* matter.