# EXHIBIT C

## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE INTERIM FEE PERIOD
### OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001

| TYPE OF EXPENSE | |
|---|---|
| | |
| Computer Assisted Research | $1,283.52 |
| Document Access Facility | $17,570.64 |
| Duplicating | $2,212.16 |
| Telephone | $230.76 |
| Facility Copying Expense | $1,088.22 |
| Postage | $51.10 |
| Travel and Miscellaneous Expense | $1,173.55 |
| Vendor:   Paid Treasurer of the State of New Jersey | $464.56 |
| Vendor:   Paid Doerner & Goldberg for services | $3,616.35 |
| Express Delivery | $398.52 |
| Paid Clerk of Camden County for record fee for 2 assignments of lease #1051; S#2331 | $52.00 |
| File Notice of Appeal | $26.00 |
| Vendor:   NJ Law Journal | $21.20 |
| Vendor:   paid NY Compensation Insurance Rating Board for manual | $52.50 |
| Grand Total Expenses for the Interim Fee Period October 1, 2001 through December 31, 2001 | $28,241.08 |

## EXPENSES FOR THE INTERIM FEE PERIOD
## OCTOBER 1, 2001 THROUGH DECEMBER 31,2001

**Expenses for October 1, 2001 through October 31, 2001**

Engagement Costs - Clementon Environmental:
(082910.075662)

| | |
|---|---|
| Telephone | 1.78 |
| **Matter Total Engagement Costs** | **1.78** |

Engagement Costs - Gahrs, Inc., *et al.*:
(082910.070965)

| | |
|---|---|
| Postage | 8.40 |
| Telephone | 5.70 |
| Vendor: Paid Doerner & Goldberg for services | 3616.35 |
| Vendor: Paid Treasurer of the State of NJ | 464.56 |
| **Matter Total Engagement Costs** | **4,095.01** |

Engagement Costs - Intercat, Inc., *et al.*:
(082910.072757)

| | |
|---|---|
| Computer Assisted Research | 5.00 |
| Document Access Facility | 716.00 |
| Duplicating | 46.20 |
| Postage | 10.40 |
| Telephone | 10.21 |
| Travel and Miscellaneous Expense | 111.00 |
| **Matter Total Engagement Costs** | **898.81** |

Engagement Costs - NY Superfund Action:
(082910.000009)

| | |
|---|---|
| Computer Assisted Research | 167.58 |
| Document Access Facility | 5140.88 |
| Duplicating | 26.46 |
| Facility Copying Expense | 194.32 |
| Postage | 16.90 |
| Telephone | 3.67 |
| Travel and Miscellaneous Expense | 155.47 |

|                                         |            |
|-----------------------------------------|-----------:|
| Matter Total Engagement Costs           | 5,705.28   |

Engagement Costs - Prudential, *et al.*:
(082910.062416)

|                                         |            |
|-----------------------------------------|-----------:|
| Duplicating                             | 14.00      |
| **Matter Total Engagement Costs**       | **14.00**  |

**Expenses for November 1, 2001 through November 30, 2001**

Engagement Costs - Carteret Warehouse Subleases:
(082910.069254)

|                                         |            |
|-----------------------------------------|-----------:|
| Express Delivery                        | 7.74       |
| Postage                                 | 0.57       |
| Telephone                               | 4.71       |
| **Matter Total Engagement Cost**        | **13.02**  |

Engagement Costs - Clementon Environmental:
(082910.075662)

| 10/16/01 | Paid Clerk of Camden County for record fee for 2 assignments of lease #10501; S#2331 | 52.00 |
|----------|-------------------------------------------------------------------------------------|------:|
|          | Express Delivery                                                                    | 8.53  |
|          | Postage                                                                             | 2.98  |
|          | Telephone                                                                           | 5.61  |
|          | Travel and Miscellaneous Expense                                                    | 11.00 |
|          | **Matter Total Engagement Cost**                                                    | **80.12** |

Engagement Costs - Gahrs, Inc., et al.:
(089210.070965)

|                                         |            |
|-----------------------------------------|-----------:|
| Duplicating                             | 5.74       |
| Express Delivery                        | 7.74       |
| Telephone                               | 23.95      |
| Travel and Miscellaneous Expense        | 18.55      |
| **Matter Total Engagement Cost**        | **55.98**  |

Engagement Costs – Intercat, Inc. et al.:
(082910.072757)

| | |
|---|---|
| Computer Assisted Research | 150.73 |
| Document Access Facility – November 2001 | 716.00 |
| Duplicating | 162.12 |
| Express Delivery | 44.98 |
| Telephone | 41.24 |
| Travel and Miscellaneous Expense | 412.78 |

**Matter Total Engagement Cost   1,527.85**


Engagement Costs - NY Superfund Action:
(082910.000009)

| | |
|---|---|
| Computer Assisted Research | 164.94 |
| Document Access Facility | 5140.88 |
| Duplicating | 280.28 |
| Express Delivery | 138.74 |
| File notice of appeal | 26.00 |
| Telephone | 41.60 |

**Matter Total Engagement Cost   5,792.44**


Engagement Costs – Phenix City, Alabama Lease:
(082910.097440)

| | |
|---|---|
| Telephone | 4.41 |

**Matter Total Engagement Cost   4.41**


Engagement Costs – Weja, Inc.:
(082910.065656)

| | |
|---|---|
| Duplicating | 2.38 |
| Telephone | 1.20 |
| Vendor: NJ Law Journal | 21.20 |

**Matter Total Engagement Cost   24.78**

4

Engagement Costs – Williams Industries:
(082910.054251)

        Duplicating                              0.42

             **Matter Total Engagement Cost**    **0.42**

Engagement Costs – Glouster Landfill Issues:
(030423.066958)

        Duplicating                              8.00

             **Matter Total Engagement Cost**    **8.00**

**Expenses for December 1, 2001 through December 31, 2001**

Engagement Costs – NY Superfund Action:
(082910.000009)

| | |
|---|---:|
| Computer Assisted Research | 712.52 |
| Document Access Facility | 5140.88 |
| Duplicating | 1629.74 |
| Express Delivery | 149.83 |
| Facility Copying Expense | 161.84 |
| Postage | 11.85 |
| Telephone | 33.43 |
| Vendor: paid NY Compensation Insurance Rating Board for manual | 52.50 |

             **Matter Total Engagement Cost**  **7,892.59**

Engagement Costs – Intercat, Inc., et al.:
(082910.072757)

| | |
|---|---:|
| Computer Assisted Research | 82.75 |
| Document Access Facility | 716.00 |
| Duplicating | 34.30 |
| Express Delivery | 7.74 |
| Facility Copying Expense | 49.14 |
| Telephone | 48.93 |
| Travel and Miscellaneous Expense | 464.75 |

             **Matter Total Engagement Cost**  **1,403.61**

Engagement Costs – Commercial Union Ins. Co v. Swiss Reinsurance America Corp.:
(082910.098817)

      Facility Copying Expense           682.92
      Telephone                            2.19

                **Matter Total Engagement Cost**    **685.11**


Engagement Costs – Lampetr Joint Venture/WRG:
(082910.092159)

      Telephone                            1.90

                **Matter Total Engagement Cost**      **1.90**


Engagement Costs – Carteret Warehouse Subleases:
(082910.069254)

      Duplicating                        2.52
      Express Delivery               33.22
      Telephone                        0.20

                **Matter Total Engagement Cost**     **35.94**