# EXHIBIT A

```
                        REED SMITH LLP
                        PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                           Invoice Number      932409
One Town Center Road                      Invoice Date       03/27/02
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026
```

===================================================================

Re: (60026)   Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2002

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/01/02 | Atkinson | Checking Summation database re: addition of new documents (.4); arrangements re: organizing documents reviewed by associates (.4). | .80 |
| 02/01/02 | Bentz | Review of documents in preparation of witness interviews. | 3.75 |
| 02/01/02 | Cameron | Review news reports and prepare materials for call with R. Finke and W. Sparks relating to consultant work. | 1.40 |
| 02/01/02 | Cindrich | Document review. | 7.00 |
| 02/01/02 | Cleversy | Preparation for trip to Boston. | .80 |
| 02/01/02 | DelSole | Research regarding epidemiologic proof. | 1.00 |
| 02/01/02 | Devine | Document review. | 3.50 |
| 02/01/02 | Haines | Telephone call with Anderson re: temp staffing (0.4); weekly status reports (0.3); telephone call with Atkinson re: temp staffing (0.4); memos to Henderson re: On-Site CDs (0.1). | 1.20 |
| 02/01/02 | Muha | Receive materials for Grace defense . | 6.90 |

```
172573  W. R. Grace & Co.                          Invoice Number  932409
60026   Special Abestos Counsel                    Page    2
        March 27, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 02/01/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 02/02/02 | Bentz | Review of documents in preparation for witness meeting and outlining topics for discussion. | 4.50 |
| 02/02/02 | Cameron | Continued review of materials for telephone call with R. Finke and W. Sparks regarding testing. | 1.30 |
| 02/02/02 | Cleversy | Reviewing the coding guidelines while traveling to Boston. | 2.00 |
| 02/03/02 | Atkinson | Prepared summaries while traveling to Boston. | 1.60 |
| 02/03/02 | Cindrich | Document review. | 1.10 |
| 02/04/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.30 |
| 02/04/02 | Bentz | Preparation of outline for witness interviews. | 4.30 |
| 02/04/02 | Butcher | Work on Grace defense | 1.50 |
| 02/04/02 | Cameron | Telephone call with R. Finke regarding EPA meeting and e-mails regarding same. | .60 |
| 02/04/02 | Cindrich | Document review. | 8.10 |
| 02/04/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/04/02 | Devine | Document review. | 1.20 |
| 02/04/02 | Flatley | With J. Bentz re: outline for California trip (.30); preparation for California meetings (2.90). | 3.20 |
| 02/04/02 | Haines | Memos re: coding questions. | .20 |
| 02/04/02 | Lord | Telephone and e-correspondence with Mr. Cameron re: certificate of no objections (.3); prepare CNO and service for montly application (.8). | 1.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page    3
       March 27, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/04/02 | Muha | Review and itemize documents to be used for Grace defense. | 7.30 |
| 02/04/02 | Trevelise | Review correspondence re: document review. | .10 |
| 02/05/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 7.40 |
| 02/05/02 | Butcher | Reviewing materials to work on Grace defense | 1.00 |
| 02/05/02 | Cameron | Prepare for and participate in conference call with W. Sparks, R. Finke and L. Flatley regarding testing protocol issues (1.3); Review and provide comments to R. Finke regarding same (.9); Telephone call with R. Finke regarding same (.7); Revise materials for fee applications (.8). | 3.70 |
| 02/05/02 | Cindrich | Document review. | 4.00 |
| 02/05/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/05/02 | Flatley | Call with D. Cameron re: preparation for call (.10); conference call with R. Finke, W. Sparks and D. Cameron and follow up (1.50); preparation for California meetings (5.20). | 6.80 |
| 02/05/02 | Haines | Memos re: weekly pick-up (0.3); memos re: document review staffing (0.3); memos re: Boulder scanning proposal (0.1). | .70 |
| 02/05/02 | Muha | Review witness binder materials for Grace defense. | 1.40 |
| 02/05/02 | Trevelise | Review correspondence re: status of document review and scanning issues. | .20 |
| 02/06/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.60 |

