# EXHIBIT B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | | Invoice Number | 932409 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 03/27/02 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

==============================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/30/01 | Express Mail Service PARCELS, INC | 30.00 |
| 12/31/01 | Express Mail Service PARCELS INC | 55.00 |
| 01/16/02 | SLADE/VALERIE 21JAN PHL BOS PHL-Air Travel Expense | 293.00 |
| 01/16/02 | ROSSI/M SUSAN 20JAN PHL BOS PHL-Rail Expense | 765.00 |
| 01/17/02 | ATKINSON/MAUREEN L 27JAN PIT BOS PIT-Air Travel Expense | 539.50 |
| 01/18/02 | JONES/MELODY 21JAN PHL BOS PHL-Rail Expense | 293.00 |
| 01/22/02 | ATTY # 0349: 3 COPIES | .45 |
| 01/24/02 | 561-362-1970/BOCA RATON, FL/3 | .97 |
| 01/24/02 | 303-861-7000/DENVER, CO/7 | 2.30 |
| 01/27/02 | JONES/MELODY 27JAN PHL BOS PHL-Rail Credit | -300.00 |
| 01/27/02 | CLEVERSY/JANET-Air Travel Credit | -479.49 |
| 01/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 01/28/02 | 302-652-5340/WILMINGTON, DE/1 | .65 |
| 01/28/02 | 302-652-5340/WILMINGTON, DE/14 | 4.54 |
| 01/29/02 | ATTY # 0559: 4 COPIES | .60 |
| 01/29/02 | ATTY # 0559: 4 COPIES | .60 |
| 01/29/02 | ATTY # 0559: 7 COPIES | 1.05 |

172573  W. R. Grace & Co.                          Invoice Number  932409
60026   Special Abestos Counsel                    Page   2
        March 27, 2002


01/29/02    ATTY # 0559: 6 COPIES                                   .90

01/29/02    ATTY # 0559: 14 COPIES                                 2.10

01/29/02    ATTY # 0559: 4 COPIES                                   .60

01/29/02    ATTY # 0559: 4 COPIES                                   .60

01/29/02    ATTY # 0559: 7 COPIES                                  1.05

01/29/02    ATTY # 0559: 4 COPIES                                   .60

01/29/02    ATTY # 0559: 4 COPIES                                   .60

01/29/02    ATTY # 0559: 1 COPIES                                   .15

01/29/02    ATTY # 0559: 4 COPIES                                   .60

01/29/02    Secretarial Overtime TYPING INFO INTO SUMMATION       30.00

01/29/02    215-241-7925/PHILA, PA/11                              3.30

01/29/02    303-866-0408/DENVER, CO/3                               .99

01/29/02    302-778-7575/WILMINGTON, DE/11                         3.56

01/30/02    ATTY # 0559: 6 COPIES                                   .90

01/30/02    ATTY # 0559: 6 COPIES                                   .90

01/30/02    ATTY # 0559: 12 COPIES                                 1.80

01/30/02    ATTY # 4077: 2 COPIES                                   .30

01/30/02    ATTY # 0856: 12 COPIES                                 1.80

01/30/02    ATTY # 0559: 9 COPIES                                  1.35

01/30/02    ATTY # 0559: 12 COPIES                                 1.80

01/30/02    ATTY # 4077: 2 COPIES                                   .30

01/30/02    617-426-5900/BOSTON, MA/8                              2.63

01/31/02    ATTY # 0885: 8 COPIES                                  1.20

01/31/02    ATTY # 1398: 1 COPIES                                   .15

01/31/02    ATTY # 0885: 8 COPIES                                  1.20

01/31/02    ATTY # 0349: 1 COPIES                                   .15

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page   3
       March 27, 2002


