# EXHIBIT "A"

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JANUARY 1, 2002 THROUGH AND INCLUDING JANUARY 31, 2002

### I. CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant prepared for the hearings regarding certain motions filed by the Committee. Additionally, Applicant maintained the case calendar and the critical dates list, prepared the agenda for various court hearings, filed with the court certain documents and pleadings and reviewed and maintained the service list in this Chapter 11 case and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

### II. FEE/EMPLOYMENT APPLICATIONS/ RETENTION OF PROFESSIONALS (TASK CODE NO. 007)

Applicant prepared and assisted the Committee in the preparation of certain professional retention applications and prepared and reviewed various fee applications in connection with the payment on an interim basis of professional fees and expenses for the professionals retained in the case. Applicant's responsibilities included the preparation and coordination of filing and serving of the applications.

### III. LITIGATION (TASK CODE NO. 010)

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

### IV. LEASES/EXECUTORY CONTRACTS (TASK CODE NO. 024)

Applicant provided counsel regarding leases and executory contracts, including a dispute between the Debtors and First Union Commercial Corporation.

### V. ASSET ANALYSIS AND RECOVERY (TASK CODE NO. 001)

Applicant provided counsel regarding the Debtors' motion to acquire certain assets of Addiment Incorporated.

## VI. FEE/EMPLOYMENT OBJECTIONS (TASK CODE NO. 008)

Applicant provided advice and counsel regarding objections to the retention of certain professionals.

## VII. PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 012)

Applicant provided advice and counsel regarding motions to extend exclusivity.

## VIII. BUSINESS ANALYSIS (TASK CODE NO. 018)

Applicant provided advice and counsel with regard to certain ongoing business issues, including the appointment of a special master.

## IX. DATA ANALYSIS (TASK CODE NO. 020)

Applicant provided advice and counsel regarding issues concerning the composition of the Committee.