# EXHIBIT "B"

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

March 28, 2002

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001  INVOICE# 847231   IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2002 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $13,454.50

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 11.40 hrs. at | $415.00 /hr. = | $4,731.00 |
| WS KATCHEN | PARTNER | 12.80 hrs. at | $475.00 /hr. = | $6,080.00 |
| JW WEISS | ASSOCIATE | 0.30 hrs. at | $215.00 /hr. = | $64.50 |
| WK HARRINGTON | ASSOCIATE | 0.60 hrs. at | $275.00 /hr. = | $165.00 |
| RN SIANNI | ASSOCIATE | 2.20 hrs. at | $245.00 /hr. = | $539.00 |
| SA HOLLINGHEAD | PARALEGAL | 15.00 hrs. at | $125.00 /hr. = | $1,875.00 |

$13,454.50

DISBURSEMENTS
AMTRAK                                 111.00
DINNER - LOCAL                          26.54
OVERNIGHT MAIL                          37.50
PRINTING & DUPLICATING                 441.10
PRINTING & DUPLICATING - INTERNAL       54.45
TELECOPY                                63.65
TELEPHONE                                9.49
TRAVEL - LOCAL                          32.45
TOTAL DISBURSEMENTS                                              $776.18

BALANCE DUE THIS INVOICE                                       $14,230.68

DUANE MORRIS LLP

Duane Morris
March 28, 2002
Page 2

DUANE MORRIS LLP

Duane Morris
March 28, 2002
Page 3

File # K0248-00001                                                                      INVOICE # 847231
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/30/2002 | 001 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ACQUIRE THE ASSETS OF ADDIMENT INCORPORATED | 0.20 | $83.00 |
| | | | Code Total | 0.20 | $83.00 |
| 1/3/2002 | 004 | MR LASTOWSKI | REVIEW CASE MANAGEMENT ORDERS | 0.20 | $83.00 |
| 1/3/2002 | 004 | MR LASTOWSKI | REVIEW FTI/POLICANO & MANZO DRAFT REPORT ON DEBTORS' NOVEMBER FINANCIAL STATEMENTS | 0.40 | $166.00 |
| 1/3/2002 | 004 | MR LASTOWSKI | REVIEW NOVEMBER MONTHY OPERATING REPORT | 0.30 | $124.50 |
| 1/4/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: STATUS OF DUANE MORRIS FEE APPLICATIONS. | 0.30 | $73.50 |
| 1/4/2002 | 004 | RN SIANNI | CALL TO J. PALO RE: FEE APPLICATIONS. | 0.30 | $73.50 |
| 1/7/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. | 0.10 | $12.50 |
| 1/7/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM R. SERRETTE RE: REASSIGNMENT OF CASE TO L. COTTO AND ADVISING THAT STROOCK'S MONTHLY FEE APPLICATION WILL BE SENT TODAY FOR FILING ON 1/8/02. | 0.20 | $25.00 |
| 1/9/2002 | 004 | MR LASTOWSKI | TELEPHONE CALL FROM STROOCK STROOCK AND LAVAN RE: COMMITTEE CONFERENCE CALL | 0.10 | $41.50 |
| 1/9/2002 | 004 | MR LASTOWSKI | PARTICIPATION IN COMMITTEE CONFERENCE CALL | 0.50 | $207.50 |
| 1/9/2002 | 004 | MR LASTOWSKI | REVIEW ORDER RE: COURT APPOINTED CONSULTANTS | 0.10 | $41.50 |
| 1/9/2002 | 004 | SA HOLLINGHEAD | COMMUNICATION WITH M. SHERIDAN RE: REVISIONS TO TASK CODES PURSUANT TO ORDER OF JUDGE FITZGERALD ON 12/20/01. | 0.10 | $12.50 |
| 1/9/2002 | 004 | SA HOLLINGHEAD | CONVERT EXHIBIT 2 CONTAINING TASK CODES TO PDF FORMAT AND FORWARD TO M. SHERIDAN FOR PROCESSING WITH BILLING APPLICATION FOR DUANE MORRIS TO BE EFFECTIVE ON 4/1/02. | 0.20 | $25.00 |
| 1/9/2002 | 004 | SA HOLLINGHEAD | REVIEW DOCKET AND RETRIEVE OMNIBUS HEARING ORDER FOR INCLUSION ON M. LASTOWSKI'S CALENDAR. | 0.20 | $25.00 |
| 1/9/2002 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM PARCELS, DDI AND TRI STATE RE: SERVICE OF DOCUMENTS AND FORWARD FOR PAYMENT. | 0.20 | $25.00 |
| 1/10/2002 | 004 | MR LASTOWSKI | REVIEW NATIONAL UNION'S REQUEST | 0.10 | $41.50 |

