-16-

# EXHIBIT "C"

WLM\158088.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF RICHARD W. RILEY, ESQUIRE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Richard W. Riley, being duly sworn, deposes and says:

1. I am an attorney at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the *Seventh Monthly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from Januuary 1, 2002 Through And Including January 31, 2002* (the "Application"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed

on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: March 28, 2002

Richard W. Riley, Esquire

SWORN TO AND SUBSCRIBED before me this 28th day of MARCH, 2002.

Notary Public

**MICHELE C. HARRIS
NOTARY PUBLIC
STATE OF DELAWARE**
My Commission Expires Sept. 30, 2005