Our Matter No. 012046.00001
COLI

For Services July 1 through July 31, 2001

## Summary of Fees

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 18.20 | 445.00 | 8,099.00 |
| S.H. Serling | 10.20 | 415.00 | 4,233.00 |
| J.W. Johnson | 38.30 | 415.00 | 15,894.50 |
| A.E. Moran | 37.50 | 350.00 | 13,125.00 |
| E. Froelich | 2.00 | 280.00 | 560.00 |
| B. Kaufman | 63.80 | 245.00 | 15,631.00 |
| Total | 170.00 | | $57,542.50 |

Total Fees for Professional Services............................................................$57,542.50

## SUMMARY OF FEES BY MATTER

| **Matter Number** | **Matter** | **Total Hours** | **Total Fees Requested** |
|---|---|---|---|
| 20 | Case Administration | 0 | $ |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | $0 |
| 32 | S&J Fee Application, Preparation of | 1.80 | $280 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel | | |
| | | | |
| 46 | IRS Tax Litigation | 169.20 | $57,262.80 |
| | **Total** | **170.00** | **$57,542.50** |

For Services July 1 through July 31, 2001

A.L. Bailey

| Date | Hours | Description |
|---|---|---|
| 07/09/01 | 0.20 | Discussion with Tom Roley at IRS re settlement issues. |
| 07/10/01 | 0.10 | Follow-up discussion re status of settlement effort. |
| 07/10/01 | 0.20 | Analyze issues re COLI litigation. |
| 07/13/01 | 0.50 | Prepare memorandum re letter from D. Black at IRS Appeals. |
| 07/16/01 | 0.30 | Analyze effects of Black letter. |
| 07/16/01 | 0.20 | Calls to counsel team. |
| 07/17/01 | 1.50 | Analyze venue and strategy issues in preparation for meeting. |
| 07/18/01 | 1.00 | Review complaint. |
| 07/20/01 | 1.00 | Internal meeting to prepare agenda and consider issues for 2-day client meeting. |
| 07/23/01 | 8.00 | All-day meeting with client to consider case preparation issues, venue and litigation strategy. |
| 07/23/01 | 0.50 | Preparation for meeting. |
| 07/24/01 | 4.00 | Attend and participate in half-day litigation planning meeting with client. |
| 07/25/01 | 0.20 | Follow-up with various Appeals officers re current settlement procedures for COLI cases; telephone call with J. Cohen and D. Korb re further contacts with Dan Black, Earl Blanc, etc. |
| 07/31/01 | 0.50 | Review litigation preparation. |
| Total | 17.70 | |

E. Froelich

| Date | Hours | Description |
|---|---|---|
| 07/19/01 | 0.80 | Discussed filing of complaint with Mr. Kaufman and question of venue. |
| 07/23/01 | 0.50 | Spoke with B. Kaufman re whether Federal Circuit/Court of Federal Claims would be favorable forum for COLI refund suit. |
| 07/25/01 | 0.50 | Reviewed memo re motion for removal of CCHP case from United States Court of Federal Claims. |
| 07/26/01 | 0.20 | Analyze whether Federal Circuit is a favorable forum for COLI suit. |
| Total | 1.80 | |

