For Services July 1 through July 31, 2001

## List of Expenses   All attributable to subject matter 46 unless otherwise indicated

| Description | Amount |
|---|---|
| Telephone | $.33 |
| Copies – Subject Matter 32 | $2.20 |
| Standard Copies – Subject Matter 46 | $410.20 |
| PC/Network Printing | $.00 |
| Overnight Delivery | $13.76 |
| Outside Messenger Service | $0 |
| Standard Copies – Subject Matter | $0 |
| Postage | $0 |
| Court Reporter Fee/Deposition | $0 |
| Travel Meals | $0 |
| Travel Expense | $0 |
| Airfare | $0 |
| Travel to/from Airport | $0 |
| Other Travel Expenses | $0 |
| Computer Database Research | $2,708.73 |
| Library Document Procurement | $0 |
| Word Processing Overtime | $0 |
| Working Meals | $0 |
| Overtime Meals | $0 |
| Overtime Meals- Attorney | $0 |
| Overtime Transportation | $0 |
| Secretarial Overtime | $0 |
| **Total** | **$3,135.22** |

Doc. #1111522