Our Matter No. 012046.00001
COLI

For Services September 1 through September 30, 2001

## Summary of Fees

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 45.00 | $445.00 | $20,025.00 |
| J.W. Johnson | 71.70 | 415.00 | 29,755.50 |
| C.W. Wilkinson | 0.50 | 395.00 | 197.50 |
| A.E. Moran | 48.00 | 350.00 | 16,800.00 |
| B. Kaufman | 30.50 | 245.00 | 7,472.50 |
| A. Rupinta | 13.50 | 90.00 | 1,215.00 |
| S.H. McConville | 3.50 | 70.00 | 245.00 |
| Total | 212.70 | | $75,710.50 |

Total Fees for Professional Services..................................................$75,710.50

## SUMMARY OF FEES BY MATTER

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 4.90 | $ 1,715.00 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel | | $ 13,310.00 |
| 46 | IRS Tax Litigation | 174.80 | $ 60,685.50 |
| | **Total** | **212.70** | **$75,710.50** |

For Services September 1 through September 30, 2001

A.L. Bailey

| Date | Hours | Description |
|---|---|---|
| 09/04/01 | 1.00 | Calls re third-party witnesses. |
| 09/06/01 | 3.00 | Review factual development needed for case. |
| 09/07/01 | 3.00 | Prepare for document review by review of files at Steptoe re COLI purchase. |
| 09/10/01 | 2.50 | Prepare for meeting at Grace offices for document review. |
| 09/10/01 | 3.00 | Travel to Grace for document review. |
| 09/11/01 | 8.00 | Document review and strategy meetings at Grace. |
| 09/12/01 | 8.00 | Document review and strategy meetings at Grace. |
| 09/13/01 | 8.00 | Travel from Florida to Washington by car. |
| 09/14/01 | 2.00 | Review notes from document review. |
| 09/18/01 | 1.00 | Attention to amended returns, related filing and procedural issues. |
| 09/19/01 | 2.00 | Review legal issues "out-of-pocket" theory for recovery. |
| 09/21/01 | 1.50 | Conferences with counsel for common parent. |
| 09/21/01 | 1.00 | Review notes re fact review. |
| 09/27/01 | 1.00 | Identify expert witnesses re "economic sham" doctrine. |
| Total | 44.00 | |

For Services September 1 through September 30, 2001

J.W. Johnson

| Date | Hours | Description |
|---|---|---|
| 09/04/01 | 3.00 | Review and organize documents and factual materials. |
| 09/05/01 | 3.00 | Review factual materials; review bankruptcy filing. |
| 09/06/01 | 3.00 | Review document and Joint Defense memoranda. |
| 09/06/01 | 0.20 | Discuss procedural matters with A. Moran. |
| 09/07/01 | 5.00 | Organize factual materials to prepare for document review. |
| 09/10/01 | 3.00 | Review documents. |
| 09/10/01 | 3.00 | Travel to Florida for document review. |
| 09/11/01 | 8.00 | Document review and strategy meetings at Grace. |
| 09/12/01 | 8.00 | Document review and strategy meetings at Grace. |
| 09/13/01 | 8.00 | Travel from Florida to Washington DC by car. |
| 09/14/01 | 2.00 | Organize documents and notes related to document review. |
| 09/17/01 | 0.30 | Discuss Forms 1120X with A. Moran. |
| 09/17/01 | 4.70 | Prepare factual and document summary. |
| 09/18/01 | 4.70 | Prepare factual outline and summary. |
| 09/18/01 | 1.00 | Telephone conference with Grace and McDermott, Will. |
| 09/19/01 | 0.50 | Discuss out-of-pocket issues with D. Korb. |
| 09/19/01 | 5.50 | Draft factual outline and summary. |
| 09/24/01 | 1.30 | Research re out-of-pocket claims. |
| 09/24/01 | 1.00 | Discuss out of pockets alternative claim with B. Kaufman. |
| 09/25/01 | 1.30 | Attention to refund claim and out-of-pocket costs issue. |
| 09/26/01 | 3.20 | Review and revise complaint. |
| 09/27/01 | 2.00 | Review and revise complaint. |
| Total | 69.70 | |

For Services September 1 through September 30, 2001

## C.W. Wilkinson

| Date | Hours | Description |
| --- | --- | --- |
| 09/20/01 | 0.20 | Confer with Ms. Moran re return preparer obligations. |
| 09/20/01 | 0.30 | Review return preparer regulations. |
| Total | 0.20 | |

## A. Rupinta

| Date | Hours | Description |
| --- | --- | --- |
| 09/04/01 | 4.50 | Prepared file indexes for WR Grace files (correspondence, memos and proposals). |
| 09/05/01 | 5.20 | Prepared indexes for WR Grace files (memos and proposals, correspondence). |
| 09/07/01 | 3.80 | Prepared indexes for miscellaneous WR Grace files. |
| Total | 9.70 | |

