W.R. Grace, Inc.
Our Matter No. 012046.00001
COLI

For Services September 1 through September 30, 2001

**LIST OF EXPENSES -- All expenses attributable to matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Telephone | $ 168.88 |
| Facsimile Charges | $ 28.75 |
| Copies – Matter 46 | $ 198.40 |
| Copies – Matter 32 | $0 |
| Overnight Delivery | $0 |
| Outside Messenger Service | $0 |
| Outside Copy | $0 |
| Postage | $0 |
| Court Reporter Fee/Deposition | $0 |
| Travel Meals - Matter 42 | $ 495.27 |
| Rental Car – Matter 42 | $ 301.74 |
| Airfare – Matter 42 | $ 361.50 |
| Taxi/Local Transportation – Matter 42 | $ 95.37 |
| Other Travel Expenses – Matter 42 | $ 60.95 |
| Computer Database Research | $1,049.27 |
| Library Document Procurement | $0 |
| Word Processing Overtime | $0 |
| Working Meals | $0 |
| Overtime Meals | $0 |
| Overtime Meals- Attorney | $0 |
| Overtime Transportation | $0 |
| Secretarial Overtime | $0 |
| **Total** | **$4,130.52** |