For Professional Services Rendered November 1 through November 30, 2001:

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 9.50 | 445.00 | 4,227.50 |
| J.W. Johnson | 13.70 | 415.00 | 5,685.50 |
| S.H. Serling | 1.30 | 415.00 | 539.50 |
| S. Smilack | 1.80 | 400.00 | 720.00 |
| A.E. Moran | 15.80 | 350.00 | 5,530.00 |
| B. Kaufman | 49.30 | 245.00 | 12,078.50 |
| J. Kinney | 1.00 | 160.00 | 160.00 |
| Total | 92.40 | | $28,941.00 |

Total Fees $28,941.00

**Summary of Fees by Matter**

| **Matter Number** | **Matter** | **Total Hours** | **Total Fees Requested** |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | $0 |
| 32 | S&J Fee Application, Preparation of | 1.0 | $350 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel | | |
| 46 | IRS Tax Litigation | 91.40 | $28,591.00 |
| | **Total** | **92.40** | **$28,941.00** |
| | | | |

Professional services rendered November 1 through November 30, 2001

| | | | |
|---|---|---|---|
| 11/01/01 | A.L. Bailey | Telephone call with group re hazards. | 1.30 |
| 11/01/01 | A.L. Bailey | Preparation for issue review with Grace and former parent by review of memos and penalties calculation alternatives. | 4.70 |
| 11/01/01 | B. Kaufman | Telephone conference with E. Filon, C. Finke, and J. Gibbs. | 1.30 |
| 11/01/01 | S.H. Serling | Conference call with client regarding COLI. | 1.30 |
| 11/01/01 | J.W. Johnson | Research regarding government settlement authority. | 2.50 |
| 11/01/01 | J.W. Johnson | Telephone conference with Grace re settlement versus litigation issues. | 1.30 |
| 11/01/01 | S. Smilack | Review Grace 861 issues. | 0.50 |
| 11/01/01 | S. Smilack | Conference with Ms. Moran, Mr. Bailey, Ms. Serling, and Messrs. Johnson and Kaufman and Grace representatives re procedural/strategy issues. | 1.30 |
| 11/01/01 | A.E. Moran | Follow-up telephone conference with C. Finke re procedures. | 0.20 |
| 11/01/01 | A.E. Moran | Preparation for meeting on settlement options. | 1.80 |
| 11/01/01 | A.E. Moran | Meeting and telephone conference re settlement options and procedural issues. | 1.30 |
| 11/01/01 | B. Kaufman | Research re: jurisdictional questions over settlement. | 5.70 |
| 11/02/01 | J. Kinney | Provide information on provisions in Economic Stimulus draft to A. Moran. | 1.00 |
| 11/02/01 | J.W. Johnson | Research regarding settlement and litigation strategy issues. | 1.70 |
| 11/02/01 | A.E. Moran | Telephone conferences with W.R. Grace and B. Kaufman re Grace questions. | 0.50 |
| 11/02/01 | B. Kaufman | Conference call with C. Finke and A. Moran re settlement. | 0.50 |
| 11/02/01 | B. Kaufman | Research re Appeals v. DOJ jurisdiction over COLI settlement and Appeals/DOJ jurisdictional issue. | 5.80 |

