**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
| --- | --- |
| Telephone | $ 42.86 |
| Copies – Matter 32 | $ 6.40 |
| Copies – Matter 46 | $ 38.00 |
| Computer Database Research | $ 464.21 |
| Secretarial Overtime | $0 |
| | |
| **Total** | **$ 638.26** |

Total Disbursements $638.26

Doc. #1104024