For Professional Services Rendered December 1 Through December 31, 2001:

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.00 | 445.00 | 445.00 |
| J.W. Johnson | 1.00 | 415.00 | 415.00 |
| A.E. Moran | 3.80 | 350.00 | 1,330.00 |
| E. Froelich | 0.20 | 280.00 | 56.00 |
| B. Kaufman | 4.20 | 245.00 | 1,029.00 |
| Total | 10.20 | | $3,275.00 |

Total Fees $3,275.00

**Total Fees: $3,275.00**

**Summary of fees by matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | $0 |
| 32 | S&J Fee Application, Preparation of | 0 | 0 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel | | |
| 46 | IRS Tax Litigation | 10.20 | $3,275.00 |
| | **Total** | **10.20** | **$3,275.00** |

**Total Due for this Period:** $3,284.77

Professional services rendered through: December 31, 2001

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/01 | B. Kaufman | Telephone conference with C. Finke re new events in Grace bankruptcy case. | 0.20 |
| 12/03/01 | A.E. Moran | Telephone conference with C. Finke re settlement, bankruptcy status. | 0.50 |
| 12/03/01 | B. Kaufman | Analysis of use of COLI policies in bankruptcy. | 1.00 |
| 12/07/01 | A.L. Bailey | Review status of pending civil actions. | 0.50 |
| 12/11/01 | A.E. Moran | E-mail C. Finke re settlement status. | 0.30 |
| 12/11/01 | A.L. Bailey | Attention to status re litigation. | 0.50 |
| 12/12/01 | A.E. Moran | Telephone conference with C. Finke re settlement. | 0.30 |
| 12/13/01 | B. Kaufman | Conference with W. Johnson re attendance of Dow COLI trial in January. | 0.50 |
| 12/13/01 | J.W. Johnson | Telephone conference re Dow case preparation activities. | 0.50 |
| 12/14/01 | A.E. Moran | Telephone conference with R. Sentfleben re procedures, Dow case. | 0.30 |
| 12/17/01 | B. Kaufman | Obtain information about Dow COLI trial. | 0.20 |
| 12/18/01 | J.W. Johnson | Conference with B. Kaufman re status and scheduling of Dow trial. | 0.30 |
| 12/18/01 | B. Kaufman | Meeting with W. Johnson re Dow COLI trial and Grace litigation preparation. | 0.30 |
| 12/18/01 | A.E. Moran | Review status of COLI activity and communicate information to C. Finke. | 0.70 |
| 12/18/01 | J.W. Johnson | Arrange to attend portions of Dow trial. | 0.20 |
| 12/26/01 | B. Kaufman | Research re requirements of early referral letter. | 0.80 |
| 12/26/01 | E. Froelich | Discussed Fast Track v. Early Referral procedures with B. Kaufman in connection with Grace's COLI claims. | 0.20 |
| 12/26/01 | B. Kaufman | Conference with E. Froelich re early referral. | 0.20 |
| 12/27/01 | B. Kaufman | Drafting of early referral request for 1993-96. | 0.50 |
| 12/27/01 | A.E. Moran | Telephone conference with C. Finke re fast track, settlement. | 0.50 |
| 12/28/01 | B. Kaufman | Meeting with A. Moran re 5701. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/28/01 | A.E. Moran | Office consult with B. Kaufman re 5701. | 0.20 |
| 12/28/01 | B. Kaufman | Phone conversation with C. Finke re NPA for 1993-96. | 0.10 |
| 12/28/01 | B. Kaufman | Draft early referral request. | 0.20 |
| 12/30/01 | A.E. Moran | Review COLI files. | 1.00 |

## Expense Summary – All attributable to matter 46.

| Description | Amount |
|---|---|
| Telephone | $6.17 |
| Facsimile Charges | $0 |
| Standard Copies | $3.60 |
| PC/Network Printing | $.60 |
| Total | $9.77 |

**Total Expenses:** **$9.77**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 29th day of March 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

1. **Notice of Filing of Monthly Fee Application; and**

2. **Verified Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Third Monthly Period from December 1, 2001 Through December 31, 2001, for the Quarter of October-December 2001.**

*/s/ David W. Carickhoff, Jr.*
David W. Carickhoff, Jr. (DE Bar No. 3715)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:29016.30
03/29/02

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
07 – Hand Delivery
09 – Federal Express

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Federal Express*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Federal Express*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Federal Express*
(Counsel to Official Committee of Equity Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*Federal Express*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005