## Expense Summary – All attributable to matter 46.

| Description | Amount |
|---|---|
| Telephone | $6.17 |
| Facsimile Charges | $0 |
| Standard Copies | $3.60 |
| PC/Network Printing | $.60 |
| Total | $9.77 |

**Total Expenses:** <u>$9.77</u>

Doc. #1104093