IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case No. 00-3299 (MFW) |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Deadline to file objections:  April 22,, 2002 at 4:00 p.m.**
**Hearing Date: To be scheduled on a quarterly basis**

## NINETEENTH MONTHLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C., CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

Name of Applicant:    Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J")

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  January 4, 2001

Period for which compensation and reimbursement is sought:  February 1, 2002 through February 28, 2002.

Amount of Compensation sought as actual, reasonable and necessary: $13,590.00.

Amount of Expense Reimbursement sought as actual, reasonable, and necessary: $8,755.13

This is a:      xx monthly           _ interim           _ final application.

The total time expended in preparation of this fee application is approximately

2.00 hours and the corresponding compensation requested is approximately $800.00.

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/08/01 | 8/8/00 – 8/31/00 | $29,368.50 | $   621.66 | $29,368.50 | $   621.66 |
| 01/08/01 | 9/1/00 - 9/30/00 | $30,483.40 | $ 3,377.36 | $30,483.40 | $ 3,377.36 |
| 01/08/01 | 10/1/00 – 10/1/31 | $32,256.00 | $14,718.70 | $32,256.00 | $14,718.70 |
| 01/08/01 | 11/1/00 – 11/30/00 | $13,359.50 | $ 3,426.00 | $13,359.50 | $ 3,426.00 |
| 01/26/01 | 12/1/00 – 12/31/00 | $20,256.50 | $16,232.33 | $20,256.50 | $16,232.33 |
| 04/03/01 | 1/1/01 – 1/31/01 | $22,860.00 | $19,443.68 | $22,860.00 | $19,443.68 |
| 05/08/01 | 2/1/01 – 2/28/01 | $10,002.50 | $ 3,882.47 | $10,002.50 | $ 3,882.47 |
| 05/31/01 | 3/1/01 – 3/31/01 | $17,608.00 | $11,389.00 | $17,608.00 | $11,389.00 |
| 07/10/01 | 4/1/01 – 4/30/01 | $15,870.00 | $ 6,451.57 | $15,870.00 | $ 6,451.57 |
| 08/10/01 | 5/1/01 – 5/30/01 | $18,234.00 | $11,029.80 | $18,234.00 | $11,029.80 |
| 09/14/01 | 6/1/01 – 6/30/01 | $ 7,739.50 | $ 7,289.38 | $ 7,739.50 | $ 7,289.38 |
| 10/11/01 | 7/1/01 – 7/31/01 | $ 8,909.50 | $11,855.35 | $ 8,909.50 | $11,855.35 |
| 10/30/01 | 8/1/01 – 8/31/01 | $ 7,136.50 | $ 7,018.54 | $ 7,136.50 | $ 7,018.54 |
| 11/14/01 | 9/1/01 – 9/30/01 | $ 7,865.00 | $ 5,559.11 | $ 7,865.00 | $ 5,559.11 |
| 12/04/01 | 10/1/01 – 10/31/01 | $13,730.00 | $ 3,839.93 | $13,730.00 | $ 3,839.93 |

| 12/28/01 | 11/1/01 – 11/30/01 | $25,555.50 | $18,421.35 | $25,555.50 | $18,421.35 |
| 01/29/02 | 12/1/01 – 12/31/01 | $25,480.00 | $19,294.50 | $25,480.00 | $19,294.50 |
| 03/01/02 | 1/1/02 – 1/31/02 | $19,127.50 | $12,744.62 | Pending | Pending |

This is the Nineteenth Monthly Interim Fee Application (February, 2002).

| Name of Professional Individual | assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- |
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | 2.70 | $1,485.00 |
| Ira D. Kharasch | Shareholder 1987 ; Member of CA Bar since 1982 | $480.00 | 1.20 | $  576.00 |
| Rachel S. Lowy | Associate 2000; Member of DE Bar since 1998; Member of PA Bar since 1999 | $260.00 | 24.50 | $6,370.00 |
| Christopher J. Lhulier | Associate 2000; Member of DE Bar since 1999 | $260.00 | .30 | $   78.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | 2.00 | $  250.00 |
| Patricia E. Cuniff | Paralegal since 1996 | $120.00 | 25.00 | $3,000.00 |
| Helen D, Martin | Case Management Assistant 2000 | $ 60.00 | 13.50 | $  810.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 55.00 | .80 | $   44.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 50.00 | 2.00 | $  100.00 |
| Violet E. Mobley | Case Management Assistant 2000 | $ 50.00 | .10 | $    5.00 |

| Andrew H. Seiler | Case Management Assistant 2001 | $ 40.00 | 13.10 | $ 524.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 40.00 | 6.50 | $ 260.00 |
| Jason M. Griffith | Case Management Assistant 2001 | $ 40.00 | 2.20 | $ 88.00 |

