IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case No. 00-3299 (MFW) |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Deadline to file objections: April 22, 2002 at 4:00 p.m.**
**Hearing Date: To be scheduled on a quarterly basis**

## NOTICE OF FILING OF FEE APPLICATION

To: (1) Office of the United States Trustee; (2) Counsel to the Official Committee of Unsecured Creditors; (3) Counsel to the Official Committee of Equity Security Holders; (4) Counsel to the Senior Noteholders; and (5) Counsel to the DIP Lenders

Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the debtors and debtors in possession in the above-captioned case, served and filed its Nineteenth Monthly Interim Application of Pachulski, Stang, Ziehl, Young & Jones P.C., Co-Counsel for the Debtors and Debtors In Possession for Compensation and for Reimbursement of Expenses for February 1, 2002 through February 28, 2002 (the "Application") which seeks fees in the amount of $13,590.00[1] and expenses in the amount of $8,755.13 for the period from February 1, 2002 through February 28, 2002.

---

[1] Pursuant to the Court's Amended Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on March 2, 2001, at this time Pachulski, Stang, Ziehl, Young & Jones P.C. is only seeking payment of $10,872.00 (80% of $13,590.00) and Pachulski, Stang, Ziehl, Young & Jones P.C. will submit a quarterly fee application for approval of remaining amount.

Any objection or response to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before **April 22, 2002 at 4:00 p.m.**

At the same time, you must also serve a copy of any such objection or response upon (i) Coram Healthcare Corporation, 1125 Nineteenth Street, Suite 2100, Denver, CO 80202, Attn: Allen Marabito; (ii) the Debtors' counsel: Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019-6022, Attn: David M. Friedman, Esquire, and Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, 16th Floor, Wilmington, DE 19899-8705, Attn: Laura Davis Jones, Esquire; (iii) Counsel to the Official Committee of Unsecured Creditors: Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899, Attn: Mark D. Collins, Esquire and Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150, Attn: Chaim J. Fortgang, Esquire; (iv) counsel for the Senior Noteholders: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Alan B. Miller, Esquire; (v) counsel for the DIP Lenders: Schulte Roth & Zabel, LLP, 900 Third Avenue, New York, NY 10022, Attn: Carol Morrison, Esquire; (vi) Counsel to the Official Committee of Equity Security Holders: Saul, Ewing, Remick & Saul, LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899, Attn: Mark Minuti, Esquire and Altheimer & Gray, 10 South Wacker Drive, Suite 4000, Chicago, IL 60606, Attn: Theodore J. Low, Esquire; and (vi) the Office of the United States Trustee, 844 North King Street, Room 2313, Wilmington, DE 19801, Attn: Don A. Beskrone, Esquire.

A HEARING ON THE APPLICATION WILL BE HELD ON A QUARTERLY BASIS FOR INTERIM APPROVAL OF FEES AND EXPENSES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 1, 2002

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David M. Friedman
Adam L. Shiff
Athena F. Foley
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

- and -

PACHULSKI STANG ZIEHL YOUNG & JONES P.C.

*[signature: Laura Davis Jones]*

Laura Davis Jones (No. 2436)
Rachel S. Lowy (Bar No. 3753)
Christopher J. Lhulier (Bar No. 3850)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Attorneys For Debtors And Debtors In Possession