# Exhibit A

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

919 North Market Street
16th Floor
Wilmington, DE  19801

February 28, 2002

Invoice Number **51077**        **15570**  **00001**        **RSL**

Coram, Inc.
c/o Alan Marabito, CEO
1125 Seventeenth Street, Suite 2100
Denver, CO 80202

| | |
|---|---:|
| Balance forward as of last invoice, dated:   January 31, 2002 | $93,752.87 |
| Net balance forward | $93,752.87 |

Re:   Bankruptcy proceeding

---

| Statement of Professional Services Rendered Through | | | **02/28/2002** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | **ASSET DISPOSITION [B130]** | | | | |
| 02/27/02 | RSL | Telephone to Judge Walrath's chambers re: Ultracare order | 0.10 | 260.00 | $26.00 |
| 02/28/02 | RSL | E-mail G. Reynolds re: UltraCare | 0.10 | 260.00 | $26.00 |
| | **Task Code Total** | | **0.20** | | **$52.00** |
| | **APPEALS[B430]** | | | | |
| 02/07/02 | RSL | Multiple e-mails with Rob Novick re: appeal of denial of confirmation | 0.20 | 260.00 | $52.00 |
| 02/14/02 | RSL | Voice-mail from Rob Novick re: appellate Judge (.1); meeting with PEC re: appeals docket (.1); telephone to Rob Novick re: docket (.1); conference with LDJ re: briefing for appeal (.1) | 0.40 | 260.00 | $104.00 |
| 02/19/02 | RSL | Prepare motion to extend time to file brief for filing and service | 0.60 | 260.00 | $156.00 |
| 02/19/02 | RSL | Telephone to Rob Novick re: status of same | 0.20 | 260.00 | $52.00 |
| 02/19/02 | RSL | Telephone to Judge Robinson's chambers re: same | 0.10 | 260.00 | $26.00 |
| 02/19/02 | RSL | Conference call with Adam Shiff and Rob Novick re: same | 0.20 | 260.00 | $52.00 |
| 02/20/02 | RSL | Prepare letter to Judge Robinson re: appellate briefing schedule | 0.60 | 260.00 | $156.00 |
| 02/20/02 | RSL | Multiple phone calls with Robert Novick re: same (x2) | 0.20 | 260.00 | $52.00 |
| 02/20/02 | RSL | Telephone to Judge Robinson's chambers re: same | 0.10 | 260.00 | $26.00 |
| 02/20/02 | RSL | Conference call with Rob Novick and Adam Shiff re: same | 0.30 | 260.00 | $78.00 |
| 02/25/02 | PEC | Telephone call with Iris Ortiz regarding Exhibits needed to file Designations | 0.40 | 120.00 | $48.00 |
| 02/26/02 | PEC | Return calls to Sandy McCullum re: Documents needed for Designations | 0.30 | 120.00 | $36.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | **3.60** | | **$838.00** |
| | **BANKRUPTCY LITIGATION [L430]** | | | | |
| 02/05/02 | RSL | Review, revise and prepare Debtors' objection to EQ motion to commence adversary proceeding and corporate governance (1.0); multiple calls with Rob Novick re: same (.2) | 1.20 | 260.00 | $312.00 |
| 02/05/02 | LDJ | Review and revise Response to Renewed Motion of Equity Committee for Leave to File Adversary Proceeding | 1.20 | 550.00 | $660.00 |
| 02/05/02 | LDJ | Review Response and Objection of Golman Sachs and Foothill Capital to Equity Committee Motion re: Governance of Coram | 0.70 | 550.00 | $385.00 |
| 02/05/02 | LDJ | Review Committee Response to Support Motion for Appointment of Trustee | 0.20 | 550.00 | $110.00 |
| 02/05/02 | PEC | File and serve Debtors' Responses to (1) Renewed Motion of Equity Committee for Leave to File Adversary Proceeding; (2) Motion of Equity Committee for Orders Relating to the Governance of Coram and (3) Motion of (a) the United States Trustee and (b) Goldman Sachs and FoothillCapital for Appointment of a Chapter 11 Trustee (.6); Draft Certificate of Service (.2) | 0.80 | 120.00 | $96.00 |
| 02/05/02 | PEC | Review docket for updates.  Draft Agenda Notice for 2/12/02 Hearing. | 2.20 | 120.00 | $264.00 |
| 02/06/02 | RSL | Conference with PEC re: agenda for 2/12 and review agenda for same (.3); conference with PEC re: filing of response to corporate governance motion and motion for leave to file adversary action (.2) | 0.50 | 260.00 | $130.00 |
| 02/06/02 | RSL | Conference with LDJ re: Kucarv motion to reconsider (.1); multiple e-mails with Athena Foley re: same (.2) | 0.30 | 260.00 | $78.00 |
| 02/06/02 | PEC | Review nd revise Agenda Notice for 2/12/02 Hearing. | 0.50 | 120.00 | $60.00 |
| 02/07/02 | PEC | Revise and review Agenda Notice per comments received from Kasowitz, Benson, Torres & Friedman. | 0.30 | 120.00 | $36.00 |
| 02/08/02 | RSL | Telephone from Alan Miller for copy of Debtors' reply to governance motion and motion to file derivative action (.1); e-mail same (.1) | 0.20 | 260.00 | $52.00 |
| 02/08/02 | PEC | Prepare for Hearing. | 1.00 | 120.00 | $120.00 |
| 02/08/02 | RSL | Revise agenda for 2/12 (.6); telephone from Laurie Capp re: same (.1) | 0.70 | 260.00 | $182.00 |
| 02/11/02 | RSL | Review e-mail from Rob Novick re: response to cross-motion (.1); return e-mail to R. Novick re: same (.1); review response (.4); prepare response for filing (.4) | 1.00 | 260.00 | $260.00 |
| 02/11/02 | RSL | Review and revise amended agenda for 2/12 | 0.30 | 260.00 | $78.00 |
| 02/12/02 | RSL | Attend hearing on motion to appoint Chapter 11 Trustee, motion for corporate governance, and R-Net Discovery dispute | 3.40 | 260.00 | $884.00 |
| 02/12/02 | RSL | Telephone from Robert Novick re: R-Net dispute and outcome of hearing | 0.20 | 260.00 | $52.00 |
| 02/12/02 | RSL | Conference with LDJ re: outcome of hearing | 0.10 | 260.00 | $26.00 |
| 02/12/02 | RSL | Review binders in preparation for 2/12 hearing | 0.20 | 260.00 | $52.00 |
| 02/13/02 | RSL | Telephone to Bankruptcy Court re: transcript from 2/12 hearing (.1); telephone to Transcripts Plus re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/15/02 | RSL | Review pleadings filed by counsel to Kacurov (.2); telephone to Athena Foley (x2) re: same (.2); prepare and revise Coram responses to notice of deposition, request for admissions and document requests (.8); prepare notices of service and certificates of service for same (.5); voice-mail to Athena Foley re: same (.1) | 1.80 | 260.00 | $468.00 |

