IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP. and | ) | Case Nos. 00-3299 |
| CORAM, INC. | ) | through 00-3300 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C. and that on the 1st day of April, 2002 she caused a copy of the following document(s) to be served upon the individuals on the attached service list in the manner indicated.

1. NOTICE OF FILING OF FEE APPLICATION; AND

2. NINETEENTH MONTHLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C., CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002.

Dated: April 1, 2002

/s/ Patricia E. Cuniff
Patricia E. Cuniff

Sworn to and subscribed before
me this 1st day of April 2002

/s/ Notary
Notary Public

My Commission Expires: 03-21-04

15570-001\DOCS_DE:13826.30
04/01/02