# CORAM FEE APPLICATION SERVICE LIST
**Case No. 00-3299**
**Doc. #13734**
**4 – Hand Delivery**
**6 – First Class Mail**
**2 - Overnight Mail**

(Counsel to Debtors)
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705

*Hand Delivery*
(Counsel to Official Committee of Unsecured
Creditors)
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
(Counsel to the Official Committee of Equity Security
Holders)
Mark Minuti, Esq.
Saul, Ewing, Remick & Saul, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Hand Delivery*
(U.S. Trustee)
Don A. Beskrone, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
Suite 2313, Lockbox 35
Wilmington, DE  19801

*Hand Delivery*
*(Counsel to Chapter 11 Trustee)*
Kenneth E. Aaron, Esquire
Weir and Partners
824 Market Street Mall, Suite 101
P.O. Box 708
Wilmington, DE  19899

*Federal Express*
*(Chapter 11 Trustee)*
Arlin M. Adams, Esquire
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

*Federal Express*
*(Counsel to Chapter 11 Trustee)*
Barry E. Bressler, Esquire
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

*First Class Mail*
(Debtors)
Allen Marabito
Coram Healthcare Corporation
1125 Seventeenth Street, Suite 2100
Denver, CO 80202

*First Class Mail*
(Counsel to Debtors)
David M. Friedman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

*First Class Mail*
(Counsel to Official Committee of Unsecured
Creditors)
Theodore Gewertz, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150

*First Class Mail*
(Counsel for the Senior Noteholders)
Alan B. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

***First Class Mail***
(Counsel for the DIP Lenders)
Carol Morrison, Esq.
Schulte Roth & Zabel, LLP
900 Third Avenue
New York, NY  10022

***First Class Mail***
(Counsel to the Official Committee of Equity Security
Holders)
Theodore J. Low, Esq.
Altheimer & Gray
10 South Wacker Drive, Suite 4000
Chicago, IL  60606

***First Class Mail***
Richard F. Levy
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611