# EXHIBIT A

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| SCHMIDT, ROBERT T. | CR | 0.40 | 450.00 | 180.00 |
| CATON, AMY | CR | 0.50 | 350.00 | 175.00 |
| FINNERTY, CATHERINE E | CR | 1.00 | 375.00 | 375.00 |
| BECKER, GARY M. | CR | 6.60 | 400.00 | 2,640.00 |
| MANGUAL, KATHLEEN | CR | 18.00 | 175.00 | 3,150.00 |
| | Subtotal | 26.50 | $ | 6,520.00 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 3.80 | 475.00 | 1,805.00 |
| BECKER, GARY M. | CR | 5.60 | 400.00 | 2,240.00 |
| | Subtotal | 9.40 | $ | 4,045.00 |

### BANKRUPTCY MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 2.70 | 475.00 | 1,282.50 |
| FINNERTY, CATHERINE E | CR | 0.60 | 375.00 | 225.00 |
| BECKER, GARY M. | CR | 7.90 | 400.00 | 3,160.00 |
| | Subtotal | 11.20 | $ | 4,667.50 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.10 | 475.00 | 47.50 |
| FINNERTY, CATHERINE E | CR | 1.60 | 375.00 | 600.00 |
| BECKER, GARY M. | CR | 0.30 | 400.00 | 120.00 |
| MANGUAL, KATHLEEN | CR | 5.40 | 175.00 | 945.00 |
| | Subtotal | 7.40 | $ | 1,712.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

### *ASBESTOS CLAIM ISSUES*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 15.60 | 475.00 | 7,410.00 |
| BECKER, GARY M. | CR | 6.20 | 400.00 | 2,480.00 |
| | Subtotal | 21.80 | $ | 9,890.00 |

### *FRAUDULENT CONVEYANCE ISSUES*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 13.70 | 475.00 | 6,507.50 |
| BECKER, GARY M. | CR | 7.60 | 400.00 | 3,040.00 |
| | Subtotal | 21.30 | $ | 9,547.50 |
| | Total | 97.60 | $ | 36,382.50 |

KL4:2047475.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 35.90 | 475.00 | 17,052.50 |
| SCHMIDT, ROBERT T. | CR | 0.40 | 450.00 | 180.00 |
| CATON, AMY | CR | 0.50 | 350.00 | 175.00 |
| FINNERTY, CATHERINE E | CR | 3.20 | 375.00 | 1,200.00 |
| BECKER, GARY M. | CR | 34.20 | 400.00 | 13,680.00 |
| MANGUAL, KATHLEEN | CR | 23.40 | 175.00 | 4,095.00 |
| | Total | 97.60 | | $36,382.50 |

KL4:2047475.1