# EXHIBIT B

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | $44.00 |
| TABS | 12.00 |
| PHOTOCOPYING | 881.10 |
| MANUSCRIPT SERVICE | 297.00 |
| RESEARCH SERVICES | 63.00 |
| LONG-DISTANCE TEL. | 5.25 |
| WESTLAW ON - LINE RESEARCH | 20.19 |
| LEXIS / NEXIS ON -LINE RESEARCH | 88.18 |
| MESSENGER SERVICE | 25.47 |
| LEGAL SEARCH FEES | 1,410.25 |
| CAB FARES | 48.00 |
| Subtotal | $2,894.44 |

KL4:2047475.1