# EXHIBIT C

## SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $22.00 |
| PHOTOCOPYING | 469.92 |
| MEALS | 35.00 |
| Subtotal | $526.92 |

KL4:2047475.1