# EXHIBIT D

**Run Date & Time: 03/28/2002 14:06:40**

**Client No: 056772**
**Client Name : W.R. GRACE & CO. EQUITY COMMITTEE**

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 02/28/2002 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 02/28/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 36,382.50 | 2,894.44 |
| AMOUNT WRITTEN DOWN: | ______ | ______ |
| PREMIUM: | ______ | ______ |
| ON ACCOUNT BILLED: | ______ | ______ |
| DEDUCTED FROM PAID RETAINER: | ______ | ______ |
| AMOUNT BILLED: | ______ | ______ |
| THRU DATE: | 02/28/2002 | 02/28/2002 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | ______ | |

BILLING PARTNER APPROVAL: ______

______ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS: ______

| | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 95,768.70 | | |
| DISBURSEMENTS: | 4,856.02 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 100,624.72 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 238,083.50 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 61,328.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER: ______ DATE OF BILL: ______ Processed by: ______ FRC: ______ CRC: ______

Run Date & Time: 03/28/2002 14:06:44

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Total Billed Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/04/02 | 02/28/02 | 35.90 | 17,052.50 |
| 03699 | SCHMIDT, ROBERT T. | PARTNER | 02/25/02 | 02/25/02 | 0.40 | 180.00 |
| 04418 | CATON, AMY | ASSOCIATE | 02/11/02 | 02/11/02 | 0.50 | 175.00 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 02/08/02 | 02/27/02 | 3.20 | 1,200.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/01/02 | 02/27/02 | 34.20 | 13,680.00 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 02/01/02 | 02/28/02 | 23.40 | 4,095.00 |
| | **Total:** | | | | **97.60** | **36,382.50** |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Total Billed Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 02/04/02 | 02/28/02 | 44.00 |
| 0817 | TABS | 02/28/02 | 02/28/02 | 12.00 |
| 0820 | PHOTOCOPYING | 02/04/02 | 02/28/02 | 881.10 |
| 0840 | MANUSCRIPT SERVICE | 02/11/02 | 02/28/02 | 297.00 |
| 0841 | RESEARCH SERVICES | 02/11/02 | 02/19/02 | 63.00 |
| 0885 | LONG-DISTANCE TEL. | 01/08/02 | 02/21/02 | 5.25 |
| 0917 | WESTLAW ON - LINE RESEARCH | 02/11/02 | 02/11/02 | 20.19 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 02/11/02 | 02/11/02 | 88.18 |
| 0930 | MESSENGER/COURIER | 02/26/02 | 02/28/02 | 25.47 |
| 0935 | LEGAL SEARCH FEES | 02/25/02 | 02/25/02 | 1,410.25 |
| 0940 | CAB FARES | 02/26/02 | 02/26/02 | 48.00 |
| 0942 | MEALS/IN-HOUSE | 02/26/02 | 02/26/02 | 0.00 |
| | **Total** | | | **2,894.44** |
| | **Grand Total** | | | **39,276.94** |

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 03/28/02 14:06:44)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 | | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 33,143.50 | 5,945.49 | | 32,445.29 | 12/18/01 | 6,643.70 |
| 11/29/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 | | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 | | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 | | 28,312.23 | 03/22/02 | 6,493.50 |
| 01/31/02 | 12/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 347311 | 23,807.50 | 1,961.58 | | .00 | | 25,769.08 |
| 03/27/02 | 02/28/02 | 348979 | 36,382.50 | 2,894.44 | | .00 | | 39,276.94 |
| | **Total:** | | **232,651.00** | **23,274.88** | | **155,301.16** | | **100,624.72** |

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***



Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 02/01/2002 | TO: | 02/28/2002 |
| UNBILLED DISB FROM: | 01/08/2002 | TO: | 02/28/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 6,520.00 | 909.36 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 02/28/2002 | 02/28/2002 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | MAYER THOMAS MOERS - 03976 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 11,890.00 | | |
| DISBURSEMENTS: | 2,548.06 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 14,438.06 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 90,943.50 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 40,954.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

