## EXHIBIT A

### Asbestos: Claims Litigation (4.30 Hours; $ 1,575.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.40 | $560 | 784.00 |
| Trevor W. Swett | .80 | $425 | 340.00 |
| John P. Cunningham | 2.10 | $215 | 451.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/18/02 | PVL | 560.00 | .30 | Review revised claims management motions and brief. |
| 02/20/02 | PVL | 560.00 | 20 | Review Grace brief re ZAI bar date. |
| 02/20/02 | TWS | 425.00 | 20 | Compile materials for briefing JPC on asbestos litigation history |
| 02/20/02 | TWS | 425.00 | .10 | Conf JPC re background reading on asbestos claims |
| 02/20/02 | JPC | 215.00 | .20 | Conf. w/TWS re: background asbestos litigation materials |
| 02/20/02 | JPC | 215.00 | 1.90 | Read, review, and analyze background factual and legal materials relating to current asbestos representation, including relevant case law |
| 02/21/02 | PVL | 560.00 | 80 | Review ZAI pls. info brief and exs. re claims. |
| 02/27/02 | PVL | 560.00 | 10 | Review Equity Committee CMO briefs. |
| 02/28/02 | TWS | 425.00 | 20 | Read Debtor's brief on class actions in bankruptcy |
| 02/28/02 | TWS | 425.00 | 30 | Read Equity Committee's submissions on bar date proposals |

**Total Task Code .03**

**<u>Asbestos: Co Defendant Issues and Bankruptcies (.20 Hours; $ 85.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Trevor W. Swett | 20 | $425 | 85.00 |

| Trans<br>Date | Empl<br>Init | Bill<br>Rate | Billing<br>Hours | Full Narrative |
|---|---|---|---|---|
| | | | .20 | Discuss work plan and staffing with NDF |

**Total Task Code .04**

**<u>Asbestos: Settlement Matters (2.70 Hours; $ 1,512.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Peter V. Lockwood | 2.70 | $560 | 1,512.00 |

| Trans<br>Date | Empl<br>Init | Bill<br>Rate | Billing<br>Hours | Full Narrative |
|---|---|---|---|---|
| 02/22/02 | | | 2.70 | Research re Daubert issues. |

**Total Task Code .05**

**<u>Bankruptcy Litigation (Preferences and Avoidance Actions)(.50 Hours; $ 280.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Peter V. Lockwood | .50 | $560 | 280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | .50 | Teleconference EI re status and fraudulent transfer issues |

**Total Task Code .11**     **.50**

## Business Analysis (primarily for accountants and financial advisors) (.10 Hours; $ 56.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | .10 | Review Tersigni memo re Addiment acquisition. |

**Total Task Code .12**     **.10**

## Case Administration (67.70 Hours; $ 12,622.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.80 | $675 | 1,215.00 |
| Peter V. Lockwood | 2.40 | $560 | 1,344.00 |
| Albert G. Lauber | .20 | $445 | 89.00 |
| Julie W. Davis | 3.60 | $425 | 1,530.00 |
| Trevor W. Swett | .60 | $425 | 255.00 |
| Rita C. Tobin | .80 | $300 | 240.00 |
| Robert C. Spohn | 19.20 | $145 | 2,784.00 |
| Elyssa J. Strug | 3.00 | $135 | 405.00 |
| Stacie M. Evans | 24.80 | $135 | 3,348.00 |
| Karen A. Albertelli | 11.30 | $125 | 1,412.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | 560.00 | .30 | Teleconference EI re status (.1); review Garlock removal motion (.1); review Addiment motion (.1). (time for 1/30/02) |
| 02/01/02 | JWD | 425.00 | 2.20 | Review filings for status report. |
| 02/01/02 | KAA | 125.00 | .30 | Updated Court & Dep transcripts index (01-1139). |
| 02/01/02 | KAA | 125.00 | 1.00 | Updated Court doc index (01-1139). |
| 02/01/02 | KAA | 125.00 | 20 | Updated Monthly Operating Reports Index. |
| 02/03/02 | PVL | 560.00 | 10 | Review EI memo (.1) |
| 02/04/02 | PVL | 560.00 | 10 | Review miscellaneous filings and correspondence. |
| 02/04/02 | RCS | 145.00 | 40 | Review correspondence and pleadings received 1/31/02 through 2/4/02 (.4). |
| 02/04/02 | EI | 675.00 | 10 | Reviewed docket and issues (on plane). |
| 02/04/02 | SME | 135.00 | 30 | Analyze, review and index various documents including pleadings, petitions, and correspondence. |
| 02/05/02 | EJS | 135.00 | .50 | Updated EI files. |
| 02/05/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 02/05/02 | SME | 135.00 | 60 | Analyze, review and index various documents including pleadings, petitions and correspondence. |
| 02/06/02 | PVL | 560.00 | 60 | Review re special masters (.4); teleconference EI re status (.1); teleconference Zaleski re status (.1) |
| 02/06/02 | EJS | 135.00 | .50 | Searched and retrieved various court documents re monthly operating reports for L. Tersigni. |

