# EXHIBIT B

### Asbestos: Claims Litigation (4.3 Hours; $ 1,575.50)

Services rendered in this category relate to the litigation concerning the validity and payment of claim.

**Total Task Code .03**      4.3

### Asbestos: Co-Def Issues & Bankruptcies (.2 Hours; $ 85.00)

Services rendered in this category pertain to issues involving asbestos co-defendants, including those co-defendants that are presently in bankruptcy.

**Total Task Code .04**      .2

### Asbestos: Settlement Matters (2.7 Hours; $ 1,512.00)

Services rendered in this category pertain to the analysis of and response to asbestos claim settlements involving the debtors.

**Total Task Code .05**      2.7

### Bankruptcy Litigation (Preferences & Avoidance Actions) (.5 Hours; $ 280.00)

Services rendered in this category pertain to the analysis of and response to preference and avoidance matters involving the debtors, their subsidiaries and other entities.

**Total Task Code .11**      .5

### Business Analysis (primarily for accountants & financial advisors) (.1 Hours; $56.00)

Services rendered in this category pertain to analysis of the financial statements and projections and other financial analyses of the debtors and their subsidiaries.

**Total Task Code .12**      .1

## Case Administration (67.7 Hours; $ 12,622.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14**

## Committee Matters & Creditor Mtgs. (2.4 Hours; $ 1,459.00)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17**

## Compensation of Professionals (Fee Applications of self & others) (9.0 Hours; $ 2,000.50)

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18**

## Litigation/Fraudulent Conveyance (157.3 Hours; $ 48,796.00)

Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .34**     157.3

## Non-Working Travel Time (9.8 Hours; $ 2,744.00)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35**

## Plan/Disclosure Statement/Voting Issues (.1 Hours; $ 56.00)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .36          .1**


## Preparation for & Attendance at Hearings (3.4 Hours; $ 1,904.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .37          3.4**


## Retention of Professionals (.8 Hours; $ 434.50)

Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .40          .8**


## Stay Litigation (Section 362) (.6 Hours; $ 336.00)

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .41          .6**