# **EXHIBIT C**

**Other Charges:**

| | |
|---|---:|
| Air & Train Transportation | 466.00 |
| Air Freight & Express Mail | 48.01 |
| Database Research | 361.16 |
| Long Distance Telephone - Equitrac In-House | 54.44 |
| Meals Related to Travel | 11.50 |
| NYO Long Distance Telephone | 7.41 |
| Postage | 6.45 |
| Research Material | 67.66 |
| Telecopier | 17.85 |
| Travel Expenses – Ground Transportation | 259.33 |
| Travel Expenses – Hotel Charges | 241.02 |
| Travel Expenses – LD Calls on Hotel Bill | 42.45 |
| Duplicating | 946.50 |
| **Total:** | **$ 2,529.78** |

```
03/12/2002                              Prebill Control Report
09:08:35

Prebill 000001   Subpage                                    .ent: 4642                        000
Bill Attn To     Attn:

Client 4642           Grace Asbestos Personal Injury Claimant    Old Ref:              pen
Primary Contact


Matter 000                                                       Old Ref           pened: 04, 6/0:
Disburseme


Bill Cycle: 01  Style: it        Start    16/01   Last Billed:  02/11/02   Trans Date Range: 1/01/50 t( 02/28/02
Client Retainer Available:                Committed to invoices         00   Remaining:         .00
Client Credits  Available:                Committed to invoices         00   Remaining:         .00
Matter Retainer Available:                Committed to invoices         00   Remaining:         .00
Matter Credits  Available:                Committed to invoices         00   Remaining:         .00
Budget Fees         .00                   Billed Fees               .00      Resp Empl: Elihu  selbuch
Budget Exp          .00                   Billed Exp          28,854.46      Bill Empl: Elihu  selbuch
Budget Tot          .00                   Total               28,854.46      Alt Empl:  Elihu  selbuch


SUMMARY BY EMPI

                                                                                                  Value At
Empl Init  Name                       T/E  Avg Rate   Hours      Amount   Avg Rate   Hours      Amount   Calc Rate
0020 PVL   Peter Van N. Lockwood       E                        784.59                         784.59
0120 EI    Elihu Inselbuch                                      283.72                         283.72
0999 C&D   Caplin &. Drysdale                                 1,461.47                       1,461.47
                    Total Fees:                 00                 .00              0           .00          00
                    Total Expenses                            2,529.78                       2,529.78        00
                    Total Fee+Exp:              00            2,529.78              0        2,529.78        00


)ETAIL BY TIME/EXPENSE, EMPLOYEE

                                    W/E  Trans.  Work   ---------A C T U A L--------   ---------------B I L L I N G--
    _rans Transaction Description   Code Date    Empl   Rate    Hours    Amount    Rate   Hours    Amount   Cumulati_
127: 176 Xeroxing                   E 54 02/01/02 0999 C&D                                                      8.70
127: 177 Equitrac - Photocopy       E 54 02/01/02 0999 C&D                                                     10.05
         charges
     178 Telecopier/Equitrac        E 62 02/01/02 0999 C&D         7.35                              7.35      17.40
127: 491 Equitrac - Long Distance   E 64 02/04/02 0999 C&D          .10                               .10      17.50
127: 835 Xeroxing                   E 54 02/04/02 0999 C&D        24.75                             24.75      42.25
     328 Charge & Ride cab for EI t( E 33 02/05/02 0120 EI       233.58                            233.58      75.83
         Newark, NJ on 1/11
         From Charge & Ride Inc.
         002821 AUDIT *
         AP-0069,811:0002  Date:
         02/05/02
     330 Federal Express to Matthew
         Zalewski from EI on 1/15
```

03/12/2002                                             'rebill    ltrol Re]
09:08:35

