**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF
W. R. GRACE & CO., ET AL.
FOR THE PERIOD FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $8,195.21 | | $80,604.00 | $8195.21 | $20,151.00 |
| October, 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January, 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 2/1/02 – 2/28/02 | Total Hours From The Petition Date | Total Fees For The Period 2/1/02 – 2/28/02 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 1.0 | $ .00 | $ 406.00 |
| Asset Dispostion | 0.0 | 0.0 | $ .00 | $ .00 |
| Business Operations | 0.0 | 0.1 | $ .00 | $ 50.00 |
| Case Administration | 67.7 | 432.5 | $ 12,622.50 | $ 150,513.00 |
| Claims Administration & Objections | 0.0 | 33.8 | $ .00 | $ 13,639.00 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $ .00 | $ 2,400.00 |
| Fee/Employment Applications | 0.0 | 50.0 | $ .00 | $ 12,283.00 |
| Fee/Employment Objections | 0.0 | .4 | $ .00 | $ 158.00 |
| Financing | 0.0 | 0.0 | $ .00 | $ .00 |
| Litigation | 0.0 | 458.9 | $ .00 | $ 143,294.00 |
| Plan and Disclosure Statement | .1 | 1.9 | $ 56.00 | $ 713.00 |
| Relief from Stay Proceedings | 0.0 | 0.7 | $ .00 | $ 350.00 |
| Tax Issues | 0.0 | 4.3 | $ .00 | $ 1,569.50 |
| Valuation | 0.0 | 0.0 | $ .00 | $ .00 |
| Committee Meetings/ Conferences | 0.0 | 45.7 | $ .00 | $ 23,330.50 |
| Travel | 9.8 | 53.5 | $ 2,744.00 | $ 14,130.50 |
| Docket Review & Control | 0.0 | 279.9 | $ .00 | $ 34,207.50 |
| Asbestos: Claims Litigation | 4.3 | 4.3 | $ 1,575.50 | $ 1,575.50 |

| | | | | |
|---|---|---|---|---|
| Asbestos: Co-Def Issues & Bankruptcies | .2 | .2 | $ 85.00 | $ 85.00 |
| Asbestos: Settlement Matters | 2.7 | 2.7 | $ 1,512.00 | $ 1,512.00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | .5 | .5 | $ 280.00 | $ 280.00 |
| Business Analysis (primarily for accountants & financial advisors) | .1 | .1 | $ 56.00 | $ 56.00 |
| Committee Matters & Creditor Mtgs | 2.4 | 2.4 | $ 1,459.00 | $ 1,459.00 |
| Compensation of Professionals (Fee Applications of self & others) | 9.0 | 9.0 | $ 2,000.50 | $ 2,000.50 |
| Litigation/Fraudulent Conveyance | 157.3 | 157.3 | $ 48,796.00 | $ 48,796.00 |
| Preparation for & Attendance at Hearings | 3.4 | 3.4 | $ 1,904.00 | $ 1,904.00 |
| Retention of Professionals | .8 | .8 | $ 434.50 | $ 434.50 |
| Stay Litigation (Section 362) | .6 | .6 | $ 336.00 | $ 336.00 |
| TOTAL | 258.9 | 1,548.8 | $ 73,861.00 | $ 455,482.50 |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 2/1/02 – 2/28/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 361.16 | $ 11,319.07 |
| Research Materials | $ 67.66 | $ 75.66 |
| Air Freight & Express Mail | $ 48.01 | $ 1,353.85 |
| Outside Local Deliveries | $ .00 | $ 32.04 |
| Filing Fees | $ .00 | $ .00 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ .00 | $ 241.44 |
| Outside Photocopy Service | $ .00 | $ 31.09 |
| Miscellaneous Client Advances | $ .00 | $ 605.57 |
| Air & Train Transportation | $ 466.00 | $ 6,431.33 |
| Meals Related to Travel | $ 11.50 | $ 138.44 |
| Travel Expenses – Hotel Charges | $ 241.02 | $ 514.80 |
| Travel Expenses – Ground Transportation | $ 259.33 | $ 520.33 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ 42.45 | $ 42.45 |
| Local Transportation – DC | $ .00 | $ .00 |
| Local Transportation – NY | $ .00 | $ 144.14 |
| Xeroxing | $ 946.50 | $ 7,892.40 |

| | | | | |
|---|---|---|---|---|
| Postage | $ | 6.45 | $ | 83.93 |
| Overtime Expenses | $ | .00 | $ | .00 |
| Overtime Meals | $ | .00 | $ | .00 |
| Telecopier | $ | 17.85 | $ | 503.55 |
| Use of Personal Cell/Home Phone | $ | .00 | $ | 27.43 |
| Long Distance – Credit Card | $ | .00 | $ | 699.99 |
| Long Distance Telephone – DC | $ | 54.44 | $ | 613.32 |
| NYO Long Distance Telephone | $ | 7.41 | $ | 113.41 |
| **TOTAL** | **$** | **2,529.78** | **$** | **31,384.24** |