**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

March 25, 2002

Invoice No. 01602

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period February 1, 2002 through February 28, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 6.00 | $2,550.00 |
| Michael Berkin - Managing Director | 2.00 | $850.00 |
| Dottie-Jo Collins - Manager | 1.60 | $384.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Telephone,  Xerox, Postage, Fax | $22.81 |
| **TOTAL** | $3,806.81 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

March 25, 2002

Invoice No. 01602

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:   W.R. Grace

Summary of Professional Services Rendered: February  , 2002  - February 28, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 6.00 | $2,550.00 |
| Michael Berkin | Schedule A | $425 | 2.00 | $850.00 |
| Dottie-Jo Collins | Schedule A | $240 | 1.60 | $384.00 |
| **Total Professional Services- Schedule A:** | | | 9.60 | $3,784.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $22.81 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $3,806.81 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
        by Billing Matter Category.

# W.R. Grace

**Schedule A**

### Loreto T. Tersigni

*Services Rendered during the Period:   February 1 - 28, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2002 | Review of November 2001 monthly operating report. | 20 | 2.75 | $425.00 | $1,168.75 |
| 2/5/2002 | Preparation of discussion agenda and related memorandum with ACC's counsel to review status and issues related to financial matters. | 17 | 1.25 | $425.00 | $531.25 |
| 2/6/2002 | Meeting with counsel to review engagement status and related financial issues | 12 | 0.50 | $425.00 | $212.50 |
|  | Engagement status summary |  |  |  |  |
|  | Sub-Total |  | 6.00 |  | $2,550.00 |

### Michael Berkin

*Services Rendered during the Period:   February 1 - 28, 2002.*

| Date | Comment |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/5/2002 | Preparation for status meeting with ACC | 17 | 1.50 | $425.00 | $637.50 |
| 2/6/2002 | Meeting with counsel to review engagement status and related financial issues | 12 | 0.50 | $425.00 | $212.50 |
|  | Sub-Total |  | 2.00 |  | $850.00 |

### Dottie-Jo Collins

*Services Rendered during the Period:   February 1 - 28, 2002.*

| Date | Comment |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2002 | First Supplemental Affidavit & update of monthly status report | 18 | 0.20 | $240.00 | $48.00 |
| 2/13/2002 | Review of New Monthly Billing Matter Categories | 18 | 0.50 | $240.00 | $120.00 |
| 2/13/2002 | Assignment of New Monthly Billing Matter Categories | 18 | 0.40 | $240.00 | $96.00 |
| 2/28/2002 | Compilation and consolidation of monthly services rendered | 18 | 0.50 | $240.00 | $120.00 |
|  | Sub-Total |  | 1.60 |  | $384.00 |

| | TOTAL Schedule A | 9.60 | $3,784.00 |
|---|---|---|---|

# W.R. Grace

**Schedule B**

*Services Rendered during the Period: February 1-28, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/6/2002 | .Tersigni | Meeting with counsel to review engagement status and related financial issues | 12 | 0.50 | $425.00 | $212.50 |
| 2/17/2002 | L.Tersigni | Engagement status summary | 12 | 1.50 | $425.00 | $637.50 |
| 2/6/2002 | M. Berkin | Meeting with counsel to review engagement status and related financial issues | 12 | 0.50 | $425.00 | $212.50 |
| | | Sub-Total | | | | |
| 2/5/2002 | L.Tersigni | Preparation of discussion agenda and related memorandum with ACC's counsel to review status and issues related to financial matters. | 17 | 1.25 | $425.00 | $531.25 |
| 2/5/2002 | M. Berkin | Preparation for status meeting with ACC | 17 | 1.50 | $425.00 | $637.50 |
| | | Sub-Total | 17 | 2.75 | | $1,168.75 |
| 2/4/2002 | D.Collins | First Supplemental Affidavit & update of monthly status report | 18 | 0.20 | $240.00 | $48.00 |
| 2/13/2002 | D.Collins | Review of New Monthly Billing Matter Categories | 18 | 0.50 | $240.00 | $120.00 |
| 2/13/2002 | D.Collins | Assignment of New Monthly Billing Matter Categories | 18 | 0.40 | $240.00 | $96.00 |
| 2/28/2002 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 0.50 | $240.00 | $120.00 |
| | | Sub-Total | 18 | | | |
| 2/4/2002 | .Tersign | Review of November 2001 monthly operating report. | 20 | 2.75 | $425.00 | $1,168.75 |
| | | Sub-Total | 20 | | | |
| | | **TOTAL Schedule B** | | 9.60 | | $3,784.00 |

# W. R. Grace

# Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $17.51 |
| Xerox   ( 28 x $0.10 per page) | $2.80 |
| Postage    ( 2 x $1.25 per envelope) | $2.50 |
| **Total Expenses incurred from February 1 - 28, 2002** | **$22.81** |