Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  02/28/02
Wilmington   DE                         ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        9

Costs and Expenses



PREVIOUS BALANCE                                       $11,706.58



| Date | Description | Amount |
|---|---|---:|
| 02/01/02 | Ikon Office Solutions - Photocopying, Envelopes, Mailing | 246.30 |
| 02/01/02 | Federal Express to Julie Davis on 1/23/02 | 13.86 |
| 02/05/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 02/05/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 02/05/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 02/06/02 | Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries | 230.95 |
| 02/07/02 | Ikon Office Solutions - Photocopying | 67.20 |
| 02/08/02 | Federal Express to Larry Tersigni on 1/31/02 | 13.88 |
| 02/08/02 | Photocopying - 3 copies of Status Report (4 pages) | 6.00 |
| 02/11/02 | Parcels, Inc. - Delaware Document Retrieval on 2/7/02 | 60.00 |
| 02/12/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 02/12/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 02/12/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 02/15/02 | Ikon Office Solutions - Photocopying | 91.70 |
| 02/15/02 | Federal Express to Larry Tersigni on 2/7/02 | 17.10 |
| 02/15/02 | Federal Express to Mark Peterson on 2/12/02 | 15.84 |
| 02/15/02 | Federal Express to Larry Tersigni on 1/12/02 | 11.00 |
| 02/15/02 | Federal Express to Rita Tobin on 2/12/02 | 11.00 |
| 02/16/02 | AT&T Long Distance Phone Calls | 5.58 |
| 02/20/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 02/20/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 02/20/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 02/22/02 | Federal Express to Philip Milch on 2/15/02 | 17.77 |
| 02/22/02 | Ikon Office Solutions - Photocopying, Envelopes, Mailing, Hand Deliveries on 2/21/02 | 66.90 |
| 02/25/02 | Fax to 16 Committee Members - 3 pages | 24.00 |
| 02/25/02 | Fax to 16 Committee Members - 11 pages | 88.00 |

```
                                                          Page: 2
              W.R. Grace                                02/28/02
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        9
              Costs and Expenses


                                                        --------
              TOTAL EXPENSES                            1,003.58

              TOTAL CURRENT WORK                        1,003.58


02/07/02 Payment - Thank you. (10/01)(100%)            -3,455.88

              BALANCE DUE                              $9,254.28
                                                       =========
```

```
              Any payments received after the statement date will be
              applied to next month's statement.  Please note your
              account number on your payment.  Thank you.
```

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310
```

```
                                                        Page: 1
        W.R. Grace                                     02/28/02
        Wilmington  DE                    ACCOUNT NO: 3000-01D
                                          STATEMENT NO:       9

        Asset Analysis and Recovery
```

```
        PREVIOUS BALANCE                               $1,927.50
```

|  |  | HOURS |  |
|---|---|---|---|
| 02/05/02 | | | |
| MGZ | Telephone conference with J. Kapp re: Conference with Judge Wolin on Fraudulent Transfer Actions | 0.10 | 29.00 |
| 02/13/02 | | | |
| MGZ | Telephone conference with K. Keith re: Fraudulent Transfer Litigation | 0.20 | 58.00 |
| 02/15/02 | | | |
| DAC | Review of fraudulent transfer decision in Babcock Wilcox case; discussion with counsel re: same | 2.00 | 700.00 |
| 02/26/02 | | | |
| MGZ | Review correspondence from N. Finch re: Pre-Trial Order for Fraud Transfer Litigation | 0.10 | 29.00 |
| MGZ | Research and Review of Files re: same | 0.40 | 116.00 |
| MGZ | Telephone conference with M. Eskin re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from and draft correspondence to M. Eskin re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with N. Finch re: same | 0.10 | 29.00 |
| | FOR CURRENT SERVICES RENDERED | 3.10 | 1,019.00 |

