IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 1762 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FIFTH MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2002 THROUGH JANUARY 31, 2002**
**(DOCKET NO. 1762)**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on March 5, 2002 a fifth monthly application ("Application") [Docket No. 1762] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before March 25, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In

{D0001957:1 }

accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

           CAPLIN & DRYSDALE, CHARTERED
           Elihu Inselbuch
           399 Park Avenue
           New York, NY  10022
           (212) 319-7125

                -and-

           CAPLIN & DRYSDALE, CHARTERED
           Peter Van N. Lockwood
           One Thomas Circle, N.W.
           Washington, D.C.  20005
           (202) 862-5000

                - and -

           CAMPBELL & LEVINE, LLC

            /s/ Matthew G. Zaleski, III
           Matthew G. Zaleski, III (I.D. #3557)
           1201 N. Market Street
           15th Floor
           Wilmington, DE  19899
           (302) 426-1900

           Counsel for the Official Committee
             of Asbestos Personal Injury Claimants

Dated: April 2, 2002

{D0001957:1 }