# EXHIBIT A

KRLSWIL:368327.1

## EXHIBIT A

| Name of Professional Individual | Position with Klett Rooney and Year of Obtaining License(s) to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Teresa K.D. Currier | Shareholder; admitted PA 1985; DE 1992 | $395/hr. | 5.1 | $2,014.50 |
| Kathleen P. Makowski | Associate; admitted DE 1997, PA 1997. | $190/hr | .2 | $38.00 |
| Jeffrey R. Waxman | Associate; admitted PA 1999; DE 2001 | $160/hr | 16.7 | $2,672.00 |
| Frances A. Panchak | Bachelor's Degree - Widener University, Paralegal Certificate | $120/hr | 1.1 | $132.00 |
| Victoria J.A. Dye | Paralegal | $120/hr. | 13.3 | $1,596.00 |
| Raelena T. Taylor | Paralegal | $120/hr | 1.1 | $132.00 |
| Maryann M. Zickgraf | Legal Assistant | $80/hr. | 3.5 | $280.00 |
| Loren Matzke | Legal Assistant | $80/hr. | 11.5 | $920.00 |
| | **Grand Totals:** | | 52.5 | $7,784.50 |
| | **Blended Rate: $148.28** | | | |

KRLSWIL:368327.1