# EXHIBIT B

## W.R. GRACE EXHIBIT "B" SUMMARY SHEET

| PROJECT BILLING CATEGORY | HOURS | VALUE |
|---|---|---|
| Asset Disposition | .4 | $158.00 |
| Case Administration | 35.0 | $4,542.00 |
| Claims Administration & Objections | .1 | $16.00 |
| Fee/Employment Applications | 14.1 | $2,111.00 |
| Litigation | 1.9 | $562.50 |
| Meetings of Creditors | 1.0 | $395.00 |
| **TOTAL** | **52.5** | **$7,784.50** |

KRLSWIL:368327.1