# EXHIBIT C

KRLSWIL:368327.1

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE    : MARCH 19, 2002
                                               MATTER  : W9600-003
                                               INVOICE : 133951

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02   T C

    RE:  ASSET DISPOSITION


  DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----    ----   -------------------------------                      -----

02/19/02  TC     REVIEWED PLEADING IN SUPPORT OF DEBTORS' MOTION       .40
                 TO PURCHASE ADDIMENT



                      T I M E    S U M M A R Y
                      -----------------------

                               RATE       HOURS           TOTALS
                               ----       -----           ------

T CURRIER                     395.00       .40            158.00
                     TOTALS                .40            158.00

                          TOTAL FEES :                             158.00

                          TOTAL DUE  :                             158.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 19, 2002
                                              MATTER :  W9600-005
                                              INVOICE : 133952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/02 | VJD | ORGANIZE AND INDEX DOCUMENTS | .80 |
| 02/01/02 | VJD | REVIEW AND ORGANIZE PLEADINGS | .80 |
| 02/02/02 | JRW | REVIEW RECENTLY DOCKETED ENTRIES | .10 |
| 02/04/02 | TC | REVIEWED INFORMATION ABOUT JUDGE FITZGERALD FOR CASE | .30 |
| 02/05/02 | JRW | OBTAIN AND REVIEW RECENTLY FILED PLEADINGS AND ORDERS | .30 |
| 02/05/02 | L M | DOWNLOAD FEE APPLICATIONS. | 3.00 |
| 02/05/02 | VJD | PULL DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 02/07/02 | VJD | PULL UP DOCKET UPDATES FROM PACER; REVIEW DOCKET FOR CRITICAL DATES; INDEX PLEADINGS | 3.20 |
| 02/11/02 | JRW | VOICE MAIL FROM AND RETURN CALL TO GBECKER RE: FILING RESPONSES TO ADAMAN MOTION AND MOTION TO DISMISS | .20 |
| 02/11/02 | VJD | PULL DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 02/12/02 | L M | DOWNLOAD FEE APPLICATIONS. | 1.00 |
| 02/13/02 | JRW | EMAIL FROM G BECKER RE: OBJECTION TO ZONOLITE MOTION TO DISMISS (.1) ; REVIEW MOTION (.2) ; TELEPHONE CALL TO G BECKER RE: SAME (.1) ; EMAIL TO G BECKER RE: SAME (.1) | .50 |
| 02/13/02 | MMZ | REVIEW NOTICES OF APPEARANCE AND UPDATING OF 2002 SERVICE LIST | .60 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2002
MATTER : W9600-005
INVOICE : 133952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE: CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 02/14/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .30 |
| 02/14/02 | TC | REVIEWED DEBTORS' CONSOLIDATED REPLY IN SUPPORT OF CASE MANAGEMENT ORDER | .50 |
| 02/14/02 | VJD | REVIEW NOTIFICATIONS FROM COURT AND PULL UP COPIES OF MOTIONS AND REPLY | .40 |
| 02/16/02 | FAP | DISCUSSION WITH JRW RE: FILING AND SERVICE OF OBJECTION TO ZONOLITE'S MOTION TO DISMISS (.1); CREATE SERVICE LIST RE: SAME (.2); FILE AND SERVE SAME (.7). | 1.00 |
| 02/16/02 | JRW | REVIEW OBJECTION TO MOTION TO DISMISS (.1); CAUSE FILING AND SERVICE OF OBJECTION (.2) | .30 |
| 02/18/02 | JRW | REVIEW RECENTLY FILED PLEADINGS INCLUDING DEBTORS MOTION TO SET BAR DATE, MOTION TO DISMISS, AND THE MOTION FOR RELIEF FROM STAY | .40 |
| 02/18/02 | RTT | REVEIW AND ORGANIZE PLEADINGS FILE | .10 |
| 02/18/02 | VJD | PULL DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 02/19/02 | RTT | PREPARED AND FILED AFFIDAVIT OF SERVICE FOR OBJECTION OF OFFICIAL COMMITTEE FOR JW | .40 |
| 02/20/02 | JRW | REVIEW MEMOS FROM GBECKER RE: RECENT DECISIONS FROM BABCOCK & WILCOX HEARING AND ISSUES FROM THE LAST HEARING | .20 |
| 02/20/02 | L M | DOWNLOAD PLEADINGS. | .50 |
| 02/21/02 | JRW | REVIEW AND DISTRIBUTE AGENDA | .20 |
| 02/21/02 | JRW | TELEPHONE CALL FROM GBECKER RE: FILING PLEADING IN SUPPORT OF DEBTOR'S MOTION FOR CASE MANAGEMENT ORDER AND ESTABLISHING BAR DATE | .10 |

