# EXHIBIT D

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                 DATE   :  MARCH 19, 2002
                                                     MATTER :  W9600-001
                                                     INVOICE:  133950

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02    T C

   RE:  IN RE: W.R. GRACE & CO., ET AL.


       DESCRIPTION OF EXPENSE ADVANCES                          AMOUNT
       -------------------------------                          ------

02/01/02  TELECOPY EXPENSES                                      15.00
02/01/02  REPRODUCTION OF DOCUMENTS                              12.90
02/04/02  MISCELLANEOUS EXPENSES -   PACER SERVICE CENTER        11.48
02/04/02  MISCELLANEOUS EXPENSES -    PACER SERVICE CENTER      107.10
02/05/02  PROFESSIONAL SERVICES - PACER SERVICE CENTER           30.66
02/06/02  FEDERAL EXPRESS - INV 4-053-66032 -   FEDERAL          43.52
          EXPRESS CORPORATION
02/06/02  REPRODUCTION OF DOCUMENTS                                .15
02/07/02  MESSENGER SERVICES - INV 10617 -   PARCELS,           112.50
          INC.-D D R
02/12/02  FEDERAL EXPRESS - INV 4-104-34713 -   FEDERAL          11.24
          EXPRESS CORPORATION
02/14/02  REPRODUCTION OF DOCUMENTS                              26.10
02/16/02  REPRODUCTION OF DOCUMENTS                              21.60
02/19/02  TELECOPY EXPENSES                                       7.01
02/19/02  TELECOPY EXPENSES                                       7.01
02/19/02  REPRODUCTION OF DOCUMENTS                               2.40
02/20/02  EXPRESS/CERTIFIED MAIL                                  5.60
02/20/02  REPRODUCTION OF DOCUMENTS                               5.55
02/20/02  REPRODUCTION OF DOCUMENTS                              37.05
02/22/02  EMPLOYEE EXPENSES                                      41.63
02/22/02  REPRODUCTION OF DOCUMENTS                               4.95
02/22/02  REPRODUCTION OF DOCUMENTS                              11.70
02/22/02  REPRODUCTION OF DOCUMENTS                               4.20
02/22/02  REPRODUCTION OF DOCUMENTS                               1.05
02/22/02  REPRODUCTION OF DOCUMENTS                              19.20
02/25/02  REPRODUCTION OF DOCUMENTS                              23.40
02/25/02  REPRODUCTION OF DOCUMENTS                              13.95
02/25/02  REPRODUCTION OF DOCUMENTS                               1.05
02/25/02  REPRODUCTION OF DOCUMENTS                                .30
02/26/02  REPRODUCTION OF DOCUMENTS                              31.05
02/26/02  REPRODUCTION OF DOCUMENTS                               5.40

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : MARCH 19, 2002
                                            MATTER  : W9600-001
                                            INVOICE : 133950

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/02   T C

   RE:  IN RE: W.R. GRACE & CO., ET AL.


| Date | Description | Amount |
|---|---|---|
| 02/26/02 | REPRODUCTION OF DOCUMENTS | .15 |
| 02/27/02 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION | 28.38 |
| 02/27/02 | PROFESSIONAL SERVICES - INV 4682 - VIRTUALDOCKET.COM | 46.80 |
| 02/27/02 | MESSENGER SERVICES - INV 10683 - PARCELS, INC.-D D R | 45.00 |
| 02/28/02 | REPRODUCTION OF DOCUMENTS | 6.75 |
| 02/28/02 | TELECOPY EXPENSES | 6.37 |
| 02/28/02 | REPRODUCTION OF DOCUMENTS | 121.80 |
| 02/28/02 | TELECOPY EXPENSES | 6.37 |
| 02/28/02 | TELECOPY EXPENSES | 6.42 |

                TOTAL EXPENSE ADVANCES :              882.79

                TOTAL DUE :                           882.79


**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**