UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11<br>Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11<br>Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11<br>Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

**ORDER RE: COURT APPOINTED ADVISOR
AND SPECIAL MASTER WILLIAM A. DREIER, ESQ.**

This matter having been opened before the Court upon its own motion; and the Court having appointed William A. Dreier, Esq., as Court Appointed Advisor pursuant the Court's Order dated December 29, 2001, and Mr. Dreier having been further designated Special Master to hear certain issues concerning allegations of

---

[1] See attached list.

fraudulent conveyance in two consolidated adversary proceedings pending within the above-captioned Chapter 11 case In re W.R. Grace & Co., 01-1139 et seq., pursuant to the Court's Order dated March 12, 2002; and Mr. Dreier having advised the Court that his partners in the firm Norris, McLaughlin & Marcus represent Armistead Mechanical, Inc., a co-defendant to the debtor W.R. Grace & Co. and co-defendant to AC&S, Inc. in a matter pending in the Superior Court of New Jersey titled Sawyer v. AC&S et alia (the "Sawyer Litigation"), involving allegations of personal injury derived from exposure to asbestos; and the Court being aware that parties-at-interest in the above-captioned Chapter 11 cases have and will continue to contend that certain asbestos liabilities of AC&S are properly charged to the estate in bankruptcy of Armstrong World Industries, Inc.; and Mr. Dreier further advising the Court that he has had no involvement with his firm's representation of Armistead Mechanical, Inc., or the Sawyer Litigation; and it appearing that no actual conflict of interest arises from the representation of Armistead Mechanical, Inc. by Mr. Dreier's firm and the execution by Mr. Dreier of his duties pursuant to the Order of this Court; and it appearing that no reasonable appearance of conflict of interest or other impropriety is created thereby; and good cause appearing

It is on this 4TH day of April, 2002

ORDERED that William A. Dreier, Esq. shall continue to serve as Court Appointed Advisor and Special Master for the fraudulent

conveyance proceedings as set forth in the previous Orders of the Court, notwithstanding Mr. Dreier's advice to the Court regarding the representation of Armistead Mechanical, Inc., and the <u>Sawyer</u> Litigation as set forth above, and it is further

ORDERED, in an excess of caution, that Mr. Dreier shall have no participation in Norris McLaughlin & Marcus's representation of Armistead Mechanical, Inc., and the firm shall preserve all information derived from that representation from disclosure to Mr. Dreier, including without limitation that no member or employee of the firm shall discuss with Mr. Dreier any matter connected with the representation of Armistead Mechanical, Inc. or the <u>Sawyer</u> Litigation, that Mr. Dreier shall have no access to documents obtained by the firm in the course of that representation and litigation, and that Mr. Dreier shall be in all respects "walled-off" from his firm's representation of Armistead Mechanical, Inc. and the <u>Sawyer</u> Litigation; and it is further

ORDERED that any party who believes this Order was improvidently entered shall file a motion for reconsideration in the bankruptcy court within fourteen (14) days of the date of this October, or any objection to this Order by such party shall be deemed waived.

ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01 10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |