IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                        Chapter 11

W.R. GRACE & CO., *et al.*                    Case No. 01-1139 (JKF)

            Debtors.                          Jointly Administered

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to United States Bankruptcy Court for the District of Delaware Local Rule 9010-

and the attached certifications, counsel moves the admission *pro hac vice* of Brian A. Skretny,

Esquire, Max C. Heerman, Esquire, and John P. Cunningham, Esquire of the law firm of Caplin &

Drysdale, Chartered, to represent the Official Committee of Asbestos Personal Injury Claimants in

this matter.

CAMPBELL & LEVINE, LLC

Matthew G. Zaleski (I.D.#3557)
1201 N. Market Street
15th Floor
Wilmington, DE 19899
(302) 426-1900

Delaware Counsel for the Official
Committee of Asbestos Personal Injury
Claimants

Dated: April 4, 2002

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judith K. Fitzgerald.
United States District Court Judge

Dated:                  , 2002

{D0001985}

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to United States District Court for the District of Delaware Local Rule 83.5,

certify that   am eligible for admission to this Court, am admitted, practicing, and in good

standing as a member of the Bar of the State of New York and pursuant to United States District

Court for the District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action   I also

certify I am generally familiar with this Court's Local Rules.

Brian A. Skretny
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
(202) 862-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to United States District Court for the District of Delaware Local Rule 83.5,

certify that I am eligible for admission to this Court, am admitted, practicing, and in good

standing as a member of the Bar of the State of Minnesota and pursuant to United States District

Court for the District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action.  I also

certify I am generally familiar with this Court's Local Rules

Max C. Heerman
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
(202) 862-5000

D000198

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to United States District Court for the District of Delaware Local Rule 83.5, I

certify that I am eligible for admission to this Court, am admitted, practicing, and in good

standing as a member of the Bar of the Commonwealth of Virginia and pursuant to United States

District Court for the District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction

of this Court for any alleged misconduct which occurs in the preparation or course of this action

also certify I am generally familiar with this Court's Local Rules.

John P. Cunningham
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
(202) 862-5000

{D0001985}

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., *et al.* | Case No. 01-1139 (JJF) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify that on April 5, 2002, I caused a copy of the foregoing to be served upon the parties on the attached list by First Class United States Mail, unless otherwise indicated.

_____
Matthew G. Zaleski, III

Dated: April 5, 2002

**W.R. Grace Core Group Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market Street
Wilmington, DE 19899

**Hand Delivery**
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckshire LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

**Hand Delivery**
Theresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

David Bernick, Esquire
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Robert S. Schmidt, Esquire
Kramer Levin Naftalis & Frankel    .P
919 Third Avenue
New York, NY 10022

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

{D0000015:1}