UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF SIXTH INTERIM APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES
TO COMMITTEE MEMBERS AND THEIR COUNSEL**

Name of Applicant:                          Official Committee of Asbestos Property Damage
                                            Claimants

Authorized to Provide                       N/A
Professional Services to:

Date of Appointment:                        April 12, 2001

Period for which                            January 1, 2002 through February 28, 2002[1]
Reimbursement is sought:

Amount of Compensation sought as            N/A
actual, reasonable and necessary:

Amount of Expense Reimbursement             $29,699.57
sought
as actual, reasonable and necessary:

This is an **X** interim __final application.

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/2/01 | 4/9/01 – 5/31/01 | N/A | $11,462.59 | N/A | $11,462.59 |
| 8/6/01 | 6/1/01 – 6/31/01 | N/A | $24,412.74 | N/A | $24,412.74 |
| 9/25/01 | 7/1/01 – 7/30/01 | N/A | $13,702.68 | N/A | $13,702.68 |
| 11/8/01 | 8/1/01 - 9/30/01 | N/A | $6,492.42 | N/A | $6,492.42 |
| 2/6/02 | 10/1/01 - 12/31/01 | N/A | $9,456.87 | N/A | $9,456.87 |

---

[1] The law offices of Speights & Runyan, counsel to Anderson Memorial Hospital, is submitting expenses for the period of May 16, 2001 through March 20, 2002. This is the first request for reimbursement of expenses to Anderson Memorial Hospital.

548629

**ATTACHMENT "B" TO APPLICATION**

**SUMMARY OF HOURS**

**NOT APPLICABLE**

**COMPENSATION BY PROJECT CATEGORY**

**NOT APPLICABLE**

**EXPENSE SUMMARY**

| | |
|---|---|
| **Catholic Archdiocese of New Orleans** | **$1,264.39** |
| **Marco Barbanti** | **$9,282.65** |
| **Anderson Memorial Hospital** | **$19,152.53** |
| **TOTAL** | **$29,699.57** |

**PLEASE REFER TO ATTACHMENT "B-1" THROUGH "B-4"
ATTACHED HERETO FOR FURTHER DETAIL**

## ATTACHMENT "B-1"

## REPORT OF EXPENSES

## FOR

## MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL

## W. R. GRACE & CO., et al.

**NAME:**
Martin Dies, Esq.
Counsel to Catholic Archdiocese of New Orleans
1009 Green Avenue
Orange, TX  77630
BUSINESS   (409) 883-4394
FAX   (409) 883-4814

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|------|-------------------|--------|
| February, 24, 2002 | Airfare from Orange to Houston (Cost for One Way Commercial Flight Only) to attend CMO hearing in Wilmington | $353.50 |
| February 24, 2002 | Airfare from Houston to Philadelphia (50% of round trip ticket) to attend CMO hearing in Wilmington | $481.25 |
| February 24, 2002 | Lodging - Dupont Hotel | $322.92 |
| February 24, 2002 | Mileage - Office to Orange County Airport (10 Miles @ $.31/Mile) | $3.10 |
| February 24, 2002 | Transportation charges from Airport to Hotel (50% of fare) | 46.88 |
| February 25, 2002 | Long Distance Telephone charges (calls to various committee members and committee chairman) | $44.01 |
| February 25, 2002 | Hotel Facsimile charges (50% of cost) | $3.50 |
| February 26, 2002 | Meal (50% of bill) | $9.23 |
|  |  |  |
|  | **TOTAL EXPENSES** | **$1,264.39** |

**ATTACHMENT "B-2"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

<u>**NAME:**</u>

Darrell W. Scott
Lukins & Annis, P.S.
Counsel to Marco Barbanti
1600 Washington Trust Financial Center
717 West Sprague Ave
Spokane, WA  99201-0466
BUSINESS    (509) 455-9555
FAX           (509) 747-2323

