IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objections deadline: 4/15/02 at 4 p.m.** |
| | ) | **Hearing Date: 4/22/02 at 10:00 a.m.** |
| | ) | **(Only if Objections are Filed)** |
| | ) | |

## NOTICE OF MOTION

TO:   Parties on the Attached Service List

PLEASE TAKE NOTICE, that on April 5, 2002, the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee") filed the **Motion of the Official Committee of Asbestos Personal Injury Claimants to Correct the Court's Order Transferring Certain Asbestos Personal Injury Claim Matters to the Honorable Alfred M. Wolin, D. N.J. [D.I. #1813]** (the "Motion").

PLEASE TAKE FURTHER NOTICE, that any response to the Motion must be filed **on or before April 15, 2002 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel **on or before April 15, 2002 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that if objections are timely filed, served and received, a Hearing on the Motion will be held on **April 22, 2002 at 10:00 a.m.** before The Honorable Judith K. Fitzgerald, U.S. Bankruptcy Judge, U.S. Bankruptcy Court, USX Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

{D0002004:1 }                              1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        399 Park Avenue
        New York, NY  10022
        (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        - and -

        CAMPBELL & LEVINE, LLC

        /s/ Matthew G. Zaleski, III
        Matthew G. Zaleski, III (I.D. #3557)
        1201 N. Market Street
        15th Floor
        Wilmington, DE  19899
        (302) 426-1900

        Counsel for the Official Committee
          of Asbestos Personal Injury Claimants

Dated: April 5, 2002