IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | |

**ORDER**

Upon consideration of the Motion of the Official Committee Of Asbestos Personal Injury Claimants to Correct the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred J. Wolin, D. N.J. (the "Motion"); and notice of the Motion having been sufficient and proper under the circumstances; and the Court having found that certain clerical mistakes created errors arising from oversight or omission; it is hereby:

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred J. Wolin, D. N.J. [D.I. # 1813] (the "Transfer Order") is hereby modified, to add Docket Numbers 586, 587, 595, 903, and 1388 as relevant to the transferred matters; and it is further

ORDERED, that the Transfer Order is hereby corrected so that Docket Numbers 671, 672, and 674 are substituted for Docket Numbers 620, 621, and 623.

 

 

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: Wilmington, Delaware
   April ___, 2002

{D0002005:1 }