**EXHIBIT A**

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
## FEBRUARY 1, 2002 – FEBRUARY 28, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.5 |
| Richard Shinder | Managing Director | 32.0 |
| David Blechman | Associate | 52.5 |
| Michael Alexander | Analyst | 49.5 |
| | Total | 201.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2002 - FEBRUARY 28, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/02 | 0.5 | Employee Matters | Call with B. McGowan, N. Bubnovich re: scheduling |
| Pamela Zilly | 02/01/02 | 1.0 | Employee Matters | Reviewed compensation presentation |
| Pamela Zilly | 02/01/02 | 1.0 | Case Administration | Read Court issued orders |
| Pamela Zilly | 02/01/02 | 1.5 | Employee Matters | Meeting with D. Blechman and M. Alexander re: comp plan |
| Pamela Zilly | 02/01/02 | 0.5 | Employee Matters | Call with B. McGowan and N. Bubnovich re: compensation presentation |
| Pamela Zilly | 02/01/02 | 1.0 | Business Analysis | Call with B. Corcoran re: EPA Meeting |
| Pamela Zilly | 02/01/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Review industry materials re: possible acquisition |
| Pamela Zilly | 02/02/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Review LOB results re: possible acquisition |
| Pamela Zilly | 02/04/02 | 1.0 | Compensation of Professionals | Meeting with R. Shinder, D. Blechman and M. Alexander re: amended order concerning interim compensation procedures |
| Pamela Zilly | 02/04/02 | 1.0 | Business Analysis | Review information requests, information provided |
| Pamela Zilly | 02/04/02 | 1.0 | Business Analysis | Call with Grace management re: P&M requests on legacy items |
| Pamela Zilly | 02/04/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion regarding Addiment transaction |
| Pamela Zilly | 02/05/02 | 1.0 | Business Analysis | Two calls with S. Cunningham re: various motions |
| Pamela Zilly | 02/05/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Read and provided comments on Darex plant closing motion |
| Pamela Zilly | 02/05/02 | 1.0 | Business Analysis | Review final charts for Wolin, EPA meetings |
| Pamela Zilly | 02/05/02 | 0.5 | Business Analysis | review of charts of peer performance |
| Pamela Zilly | 02/05/02 | 1.0 | Case Administration | call with D. Siegel re: case issues |
| Pamela Zilly | 02/06/02 | 0.5 | Business Analysis | Review revised peer charts |
| Pamela Zilly | 02/06/02 | 0.5 | Business Analysis | Call with J. Kapp re: Committee's motion review process |
| Pamela Zilly | 02/06/02 | 1.0 | Business Analysis | Call with S. Farnsworth and F. Gilbert re: 2002 operating plan |
| Pamela Zilly | 02/06/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Discussions with Ahern, Others re: Addiment transaction |
| Pamela Zilly | 02/07/02 | 1.0 | Business Analysis | Call with R. Tarola re: case issues |
| Pamela Zilly | 02/07/02 | 1.0 | Employee Matters | Revised comp presentation; meeting with D. Blechman re: same |
| Pamela Zilly | 02/07/02 | 2.0 | Asset Dispositions, Sales, Uses and Leases | Read revised Addiment purchase agreement |
| Pamela Zilly | 02/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussions regarding equity Committee and Addiment w/S. Ahern |
| Pamela Zilly | 02/07/02 | 1.0 | Business Analysis | Analysis of revised compensation analysis |
| Pamela Zilly | 02/08/02 | 2.0 | Business Analysis | Review 2002 operating plan analysis |
| Pamela Zilly | 02/08/02 | 1.5 | Business Analysis | Meeting with D. Blechman re: 2002 operating plan and presentation format |
| Pamela Zilly | 02/08/02 | 0.5 | Case Administration | read revised Darex motion |
| Pamela Zilly | 02/10/02 | 3.5 | Business Analysis | Review December operating results |
| Pamela Zilly | 02/11/02 | 1.5 | Employee Matters | Analysis of revised compensation materials |
| Pamela Zilly | 02/11/02 | 1.0 | Business Analysis | Call with Grace management and P&M re: 4Q operating results |
| Pamela Zilly | 02/11/02 | 1.0 | Business Analysis | Call with Grace management re: 4Q operating results |
| Pamela Zilly | 02/11/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Calls w/ P. Hanlon re: Addiment transaction motion |
| Pamela Zilly | 02/12/02 | 0.5 | Case Administration | Review Court filing |
| Pamela Zilly | 02/12/02 | 2.0 | Employee Matters | Analysis of revised compensation material |
| Pamela Zilly | 02/13/02 | 1.0 | Employee Matters | Revision of comp presentation |
| Pamela Zilly | 02/14/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Calls with P. Hanlon re: Addiment transaction |
| Pamela Zilly | 02/14/02 | 3.5 | Employee Matters | Calls / meeting with D. Blechman, M. Alexander, B. McGowan, N. Bubnovich re: compensation analysis |
| Pamela Zilly | 02/14/02 | 2.0 | Case Administration | Update R. Shinder re: Addiment, Darex, compensation |
| Pamela Zilly | 02/14/02 | 2.5 | Employee Matters | Call re: comp with J. Kapp, N. Bubnovich, D. Blechman and M. Alexander |
| Pamela Zilly | 02/14/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Read Addiment analysis : re change in purchase price |
| Pamela Zilly | 02/15/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Update discussion with R. Shinder re: Addiment, and Darex plant closure |
| Pamela Zilly | 02/22/02 | 0.5 | Business Analysis | Calls with M. Hunter and D. Blechman re: P&M due diligence |
| Pamela Zilly | 02/24/02 | 1.5 | Employee Matters | review revised compensation presentation |
| Pamela Zilly | 02/24/02 | 1.0 | Employee Matters | review hearing agenda |
| Pamela Zilly | 02/25/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Discussion with R. Shinder re: status of Addiment transactions, other issues |
| Pamela Zilly | 02/26/02 | 1.0 | Employee Matters | Call with P. Norris and D. Siegel re: 2/25/02 hearing |
| Pamela Zilly | 02/26/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: hearing |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2002 - FEBRUARY 28, 2002

