# EXHIBIT A

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $        9.45 |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | |
| Travel Expense | |
| Lexis | $       34.80 |
| Westlaw | |
| Meal Expenses | |
| Overtime | |
| Velo Binding | $        4.00 |
| **Total** | $       48.25 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 1/10/02; DATE: 1/10/2002 - Library, JJ0001, Denver, Computer Research, Delaware Bankruptcy Court Pacer | $  34.80 |
| 02/01/02 | 4 | Velo Binding: 4 Velo Binding | 4.00 |
| 02/07/02 | 63 | Photocopies | 9.45 |
| | | **Total Disbursements:** | **$  48.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 9.45 |
| Research Services | | 34.80 |
| Velo Binding | | 4.00 |
| **Total Disbursements:** | **$** | **48.25** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577748 | 10/30/01 | Bill | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$  4,651.11* |
| 579873 | 11/20/01 | Bill | 64.00 |
| | 01/24/02 | Cash Receipt | -63.88 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Lund, Kenneth | Partner | $     325.00 | 4.50 | $     1,462.50 |
| Neitzel, Charlotte | Partner | $     300.00 | 29.90 | $     8,970.00 |
| Harris, Colin | Partner | $     250.00 | 4.30 | $     1,075.00 |
| Coggon, Katheryn | Special Counsel | $     240.00 | 2.6 | $        624.00 |
| Latuda, Carla | Senior Paralegal | $       90.00 | 7.9 | $        711.00 |
| Floyd, Mary Beth | Information Specialist | $       90.00 | 22.9 | $     2,061.00 |
| Payne, William E. | Information Specialist | $       85.00 | 2.3 | $        195.50 |
| Total | | | 74.40 | 15,099.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Photocopies | $ 859.50 |
| Facsimiles | $ 8.00 |
| Long Distance Telephone | $ 15.54 |
| Outside Courier | $ 63.76 |
| Postage | |
| Meal Expenses | |
| Overtime | |
| Other Expenses | |
| Lexis | $ 414.62 |
| Research Services | $ 28.30 |
| Velo Binding | |
| **Total** | $ 1,389.72 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 591827 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/02 | MCL | Review and organize documents compiled for responding to Sixth 104(e) Request for shipment to Boulder office (4.10); prepare index of same (3.80). | 7.90 $ | 711.00 |
| 02/04/02 | KWL | Review Weiss memo (1.00); begin outline for response (1.70). | 2.70 | 877.50 |
| 02/04/02 | CLN | Review of DOJ letter re USGS data (.20); and confer with JDMcCarthy re same (.10). | 0.30 | 90.00 |
| 02/04/02 | MBF | Check Lexis and EPA website for announcement of Libby site on NPL. | 0.20 | 18.00 |
| 02/06/02 | CLN | Review December 2001 Weis memo (4.0); confer with KWLund re Weis memo (.30); meet with Bob Emmett re Weis memo (.50). | 4.80 | 1,440.00 |
| 02/06/02 | KJC | Review correspondence and other documents re public health emergency issue (0.40). | 0.40 | 96.00 |
| 02/07/02 | MBF | Perform quality control of coded Libby documents in Lotus Notes database. | 2.40 | 216.00 |
| 02/08/02 | MBF | Perform quality control on documents coded in Lotus Notes. | 1.00 | 90.00 |
| 02/11/02 | KWL | Work on ATSDR production issues (1.30);  various conferences with KJCoggon re same (.50). | 1.80 | 585.00 |
| 02/11/02 | MBF | Perform quality assessment, quality control on documents coded in Lotus Notes. | 0.70 | 63.00 |
| 02/12/02 | MBF | Perform quality control/quality assessment on documents coded into Lotus Notes database. | 4.00 | 360.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 9 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/13/02 | KJC | Review ATSDR response to FOIA request and draft email to KWLund and JDMcCarthy re same (0.50). | 0.50 | 120.00 |
