Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/01/02 | TWK | Review documents at Department of Transportation Volpe Center for actions taken in support of costs incurred (2.50); meet with D. VanOrten re substance of documents reviewed at Volpe Center (.30). | 2.80 | 308.00 |
| 02/03/02 | JDM | Conference withTWKorver re Volpe documents, ATSDR documents and other discovery issues (0.2); review DOJ correspondence re discovery (0.4); telephone conference with TWKorver re J. Freeman's 1/31/ letter (0.1); draft e-mail to CLNeitzel re USGS documents (0.2). | 0.90 | 225.00 |
| 02/04/02 | KWL | Prepare for meeting with experts (1.00); conference with KJCoggon re Volpe materials (.40); conference with JDMcCarthy re discovery disputes (.50). | 1.90 | 617.50 |
| 02/04/02 | JDM | Meet with KWLund re discovery issues and agenda for client meeting (0.5); meet with BATracy re sampling documents and Libby High School (0.2); meet with KWLund and TWKorver re Volpe documents and Peronard documents (0.3); conference with CLNeitzel re USGS data (0.1); prepare for telephone conference with J. Freeman re discovery issues (0.4); telephone conference with J. Freeman and H. Kukis re discovery issues (0.7); telephone conference with G. Graham re Protective Order, discovery issues and new local rule changes (0.4); review articles re health emergency (0.2); telephone conference with J. Freeman re Protective Order (0.1); draft addendum to memo re questions for government investigation/remediation witnesses (1.1); review article re asbestos cleanup standards at WTC (0.2); conference with TWKorver re Peronard document review and other discovery issues (0.8); conference with KJCoggon re scheduling EPA document review and other discovery matters (0.7); exchange voice mails with TWKorver re ASARCO documents (0.1); conference with EEStevenson re Bartelt (0.3). | 6.10 | 1,525.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/04/02 | KJC | Draft and revise outline re meeting with A. Stringer (2.10); review forensic chemistry article (.50); send Libby database CDs to expert (.20); email exchange with JAHall and JDMcCarthy re 8th Affirmative Defense (.20); telephone conference with EEStevenson and expert re strategies for discussion at meeting on Thursday with R. Emmett (2.10); conference with KWLund re schedule and agenda for meetings on Wed. and Thurs. with R. Emmett, A. Stringer and experts (.70); conference with JDMcCarthy re documents provided by EPA, strategies and staffing (.70). | 6.50 | 1,560.00 |
| 02/04/02 | EES | Revise draft expert deposition question issue summaries (2.1); conference call with potential accounting expert (.4); review additional site investigation information (.7). | 3.20 | 672.00 |
| 02/04/02 | GMB | Review of documents in Boulder, Colorado for use in affirmative defenses and responsiveness to EPA interrogatories (9.00). | 9.00 | 1,980.00 |
| 02/04/02 | JAH | Telephone conference with KATrammel re KDC transaction documents(.10). | 0.10 | 22.00 |
| 02/04/02 | BAT | Conference with JDMcCarthy re additional documents found re resurfacing Libby track (.30); conference with JAHall re same (.10). | 0.40 | 90.00 |
| 02/04/02 | TWK | Research actions of DOT Volpe Center at Libby site (1.00); research documentation of same by Volpe (.30); review DOJ correspondence relating to documents available at EPA (.30); research additional documents to be produced at EPA (.80); draft memo re documents available at DOT Volpe Center (1.00); meet with JDMcCarthy and KWLund re documents and additional documents at EPA (.30); telephone conference with DOJ re procedures for discovery production and information available (.60); review documents at EPA re Paul Peronard files (4.00); telephone conferences with DOJ re scanning of EPA production (.30). | 8.60 | 946.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/02 | ICM | Conduct case law research re several issues as per EEStevenson's request. | 3.00 | 270.00 |
| 02/05/02 | KWL | Prepare for meetings with client and various experts (3.50). | 3.50 | 1,137.50 |
| 02/05/02 | JDM | Review asbestos regulations and outline questions for Peronard, Weiss, etc. (2.6); draft e-mail to KWLund re telephone conference with G. Graham (0.1); conference with KJCoggon re A. Stringer and expert meeting schedule and document coding issues (0.2); telephone conference with KWLund re ATSDR documents (0.2); telephone conference with EEStevenson re Bartelt past testimony (0.2); telephone conference with DOJ re ATSDR documents (0.2); conference with KWLund re ATSDR documents, Weiss documents, etc. (0.4). | 3.90 | 975.00 |
