Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 591827 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/25/02 | KJC | Telephone conference with scan vendor re Volpe Center documents (0.30); review and revise issue code list for document reviews (0.40); conference with JAHall re upcoming projects, discovery disputes and document review (0.50); conferences with TWKorver re document productions, microfilm and correspondence with EPA (0.70). | 1.90 | 456.00 |
| 02/25/02 | EES | Complete preparation and outline of action items for meeting with accounting expert re cost documentation and data base issues (1.6); review additional expert case authority re risk and can sation evidentiary issues (1.7); review Navy IAG documentation and related cost documents (.8). | 4.10 | 861.00 |
| 02/25/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (8.90). | 8.90 | 1,958.00 |
| 02/25/02 | JAH | Conference with KJCoggon re document production and review (.50). | 0.50 | 110.00 |
| 02/25/02 | TWK | Research ATSDR Health Consultation (.80); review ATSDR documents at EPA in response to Grace discovery (4.00); meet with KJCoggon re status of discovery and document reviews (.30). | 5.10 | 561.00 |
| 02/25/02 | ICM | Conduct case law research for EEStevenson to prepare for motions in limine to strike risk experts as per EEStevenson's request (2.00); follow up on status of OMB regulations (.50). | 2.50 | 225.00 |
| 02/26/02 | KWL | Work on expert witness preparation (3.0); meet with potential expert re possible expert testimony (1.0). | 4.00 | 1,300.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/26/02 | JDM | Telephone conference with potential expert re scope of work and meeting with team (0.6); review NPL listing (0.2); telephone conference with potential expert re documents and meeting schedule (0.2); telephone conference with KWLund re expert issues (0.2); review documents pertaining to retention of experts (0.9); telephone conference with KWLund re expert interview scheduling (0.2); telephone conference with potential expert (0.5). | 2.80 | 700.00 |
| 02/26/02 | KJC | Review and revise DTI coding instructions for EPA produced documents (1.10); revise vendor contract to reflect additional services including coding and scanning EPA documents (1.30); review comments re coding issues and revise same (1.60). | 4.00 | 960.00 |
| 02/26/02 | KJC | Conference with CLNeitzel re issue coding, experts and data (0.90). | 2.10 | 504.00 |
| 02/26/02 | EES | Review additional ATSDR indirect cost documentation (1.3); conference call with cost expert re documentation issues (.4); strategy meeting with accounting expert re cost data base issues (1.8); review and provide comments re the draft cost data base schedules (2.5). | 6.00 | 1,260.00 |
| 02/26/02 | TWK | Review EPA superfund listing for Libby site (.30); distribute same to team members (.20). | 0.50 | 55.00 |
| 02/26/02 | ICM | Conduct background research on experts as per KJCoggon's request. | 2.50 | 225.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/27/02 | JDM | Review memo re document review and coding (0.1); prepare expert preliminary interview summaries (1.4); telephone conference with potential expert re scope of work (0.5); exchange voice mails with KWLund re expert issues (0.3); telephone conference with CLNeitzel re experts (0.2); telephone conference with KWLund re experts issues (0.4); telephone conference with non-testifying expert and CLNeitzel re technical issues (2.0); telephone conference with potential expert and CLNeitzel re technical issues (0.2). | 5.10 | 1,275.00 |
