Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 8.40 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 1.76 |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Word Processing | $ | - |
| Total | $ | 10.16 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/02 | KJC | Review and respond to DTI proposal for scanning (0.8); | 0.80 | $ 192.00 |
| 02/04/02 | KJC | Review and respond to DTI proposal for scanning (.70); draft email to S. Ripps re scanning parameters (.30); telephone conference with S. Ripps re scanning parameters (.20). | 1.20 | 288.00 |
| 02/05/02 | KJC | Draft summary of status and proposed schedule (.20); telephone conference with S. Ripps re scanning parameters and issues re mark detection sheet (.20); conference with JLSherman re proposed schedule (.10). | 0.50 | 120.00 |
| 02/08/02 | KJC | Review and revise imaging services agreement (1.30); telephone conference with S. Ripps re imaging issues (0.20). | 1.50 | 360.00 |
| 02/11/02 | KJC | Telephone conference with JLSherman re scanning options (0.30); review imaging services agreement (0.20). | 0.50 | 120.00 |
| 02/12/02 | KJC | Review and revise imaging services agreement (0.90). | 0.90 | 216.00 |
| 02/14/02 | KJC | Review scan sheets and send email to JLSherman re same (1.10); coordinate review of Boulder documents (0.40). | 1.50 | 360.00 |
| 02/18/02 | MCL | Conference with JLSherman re resumption of Boulder document production (.20). | 0.20 | 18.00 |
| 02/18/02 | JLS | Review contract, mark detection sheets and confidentiality agreement for Boulder scanner (.60); telephone conferences with scanner copying original Libby files prior to review and scanning and review of same (2.80). | 3.40 | 374.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/19/02 | KJC | Conferences with JLSherman re preparation for restart of Boulder document review and scanning (0.80); telephone conferences with scan vendor re scan sheet parameters (0.90); email exchange with document review team re training and schedule (0.40); conference with CBowen re document review background and case status (0.50); email JLSherman re preparation for team training on 2/22/02 (0.20). | 2.80 | 672.00 |
| 02/19/02 | JLS | Conferences with KCoggon and scanning vendor re Boulder documents. | 1.50 | 165.00 |
| 02/19/02 | CB | Conference with KJCoggon re Boulder Document Review (.50). | 0.50 | 37.50 |
| 02/20/02 | KJC | Telephone conference with JLSherman re preparation for training on Friday and organization of boxes (0.30); email exchange with document review team (0.20). | 0.50 | 120.00 |
| 02/20/02 | KLK | Confer with Joan Sherman re document review (.40); review guidelines for assisting on document review (1.90). | 2.30 | 287.50 |
| 02/20/02 | MCL | Telephone conference with JLSherman re status of copying of Boulder documents that were not previously reviewed in early 2000 document production (.30); telephone conference with Roger Bradley of Document Technologies Inc. re same (.20). | 0.50 | 45.00 |
| 02/20/02 | JLS | Prepare for resumption of Boulder document review including telephone conferences with KCoggon (.50); telephone conferences with RBradley re scanning sheet preparation (.20), and revise document protocols (1.90); conference with scanner re copying original Libby files prior to review and scanning and review of same (1.70). | 4.30 | 473.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/21/02 | KJC | Conference with JLSherman re preparation for restart of document review (0.10); review and respond to email from M. Murphy re consolidation and return of documents to Boston (0.20); telephone conference with R. Bradley re target sheets for scanning (0.10). | 0.40 | 96.00 |
| 02/21/02 | KLK | Confer with J.Sherman re document review (.30); read materials re document review (2.00). | 2.30 | 287.50 |
| 02/22/02 | KJC | Train new staff re document review procedures including quality control work completed by CSBowen and LStreet (7.00). | 7.00 | 1,680.00 |
| 02/22/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues. | 3.70 | 814.00 |
| 02/22/02 | KLK | Review background information and document review procedures (2.7); attend training session with KJCoggon re coding and review instructions for same (0.8). | 3.50 | 437.50 |
| 02/22/02 | JLS | Train new staff in document review procedures (.80); review and code documents related to EPA information requests and consumer product case issues including conferences with KJCoggon re document review protocols (7.70). | 8.50 | 935.00 |
| 02/22/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues (4.2); attend training session with KJCoggon re coding and review instruction for same (.8) | 5.00 | 425.00 |
| 02/22/02 | CB | Review and code documents related to EPA information requests and consumer product case issues including conferences with KJCoggon re questions on specific documents (6.20); attending training session with KJCoggon re coding and review instructions for same (.80). | 7.00 | 525.00 |
| 02/24/02 | JLS | Identify priority review boxes (1.00). | 1.00 | 110.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page        66
Invoice No.: 591827
Client  No.: 04339
Matter  No.: 00370

