Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/08/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.40); prepare Cambridge Weekly Status Report and e-mail (.30); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 7.70 | 962.50 |
| 02/08/02 | KEK | Review documents re distribution of Vermiculite and Tremolite products for cost recovery case discovery. | 3.00 | 180.00 |
| 02/10/02 | MAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 675.00 |
| 02/10/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 02/10/02 | JW | Travel from Colorado Springs to Boston for document review (3.8) (3.8 N/C) (NWT 50%). | 3.80 | 475.00 |
| 02/11/02 | KJC | Telephone conference with GMaurelli re schedule and document review issues (0.30); review and respond to emails re scheduling and document review issues (0.80). | 1.10 | 264.00 |
| 02/11/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 10.20 | 2,346.00 |
| 02/11/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 4.60 | 1,035.00 |
| 02/11/02 | BAT | Review and respond to questions from reviewers. | 0.50 | 120.00 |
| 02/11/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (5.50). | 5.50 | 605.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.60); telepone conferences with KWLund and BATracy re meeting with client (.30); conferences with temps re question on responsiveness of documents (.40); telephone conference with JLSherman re document review issues including status of review, temp issues, box tracking database (.40). | 10.70 | 1,337.50 |
| 02/11/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests. | 10.30 | 1,287.50 |
| 02/11/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 4.00 | 340.00 |
| 02/12/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.90 | 2,277.00 |
| 02/12/02 | GM | Travel from Denver to Boston (3.0) (3.0 N/C) (NWT 50%). | 3.00 | 675.00 |
| 02/12/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 8.40 | 1,890.00 |
| 02/12/02 | NKA | Review and code electronic documents for responsiveness EPA information request (3.80). | 3.80 | 418.00 |
| 02/12/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.30); review and prepare Winthrop Square boxes for pick-up by ONSS (3.70); draft list of boxes to be picked up by ONSS (.50); conference with Angela Anderson re document review issues and temp. issues (.30). | 9.80 | 1,225.00 |
| 02/12/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests. | 10.50 | 1,312.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/12/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 8.00 | 680.00 |
| 02/12/02 | ICM | Review documents for responsiveness to EPA discovery requests. | 7.80 | 702.00 |
| 02/13/02 | KJC | Review and respond to emails re document review issues (0.20); draft email to CDMaguire re additional staff for document review (0.10). | 0.30 | 72.00 |
| 02/13/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.60 | 2,208.00 |
| 02/13/02 | GM | Review documents for responsiveness to EPA  and discovery request. | 9.20 | 2,070.00 |
| 02/13/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 8.00 | 1,800.00 |
| 02/13/02 | BAT | E-mail exchange with MCLatuda re securing access to microfilm reader (.30); review and respond to questions from reviewers (.70). | 1.00 | 240.00 |
| 02/13/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (6.30). | 6.30 | 693.00 |
| 02/13/02 | MCL | Prepare boxes at Cambridge for pickup by ONSS (2.90); draft list of boxes to be picked up by ONSS (.50); oversee delivery and pickup of boxes by ONSS (1.70); review boxes produced by Volpe Center to determine contents and conference call with KJCoggon re same (1.00); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (3.80). | 9.90 | 1,237.50 |
| 02/13/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests. | 10.30 | 1,287.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/13/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 2.50 | 212.50 |
| 02/13/02 | ICM | Review documents for responsiveness to EPA discovery requests. | 4.20 | 378.00 |
