# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Robert Tuchman | Partner | Environmental | $375.00 | 0.40 | $150.00 |
| Kenneth W. Lund | Partner | Environmental | $325.00 | 66.80 | $21,710.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 4.90 | $1,470.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 29.90 | $8,970.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 83.50 | $20,875.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $265.00 | 5.00 | $1,325.00 |
| Colin Harris | Partner | Environmental | $250.00 | 4.30 | $1,075.00 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 141.00 | $33,840.00 |
| Brent A. Tracy | Associate | Environmental | $225.00 | 0.40 | $90.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 20.30 | $4,872.00 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 126.70 | $27,874.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $210.00 | 118.20 | $24,822.00 |
| James Beasley | Associate | Corporate | $175.00 | 128.00 | $22,400.00 |
| Kelly Matthews | Associate | Corporate | $230.00 | 139.10 | $31,993.00 |
| Jennifer Hall | Associate | Litigation | $220.00 | 61.10 | $13,442.00 |
| Gino Maurelli | Associate | Corporate | $225.00 | 164.40 | $36,990.00 |
| Eric Bono | Associate | Corporate | $175.00 | 43.60 | $7,630.00 |
| Michael Tognetti | Associate | Corporate | $225.00 | 146.20 | $32,895.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 74.90 | $8,239.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $125.00 | 6.0 | $750.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $ 90.00 | 12.10 | $1,089.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $125.00 | 159.20 | $19,900.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 34.40 | $3,784.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $125.00 | 15.30 | $1,912.50 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 152.00 | $16,720.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 49.50 | $4,207.50 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 26.40 | $2,244.00 |
| Johncie Wingard | Paralegal | Corporate | $125.00 | 106.60 | $13,325.00 |

| Kellen Keaty | Info. Spec. | Environmental | $60.00 | 9.00 | $540.00 |
| --- | --- | --- | --- | --- | --- |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 40.40 | $3,636.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $ 90.00 | 75.80 | $6,822.00 |
| William E. Payne | Info. Spec. | Environmental | $ 85.00 | 41.10 | $3,493.50 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 15.90 | $1,987.50 |
| Cathy Bowen | Case Admin. | Environmental | $75.00 | 13.50 | $1,012.50 |
| Theresa Enriquez | Info Spec. | Environmental | $35.00 | 1.30 | $45.50 |
| Corina Aschenbrenner | Paralegal | Environmental | $125.00 | 4.20 | $525.00 |
| **TOTAL** | | | | 2,121.40 | $382,656.00 |