# EXHIBIT C

| Description | February, 2002 |
|---|---:|
| Photocopies | $3,541.40 |
| Facsimiles | $333.00 |
| Long Distance Telephone | $82.66 |
| Outside Courier | $521.27 |
| Travel Expense | $32,756.60 |
| Lexis | $2,604.21 |
| Westlaw | $0.00 |
| Meal Expenses | $4,393.34 |
| Word Processing | $0.00 |
| Overtime | $8,317.50 |
| Other Expenses | $0.00 |
| Research Services | $45.50 |
| Color Copies | $32.50 |
| Velo Binding | $4.00 |
| TOTALS | $54,631.99 |