# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

| Omnibus Hearing Dates | Filing Deadlines* | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| April 22, 2002 at 10:00 a.m. (hearing in Pittsburgh, PA) | N/A | N/A | 4/12/2002 | 4/18/2002 |
| May 20, 2002 at 10:00 a.m. | 4/15/2002 | 5/3/2002 | 5/6/2002 | 5/13/2002 |
| June 18, 2002 at 1:00 p.m. | 5/14/2002 | 5/31/2002 | 6/4/2002 | 6/11/2002 |
| July 22, 2002 at 10:00 a.m. | 6/17/2002 | 7/5/2002 | 7/8/2002 | 7/15/2002 |
| August 26, 2002 at 10:00 a.m. | 7/22/2002 | 8/9/2002 | 8/12/2002 | 8/19/2002 |
| September 23, 2002 at 10:00 a.m. | 8/19/2002 | 9/6/2002 | 9/9/2002 | 9/16/2002 |
| October 28, 2002 at 10:00 a.m. | 9/23/2002 | 10/11/2002 | 10/14/2002 | 10/21/2002 |
| November 25, 2002 at 10:00 a.m. | 10/21/2002 | 11/8/2002 | 11/11/2002 | 11/18/2002 |
| December 16, 2002 at 10:00 a.m. | 11/11/2002 | 11/29/2002 | 12/2/2002 | 12/9/2002 |

---

* The Filing Deadline set forth applies to a motion requiring fifteen (15) days notice and includes three (3) days for service by mail. The Filing Deadline is subject to change depending on the type of motion filed and the means of service of the motion. For example, in the event that the motion being filed requires twenty (20) days notice, the Filing Deadline is twenty days prior to the Objection Deadline with respect to such motion. In the event that a motion being filed requires fifteen (15) days notice and is served by hand delivery on the date of the filing, no additional time need be added for service.