SHELLEY & BETHEA GILLETTE & CLARK, PLC
A Professional Limited Liability Company Providing Legal Services
3850 E. Baseline Road
Suite 125
Mesa, Arizona 85206
Telephone (602) 964-5674
Facsimile (602) 964-1524

FILED
2002 APR -8  PM 2: 32
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

J. Daryl Bethea, #002563
Attorneys for Mary Wurts, Creditor

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | No. 01-1139 through 01-1200 (JJF) |
| ) | |
| Debtors. ) | NOTICE OF APPEARANCE AND REQUEST FOR CHANGE OF ADDRESS TO MASTER MAILING LIST |

The law firm of Shelley Bethea Gillette & Clark, PLC, hereby gives notice that it is no longer appearing on behalf of Mary Wurts, Trustee of the Living Trust, dated 30th day of July, 1968, as amended, and that all notices, pleadings and other matters which may affect the interests of the above-named creditor should be hereafter sent to the following address:

Mary Wurts
P.O. Box 27
Apache Junction, AZ 85217

DATED this ___4th___ day of April, 2002.

SHELLEY BETHEA GILLETTE & CLARK, PLC

By_____
J. Daryl Bethea
3850 E. Baseline Road, Suite 125
Mesa, Arizona 85206

| | |
|---|---|
| 1 | Copies of the foregoing mailed this ____ day of April, 2002, to: |
| 2 | |
| 3 | James H.M. Sprayregen, Esq.<br>James W. Kapp III, Esq.<br>Samuel A. Schwartz, Esq. |
| 4 | Roger . Higgins, Esq.<br>Kirkland & Ellis |
| 5 | 200 E. Randolph Drive<br>Chicago, Illinois 60601 |
| 6 | Counsel for Debtors |
| 7 | Laura Davis Jones, Esq.<br>Hamid R. Rafatjoo, Esq. |
| 8 | David W. Carickhoff, Jr., Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C. |
| 9 | 919 North Market Street, 16th Floor<br>P.O. Box 8705 |
| 10 | Wilmington, DE 19899-8705 (Courier 19801)<br>Counsel for Debtors |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |