IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to United States Bankruptcy Court for the District of Delaware Local Rule 9010- and the attached certifications, counsel moves the admission *pro hac vice* of Brian A. Skretny, Esquire, Max C. Heerman, Esquire, and John P. Cunningham, Esquire of the law firm of Caplin & Drysdale, Chartered, to represent the Official Committee of Asbestos Personal Injury Claimants in this matter.

CAMPBELL & LEVINE, LLC

_____
Matthew G. Zaleski (I.D.#3557)
1201 N. Market Street
15th Floor
Wilmington, DE 19899
(302) 426-1900

Delaware Counsel for the Official
Committee of Asbestos Personal Injury
Claimants

Dated: April 4, 2002

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judith K. Fitzgerald.
United States District Court Judge

Dated: April 9, 2002

{D0001985:}