IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF FILING

TO: Debtors and Debtors-in-Possession
Counsel to the Debtors
Counsel to the Debtors' Post-Petition Lenders
Counsel to the Official Committee of Unsecured Creditors
Counsel to the Official Committee of Asbestos Claimants
Counsel to the Official Committee of Asbestos Property Damage Claimants
Office of the United States Trustee

**PLEASE TAKE NOTICE** that on April 1, 2002, the Official Committee of Equity Holders (the "Committee") filed the Monthly Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from February 1, 2002 through February 28, 2002 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that Exhibit D attached to the Application was incomplete and is hereby supplemented with the actual time entries attached hereto as Exhibit A.

                                              KLETT ROONEY LIEBER & SCHORLING
                                              A Professional Corporation

                                    By: _____
                                        Teresa K.D. Currier (No. 3080)
                                        Jeffrey R. Waxman (No. 4159)
                                        The Brandywine Building
                                        1000 West Street, Suite 1410
                                        Wilmington, DE 19801
                                        (302) 552-4200

-and-

{D0000582:1 }

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Robert T. Schmidt, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to Official Committee of Equity Holders

Dated: April 10, 2002