IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 955** |

**CERTIFICATION OF COUNSEL REGARDING THE FIRST INTERIM FEE APPLICATION REQUEST OF LEGAL ANALYSIS SYSTEMS, INC. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULATANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF APRIL 12, 2001 THROUGH JULY 31, 2001**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. On September 24, 2001, the Official Committee of Asbestos Personal Injury Claimants filed and served the First Interim Fee Application Request of Legal Analysis Systems, Inc. for Compensation of Services Rendered and Reimbursement of Expenses as Asbestos-Bodily Injury Consultant to the Official Committee of Asbestos Personal Injury Claimants for the Period of April 12, 2001 through July 31, 2001 (the "Application") [Docket No. 955]; and

2. Objections to the Application were to be filed and served on or before October 11, 2001. The Office of the United States Trustee (the "Trustee") submitted informal objections to the Application. A revised form of Order resolving the Trustee's objections is attached hereto.

3. No other objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no other objections to the Application were filed.

{D0002030:1 }

Accordingly, the undersigned requests that the attached revised Order be entered at the Court's earliest convenience.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 399 Park Avenue
> New York, NY 10022
> (212) 319-7125
>
> -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> One Thomas Circle, N.W.
> Washington, D.C. 20005
> (202) 862-5000
>
> - and -
>
> CAMPBELL & LEVINE, LLC
>
> /s/ Matthew G. Zaleski, III
> Matthew G. Zaleski, III (I.D. #3557)
> 1201 N. Market Street
> Suite 15010
> Wilmington, DE 19899
> (302) 426-1900
>
> Counsel for the Official Committee
>   of Asbestos Personal Injury Claimants

Dated: April 10, 2001