IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING AND ALLOWING FIRST INTERIM FEE APPLICATION REQUEST OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL COMMITTTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS <u>FOR THE PERIOD OF APRIL 12, 2001 THROUGH JULY 31, 2001</u>**

Upon consideration of the First Interim Application of Legal Analysis Systems, Inc. ("LAS"), for Compensation of Services Rendered and Reimbursement of Expenses as Asbestos-Related Bodily Injury Consultant to the Official Committee of Asbestos Personal Injury Claimants (the "First Interim Application"), which First Interim Application requests allowance and payment of compensation and reimbursement of expenses in accordance with §330 and §331 of the Bankruptcy Code and the Orders of this Court; and it appearing that notice of the First Interim Application was duly given in accordance with the provisions of the Bankruptcy Rules; and no further notice being necessary; and upon the record being made in this Court; and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the Court approves and allows the compensation of LAS in the amount of $37,715.50 (reduced from $38,340.50, which reflects a $625.00 (50%)

reduction of non-working travel time) and expenses in the amount of $1,900.87 (reduced from $2,001.38, which reflects a $100.51 reduction in working meals).

                                                                                                             _____
                                                                                                             Judith K. Fitzgerald
                                                                                                             United States Bankruptcy Court Judge

Dated: _____, 2002