# KIRKLAND & ELLIS
PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

David M. Bernick, P.C.
To Call Writer Directly:
(312) 861-2248
david_bernick@kirkland.com

(312) 861-2000

Facsimile:
(312) 861-2200

April 5, 2002

**VIA FACSIMILE**

Thomas M. Sobol, Esq.
Lieff, Cabraser, Heimann &
  Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110-2221

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA 99201-0466

Re: **W.R. Grace & Co.; Zonolite Attic Insulation Claims Litigation**

Dear Tom and Darrell:

In order to obtain an expedited judicial determination concerning the alleged risks posed by Zonolite Attic Insulation ("ZAI"), Grace intends to file claims in the Chapter 11 cases on behalf of those individuals who alleged in lawsuits filed against Grace and pending as of the petition date that they had ZAI in their residences. Thereafter, we would proceed according to the following schedule:

A. Fact discovery would be limited to the issue of whether ZAI poses an unreasonable risk of harm to the occupants of the home, and would be conducted from June 1, 2002 through September 30, 2002. Unless the discovery cutoff were extended by the Court for good cause, no fact discovery with a response date after September 30, 2002 would be allowed. Motions to the Court for extensions of the time provided by the Federal Rules of Civil Procedure for responses to document requests, interrogatories, and inspections and testing of property would be granted only for good cause shown. Unless good cause were shown for an extension, fact depositions would be limited to eight hours of questioning per side, not including questioning time in depositions taken prior to the bankruptcy filing;

B. ZAI Claimants would serve their FRCP 26(a)(2) expert disclosures on or before September 3, 2002. Grace would serve its expert disclosures on or before October 1, 2002. Depositions of the claimants' expert(s) would be conducted from October 7, 2002 - October 28, 2002. Depositions of Grace's expert(s) would be conducted from November 4, 2002 -November 25, 2002;

London          Los Angeles          New York          Washington, D.C.

## KIRKLAND & ELLIS

Thomas M. Sobol, Esq.
Darrell W. Scott, Esq.
April 5, 2002
Page 2

        C.      Debtors would file on or before December 20, 2002, a Rule 42 consolidation motion and related *Daubert*/summary judgment motions, based upon the absence of a reliable scientific basis for the alleged risk of harm to the individual claimants from ZAI. A hearing on these motions would be scheduled for February 3, 2003, or as soon thereafter as the Court's schedule allows;

        D.      In the event that the Court were to find any material disputed facts, an FRCP 42 common issue bench trial would be conducted as soon as the Court's schedule allows to decide the unresolved issues.

        Please call me at your earliest convenience to discuss this proposal.

        Sincerely,

        *David M. Bernick APP*

        David M. Bernick, P.C.

DMB:pad

## KIRKLAND & ELLIS

Thomas M. Sobol, Esq.
Darrell W. Scott, Esq.
April 5, 2002
Page 3

bcc:   D. Siegel
        R. Finke
        W. Sparks
        D. Cameron