## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on April 11, 2002, a copy of the Notice of Appearance, Request for Matrix Entry and Request for Service of all Notices and Documents was served upon the following:

**By Hand:**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Christopher James Lhulier, Esquire
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 1801

Rachel B. Mersky   (No. 2049)

11352v1