# EXHIBIT A

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 2, 2002

Bill Number  40876
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through February 28, 2002

Re: Special Litigation Counsel - Work In Connection
     With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/01/02 | MTM | Telephone call from J. Heberling re: Winthrop Square review for railroad documents and request to do search for "Mississippi documents" (.2); telephone call to in-house counsel re: same (.2). Telephone call from in-house counsel re: Libby personnel file (.1); conference with ARA re: same (.2); review Libby Storage Box indices for personnel file (.2). | 0.90 Hrs | $162.00 |
| 02/04/02 | MTM | Receipt and review of letter from J. Heberling re: railroad documents and request for new search for "Mississippi documents". | 0.10 Hrs | $18.00 |
| 02/06/02 | RAM | Telephone conference with in-house counsel re: draft response to auditor's letter (.1); review and sign final draft of response (.1). | 0.20 Hrs | $42.00 |
| 02/06/02 | MTM | Receipt and review of letter and new document subpoena from J. Heberling re: Mississippi documents (.3); letter to in-house counsel re: same (.2). | 0.50 Hrs | $90.00 |
| 02/07/02 | MTM | Receipt and review of letter from in-house counsel's staff requesting abatement documents from Winthrop Square; telephone call to ARA re: same. | 0.20 Hrs | $36.00 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
  With General Asbestos Matters

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/07/02 | ARA | Per telephone call from MTM, search for abatement documents; have abatement documents copied by Merrill Corp. re: request from Grace. | 1.00 Hrs | $80.00 |
| 02/08/02 | RAM | Read judgments of dismissal in many MA cases. | 0.10 Hrs | $21.00 |
| 02/08/02 | MTM | Review abatement documents requested by in-house counsel's staff (.4); letter to Grace re: same (.2). | 0.60 Hrs | $108.00 |
| 02/08/02 | ARA | Receipt of abatement binder from Merrill Corp re: request of in-house counsel's staff. | 0.20 Hrs | $16.00 |
| 02/11/02 | MTM | Telephone call from J. Heberling re: new request for Mississippi documents. | 0.40 Hrs | $72.00 |
| 02/11/02 | ARA | Update deposition library (2.0). Organize documents at Winthrop Square (1.8). | 3.80 Hrs | $304.00 |
| 02/12/02 | MTM | Telephone call to in-house counsel re: call from J. Heberling yesterday. | 0.10 Hrs | $18.00 |
| 02/12/02 | ARA | Locate and review personnel file per MTM's request; also review documents re: same (1.9); arrange for copying of personnel file (.5). | 2.40 Hrs | $192.00 |
| 02/13/02 | MTM | Receipt and review of copies of personnel files; letter to in-house counsel re: same. | 0.10 Hrs | $18.00 |
| 02/13/02 | ARA | Complete review of documents re: former Libby employee (1.0); receipt of copy of personnel file from copy service and refile originals (.4). | 1.40 Hrs | $112.00 |
| 02/14/02 | RAM | Conference with MTM re: in-house counsel questions re: expanding plant (.1). Review resource materials for any reference to plant (.3). | 0.40 Hrs | $84.00 |
| 02/14/02 | MTM | Telephone call from in-house counsel with questions on dates of operation of expanding plant (.1); conference with RAM re: same (.1); telephone call to ARA re: same (.1); review briefing books and plant binders re: same (.1). | 0.40 Hrs | $72.00 |
| 02/14/02 | ARA | Telephone call from MTM; per his request, search for information for in-house counsel re: date of operation of expanding plant; also look for briefing books; give information to MTM. | 1.60 Hrs | $128.00 |
| 02/21/02 | ARA | Discussion with MTM re: Merrill bill for copying (.2); telephone conference with Merrill representative re: same (.1). | 0.30 Hrs | $24.00 |
| 02/22/02 | RAM | Work on fee application. | 0.80 Hrs | $168.00 |
| 02/28/02 | RAM | Work on fee application. | 0.50 Hrs | $105.00 |

