**EXHIBIT B**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2002

Bill Number 40878
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through February 28, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

## DISBURSEMENTS

TELEPHONE

| 02/12/02 | 329 | 5613621532 | 0.33 | |
|---|---|---|---|---|
| | | | | $0.33 |

EXCESS POSTAGE

| 02/06/02 | 15.60 | |
|---|---|---|
| 02/13/02 | 5.20 | |
| | | $20.80 |

FEDERAL EXPRESS

| 02/26/02 | To in-house counsel staff from MTM on 2/8/02 | 24.75 | |
|---|---|---|---|
| | | | $24.75 |

OUTSIDE PHOTOCOPYING

| 02/08/02 | MERRILL CORPORATION - copies of documents regarding possible Libby air sampling to be sent to in-house counsel | 63.00 | |
|---|---|---|---|
| | | | $63.00 |

Page 1

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
   With General Asbestos Matters

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---|
| 02/05/02 | 2 copies | 0.24 |
| 02/07/02 | 2 copies | 0.24 |
| 02/07/02 | 2 copies | 0.24 |
| 02/15/02 | 2 copies | 0.24 |
| 02/21/02 | 4 copies | 0.48 |
| 02/25/02 | 1 copy | 0.12 |

$1.56

MISCELLANEOUS

02/11/02  RECORDKEEPER ARCHIVE - monthly storage fee (2/02)   392.10

$392.10

TOTAL DISBURSEMENTS   $502.54

TOTAL THIS BILL   $502.54

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2002

Bill Number  40879
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through February 28, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| 02/22/02 | 329 | 2158518232 | 0.99 | |
| 02/22/02 | 329 | 5613621532 | 0.48 | |
| | | | | $1.47 |

EXCESS POSTAGE

| 02/11/02 | 2.18 | |
| 02/28/02 | 8.72 | |
| | | $10.90 |

FEDERAL EXPRESS

| 02/11/02 | To Delaware local counsel from RAM on 12/28/01 | 16.75 | |
| 02/11/02 | To Delaware local counsel from RAM on 1/24/02 | 12.30 | |
| 02/26/02 | To Holme Roberts from MTM on 2/13/02 | 91.51 | |
| 02/27/02 | To: Delaware local counsel From: Robert A. Murphy on 2/20/02 | 20.02 | |
| | | | $140.58 |

Page 1

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

**DISBURSEMENTS**

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 02/01/02 | 10/1, 10/4, 10/15, 11/5, 11/12, 12/3, 12/14 & 12/27/01 - JKW - computer access to bankruptcy court docket and documents | 104.51 | |
| | | | $104.51 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 02/15/02 | Walsh Mover - Shipment of 50 boxes from Cambridge to WSQ for document review 2/1/02. | 445.50 | |
| 02/15/02 | Walsh Mover - Shipment of 80 boxes from Cambridge to WSQ for document review 1/9/02. | 693.00 | |
| | | | $1,138.50 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/11/02 | MERRILL CORPORATION - Copies of 10 Libby photos from in-house counsel to Holme Roberts for cost recovery action | 18.70 | |
| 02/22/02 | MERRILL CORPORATION - 6000 red "Stop" sheets for document review. | 535.50 | |
| | | | $554.20 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/01/02 | 3 copies | 0.36 | |
| 02/06/02 | 390 copies | 46.80 | |
| 02/06/02 | 431 copies | 51.72 | |
| 02/06/02 | 2 copies | 0.24 | |
| 02/06/02 | 3 copies | 0.36 | |
| 02/11/02 | 291 copies | 24.12 | |
| 02/11/02 | 49 copies | 5.88 | |
| 02/11/02 | 2 copies | 0.24 | |
| 02/20/02 | 150 copies | 18.00 | |
| | | | $147.72 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 02/11/02 | DUPLICATING CENTER - copies of 2 videotapes used as exhibits to plaintiffs' motion for class certification to be sent to Kirkland & Ellis, per in-house counsel's request | 37.80 | |
| | | | $37.80 |

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $2,135.68 |
| TOTAL THIS BILL | $2,135.68 |