**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

**REVISED BAR DATE NOTICE PLAN,
PROOF OF CLAIM FORMS AND RELATED MATERIALS[1]**

**INDEX**

**Tab**

Bar Date Notice Plan For Asbestos Property Damage Claims and Other Claims ........................... A

Claims Bar Date Notice ................................................................................................................. B

Asbestos Property Damage Proof of Claim Form ......................................................................... C

Asbestos Medical Monitoring Proof of Claims Form[2] ................................................................ D

Grace Non-Asbestos Proof of Claim Form .................................................................................... E

General Instructions For Completing Proof of Claim Forms For The Bar Date ............................ F

Notice To Attorneys ....................................................................................................................... G

Certification ................................................................................................................................... H

---

[1] These materials have all been revised to reflect comments from the Official Committee of Unsecured Creditors and the Official Committee of Asbestos Property Damage Claimants and have been agreed to by such Committees.

[2] No objections to this form were filed. For the convenience of the parties, this is another copy of the form filed on February 22, 2002. (Docket No. 1713)