## AFFIDAVIT OF MAILING

STATE OF DELAWARE)
                      ) SS.
COUNTY OF KENT   )

**BE IT REMEMBERED** that on this 15th day of April, A.D., 2002, personally appeared before me, Darlene W. Blythe, who after being duly sworn by me according to law did depose and say that she did personally mail:

    _____    By Certified Mail, Return Receipt Requested

    \_\_X\_\_    By United States Postage Prepaid Mail

    _____    By Facsimile

on April 15, 2002, two copies of the within

**SUPPLEMENTAL FILING OF EDYTHE KELLOGG IN RESPONSE TO DEBTOR'S SUPPLEMENTAL FILING IN OPPOSITION TO HER MOTION TO ANNUL THE AUTOMATIC STAY (DOCKET NO. 1651)**

to the following:

TO:    SEE ATTACHED SERVICE LIST.

                                */s/ Darlene W. Blythe*
                                Darlene W. Blythe

**SWORN TO AND SUBSCRIBED** before me the day, month and year first above written.

                                */s/ Jennifer Smith*
                                NOTARY PUBLIC

JENNIFER L. SMITH
NOTARY PUBLIC
STATE OF DELAWARE
EXPIRES: DECEMBER 16, 2003

## SERVICE LIST

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor          Via Fax (302)652-4400
Wilmington, DE 19801

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste. 700
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas M. Mayer, Esquire
Kramer, Levin, Naftails & Frankel LLP
919 Third Avenue
New York, NY 10022