**Exhibit A**

**Affidavit of Sean Allen**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF SEAN ALLEN IN SUPPORT OF THE
## APPLICATION OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2014(A)
## FOR THE ENTRY OF AN ORDER UNDER SECTION 327(a)
## OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT
## AND RETENTION OF BANKRUPTCY MANAGEMENT CORPORATION
## AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | ss. |
| COUNTY OF LOS ANGELES | ) | |

Sean Allen, being duly sworn, deposes and says:

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.          I am President of Bankruptcy Management Corporation ("BMC"), a

bankruptcy services firm that maintains offices at 6096 Upland Terrace South, Seattle, WA

98118, and I make this Affidavit on behalf of BMC (the "Affidavit").  I submit this Affidavit in

support of the application (the "Application) of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for the entry of an order (the "Order") authorizing the

employment and retention of BMC as claims reconciliation and solicitation agent for the Debtors

in these chapter 11 cases (collectively, the "Chapter 11 Cases").  Except as otherwise noted, I

have personal knowledge of the matters set forth herein.

### BMC's Qualifications

2.          BMC is recognized for its expertise as a claims consultant in chapter

11 cases.

3.          BMC has substantial experience in noticing, claims processing, claims

reconciliation, balloting and distribution.  BMC has acted in one or more capacities of official

notice agent, claims agent, solicitation agent and/or distribution agent in several cases in this and

other judicial districts including: In re Startec Global Communications Corp., Case No. 01-25013

(Bankr. D. MD January 8, 2002); In re Chiquita Brands International, Case No. 01-18812

(Bankr. S.D. OH. November 28, 2001); In re Quality Stores, Inc., Case No. GG 01-10662

(Bankr. W.D. MI November 1, 2001); In re Webvan Group, Inc., Case No. 01-2404 (Bankr. D.

Del. July 13, 2001); In re Synadyne III, Inc., Case No LA 01-28160 (BB) (Bankr. C.D. CA. June

11, 2001); In re Teligent, Inc., Case No. 01-12974 (SMB) (Bankr. S.D. N.Y. May 21, 2001); and

In re eToys, Inc., Case No. 01-0706 (MFW) (Bankr. D. Del. March 7, 2001).

### Disinterestedness Of Professionals

4.        Based on the results of the conflict search conducted to date and described more fully below, to the best of my knowledge, neither I, BMC, nor any partner or employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, other parties-in-interest (as reasonably known to BMC) or their respective attorneys, except as disclosed or otherwise described herein. Further, to the best of my knowledge, no one involved in this case has any connection with or to the U.S. Trustee or any person employed in the Office of the U.S. Trustee for the District of Delaware.

5.        To the best of my knowledge, BMC is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), as modified by section 1107(b) of the Bankruptcy Code, in that, its members and employees:

>    a.    are not creditors, equity security holders or insiders of the Debtors;
>
>    b.    are not and were not investment bankers for any outstanding security of the Debtors;
>
>    c.    have not been, within three years before the date of the filing of the Debtors' chapter 11 petition, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and
>
>    d.    were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

6.        As part of its practice, BMC appears in numerous cases, proceedings and transactions involving many different professionals, including Kirkland & Ellis, Pachulski, Stang, Ziehl, Young & Jones and other attorneys, accountants, investment bankers and financial

3

consultants, some of which may represent claimants and parties-in-interest in the Chapter 11

Cases. Further, BMC has in the past, and may in the future, be represented by attorneys and law

firms in the legal community, some of whom may be involved in these proceedings. In addition,

BMC has in the past and will likely in the future be working with or against other professionals

involved in the Chapter 11 Cases in matters unrelated to these cases. Based on our current

knowledge of the professionals involved, and to the best of my knowledge, none of these

business relations constitute interests materially adverse to the Debtors herein in matters upon

which BMC is to be employed, and none are in connection with the Chapter 11 Cases.

7.      While no specific identification has been made, BMC may have in the

past performed, and likely in the future will perform, services for creditors or equity security

holders of the Debtors in matters unrelated to these cases. A list of the entities BMC reviewed

for conflicts is attached hereto as Exhibit A. It is BMC's intent to update and expand its ongoing

conflict search for additional parties in interest in an expeditious manner and update this

information as necessary.

