

STATE OF CALIFORNIA

**STATE BOARD OF EQUALIZATION**
450 N STREET, SACRAMENTO, CALIFORNIA
(P.O. BOX 942879, SACRAMENTO, CALIFORNIA 94279-0001)
Telephone: (916) 445-2259
Facsimile: (916) 445-2249
www.boe.ca.gov

FILED

2002 MAR 27 PM 3: 00

March 21, 2002
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JOHAN KLEHS
First District, Hayward

DEAN ANDAL
Second District, Stockton

CLAUDE PARRISH
Third District, San Diego

JOHN CHIANG
Fourth District, Los Angeles

KATHLEEN CONNELL
State Controller, Sacramento

JAMES E. SPEED
Executive Director

W. R. Grace & Company
5400 Broken Sound Boulevard N.W., Suite #300
Boca Raton, FL 33487

SZ OHC 98-038849
Appeals Case Id.: 84291
Bankruptcy Case No. 01-01179

01-1139

Dear Sir or Madam:

In a previous letter we advised you that your appeals case would be held in abeyance pending the lifting of the "automatic stay" provided by 11 U.S.C. § 362 (a) of the United States Bankruptcy Code.

The State Board of Equalization recently reevaluated its policy regarding tax appeals impacted by bankruptcy and concluded that pursuant to 11 U.S.C. § 362 (b)(9)(D) the processing of your appeals case should resume. Therefore, unless you object in writing within 60 days from the date of this letter, we will proceed to process your appeals case according to our normal procedures.

Board of Equalization

*Philip Spielman*

Philip Spielman
Supervisor, Petitions Section

PWS:ap
BK Proceed.dot (Rev. 02/25/02)

cc: Ms. Laura Davis Jones
    Pachulski, Stang, Ziehl, et al
    P. O. Box 8705
    Wilmington, DE 19899-8705

cc's continued on next page

Lap98038849.doc

cc: United States Bankruptcy Court
 824 Market Street, 5th Floor
 Wilmington, DE 19801

Special Procedures Section (MIC:55)

Out-of-State District Administrator

Lap98038849.doc