# EXHIBIT A

EXHIBIT A

## TIME REPORTS FOR THE FEE PERIOD
## FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002
## BROKEN DOWN BY MATTERS

| | |
|---|---|
| TOTAL HOURS FOR ALL MATTERS: | 325.80 |
| TOTAL DOLLARS FOR ALL MATTERS: | $67,270.10 |
| TOTAL TIME BILLED FOR ALL MATTERS: | $67,270.10 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action


02/05/02   Attending to selection of appellate brief and
           record printer and draft memorandum to A.
           Marchetta regarding same.
           M. Waller                          0.4        112.00

02/06/02   Conference with S. Parker regarding certification
           of record.
           A. Marchetta                       0.3        123.00

02/06/02   Confer with S. Parker regarding preparing the
           record and conference call with Echo press
           regarding same.
           M. Waller                          0.2         56.00

02/06/02   Work with S. Parker regarding record on appeal and
           regarding printer for finalized appellate brief.
           B. Moffitt                         0.2         49.00

02/06/02   Worked with B. Moffitt regarding record on appeal
           and printer issues.
           S. Parker                          0.2         18.00

02/06/02   Worked with M. Waller regarding preparation of
           record on appeal and printer issues.
           S. Parker                          0.2         18.00

02/07/02   Telephone call to United States District Court in
           Manhattan to re-certify record on appeal.
           B. Moffitt                         3.6        882.00

02/07/02   Work with the Southern District's Appeals
           Coordinator to prepare a supplemental index to the
           record on appeal, an extract of the docket
           entries, and a supplemental clerk's certificate;
           filing of same with the Second Circuit Court of
           Appeals.
           B. Moffitt                         1.4        343.00

02/07/02   Assemble documents needed to prepare a
           supplemental index to the record on appeal, an
           extract of the docket entries, and a supplemental
           clerk's certificate.
           B. Moffitt                         0.8        196.00

02/07/02    Worked with B. Moffitt, reviewed file and
            assembled documents needed to prepare the
            supplemental index to the record on appeal.
            S. Parker                           0.5        45.00

02/07/02    Worked with B. Moffitt and various court personnel
            at the SDNY and 2nd Circuit regarding preparation
            and filing of supplemental index to the record on
            appeal, revised docket entries and supplemental
            certificates.
            S. Parker                           1.4       126.00

02/07/02    Obtain information from SDNY and Second Circuit.
            S. Parker                           3.6       324.00

02/08/02    Review and assemble documents referenced in
            appellate brief for inclusion in appendix.
            B. Moffitt                          1.3       318.50

02/08/02    Preparation of email to M. Waller reporting on
            preparation of supplemental index to the record on
            appeal, extract of the docket entries, and
            supplemental clerk's certificate, and filing of
            same with the Second Circuit Court of Appeals.
            B. Moffitt                          0.1        24.50

02/09/02    Confer with B. Moffitt regarding supplementing
            record and certification of same and finalize
            letter to CNA counsel regarding same.
            M. Waller                           0.4       112.00

02/09/02    Confer with M. Waller regarding preparation of
            appendix.
            B. Moffitt                          0.1        24.50

02/11/02    Follow up regarding filings.
            A. Marchetta                        0.2        82.00

02/11/02    Preparation of letter to CNA's counsel forwarding
            supplemental index to the record on appeal, an
            extract of the docket entries, and a supplemental
            clerk's certificate.
            B. Moffitt                          0.2        49.00

02/12/02    Assist B. Moffitt with questions regarding
            originals in the file.
            D. Florence                         0.3        27.00

3

| 02/12/02 | Update the case file and database. | | |
| | D. Florence | 0.5 | 45.00 |
| 02/13/02 | Follow up with M. Waller regarding issues. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 02/13/02 | Confer with A. Marchetta regarding briefing schedule. | | |
| | M. Waller | 0.1 | 28.00 |
| 02/13/02 | Assemble a set of exhibits for the Deferred Joint Appendix and compare against originals for accuracy. | | |
| | D. Florence | 6.8 | 612.00 |
| 02/14/02 | 10K revisions. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 02/14/02 | Review previous 10K statement regarding environmental litigation and prepare suggested changes to same for A. Marchetta. | | |
| | M. Waller | 0.6 | 168.00 |
| 02/15/02 | Follow up with A. Marchetta regarding revisions to 10K statement regarding environmental/insurance cases being handled by PHKS and follow up with client regarding same. | | |
| | M. Waller | 0.4 | 112.00 |
| 02/25/02 | Follow up conferences with A. Marchetta and J. Posner regarding revisions to 10K; Forward suggested revisions to J. Posner. | | |
| | M. Waller | 0.4 | 112.00 |
| 02/26/02 | Follow up with M. Waller regarding audit letter issue; telephone call with J. Posner regarding same. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 02/27/02 | Follow up regarding certification of court record. | | |
| | A. Marchetta | 0.2 | 82.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |

4

| | | | |
|---|---|---|---|
| A. Marchetta | 1.60 | 410.00 | 656.00 |
| M. Waller | 2.50 | 280.00 | 700.00 |
| B. Moffitt | 7.70 | 245.00 | 1,886.50 |
| D. Florence | 7.60 | 90.00 | 684.00 |
| S. Parker | 5.90 | 90.00 | 531.00 |
| TOTALS | 25.30 | | 4,457.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 02/04/02 | Follow up with J. Scordo regarding issues. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 82.00 |

| 02/12/02 | Leave voice mail for E. Franks on status of settlement and review file for information needed. | | |
|---|---|---|---|
| | J. Scordo | 0.2 | 54.00 |

| 02/13/02 | Follow up with J. Scordo and client regarding letter from adversary. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 02/13/02 | Review settlement letter from E. Franks. | | |
|---|---|---|---|
| | J. Scordo | 0.1 | 27.00 |

