# EXHIBIT B

EXHIBIT B

SUMMARY OF EXPENSES FOR THE FEE PERIOD
FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | $48.00 |
| Document-Access Facility | $5,728.00 |
| Duplicating | $561.98 |
| Telephone | $91.96 |
| Postage | $19.77 |
| Express Delivery | $112.30 |
| Travel and Miscellaneous Expense | $2,410.07 |
| Grand Total Expenses for the Fee Period February 1, 2002 through February 28, 2002 | $8,972.08 |

854801A01040902

# EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

Engagement Costs – NY Superfund Action

| | |
|---|---:|
| Document Access Facility | 4296.00 |
| Postage | 11.85 |
| Telephone | 5.70 |
| Matter Total Engagement Cost | 4,313.55 |

Engagement Costs – Lampetr Joint Venture/WRG

| | |
|---|---:|
| Postage | 1.02 |
| Matter Total Engagement Cost | 1.02 |

Engagement Costs – Asbestos Issues Before Bankruptcy Court

| | |
|---|---:|
| Express Delivery | 9.26 |
| Travel and Miscellaneous Expense | 136.95 |
| Matter Total Engagement Cost | 146.21 |

Engagement Costs – Weja, Inc.

| | |
|---|---:|
| Duplicating | 251.30 |
| Postage | 2.38 |
| Telephone | 15.07 |
| Matter Total Engagement Cost | 268.75 |

Engagement Costs – Carteret Warehouse Subleases

| | |
|---|---:|
| Duplicating | 9.24 |
| Postage | 0.57 |
| Telephone | 2.28 |
| Matter Total Engagement Cost | 12.09 |

Engagement Costs - Intercat, Inc. et al.

| | |
|---|---:|
| Computer Assisted Research | 8.00 |
| Document Access Facility | 1432.00 |
| Duplicating | 96.18 |
| Telephone | 41.26 |
| Travel and Miscellaneous Expense | 2273.12 |
| Matter Total Engagement Cost | 3,850.56 |

Engagement Costs - West Deptford Property

| | |
|---|---:|
| Telephone | 0.57 |
| Matter Total Engagement Cost | 0.57 |

Engagement Costs - Chapter 11 Administration

| | | |
|---|---|---:|
| 01/02/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 13.23 |
| 01/02/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 13.23 |
| 01/03/02 | PD UPS TO CHICAGO IL;AJM;CK# 230355 | 9.16 |
| 01/03/02 | PD UPS TO BOCA RATON FL;AJM;CK# 230355 | 9.32 |
| 01/03/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 7.74 |
| 01/04/02 | PD UPS TO CHICAGO IL;AJM;CK# 230355 | 20.54 |
| 02/15/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 231641 | 9.84 |
| | Computer Assisted Research | 40.00 |
| | Duplicating | 205.26 |
| | Express Delivery | 19.98 |
| | Postage | 3.95 |
| | Telephone | 27.08 |
| | Matter Total Engagement Cost | 379.33 |

3