IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER ESTABLISHING CASE MANAGEMENT
## PROCEDURES AND HEARING SCHEDULE

Pursuant to 11 U.S.C. §§ 102(1) and 105(a); Fed. R. Bankr. P. 2002, 7016, 9007

and 9014; and Del. Bankr. LR 1001-1(b); and for the reasons stated upon the record at the

omnibus hearing held on March 18, 2002 in the above-referenced cases; and good and sufficient

cause appearing, it is hereby **ORDERED** that the following case management procedures and

hearing schedule shall apply in these cases.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Omnibus Hearing Dates

Unless otherwise ordered by the Court, regular omnibus hearings will be scheduled in these cases on a date and time certain each month. Attached hereto as Exhibit A is a list of the remaining omnibus hearing dates for this calendar year and the applicable filing and objection deadlines as set forth below.

No witnesses will be heard on omnibus hearing dates unless the Court specifically orders otherwise. All evidentiary hearings will be separately scheduled.

## Preliminary Agenda and Hearing Notebook

Counsel for the Debtors, in cooperation with all parties that have matters pending, shall submit via e-mail to the undersigned, in Pittsburgh, a draft agenda (the "Preliminary Agenda") at least fourteen (14) days prior to each scheduled hearing date. The Preliminary Agenda shall not be served on any party and shall be subject to amendment through and including the Hearing Filing Deadline (as the term is defined herein). A copy of the Preliminary Agenda shall also be transmitted, via e-mail, to the Honorable Alfred M. Wolin, and to the Honorable Randall Newsome in California and in Delaware via e-mail.

Contemporaneous with the submission of the Preliminary Agenda, counsel shall submit to the undersigned, in Pittsburgh, a draft hearing notebook (the "Preliminary Hearing Notebook") which shall include a hard copy of the draft agenda. The Preliminary Hearing Notebook shall not be served on any party and shall be subject to amendment through and including the Hearing Filing Deadline (as the term is defined herein).

**Final Agenda and Hearing Notebook**

Counsel for the Debtors, in cooperation with all parties that have matters pending, shall file with the Office of the Clerk of the Bankruptcy Court an agenda (the "Final Agenda"), in substantial conformity with Del. Bankr. LR 9029-3(a) and Local Form 111, at least seven (7) days prior to each scheduled omnibus hearing date (the "Hearing Filing Deadline"). The Final Agenda shall indicate which matters will go forward at the omnibus hearing.

The Final Agenda shall contain the same numeric order of matters scheduled as the Preliminary Agenda.

Simultaneously with the electronic filing of the Final Agenda, a copy shall be transmitted, via e-mail, to (a) the undersigned; (b) the Honorable Alfred M. Wolin; and (c) the Honorable Randall J. Newsome.

The Final Agenda shall be served upon: (i) local counsel who have entered an appearance in these cases, (ii) counsel for the various official committees in these cases, and (iii) other counsel with a direct interest in any matter on the agenda, reasonably contemporaneous with the Court filing.

Contemporaneous with the filing of the Final Agenda, Debtors' counsel shall submit to the Office of the Clerk a complete hearing notebook (the "Final Hearing Notebook"). The Final Hearing Notebook shall not be served on any party.

A hard copy of the Final Agenda, together with copies of those pleadings which were not included in the Preliminary Hearing Notebook, shall be transmitted to the undersigned,

in Pittsburgh, appropriately marked as to which item such pleading appears as on the Final
Agenda.

### Contents of the Preliminary and Final Hearing Notebook

The Preliminary and Final Hearing Notebooks shall include those pleadings
relating to all agenda items which are scheduled to be heard at the omnibus hearing. The
Preliminary and Final Hearing Notebooks shall not include any Affidavits or Certificates of
Service or any pleadings which relate to matters which are continued or adjourned on consent of
the parties, withdrawn, or otherwise not scheduled to be heard at the omnibus hearing.

Proposed forms of order should be conspicuously tabbed in the Preliminary and
Final Hearing Notebook for the Court's convenience.

No additions or corrections to the Final Hearing Notebook or the Final Agenda
will be permitted within the seven (7) days prior to the omnibus hearing, except such revisions to
include pleadings inadvertently not listed in the Final Agenda and such revisions as to the status
of a matter.

### Deadline to File Pleadings Prior to Omnibus Hearing

Subject to any earlier filing and service deadline(s) set forth elsewhere in this
Order, the Local Rules, or any other applicable Order or Rule, all pleadings related to any matter
on the Final Agenda (including without limitation, motions, objections, responses, replies, and
exhibits) must be filed and served by no later than the business day prior to the Hearing Filing
Deadline. Any pleading not filed by such date shall not be considered, unless the Court has
previously established a filing schedule with respect to such pleading to the contrary.

