IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: May 13, 2002 at 4:00 p.m.<br>Hearing Date: To be scheduled only if objections are timely filed and served |

**ELEVENTH APPLICATION OF STROOCK & STROOCK & LAVAN LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2002 – February 28, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$88,974.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$16,863.97 (of which $14,495.90 relates to the Committee's asbestos issues expert)** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 27.6 hours and the corresponding compensation requested is approximately $7,550.00.[1]

This is the eleventh application filed

---

[1] This is Stroock's Eleventh Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

**Local Form 101 (Fee Application/Attachment A, pg. 1)**

SSL-DOCS1 1115023v12

## Attachment A

Monthly Interim Fee Applications

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | 80,185.20 | $14,675.58 |

**Local Form 101 (Fee Application/Attachment A, pg. 1)**

**Quarterly Fee Applications**

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 30, 2001 | 4/12/01-6/30/01 | $369,873.75 | $19,318.00 | The Hearing to Approve Compensation is scheduled for August 26, 2002 at 10:00 a.m. | |
| November. 1, 2001 | 7/01/01 – 9/30/01 | $204,923.50 | $15,105.57 | The Hearing to Approve Compensation is scheduled for August 26, 2002 at 10:00 a.m. | |
| February 8, 2002 | 10/01/01 – 12/31/01 | $329,842.00 | $21,880.90 | The Hearing to Approve Compensation is scheduled for August 26, 2002 at 10:00 a.m. | |