STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038


SERVICE AND EXPENSE REMITTANCE SUMMARY

|  |  |
|---|---|
| **Invoice Date:** | March 22, 2002 |
| **Invoice Number:** | 257337 |

**RE:**    **699843 W R Grace & Co**

| | |
|---|---|
| Total For Professional Services Rendered | 89,766.50 |
| **Total Bill** | **$ 89,766.50** |


Please return this page with your remittance and please reference
the client/matter number on all related correspondence.


Amount Paid:  $_____

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038

W R Grace & Co

March 22, 2002

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through February 28, 2002 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---:|---:|
| 0002 | Asbestos: Claims Analysis and Valuations | 3.3 | 1,402.50 |
| 0003 | Asbestos: Claims Litigation | 9.9 | 4,277.50 |
| 0007 | Asbestos: Other | 28.0 | 9,681.50 |
| 0008 | Asset Acquisitions/Business Combinations | 4.8 | 2,040.00 |
| 0014 | Case Administration | 65.8 | 10,127.50 |
| 0015 | Claim Analysis/Objections/Administration(Non-Asbestos) | 11.9 | 5,057.50 |
| 0017 | Committee Matters and Creditor Meetings | 26.0 | 11,512.00 |
| 0018 | Compensation of Professionals (Fee Applications of Self and Others) | 27.6 | 7,550.00 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 1.1 | 467.50 |
| 0032 | Litigation (Non-Bankruptcy/General | 1.0 | 467.00 |
| 0034 | Litigation/Fraudulent Conveyance | 35.9 | 15,623.50 |
| 0035 | Non-Working Travel Time | 3.2 | 1,584.00 |
| 0037 | Preparation for and Attendance at Hearings | 13.3 | 6,411.00 |
| 0040 | Retention of Professionals | 11.9 | 5,057.50 |
| 0047 | Tax/General | 33.0 | 8,507.50 |
| | **Total** | **276.70** | **$89,766.50** |

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

March 22, 2002
Invoice: 257337

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through February 28, 2002, including:

RE:    **Asbestos: Claims Analysis and Valuations**
       **699843. 0002**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/04/2002 | Review asbestos-case related materials (2.7); review Class Action Complaint filed by Lewis, ZAI and Medical Monitoring (.6). | Krieger, A. | 3.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.3 | $ 425 | $ 1,402.50 |
|  | Total For Professional Services Rendered | | $ 1,402.50 |
|  | **Total for this Matter** | | $ 1,402.50 |

**RE:**  **Asbestos: Claims Litigation**
       **699843. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Continue to review case law re class action proof of claim (3.3). | Krieger, A. | 3.3 |
| 02/10/2002 | Continue to review case law re class proofs of claim and related issues (2.3). | Krieger, A. | 2.3 |
| 02/13/2002 | Continue to review case law re class proofs of claim, Maryland Casualty and other insurance litigation. | Krieger, A. | 1.8 |
| 02/20/2002 | Review ZAI claimants information brief re class of proofs of claims (.7). | Krieger, A. | 0.7 |
| 02/21/2002 | Review Carol Gerard's motions to intervene, clarify scope of preliminary injunction and related pleadings (.8). | Krieger, A. | 0.4 |
| 02/22/2002 | Attention to zonolite related pleadings on class proofs of claim (1.0) | Pasquale, K. | 1.0 |
| 02/27/2002 | Review Debtors' supplemental response to ZAI class proof of claim brief (.4). | Krieger, A. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 8.9 | $ 425 | $ 3,782.50 |
| Pasquale, Kenneth | 1.0 | 495 | 495.00 |
| Total For Professional Services Rendered | | | $ 4,277.50 |

| | |
|---|---|
| **Total for this Matter** | $ 4,277.50 |

RE:    **Asbestos: Other**
       **699843. 0007**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/03/2002 | Review asbestos related material. | Krieger, A. | 2.4 |
| 02/04/2002 | Office conference with K. Pasquale regarding Federal hearing before Judge Wolin on state asbestos cases (.5). | Taruschio, A. | 0.5 |
| 02/06/2002 | Office Conference with A. Taruschio re: motions(.20); review docket re: same in preparation for hearing (.50). | Cotto, L. | 0.7 |
| 02/06/2002 | Reviewed asbestos liability article and case law cited to therein. | Krieger, A. | 3.9 |
| 02/07/2002 | Telephone conference with A. Taruschio to prepare for hearing re: motions; review docket, download, print and photocopy motions. | Cotto, L. | 2.0 |
| 02/07/2002 | Continue to review asbestos claim-related case law (1.3). | Krieger, A. | 1.3 |
| 02/08/2002 | Continue to review asbestos claim-related case law (2.9). | Krieger, A. | 2.9 |
| 02/08/2002 | Prepare for/attend/summarize Federal Mogul hearing, in Wilmington for K. Pasquale re: state asbestos cases. (6.8). | Taruschio, A. | 6.8 |
| 02/11/2002 | Revise/send Federal hearing notes to K. Pasquale (.9). | Taruschio, A. | 0.9 |
| 02/12/2002 | Review publicly available asbestos claims documentation. | Krieger, A. | 0.8 |
| 02/15/2002 | Review National Union complaint for declaratory judgment and injunctive relief. | Krieger, A. | 0.5 |
| 02/21/2002 | Office conference LK re memorandum to the Committee discussing the Babcock decision (0.1); prepare memorandum to the Committee re Debtors' motion to close Atlanta facility  (.5); telephone call and memos from R. Douglas Confidentiality Agreement (.3). | Krieger, A. | 0.9 |
| 02/22/2002 | Review recent article on asbestos liabilities (.9). | Krieger, A. | 0.9 |

