STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

## DISBURSEMENT REGISTER

|  |  |
|---|---|
| Invoice Date: | March 27, 2002 |
| Invoice Number: | 257337 |

RE:   699843 W R Grace & Co

**EXPENSES INCURRED** during the period through February 28, 2002, including:

| Date | Description | Amount |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/06/2002 | Federal Express T#807279464979 COTTO to: SHELLY HOLLINGHEAD WILMINGTON,DE | 12.06 |
| 02/21/2002 | FedEx Log 1/30/02 L Cotto to S A Hollinghead | 1.45 |
| | **Outside Messenger Service Total** | **13.51** |
| **Overtime** | | |
| 02/26/2002 | Cr card calls 12/01 | 4.91 |
| | **Overtime Total** | **4.91** |
| **Meals** | | |
| 02/20/2002 | VENDOR: Petty Cash; INVOICE#: 02/11/02; DATE: 2/20/02 - 02/08/02   NY PETTY CASH  A.TARUSCHIO | 11.45 |
| | **Meals Total** | **11.45** |
| **Local Transportation** | | |
| 02/08/2002 | VENDOR: Petty Cash; INVOICE#: 01/31/02; DATE: 2/8/02 - 01/29/02   NY PETTY CASH  N.UPPAL (PROCESS SERVER) COPY COMPLAINT @ SCNY | 3.00 |
| 02/14/2002 | VENDOR: Corporate Transportation Group, Ltd.; INVOICE#: 522275; DATE: 2/8/02 - NYC Two Ways Inc L Cotto 1/29/02 180 Maiden Lane to W 34 | 19.71 |
| 02/20/2002 | VENDOR: Lewis Kruger; INVOICE#: 02/02/02A; DATE: 2/20/02 - 01/18   COURT HEARING IN NEWARK, NJ - CAB & TRAIN | 7.20 |

SSL-DOCS1 1204077v1

| | | |
|---|---|---|
| | FARE | |
| 02/20/2002 | VENDOR: Petty Cash; INVOICE#: 02/11/02; DATE: 2/20/02 - 02/08/02   NY PETTY CASH  A.TARUSCHIO | 15.00 |
| 02/27/2002 | NYC Two Ways Inc. BRANDES 02/12/02 22:07 M from 180 MAIDEN LA to 60 W 23 ST M | 19.71 |
| | **Local Transportation Total** | **64.62** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 02/01/2002 | EXTN.5431, TEL.973-424-2000, S.T.15:22, DUR.01:18 | 0.65 |
| 02/01/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:24, DUR.03:42 | 1.30 |
| 02/01/2002 | EXTN.5492, TEL.908-604-5959, S.T.14:12, DUR.11:18 | 3.89 |
| 02/01/2002 | EXTN.5492, TEL.757-575-0584, S.T.15:46, DUR.05:24 | 1.94 |
| 02/01/2002 | EXTN.5492, TEL.868-623-6479, S.T.19:06, DUR.22:30 | 63.70 |
| 02/01/2002 | EXTN.5544, TEL.302-652-4100, S.T.15:09, DUR.01:00 | 0.32 |
| 02/01/2002 | EXTN.5544, TEL.302-652-3100, S.T.16:01, DUR.00:06 | 0.32 |
| 02/01/2002 | EXTN.5544, TEL.302-652-4100, S.T.16:02, DUR.01:00 | 0.32 |
| 02/01/2002 | EXTN.6689, TEL.302-573-5015, S.T.08:51, DUR.02:18 | 0.97 |
| 02/01/2002 | EXTN.6689, TEL.208-336-1776, S.T.13:02, DUR.00:24 | 0.32 |
| 02/01/2002 | EXTN.6689, TEL.202-244-8744, S.T.13:03, DUR.00:06 | 0.32 |
| 02/01/2002 | EXTN.6689, TEL.208-336-1776, S.T.13:04, DUR.00:12 | 0.32 |
| 02/01/2002 | EXTN.6689, TEL.801-557-4350, S.T.13:05, DUR.00:30 | 0.32 |
| 02/05/2002 | EXTN.5562, TEL.202-862-5065, S.T.10:19, DUR.00:42 | 0.32 |
| 02/05/2002 | EXTN.5562, TEL.305-374-7580, S.T.16:30, DUR.53:36 | 17.50 |
| 02/05/2002 | EXTN.5562, TEL.202-862-5065, S.T.16:31, DUR.52:12 | 17.17 |
| 02/05/2002 | EXTN.5562, TEL.312-861-2460, S.T.17:25, DUR.02:06 | 0.97 |
| 02/11/2002 | EXTN.3544, TEL.312-861-2162, S.T.11:39, DUR.00:24 | 0.32 |
| 02/11/2002 | EXTN.3544, TEL.305-374-7580, S.T.16:10, DUR.02:00 | 0.65 |
| 02/11/2002 | EXTN.5544, TEL..302-426-1900, S.T.16:03, DUR.05:06 | 1.94 |
| 02/12/2002 | EXTN.5544, TEL.305-375-6156, S.T.10:08, DUR.17:06 | 5.83 |
| 02/13/2002 | EXTN.5003, TEL.201-596-4040, S.T.16:55, DUR.01:24 | 0.65 |
| 02/13/2002 | EXTN.5003, TEL.201-556-4040, S.T.16:57, DUR.01:12 | 0.65 |

