UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| W.R. Grace & Co., <u>et al.</u>, ) | **Case No. 01-01139 (JKF)** |
| ) | |
| ) | **Jointly Administered** |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached **Eleventh Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2002 Through February 28, 2002**, was made upon the Notice Parties identified in the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (Docket No. 1949), via first class mail, postage prepaid, with hand delivery to those parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 22, 2002

Ralph N. Sianni

DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
Email:       rnsianni@duanemorris.com

WLM\159297.1