W.R. Grace Professionals Service List
Case No. 01-1139
Doc. #37739.2
07 – Hand Delivery
19 – Overnight Delivery
02 – Express Mail


(Counsel to Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Counsel to the Official Committee of
Asbestos Personal Injury Claimants)
Matthew G. Zaleski, III
Campbell & Levine, LLC
1201 N. Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Special Asbestos Product Liability Defense
Counsel to Debtors )
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Official Committee of Property
Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Express Mail*
(Special Litigation Counsel to Debtors)
Anthony J. Marchetta, Esquire
Scott A. Zuber, Esquire
Pitney, Hardin, Kipp & Szuch LLP
P.O. Box 1945
Morristown, NJ  07962-1945

*Express Mail*
(Special Counsel to Debtors)
Bernard F. Hawkins, Jr., Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough, L.L.P.
P.O. Box 11070
Columbia, SC 29211

*Overnight Delivery*
(Counsel to Debtors)
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Overnight Delivery*
(Financial Advisor to Debtors)
Pamela D. Zilly
The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154

*Overnight Delivery*
(Public Relations Consultant)
Thomas M. Daly
Kekst and Company, Inc.
437 Madison Avenue
New York, NY 10022-7001

*Overnight Delivery*
(Special Corporate Counsel to Debtors)
Harold S. Novikoff, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

*Overnight Delivery*
(Special Counsel to Debtors)
Elizabeth K. Flaagan, Esquire
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

*Overnight Delivery*
(Special Litigation Counsel to Debtors)
Robert A. Murphy, Esquire
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

*Overnight Delivery*
(Special Litigation and Environmental Counsel to Debtors)
Christopher H. Marraro, Esquire
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street N.W.
Washington, DC 20007

*Overnight Delivery*
(Accountant and Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants)
Loreto T. Tersigni
L. Tersigni Consulting P.C.
2001 West Main Street, Suite 220
Stamford, CT 06902

*Overnight Delivery*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022-4614

*Overnight Delivery*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

*Overnight Delivery*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Overnight Delivery*
(Counsel to Official Committee of Equity Holders)
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*Overnight Delivery*
(Financial Advisors to Official Committee of Unsecured Creditors)
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
SaddleBrook, NJ 07663

*Overnight Delivery*
(Financial Advisor for the Official Committee of Asbestos Property Damage Claimants)
Michael F. Gries
Conway, Del Genio, Gries & Co., LLC)
Olympic Tower
645 Fifth Avenue
New York, NY 10022

*Overnight Delivery*
(Special Tax Counsel)
Anne E. Moran
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*Overnight Delivery*
(Independent Accountants and Auditors)
Philip N. Seamon
PricewaterhouseCoopers LLP
Two Commerce Square, Suite 1700
2001 Market Street
Philadelphia, PA 19103-7042

*Overnight Delivery*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Overnight Delivery*
(Special Counsel to Debtors)
John M. Agnello
Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein
6 Becker Farm Road
Roseland, NJ 07068

*Overnight Delivery*
(Consultant to Debtors)
Katherine Kinsella
Kinsella Communications, Ltd.
1920 L Street NW
Suite 700
Washington, DC 20036