# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |

**Objection Deadline: May 31, 2002 at 4:00 a.m.**
**Hearing Date: June 18, 2002 at 1:00 p.m.**

## MOTION OF UNION TANK CAR COMPANY FOR AN ORDER TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE

Union Tank Car Company ("Union Tank") moves this Court for an order compelling the Debtors to assume or reject a certain unexpired Car Service Agreement dated March 9, 1977, (hereinafter referred to as the "Lease") between the Debtor and Union Tank.

### I. INTRODUCTION

1. Union Tank seeks an order of this Court compelling assumption or rejection of the Lease and payment of all post-petition rental payments thereunder to Union Tank.

2. The Debtors are currently leasing 87 railway tank cars subject to the Lease in the operation of their business.

### II. SUMMARY OF FACTS

3. Pre-petition, the Debtor leased various railway tank cars from the Lessor. A copy of the Lease and its Addendum No. 1 is attached as Exhibit A. The individual railway tank cars leased are identified by individual riders, copies of which are not attached but are available from counsel for Union Tank.

4. On April 2, 2001, the Debtors, including the Lessor, filed a voluntary petition under Chapter 11 of the Bankruptcy Code and Orders for Relief were entered on that date.

11789v1

5. Union Tank is informed and believes that the Debtors are using the railway tank cars in the operation of its business.

### III. ARGUMENT

6. The Court may set a certain time to assume or reject leases. 11 U.S.C. §365(d)(10) provides in relevant part:

> In a case under Chapter ... 11, ... of the title, the trustee may assume or reject an executory contract or unexpired Lease of ...personal property of the debtor at anytime before the confirmation of a plan but the court, on request of any party to such contract or Lease, may order the trustee to determine within a specified period of time whether to assume or reject contract or Lease.

7. What constitutes "reasonable time" within which to affirm or reject a Lease under 11 U.S.C. § 365(d)(2) is left to the Bankruptcy Court's discretion in light of all circumstances of the case. *In re Monroe Well Services, Inc.* 83 B.R. 317 (Bankr. E.D. Penn 1988);. *In re York Deli, Ltd.* 41 B.R. 198 (Bankr. D.Ha. 1984).

8. 11 U.S.C. § 362(d)(10) provides in relevant part:

> [t]he trustee shall perform all of the obligations of the debtor, except those specified in section 365(b)(2), first arising from or after 60 days after the order for relief in a case under chapter 11 of this title under the unexpired Leases of personal property..., until such Leases are assumed or rejected notwithstanding section 503(b)(1) of this title, unless the court, after notice and a hearing and based on the equities of the case, orders otherwise with respect to the obligations or timely performance thereof.

9. Union Tank believes that this Court should compel the Debtor to make a decision to assume or reject the Lease within 30 days of the date of the hearing on this motion or such requisite amount of time that the Court deems proper. The case has been pending for over a year

and Union Tank needs a determination of the assumption issue in order to plan the further operation of its business.

10. Under § 365(d)(10) of the Bankruptcy Code, the Debtor is required to pay the contractually agreed upon lease payments which become due after the sixty (60) day period, and to abide by all other requirements set forth under the Lease, including the return of the leased railway tank cars in a clean and empty condition, following the entry of an Order for Relief until the lease is rejected.

WHEREFORE, Union Tank Car Company requests the entry of an order compelling the Debtors to assume or reject the Lease within 30 days of the date of the hearing of this motion, or such time that the Court deems proper, and for such other and further relief this Court deems just.

WALSH MONZACK AND MONACO, P.A.

*/s/ Rachel B. Mersky*

Rachel B. Mersky (No. 2049)
1201 Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-4719
Telecopier: (302) 656-2769

and

Deborah H. Thorne
Lauren Newman
FagelHaber, LLC
55 East Monroe Street
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

DATED: April 25, 2002     Counsel for Union Tank Car Company

Doc. Id #253409_1

11789v1

3