# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |

Objection Deadline: May 31, 2002 at 4:00 a.m.
Hearing Date: June 18, 2002 at 1:00 p.m.

## NOTICE OF MOTION OF UNION TANK CAR COMPANY FOR AN ORDER TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE

TO: Counsel for the Debtors      All Parties Requesting Service
Office of the United States Trustee    Pursuant to Bankruptcy Rule 2002

Union Tank Care Company ("Union Tank") has filed its **Motion of Union Tank Care Company for an Order to Compel Assumption or Rejection of Unexpired Lease** on April 25, 2002.

You are required to file a response to the attached motion on or before May 31, 2002 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon the following:

Rachel B. Mersky, Esquire      Deborah H. Thorne, Esquire
Walsh Monzack and Monaco, P.A.  FagelHaber, LLC
1201 Orange Street, Suite 400     55 East Monroe Street
Wilmington, DE 19801          Chicago, IL 60603

A HEARING ON THE MOTION WILL BE HELD ON June 18, 2002 at 1:00 p.m. ONLY IF OBJECTIONS ARE FILED AND RECEIVED ON OR BEFORE May 31, 2002 at 4:00 p.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 25, 2002         WALSH MONZACK AND MONACO, P.A.

                                        Rachel B. Mersky    (No. 2049)
                                        1201 N. Orange Street, Suite 400
                                        Wilmington, DE 19801
                                        Telephone:   (302) 656-8162
                                        Telecopier:   (302) 656-2769

                                          Counsel for Union Tank Car Company

11793v1