## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served via hand delivery and/or first-class mail on April 25, 2002 to the following Service List.

_____
Rachel B. Mersky    (No. 2049)

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North market Street
P.O. Box 8705
Wilmington, DE 19899-8705

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Ave., Ste. 900
P.O. Box 25130
Wilmington, DE 19899

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, PA
824 Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Ave.
Suite 800
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Room 2313, Lockbox 35
Wilmington, DE 19801

Curtis Crowther, Esquire
White and Wlliams LLP
824 N. Market Street, Ste. 902
P.O. Box 709
Wilmington, DE 19801

Aaron A. Garber, Esquire
Pepper Hamilton, LLP
1201 N. Market Street
Suite 1600
Wilmington, DE 19899-1709

Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spardo & Landon
824 N. Market Street
Wilmington, DE 19899-8989

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA 90067-4100

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Bruce E. Jameson, Esquire
Prickett, Jones & Elliot
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Mary M. Maloney Huss
Wolf Block Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste. 1410
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Thomas G. Whalen, Esquire
Stevens & Lee, PC
300 Delaware Ave., Ste 800
Wilmington, DE 19801

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
200 King Street West
Toronto, Ontario
Canada M5H 3T4

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street P.O. Box 1347
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz, LLP
120 Market Street, 10th Floor
Wilmington, DE 19899

Mark S, Chehi
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Laurie Selber Silverstein, Esquire
Monica Leigh Lofton, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Selinda A. Melnik, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

John D. Demmy, Esquire
Stevens & Lee, PC
300 Delaware Ave.
8th Floor, Ste. 800
Wilmington, DE 19801

William D. Sullivan, Esquire
Eluzon Austin Reardon Tarlov & Mondell
300 Delaware Ave., Ste. 1700
P.O. Box 1630
Wilmington, DE 19899

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste. 1410
P.O. Box 1397
Wilmington, DE 19899-1397

David B. Siegel
WR Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Ave., 27th Floor<br>New York, NY 10022 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price &<br>Axelrod<br>200 Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 |
| Phillip Bently, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Ave.<br>New York, NY 10022-3852 | D. J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036 | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606 |
| Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson &<br>Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 |
| District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 | Michael A. Berman, Esquire<br>Securities & Exchange Commission<br>450 Fifth Street, NW (Mail stop 6-6)<br>Washington, DC 20549 | Secretary of the Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | James D. Freeman, Esquire<br>US Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945 North Tower<br>Denver, CO 80202 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan &<br>McGarvey PC<br>745 South Main Street<br>Kalispel, MT 59901 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street<br>Suite 4300<br>Houston, TX 77002-5012 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 |
| Ira S. Green, Esquire<br>Squadron, Ellendorf, Plesent & Sheinfeld<br>551 Fifth Ave.<br>New York, NY 10176 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher, LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| Charlotte Klenke, Esquire<br>Schneider national, Inc<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K. Street, NW<br>Washington, DC 20005-4026 |
| Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>345 Park Ave.<br>New York, NY 10154 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson &<br>Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson &<br>Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman LLP<br>2711 North Haskell Ave, 5th Floor<br>Dallas, TX 75204 |

Bankruptcy Administration
IOS Capital Inc.
1738 Brass Road
P.O. Box 13708
Macon, GA 31208-3708

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan Hyden Womble & Culbreth, PC
500 N. Shoreline Blvd., Ste. 900
Corpus Christi, TX 78471

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Keavin D. McDonald
Wilshire Scott & Dyer, PC
1221 McKinney, Suite 3000
Houston, TX 77010

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Michael J. Urbis
Jordan Hyden Womble & Culbreth PC
2390 Central Blvd.
Suite G
Brownsville, TX 78520

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Jonathan W. Young
Wildman Harold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Blvd., Ste. 400
Arlington, VA 22209

Alan Kolod, Esquire
Moses & inger LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
William Bailey Law Firm LLP
8441 Gulf Freeway, Ste. 600
Houston, TX 77017

Delata Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

R. Scott Williams
PMG Corp
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Russell W. Budd
Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Ave.
P.O. Box 8705
Dallas, TX 75219

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Mr. Thomas Moskie
Bankers Trust Co.
Four Albany Street
Fourth Floor
New York, NY 10006

Paul M. Baisier, Esquire
Seyfarth Shaw
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Bernice Conn, Esquire
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Ave.
Suite 5000
Seattle, WA 98104-7078

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Paul M. Matheny
The Law Offices of Peter G. Angelos, PC
5905 Hartford Road
Baltimore, MD 21214

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Harry Lee, Esquire
Stepoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Paul G. Sumers, Esquire
TN Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

Robert Jacobs, Esquire
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assitant
County Solicitor
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

James P. Ruggeri
Scott A. Shail
Hogan & Harton, LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109

Jospeh T. Kremer, Esquire
Lipsiptz Green Fahringer Roll Salisbury & Cambria LLP
42 Delaware Ave., Suite 300
Buffalo, NY 14202

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Damon J. Chargois, Esquire
Foster & Sear LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, NY 10022

State Library of Ohio
C/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, 2nd Floor
Columbus, OH 43215

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH 43085-2323

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Russel W. Savory
Gotten Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Steven R. Bourne, Esquire
Nutter McClennen & Fish LLP
One International Place
Boston, MA 02110-2699

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Thomas J. Noonan, Jr.
C/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Blvd, MS 35
Tallahassee, FL 32399-3000

Rosa Dominy
Bankruptcy Administration
IOS Capital Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Ave.
P.O. Box 539
Westmont, NJ 08108

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill LLP
100 North Tryon Street, Suite 4000
Charlotte, NC 28202-4010

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

Robert Cimino, Esquire
Attn: Diane Leonardo Beckmann, Asst.
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY 10178

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

Mary E. Wurts
P.O. Box #27
Capache Junct, AZ 85217

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister &
Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183

Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA 02109

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

Thomas M. Sobol, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110-1216

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward
H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

William F. Taylor, Jr., Esquire
Eluzfon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE 19899

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Thomas J. Matz, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

Judith Greenspan, Esquire
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ 85004

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

James G. Damon, Esquire
Daniel S. Miller, Esquire
Voss, Cook & Thel LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660-2998

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA 19102-1799

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884

Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167

Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL 33301

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Linebarger Heard Goggan Blair
(Counsel for County Of Dallas)
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Elizabeth Weller
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer, Rebmann Maxwell & Hippel,
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Margaret A. Holland
Deputy Attorney General
Divisoin of Law
R.J. Hughes JusticeComplex
P.O.Box 106
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

James G. Damon, Esquire
Daniel S. Miller, Esquire
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660-2988

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

Christopher R. Momjian
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Sheri Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

John K. Fiorilla, Esquire
Watson, Stevens, Fiorilla & Rutter LLP
390 George Street
P.O. Box 1185
New Brunswick, NJ 08903

Douglas Gordon
Linebarger, Goggan, Blair, Pena & Sampson, LLP
P.O. Box 460
Knoxville, TN 37901-0460

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Ann Beindiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Weedsport Associates, LLC)
Stephen A. Donato, Esquire
Hancock & Estabrook, LLP
1400 MONY Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034