# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ( |
| | ( |
| W.R. GRACE & CO. *et al.* | ( Bankruptcy No. 01-1139 |
| | ( |
| | ( |
| Debtor(s) | ( Chapter 11 |
| | ( Related to Dkt. #1665 |
| | ( Debtors' Revised Motion as to All Non- |
| | ( Asbestos Claims, Asbestos Property Damage |
| | ( and ZAI Claims for Entry of Case Manage- |
| | ( ment Order, Establishment of Bar Date, |
| | ( Approval of the Proof of Claim Forms and |
| | ( of the Notice Program |
| | ( |

## ORDER REQUIRING COUNSEL FOR DEBTOR TO SUBMIT
## COPIES OF PROOFS OF CLAIM FILED BY DEBTOR

AND NOW, this 23rd day of **April, 2002**, it is **ORDERED** that on or before **April 29, 2002**, counsel for Debtor shall submit to Chambers in Pittsburgh, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, 15219, copies of the proofs of claim Debtor filed on behalf of certain purported representative plaintiffs.

It is **FURTHER ORDERED** that counsel for Debtor shall provide the Court with a copy of the transcript of the April 22, 2002, hearing.

It is **FURTHER ORDERED** serve a copy of this order on all counsel who appeared,

1

either in person or telephonically, at the hearing in Pittsburgh on April 22, 2002.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

cc: David Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David W. Carickhoff, Jr
Pachulski Stang Ziehl Young & Jones
919 N. Market St., 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER ON ALL PARTIES IN INTEREST AND FILE PROOF OF SERVICE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TEN (10) DAYS HEREOF.**