*Re agenda*
*4(a)*
*1902*

# IN THE UNITED STATES BANKRUPTCY COURT

**Bench Filed**

## FOR THE DISTRICT OF DELAWARE

on *4/22/02*

In re:                                    )     Chapter 11
                                          )
W. R. GRACE & CO., *et al.*,              )     Case No. 01-1139 (JJF)
                                          )
                    Debtors.              )     Jointly Administered

## **ORDER**

Upon consideration of the Motion of the Official Committee of Asbestos Personal Injury Claimants to Correct the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred J. Wolin, D. N.J. (the "Motion") and the United States Trustee's Statement in Support of, and Requesting Supplementation of, Motion of the Official Committee of Asbestos Personal Injury Claimants to Correct the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred J. Wolin, D. N.J (the "Statement"; and notice of the Motion and Statement having been sufficient and proper under the circumstances; and the Court having found that certain clerical mistakes created errors arising from oversight or omission; it is hereby:

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred J. Wolin, D. N.J. [D.I. # 1813] (the "Transfer Order") is hereby modified, to add Docket Numbers 586, 587, 595, 903, 1308, and 1388 as relevant to the transferred matters; and it is further

{D0002139-1}

ORDERED, that the Transfer Order is hereby corrected so that Docket Numbers 671,

672, and 674 are substituted for Docket Numbers 620, 621, and 623.


_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: Wilmington, Delaware
      April 22, 2002


MOVANT SHALL IMMEDIATELY
SERVE A COPY OF THIS ORDER
ON ALL PARTIES IN INTEREST
AND FILE PROOF OF SERVICE
WITH THE CLERK OF THE
BANKRUPTCY COURT WITHIN
TEN (10) DAYS HEREOF