IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | * |
| W. R. GRACE & CO., | * |
| | * Case No. 01-01139 JKF |
| | * Chapter 11 |
| Debtor(s). | * |
| ------------------------------------------- | * |
| Edythe Kellogg, | * |
| | * |
| Movant, | * |
| | * |
| v. | * |
| | * |
| W. R. Grace & Co., | * |
| | * |
| Respondent. | * |

**MOTION FOR RECONSIDERATION**

Petitioner, Edythe Kellogg, by her attorney, Patrick Scanlon, moves for Reconsideration of Petitioner's Motion to Annul the Automatic Stay as follows:

1. Petitioner agrees as a condition to obtaining relief from the Automatic Stay to waive the first $250,000 of recovery for her personal injury accident in the lawsuit filed against W. R. Grace & Co.

2. By waiving the first $250,000 of recovery, W. R. Grace & Co. will not be required to pay any retention amount to its insurance carrier.

3. Given the fact that Edythe Kellogg is 82 years old, delaying her claim to the end of W. R. Grace & Co.'s bankruptcy would, in most probability, deny her any recovery during her lifetime

and allowing the action to proceed only against the insurance coverage is no detriment to the bankruptcy estate.

**WHEREFORE**, Petitioner prays that this Honorable Court grant her Order to Annul the Automatic Stay.

BARROS, MCNAMARA, SCANLON,<br>
MALKIEWICZ & TAYLOR, P.A.<br>
BY: _____<br>
PATRICK SCANLON<br>
Bar I.D. #12<br>
Attorneys for Edythe Kellogg<br>
2 W. Loockerman Street<br>
P.O. Box 1298<br>
Dover, Delaware 19903

DATED: 4-25-02