IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

IN RE:                                          *
                                                *
W. R. GRACE & CO.,                              *
                                                *    Case No. 01-01139 JKF
                                                *    Chapter 11
                          Debtor(s).            *
---------------------------------------------------  *
Edythe Kellogg,                                 *
                                                *
                          Movant,               *
                                                *
        v.                                      *
                                                *
W. R. Grace & Co.,                              *
                                                *
                          Respondent.           *

**ORDER**

In consideration of the waiver by Petitioner, Edythe Kellogg of payment of the first $250,000

of any award in the pending litigation, relief from the Automatic Stay is hereby granted this ___ day

of _____, A.D., 2002, in allowing Edythe Kellogg to proceed with the pending lawsuit in

California against the driver of the vehicle and W. R. Grace limiting, however, her recovery to the

insurance proceeds available after first deducting the first $250,000 of any such award or settlement.


                                    _____
                                    Judith Fitzgerald, U. S. Bankruptcy Judge