IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JJF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify that on April 26, 2002, I caused a copy of the **Order Granting the Official Committee of Asbestos Claimants' Motion to Correct the Court's Order Transferring Certain Personal Injury Asbestos Claim Matters to The Honorable Alfred J. Wolin, D. N.J. (D.I. 1902)** and the **Order Granting the Official Committee of Asbestos Personal Injury Claimants' Motion to Shorten Notice (D.I. 1903)** to be served upon the 2002 service list.

                                                  CAMPBELL & LEVINE, LLC

                                                  /s/ Matthew G. Zaleski, III
                                                  Matthew G. Zaleski, III (No. 3557)
                                                  Mark T. Hurford (No. 3299)
                                                  1201 N. Market Street, 15th Floor
                                                  Wilmington, DE 19801
                                                  (302) 426-1900

                                                  Counsel for the Official Committee
                                                  Of Asbestos Personal Injury Claimants

Dated:   April 26, 2002

{D0002251:1 }