IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: May 20, 2002 @ 4 p.m.** |

**SECOND MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD NOVEMBER 1, 2001 THROUGH JANUARY 31, 2002**

Name of Applicant: Legal Analysis Systems, Inc.

Authorized to Provide Professional Services to: The Official Committee of Asbestos Personal Injury Claimants

Date of retention: June 13, 2001, *nunc pro tunc* to April 12, 2001

Period for which compensation and reimbursement is sought: November 1, 2001 through January 31, 2002

Amount of compensation sought as actual, reasonable and necessary: $9,419.50

Amount of expense reimbursement sought as actual, reasonable and necessary: $00.00

This is a: ____**X**___monthly ____ ___ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | Pending | Pending |

{D0002244:1 }

| 4/29/02 | September, 2001 | $8,578.00 | $00.00 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD NOVEMBER 1, 2001 TO JANUARY 31, 2002

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 12.50 | $500.00 | $6,250.00 |
| Dan Relles, Statistician, 28+ years | 6.60 | $330.00 | $2,178.00 |
| Patricia Ebener, Senior Researcher, 25+ years | 3.90 | $240.00 | $936.00 |
| Marygail Brauner, Senior Researcher, 12 years | 0.30 | $185.00 | $55.50 |
| **Total** | **23.30** | **$404.27** | **$9,419.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/01/01 through 01/31/02 | Total Fees for the Period 09/01/01 through 09/30/01 |
|---|---|---|
| Committee Matters | 1.0 | $500.00 |
| Data Analysis | 4.80 | $1,318.00 |
| Case Administration | 2.00 | $1000.00 |
| Asbestos: Claims Analysis & Valuations | 12.90 | $5,301.50 |
| Non-Working Travel Time | 2.60 | $1,300.00 |
| **Grand totals** | **23.30** | **$9,419.50** |

{D0002244:1 }

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period November 1, 2001 through January 31, 2002 |
|---|---|---|
| No expenses incurred during this billing period. | | $00.00 |
| **Total:** | | **$00.00** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for
the Official Committee of Asbestos Personal
Injury Claimants

Dated: April 29, 2002