```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 1

W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
11/12/01   Peterson / Review motions, rulings, plan documents    1.0     500.00
#6101      Telephone Lockwood re: bar date issues              500.00

11/12/01   Peterson / Review motions, rulings, plan documents    1.0     500.00
#6102      Review Rourke affidavit; examine data and issues    500.00

12/18/01   Peterson / Meetings with other creditors and experts  1.0     500.00
#6103      Review files; draft letter to Bernick               500.00

12/27/01   Peterson / Claims resolution procedures/facilities    0.1      50.00
#6104      telephone Relles re: results of data integration    500.00

12/27/01   Relles   / Claims resolution procedures/facilities    0.4     132.00
#6201      integrate data from nine defendants per Inselbuch   330.00
           request; telephone Peterson re: results

12/28/01   Peterson / Claims resolution procedures/facilities    0.1      50.00
#6105      telephone Relles re: trends in payment ratios       500.00

12/28/01   Relles   / Claims resolution procedures/facilities    0.2      66.00
#6202      add to list of defendants for whom Meso vs          330.00
           nonmalignant payment comparisons can be made;
           telephone Peterson re: trends in payment ratios

01/06/02   Peterson / Claims resolution procedures/facilities    0.2     100.00
#6106      telephone Relles (several) re: review summaries     500.00

01/06/02   Peterson / Claims resolution procedures/facilities    0.2     100.00
#6107      telephone Relles (several) re: review analysis      500.00
           methods and projections

01/06/02   Relles   / Claims resolution procedures/facilities    0.5     165.00
#6203      produce various summaries of results for nine       330.00
           defendants; telephone Peterson (several) re:
           reviewing and revising summaries

01/06/02   Relles   / Claims resolution procedures/facilities    0.2      66.00
#6204      telephone Peterson (several) re: review analysis    330.00
           methods and results, review projections

01/07/02   Ebener   / Estimation methods: review/plan            0.2      48.00
#6401      Meet with Peterson re: survey of verdicts; telephone 240.00
           Relles
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 01/07/02  Peterson / Estimation methods: review/plan         0.1      50.00
 #6108     Meet with Ebener re: survey of verdicts; telephone 500.00
           Relles

 01/07/02  Peterson / Estimation methods: review/plan         0.1      50.00
 #6109     telephone Relles re: coding up Mealey's, plaintiff 500.00
           attorney lists

 01/07/02  Relles   / Claims resolution procedures/facilities 0.3      99.00
 #6205     develop data files that will disaggregate payments 330.00
           by state, for three clients

 01/08/02  Relles   / Claims resolution procedures/facilities 0.1      33.00
 #6206     develop basic summaries for Peterson telephone call 330.00

 01/08/02  Relles   / Claims resolution procedures/facilities 0.2      66.00
 #6207     develop disaggregate payments by state for an      330.00
           additional four clients

 01/08/02  Relles   / Claims resolution procedures/facilities 0.1      33.00
 #6208     create summaries to show how payment levels vary by 330.00
           state, client, and time period

 01/08/02  Relles   / Claims resolution procedures/facilities 0.4     132.00
 #6209     develop data files that will disaggregate payments 330.00
           by state, for five clients

 01/09/02  Peterson / Claims resolution procedures/facilities 0.1      50.00
 #6110     telephone Relles re: review results                500.00

 01/09/02  Relles   / Claims resolution procedures/facilities 0.4     132.00
 #6210     develop additional summaries for Peterson phone    330.00
           call; telephone Peterson re: final results

 01/13/02  Peterson / Travel                                  1.3     650.00
 #6111     Travel to Palm Beach                               500.00

 01/13/02  Peterson / Claims resolution procedures/facilities 0.4     200.00
 #6112     Review analyses; prepare for meeting               500.00

 01/14/02  Peterson / Claims resolution procedures/facilities 0.5     250.00
 #6113     Review analyses; prepare for meeting               500.00

 01/14/02  Peterson / Claims resolution procedures/facilities 0.6     300.00
 #6114     Meeting with plaintiffs lawyers; discussion and    500.00
           analysis of TDP
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                        Page 3

                       W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 01/14/02  Peterson / Claims resolution procedures/facilities      0.1     50.00
 #6115     telephone Relles re: estimating percent cancer over   500.00
           recent years

 01/14/02  Relles   / Claims resolution procedures/facilities      0.1     33.00
 #6211     review records on old simulation runs and             330.00
           capabilities; produce documentation

 01/14/02  Relles   / Claims resolution procedures/facilities      0.1     33.00
 #6212     telephone Peterson re: estimating percent cancer      330.00
           over recent years; obtain estimates

 01/15/02  Ebener   / Estimation methods: review/plan              0.3     72.00
 #6402     Review documents on verdicts; work on coding process  240.00

 01/15/02  Peterson / Claims resolution procedures/facilities      0.6    300.00
 #6116     Meeting with plaintiffs lawyers; discussion and       500.00
           analysis of TDP

 01/15/02  Peterson / Travel                                       1.3    650.00
 #6117     Travel to Los Angeles                                 500.00

 01/15/02  Relles   / Claims resolution procedures/facilities      0.1     33.00
 #6213     check percentage of cancer payments; telephone        330.00
           Peterson re: results

