IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DEBTORS' NOTICE OF ZAI CLAIM FILINGS AND OF HEARING

TO:

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA 99201-0466
(Counsel of Record for Marco Barbanti and Ralph Busch)

Frederick P. Furth, Esq.
The Furth Firm
201 Sansome Street, Suite 1000
San Francisco, CA 94104
(Counsel of Record for William Pat Harris)

Mark C. Goldenberg, Esq.
Hopkins Goldenberg, P.C.
2132 Pontoon Road
Granite City, IL 62040
(Counsel of Record for Jan Hunter)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
One Boston Place, 28th Floor
Boston, MA 02108
(Counsel of Record for Edward M. Lindholm and John Sufnarowski)

Harvey N. Jones, Esq.
Sieben, Polk, LaVerdiere, Jones & Hawn, P.A.
999 Westview Drive
Hastings, MN 55033
(Counsel of Record for James and Doris McMurchie)

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main
Kalispell, MT 59901
(Counsel of Record for John and Margery Prebil and Paul Price)

John A. Cochrane, Esq.
Cochrane & Bresnahan, P.A.
24 East Fourth Street
St. Paul, MN 55101
(Counsel of Record for Stephen B. Walsh)

PLEASE TAKE NOTICE THAT:

1.      Debtors are hereby serving you with copies of the 10 Zonolite Attic Insulation ("ZAI") claims that the Debtors filed with the Court on April 12, 2002. Judge Judith K. Fitzgerald, the bankruptcy judge presiding over all such ZAI claims, instructed Debtors at the last hearing on April 22, 2002 to serve these claims on you, as well as on the named plaintiffs. Since Debtors may not have the current addresses of the named plaintiffs, Judge Fitzgerald requested that you either confirm that you have delivered the claim to your client(s), or notify Debtors of your client(s)' current address so we can serve them directly.

2.  Debtors are also hereby serving you with a proposed Order that we will ask Judge Fitzgerald to enter at the next hearing in the case, on May 20, 2002 at 10:00 a.m. in her courtroom in Wilmington, Delaware. Judge Fitzgerald has set May 13, 2002 as the deadline for any responses or objections to this proposed order, and May 16th as the deadline for the Debtors' reply to those responses.

Wilmington, Delaware

Dated: April 26, 2002

Respectfully submitted,

KIRKLAND & ELLIS

_____
David M. Bernick
James H.M. Sprayregen
Andrew R. Running
Janet Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

REED SMITH LLP
James J. Restivo, Jr.
Paul M. Singer
435 Sixth Avenue
Pittsburgh, PA 15219

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES PC
Laura Davis Jones (#2436)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession