## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W. R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JJF)** |
|  | ) |  |
|  | ) | **(Jointly Administered)** |
| **Debtors.** | ) |  |

### CERTIFICATE OF SERVICE

I, Andrew R. Running, Esq., certify that on the 26th day of April 2002, I caused

true and correct copies of DEBTORS' NOTICE OF ZAI CLAIM FILINGS AND OF HEARING

and of Debtors' draft ORDER SETTING INITIAL SCHEDULE FOR LITIGATION

CONCERNING ALLEGED ZONOLITE ATTIC INSULATION PRODUCT RISK to be served

by Federal Express courier on the counsel listed below:

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA  99201-0466
(Counsel of Record for Marco Barbanti and Ralph Busch)

Frederick P. Furth, Esq.
The Furth Firm
201 Sansome Street, Suite 1000
San Francisco, CA 94104
(Counsel of Record for William Pat Harris)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Mark C. Goldenberg, Esq.
Hopkins Goldenberg, P.C.
2132 Pontoon Road
Granite City, IL 62040
(Counsel of Record for Jan Hunter)

Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
One Boston Place, 28th Floor
Boston, MA 02108
(Counsel of Record for Edward M. Lindholm and John Sufnarowski)

Harvey N. Jones, Esq.
Sieben, Polk, LaVerdiere, Jones & Hawn, P.A.
999 Westview Drive
Hastings, MN 55033
(Counsel of Record for James and Doris McMurchie)

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main
Kalispell, MT 59901
(Counsel of Record for John and Margery Prebil and Paul Price)

John A. Cochrane, Esq.
Cochrane & Bresnahan, P.A.
24 East Fourth Street
St. Paul, MN 55101
(Counsel of Record for Stephen B. Walsh)

Andrew R. Running
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

2