## CERTIFICATE OF SERVICE

I, Pat A. Holzbaur, certify that I am not less than 18 years of age, and that service of the foregoing document was made as indicated below on April 30, 2002 to:

**BY REGULAR MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE   19899-8705

Hamid R. Rafajoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA   90067-4100

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE   19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY   10038-4982

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 30, 2002

_Pat A. Holzbaur_
Pat A. Holzbaur

Document #: 7961