```
172573  W. R. Grace & Co.                        Invoice Number  932409
60026   Special Abestos Counsel                  Page      4
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/06/02 | Cameron | Participate in conference call with Richard Finke and consultant regarding testing issues (.8); Telephone call with R. Finke regarding meeting and review open issues (.4). | 1.20 |
| 02/06/02 | Cleversy | Review of W. R. Grace documents in regard to document requests. | 8.00 |
| 02/06/02 | Flatley | In Santa Monica, CA for meetings with W. Sparks, C. Sullivan, D. Biderman, et al. (8.50); preparation for meetings and follow up (1.50). | 10.00 |
| 02/06/02 | Haines | Telephone call with Atkinson re: document review status and schedule (0.3); memos to Thornton re: outstanding data issues (0.4); memo to Hindman re: same (0.1). | .80 |
| 02/06/02 | Muha | Review/itemize documents to be used for Grace Story. | 1.10 |
| 02/07/02 | Atkinson | Reviewing W.R. Grace documents in Boston | 8.90 |
| 02/07/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/07/02 | Flatley | Reorganizing after trip to Los Angeles (1.00); reviewing meeting notes and preparing memoranda on meetings in LA (5.80). | 6.80 |
| 02/07/02 | Haines | Memorandum to Thornton re: technical problems and issues (0.2); memo to Hindman re: same (0.1). | .30 |
| 02/07/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/08/02 | Bentz | Reviewing and summarizing articles regarding EPA contemplated actions. | 1.00 |
| 02/08/02 | Cameron | E-mails regarding meeting with consultant and review summary memo | .90 |

```
172573  W. R. Grace & Co.                              Invoice Number  932409
60026   Special Asbestos Counsel                       Page    5
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/08/02 | Cleversy | Review of W.R. Grace documents in regard to document request | 7.00 |
| 02/08/02 | DelSole | Review of Libby/EPA activity (.5); research of epidemiologic proof (.8); review of media reports concerning EPA/Grace/Libby (.2). | 1.50 |
| 02/08/02 | Flatley | Reorganizing from California trip and drafting memoranda about California meetings. | 1.80 |
| 02/08/02 | Haines | Review Boulder scanning proposal (0.7); memo to Coggon re: comments on same (0.6); memos re: weekly status reports (0.3); memos re: document review schedule (0.2). | 1.80 |
| 02/08/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/10/02 | Cameron | Review W. Sparks e-mail and related materials regarding testing. | .80 |
| 02/10/02 | Flatley | Revisions to memoranda. | 1.10 |
| 02/10/02 | Jones | Review and organize material for W.R. Grace document review | 6.00 |
| 02/11/02 | Bentz | Review of witness interviews (0.8); preparation of summaries of news articles regarding attic insulation (0.8). | 1.60 |
| 02/11/02 | Butcher | Review materials to begin Grace defense | 1.30 |
| 02/11/02 | Cameron | Review D. Bernick's e-mail and meet with J. Restivo regarding same (.4); Review CMO papers and prepare for conference call regarding same (1.1). | 1.50 |
| 02/11/02 | Cleversy | Organization of materials from Boston document review. | .70 |
| 02/11/02 | Devine | Document review. | 3.00 |