| Date | Description | Amount |
|---|---|---|
| 01/31/02 | ATTY # 3254: 1 COPIES | .15 |
| 01/31/02 | ATTY # 3254: 1 COPIES | .15 |
| 01/31/02 | ATTY # 3254: 1 COPIES | .15 |
| 01/31/02 | ATTY # 3254: 1 COPIES | .15 |
| 01/31/02 | 215-241-7925/PHILA, PA/5 | 1.50 |
| 01/31/02 | ATKINSON/MAUREEN L 03FEB PIT BOS PIT-Air Travel Expense | 971.49 |
| 02/01/02 | Meal Expense -S HELBLING - LUNCH 1/26/02 | 6.41 |
| 02/01/02 | Transportation -PARKING 1/26/02 | 3.00 |
| 02/01/02 | Mileage Expense - S HELBLING - 22 MILES | 8.03 |
| 02/01/02 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/01/02 | ATTY # 0885: 13 COPIES | 1.95 |
| 02/01/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 02/01/02 | ATTY # 0559; 72 COPIES | 10.80 |
| 02/01/02 | 617-426-3501/BOSTON, MA/5 | 1.62 |
| 02/01/02 | 617-227-8600/BOSTON, MA/2 | .65 |
| 02/01/02 | 617-542-3025/BOSTON, MA/9 | 3.24 |
| 02/01/02 | 412-288-3094/PITTSBURGH, PA/16 | 4.80 |
| 02/01/02 | FLATLEY/LAWRENCE E 05FEB PIT LAX PIT-Air Travel Expense | 2154.00 |
| 02/03/02 | Secretarial Overtime TYPING SUMMATION INFO | 142.50 |
| 02/04/02 | ATTY # 0885; 24 COPIES | 3.60 |
| 02/04/02 | ATTY # 0718; 40 COPIES | 6.00 |
| 02/04/02 | ATTY # 0885: 6 COPIES | .90 |
| 02/04/02 | ATTY # 0396: 5 COPIES | .75 |
| 02/04/02 | ATTY # 0885: 9 COPIES | 1.35 |
| 02/04/02 | ATTY # 0885: 11 COPIES | 1.65 |

172573 W. R. Grace & Co.                                    Invoice Number  932409
60026  Special Abestos Counsel                              Page   4
       March 27, 2002

| | | |
|---|---|---|
| 02/04/02 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/04/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/02 | ATTY # 0885: 3 COPIES | .45 |
| 02/04/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 02/04/02 | ATTY # 0396: 8 COPIES | 1.20 |
| 02/04/02 | ATTY # 0885: 14 COPIES | 2.10 |
| 02/04/02 | ATTY # 0559: 6 COPIES | .90 |
| 02/04/02 | ATTY # 0885: 22 COPIES | 3.30 |
| 02/04/02 | ATTY # 0885: 11 COPIES | 1.65 |
| 02/04/02 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/04/02 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/04/02 | ATTY # 0885: 11 COPIES | 1.65 |
| 02/04/02 | ATTY # 0885: 5 COPIES | .75 |
| 02/04/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 02/04/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 02/04/02 | Postage Expense | 1.26 |
| 02/05/02 | Meal Expense MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 | 71.77 |
| 02/05/02 | Taxi Expense - MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 | 40.00 |
| 02/05/02 | Mileage Expense - MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 | 12.24 |
| 02/05/02 | Lodging -  MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 | 625.20 |
| 02/05/02 | Transportation -MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 PARKING | 24.00 |
| 02/05/02 | General Expense -  MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 TIPS, PENS, HOUSEKEEPING | 26.08 |
| 02/05/02 | Courier Service UPS | 46.78 |

172573  W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                     Page   5
       March 27, 2002


02/05/02    ATTY # 0396; 27 COPIES                               4.05

02/05/02    ATTY # 0396; 12 COPIES                               1.80

02/05/02    ATTY # 0856: 1 COPIES                                 .15

02/05/02    407-614-0050/WINTERGRDN, FL/1                         .65

02/05/02    561-362-1533/BOCA RATON, FL/4                        1.30

02/06/02    770-429-2989/ATLANTA NW, GA/2                         .65

02/06/02    561-362-1533/BOCA RATON, FL/1                         .32

02/06/02    617-542-3025/BOSTON, MA/6                            2.30

02/07/02    310-399-9344/SAN MONICA, CA/1                         .32

02/07/02    Rail Expense-JONES/MELODY 10FEB PHL BOS PHL       293.00

02/08/02    MEALS RE: TRAVEL EXPENSE /W.R. GRACE DOCUMENT      77.54
            MANAGEMENT IN BOSTON 1/20- 1/23/02- SUSAN
            HAINES

02/08/02    LODGING RE: TRAVEL EXPENSE / W.R. GRACE           705.06
            DOCUMENT MANAGEMENT IN BOSTON 1/20- 1/23/02-
            SUSAN HAINES -

02/08/02    TAXI'S RE: TRAVEL EXPENSE /W.R. GRACE DOCUMENT     62.00
            MANAGEMENT IN BOSTON 1/20 - 1/23/02- SUSAN
            HAINES

02/08/02    ADDITIONAL AIR TRAVEL CHARGE FOR FLIGHT CHANGE     50.00
            DURING DOCUMENT MANAGEMENT IN BOSTON
            1/20-1/23/02-sUSAN hAINES