Duane Morris
March 28, 2002
Page 4

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 847231

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | FOR DIRECTION FROM THE BANKRUPTCY COURT | | |
| 1/10/2002 | 004 | MR LASTOWSKI | REVIEW ORDERS ARISING FROM JANUARY 3, 2002 OMNIBUS HEARING | 0.10 | $41.50 |
| 1/10/2002 | 004 | SA HOLLINGHEAD | REVIEW EMAIL FROM PACHULSKI STANG WITH HEARING DATES FOR 2002. CALENDAR CRITICAL DATES. | 0.20 | $25.00 |
| 1/14/2002 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FOR SERVICE OF PLEADINGS BY TRI STATE COURIER AND APPROVE FOR PAYMENT. | 0.10 | $12.50 |
| 1/15/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/CLIENT. | 0.10 | $12.50 |
| 1/15/2002 | 004 | SA HOLLINGHEAD | REVIEW DOCKET FOR ENTRY OF OMNIBUS SCHEDULING ORDER; EMAIL TO PACHULSKI STANG RE: SAME. | 0.20 | $25.00 |
| 1/16/2002 | 004 | SA HOLLINGHEAD | REVIEW DOCKET FOR ENTRY OF ORDER RE: OMNIBUS HEARING DATES. | 0.10 | $12.50 |
| 1/16/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM JEFF DAVIS, ESQ. IN HOUSTON, TX RE: GRACE DAVISON DIVISION; REFERRED TO STROOCK & STROOCK & LAVAN LLP. | 0.10 | $12.50 |
| 1/16/2002 | 004 | SA HOLLINGHEAD | EMAIL TO P. CUNIFF REQUESTING UPDATED 2002 LIST. | 0.10 | $12.50 |
| 1/17/2002 | 004 | MR LASTOWSKI | REVIEW STATEMENT OF DEBTOR'S PAYMENTS TO ORDINARY COURSE PROFESSIONALS FROM 4/101 TO 12/31/01 | 0.10 | $41.50 |
| 1/18/2002 | 004 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 1/3/02 OMNIBUS HEARING (PITTSBURGH, PA) | 0.50 | $207.50 |
| 1/18/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM DERRICK HENDERSON IN MISSISSIPPI RE: STATUS AND CONTACT INFORMATION FOR ASBESTOS PERSONAL INJURY ISSUES. | 0.20 | $25.00 |
| 1/21/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM MICHELLE BURRELL REQUESTING REVIEW/RETRIEVAL OF DOCKETED ITEMS FOR W. KATCHEN IN W.R. GRACE AND OWENS CORNING AS SAMPLES FOR W.R. GRACE RE: TRANSFERS AS FRAUDELENT CONVEYANCES AND SETTLEMENT AGREEMENT WITH ASBESTOS CLAIMANTS. | 0.50 | $62.50 |
| 1/21/2002 | 004 | SA HOLLINGHEAD | RETRIEVE OMNIBUS HEARING/FEE APPLICATION ORDER AND FORWARD TO M. LASTOWSKI AND R. DEELY FOR ADDITION TO CALENDAR. | 0.20 | $25.00 |
| 1/25/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: POSSIBLE MISFILING OR IMPROPER DOCKETING OF DUANE MORRIS FEE | 0.30 | $73.50 |