For Services July 1 through July 31, 2001

A.E. Moran

| Date | Hours | Description |
|---|---|---|
| 07/02/01 | 1.00 | Work on questions re 1120X + out-of-pockets. |
| 07/03/01 | 0.80 | Review waiver letter and send out. |
| 07/05/01 | 0.50 | Telephone conference re July meeting with C. Finke and R. Senftleben. |
| 07/06/01 | 2.00 | Review 1120X. |
| 07/09/01 | 3.00 | Review out-of-pocket cost numbers and cases re same. |
| 07/12/01 | 1.70 | Revise and e-mail draft agenda. |
| 07/17/01 | 3.30 | Prepare for meeting and attend pre-meeting for July 23. |
| 07/18/01 | 1.00 | Office conference with Brian Kaufman re venue issues. |
| 07/19/01 | 0.80 | Review COLI policy operations. |
| 07/19/01 | 0.50 | Meeting with B. Kaufman re venue issues. |
| 07/20/01 | 1.00 | Have internal meeting in preparation for meeting Monday, July 23. |
| 07/20/01 | 0.50 | Telephone conference with C. Finke re procedures. |
| 07/20/01 | 0.50 | Office conference with B. Kaufman re economic substance cases. |
| 07/20/01 | 0.50 | Review Abusive Tax Shelter Act. |
| 07/22/01 | 1.90 | Prepare for meeting on July 23 by reviewing memos. |
| 07/23/01 | 8.00 | Attend all-day meeting re litigation strategy with client. |
| 07/24/01 | 4.00 | Attend half-day litigation planning meeting. |
| 07/25/01 | 0.50 | Telephone call to Jim Van Etten re out-of-pocket costs. |
| 07/25/01 | 2.50 | Look at out-of-pocket costs, issues. |
| 07/27/01 | 2.50 | Review documents and article on sham transaction. |
| 07/31/01 | 1.00 | Review and make changes to Walker Johnson draft of fact review. |
| Total | 36.50 | |

B. Kaufman

| Date | Hours | Description |
|---|---|---|
| 07/17/01 | 2.50 | Review of W.R. Grace COLI materials for research re: venue issues for COLI litigation. |
| 07/18/01 | 1.00 | Meeting with A. Moran re: W.R. Grace venue issues. |
| 07/18/01 | 6.00 | Research re: W.R. Grace COLI venue issues. |
| 07/19/01 | 0.80 | Internal meeting with W. Johnson re: W.R. Grace COLI venue issues. |
| 07/19/01 | 0.50 | Meeting with A. Moran re: W.R. Grace COLI litigation venue issues. |
| 07/19/01 | 4.00 | Research re: W.R. Grace COLI litigation venue issues. |
| 07/19/01 | 3.50 | Work on W.R. Grace COLI venue issues. |
| 07/19/01 | 0.80 | Discuss venue questions with E. Froelich. |
| 07/20/01 | 1.00 | Meeting with A. Moran, A. Bailey, and W. Johnson re: COLI litigation, venue issues, and agenda for meeting on 7/23/01. |
| 07/20/01 | 0.50 | Meeting with A. Moran re: research on Court of Claims precedent re: "economic substance" and "out-of-pocket expenses." |
| 07/20/01 | 3.70 | Research re: Court of Claims precedent re: "economic substance" and "out-of-pocket expenses." |
| 07/20/01 | 2.50 | Work on venue issues. |
| 07/22/01 | 4.50 | Research re: precedent re "economic substance" and "out-of-pocket" expenses. |
| 07/23/01 | 2.00 | Research re: precedent re: "economic substance" and "out-of-pocket" expenses. |
| 07/23/01 | 7.50 | All-day meeting with W.R. Grace officers and attorneys re: COLI litigation. |
| 07/24/01 | 3.00 | Half-day meeting with W.R. Grace officers and attorneys re: COLI litigation. |
| 07/24/01 | 4.00 | Research re: "economic substance" doctrine in various venues. |
| 07/25/01 | 3.50 | Research re: "economic substance" doctrine. |
| 07/25/01 | 4.00 | Research re: CCHP refund action. |

W.R. Grace, Inc.
Our Matter No. 012046.00001
COLI

For Services July 1 through July 31, 2001

| | | |
|---|---|---|
| 07/26/01 | 7.00 | Research re: application of Knetsch in 4th Circuit and doctrine of uniformity of tax decisions with other circuits with respect to Circuit Court and Federal Circuit; research on backgrounds of Claims Court Judges. |
| 07/27/01 | 1.50 | Research re: choice of venue between Circuit Court and Federal Circuit. |
| Total | 63.80 | |