## S.H. McConville

| Date | Hours | Description |
| --- | --- | --- |
| 09/05/01 | 0.50 | Meeting to discuss up-coming project. |
| 09/05/01 | 3.00 | Create table of filed correspondence. |
| Total | 3.50 | |

For Services September 1 through September 30, 2001

A.E. Moran

| Date | Hours | Description |
|---|---|---|
| 09/01/01 | 1.50 | Work on files. |
| 09/03/01 | 2.50 | Work on affidavit for bankruptcy court. |
| 09/04/01 | 0.20 | Work on draft lists of files; for paralegal. |
| 09/05/01 | 0.20 | Telephone conference with R. Sentfleben re procedures. |
| 09/05/01 | 1.60 | Make changes to affidavits, bankruptcy filing. |
| 09/06/01 | 0.20 | Office consult with Johnson re procedural issues. |
| 09/06/01 | 0.30 | Telephone conference with C. Finke. |
| 09/06/01 | 1.00 | Review letter and get joint defense agreements signed. |
| 09/07/01 | 0.30 | Review document lists; make changes. |
| 09/10/01 | 3.00 | Travel to Grace for document review. |
| 09/11/01 | 2.50 | Review of documents and strategy meetings at W.R. Grace. |
| 09/12/01 | 8.00 | Review documents and meeting on forum, strategy. |
| 09/13/01 | 8.00 | Travel back to DC from Florida by car. |
| 09/14/01 | 0.20 | Telephone conference with Finke re meeting. |
| 09/17/01 | 0.30 | Telephone conferences re 1120x. |
| 09/17/01 | 1.70 | Make changes to 1120X. |
| 09/18/01 | 3.70 | Finish 1120X changes. |
| 09/18/01 | 1.00 | Telephone conference with C. Finke, W. Johnson and Grace and Fresenius. |
| 09/20/01 | 0.20 | Telephone conference with Mr. Bailey and Ms. Serling. |
| 09/20/01 | 0.20 | Telephone conferences with Ms. Wilkinson re 1120Xs. |
| 09/20/01 | 0.60 | Prepare and send affidavit. |
| 09/21/01 | 1.50 | Meeting with Messrs. Bailey and Kaufman re Fresenius. |
| 09/21/01 | 0.80 | Review files re 1120Xs. |
| 09/24/01 | 0.30 | Office consult with B. Kaufman. |
| 09/24/01 | 0.40 | Telephone conference with C. Finke re Tax Sharing memo. |
| 09/25/01 | 2.00 | Work on draft letter to Sean Martin. |

For Services September 1 through September 30, 2001

| Date | Hours | Description |
|---|---|---|
| 09/26/01 | 1.00 | Telephone conferences with Finke and Borders. |
| 09/26/01 | 0.80 | Change draft letter and e-mail. |
| 09/27/01 | 0.20 | Telephone conferences with T. Borders. |
| 09/27/01 | 1.00 | Finish review of files. |
| 09/27/01 | 0.30 | Telephone conference with C. Finke. |
| 09/28/01 | 2.50 | Analyze issues for creditors' committee. |
| Total | 45.50 | |

For Services September 1 through September 30, 2001

B. Kaufman

| Date | Hours | Description |
|---|---|---|
| 09/04/01 | 3.30 | Research and drafting memorandum re: privilege issues for Grace documents. |
| 09/05/01 | 4.50 | Drafting memorandum re: privilege issues for Grace documents. |
| 09/06/01 | 2.00 | Review Power of Attorney authority of Steptoe to file complaint. |
| 09/06/01 | 4.70 | Analyze privilege issues for Grace documents. |
| 09/17/01 | 0.50 | Research re: Grace privilege issues |
| 09/19/01 | 1.00 | Research on Grace privilege issues. |
| 09/19/01 | 0.50 | Conference call with D. Korb re: COLI litigation and Out-of-Pocket issue. |
| 09/20/01 | 1.30 | Research re: Court of Claims bar membership rules for COLI complaint. |
| 09/21/01 | 1.50 | Meeting with A. Bailey and A. Moran re: Fresenius execution of Amended 1120X and McDermott, Will & Emery request to review COLI documents on behalf of Fresenius. |
| 09/24/01 | 2.20 | Research re: out-of-pockets analysis. |
| 09/24/01 | 0.30 | Meeting with A. Moran re: Fresenius execution of Amended 1120X. |
| 09/24/01 | 1.00 | Meeting with W. Johnson re: COLI Complaint and out-of-pockets analysis. |
| 09/25/01 | 2.20 | Research re: out-of-pocket issue for Fresenius COLI complaint. |
| 09/26/01 | 3.00 | Drafting of Fresenius COLI complaint and related papers. |
| 09/28/01 | 2.50 | Drafting of Fresenius COLI complaint. |
| Total | 30.50 | |