| | | | |
|---|---|---|---|
| 11/04/01 | B. Kaufman | Review and analyze jurisdiction over DOJ/IRS Appeals jurisdiction over Grace COLI liabilities. | 4.00 |
| 11/05/01 | A.L. Bailey | Review IRS settlement authority. | 1.00 |
| 11/05/01 | B. Kaufman | Phone conference with A. Moran, C. Finke and E. Filon (Grace) re appeals settlement procedure. | 0.30 |
| 11/05/01 | A.E. Moran | Phone conference with B. Kaufman and Grace re settlement issues. | 0.30 |
| 11/05/01 | B. Kaufman | Prepare for meeting with A. Moran re settlement issues. | 0.20 |
| 11/05/01 | B. Kaufman | Response to Grace questions re jurisdiction of Appeals and Appeals early referral procedure. | 1.00 |
| 11/06/01 | B. Kaufman | Telephone conference with A. Moran re jurisdictional issues. | 0.20 |
| 11/06/01 | A.L. Bailey | Attention to early referral issues. | 0.50 |
| 11/06/01 | A.E. Moran | Office consult with B. Kaufman re items needed for E. Filon. | 0.20 |
| 11/06/01 | B. Kaufman | Consider response to follow up questions on jurisdictional issues. | 0.30 |
| 11/07/01 | B. Kaufman | Work on Section 264 argument for Grace. | 1.00 |
| 11/07/01 | A.E. Moran | Follow-up on 264 with B. Kaufman. | 0.50 |
| 11/07/01 | B. Kaufman | Telephone conference with A. Moran re 264. | 0.50 |
| 11/07/01 | A.E. Moran | Telephone conference with E. Filon re 264 issues. | 0.30 |
| 11/07/01 | J.W. Johnson | Research settlement issues. | 1.00 |
| 11/08/01 | A.E. Moran | Follow-up calls on settlement issues. | 0.50 |
| 11/09/01 | A.E. Moran | Prepare and email agenda re next week's meeting. | 1.00 |
| 11/12/01 | B. Kaufman | Research and analysis re Section 264 analysis for COLI policies. | 5.80 |
| 11/12/01 | A.E. Moran | Review COLI V policy. | 0.50 |
| 11/13/01 | J.W. Johnson | Discussions with B. Kaufman re litigation strategy. | 1.20 |
| 11/13/01 | J.W. Johnson | Review litigation strategy issues and memoranda. | 2.00 |
| 11/13/01 | B. Kaufman | Research and analysis re Section 264 analysis for COLI policies. | 2.80 |

| | | | |
|---|---|---|---|
| 11/13/01 | A.E. Moran | Review uneven premium regulation. | 1.20 |
| 11/13/01 | A.E. Moran | Telephone conference with Ms. Finke re 264. | 0.30 |
| 11/13/01 | B. Kaufman | Discuss with W. Johnson re section 264 analysis. | 1.20 |
| 11/14/01 | J.W. Johnson | Discuss settlement issue with B. Kaufman. | 1.30 |
| 11/14/01 | A.E. Moran | Review materials in preparation for call to former corporate parent. | 3.00 |
| 11/14/01 | B. Kaufman | Analysis of outline re COLI litigation trends. | 0.70 |
| 11/14/01 | B. Kaufman | Meeting with W. Johnson re COLI litigation. | 1.30 |
| 11/15/01 | J.W. Johnson | Call with client re case strategy. | 2.00 |
| 11/15/01 | B. Kaufman | Conference call with A. Bailey, W. Johnson, A. Moran, E. Filon, C. Finke, and T. Borders re: COLI litigation and settlement issues. | 2.00 |
| 11/15/01 | A.L. Bailey | Conference call with Grace/Tom Borders re settlement issues. | 2.00 |
| 11/15/01 | A.E. Moran | Telephone conference with C. Finke and Borders re litigation. | 2.00 |
| 11/16/01 | A.E. Moran | Meeting with B. Kaufman re follow-up on settlement decision. | 0.50 |
| 11/16/01 | J.W. Johnson | Discussions re litigation and settlement strategies. | 0.70 |
| 11/16/01 | B. Kaufman | Meeting with A. Moran re use of COLI policies in bankruptcy status. | 0.50 |
| 11/19/01 | A.E. Moran | Review issues needed for other memos. | 0.20 |
| 11/19/01 | A.E. Moran | Conference with B. Kaufman re needed research. | 0.30 |
| 11/19/01 | B. Kaufman | Meeting with A. Moran re: research of use of COLI policies in Grace's bankruptcy case. | 0.30 |
| 11/23/01 | A.E. Moran | Review materials used for lender presentation describing COLI. | 0.50 |
| 11/26/01 | B. Kaufman | Research re use of COLI policies in Grace's bankruptcy case. | 1.50 |
| 11/27/01 | A.E. Moran | Review B. Kaufman research. | 0.20 |
| 11/28/01 | B. Kaufman | Research and analysis re use of COLI policies in Grace's bankruptcy case. | 6.20 |
| 11/29/01 | B. Kaufman | Research and analysis re use of COLI policies in Grace's bankruptcy case. | 1.20 |

| | | | |
|---|---|---|---|
| 11/30/01 | B. Kaufman | Analysis re use of COLI policies in Grace's bankruptcy case. | 4.50 |
| 11/30/01 | A.E. Moran | Office consult with B. Kaufman re use of COLI policies in bankruptcy. | 0.50 |
| 11/30/01 | B. Kaufman | Meeting with A. Moran re use of COLI policies in bankruptcy. | 0.50 |