Grand Total    $13,590.00
Total Hours    93.90
Blended Rate  $144.72

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Disposition | .20 | $ 52.00 |
| Appeals | 3.60 | $ 838.00 |
| Bankruptcy Litigation | 19.20 | $4,677.00 |
| Case Administration | 44.80 | $2,651.00 |
| Compensation of Professionals | 22.30 | $4,311.00 |
| Employee Benefit/Pension | 1.20 | $ 312.00 |
| Financial Filings | .20 | $ 52.00 |
| Operations | .30 | $ 122.00 |
| Plan & Disclosure Statement | .40 | $ 104.00 |
| Retention of Professionals | 1.30 | $ 367.00 |
| Stay Litigation | .40 | $ 104.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (If Applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page outgoing faxes only) | | $1,159.00 |
| Reproduction ($.15 per page) | | $4,947.00 |
| Express Mail | Federal Express/DHL | $ 680.22 |
| Delivery/Courier Service | Parcels | $1,830.70 |
| Overtime | | $ 69.33 |
| Research | Lexis/Nexis/Pacer | $ 68.88 |

---

[2] PSZY&J may use one or more service providers. The service providers identified hereinbelow are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case No. 00-3299 (MFW) |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Deadline to file objections:  April 22, 2002 at 4:00 p.m.**
**Hearing Date: To be scheduled on a quarterly basis**

## NINETEENTH MONTHLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C., CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and the Court's Amended Administrative Order, Pursuant to Sections

105(a) and 331 of the Bankruptcy Code, Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals entered on March 2, 2001 (the "Administrative

Order"), Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J") hereby files this Nineteenth

Monthly Interim Application for Allowance of Compensation and Reimbursement of Expenses

for February, 2002 (the "Application").  By this Application PSZY&J seeks a monthly interim

allowance of compensation in the amount of $13,590.00 and reimbursement of actual and

necessary expenses in the amount of $8,755.13 for a total of $22,345.13 for the period February

1, 2002 through February 28, 2002 (the "Interim Period").  In support of this Application,

PSZY&J respectfully represents as follows:

## Background

1.    On August 8, 2000 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. The Debtors have been operating their businesses and managing their properties as debtors in possession pursuant to Sections 1107 (a) and 1108 of the Bankruptcy Code.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On August 10, 1999, the Court entered its order that the Debtors' chapter 11 cases be consolidated for procedural purposes only and administered jointly.

4.    The Debtors' retention of PSZY&J as Co-Counsel for the Debtors by this Court's Order entered January 4, 2001 ("Retention Order"). The Retention Order authorized PSZY&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.    On March 2, 2001, the Court entered its Amended Order establishing procedures for interim compensation and reimbursement of expenses of professionals. Pursuant to the procedures set forth in that Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may file a certification of no objection with the Court after which the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in the fee application and (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection. On a quarterly basis, each professional must file a quarterly

fee application with the Court for interim approval of the fees, if approved the Debtors would be

authorized to pay the remaining amount of the professional's fees. Each professional must also

file a final fee application for final approval of fees and expenses over the duration of the case.

### Compensation Paid and Its Source

      6.     All Services for which PSZY&J requests compensation were performed

for or on behalf of the Debtors.

      7.     Except for the amounts paid to PSZY&J pursuant to previously approved

monthly interim applications for compensation and reimbursement, PSZY&J has received no

payment and no promises for payment from any source for services rendered or to be rendered in

any capacity whatsoever in connection with the matters covered by this Application. There is no

agreement or understanding between PSZY&J and any other person other than the shareholders

of PSZY&J for the sharing of compensation to be received for services rendered in these cases.

PSZY&J received no retainer for the services rendered in these cases.

### Fee Statements

      8.     The fee statement for the Interim Period is attached hereto as <u>Exhibit</u> <u>A</u>.

This statement contains daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period. To the best of PSZY&J's knowledge, this

Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules,

this Del.Bankr.LR 2016-2 and the Revised Administrative Order. PSZY&J's time reports are

initially handwritten by the attorney or paralegal performing the described services. The time

reports are organized on a daily basis. PSZY&J is particularly sensitive to issues of "lumping,"

and unless time was spent in one time frame on a variety of different matters for a particular

client, separate time entries are set forth in the time reports. PSZY&J's charges for its

professional services are based upon the time, nature, extent and value of such services and the

cost of comparable services other than in a case under the Bankruptcy Code. PSZY&J has

reduced its charges related to any non-working "travel time" to 50% of PSZY&J's standard

hourly rate. To the extent it is feasible, PSZY&J attempts to work during travel.

### Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by PSZY&J for the

Interim Period is attached hereto as part of Exhibit A. PSZY&J customarily charges $0.15 per

page for photocopying expenses related to cases, such as this one, arising in Delaware.

PSZY&J's photocopying machines automatically record the number of copies made when the

person that is doing the copying enters the client's account number into a device attached to the

photocopier. PSZY&J summarizes each client's photocopying charges on a daily basis.

10.      PSZY&J charges $1.00 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes. The charge for outgoing

facsimile reflects PSZY&J's calculation of the actual costs incurred by PSZY&J for the

machines, supplies and extra labor expenses associated with sending telecopies and is reasonable

in relation to the amount charged by outside vendors who provide similar services. PSZY&J

does not charge fax receipts to the Debtors in these cases.

11.      Regarding Providers of on-line legal research (e.g., LEXIS and

WESTLAW), PSZY&J charges the standard usage rates these providers charge for computerized

legal research. PSZY&J bills its clients the actual cash charged by such services, with no

premium. Any volume discount received by PSZY&J is passed on to the client.

12.     PSZY&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZY&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

13.     The shareholders and associates of PSZY&J who have rendered professional services in these cases for which PSZY&J seeks compensation are as follows: Laura Davis Jones, Ira D. Kharasch, Rachel S. Lowy and Christopher J. Lhulier. The paraprofessionals who provided services to these attorneys in these cases are paralegals Laurie A. Gilbert and Patricia E. Cuniff and case management assistants Helen D. Martin, Rita M. Olivere, Sheryle L. Pitman, Violet E. Mobley, Andrew H. Seiler, Christina M. Shaeffer and Jason M. Griffith.

14.     PSZY&J, by and through the above-named persons, has prepared and assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below. PSZY&J's efforts have been particularly extensive due to the size and complexity of the Debtors' cases, which involve two (2) debtor corporations and over 1,000 interested parties.

## Summary of Services by Project

15.    The services rendered by PSZY&J during the Interim Period can be grouped into the categories set forth below.  PSZY&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.     Asset Disposition**

Time billed to this category relates to the disposition of the debtors' assets. During the Interim Period, PSZY&J coordinated with co-counsel with concerns over the sale of the Debtors' assets to UltraCare and minor modifications to the order thereon.

Fees:  $52.00          Total hours:  .20

**B.     Appeals**

Time billed to this category relates to the Debtors' appeal of the order denying confirmation of the Debtors' second joint plan of reorganization.  During the Interim Period, PSZY&J filed and serve a motion to extend the time for appellate briefing.

Fees:  $838.00          Total hours:  3.60

**C.     Bankruptcy Litigation**

        Time billed to this category relates to the Debtors' bankruptcy litigation.  During

the Interim Period, PSZY&J prepared to file the Debtors' objection to the Equity Committee's

motion to commence an adversary proceeding and the Equity Committee's motion for corporate

governance.  PSZY&J also prepared for a hearing on the Equity Committee's motion to

commence an adversary proceeding, the Equity Committee's motion for corporate governance,

and the motions by the Office of the United States Trustee and the Noteholders to appoint a

Chapter 11 Trustee.  PSZY&J also reviewed papers filed by Marjan Kacurov and filed responses

thereto.

        Fees:  $4,677.00       Total hours:  19.20

**D.     Case Administration**

        Time billed to this category relates to administrative matters. In that regard,

among other things, PSZY&J (1) communicated with various parties interested in these cases;

(2) maintained a current document system and prepared memoranda for interested parties

alerting them of recent filings; (3) monitored the critical dates arising in these cases and used

such information (a) to provide the Court and interested parties with agendas for the Court's

hearings and (b) to provide interested parties with calendars of upcoming critical dates; (4)

maintained proper service lists and calendars; (5) coordinated the efforts of the Debtors' various

professionals to avoid duplication of efforts; and (6) prepared for and attended certain Court

hearings.