Invoice number   51077          15570   00001                                    Page   3

| | | | | | |
|---|---|---|---|---|---|
| 02/25/02 | RSL | Prepare objection to Kacurov's request to admissions | 0.40 | 260.00 | $104.00 |
| 02/28/02 | PEC | Draft Agenda Notice for 3/7/02 Hearing. | 1.80 | 120.00 | $216.00 |

**Task Code Total**                                                    **19.20**                        **$4,677.00**

### CASE ADMINISTRATION [B110]

| | | | | | |
|---|---|---|---|---|---|
| 02/04/02 | PEC | Review docket for updates and update critical dates memo. | 1.00 | 120.00 | $120.00 |
| 02/06/02 | AHS | Prepare hearing binder. | 1.20 | 40.00 | $48.00 |
| 02/06/02 | AHS | Maintain document control. | 0.10 | 40.00 | $4.00 |
| 02/06/02 | PEC | Update critical dates memo. | 0.20 | 120.00 | $24.00 |
| 02/07/02 | AHS | Prepare hearing binder. | 3.20 | 40.00 | $128.00 |
| 02/07/02 | AHS | Maintain document control. | 0.20 | 40.00 | $8.00 |
| 02/07/02 | PEC | Revise Agenda Notice per RSL's review (.4); forward to Kasowitz, Benson Torres & Friedman for review (.1) | 0.50 | 120.00 | $60.00 |
| 02/07/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/08/02 | PEC | Prepare service list for 2/12/02 Hearing (.5); Draft Certificate of Service re: Agenda Notice (.2); File and serve Agenda Notice (.4); Review hearing binders (.3) | 1.40 | 120.00 | $168.00 |
| 02/08/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/08/02 | PEC | Upate critical dates memo. | 0.30 | 120.00 | $36.00 |
| 02/11/02 | CMS | Prepare Hearing Notebook. | 1.30 | 40.00 | $52.00 |
| 02/11/02 | SLP | Prepare hearing binder. | 2.00 | 50.00 | $100.00 |
| 02/11/02 | VEM | Match pleadings with court docket. | 0.10 | 50.00 | $5.00 |
| 02/12/02 | AHS | Prepare hearing binder. | 4.10 | 40.00 | $164.00 |
| 02/12/02 | HDM | Match pleading with court docket. | 1.10 | 60.00 | $66.00 |
| 02/12/02 | PEC | Update critical dates memo. | 0.30 | 120.00 | $36.00 |
| 02/13/02 | AHS | Maintain document control. | 2.00 | 40.00 | $80.00 |
| 02/14/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.20 | 120.00 | $24.00 |
| 02/22/02 | PEC | Update critical dates memo. | 0.60 | 120.00 | $72.00 |
| 02/25/02 | CMS | Maintain Document control. | 0.40 | 40.00 | $16.00 |
| 02/25/02 | JMG | Maintain document control. | 1.10 | 40.00 | $44.00 |
| 02/25/02 | HDM | Match pleading with court docket. | 7.80 | 60.00 | $468.00 |
| 02/25/02 | PEC | File and serve Objection of Debtors to Notice of Proposed Order (.4); Draft Certificate of Service (.2) | 0.60 | 120.00 | $72.00 |
| 02/26/02 | JMG | Maintain document control. | 1.10 | 40.00 | $44.00 |
| 02/27/02 | CMS | Maintain Document Control. | 4.80 | 40.00 | $192.00 |
| 02/27/02 | RMO | Maintain document control. | 0.50 | 55.00 | $27.50 |
| 02/27/02 | HDM | Match pleading with court docket. | 4.60 | 60.00 | $276.00 |
| 02/27/02 | PEC | Review docket for Certification of Counsel per RSL's request. | 0.50 | 120.00 | $60.00 |
| 02/27/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.20 | 120.00 | $24.00 |
| 02/28/02 | RMO | Maintain document control. | 0.30 | 55.00 | $16.50 |
| 02/28/02 | AHS | Maintian document control. | 2.30 | 40.00 | $92.00 |
| 02/28/02 | RSL | Review voice-mail from Cheryl Moore re: Michael Dell being placed on all paperflow memos, 2002 etc. (.1); e-mail Charlotte Neuberger and Patti Cuniff re: same (.1) | 0.20 | 260.00 | $52.00 |