**B I L L E D T I M E S U M M A R Y**

| Emp Id | Employee Name | Group | Total Billed Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 03699 | SCHMIDT, ROBERT T. | PARTNER | 02/25/02 | 02/25/02 | 0.40 | 180.00 |
| 04418 | CATON, AMY | ASSOCIATE | 02/11/02 | 02/11/02 | 0.50 | 175.00 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 02/08/02 | 02/20/02 | 1.00 | 375.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/04/02 | 02/27/02 | 6.60 | 2,640.00 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 02/01/02 | 02/28/02 | 18.00 | 3,150.00 |
| | **Total:** | | | | **26.50** | **6,520.00** |

**Sub-Total Hours :** 0.40 Partners 0.00 Counsels 8.10 Associates 18.00 Legal Assts 0.00 Others

**B I L L E D C O S T S S U M M A R Y**

| Code | Description | Total Billed Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 02/21/02 | 02/28/02 | 33.00 |
| 0817 | TABS | 02/28/02 | 02/28/02 | 12.00 |
| 0820 | PHOTOCOPYING | 02/07/02 | 02/28/02 | 628.05 |
| 0840 | MANUSCRIPT SERVICE | 02/21/02 | 02/21/02 | 36.00 |
| 0841 | RESEARCH SERVICES | 02/11/02 | 02/19/02 | 63.00 |
| 0885 | LONG-DISTANCE TEL. | 01/08/02 | 02/21/02 | 3.47 |
| 0917 | WESTLAW ON - LINE RESEARCH | 02/11/02 | 02/11/02 | 20.19 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 02/11/02 | 02/11/02 | 88.18 |
| 0930 | MESSENGER/COURIER | 02/26/02 | 02/28/02 | 25.47 |
| | **Total** | | | **909.36** |
| | **Grand Total** | | | **7,429.36** |

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| *Bill Date* | *Thru Date* | *Bill#* | *Billed Fee & OA* | *Billed Disbursement* | *Applied From OA* | *Collections Total* | *Collections Date* | *Balance Due* |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 35,884.50 | 4,154.07 | | 40,038.57 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 15,920.50 | 1,491.63 | | 17,412.13 | 12/18/01 | |
| 11/29/01 | 10/31/01 | 342994 | 10,001.50 | 1,059.00 | | 11,060.50 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 9,230.00 | 1,455.48 | | 10,685.48 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | 03/22/02 | |
| 01/31/02 | 07/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 347311 | 5,370.00 | 1,638.70 | | .00 | | 7,008.70 |
| 03/27/02 | 02/28/02 | 348979 | 6,520.00 | 909.36 | | .00 | | 7,429.36 |
| | **Total:** | | **90,943.50** | **11,842.78** | | **88,348.22** | | **14,438.06** |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | 0815 | | | | | | |
| TELECOPIER<br>fax # 's | | BENTLEY, P | 02/21/02 | 2.00 | 5418085 | 71825 | 02/22/02 |
| TELECOPIER<br>02 552 4295 | | MANGUAL, K M | 02/28/02 | 31.00 | 5432338 | 72196 | 03/01/02 |
| | | **0815 TELECOPIER Total :** | | **33.00** | | | |
| TABS | 0817 | | | | | | |
| TABS<br>Joy James | | BUTLER, S B | 02/28/02 | 12.00 | 5436580 | 72403 | 03/05/02 |
| | | **0817 TABS Total :** | | **12.00** | | | |
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/07/02 | 39.15 | 5423440 | 71963 | 02/26/02 |
| PHOTOCOPYING<br>BECKER GARY M. | | BECKER, G M | 02/14/02 | 63.45 | 5411902 | 71643 | 02/19/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | | BENTLEY, P | 02/19/02 | 15.00 | 5415928 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/19/02 | 3.00 | 5435830 | 72398 | 03/05/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/20/02 | 0.15 | 5415929 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/20/02 | 296.55 | 5415930 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | | BENTLEY, P | 02/21/02 | 1.35 | 5417644 | 71822 | 02/22/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | | BENTLEY, P | 02/21/02 | 3.90 | 5417645 | 71822 | 02/22/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/25/02 | 2.25 | 5427007 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>MAYER THOMAS MOERS | | MAYER, T M | 02/26/02 | 13.50 | 5427008 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>MAYER THOMAS MOERS | | MAYER, T M | 02/26/02 | 26.85 | 5427009 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/26/02 | 117.00 | 5427010 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/26/02 | 1.95 | 5427011 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>MANGUAL KATHLEEN | | MANGUAL, K M | 02/26/02 | 1.65 | 5427012 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | | BENTLEY, P | 02/26/02 | 6.00 | 5427013 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>? | | MAYER, T M | 02/26/02 | 17.10 | 5429894 | 72136 | 02/28/02 |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