- 5

| 02/06/02 | EI | 675.00 | 20 | Conference L. Tersigni and M. Berkin to review agenda and work assignments. |
|---|---|---|---|---|
| 02/06/02 | SME | 135.00 | 50 | Analyze, review and index various documents including pleadings, petitions, and correspondence. |
| 02/06/02 | KAA | 125.00 | .20 | Updated Litigation calendar. |
| 02/06/02 | KAA | 125.00 | .40 | Updated Monthly Operating Reports Index. |
| 02/07/02 | RCS | 145.00 | .40 | Review pleadings received 2/4/02 through 2/7/02 (.4). |
| 02/08/02 | SME | 135.00 | .20 | Analyze, review and index various pleadings and correspondence. |
| 02/09/02 | PVL | 560.00 | .10 | Review Gerard motion. |
| 02/11/02 | PVL | 560.00 | .10 | Teleconference Rosenbloom re 2/20 hearing. |
| 02/11/02 | EI | 675.00 | .10 | Review agenda for scheduling. |
| 02/11/02 | KAA | 125.00 | .50 | Updated Court litigation calendar. |
| 02/12/02 | PVL | 560.00 | .50 | Teleconferences EI re fr. conv. case (.3); teleconference Ellington re same (.2). |
| 02/12/02 | SME | 135.00 | 1.20 | Analyze, review and index various documents including pleadings, fee applications, and correspondence. |
| 02/13/02 | SME | 135.00 | .60 | Analyze, review and index 10 fee applications. |
| 02/13/02 | KAA | 125.00 | 50 | Updated Court doc index (01-771). |
| 02/13/02 | KAA | 125.00 | 50 | Updated Court doc indexes (01-1139). |
| 02/14/02 | RCS | 145.00 | 1.30 | Review pleadings and correspondence received 2/8/02 through 2/14/02 (.4). Research pleading files for documents required by attorney (.4). Research |