**Prebill 000001**   Subpage                                              464:         Matter: 00(
                                   W/E  Trans.  Work      A C T U A L-------       I L L I N G--
    Trans Transaction Descript     Code  Date   Empl      Hours    Amoun                Amount    Cumulative

| Trans | Transaction Descript | W/E Code | Trans. Date | Work Empl | Actual Hours | Actual Amoun | Illing Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|
| | From Federal Express 002001 AUDIT * AP-0069,812:0003 Date: 02/05/02 | | | | | | | |
| 1273,540 | Long Distance-Equitrac In-House | | | | | 5.06 | | 63 |
| 1273,836 | Equitrac - Photocopy charges | | | | | | | |
| 1274,104 | ADA Travel PVNL 1/22 travel to Newark From ADA Travel, Inc. 000534 AUDIT * AP-0069,856:0014 Date: 02/06/02 | | | | | | 22.00 | |
| 1274,105 | ADA Travel Agency fee for PVNL 1/22 travel to Newark From ADA Travel, Inc. 000534 AUDIT * AP-0069,856:0015 Date: 02/06/02 | E 15 | 02/06/02 | 0020 PVL | | 5.00 | 00 | |
| 1274,190 | NYO Long Distance Telephone-Long distance call in the month of January | E 65 | 02/06/02 | 0999 C&D | | 41 | | 8.19 |
| 1274,237 | Equitrac - Long Distance | E 64 | 02/06/02 | 0999 C&D | | 80 | 2.80 | 40.99 |
| 1274,309 | Xeroxing | E 54 | 02/06/02 | 0999 C&D | | 00 | 7.00 | 27.99 |
| 1274,310 | Equitrac - Photocopy charges | E 54 | 02/06/02 | 0999 C&D | | 30 | .30 | 28.29 |
| 1274,311 | Xeroxing | E 54 | 02/06/02 | 0999 C&D | | 30 | 3( | 31.59 |
| 1274,587 | Long Distance-Equitrac In-House | E 64 | 02/07/02 | 0999 C&D | | 21 | 2: | 32.80 |
| 1274,672 | Equitrac - Photocopy charges | | 02/07, | 0999 C&D | | 60 | | |
| 1274,673 | Equitrac - Photocopy charges | | | | | | | |
| 1274,674 | Equitrac - Photocopy charges | E 54 | 02/07, 2 | 0999 C&D | | | | |
| 1274,675 | Equitrac - Photocopy charges | E | 02/07, 2 | 0999 C&D | | 20 | 20 | 55.90 |
| 1275,567 | Long Distance-Equitrac In-House | | 2 | 0999 C&D | | 43 | | 59.3: |
| 1275,666 | Xeroxing | | 02/11/02 | 0999 C&D | | | 65 | 72.9{ |
| 1275,667 | Equitrac - Photocopy charges | | 02/11/02 | 0999 C&D | | 15 | 15 | 73.1: |
| 1275,668 | Equitrac - Photocopy charges | | 02/1] 2 | 0999 C&D | | | 15 | 76.2{ |
| 1275,669 | Equitrac - Photocopy charges | | | | | | 10 | 78.38 |
| 1275,670 | Equitrac - Photocopy | | | | | | | |

3/12/2002                       Prebill Control Report                                 age 3
9:08:35

**Prebill 000001**  Subpage                                      Client: 4642          Matter: 00(
                              W/E  Trans.   Work   ---------A C T U A L--------  --------------B I L L I N G--
 Trans Transaction Description Code  Date   Empl   Rate   Hours   Amount   Rate  Hours   Amount   Cumulative