```
                          RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 2.00 | $350.00 | $700.00 |
| Matthew G. Zaleski | 1.10 | 290.00 | 319.00 |

```
                                                          Page: 2
         W.R. Grace                                      02/28/02
                                           ACCOUNT NO: 3000-01D
                                           STATEMENT NO:        9
         Asset Analysis and Recovery




         TOTAL CURRENT WORK                              1,019.00



02/07/02 Payment - Thank you. (10/01)(80%)               -454.00


         BALANCE DUE                                   $2,492.50
                                                       =========
```

```
              Any payments received after the statement date will be
              applied to next month's statement.  Please note your
              account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                              02/28/02
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:        9

Asset Disposition

        PREVIOUS BALANCE                              $1,204.90

02/07/02 Payment - Thank you. (10/01)(80%)               -44.00

        BALANCE DUE                                   $1,160.90
                                                      =========

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                    ACCOUNT NO: 3000-03D
                                  STATEMENT NO:       4

Business Operations




     PREVIOUS BALANCE                                $55.00



                                    HOURS
02/01/02
     DAC Review Tersigni memo re: additional
         acquisition                      0.30      105.00

02/28/02
     PEM Review monthly operating report and
         compare with financial analysis and
         projections                      1.50      397.50
                                          ----      ------
         FOR CURRENT SERVICES RENDERED    1.80      502.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| Philip E. Milch | 1.50 | 265.00 | 397.50 |

```
     TOTAL CURRENT WORK                             502.50


     BALANCE DUE                                   $557.50
                                                   =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              02/28/02
Wilmington  DE                           ACCOUNT NO: 3000-04D
                                         STATEMENT NO:        9


Case Administration



PREVIOUS BALANCE                                    $14,213.20



                                         HOURS
02/01/02
    DAC Review 1/31 status report              0.30    105.00
    SLP Review pleadings and electronic filing
        notices for 1/30 and 1/31 (.5);
        preparation and distribution of daily
        memo (.3); docketing (.5)             1.30    117.00
    PEM Research re: Special Masters Issues (1/5
        of total time)                         0.90    238.50


02/02/02
    PJC Research re: the appointment of special
        masters in bankruptcy proceedings and
        cases (1/5 of total time)              0.80    120.00


02/04/02
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)         0.20     18.00
    MGZ Legal Research re: Use of Special Masters
        (1/5 of total time)                    0.70    203.00


02/05/02
    PJC Research regarding permissive duties of
        an examiner (1/5 of total time)         0.20     30.00
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.2)                         0.70     63.00
    SDS Updated case summary binder re: revised
        calendar of deadlines                  0.20     20.00
    MGZ Review PD Committee's Joinder in Zonolite
        Motion to Discuss Case                 0.20     58.00

                                                     Page: 2
W.R. Grace                                           02/28/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        9

        Case Administration


                                             HOURS
        MGZ Legal Research re: Use of Special Masters
            (1/5 of total time)                     0.30     87.00

02/06/02
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.1)                          0.60     54.00
        PEM Continue research re: special master (1/5
            of total time)                          0.50    132.50

02/07/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.3)                          0.70     63.00

02/08/02
        MK  Distribution of status report and
            updating of attorneys case binders      0.20     18.00
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                          0.50     45.00

02/10/02
        MK  In house filing misc. documents         0.10      9.00

02/11/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                          0.50     45.00

02/12/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)         0.30     27.00

02/13/02
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.5)                          1.00     90.00
        MGZ Review Debtors Renewed Motion for PI Bar
            Date                                    0.30     87.00
        MGZ Draft correspondence to and review

```
                                                        Page: 3
        W.R. Grace                                    02/28/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        9
        Case Administration
```

|  |  | HOURS |  |
|--|--|------:|--:|
|  | correspondence from P. Lockwood re: same | 0.10 | 29.00 |
| 02/14/02 |  |  |  |
| SLP | Docketing | 0.30 | 27.00 |
| 02/15/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| 02/18/02 |  |  |  |
| MGZ | Review Application to Engage Fee Examiner | 0.10 | 29.00 |
| MGZ | Review Debtors' Brief on Bar Date Issues | 0.50 | 145.00 |
| MK | Update attorneys case binders | 0.30 | 27.00 |
| 02/19/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70 | 63.00 |
| 02/20/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| MGZ | Review Debtors' Brief Regarding Bar Date and Class Notice | 0.10 | 29.00 |
| MGZ | Review Zonolite Plaintiffs' Informational Brief re: Class Proofs of Claim | 0.40 | 116.00 |
| 02/21/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); review agenda for 2/25/02 hearing and prepare hearing notebook (1.2) | 1.70 | 153.00 |
| MK | Update service list | 0.20 | 18.00 |
| 02/25/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices for 2/21 and 2/22 (.5); preparation and distribution of daily memo (.3); docketing (.5) | 1.30 | 117.00 |
| 02/26/02 |  |  |  |
| MK | Duplicate players list; update attorney case binders | 0.20 | 18.00 |

```
                                                           Page: 4
          W.R. Grace                                      02/28/02
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:         9
          Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1) | 0.20 | 18.00 |
| MGZ | Telephone conference with W. Smith re: Hearing Results | 0.10 | 29.00 |

02/28/02

|  |  | HOURS |  |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices for 2/26 and 2/27 (.3); preparation and distribution of daily memo (.2); docketing (.3) | 0.80 | 72.00 |