**PENNSYLVANIA • DELAWARE • NEW JERSEY • WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2002
MATTER : W9600-005
INVOICE : 133952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02   T C

RE:   CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/21/02 | VJD | REVIEW AND DOWNLOAD PLEADINGS | 3.40 |
| 02/21/02 | VJD | IMPORT DOCKET UPDATES INTO SUMMATION | .30 |
| 02/22/02 | JRW | REVIEW AND REVISE RESPONSES IN SUPPORT OF DEBTORS MOTION FOR CASE MANAGEMENT ORDERS; PREPARE FOR FILING | .70 |
| 02/22/02 | JRW | CONFERENCES WITH LMATZKE RE: DOCUMENTS NECESSARY FOR FEB. 25, 2002 HEARING (.3); REVIEW DOCUMENTS IN PREPARATION FOR FILING (2.3) | 2.60 |
| 02/22/02 | KPM | CONFERENCE WITH J. WAXMAN RE: HEARING COVERAGE | .20 |
| 02/22/02 | L M | PREPARE HEARING FOLDERS. | 3.00 |
| 02/22/02 | L M | FILE AND SERVE CNOS AND RESPONSES. (1.2) PREPARE, FILE AND SERVE AFFIDAVIT. (.8) | 2.00 |
| 02/22/02 | RTT | RETREIVED ALL FEE APPLICATIONS FOR KLS AND KRAMER& LEVIN | .50 |
| 02/22/02 | TC | CALL WITH JEFF WAXMAN RE HEARING MONDAY | .20 |
| 02/25/02 | JRW | TELEPHONE CALL TO JDELLER RE: SCHEDULING OF DISCRETE HEARINGTO BE HELD IN PITTSBURGH | .10 |
| 02/25/02 | JRW | ATTEND OMNIBUS HEARING | 3.30 |
| 02/25/02 | TC | CALL WITH PHIL BENTLEY RE COMMITTEE COMPOSITION | .20 |
| 02/25/02 | TC | REVIEWED EQUITY COMMITTEE RESPONSE IN SUPPORT OF CASE MANAGEMENT ORDER | .40 |
| 02/25/02 | VJD | PULL UP DOCKET FROM CM/ECF SYSTEM | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    MARCH 19, 2002
                                             MATTER :  W9600-005
                                             INVOICE : 133952


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02     T C

    RE:  CASE ADMINISTRATION


| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/26/02 | L M | FILE AND SERVE 3RD MONTHLY FEE APPLICATION. (.7) PREPARE AND FILE AFFIDAVIT OF SERVICE. (.3) | 1.00 |
| 02/27/02 | L M | DOWNLOAD FEE APPLICATIONS FROM ECF. | 1.00 |
| 02/27/02 | RTT | REVEIW AND ORGANIZE PLEADINGS FILES | .10 |


### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK   | 120.00 | 1.00  | 120.00 |
| J R WAXMAN    | 160.00 | 9.30  | 1488.00 |
| K P MAKOWSKI  | 190.00 | .20   | 38.00 |
| L MATZKE      | 80.00  | 11.50 | 920.00 |
| M M ZICKGRAF  | 80.00  | .60   | 48.00 |
| R T TAYLOR    | 120.00 | 1.10  | 132.00 |
| T CURRIER     | 395.00 | 1.60  | 632.00 |
| V J DYE       | 120.00 | 9.70  | 1164.00 |
| TOTALS        |        | 35.00 | 4542.00 |

TOTAL FEES :                                             4,542.00

TOTAL DUE :                                              4,542.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    MARCH 19, 2002
                                                MATTER :  W9600-006
                                                INVOICE : 133953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE:  CLAIMS ADMINISTRATION & OBJECTIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/14/02 | JRW | REVIEW ASBESTOS COMMITEE'S RESPONSE TO ZONOLITE MOTION TO DISMISS | .10 |