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|------|--------------------|--------|
| January 1, 2002 through January 31, 2002 | Federal Express/Postage | $68.03 |
| January 1, 2002 through January 31, 2002 | Photocopies @ $.15 per copy | $194.85 |
| January 1, 2002 through January 31, 2002 | Video Tapes | $67.50 |
| January 1, 2002 through January 31, 2002 | Long Distance Charges | $12.25 |
| January 1, 2002 through January 31, 2002 | Telecopier Service @ $1.00 per page | $84.00 |
| January 2 & 3, 2002 | Roundtrip Airfare from Seattle to Pittsburgh to attend hearing | $2,245.00 |
| January 2 & 3, 2002 | Lodging (The Westin/Omni William Penn Hotel) | $294.12 |
| January 2 & 3, 2002 | Travel Agent Fee | $15.00 |
| January 2 & 3, 2002 | Courier Charges | $5.00 |

| | | |
|---|---|---:|
| January 2 & 3, 2002 | Cab fare and parking | $93.00 |
| January 2 & 3, 2002 | Meals | $114.40 |
| January 10 & 11, 2002 | Roundtrip airfare from Seattle to Newark to attend hearing | $2,641.00 |
| January 10 & 11, 2002 | Lodging (Marriott Newark) | $230.18 |
| January 10 & 11, 2002 | Travel Agent Fee | $15.00 |
| January 10 & 11, 2002 | Cab fare and parking | $57.00 |
| January 10 & 11, 2002 | Meals | $22.41 |
| February 1, 2002 through February 28, 2002 | Photocopies @ $.15 per copy | $368.40 |
| February 1, 2002 through February 28, 2002 | Long Distance charges | $2.56 |
| February 1, 2002 through February 28, 2002 | Telecopier service @ $1.00 per page | $6.00 |
| February 24 & 25, 2002 | Roundtrip airfare from Seattle to Wilmington to attend hearing | $2,398.50 |
| February 24 & 25, 2002 | Lodging | $243.92 |
| February 24 & 25, 2002 | Travel Agent fee | $15.00 |
| February 24 & 25, 2002 | Cab fare and parking | $109.00 |
| February 24 & 25, 2002 | Meals | $22.53 |
| **November 5, 2001** | **Refund of Train Fare for 11/5/01 Philadelphia hearing** | **($42.00)** |
| | | |
| | **TOTAL EXPENSES** | **$9,282.65** |

ATTACHMENT "B-3"

REPORT OF EXPENSES

FOR

MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS AND THEIR COUNSEL

W. R. GRACE & CO., et al.

**NAME:**
Daniel A. Speights, Esq.
Counsel to Anderson Memorial Hospital
Speights & Runyan
200 Jackson Avenue East
Hampton, SC  29924
BUSINESS        (803) 943-4444
FAX                  (803) 943-4599

**EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|------|--------------------|--------|
| 5/16/01 - 3/20/02 | **SEE EXHIBIT "B-3(a)" attached for detail** | $19,152.53 |
|  |  |  |
|  |  |  |
|  | **TOTAL EXPENSES** | **$19,152.53** |

**EXHIBIT "B-3(a)"**

SPEIGHTS & RUNYAN
P. O. BOX 685
200 JACKSON AVENUE, EAST
HAMPTON, SOUTH CAROLINA  29924

GRACE BANKRUPTCY                          File #:    777
As of Date:  03/28/2002
Invoice #:  10000183

RE:  GRACE BANKRUPTCY

**COSTS ADVANCED:**

| | | |
|---|---|---|
| 05/16/2001 | Lowcountry Air  (DAS) 5/16/01  Attendance at special joint meeting in Dallas. (Commercial Airfare rate - Savannah/ Dallas/ Savannah) | 1,377.00 |
| 05/23/2001 | Daniel A. Speights, Attorney American Express 5/22/01 - 5/23/01  Meeting of the PD Committee in Dallas.  (Airfare - $1,376.75) (Hotel - $260.89) (Misc. - $20.50) (Auto Mileage to/from Airport - $38.30) #25573 , #I843096 | 1,696.44 |
| 06/01/2001 | Copies (Copier #IS85) (5/1/01 - 5/31/01) | 58.20 |
| 06/01/2001 | Long distance telephone calls (5/1/01 - 5/31/01) | 24.36 |
| 06/01/2001 | Telecopier charges (5/1/01 | 63.00 |