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Pamela Zilly | 02/26/02 | 1.5 | Business Analysis | Reviewed '02 op plan materials; meeting with D. Blechman and M. Alexander re: same |
| Pamela Zilly | 02/26/02 | 0.5 | Case Administration | Read motions |
| Pamela Zilly | 02/26/02 | 0.5 | Employee Matters | Read agenda for hearing |
| Pamela Zilly | 02/26/02 | 1.0 | Case Administration | Read Zonolite Claimants informational brief |
| Pamela Zilly | 02/26/02 | 1.0 | Case Administration | Read Debtors revised Motion re: Case Management order; |
| Pamela Zilly | 02/26/02 | 0.5 | Business Analysis | Read Debtors consolidated reply brief |
| Pamela Zilly | 02/26/02 | 0.5 | Business Analysis | Read debtors brief re: bar date and class notice |
| Pamela Zilly | 02/26/02 | 0.5 | Business Analysis | Read Darex motion |
| Pamela Zilly | 02/27/02 | 3.0 | Business Analysis | review of 2002 operating plan presentation analysis |
| Pamela Zilly | 02/28/02 | 2.0 | Business Analysis | Meeting with D. Blechman and M. Alexander re: op plan '02 |

67.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2002 - FEBRUARY 28, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 02/02/02 | 1.0 | Compensation of Professionals | Meeting with P. Zilly, D. Blechman and M. Alexander re: amended order concerning interim compensation procedures |
| Richard Shinder | 02/04/02 | 1.0 | Business Analysis | Call re: P&M legacy liabilities with D. Siegel, R. Tarola, E. Napoli-Filon |
| Richard Shinder | 02/04/02 | 0.5 | Business Analysis | Call with P&M re: legacy liabilities (with P. Zilly) |
| Richard Shinder | 02/10/02 | 3.5 | Business Analysis | Review December operating results |
| Richard Shinder | 02/14/02 | 2.0 | Asset Dispositions, Sales, Uses and Leases | Update discussion with P. Zilly re: Addiment transaction, Darex, compensation analysis |
| Richard Shinder | 02/15/02 | 2.0 | Business Analysis | Review December operating results, 2002 operating plan |
| Richard Shinder | 02/15/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Update discussion with P. Zilly re: Addiment, and Darex plant closure |
| Richard Shinder | 02/18/02 | 1.0 | Case Administration | Reviewed of Darex motion |
| Richard Shinder | 02/19/02 | 2.0 | Employee Matters | Discussions with D. Blechman and M. Alexander re: Addiment status, and compensation proposal |
| Richard Shinder | 02/19/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Reviewed of Addiment presentation, motion and development of revisions |
| Richard Shinder | 02/19/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Call re: Addiment with S. Farnsworth, P. Hanlon and F. Gilbert |
| Richard Shinder | 02/19/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Call with M. Shelnitz re: Addiment PSA schedules, presentation revisions |
| Richard Shinder | 02/19/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Review of Addiment acquisition analysis |
| Richard Shinder | 02/20/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Call with S. Cunningham re: acquisitions, operating plan presentation |
| Richard Shinder | 02/20/02 | 1.0 | Business Analysis | Revision to 2002 operating plan presentation format |
| Richard Shinder | 02/20/02 | 3.0 | Employee Matters | Reviewed of severance, retention and LTIP materials |
| Richard Shinder | 02/20/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with S. Ahern re: Addiment PSA schedules/CC disclosure |
| Richard Shinder | 02/21/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with S. Farnsworth re: Addiment |
| Richard Shinder | 02/21/02 | 2.0 | Case Administration | Read PI, Pd, Zonolite related motions |
| Richard Shinder | 02/22/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with S. Zelac re: acquisitions |
| Richard Shinder | 02/22/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Worked on Addiment presentation |
| Richard Shinder | 02/22/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Calls re: Addiment transaction |
| Richard Shinder | 02/22/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Prepared and distributed revised Addiment presentation |
| Richard Shinder | 02/24/02 | 1.0 | Employee Matters | review hearing agenda |
| Richard Shinder | 02/25/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: status of Addiment, compensation material 2002 operating plan |