| 02/14/02 | CLN | Confer with Jay McCarthy re experts. | 0.50 | 150.00 |
| 02/14/02 | MBF | Perform quality control/quality assessment on coding of documents responsive to EPA information requests in Lotus Notes database. | 3.60 | 324.00 |
| 02/19/02 | CLN | Work on comments on Weis memorandum. | 0.30 | 90.00 |
| 02/19/02 | MBF | Perform quality control/quality assessment of documents coded into Lotus Notes. | 2.00 | 180.00 |
| 02/20/02 | CLN | Work on comments on Weis memo. | 0.50 | 150.00 |
| 02/25/02 | CLN | Review KJCoggon Issue Code and review outline of administrative and supplemental administrative record for input to issue codes and to prepare to interview experts (3.80); review R.J. Lee Report to prepare to comment on December 2001 Weis memo (2.0). | 5.80 | 1,740.00 |
| 02/25/02 | KJC | Draft documents and databases chart for various Grace projects (1.20); send to Grace team (0.30). | 1.50 | 360.00 |
| 02/25/02 | MBF | Perform quality control and quality assessment on Historical documents in Lotus Notes database. | 2.00 | 180.00 |
| 02/26/02 | CGH | Research and analysis of EPA (Paul Peronard) memorandum re alleged imminent and substantial endangerment for Libby, Montana residents and surrounding community. | 0.50 | 125.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 10 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/26/02 | CLN | Review Libby NPL proposal (.30); coordinate with KWLund and MaryBeth Floyd to review NPL proposed docket (.20); work on response to Weiss memo (2.50); conference with KJCoggon re issue coding and preparing documents for cost recovery defense (.90); coordinate re review of docket (.30); review presenters at 2001 Conference for possible experts (.30). | 4.50 | 1,350.00 |
| 02/26/02 | KJC | Telephone conference with MBFloyd re NPL listing docket review. | 0.20 | 48.00 |
| 02/26/02 | MBF | Alert attorneys of NPL listing of Libby site in Federal Register (.30); arrange to have copies of Federal Register made for attorneys (.20); speak with CLNeitzel and KJCoggon re viewing docket at EPA (.30); call EPA to arrange appointment to view docket (.20). | 1.00 | 90.00 |
| 02/27/02 | CLN | Review of health risk documents in administrative records to assist in defending against EPA cost recovery and to identify health risk experts (4.80); conference and strategize with JDMcCarthy re health experts (.50); conference with Phil Goad re health risk experts and re December 2001 Weis memo (.80); prepare list of experts (1.20); conference with TKorver re NPL proposal (.20) | 7.50 | 2,250.00 |
| 02/27/02 | MBF | Perform quality control/quality assessment of documents code in Lotus Notes database. | 2.00 | 180.00 |
| 02/28/02 | CGH | Research and analysis of EPA (Paul Peronard) memorandum re alleged imminent and substantial endangerment for Libby, Montana residents and surrounding community (2.80); analysis of data (EG OSHA) re exposure limits under Federal law (.30); review of cases re standard for imminent and substantial endangerment (.30); outline issues to address with KWLund (.40). | 3.80 | 950.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/28/02 | CLN | Conference with Phil Goad re obtaining his memo re Weis memorandum (.30); review of Phil Goad memo (.20); conference with potential expert witness (.70); develop outline for risk experts and for NPL proposal comments (4.50). | 5.70 | 1,710.00 |
| 02/28/02 | MBF | Perform quality control/quality assessment on Historical documents coded in Lotus Notes. | 4.00 | 360.00 |
| 02/28/02 | WEP | Load new images into Document Director | 2.30 | 195.50 |