| 02/05/02 | KJC | Telephone conference with EEStevenson re 2/6 and 2/7 meeting schedule and issues (.20); conferences with JDMcCarthy re document capture and coding, EPA production of documents, schedule for 2/6 and 2/7, and ATSDR documentation (.20); conferences with KWLund re meeting schedule and strategy for 2/6 and 2/7 and status of case projects (.40); conference with CCotts re database revisions and scanning issues (.80); review and research database options for key case documents (1.90); draft memo re update for R. Emmett (.70); prepare for 2/6 meetings with R. Emmett (.40); draft issue coding list for documents (.50); conference with JLSherman re review of EPA documents (.20); conference with JDMcCarthy, TWKorver and KWLund re EPA documents (.10). | 5.40 | 1,296.00 |
| 02/05/02 | EES | Meeting with accounting experts (1.5); prepare for case strategy/expert planning meeting (2.9). | 4.40 | 924.00 |
| 02/05/02 | GMB | Lexis research on hazardous substances (2.70 ); Lexis research on definition of a 'release' under CERCLA (1.90); review of cases from Lexis research (2.90). | 7.50 | 1,650.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page            22
Invoice No.:    591827
Client  No.:    04339
Matter  No.:    00302

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/05/02 | JAH | Review legal research on affirmative defenses. | 0.50 | 110.00 |
| 02/05/02 | TWK | Research Asbestos Hazard Emergency Response Act and regulatory requirements for same (.80); research documents to assist cost recovery experts (.50); letter to DBrown re EPA action memoranda (.30); research EPA fiber counting ISO and NIOSH methods (1.10); review files of CWeiss at EPA (3.50); meet with KWLund and JDMcCarthy re documents at EPA (.20); prepare list of document categories to be coded in Grace and EPA productions (.80); review supplemental CDs produced by EPA (.30). | 7.50 | 825.00 |
| 02/05/02 | ICM | Conduct research re defenses pursuant to the requests of JAHall and EEStevenson. | 4.60 | 414.00 |
| 02/06/02 | KWL | Prepare for and attend meeting with Bob Emmett, JDMcCarthy and KJCoggon re strategic planning (8.0). | 8.00 | 2,600.00 |
| 02/06/02 | JDM | Review draft expert engagement letters (0.2); prepare for B. Emmett meeting (0.3); meet with B. Emmett and team re strategy (7.7). | 8.20 | 2,050.00 |
| 02/06/02 | KJC | Conference with A. Stringer re deposition preparation (3.70); conference with R. Emmett, KWLund, JDMcCarthy, and EEStevenson re expert issues, strategies, and schedule (3.50); conference with CLNeitzel, R. Emmett, and KWLund re strategy for response to EPA memo (0.40); prepare for deposition preparation meeting with A. Stringer (0.60). | 8.20 | 1,968.00 |
| 02/06/02 | EES | Meet with accounting expert re cost issues (1.8); conference with R. Emmett, KWLund, JDMcCarthy, and KJCoggon re expert issues, strategies, and schedule (3.5). | 5.30 | 1,113.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/06/02 | GMB | Lexis research on naturally-occurring hazardous substances (3.50);  review of cases from Lexis research (2.30); additional Lexis research on consumer products/building structures under CERCLA (2.60). | 8.40 | 1,848.00 |
| 02/06/02 | JAH | Review and evaluate legal research re affirmative defenses (2.80); perform legal research re affirmative defenses (.80); telephone conference with ICMulholland re same (.50); telephone conference with outside attorney re same (.50). | 4.60 | 1,012.00 |
| 02/06/02 | TWK | Review Weis data CDs produced by EPA (1.30); research additional information sources contained in Weis endangerment memo (2.00); research DOJ cost document production (.80); telephone conference with ATSDR re status of FOIA request (.20); research availability of health risk data for environmental assessment (.70); draft letter to DOJ re information on health risks and backup data (1.30); meet with Mr. Emmett re status of case and future actions (2.00). | 8.30 | 913.00 |
| 02/06/02 | ICM | Conduct research re defenses as per JAHall's request (3.20); conduct research re defenses as per EEStevenson's request (2.60). | 5.80 | 522.00 |
| 02/07/02 | KWL | Telephone conference with Bill Corcoran re cost recovery strategy issues (.20); prepare for and attend meeting with Bob Emmett, JDMcCarthy; KJCoggon and potential expert witness re strategic planning (4.0); meeting with JDMcCarthy, KJCoggon and EEStevenson re debriefing and allocation of responsibility (.60); telephone call with CLNeitzel re risk assessment issues (.20);  telephone conference with RTuchman re same (.30); review various CVs re risk assessment experts (.50); telephone conference with Richard Finke re data issues (.30). | 6.10 | 1,982.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | | |
|---|---|---|---|
| | | Page | 24 |
| | | Invoice No.: | 591827 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/07/02 | JDM | Review and revise letter to DOJ re ATSDR documents (0.5); prepare for and participate in strategy meeting with client (3.6); meet with KWLund, EEStevenson and KJCoggon re action items (0.9); attention to action items (0.9); conference with TWKorver re ATSDR documents (0.3). | 6.20 | 1,550.00 |
| 02/07/02 | KJC | Conferences with R. Emmett, KWLund, JDMcCarthy, and EEStevenson re expert issues, strategies, and schedule (6.10); review documents provided by EPA in Site File (2.20). | 8.30 | 1,992.00 |
| 02/07/02 | EES | Meet with cost expert (.9); conference with R. Emmett, KWLund, JDMcCarthy and KJCoggon re expert issues, strategies, and schedule (3.50). | 4.40 | 924.00 |
| 02/07/02 | GMB | Draft memo of asbestos as a hazardous substance and the consumer products/building materials exclusions under CERCLA (3.10 ); edit memo on asbestos (2.20). | 5.30 | 1,166.00 |
| 02/07/02 | JAH | Review legal research re: affirmative defenses. | 0.50 | 110.00 |
| 02/07/02 | TWK | Revise letter to DOJ re request for ATSDR documents supporting studies (1.50); prepare spreadsheets of EPA production boxes and information sources (1.00); letter to Grace summarizing new information received from EPA and transmitting same (.80); research scanners for reproducing documents at Volpe Center (.70); telephone conference with ONSS re scanning of Volpe documents (.30); telephone conference with Document Technologies re scanning of EPA documents (.30); meet with KJCoggon re databases of EPA materials (.20); letter to RBartelt re EPA Libby site database (.30); meet with JDMcCarthy re documents to key on in ATSDR files (.30); prepare list of key documents to look for in ATSDR documents (1.60). | 7.00 | 770.00 |
| 02/07/02 | TME | Burn 2 copies of Public Record File CD for T.Korver and K.Coggen. | 1.30 | 45.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/07/02 | ICM | Conduct research re defenses as per JHall's request (.40); conduct research re defenses as per EEStevenson's request (2.00). | 2.40 | 216.00 |
| 02/08/02 | KWL | Review CV and materials re risk assessment experts (1.00); telephone conference with Richard Finke re same (.30); telephone conference with Dori Kuchinsky re same (.30); review data backup materials and assorted Peronard documents (4.00). | 5.60 | 1,820.00 |
| 02/08/02 | JDM | Telephone conference with G. Graham re protective order and e-mail to team re same (0.2); telephone conference with J. Freeman re protective order (0.1); prepare for witness interview (0.2); interview/deposition preparation with potential witness (2.1); conference with TWKorver and KJCoggon re ATSDR documents and Phase II sampling (0.3). | 2.90 | 725.00 |
| 02/08/02 | KJC | Conferences with  KWLund, JDMcCarthy, EEStevenson and TWKorver re expert issues, strategies, documents and schedule (1.10); review documents provided by EPA in Site File (1.40); address document organization and access issues including conferences with TWKorver, BPayne, and JDMcCarthy (2.90). | 5.40 | 1,296.00 |
| 02/08/02 | GMB | Review of documents in Boulder, Colorado for use in affirmative defenses and responsiveness to EPA Interrogatories (8.50). | 8.50 | 1,870.00 |
| 02/08/02 | JAH | Telephone conference with JDMcCarthy re potential witness (.10); telephone conference with potential witness (.20); conference with KJCoggon re: defense research (.10); consider and prepare memo re affirmative defenses (.80); interview and deposition preparation with JDMcCarthy and potential witness (2.50); consider and prepare legal memo, perform legal research (.50). | 4.20 | 924.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/08/02 | TWK | Research action levels and remedial decisions at White Bridge Road Asbestos site recently deleted from the NPL (2.70); telephone conferences with DOJ re ATSDR production of documents (.50); review documents at EPA produced by ATSDR (2.80); meet with KJCoggon re coding of documents to be produced to EPA (.40); research Libby site file and update of same (.20). | 6.60 | 726.00 |
| 02/08/02 | JLS | Review documents related to ATSDR at EPA offices including conferences with TWKorver and review document review protocols (4.50). | 4.50 | 495.00 |