| 02/27/02 | KJC | Review and respond to correspondence re production, scanning, and coding (1.50). | 1.50 | 360.00 |
| 02/27/02 | EES | Review proposed NPL site listing (.2); review additional cost documentation for the National Opinion Research Center and National Jewish Medical Center (1.7); review cost documentation for the Association of Occupational and Environmental Clinics (.8); review Toeroek Associates cost documentation (1.9); review additional USGS/DOT Interagency agreements/cost documentation (1.4); review Naval War Center cost documentation and IAG information (.6); review DOT-Volpe Cost Authorization/Amendment Information (1.8). | 8.40 | 1,764.00 |
| 02/27/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (5.10). | 5.10 | 1,122.00 |
| 02/27/02 | TWK | Telephone conference with ATSDR re status of request for database codes (.30); review ATSDR production at offices of EPA (3.80); research information of EPA NPL listing disc of data used to support listing (2.00). | 6.10 | 671.00 |
| 02/27/02 | MBF | Go to EPA to review and obtain NPL listing docket (1.6); arrange to have copies of data and documents from NPL listing docket copied (.5); speak with CLNeitzel, KCoggon, TWKorver, and KWLund regarding NPL listing docket issues (1.0) | 3.10 | 279.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/27/02 | WEP | Make one copy of CDs "Volpe Disk4" through "Volpe Disk7";  Make five copies of CDs "Public Document" disks 1 through 4 | 6.00 | 510.00 |
| 02/28/02 | JDM | Exchange voice mails with CLNeitzel re expert issues and telephone conference with KJCoggon re same (0.3); coordinate expert interviews (0.3); prepare for telephone conference with potential expert (0.5); telephone conference with potential expert and CLNeitzel (1.0); conference with EEStevenson re expert payments (0.2); telephone conference with KJCoggon re document coding (0.1); meeting with KJCoggon re document coding (0.7); attention to follow-up on expert witness issues (0.6). | 3.70 | 925.00 |
| 02/28/02 | KJC | Review and respond to correspondence re production, scanning, and coding including telephone conferences with scan vendor (2.70); conference with JDMcCarthy re issue codes for document review (0.70); conferences with CKAschenbrenner and FProctor re document review schedule (0.20); conferences with IT staff re EPA Production database issues and conversion of Site File and Administrative Record (2.40); review issue codes for document review (0.30); conference with EEStevenson re document production and review schedule (0.10); conference with TWKorver re document production and review schedule (0.20); address load issues with new Site File disks (0.30). | 6.90 | 1,656.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 43 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/28/02 | EES | Review Lockheed Martin cost documentation (.6); review URS Operating Services invoices (.3); review numerous additional Volpe DOT funding/work authorizations/cost documents (1.7); review Pacific Environmental Services (Volpe subcontractor) cost documentation (.7); review DOT monthly progress reports/budgeting documentation (2.1); review additional ATSDR planning/budgeting documents (1.7); review Cotton & Company (CPA's) analysis of ATSDR's fiscal year 1999 costs (1.0); begin review of Cotton & Company (CPA's) ATSDR's Indirect Cost Allocation Plan (.6). | 8.70 | 1,827.00 |
| 02/28/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (4.00). | 4.00 | 880.00 |
| 02/28/02 | MCL | Read emails re electronic coding procedures for documents received from EPA (.40). | 0.40 | 36.00 |