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/25/02 | JLS | Conference with LStreet re identifying priority review boxes (.80). | 0.80 | 88.00 |
| 02/25/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues (4.0) | 4.00 | 340.00 |
| 02/26/02 | KJC | Conference with KWLund re scan vendor contract issues (0.10); telephone conference with MBFloyd re coding question (0.10); telephone conference with S. Ripps re mark detect form for scanning (0.10). | 0.30 | 72.00 |
| 02/26/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues (3.5) | 3.50 | 297.50 |
| 02/26/02 | MBF | Review and code documents related to EPA information requests and consumer product case issues including conference with KJCoggon (.60). | 6.40 | 576.00 |
| 02/27/02 | KJC | Train staff re document review (0.80); review and quality control documents (4.60); conference with JLSherman re status of various boxes, responsiveness review, and scheduling issues (0.60); telephone conference with scan vendor re test boxes and target sheets (0.20). | 6.20 | 1,488.00 |
| 02/27/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (3.00); conference with KJCoggon and GMBarry re questions on specific documents (.80). | 3.80 | 475.00 |
| 02/27/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues (3.5) | 3.50 | 297.50 |
| 02/27/02 | CB | Review and code documents related to EPA information requests and consumer product case issues (5.20); conferences with KJCoggon re questions on specific documents (.80). | 6.00 | 450.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page 67
Invoice No.: 591827
Client No.: 04339
Matter No.: 00370

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/28/02 | KJC | Revise scan vendor contract and discuss same with JDMcCarthy (0.70). | 0.70 | 168.00 |
| 02/28/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.00 | 500.00 |
| | | **Total Fees Through February 28, 2002:** | **100.50** | **$ 13,910.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 240.00 | 24.80 | $ 5,952.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 3.70 | 814.00 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 15.90 | 1,987.50 |
| JLS | Joan L. Sherman | Paralegal | 110.00 | 19.50 | 2,145.00 |
| MCL | M Carla. Latuda | Paralegal | 90.00 | 0.70 | 63.00 |
| LCS | Loraine C. Street | Other | 85.00 | 16.00 | 1,360.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 6.40 | 576.00 |
| CB | Cathy Bowen | Fileroom | 75.00 | 13.50 | 1,012.50 |
| | | **Total Fees:** | | **100.50** | **$ 13,910.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/04/02 | | Long Distance Telephone: 6784681922 | $ 0.99 |
| 02/08/02 | | Long Distance Telephone: 6784681922 | 0.05 |
| 02/19/02 | | Long Distance Telephone: 4048732202 | 0.07 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 02/26/02 | | Long Distance Telephone: 6784681922 | 0.65 |
| 02/27/02 | 42 | Photocopies | 8.40 |
| | | **Total Disbursements:** $ | **10.16** |

## Disbursement Summary

| | | |
|---|---:|---:|
| Photocopies | $ | 8.40 |
| Long Distance Telephone | | 1.76 |
| **Total Disbursements:** | $ | **10.16** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | | *Outstanding Balance on Invoice 577747:* | *$ 12,656.44* |
| 589414 | 02/28/02 | Bill | 648.00 |
| | | *Outstanding Balance on Invoice 589414:* | *$ 648.00* |
| | | **Total Outstanding Invoices:** | **$ 13,304.44** |

| | | |
|---|---|---:|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **13,920.16** |
| **Total Balance Due This Matter** | $ | **27,224.60** |

### Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 265.00 | 5 | $ 1,325.00 |
| Haag, Susan | Paralegal | $ 85.00 | 26.4 | $ 2,244.00 |
| | Total | | 31.4 | $ 3,569.00 |