| 02/14/02 | KJC | Coordinate efforts to obtain staff for document review (0.20); review and respond to emails re document review questions (0.30). | 0.50 | 120.00 |
| 02/14/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.70 | 2,231.00 |
| 02/14/02 | GM | Review documents for responsiveness to EPA  and discovery request. | 9.50 | 2,137.50 |
| 02/14/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 7.30 | 1,642.50 |
| 02/14/02 | BAT | Review and respond to questions of reviewers. | 0.30 | 72.00 |
| 02/14/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.50). | 4.50 | 495.00 |
| 02/14/02 | MCL | Review and draft list of boxes returned by ONSS to determine Cambridge location in order to re-shelve same (2.80); re-shelve boxes returned by ONSS (.70); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.70). | 10.20 | 1,275.00 |
| 02/14/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests. | 10.50 | 1,312.50 |
| 02/14/02 | ICM | Review documents for responsiveness to EPA discovery requests. | 1.50 | 135.00 |
| 02/15/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.10 | 2,093.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/15/02 | GM | Review documents for responsiveness to EPA and discovery request. | 8.90 | 2,002.50 |
| 02/15/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 5.90 | 1,327.50 |
| 02/15/02 | BAT | Answer questions of reviewers. | 0.30 | 72.00 |
| 02/15/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (5.50). | 5.50 | 605.00 |
| 02/15/02 | MCL | Draft list of boxes to be picked up by ONSS 2/20/02 (.70); conference with KNMatthews re duties for next week including faxing of temp timesheets and delivery and pickup of boxes by ONSS (.80); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (1.00); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 5.50 | 687.50 |
| 02/15/02 | JW | Review and code documents at Cambridge for responsiveness to EPA requests (5.7); return travel from Boston to Colorado Springs (3.8) (3.8 N/C) (NWT 50%). | 9.50 | 1,187.50 |
| 02/16/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 1.50 | 337.50 |
| 02/17/02 | JGB | Travel to Boston (3.0) (3.0 N/C) (50% NWT). | 3.00 | 525.00 |
| 02/17/02 | EMB | Travel to Boston to review documents for responsiveness to EPA and discovery requests (2.60) (2.60 N/C) (NWT 50%); review Document Production Guidelines (.80). | 3.40 | 595.00 |
| 02/17/02 | JAH | Travel to Boston to review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/18/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.30 | 1,452.50 |
| 02/18/02 | EMB | Review documents for responsiveness to discovery requests. | 7.40 | 1,295.00 |
| 02/18/02 | JAH | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.50). | 9.50 | 2,090.00 |
| 02/18/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.60 | 2,208.00 |
| 02/18/02 | GM | Review documents for responsiveness to EPA and discovery request. | 9.00 | 2,025.00 |
| 02/18/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 9.90 | 2,227.50 |
| 02/18/02 | BAT | Review and respond to questions of reviewers in Cambridge. | 0.70 | 168.00 |
| 02/18/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (7.00). | 7.00 | 770.00 |
| 02/18/02 | MCL | Telephone conference with KNMatthews re document review issues at Cambridge (.40); review and code electronic documents for responsiveness to EPA information requests (.60). | 1.00 | 125.00 |
| 02/18/02 | JLS | Review and respond to e-mails re document review protocols (.80); telephone conference with MCLatuda re status of Boston document production (.30). | 1.10 | 137.50 |
| 02/19/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.70 | 1,522.50 |
| 02/19/02 | EMB | Review documents for responsiveness to EPA and discovery requests. | 9.40 | 1,645.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/19/02 | JAH | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.50). | 9.50 | 2,090.00 |
| 02/19/02 | KNM | Prepare boxes to send to scanner (1.6); review and code documents responsive to EPA information requests and class action discovery (7.7). | 9.30 | 2,139.00 |