David B. Siegel

TOTAL LEGAL SERVICES        $1,870.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.00 Hrs | 210/hr | $420.00 |
| MATTHEW T. MURPHY | 3.30 Hrs | 180/hr | $594.00 |
| ANGELA R. ANDERSON | 10.70 Hrs | 80/hr | $856.00 |
| | 16.00 Hrs | | $1,870.00 |

TOTAL THIS BILL        $1,870.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 2, 2002

Bill Number  40877
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through February 28, 2002

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/01/02 | MTM | Review boxes in Cambridge for which original source location is unknown; conference with ARA re: review list of Dead Storage boxes initially reviewed in August, 2001 re: same (.4). Draft weekly status report re: Winthrop Square document review (.3). Review and respond to emails re: questions regarding trade secret issues and unscannable boxes (.2); conference with temporary paralegals at Winthrop Square re: same (.8); conference with Reed Smith paralegal and ARA re: staffing issues with temporary paralegals (.2). | 1.90 Hrs | $342.00 |
| 02/01/02 | ARA | Receipt of originals and copies from Merrill Corp. re: post sweep documents that were tagged for copying. Oversee review of documents (4.4).  Per MTM's request, prepare weekly box count report (1.5); provide inventory/list of boxes picked up by Onsite (.2). Meeting re: unscannable box procedure (.2). Receive instructions from MTM re: Dead Storage cards and box locations (.2). | 6.70 Hrs | $536.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/01/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/01/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/01/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $608.00 |
| 02/01/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/01/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/01/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/01/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 02/01/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 02/01/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 02/01/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/01/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 02/01/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 02/01/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 02/04/02 | MTM | Answer questions from reviewers (1.0). Meeting with Reed Smith paralegal, ARA and temporary paralegals re: issues (.6). Review copies of documents re: possible Libby air sampling found at Winthrop Square re: letter to in-house counsel (1.7). | 3.30 Hrs | $594.00 |
| 02/04/02 | ARA | Oversee review of documents (4.5).  Review receipt invoices for date ranges in several boxes (.6); report findings to MTM (.1). Answer questions re: vermiculite products duplicate invoices (.3). | 5.50 Hrs | $440.00 |
| 02/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/04/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/04/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/04/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/04/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 02/04/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/04/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/04/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/04/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 02/05/02 | RAM | Read memo re: photos of Libby mine and mill. | 0.10 Hrs | $21.00 |
| 02/05/02 | RAM | Conference with MTM (.1) and review his letter to in-house counsel re: Libby air sampling documents (.2). | 0.30 Hrs | $63.00 |
| 02/05/02 | MTM | Continue review of possible air sampling documents (1.3); letter to in-house counsel re: same (.8); conference with RAM re: same (.1). Work with reviewers at Winthrop Square (1.9); meeting with temporary paralegals re: issues (.4). Review and respond to emails re: additional boxes to be shipped to Winthrop Square (.2) and re: possible problems with Onsite's coding (.2). | 4.90 Hrs | $882.00 |
| 02/05/02 | ARA | Review Dead Storage card documents to determine location of boxes in Cambridge (2.7). Telephone call from Holme Roberts paralegal re: box pick-up by Onsite; prepare for pick-up by Onsite (.6). Arrange with Holme Roberts paralegal to have more boxes from Cambridge shipped to Winthrop Square (.3). Oversee review of documents (3.6). | 7.20 Hrs | $576.00 |
| 02/05/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/05/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/05/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/05/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/05/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/05/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 02/05/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 02/05/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/05/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.80 Hrs | $384.00 |
| 02/05/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/05/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/05/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/05/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/05/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 02/06/02 | RAM | Review and revise letter to in-house counsel re: air sampling documents (.2). Read two weekly reports of status of document review (.1). Read selected documents filed in bankruptcy court (.2). Work on new format required for fee applications (.3); telephone call to Delaware counsel re: same (.1) Telephone conference with in-house counsel re: preliminary results of EPA testing in Libby (.1). | 1.00 Hrs | $210.00 |
| 02/06/02 | MTM | Review and respond to emails re: questions from reviewers (.3) and re: Onsite pick-up (.2). Work with reviewers at Winthrop Square (1.2). Revise letter to in-house counsel re: possible Libby air sampling documents found at Winthrop Square (.2). | 1.90 Hrs | $342.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/06/02 | ARA | Review and discuss post-sweep documents with temporary paralegal per MTM's request (.4). Oversee review of documents (5.6). Inventory and oversee pick-up of boxes for scanning by Onsite (.5). Conference re: number of boxes left to review (.3). | 6.80 Hrs | $544.00 |
| 02/06/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/06/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/06/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/06/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 02/06/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/06/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/06/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/06/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 02/06/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/06/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/06/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/06/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/06/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/06/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/06/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 02/07/02 | RAM | Work re: new requirements and format for fee applications (.1). Read selected documents filed in bankruptcy court. (.6). | 0.70 Hrs | $147.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