8.      To the best of my knowledge, BMC has not been retained to assist any

entity or person other than the Debtors on matters relating to, or in connection with the Chapter

11 Cases. If this Court approves the proposed employment of BMC by the Debtors, BMC will

not accept any engagement or perform any service for any entity or person other than the Debtors

in the Chapter 11 Cases. BMC will, however, continue to provide professional services to

entities or persons that may be creditors of the Debtors or parties in interest in the Chapter 11

Cases; provided, however, that such services do not relate to, or have any direct conflcit with, the

Chapter 11 Cases.

4

9.       To the best of my knowledge and belief, no BMC employee is a holder of any shares of the Debtors' stock.

10.      BMC will periodically review its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, BMC will use reasonable efforts to identify such further developments and will promptly file a Supplemental Affidavit as Fed. R. Bankr. P. 2014(a) requires.

### Professional Services/Compensation

11.      BMC will provide such consulting services as BMC and the Debtors shall deem appropriate and feasible in order to advise the Debtors in the course of the Chapter 11 Cases, including but not limited to the following:

     a.    Assistance with noticing, reconciliation and solicitation requirements as required by the Bankruptcy Rules;

     b.    Management of the claims noticing process including coordination among assigned agents;

     c.    Management and performance of reconciliation and resolution of claims;

     d.    Act as information and tabulation agent in connection with the solicitation and confirmation of any proposed plan;

     e.    Preparation of reports, exhibits, and schedules for use by Debtors or to be delivered to the Court, the Clerk of the U.S. Bankruptcy Court, the Office of the U.S. Trustee, Debtors' counsel or third parties;

     f.    Provision of other technical and document management services as requested; and

     g.    Other such activities that may arise during the claims reconciliation process

12.     BMC shall undertake any other actions and procedures that may be reasonably required in connection with claims reconciliation, information management, technical and document management support and noticing services in the Chapter 11 Cases. The Debtors believe that BMC's services will not duplicate the services that, subject to this Court entering or having entered appropriate orders, others may provide to the Debtors in the Chapter 11 Cases. BMC will use reasonable efforts to coordinate with the Debtors' other retained professionals or agents to avoid unnecessary duplication of services.

13.     BMC has agreed to represent the Debtors and charge fees as reflected on the attached Exhibit B.

14.     In addition to the fees outlined above, BMC will bill the Debtors for reasonable expenses which are likely to include long distance telephone charges, hand delivery and other delivery charges, travel expenses, computerized research, transcription costs, and third-party photocopying charges.

15.     BMC will seek compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules and orders of this Court, including without limitation, the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001, effective as of April 2, 2001.

16.     BMC will maintain reasonably detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.

17.     Upon approval of BMC's retention in the Debtors' cases, the Debtors have agreed to provide BMC with a $250,000.00 in retainers for services related to the Chapter 11 Cases. The Debtors have agreed that the retainer will be used by BMC to apply against its postpetition expense billings and will not be placed in a separate account.

18.     No commitments have been made or received by BMC, nor any partner or associate thereof, as to compensation or payment in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. BMC has no agreement with any other entity to share with such entity any compensation received by BMC in connection with the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2002.

_Sean Alle_

Sean Allen
President
Bankruptcy Management Corporation

Subscribed and Sworn to before me
this 12th day of April, 2002

_James H. Myers_
Notary Public
My Commission expires: 7-19-05

> JAMES H. MYERS
> Commission # 1313901
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 19, 2005