| 02/13/02 | Review file for status of settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 | 27.00 |

| 02/13/02 | Work with A. Marchetta on settlement negotiations. | | |
|---|---|---|---|
| | J. Scordo | 0.2 | 54.00 |

| 02/13/02 | Fax letter to A. Nagy. | | |
|---|---|---|---|
| | J. Scordo | 0.1 | 27.00 |

| 02/13/02 | Obtain underlying lease and documents for settlement negotiations. | | |
|---|---|---|---|
| | J. Scordo | 0.3 | 81.00 |

| 02/20/02 | Telephone call with client regarding settlement terms. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 02/21/02 | Confer with A. Marchetta and phone call V. Finkelstein on settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.2 | 54.00 |

| 02/22/02 | Review and forward settlement letter. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 82.00 |

| 02/22/02 | Review file for information needed for a letter on settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 | 27.00 |

| 02/22/02 | Draft and revise letter to E. Franks. | | |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | J. Scordo | 0.2 | 54.00 |
| 02/22/02 | Phone call with E. Franks. | | |
|  | J. Scordo | 0.2 | 54.00 |
| 02/24/02 | Follow up regarding voice mail message regarding settlement. | | |
|  | A. Marchetta | 0.2 | 82.00 |
| 02/25/02 | Conference with J. Scordo regarding settlement call. | | |
|  | A. Marchetta | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 410.00 | 615.00 |
| J. Scordo | 1.70 | 270.00 | 459.00 |
| TOTALS | 3.20 | | 1,074.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

01/21/02    Review file regarding status; leave voice mail for
            G. Furst.
            J. Scordo                          0.3          81.00

01/25/02    Confer with A. Marchetta on status.
            J. Scordo                          0.1          27.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| J. Scordo  | 0.40  | 270.00 | 108.00 |
| TOTALS     | 0.40  |      | 108.00  |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 100070 Asbestos Issues Before Bankruptcy Court

| 02/01/02 | Work with R.K. Weinroth and follow up regarding meeting and strategy; telephone call with client regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.6 | 246.00 |
| 02/01/02 | Meeting with R.K. Weinroth regarding environmental issues regarding asbestos claims. | | |
| | A. Marchetta | 7.0 | 2,870.00 |
| 02/04/02 | Telephone call with client and follow up regarding asbestos issues. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 02/07/02 | Telephone call with client and telephone call with R.K. Weinroth regarding asbestos issues. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 02/17/02 | Follow up regarding asbestos information on Libby. | | |
| | A. Marchetta | 0.2 | 82.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 8.70 | 410.00 | 3,567.00 |
| TOTALS | 8.70 | | 3,567.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.


| 01/31/02 | Attend to case issues regarding trial closing arguments. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 | 72.00 |

| 02/01/02 | Attend to trial matters with R. Rose. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 02/06/02 | Attend to trial materials for preparation of closing arguments. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 | 96.00 |

| 02/06/02 | Review trial files for documents requested by W. Hatfield. | | |
|---|---|---|---|
| | S. Purrington | 0.4 | 36.00 |

| 02/07/02 | Telephone from Court concerning proposed dates for closing arguments; telephone conference with F. Biehl concerning same; telephone Court and forward letter confirming date; discuss preparation for same with B. Hatfield; begin review of trial materials. | | |
|---|---|---|---|
| | R. Rose | 2.0 | 700.00 |

| 02/07/02 | Follow up regarding date for oral argument. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 02/07/02 | Attend to strategy on closing arguments; meeting with R. Rose; confer A. Marchetta on matter. | | |
|---|---|---|---|
| | W. Hatfield | 0.7 | 168.00 |

| 02/08/02 | Attend to post trial closing issues and strategy; direct S. Purrington on same; time line; exhibits; documents in evidence; motions in limine and outstanding objections; call with A. Nagy on matter. | | |
|---|---|---|---|
| | W. Hatfield | 1.0 | 240.00 |

| 02/08/02 | Meet with W. Hatfield regarding preparation of documents for closing statements. | | |
|---|---|---|---|
| | S. Purrington | 0.8 | 72.00 |

| 02/11/02 | Complete review of opening statements. | | |
|---|---|---|---|
| | R. Rose | 2.5 | 875.00 |

02/11/02     Preparation for closing arguments.  Prepare
             exhibit lists showing all documents in the record.
             Review files for all post trial submissions as
             requested by W. Hatfield.
             S. Purrington                    3.2        288.00

02/12/02     Begin review of proposed findings of fact and
             conclusion of law in preparation for closing
             arguments.
             R. Rose                          5.0      1,750.00

02/12/02     Prepare outline of final closing; call with B.
             Miller on matter.
             W. Hatfield                      3.0        720.00

02/12/02     Assist W. Hatfield with preparation of documents
             for closing arguments.  Continue review of
             correspondence for all open issues and post-trial
             submissions.
             S. Purrington                    3.7        333.00

02/13/02     Complete review of proposed findings of fact and
             conclusions of law for closing arguments; review
             trial exhibits for same.
             R. Rose                          4.4      1,540.00

02/13/02     Attend to post trial issues; call with C. Tsentas
             at URS on current site status; NFA request; GW
             sampling and CEA issues; direct S. Purrington on
             organization of objection and open issues to be
             addressed at argument; memo to R. Rose on closing
             issues and site status.
             W. Hatfield                      2.1        504.00

02/13/02     Prepare post-trial submissions binder and motions
             in limine binders as requested by W. Hatfield.
             Prepare draft time line for closing arguments.
             Confer with W. Hatfield regarding same.
             S. Purrington                    5.5        495.00

02/14/02     Continue review of trial exhibits in preparation
             for closing arguments.
             R. Rose                          1.8        630.00

02/14/02     Address attorney fees issues; memo to R. Rose;
             address closing argument outline issues; obtain
             opening materials for R. Rose.