## Filing of Motions and Objections

(a)     Filing of Motions and Applications

Unless the Federal Rules of Bankruptcy Procedure state otherwise, all motions and applications shall be filed and served in accordance with Del. Bankr. LR 2002-1(b) <u>at least thirty-two (32) days (thirty-five (35) days if service is by mail)</u> prior to hearing.  Motions and applications requiring at least twenty (20) days notice shall be filed and served in accordance with Del. Bankr. LR 2002-1(b) at least <u>thirty-eight (38) days prior to the hearing</u>.  Attached hereto as <u>Exhibit A</u> is a list of the remaining omnibus hearing dates for this calendar year and the applicable filing and objection deadlines as set forth above.

(b)     Filing of Fee Applications

Filings relating to applications for payment of compensation or reimbursement of expenses shall be governed by the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed May 3, 2001 (Docket No. 198) and any order amending or modifying the same.

(c)     Objection Deadline

The objection deadline to respond to any Motion shall be at least seventeen (17) days prior to the noticed omnibus hearing (equivalent to three (3) days prior to the deadline to file the Preliminary Agenda and Preliminary Hearing Notebook) (the "Objection Deadline").

## Service of Pleadings

Service of pleadings shall be made in accordance with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of this Court (the "Local Rules") and any orders of this Court governing the same.

## Computation of Time

All time periods and deadlines set forth herein shall be computed in accordance with Bankruptcy Rule 9006(a).  In addition, the Local Rules shall apply to all proceedings in these cases except to the extent that any provision of this Order by its terms supercedes or is inconsistent with the Local Rules.

## Telephonic Appearance at Hearing

Any party wishing to participate in a hearing via telephone shall make arrangements with Rachel Bello, Courtroom Deputy, at least seven (7) days prior to the scheduled hearing date.  Attorneys must comply with District Court Local Rule 83.5 in order to schedule telephonic appearances.

## Promulgation of this Order

To ensure that all parties who may participate in these cases are aware of the terms of this Order, (1) counsel for the Debtors shall serve a copy of the Order on all parties that have requested such notice in accordance with Bankruptcy Rule 2002; and (2) the Clerk of the Court is hereby directed to make a conspicuous entry on the docket for these cases indicating the existence of this Order and the docket number assigned to the Order.

**Terms of this Order**

Any party may at any time apply for reconsideration or modification of this Order. Service of such motion shall be made in accordance with the Bankruptcy Rules and/or Local Rules, as applicable, and shall be upon at least 20 days notice. The Court may amend this Order at any time.

The filing and objection deadlines set forth in this Order shall commence with respect to the May 20, 2002 omnibus hearing date. This Order shall continue in effect until modified by further order of this Court.

Dated: _____4/17_____, 2002

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge


**MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER ON ALL PARTIES IN INTEREST AND FILE PROOF OF SERVICE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TEN (10) DAYS HEREOF.**

# Exhibit A

91100-001\DOCS_DE:43166.2

## Omnibus Hearing Dates and Filing and Objection Deadlines

| Omnibus Hearing Dates | Filing Deadlines* | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| April 22, 2002 at 10:00 a.m. (hearing in Pittsburgh, PA) | N/A | N/A | 4/12/2002 | 4/18/2002 |
| May 20, 2002 at 10:00 a.m. | 4/15/2002 | 5/3/2002 | 5/6/2002 | 5/13/2002 |
| June 18, 2002 at 1:00 p.m. | 5/14/2002 | 5/31/2002 | 6/4/2002 | 6/11/2002 |
| July 22, 2002 at 10:00 a.m. | 6/17/2002 | 7/5/2002 | 7/8/2002 | 7/15/2002 |
| August 26, 2002 at 10:00 a.m. | 7/22/2002 | 8/9/2002 | 8/12/2002 | 8/19/2002 |
| September 23, 2002 at 10:00 a.m. | 8/19/2002 | 9/6/2002 | 9/9/2002 | 9/16/2002 |
| October 28, 2002 at 10:00 a.m. | 9/23/2002 | 10/11/2002 | 10/14/2002 | 10/21/2002 |
| November 25, 2002 at 10:00 a.m. | 10/21/2002 | 11/8/2002 | 11/11/2002 | 11/18/2002 |
| December 16, 2002 at 10:00 a.m. | 11/11/2002 | 11/29/2002 | 12/2/2002 | 12/9/2002 |

---

* The Filing Deadline set forth applies to a motion requiring fifteen (15) days notice and includes three (3) days for service by mail. The Filing Deadline is subject to change depending on the type of motion filed and the means of service of the motion. For example, in the event that the motion being filed requires twenty (20) days notice, the Filing Deadline is twenty days prior to the Objection Deadline with respect to such motion. In the event that a motion being filed requires fifteen (15) days notice and is served by hand delivery on the date of the filing, no additional time need be added for service.