| 02/24/2002 | Review publicly available asbestos litigation, pleading (1.8). | Krieger, A. | 1.8 |
| 02/26/2002 | Review recent Rand analyses on asbestos litigation (1.0). | Krieger, A. | 1.0 |
| 02/27/2002 | Complete review of recent Rand asbestos liability analyses (.7). | Krieger, A. | 0.7 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Cotto, Lisa | 2.7 | $ 150 | $ 405.00 |
| Krieger, Arlene | 17.1 | 425 | 7,267.50 |
| Taruschio Anna | 8.2 | 245 | 2,009.00 |

|  | Total For Professional Services Rendered | $ 9,681.50 |
|---|---|---|

|  | **Total for this Matter** | $ 9,681.50 |
|---|---|---|

RE:    **Asset Acquisitions/Business Combinations**
       **699843. 0008**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Office conference re Conference FTI representatives to discuss proposed Addiment acquistion (.1); office conference KP re above (.1); conference call T. Maher, S. Cunningham, E. Ordway re Addiment acquistion (.3). | Krieger, A. | 0.5 |
| 02/04/2002 | Office conference LK re proposed acquisition of Addiment and written confirmation of no successor asbestos liabilities being acquired (.1); memo to E. Ordway, S. Cunningham re same (.1); telephone call Jay Kapp re request for writing stating that the acquisition will not subject the company to asbestos successor liabilities (.1); review motion and telephone call S. Schwartz re representations from the company regarding asbestos, successor liability claims (.2). | Krieger, A. | 0.5 |
| 02/07/2002 | Memo to S. Schwartz re written representation of no liabilities from Grace stemming from Addiment acquisiton (.1). | Krieger, A. | 0.1 |
| 02/11/2002 | Memo to and from S. Schwartz re extended time for Committee to respond to Addiment Inc. acquisition motion (.1). | Krieger, A. | 0.1 |
| 02/14/2002 | Telephone call from and to Sean Cunningham re Addiment Inc. acquisition, motion to close the Atlanta Darex facility (.2); telephone call Sam Schwartz re pending matters, Caterpillar, GE Capital, Addiment, Fee Auditor, and Darex facility closure (.6) | Krieger, A. | 0.8 |
| 02/14/2002 | Prepare and forward memo to the Committee re continuance of hearing on Debtor's motion to acquire Addiment and modification to the terms of the acquisition (.4); memo to LK, LP, FTI representation re Addiment and closure of Darex facility (.2). | Krieger, A. | 0.6 |
| 02/21/2002 | Prepare memorandum to the Committee re Debtors' motion to close Atlanta facility (.5). | Krieger, A. | 0.5 |
| 02/21/2002 | Review Debtors' motion for authorization to close manufacturing facility (.2); correspondence to S. Cunningham re same (.1); memos to and from S. Schwartz re Addiment Inc. motion and the Committee's time to respond, PD Committee matters, other (.4). | Krieger, A. | 0.7 |

| 02/26/2002 | Memo to S.Schwartz re information request on Debtors' motion to close the Darex facility in Atlanta (.2). | Krieger, A. | 0.2 |
| 02/28/2002 | Memo from and to C. Whitney re request for information on the Darex Atlanta facility closing (.3); memo to and from S.Schwartz re status of Addiment transaction (.1); memo from S. Schwartz responding to Darex closure facilities and follow-up memo to S. Schwartz re additional inquiries (.3); memo to FTI re Darex information (.1). | Krieger, A. | 0.8 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Krieger, Arlene | 4.8 | $ 425 | $ 2,040.00 |

| | | |
| --- | --- | --- |
| | Total For Professional Services Rendered | $ 2,040.00 |

| | Total for this Matter | $ 2,040.00 |
| --- | --- | --- |

RE:    **Case Administration**
       **699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Review and cross-reference entries on online court docket and critical date calendar. Download and pleadings to attorney working group. | Defreitas, V. | 2.8 |
| 02/01/2002 | Review court online docket and updated fee chart summary with new entries with monthly and quarterly fees | Defreitas, V. | 1.2 |
| 02/05/2002 | Monitored online bankruptcy docket and updated the critical date motions chart(.8); download and distribute online documents to attorneys and prepare for inclusion in central files(3.7) | Defreitas, V. | 4.5 |
| 02/05/2002 | Memo from and to M. Lastowski re notice of stipulation rejecting Dragon Court leases (.1); review latest docket entries and office conferences V. DeFreitas re new pleadings (.5); review updated critical date calendar and office conferences V. DeFreitas re same (.5). | Krieger, A. | 1.1 |
| 02/05/2002 | Review asbestos PD Committee's joinder to the ZAI motion to dismiss these cases (.2). | Krieger, A. | 0.2 |
| 02/06/2002 | Download recently filed bankruptcy pleadings and distribute same. | Defreitas, V. | 2.3 |
| 02/06/2002 | Download recently filed pleadings and distribute same | Defreitas, V. | 2.3 |
| 02/06/2002 | Memos to and from KP and from J. Kapp re scheduled chambers conference with Judge Wolin re 2/20/02 (.2); memo to S. Schwartz re motion for the appointment of an examiner (.1). | Krieger, A. | 0.3 |
| 02/07/2002 | Review orders denying Kane stay relief, denying Smolker relief, denying motion compelling document identification (.6). | Krieger, A. | 0.6 |
| 02/12/2002 | Review latest docket pages and memo to V. DeFreitas re pleadings to be obtained and updated critical date calendar. | Krieger, A. | 0.3 |
| 02/13/2002 | Download recently filed documents and distribute same(2.2); prepare subfolders  file pleadings(0.3); update the schedule of events chart(1.7); sort and order correspondence subfile;(.4) identify new pleadings using courts' website and include in central | Defreitas, V. | 5.4 |

file docket binders(0.8)