| Date | Description | Amount |
|---|---|---|
| 02/14/2002 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 4631290; DATE: 1/16/02 - L Kruger | 66.54 |
| 02/14/2002 | EXTN.3544, TEL.312-861-3103, S.T.18:10, DUR.01:18 | 0.65 |
| 02/14/2002 | EXTN.3544, TEL.312-861-3103, S.T.18:29, DUR.04:54 | 1.62 |
| 02/14/2002 | EXTN.5544, TEL.312-861-3103, S.T.10:32, DUR.31:48 | 10.37 |
| 02/14/2002 | EXTN.5544, TEL.201-556-4040, S.T.11:09, DUR.02:36 | 0.97 |
| 02/19/2002 | EXTN.5492, TEL.201-556-4021, S.T.10:12, DUR.05:00 | 1.62 |
| 02/19/2002 | EXTN.5544, TEL.973-424-2000, S.T.13:47, DUR.01:12 | 0.65 |
| 02/19/2002 | EXTN.5885, TEL.414-352-2400, S.T.11:02, DUR.01:06 | 0.65 |
| 02/19/2002 | EXTN.6689, TEL.201-556-4021, S.T.10:04, DUR.03:12 | 1.30 |
| 02/19/2002 | EXTN.6689, TEL.201-843-4900, S.T.11:07, DUR.00:12 | 0.32 |
| 02/21/2002 | EXTN.5760, TEL.973-424-2000, S.T.11:27, DUR.00:36 | 0.32 |
| 02/22/2002 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 4678572; DATE: 2/1/02 - 800 Meet Me - L. Kruger | 66.93 |
| 02/25/2002 | EXTN.3760, TEL.973-424-2000, S.T.15:49, DUR.00:42 | 0.32 |
| 02/26/2002 | EXTN.3760, TEL.973-424-2000, S.T.12:23, DUR.01:12 | 0.65 |
| **Long Distance Telephone Total** | | **273.60** |

**Duplicating Costs-in House**

| Date | Amount |
|---|---|
| 02/01/2002 | 15.00 |
| 02/04/2002 | 5.10 |
| 02/05/2002 | 1.80 |
| 02/05/2002 | 0.40 |
| 02/06/2002 | 25.40 |
| 02/11/2002 | 5.80 |
| 02/11/2002 | 1.80 |
| 02/14/2002 | 4.10 |
| 02/15/2002 | 0.40 |
| 02/19/2002 | 0.50 |
| 02/19/2002 | 0.20 |

| Date | Description | Amount |
|---|---|---|
| 02/20/2002 | | 1.80 |
| 02/20/2002 | | 2.80 |
| 02/21/2002 | | 4.50 |
| 02/21/2002 | | 1.10 |
| 02/22/2002 | | 1.70 |
| 02/22/2002 | | 5.30 |
| 02/22/2002 | | 3.00 |
| 02/22/2002 | | 2.70 |
| 02/25/2002 | | 34.40 |
| 02/25/2002 | | 0.50 |
| 02/25/2002 | | 10.50 |
| 02/25/2002 | | 0.30 |
| 02/27/2002 | | 1.20 |
| **Duplicating Costs-in House Total** | | **130.30** |