 01/15/02  Relles   / Claims resolution procedures/facilities      0.1     33.00
 #6214     telephone Peterson re: review output, discuss         330.00
           estimates of percent cancer payments

 01/16/02  Ebener   / Estimation methods: review/plan              0.2     48.00
 #6403     Meet with Peterson                                    240.00

 01/16/02  Peterson / Estimation methods: review/plan              0.1     50.00
 #6118     Meet with Ebener                                      500.00

 01/17/02  Peterson / Claims resolution procedures/facilities      0.1     50.00
 #6119     telephone Relles re: plans, priorities, deadlines     500.00

 01/17/02  Relles   / Estimation methods: review/plan              0.3     99.00
 #6215     develop lists of plaintiff attorneys, defendants,     330.00
           occupations, and industries for verdicts coding

 01/17/02  Relles   / Claims resolution procedures/facilities      0.1     33.00
 #6216     telephone Peterson re: plans, priorities, deadlines   330.00
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                            Page 4

                     W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
01/18/02   Relles  / Claims resolution procedures/facilities      0.2      66.00
#6217      review old Trust computations; plan to implement    330.00
           Peterson modifications; telephone Peterson re:
           revisions to Trust simulations

01/19/02   Ebener  / Estimation methods: review/plan              0.6     144.00
#6404      Develop forms for coding; review documents          240.00

01/20/02   Ebener  / Estimation methods: review/plan              0.9     216.00
#6405      Train coders, supervise                             240.00

01/22/02   Ebener  / Estimation methods: review/plan              0.3      72.00
#6406      Quality control:  check coding                      240.00

01/22/02   Peterson / Claims resolution procedures/facilities     0.1      50.00
#6120      telephone Relles re: percent cancer payments        500.00

01/22/02   Relles  / Estimation methods: review/plan              0.1      33.00
#6218      review Ebener coding forms design; reformat and send 330.00
           lists of attorneys, defendants, occupations, and
           industries to Ebener; telephone Ebener re:
           requirements

01/23/02   Ebener  / Estimation methods: review/plan              0.2      48.00
#6407      Meet with Peterson re: data on liabilities          240.00

01/23/02   Peterson / Estimation methods: review/plan             0.2     100.00
#6121      Meet with Ebener re: data on liabilities            500.00

01/23/02   Peterson / Claims resolution procedures/facilities     0.1      50.00
#6122      telephone Relles (several) re: memo to Inselbuch    500.00

01/23/02   Relles  / Claims resolution procedures/facilities      0.4     132.00
#6219      summarize percent cancer payments and settlements as 330.00
           a function of time and volume of pending claims;
           prepare several summary tables for Peterson
           memorandum; review Peterson memorandum

01/24/02   Ebener  / Estimation methods: review/plan              0.1      24.00
#6408      Quality control: check coding                       240.00

01/24/02   Peterson / Claims resolution procedures/facilities     0.2     100.00
#6123      Conference call with subcommittee, Inselbuch        500.00

01/24/02   Peterson / Claims resolution procedures/facilities     0.2     100.00
#6124      Work on analysis of liabilities                     500.00
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                              Page 5

                       W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
01/24/02   Peterson / Claims resolution procedures/facilities    1.0      500.00
#6125      Work on analyses requested by lawyers               500.00

01/24/02   Peterson / Claims resolution procedures/facilities    0.3      150.00
#6126      telephone Relles (several) re: results of simulation 500.00

01/24/02   Relles   / Claims resolution procedures/facilities    0.4      132.00
#6220      code up and run simulation for nonmalignants         330.00

01/24/02   Relles   / Claims resolution procedures/facilities    0.3       99.00
#6221      telephone Peterson (several) re: results of          330.00
           simulation exercise, summary tables

01/24/02   Relles   / Claims resolution procedures/facilities    0.2       66.00
#6222      produce summary tables showing parameters of payment 330.00
           plans

01/25/02   Peterson / Claims resolution procedures/facilities    0.1       50.00
#6127      Work on analyses requested by lawyers               500.00

01/25/02   Peterson / Claims resolution procedures/facilities    0.1       50.00
#6128      telephone Relles (several) re: review output and    500.00
           graphics

01/25/02   Relles   / Claims resolution procedures/facilities    0.2       66.00
#6223      summarize variation in settlement amounts among law 330.00
           firms

01/25/02   Relles   / Claims resolution procedures/facilities    0.2       66.00
#6224      review and revise memo to Blevins; produce graphics 330.00
           showing variation in law firm settlement amounts;
           telephone Peterson (several) re: interpreting
           output, revising graphics

01/27/02   Ebener   / Estimation methods: review/plan            0.9      216.00
#6409      Train coders on new forms, supervise                240.00

01/29/02   Ebener   / Estimation methods: review/plan            0.1       24.00
#6410      Quality control: check coding                      240.00

01/29/02   Peterson / Claims resolution procedures/facilities    0.9      450.00
#6129      Prepare analyses for meeting                       500.00

01/30/02   Peterson / Claims resolution procedures/facilities    0.4      200.00
#6130      Prepare analyses for meeting                       500.00
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 6