```
172573  W. R. Grace & Co.                              Invoice Number   932409
 60026  Special Asbestos Counsel                       Page     6
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/11/02 | Flatley | Revisions to meeting memo and circulate them (.30); review R. Finke e-mail (.20); with J. Restivo (.10). | .60 |
| 02/11/02 | Haines | Memos to Coggon re: Boulder scanning contract (0.3); telephone calls re: scanning questions (0.5); memos re: On-Site invoice (0.1); memos re: document review staffing and status (0.4). | 1.30 |
| 02/11/02 | Jones | Review and code documents re responsiveness to EPA and class action claims. | 7.50 |
| 02/11/02 | Muha | Review materials for Grace defense Project. | 1.50 |
| 02/12/02 | Bentz | Reviewing and summarizing news articles regarding attic insulation. | .25 |
| 02/12/02 | Butcher | Review materials to prepare Grace story | 3.30 |
| 02/12/02 | Cameron | Prepare for and talk with R. Finke regarding agenda for conference call (.3); Prepare for and participate in conference call with D. Bernick, D. Siegel, R. Finke, et al. regarding draft motions for CMO and discovery issues (1.2); Review revised draft of CMO motion for ZAI claims and telephone call with R. Finke and A. Running regarding same (.9); Reports to J. Restivo regarding same (.3). | 2.70 |
| 02/12/02 | Cindrich | Document review. | 3.00 |
| 02/12/02 | DeMarchi Sleigh | Document review. | .60 |
| 02/12/02 | Flatley | Review D. Cameron e-mail and call with D. Cameron. | .20 |
| 02/12/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 7.70 |

```
172573  W. R. Grace & Co.                          Invoice Number   932409
 60026  Special Abestos Counsel                    Page    7
        March 27, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/12/02 | Muha | Review documents, materials for Grace defense Project. | 4.50 |
| 02/13/02 | Bentz | Reviewing and summarizing news articles regarding attic insulation. | .25 |
| 02/13/02 | Butcher | Review of materials to prepare Grace defense | 4.60 |
| 02/13/02 | Cameron | Review materials relating to proposed CMO schedule (.4); Review testing information from R. Finke and materials for consultants (.9). | 1.30 |
| 02/13/02 | Cindrich | Document review. | 5.50 |
| 02/13/02 | Flatley | With D. Cameron re: CMO issues (.20); with J. Bentz (.10); D. Cameron e-mail and response (.10). | .40 |
| 02/13/02 | Haines | Multi memorandums re: confidentiality provisions for Boulder scanning agreement. | .30 |
| 02/13/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 8.00 |
| 02/13/02 | Muha | Review materials for Grace Story; discuss issues with J. Butcher. | 2.20 |
| 02/13/02 | Trevelise | Review correspondence re: status of document review (.1); telephone call to J. Restivo re: status of attorney review of documents (.1). | .20 |
| 02/14/02 | Butcher | Review material to prepare Grace story | 4.50 |
| 02/14/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 9.50 |
| 02/14/02 | Muha | Review materials and make notes for drafting Grace Story. | 2.50 |
| 02/15/02 | Butcher | Review materials to prepare Grace defense | 1.50 |

```
172573  W. R. Grace & Co.                                    Invoice Number   932409
60026   Special Abestos Counsel                              Page    8
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/15/02 | Cameron | Review testing protocol issues and telephone call with R. Finke regarding same (.8); Communications with consultant regarding testing (.4). | 1.20 |
| 02/15/02 | Devine | Document review. | 3.50 |
| 02/15/02 | Haines | Multi memos to Atkinson and Trevelise re: document review staffing. | .30 |
| 02/15/02 | Muha | Develop outline and draft of Grace defense. | 3.20 |
| 02/15/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/16/02 | Cameron | Review protocol material and prepare for call regarding same. | 1.40 |
| 02/17/02 | Atkinson | Prepared summaries while traveling to Boston. | 1.50 |
| 02/17/02 | Jones | Review and organize documents for W. R. Grace document review. | 6.00 |
| 02/18/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.00 |
| 02/18/02 | Bentz | Reviewing and summarizing news articles regarding Grace, Libby and attic insulation. | .50 |
| 02/18/02 | Butcher | Review materials to prepare Grace story | 2.50 |
| 02/18/02 | Cameron | Review and provide comments to draft protocol and prepare for meeting (.9); Review materials relating to billing issues (.8). | 1.70 |
| 02/18/02 | Devine | Document review. | 2.00 |
| 02/18/02 | Flatley | E-mail and call with W. Sparks. | .10 |
| 02/18/02 | Haines | Memorandum re: On-Site invoice for February. | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number   932409
60026   Special Asbestos Counsel                       Page     9
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/18/02 | Jones | Review and code documents for responsiveness to EPA and class action document requests. | 8.00 |
| 02/18/02 | Muha | Review materials; draft passages of Grace Story. | 3.80 |
| 02/18/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/19/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.10 |
| 02/19/02 | Bentz | Review of news articles regarding Grace, Libby and attic insulation (.7); review of memoranda regarding various test results (.5); formulating historical case defense (.5). | 1.70 |
| 02/19/02 | Butcher | Review material to prepare Grace story | 5.60 |
| 02/19/02 | Cameron | Continue review of protocol issues and telephone call with R. Finke regarding same (.7); Review various e-mails relating to medical monitoring claims form (.6); Participate in conference call with consultants regarding testing issues (.9). | 2.20 |
| 02/19/02 | Cindrich | Document review. | 1.00 |
| 02/19/02 | Cleversy | Preparation for return to Boston for document production. | .40 |
| 02/19/02 | Flatley | E-mails and responses (.10); call with D. Cameron re: scheduling issues (.10). | .20 |
| 02/19/02 | Jones | Review and code documents for responsiveness to EPA and class action document requests. | 8.00 |
| 02/19/02 | Restivo | Telephone conference with R. Finke re future actions | .40 |
| 02/19/02 | Trevelise | Review correspondence re:medical monitoring form. | .10 |

```
172573  W. R. Grace & Co.                          Invoice Number  932409
 60026  Special Asbestos Counsel                    Page   10
        March 27, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/20/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.40 |
| 02/20/02 | Bentz | Preparation of historical case defense (1.5); meeting with J. Butcher and A. Muha regarding preparation of historical case defense (0.5). | 2.00 |
| 02/20/02 | Butcher | Review materials to prepare Grace story, meeting with J. Bentz to discuss Grace story | 4.80 |
| 02/20/02 | Cameron | Review revised protocol and comment (.9); E-mails regarding meeting and protocols (.6). | 1.50 |
| 02/20/02 | Cindrich | Document review. | 2.00 |
| 02/20/02 | DelSole | Review of media reports (.5); EPA Action review regarding Libby and vermiculite (1.0). | 1.50 |
| 02/20/02 | Flatley | J. Bentz e-mail re: outline status. | .10 |
| 02/20/02 | Haines | Memo re: Boulder status (0.1); memo re: document review status (0.1). | .20 |
| 02/20/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 8.00 |
| 02/20/02 | Lord | Research docket for objections to CNOs re: Sixth monthly and Second Interim fee application (.4); prepare CNO's for monthly and interim fee applications (.6). | 1.00 |
| 02/20/02 | Muha | Draft outline of Grace defense and meet with J. Bentz and J. Butcher re: same | 4.30 |
| 02/20/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/21/02 | Atkinson | Reviewing W.R. Grace documents in Boston | 9.20 |