02/08/02    MEALS RE: TRIP TO BOSTON 1/27- 1/31/02- MELODY    106.48
            JONES -

02/08/02    LODGING RE: TRIP TO BOSTON 1/27- 1/31/02-         742.20
            MELODY JONES -

02/08/02    TAXI'S RE: TRIP TO BOSTON 1/27- 1/31/02-           20.00
            MELODY JONES

02/08/02    CHAMBERMAID TIP RE: TRIP TO BOSTON 1/27-            6.00
            1/31/02- MELODY JONES -

02/08/02    MEALS RE: TRIP TO BOSTON 1/21- 1/24/02- MELODY     91.38
            JONES -

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page   6
       March 27, 2002


| Date | Description | Amount |
|---|---|---|
| 02/08/02 | LODGING RE: TRIP TO BOSTON 1/21- 1/24/02- MELODY JONES - | 536.37 |
| 02/08/02 | TAXI'S RE: TRIP TO BOSTON 1/21- 1/24/02- MELODY JONES - | 19.00 |
| 02/08/02 | Taxi Expense - YELLOW CAB CO. | 26.00 |
| 02/08/02 | Taxi Expense -  YELLOW CAB CO. | 25.63 |
| 02/08/02 | Taxi Expense - YELLOW CAB CO. | 23.56 |
| 02/08/02 | ATTY # 0396: 5 COPIES | .75 |
| 02/08/02 | ATTY # 0396: 3 COPIES | .45 |
| 02/08/02 | ATTY # 0396: 3 COPIES | .45 |
| 02/09/02 | Westlaw | 30.00 |
| 02/11/02 | Telephone Expense | 5.55 |
| 02/11/02 | ATTY # 3816; 6 COPIES | .90 |
| 02/11/02 | ATTY # 0396; 40 COPIES | 6.00 |
| 02/11/02 | ATTY # 0885; 16 COPIES | 2.40 |
| 02/11/02 | 310-788-3399/BEVERLYHLS, CA/2 | .97 |
| 02/11/02 | 302-652-5338/WILMINGTON, DE/3 | .97 |
| 02/11/02 | 310-788-3399/BEVERLYHLS, CA/1 | .32 |
| 02/11/02 | 312-861-2200/CHICAGO, IL/2 | .97 |
| 02/11/02 | 561-362-1533/BOCA RATON, FL/18 | 5.83 |
| 02/11/02 | Telephone - Outside - | 91.23 |
| 02/11/02 | ATTY # 0396: 3 COPIES | .45 |
| 02/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 02/11/02 | ATTY # 0396: 5 COPIES | .75 |
| 02/11/02 | ATTY # 0396: 5 COPIES | .75 |
| 02/11/02 | ATTY # 0396: 3 COPIES | .45 |
| 02/11/02 | ATTY # 0396: 1 COPIES | .15 |

172573  W. R. Grace & Co.                                    Invoice Number  932409
60026   Special Abestos Counsel                              Page    7
        March 27, 2002


| Date | Description | Amount |
|---|---|---|
| 02/11/02 | ATTY # 0396: 3 COPIES | .45 |
| 02/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 02/11/02 | Secretarial Overtime TYPING IN SUMMATION | 90.00 |
| 02/12/02 | ATTY # 0885: 3 COPIES | .45 |
| 02/12/02 | 561-362-1533/BOCA RATON, FL/4 | 1.62 |
| 02/12/02 | 561-362-1533/BOCA RATON, FL/8 | 2.92 |
| 02/12/02 | 336-661-8390/WINSTN SAL, NC/4 | 1.30 |
| 02/12/02 | AIR TRAVEL EXPENSE-ATKINSON/MAUREEN L 17FEB PIT BOS PIT | 976.49 |
| 02/13/02 | Meal Expense -  LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 40.40 |
| 02/13/02 | Lodging -: LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 378.72 |
| 02/13/02 | Taxi Expense -  LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 63.00 |
| 02/13/02 | Mileage Expense - LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 21.90 |
| 02/13/02 | Transportation -: LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 24.00 |
| 02/13/02 | Telephone - Outside  LAWRENCE E. FLATLEY SANTA MONICA,CA 2/5-7/02 | 9.90 |
| 02/13/02 | ATTY # 0885; 42 COPIES | 6.30 |
| 02/13/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/02 | ATTY # 0856: 2 COPIES | .30 |
| 02/13/02 | 215-851-8250/PHILA, PA/14 | 4.50 |
| 02/13/02 | 202-775-4726/WASHINGTON, DC/14 | 4.54 |
| 02/13/02 | 504-813-7895/KENNER, LA/1 | .27 |
| 02/13/02 | 212-878-1722/NEW YORK, NY/12 | 4.28 |
| 02/14/02 | Meal Expense - JANET L. CLEVERSY BOSTON 2/2-8/02 | 256.14 |

```
172573  W. R. Grace & Co.                            Invoice Number  932409
60026   Special Abestos Counsel                      Page   8
        March 27, 2002
```