File # K0248-00001                                                                INVOICE # 847231
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | APPLICATIONS. | | |
| 1/29/2002 | 004 | MR LASTOWSKI | ATTENDANCE AT OMNIBUS HEARING | 1.60 | $664.00 |
| 1/29/2002 | 004 | MR LASTOWSKI | REVIEW ITEMS TO BE HEARD AT 1/29/02 OMNIBUS HEARING | 0.70 | $290.50 |
| 1/29/2002 | 004 | MR LASTOWSKI | CONFERENCE WITH ARLENE KRIEGER RE: STATUS OF CASE | 0.20 | $83.00 |
| 1/29/2002 | 004 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION RE: CIRCULATION OF DOCUMENT RETENTION POLICY | 0.10 | $41.50 |
| 1/29/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: STATUS OF DUANE MORRIS INTERIM FEE APPLICATION. | 0.30 | $73.50 |
| 1/29/2002 | 004 | RN SIANNI | REVIEW PROCEDURAL ORDERS FROM JUDGE FITZGERALD'S CHAMBERS. | 0.20 | $49.00 |
| 1/29/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET. | 0.10 | $12.50 |
| 1/29/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL TO PARCELS REQUESTING CONFIRMATION OF HEARING SCHEDULED FOR 1/29/02 AT 1PM. | 0.10 | $12.50 |
| 1/29/2002 | 004 | SA HOLLINGHEAD | RETRIEVE AMENDED AGENDA FOR HEARING SCHEDULED ON 1/29/02 AT 1PM FOR M. LASTOWSKI. | 0.20 | $25.00 |
| 1/30/2002 | 004 | RN SIANNI | CALL FROM W. KATCHEN RE: FEE APPLICATIONS. | 0.10 | $24.50 |
| 1/31/2002 | 004 | RN SIANNI | CALL TO J. PALO RE: BILLING ISSUES. | 0.10 | $24.50 |
| | | | Code Total | 9.80 | $2,867.00 |
| 1/2/2002 | 007 | MR LASTOWSKI | REVIEW FIFTH MONTHLY FEE APPLICATION OF REED SMITH (SPECIAL LITIGATION COUNSEL) | 0.10 | $41.50 |
| 1/2/2002 | 007 | MR LASTOWSKI | REVIEW REVISED ADMINISTRATIVE FEE ORDER | 0.30 | $124.50 |
| 1/3/2002 | 007 | MR LASTOWSKI | REVIEW KRAMER LEVIN (EQUITY COMMITTEE COUNSEL) NOVEMBER FEE APPLICATION | 0.10 | $41.50 |
| 1/3/2002 | 007 | MR LASTOWSKI | REVIEW REED SMITH (EQUITY COMMITTEE COUNSEL) NOVEMBER FEE APPLICATION | 0.10 | $41.50 |
| 1/3/2002 | 007 | MR LASTOWSKI | REVIEW FOURTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE (ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/3/2002 | 007 | MR LASTOWSKI | REVIEW FOURTH MONTHLY APPLICATION OF L. TERSIGNI CONSULTING P.C. (FINANCIAL CONSULTANTS TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/3/2002 | 007 | MR LASTOWSKI | REVIEW FIFTH MONTHLY FEE APPLICATION OF CAMPBELL AND LEVINE (COUNSEL TO ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　INVOICE # 847231
　　W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/3/2002 | 007 | SA HOLLINGHEAD | DEVELOP TRACKING SYSTEM FOR MAINTENANCE OF FEE APPLICATIONS AND CERTIFICATES OF NO OBJECTION TO APPLICATIONS. | 0.30 | $37.50 |
| 1/4/2002 | 007 | MR LASTOWSKI | REVIEW EIGHTH INTERIM APPLICATION OF FTI POLICANO AND MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND EXECUTE NOTICE THEREOF | 0.20 | $83.00 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | REVIEW DOCKET FOR ITEMS REQUIRING CERTIFICATION OF NO OBJECTION FOR FTI POLICANO & MANZO AND STROOCK & STROOCK & LAVAN. | 0.50 | $62.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO & MANZO'S SIXTH AND SEVENTH FEE APPLICATIONS. | 0.40 | $50.00 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK & STROOCK SECOND QUARTERLY FEE APPLICATION. | 0.30 | $37.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK & STROOCK'S SEVENTH FEE APPLICATION. | 0.20 | $25.00 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR CERTIFICATES OF NO OBJECTION TO STROOCK & STROOCK (.20) AND FTI POLICANO & MANZO (.20) FEE APPLICATIONS FILED ON 1/4/02. RETRIEVE SERVICE LIST/LABELS FOR PROCESSING (.10). | 0.50 | $62.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE EIGHTH MONTHLY FEE APPLICATION FOR POLICANO & MANZO FOR APPROVAL BY M. LASTOWSKI PRIOR TO FILING/SERVICE. | 0.70 | $87.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL TO R. SERRETTE RE: PREPARATION OF POLICANO & MANZO EIGHTH FEE APPLICATION. | 0.10 | $12.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | E-FILE CERTIFICATES OF NO OBJECTION TO STROOCK AND STROOCK SEVENTH MONTHLY (.30) AND SECOND QUARTERLY (.30) FEE APPLICATIONS AND PREPARE FOR SERVICE BY DDI (.20). | 0.80 | $100.00 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | E-FILE CERTIFICATES OF NO OBJECTION TO FTI POLICANO & MANZO'S SIXTH (.30), SEVENTH (.30) AND SECOND (.30) QUARTERLY FEE APPLICATIONS AND PREPARE FOR | 1.00 | $125.00 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 847231
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/4/2002 | 007 | SA HOLLINGHEAD | E-FILE CERTIFICATE OF SERVICE FOR CERTIFICATES OF NO OBJECTION FILED ON 1/4/02 FOR STROOCK AND STROOCK (.20) AND POLICANO AND MANZO (.10). SERVICE BY DDI (.10). | 0.30 | $37.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | SEND CONFIRMATION EMAIL TO C. MACCALLUM AND R. SERRETTE RE: FILING OF CERTIFICATES OF NO OBJECTION FOR MONTHLY AND QUARTERLY FEE APPLICATIONS. | 0.10 | $12.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | DISCUSS FILING OF POLICANO & MANZO EIGHTH MONTHLY FEE APPLICATION WITH M. LASTOWSKI RE: THEIR REQUEST FOR APPROVAL OF AN ORDER. | 0.20 | $25.00 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | E-FILE FTI POLICANO & MANZO'S EIGHTH FEE APPLICATION AND PREPARE FOR SERVICE BY DDI. | 0.50 | $62.50 |
| 1/4/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO & MANZO SECOND QUARTERLY FEE APPLICATION. | 0.30 | $37.50 |
| 1/8/2002 | 007 | JW WEISS | ASSISTED S. HOLLINGHEAD IN PREPARATION AND FILING OF FEE APPLICATION FOR STROOCK STROOCK & LAVAN. | 0.30 | $64.50 |
| 1/8/2002 | 007 | MR LASTOWSKI | REVIEW SEVENTH APPLICATION FOR COMPENSATION OF FERRY AND JOSEPH (LOCAL COUNSEL FOR ASBESTOS PROPERTY DAMAGE COMMITTEE) | 0.10 | $41.50 |
| 1/8/2002 | 007 | MR LASTOWSKI | REVIEW STROOCK AND STROOCK AND LAVAN'S EIGHTH INTERIM FEE APPLICATION AND EXECUTE NOTICE THEREOF | 0.30 | $124.50 |
| 1/8/2002 | 007 | MR LASTOWSKI | TELEPHONE CALL TO STROOCK STROOCK AND LAVAN RE: INTERIM FEE APPLICATIONS | 0.10 | $41.50 |
| 1/8/2002 | 007 | SA HOLLINGHEAD | PREPARE EIGHTH MONTHLY FEE APPLICATION FOR FILING BY PARCELS AND SERVICE BY DDI. | 1.20 | $150.00 |
| 1/9/2002 | 007 | MR LASTOWSKI | REVIEW PACHULSKI STANG'S SECOND QUARTERLY FEE APPLICATION | 0.30 | $124.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW PROPOSED AMENDED ADMINISTRATIVE FEE ORDER | 0.30 | $124.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S FIRST REQUEST FOR REIMBURSEMENT OF EXPENSES | 0.10 | $41.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW NOVEMBER FEE APPLICATION OF HOLME ROBERT AND OWENS (SPECIAL LITIGATION COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |

File # K0248-00001                                                                           INVOICE # 847231
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW NOVEMBER FEE APPLICATION OF CASNER & EDWARDS, SPECIAL LITIGATION COUNSEL TO THE DEBTORS | 0.10 | $41.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW NOVEMBER FEE APPLICATION OF PITNEY HARDIN AND KIPP, SPECIAL LITIGATION COUNSEL TO THE DEBTORS | 0.10 | $41.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO PAY AND RETAIN PRICEWATERHOUSE COOPERS | 0.50 | $207.50 |
| 1/10/2002 | 007 | MR LASTOWSKI | REVIEW SECOND INTERIM FEE APPLICATION OF CAMPBELL AND LEVINE (COUNSE TO ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/17/2002 | 007 | MR LASTOWSKI | REVIEW CAPLAN AND DRYSDALE'S FOURTH INTERIM FEE APPLICATION | 0.10 | $41.50 |
| 1/18/2002 | 007 | SA HOLLINGHEAD | REVIEW DOCKET FOR VERIFICATION OF FILING OF CERTIFICATES OF NO OBJECTION TO STROOCK SECOND QUARTERLY AND SEVENTH MONTHLY FEE APPLICATIONS. EMAIL TO L. COTTO RE: SAME. | 0.20 | $25.00 |
| 1/22/2002 | 007 | SA HOLLINGHEAD | REVIEW STATUS OF FEE APPLICATIONS FOR DUANE MORRIS. | 0.20 | $25.00 |
| 1/23/2002 | 007 | MR LASTOWSKI | REVIEW EIGHTH MONTHLY FEE APPLICATION OF PACHULSKI STANG (DEBTOR'S COUNSEL) | 0.10 | $41.50 |
| 1/24/2002 | 007 | MR LASTOWSKI | REVIEW SECOND INTERIM FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON (SPECIAL COUNSEL TO THE DEBTOR) | 0.10 | $41.50 |
| 1/24/2002 | 007 | MR LASTOWSKI | REVIEW SIXTH MONTHLY FEE APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP (SPECIAL COUNSEL TO THE DEBTOR) | 0.10 | $41.50 |
| 1/24/2002 | 007 | MR LASTOWSKI | REVIEW EIGHTH MONTHLY FEE APPLICATION OF FERRY & JOSEPH (COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE) | 0.10 | $41.50 |
| 1/24/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL FROM C. MACCALLUM RE: CERTIFICATES OF NO OBJECTION FOR FTI P&M'S EIGHTH MONTHLY FEE APPLICATION AND INTRODUCING NEW CONTACT, LIBBY HAMILTON. | 0.20 | $25.00 |
| 1/25/2002 | 007 | MR LASTOWSKI | REVIEW SECOND MONTHLY FEE APPLICATION OF KELTT ROONEY (LOCAL COUNSEL TO THE EQUITY COMMITTEE) | 0.10 | $41.50 |
| 1/25/2002 | 007 | MR LASTOWSKI | REVIEW SECOND MONTHLY APPLICATION OF KRAMER LEVIN (COUNSEL TO THE EQUITY | 0.10 | $41.50 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 847231