        Fees:  $2,651.00       Total hours:  44.80

E.    **Compensation of Professionals**

Time billed in this category relates to compensation of professionals hired by the Debtors. During this Interim Period, PSZY&J reviewed the Notice of Filing of Fee Application that accompanies professionals' fee applications, reviewed various issues relating to ordinary course professionals, and reviewed docket and pleadings received in order to file certifications of no objection to various compensation applications. PSZY&J also prepared and drafted its January fee application.

> Fees: $4,311.00       Total hours: 22.30

F.    **Employee Benefit/Pension**

Time billed to this category relate to the Debtors' employee benefits and pension obligations. During this Interim Period, PSZY&J prepared the motion to pay Key Employee Retention Plan payments for 2000 and 2002.

> Fees: $312.00       Total hours: 1.20

G.    **Financial Filings**

Time billed to this category relate to the Debtors' financial filings. Suring the Interim Period, PSZY&J made inquiries concerning the Debtors' monthly operating reports.

> Fees: $52.00       Total hours: .20

H.    **Operations**

Time billed to this category relate to the Debtors' operations. During the Interim Period, the PSZY&J discussed the implications of the Chapter 11 Trustee being appointed.

> Fees: $122.00       Total hours: .30

**I.**    **Plan & Disclosure Statement**

Time billed to this category relate to the Debtors' plan and disclosure statement. During the Interim Period, PSZY&J prepared the transcripts from the confirmation hearing to be e-mailed to Scott Danitz.

Fees: $104.00      Total hours: .40

**J.**    **Retention of Professionals**

Time billed to this category involved the retention of various professionals by the various committees and the Debtors.  During the Interim Period, PSZY&J filed and served the Motion to Authorize Payments of legal Fees to Wilson, Sonsini Goodrich & Rosati Rendered for the Benefit of the Coram Individual Defendants in the case *The Official Committee of Unsecured Creditors, individuals and assignees of the claims of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc, v. Coram Healthcare Corporation, Coram Inc., et. al.* PSZY&J also worked with the Debtors and discussed issues concerning ordinary course professionals.

Fees: $367.00      Total Hours: 1.30

**K.**    **Stay Litigation**

Time billed to this category relate to the automatic stay in 11 U.S.C. §362. During the Interim Period, PSZY&J worked with the Debtors and discusses Rita Oliai's motion for relief from stay and ongoing issues relating thereto.

Fees: $104.00      Total hours: .40

## Valuation of Services

16.    Attorneys and paraprofessionals of PSZY&J expended a total of 93.90

hours in connection with these cases during the Interim Period, as follows:

| Name of Professional Individual | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Laura Davis Jones | $550.00 | 2.70 | $1,485.00 |
| Ira D. Kharasch | $480.00 | 1.20 | $ 576.00 |
| Rachel S. Lowy | $260.00 | 24.50 | $6,370.00 |
| Christopher J. Lhulier | $260.00 | .30 | $ 78.00 |
| Laurie A. Gilbert | $125.00 | 2.00 | $ 250.00 |
| Patricia E. Cuniff | $120.00 | 25.00 | $3,000.00 |
| Helen D, Martin | $ 60.00 | 13.50 | $ 810.00 |
| Rita M. Olivere | $ 55.00 | .80 | $ 44.00 |
| Sheryle L. Pitman | $ 50.00 | 2.00 | $ 100.00 |
| Violet E. Mobley | $ 50.00 | .10 | $ 5.00 |
| Andrew H. Seiler | $ 40.00 | 13.10 | $ 524.00 |
| Christina M. Shaeffer | $ 40.00 | 6.50 | $ 260.00 |
| Jason M. Griffith | $ 40.00 | 2.20 | $ 88.00 |

The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.

These are PSZY&J's normal hourly rates for work of this character.  The reasonable value of the

services rendered by PSZY&J to the Debtors during the Interim Period is $13,590.00.

17.    In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZY&J is fair and

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the costs of comparable

services other than in a case under this title.  Moreover, PSZY&J has reviewed the requirements

of Del.Bankr.LR 2016-2 and believes that this Application complies with that Order.

WHEREFORE, PSZY&J respectfully requests, for the period February 1, 2002

through February 28, 2002, an allowance be made to PSZY&J in the sum of $13,590.00 as

compensation for necessary professional services rendered, and the sum of $8,755.13 for

reimbursement of actual necessary costs and expenses, for a total of $22,345.13, that such sums

be authorized for payment, and for such other and further relief as this Court may deem just and

proper.

Dated: April 1, 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Rachel Sarah Lowy (Bar No. 3753)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Counsel to Debtors and Debtors-in-Possession