**Task Code Total**                                                    **44.80**                        **$2,651.00**

### COMPENSATION PROF. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 02/04/02 | RSL | Voice-mail from IDK re: payment of fees and expenses | 0.10 | 260.00 | $26.00 |
| 02/04/02 | IDK | Review charts and teleconferences with RL re 11/01 app | 0.30 | 480.00 | $144.00 |

| | | status - CNO and Orders - 3rd - 4th Quarterlies | | | |
|---|---|---|---|---|---|
| 02/05/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/05/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/06/02 | PEC | Draft Notice of Filing of Chanin Fee Application and Certificate of Service (.4); File and serve November Fee Application (.4) | 0.80 | 120.00 | $96.00 |
| 02/07/02 | RSL | E-mails with Reed Smith re: 2/12 omnibus hearing and quarterly fee applications | 0.10 | 260.00 | $26.00 |
| 02/07/02 | RSL | Review e-mail from Gerry Reynolds re: December PSZY&J fees (.1); conference with MRJ re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/07/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/07/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/08/02 | RSL | Amend December fee application and prepare to file and serve | 0.50 | 260.00 | $130.00 |
| 02/08/02 | RSL | Multiple e-mails with Athena Foley re: Kasowitz fee application | 0.10 | 260.00 | $26.00 |
| 02/08/02 | LDJ | Review Amended interim fee app (Dec. 2001) | 0.20 | 550.00 | $110.00 |
| 02/08/02 | PEC | Draft Amended Notice of PSZYJ's December Fee Application (.3); File and serve Notice (.4) | 0.70 | 120.00 | $84.00 |
| 02/08/02 | PEC | File and serve Reed Smith December Fee Application (.5); Draft Certificate of Service (.1) | 0.60 | 120.00 | $72.00 |
| 02/11/02 | RSL | Prepare Kasowitz November fee application for filing and service | 0.30 | 260.00 | $78.00 |
| 02/11/02 | RSL | Telephone from Jan VanAmerogen re: Reed Smith's fees and expenses | 0.10 | 260.00 | $26.00 |
| 02/12/02 | RSL | Review time records for Kasowitz December fee application (.1); telephone to Athena Foley re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/12/02 | RSL | Telephone from Jack Harris re: Reed Smith fee applications | 0.10 | 260.00 | $26.00 |
| 02/12/02 | RSL | Prepare notice for Reed Smith December fee application (.1); e-mail Christina Walsh re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/12/02 | RSL | Edit pre-bill for January PSZYJ fee application | 0.40 | 260.00 | $104.00 |
| 02/12/02 | IDK | Teleconferences with RL re 11/01 - 12/01 apps - CNOs and timing | 0.20 | 480.00 | $96.00 |
| 02/12/02 | PEC | File and serve Reed Smith December Fee Application (.4); Draft Certificate of Service (.2) | 0.60 | 120.00 | $72.00 |
| 02/13/02 | RSL | Prepare Kasowitz December fee application for filing and service | 0.10 | 260.00 | $26.00 |
| 02/13/02 | RSL | Review amended notice of Kasowitz November fee application | 0.10 | 260.00 | $26.00 |
| 02/13/02 | RSL | Review CNO for Reed Smith fee application | 0.10 | 260.00 | $26.00 |
| 02/13/02 | RSL | Voice-mail to and from IDK re: Coram November fees and expenses | 0.10 | 260.00 | $26.00 |
| 02/13/02 | PEC | Draft Certificate of No Objection for Reed Smith December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/13/02 | PEC | Draft Certificate of No Objection for Amended Notice of Filing Fee Application re: Kasowitz, Benson, Torres & Friedman November Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/13/02 | PEC | Draft Certificate of No Objection for Kasowitz, Benson, Torres & Friedman December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/13/02 | PEC | Draft Certificate of Service for Debtors' Motion to Modify Key Employee Retention Plan (.1); File and serve (.4) | 0.50 | 120.00 | $60.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/02 | RSL | Prepare PSZYJ fee chart and e-mail to G. Reynolds | 0.40 | 260.00 | $104.00 |
| 02/14/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/15/02 | RSL | Review HHKT fee order (.1); e-mail and fax Erin Walz re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/15/02 | RSL | Multiple e-mails with Jerry Reynolds, Cheryl Moore and Erik Heikkenen re: PSZYJ fees | 0.10 | 260.00 | $26.00 |