B I L L E D  C O S T S  D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING<br>BUTLER SAMONA | | BUTLER, S B | 02/28/02 | 19.20 | 5431689 | 72192 | 03/01/02 |
| | | **0820 PHOTOCOPYING Total :** | | **628.05** | | | |
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE<br>02/21/2002 | | HALLMAN, M E | 02/21/02 | 36.00 | 5421135 | 71921 | 02/25/02 |
| | | **0840 MANUSCRIPT SERVICE Total :** | | **36.00** | | | |
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES<br>02/11/2002 | | SNAGGS, S | 02/11/02 | 21.00 | 5434886 | 72327 | 03/04/02 |
| RESEARCH SERVICES<br>02/19/2002 | | SNAGGS, S | 02/19/02 | 42.00 | 5434887 | 72327 | 03/04/02 |
| | | **0841 RESEARCH SERVICES Total :** | | **63.00** | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL.<br>2159681001 | | MANGUAL, K M | 01/08/02 | 0.89 | 5424737 | 71965 | 02/26/02 |
| LONG-DISTANCE TEL.<br>5184725847 | | SNAGGS, S | 02/19/02 | 0.57 | 5436203 | 72399 | 03/05/02 |
| LONG-DISTANCE TEL.<br>3128612000 | | BENTLEY, P | 02/20/02 | 0.23 | 5417914 | 71823 | 02/22/02 |
| LONG-DISTANCE TEL.<br>3128612460 | | BENTLEY, P | 02/21/02 | 1.48 | 5417915 | 71823 | 02/22/02 |
| LONG-DISTANCE TEL.<br>2028625088 | | BENTLEY, P | 02/21/02 | 0.30 | 5417916 | 71823 | 02/22/02 |
| | | **0885 LONG-DISTANCE TEL. Total :** | | **3.47** | | | |
| WESTLAW ON - LINE RE | 0917 | | | | | | |
| WESTLAW ON - LINE RE | | SNAGGS, S | 02/11/02 | 20.19 | 5414148 | 71693 | 02/19/02 |
| | | **0917 WESTLAW ON - LINE RE Total :** | | **20.19** | | | |
| LEXIS / NEXIS ON -L | 0921 | | | | | | |
| LEXIS / NEXIS ON -L<br>LEXIS / NEXIS ON -LINE RESEARCH | | BECKER, G M | 02/11/02 | 53.00 | 5414049 | 71680 | 02/19/02 |
| LEXIS / NEXIS ON -L<br>LEXIS / NEXIS ON -LINE RESEARCH | | PELLETIER, D | 02/11/02 | 35.18 | 5414050 | 71680 | 02/19/02 |
| | | **0921 LEXIS / NEXIS ON -L Total :** | | **88.18** | | | |
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | MANGUAL, K M | 02/26/02 | 3.67 | 5425975 | 71981 | 02/26/02 |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 02/28/02 | 10.35 | 5433344 | 72267 | 03/04/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 02/28/02 | 11.45 | 5433345 | 72267 | 03/04/02 |
| | **0930 MESSENGER/COURIER Total :** | | **25.47** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Costs Total :** | | | **909.36** | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503385
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| SCHMIDT, ROBERT T. | 0.40 | 180.00 | | | | |
| CATON, AMY | 0.50 | 175.00 | | | | |
| FINNERTY, CATHERINE | 1.00 | 375.00 | | | | |
| BECKER, GARY M. | 6.60 | 2,640.00 | | | | |
| MANGUAL, KATHLEEN | 18.00 | 3,150.00 | | | | |
| **Total:** | **26.50** | **6,520.00** | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0815 TELECOPIER | 33.00 | | | | |
| 0817 TABS | 12.00 | | | | |
| 0820 PHOTOCOPYING | 628.05 | | | | |
| 0840 MANUSCRIPT SERVICE | 36.00 | | | | |
| 0841 RESEARCH SERVICES | 63.00 | | | | |
| 0885 LONG-DISTANCE TEL. | 3.47 | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 20.19 | | | | |
| 0921 LEXIS / NEXIS ON -LINE R | 88.18 | | | | |
| 0930 MESSENGER/COURIER | 25.47 | | | | |
| **Costs Total :** | **909.36** | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503386
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/04/2002 TO: 02/28/2002
UNBILLED DISB FROM: 02/04/2002 TO: 02/25/2002