|            |      |        |      | additional documents requested by attorney for court filing (.5). |
|------------|------|--------|------|---------------------------------------------------------|
| 02/14/02   | SME  | 135.00 | .20  | Analyze, review and index fee applications. |
| 02/15/02   | PVL  | 560.00 | .10  | Teleconference EI re status. |
| 02/15/02   | RCT  | 300.00 | .80  | Review debtors's revised motion for case management order. |
| 02/15/02   | RCS  | 145.00 | .20  | Review pleadings and correspondence received 2/15/02 (.2). |
| 02/15/02   | EI   | 675.00 | .10  | Reviewed agenda and all open matters. |
| 02/15/02   | KAA  | 125.00 | 2.00 | Updated new litigation task codes. |
| 02/18/02   | EI   | 675.00 | .10  | Teleconference PVNL re: all issues and agenda. |
| 02/19/02   | RCS  | 145.00 | .90  | Review pleadings and correspondence received 2/19/02 (.4). Update documents index in Accutrac (.5). |
| 02/19/02   | EI   | 675.00 | .20  | T/c PVNL re: conference Wolin issues and PD. |
| 02/19/02   | SME  | 135.00 | 5.10 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/19/02   | KAA  | 125.00 | 1.50 | Updated Court doc index (01-1139). |
| 02/19/02   | KAA  | 125.00 | 1.00 | Updated Court doc index (01-771). |
| 02/20/02   | PVL  | 560.00 | 10   | Review motion re plant closing. |
| 02/20/02   | RCS  | 145.00 | 50   | Review pleadings and correspondence received 2/20/02 (.2). Search pleading indices for specific pleadings required by attorney (.3). |
| 02/20/02   | EI   | 675.00 | 70   | T/c PVNL re: conference with Wolin et al. |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 02/20/02 | SME | 135.00 | 1.60 | Assist KNB in the examination of debtors' revised briefs by comparing revised brief to the original and drafting memo regarding changes. |
| 02/20/02 | SME | 135.00 | 5.90 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/21/02 | JWD | 425.00 | .40 | Review filings from 2/14 to 2/19 for status report |
| 02/21/02 | SME | 135.00 | .20 | Assist KNB in the examination of debtors' revised briefs by comparing revised brief to the original and drafting memo regarding changes. |
| 02/21/02 | SME | 135.00 | 6.40 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/21/02 | KAA | 125.00 | .60 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 02/22/02 | PVL | 560.00 | 10 | Teleconference Budd. |
| 02/22/02 | EJS | 135.00 | .50 | Updated EI minute book and chart. |
| 02/22/02 | EJS | 135.00 | 50 | Updated players list. |
| 02/22/02 | RCS | 145.00 | 90 | Download, index, binder 16 cases from Westlaw per attorney request (.9). |
| 02/22/02 | KAA | 125.00 | 30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 02/23/02 | PVL | 560.00 | 10 | Review draft calendar. |
| 02/24/02 | EI | 675.00 | 20 | Reviewed mail and agenda. |
| 02/25/02 | EJS | 135.00 | 50 | Updated EI, PVNL & JWD agenda. |
| 02/25/02 | RCS | 145.00 | 3.30 | Set up PowerPoint screens and begin building a graphic display of corporate and subsidiary development (2.8). |

|            |     |        |      | Review pleadings and correspondence received 2/21/02 through 2/25/02 (.5). |
|------------|-----|--------|------|---------------------------------------|
| 02/25/02   | KAA | 125.00 | .70  | Reviewed recently received Ct docs in prep of indexing & filing. |
| 02/26/02   | RCS | 145.00 | 2.80 | Work on corporate structure PowerPoint project (2.4). Meet with attorney and discuss corporate structure project and refine graphic models (.4). |
| 02/26/02   | EI  | 675.00 | .10  | Reviewed all EI docket items to organize calls to PVNL and M. Peterson. |
| 02/26/02   | KAA | 125.00 | .20  | Updated litigation calendar. |
| 02/27/02   | PVL | 560.00 | .10  | Review 4 miscellaneous filings |
| 02/27/02   | RCS | 145.00 | 3.40 | Continue with PowerPoint project outlining corporate structure (3.4). |
| 02/27/02   | TWS | 425.00 | .20  | Read case management order |
| 02/27/02   | KAA | 125.00 | .50  | Updated Court doc and Orders indexes (01-1139). |
| 02/27/02   | KAA | 125.00 | 50   | Updated Court doc & Orders indexes (02-2013). |
| 02/27/02   | KAA | 125.00 | .40  | Reviewed recently received Court docs in prep of indexing and filing. |
| 02/28/02   | AGL | 445.00 | .20  | Conference with PVNL re case management |
| 02/28/02   | PVL | 560.00 | .10  | Teleconference EI re status. |
| 02/28/02   | RCS | 145.00 | 5.10 | Create additional graphic slides representing the corporate structure evolution (2.2). Extensive and thorough search of correspondence and special issue files for any reference to a claims database (1.8). Review pleadings and correspondence received 2/26/02 through 2/28/02 (.2). Index pleadins and fee applications (.4). Meet |

|  |  |  |  | with attorney to upgrade the corporate structure charts (.5). |
|---|---|---|---|---|
| 02/28/02 | TWS | 425.00 | 40 | Conf PVNL, NDF re L.LeClair intention and allocation of tasks among plaintiffs' counsel |