| Trans | Transaction Description | W/E Code | Trans. Date | Work Empl | Actual Amount | Billing Amount | Cumulative |
|---|---|---|---|---|---|---|---|
| 275,813 | Petty Cash; Cab expenses for PVNL in New Jersey on 1/22 From Petty Cash 005317 AUDIT * AP-0069,946:0016 Date: 02/12/02 | E 33 | 0: 2/02 | 0020 PVL | 13.50 | 13.50 | |
| 276,292 | Equitrac - Photocopy charges | E 54 | 02/12/02 | 0999 C&D | 37.20 | | |
| 276,293 | Equitrac - Photocopy charges | E 54 | 02/12/02 | 0999 C&D | 20.40 | 20.40 | |
| 276,294 | Equitrac - Photocopy charges | E 54 | 02/12/02 | 0999 C&D | 45 | 45 | 950.68 |
| 276,680 | Equitrac - Photocopy charges | | 3/02 | 0999 C&I | | 30 | 950.98 |
| 277,856 | Federal Express to Matthew Zaleski from EI on 2/12 From Federal Express 002001 AUDIT * AP-0070,045:0004 Date: 02/14/02 | | 2/14/02 | 0120 EI | | | |
| 277,873 | Federal Express to Jerry Ellington, John Cooney and Steve Baron from EI on 2/12 From Federal Express 002001 AUDIT * AP-0070,058:0006 Date: 02/15/02 | | 2/15/02 | 0020 PVL | | | 994.97 |
| 278,222 | Equitrac - Photocopy charges | E 54 | 02/15/02 | 0999 C&D | 2.70 | | 997.67 |
| 278,223 | Xeroxing | E 54 | 02/15/02 | 0999 C&D | 43.80 | 43.80 | 1,041.47 |
| 278,224 | Equitrac - Photocopy charges | E 54 | 02/15/02 | 0999 C&D | 3.00 | 3.00 | 1,044.47 |
| 278,112 | Equitrac - Long Distance | E 64 | 02/18/02 | 0999 C&D | .05 | .05 | 1,044.52 |
| 278,591 | Xeroxing | E 54 | 02/19/02 | 0999 C&D | 46.80 | 46.80 | 1,091.32 |
| 278,592 | Xeroxing | E 54 | 02/19/02 | 0999 C&D | .60 | .60 | 1,091.92 |
| 278,593 | Equitrac - Photocopy charges | E 54 | 02/19/02 | 0999 C&D | 7.05 | 7.05 | 1,098.97 |
| 279,255 | Long Distance-Equitrac In-House | | 64 02/20/0 | | | | 05.31 |
| 279,344 | Equitrac - Photocopy charges | E 54 | 02/20/02 | 0999 C&D | 2.40 | | |
| 279,345 | Equitrac - Photocopy charges | E 54 | 02/20/02 | 0999 C&D | 7.05 | 7.05 | |
| 279,346 | Xeroxing | E 54 | 02/20/02 | 0999 C&D | 48.75 | 48.75 | 93.51 |
| 279,347 | Equitrac - Photocopy charges | E 54 | 02/20/02 | 0999 C&D | 12.00 | 12.00 | 05.51 |
| 279,221 | Petty Cash; Cab expense for | | 02/21/02 | 0020 PVL | 12.25 | 2.25 | |

03/12/2002                              Prebill Control Report                                                Page 4
09:08:35

**Prebill 000001**   Subpage                                                Client:                    Matter: 000
                                    W/E  Trans.   Work      ----- A C T U A  -------       ----B I L L I N G----
    Trans Transaction Description   Code  Date    Empl       Rate    Hours    Amount         Hours      Amount