```
                                                 -----  --------
          FOR CURRENT SERVICES RENDERED          18.10  2,574.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| Philip E. Milch | 1.40 | 265.00 | 371.00 |
| Matthew G. Zaleski | 2.80 | 290.00 | 812.00 |
| Stephanie L. Peterson | 11.40 | 90.00 | 1,026.00 |
| Michele Kennedy | 1.00 | 90.00 | 90.00 |
| Suzanne Decker Schreiber | 0.20 | 100.00 | 20.00 |
| Paul J. Cordaro | 1.00 | 150.00 | 150.00 |

```
          TOTAL CURRENT WORK                              2,574.00


02/07/02 Payment - Thank you. (10/01)(80%)               -1,555.20


          BALANCE DUE                                   $15,232.00
                                                        ==========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:       9

Claims Administration and Objections



      PREVIOUS BALANCE                            $4,046.00



                                        HOURS
02/01/02
     MGZ Review of Debtors' Statement of Claim
         Settlements                      0.10     29.00
                                          ----     -----
         FOR CURRENT SERVICES RENDERED    0.10     29.00

                      RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE    TOTAL
     Matthew G. Zaleski       0.10    $290.00    $29.00


     TOTAL CURRENT WORK                            29.00


02/07/02 Payment - Thank you. (10/01)(80%)        -506.00


     BALANCE DUE                                $3,569.00
                                                =========





     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                    ACCOUNT NO: 3000-06D
                                  STATEMENT NO:       9

Employee Benefits/Pensions



    PREVIOUS BALANCE                              $886.00



02/07/02 Payment - Thank you. (10/01)(80%)         -44.00


    BALANCE DUE                                   $842.00
                                                  =======


         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/28/02
Wilmington  DE                     ACCOUNT NO: 3000-07D
                                   STATEMENT NO:        9

     Fee/Employment Applications




     PREVIOUS BALANCE                          $13,461.40



                                        HOURS
02/05/02
     CJB Prepare Tersigni's first supplemental
         affidavit for electronic filing (.1);
         electronically file and serve same (.2);
         prepare hard copy service of same (.1)      0.40     50.00

02/06/02
     CJB Update fee application chart with new
         payment information and forward same to
         PEM and DGS (.2); prepare certification
         of no objection for Campbell & Levine and
         Tersigni's second interim fee
         applications and prepare for electronic
         filing (.4)                                 0.60     75.00

02/12/02
     MGZ Review and Edit Pre-Bill re: Fee
         Application Preparation                     0.50    145.00
     MGZ Review and Revise Memo to Tersigni and
         Peterson re: Billing Procedures             0.20     58.00
     MGZ Draft correspondence to and review
         correspondence from P. Lockwood re: Memo
         to Tersigni and Peterson                    0.10     29.00

02/13/02
     CJB Download and review LAS' billing
         statement for the period of September,
         2001 through January, 2002                  0.30     37.50

02/19/02
     CJB Prepare certificate of no objection for
         Caplin's third interim fee application

<pre>
                                                          Page:    2
      W.R. Grace                                          02/28/02
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:        9
      Fee/Employment Applications
</pre>

<pre>
                                                  HOURS
          (.2); prepare certificate of no objection
          for Campbell & Levine's December, 2001
          fee application (.2)                         0.40      50.00
      MGZ Review status of pending fees for self
          and related professionals                    0.10      29.00

02/20/02
      CJB Assemble and organize Caplin & Drysdale's
          fee application filing information from
          petition date through current and
          incorporate into fee application and
          payment status chart (1.0); prepare
          certificate of no objection to Campbell &
          Levine's third interim application (.2);
          prepare certificate of no objection to
          Tersigni's third interim application
          (.2); prepare certificate of no objection
          for Tersigni's December, 2001 fee
          application (.2)                              1.60     200.00
      SDS Drafted monthly fee application for
          January 2002                                 1.50     150.00

02/21/02
      CJB Electronically file and serve
          certificates of no objection (.4);
          prepare hard copy service of same (.2);
          update fee application and payment status
          chart (.1); review Tersigni's January,
          2002 and revise and prepare for
          electronic filing (.3)                        1.00     125.00
                                                       ----     ------
          FOR CURRENT SERVICES RENDERED                6.70     948.50

                          RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE        TOTAL
      Matthew G. Zaleski             0.90    $290.00    $261.00
      Cathie J. Boyer                4.30     125.00     537.50
      Suzanne Decker Schreiber       1.50     100.00     150.00


      TOTAL CURRENT WORK                                   948.50


02/07/02 Payment - Thank you. (10/01)(80%)                -2,818.80
</pre>

{D0001941:1 }