TIME SUMMARY

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| J R WAXMAN |        | 160.00 | .10   | 16.00  |
|            | TOTALS |        | .10   | 16.00  |

TOTAL FEES :                                                    16.00

TOTAL DUE  :                                                    16.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE   : MARCH 19, 2002
                                            MATTER : W9600-008
                                            INVOICE: 133954

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 02/01/02 | JRW | TELEPHONE CALL TO FPERCH RE: REIMBURSEMENT OF COMMITTEE MEMBERS; EMAIL TO TKDCURRIER RE: SAME | .10 |
| 02/01/02 | JRW | EMAIL FROM AND CONFERENCE WITH TKDCURRIER RE: APPLICATION TO REIMBURSE OCUC MEMBERS; TELEPHONE CALL TO FPERCH; LEFT MESSAGE | .10 |
| 02/01/02 | TC | REVIEWED AMENDMENT TO ORDINARY COURSE PROFESSIONALS LIST | .40 |
| 02/02/02 | JRW | REVIEW DOCKET FOR REED SMITH SIXTH FEE APPLICATION (.1); EMAIL TO TKDCURRIER (.1) | .20 |
| 02/02/02 | JRW | REVIEW FEE APPLICATION OF K&E | .10 |
| 02/04/02 | JRW | REQUEST FEE APPLICATION FROM KGWYNNE | .10 |
| 02/04/02 | JRW | REVIEWED FEE APPLICATIONS | .20 |
| 02/05/02 | JRW | REVIEW FEE APPLICATIONS OF, INTER ALIA, REED SMITH, BLACKSONE, STROOK, TERSIGNI | 1.00 |
| 02/06/02 | JRW | REVIEWED FEE APPLICATION OF DUANE MORRIS | .10 |
| 02/08/02 | JRW | TELEPHONE CALL TO BJEFFORD (UST) RE: COMMITTEE REIMBURSEMENT REQUEST | .10 |
| 02/10/02 | JRW | REVIEW FEE APPLICATIONS OF K&E, BILZIN, SUMBERG AND FTI POLICANO | .40 |
| 02/12/02 | JRW | REVIEW FEE APPLICATIONS OF DUANE MORRIS, BILZIN SUMBERG, COMMITTEE OF PROPERTY DAMAGE CLAIMANTS; AND HOLME ROBERTS | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : MARCH 19, 2002
MATTER  : W9600-008
INVOICE : 133954

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/14/02 | JRW | REVIEWED DOCKET RE: OBJECTION TO KRLS FEE APPLICATION; REVIEWED CNO RE: KRLS FEE APPLICATION | .20 |
| 02/14/02 | JRW | REVIEW DOCKET FOR OBJECTIONS TO REQUEST FOR COMMITTEE APPLICATION FOR REIMBURSEMENT OF EXPENSES AND DRAFT CERTIFICATION OF COUNSEL RE: SAME | .30 |
| 02/14/02 | JRW | REVIEW DOCKET FOR OJECTIONS TO KRAMER LEVIN FEE APPLICATION AND DRAFT CNO RE: SAME | .20 |
| 02/14/02 | VJD | DRAFT CERTIFICATION OF NO OBJECTION TO KRLS SECOND MONTHLY FEE APPLICATION | .90 |
| 02/15/02 | JRW | REVIEW FEE APPLICATION OF WKMB | .10 |
| 02/19/02 | JRW | TELEPHONE CALL TO GBECKER RE: CERT OF NO OBJECTION FOR FEE APPLICATION | .10 |
| 02/19/02 | MMZ | PREPARATION AND ELECTRONICALLY FILE CNOS RE KLETT ROONEY SECOND FEE APPLICATION AND KRAMER LEVIN FOURTH FEE APPLICATION | .80 |
| 02/20/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE AND SERVICE OF AFFIDAVIT OF SERVICE RE CNOS | .40 |
| 02/21/02 | FAP | DISCUSSION WITH JRW RE: DRAFT CERTIFICATES OF NO OBJECTION TO FIRST INTERIM FEE APPLICATION REQUEST AND CHAMBERS PROCEDURES REGARDING SAME. | .10 |
| 02/21/02 | JRW | REVIEW DOCKET AND PREPARE CNOS RE: INTERIM FEES OF KLETT ROONEY AND KRAMER LEVIN | .40 |
| 02/22/02 | VJD | PREPARE NOTICE REGARDING THIRD MONTHLY FEE APPLICATION | .30 |