|            |                                                                                                                                              |          |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            | 5/31/01)                                                                                                                                      |          |
| 06/06/2001 | Postage  (4/26/01 - 6/5/01)                                                                                                                   | 58.82    |
| 06/13/2001 | Lowcountry Air  (DAS) 6/13/01  Travel to Philadelphia for interview of potential fraudulent conveyance counsel. (Commercial Airfare rate)     | 1,076.25 |

Page#:   2

File #: 777                         Invoice #:10000183

| Date | Description | Amount |
|---|---|---|
| 06/22/2001 | Daniel A. Speights, Attorney<br>6/21/01  Attendance at Hearing in Wilmington, DE. (Auto Mileage to/from Allendale Airport - $10.35) (Taxis from Airport to Courthouse and return - $48.00)    #25573 | 58.35 |
| 06/22/2001 | Lowcountry Air  (DAS)<br>6/21/01  Attendance at hearing in Wilmington, De. (Commercial Airfare rate DAS - Allendale/ Wilmington, De. / Allendale) | 1,076.25 |
| 06/26/2001 | American Express  (DAS)<br>6/25/01 - 6/26/01 Attendance at committee meeting in Atlanta. (Hotel)    #25709 | 255.72 |
| 06/27/2001 | Lowcountry Air  (DAS)<br>6/25/01 - 6/27/01 Attendance at committee meeting in Atlanta. (commercial airfare rate) | 790.00 |
| 07/01/2001 | Westlaw Research re accrual memorandum  (6/1/01 - 6/30/01) #25770 | 29.79 |
| 07/02/2001 | Copies (Canon Copier #1&2) (6/1/01 - 6/30/01) | 150.45 |
| 07/02/2001 | Telecopier charges (6/1/01 - 6/30/01) | 28.50 |
| 07/02/2001 | Long distance telephone calls (6/1/01 - 6/30/01) | 13.05 |

| | | |
|---|---|---|
| 07/02/2001 | Postage  (6/6/01 - 7/5/01) | 6.75 |
| 07/06/2001 | Lowcountry Air  (DAS)<br>7/6/01  Travel to New York<br>for interview of  law firms<br>for fraudulent conveyance<br>action.  (Commercial<br>Airfare rate) | 1,129.50 |

Page#:   3

File #: 777                              Invoice #:10000183

| | | |
|---|---|---|
| 07/06/2001 | Teterboro Airport Limo Service<br>7/6/01  Transportation from Atlantic Aviation to/ from NYC for interview of  law firms for fraudulant conveyance action.<br>(prorata share)  #25865 | 88.20 |
| 07/17/2001 | United Parcel Service<br>7/17/01  Express Mail:<br>Scott L. Baena w/ Bilzin, Sumberg, Dunn - Miami, Fl.<br>#25768 | 12.91 |
| 07/19/2001 | American Express  (DAS)<br>7/18/01 - 7/19/01<br>Attendance at Grace Bankruptcy meeting in Wilmington.  (Hotel - $374.62)  (Meal - $34.38)<br>#25709 | 409.00 |
| 07/19/2001 | Lowcountry Air  (DAS)<br>7/18/01 - 7/19/01<br>Attendance at Grace Bankruptcy meeting in Wilmington, De.<br>(Commercial Airfare rate) | 1,076.25 |
| 07/23/2001 | Lowcountry Air  (DAS)<br>7/23/01  Meeting with committee counsel in Tampa.<br>(Pro-rata share  - Commercial Airfare rate) | 276.35 |
| 08/01/2001 | Telecopier charges (7/1/01  - 7/31/01) | 21.00 |
| 08/01/2001 | Long distance telephone calls<br>(7/1/01 - 7/31/01) | 18.84 |

| 08/01/2001 | Copies - Canon Copier #3 (7/1/01 - 7/31/01) | 95.55 |
| 08/01/2001 | Westlaw Research  re accrual memorandum (7/1/01 - 7/31/01)   #25803 | 185.81 |