**32.0**

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2002 - FEBRUARY 28, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/02 | 1.0 | Employee Matters | Review Revised compensation analysis |
| David Blechman | 02/01/02 | 1.5 | Employee Matters | Meeting with P. Zilly and M. Alexander re: comp plan |
| David Blechman | 02/01/02 | 1.0 | Employee Matters | Conference call with Andersen, McGowan and M. Alexander re: comp plan |
| David Blechman | 02/01/02 | 1.5 | Employee Matters | Reviewed revised presentation and distributed same to Andersen |
| David Blechman | 02/01/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Review industry materials re: possible acquisition |
| David Blechman | 02/02/02 | 1.0 | Compensation of Professionals | Meeting with P. Zilly, R. Shinder and M. Alexander re: amended order concerning interim compensation procedures |
| David Blechman | 02/04/02 | 1.5 | Employee Matters | review Anderson comparable material |
| David Blechman | 02/05/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Read and provided comments on Darex plant closing motion |
| David Blechman | 02/06/02 | 1.0 | Business Analysis | Call with S. Farnsworth, M. Alexander and others re: '02 plan |
| David Blechman | 02/06/02 | 0.5 | Employee Matters | Call with N. Bubnovich re comp |
| David Blechman | 02/07/02 | 2.0 | Asset Dispositions, Sales, Uses and Leases | read Additment agreement |
| David Blechman | 02/07/02 | 1.0 | Employee Matters | Revised comp presentation; meeting with P. Zilly re: same |
| David Blechman | 02/07/02 | 3.0 | Business Analysis | review 2002 operating plan, 2001 Business Plan comparison analysis |
| David Blechman | 02/08/02 | 1.5 | Business Analysis | Meeting with P. Zilly re: 2002 operating plan presentation |
| David Blechman | 02/10/02 | 2.0 | Business Analysis | Reviewed Q4 results |
| David Blechman | 02/11/02 | 1.5 | Business Analysis | Q4 update call with M. Alexander and P&M |
| David Blechman | 02/11/02 | 1.0 | Business Analysis | Q4 update call with M. Alexander and CDG |
| David Blechman | 02/12/02 | 1.0 | Business Analysis | Arranged tax call with E. Napoli and P&M |
| David Blechman | 02/12/02 | 2.5 | Employee Matters | Review and revise compensation analysis |
| David Blechman | 02/14/02 | 3.5 | Employee Matters | Calls re: comp with J. Kapp, N. Bubnovich, P. Zilly and M. Alexander |
| David Blechman | 02/14/02 | 0.5 | Employee Matters | Call with B. McGowan re: same |
| David Blechman | 02/15/02 | 0.5 | Employee Matters | Call with McGowan re: comp |
| David Blechman | 02/15/02 | 1.0 | Business Analysis | Calls with advisors re: Additment |
| David Blechman | 02/15/02 | 1.0 | Case Administration | Reviewed court filings |
| David Blechman | 02/19/02 | 2.0 | Employee Matters | Revise compensation presentation |
| David Blechman | 02/19/02 | 2.0 | Employee Matters | Discussions with R. Shinder and M. Alexander re: Additment status, and compensation proposal |
| David Blechman | 02/21/02 | 1.0 | Business Analysis | Calls with S. Farnsworth, M. Alexander and advisors re: March meetings |
| David Blechman | 02/22/02 | 0.5 | Business Analysis | Calls with M. Hunter and P. Zilly re: P&M due diligence |
| David Blechman | 02/22/02 | 0.5 | Business Analysis | Calls with advisors re: scheduling March Meetings |
| David Blechman | 02/24/02 | 1.0 | Employee Matters | review hearing agenda |
| David Blechman | 02/25/02 | 1.0 | Business Analysis | Calls re: scheduling operating plan distribution |
| David Blechman | 02/25/02 | 1.5 | Compensation of Professionals | Worked on fee application |
| David Blechman | 02/26/02 | 1.0 | Business Analysis | Calls re: meeting scheduling |
| David Blechman | 02/26/02 | 2.5 | Business Analysis | Reviewed Q4 results; responded to due diligence request by CDG |
| David Blechman | 02/26/02 | 1.5 | Business Analysis | Reviewed '02 op plan materials; meeting with P. Zilly and M. Alexander re: same |
| David Blechman | 02/26/02 | 1.0 | Business Analysis | Call with F. Gilbert re: '02 op plan presentation |
| David Blechman | 02/26/02 | 0.5 | Business Analysis | Meeting with P. Zilly re: 2002 re: hearing |
| David Blechman | 02/27/02 | 0.5 | Business Analysis | Calls with F. Gilbert re: '02 op plan |
| David Blechman | 02/28/02 | 1.0 | Business Analysis | Calls with F. Gilbert re: '02 op plan |
| David Blechman | 02/28/02 | 2.0 | Business Analysis | Meeting with P. Zilly and M. Alexander re: op plan '02 |