**Total Fees Through February 28, 2002:**    **74.40**   **$  15,099.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 4.50 | $  1,462.50 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 29.90 | 8,970.00 |
| CGH | Colin G. Harris | Partner | 250.00 | 4.30 | 1,075.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 240.00 | 2.60 | 624.00 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 7.90 | 711.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 22.90 | 2,061.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 2.30 | 195.50 |

**Total Fees:**    **74.40**   **$  15,099.00**

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 1/10/02; DATE: 1/10/2002 - Library, JJ0001, Denver, Computer Research, Delaware Bankruptcy Court Pacer | $ | 28.30 |
| 01/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-071-92363; DATE: 1/25/02 - Courier, Acct. 0802-0410-8 01-16; Phil Goad Little Rock, Ar | | 8.77 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02 - Courier, Acct. 0802-0410-8 01-25; From Ines Martin New York, NY to Susan Haines Philadelphia, Pa | | 18.47 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02 - Courier, Acct. 0802-0410-8 01-25; From Ines Martin New York, NY to Bill Payne Denver, Co | | 23.26 |
| 02/01/02 | | Long Distance Telephone: 3124254103 | | 5.61 |
| 02/04/02 | | Lexis | | 41.25 |
| 02/04/02 | 122 | Photocopies | | 18.30 |
| 02/05/02 | | Lexis | | 41.25 |
| 02/05/02 | | Long Distance Telephone: 6178761400 | | 0.11 |
| 02/05/02 | | Long Distance Telephone: 6178761400 | | 1.34 |
| 02/05/02 | | Long Distance Telephone: 4105314751 | | 1.80 |
| 02/05/02 | 15 | Photocopies | | 2.25 |
| 02/06/02 | 13 | Photocopies | | 1.95 |
| 02/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-58793; DATE: 2/7/02 - Courier, Acct. 0802-0410-8 01-29; Richaed Finke Boca Raton, Fl | | 13.26 |
| 02/07/02 | 126 | Photocopies | | 18.90 |
| 02/07/02 | 132 | Photocopies | | 19.80 |
| 02/07/02 | 2 | Photocopies | | 0.30 |
| 02/07/02 | 11 | Photocopies | | 1.65 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/08/02 | | Lexis | 41.25 |
| 02/08/02 | | Long Distance Telephone: 5613621533 | 1.03 |
| 02/08/02 | | Long Distance Telephone: 4105314751 | 1.00 |
| 02/08/02 | 32 | Photocopies | 4.80 |
| 02/13/02 | | Long Distance Telephone: 8033769581 | 1.21 |
| 02/13/02 | | Long Distance Telephone: 7037298543 | 1.32 |
| 02/13/02 | 38 | Photocopies | 5.70 |
| 02/13/02 | 72 | Photocopies | 10.80 |
| 02/13/02 | 45 | Photocopies | 6.75 |
| 02/13/02 | 884 | Photocopies | 132.60 |
| 02/14/02 | 3 | Photocopies | 0.45 |
| 02/15/02 | 2 | Facsimile | 2.00 |
| 02/15/02 | | Long Distance Telephone: 5613621533 | 1.49 |
| 02/15/02 | 4 | Photocopies | 0.60 |
| 02/18/02 | 22 | Photocopies | 3.30 |
| 02/18/02 | 100 | Photocopies | 15.00 |
| 02/19/02 | | Long Distance Telephone: 9146867975 | 0.33 |
| 02/19/02 | | Long Distance Telephone: 4046397270 | 0.30 |
| 02/19/02 | 13 | Photocopies | 1.95 |
| 02/20/02 | 3 | Facsimile | 3.00 |
| 02/20/02 | 3 | Facsimile | 3.00 |
| 02/20/02 | 75 | Photocopies | 11.25 |
| 02/20/02 | 8 | Photocopies | 1.20 |
| 02/20/02 | 46 | Photocopies | 6.90 |
| 02/25/02 | | Lexis | 249.60 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/25/02 | 10 | Photocopies | 1.50 |
| 02/26/02 | | Lexis | 41.27 |
| 02/26/02 | 47 | Photocopies | 7.05 |
| 02/26/02 | 24 | Photocopies | 3.60 |
| 02/26/02 | 92 | Photocopies | 13.80 |
| 02/27/02 | 24 | Photocopies | 3.60 |
| 02/27/02 | 549 | Photocopies | 82.35 |
| 02/27/02 | 336 | Photocopies | 50.40 |
| 02/28/02 | 2,885 | Photocopies | 432.75 |

| | |
|---|---|
| **Total Disbursements:** | **$ 1,389.72** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 859.50 |
| Facsimile | | 8.00 |
| Long Distance Telephone | | 15.54 |
| Outside Courier | | 63.76 |
| Lexis | | 414.62 |
| Research Services | | 28.30 |
| **Total Disbursements:** | **$** | **1,389.72** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |

**Matter 00301 Libby Access Defense**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Lund, Kenneth | Partner | $      325.00 | 3.90 | $      1,267.50 |
| McCarthy, Jay D. | Partner | $      250.00 | 0.3 | $      75.00 |
| Total | | | 4.20 | $      1,342.50 |

Expenses

**Matter 00301 - Libby Access Defense**

| Description | TOTAL |
|---|---|
| Photocopies | |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | |
| Travel Expense | |
| Lexis | |
| Meal Expenses | |
| **Total** | $          - |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/06/02 | KWL | Telephone conference with Bill Corcoran re Consent Decree and 501(c)(3) issues (.30). | 0.30 | $ | 97.50 |
| 02/07/02 | KWL | Telephone call with Bill Corcoran re SEP and Consent Decree issues (.30); telephone conference with Matt Cohn and Bill Corcoran re same (.50). | 0.80 | | 260.00 |
| 02/08/02 | KWL | Telephone conference with Bill Corcoran and Matt Cohn (EPA) re SEP issues (.40). | 0.40 | | 130.00 |
| 02/12/02 | KWL | Telephone conference with Matt Cohn re: County Commissioners issues (.40); telephone conference with Bob Emmett re same (.30);  telephone conference  with Bill Corcoran, Bob Emmett, and John Forgach re County Commissioners issues (.80). | 1.50 | | 487.50 |
| 02/13/02 | JDM | Telephone conference with J. Freeman re status report and extension of comment period. | 0.20 | | 50.00 |
| 02/14/02 | KWL | Review Consent Decree of process on non-profit development (.70); telephone call to Matt Cohn re same (.20). | 0.90 | | 292.50 |
| 02/15/02 | JDM | Review status report. | 0.10 | | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through February 28, 2002:** | **4.20** | **$** | **1,342.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 3.90 | $ | 1,267.50 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 0.30 | | 75.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | **Total Fees:** | | **4.20** $ | **1,342.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577905 | 10/31/01 | Bill | | 31,638.92 |
| | *Outstanding Balance on Invoice 577905:* | | $ | *31,638.92* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 4,639.70 |
| | 01/24/02 | Cash Receipt | | -3,715.66 |
| | *Outstanding Balance on Invoice 579873:* | | $ | *924.04* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 1,428.00 |
| | 02/28/02 | Cash Receipt | | -1,146.40 |
| | *Outstanding Balance on Invoice 583055:* | | $ | *281.60* |
| | | | | |
| 589414 | 02/28/02 | Bill | | 64.85 |
| | *Outstanding Balance on Invoice 589414:* | | $ | *64.85* |