| 02/08/02 | ICM | Conduct research re defenses as per JAHall's request (3.50); conduct administrative record research as per TWKorver's request (1.20). | 4.70 | 423.00 |
| 02/11/02 | KWL | Work on expert witness selection and review (5.50); telephone conference with Bill Corcoran re document production issues (.50). | 6.00 | 1,950.00 |
| 02/11/02 | JDM | Review memo re CERCLA defenses (0.5); review Fed. Reg. re NJ asbesto site delisting (0.4); draft memo re NJ asbestos site (0.1); review ISO 10312 background information (0.5); draft memo re asbestos removal regulations (0.4); review Phase II QAPP (3.3); review expert retention letter and provide e-mail comments to EEStevenson (0.1); outline expert issues re Phase II QAPP (3.5). | 8.80 | 2,200.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/11/02 | KJC | Review case documents and revise key documents notebook (2.20); telephone conference with EEStevenson and expert re documents and strategy (0.60); telephone conference with GMBarry re research memo and document review (0.30); telephone conference with G. Thornton re scanning of Volpe Center documents (0.20); telephone conference with H. Kukis re availability of Volpe Center documents and timing to begin scanning (0.20); draft email to KWLund and JDMcCarthy re status of Volpe Center document review and scanning (0.20); review Site File documents and conference with MThompson and WBrown re converting Site File to usable format (1.10); telephone conference with EEStevenson re expert (0.10); telephone conference with JDMcCarthy re Volpe Center documents (0.10); conference with KWLund re Peronard documents not received from EPA (0.10); review issue coding list (0.10); review and obtain copies of new cost recovery package documents (0.60). | 5.80 | 1,392.00 |
| 02/11/02 | EES | Conference calls with attorneys who worked with our cost expert on other cases (2.1); extended phone conference with our cost expert re cost documentation issues (1.0); phone conference with KJGoggon and our cost expert re administrative record and related documentation issues (.6); review and provide comments re draft cost documentation database (2.6); revise draft retention letter for potential cost expert (.8). | 7.10 | 1,491.00 |
| 02/11/02 | GMB | Lexis research - mining waste exemption under CERCLA (2.20); review cases from Lexis research (.50); additional Lexis research on asbestos cases and Libby (2.20); additional Lexis research on mining cases (1.70); edit and draft memo re asbestos issues (.80). | 7.40 | 1,628.00 |
| 02/11/02 | JLS | Telephone conferences with scheduling for document review at EPA (.40); telephone conference with NKAberle re same including discussion of document review protocols (.80). | 1.20 | 132.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/02 | ICM | Code historical documents on CD-Rom as per JSherman's request. | 3.60 | 324.00 |
| 02/11/02 | WEP | Start printing new EPA cost recovery Package documents | 7.00 | 595.00 |
| 02/12/02 | KWL | Work on expert screening and selection (3.60); telephone conference with Richard Finke re same (.40). | 4.00 | 1,300.00 |
| 02/12/02 | JDM | Telephone conference with EEStevenson re NCP expert issues (0.1); exchange voice mails with KJCoggon re protective order (0.1); review and outline ISO 10312 procedures (2.5) review correspondence from DOJ re Volpe documents and telephone conference with KJCoggon re same (0.4). | 3.10 | 775.00 |
| 02/12/02 | KJC | Review and revise key documents notebook (0.70); voicemail exchange with Heidi Kukis re Volpe Center documents (0.20); review Protective Order and Confidentiality Agreement (0.30); conference with JLSherman re ATSDR document review (0.10); telephone conference with CLNeitzel re ATSDR documents query from D. Kuchinsky (0.10); telephone conference with R. Bradley re scanning status of EPA documents (0.20); telephone conference with D. Kuchinsky re ATSDR documents (0.20); research re Paul Peronard (1.30); review documents and draft timeline of events in Libby (1.10); telephone conference with H. Kukis re Volpe Center documents (0.10); review letter from H. Kukis re Volpe Center documents (0.20); draft email to scan vendor re Volpe Center documents (0.40); telephone conference with EEStevenson re preparation of expert and review of documents re same (0.40); telephone conference with JDMcCarthy re ATSDR documents  (0.20); review letter to Dept. of Justice re same (0.20) | 4.40 | 1,056.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | | | |
|---|---|---|---|---|