**Total Fees Through February 28, 2002:**   **732.10   $ 144,377.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| RT | Robert Tuchman | Partner | $ 375.00 | 0.40 | $     150.00 |
| KWL | Kenneth W. Lund | Partner | 325.00 | 58.40 | 18,980.00 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 83.20 | 20,800.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 240.00 | 101.70 | 24,408.00 |
| EES | Edward E. Stevenson | Senior Counsel | 210.00 | 118.20 | 24,822.00 |
| BAT | Brent A. Tracy | Associate | 225.00 | 0.40 | 90.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 123.00 | 27,060.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 27.10 | 5,962.00 |
| JGB | James G. Beasley | Associate | 175.00 | 5.00 | 875.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 125.00 | 4.20 | 525.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 11.50 | 1,265.00 |
| TWK | Thomas W. Korver | Paralegal | 110.00 | 74.90 | 8,239.00 |
| JLS | Joan L. Sherman | Paralegal | 110.00 | 14.90 | 1,639.00 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 3.50 | 315.00 |
| TME | Theresa M. Enriquez | Other | 35.00 | 1.30 | 45.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 11.10 | 999.00 |
| ICM | Imelda Mulholland | Information Specialist | 90.00 | 54.50 | 4,905.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 38.80 | 3,298.00 |
| | | **Total Fees:** | | **732.10** | **$ 144,377.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-071-92363; DATE: 1/25/02 - Courier, Acct. 0802-0410-8 01-17; Clerk of U S District Court Missoula, Mt | $ 8.77 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02 - Courier, Acct. 0802-0410-8 01-25; Richard Bartlet Chicago, IL | 14.84 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02 - Courier, Acct. 0802-0410-8 01-23; From Roger J Alcain Denver, Co to Richard Bartlet Chicago, IL | 21.63 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02 - Courier, Acct. 0802-0410-8 01-23; From Roger J Alcain Denver, Co to Richard Bartlet Chicago, IL | 23.90 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page        45
Invoice No.:   591827
Client   No.:   04339
Matter  No.:   00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02  -  Courier, Acct. 0802-0410-8 01-23; From Roger J Alcain Denver, Co to Richard Bartlet Chicago, IL | 24.52 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02  -  Courier, Acct. 0802-0410-8 01-23; From Roger J Alcain Denver, Co to Richard Bartlet Chicago, IL | 25.11 |
| 02/01/02 | 5 | Facsimile | 5.00 |
| 02/01/02 | 5 | Facsimile | 5.00 |
| 02/01/02 | | Lexis | 327.00 |
| 02/01/02 | | Long Distance Telephone: 2063894221 | 1.30 |
| 02/01/02 | | Long Distance Telephone: 3128612162 | 1.48 |
| 02/01/02 | | Long Distance Telephone: 4105314751 | 0.42 |
| 02/04/02 | 50 | Color Photocopies: 50 Color Photocopies | 32.50 |
| 02/04/02 | | Long Distance Telephone: 4065232500 | 2.01 |
| 02/04/02 | | Long Distance Telephone: 3124254103 | 12.54 |
| 02/04/02 | 322 | Photocopies | 48.30 |
| 02/04/02 | 3 | Photocopies | 0.45 |
| 02/04/02 | 1 | Photocopies | 0.15 |
| 02/04/02 | 8 | Photocopies | 1.20 |
| 02/04/02 | 3 | Photocopies | 0.45 |
| 02/04/02 | 33 | Photocopies | 4.95 |
| 02/04/02 | 125 | Photocopies | 18.75 |
| 02/04/02 | 3 | Photocopies | 0.45 |
| 02/05/02 | 47 | Facsimile | 47.00 |
| 02/05/02 | | Lexis | 459.82 |