Expenses

## Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 169.35 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 40.26 |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Word Processing | $ - |
| Total | $ 209.61 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/02 | EKF | Review various e-mails from JDMcCarthy re retention of expert witnesses. | 0.20 | $ 53.00 |
| 02/04/02 | EKF | Review order authorizing the retention of experts. | 0.20 | 53.00 |
| 02/04/02 | SH | Draft second interim fee application, notice, order, and cover sheet. | 3.00 | 255.00 |
| 02/05/02 | EKF | Revise expert retention agreement to include bankruptcy specific provisions. | 0.40 | 106.00 |
| 02/06/02 | EKF | Draft CNO for November fee application (.30); telephone conference with EEStevenson re retention of experts (.30). | 0.60 | 159.00 |
| 02/06/02 | SH | Revise and compile December fee statement (1.0); draft letter and send out certificate of no objection on November fee statement (.3); draft charts for second interim fee application (5.3). | 6.60 | 561.00 |
| 02/07/02 | SH | Continue calculating and drafting charts for fee application. | 6.20 | 527.00 |
| 02/08/02 | EKF | Review and revise quarterly fee application; conferences with SMHaag re same. | 1.30 | 344.50 |
| 02/08/02 | SH | Finalize charts for fee application (4.0); revise summary according to amended administrative order (1.2). | 5.20 | 442.00 |
| 02/11/02 | SH | Finalize; compile and send out second quarterly fee application. | 1.00 | 85.00 |
| 02/19/02 | SH | Revise pleading for December fee statement. | 0.40 | 34.00 |
| 02/20/02 | SH | Review January prebills for monthly fee statement. | 1.50 | 127.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page 71
Invoice No.: 591827
Client No.: 04339
Matter No.: 00390

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/21/02 | EKF | Conference with EEStevenson re employment of experts for litigation (.2). | 0.20 | 53.00 |
| 02/22/02 | EKF | Review and revise January 2002 biling statements (1.6); telephone conference with Sam Schwartz re retention of expert witnesses (.2); review order authorizing retention of experts (.1). | 1.90 | 503.50 |
| 02/22/02 | SH | Conference with KBates re January prebill for monthly fee statement. | 0.40 | 34.00 |
| 02/26/02 | EKF | Telephone conference with expert witness re retention and fees (.2). | 0.20 | 53.00 |
| 02/26/02 | SH | Review prebills. | 1.10 | 93.50 |
| 02/27/02 | SH | Review revisions on January prebill for fee statement. | 1.00 | 85.00 |
| | | **Total Fees Through February 28, 2002:** | **31.40** | **$ 3,569.00** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 265.00 | 5.00 | $ 1,325.00 |
| SH | Susan Haag | Paralegal | 85.00 | 26.40 | 2,244.00 |
| | | **Total Fees:** | | **31.40** | **$ 3,569.00** |

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/04/02 | 141 | Photocopies | $ | 21.15 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page: 72
Invoice No.: 591827
Client No.: 04339
Matter No.: 00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/06/02 | 366 | Photocopies | 54.90 |
| 02/07/02 | 110 | Photocopies | 16.50 |
| 02/08/02 | 4 | Photocopies | 0.60 |
| 02/11/02 | 477 | Photocopies | 71.55 |
| 02/11/02 | 27 | Photocopies | 4.05 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02 - Courier, Acct. 0802-0410-8 02-06; David Carickhoff Wilmington, De | 14.64 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02 - Courier, Acct. 0802-0410-8 02-06; David Carickhoff Wilmington, De | 9.38 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02 - Courier, Acct. 0802-0410-8 02-06; David Carickhoff Wilmington, De | 16.24 |
| 02/19/02 | 4 | Photocopies | 0.60 |

**Total Disbursements:** $ **209.61**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 169.35 |
| Outside Courier | | 40.26 |
| **Total Disbursements:** | $ | **209.61** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577655 | 10/26/01 | Bill | 10,008.00 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn J | Senior Associate | $ 240.00 | 11.9 | $ 2,856.00 |
| Matthews, Kelly | Associate | $ 230.00 | 139.1 | $ 31,993.00 |
| Maurelli, Gino | Associate | $ 225.00 | 164.4 | $ 36,990.00 |
| Tognetti, Michael | Associate | $ 225.00 | 146.2 | $ 32,895.00 |
| Tracy, Brent A. | Associate | $ 240.00 | 20.3 | $ 4,872.00 |
| Hall, Jennifer A. | Associate | $ 220.00 | 34 | $ 7,480.00 |
| Beasley, James | Associate | $ 175.00 | 123 | $ 21,525.00 |
| Bono, Eric | Associate | $ 175.00 | 43.6 | $ 7,630.00 |
| Wingard, Johncie | Paralegal | $ 125.00 | 106.6 | $ 13,325.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 140.5 | $ 15,455.00 |
| Korver, Thomas W. | Senior Paralegal | $ 125.00 | 6 | $ 750.00 |
| Sherman, Joan L. | Senior Paralegal | $ 125.00 | 15.3 | $ 1,912.50 |
| Latuda, M. Carla | Senior Paralegal | $ 125.00 | 159.2 | $ 19,900.00 |
| Street, Loraine C. | Paralegal | $ 85.00 | 33.5 | $ 2,847.50 |
| Keaty, Kellen | Information Specialist | $ 60.00 | 9 | $ 540.00 |
| Mulholland, Imelda | Information Specialist | $ 90.00 | 21.3 | $ 1,917.00 |
| Total | | | 1,173.90 | 202,888.00 |