| 02/19/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.20 | 2,070.00 |
| 02/19/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 3.00 | 675.00 |
| 02/19/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.60). | 4.60 | 506.00 |
| 02/19/02 | MCL | Review and code electronic documents for responsiveness to EPA information requests (5.90); read and respond to e-mails re pickup and delivery of boxes by ONSS (.40); telephone conference with KNMatthews re pickup by ONSS and preparation of boxes to be shipped to Winthrop Square (.40). | 6.70 | 837.50 |
| 02/19/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 7.50 | 637.50 |
| 02/19/02 | ICM | Review documents for responsiveness to EPA discovery request. | 1.80 | 162.00 |
| 02/20/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.50 | 1,487.50 |
| 02/20/02 | EMB | Review documents for responsiveness to EPA and discovery requests. | 8.50 | 1,487.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 87 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/20/02 | JAH | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.00). | 9.00 | 1,980.00 |
| 02/20/02 | KNM | Prepare 50 boxes to send to Winthrop Square document review site (2.9); prepare lists of boxes to send to Winthrop and to the scanner (1.1); review and code documents responsive to EPA information requests and class action discovery (6.2). | 10.20 | 2,346.00 |
| 02/20/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.40 | 2,115.00 |
| 02/20/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 6.50 | 1,462.50 |
| 02/20/02 | BAT | Review and respond to questions of reviewers | 0.10 | 24.00 |
| 02/20/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (6.90). | 6.90 | 759.00 |
| 02/20/02 | MCL | Review and code electronic documents for responsiveness to EPA information requests (5.40); telephone conference with KNMatthews re Cambridge document coding issues (.20). | 5.60 | 700.00 |
| 02/20/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 5.00 | 425.00 |
| 02/20/02 | ICM | Review documents for responsiveness to EPA discovery request. | 6.00 | 540.00 |
| 02/21/02 | KJC | Telephone conference with BATracy re production to EPA (0.30); telephone conference with CCotts re database changes (0.20). | 0.50 | 120.00 |
| 02/21/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.30 | 1,452.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/21/02 | EMB | Review documents for responsiveness to EPA and discovery requests. | 7.70 | 1,347.50 |
| 02/21/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 8.10 | 1,863.00 |
| 02/21/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 8.70 | 1,957.50 |
| 02/21/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 4.70 | 1,057.50 |
| 02/21/02 | BAT | Conference with KJCoggon re logistics and timing of resuming production to EPA in light of NOV issues (.30); conference with BPayne re status of electronic documents (.30); review CDs received from Lason and ONSS (.30). | 0.90 | 216.00 |
| 02/21/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (.80). | 0.80 | 88.00 |
| 02/21/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 3.00 | 255.00 |
| 02/22/02 | KJC | Review, revise and discuss changes with CCotts re Historical Database (0.60). | 0.60 | 144.00 |
| 02/22/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.70 | 1,522.50 |
| 02/22/02 | EMB | Review documents for responsiveness to EPA and discovery requests (4.2); travel from Boston to Denver (3.0) (3.0 n/c) (NWT 50%). | 7.20 | 1,260.00 |
| 02/22/02 | JAH | Return travel from Boston for review and QC of documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/22/02 | KNM | Prepare boxes to be returned to scanner per scanner's 2-20-02 request (0.6); prepare list of documents returned by scanner on 2-20-02 (0.2); review and code documents responsive to EPA information requests and class action discovery (5.3); travel from Boston to Denver (3.0)(3.0 N/C)(NWT 50%). | 9.10 | 2,093.00 |
| 02/22/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 6.30 | 1,417.50 |