      with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/07/02 | MTM | Review and respond to emails re: status at Onsite and possible coding problems (.5). Review files for list of boxes shipped from Recordkeeper to Winthrop Square during early summer 2001 re: boxes from unknown location in Cambridge; telephone call to ARA and Holme Roberts paralegal re: same (.5). Work with reviewers at Winthrop Square (1.0). | 2.00 Hrs | $360.00 |
| 02/07/02 | ARA | Conference re: status of document review; telephone call to MTM re: same (.5). Review Dead Storage box information to determine location of boxes in Cambridge (that should be returned to Cambridge) (1.5). Conference with Holme Roberts paralegal re: final arrangements for boxes from Cambridge to be shipped to Winthrop Square; telephone call to PM re: same (.5). Oversee review of documents (3.0). | 5.50 Hrs | $440.00 |
| 02/07/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM (.3). Update bankruptcy court docket entries for RAM (.3). | 0.60 Hrs | $48.00 |
| 02/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.70 Hrs | $536.00 |
| 02/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 02/07/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/07/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
 with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/07/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 02/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/07/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 02/08/02 | RAM | Read selected documents filed in bankruptcy court (.9). Read updated docket entries (.1); note to JKW re: which documents to print (.1). Conference with MTM re: which transcripts of Lovick and Eschenbach to send to Holme Roberts (.1). | 1.20 Hrs | $252.00 |
| 02/08/02 | MTM | Conference with ARA and email to all re: Winthrop Square box count this week (.3). Work with reviewers at Winthrop Square (1.2). Receipt and review of email from Holme Roberts attorney requesting depositions of E. Lovick, H. Eschenbach and A. Stringer (.1); review indices re: same (.5); conference with RAM re: same (.1); telephone call to Holme Roberts attorney re: same (.2). | 2.40 Hrs | $432.00 |
| 02/08/02 | ARA | Oversee review of documents (3.8). Receive and inventory boxes shipped to Winthrop Square from Cambridge (1.8). Prepare weekly box count/progress report per MTM's request (.9). | 6.50 Hrs | $520.00 |
| 02/08/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/08/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 02/08/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 02/08/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/08/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/08/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/08/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/08/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.10 Hrs | $568.00 |
| 02/08/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/08/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/08/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 02/08/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 02/08/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $280.00 |
| 02/08/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/08/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 6.70 Hrs | $536.00 |
| 02/11/02 | RAM | Send fee application and certificate of no objection to client. | 0.10 Hrs | $21.00 |
| 02/11/02 | MTM | Answer questions from Winthrop Square reviewers (.3). Review list of boxes in Cambridge where original source location is in doubt and ARA's cross-checking against Recordkeeper boxes and dead storage cards pulled during the summer of 2000; email to Holme Roberts paralegal re: same (.7). Review list of E. Lovick transcripts to identify those requested by Holme Roberts attorney; telephone call to ARA re: same (.4). | 1.40 Hrs | $252.00 |
| 02/11/02 | ARA | Oversee review of documents (.6). Telephone call from MTM re: confirmation of box numbers received from Cambridge on 2/8/02 (.2). Telephone call from Holme Roberts paralegal re: Onsite pick-up of boxes this week. (.1). Per telephone call from MTM, locate and obtain depositions re: Holme Roberts attorney's request (1.8); locate and obtain Libby Common Exhibits; arrange for copying of same (1.8). | 4.50 Hrs | $360.00 |
| 02/11/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 1.30 Hrs | $104.00 |
| 02/11/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 02/11/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 02/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/11/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 02/11/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/11/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/11/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/11/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/11/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | RAM | To/from Winthrop Square to meet temporary paralegals (1/2 time = .2); meet with temporary paralegals re: document review (.2). Read orders of bankruptcy court and selected documents filed in bankruptcy court (.1). Read report of document review conducted last week (.1). Telephone conference with Delaware local counsel re: new requirements for preparing fee applications and advise PM of same (.2). | 0.80 Hrs | $168.00 |
| 02/12/02 | MTM | Work with reviewers at Winthrop Square (1.2). Telephone call from in-house counsel re: upcoming hearing on case management order and request for best estimate of dates for completion of review; conference with Holme Roberts paralegal re: same (.7) | 1.90 Hrs | $342.00 |
| 02/12/02 | ARA | Oversee review of documents (3.5). Discussion with MTM (.1) and with Holme Roberts paralegal re: boxes for pick-up by Onsite (.2); prepare inventory of boxes (.5). Telephone call from copy service re: Libby Common Exhibits (.1); review copies of same with copy service representative (.2). | 4.60 Hrs | $368.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/12/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/12/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/12/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 02/12/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/12/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/12/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/12/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/12/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | RAM | Read selected documents filed in bankruptcy court (.8). Begin drafting quarterly fee application (.3). | 1.10 Hrs | $231.00 |