## EXHIBIT A

## WR GRACE - INTERESTED PARTIES

A.      Debtors - The Debtors consist of the following 62 entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
       W. R. Grace & Co.-Conn.,
       A-1 Bit & Tool Co., Inc., Alewife Boston Ltd.,
       Alewife Land Corporation, Amicon, Inc.,
       CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.),
       CCHP, Inc., Coalgrace, Inc.,
       Coalgrace II, Inc.,
       Creative Food 'N Fun Company,
       Darex Puerto Rico, Inc.,
       Del Taco Restaurants, Inc.,
       Dewey and Almy, LLC (f/k/a Dewey and Almy Company),
       Ecarg, Inc.,
       Five Alewife Boston Ltd.,
       G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.),
       G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
       GEC Management Corporation,
       GN Holdings, Inc.,
       GPC Thomasville Corp.,
       Gloucester New Communities Company, Inc.,
       Grace A-B Inc.,
       Grace A-B II Inc.,
       Grace Chemical Company of Cuba,
       Grace Culinary Systems, Inc.,
       Grace Drilling Company,
       Grace Energy Corporation,
       Grace Environmental, Inc.,
       Grace Europe, Inc.,
       Grace H-G Inc.,
       Grace H-G II Inc.,
       Grace Hotel Services Corporation,
       Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
       Grace Offshore Company,
       Grace PAR Corporation,
       Grace Petroleum Libya Incorporated,
       Grace Tarpon Investors, Inc.,
       Grace Ventures Corp.,
       Grace Washington, Inc.,
       W. R. Grace Capital Corporation,
       W. R. Grace Land Corporation,
       Gracoal, Inc.,

9

Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation,
Hanover Square Corporation,
Homco International, Inc.,
Kootenai Development Company,
L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc.),
Grace JVH, Inc.,
Asbestos Management, Inc.),
Monolith Enterprises, Incorporated,
Monroe Street, Inc.,
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.),
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.),
E&C Liquidating Corp., Emerson & Cuming, Inc.),
Southern Oil, Resin & Fiberglass, Inc.,
Water Street Corporation,
Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing),
Hayden-Gulch West Coal Company,
H-G Coal Company.

B.    Debtors' Attorneys (general counsel and special bankruptcy counsel)

Kirkland & Ellis
Pachulski, Stang, Ziehl, Young, & Jones

C.    Debtors' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding

Blackstone Group, L.P.
R. R. Donnelley & Sons Company
Kekst and Company Incorporated
Wachtell, Lipton, Rosen & Katz
Pitney, Hardin, Kipp & Szuch LLP
Wallace King Marraro & Branson PLLC
Nelson Mullins Riley & Scarborough, LLP
Holmes Roberts & Owen LLP
Reed Smith LLP
Kinsella Communications
Casner & Edwards, LLP
Rust Consulting, Inc.
Steptoe & Johnson
PriceWaterhouseCoopers LLP

D.  <u>Debtors' Affiliates (any person or entity directly or indirectly controlling or controlled by or under direct or indirect common control with the Debtor) (note that these are the non-filing affiliates.</u>

Grace Asia Pacific, Inc
Grace Collections, Inc.
Grace Management Services, Inc.
Grace Foundation, Inc.
The Separations Group
Grace Receivables Purchasing, Inc.
Ichiban Chemical Co., Inc.
Advanced Refining Technologies Management, Inc.
Advanced Refining Technologies LLC
Grace Germany Holdings, Inc.
Carbon-Dioxide Slurry Systems, L.P.
Advanced Refining Technologies LP
Construction Products Dubai, Inc.
Grace Chemicals, Inc.
Paramont Coal Co.
Grace Offshore Turnkey

E.  <u>Debtors' Affiliates Attorneys</u>

None

F.  <u>Debtors' Affiliates Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding</u>

None

G.  <u>Debtors' Officers, including a crisis manger holding an officer title</u>

O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon
R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher

Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

H.    Debtors' Officers Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors knowledge, none have been retained.

I.    Debtors' Officers' Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

J.    Debtors' Directors

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D. F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox
Michael A. Miller
Michael N. Piergrossi