W. Hatfield                              1.7        408.00

02/14/02    Begin review of trial transcripts for all
            objections as requested by W. Hatfield in
            preparation for closing arguments.  Review B.
            Miller testimony for sustained objections.
            S. Purrington                        3.6        324.00

02/15/02    Work with W. Hatfield on preparation of outline
            for closing arguments; continue review of trial
            exhibits.
            R. Rose                              4.6      1,610.00

02/15/02    Call with S. Honl at URS on status of site
            sampling, NJDEP comments; strategy for NFA;
            potential request for meeting with BUST; review
            letter from NJDEP; attend to objection issues at
            trial.
            W. Hatfield                          2.0        480.00

02/15/02    Review trial transcripts for opening statements
            and sustained objections during testimony.  Confer
            with W. Hatfield regarding same.
            S. Purrington                        4.4        396.00

02/16/02    Review openings of parties; outline opening
            points for argument in closing; draft of time line
            chart; draft short outline for R. Rose on issues.
            W. Hatfield                          4.0        960.00

02/17/02    Review trial materials and testimony; proposed
            findings of fact; strategy session with R. Rose;
            memos to R. Rose on case issues; review expert
            materials and site diagrams and exhibits; outline
            of 1979 Grace/Daylin issues for site ownership and
            history.
            W. Hatfield                          5.6      1,344.00

02/18/02    Review and revise closing outline; meet with W.
            Hatfield and discuss further revisions to same.
            R. Rose                              2.8        980.00

02/18/02    Strategy session meeting with R. Rose on closing;
            revise outline; address pre-judgment interest
            issues; address time line and draft case damages
            chart; direct S. Purrington on  issues for same;
            draft of closing points regarding Weja defenses;
            review trial testimony on UST ownership and

                              12

registration issues.
W. Hatfield                                    7.5      1,800.00

02/18/02   Review trial transcripts for all sustained
           objections during testimony.  Prepare powerpoint
           slide with new version of  time line.  Prepare
           charts for Plaintiffs' damages. Confer with W.
           Hatfield regarding same.
           S. Purrington                       7.9        711.00

02/19/02   Review trial motions in limine; review portions of
           prior trial testimony; discuss same with W.
           Hatfield in preparation for closing arguments;
           work on outline for closing argument.
           R. Rose                             4.0      1,400.00

02/19/02   Attend to UST ownership issues and memo to R. Rose
           on same; review draft of damages charts and edit
           same; edit time line; direct S. Purrington on
           same; attend to closing argument outline; revise
           time line and damages charts; attend to sublet and
           lease issues.
           W. Hatfield                         3.5        840.00

02/19/02   Edit powerpoint slide to include additional
           information on  time line as requested by W.
           Hatfield.  Edit and prepare charts for Plaintiffs'
           damages. Confer with W. Hatfield regarding same.
           S. Purrington                       6.3        567.00

02/20/02   Review summary charts and exhibits for use in
           closing; review drafts of damages summaries for
           use in closing argument and discuss revisions to
           same with W. Hatfield.
           R. Rose                             2.7        945.00

02/20/02   Attend to time line exhibit issues; closing
           argument issues; strategy on closing and exhibits;
           address same with R. Rose; direct S. Purrington on
           exhibit issues.
           W. Hatfield                         4.7      1,128.00

02/20/02   Continue to edit powerpoint slide to include
           additional information on time line as requested
           by W. Hatfield.  Continue to edit and prepare
           charts for Plaintiffs' damages. Confer with W.
           Hatfield regarding same.
           S. Purrington                       6.6        594.00

| | | | |
|---|---|---|---|
| 02/21/02 | Continue preparation of exhibits and timeline for closing argument; telephone call from Court concerning scheduling of closing; telephone F. Biehl and confirm new date with Court; letter to Court confirming same. | | |
| | R. Rose | 2.8 | 980.00 |
| 02/21/02 | Attend to closing argument issues; time line edits; revise damages charts; meeting with Merrill on exhibits; confer with R. Rose on postponement of closing; call to B. Miller on matter and request updated costs since 12/15/99; discuss case status and strategy; call to A. Nagy on matter; continue work on closing. | | |
| | W. Hatfield | 4.5 | 1,080.00 |
| 02/21/02 | Prepare exhibits for closing arguments. Make additional edits to timeline as requested by W. Hatfield. Make additional edits to charts for Plaintiffs' damages. Confer with W. Hatfield regarding same. | | |
| | S. Purrington | 5.7 | 513.00 |
| 02/22/02 | Address rescheduling of closing; revise time line and defense costs charts with S. Purrington. | | |
| | W. Hatfield | 0.5 | 120.00 |
| 02/22/02 | Prepare exhibits for closing arguments. Continue to make additional edits to timeline as requested by W. Hatfield. | | |
| | S. Purrington | 2.5 | 225.00 |
| 02/25/02 | Review and revise exhibits for use in closing arguments. | | |
| | R. Rose | 0.8 | 280.00 |
| 02/25/02 | Attend to closing argument issues; review revised drafts of time line and damages charts; attend to closing argument outline. | | |
| | W. Hatfield | 3.0 | 720.00 |
| 02/25/02 | Update charts for closing arguments to include additional edits as requested by W. Hatfield. | | |
| | S. Purrington | 0.9 | 81.00 |
| 02/27/02 | Conference with R. Rose regarding rescheduled argument; review regarding issues. | | |