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/13/2002 | Telephone call with Smith re fee auditor process (.5); further memos from and to S. Schwartz re fee auditor process(.2). | Krieger, A. | 0.7 |
| 02/14/2002 | Review various pleadings for assignment of central file categories in preparation for addition to filesurf database. | Defreitas, V. | 7.0 |
| 02/15/2002 | Review and cross-reference entries on online court docket with critical date calendar;(1.7) Download pleadings from online docket and distribute same(2.0); review various case file documents to assign central file categories(1.0). | Defreitas, V. | 4.7 |
| 02/15/2002 | E-mails to W. Smith re current form of order appointing Fee Examiner, administrative fee order provision (.2); telephone call W. Smith re order and process for review (.2); review Critical Date calendar and update, revise (1.0). | Krieger, A. | 1.4 |
| 02/19/2002 | Telephone Conference with A. Krieger re: new documents filed (.10); Pacer; review docket; convert, save and distribute newly filed documents (.70) | Cotto, L. | 0.8 |
| 02/19/2002 | Memo to and from and telephone call W. Katchen re Wolin meeting on fraudulent transfer action (.2); review latest docket and memo to V. DeFreitas re additional pleadings filed (.2); telephone call Philip Bentley re Wolin conference, motion to dismiss, other (.6); office conference LK re P. Bentley conversation (.1); office conference L. Cotto re additional pleadings (.1). | Krieger, A. | 1.2 |
| 02/20/2002 | Telephone Conference with R. Serrette re: documents filled which need to be distributed(30); pacer, review docket for same(.30); Download, convert, save, print and distribute same (1.50). | Cotto, L. | 2.1 |
| 02/20/2002 | Memos to and from KP re equity position on trust (.5); office conference RS re fee auditor and preparation of spreadsheets for interim applications (.5). | Krieger, A. | 1.0 |
| 02/20/2002 | Review Equity Committee's opposition to the motion to dismiss (.3); review Debtors' opposition to the motion to dismiss (.4); correspondence to P. Bentley re Committee's oppostion to ZAI motion to dismiss (.1). | Krieger, A. | 0.8 |
| 02/20/2002 | Conf with A. Krieger re fee auditor procedures (.2); review fee auditor reports in other cases (.5). | Serrette, R. | 0.7 |
| 02/21/2002 | Download recently filed asbestos bankruptcy case pleadings(2.0); review various pleadings for | Defreitas, V. | 3.0 |

assignment of central file categories in preparation for
addition to central file database(1.0)

| Date | Description | Name | Hours |
|---|---|---|---|
| 02/21/2002 | Office conference V. DeFreitas re obtaining additional pleadings for 2/25/02 hearings (.2);. | Krieger, A. | 0.2 |
| 02/22/2002 | Fax to Shelley Hollinghead re: Proposed Amended Administrative Order (.2); Office Conference with R. Serrette re: new matter numbers (.2); compare old matter numbers with new matter numbers and convert same, draft memo of same (1.0) | Cotto, L. | 1.4 |
| 02/22/2002 | Review and cross-reference entries on the online court docket and critical date calendar(1.3). download and distribute pleadings to attorney working group(2.2) | Defreitas, V. | 3.5 |
| 02/22/2002 | Office conference LK re agenda for 2/25/02 hearings (.1) ; office conference V. DeFreitas re Hilsoft Notification pleading and memos to and from Debtors' counsel re same (.2). | Krieger, A. | 0.3 |
| 02/25/2002 | Office Conference with R. Serrette re: new matter numbers and time for January (.20); Office Conference with D. Valentine re: same and schedules(.5)  Telephone Conference with D. Valentine re: new client number, email same (.30); Office Conference with Denise re: new matter numbers and D. Valentine (.30); Office Conference with R. Serrette and D. Valentine re: same (.30). | Cotto, L. | 1.6 |
| 02/25/2002 | Telephone Conference with R. Serrette re: Certificate of No-Objection for 9th Fee Application (.10); email S.Hollinghead re:same (.10). | Cotto, L. | 0.2 |
| 02/25/2002 | Memo to and from and telephone conference with KP re hearing before Judge Fitzgerald (.1); memo to V.DeFreitas re Pittsburgh hearing to consider the bar date, case management matters (.1); office conference RS re Kramer Levin correspondence (.1); review latest docket report received from Duane Morris and memo to V. DeFreitas re same.(.2). | Krieger, A. | 0.5 |
| 02/26/2002 | Office Conference with R. Serrette, D. Valentine re: time entered into new client matter numbers (.30); Office Conference with R. Serrette and A. Krieger re: same (.20). | Cotto, L. | 0.5 |
| 02/26/2002 | Download court filed pleadings and distribute same(2.5); updated filesurf database with new pleadings(2.0) | Defreitas, V. | 4.5 |
| 02/27/2002 | Review various pleadings for assignment of central file categories in preparation for addition to filesurf | Defreitas, V. | 7.0 |

database

| 02/27/2002 | Memo to D. Carickhoff re 2/25/02 discussion regarding amended administrative fee order, hearing on the case management order (.2). | Krieger, A. | 0.2 |
| 02/28/2002 | Memo from and to D. Carickhoff re Warren Smith's review of 2001 fees, rescheduled March 18 hearing time and memo to LK, LP re same (.2); memos form and to S. Schwartz, J. Kapp, D. Carickhoff and office conference RS re administrative fee procedure (.7). | Krieger, A. | 0.9 |
| 02/28/2002 | Further conferences with A. Krieger re: proposed administrative order (.1); review email from S. Schwartz (.2); follow-up memos (.2); further conferences with A. Krieger re: same (.1) | Serrette, R. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Cotto, Lisa | 6.6 | $ 150 | $ 990.00 |
| Defreitas, Vaughn | 48.2 | 100 | 4,820.00 |
| Krieger, Arlene | 9.7 | 425 | 4,122.50 |
| Serrette, Rosemarie | 1.3 | 150 | 195.00 |