**Duplicating Costs-Outside**

| Date | Description | Amount |
|---|---|---|
| 02/08/2002 | VENDOR: Petty Cash; INVOICE#: 01/31/02; DATE: 2/8/02 - 01/29/02   NY PETTY CASH   N.UPPAL  (PROCESS SERVER) COPY COMPLAINT @ SCNY | 5.25 |
| **Duplicating Costs-Outside Total** | | **5.25** |

**Process Service & Calendar Watch**

| Date | Description | Amount |
|---|---|---|
| 02/19/2002 | 1/29 Copy @ SCNY. | 20.00 |
| **Process Service & Calendar Watch Total** | | **20.00** |

**Miscellaneous**

| Date | Description | Amount |
|---|---|---|
| 02/27/2002 | VENDOR: Andrew Publications; INVOICE#: 00089253; DATE: 2/21/02  -  Estimating Future Claims | 115.00 |
| **Miscellaneous Total** | | **115.00** |

**O/S Information Services**

| Date | Description | Amount |
|---|---|---|
| 02/26/2002 | VENDOR: Thomson Financial Investment Banking/Cap; INVOICE#: 123236; DATE: 1/31/02 - 1/16/02 | 271.29 |
| **O/S Information Services Total** | | **271.29** |

**Facsimile Charges**

| Date | Description | Amount |
|---|---|---|
| 02/21/2002 | FAX # 954-929-8200 | 3.00 |
| 02/21/2002 | FAX # 954-437-1385 | 3.00 |

| | | |
|---|---|---:|
| **Facsimile Charges Total** | | 6.00 |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 02/14/2002 | VENDOR: Petty Cash; INVOICE#: 02/06/02; DATE: 2/14/02 - 01/29/02  NY PETTY CASH  A.KRIEGER | 20.00 |
| 02/15/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 020102; DATE: 2/1/02 - Visa charge Non-refundable agent fee L Kruger Canceled ticket 1/2/02 Pittsburgh | 25.00 |
| 02/15/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 020102; DATE: 2/1/02 - Visa charge I kRUGER 1/29/02 Penn Station to Wilmington | 219.00 |
| 02/15/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 020102; DATE: 2/1/02 - Visa charge A Krieger 1/29/02 Penn Station to Wilmington | 219.00 |
| 02/26/2002 | VENDOR: American Express; INVOICE#: 121901A; DATE: 12/19/01 - amex lawyers trav K Pasquale EWR PIT EWR 12/19 | 766.00 |
| 02/27/2002 | VENDOR: American Express; INVOICE#: 19737; DATE: 11/20/01 - lawyers trav fee K Pasquale 11/20 | 42.00 |
| 02/27/2002 | VENDOR: American Express; INVOICE#: 19726; DATE: 11/16/01 - Lawyer's Transaction Fee - R. Raskin - 11/16/01 | 42.00 |
| 02/28/2002 | VENDOR: American Express; INVOICE#: 19861; DATE: 12/19/01 - lawyers trav fee  K Pasquale 12/19 | 42.00 |
| **Travel Expenses - Transportation Total** | | **1,375.00** |

**Westlaw**

| | | |
|---|---|---:|
| 02/06/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 45.40 |
| 02/08/2002 | ; Duration 0:03:48; By TARUSCHIO ANNA | 27.66 |
| 02/12/2002 | ; Duration 0:00:50; By BRANDES RONNIE H. | 4.08 |
| **Westlaw Total** | | **77.14** |

Total Disbursements/Charges  **2,368.07**