                   W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/30/02   Relles   / Claims resolution procedures/facilities    0.2     66.00
 #6225      reproduce March 2001 spreadsheets; update           330.00
            computations using more recent data; compare old and
            new spreadsheets

 01/31/02   Brauner  / Claims resolution procedures/facilities    0.3     55.50
 #6301      develop graphics to show state and attorney         185.00
            settlement amount distributions

 01/31/02   Ebener   / Estimation methods: review/plan            0.1     24.00
 #6411      Quality control: check coding                       240.00

 01/31/02   Relles   / Claims resolution procedures/facilities    0.2     66.00
 #6226      perform computations requested by Cooney; send to   330.00
            Peterson

 01/31/02   Relles   / Claims resolution procedures/facilities    0.3     99.00
 #6227      summarize distribution of settlements by state and  330.00
            attorney

 01/31/02   Relles   / Claims resolution procedures/facilities    0.2     66.00
 #6228      telephone Peterson re: additional settlement        330.00
            distribution summaries; produce summaries

 01/31/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
 #6229      design graphics; work with Brauner to develop       330.00
            graphics
-------------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                         Page 7

                       W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                      November 2001 - January 2002

 MONTH       ACTIVITY                                          HOURS    AMOUNT
 ------------------------------------------------------------------------------
 November  - Review motions, rulings, plan documents             2.0   1000.00
 November  - Total                                               2.0   1000.00

 December  - Meetings with other creditors and experts           1.0    500.00
 December  - Claims resolution procedures/facilities             0.8    298.00
 December  - Total                                               1.8    798.00

 January   - Estimation methods: review/plan                     4.8   1318.00
 January   - Claims resolution procedures/facilities            12.1   5003.50
 January   - Travel                                              2.6   1300.00
 January   - Total                                              19.5   7621.50

 Total     - Meetings with other creditors and experts           1.0    500.00
 Total     - Estimation methods: review/plan                     4.8   1318.00
 Total     - Review motions, rulings, plan documents             2.0   1000.00
 Total     - Claims resolution procedures/facilities            12.9   5301.50
 Total     - Travel                                              2.6   1300.00
 Total     - Total                                              23.3   9419.50
 ------------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                            Page 8

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                       November 2001 - January 2002

 MONTH        PERSON                                          HOURS     AMOUNT
 ------------------------------------------------------------------------------
 November   - Peterson                                          2.0    1000.00
 November   - Total                                             2.0    1000.00

 December   - Relles                                            0.6     198.00
 December   - Peterson                                          1.2     600.00
 December   - Total                                             1.8     798.00

 January    - Relles                                            6.0    1980.00
 January    - Peterson                                          9.3    4650.00
 January    - Brauner                                           0.3      55.50
 January    - Ebener                                            3.9     936.00
 January    - Total                                            19.5    7621.50

 Total      - Relles                                            6.6    2178.00
 Total      - Peterson                                         12.5    6250.00
 Total      - Brauner                                           0.3      55.50
 Total      - Ebener                                            3.9     936.00
 Total      - Total                                            23.3    9419.50
 ------------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 9

                      W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                       November 2001 - January 2002

MONTH       PERSON                                   HOURS   RATE    AMOUNT
-----------------------------------------------------------------------------
Meetings with other creditors and experts

December  - Peterson                                   1.0   500.     500.00

Estimation methods: review/plan

January   - Relles                                     0.4   330.     132.00
January   - Peterson                                   0.5   500.     250.00
January   - Ebener                                     3.9   240.     936.00

Review motions, rulings, plan documents

November  - Peterson                                   2.0   500.    1000.00

Claims resolution procedures/facilities

December  - Relles                                     0.6   330.     198.00
December  - Peterson                                   0.2   500.     100.00
January   - Relles                                     5.6   330.    1848.00
January   - Peterson                                   6.2   500.    3100.00
January   - Brauner                                    0.3   185.      55.50

  Travel

January   - Peterson                                   2.6   500.    1300.00

-----------------------------------------------------------------------------
```

{D0002222:1 }