```
172573  W. R. Grace & Co.                        Invoice Number  932409
 60026  Special Abestos Counsel                  Page    11
        March 27, 2002


   Date    Name                                                    Hours
 --------  -----------                                              -----

 02/21/02 Butcher           Review materials to prepare Grace        1.60
                            story

 02/21/02 Cameron           Telephone call with R. Finke and          .60
                            e-mails regarding meetings with
                            consultants and protocols and
                            review and revise same.

 02/21/02 Haines            Memo re: return of Boulder                .10
                            documents to Winthrop Square (0.1).

 02/21/02 Jones             Review and code documents for            8.50
                            responsiveness to EPA and class
                            action discovery requests.

 02/21/02 Lord              Review Adminstrative order and            .80
                            other CNO filings re: procedure
                            for interim applications

 02/21/02 Muha              Draft outline of Grace Story.            1.40

 02/21/02 Trevelise         Review correspondence re: status          .10
                            of document review.

 02/22/02 Atkinson          Telephone calls with A. Anderson          .60
                            (Winthrop) and S. Haines (Phl RS)
                            re: temporary help in reviewing
                            documents.

 02/22/02 Bentz             Review of proposed pleading               .30
                            addressing two exhibits submitted
                            by claimants' counsel.

 02/22/02 Butcher           Review materials to prepare Grace        2.00
                            storty

 02/22/02 Cameron           Review correspondence and draft         2.50
                            reply brief (.6); Review materials
                            in preparation for 2/26 meeting
                            (1.1); Review Libby testing data
                            (.8).

 02/22/02 Cleversy          Preparation for document review in        .80
                             Boston.