| | | |
|---|---|---:|
| 02/14/02 | Lodging -  JANET L. CLEVERSY BOSTON 2/2-8/02 | 937.80 |
| 02/14/02 | Air Travel Expense - JANET L. CLEVERSY BOSTON 2/2-8/02 | 524.50 |
| 02/14/02 | Taxi Expense - JANET L. CLEVERSY BOSTON 2/2-8/02 | 87.00 |
| 02/14/02 | Mileage Expense -: JANET L. CLEVERSY BOSTON 2/2-8/02 | 29.20 |
| 02/14/02 | Transportation - : JANET L. CLEVERSY BOSTON 2/2-8/02 | 5.00 |
| 02/14/02 | Telephone - Outside  JANET L. CLEVERSY BOSTON 2/2-8/02 | 18.64 |
| 02/14/02 | General Expense - -: JANET L. CLEVERSY BOSTON 2/2-8/02 TIPS | 14.00 |
| 02/14/02 | Courier Service UPS | 8.92 |
| 02/14/02 | ATTY # 0559; 7 COPIES | 1.05 |
| 02/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/14/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/14/02 | 617-542-3025/BOSTON, MA/7 | 2.27 |
| 02/15/02 | ATTY # 0710; 6 COPIES | .90 |
| 02/15/02 | ATTY # 4168; 4 COPIES | .60 |
| 02/15/02 | ATTY # 4168; 7 COPIES | 1.05 |
| 02/15/02 | 617-542-3025/BOSTON, MA/6 | 1.94 |
| 02/15/02 | 561-362-1533/BOCA RATON, FL/13 | 4.21 |
| 02/15/02 | 617-227-8600/BOSTON, MA/1 | .65 |
| 02/15/02 | RAIL EXPENSE-JONES/MELODY 17FEB PHL BOS PHL | 293.00 |
| 02/17/02 | ATTY # 0856; 5 COPIES | .75 |
| 02/17/02 | 561-362-1533/BOCA RATON, FL/1 | .27 |
| 02/18/02 | 617-542-3025/BOSTON, MA/14 | 4.86 |

172573  W. R. Grace & Co.                          Invoice Number  932409
60026   Special Asbestos Counsel                   Page   9
        March 27, 2002


02/18/02    ATTY # 0710: 3 COPIES                                    .45

02/18/02    ATTY # 0710: 1 COPIES                                    .15

02/18/02    617-227-8600/BOSTON, MA/1                                .32

02/18/02    215-851-8250/PHILA, PA/1                                 .30

02/18/02    973-621-3193/NEWARK, NJ/1                                .32

02/19/02    Meal Expense - MAUREEN ATKINSON BOSTON, MA            90.95
            2/3-7/02

02/19/02    Taxi Expense -: MAUREEN ATKINSON BOSTON, MA           35.00
            2/3-7/02

02/19/02    Mileage Expense - MAUREEN ATKINSON BOSTON, MA         12.20
            2/3-7/02

02/19/02    Lodging - MAUREEN ATKINSON BOSTON, MA 2/3-7/02       632.70

02/19/02    General Expense - MAUREEN ATKINSON TIPS &            14.14
            HOUSEKEEPING   BOSTON, MA 2/3-7/02

02/19/02    Transportation -   MAUREEN ATKINSON BOSTON, MA       23.00
            2/3-7/02 PARKING

02/19/02    ATTY # 4168; 1 COPIES                                    .15

02/19/02    ATTY # 0710: 5 COPIES                                    .75

02/19/02    ATTY # 0701: 8 COPIES                                  1.20

02/19/02    ATTY # 0885: 2 COPIES                                    .30

02/19/02    ATTY # 0885: 2 COPIES                                    .30

02/19/02    ATTY # 0885: 2 COPIES                                    .30

02/19/02    ATTY # 0885: 2 COPIES                                    .30

02/19/02    610-660-8817/BALACYNWYD, PA/3                            .90

02/19/02    561-362-1533/BOCA RATON, FL/1                            .32

02/20/02    Air Travel Expense - DOUGLAS E. CAMERON,           1114.50
            Chicago IL- 1/17/02