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/29/2002 | 007 | MR LASTOWSKI | REVIEW NINTH MONTHLY FEE APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG AND JONES (DEBTOR'S COUNSEL) (COMMITTEE) | 0.10 | $41.50 |
| 1/29/2002 | 007 | MR LASTOWSKI | REVIEW FIFTH MONTHLY FEE APPLICATION OF TERSIGNI CONSULTING, INC. (CONSULTANTS TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/29/2002 | 007 | MR LASTOWSKI | REVIEW NINTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC (COUNSEL TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/29/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE REQUEST OF CAPLAN & DRYSDALE (COUNSEL TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/29/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE APPLICATION OF CAPLIN & DRYSDALE (COUNSEL TO ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 1/29/2002 | 007 | RN SIANNI | PREPARE CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS FIRST INTERIM FEE APPLICATION. | 0.30 | $73.50 |
| 1/29/2002 | 007 | RN SIANNI | PREPARE PROPOSED ORDER FOR CERTIFICATE OF NO OBJECTION FOR FIRST INTERIM FEE APPLICATION. | 0.30 | $73.50 |
| 1/29/2002 | 007 | SA HOLLINGHEAD | REVIEW DOCKET TO CHECK FOR RESPONSES AND PREPARE CERTIFICATE OF NO OBJECTION FOR FTI POLICANO & MANZO'S EIGHTH MONTHLY FEE APPLICATION. | 0.40 | $50.00 |
| 1/29/2002 | 007 | SA HOLLINGHEAD | REVIEW DOCKET FOR RESPONSES AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK & STROOCK & LAVAN'S EIGHTH MONTHLY FEE APPLICATION. | 0.40 | $50.00 |
| 1/29/2002 | 007 | SA HOLLINGHEAD | REVISE/FINALIZE CERTIFICATES OF NO OBJECTION TO STROOCK AND FTI POLICANO EIGHTH MONTHLY FEE APPLICATIONS. | 0.20 | $25.00 |
| 1/29/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATES OF SERVICE FOR CERTIFICATES OF NO OBJECTION TO STROOCK (.20) AND POLICANO'S (.10) 8TH MONTHLY FEE APPLICATIONS. | 0.30 | $37.50 |
| 1/29/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL TO LIBBY HAMILTON RE: FTI POLICANO & MANZO'S NINTH MONTHLY FEE APPLICATION. | 0.20 | $25.00 |
| 1/30/2002 | 007 | SA HOLLINGHEAD | FINALIZE CERTIFICATES OF NO | 0.20 | $25.00 |