| 02/15/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/15/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/17/02 | RSL | Draft January PSZYJ fee application (1.8) | 1.80 | 260.00 | $468.00 |
| 02/19/02 | IDK | Emails to RL and Mary Ritchie re 1/02 app issues - timing | 0.20 | 480.00 | $96.00 |
| 02/19/02 | RSL | Review PSZYJ's 4th quarterly order (.1); e-mail to G. Reynolds and IDK (.1); prepare PSZYJ fee chart and circulate same (.3) | 0.50 | 260.00 | $130.00 |
| 02/19/02 | RSL | Prepare proposed third quarterly PSZYJ fee application to send to Court and second interim Kramer Levin proposed order for Court | 0.30 | 260.00 | $78.00 |
| 02/19/02 | RSL | Prepare October bill for HHKT to be sent to Court | 0.20 | 260.00 | $52.00 |
| 02/19/02 | RSL | Telephone to Erin Walz re: same | 0.10 | 260.00 | $26.00 |
| 02/19/02 | RSL | Review PSZYJ December CNO and HHKT CNO for filing with Court | 0.20 | 260.00 | $52.00 |
| 02/20/02 | IDK | Emails to and from RL re fee app - CNO - payment status with client | 0.30 | 480.00 | $144.00 |
| 02/21/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/21/02 | RSL | Telephone from Phil Ward re: Gavin final fee application | 0.10 | 260.00 | $26.00 |
| 02/21/02 | CJL | Meeting with Patti Cuniff regarding Ernst & Young's 10th fee application | 0.10 | 260.00 | $26.00 |
| 02/25/02 | RSL | Prepare HHKT 7th fee application for filing and service | 0.20 | 260.00 | $52.00 |
| 02/25/02 | PEC | Re-file PSZYJ Certificate of No Objection regarding Seventeenth Fee  Application | 0.40 | 120.00 | $48.00 |
| 02/25/02 | PEC | Draft Notice of Ernst & Young December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/25/02 | PEC | File and serve Hedlund Hanley Koenigsknecht & Trafelet January Fee Application (.4); Draft Affidavit of Service (.2) | 0.60 | 120.00 | $72.00 |
| 02/27/02 | RSL | Conference with MRJ re: December PSZYJ fee application | 0.20 | 260.00 | $52.00 |
| 02/27/02 | RSL | Update PSZYJ fee chart with signed third quarterly fee order | 0.10 | 260.00 | $26.00 |
| 02/27/02 | RSL | E-mail Erin Walz interim order for HHKT | 0.10 | 260.00 | $26.00 |
| 02/27/02 | RSL | E-mail F. Sena and R. Morrisey signed Kramer Levin fee order | 0.10 | 260.00 | $26.00 |
| 02/27/02 | RSL | E-mail C. Walsh signed Reed Smith order | 0.10 | 260.00 | $26.00 |
| 02/27/02 | PEC | Review docket for various Richards, Layton & Finger Fee Applications, Orders and Certificates of No Objections that have not been paid by the Debtors. Forward documents to Cheryl Moore at Coram Healthcare. | 1.20 | 120.00 | $144.00 |
| 02/27/02 | PEC | File and serve Sealed Exhibit to Hedlund Hanley Koenigsknecht & Trafelet Fee Application | 0.50 | 120.00 | $60.00 |
| 02/28/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/28/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/28/02 | LDJ | Review and finalize interim fee app (Jan. 2002) | 0.30 | 550.00 | $165.00 |
| 02/28/02 | PEC | Draft Certificate of No Objection re: Chanin November Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |

Case 01-01139-AMC   Doc 1885-3   Filed 04/01/02   Page 7 of 13   Page  6

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/28/02 | PEC | Draft Certificate of No Objection re: Gavin Anderson Final Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/28/02 | PEC | Draft Certificate of Service for PSZYJ January Fee Application (.2); Prepare Application for service and e-file (.4) | 0.60 | 120.00 | $72.00 |
| | | **Task Code Total** | **22.30** | | **$4,311.00** |

### EMPLOYEE BENEFIT/PENSION- B220

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/02 | RSL | Telephone to Athena Foley re: KERP motion | 0.10 | 260.00 | $26.00 |
| 02/11/02 | RSL | Telephone from Athena Foley re: KERP motion | 0.10 | 260.00 | $26.00 |
| 02/11/02 | RSL | Review draft of KERP motion (.4); telephone to Athena Foley re: same (.1) | 0.50 | 260.00 | $130.00 |
| 02/12/02 | RSL | Conference with A. Shiff and telephone to Athena Foley re: KERP motion | 0.20 | 260.00 | $52.00 |
| 02/13/02 | RSL | Prepare KERP motion for filing and service | 0.20 | 260.00 | $52.00 |
| 02/28/02 | RSL | Review U.S. Trustee objection to KERP | 0.10 | 260.00 | $26.00 |
| | | **Task Code Total** | **1.20** | | **$312.00** |