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 4,045.00 | 1,423.03 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 02/28/2002 | 02/25/2002 |

CLOSE MATTER/FINAL BILLING? YES OR NO
EXPECTED DATE OF COLLECTION: ____________

BILLING PARTNER APPROVAL: ____________ MAYER THOMAS MOERS - 03976

____________ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 4,045.00 | | |
| DISBURSEMENTS: | 1,423.03 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 5,468.03 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 17,270.00 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 15,079.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: ____________ DATE OF BILL: ____________ Processed by: ____________ FRC: ____________ CRC: ____________

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503386
Bill Frequency: M
Status : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/04/02 | 02/28/02 | 3.80 | 1,805.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/07/02 | 02/25/02 | 5.60 | 2,240.00 |
| | **Total:** | | | | **9.40** | **4,045.00** |

**Sub-Total Hours : 3.80 Partners 0.00 Counsels 5.60 Associates 0.00 Legal Assts 0.00 Others**

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 02/04/02 | 02/11/02 | 11.00 |
| 0885 | LONG-DISTANCE TEL. | 02/15/02 | 02/15/02 | 1.78 |
| 0935 | LEGAL SEARCH FEES | 02/25/02 | 02/25/02 | 1,410.25 |
| | **Total** | | | **1,423.03** |
| | **Grand Total** | | | **5,468.03** |

*B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 5,226.00 | 997.34 | | 6,223.34 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 1,300.00 | .00 | | 1,300.00 | 12/18/01 | |
| 11/29/01 | 10/31/01 | 342994 | 3,507.50 | 434.03 | | 3,941.53 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 1,080.00 | 197.20 | | 1,277.20 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 2,111.50 | 302.15 | | 2,413.65 | 03/22/02 | |
| 01/31/02 | 07/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 347311 | .00 | .00 | | .00 | | |
| 03/27/02 | 02/28/02 | 348979 | 4,045.00 | 1,423.03 | | .00 | | 5,468.03 |
| | **Total:** | | **17,270.00** | **3,353.75** | | **15,155.72** | | **5,468.03** |

Run Date & Time: 03/28/2002 14:06:39

| | | | |
|---|---|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | 1503386 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : MAYER THOMAS MOERS - 03976 | Bill Frequency: | M |
| Matter Name : COMMITTEE & CREDITOR CORRESP. | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 07/27/2001 | | Status | : ACTIVE |