**Total Task Code .14**       **67.70**

## Committee Matters and Creditor Meetings (2.40 Hours; $ 1,459.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .00 | $675 | 675.00 |
| Peter V. Lockwood | .40 | $560 | 784.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/10/02 | PVL | 560.00 | 10 | Teleconference EI re comm. meeting. |
| 02/11/02 | PVL | 560.00 | 60 | Teleconference Harrison re comm. meeting (.2); teleconference EI re same (.2); teleconference Cooney re same (.1); teleconference Baron re same (.1). |
| 02/12/02 | PVL | 560.00 | 70 | Teleconference committee, EI et al. |
| 02/12/02 | EI | 675.00 | 1.00 | Committee conference call re: fraudulent transfer case. |

**Total Task Code .17**       **2.40**

## Compensation of Professionals (Fee Applications of self & others)(9.00 Hours; $ 2,000.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .80 | $560 | 448.00 |

| | | | | |
|---|---|---|---|---|
| Rita C. Tobin | | 2.70 | $300 | 810.00 |
| Elyssa J. Strug | | 5.50 | $135 | 742.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | 3.00 | Updated fee application files and indexes. |
| 02/02/02 | PVL | 560.00 | 20 | Review 8 fee applications (.2) |
| 02/05/02 | PVL | 560.00 | 10 | Review 2 fee applications. |
| 02/06/02 | RCT | 300.00 | .60 | Review pre-bills; emails to TB & ES. |
| 02/08/02 | EJS | 135.00 | .50 | Updated fee materials binders for RCT, TB and ES. |
| 02/09/02 | PVL | 560.00 | 10 | Review 3 fee applications. |
| 02/12/02 | PVL | 560.00 | .10 | Review 4 fee applications |
| 02/12/02 | RCT | 300.00 | 1.00 | Review and edit fee app for January 2002. |
| 02/12/02 | EJS | 135.00 | 1.00 | Proofed, edited and assembled monthly fee application. |
| 02/13/02 | PVL | 560.00 | 10 | Review 2 fee applications. |
| 02/13/02 | RCT | 300.00 | 40 | Review new fee categories (.1); telecons with TB re: new procedures (.3). |
| 02/13/02 | EJS | 135.00 | 50 | Meeting with RCT/PH with TB re new task codes for fee applications. |
| 02/15/02 | RCT | 300.00 | .50 | Review February time thru 2/14 and apply new task codes (.5). |
| 02/20/02 | PVL | 560.00 | 10 | Review motion re KCL fees. |
| 02/23/02 | PVL | 560.00 | 10 | Review 7 miscellaneous fee notices. |
| 02/25/02 | RCT | 300.00 | 20 | Conference with EI re: new fee procedures (.2). |

| 02/26/02 | EJS | 135.00 | .50 | Updated fee/payment charts/schedules |

**Total Task Code .18        9.00**

**Litigation/Fraudulent Conveyance (157.30 Hours; $ 48,796.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.70 | $675 | 1,147.50 |
| Peter V. Lockwood | 16.90 | $560 | 9,464.00 |
| Trevor W. Swett | 18.40 | $425 | 7,820.00 |
| Nathan D. Finch | 35.20 | $350 | 12,320.00 |
| Rita C. Tobin | .80 | $300 | 240.00 |
| Beth S. Heleman | 22.40 | $260 | 5,824.00 |
| John P. Cunningham | 45.30 | $215 | 9,739.50 |
| Stacie M. Evans | 16.60 | $135 | 2,241.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/02 | EI | 675.00 | .50 | T/c PVNL re: fraudulent transfer case issues. |
| 02/04/02 | PVL | 560.00 | .20 | Teleconference LeClair re fr. como. lit. (.2); teleconference Baena re same (1.0). |
| 02/05/02 | PVL | 560.00 | 3.00 | Teleconference Pasquale re fraudulent conveyance case (.9); teleconference LeClair re same (.2); teleconference EI re same (.1); teleconference Baena re same (.4); teleconference Wohlforth and Baena re same (.1); teleconference J. Wolin and Baena re same (.1); teleconference Baena and Pasquale re same (1.0); review Bernick letter and Baena email re same. (.2) |
| 02/06/02 | PVL | 560.00 | .60 | Teleconference Budd re fr. conv. lit. |
| 02/07/02 | PVL | 560.00 | .90 | Teleconference Freeman and Ellington (DOJ) re fr. conv. case (.7); teleconference Wohlfurth re same (.2). |