| Trans | Transaction Description | W/E Code | Trans Date | Work Empl | Rate | Actual Hours | Actual Amount | Billing Hours | Billing Amount |
|---|---|---|---|---|---|---|---|---|---|
| | PVNL in Newark, NJ on 2/20 From Petty Cash 005317 AUDIT * AP-0070,101:0041 Date: 02/21/02 | | | | | | | | |
| 279,222 | Petty Cash; Ticket upgrade for PVNL for Newark, NJ travel on 2/20 From Petty Cash 005317 AUDIT * AP-0070,101:0042 Date: 02/21/02 | E 15 | 02/21/02 | 0020 PVL | | | 19.00 | 9.00 | 236.76 |
| 279,223 | Petty Cash; Lunch expense for PNVL in Newark on 2/20 From Petty Cash 005317 AUDIT * AP-0070,101:0043 Date: 02/21/02 | E 21 | 02/21/02 | 0020 PVL | | | 1.50 | 11.50 | |
| 279,612 | Equitrac - Long Distance | E 64 | 02/21/02 | 0999 C&D | | | .54 | .54 | 248.80 |
| 279,691 | Equitrac - Photocopy charges | E 54 | 02/21/02 | 0999 C&D | | | 5.00 | 5.00 | 263.80 |
| 279,692 | Xeroxing | E 54 | 02/21/02 | 0999 C&D | | | 55.65 | 55.65 | 319.45 |
| 279,693 | Xeroxing | E 54 | 02/21/02 | 0999 C&D | | | 1.50 | 1.50 | 320.95 |
| 279,694 | Xeroxing | E 54 | 02/21/02 | 0999 C&D | | | 5.10 | 5.10 | 326.05 |
| 279,695 | Equitrac - Photocopy charges | E 54 | 02/21/02 | 0999 C&D | | | 54.00 | 54.00 | 380.05 |
| 279,696 | Equitrac - Photocopy charges | E 54 | 02/21/02 | 0999 C&D | | | | | 89.80 |
| 280,261 | Long Distance-Equitrac In-House | E 64 | 02/22/02 | 0999 C&D | | | | | 390.52 |
| 280,348 | Equitrac - Photocopy charges | E 54 | 02/22/02 | 0999 C&D | | | 12.75 | 12.75 | |
| 280,349 | Equitrac - Photocopy charges | E 54 | 02/22/02 | 0999 C&D | | | | 4.50 | 407.77 |
| 280,350 | Equitrac - Photocopy charges | | | | | | | | 411 |
| 280,262 | Equitrac - Long Distance | E 64 | 02/23/02 | 0999 C&D | | | .09 | .09 | 413.86 |
| 280,351 | Equitrac - Photocopy charges | E 54 | 02/23/02 | 0999 C&D | | | 35 | 1.35 | 415.21 |
| 280,796 | Long Distance-Equitrac In-House | | | | | | | | |
| 280,884 | Xeroxing | 4 | 02/25/02 | 0999 C&D | | | | 2.40 | 418.51 |
| 280,885 | Equitrac - Photocopy charges | 4 | 02/25/02 | 0999 C&D | | | | .90 | 419.41 |
| 280,886 | Xeroxing | E 54 | 02/25/02 | 0999 C&D | | | 83.75 | | 603.16 |
| 280,887 | Xeroxing | E 54 | 02/25/02 | 0999 C&D | | | 40.95 | 40.95 | 644.11 |
| 280,888 | Xeroxing | E 54 | 02/25/02 | 0999 C&D | | | 3.30 | 3.30 | 647.41 |
| 280,889 | Equitrac - Photocopy charges | E 54 | 02/25/02 | 0999 C&D | | | 6.00 | 6.00 | 653.41 |