```
                                                     Page: 3
W.R. Grace                                          02/28/02
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:        9

Fee/Employment Applications



        BALANCE DUE                          $11,591.10
                                             ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                       ACCOUNT NO: 3000-08D
                                     STATEMENT NO:        8

     Fee/Employment Objections



          PREVIOUS BALANCE                            $1,863.00



                                            HOURS
02/01/02
     MGZ Review of Trustee's Amended Objection to
         PWC Application                      0.10      29.00

02/06/02
     MGZ Telephone conference with P. Lockwood re:
         PWC Application and Trustee's Objection
         thereto                              0.20      58.00

02/11/02
     MGZ Telephone conference with A. Krieger re:
         PD Committee's Experts's Application 0.20      58.00

02/14/02
     MGZ Review correspondence from S. Scwartz re:
         Fee Examiner Issues                  0.10      29.00
     MGZ Review correspondence from J. Sakalo re:
         same                                 0.10      29.00
     MGZ Draft correspondence to W. Smith re: same  0.10  29.00
     MGZ Telephone conference with P. Lockwood re:
         Motion to Retain Special Environmental
         Counsel                              0.10      29.00

02/15/02
     MGZ Review correspondence from J. Sakalo re:
         PD Committees Proposed Orders on Expert
         Retentions                           0.10      29.00
     MGZ Review Proposed Orders re: Expert
         Retentions                           0.20      58.00

02/18/02
     MGZ Review Debtors Application to Modify

{D0001941:1 }

```
                                                        Page: 2
        W.R. Grace                                      02/28/02
                                         ACCOUNT NO: 3000-08D
                                         STATEMENT NO:       8
        Fee/Employment Objections




                                            HOURS
            Kinsella Retention                0.10     29.00
        MGZ Review Debtors Response to PD Committee
            Expert Retention Applications     0.10     29.00

02/21/02
        MGZ Review fee application materials for
            filing                            0.10     29.00

02/26/02
        MGZ Brief Review of Debtors' Special
            Counsels' Fee Application          0.40    116.00
                                              ----    ------
            FOR CURRENT SERVICES RENDERED      1.90    551.00

                        RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
        Matthew G. Zaleski          1.90   $290.00    $551.00


            TOTAL CURRENT WORK                          551.00



02/07/02 Payment - Thank you. (10/01)(80%)             -330.00


            BALANCE DUE                               $2,084.00
                                                      =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            02/28/02
Wilmington  DE                       ACCOUNT NO: 3000-10D
                                     STATEMENT NO:        9


Litigation



PREVIOUS BALANCE                                   $12,873.60



                                          HOURS
02/21/02
    MGZ Review Agenda for 2/25/02 Omnibus Hearing   0.10     29.00

02/25/02
    MGZ Review Agenda and Pending Pleadings re:
        Preparation for Hearing                     1.00    290.00
    MGZ Attend Omnibus Hearing, including
        meetings with P.D. Committee counsel        3.00    870.00
                                                    ----  --------
    FOR CURRENT SERVICES RENDERED                   4.10  1,189.00

                       RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski           4.10    $290.00   $1,189.00



    TOTAL CURRENT WORK                              1,189.00



02/07/02 Payment - Thank you. (10/01)(80%)           -343.60



    BALANCE DUE                                    $13,719.00
                                                   ==========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              02/28/02
Wilmington   DE                        ACCOUNT NO: 3000-11D
                                       STATEMENT NO:        7

Plan and Disclosure Statement



PREVIOUS BALANCE                                       $110.50


BALANCE DUE                                            $110.50
                                                       =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              02/28/02
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:        7

Relief From Stay Proceedings



        PREVIOUS BALANCE                              $236.50



02/07/02 Payment - Thank you. (10/01)(80%)             -66.00


        BALANCE DUE                                   $170.50
                                                      =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                      02/28/02
Wilmington  DE                              ACCOUNT NO: 3000-14D
                                            STATEMENT NO:        7

Valuation


PREVIOUS BALANCE                                                $31.50


BALANCE DUE                                                     $31.50
                                                               ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              02/28/02
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:        9

Committee Administration

PREVIOUS BALANCE                                   $10,292.90

                                      HOURS
02/01/02
    PEM Review Status Report to Committee      0.30      79.50

02/05/02
    MGZ Review Pending Pleadings and Begin
        Preparation of Weekly Recommendation Memo    0.70     203.00

02/07/02
    CJB Set-up weekly recommendation memo, review
        pleadings and update memo              1.00     125.00

02/12/02
    MGZ Participate in Telephonic Committee
        Meeting                                0.70     203.00
    MGZ Draft Minutes of Telephonic Committee
        Meeting                                0.40     116.00
    MGZ Draft correspondence to Co-counsel re:
        Draft Minutes of Conference Call       0.10      29.00
    PEM Conference call re: WR Grace with
        committee                              1.00     265.00

02/15/02
    CJB Review motions and applications and
        update weekly recommendation memo      0.80     100.00
    MGZ Review correspondence from and draft
        correspondence to E. Strug re: Minutes of
        2/12 Committee Meeting                 0.10      29.00

02/18/02
    MGZ Review Pleadings and Prepare Weekly
        Recommendation memo for Committee Members    0.70     203.00