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    MARCH 19, 2002
                                               MATTER : W9600-008
                                               INVOICE : 133954

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02   T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/22/02 | VJD | CALL WITH J. WAXMAN REGARDING THIRD MONTHLY FEE APPLICATION | .20 |
| 02/22/02 | VJD | PREPARE THIRD MONTHLY FEE APPLICATION OF KRLS | 2.20 |
| 02/25/02 | JRW | REVIEW AND REVISE FEE APPLICATION OF KLETT ROONEY AND DRAFT NOTICE THEREOF, AND PROPOSED ORDERS | 1.20 |
| 02/25/02 | TC | REVIEWED CNOS FOR KLETT ROONEY AND KRAMER LEVIN | .20 |
| 02/26/02 | JRW | REVIEW FEE APPLICATION OF CONWAY DEL GENIO | .10 |
| 02/26/02 | JRW | CONFERENCE WITH .LMATZKE RE: INTERIM FEE APPLICATIONS OF KLETT ROONEY AND KRAMER LEVIN; DRAFT ORDERS RE: INTERIM FEE APPLICATIONS OF KRAMER LEVIN AND KLETT ROONEY | .40 |
| 02/26/02 | TC | REVIEWED FEE APPLICATION OF KLETT ROONEY AND NOTICE | .40 |
| 02/27/02 | JRW | REVIEW TWO FEE APPLICATIONS OF PITNEY HARDIN, AND FEE APPLICATIONS OF NELSON MULLINS, AND WALLACE KING | .30 |
| 02/28/02 | JRW | REVIEW RECENT DOCKET ENTRIES; EMAIL TO TKDCURRIER AND JDELLER RE: CHANGE OF TIME OF MARCH 18, 2002 HEARING | .20 |
| 02/28/02 | MMZ | CONFERENCES WITH CO-COUNSEL RE FILING FEE APP. (0.2); PREPARATION FOR FILING OF KRAMER LEVIN 6TH FEE APP. (0.6); ELECTRONICALLY FILE AND SERVE KRAMER LEVIN FEE APP. (0.8); CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1). | 1.70 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : MARCH 19, 2002
MATTER  : W9600-011
INVOICE : 133955

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

RE: LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/11/02 | TC | REVIEWED JOINDER OF OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS IN ZONOLITE CLAIMANTS' MOTION TO DISMISS CASE | .40 |
| 02/13/02 | JRW | REVIEW DEBTORS' MOTION IN SUPPORT OF CASE MANAGEMENT ORDER | .70 |
| 02/13/02 | TC | CONF WITH JEFF WAXMAN RE EQUITY COMMITTEE RESPONSE TO ZONOLITE CLAIMANTS' MOTION TO DISMISS CASE | .30 |
| 02/27/02 | JRW | OBTAIN AND REVIEW CERT. OF COUNSEL RE: CASE MANAGEMENT ORDER RE: CONSTRUCTIVE FRAUDULENT TRANSFER ACTION | .10 |
| 02/27/02 | TC | REVIEWED MEMORANDUM OF LAW OF ZONOLITE CLAIMANTS IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| J R WAXMAN | 160.00 | .80 | 128.00 |
| T CURRIER | 395.00 | 1.10 | 434.50 |
| TOTALS |  | 1.90 | 562.50 |

TOTAL FEES :                                                562.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :     MARCH 19, 2002
                                             MATTER :   W9600-012
                                             INVOICE :  133956

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

   RE:  MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/19/02 | TC | REVIEWED COMMUNICATION FROM COMMITTEE RE B&W DECISION | .40 |
| 02/22/02 | TC | REVIEWED LETTERS TO COMMITTEE MEMBER RE INACTIVITY | .20 |
| 02/25/02 | TC | CONF WITH PHIL BENTLEY RE COMMITTEE BYLAWS ETC | .40 |

             T I M E   S U M M A R Y

                       RATE      HOURS          TOTALS

T CURRIER              395.00    1.00           395.00
              TOTALS             1.00           395.00

                    TOTAL FEES :                       395.00

                    TOTAL DUE :                        395.00

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**