Page#:   4

File #: 777                              Invoice #:10000183

| 08/03/2001 | Copies (Canon Copier #1&2)<br>(7/1/01 - 7/31/01) | 204.45 |
| 08/04/2001 | Postage  (7/6/01 - 8/3/01) | 2.61 |
| 08/21/2001 | American Express (DAS)<br>8/20/01 - 8/21/01<br>Attendance at Grace<br>Bankruptcy Committee<br>Meeting in Atlanta.<br>(Pro-rata share - Hotel)<br>#25900 | 163.43 |
| 08/21/2001 | Lowcountry Air  (DAS)<br>8/20/01 - 8/21/01<br>Attendance at Grace<br>Bankruptcy Committee<br>meeting in Atlanta.<br>(pro-rata share) | 395.00 |
| 08/31/2001 | Long distance telephone<br>calls<br>(8/1/01 - 8/31/01) | 12.76 |
| 08/31/2001 | Copies (Canon Copier #1&2)<br>(8/1/01 - 8/31/01) | 61.35 |
| 08/31/2001 | Copies - Canon Copier #3<br>(8/1/01 - 8/31/01) | 221.25 |
| 08/31/2001 | Telecopier charges (8/1/01<br> - 8/31/01) | 49.00 |
| 09/05/2001 | Postage  (8/4/01 - 9/5/01) | 11.70 |
| 09/10/2001 | United Parcel Service -<br>Express Mail:  8/3/01<br>Scott L. Baena w/ Bilzin,<br>Sumberg, Dunn, Baena -<br>Miami, FL. # 25869 | 12.91 |
| 10/01/2001 | Telecopier charges (9/1/01<br> - 9/30/01) | 27.50 |

| | | |
|---|---|---|
| 10/03/2001 | Copies (Canon Copier #1&2) | 58.35 |
| | (9/1/01 - 9/30/01) | |
| 10/03/2001 | | |
| | Copies - Canon Copier #3 | 25.35 |
| | (9/1/01 - 9/30/01) | |

Page#:    5

File #: 777                          Invoice #:10000183

| Date | Description | Amount |
|---|---|---|
| 10/03/2001 | Long distance telephone calls (9/1/01 - 9/30/01) | 6.22 |
| 11/02/2001 | United Parcel Service - Express Mail:  9/5/01 DAS - Washington Monarch # 25988 | 42.27 |
| 11/05/2001 | Long distance telephone calls (10/1/01 - 10/31/01) | 11.65 |
| 11/05/2001 | Copies - Canon Copier #3 (10/1/01 - 10/31/01) | 15.15 |
| 11/05/2001 | Telecopier charges (10/1/01 - 10/31/01) | 0.50 |
| 11/05/2001 | Postage  (10/4/01 - 11/1/01) | 1.93 |
| 11/13/2001 | West Group Payment Center - Westlaw Research (8/1/01 - 8/31/01) # 26025 | 50.38 |
| 11/13/2001 | Pacer Service Center - Research/ Copies:  8/1/01 - 8/31/01 # 26057 | 5.95 |
| 12/04/2001 | Telecopier charges (11/1/01 - 11/30/01) | 1.50 |
| 12/04/2001 | Postage  (11/2/01 - 12/3/01) | 0.34 |
| 12/05/2001 | Long distance telephone calls (11/1/01 - 11/30/01) | 6.92 |
| 12/05/2001 | Copies (Canon Copier #1&2) (11/1/01 - 11/30/01) | 0.30 |
| 12/05/2001 | | |

560180

15

|  |  |  |
|---|---|---|
|  | Copies - Canon Copier #3 (11/1/01 - 11/30/01) | 2.70 |
| 01/04/2002 | Long distance telephone calls (12/1/01 - 12/31/01) | 5.05 |