52.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2002 - FEBRUARY 28, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 02/01/02 | 1.5 | Employee Matters | Meeting with P. Zilly and D. Blechman re: comp plan |
| Michael Alexander | 02/01/02 | 1.0 | Employee Matters | Conference call with D. Blechman and Andersen & McGowan re: comp plan |
| Michael Alexander | 02/01/02 | 4.0 | Employee Matters | Updated and compared comparable compensation programs |
| Michael Alexander | 02/02/02 | 1.0 | Compensation of Professionals | Meeting with P. Zilly, R. Shinder and D. Blechman re: amended order concerning interim compensation procedures |
| Michael Alexander | 02/04/02 | 1.5 | Employee Matters | review Anderson comps vs TBG analysis |
| Michael Alexander | 02/05/02 | 3.0 | Employee Matters | review of charts of peer performance, analysis of comparable companies |
| Michael Alexander | 02/06/02 | 1.0 | Business Analysis | Call with S. Farnsworth, D. Blechman and others re: '02 plan |
| Michael Alexander | 02/06/02 | 2.0 | Business Analysis | Read 4Q results; comparison to Plan |
| Michael Alexander | 02/06/02 | 0.5 | Employee Matters | Call with N. Bubnovich and D. Blechman re comp |
| Michael Alexander | 02/11/02 | 1.5 | Business Analysis | Q4 update call with D. Blechman and P&M |
| Michael Alexander | 02/11/02 | 1.0 | Business Analysis | Q4 update call with D. Blechman and CDG |
| Michael Alexander | 02/12/02 | 1.5 | Employee Matters | Reviewed compensation analysis |
| Michael Alexander | 02/12/02 | 4.5 | Employee Matters | Revised compensation presentation |
| Michael Alexander | 02/14/02 | 3.5 | Employee Matters | Call re: comp with J. Kapp, N. Bubnovich, P. Zilly and D. Blechman |
| Michael Alexander | 02/15/02 | 1.0 | Business Analysis | Calls with advisors re: Addiment |
| Michael Alexander | 02/15/02 | 3.0 | Business Analysis | Reviewed recent events in other tort bankruptcies |
| Michael Alexander | 02/15/02 | 4.5 | Business Analysis | Updated bankruptcy log with new information |
| Michael Alexander | 02/19/02 | 2.0 | Employee Matters | Discussions with R. Shinder and D. Blechman re: Addiment status, and compensation proposal |
| Michael Alexander | 02/21/02 | 1.0 | Business Analysis | Calls with S. Farnsworth, D. Blechman and advisors re: March meetings |
| Michael Alexander | 02/26/02 | 1.0 | Business Analysis | Reviewed Q4 results |
| Michael Alexander | 02/26/02 | 1.5 | Business Analysis | Reviewed '02 op plan materials; meeting with P. Zilly and D. Blechman re: same |
| Michael Alexander | 02/26/02 | 1.0 | Business Analysis | Call with F. Gilbert, D. Blechman re: '02 op plan presentation |
| Michael Alexander | 02/27/02 | 3.0 | Business Analysis | Compile information for asbestos bankruptcy log |
| Michael Alexander | 02/28/02 | 2.0 | Business Analysis | Update asbestos bankruptcy log |
| Michael Alexander | 02/28/02 | 2.0 | Business Analysis | Meeting with P. Zilly and D. Blechman re. '02 op plan |
| | | 49.5 | | |