| | | |
|---|---|---|
| **Total Outstanding Invoices:** | $ | **32,909.41** |
| | | |
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **1,342.50** |
| **Total Balance Due This Matter** | $ | **34,251.91** |

## Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Tuchman, Robert | Partner | $ 375.00 | 0.40 | $ 150.00 |
| Lund, Kenneth W. | Partner | $ 325.00 | 58.4 | $ 18,980.00 |
| McCarthy, Jay D. | Partner | $ 250.00 | 83.2 | $ 20,800.00 |
| Coggon, Katheryn | Special Counsel | $ 240.00 | 101.7 | $ 24,408.00 |
| Stevenson, Edward | Senior Counsel | $ 210.00 | 118.2 | $ 24,822.00 |
| Tracy, Brent | Associate | $ 225.00 | 0.4 | $ 90.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 123 | $ 27,060.00 |
| Hall, Jennifer | Associate | $ 220.00 | 27.1 | $ 5,962.00 |
| Beasley, James | Associate | $ 175.00 | 5 | $ 875.00 |
| Aschenbrenner, Corina | Paralegal | $ 125.00 | 4.2 | $ 525.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 11.5 | $ 1,265.00 |
| Korver, Thomas | Senior Paralegal | $ 110.00 | 74.9 | $ 8,239.00 |
| Sherman, Joan | Senior Paralegal | $ 110.00 | 14.9 | $ 1,639.00 |
| Latuda, Carla | Senior Paralegal | $ 90.00 | 3.5 | $ 315.00 |
| Enriquez, Theresa | Info. Specialists | $ 35.00 | 1.3 | $ 45.50 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 11.1 | $ 999.00 |
| Mulholland, Imelda | Info. Specialists | $ 90.00 | 54.5 | $ 4,905.00 |
| Payne, William | Info. Specialists | $ 85.00 | 38.8 | $ 3,298.00 |
| Total | | | 732.10 | $ 144,377.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Photocopies | $ 1,838.85 |
| Facsimiles | $ 80.00 |
| Long Distance Telephone | $ 57.60 |
| Outside Courier | $ 222.02 |
| Travel Expense | $ 198.54 |
| Lexis | $ 2,154.79 |
| Color Copies | $ 32.50 |
| **Total** | $ 4,584.30 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/02 | JDM | Telephone conference with B. Maer re NCP compliance expert issues (0.3); telephone conference with EEStevenson re NCP compliance expert issues (0.1); review e-mails re Volpe document review and fax from DOJ (0.3); review bankruptcy pleadings from Kirkland & Ellis (0.2); telephone conference with J. Baer re bankruptcy issues (0.3); draft e-mail to KWLund re bankruptcy issues (0.2); prepare for meeting with KJCoggon re Peronard and Weiss depositions (0.2); review outlines (0.2); meet with KJCoggon re Peronard and Weiss and ATSDR issues (2.1). | 3.90 | $  975.00 |
| 02/01/02 | KJC | Conference with JDMcCarthy re strategy for deposing Paul Peronard and Chris Weiss (2.1); review correspondence re hiring of experts for assistance with case (0.3); telephone conference with EEStevenson re progress of R. Bartelt (0.2); review historical documents re affirmative defenses (1.1); identify, review and send documents to R. Bartelt for review (0.7); review letter re ATSDR documentation in light of recent correspondence from EPA (0.4); research re strategy for deposing Paul Peronard and Chris Weiss (2.0). | 6.80 | 1,632.00 |
| 02/01/02 | EES | Review National Contingency Plan regulatory requirements for ATSDR activities (2.1); telephone conferences with expert re cost review issues (.3); review additional toxicological information (1.4). | 3.80 | 798.00 |
| 02/01/02 | GMB | Review of documents in Boulder, Colorado for use in affirmative defenses and responsiveness to EPA interrogatories. | 8.40 | 1,848.00 |
| 02/01/02 | JGB | Review documents for responsiveness to EPA information request. | 5.00 | 875.00 |
| 02/01/02 | JAH | Legal research regarding 8th affirmative defense. | 2.00 | 440.00 |