| | | Page | | 29 |
| | | Invoice No.: | | 591827 |
| | | Client  No.: | | 04339 |
| | | Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/12/02 | EES | Prepare for conference call with accounting and cost experts (1.8); conference call with accounting and cost experts re case strategy, cost database and cost documentation issues (2.0); conference calls with accounting expert re action items, completion dates and other planning issues (.6); review and compare EPA cost reports with supporting documentation (2.2). | 6.60 | 1,386.00 |
| 02/12/02 | GMB | Review of documents in Boulder, Colorado for use in affirmative defenses and responsiveness to EPA Interrogatories (9.00). | 9.00 | 1,980.00 |
| 02/12/02 | NKA | Review and flag documents for responsiveness to Grace information request at EPA (2.5). | 2.50 | 275.00 |
| 02/12/02 | JLS | Review files related to ATSDR at EPA including conferences with NAberlie re document review protocols (3.20). | 3.20 | 352.00 |
| 02/12/02 | WEP | Continue printing new EPA cost recovery Package documents | 5.50 | 467.50 |
| 02/13/02 | KWL | Work on case strategic planning (3.00); telephone conferences with possible expert witnesses (2.00). | 5.00 | 1,625.00 |
| 02/13/02 | JDM | Telephone conference with expert re document issues (0.2); research and draft memo re Phase II QAPP, ISO 10312 and other sampline and analysis methodologies (4.2); review CDC FOIA response (0.2); review CDC FOIA regulations (0.8). | 5.40 | 1,350.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/13/02 | KJC | Draft and revise letter to EPA re obtaining data documents from Volpe Center including conferences with KWLund re same (1.90); telephone conference with MCLatuda re contents of Volpe center boxes (0.40); oversee Volpe Center production including telephone conferences and email exchanges with scan vendor, MCLatuda, and H. Kukis (1.10); review documents for key documents notebook revision including conferences with TTJohnson (0.70); review Action Memorandum Amendment and draft chronology of events (1.60); review EPA production and arrange for transfer of images to system (1.10); follow up re transfer of Site File images to system (0.30); conferences with staff re additional assistance for reviewing and coding EPA production documents (0.60). | 7.70 | 1,848.00 |
| 02/13/02 | EES | Conference call with cost expert re cost review action items and documentation issues (.7); revise and expand draft analysis of expert deposition issues (3.3); revise accounting expert retention letter (.4); review additional EPA cost package time sheet and task code information (1.7); review supplemental key document information (1.2). | 7.30 | 1,533.00 |
| 02/13/02 | GMB | Additional Lexis research on vermiculite as a hazardous substance; 104(a) (3)(B) & 101(9) distribution; review cases from Lexis (2.20); additional Lexis research on reportable quantities under CERCLA; definition of "release"; review cases (2.00); edit and draft memo re asbestos issues (3.00). | 7.20 | 1,584.00 |
| 02/13/02 | ICM | Review possible motion pleadings and conduct case law research as per EEStevenson's request. | 1.80 | 162.00 |
| 02/13/02 | WEP | Finish printing new EPA cost recovery Package documents | 2.50 | 212.50 |
| 02/14/02 | KWL | Telephone conference with Bill Corcoran and Richard Finke re expert witness issues (.70); review and respond to Richard Finke's e-mail re expert issues (.30); telephone conference with Dori Kuchinsky re ATSDR issues (.30). | 1.30 | 422.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/14/02 | JDM | Prepare for meeting with CLNeitzel and KWLund (0.5); meet with CLNeitzel and KWLund re risk/tax experts (0.7). | 1.20 | 300.00 |
| 02/14/02 | KJC | Review Action Memorandum Amendment (1.70); coordinate efforts to obtain Volpe Center documents including telephone conferences with H. Kukis and vendor (0.70); revise letter to Cohen re Volpe data documents (0.60); telephone conference with TWKorver re status of document productions and issues (0.50); telephone conference with expert re progress and issues (1.20); review letter from H. Kukis re ATSDR documents (0.20); conference with KWLund re letter to M. Cohn and status of document productions and issues (0.60); coordinate staffing for review of EPA produced documents (0.60). | 6.10 | 1,464.00 |
| 02/14/02 | EES | Review KUO Environmental daily activity and labor descriptions (1.9); review MARCOR cost documentation (2.5); review other vendor cost documentation (3.4); conference call with accounting expert re action items (.3); conference call with cost expert re documentation issues (.2). | 8.30 | 1,743.00 |