| 02/05/02 | | Long Distance Telephone: 7243871812 | 0.08 |
| 02/05/02 | | Long Distance Telephone: 3124254103 | 3.24 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 46 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/05/02 | 148 | Photocopies | 22.20 |
| 02/05/02 | 2 | Photocopies | 0.30 |
| 02/05/02 | 12 | Photocopies | 1.80 |
| 02/06/02 | | Lexis | 364.74 |
| 02/06/02 | | Long Distance Telephone:  5613621533 | 0.17 |
| 02/06/02 | | Long Distance Telephone:  4046397270 | 0.23 |
| 02/06/02 | 178 | Photocopies | 26.70 |
| 02/06/02 | 342 | Photocopies | 51.30 |
| 02/06/02 | 40 | Photocopies | 6.00 |
| 02/06/02 | 6 | Photocopies | 0.90 |
| 02/07/02 | 3 | Facsimile | 3.00 |
| 02/07/02 | | Lexis | 159.99 |
| 02/07/02 | | Long Distance Telephone:  2122529700 | 0.55 |
| 02/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-58793; DATE: 2/7/02  -  Courier, Acct. 0802-0410-8 02-04; Drew Van Orden Monroeville, Pa | 8.52 |
| 02/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-58793; DATE: 2/7/02  -  Courier, Acct. 0802-0410-8 02-04; Richard E Bartelt Chicago, IL | 11.83 |
| 02/07/02 | 10 | Photocopies | 1.50 |
| 02/07/02 | 1 | Photocopies | 0.15 |
| 02/07/02 | 1 | Photocopies | 0.15 |
| 02/07/02 | 32 | Photocopies | 4.80 |
| 02/07/02 | 1 | Photocopies | 0.15 |
| 02/07/02 | 22 | Photocopies | 3.30 |
| 02/07/02 | 5 | Photocopies | 0.75 |
| 02/08/02 | 5 | Facsimile | 5.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/08/02 | | Lexis | 142.89 |
| 02/08/02 | | Long Distance Telephone: 6174265900 | 0.96 |
| 02/08/02 | 20 | Photocopies | 3.00 |
| 02/11/02 | | Lexis | 528.25 |
| 02/11/02 | | Long Distance Telephone: 2122529700 | 0.13 |
| 02/11/02 | | Long Distance Telephone: 9178228487 | 0.79 |
| 02/11/02 | | Long Distance Telephone: 3124254103 | 5.34 |
| 02/11/02 | | Long Distance Telephone: 3124254103 | 3.78 |
| 02/11/02 | 12 | Photocopies | 1.80 |
| 02/11/02 | 11 | Photocopies | 1.65 |
| 02/12/02 | 2 | Facsimile | 2.00 |
| 02/12/02 | | Long Distance Telephone: 7037298543 | 0.21 |
| 02/12/02 | | Long Distance Telephone: 2122529700 | 0.20 |
| 02/13/02 | 3 | Facsimile | 3.00 |
| 02/13/02 | | Long Distance Telephone: 2122529700 | 0.56 |
| 02/13/02 | 367 | Photocopies | 55.05 |
| 02/13/02 | 59 | Photocopies | 8.85 |
| 02/13/02 | 1,359 | Photocopies | 203.85 |
| 02/13/02 | 23 | Photocopies | 3.45 |
| 02/13/02 | 3,014 | Photocopies | 452.10 |
| 02/13/02 | 633 | Photocopies | 94.95 |
| 02/13/02 | 658 | Photocopies | 98.70 |
| 02/13/02 | 1,147 | Photocopies | 172.05 |
| 02/14/02 | 2 | Facsimile | 2.00 |
| 02/14/02 | 2 | Facsimile | 2.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 591827 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/14/02 | 3 | Facsimile | 3.00 |
| 02/14/02 | 3 | Facsimile | 3.00 |
| 02/14/02 | | Long Distance Telephone: 2122529700 | 0.53 |
| 02/14/02 | | Long Distance Telephone: 2122529700 | 0.28 |
| 02/14/02 | | Long Distance Telephone: 2122529700 | 0.13 |
| 02/14/02 | | Long Distance Telephone: 6784681922 | 0.84 |
| 02/14/02 | | Long Distance Telephone: 2122529700 | 0.93 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-01; Richard Bartelt Chicago, IL | 11.95 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-07; William Corcoran Columbia, Md | 14.82 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 Courier, Acct. 0802-0410-8 02-07; Jay Hughes Boca Raton, Fl | 14.82 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-07; Robert Emmett Columbia, Md | 14.82 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-07; Richard Finke Boca Raton, Fl | 17.81 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-07; Richard Bartelt Chicago, IL | 8.68 |