Expenses

## Matter 00400 - Boston Document Production

| Description | TOTAL |
|---|---:|
| Photocopies | $ 208.05 |
| Facsimiles | $ 235.00 |
| Long Distance Telephone | $ 7.15 |
| Outside Courier | $ 195.23 |
| Travel Expense | $ 32,558.07 |
| Lexis | $ - |
| Research Services | $ 17.20 |
| Meal Expenses | $ 4,393.34 |
| Overtime | $ 8,317.50 |
| Other Expenses | $ - |
| **Total** | **$ 45,931.54** |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/02 | KJC | Review and respond to emails re coding and review issues (0.6). | 0.60 | $ 144.00 |
| 02/01/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 7.70 | 1,732.50 |
| 02/01/02 | MAT | Review documents for responsiveness to EPA and discovery requests. | 7.80 | 1,755.00 |
| 02/01/02 | BAT | Perform quality control review of documents responsive to EPA information requests or class action discovery and answer questions of reviewers (4.70); conference with Paul DiFranza re methods to screen electronic documents and e-mail for responsiveness (.60); review obsolete legal file list to screen out unresponsive files (1.60); return travel to Denver (2.20) (2.20 N/C) (NWT 50%). | 9.10 | 2,184.00 |
| 02/01/02 | NKA | Review and code electronic documents for responsiveness to EPA information requests. | 4.70 | 517.00 |
| 02/01/02 | TWK | Review documents at Grace Cambridge offices to respond to EPA 104(e) requests and litigation discovery (2.70); return travel from Boston to Denver (3.00) (3.00 N/C) (NWT 50%). | 5.70 | 712.50 |
| 02/01/02 | MCL | Telephone conferences with JLSherman re status of Cambridge and Winthrop document review and scanning issues. | 0.40 | 50.00 |

Holme Roberts & Owen LLP

March 25, 2002

| | | | Page | 75 |
|---|---|---|---|---|
| W.R. Grace | | | Invoice No.: | 591827 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/02 | JLS | Review and QC documents in Cambridge (Winthrop) for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (5.0); review and code electronic documents for responsiveness to EPA information request (1.8); travel from Boston document review (3.0) (3.0 N/C)(NWT 50%). | 9.80 | 1,225.00 |
| 02/01/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests (5.00); return travel to Colorado Springs (3.8) (3.8 N/C) (NWT 50%). | 8.80 | 1,100.00 |
| 02/02/02 | MAT | Review documents for responsiveness to EPA and discovery requests. | 1.10 | 247.50 |
| 02/03/02 | KNM | Review document production guidelines (1.4); travel from Denver to Boston (2.3)(2.3 N/C) (NWT 50%). | 3.70 | 851.00 |
| 02/03/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 3.00 | 675.00 |
| 02/03/02 | NKA | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 330.00 |
| 02/03/02 | MCL | Travel to Boston to conduct document review (3.00) (3.00 N/C) (NWT 50%). | 3.50 | 437.50 |
| 02/04/02 | JGB | Review documents for responsiveness to EPA and discovery requests. | 8.90 | 1,557.50 |
| 02/04/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.10 | 2,093.00 |
| 02/04/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 8.60 | 1,935.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page            76
Invoice No.:    591827
Client No.:     04339
Matter No.:     00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/02 | MAT | Review and code documents responsive to EPA information requests and class action discovery. | 9.50 | 2,137.50 |
| 02/04/02 | BAT | Answer questions of reviewers. | 0.20 | 48.00 |
| 02/04/02 | NKA | Review and code documents for responsiveness to EPA information request (9.4). | 9.40 | 1,034.00 |
| 02/04/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA informaiton requests and plaintiff document requests including coding of same (9.60); telephone conferences with JLSherman re: coding issues, stauts of re-shelving of scanned boxes, and staffing issues (.40). | 10.00 | 1,250.00 |
| 02/04/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 3.50 | 297.50 |
| 02/05/02 | KJC | Review and respond to questions re coding (.70); review coding data from scan vendor for first CD and images and draft emails re certain concerns (.30); conference with CCotts re database revisions (.70); telephone conference with GMaurelli re conditions in Cambridge (.30); follow up with D. Croce re cleaning in Cambridge (.50); telephone conference with BATracy re progress and schedule for completing review and other coding issues (.80). | 3.30 | 792.00 |
| 02/05/02 | JGB | Review documents for responsiveness to EPA and discovery requests. | 9.20 | 1,610.00 |
| 02/05/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.70 | 2,231.00 |
| 02/05/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.30 | 2,092.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | | | Page | 77 |
|---|---|---|---|---|
| | | | Invoice No.: | 591827 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/05/02 | MAT | Review and code documents responsive to EPA information requests and class action discovery. | 9.40 | 2,115.00 |
| 02/05/02 | BAT | Telephone conference with MCLatuda re document production issues (.20); conference with KJCoggon re status and schedule for review project (.70). | 0.90 | 216.00 |
| 02/05/02 | NKA | Review and code documents for responsiveness to EPA information request (9.20). | 9.20 | 1,012.00 |
| 02/05/02 | MCL | Read and respond to e-mails re: questions raised by reviewers (.40); telephone conference with KJCoggon re: database issues (.20); conduct count of boxes remaining to be reviewed (.30); telephone conference with Angela Anderson re: stauts of document review at Winthrop Square (.20); document requests including coding of same (8.30); prepare list of boxes to be picked up by scanners on 2/6/02 (.60). | 10.00 | 1,250.00 |
| 02/06/02 | JGB | Review documents for responsiveness to EPA and discovery requests. | 9.20 | 1,610.00 |
| 02/06/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.70 | 2,231.00 |
| 02/06/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 8.20 | 1,845.00 |
| 02/06/02 | MAT | Review and code documents responsive to EPA information requests and class action discovery. | 3.40 | 765.00 |
| 02/06/02 | NKA | Review and code documents for responsiveness to EPA information request (7.5); Review contents of box containing scanning errors per KJCoggon's request (1.7). | 9.20 | 1,012.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page 78
Invoice No.: 591827
Client No.: 04339
Matter No.: 00400