| 02/22/02 | MAT | Review and code documents responsive to EPA information requests and class action discovery (3.00); travel from Boston to Denver (3.00) (3.00 N/C) (NWT 50%). | 6.00 | 1,350.00 |
| 02/22/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (5.50). | 5.50 | 605.00 |
| 02/22/02 | MCL | Read and respond to e-mails re Cambridge document production (.30); telephone conferences with KNMatthews re preparation of box tracking sheets and preparation of weekly status report (.40); review and code electronic documents for responsiveness to EPA information requests (1.30). | 2.00 | 250.00 |
| 02/24/02 | MAT | Travel from Denver to Boston (3.00)(3.00 N.C.)(NWT 50%). | 3.00 | 675.00 |
| 02/24/02 | NKA | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 02/24/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 02/24/02 | JW | Travel to Boston from Colorado Springs for document review (3.80) (3.80 N/C) (50% NWT). | 3.80 | 475.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/25/02 | KJC | Telephone conference with MCLatuda re status of document review (0.20); address staffing concerns and schedule (1.60); review and revise database revisions (0.40); conferences with BATracy re document production schedules, issues, progress and microfilm (0.90). | 3.10 | 744.00 |
| 02/25/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 9.10 | 1,592.50 |
| 02/25/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.70 | 2,182.50 |
| 02/25/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 5.90 | 1,327.50 |
| 02/25/02 | BAT | Review and respond to question of reviewers (0.30); conferences with KJCoggon re status of resuming productions to EPA and logistics for including microfilm into database (0.90); review EHS microfilm index and reel numbers to determine scope of additional review (0.90) | 2.10 | 504.00 |
| 02/25/02 | NKA | Review and code documents for responsiveness to EPA information request (9.50). | 9.50 | 1,045.00 |
| 02/25/02 | MCL | Draft list of boxes returned by ONSS on 2/20/02 to determine Cambridge location in order to re-shelve same (1.20); log in same on box lists (.70); review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (8.20). | 10.10 | 1,262.50 |
| 02/25/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 9.70 | 1,212.50 |
| 02/26/02 | KJC | Telephone conference with MCLatuda re production status and scan vendor issues (0.20). | 0.20 | 48.00 |
| 02/26/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.30 | 1,452.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 91 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/26/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 9.20 | 2,070.00 |
| 02/26/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 6.10 | 1,372.50 |
| 02/26/02 | NKA | Review and code documents for responsiveness to EPA information request (9.00). | 9.00 | 990.00 |
| 02/26/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.80); read and respond to e-mails re next pickup of boxes by ONSS (.30); locate boxes to return to ONSS pursuant to their request (.50); prepare boxes for shipment to ONSS at Winthrop Square (.70); draft list of boxes to be picked up by ONSS on 2/27/02 (1.30); draft list of boxes picked up at Winthrop Square on 2/20/02 (1.60); conferences with Angela Anderson re Winthrop staffing issues and other temp. issues (.40). | 9.60 | 1,200.00 |
| 02/26/02 | JLS | Review and code electronic files for EPA document request (1.20). | 1.20 | 150.00 |
| 02/26/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,250.00 |
| 02/27/02 | KJC | Address staffing and scheduling issues for document review (0.60); review and respond to emails from vendor re scanning progress (0.20). | 0.80 | 192.00 |
| 02/27/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.90 | 1,557.50 |
| 02/27/02 | GM | Review documents for responsiveness to EPA and discovery request. | 9.60 | 2,160.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/27/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 7.10 | 1,597.50 |
| 02/27/02 | BAT | Review and respond to questions of reviewers (0.60); review microfilm index for additional files to review (1.30). | 1.90 | 456.00 |