| 02/13/02 | MTM | Review and respond to emails re: Onsite status and coding issues (.7). Review and respond to emails re: additional boxes from Cambridge to Winthrop Square and how to handle certain employee records at Cambridge (.4). Receipt and review of copies of Libby Common Exhibits and transcripts for Lovick, Stringer and Eschenbach; telephone call to ARA re: same (.6). Letter to Holme Roberts attorney re: Common Exhibits and deposition transcripts (.3). | 2.00 Hrs | $360.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/13/02 | ARA | Oversee review of documents (2.2). Telephone calls from Holme Roberts paralegal re: pick-up by Onsite (.2); oversee pick-up of documents by Onsite (.5). Telephone call from MTM re: other Lovick depositions (in Hurlbert case) per Holme Roberts attorney's request; locate and pull same; arrange for copying of same (1.2). Receipt of Libby Common Exhibits from copy service; quality control and refile same (1.5). | 5.60 Hrs | $448.00 |
| 02/13/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/13/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/13/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 02/13/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/13/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/13/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/13/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 02/13/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/13/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/13/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/14/02 | MTM | Work on document review (.7). Review and respond to email re: missing unscannable box from early in the review; review memos of my discussion and meetings with Lason re: same; respond to email re: same (.6). | 1.30 Hrs | $234.00 |
| 02/14/02 | ARA | Oversee review of documents. | 4.80 Hrs | $384.00 |
| 02/14/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 02/14/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/14/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/14/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/14/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/14/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/14/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $280.00 |
| 02/14/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/14/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/14/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | RAM | Prepare quarterly fee application. | 1.00 Hrs | $210.00 |
| 02/15/02 | MTM | Telephone calls from ARA and Holme Roberts paralegal re: Onsite pick-up on Wednesday (.3). Telephone call from Holme Roberts paralegal re: Onsite's request to return a Recordkeeper box recently sent to Winthrop Square; telephone call to ARA re: same (.2). Telephone call from ARA re: boxes completed at Winthrop Square this week; email to all re: same (.4). | 0.90 Hrs | $162.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 02/15/02 | ARA | Oversee review of documents (3.4). Prepare weekly box count report and discussion with MTM re: same (2.0) | 5.40 Hrs | $432.00 |
| 02/15/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 02/15/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.20 Hrs | $496.00 |
| 02/15/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 02/15/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 02/15/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/15/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 02/15/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 5.70 Hrs | $456.00 |
| 02/15/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/15/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 02/18/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/18/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/18/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 02/18/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/18/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 02/19/02 | RAM | Continue to prepare quarterly fee application. | 0.20 Hrs | $42.00 |
| 02/19/02 | MTM | Conference with ARA re: boxes to be shipped from Cambridge to Winthrop Square (.5); telephone call from ARA and Reed Smith paralegal re: issues with temporary paralegals; meeting with temporary paralegals re: same (1.2). | 1.70 Hrs | $306.00 |
| 02/19/02 | ARA | Meeting with temporary paralegals and MTM re: issues (.4). Arrange with Holme Roberts paralegal and DG to have more boxes from Cambridge brought to Winthrop square for review (.8). Prepare boxes for pick-up by Onsite (1.2). Oversee review of documents (2.5). | 4.90 Hrs | $392.00 |
| 02/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 02/19/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/19/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 02/19/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/19/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/19/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/19/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/19/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/19/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/19/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/20/02 | RAM | Send quarterly fee application to Delaware counsel for filing (.1). Read updated entries from bankruptcy court's docket (.1). | 0.20 Hrs | $42.00 |
| 02/20/02 | ARA | Oversee review of documents (4.2). Coordinate pick-up of boxes by Onsite with Cambridge; prepare/inventory boxes for pick-up and oversee pick-up (1.5). Discussions with and answer questions of temporary paralegals re: particular documents (1.0); telephone calls to MTM (.1) and Cambridge re: same (.1). | 6.90 Hrs | $552.00 |
| 02/20/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.30 Hrs | $24.00 |
| 02/20/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/20/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/20/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 02/20/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/20/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/20/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/20/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/20/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/20/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 02/20/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/20/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/20/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/20/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/20/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/20/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 02/21/02 | MTM | Review and respond to emails re: status of Boulder scanning and return of boxes to Winthrop Square (1.1). Meeting with ARA re: issues with temporary paralegals (.5). Work on document review (1.2) | 2.80 Hrs | $504.00 |