K.    Debtors' Directors' Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, none have been retained.

L.    Debtor' Directors Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

12

M.    Debtors' Major Shareholders

   CEDE & CO
   W R GRACE & CO BOOK ENTRY MEMO A/C
   LORIOT & CO
   JEANETTE L VACHON TR UA
   PAUL J NORRIS
   CHARLES H ERHART JR
   BOB ROBERT SUNNESS
   WACHOVIA BANK OF NORTH CAROLINA
   M EVELYN BOWMAN
   PHYLLIS SCHRIGER
   JOHN W AUSTIN JR & PATSY W AUSTIN TR UA
   QUENTIN ALEXANDER
   PATRICIA STANLEY
   ELLEN R SAXL
   ANGUS W MERCER
   RONALD C CAMBRE
   JOYCE M MERCER
   WAYNE T SMITH
   ROSE M JOHNSTON
   JOHN A SANTILLO & ROSE SANTILLO
   EDNA M LOOS
   JOANNA M FOLEY & JOSEPH P FOLEY
   JOSEPH A RIGHTMYER
   SIMON ATLAS
   ALANNA FORSHAY FENSKE
   FRED P BRANDT & CATHERINE A. BRANDT
   GEORGE R PERRIN
   R RONALD KLEIMAN
   JOANNA M FOLEY & JOSEPH P FOLEY
   MERLE REPPERT
   DAVID B SIEGEL
   WILLIAM M CORCORAN
   ANN G FITZGERALD
   W BRIAN MC GOWAN
   HARRY S RINKER TR
   RAYMOND E SMILEY
   JANET L FARR & EDWARD S. FARR
   HOLMES OIL COMPANY
   LACK & LINDSAY
   WILLIAM A MAUDE
   WILLIAM L MONROE
   GERALD W HALMO
   DAISY SALZO CASILLA
   FRED P BRANDT
   DOROTHY G KLEIMAN

JAMES G SCHAEFER
EDMUND F GUARALDI REVOCABLE TRUST
JOHN O FLENDER
MAGDALEN SLEEMAN
ROBERT BENDHEIM
RUDOLF B PEEST
ROBERT E ANDERSON & MARY F ANDERSON
SYLVIA M ERHART
PHYLLIS SCHRIGER & WILLIAM D ROGER
EILEEN MARGARET GRIMSDITCH
RICHARD J SCHOOFS
NOEL A LEE
BETTY D GREEN
DOROTHY F SELLERS
LAWRENCE M PUCCI
HILDA SALZ O
BONNIE NAGAI
CMSS AS EXCHANGE AGENT FOR UNEXCHANGED HOLDERS OF
            CHOMERICS, INC
GEORGE T FUKUI & KATHERINE K FUKUI
LILLIAN BERMAN
LEONARD L BROWN
JOHNNY P FOREHAND JR
KATHRYN C MATTINGLY
GREGORY E POLING
DOUGLAS V REYNOLDS
OLAF B SCHUBBE
THE SMILEY BBN FAMILY PARTNERSHIP
DAVID LAWRENCE
THOMAS ARLEN EVANS & DOTZIE KAY EVANS
FREDA E STRAHL
MARIA O DE SALZ
HAROLD A ECKMANN
THE ABRAHAM FAMILY TRUST
BARBARA CATES BAYNARD
WILLIE H BLANTON
CELWYN COMPANY INC
RAE C HEIPLE
BURREL LEONARD
MARY C KODIS TR
JOAN MCKAY YOUNG
MALECH 1989 FAMILY TRUST
MARGARET M SOKOL
HAIG TORIGIAN
QUENTIN L THELEN
ROBERT L COX JR

14

LOUISE LOFFREDO
ELYSE B NAPOLI
RICHARD J NOZEMACK
STEVEN S PALOUMBIS
MARK A SHELNITZ
GERT H TESKA
ROBERT H  & JOAN P BEBER
LAUREY MERCER RIGSBEE
GEORGE MONTGOMERY
P S DE BEAUMONT

N.    Debtors' Major Shareholders' Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

O.    All Secured Lenders, including DIP lenders

The Chase Manhattan Bank (agent)
The Depository Trust Company
Bank of America, N.A.
J.P. Morgan & Chase Co.
First Union Bank
Credit Suisse First Boston Corp.
Dresdner Bank A.G.
Bank of Nova Scotia
ABN Amro Bank N.V.
Bank of New York
Northern Trust Bank
Wachovia Bank and Trust Company, N.A.
Hapoalim
Barclays Bank PLC
Citibank, N.A.
Commerzbank A.G.
Credit Lyonnais
HSBC/Marine Midland
Lloyds Bank, Dubai