14

A. Marchetta                          0.3        123.00

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.60 | 410.00 | 246.00 |
| R. Rose | 33.40 | 350.00 | 11,690.00 |
| W. Hatfield | 44.70 | 240.00 | 10,728.00 |
| S. Purrington | 51.50 | 90.00 | 4,635.00 |
| TOTALS | 130.20 | | 27,299.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases


| 02/04/02 | Telephone conference clients regarding Gemini termination agreement. | | |
|----------|------------------------------------------------------------------------|------|--------|
| | L. Reilly | 0.1 | 33.50 |

| 02/05/02 | Telephone conference with Pierson; revise and transmit Gemini lease termination agreement to Honig. | | |
|----------|-----------------------------------------------------------------------------------------------------|------|--------|
| | L. Reilly | 0.5 | 167.50 |

| 02/06/02 | E-mail clients regarding Gemini termination consideration. | | |
|----------|------------------------------------------------------------|------|--------|
| | L. Reilly | 0.1 | 33.50 |

| 02/19/02 | Telephone conference with Finkelstein regarding Gemini. | | |
|----------|----------------------------------------------------------|------|--------|
| | L. Reilly | 0.2 | 67.00 |

| 02/20/02 | Telephone conference with Nagy & Finkelstein. Draft and transmit to them letter to Honig. | | |
|----------|-------------------------------------------------------------------------------------------|------|--------|
| | L. Reilly | 0.3 | 100.50 |

| 02/21/02 | Letter to Honig, review file & produce documents for JPS & confer JPS regarding suit against Gemini. | | |
|----------|------------------------------------------------------------------------------------------------------|------|--------|
| | L. Reilly | 1.0 | 335.00 |

| 02/27/02 | Send recorded lease assignments for Clementon, NJ to Langfan & Finkelstein. | | |
|----------|----------------------------------------------------------------------------|------|--------|
| | L. Reilly | 0.2 | 67.00 |


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|--------|---------|
| L. Reilly | 2.40 | 335.00 | 804.00 |
| TOTALS | 2.40 | | 804.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| | | | |
|---|---|---|---|
| 02/01/02 | Receipt and begin review of stock warrant and related agreements. | | |
| | S. Zuber | 0.8 | 236.00 |
| 02/01/02 | Correspondence to N. Alt regarding stock warrant. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/04/02 | Review court order on settlement; telephone call with S. Zuber regarding same. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 02/05/02 | Review and analysis of warrant. | | |
| | S. Zuber | 1.5 | 442.50 |
| 02/06/02 | Review redrafted form of Warrant. | | |
| | M. Zelenty | 0.4 | 140.00 |
| 02/06/02 | Review warrant with M. Zelenty. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/06/02 | Telephone conversation with I. Greene regarding proposed changes to warrant and prepare correspondence to I. Greene regarding same. | | |
| | S. Zuber | 0.5 | 147.50 |
| 02/06/02 | Update the correspondence file and database. | | |
| | D. Florence | 1.0 | 90.00 |
| 02/07/02 | Prepare ballot. | | |
| | S. Zuber | 0.7 | 206.50 |
| 02/07/02 | Telephone conversation with N. Alt regarding ballot and stock warrant and prepare several memos regarding call. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/07/02 | Correspondence to I. Greene regarding ballot. | | |
| | S. Zuber | 0.2 | 59.00 |
| 02/07/02 | Telephone conversation with R. Talisman regarding ballots and voting issues. | | |
| | S. Zuber | 0.3 | 88.50 |

| 02/07/02 | Review resume of proposed independent director per plan of reorganization and forward information to N. Alt. | | |
| | S. Zuber | 0.2 | 59.00 |
| 02/08/02 | Review revised warrant. | | |
| | M. Zelenty | 0.1 | 35.00 |
| 02/08/02 | Receipt and review of revised warrant. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/08/02 | Several telephone conversations with I. Greene regarding warrant. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/08/02 | Finalize ballot. | | |
| | S. Zuber | 0.2 | 59.00 |
| 02/08/02 | Correspondence to  I. Greene and N. Alt, each regarding warrant. | | |
| | S. Zuber | 0.4 | 118.00 |
| 02/11/02 | Telephone conversation with I. Greene regarding warrant and plan issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/12/02 | Analysis of Trustee's request for statutory compensation given amount received on hourly basis throughout case. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/13/02 | Discuss status and open issues with A. Marchetta. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/13/02 | Telephone conversation with J. Drake regarding B. Roach's potential request for statutory commissions, and W.R. Grace's position regarding such an application. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/13/02 | Conference with S. Zuber regarding court application from Trustee and plan conference issues. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 02/14/02 | Conference with S. Zuber regarding status and handling. | | |
| | A. Marchetta | 0.3 | 123.00 |

| | | | |
|---|---|---|---|
| 02/14/02 | Update pleading boards, orders binder and database. | | |
| | D. Florence | 2.2 | 198.00 |
| 02/18/02 | Preparation for confirmation hearing, including further review and analysis of plan and Intercat's post-confirmation obligations. | | |
| | S. Zuber | 2.4 | 708.00 |
| 02/18/02 | Continued review and analysis of warrant and related documents in conjunction with confirmation hearing. | | |
| | S. Zuber | 1.2 | 354.00 |
| 02/18/02 | Prepare various correspondence regarding plan confirmation issues. | | |
| | S. Zuber | 0.4 | 118.00 |
| 02/18/02 | Discuss confirmation, stock warrant, and escrow issues with A. Marchetta. | | |
| | S. Zuber | 0.5 | 147.50 |
| 02/18/02 | Several telephone conversations with I. Greene regarding agent for Class 4 creditors, escrow agreement, and plan confirmation matters. | | |
| | S. Zuber | 0.7 | 206.50 |
| 02/18/02 | Telephone conversation with R. Talisman regarding stock warrant, escrow agreement and plan issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/18/02 | Work with S. Zuber regarding exercise of warrant and agent issue. | | |
| | A. Marchetta | 0.7 | 287.00 |
| 02/18/02 | Review warrant escrow issues with S. Zuber including whether PHKS should be agent and need for escrow agreement and terms. | | |
| | P. Forgosh | 0.5 | 182.50 |
| 02/19/02 | Continued attention to stock warrant and related documents and issues, including discussions with M. Zelenty regarding escrow agreement and agency issues, and telephone conversation with J. Geron regarding escrow agreement. | | |
| | S. Zuber | 1.3 | 383.50 |