Total For Professional Services Rendered    $ 10,127.50

Total for this Matter    $ 10,127.50

RE:    **Claims Analysis/Objections/Administration (Non-Asbestos)**
       **699843. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/06/2002 | Telephone call J. Baer and e-mail re motion establishing revised bar date and form for general unsecured creditors and property damage claims (.6). | Krieger, A. | 0.6 |
| 02/07/2002 | Review revised forms of joint bar date forms and telephone call Jan Baer re same and debtors motion to continue to proceed with a coordinated bar date process for all claims and office conference LK and memo to and from KP re same (2.8); memos to R. Douglas re bar date provisoin applicable to JP Morgan Chase (.2); prepare markup of further comments (.8). | Krieger, A. | 3.8 |
| 02/08/2002 | Telephone calls J. Baer re bar date form comments (.5). | Krieger, A. | 0.5 |
| 02/11/2002 | Review and revised bar date pleadings and then telephone call Jan Baer re revisions to the Bar Date pleadings (1.5); memo to KP, LK re same (.2). | Krieger, A. | 1.7 |
| 02/20/2002 | Review Debtors' revised motion to enter case management joinder, establish bar date for ZAI, PD, Non-Asbestos claims and prepare remaining comments on proposed forms (1.5). | Krieger, A. | 1.5 |
| 02/21/2002 | Review and prepare comments to proposed order for case management process, bar date (.7); office conference LK re Debtors' proposed bar dates; argument to retain consolidated notice program (.1); prepare further comments on bar date pleadings and proposed insert to proof of claim instructions (.2); review Debtors; brief regarding bar date and class notice (.5). | Krieger, A. | 1.5 |
| 02/22/2002 | Correspondence to Jan Baer re comments to proposed Bar Date Order Notice (1.0). | Krieger, A. | 1.0 |
| 02/22/2002 | Reviewed Zonolite claimants dismissal motion reply and equity committee response on case management motion (.8); attended to Grace Web Site (.5). | Krieger, A. | 1.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 11.9 | $ 425 | $ 5,057.50 |

| | Total |
|---|---|
| Total For Professional Services Rendered | $ 5,057.50 |

| | Total |
|---|---|
| **Total for this Matter** | $ 5,057.50 |

RE:    **Committee Matters and Creditor Meetings**
         **699843. 0017**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Email A. Krieger re: conference call (.1); Email and TC with various committee members re: same (.4); draft memo for conference call (.2) | Cotto, L. | 0.7 |
| 02/01/2002 | Preparation for and participation on conference call meeting of the Committee (1.5). | Krieger, A. | 1.6 |
| 02/01/2002 | Preparation for and telephone conference with creditors committee (1.5); review of Sealed Air complaint vs. Fresenius(0.6). | Kruger, L. | 2.1 |
| 02/01/2002 | Committee meeting re outstanding matters (1.0) | Pasquale, K. | 1.0 |
| 02/04/2002 | Prepare memorandum to the committee re proposed final form of bank confidentiality agreement and accompanying acknowledgement (1.5). | Krieger, A. | 1.5 |
| 02/05/2002 | Prepare memorandum to the Committee re background and and stipulation on Dragon Court Leases (1.5). | Krieger, A. | 1.5 |
| 02/06/2002 | Review and revise memorandum to the Committee re stipulation among AREH, CMGI and the Debtors (.6). | Krieger, A. | 0.6 |
| 02/07/2002 | Memo to T. Maher re memo to the Committee re AREH, CMGI Stipulation (.1) | Krieger, A. | 0.1 |
| 02/08/2002 | Memo to the Committee re stipulation on Dragon Court leases (.3); prepare memo to the Committee re PD Committee motions (1.0). | Krieger, A. | 1.3 |
| 02/11/2002 | Memo from and to KP re memo to the Committee re prosecution of the fraudulent transfer action(.1); memorandum to the Committee re fraudulent transfer matters (.3); prepare memorandum to the Committee re PD Committee motions on experts (.9). | Krieger, A. | 1.3 |
| 02/12/2002 | Prepare memorandum for the Committee re Babcock court decision on fraudulent transfers litigation and review applicable underlying pleadings in connection therewith (3.0). | Krieger, A. | 3.0 |
| 02/13/2002 | Continue to review Babcock decision and other pleadings in connection with preparation memo for the Committee (1.0); memo from and to P. Pantaleo re | Krieger, A. | 1.2 |