 02/22/02 DeMarchi Sleigh   Document review                          1.20

 02/22/02 Flatley           Review draft supplementary brief          .40
                            and respond to D. Cameron e-mail
                            on it.
```

```
172573  W. R. Grace & Co.                        Invoice Number  932409
60026   Special Abestos Counsel                  Page   12
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/22/02 | Haines | Multi telephone calls re: temp staffing at Winthrop document review (0.8); multi memos re: same (0.2); memos to On-Site re: weekly status report (0.1); telephone call to Matt Murphy (0.1); begin draft of attachment protocol (0.5); memo to Thornton re: same (0.1); telephone call to Anderson re: same (0.1); memos re: weekly status reports for WSO and Cambridge (0.2). | 2.10 |
| 02/22/02 | Lord | Coordinate filing and complete service of Reed Smith monthly CNO (.4). | .40 |
| 02/23/02 | Cameron | Review materials for 2/26 meeting with consultant and 2/27 strategy meeting. | 1.80 |
| 02/23/02 | Flatley | Review correspondence and follow up on it. | .40 |
| 02/23/02 | Muha | Draft outline of W.R. Grace Story. | 3.30 |
| 02/24/02 | Cleversy | Review of asbestos-containing products and guidelines while traveling to Boston, Massachusetts. | 2.00 |
| 02/25/02 | Atkinson | Reviewing W. R. Grace documents in Boston | 5.90 |
| 02/25/02 | Bentz | Conference with J. Restivo regarding document review (0.2); review of document review and (0.2); review of articles regarding Grace, Libby and attic insulation (1.0). | 1.40 |
| 02/25/02 | Butcher | Review materials to prepare Grace defense case | 7.50 |
| 02/25/02 | Cameron | Prepare for and meet with J. Restivo and L. Flatley regarding Agenda for 2/27 meeting and review and revise same (1.3); Prepare for 2/26 meeting with consultant and W. R. Grace in-house counsel and multiple e-mails regarding same (2.6). | 3.90 |

```
172573  W. R. Grace & Co.                        Invoice Number   932409
60026   Special Abestos Counsel                  Page   13
        March 27, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 02/25/02 | Cleversy | Review of client documentation at the Boston repository. | 8.00 |
| 02/25/02 | Flatley | Respond to D. Cameron e-mails (.40); with J. Restivo and D. Cameron re: 2/27 meeting (.80); organizing for 2/27 meeting (1.00) | 2.20 |
| 02/25/02 | Haines | Memos re: February invoice (.5); memos Thornton re: weekly status report, missing data issues and attachment ranges (.2); memo re: Boulder documents returned (.2); Telephone call to Bocchino re: February invoices (.1); Boulder, Byrne, Thornton re: February invoice; outstanding issues (.7); memo re: same (.2); memo re: attorney review status (.2). | 1.90 |
| 02/25/02 | Lord | Review and edit quarterly CNO (.3); complete service and coordinate filing of same (.3). | .60 |
| 02/25/02 | Muha | Draft outline of the Grace defense case. | 1.50 |
| 02/25/02 | Restivo | Preparation for planning meeting (1.0); dictate notes on documents (1.0) | 2.00 |
| 02/26/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.60 |
| 02/26/02 | Bentz | Review of document review project. | 1.50 |
| 02/26/02 | Cameron | Prepare for and attend meeting with consultants, R. Finke, A. Running and T. Hardy and review and revise materials for 2/27 strategy meeting. | 8.00 |
| 02/26/02 | Cindrich | Document review. | 1.00 |
| 02/26/02 | Cleversy | Review of client documentation at the Boston repository. | 8.40 |