02/20/02    MEALS RE: TRAVEL TO BOSTON 2/10- 2/14/02-           106.49
            MELODY JONES - Meal Expense

172573 W. R. Grace & Co.
60026   Special Asbestos Counsel
        March 27, 2002

Invoice Number  932409
Page  10


| Date | Description | Amount |
|------|-------------|--------|
| 02/20/02 | LODGING RE: TRAVEL TO BOSTON 2/10- 2/14/02- MELODY JONES | 742.20 |
| 02/20/02 | TAXI'S RE: TRAVEL TO BOSTON 2/10- 2/14/02- MELODY JONES - | 22.00 |
| 02/20/02 | CHAMBERMAID TIP RE: TRAVEL TO BOSTON 2/10- 2/14/02- MELODY JONES - Lodging - - VENDOR: MELODY JONES | 6.00 |
| 02/20/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/20/02 | ATTY # 0710: 4 COPIES | .60 |
| 02/20/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 02/20/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 02/22/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/22/02 | ATTY # 0701: 10 COPIES | 1.50 |
| 02/22/02 | ATTY # 0885; 26 COPIES | 3.90 |
| 02/22/02 | ATTY # 0559; 2 COPIES | .30 |
| 02/22/02 | ATTY # 0718; 54 COPIES | 8.10 |
| 02/22/02 | 617-542-3025/BOSTON, MA/4 | 1.65 |
| 02/22/02 | 215-851-8232/PHILA, PA/2 | .60 |
| 02/22/02 | 617-542-3025/BOSTON, MA/16 | 5.51 |
| 02/25/02 | Meal Expense - -Boston | 27.03 |
| 02/25/02 | ATTY # 0349; 6 COPIES | .90 |
| 02/25/02 | ATTY # 0718; 13 COPIES | 1.95 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/26/02 | TRAVEL EXPENSE ADVANCE 2/15/02 (MELODY A. JONES) Lodging | 200.00 |
| 02/26/02 | REIMBURSEMENT FOR PHONE CHARGES 2/20/02 (M. SUSAN HAINES) Telephone - Outside - | 45.78 |
| 02/26/02 | ATTY # 0349; 24 COPIES | 3.60 |
| 02/26/02 | ATTY # 0349; 154 COPIES | 23.10 |

172573  W. R. Grace & Co.                          Invoice Number  932409
60026   Special Abestos Counsel                    Page  11
        March 27, 2002


| Date | Description | Amount |
|---|---|---|
| 02/26/02 | ATTY # 0887; 94 COPIES | 14.10 |
| 02/27/02 | Telephone - Outside  DOUGLAS E. CAMERON | 33.75 |
| 02/27/02 | Air Travel Expense - DOUGLAS E. CAMERON | 45.00 |
| 02/27/02 | 410-531-4783/COLUMBIA, MD/5 | 1.94 |
| 02/27/02 | 773-282-3973/CHICAGO, IL/5 | 1.94 |
| 02/27/02 | 518-283-9855/TROY, NY/4 | 1.62 |
| 02/27/02 | ATTY # 0559; 42 COPIES | 6.30 |
| 02/27/02 | ATTY # 0349; 210 COPIES | 31.50 |
| 02/27/02 | ATTY # 0559; 30 COPIES | 4.50 |
| 02/28/02 | 617-227-8600/BOSTON, MA/5 | 1.65 |
| 02/28/02 | 617-725-1662/BOSTON, MA/2 | .66 |
| 02/28/02 | 412-288-4291/PITTSBURGH, PA/2 | .90 |
| 02/28/02 | 617-451-2600/BOSTON, MA/4 | 1.32 |
| 02/28/02 | Air Travel Expense -DOUGLAS E. CAMERON, Washington, D.C. 2/26/02 | 724.50 |
| 02/28/02 | ATTY # 0559; 504 COPIES | 75.60 |
| 02/28/02 | ATTY # 0559; 140 COPIES | 21.00 |
| 02/28/02 | ATTY # 0559; 4 COPIES | .60 |
| 02/28/02 | Outside Duplicating - - VENDOR: ON SITE SOURCING INC OUTSIDE COPYING OF DOCUMENTS | 23048.04 |

                         CURRENT EXPENSES              39,388.59
                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT   $ 39,388.59
                                                    ============