File # K0248-00001                                              INVOICE # 847231
W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | OBJECTION TO FTI POLICANO & MANZO AND STROOCK & STROOCK'S EIGHTH MONTHLY FEE APPLICATIONS FOR APPROVAL BY R. RILEY. | | |
| 1/30/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL TO LIBBY HAMILTON RE: NINTH MONTHLY FEE APPLICATION OF FTI POLICANO & MANZO; REVISIONS NEEDED. | 0.20 | $25.00 |
| 1/30/2002 | 007 | SA HOLLINGHEAD | REVIEW NINTH MONTHLY FEE APPLICATION OF FTI POLICANO & MANZO. | 0.40 | $50.00 |
| 1/30/2002 | 007 | SA HOLLINGHEAD | RETRIEVE LOCAL COURT FORMS 101 AND 102 FOR L. HAMILTON RE: FEE APPLICATIONS AND FORWARD VIA EMAIL. | 0.20 | $25.00 |
| 1/31/2002 | 007 | SA HOLLINGHEAD | REVIEW NINTH FEE APPLICATION OF STROOCK & STROOCK; TELEPHONE CALL TO L. COTTO RE: INCONSISTENCIES IN COMPENSATION FIGURES. | 0.40 | $50.00 |
| 1/31/2002 | 007 | SA HOLLINGHEAD | E-FILE CERTIFICATE OF NO OBJECTION TO FTI POLICANO & MANZO'S EIGHTH MONTHLY FEE APPLICATION. | 0.40 | $50.00 |
| 1/31/2002 | 007 | SA HOLLINGHEAD | E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK & STROOCK EIGHTH MONTHLY FEE APPLICATION. | 0.50 | $62.50 |
| | | | Code Total | 17.10 | $3,512.50 |
| 1/31/2002 | 008 | MR LASTOWSKI | REVIEW UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S RETENTION OF PRICEWATERHOUSE COOPERS | 0.20 | $83.00 |
| | | | Code Total | 0.20 | $83.00 |
| 1/2/2002 | 010 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR EXTENSION OF TIME TO REMOVE ACTIONS | 0.10 | $41.50 |
| 1/7/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF MOTION TO DISMISS CLASS ACTION | 0.10 | $41.50 |
| 1/10/2002 | 010 | MR LASTOWSKI | REVIEW AFFIDAVIT OF MARK SHELNITZ IN FURTHER SUPPORT OF PRELIMINARY INJUNCTION IN LOCKE MATTER | 0.30 | $124.50 |
| 1/21/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S COMPLAINT AGAINST NATIONAL UNION FIRE INSURANCE COMPANY AND MOTION FOR PRELIMINARY INJUNCTION | 0.40 | $166.00 |
| | | | Code Total | 0.90 | $373.50 |
| 1/21/2002 | 012 | MR LASTOWSKI | REVIEW MOTION TO EXTEND EXCLUSIVITY | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |

DUANE MORRIS LLP

File # K0248-00001  INVOICE # 847231
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/4/2002 | 018 | WS KATCHEN | TELEPHONE ARLENE KRIEGER REGARDING SPECIAL MASTERS APPOINTED BY COURT. | 0.30 | $142.50 |
| 1/9/2002 | 018 | WS KATCHEN | TWO TELEPHONE CALLS TO K. PASQUALE REGARDING SECTION 1109 ISSUE; PREPARE FOR COMMITTEE CONFERENCE CALL. | 1.20 | $570.00 |
| 1/9/2002 | 018 | WS KATCHEN | TWO TELEPHONE CALLS TO K. PASQUALE REGARDING JANUARY 11, 2002 COURT CONFERENCE. | 0.20 | $95.00 |
| 1/9/2002 | 018 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE (.30); TWO TELEPHONE CALLS TO L. KRUGER (.20) AND K. PASQUALE (.20). | 0.70 | $332.50 |
| 1/10/2002 | 018 | WS KATCHEN | TELEPHONE LOUIS KRUGER REGARDING JANUARY 11, 2002 CONFERENCE CALL WITH COURT/COMMITTEES. | 0.20 | $95.00 |
| 1/14/2002 | 018 | WS KATCHEN | REVIEW PLEADINGS/DOCUMENTS FOR COMMITTEE MEETING. | 2.20 | $1,045.00 |
| 1/14/2002 | 018 | WS KATCHEN | TWO TELEPHONE CALLS TO KEN PASQUALE (.20); TELEPHONE COURT REGARDING RESCHEDULING (.10). | 0.30 | $142.50 |
| 1/15/2002 | 018 | WS KATCHEN | TELEPHONE L. KRUGER (.20); TWO TELEPHONE CALLS TO KEN PASQUALE (.20); TELEPHONE COURT REGARDING SCHEDULING (.10). | 0.50 | $237.50 |
| 1/16/2002 | 018 | WS KATCHEN | PREPARE FOR CONFERENCE AT COURT WITH LEWIS KRUGER; LETTER TO KEN PASQUALE; TELEPHONE CALL TO KEN PASQUALE; TELEPHONE LEWIS KRUGER AND KEN PASQUALE. | 2.70 | $1,282.50 |
| 1/18/2002 | 018 | WS KATCHEN | CONFERENCE WITH JUDGE WOLIN, LEWIS KRUGER AND KEN PASQUALE. | 2.80 | $1,330.00 |
| 1/18/2002 | 018 | WS KATCHEN | REVIEW AFFIDAVIT SHELNITZ. | 0.10 | $47.50 |
| 1/23/2002 | 018 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.40 | $190.00 |
| 1/23/2002 | 018 | WS KATCHEN | REVIEW DEBTOR'S MOTION PAPERS REGARDING SECTION 1121(D), TO ENJOIN NATIONAL UNION FIRE INSURANCE (L.C. DRAW) AND AFFIDAVIT OF JAY HUGHES AND EXHIBITS (NOTE SECTION 547 ISSUE). | 0.50 | $237.50 |
| 1/24/2002 | 018 | WS KATCHEN | TELEPHONE K. PASQUALE REGARDING DEBTOR'S SECTION 1121(D) MOTION; TELEPHONE CALL TO L. KRUGER. | 0.10 | $47.50 |
| 1/25/2002 | 018 | WS KATCHEN | TWO TELEPHONE CALLS TO KEN PASQUALE REGARDING SECTION 1121 MOTION. | 0.30 | $142.50 |
| | | | Code Total | 12.50 | $5,937.50 |
| 1/2/2002 | 020 | MR LASTOWSKI | REVIEW INQUIRY FROM FRANK PERCH | 0.10 | $41.50 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 847231