### FINANCIAL FILINGS [B110]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/02 | CJL | Draft email to Patti Cuniff regarding monthly operating reports of Coram | 0.20 | 260.00 | $52.00 |
| | | **Task Code Total** | **0.20** | | **$52.00** |

### OPERATIONS [B210]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/02 | IDK | Teleconferences with RL re ch 11 Trustee appointment and fee app issues - and payment | 0.20 | 480.00 | $96.00 |
| 02/27/02 | RSL | E-mail to and from Athena Foley re: Chapter 11 Trustee order | 0.10 | 260.00 | $26.00 |
| | | **Task Code Total** | **0.30** | | **$122.00** |

### PLAN & DISCLOSURE STMT. [B320]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/21/02 | RSL | E-mail from S. Danitz re: confirmation transcripts and e-mail same | 0.40 | 260.00 | $104.00 |
| | | **Task Code Total** | **0.40** | | **$104.00** |

### RETENTION OF PROF. [B160]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/02 | RSL | Review Wilson Sonsini application (.3); draft notice for same (.1); conference with Adam Shiff re: same (.1); multiple telephone calls to Athena Foley re: same (.2) | 0.70 | 260.00 | $182.00 |
| 02/13/02 | RSL | Prepare Wilson Sonsini application for filing and service | 0.20 | 260.00 | $52.00 |
| 02/19/02 | RSL | Telephone from Erik Heikken re: OCP (.1); telephone to Adam Shiff re: same (.1) | 0.20 | 260.00 | $52.00 |
| 02/28/02 | RSL | Review U.S. Trustee objection to Wilson Soncini | 0.10 | 260.00 | $26.00 |
| 02/28/02 | LDJ | Review Trustee Objection to Retention of Wilson, Sonsini firm | 0.10 | 550.00 | $55.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | **1.30** | | **$367.00** |
| | **STAY LITIGATION [B140]** | | | | |
| 02/04/02 | RSL | Telephone from Sue Corsey re: Oliai matter being stayed (.1); review faxed papers re: same (.1); telephone to Athena Foley re: same (.2) | 0.40 | 260.00 | $104.00 |
| | **Task Code Total** | | **0.40** | | **$104.00** |
| | **Total professional services:** | | 93.90 | | **$13,590.00** |

### Costs Advanced:

| | | | |
|---|---|---|---|
| 10/02/2001 | PAC | Pacer - Court Research | $0.84 |
| 10/02/2001 | PAC | Pacer - Court Research | $4.27 |
| 10/02/2001 | PAC | Pacer - Court Research | $4.27 |
| 10/03/2001 | PAC | Pacer - Court Research | $4.27 |
| 10/03/2001 | PAC | Pacer - Court Research | $1.05 |
| 10/03/2001 | PAC | Pacer - Court Research | $4.34 |
| 10/06/2001 | PAC | Pacer - Court Research | $6.44 |
| 10/08/2001 | PAC | Pacer - Court Research | $5.25 |
| 10/09/2001 | PAC | Pacer - Court Research | $0.49 |
| 10/10/2001 | PAC | Pacer - Court Research | $0.98 |
| 10/11/2001 | PAC | Pacer - Court Research | $4.41 |
| 10/16/2001 | PAC | Pacer - Court Research | $4.48 |
| 11/29/2001 | RS | Research--PACER [E106] | $1.75 |
| 11/30/2001 | RS | Research-PACER [E106] | $3.99 |
| 12/01/2001 | DC | Delivery/ Courier Service [E107] | $97.50 |
| 12/04/2001 | RS | Research--PACER [E106] | $0.98 |
| 12/06/2001 | RS | Research-PACER [E106] | $3.99 |
| 12/07/2001 | RS | Research--PACER [E106] | $2.17 |
| 12/08/2001 | DC | Delivery/ Courier Service [E107] | $182.50 |
| 12/13/2001 | RS | Research--PACER [E106] | $8.82 |
| 12/15/2001 | DC | Delivery/ Courier Service [E107] | $472.50 |
| 12/20/2001 | RS | Research--PACER [E106] | $0.56 |
| 12/22/2001 | DC | Delivery/ Courier Service--Tristate [E107] | $270.00 |
| 12/22/2001 | DH | DHL- Worldwide Express | $68.52 |
| 12/23/2001 | DC | Delivery/ Courier Service--DDI [E107] | $112.20 |
| 12/27/2001 | RS | Research--PACER [E106] | $4.76 |
| 12/28/2001 | RS | Research--PACER [E106] | $0.77 |
| 12/29/2001 | DC | Delivery/ Courier Service [E107] | $412.50 |
| 12/31/2001 | DC | Delivery/ Courier Service--DDI       [E107] | $80.25 |
| 12/31/2001 | DC | Delivery/ Courier Service--DDI [E107] | $30.00 |
| 01/07/2002 | DC | Delivery/ Courier Service--DDI [E107] | $102.50 |
| 01/14/2002 | DC | Delivery/ Courier Service--DDI [E107] | $15.00 |
| 01/20/2002 | DC | Delivery/ Courier Service--DDI [E107] | $7.50 |
| 01/22/2002 | FE | Federal Express [E108] | $51.97 |
| 01/26/2002 | DC | Delivery/ Courier Service--DDI [E107] | $48.25 |
| 02/01/2002 | RE | Reproduction Expense. [E101] | $2.40 |
| 02/01/2002 | RE | (CORR 845 @0.15 PER PG) | $126.75 |
| 02/01/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/01/2002 | RE | (CORR 149 @0.15 PER PG) | $22.35 |
| 02/01/2002 | RE | (CORR 318 @0.15 PER PG) | $47.70 |
| 02/01/2002 | RE | (CORR 1106 @0.15 PER PG) | $165.90 |
| 02/01/2002 | RE | (CORR 616 @0.15 PER PG) | $92.40 |
| 02/01/2002 | RE | (CORR 658 @0.15 PER PG) | $98.70 |