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | 0815 | | | | | | |
| TELECOPIER<br>04-220-9321 252- | | BECKER, G M | 02/04/02 | 2.00 | 5402674 | 71252 | 02/08/02 |
| TELECOPIER | | BECKER, G M | 02/07/02 | 4.00 | 5402549 | 71251 | 02/08/02 |
| TELECOPIER | | BECKER, G M | 02/11/02 | 5.00 | 5407005 | 71364 | 02/12/02 |
| | | **0815 TELECOPIER Total :** | | **11.00** | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL.<br>3128612000 | | FINNERTY, C E | 02/15/02 | 0.30 | 5413366 | 71648 | 02/19/02 |
| LONG-DISTANCE TEL.<br>3027786464 | | FINNERTY, C E | 02/15/02 | 1.48 | 5413367 | 71648 | 02/19/02 |
| | | **0885 LONG-DISTANCE TEL. Total :** | | **1.78** | | | |
| LEGAL SEARCH FEES | 0935 | | | | | | |
| TDI LIBRARY SERVICES, IN<br>LEGAL SEARCH FEES - VENDOR-TDI LIBRARY<br>SERVICES, INC. | | PELLETIER, D | 02/25/02 | 1,410.25 | 5421380 | 71938 | 02/25/02 |
| | | **0935 LEGAL SEARCH FEES Total :** | | **1,410.25** | | | |
| **Costs Total :** | | | | **1,423.03** | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : COMMITTEE & CREDITOR CORRESP.
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503386
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.80 | 1,805.00 | | | | |
| BECKER, GARY M. | 5.60 | 2,240.00 | | | | |
| **Total:** | **9.40** | **4,045.00** | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0815 TELECOPIER | 11.00 | | | | |
| 0885 LONG-DISTANCE TEL. | 1.78 | | | | |
| 0935 LEGAL SEARCH FEES | 1,410.25 | | | | |
| **Costs Total :** | **1,423.03** | | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503387
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/01/2002 TO: 02/25/2002
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 4,667.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 02/25/2002 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | MAYER THOMAS MOERS - 03976 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 8,265.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 8,265.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 20,900.00 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 1,400.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503387
Bill Frequency: M
Status : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | Total Billed | | | |
| 02495 | BENTLEY, PHILIP | PARTNER | 02/06/02 | 02/25/02 | 2.70 | 1,282.50 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 02/14/02 | 02/15/02 | 0.60 | 225.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/01/02 | 02/22/02 | 7.90 | 3,160.00 |
| | **Total:** | | | | **11.20** | **4,667.50** |

**Sub-Total Hours : 2.70 Partners 0.00 Counsels 8.50 Associates 0.00 Legal Assts 0.00 Others**

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 10/29/01 | 09/30/01 | 341359 | 4,209.00 | .00 | | 4,209.00 | 12/18/01 | |
| 01/18/02 | 12/31/01 | 345477 | 8,426.00 | .00 | | 8,426.00 | 03/22/02 | |
| 02/27/02 | 01/31/02 | 347311 | 3,597.50 | .00 | | .00 | | 3,597.50 |
| 03/27/02 | 02/28/02 | 348979 | 4,667.50 | .00 | | .00 | | 4,667.50 |
| **Total:** | | | **20,900.00** | **.00** | | **12,635.00** | | **8,265.00** |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503387
Bill Frequency: M
Status : ACTIVE

B I L L E D  T I M E  S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 2.70 | 1,282.50 | | | | |
| FINNERTY, CATHERINE | 0.60 | 225.00 | | | | |
| BECKER, GARY M. | 7.90 | 3,160.00 | | | | |
| **Total:** | **11.20** | **4,667.50** | | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503388
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 02/07/2002 | TO: | 02/28/2002 |
| UNBILLED DISB FROM: | 02/04/2002 | TO: | 02/04/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,712.50 | 3.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 02/28/2002 | 02/04/2002 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | MAYER THOMAS MOERS - 03976 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 5,590.00 | | |
| DISBURSEMENTS: | 97.17 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 5,687.17 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 17,571.50 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503388
Bill Frequency: M
Status : ACTIVE

**B I L L E D T I M E S U M M A R Y**

| Emp Id | Employee Name | Group | Total Billed Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/27/02 | 02/27/02 | 0.10 | 47.50 |
| 05132 | FINNERTY, CATHERINE E | ASSOCIATE | 02/20/02 | 02/27/02 | 1.60 | 600.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/07/02 | 02/07/02 | 0.30 | 120.00 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 02/25/02 | 02/28/02 | 5.40 | 945.00 |
| | Total: | | | | 7.40 | 1,712.50 |

Sub-Total Hours : 0.10 Partners 0.00 Counsels 1.90 Associates 5.40 Legal Assts 0.00 Others

**B I L L E D C O S T S S U M M A R Y**

| Code | Description | Total Billed Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 02/04/02 | 02/04/02 | 3.00 |
| | Total | | | 3.00 |
| | Grand Total | | | 1,715.50 |