| | | | | |
|---|---|---|---|---|
| 02/14/02 | PVL | 560.00 | .20 | Confer NDF re fr. conv. documents. |
| 02/14/02 | NDF | 350.00 | .40 | T/c PVNL re: FT case and documents produced by Debtor (.4). |
| 02/18/02 | PVL | 560.00 | .80 | Teleconference Baena re 2/20 status conference. |
| 02/19/02 | PVL | 560.00 | .30 | Confer NDF re fr. conv. case (.2); teleconference EI re same (.1). |
| 02/19/02 | TWS | 425.00 | .20 | Write up legal research assignment on insolvency issues |
| 02/20/02 | PVL | 560.00 | 5.20 | Teleconferences Baena, Kruger, Ellington et al. in preparation for status conference (.5); attend status conference re fr. conv. claims (1.7); confer Ellington and EPA rep re fr. conv. case (.5); teleconference TWS re results of status conference and next steps in fr. conv. case (.3); confer Siegel re fr. conv. case and Zonolite litigation (.5); teleconference EI re fr. conv. case process (.5); confer TWS re same (.1); teleconference LeClair re same (.8); teleconference LeClair and TWS re same (.3). |
| 02/20/02 | TWS | 425.00 | .20 | Outline research assignment re fraudulent conveyance (.1); discuss same with BSH (.1) |
| 02/20/02 | TWS | 425.00 | .40 | TCs PVNL re status conference on fraudulent conveyance claims |
| 02/20/02 | TWS | 425.00 | .40 | Conf call PVNL and Lew Leclair re fraudulent conveyance litigation |
| 02/20/02 | BSH | 260.00 | 1.60 | Research and analyze protection of creditors under fraudulent conveyance law |
| 02/21/02 | PVL | 560.00 | .20 | Confer TWS re docs (.1); teleconference Bentley re equity comm. role (.1). |

13 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/21/02 | TWS | 425.00 | .70 | Brief NDF on status and developments in fraudulent conveyance litigation |
| 02/21/02 | TWS | 425.00 | .10 | Note to NDF and L.LeClair re near-term tasks in fraudulent conveyance litigation |
| 02/21/02 | TWS | 425.00 | .20 | Initial briefing for JPC |
| 02/21/02 | TWS | 425.00 | 20 | Review file re fraudulent conveyance claims |
| 02/21/02 | BSH | 260.00 | 3.00 | Research and analyze protection of creditors under fraudulent conveyance law |
| 02/21/02 | JPC | 215.00 | 30 | Conf w/TWS re fraudulent conveyance claims, background research, and pending litigation |
| 02/21/02 | JPC | 215.00 | 5.90 | Review and analyze background legal and factual material relating to fraudulent conveyance claims and other pending litigation issues |
| 02/21/02 | NDF | 350.00 | 6.40 | T/c Lew LeClair re: case issues, discovery, CMO (1.2); conf. PVNL re: FT case issues (.2); begin review of docs related to Sealed Air transaction (.8); review Complaint and case strategy memo prepared by LeClair and Grace 1996 10-K (4.2). |
| 02/22/02 | TWS | 425.00 | 90 | Conf NDF re developments and near-term tasks in fraudulent conveyance litigation |
| 02/22/02 | TWS | 425.00 | 10 | Notes to RCT and NDF re insolvency research |
| 02/22/02 | BSH | 260.00 | 2.00 | Research and analyze protection of creditors under fraudulent conveyance law |
| 02/22/02 | JPC | 215.00 | 1.80 | Continue review and analysis of pleadings, memos and affidavits |