Prebill 000001   upage

| Trans | Transaction Description | W/E Code | Trans Date | Work Emp | Rate | ACTI Hours | Amount | BILLING Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|
| 1280,890 | Xeroxing | E 54 | 02/25/02 | 0999 CED | | | | 2.25 | | 1,655.99 |
| 1280,891 | Equitrac - Photocopy charges | E 54 | 02/25/02 | 0999 CED | | | | 19.20 | | 1,674.86 |
| 1280,892 | Telecopier/Equitrac | E 62 | 02/25/02 | 0999 CED | | 1.20 | | | | 1,676.06 |
| 1281,338 | Long Distance-Equitrac | E 64 | 02/26/02 | 0999 CED | | 1.75 | | | | 1,687.81 |
| 1281,416 | Equitrac - Photocopy In-House | E 54 | 02/26/02 | 0999 CED | | | | | | 1,689.56 |
| 1281,417 | Xeroxing | E 54 | 02/26/02 | 0999 CED | | | | 4.20 | | 1,692.76 |
| 1281,418 | Equitrac - Photocopy charges | E 54 | 02/26/02 | 0999 CED | | | | 9.75 | | 1,702.51 |
| 1281,419 | Equitrac - Photocopy charges | E 54 | 02/26/02 | 0999 CED | | | | | | 1,720.66 |
| 1281,420 | Xeroxing | E 54 | 02/26/02 | 0999 CED | | 2.40 | | | | 1,723.06 |
| 1281,421 | Equitrac - Fax charges | E 62 | 02/26/02 | 0999 CED | | .30 | | | | 1,723.36 |
| 1281,422 | Telecopier/Equitrac | E 62 | 02/26/02 | 0999 CED | | 5.25 | | | | 1,728.61 |
| 1281,985 | Long Distance-Equitrac | E 64 | 02/27/02 | 0999 CED | | 3.07 | | | | 1,731.68 |
| 1282,058 | Equitrac - Photocopy In-House | E 54 | 02/27/02 | 0999 CED | | | | 15 | | |
| 1282,059 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | | | 1,734.98 |
| 1282,060 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | | | 1,747.58 |
| 1282,061 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | 2.40 | | |
| 1282,062 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | 18.75 | | 1,768.73 |
| 1282,063 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | | | 1,771.13 |
| 1282,064 | Equitrac - Photocopy charges | E 54 | 02/27/02 | 0999 CED | | | | 4.50 | | |
| 1282,065 | Telecopier/Equitrac | E 62 | 02/27/02 | 0999 CED | | 2.25 | | | | 1,777.88 |
| 1282,066 | Telecopier/Equitrac | E 62 | 02/27/02 | 0999 CED | | 1.50 | | | | 1,779.38 |
| 1282,353 | Xeroxing | E 54 | 02/27/02 | 0999 CED | | | | .45 | | 1,779.83 |
| 1282,961 | PVNL expenses to Wilmington for court hearing on 2/24 for Hotel du Pont From Peter Van N. Lockwood 000020 AUDIT * AP-0070,279:0002 Date: 02/28/02 | E 32 | 02/28/02 | 0020 PVL | | 241.02 | | | 41.02 | 2,020.85 |
| 1282,966 | EI phone calls made while in Puerto Rico for Fed Bar Council Winter Bench & Bar Conference From Elihu Inselbuch 000120 AUDIT * AP-0070,280:0007 Date: | E 35 | 02/28/02 | 0120 EI | | | | 45 | .90 | |

```
03/12/2002                                          rebill Control Repc
09:08:36

ebill output   subpage                                                    Client: 4842              Matter: 000
                                          W/E  Trans.  Work     ------A C T U A L------   -------B I L L I N G-------
  Trans  Transaction Description          Code  Date   Empl     Rate   Hours   Amount     Rate   Hours   Amount     umula

         02/28/02
1283,244 Federal Express delivery to      E 01 02/28/02 0120 EI                  1.28                     1.28      2,064.5
         m. Zaleski
         From Federal Express
         002001 AUDIT *
         AP-0070,294:0005  Date:
         02/28/02
1282,946 Lexis Nexis on line              E 06 02/28/02 0999 C&D                67.66                    67.66      2,132.24
         research
         From LEXIS-NEXIS
         004301 AUDIT *
         AP-0070,270:0007  Date:
         02/28/02
1283,281 Long Distance-Equitrac           E 64 02/28/02 0999 C&D                18.38                    18.38
         In-House
1283,354 Xeroxing                         E 54 02/28/02 0999 C&D                 2.25                     2.25      2,152.87
1283,355 Xeroxing                         E 54 02/28/02 0999 C&D                 4.35                     4.35      2,157.22
1283,356 Equitrac - Photocopy             E 54 02/28/02 0999 C&D                 2.55                     2.55      2,159.77
         charges
1283,357 Equitrac - Photocopy             E 54 02/28/02 0999 C&D                 2.40                     2.40
         charges
1284,006 Database Research-Westlaw        E 50 02/28/02 0999 C&D                 1.12                     1.12      2,163.29
         research by RCS on 02/22
1284,007 Database Research-Westlaw        E 50 02/28/02 0999 C&D                37.01                    37.01      2,200.30
         research by BSH on 02/22
1284,008 Database Research-Westlaw        E 50 02/28/02 0999 C&D               169.84                   169.84
         research by RCS on 02/22
1284,009 Database Research-Westlaw        E 50 02/28/02 0999 C&D               121.09                   121.0
         research by BSH on 02/22
1284,010 Database Research-Westlaw        E 50 02/28/02 0999 C&D                32.10                    32.1       523.3
         research by BSH on 02/20
1284,681 Postage from NY office           E 56 02/28/02 0999 C&D                 6.45                     6.4
         during February 2002

        xpense Cards

Matter Total Fee                                                                  .00                      .00
Matter Total Exp                                                               29.78                    29.78
Matter Total                                                                   29.78                    29.78
```