```
                                                          Page: 2
        W.R. Grace                                      02/28/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:        9
        Committee Administration




                                               HOURS
02/20/02
      MGZ Review Pending Pleadings and Prepare
          Weekly Recommendation Memo for Committee
          Members                                0.50    145.00

02/21/02
      MGZ Continue review of pending matters and
          preparation of Weekly Recommendation Memo   1.30    377.00

02/22/02
      MGZ Review correspondence form and draft
          correspondence to E. Strug re: 2/12/02
          Committee Meeting minutes               0.10     29.00

02/25/02
      PEM Review Grace calendar and recommendations
          to committee                            0.30     79.50

02/28/02
      MGZ Telephone conference with P. Lockwood re:
          Staffing Issues                         0.10     29.00
                                                  ----  --------
          FOR CURRENT SERVICES RENDERED           8.10  2,012.00

                        RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
      Philip E. Milch                1.60   $265.00    $424.00
      Matthew G. Zaleski             4.70    290.00   1,363.00
      Cathie J. Boyer                1.80    125.00     225.00


      TOTAL CURRENT WORK                               2,012.00


02/07/02 Payment - Thank you. (10/01)(80%)            -1,912.40


      BALANCE DUE                                    $10,392.50
                                                     ==========
```

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                        02/28/02
Wilmington  DE                              ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 11,706.58 | 0.00 | 1,003.58 | 0.00 | -3,455.88 | $9,254.28 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,927.50 | 1,019.00 | 0.00 | 0.00 | -454.00 | $2,492.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,204.90 | 0.00 | 0.00 | 0.00 | -44.00 | $1,160.90 |
| 3000-03 Business Operations | | | | | |
| 55.00 | 502.50 | 0.00 | 0.00 | 0.00 | $557.50 |
| 3000-04 Case Administration | | | | | |
| 14,213.20 | 2,574.00 | 0.00 | 0.00 | -1,555.20 | $15,232.00 |
| 3000-05 Claims Administration and Objections | | | | | |
| 4,046.00 | 29.00 | 0.00 | 0.00 | -506.00 | $3,569.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 886.00 | 0.00 | 0.00 | 0.00 | -44.00 | $842.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 13,461.40 | 948.50 | 0.00 | 0.00 | -2,818.80 | $11,591.10 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,863.00 | 551.00 | 0.00 | 0.00 | -330.00 | $2,084.00 |
| 3000-10 Litigation | | | | | |
| 12,873.60 | 1,189.00 | 0.00 | 0.00 | -343.60 | $13,719.00 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 236.50 | 0.00 | 0.00 | 0.00 | -66.00 | $170.50 |

```
                                                          Page: 2
          W.R. Grace                                    02/28/02
                                          ACCOUNT NO      3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 10,292.90 | 2,012.00 | 0.00 | 0.00 | -1,912.40 | $10,392.50 |
| --------- | -------- | -------- | ---- | ---------- | ---------- |
| 72,908.58 | 8,825.00 | 1,003.58 | 0.00 | -11,529.88 | $71,207.28 |
| | | | | | ========== |

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```