Page#:    6
File #: 777                              Invoice #:10000183

| Date | Description | Amount |
|---|---|---|
| 01/04/2002 | Copies (Canon Copier #1&2) (12/1/01 - 12/31/01) | 1.95 |
| 01/04/2002 | Copies - Canon Copier #3 (12/1/01 - 12/31/01) | 22.50 |
| 01/09/2002 | Telecopier charges (12/1/01 - 12/31/01) | 2.50 |
| 01/28/2002 | Park Aviation Airfare for DAS and MCF - 12/19/01 - 12/20/01 Attendance at hearing before Judge Wolin (Commercial Airfare rate) # 26313 | 2,126.00 |
| 02/01/2002 | Postage  (12/4/01 - 12/31/01) | 0.34 |
| 02/05/2002 | Telecopier charges (1/1/02 - 1/31/02) | 4.50 |
| 02/07/2002 | Copies (Copier #1) (1/1/02 - 1/31/02) | 3.15 |
| 02/07/2002 | Copies (Copier #2) (1/1/02 - 1/31/02) | 0.15 |
| 02/07/2002 | Copies (Copier #3) (1/1/02 - 1/31/02) | 26.85 |
| 02/07/2002 | Long distance telephone calls (1/1/02 - 1/31/02) | 23.65 |
| 02/08/2002 | Pacer Service Center - Pacer on-Line Research: 10/1/01 - 12/31/01 # 26376 | 6.44 |
| 02/11/2002 | American Express,Inc. - 12/19/01 - 12/20/01 Attendance at Bankruptcy | 175.79 |

hearing  (Pro-rata share - Lodging ) # 26395

02/25/2002

American Express,Inc. - 1/11/02 - 1/14/02 Attendance at Hearing (Amtrak - $1,006.00) (Lodging - $967.71) (Meals - $55.95) # 26395                    2,029.66

Page#:    7

File #: 777                              Invoice #:10000183

| | | |
|---|---|---:|
| 02/26/2002 | American Express Daniel A. Speights 2/24/02 - 2/26/02 Attendance at hearing before Judge Fitzgerald. (Airfare - Charleston to Philadelphia - $547.50) (Amtrak - Wilmington/Charleston/ Yemassee - $247.00) (Hotel - prorated - $1,036.20) (Transportation - Phila. Airport to Hotel DuPont - $78.75) (Auto Mileage to/from Charleston Airport - $49.68) (Taxis - Dupont Hotel - Amtrak Station - $5.00) (Train Station to Charleston Airport - $5.00) (Airport Parking - $9.00) | 1,978.13 |
| 02/28/2002 | Clerk, Jefferson County Circuit Court - Copy of Complaint:  WR Grace v RJR Nabisco # 26466 | 15.50 |
| 03/01/2002 | Postage  (2/2/02 - 2/28/02) | 0.34 |
| 03/01/2002 | Long distance telephone calls (2/1/02 - 2/28/02) | 2.93 |
| 03/01/2002 | Telecopier charges (2/1/02 - 2/28/02) | 13.50 |
| 03/01/2002 | Copies (Copier #1) (2/1/02 - 2/28/02) | 0.45 |
| 03/01/2002 | Copies (Copier #2) (2/1/02 - 2/28/02) | 106.50 |
| 03/15/2002 | Amanda G. Steinmeyer, Attorney - Wall Street Journal Publication # 26504 | 59.00 |

| | | |
|---|---|---|
| 03/19/2002 | American Express | 1,063.62 |
| | Daniel A. Speights | |
| | 3/17/02 - 3/19/02 Attendance | |
| | at hearing in Wilmington. | |
| | (Amtrak - Yemassee/ | |
| | Wilmington/ Yemassee - | |
| | $623.00) (Hotel - $398.27) | |
| | (Taxis - Amtrak Station to | |
| | Hotel Dupont  & Hotel | |
| | Dupont to Amtrak Station - 12.00) | |
| | (Auto Mileage to/from Yemassee Amtrak | |
| | Station - $10.35) (Misc. - $20.00) | |