**EXHIBIT B**

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**February 28, 2002**
**2737-T**

| | | | | |
|---|---|---|---|---|
| **Word Processing** | | | | |
| Blechman | 1/1-31/02 | 305.67 | | |
| **Subtotal - Word Processing** | | | $ | 305.67 |
| | | | | |
| **Car Services** | | | | |
| **Skyline** | | | | |
| de Almeida | 12/17/01 | 53.00 | | |
| de Almeida | 01/10/02 | 50.00 | | |
| **Subtotal - Car Services** | | | | 103.00 |
| | | | | |
| **Travel - Local** | | | | |
| Blechman | 01/31/02 | 9.00 | | |
| Shinder | 11/05/01 | 13.60 | | |
| Shinder | 11/13/01 | 13.00 | | |
| Shinder | 11/20/01 | 12.20 | | |
| Shinder | 11/21/01 | 6.50 | | |
| Shinder | 11/21/01 | 13.70 | | |
| **Subtotal - Travel - Local** | | | | 68.00 |
| | | | | |
| **Travel Railroad** | | | | |
| Shinder | 11/20/01 | 233.00 | | |
| Shinder | 12/20/01 | (57.00) | | |
| **Subtotal - Travel Railroad** | | | | 176.00 |
| | | | | |
| **Meals** | | | | |
| Alexander | 08/21/01 | 20.00 | | |
| Alexander | 09/05/01 | 20.00 | | |
| Blechman | 08/23/01 | 20.00 | | |
| Blechman | 01/07/02 | 20.00 | | |
| de Almeida | 10/23/01 | 20.00 | | |
| Shinder | 08/17/01 | 20.00 | | |
| Shinder | 09/05/01 | 20.00 | | |
| Shinder | 10/02/01 | 20.00 | | |
| Shinder | 10/15/01 | 20.00 | | |
| Zilly | 01/24/02 | 7.80 | | |
| Zilly | 01/30/02 | 6.70 | | |
| **Subtotal - Meals** | | | | 194.50 |

W.R. GRACE
Expense Detail
Processed Through
February 28, 2002
2737-T

**Research**
**In-House**

| | | | |
|---|---|---|---|
| Alexander | 1/16-31/02 | 4.57 | |
| **Subtotal - In-House - Research** | | | **4.57** |

**Communications**
**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 02/08/02 | 13.27 | |
| Shinder | 01/24/02 | 14.49 | |
| Zilly | 01/22/01 | 15.59 | |
| **Subtotal - Federal Express - Communications** | | | **43.35** |

**Photocopying**

| | | | |
|---|---|---|---|
| Blechman | 1/29-2/1/02 | 0.60 | |
| Blechman | 1/29-2/1/02 | 1.60 | |
| Blechman | 1/29-2/1/02 | 6.00 | |
| Blechman | 1/29-2/1/02 | 8.40 | |
| Blechman | 1/29-2/1/02 | 9.00 | |
| Blechman | 1/29-2/1/02 | 9.00 | |
| Blechman | 1/29-2/1/02 | 9.80 | |
| Blechman | 1/29-2/1/02 | 17.80 | |
| Blechman | 1/29-2/1/02 | 21.80 | |
| Blechman | 1/29-2/1/02 | 30.20 | |
| Blechman | 1/29-2/1/02 | 76.60 | |
| Blechman | 1/29-2/1/02 | 633.80 | |
| **Subtotal - Photocopying** | | | **824.60** |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | **1,719.69** |