| 02/14/02 | GMB | Additional Lexis research re "naturally occurring substances" under CERCLA (1.80); review of cases from Lexis research (1.50); additional Lexis research re Section 104(a)(3)(B) building products exception (2.50); review of Lexis cases (.70); edit draft re building products exception (1.40). | 7.90 | 1,738.00 |
| 02/14/02 | NKA | Review and flag documents for responsiveness to Grace information request at EPA (3.50). | 3.50 | 385.00 |
| 02/14/02 | TWK | Telephone conference with KJCoggon re status of document production activities from EPA (.20); research recent EPA activities re attic insulation (.70); research documents provided by ATSDR re mortality (1.00); review documents from ATSDR files produced by EPA (3.50); telephone conferences with EEStevenson re Volpe Center documents (.20). | 5.60 | 616.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/14/02 | ICM | Review possible motion pleadings and conduct case law research as per EEStevenson's request. | 6.80 | 612.00 |
| 02/14/02 | WEP | Import new CD of images to document director | 5.80 | 493.00 |
| 02/15/02 | KWL | Meeting with CLNeitzel and JDMcCarthy re expert issues (.60); telephone conference with Bill Corcoran re same (.20); telephone conference with Richard Finke re expert issues (.30). | 1.00 | 325.00 |
| 02/15/02 | KJC | Email exchange with KWLund and scan vendor re Volpe Center documents (0.60). | 0.60 | 144.00 |
| 02/15/02 | EES | Review site file response and planning documents (4.2); review additional detailed task/cost documentation (3.3). | 7.50 | 1,575.00 |
| 02/15/02 | GMB | Review of documents in Boulder, Colorado for use in affirmative defenses and responsiveness to EPA Interrogatories (8.50). | 8.50 | 1,870.00 |
| 02/15/02 | JAH | Conference with TWKorver re Winthrop documents (1.00); perform legal research and consider and review same (1.70). | 2.70 | 594.00 |
| 02/15/02 | TWK | Review Confidential Business Information recently released by EPA in document production (.30); telephone conferences with DOJ re production of ATSDR documents (.20). | 0.50 | 55.00 |
| 02/15/02 | ICM | Review possible motion pleadings and conduct case law research as per EEStevenson's request. | 2.80 | 252.00 |
| 02/18/02 | KJC | Voice mail exchange with scan vendor re costs and timing for scanning and coding of EPA produced documents (0.20). | 0.20 | 48.00 |
| 02/18/02 | EES | Review Rule 702 evidentiary issues and case authority (2.1); begin review Rule 701 case authority re witness issues (1.6); revise and expand draft analysis of expert witness issues (1.3); review detailed cost documents (2.7). | 7.70 | 1,617.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/18/02 | GMB | Review and revise asbestos memo re consumer products exception (4.80); additional Lexis research re consumer products exception (2.30). | 7.10 | 1,562.00 |
| 02/18/02 | ICM | Conduct case law research for EEStevenson to prepare for motions in limine to strike risk experts as per EEStevenson's request. | 3.00 | 270.00 |
| 02/19/02 | KWL | Review and work on NCP compliance expert issues. | 5.00 | 1,625.00 |
| 02/19/02 | JDM | Review background information re potential experts (1.0); telephone interviews with potential experts (1.9); outline results of telephone interviews with potential experts (1.9). | 4.80 | 1,200.00 |
| 02/19/02 | KJC | Review deposition transcripts and exhibits for Lovick, Stringer and Eschenbach (0.30); email exchange with KWLund, JDMcCarthy, and CLNeitzel re same (0.10); conference with CAschenbrenner re review of EPA produced documents (0.20); review and respond to emails re conversion of EPA documents to system for additional review and coding (0.20); revise index and send copy of key documents to expert (0.20); review and send copy of key documents to R. Emmett (0.10); telephone conference with scan vendor re production schedule from Volpe Center (0.20); arrange for copies of Volpe Center documents for data expert (0.40); telephone conference with R. Finke re Volpe Center documents production schedule (0.10); email exchange with scan vendor re Volpe Center documents production schedule (0.30); review and code EPA Site File documents (1.80); telephone conference with scan vendor re bibliographic coding prices and schedule (0.20); conference with BPayne re loading of EPA documents onto system (0.20); conference with scan vendor re EPA production documents including follow up with Dept. of Justice re scanning of completed boxes (0.40); telephone conference with EEStevenson re expert preparation, document review, and additional research for depositions (0.40); | 5.10 | 1,224.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/19/02 | EES | Continue review of cost documentation (3.1); telephone conferences with accounting experts re documentation issues (.6); research additional issues re expert evidentiary issues (2.5); telephone conference with KJCoggon re expert preparation, document review, and additional research for depositions (.4). | 6.60 | 1,386.00 |