| 02/14/02 | 2 | Photocopies | 0.30 |
| 02/14/02 | | Travel Expense: VENDOR: Brown Palace Hotel, The; INVOICE#: 88090; DATE: 2/14/2002  -  2/7/2002 Room Charge, Denver. | 198.54 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/15/02 | | Long Distance Telephone: 2026625394 | 0.01 |
| 02/15/02 | | Long Distance Telephone: 2026625236 | 0.01 |
| 02/15/02 | 442 | Photocopies | 66.30 |
| 02/19/02 | | Long Distance Telephone: 6784681922 | 0.06 |
| 02/19/02 | | Long Distance Telephone: 2122529700 | 0.46 |
| 02/19/02 | | Long Distance Telephone: 5613621533 | 0.14 |
| 02/19/02 | | Long Distance Telephone: 2122529700 | 0.99 |
| 02/19/02 | | Long Distance Telephone: 6784681922 | 1.06 |
| 02/19/02 | | Long Distance Telephone: 7243871812 | 0.19 |
| 02/19/02 | | Long Distance Telephone: 6784681922 | 0.10 |
| 02/20/02 | | Long Distance Telephone: 3182552277 | 0.20 |
| 02/20/02 | | Long Distance Telephone: 7243871869 | 0.17 |
| 02/20/02 | | Long Distance Telephone: 6172250810 | 0.18 |
| 02/20/02 | | Long Distance Telephone: 9798465175 | 2.10 |
| 02/20/02 | | Long Distance Telephone: 2028795160 | 0.66 |
| 02/20/02 | | Long Distance Telephone: 6172250810 | 2.51 |
| 02/20/02 | 428 | Photocopies | 64.20 |
| 02/20/02 | 31 | Photocopies | 4.65 |
| 02/20/02 | 453 | Photocopies | 67.95 |
| 02/20/02 | 1 | Photocopies | 0.15 |
| 02/20/02 | 4 | Photocopies | 0.60 |
| 02/21/02 | | Long Distance Telephone: 3182552277 | 0.18 |
| 02/21/02 | | Long Distance Telephone: 2122529700 | 0.37 |
| 02/21/02 | | Long Distance Telephone: 2158518250 | 0.21 |
| 02/21/02 | | Long Distance Telephone: 3124254103 | 4.38 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page        50
Invoice No.:    591827
Client  No.:    04339
Matter  No.:    00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/21/02 | | Long Distance Telephone: 6175423025 | 0.74 |
| 02/21/02 | | Long Distance Telephone: 7243871869 | 1.18 |
| 02/21/02 | | Long Distance Telephone: 6784681922 | 0.76 |
| 02/22/02 | | Long Distance Telephone: 4126243032 | 0.08 |
| 02/22/02 | | Long Distance Telephone: 9798465174 | 0.01 |
| 02/22/02 | | Long Distance Telephone: 9798465175 | 0.40 |
| 02/22/02 | | Long Distance Telephone: 6506881756 | 0.14 |
| 02/25/02 | | Long Distance Telephone: 9196241179 | 0.12 |
| 02/25/02 | | Long Distance Telephone: 6178761400 | 0.05 |
| 02/25/02 | | Long Distance Telephone: 2122529700 | 1.23 |
| 02/25/02 | 9 | Photocopies | 1.35 |
| 02/25/02 | 8 | Photocopies | 1.20 |
| 02/25/02 | 1,633 | Photocopies | 244.95 |
| 02/25/02 | 2 | Photocopies | 0.30 |
| 02/26/02 | | Lexis | 0.00 |
| 02/26/02 | | Long Distance Telephone: 6506881756 | 0.12 |
| 02/26/02 | | Long Distance Telephone: 9198217411 | 0.70 |
| 02/27/02 | | Lexis | 172.10 |
| 02/27/02 | | Long Distance Telephone: 4046397270 | 0.22 |
| 02/27/02 | | Long Distance Telephone: 6172250810 | 0.85 |
| 02/28/02 | | Long Distance Telephone: 9198217411 | 0.04 |
| 02/28/02 | | Long Distance Telephone: 9192809479 | 0.28 |
| 02/28/02 | 64 | Photocopies | 9.60 |
| 02/28/02 | 581 | Photocopies | 87.15 |