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/06/02 | MCL | Prepare boxes at Winthrop Square for pick-up by scanners (1.10); prepare list of Winthrop Square boxes to be picked up by scanner (.90); conferences with Angela Anderson and Matt Murphy re: scanning issues and status of document review (.70); meet with scanners and log in 85 boxes received (2.30); prepare list of boxes received from scanners (.70); determine Cambridge location of returned boxes in order that they may be returned to their original location (2.30); read and respond to e-mails re: scanning issues (.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (3.90). | 12.30 | 1,537.50 |
| 02/06/02 | JLS | Review and respond to e-mails re document review protocols and telephone conferences with MCLatuda (1.20). | 1.20 | 150.00 |
| 02/07/02 | JGB | Review documents for responsiveness to EPA and discovery requests. | 8.20 | 1,435.00 |
| 02/07/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 2.60 | 598.00 |
| 02/07/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.20 | 2,070.00 |
| 02/07/02 | MAT | Review and code documents responsive to EPA information requests and class action discovery. | 9.60 | 2,160.00 |
| 02/07/02 | BAT | Review legal obsolete file list to screen out non-responsive items (1.40); review and respond to questions of reviewers (.60). | 2.00 | 480.00 |
| 02/07/02 | NKA | Review and code documents for respsonsiveness to EPA information request (9.30). | 9.30 | 1,023.00 |

Holme Roberts & Owen LLP

March 25, 2002

| | |
|---|---|
| W.R. Grace | Page 79 |
| | Invoice No.: 591827 |
| | Client No.: 04339 |
| | Matter No.: 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/07/02 | MCL | Organize and prepare boxes for pick-up by Walsh Movers for delivery to Winthrop Square (2.10); draft list of same (.60); telephone conferences with Angela Anderson and Matt Murphy re: same (.30); telephone conference with KJCoggon re: status of document review (.40); re-shelve boxes returned from ONSS (.60); prepare list of boxes to be returned to Penthouse for Dave Croce (1.20); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.20). | 10.40 | 1,300.00 |
| 02/07/02 | KEK | Review documents re distribution of Vermiculite and Tremolite products for cost recovery case discovery. | 6.00 | 360.00 |
| 02/08/02 | JGB | Review documents for responsiveness to EPA and discovery requests (4.0); travel from Boston to Denver (3.0)(3.0 N/C)(NWT 50%). | 7.00 | 1,225.00 |
| 02/08/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.50 | 2,185.00 |
| 02/08/02 | GM | Review documents for responsiveness to EPA and discovery requests (4.5); Travel to Denver from Boston (3.0)(3.0 n/c)(NWT 50%). | 7.50 | 1,687.50 |
| 02/08/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries (2.20); travel from Boston to Denver (3.00)(3.00 N.C)(NWT 50%). | 5.20 | 1,170.00 |
| 02/08/02 | NKA | Review and code documents for responsiveness to EPA information request (4.7); return travel from Boston (3.00)(3.00 N/C)(NWT 50%). | 7.70 | 847.00 |