| 02/27/02 | NKA | Review and code documents for responsiveness to EPA information request (8.50). | 8.50 | 935.00 |
| 02/27/02 | TWK | Research microfilm lists and indexes for production of documents in response to 104(e) request and litigation discovery. | 0.30 | 37.50 |
| 02/27/02 | MCL | Draft list of boxes to be picked up by ONSS (1.20); locate additional boxes to return to ONSS pursuant to their request (.40); draft list of same (.90); telephone conference with BATracy re issues concerning microfilm review (.20); review documents and indices in Review Room to locate microfilm index for BATracy (.80); read and respond to emails re Cambridge staffing issues (.40); log in boxes returned to ONSS and prepare list of same to facilitate re-shelving of same (4.00); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (2.20). | 10.10 | 1,262.50 |
| 02/27/02 | JLS | Review and code electronic files for responsiveness to EPA document requests (2.00). | 2.00 | 250.00 |
| 02/27/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.40 | 1,300.00 |
| 02/28/02 | KJC | Address staffing and scheduling issues for document review (0.30); review and respond to emails from vendor re scanning progress (0.60). | 0.90 | 216.00 |
| 02/28/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 8.70 | 1,522.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 93 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/28/02 | GM | Review documents for responsiveness to EPA and discovery request. | 9.20 | 2,070.00 |
| 02/28/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 9.30 | 2,092.50 |
| 02/28/02 | BAT | Review and respond to questions of reviewers. | 0.30 | 72.00 |
| 02/28/02 | NKA | Review and code documents for responsiveness to EPA information request (7.60). | 7.60 | 836.00 |
| 02/28/02 | MCL | Read and respond to emails re questions concerning responsiveness of certain documents (.30); re-shelve boxes returned by ONSS (.60); read emails and discuss with review staff new procedures developed by ONSS to capture attachments ranges of documents (.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.4). | 7.70 | 962.50 |
| 02/28/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 9.00 | 1,125.00 |

**Total Fees Through February 28, 2002:   1173.90   $ 202,888.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 240.00 | 11.90 | $  2,856.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 20.30 | 4,872.00 |
| KNM | Kelly N. Matthews | Associate | 230.00 | 139.10 | 31,993.00 |
| GM | Gino Maurelli | Associate | 225.00 | 164.40 | 36,990.00 |
| MAT | Michael A. Tognetti | Associate | 225.00 | 146.20 | 32,895.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 34.00 | 7,480.00 |
| JGB | James G. Beasley | Associate | 175.00 | 123.00 | 21,525.00 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 94 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EMB | Eric M. Bono | Associate | 175.00 | 43.60 | 7,630.00 |
| TWK | Thomas W. Korver | Paralegal | 125.00 | 6.00 | 750.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 159.20 | 19,900.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 15.30 | 1,912.50 |
| JW | Johncie Wingard | Paralegal | 125.00 | 106.60 | 13,325.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 140.50 | 15,455.00 |
| LCS | Loraine C. Street | Other | 85.00 | 33.50 | 2,847.50 |
| KEK | Kellen E. Keaty | Other | 60.00 | 9.00 | 540.00 |
| ICM | Imelda Mulholland | Information Specialist | 90.00 | 21.30 | 1,917.00 |

| | | | **Total Fees:** | **1,173.90** | **$ 202,888.00** |
|---|---|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 1/10/02; DATE: 1/10/2002  -  Library, JJ0001, Denver, Computer Research, Delaware Bankruptcy Court Pacer | $      17.20 |
| 01/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-071-92363; DATE: 1/25/02  -  Courier, Acct. 0802-0410-8 01-16; Loraine Street Boulder, Co | 9.47 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02  -  Courier, Acct. 0802-0410-8 12-22; From Onsite Sourcing New York, NY to Reed Smith Philadelphia, Pa | 8.87 |