| 02/21/02 | ARA | Oversee review of documents (5.7). Receipt of boxes for review from Walsh Movers; inventory boxes (1.3). Discussion with MTM re: issues with temporary paralegals (.5). Discuss the Attorney Review production set with Holme Roberts attorney for her review re: Libby cost recovery matter (.4). | 7.90 Hrs | $632.00 |
| 02/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 02/21/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 02/21/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/21/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 02/21/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/21/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/21/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/21/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/21/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/21/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/21/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/21/02 | SJS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | RAM | Read emails from and to MTM and Holme Roberts paralegal re: returning documents to Boston from Boulder (.1); conference with MTM re: same and re: other aspects of document review (.3). Read updated entries from bankruptcy court docket and note to JKW re: printing selected documents (.1) Conference with MTM re: documents requested by Kirkland Ellis (.1). | 0.60 Hrs | $126.00 |
| 02/22/02 | MTM | Telephone call from Kirkland Ellis attorney requesting employee exposure calculations and copies of workers' compensation documents at Winthrop Square; telephone call to ARA re: same (.3). Review employee exposure calculations at Winthrop Square (1.3); conference with RAM re: documents requested by Kirkland Ellis attorney (.1); telephone call to in-house counsel re: same (.1); draft letter to Kirkland Ellis attorney re: same (.1). Work on document review at Winthrop Square (1.8). Telephone call to Reed Smith paralegal  re: issues with temporary paralegals; telephone call to ARA  re: same (.4). Draft weekly status report of document review at Winthrop Square; conference with RAM re: same (.3). | 4.40 Hrs | $792.00 |
| 02/22/02 | ARA | Per MTM's instructions, arrange for Merrill Corp. to copy eight boxes of workers' compensation documents for Kirkland Ellis; inventory boxes (1.7) Oversee review of documents (3.6). Per MTM's request, prepare weekly box count report and give results to him (1.5). Per telephone call from Reed Smith paralegal, review pink sheets for information printed on them for use in this document review (.1). | 6.90 Hrs | $552.00 |
| 02/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/22/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.40 Hrs | $592.00 |
| 02/22/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 02/22/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 02/22/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.40 Hrs | $432.00 |
| 02/22/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 02/22/02 | LP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 02/25/02 | RAM | Work on fee application. | 1.20 Hrs | $252.00 |
| 02/25/02 | ARA | Oversee review of documents (6.0). Telephone calls to Holme Roberts paralegal re: boxes in Cambridge to be picked up by Onsite (.3). | 6.30 Hrs | $504.00 |
| 02/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/25/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/25/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/25/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/25/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.40 Hrs | $592.00 |
| 02/25/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/25/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/26/02 | RAM | Continue to work on fee application. | 0.60 Hrs | $126.00 |
| 02/26/02 | ARA | Oversee review of documents (4.7). Conferences with Holme Roberts paralegal re: status of review at Cambridge and re: temporary paralegals (.2). Telephone conference with Holme Roberts paralegal re: Onsite (.1). Inventory boxes for pick-up by Onsite (1.0). Prepare list of Cambridge boxes to be scanned for MTM (.3). | 6.30 Hrs | $504.00 |
| 02/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/26/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/26/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 02/26/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 02/26/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/26/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/26/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 02/26/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 02/26/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/26/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/27/02 | RAM | Continue to work on fee application. | 2.60 Hrs | $546.00 |
| 02/27/02 | ARA | Oversee review of documents (3.0). Conference with Holme Roberts paralegal re: Onsite boxes needed (.1); conference with Reed Smith paralegal re: inventory and Onsite pick-up (.2). | 3.30 Hrs | $264.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/27/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 02/27/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/27/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 02/27/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/27/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/27/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/27/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/27/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/27/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 02/27/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 02/27/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 02/28/02 | RAM | Continue to work on fee application (1.4). Read updated entries from bankruptcy docket to select documents to be printed (.1). Telephone conference with in-house counsel re: what do we have concerning Libby worker exposure histories (.2); telephone conference with ARA to locate same (.1). | 1.80 Hrs | $378.00 |
| 02/28/02 | ARA | Oversee review of documents (5.0). Telephone call from RAM; search for and review Libby exposure history sheets for in-house counsel (.5). | 5.50 Hrs | $440.00 |
| 02/28/02 | JKW | Update bankruptcy court docket entries for RAM (.3). Download and print selected documents filed in bankruptcy court for RAM (.4). | 0.70 Hrs | $56.00 |
| 02/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/28/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 02/28/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 02/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.40 Hrs | $672.00 |
| 02/28/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/28/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 02/28/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 02/28/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 02/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