P.    All Secured Lenders' Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

Q.    All Substantial Unsecured Bondholders or Lenders

        Chase Manhattan Bank
        First Union National Bank
        Dresdner Bank
        Northern Trust Bank

Barclays Bank P.L.C.
HSBC/Marine Midland
ABN AMRO Bank N.V.
Wachovia Bank and Trust Company
Bank of America

R.     <u>All Substantial Unsecured Bondholders or Lenders Attorneys retained in connection with the Chapter 11 proceeding</u>

To the best of the Debtors' knowledge, none have been retained.

S.     <u>All Indenture Trustees</u>

CEDE & Co.
Deposit Guaranty Corp.

T.     <u>All Indenture Trustees' Attorneys retained in connection with the Chapter 11 proceeding</u>

To the best of the Debtors' knowledge, none have been retained.

U.     <u>Official Statutory Committee members (All Committees)</u>

**Unsecured Creditors' Committee**

Zhagrus Environmental, Inc.
The Bank of New York
Bankers Trust Company
Sealed Air Corporation
ABN Amro Bank N.V.
First Union National Bank
J.P. Morgan Chase & Co.
Bank of America, N.A.
Wachovia Bank & Trust Co., N.A.

**Property Damage Committee**

Marco Barbenti
Pacific Freeholds
The Trustees of Princeton University
The Prudential Insurance Company of America

**Bodily Injury Committee**

John J. Russell
Thomas J. Jones
John Smutko
Jennette Parent, representative of estate of Thomas Parent
Steven Jones, representative of estate of Barbara Ellen Hammack

16

Royce N. Ryan
Roberta Jeffrey, Esq., representative of estate of Frank Jeffrey
Anthony Angiuli
Beverly Maulden, representative of John Wesley Maulden
Harvey Bair
Nathan O. Philips, Jr.

### Equity Committee

Peninsula Partners, LP
Dimensional Fund Advisors
Angus W. Mercer
Raymond E. Smiley

V.   Official Statutory Committees' Attorneys (for each Official Committee)

Stroock & Stroock & Lavan LLP
Bilzin Sumberg Dunn Baena Price & Axelrod
Caplin & Drysdale
Campbell & Levine
Kramer Levin Naftalis & Frankel LLP

W.   Official Statutory Committees' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) by each Official Committee

L. Tersigni Consulting P.C.
Duane, Morris & Heckscher LLP
Ferry & Joseph, P.A.

FTI Policano & Manzo
Legal Analysis Systems, Inc.
Conway, Del Genio, Gries, & Co.
Ashby & Geddes, P.A.
Klett Rooney Lieber & Schorling, P.C.

X.   Official Statutory Committees Members' Attorneys retained in connection with the Chapter 11 proceeding

*Creditor's Committee*

Walsh, Monzack, and Monaco
Moses & Singer LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Simpson Thatcher Bartlett
The Bayard Firm
Kilpatrick Stockton LLP

*Property Damage Committee*

Ness, Motley, Loadhold, Richardson & Poole
McGarvey, Heberling, Sullivan & McGarvey PC
Speight & Runyan
Martin Dies, Esquire

*Personal Injury Committee*

Jacobs & Crumplar P.A.
Kelley & Ferraro
Cooney & Conway
Ness, Motley, Loadhold, Richardson, & Poole
Baron & Budd
McGarvey, Heberling, Sullivan & McGarvey
Kazan, McClain, Edises, Simon & Abrams
Weitz & Luxenberg
Silber Pearlman
Goldberg, Persky, Jennings & White P.C.
Robins, Cloud, Greenwood & Lubel LLP

Y.    Twenty Largest Unsecured Creditors (as of the date of filing)

The Chase Manhattan Bank
The Depository Trust Company
DEDE & Co.
Los Angeles Unified School District
Huntsman Corporation
Zhagrus Environmental, Inc.
DCP-Lohja Inc.
PCS Nitrogen Fertilizer, L.P.
Dupont Dow Elastomers
Cass Logistics Temporary
Union Carbide Corp
Southern Ionics, Inc.
BASF
CNA Insurance
Radian International
Stone Packaging System
Valeron Strength Films
Ingersoll-Rand Fluid Products
Delta Chemicals

Z.    Twenty Largest Unsecured Creditors Attorneys retained in connection with the Chapter 11 proceeding

To the best of Debtors knowledge, none have been retained.