| 02/19/02 | Review Mott settlement papers and issues to prepare for hearing to approve settlement, in conjunction with confirmation of plan. | | |
| | S. Zuber | 0.5 | 147.50 |

| 02/19/02 | Continued preparation for confirmation hearing. | | |
| | S. Zuber | 2.9 | 855.50 |

| 02/19/02 | Telephone conversation with D. Adams regarding confirmation hearing, Mott settlement and open issues. | | |
| | S. Zuber | 0.3 | 88.50 |

| 02/20/02 | Final preparation for confirmation hearing, including plan and financial projection analysis, attention to warrant, and review of objection filed by Alsi-Penta. | | |
| | S. Zuber | 3.3 | 973.50 |

| 02/20/02 | Meetings with I. Greene, D. Posner, H. Konicov, J. Sylvester and T. Butler regarding confirmation hearing and open issues. | | |
| | S. Zuber | 3.2 | 944.00 |

| 02/20/02 | Organize attorney files and update case file and database. | | |
| | D. Florence | 1.9 | 171.00 |

| 02/21/02 | Attend confirmation hearing and hearing on settlement of Mott litigation, including numerous meetings prior to, and following, hearings with adversaries. | | |
| | S. Zuber | 9.4 | 2,773.00 |

| 02/21/02 | Follow up regarding court hearing. | | |
| | A. Marchetta | 0.4 | 164.00 |

| 02/22/02 | Follow-up on issues related to confirmation of plan. | | |
| | S. Zuber | 0.9 | 265.50 |

| 02/22/02 | Telephone calls regarding plan confirmation; conference with S. Zuber regarding same. | | |
| | A. Marchetta | 0.6 | 246.00 |

| 02/24/02 | Address issues regarding agency agreement; phone calls with S. Zuber regarding same. | | |
| | M. Zelenty | 0.5 | 175.00 |

20

| | | | |
|---|---|---|---|
| 02/25/02 | Telephone conversation with I. Greene regarding post-confirmation issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/25/02 | Prepare Executive Summary, outlining terms of confirmed plan and post-confirmation requirements. | | |
| | S. Zuber | 2.2 | 649.00 |
| 02/25/02 | Review and revise memo to client regarding plan. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 02/25/02 | Review attorney files for documents missing from case file and update file/database accordingly. | | |
| | D. Florence | 2.3 | 207.00 |
| 02/26/02 | Telephone conversation with D. Posner regarding post-confirmation issues, including payment schedule and warrant agreement. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/26/02 | Telephone conversation with N. Alt regarding confirmed plan and Intercat's obligations thereunder. | | |
| | S. Zuber | 0.2 | 59.00 |
| 02/26/02 | Revise executive summary of plan and Intercat's post-confirmation obligations under plan. | | |
| | S. Zuber | 0.9 | 265.50 |
| 02/26/02 | Telephone conversation with I. Greene regarding warrant agreement and clarification of certain post-confirmation obligations of the Debtor. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/26/02 | Prepare correspondence to N. Alt regarding executive summary of confirmed plan and regarding evaluation of independence of Intercat's proposed board members. | | |
| | S. Zuber | 0.3 | 88.50 |
| 02/26/02 | Follow up regarding information to client. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 02/27/02 | Review docket to determine status of open issues, including date confirmation order docketed (to establish "Effective Date" of plan). | | |
| | S. Zuber | 0.2 | 59.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| P. Forgosh | 0.50 | 365.00 | 182.50 |
| A. Marchetta | 3.30 | 410.00 | 1,353.00 |
| M. Zelenty | 1.00 | 350.00 | 350.00 |
| S. Zuber | 39.50 | 295.00 | 11,652.50 |
| D. Florence | 7.40 | 90.00 | 666.00 |
| TOTALS | 51.70 | | 14,204.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

02/21/02     Review correspondence and draft Remedial Cleanup
             Agreement.
             C. Donovan                              0.2          53.10

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 0.20 | 295.00 | 53.10 |
| TOTALS | 0.20 | | 53.10 |

23

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

10/02/01    Preparation of August 2001 Fee Application and
            Exhibits, including calculation of Expenses,
            Project Categories, and each Timekeeper's Hours
            and Compensation.
            D. Jenkins                    1.8        144.00

10/03/01    Continued preparation of August 2001 Fee
            Application and Exhibits, including calculation of
            Expenses, Project Categories, and each
            Timekeeper's Hours and Compensation.
            D. Jenkins                    3.7        296.00

10/16/01    Draft memo regarding amounts approved by U.S.
            Bankruptcy Court to be paid directly to PHKS by
            Debtor, including status of "holdback" amounts;
            Follow-up with S. Bruinooge regarding same; Revise
            Exhibit A to August 2001 Fee Application per
            attorney instructions.
            D. Jenkins                    1.3        104.00

10/23/01    Revise July 2001 Fee Application to comply with
            U.S. Trustee and local rules; Draft correspondence
            to Debtor's counsel and Office of the U.S.
            Trustee; Convert August 2001 Fee Application
            documents to pdf format.
            D. Jenkins                    2.5        200.00

10/25/01    Prepare package with August 2001 Fee Application
            and draft transmittal correspondence to Debtor's
            counsel.
            D. Jenkins                    0.6         48.00

10/25/01    Electronically forward July 2001 Amended Exhibit B
            to Debtor's counsel for filing and service; Draft
            correspondence regarding agreement between PHKS
            and Office of the United States Trustee to
            voluntarily reduce July 2001 fees and forward with
            Amended Exhibit B to Office of the United States
            Trustee and Debtor's counsel.
            D. Jenkins                    0.9         72.00

10/26/01    Preparation of September 2001 Fee Application and
            Exhibits.