|            |                                                                                                                                                                                                                                                   |              |     |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|-----|
|            | inquiry on fraudulent transfer memo to the Committee and memo to and from KP re same (.2).                                                                                                                                                         |              |     |
| 02/14/2002 | Prepare draft memo to the Committee re Babcock decision (2.9).                                                                                                                                                                                     | Krieger, A.  | 2.9 |
| 02/15/2002 | Memo to the Committee re Babcock decision (1.5); memos to and form R. Douglas re confidentiality agreement (.3).                                                                                                                                   | Krieger, A.  | 1.8 |
| 02/15/2002 | Attention to memo to committee re Babcock fraudulent transfer decision (.6)                                                                                                                                                                        | Pasquale, K. | 0.6 |
| 02/19/2002 | Review revised Committee memorandum re Babcock & Wilcox decision.                                                                                                                                                                                  | Krieger, A.  | 0.3 |
| 02/20/2002 | Prepare memorandum to the Committee re Equity Committee and Debtors' objection to ZAI dismissal motion, additional case management/bar date pleadings(1.6); attended to confidentiality agreement and acknowledgements and memo from and to R. Douglas re same.(0.6). | Krieger, A.  | 2.2 |
| 02/21/2002 | Telephone call LK re memorandum to the Committee discussing the Babcock decision (.1); telephone call memos form R. Douglas re Confidentiality Agreement(.3).                                                                                       | Krieger, A.  | 0.4 |
| 02/22/2002 | Memorandum to the Committee re Babcock decision (.5).                                                                                                                                                                                              | Krieger, A.  | 0.5 |
| 02/27/2002 | Attended to KP's proposed memo to the Committee (.4).                                                                                                                                                                                              | Krieger, A.  | 0.4 |
| 02/27/2002 | Prepared memo to committee re 2/20 and 2/25 court hearings (1.0)                                                                                                                                                                                   | Pasquale, K. | 1.0 |

| Summary of Hours  | Hours | Rate   | Total     |
|-------------------|-------|--------|-----------|
| Cotto, Lisa       | 0.7   | $ 150  | $ 105.00  |
| Krieger, Arlene   | 20.6  | 425    | 8,755.00  |
| Kruger, Lewis     | 2.1   | 650    | 1,365.00  |
| Pasquale, Kenneth | 2.6   | 495    | 1,287.00  |

|  | Total For Professional Services Rendered | $ 11,512.00 |
|--|------------------------------------------|-------------|
|  | **Total for this Matter**                | $ 11,512.00 |

RE:    **Compensation of Professionals (Fee Applications of Self and Others)**
       **699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | TC with Shelley Hollinghead re: Fee Application; review same | Cotto, L. | 0.4 |
| 02/01/2002 | Quarterly fee application (WR Grace) preparation (.5); conference with L. Cotto re same (.2). | Serrette, R. | 0.7 |
| 02/04/2002 | Continue preparation of quarterly fee application(1.0); office conference with R. Serrette and D. Valentine Re: billing (.2); update invoice (.3). | Cotto, L. | 1.5 |
| 02/04/2002 | Review pending fee applications including 12/01/01 applications of Kramer Levin and Klett Rooney; Third Interim of L. Tarsigni Consulting; December 2001 application for Reed Smith (1.1). | Krieger, A. | 1.1 |
| 02/05/2002 | Continue preparation of quarterly fee application. | Cotto, L. | 2.0 |
| 02/05/2002 | Review and revise SSL Third Quarterly fee Applications and office conferences L. Cotto re same (2.3). | Krieger, A. | 2.3 |
| 02/06/2002 | Review latest compensation applications filed by Kirkland & Ellis, Pachulski Stang, other (1.8). | Krieger, A. | 1.8 |
| 02/08/2002 | Telephone calls R. Sianni (Duane Morris) re Quarterly Fee Application, memo to RS, L Cotto re same (.4) | Krieger, A. | 0.4 |
| 02/15/2002 | Review time for January 2002 fee application. | Cotto, L. | 1.0 |
| 02/15/2002 | Review recently filed fee applications of Blackstone (.2), Bilzin Sumberg (.3). | Krieger, A. | 0.5 |
| 02/19/2002 | Review and revise time entered for January re: 10th Fee Application(2.0) ; Office Conference with A. Krieger re: same (.10). | Cotto, L. | 2.1 |
| 02/19/2002 | Reviewed January 2002 time detail and prepare draft SSL fee application for January 2002 period (4.8). | Krieger, A. | 4.8 |
| 02/19/2002 | Memos to L. Cotto re SSL fee application preparation (.2). | Krieger, A. | 0.2 |
| 02/20/2002 | Review, revise SSL tenth interim fee aplication and office conference RS re same (.8). | Krieger, A. | 0.8 |

| 02/20/2002 | Review and edit time (.9). | Serrette, R. | 0.9 |
| 02/21/2002 | Further conferences re fee application preparation with L.Cotto. | Serrette, R. | 0.5 |
| 02/22/2002 | Review time revisions for January 2002 (2.0). | Cotto, L. | 2.0 |
| 02/25/2002 | Review time for 10th Fee Application and new matters (.30); Telephone Conference with D. Valentine and R. Serrette re: same(.40). | Cotto, L. | 0.7 |
| 02/26/2002 | Memo to and from L. Cotto re SSL fee application (.1); office conference RS re additional time detail review (.1); review time detail (.4). | Krieger, A. | 0.5 |
| 02/26/2002 | Confs with L. Cotto re matters to be billed for January (.4.); work re same (.5). | Serrette, R. | 0.9 |
| 02/27/2002 | Further review and revise January bill (.2). | Serrette, R. | 0.2 |
| 02/28/2002 | Final revision to Fee Application (2.0); tc with accounting department re: paid invoices (.10); Office conference with R. Serrette and A. Krieger re: Fee Application (.20). | Cotto, L. | 2.3 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
| --- | --- | --- | --- |
| Cotto, Lisa | 12.0 | $ 150 | $ 1,800.00 |
| Krieger, Arlene | 12.4 | 425 | 5,270.00 |
| Serrette, Rosemarie | 3.2 | 150 | 480.00 |
| | | | |
| Total For Professional Services Rendered | | | $ 7,550.00 |
| | | | |
| **Total for this Matter** | | | $ 7,550.00 |