```
172573  W. R. Grace & Co.                              Invoice Number  932409
60026   Special Abestos Counsel                        Page   14
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/26/02 | Flatley | Preparation for 2/27 meeting (3.30); call with W. Sparks (.20); with J. Bentz re: documents status (.20); with J. Restivo (.20). | 3.90 |
| 02/26/02 | Muha | Draft/review outline of Grace defense case. | 6.60 |
| 02/26/02 | Restivo | Preparation for strategy conference | 3.60 |
| 02/27/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.90 |
| 02/27/02 | Bentz | Preparation for and attending planning meeting (5.7); preparation of memorandum (.3). | 6.00 |
| 02/27/02 | Cameron | Prepare for and meet with J. Restivo and L. Flatley regarding strategy meeting (.5); Prepare for and attend meeting with lawyers from Kirkland & Ellis, J. Restivo, L. Flatley, J. Bentz and R. Finke regarding strategy issues for asbestos litigation (4.5); Prepare for and participate in multiple conference calls and meet with R. Finke regarding protocol issues (1.8); Review and revise protocol and materials for testing (1.3); Telephone call with L. Flatley regarding issues from consultant meeting (.4); Review recent articles regarding asbestos issues (.8). | 9.30 |
| 02/27/02 | Cindrich | Document review. | .50 |
| 02/27/02 | Cleversy | Review of client documentation at the Boston repository. | 7.80 |
| 02/27/02 | Flatley | Preparation for meeting (1.30); meeting with Siegel, Finke, Bernick, Restivo, et al. (4.00); follow up on meeting (.80); call with D. Cameron re results of 2/26 meeting (.30); with J. Restivo re: results of 2/27 meeting and e-mail (.10). | 6.50 |

```
172573  W. R. Grace & Co.                              Invoice Number  932409
60026   Special Asbestos Counsel                       Page   15
        March 27, 2002
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/27/02 | Muha | Draft outline of Grace defense case. | .20 |
| 02/27/02 | Restivo | Strategic Planning Meeting in Pittsburgh | 6.00 |
| 02/27/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 02/28/02 | Atkinson | Reviewing W. R. Grace documents in Boston | 9.00 |
| 02/28/02 | Bentz | Preparation of memorandum regarding planning issues. | .40 |
| 02/28/02 | Butcher | Draft Grace defense case | .70 |
| 02/28/02 | Cameron | Prepare for and participate in multiple conference calls with consultants regarding protocol and testing issues (2.3); Review and revise same and multiple telephone calls with R. Finke regarding same (1.8); Prepare and revise memo regarding 2/26 meeting with consultant (.6); Review and revise fee application materials (1.0). | 5.70 |
| 02/28/02 | Cindrich | Document review. | .20 |
| 02/28/02 | Cleversy | Preparation for return trip to Pittsburgh (.5); Review of client documentation at the Boston repository (5.5); travel to Pittsburgh while reviewing guidelines (2.0). | 8.00 |
| 02/28/02 | DeMarchi Sleigh | Document review | .60 |
| 02/28/02 | Haines | Telephone conference with Anderson re: document review staffing (.2); Conference Bocchino (Onsite) re: scanning status (.7); memos re: attachment range issues (.6); review onsite weekly status memo (.3); conference Trevelise re: attorney review coding (.2); memos re: same (.5); memos re: missing data from CDS 5; 6 (.5); finish draft of attachment range protocol (.4) | 3.40 |

```
172573  W. R. Grace & Co.                          Invoice Number  932409
60026   Special Abestos Counsel                    Page   16
        March 27, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/28/02 | Lord | E-correspondence with Mr. Cameron re: monthly fee application. | .20 |
| 02/28/02 | Muha | Draft outline of Grace defense case. | .50 |
| 02/28/02 | Trevelise | Review correspondence re: status of document review. | .20 |

```
                                        TOTAL HOURS     568.45
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Trevelise | 1.80 | at $ | 360.00 | = | 648.00 |
| James J. Restivo Jr. | 12.00 | at $ | 430.00 | = | 5,160.00 |
| Lawrence E. Flatley | 44.70 | at $ | 400.00 | = | 17,880.00 |
| Douglas E. Cameron | 55.20 | at $ | 385.00 | = | 21,252.00 |
| James W Bentz | 29.45 | at $ | 300.00 | = | 8,835.00 |
| Stephen J. DelSole | 4.00 | at $ | 275.00 | = | 1,100.00 |
| Scott M. Cindrich | 33.40 | at $ | 185.00 | = | 6,179.00 |
| Lisa D. DeMarchi Sleigh | 2.40 | at $ | 185.00 | = | 444.00 |
| Bryan C. Devine | 13.20 | at $ | 185.00 | = | 2,442.00 |
| Jayme L. Butcher | 42.40 | at $ | 185.00 | = | 7,844.00 |
| Andrew J. Muha | 52.20 | at $ | 185.00 | = | 9,657.00 |
| M. Susan Haines | 14.70 | at $ | 150.00 | = | 2,205.00 |
| John B. Lord | 4.10 | at $ | 145.00 | = | 594.50 |
| Maureen L. Atkinson | 103.80 | at $ | 120.00 | = | 12,456.00 |
| Janet L. Cleversy | 77.90 | at $ | 120.00 | = | 9,348.00 |
| Melody A. Jones | 77.20 | at $ | 125.00 | = | 9,650.00 |

```
                 CURRENT FEES                             115,694.50

            TOTAL BALANCE DUE UPON RECEIPT             $ 115,694.50
```