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | (UNITED STATES TRUSTEE'S OFFICE) RE: COMPOSITION OF CREDITORS COMMITTEE | | |
| 1/3/2002 | 020 | WS KATCHEN | REVIEW E:MAIL FROM A. KRIEGER; REPLY REGARDING CASE MANAGEMENT ORDER. | 0.30 | $142.50 |
| 1/17/2002 | 020 | WK HARRINGTON | LEGAL RESEARCH REGARDING STANDING OF A COMMITTEE | 0.60 | $165.00 |
| | | | Code Total | 1.00 | $349.00 |
| 1/4/2002 | 024 | MR LASTOWSKI | REVIEW STIPULATION BY AND BETWEEN THE DEBTORS AND AMERICAN REAL ESTATE HOLDINGS CONCERNING ASSUMPTION AND ASSIGNMENT OF A LEASE | 0.10 | $41.50 |
| 1/4/2002 | 024 | MR LASTOWSKI | REVIEW GENERAL ELECTRIC CAPITAL'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF AN EQUIPMENT LEASE | 0.20 | $83.00 |
| 1/18/2002 | 024 | MR LASTOWSKI | REVIEW TOYOTA MOTOR CREDIT CORPORATION'S STIPULATION RE: LEASE ASSUMPTION | 0.10 | $41.50 |
| 1/24/2002 | 024 | MR LASTOWSKI | REVIEW GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE AND FOR POST-PETITION LEASE PAYMENT | 0.10 | $41.50 |
| | | | Code Total | 0.50 | $207.50 |
| | | | TOTAL SERVICES | 42.30 | $13,454.50 |

Duane Morris
March 28, 2002
Page 13

File # K0248-00001  INVOICE # 847231
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 1/31/2002 | TELEPHONE | | 9.49 |
| | | Total: | $9.49 |
| 1/31/2002 | DINNER - LOCAL | | 26.54 |
| | | Total: | $26.54 |
| 1/31/2002 | TRAVEL - LOCAL | | 32.45 |
| | | Total: | $32.45 |
| 1/8/2002 | OVERNIGHT MAIL | | 37.50 |
| | | Total: | $37.50 |
| 1/30/2002 | AMTRAK MRL,WILM: CHECK # 459680 - 1/2AMTRAK/WLMGTN-NWRK/12-20/LA STOWSKI AMEX/LTS/12-01 | | 111.00 |
| | | Total: | $111.00 |
| 1/31/2002 | PRINTING & DUPLICATING - INTERNAL | | 54.45 |
| | | Total: | $54.45 |
| 1/31/2002 | TELECOPY | | 63.65 |
| | | Total: | $63.65 |
| 1/31/2002 | PRINTING & DUPLICATING | | 441.10 |
| | | Total: | $441.10 |
| | TOTAL DISBURSEMENTS | | $776.18 |

DUANE MORRIS LLP