Case 01-01139-AMC   Doc 1885-3   Filed 04/01/02   Page 9 of 13

| | | | |
|---|---|---|---|
| 02/03/2002 | RE | (CORR 817 @0.15 PER PG) | $122.55 |
| 02/03/2002 | RE | (CORR 367 @0.15 PER PG) | $55.05 |
| 02/03/2002 | RE | (CORR 844 @0.15 PER PG) | $126.60 |
| 02/03/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/03/2002 | RE | (CORR 172 @0.15 PER PG) | $25.80 |
| 02/03/2002 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 02/03/2002 | RE | (CORR 91 @0.15 PER PG) | $13.65 |
| 02/03/2002 | RE | (CORR 14 @0.15 PER PG) | $2.10 |
| 02/03/2002 | RE | (CORR 467 @0.15 PER PG) | $70.05 |
| 02/04/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/04/2002 | RE | Reproduction Expense. [E101] | $0.45 |
| 02/04/2002 | RE | (CORR 121 @0.15 PER PG) | $18.15 |
| 02/04/2002 | RE | (CORR 435 @0.15 PER PG) | $65.25 |
| 02/04/2002 | RE | (CORR 901 @0.15 PER PG) | $135.15 |
| 02/04/2002 | RE | (CORR 646 @0.15 PER PG) | $96.90 |
| 02/04/2002 | RE | (CORR 17 @0.15 PER PG) | $2.55 |
| 02/04/2002 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 02/05/2002 | RE | (CORR 204 @0.15 PER PG) | $30.60 |
| 02/05/2002 | RE | (CORR 102 @0.15 PER PG) | $15.30 |
| 02/05/2002 | RE | (CORR 32 @0.15 PER PG) | $4.80 |
| 02/05/2002 | RE | (CORR 136 @0.15 PER PG) | $20.40 |
| 02/05/2002 | RE | (CORR 1243 @0.15 PER PG) | $186.45 |
| 02/05/2002 | RE | (CORR 1880 @0.15 PER PG) | $282.00 |
| 02/05/2002 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 02/05/2002 | RE | Reproduction Expense. [E101] | $116.40 |
| 02/06/2002 | FE | Federal Express [E108] | $124.07 |
| 02/06/2002 | RE | Reproduction Expense. [E101] | $4.50 |
| 02/06/2002 | RE | (CORR 1479 @0.15 PER PG) | $221.85 |
| 02/06/2002 | RE | (AGR 324 @0.15 PER PG) | $48.60 |
| 02/06/2002 | SO | Secretarial Overtime--(V. Preston) | $36.15 |
| 02/07/2002 | RE | (CORR 350 @0.15 PER PG) | $52.50 |
| 02/07/2002 | RE | (CORR 55 @0.15 PER PG) | $8.25 |
| 02/07/2002 | RE | (CORR 730 @0.15 PER PG) | $109.50 |
| 02/07/2002 | RE | (CORR 202 @0.15 PER PG) | $30.30 |
| 02/08/2002 | FX | Fax Transmittal. [E104] | $616.00 |
| 02/08/2002 | FX | (CORR 10 @1.00 PER PG) | $10.00 |
| 02/08/2002 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 02/08/2002 | FX | (CORR 9 @1.00 PER PG) | $9.00 |
| 02/08/2002 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 02/08/2002 | RE | (CORR 39 @0.15 PER PG) | $5.85 |
| 02/08/2002 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 02/08/2002 | RE | (CORR 7 @0.15 PER PG) | $1.05 |
| 02/08/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/08/2002 | RE | (CORR 23 @0.15 PER PG) | $3.45 |
| 02/08/2002 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 02/08/2002 | RE | (CORR 819 @0.15 PER PG) | $122.85 |
| 02/08/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 02/08/2002 | RE | (CORR 64 @0.15 PER PG) | $9.60 |
| 02/08/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/08/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/08/2002 | RE | (CORR 146 @0.15 PER PG) | $21.90 |
| 02/08/2002 | RE | (CORR 249 @0.15 PER PG) | $37.35 |
| 02/08/2002 | RE | (CORR 74 @0.15 PER PG) | $11.10 |
| 02/08/2002 | RE | (CORR 140 @0.15 PER PG) | $21.00 |
| 02/08/2002 | RE | (CORR 323 @0.15 PER PG) | $48.45 |
| 02/08/2002 | RE | (CORR 578 @0.15 PER PG) | $86.70 |
| 02/08/2002 | RE | (CORR 317 @0.15 PER PG) | $47.55 |
| 02/08/2002 | RE | (CORR 203 @0.15 PER PG) | $30.45 |
| 02/08/2002 | SO | Secretarial Overtime--(R. Stewart) | $6.64 |