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 357.50 | .00 | | 357.50 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 3,919.00 | 76.11 | | 3,995.11 | 12/18/01 | |
| 11/29/01 | 10/31/01 | 342994 | 3,356.00 | 51.69 | | 3,407.69 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 2,532.50 | 63.68 | | 2,596.18 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 1,816.50 | 29.58 | | 1,846.08 | 03/22/02 | |
| 02/27/02 | 01/31/02 | 347311 | 3,877.50 | 94.17 | | .00 | | 3,971.67 |
| 03/27/02 | 02/28/02 | 348979 | 1,712.50 | 3.00 | | .00 | | 1,715.50 |
| | Total: | | 17,571.50 | 318.23 | | 12,202.56 | | 5,687.17 |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503388
Bill Frequency: M
Status : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING<br>BENTLEY PHILIP | | BENTLEY, P | 02/04/02 | 3.00 | 5403413 | 71279 | 02/08/02 |
| | | **0820 PHOTOCOPYING Total :** | | **3.00** | | | |
| **Costs Total :** | | | | **3.00** | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503388
Bill Frequency: M
Status : ACTIVE

B I L L E D T I M E S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 47.50 | | | | |
| FINNERTY, CATHERINE | 1.60 | 600.00 | | | | |
| BECKER, GARY M. | 0.30 | 120.00 | | | | |
| MANGUAL, KATHLEEN | 5.40 | 945.00 | | | | |
| **Total:** | **7.40** | **1,712.50** | | | | |

B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 3.00 | | | | |
| **Costs Total :** | **3.00** | | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503389
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/08/2002 TO: 02/28/2002
UNBILLED DISB FROM: 02/04/2002 TO: 02/28/2002

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 9,890.00 | 559.05 |
| AMOUNT WRITTEN DOWN: | ________ | ________ |
| PREMIUM: | ________ | ________ |
| ON ACCOUNT BILLED: | ________ | ________ |
| DEDUCTED FROM PAID RETAINER: | ________ | ________ |
| AMOUNT BILLED: | ________ | ________ |
| THRU DATE: | 02/28/2002 | 02/28/2002 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | ________ | |
| BILLING PARTNER APPROVAL: | ________ MAYER THOMAS MOERS - 03976 | ________ WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 54,218.70 | | |
| DISBURSEMENTS: | 787.76 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 55,006.46 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 03/22/02 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 74,206.00 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 3,895.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503389
Bill Frequency: M
Status : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/12/02 | 02/28/02 | 15.60 | 7,410.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/08/02 | 02/24/02 | 6.20 | 2,480.00 |
| | **Total:** | | | | **21.80** | **9,890.00** |

(Oldest, Latest, Hours and Amount fall under the heading "Total Billed".)

**Sub-Total Hours : 15.60 Partners 0.00 Counsels 6.20 Associates 0.00 Legal Assts 0.00 Others**

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 02/04/02 | 02/28/02 | 250.05 |
| 0840 | MANUSCRIPT SERVICE | 02/11/02 | 02/28/02 | 261.00 |
| 0940 | CAB FARES | 02/26/02 | 02/26/02 | 48.00 |
| 0942 | MEALS/IN-HOUSE | 02/26/02 | 02/26/02 | 0.00 |
| | **Total** | | | **559.05** |
| | **Grand Total** | | | **10,449.05** |

(Oldest Entry, Latest Entry and Total Amount fall under the heading "Total Billed".)