| | | | | relating to fraudulent conveyance claims pending in Del. |
|---|---|---|---|---|
| 02/22/02 | NDF | 350.00 | 40 | T/c LeClari re: CMO and complaint tasks (.4). |
| 02/23/02 | PVL | 560.00 | 70 | Review draft CMO re fr. conv. lit (.1); confer NDF re fr. conv. CMO etc (.4); review LeClair and Baena email and send email to Baena (.2). |
| 02/23/02 | TWS | 425.00 | 5.60 | Document review |
| 02/23/02 | BSH | 260.00 | 3.30 | Research and analyze protection of creditors under fraudulent conveyance law |
| 02/23/02 | JPC | 215.00 | 5.90 | Conduct document review of WR Grace financial statements and related documents and draft notes on same |
| 02/23/02 | NDF | 350.00 | 6.50 | Review financial statement and estimation of asbestos liability related docs produced by Debtors' counsel related to FT case (reviewed 230 docs) (6.5). |
| 02/24/02 | PVL | 560.00 | 20 | Teleconference TWS re fr. conv. case. |
| 02/24/02 | TWS | 425.00 | 20 | TC PVNL re status and developments |
| 02/24/02 | TWS | 425.00 | .20 | E-mail to/from PVNL re status and developments |
| 02/24/02 | BSH | 260.00 | 1.30 | Research and analyze protection of creditors under fraudulent conveyance |
| 02/24/02 | NDF | 350.00 | 3.50 | Continue review of financial statement and estimation of asbestos liability related docs produced by Debtors' counsel related to FT case (reviewed 23 docs) (3.5). |
| 02/25/02 | PVL | 560.00 | 50 | Confer NDF re fr. conv. CMO (.1); teleconference Browdy re same (.2); teleconference EI re same (.1); review draft CMO (.1). |

| | | | | |
|---|---|---|---|---|
| 02/25/02 | TWS | 425.00 | 10 | Confs NDF re draft case management order |
| 02/25/02 | TWS | 425.00 | 20 | Review draft case management orders |
| 02/25/02 | BSH | 260.00 | 2.50 | Research and analyze protection of creditors in fraudulent conveyance law |
| 02/25/02 | SME | 135.00 | 6.90 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/25/02 | JPC | 215.00 | 7.40 | Continue doc. review of WR Grace financial statements (6) and related financial docs (4) and draft notes on same |
| 02/25/02 | JPC | 215.00 | .60 | Continue review and analysis of WR Grace pleadings, memos, and affidavits relating to fraudulent conveyance claims pending in Del. |
| 02/25/02 | NDF | 350.00 | 3.70 | Draft Case Management Order (1.0); legal res. re: "Reasonableness and solvency"; Read RML case and its progeny (1.2); read KPMG report re: estimation of Grace Asbestos liability (1.0); t/c Mark Peterson re: assignment in Grace (.5). |
| 02/26/02 | PVL | 560.00 | 1.00 | Teleconference EI, TWS and NDF re CMO and budget issues (.9); review email re CMO (.1). |
| 02/26/02 | TWS | 425.00 | .30 | Conf NDF re case management order proposals |
| 02/26/02 | TWS | 425.00 | .30 | TCs L.LeClair and R.Turken re case management order proposals |
| 02/26/02 | TWS | 425.00 | 90 | Conf call EI, PVNL, NDF re case management issues |
| 02/26/02 | TWS | 425.00 | 2.30 | Conf call with all parties on case management proposals, including |