Page#:   8

File #: 777                                Invoice #:10000183

| | | |
|---|---|---|
| 03/20/2002 | Rhonda L. Bowers<br>3/20/02  Auto Mileage to/<br>from Yemassee Amtrak Train<br>Station - DAS from<br>Wilmington Hearing. | 16.22 |

**TOTAL COSTS ADVANCED**:            $19,152.53

**PREVIOUS BALANCE:**            **0.00**
**CURRENT CHARGES:**        **19,152.53**
**LESS PAYMENTS:**            **0.00**

**TOTAL AMOUNT DUE:**        **$19,152.53**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH INTERIM APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
COMMITTEE MEMBERS AND THEIR COUNSEL**

Pursuant to this Court's May 3, 2001 Administrative Order Under 11 U.S.C. §§ 105(a)

and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Administrative Order"), the Official

Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through

undersigned counsel, hereby submits this Sixth Interim Application of the Official Committee of

Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members

and Their Counsel (the "Application"). In support hereof, the Applicant respectfully represents as

follows:

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Squarc Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# I.    BACKGROUND

1.      On April 2, 2001 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

2.      On April 2, 2001, the Court entered its Order directing the joint administration of the Debtors' chapter 11 cases (the "Consolidated Cases").

3.      On April 12, 2001, the Office of the United States Trustee appointed the PD Committee in this case consisting of Mr. Marco Barbanti, Princeton University, Pacific Freeholds and Prudential Insurance Company. The PD Committee held its organizational meeting on that day and selected Mr. Marco Barbanti to serve as its Chairman.  Thereafter, the PD Committee was expanded to include Paul Price, Anderson Memorial Hospital and the Archdiocese of New Orleans.  The PD Committee subsequently elected Mr. Dan Speights, representative of Anderson Memorial Hospital, as Co-Chairman of the PD Committee.

4.      The PD Committee represents the interests of the asbestos property damage claimants in the Consolidated Cases.

5.      At the PD Committee's initial meeting held on April 12, 2001, at which all original PD Committee members were present, the PD Committee chose to retain Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin"), by and through Scott L. Baena, Esq., as its counsel to represent it in all matters during the pendency of the Consolidated Cases.

6.      By application, dated May 22, 2001, Bilzin sought Court approval for its retention as counsel to the PD Committee <u>nunc</u> <u>pro</u> <u>tunc</u> to April 9, 2001.  No objections were filed and a certificate of no objection was filed with the Court.

7.      By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin <u>nunc</u> <u>pro</u> <u>tunc</u> to April 9, 2001, pursuant to 11 U.S.C. §§ 1103 and 328, on a general retainer basis, to represent the PD Committee in the Consolidated Cases.  The Retention Order conditioned Bilzin's compensation on approval by this Court.

## II.      RELIEF REQUESTED

8.      Accordingly, the PD Committee submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and in accordance with U.S. Department of Justice, Executive Office for United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Guidelines").  The PD Committee requests reimbursement of expenses in the amount of $29,699.57 for the actual and necessary expenses incurred by the PD Committee.

9.      This request is the PD Committee's sixth interim application to the Court for reimbursement of expenses.

10.      The PD Committee has only applied for reimbursement of actual and necessary out-of-pocket disbursements in accordance with § 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines.

WHEREFORE, the PD Committee respectfully requests the Court to enter an order (i) awarding the PD Committee the sum of $29,699.57, as interim reimbursement for actual and necessary expenses incurred; (ii) authorizing and directing the Debtor to pay to Bilzin such sum and

directing Bilzin to distribute the appropriate amount to each member of the PD Committee and its

counsel; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: April 5, 2002

<div style="margin-left:40%;">

BILZIN SUMBERG DUNN BAENA
PRICE & AXELROD LLP
Counsel to the Official Committee of Asbestos Property
Damage Claimants
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385
Telephone:  (305) 374-7580
Facsimile: (305) 374-7593


By:___/s/ Jay M. Sakalo_____
     Scott L. Baena (Admitted Pro Hac Vice)
     Jay M. Sakalo (Admitted Pro Hac Vice)

</div>