| 02/19/02 | GMB | Review and revise asbestos memo re building products (2.40); revise memo re comparison of consumer products/building products (1.90); Shepardize cases used in asbestos memo (2.30); additional Shepardizing; assemble memo and cases in final form (2.50). | 9.10 | 2,002.00 |
| 02/19/02 | NKA | Review and flag documents at EPA for responsiveness to Grace request (3.00). | 3.00 | 330.00 |
| 02/19/02 | CKA | Conference with KCoggon re introduction to case and re documents to review. | 0.20 | 25.00 |
| 02/19/02 | TWK | Telephone conference with ATSDR re codes needed to interpret data (.30); telephone conference with Mr. Price re same (.20); review documents at EPA produced by ATSDR (3.00); research documents to be produced from 104(e) response in response to litigation discovery (.80). | 4.30 | 473.00 |
| 02/19/02 | JLS | Review files related to ATSDR at EPA including conferences with NKAberle re document review protocols. | 3.00 | 330.00 |
| 02/19/02 | ICM | Conduct case law research for EEStevenson to prepare for motions in limine to strike risk experts as per EEStevenson's request. | 3.00 | 270.00 |
| 02/20/02 | KWL | Review and work on cost recovery expert issues. | 2.00 | 650.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/20/02 | JDM | Telephone conference with RTuchman re potential experts (0.4); review potential experts' resumes and related information (1.1); outline preliminary interview questions (0.5); telephone interviews with potential experts (3.5); dictate memo re interviews (0.3); review KJCoggon e-mail re documents issues and attached memo (0.1). | 5.90 | 1,475.00 |
| 02/20/02 | RT | Telephone conference with Jay McCarthy re possible experts on risk assessment. | 0.40 | 150.00 |
| 02/20/02 | KJC | Conference with MCLatuda re dabatase issues, document coding, database design and staffing (1.40); telephone conference with D. VanOrden re Volpe Center documents (0.30); telephone conferences with H. Kukis re production issues (0.30); revise issue codes for use in coding EPA production documents (2.50); draft email to R. Emmett re coding process (0.30); draft email to KWLund, CLNeitzel, JDMcCarthy, EEStevenson re coding process and issue list (0.20); telephone conference with EEStevenson re cost issues (0.30); review GMBarry memo re CERCLA defenses (0.50); draft email to vendor re conversion of electronic files at Volpe Center (0.20). | 6.00 | 1,440.00 |
| 02/20/02 | EES | Review case authority re expert issues specific to asbestos litigation (2.7); draft and review cost category descriptions for document control (.4); review interagency funding/cost agreements (1.5); review ATSDR cost task codes (.6); review indirect cost allocation schedules (1.8); telephone conference with KJCoggon re coding process and issue list (.2); telephone conference with KJCoggon re cost issues (.3). | 7.50 | 1,575.00 |
| 02/20/02 | CKA | Review historical documents re W. R. Grace & Co. (3.80); review e-mail from KJCoggon re EPA production documents and review cost recovery issues list (.20). | 4.00 | 500.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 36 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/20/02 | TWK | Research information needed from ATSDR in order to analyze data provided in FOIA response (1.00); letter to ATSDR re request for additional information concerning codes and variables used in data provided with FOIA response (1.80). | 2.80 | 308.00 |
| 02/20/02 | MCL | Conference with KJCoggon re database issues including design of database, coding of documents and staffing (1.40). | 1.40 | 126.00 |
| 02/21/02 | JDM | Exchange voice mails with expert (0.1); prepare documents for potential experts (0.9); prepare for team meeting (0.5); team meeting (1.2); meet with KWLund re experts (0.4); attention to expert issues (0.8). | 3.90 | 975.00 |