**Total Disbursements:**        $    **4,584.30**

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 51 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 1,838.85 |
| Facsimile | | 80.00 |
| Long Distance Telephone | | 57.60 |
| Outside Courier | | 222.02 |
| Travel Expense | | 198.54 |
| Lexis | | 2,154.79 |
| Color Photocopies | | 32.50 |
| **Total Disbursements:** | **$** | **4,584.30** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | *Outstanding Balance on Invoice 577764:* | | *$ 5,425.00* |
| 577905 | 10/31/01 | Bill | 64,445.24 |
| | *Outstanding Balance on Invoice 577905:* | | *$ 64,445.24* |
| 579873 | 11/20/01 | Bill | 35,721.27 |
| | 01/24/02 | Cash Receipt | -29,109.14 |
| | *Outstanding Balance on Invoice 579873:* | | *$ 6,612.13* |
| 583055 | 12/27/01 | Bill | 10,820.49 |
| | 02/28/02 | Cash Receipt | -8,861.89 |

**Matter 00310 - Casmalia Superfund Defense**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Schuh-Decker, Lisa | Partner | $ 300.00 | 4.9 | $ 1,470.00 |
| | Total | | 4.9 | $ 1,470.00 |

Expenses

**Matter 00310 - Casmalia Superfund Defense**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 11.60 |
| Facsimiles | $ | 6.00 |
| Long Distance Telephone | $ | 0.61 |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Meal Expenses | $ | - |
| **Total** | $ | 18.21 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00310 |

**Regarding: Casmalia Superfund Site**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/04/02 | LSD | Review e-mails from W.R. Grace re varying strategies for responding to Samson letter re final settlement with EPA (.3); office conference with KWLund re strategy and thoughts for responding to same (.2). | 0.50 | $ | 150.00 |
| 02/05/02 | LSD | Draft, revise and finalize letter responding to Samson's letter re final settlement with EPA. | 2.00 | | 600.00 |
| 02/06/02 | LSD | Review Samson complaint and incorporate pertinent information into letter to Samson (.80). | 0.80 | | 240.00 |
| 02/07/02 | LSD | Office conference with Bob Emmett re draft of letter to Samson as well as on-going strategies in light of bankruptcy (.5); finalize letter based on comments from Bob Emmett and KWLund (.5); telephone conference with Jan Baer re Samson letter and approval of same (.3). | 1.30 | | 390.00 |
| 02/22/02 | LSD | Follow-up on joint defense agreement information including various phone calls to Albie Cohen and Chris Volz. | 0.30 | | 90.00 |

|  |  | **Total Fees Through February 28, 2002:** | **4.90** | **$** | **1,470.00** |
|---|---|---|---|---|---|

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| LSD | Lisa Schuh-Decker | Partner | $ 300.00 | 4.90 | $ | 1,470.00 |
| | | **Total Fees:** | | **4.90** | **$** | **1,470.00** |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00310 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/04/02 | 3 | Facsimile | $ | 3.00 |
| 02/04/02 | 3 | Facsimile | | 3.00 |
| 02/05/02 | | Long Distance Telephone: 3128612200 | | 0.01 |
| 02/05/02 | | Long Distance Telephone: 4105314751 | | 0.20 |
| 02/06/02 | 8 | Photocopies | | 1.60 |
| 02/06/02 | 4 | Photocopies | | 0.80 |
| 02/06/02 | 7 | Photocopies | | 1.40 |
| 02/06/02 | 17 | Photocopies | | 3.40 |
| 02/06/02 | 17 | Photocopies | | 3.40 |
| 02/07/02 | | Long Distance Telephone: 3128612162 | | 0.22 |
| 02/07/02 | 2 | Photocopies | | 0.40 |
| 02/08/02 | 3 | Photocopies | | 0.60 |
| 02/22/02 | | Long Distance Telephone: 2138911010 | | 0.09 |
| 02/22/02 | | Long Distance Telephone: 4152674108 | | 0.09 |

|  | **Total Disbursements:** | $ | **18.21** |
|---|---|---|---|

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 11.60 |
| Facsimile | | 6.00 |
| Long Distance Telephone | | 0.61 |
| **Total Disbursements:** | $ | **18.21** |

Expenses

**Matter 00350 - Freedom of Information Act Request**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 436.20 |
| Facsimiles | $ | 4.00 |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Meal Expenses | | |
| **Total** | $ | 440.20 |

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Coggon, Katheryn | Senior Associate | $ 240.00 | 24.80 | $ 5,952.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 3.70 | $ 814.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 15.90 | $ 1,987.50 |
| Sherman, Joan | Paralegal | $ 110.00 | 19.50 | $ 2,145.00 |
| Latuda, Carla | Paralegal | $ 90.00 | 0.70 | $ 63.00 |
| Street, Loraine | Paralegal | $ 85.00 | 16.00 | $ 1,360.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 6.40 | $ 576.00 |
| Bowen, Cathy | Case Admin | $ 75.00 | 13.50 | $ 1,012.50 |
| | Total | | 100.50 | 13,910.00 |