| 01/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-23665; DATE: 1/31/02  -  Courier, Acct. 0802-0410-8 12-22; From Onsite Sourcing New York, NY to HRO Denver, Co | 12.42 |
| 02/01/02 | | Long Distance Telephone:  6178761400 | 2.29 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

Page         95
Invoice No.:   591827
Client  No.:   04339
Matter  No.:   00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/05/02 | | Long Distance Telephone: 6178761400 | 0.06 |
| 02/05/02 | | Long Distance Telephone: 6178761400 | 1.35 |
| 02/05/02 | | Long Distance Telephone: 6174984416 | 0.23 |
| 02/06/02 | | Other Meal Expenses: VENDOR: Gino Maurelli; INVOICE#: 2/6/02; DATE: 2/6/2002 - TE: 1/27-2/2/02, Boston, client. | 65.91 |
| | | Document Review in Cambridge. | |
| 02/06/02 | | Other Meal Expenses: VENDOR: Johncie Wingard; INVOICE#: 2/4/02; DATE: 2/6/2002 - TE: 1/27-2/1/02, Boston, client. | 105.52 |
| | | Document review. | |
| 02/06/02 | | Other Meal Expenses: VENDOR: Geoffrey Barry; INVOICE#: 2/1/02; DATE: 2/6/2002 - TE: 1/20-25/02, Boston, client. | 145.33 |
| | | Trip to Boston to work on supplemental document review in Cambridge. | |
| 02/06/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 2/6/02; DATE: 2/6/2002 - TE: 1/27-2/1/02, Denver-Boston, Boston-Denver, client. | 148.44 |
| | | Supplemental document review in Cambridge and Winthrop Square. | |
| 02/06/02 | | Travel Expense: VENDOR: Gino Maurelli; INVOICE#: 2/6/02; DATE: 2/6/2002 - TE: 1/27-2/2/02, Boston, client. | 2,405.61 |
| | | Document Review in Cambridge. | |
| 02/06/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 2/4/02; DATE: 2/6/2002 - TE: 1/27-2/1/02, Boston, client. | 942.95 |
| | | Document review. | |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/06/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 2/1/02; DATE: 2/6/2002 - TE: 1/20-25/02, Boston, client. | 984.27 |
| | | Trip to Boston to work on supplemental document review in Cambridge. | |
| 02/06/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 1/25/02; DATE: 2/6/2002 - TE: 2/10-2/22/02, Boston, client. | 479.17 |
| | | Litigation document production at W.R. Grace. | |
| 02/06/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 2/6/02; DATE: 2/6/2002 - TE: 1/27-2/1/02, Denver-Boston, Boston-Denver, client. | 1,803.27 |
| | | Suplemental document review in Cambridge and Winthrop Square. | |
| 02/07/02 | 231 | Facsimile | 231.00 |
| 02/07/02 | | Long Distance Telephone: 6178761400 | 1.71 |
| 02/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-58793; DATE: 2/7/02 - Courier, Acct. 0802-0410-8 01-31; Joan Sherman Boulder, Co | 14.79 |
| 02/07/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 012502A; DATE: 2/7/2002 - TE: 01/24-02/08, Boston, client. | 946.75 |
| 02/08/02 | | Long Distance Telephone: 6174984416 | 0.13 |
| 02/08/02 | 5 | Photocopies | 0.75 |
| 02/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16268; DATE: 2/8/2002 - Airfare: 3/1-4/02, Boston-Denver, Denver-SLC, SLC-Denver, Denver-Boston, client, CLatuda. | 588.50 |
| 02/08/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 2/8/02; DATE: 2/8/2002 - TE: 2/24-3/1/02, Boston, client, JWingard | 894.50 |
| | | Document review.. | |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 97 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/09/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0008492924; DATE: 2/9/2002 - Office Related, 04339-00400, Colorado Springs, Shipment, To Boston, From Denver | 15.06 |
| 02/09/02 | 4 | Photocopies | 0.60 |
| 02/11/02 | | Other Meal Expenses: VENDOR: James G Beasley; INVOICE#: 2/11/02; DATE: 2/11/2002 - TE: 1/27-28/02, Boston, client, JBeasley. | 404.59 |
| 02/11/02 | | Other Meal Expenses: VENDOR: Natalie Aberle; INVOICE#: 2/11/02; DATE: 2/11/2002 - TE: 2/3-8/02, Boston, NAberle. Supplemental document review in Cambridge. | 485.75 |
| 02/11/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 2/11/02; DATE: 2/11/2002 - TE: 1/27-28/02, Boston, client, JBeasley. | 2,503.74 |