TOTAL LEGAL SERVICES  $184,715.00

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 13.50 Hrs | 210/hr | $2,835.00 |
| MATTHEW T. MURPHY | 32.80 Hrs | 180/hr | $5,904.00 |
| ANGELA R. ANDERSON | 111.10 Hrs | 80/hr | $8,888.00 |
| JOSEPH K. WINRICH | 2.90 Hrs | 80/hr | $232.00 |
| GARY R. BELLINGER | 160.00 Hrs | 80/hr | $12,800.00 |
| FRANK O. ASHENUGA | 160.00 Hrs | 80/hr | $12,800.00 |
| MARIA PATRACEA SCIALLA | 136.30 Hrs | 80/hr | $10,904.00 |
| BRIAN R. HACHEY | 134.10 Hrs | 80/hr | $10,728.00 |
| EDWARD K. LAW | 95.70 Hrs | 80/hr | $7,656.00 |
| JAMES D. LEAVER | 159.00 Hrs | 80/hr | $12,720.00 |
| RISA PERIS | 121.90 Hrs | 80/hr | $9,752.00 |
| AMY PREBLE | 160.40 Hrs | 80/hr | $12,832.00 |
| A. BROCK EDMUNDS | 140.50 Hrs | 80/hr | $11,240.00 |
| CHRISTINE DISAIA | 152.60 Hrs | 80/hr | $12,208.00 |
| DANNY FACTOR | 141.30 Hrs | 80/hr | $11,304.00 |
| LORI PENNY | 110.00 Hrs | 80/hr | $8,800.00 |
| JOSHUA D. PAULIN | 149.30 Hrs | 80/hr | $11,944.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| W. DOUG HOEY | 149.80 Hrs | 80/hr | $11,984.00 |
| SARITA J. SHAH | 114.80 Hrs | 80/hr | $9,184.00 |
| | 2,246.00 Hrs | | $184,715.00 |

TOTAL THIS BILL    $184,715.00