AA.    Parties to the Debtors' Significant Executory Contracts and Leases

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments Through People, Inc.
AIP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insuranc Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builders Empourium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.

Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership
CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanoooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco - Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest - Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H. C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitons, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and  Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Comapy, N.V.
Fast Food Properties
FBL Partners

Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd
Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P. /Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries fo Greater New York, Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe - Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.
Investcal Realty
J & J Rentals
J. E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's

Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee;  Elinor L. Forney;  James B. Davis and R.C. Bennett, Trustee
Keg Restaurants
Keystone Realty Company
Kravco Company;  Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen Sun
La Jolla Village Profesional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank - Trust #100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Develpoment Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.
Marshall's of Wayne
Marshall's, Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation

New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargin Outlet, Inc.
Orchard Supply Building Co.
Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Peckman, Peter H. & Nancy M.., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates / Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.
Schantz, Schntz & Pernell
Scott William Wood

Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack,Inc.
Soll Trust
Sota Bento Land Company, N.V.
South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac - Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp, Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium
The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys - Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison -- New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry,
            Inc. Employees Profit Sharing Trust
Village Parkway Venture
Vincent & Rose Di Tommaso

Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H. C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.
Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Linited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

BB.    Parties to the Debtors' Significant Executory Contracts and Leases Attorneys (retained in connection with the Chapter 11 proceeding)

To the best of the Debtors' knowledge, none have been retained.

CC.    Other Significant Parties-in-Interest (any party that has a substantial economic stake in the debtor; other parties-in-interest include parties in material litigation against The Debtor, public utility commissions of regulated entities, potential parties to M&A or asset transactions with the Debtor, etc.

**Issuers of the Debtors' Outstanding Surety Bonds:**
American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

**Letter of Credit Issuers:**
ABN AMRO Bank N.V.
Bank of America, N.A.

Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

DD.  <u>Other Significant Parties-in-Interest Attorneys retained in connection with the Chapter 11 proceeding</u>

To the best of the Debtors' knowledge, none have been retained.

## **EXHIBIT B**

### **FEE STRUCTURE**

A.     Engagement Support

| | |
|---|---|
| Consulting Services | $125-$275 /hour |
| Case Support Services | $75-175 /hour |
| Technology Services | $90-175 /hour |
| Information Services | $45-85 /hour |

B.     Service and Deliverable Fees

      1.     Report Processing

| | |
|---|---|
| Claim Register and Standard Reports | $50.00 per request |
| Copying | $0.15 per page |
| Printing (variable data printing) | $0.30 per page |
| Imaging and Storage | $0.15-20 per image |
| Faxing | $0.75 per page |

      2.     Print Mail and Noticing Services

| | |
|---|---|
| Electronic noticing (no attachment) | $150.00 per 1000 |
| Mail File Preparation | Hourly/Case Support Servics |
| Document Production Setup | Hourly/Information Services |
| Return Mail Processing | Hourly/Information Services |
| Finishing (Fold, Stuff, Label, Envelope) | Based on requirements |
| Postage | At cost |
| Legal Notice Publication | Quote |

      3.     Balloting/Distribution

| | |
|---|---|
| Ballot Tabulation (BMC Custom) | $1.50 each |
| Check Issuance | $1.75 each |

      4.     BMC Claims Data Management Systems

| | |
|---|---|
| Per Debtor/Per Month* | $250.00 |
| Per User/Per Month | $35.00 |
| Data Storage | Based on requirements |

BMC will bill monthly for actual services plus out-of-pocket expenses.
* Based on case requirements and due to the number of debtors,
BMC will evaluate a reduced monthly charge.