                              24

|  | | | |
|---|---|---|---|
|  | D. Jenkins | 4.5 | 360.00 |
| 10/29/01 | Continual preparation of September 2001 Fee Application and Exhibits. | | |
|  | D. Jenkins | 3.8 | 304.00 |
| 11/02/01 | Work on fee applications. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 11/05/01 | Work on monthly and quarterly fee applications. | | |
|  | S. Zuber | 0.5 | 132.50 |
| 11/06/01 | Create an index to correspondence and pleadings. | | |
|  | D. Florence | 1.5 | 120.00 |
| 11/09/01 | Initial preparation of 2nd Quarter Interim Fee Application. | | |
|  | G. Wasserman | 2.3 | 218.50 |
| 11/13/01 | Conference call with A. Nagy and V. Finkelstein regarding lease rejection issues, including damage caps under Sec. 502(b)(6). | | |
|  | S. Zuber | 0.7 | 185.50 |
| 11/14/01 | Legal research regarding nature and extent of lessor's damages for lease rejection, including Sec. 502(b)(6) cap issues; and conference call with A. Nagy and V. Finkelstein regarding above. | | |
|  | S. Zuber | 2.2 | 583.00 |
| 11/15/01 | Work on Fee Applications. | | |
|  | S. Zuber | 0.7 | 185.50 |
| 11/16/01 | Continued preparation of 2nd Interim fee application. | | |
|  | G. Wasserman | 5.5 | 522.50 |
| 11/19/01 | Work on Second quarterly fee application. | | |
|  | S. Zuber | 0.8 | 212.00 |
| 11/19/01 | Conference call with A. Marchetta, A. Nagy, V. Finkelstein and H. Pierson regarding lease and preference issues (Gemini Sound Products Corp.). | | |
|  | S. Zuber | 0.5 | 132.50 |
| 11/19/01 | Continued preparation of 2nd Interim Fee Application w/ Exhibits. | | |
|  | G. Wasserman | 2.3 | 218.50 |

| 11/20/01 | Continued work on second quarterly fee application. | | |
|---|---|---|---|
| | S. Zuber | 1.3 | 344.50 |

| 11/20/01 | Telephone call to Patricia Cuniff - Pachulski Stang Ziehl regarding filing of September 2001 Fee Application. | | |
|---|---|---|---|
| | G. Wasserman | 0.2 | 19.00 |

| 11/20/01 | Telephone call from Patricia Cuniff re: Dual Filing/Hearing regarding 1st and 2nd Quarterly Fee Applications. | | |
|---|---|---|---|
| | G. Wasserman | 0.2 | 19.00 |

| 11/21/01 | Receipt and review of D&B report on Gemini Sound, and forward same to A. Nagy and V. Finkelstein. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 11/21/01 | Continued preparation of September 2001 monthly fee application. | | |
|---|---|---|---|
| | G. Wasserman | 1.8 | 171.00 |

| 11/27/01 | Continued work on September monthly fee application and second quarterly application; and telephone conversation with D. Carickhoff regarding fee application hearings and case status. | | |
|---|---|---|---|
| | S. Zuber | 0.5 | 132.50 |

| 11/27/01 | Prepare memo regarding status of fee applications in Chapter 11 case. | | |
|---|---|---|---|
| | S. Zuber | 0.3 | 79.50 |

| 11/27/01 | Completion of final draft for September Monthly Fee Application. | | |
|---|---|---|---|
| | G. Wasserman | 0.7 | 66.50 |

| 11/27/01 | Preparation of Final September Monthly Fee Application for delivery to local Counsel for filing. | | |
|---|---|---|---|
| | G. Wasserman | 1.0 | 95.00 |

| 11/27/01 | Preparation of letter to local counsel regarding filing of 2nd quarterly and September fee applications. | | |
|---|---|---|---|
| | G. Wasserman | 0.2 | 19.00 |

| | | | |
|---|---|---|---|
| 11/29/01 | Review issues related to GNCC v. DelMonte matter and contingency fee arrangement, including legal research on fee issues, review of retention application and order, and discussions with A. Marchetta and B. Hatfield. | | |
| | S. Zuber | 1.7 | 450.50 |
| 11/29/01 | Telephone calls and follow up regarding motions on GNCC. | | |
| | A. Marchetta | 0.3 | 118.50 |
| 11/30/01 | Telephone conversation with D. Carickhoff regarding GNCC/DelMonte settlement and contingency fee issues. | | |
| | S. Zuber | 0.2 | 53.00 |
| 11/30/01 | Telephone conversation with S. Schwartz regarding GNCC/DelMonte settlement and contingency fee issues. | | |
| | S. Zuber | 0.2 | 53.00 |
| 11/30/01 | Begin preparing special fee application respecting GNCC/DelMonte settlement, including discussions with A. Marchetta. | | |
| | S. Zuber | 1.0 | 265.00 |
| 12/03/01 | Continued preparation of fee application in connection with GNCC v. DelMonte matter; discuss application with A. Marchetta; revise application; and prepare correspondence to D. Carickhoff and S. Schwartz regarding application. | | |
| | S. Zuber | 4.2 | 1,113.00 |
| 12/04/01 | Telephone calls and follow up regarding information to bankruptcy court on special counsel matters. | | |
| | A. Marchetta | 0.5 | 197.50 |
| 12/04/01 | Initial preparation of October 2001 Monthly Fee Application drafts. | | |
| | G. Wasserman | 2.7 | 256.50 |
| 12/05/01 | Meeting with J. Barretti and T. Rocchetti regarding Conversion of Monthly Billing statements used for Fee Applications. | | |
| | G. Wasserman | 1.2 | 114.00 |
| 12/05/01 | Preparation of  October 2001 Monthly Fee | | |