RE:    **Executory Contracts/Unexpired Leases (Assumption and Rejection)**
       **699843. 0023**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Memos to and from Debtors' counsel re stipulation resolving Dragon Court leases issues and telephone call D. Carickhoff re same and notice issue (.6); and memos to and form M. Lastowski re same (.2). | Krieger, A. | 0.8 |
| 02/06/2002 | Review GE Capital motion to compel assumption or rejection of lease (.3). | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 425 | $ 467.50 |
| Total For Professional Services Rendered | | | $ 467.50 |
| **Total for this Matter** | | | $ 467.50 |

**RE:**     **Litigation (Non-Bankruptcy/General)**
            **699843. 0032**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/25/2002 | Attention to Grace complaint v. RJR Nabisco | Pasquale, K. | 0.6 |
| 02/27/2002 | Attended to Grace complaint for injunction of litigation against Tobacco defendants (.4). | Krieger, A. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.4 | $425 | $170.00 |
| Pasquale, Kenneth | 0.6 | 495 | 297.00 |

Total For Professional Services Rendered     $ 467.00

**Total for this Matter**     $ 467.00

**RE:**    **Litigation/Fraudulent Conveyance**
         **699843. 0034**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Review complaint filed by Sealed Air against Frensenius, other defendants. | Krieger, A. | 0.6 |
| 02/01/2002 | Attention to fraudulent transfer issues, including proper party plaintiffs, counsel | Pasquale, K. | 2.0 |
| 02/05/2002 | Office conference KP re fraudulent transfer litigation discussions with representatives for the asbestos committees and status conference with Judge Wolin and notes thereon (.5). | Krieger, A. | 0.5 |
| 02/05/2002 | Telephone conference P. Lockwood re fraudulent transfer prosecution issues (.6); telephone conference P. Lockwood, S. Baena re same (.8); attention to fraudulent transfer issues (.8) | Pasquale, K. | 2.2 |
| 02/07/2002 | Review KP draft memo to the Committee re fraudulent transfer litigation and office conference KP comments thereon (.6). | Krieger, A. | 0.6 |
| 02/07/2002 | Telephone conference T. Maher re fraudulent transfer issues (.2); drafted detailed memo to Committee re fraudulent transfer claims and issues (1.5) | Pasquale, K. | 1.7 |
| 02/08/2002 | Set of documents from K&E and memos to KP re same (.8); memos to and from KP re prosecution of the fraudulent transfer action (.2). | Krieger, A. | 1.0 |
| 02/08/2002 | Review of fraudulent transfer memo (.2); office conference with A. Krieger and K. Pasquale regarding same (.2). | Kruger, L. | 0.4 |
| 02/08/2002 | Revised memo re fraudulent transfer litigation | Pasquale, K. | 0.3 |
| 02/11/2002 | Review Babcock & Wilcox decision on fraudulent transfer litigation. | Krieger, A. | 1.5 |
| 02/12/2002 | Memo from and to LK re Babcock fraudulent transfer decision and preparation of a memo for the Committee (.2). | Krieger, A. | 0.2 |
| 02/12/2002 | O/c G. Malpeli re: debtors voluntary production (.3); review memo re: fraudulent conveyance (.3); review debtor's voluntary production of documents related to fraudulent transfer actions (6.5). | Sasson, M. | 7.1 |

| 02/13/2002 | Attention to documents supplied by Grace on fradulent transfer issues (1.5) | Pasquale, K. | 1.5 |
| 02/19/2002 | Review, outline debtor's voluntary production of documents related to fraudulent transfers actions. | Sasson, M. | 7.0 |
| 02/20/2002 | Telephone call LK re conference call with Judge Wolin (.2); memo to KP re Judge Wolin conference (.3); memo re Debtors' document production (.1). | Krieger, A. | 0.6 |
| 02/20/2002 | In Newark, NJ before Judge Wolin with W. Katchen, Lockwood and Bernick regarding fraudulent transfer issue; schedule for trial and issues to be presented. | Kruger, L. | 2.3 |
| 02/22/2002 | Office conference M. Sasson re fraudulent transfer litigation production (.1). | Krieger, A. | 0.1 |
| 02/25/2002 | Attended to document production materials received (.2); review proposed case management order and memo to KP re modifications and then memo to M. Browdy re modifications to order (.5). | Krieger, A. | 0.7 |
| 02/26/2002 | Extended conference with representative for Debtors, Equity Committee counsel and parties to fraudulent transfer litigation re case management order (2.2). | Krieger, A. | 2.2 |
| 02/26/2002 | Conference call with all parties to fraudulent transfer suit to negotiate CMO (2.2) | Pasquale, K. | 2.2 |
| 02/27/2002 | Review revised proposed case management order and office conferences LK and KO re same (.3). | Krieger, A. | 0.3 |
| 02/27/2002 | Attention to revised draft CMO (.3) | Pasquale, K. | 0.3 |
| 02/27/2002 | O/c K. Pasquale re: CMO, scheduling, debtors' documents. | Sasson, M. | 0.6 |

**Summary of Hours**

| | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 8.3 | $ 425 | $ 3,527.50 |
| Kruger, Lewis | 2.7 | 650 | 1,755.00 |
| Pasquale, Kenneth | 10.2 | 495 | 5,049.00 |
| Sasson, Moshe | 14.7 | 360 | 5,292.00 |

Total For Professional Services Rendered    $ 15,623.50

Total for this Matter    $ 15,623.50

**RE:     Non-Working Travel Time**
**699843. 0035**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/25/2002 | Travel attendant to court hearing (3.2) | Pasquale, K. | 3.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 3.2 | $ 495 | $ 1,584.00 |