| | | | |
|---|---|---|---|
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 15 @1.00 PER PG) | $15.00 |
| 02/11/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/11/2002 | RE | (CORR 64 @0.15 PER PG) | $9.60 |
| 02/11/2002 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 02/11/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/11/2002 | RE | (CORR 90 @0.15 PER PG) | $13.50 |
| 02/11/2002 | RE | (CORR 87 @0.15 PER PG) | $13.05 |
| 02/11/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 02/11/2002 | RE | (CORR 784 @0.15 PER PG) | $117.60 |
| 02/11/2002 | RE | (CORR 72 @0.15 PER PG) | $10.80 |
| 02/11/2002 | RE | (CORR 102 @0.15 PER PG) | $15.30 |
| 02/11/2002 | RE | (CORR 232 @0.15 PER PG) | $34.80 |
| 02/11/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |
| 02/12/2002 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 02/12/2002 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 02/12/2002 | RE | (CORR 339 @0.15 PER PG) | $50.85 |
| 02/12/2002 | RE | (CORR 60 @0.15 PER PG) | $9.00 |
| 02/12/2002 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 02/12/2002 | RE | (CORR 60 @0.15 PER PG) | $9.00 |
| 02/12/2002 | RE | (CORR 696 @0.15 PER PG) | $104.40 |
| 02/13/2002 | FE | Federal Express [E108] | $174.79 |
| 02/13/2002 | RE | (CORR 48 @0.15 PER PG) | $7.20 |
| 02/13/2002 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 02/13/2002 | RE | (CORR 128 @0.15 PER PG) | $19.20 |
| 02/13/2002 | RE | (FEE 36 @0.15 PER PG) | $5.40 |
| 02/13/2002 | RE | (CORR 1217 @0.15 PER PG) | $182.55 |
| 02/13/2002 | RE | (PLDG 20 @0.15 PER PG) | $3.00 |
| 02/14/2002 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 02/14/2002 | RE | (CORR 1467 @0.15 PER PG) | $220.05 |
| 02/15/2002 | FX | (CORR 3 @1.00 PER PG) | $3.00 |

| 02/15/2002 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
|---|---|---|---|
| 02/15/2002 | RE | (ORD 2 @0.15 PER PG) | $0.30 |
| 02/15/2002 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 02/15/2002 | RE | (CORR 122 @0.15 PER PG) | $18.30 |
| 02/15/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 02/15/2002 | RE | (DIS 45 @0.15 PER PG) | $6.75 |
| 02/15/2002 | RE | (CORR 39 @0.15 PER PG) | $5.85 |
| 02/16/2002 | RE | (CORR 47 @0.15 PER PG) | $7.05 |
| 02/19/2002 | FE | Federal Express [E108] | $260.87 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 02/19/2002 | FX | (AGR 19 @1.00 PER PG) | $19.00 |
| 02/19/2002 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 02/19/2002 | RE | (CORR 9 @0.15 PER PG) | $1.35 |
| 02/20/2002 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 02/20/2002 | FX | (CORR 2 @1.00 PER PG) | $2.00 |
| 02/20/2002 | RE | (AGR 96 @0.15 PER PG) | $14.40 |
| 02/20/2002 | RE | (AGR 36 @0.15 PER PG) | $5.40 |
| 02/20/2002 | RE | (AGR 7 @0.15 PER PG) | $1.05 |
| 02/20/2002 | RE | (AGR 12 @0.15 PER PG) | $1.80 |
| 02/20/2002 | RE | (CORR 92 @0.15 PER PG) | $13.80 |
| 02/20/2002 | RE | (FEE 14 @0.15 PER PG) | $2.10 |
| 02/20/2002 | RE | (DOC 3 @0.15 PER PG) | $0.45 |
| 02/20/2002 | RE | (FEE 88 @0.15 PER PG) | $13.20 |
| 02/20/2002 | RE | (AGR 16 @0.15 PER PG) | $2.40 |
| 02/20/2002 | RE | (FEE 76 @0.15 PER PG) | $11.40 |
| 02/20/2002 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 02/20/2002 | RE | (AGR 7 @0.15 PER PG) | $1.05 |
| 02/20/2002 | RE | (AGR 11 @0.15 PER PG) | $1.65 |
| 02/20/2002 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 02/20/2002 | RE | (CORR 107 @0.15 PER PG) | $16.05 |
| 02/21/2002 | RE | (CORR 1231 @0.15 PER PG) | $184.65 |
| 02/22/2002 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 02/22/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/22/2002 | RE | (CORR 84 @0.15 PER PG) | $12.60 |
| 02/22/2002 | RE | (CORR 1816 @0.15 PER PG) | $272.40 |
| 02/25/2002 | RE | (AGR 2 @0.15 PER PG) | $0.30 |
| 02/25/2002 | RE | (CORR 102 @0.15 PER PG) | $15.30 |
| 02/25/2002 | RE | (CORR 450 @0.15 PER PG) | $67.50 |
| 02/25/2002 | RE | (CORR 315 @0.15 PER PG) | $47.25 |
| 02/25/2002 | RE | (AGR 108 @0.15 PER PG) | $16.20 |
| 02/25/2002 | RE | (AGR 16 @0.15 PER PG) | $2.40 |
| 02/25/2002 | RE | (CORR 1449 @0.15 PER PG) | $217.35 |
| 02/25/2002 | RE | (AGR 38 @0.15 PER PG) | $5.70 |
| 02/26/2002 | RE | (CORR 42 @0.15 PER PG) | $6.30 |
| 02/26/2002 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 02/26/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 02/27/2002 | FX | (CORR 36 @1.00 PER PG) | $36.00 |
| 02/27/2002 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 02/27/2002 | RE | (CORR 87 @0.15 PER PG) | $13.05 |
| 02/27/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/27/2002 | RE | (AGR 27 @0.15 PER PG) | $4.05 |
| 02/27/2002 | RE | (AGR 8 @0.15 PER PG) | $1.20 |