*B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| *Bill Date* | *Thru Date* | *Bill#* | *Billed: Fee & OA* | *Billed: Disbursement* | *Applied From OA* | *Collections: Total* | *Collections: Date* | *Balance Due* |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 16,485.50 | 46.22 | | 5,639.52 | 11/30/01 | 10,892.20 |
| 10/29/01 | 09/30/01 | 341359 | 7,795.00 | 4,230.00 | | 5,381.30 | 12/18/01 | 6,643.70 |
| 11/29/01 | 10/31/01 | 342994 | 9,720.00 | 119.17 | | 4,522.17 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 7,256.50 | 1,315.26 | | 4,551.96 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 12,096.50 | 871.96 | | 6,474.96 | 03/22/02 | 6,493.50 |
| 01/31/02 | 12/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 347311 | 10,962.50 | 228.71 | | .00 | | 11,191.21 |
| 03/27/02 | 02/28/02 | 348979 | 9,890.00 | 559.05 | | .00 | | 10,449.05 |
| | **Total:** | | **74,206.00** | **7,370.37** | | **26,569.91** | | **55,006.46** |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503389
Bill Frequency: M
Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/04/02 | 22.20 | 5403414 | 71279 | 02/08/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/06/02 | 10.80 | 5400555 | 71242 | 02/08/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/11/02 | 1.80 | 5411903 | 71643 | 02/19/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/19/02 | 1.95 | 5435831 | 72398 | 03/05/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 8.10 | 5415931 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 9.00 | 5415932 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 0.60 | 5415933 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 1.20 | 5415934 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 59.40 | 5415935 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/20/02 | 41.70 | 5415936 | 71760 | 02/21/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/26/02 | 19.95 | 5427014 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/26/02 | 8.25 | 5427015 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/26/02 | 12.90 | 5427016 | 72038 | 02/27/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/27/02 | 31.35 | 5429895 | 72136 | 02/28/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/28/02 | 3.75 | 5431690 | 72192 | 03/01/02 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 02/28/02 | 17.10 | 5433610 | 72272 | 03/04/02 |
| | **0820 PHOTOCOPYING Total :** | | **250.05** | | | |
| MANUSCRIPT SERVICE 0840 | | | | | | |
| MANUSCRIPT SERVICE<br>02/11/2002 | SEAWRIGHT, J | 02/11/02 | 6.00 | 5407770 | 71389 | 02/12/02 |
| MANUSCRIPT SERVICE<br>02/15/2002 | SEAWRIGHT, J | 02/15/02 | 6.00 | 5414451 | 71698 | 02/19/02 |
| MANUSCRIPT SERVICE<br>02/19/2002 | SEAWRIGHT, J | 02/19/02 | 6.00 | 5417361 | 71815 | 02/22/02 |
| MANUSCRIPT SERVICE<br>02/20/2002 | SEAWRIGHT, J | 02/20/02 | 12.00 | 5417362 | 71815 | 02/22/02 |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503389
Bill Frequency: M
Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 02/21/2002 | SEAWRIGHT, J | 02/21/02 | 45.00 | 5417363 | 71815 | 02/22/02 |
| MANUSCRIPT SERVICE 02/26/2002 | SEAWRIGHT, J | 02/26/02 | 54.00 | 5430664 | 72164 | 02/28/02 |
| MANUSCRIPT SERVICE 02/27/2002 | SEAWRIGHT, J | 02/27/02 | 54.00 | 5430665 | 72164 | 02/28/02 |
| MANUSCRIPT SERVICE 02/28/2002 | SEAWRIGHT, J | 02/28/02 | 78.00 | 5433225 | 72254 | 03/01/02 |
| | **0840 MANUSCRIPT SERVICE Total :** | | **261.00** | | | |
| CAB FARES 0940 | | | | | | |
| MARIANNE FERGUSON, CASHI CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 02/25/02 | BENTLEY, P | 02/26/02 | 7.50 | 5426375 | 71994 | 02/26/02 |
| MARIANNE FERGUSON, CASHI CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 02/24/02 | BENTLEY, P | 02/26/02 | 23.50 | 5426376 | 71994 | 02/26/02 |
| MARIANNE FERGUSON, CASHI CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 02/20/02 | BENTLEY, P | 02/26/02 | 17.00 | 5426377 | 71994 | 02/26/02 |
| | **0940 CAB FARES Total :** | | **48.00** | | | |
| MEALS/IN-HOUSE 0942 | | | | | | |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 02/25/02 | BENTLEY, P | 02/26/02 | 0.00 | 5426364 | 71994 | 02/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 02/24/02 | BENTLEY, P | 02/26/02 | 0.00 | 5426365 | 71994 | 02/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 02/20/02 | BENTLEY, P | 02/26/02 | 0.00 | 5426366 | 71994 | 02/26/02 |
| | **0942 MEALS/IN-HOUSE Total :** | | **0.00** | | | |
| **Costs Total :** | | | **559.05** | | | |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503389
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 15.60 | 7,410.00 | | | | |
| BECKER, GARY M. | 6.20 | 2,480.00 | | | | |
| **Total:** | **21.80** | **9,890.00** | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 250.05 | | | | |
| 0840 MANUSCRIPT SERVICE | 261.00 | | | | |
| 0940 CAB FARES | 48.00 | | | | |
| 0942 MEALS/IN-HOUSE | 0.00 | | | | |
| **Costs Total :** | **559.05** | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503390
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/06/2002 TO: 02/25/2002
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 9,547.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | ____ | ____ |
| PREMIUM: | ____ | ____ |
| ON ACCOUNT BILLED: | ____ | ____ |
| DEDUCTED FROM PAID RETAINER: | ____ | ____ |
| AMOUNT BILLED: | ____ | ____ |
| THRU DATE: | 02/25/2002 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | ____ | |
| BILLING PARTNER APPROVAL: | MAYER THOMAS MOERS - 03976 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 11,760.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 11,760.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/27/02 | LAST PAYMENT DATE: | 12/18/01 |
| LAST BILL NUMBER: | 348979 | FEES BILLED TO DATE: | 11,760.00 |
| LAST BILL THRU DATE: | 02/28/02 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY: Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