| | | | | |
|---|---|---|---|---|
| | | | | break-out discussions with plaintiffs' counsel (NDF joined call after .5 hour) |
| 02/26/02 | TWS | 425.00 | .70 | Conf NDF re fraudulent transfer claims valuation, case management, and staffing |
| 02/26/02 | TWS | 425.00 | 10 | TC R.Turken re case management order |
| 02/26/02 | TWS | 425.00 | 10 | Conf NDF re case management order |
| 02/26/02 | TWS | 425.00 | 10 | Read Grace filings re class action claims |
| 02/26/02 | BSH | 260.00 | 3.10 | Research and analyze protection of creditors in fraudulent conveyance law |
| 02/26/02 | EI | 675.00 | 1.20 | Conference call PVNL, TWS, NDF to discuss procedures for fraudulent transfer claim handling in light of Wolin conference. |
| 02/26/02 | SME | 135.00 | 3.80 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/26/02 | JPC | 215.00 | 4.50 | Continued review and analysis of WR financial statements (5) and related documents (11), and made detailed notes on same |
| 02/26/02 | JPC | 215.00 | 70 | Rvw draft complaints relating to fraudulent transfer counts agst Grace in state courts & related pleadings |
| 02/26/02 | JPC | 215.00 | 70 | Conf. w/RCS re construction of fraudulent transaction graphic presentation to assist in analysis of claims |
| 02/26/02 | JPC | 215.00 | 2.30 | Draft flowcharts of fraudulent transfers in 1996, 1998, and analyze corresponding pleadings in conjunction w/flowcharts |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 02/26/02 | NDF | 350.00 | 4.20 | T/c EI, PVNL, TWS re: FT case strategy and CMO (1.2); edit CMO in light of Baena, LeClair and PVNL comments (.5); t/c Baena and Turgen (.3); t/c w/defendants, Turken, LeClair and Swett re: CMO issues (1.5); legal res re: FT issues - reading 3d Circuit caselaw on "reasonableness" (.7). |
| 02/27/02 | PVL | 560.00 | 1.40 | Conferences TWS re fr. conv. case (.3); review revised CMO (.1); teleconference EI re case (.1); teleconference Ellington and EPA rep re status of fr. conv. case (.7); confer NDF re same (.2). |
| 02/27/02 | TWS | 425.00 | 10 | Note to L.LeClair and R.Turken re scheduling initial visit to document repository |
| 02/27/02 | TWS | 425.00 | .10 | TC L.LeClair - left message |
| 02/27/02 | TWS | 425.00 | .40 | Consider work plan for budgeting purposes |
| 02/27/02 | TWS | 425.00 | .10 | TCs LeClair and S.McMillan re scheduling |
| 02/27/02 | TWS | 425.00 | 20 | Conf NDF re legal issues and next steps |
| 02/27/02 | TWS | 425.00 | 10 | Note to R.Turken re privilege issues and note to L.LeClair re scheduling |
| 02/27/02 | TWS | 425.00 | 30 | TC PVNL re case management order and related matters |
| 02/27/02 | BSH | 260.00 | 3.10 | Draft outline re: protection of creditors in fraudulent conveyance law |
| 02/27/02 | SME | 135.00 | 90 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/27/02 | JPC | 215.00 | 30 | Review and edit notes taken pursuant to fraudulent conveyance doc review |

- 18

| 02/27/02 | JPC | 215.00 | 6.70 | Continued review of Grace documents relating to alleged fraudulent transfers and made detailed notes on 3 financial statements and 18 other documents relating to the case |
|----------|-----|--------|------|------------------|
| 02/27/02 | NDF | 350.00 | 6.20 | Review docs re: estimation of asbestos liability by debtors (1.8); legal rs re: solvency issues under constructive fraud theories (2.0); review LeClair complaint and Grace 10K and draft memo re strategic issues, work tasks, necessary experts and theories of attack on transfers (2.1); conf. TWS re: workload assignments and legal research topice (.3). |
| 02/28/02 | PVL | 560.00 | 70 | Confer TWS and NDF re case management (.3); teleconference EI et al. re same (.2); review memo re same (.1); confer TWS re same (.1). |
| 02/28/02 | RCT | 300.00 | .80 | Reviewing proposed case management order re: fraudulent conveyance matter and NDF's memo re: fraudulent conveyance matter. |
| 02/28/02 | TWS | 425.00 | .40 | Review NDF's preliminary tasks memo (.2); litigation budget analysis (.2) |
| 02/28/02 | TWS | 425.00 | 1.00 | TC NDF and L.LeClair to discuss legal issues, tactical issues, budgeting, and allocation of tasks |
| 02/28/02 | TWS | 425.00 | .10 | Conf NDF re claims data |
| 02/28/02 | TWS | 425.00 | 1.10 | TC S.Baena, R.Turken, L.LeClair and NDF to plan: budgeting, allocation of tasks, initial visit to document repository, logistics of document management, and initial meeting of plaintiffs' counsel |
| 02/28/02 | BSH | 260.00 | 2.50 | Draft outline re: protection of creditors in fraudulent conveyance law |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/28/02 | SME | 135.00 | 5.00 | Assist NDF in the review of materials received from debtors by creating an index of documents and organizing appropriately. |
| 02/28/02 | JPC | 215.00 | 7.70 | Continued review of Grace documents relating to alleged fraudulent transfers, including financial statements (4) and other documents (65), and made detailed notes on same |
| 02/28/02 | JPC | 215.00 | .50 | Follow-up conf. w/RCS re PowerPoint flow chart to aid in analysis of fraudulent transfer claims |
| 02/28/02 | NDF | 350.00 | 3.90 | T/c Turken re: case strategy (.2); t/c LeClair and Swett re: case strategy and theories (1.0); t/c LeClair, Baena, TWS, Turken re: case assignment, doc review, budget and logistics (1.1); t/c EI, PVNL re: case management issues (.2); conf. PVNL, AGL re: case management issues (.2); conf. tWS, PVNL re: case assignment, doc review, budget and logistics issues (.4); draft letter to Mark Peterson re: documents sent and tasks (.3); review docs produced by Debtor re: Sealed Air Transaction (.5). |