| 02/21/02 | KJC | Conference with HRO team re progress, strategy, experts, and discovery status (1.20); conference with JDMcCarthy re risk expert (0.20); conference with KWLund re data analysis (0.10); conference with TWKorver re letters to H. Kukis re production of documents (0.40); telephone conference with R. Bradley re EPA production documents (0.10); telephone conference with A. Trevelise re issue coding for attic insulation (0.10); telephone conference with expert re progress with documents (0.70); telephone conference with R. Finke re expectations of expert review of Volpe data (0.20); research and draft coding instructions (5.10); telephone conference with EEStevenson re cost documents for experts (0.20). | 8.30 | 1,992.00 |
| 02/21/02 | EES | Case strategy meeting with KWLund, JDMcCarthy, KJCoggon, GMBarry and TWKorver (1.2); review OMB re "Guidelines for Ensuring and Maximizing the Quality/Objectivity Utility of Integrity of Information by Federal Agencies" (1.1); review Syracuse Research Corp. cost documentation (.8); review of ATSDR travel reports and cost schedules (2.4); review additional indirect cost allocation documentation (.7). | 6.20 | 1,302.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/21/02 | GMB | Grace Team Meeting (1.20); conference with EEStevenson and JDMcCarthy re review of OMB Guidelines re information disseminated by Federal Agencies (.20); review of OMB Guidelines re information disseminated by Federal Agencies (.30). | 1.70 | 374.00 |
| 02/21/02 | JAH | Review and QC documents in Boston for supplemental production and defense (8.00). | 8.00 | 1,760.00 |
| 02/21/02 | NKA | Review and flag documents for responsiveness to Grace information request at EPA (2.50). | 2.50 | 275.00 |
| 02/21/02 | TWK | Meeting with KWLund, EEStevenson, KJCoggon and GMBarry re upcoming tasks and deadlines (1.20); meet with KJCoggon re EPA productions, Grace productions, scanning and coding issues (.30); letter to DOJ re ATSDR document review and availability of Libby site file (1.50); telephone conference with DOJ re production of ATSDR files (.30); research records available from Montana Division of Health Services, Vital Records Section (.80). | 4.10 | 451.00 |
| 02/21/02 | JLS | Review ATSDR  files at EPA (3.00). | 3.00 | 330.00 |
| 02/21/02 | ICM | Conduct case law research for EEStevenson to prepare for motions in limine to strike risk experts as per EEStevenson's request. | 8.00 | 720.00 |
| 02/21/02 | WEP | Load 2 CDs of images into Document Director - Box2-6 and Box7-11 | 5.00 | 425.00 |
| 02/22/02 | JDM | Exchange e-mails with potential experts (0.1); review e-mail correspondence re experts, document production etc. (0.5); telephone conference with various experts re potential testimony and interview availability (0.6); circulate expert interview scheduling information to interview team (0.4); review expert memos re Weiss memo and Volpe documents (1.2); coordinate expert interviews (1.2). | 4.00 | 1,000.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/22/02 | KJC | Review and respond to email re document coding (0.30); review and address Cohn response letter (0.20). | 0.50 | 120.00 |
| 02/22/02 | EES | Continue review of indirect cost allocation documentation (1.9); review contractor authorization documents (1.0); begin preparation for meeting with accounting experts re cost data base issues (2.2). | 5.10 | 1,071.00 |
| 02/22/02 | JAH | Review and QC documents in Boston for supplemental production and defense (4.00). | 4.00 | 880.00 |
| 02/22/02 | TWK | Review ATSDR documents at EPA in response to Grace discovery (4.80); research documents at Volpe Center and ATSDR in response to Grace discovery (.30). | 5.10 | 561.00 |
| 02/22/02 | MCL | Begin review of "key" documents notebook re cost recovery matter background information (1.20); read and respond to e-mails re database design (.20); review database design (.30). | 1.70 | 153.00 |
| 02/22/02 | MBF | Work in Boulder reviewing and coding documents for issues related to cost recovery case. | 8.00 | 720.00 |
| 02/22/02 | WEP | Load 3 CDs of images into Document Director - Volpe disk1 - 3 | 7.00 | 595.00 |
| 02/23/02 | KWL | Review and work on risk assessment issues. | 5.00 | 1,625.00 |
| 02/25/02 | JDM | Draft letter to potential experts re interviews (0.2); telephone conference with KJCoggon re documents for experts (0.1); review documents for experts (0.3); exchange voice mails with potential experts and review document packages for same (0.3); review expert documents re EPA dust sampling (0.7); telephone conference with potential experts (0.3); review expert memo re EPA indoor air testing and draft memo to file re indoor air testing (0.5). | 2.40 | 600.00 |