| 02/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 2/11/02; DATE: 2/11/2002 - TE: 2/3-8/02, Boston, NAberle. Supplemental document review in Cambridge. | 1,021.43 |
| 02/13/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 2/13/02; DATE: 2/13/2002 - TE: 1/27-2/1/02, Denver to Boston, Boston-Denver, client, BTracy. W.R. Grace Document Review. | 170.59 |
| 02/13/02 | | Other Meal Expenses: VENDOR: Michael Tognetti; INVOICE#: 2/13/02; DATE: 2/13/2002 - TE: 1/27-2/9/02, Denver-Boston, Boston-Denver, MTognetti, client. Litigation document production at W.R. Grace. | 705.32 |
| 02/13/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 2/13/02; DATE: 2/13/2002 - TE: 1/27-2/1/02, Denver to Boston, Boston-Denver, client, BTracy. W.R. Grace Document Review. | 1,128.54 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 98 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/13/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 2/13/02; DATE: 2/13/2002  -  TE: 1/27-2/9/02, Denver-Boston, Boston-Denver, MTognetti, client. | 2,574.39 |
| | | Litigation document production at W.R. Grace. | |
| 02/14/02 | 2 | Facsimile | 2.00 |
| 02/14/02 | 2 | Facsimile | 2.00 |
| 02/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-116-93480; DATE: 2/14/02  -  Courier, Acct. 0802-0410-8 02-08; From Onsite Sourcing New York, NY to Carla Latuda Cambridge, Ma | 134.62 |
| 02/14/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 2/14/02; DATE: 2/14/2002  -  TE: 2/24-3/8/02, Denver-Boston, Boston-Denver, MTognetti, client. | 751.19 |
| | | Litigation document production at W.R. Grace. | |
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16401; DATE: 2/14/2002  -  Airfare: 3/10-15/02 Denver Boston Boston Denver, G. Barry | 654.50 |
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16410; DATE: 2/14/2002  -  Airfare: 3/18-29/02, Denver Boston Boston Denver, K. Matthews | 266.50 |
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16411; DATE: 2/14/2002  -  Airfare: 3/10-15/02, Denver Boston Boston Denver, K. Matthews | 654.50 |
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16405; DATE: 2/14/2002  -  Airfare: 3/24-29/02, Denver Boston Boston Denver, C. Latuda | 654.50 |
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16404; DATE: 2/14/2002  -  Airfare: 3/31-4/5/02, Denver Boston Boston Denver, C. Latuda | 654.50 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 99 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16395; DATE: 2/14/2002  -  Airfare: 3/15-17/02, Boston Chicago Chicago Boston, N. Aberle | 246.50 |
| 02/17/02 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 2/17/02; DATE: 2/17/2002  -  TE: 2/10-15/02, Denver-Boston, Boston-Denver, CLatuda, client. | 250.05 |
| | | To conduct document review at Cambridge re response to EPA's information requests. | |
| 02/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 2/17/02; DATE: 2/17/2002  -  TE: 2/10-15/02, Denver-Boston, Boston-Denver, CLatuda, client. | 1,115.80 |
| | | To conduct document review at Cambridge re response to EPA's information requests. | |
| 02/18/02 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 2/18/02; DATE: 2/18/2002  -  TE: 2/3-8/02, Denver-Boston, Boston-Denver, CLatuda, client. | 314.96 |
| | | To conduct document review at Cambridge re response to EPA's information requests. | |
| 02/18/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 2/18/02; DATE: 2/18/2002  -  TE: 3/10 & 3/24/02, Denver-Boston, Boston-Denver, JWingard, client. | 1,718.00 |
| | | Airfare for March trips to Boston for document review. | |
| 02/18/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 2/18/02; DATE: 2/18/2002  -  TE: 2/3-8/02, Denver-Boston, Boston-Denver, CLatuda, client. | 1,090.33 |
| | | To conduct document review at Cambridge re response to EPA's information requests. | |
| 02/19/02 | | Long Distance Telephone:  6178761400 | 0.18 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/20/02 | 176 | Photocopies | 26.40 |
| 02/20/02 | 150 | Photocopies | 22.50 |
| 02/20/02 | 252 | Photocopies | 37.80 |