|           | Application drafts for APM/SAZ.<br>G. Wasserman | 2.3 | 218.50 |
|-----------|---|---|---|
| 12/06/01 | Completion of Final October 2001 Monthly Fee<br>Application for SAZ/APM.<br>G. Wasserman | 2.2 | 209.00 |
| 12/06/01 | Preparation of letter to local counsel regarding<br>filing of October 2001 Monthly Fee Application.<br>G. Wasserman | 0.2 | 19.00 |
| 12/06/01 | Review of U.S.B.C. - DE  docket for 12/4/01,<br>12/5/01 and 12/6/01 entries.<br>G. Wasserman | 0.3 | 28.50 |
| 12/06/01 | Preparation of e-mail to J. Barretti and T.<br>Rocchetti regarding W.R. Grace - Special Counsel<br>invoices.<br>G. Wasserman | 0.2 | 19.00 |
| 12/10/01 | Initial review of November billing statements for<br>preparation of November 2001 Monthly Fee<br>Application.<br>G. Wasserman | 0.3 | 28.50 |
| 12/11/01 | Initial preparation of November 2001 monthly fee<br>application.<br>G. Wasserman | 1.4 | 133.00 |
| 12/11/01 | Various telephone calls to co-counsel for Debtor<br>regarding Certificates of No Objection for July<br>and August 2001.<br>G. Wasserman | 0.4 | 38.00 |
| 12/12/01 | Work on fee application matters.<br>S. Zuber | 1.3 | 344.50 |
| 12/12/01 | Continued preparation of November 2001 Monthly Fee<br>Application for delivery  to Debtor's Co-Counsel.<br>G. Wasserman | 2.7 | 256.50 |
| 12/19/01 | Legal Research regarding District of DE Local Form<br>106 (Notice of  Motion(s)).<br>G. Wasserman | 0.5 | 47.50 |
| 12/19/01 | Updating of Correspondence, Pleadings, Monthly and<br>Quarterly Application Files.<br>G. Wasserman | 2.2 | 209.00 |

12/20/01    Review and analysis of Proposed form of order for
            Quarterly Fee Application.
            G. Wasserman                        0.4        38.00

12/21/01    Work on fee applications.
            S. Zuber                            1.0       265.00

12/21/01    Preparation of Order for Compensation for Services
            and Reimbursement of Expenses as Special Counsel
            to Debtor for the 1st Interim Period (April-June
            2001).
            G. Wasserman                        0.3        28.50

12/21/01    Preparation of Orders for Compensation for
            Services and Reimbursement of Expenses to Debtor
            for 1st and 2nd Quarters for delivery to Co-
            Counsel to Debtor for filing.
            G. Wasserman                        1.0        95.00

12/22/01    E-mails, telephone calls and follow up regarding
            fee application issues.
            A. Marchetta                        0.5       197.50

12/26/01    Preparation and review of various e-mail to and
            from AJM, SAZ, EAG and Debtor's Co-Counsel
            regarding CNO to September Monthly Fee
            Applications.
            G. Wasserman                        0.5        47.50

12/27/01    Preparation and review of e-mails to and from
            Debtor's Co-Counsel regarding CNO's For Special
            and Monthly Fee Applications.
            G. Wasserman                        0.3        28.50

12/27/01    Preparation and review of e-mail to co-counsel for
            Debtor regarding CNO regarding Docket #1305
            (GNCC).
            G. Wasserman                        0.2        19.00

01/03/02    (Gemini) Review termination letter; and telephone
            conversation with V. Finkelstein regarding
            bankruptcy and real estate issues.
            S. Zuber                            0.3        88.50

01/03/02    Telephone call to P. Cuniff regarding CNO to
            October Monthly Fee Application and Orders for
            Compensation for Services for 1st and 2nd Interim

|  |  |  |  |
|---|---|---|---|
|  | Periods. |  |  |
|  | G. Wasserman | 0.2 | 21.00 |
| 01/08/02 | Attention to fee application matters. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/08/02 | Telephone call to D. Carickhoff regarding October CNO and Orders for 1st and 2nd Interim Fee Applications. |  |  |
|  | G. Wasserman | 0.2 | 21.00 |
| 01/15/02 | Review proposed Amended Administrative Order establishing revised procedures for interim compensation of professionals. |  |  |
|  | S. Zuber | 0.8 | 236.00 |
| 01/18/02 | Review and revise fee application for November time. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/23/02 | Review and analysis of proposed, revised order regarding procedures for compensation of professionals, and prepare detailed memo regarding procedures. |  |  |
|  | S. Zuber | 2.8 | 826.00 |
| 01/30/02 | Work on fee applications. |  |  |
|  | S. Zuber | 0.5 | 147.50 |
| 01/31/02 | Met with P. Forgosh and S. Zuber regarding preparing fee affidavits.  Reviewed file and prior fee affidavits. |  |  |
|  | K. Jasket | 1.3 | 201.50 |
| 02/01/02 | Met with S. Zuber.  Reviewed prior Fee Applications.  Began revising Fee Application for November.  Placed call to local counsel. |  |  |
|  | K. Jasket | 1.5 | 232.50 |
| 02/03/02 | Reviewed voice mail from local counsel regarding Order.  Continued drafting Fee Application for November 2001. |  |  |
|  | K. Jasket | 0.5 | 77.50 |
| 02/05/02 | Reviewed docket sheets for 2/4 and 2/5.  Conferred with S. Zuber regarding proposed Order. |  |  |
|  | K. Jasket | 0.2 | 31.00 |

02/11/02   Work on November monthly fee application.
           S. Zuber                           0.5        147.50

02/11/02   Met with S. Zuber regarding Fee Application.  Met
           with J. Scordo regarding more specific billing
           descriptions.
           K. Jasket                          0.3         46.50

02/12/02   Made changes to November Fee Application per S.
           Zuber.  Conferred with S. Zuber, R. Rosen and G.
           Wasserman.
           K. Jasket                          0.5         77.50