Total For Professional Services Rendered   $ 1,584.00

**Total for this Matter**   $ 1,584.00

RE:    **Preparation for and Attendance at Hearings**
       **699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/11/2002 | Office conference with K. Pasquale to prepare for court meeting on February 20. | Kruger, L. | 0.2 |
| 02/13/2002 | Office conference/telephone call with K. Pasquale and W. Katchen regarding meeting with Wolin and other counsel on 2/20/02, and regarding preparation thereafter (.4); review of fraudulent transfer documents provided by Grace (.3); review of Babcock decision (.2). | Kruger, L. | 0.9 |
| 02/21/2002 | Prepare for 2/25/02  hearing (2.3); memo to D. Carickoff re agenda notice (.1). | Krieger, A. | 2.4 |
| 02/21/2002 | Review agenda notice for 2/25/02 hearing and office conference KP re same (1.9). | Krieger, A. | 1.9 |
| 02/22/2002 | Office conference KP re hearings before Judge Fitzgerald. (.2). | Krieger, A. | 0.2 |
| 02/22/2002 | Preparation for 2/25 hearing by reviewing pleadings of agenda items (2.5) | Pasquale, K. | 2.5 |
| 02/25/2002 | Office conference KP re hearings and memos to LK re same (.4). | Krieger, A. | 0.4 |
| 02/25/2002 | Preparation for (2.2) and attendance at court hearing (2.5) | Pasquale, K. | 4.8 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.9 | $ 425 | $ 2,082.50 |
| Kruger, Lewis | 1.1 | 650 | 715.00 |
| Pasquale, Kenneth | 7.3 | 495 | 3,613.50 |
| | | Total For Professional Services Rendered | $ 6,411.00 |
| | | **Total for this Matter** | $ 6,411.00 |

RE:     **Retention of Professionals**
        **699843. 0040**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/04/2002 | Review US Trustee's amended objection to Debtors' application for the appointment of PWC (.5); and memo to LK, KP re same (.1). | Krieger, A. | 0.6 |
| 02/07/2002 | Review PD Committee's application for retention of Hilton, and of Hilsoft, Inc. and Debtors' application for retention of Carella, Byrne and comments thereon (1.0). | Krieger, A. | 1.0 |
| 02/08/2002 | Memo to KP, LK re PD Committee's motions to retain Hilton and Hilsoft under 328(a) and objection thereto (.5); office conference LC re review needed of Bilzin Sumberg applications (.2); memo to S. Schwartz re proposed retention of Carella, Byrne firm under section 328(a) and modification of order to preserve reasonableness standard of review of compensation (.2). | Krieger, A. | 0.9 |
| 02/11/2002 | Review schedule of professional fees of experts for PD Committee and office conferences L. Cotto re same (.3); memo from and to LK re PD Committee's motions and Committee position (.4); telephone call M. Zaleski re same (.2); telephone call J. Sakalo re retention terms (.1). | Krieger, A. | 1.0 |
| 02/12/2002 | Memo from and to S. Schwartz re draft motion to retain Warren Smith as fee examiner (.1); memo to LK re same (.1); review draft motion, order along with amended administrative order and prepare memo to LK, KP re comments thereto and then memo to LK, KP and then memo to S. Schwartz re same (1.5). | Krieger, A. | 1.7 |
| 02/12/2002 | Memo to and from KP, LK re retention of experts by PD Committee (.3); telephone  call S. Sakalo re agreement to modify retentions of experts to provide for reasonableness standard review, informed of negotiated resolution of US Trustee's objection to fees of Blizin, Sumberg, other (.5); memo to S. Schwartz re agreement on modification to experts retention (.1); prepare revised form of order retaining Carella and memo to S. Schwartz., D. Carickhoff re same (.5). | Krieger, A. | 1.4 |
| 02/13/2002 | Memo from and to W. Smith, Debtors and Committee representatives re W. Smith's comments to draft motion and order and SSL comments (.5); further memos from and to W.Smith re retention pleadings | Krieger, A. | 1.3 |

(.8).

| | | | |
|---|---|---|---|
| 02/14/2002 | Review correspondence from W. Smith re modification to retention application and orders and from of affidavit and office conference RS re same and forward memo to W. Smith re proposed changes (.7); correspondence from Debtors' counsel and asbestos committee counsel re Warren Smith retention (.3); telephone calls S. Schwartz re further modifications to the retention pleadings (.3). | Krieger, A. | 1.3 |
| 02/14/2002 | Review correspondence from J. Sakalo and memo to J. Sakalo re comments to the proposed form of order retaining Hilsoft Notifications (.6); numerous other memoranda to and from J. Sakalo re proposed revised form or order (.5); review Hamilton Rabinowitz application (.3). | Krieger, A. | 1.4 |
| 02/15/2002 | Memos to and from J. Sakalo re proposed revised forms of order (.3). | Krieger, A. | 0.3 |
| 02/21/2002 | Memo to J. Sakalo re agreement on revised forms or orders for retention of professionals (.1);  review Debtors' objection to PD Committee's retentions of experts (.1). | Krieger, A. | 0.2 |
| 02/22/2002 | Review application amending Kinsella Communication employment and memo to S. Schwartz re inquiries re same (.6). | Krieger, A. | 0.6 |
| 02/26/2002 | Memo to J. Baer re information request on Debtors' motion to amended the Kinsella employment application (.2). | Krieger, A. | 0.2 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Krieger, Arlene | 11.7 | $ 425 | $ 4,972.50 |
| Krieger, Arlene | 0.2 | 423 | 85.00 |
| | | Total For Professional Services Rendered | $ 5,057.50 |