| | | | |
|---|---|---|---|
| 02/27/2002 | RE | (AGR 16 @0.15 PER PG) | $2.40 |
| 02/27/2002 | RE | (CORR 639 @0.15 PER PG) | $95.85 |
| 02/28/2002 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 02/28/2002 | FX | (AGR 27 @1.00 PER PG) | $27.00 |
| 02/28/2002 | RE | (AGR 66 @0.15 PER PG) | $9.90 |
| 02/28/2002 | RE | (CORR 121 @0.15 PER PG) | $18.15 |
| 02/28/2002 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 02/28/2002 | RE | (FEE 33 @0.15 PER PG) | $4.95 |
| 02/28/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/28/2002 | RE | (CORR 279 @0.15 PER PG) | $41.85 |

Total Expenses:                                                            **$8,755.13**

## Summary:

| | |
|---|---|
| Total professional services | $13,590.00 |
| Total expenses | $8,755.13 |
| | |
| Net current charges | $22,345.13 |
| | |
| Net balance forward | $93,752.87 |
| | |
| **Total balance now due** | $116,098.00 |

## Billing Summary

| | | | | |
|---|---|---|---|---|
| AHS | Seiler, Andrew H. | 13.10 | $40.00 | $524.00 |
| CJL | Lhulier, Christopher J. | 0.30 | $260.00 | $78.00 |
| CMS | Shaeffer, Christina M. | 6.50 | $40.00 | $260.00 |
| HDM | Martin, Helen D. | 13.50 | $60.00 | $810.00 |
| IDK | Kharasch, Ira D. | 1.20 | $480.00 | $576.00 |
| JMG | Griffith, Jason M. | 2.20 | $40.00 | $88.00 |
| LAG | Gilbert, Laurie A. | 2.00 | $125.00 | $250.00 |
| LDJ | Jones, Laura Davis | 2.70 | $550.00 | $1,485.00 |
| PEC | Cuniff, Patricia E. | 25.00 | $120.00 | $3,000.00 |
| RMO | Olivere, Rita M. | 0.80 | $55.00 | $44.00 |
| RSL | Lowy, Rachel S. | 24.50 | $260.00 | $6,370.00 |
| SLP | Pitman, L. Sheryle | 2.00 | $50.00 | $100.00 |
| VEM | Mobley, Violet E. | 0.10 | $50.00 | $5.00 |
| | | 93.90 | | $13,590.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 0.20 | $52.00 |
| AP | APPEALS[B430] | 3.60 | $838.00 |

Case 01-01139-AMC    Doc 1885-3    Filed 04/01/02    Page 13 of 13

| | | | |
|---|---|---|---|
| BL | BANKRUPTCY LITIGATION [L430] | 19.20 | $4,677.00 |
| CA | CASE ADMINISTRATION [B110] | 44.80 | $2,651.00 |
| CP | COMPENSATION PROF. [B160] | 22.30 | $4,311.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 1.20 | $312.00 |
| FF | FINANCIAL FILINGS [B110] | 0.20 | $52.00 |
| OP | OPERATIONS [B210] | 0.30 | $122.00 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 0.40 | $104.00 |
| RP | RETENTION OF PROF. [B160] | 1.30 | $367.00 |
| SL | STAY LITIGATION [B140] | 0.40 | $104.00 |
| | | 93.90 | $13,590.00 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $1,830.70 |
| DHL- Worldwide Express | $68.52 |
| Federal Express [E108] | $611.70 |
| Fax Transmittal. [E104] | $1,159.00 |
| Pacer - Court Research | $41.09 |
| Reproduction Expense. [E101] | $4,947.00 |
| Research [E106] | $27.79 |
| Overtime | $69.33 |
| | $8,755.13 |