**Run Date & Time:** 03/28/2002 14:06:39

**Matter No:** 056772-00013
**Client Name :** W.R. GRACE & CO. EQUITY COMMITTEE
**Matter Name :** FRAUDULENT CONVEYANCE ISSUES
**Matter Opened :** 07/27/2001

**Orig Prtnr :** CRED. RGTS - 06975
**Bill Prtnr :** MAYER THOMAS MOERS - 03976
**Supv Prtnr :** MAYER THOMAS MOERS - 03976

**Proforma Number:** 1503390
**Bill Frequency:** M
**Status :** ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Total Billed Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/06/02 | 02/21/02 | 13.70 | 6,507.50 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/12/02 | 02/25/02 | 7.60 | 3,040.00 |
| | **Total:** | | | | **21.30** | **9,547.50** |

**Sub-Total Hours :** 13.70 Partners 0.00 Counsels 7.60 Associates 0.00 Legal Assts 0.00 Others

*B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 03/28/02 14:06:39)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 2,212.50 | 242.00 | | 242.00 | 11/30/01 | 2,212.50 |
| 10/29/01 | 09/30/01 | 341359 | .00 | 147.75 | | 147.75 | 12/18/01 | |
| 03/27/02 | 02/28/02 | 348979 | 9,547.50 | .00 | | .00 | | 9,547.50 |
| | **Total:** | | **11,760.00** | **389.75** | | **389.75** | | **11,760.00** |

Run Date & Time: 03/28/2002 14:06:39

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : MAYER THOMAS MOERS - 03976
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1503390
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 13.70 | 6,507.50 | | | | |
| BECKER, GARY M. | 7.60 | 3,040.00 | | | | |
| **Total:** | **21.30** | **9,547.50** | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/28/02 14:06:45 Work Thru : 02/28/02

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 26.50 | 6,520.00 | 909.36 | 7,429.36 | MAYER THOMAS MOERS - | 03976 | M | B |
| 00002 | COMMITTEE & CREDITOR COR | 9.40 | 4,045.00 | 1,423.03 | 5,468.03 | MAYER THOMAS MOERS - | 03976 | M | B |
| 00005 | BANKR. MOTIONS | 11.20 | 4,667.50 | 0.00 | 4,667.50 | MAYER THOMAS MOERS - | 03976 | M | B |
| 00008 | FEE APPS | 7.40 | 1,712.50 | 3.00 | 1,715.50 | MAYER THOMAS MOERS - | 03976 | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 21.80 | 9,890.00 | 559.05 | 10,449.05 | MAYER THOMAS MOERS - | 03976 | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 21.30 | 9,547.50 | 0.00 | 9,547.50 | MAYER THOMAS MOERS - | 03976 | M | B |
| | **Client Total** | **97.60** | **36,382.50** | **2,894.44** | **39,276.94** | | | | |