**Total Task Code .34**          **157.30**


**Non-Working Travel Time (9.80 Hours; $ 2,744.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 9.80 | $280 | 2,744.00 |

- 20 -

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | 6.40 | Travel to and from Newark for status conference. |
| 02/24/02 | PVL | 280.00 | 1.00 | Travel to Wilmington for hearing. |
| 02/25/02 | PVL | 280.00 | 2.40 | Return travel to DC from hearing. |

**Total Task Code .35**     **9.80**

**Plan/Disclosure Statement/Voting Issues (.10 Hours; $ 56.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | 10 | Review Grace exclusivity motion. (time for 1/29/02) |

**Total Task Code .36**     **.10**

**Preparation for and Attendance at Hearings (3.40 Hours; $ 1,904.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 3.40 | $560 | 1,904.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/23/02 | PVL | 560.00 | .40 | Review Grace opposition to ZAI motion to dismiss (.2); prep for 2/24 hearing (.2). |

- 21

| 02/25/02 | PVL | 560.00 | 3.00 | Attend hearing re PD & ZAI claims (2.8); confer Pasquale and Bentley re same (.2). |

**Total Task Code .37**     **3.40**

**Retention of Professionals (.80 Hours; $ 434.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 70 | $560 | 392.00 |
| Trevor W. Swett | 10 | $425 | 42.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | .10 | Review HRA and Hilton retention opposition |
| 02/02/02 | PVL | 560.00 | 10 | Review UST objection to PWC retention application. |
| 02/04/02 | PVL | 560.00 | 10 | Review amended UST objection re PwC retention. |
| 02/11/02 | PVL | 560.00 | 10 | Review Hilsoft retention application. |
| 02/12/02 | PVL | 560.00 | .10 | Review Carella retention application |
| 02/14/02 | PVL | 560.00 | 10 | Teleconference Zaleski re Carella retention application. |
| 02/18/02 | PVL | 560.00 | .10 | Review 3 PD Comm. prof retention orders. |
| 02/28/02 | TWS | 425.00 | 10 | TC from S.Baena re retention of McKool, Smith |

**Total Task Code .40**     **.80**

**Stay Litigation (Section 362)(.60 Hours; $ 336.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .60 | $560 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | .40 | Review GE Capital section 365 motion (.1); review Grace TRO motion re Nat'l Union (.3). (time for 1/29/02) |
| 02/25/02 | PVL | 560.00 | .20 | Review motion and brief re tobacco lit. stay. |

**Total Task Code .41**    **.60**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 466.00 |
| Air Freight & Express Mail | 48.01 |
| Database Research | 361.16 |
| Long Distance Telephone - Equitrac In-House | 54.44 |
| Meals Related to Travel | 11.50 |
| NYO Long Distance Telephone | 7.41 |
| Postage | 6.45 |
| Research Material | 67.66 |
| Telecopier | 17.85 |
| Travel Expenses – Ground Transportation | 259.33 |
| Travel Expenses – Hotel Charges | 241.02 |
| Travel Expenses – LD Calls on Hotel Bill | 42.45 |
| Duplicating | <u>946.50</u> |
| | |
| Total: | $ 2,529.78 |