| 02/20/02 | 347 | Photocopies | 52.05 |
| 02/20/02 | 435 | Photocopies | 65.25 |
| 02/20/02 | 6 | Photocopies | 0.90 |
| 02/20/02 | 12 | Photocopies | 1.80 |
| 02/20/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16508; DATE: 2/20/2002  -  Airfare: 3/3-8/02, Denver Boston Boston Denver, B. Tracy | 879.50 |
| 02/22/02 | | Long Distance Telephone: 6178761400 | 0.39 |
| 02/22/02 | | Other Meal Expenses: VENDOR: Johncie Wingard; INVOICE#: 021802; DATE: 2/22/2002  -  TE: 02/10-15/02 Boston, Client Document Review | 169.86 |
| 02/22/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 021802; DATE: 2/22/2002  -  TE: 02/10-15/02 Boston, Client Document review | 936.95 |
| 02/24/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16245; DATE: 2/24/2002  -  Airfare: 2/24-3/8/02, Denver-Boston, Boston-Denver, client, CLatuda. | 479.00 |
| 02/27/02 | | Long Distance Telephone: 6178761400 | 0.49 |
| 02/27/02 | | Other Meal Expenses: VENDOR: Tom Korver; INVOICE#: 022302; DATE: 2/27/2002  -  TE: 01/27-2/01 Boston, Client WR Grace offices for document review re EPA requests and litigation discovery | 158.89 |
| 02/27/02 | | Other Meal Expenses: VENDOR: Jennifer Hall; INVOICE#: 022702; DATE: 2/27/2002  -  TE: 02/17-22/02 Boston, client Supplemental document review in Cambridge | 394.95 |

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 591827 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/27/02 | | Other Meal Expenses: VENDOR: Eric Bono; INVOICE#: 022602; DATE: 2/27/2002  -  TE: 02/17-22/02 Boston, client Document review at WR Grace | 357.45 |
| 02/27/02 | | Other Meal Expenses: VENDOR: Michael Tognetti; INVOICE#: 022502; DATE: 2/27/2002  -  TE: 02/10-22/02 Boston, client Litigation document production at WR Grace | 515.73 |
| 02/27/02 | | Travel Expense: VENDOR: Tom Korver; INVOICE#: 022302; DATE: 2/27/2002  -  TE: 01/27-2/01 Boston, Client WR Grace offices for document review re EPA requests and litigation discovery | 1,137.80 |
| 02/27/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 022702; DATE: 2/27/2002  -  TE: 02/17-22/02 Boston, client Supplemental document review in Cambridge | 1,535.30 |
| 02/27/02 | | Travel Expense: VENDOR: Eric Bono; INVOICE#: 022602; DATE: 2/27/2002  -  TE: 02/17-22/02 Boston, client Document review at WR Grace | 1,035.00 |
| 02/27/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 022502; DATE: 2/27/2002  -  TE: 02/10-22/02 Boston, client Litigation document production at WR Grace | 2,475.08 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/15/2002  CL | 96.25 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/15/2002  JS | 1,235.00 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/15/2002  JW | 770.00 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/28/02 NA | 1,527.50 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/28/02  TK | 1,787.50 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/28/2002  CL | 2,062.50 |
| 02/28/02 | | Legal Assistant Overtime: LA overtime  2/28/02  JW | 838.75 |
| 02/28/02 | | Long Distance Telephone:  6178761400 | 0.32 |

| | | **Total Disbursements:** | **$  45,931.54** |
|---|---|---|---|

Holme Roberts & Owen LLP

March 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 102 |
| Invoice No.: | 591827 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 208.05 |
| Facsimile | | 235.00 |
| Long Distance Telephone | | 7.15 |
| Outside Courier | | 195.23 |
| Travel Expense | | 32,558.07 |
| Other Meal Expenses | | 4,393.34 |
| Research Services | | 17.20 |
| Legal Assistant Overtime | | 8,317.50 |
| **Total Disbursements:** | **$** | **45,931.54** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | | *Outstanding Balance on Invoice 583055:* | *$  17,487.80* |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | | *Outstanding Balance on Invoice 585053:* | *$ 119,728.88* |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | | *Outstanding Balance on Invoice 589414:* | *$ 172,210.61* |

| | |
|---|---|
| **Total Outstanding Invoices:** | **$ 309,427.29** |
| **Trust Applied to Matter** | **$      0.00** |