02/13/02   Included three additional bills in November Fee
           Application.  Updated totals.  Prepared cover
           letter to D. Carickhoff, Esq.
           K. Jasket                          1.6        248.00

02/14/02   Conferred with S. Zuber regarding Fee Application
           for November.  Reviewed docket sheets from January
           1, 2002 through present.  Reviewed File.
           K. Jasket                          0.9        139.50

02/15/02   Reviewed docket reports and undated November Fee
           Application.  Began drafting December Fee
           Application.  Conferred with S. Zuber.  Attention
           to forwarding copy to D. Carickhoff for filing.
           K. Jasket                          1.6        248.00

02/18/02   Reviewed and revised time reports for December
           2001.  Began preparing Fee Application for
           December 2001.
           K. Jasket                          2.6        403.00

02/19/02   Continued drafting Fee Application for December
           2001.  Forwarded draft to S. Zuber for review.
           Telephone conference with D. Carickhoff regarding
           amended order.
           K. Jasket                          2.2        341.00

02/19/02   Began preparing Fee Application for January 2002.
           K. Jasket                          1.5        232.50

02/21/02   Continued drafting Fee Application for January
           2002.
           K. Jasket                          1.2        186.00

02/22/02   Attention to filing Fee Application for December

                              31

|          | 2001.  Began drafting Quarterly Fee Application for October - December 2001. | | |
|----------|---------------------------------------------------------------|-----|--------|
|          | K. Jasket                                                     | 1.3 | 201.50 |
| 02/24/02 | Drafted Quarterly Fee Application for October through December 2001. | | |
|          | K. Jasket                                                     | 1.9 | 294.50 |
| 02/25/02 | Prepared Quarterly Fee Application for October through December 2001.  Conferred with G. Wasserman. | | |
|          | K. Jasket                                                     | 2.6 | 403.00 |
| 02/26/02 | Prepared Quarterly Fee Application (October - December 2001).  Forwarded to S. Zuber for review. | | |
|          | K. Jasket                                                     | 1.7 | 263.50 |
| 02/27/02 | Review and revise quarterly fee application for fourth quarter of 2001. | | |
|          | S. Zuber                                                      | 0.7 | 206.50 |

## Attorney Summary

| Timekeeper    | Hours  | Rate   | Dollars   |
|---------------|--------|--------|-----------|
| A. Marchetta  | 1.30   | 395.00 | 513.50    |
| S. Zuber      | 24.50  | 295.00 | 6,690.50  |
| K. Jasket     | 23.40  | 155.00 | 3,627.00  |
| D. Florence   | 1.50   | 80.00  | 120.00    |
| D. Jenkins    | 19.10  | 80.00  | 1,528.00  |
| G. Wasserman  | 0.40   | 105.00 | 42.00     |
| G. Wasserman  | 33.50  | 95.00  | 3,182.50  |
| TOTALS        | 103.70 |        | 15,703.50 |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 410.00[1] | 17.0 | $6,950.50 |
| Peter A. Forgosh | 1968 | 365.00 | 0.5 | $182.50 |
| Robert G. Rose | 1974 | 350.00 | 33.4 | $11,690.00 |
| Michael W. Zelenty | 1986 | 350.00 | 1.0 | $350.00 |
| Lawrence F. Reilly | 1965 | 335.00 | 2.4 | $804.00 |
| Scott A. Zuber | 1987 | 295.00[2] | 64.0 | $18,343.00 |
| Colleen R. Donovan | 1987 | 295.00 | .2 | $53.10 |
| Michael E. Waller | 1991 | 280.00 | 2.5 | $700.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 270.00 | 2.1 | $567.00 |
| William S. Hatfield | 1993 | 240.00 | 44.70 | $10,728.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 245.00 | 7.70 | $1,886.50 |
| Kristen M. Jasket | 2000 | 155.00 | 23.40 | $3,627.00 |
| PARAPROFESSIONALS | | | | |
| Gordon L. Wasserman | N/A | 105.00[3] | 33.90 | $3,224.50 |
| Douglas S. Florence | N/A | 90.00 | 16.5 | $1,470.00 |
| Sandra L. Purrington | N/A | 90.00 | 51.50 | $4,635.00 |
| Susan Parker | N/A | 90.00 | 5.9 | $531.00 |

---

[1] The bill for the *Chapter 11 Administration* matter includes services rendered from October 2, 2001 through February 28, 2002.  Before January 1, 2002, the billing rate of Anthony J. Marchetta, Esq. was $395.00.

[2] The bill for the *Chapter 11 Administration* matter includes services rendered from October 2, 2001 through February 28, 2002.  Before January 1, 2002, the billing rate of Scott A. Zuber, Esq. was $265.00.

[3] The bill for the *Chapter 11 Administration* matter includes services rendered from October 2, 2001 through February 28, 2002.  Before January 1, 2002, the billing rate of Gordon L. Wasserman was $95.00.

| Deborah Jenkins | N/A | 80.00 | 19.10 | $1,528.00 |
|---|---|---|---|---|
| Grand Total Time Reports (Hours and Dollars) for the Fee Period February 1, 2002 through February 28, 2002 | | | 325.80 Hours<br><br>TOTAL | <br><br>$67,270.10 |

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Telephone Calls | 23.9 | $6776.00 |
| Correspondence and Pleadings Drafted | 86.1 | $12,287.50 |
| Correspondence and Pleadings Reviewed | 77.4 | $16,014.60 |
| Legal Research | 8.0 | $732.00 |
| Internal Office Meetings | 49.4 | $11,978.00 |
| Out of Office Meetings, including Preparation and Travel | 39.7 | $12,602.00 |
| File Review | 17.8 | $4,009.50 |
| Other Services | 23.5 | $1,2,239.00 |
| Grand Total Time Reports for the Fee Period February 1, 2002 through February 28, 2002 | 325.80 Hours TOTAL | $67,270.10 |