**Total for this Matter**   $ 5,057.50

RE:    **Tax/General**
       **699843. 0047**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/01/2002 | Research re: calculating net operating losses (1.0); research carryforward losses and carryback losses. (1.4). | Brandes, R. | 2.4 |
| 02/04/2002 | Reviewed Debtors' tax returns since 1991 re: taxable income, net operating loss deductions, carrybacks or carryforwards and foreign tax credits available for each year (1.2). | Brandes, R. | 1.2 |
| 02/05/2002 | Research re: calculation of net operating losses and procedure for carrying back and forward (2.1); reviewed tax returns re: net operating losses and years to which NOLs were carried back or forward (1.0). | Brandes, R. | 3.1 |
| 02/07/2002 | Research re: calculations of net operating loss deductions and specified liability losses, carrybacks and carryforwards (2.5). | Brandes, R. | 2.5 |
| 02/08/2002 | Calculated tax information for the years 1990-2000 from Debtors' tax returns (3.2). | Brandes, R. | 3.2 |
| 02/11/2002 | Meeting with Mayer Greenberg to discuss foreign tax credits and affect on net operating loss carrybacks (.6); completed chart on taxable income, net operating losses carrybacks and carryforwards and years carried to (2.2); completed research re: net operating losses carrybacks and election to forego carrybacks and impact of foreign tax credits on analysis (3.5). | Brandes, R. | 6.3 |
| 02/11/2002 | Conversation w/R. Brandes re 172 and nol calculation issues (.6); analysis re 172 issues (.7). | Greenberg, M. | 1.3 |
| 02/12/2002 | Finished calculations re: memo re: net operating loss deductions (2.0); NOL carryback and carryforward procedures (1.7). | Brandes, R. | 3.7 |
| 02/13/2002 | Completed chart of net operating loss carryovers and carrybacks (.7); completed memo re: NOL issues (.5); meeting with Mayer Greenberg and Mark Levy about results of research (1.0); phone call to Arlene Krieger (.1). | Brandes, R. | 2.3 |
| 02/13/2002 | Conversation w/R. Brandes and call w/MAL re nol and foreign tax credit issues (1.0); call w/A. Kreiger and d/w R. Brandes re same (.4). | Greenberg, M. | 1.4 |

| Date | Description | Attorney | Hours |
|------|-------------|----------|-------|
| 02/13/2002 | Conference call M. Levy, M. Greenberg re additional tax-related information from the Debtors and FTI analysis (.2). | Krieger, A. | 0.2 |
| 02/13/2002 | Meeting with M. Greenberg and R. Brandes re availability of 10-year loss carrybacks, etc. (1.0), c/c Krieger, Greenberg and Brandes (.3). | Levy, M. | 1.3 |
| 02/14/2002 | Email to Arlene Krieger re: additional information needed from Debtors (.6); meeting with Mayer Greenberg about email and corporations in bankruptcy (.3). | Brandes, R. | 0.9 |
| 02/14/2002 | Analysis re nol issues and carrybacks (1.1); review RB e-mail (.2); d/w RB re e-mail (.3). | Greenberg, M. | 1.6 |
| 02/22/2002 | Prepare correspondence to Sam Schwartz re additional tax inquiry; office conference M. Levy re documents thereto, and finalize same. (1.0). | Krieger, A. | 1.0 |
| 02/22/2002 | Review and revise Krieger letter to Sam Schwartz regarding application of loss carrybacks (.2), t/c Krieger (.1). | Levy, M. | 0.3 |
| 02/28/2002 | Memo from and to C. Whitney re conference call with Debtors to discuss state tax liabilities (.1); memo to FTI re correspondence to the Company requesting tax-loss carryforward information (.2). | Krieger, A. | 0.3 |

Summary of Hours

| | Hours | Rate | Total |
|------|-------|------|-------|
| Brandes, Ronnie H. | 25.6 | $ 185 | $ 4,736.00 |
| Greenberg, Mayer | 4.3 | 500 | 2,150.00 |
| Krieger, Arlene | 1.5 | 425 | 637.50 |
| Levy, Mark | 1.6 | 615 | 984.00 |

| | | |
|---|---|---|
| Total For Professional Services Rendered | | $ 8,507.50 |
| Total for this Matter | | $ 8,507.50 |
| Total For Professional Services Rendered | | 89,766.50 |
| Total Bill | | $ 89,766.50 |

**W.R. GRACE & CO.**
**SUMMARY OF FEES**
**THROUGH FEBRUARY 28, 2002**

| Summary of Hours | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 4.3 | 500 | 2,150.00 |
| Kruger, Lewis | 5.9 | 650 | 3,835.00 |
| Levy, Mark | 1.6 | 615 | 984.00 |
| Pasquale, Kenneth | 24.9 | 495 | 12,325.50 |
| | | | |
| **Associates** | | | |
| Brandes, Ronnie H. | 25.6 | 185 | 4,736.00 |
| Krieger, Arlene | 116.8 | 425 | 49,640.00 |
| Sasson, Moshe | 14.7 | 360 | 5,292.00 |
| Taruschio Anna | 8.2 | 245 | 2,009.00 |
| | | | |
| **Paraprofessionals** | | | |
| Cotto, Lisa | 22.0 | 150 | 3,300.00 |
| Defreitas, Vaughn | 48.2 | 100 | 4,820.00 |
| Serrette, Rosemarie | 4.5 | 150 | 675.00 |
| | | | |
| **Sub-total** | 276.7 | | $ 89,766.50 |
| | | | |
| **Less: 50% Travel** | (1.6) | | (792.00) |
| | | | |
| **Total** | 275.1 | | 88,974.50 |