IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: May 20, 2002 @ 4:00 p.m.** |

**NINTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE
OFFICIALCOMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
<u>FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002</u>**

| | |
|---|---|
| Name of Applicant: | <u>Campbell & Levine, LLC</u> |
| Authorized to Provide Professional Services to: | <u>The Official Committee of Asbestos Personal Injury Claimants</u> |
| Date of retention: | <u>July 18, 2001, *nunc pro tunc* to June 16, 2001</u> |
| Period for which compensation and reimbursement is sought: | <u>March 01, 2002 through March 31, 2002</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>$9,370.40 (80% of $11,713.00)</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$1,919.45</u> |

This is a: __**X**__ monthly ____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0002224:1 }

| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| --- | --- | --- | --- | --- | --- |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002
<u>CAMPBELL & LEVINE, LLC-DELAWARE</u>**

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
| --- | --- | --- | --- |
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 30.0 | $290.00 | $8,700.00 |
| Cathie J. Boyer (CJB), Paralegal, since 2001 | 10.0 | $125.00 | $1,250.00 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 10.6 | $90.00 | $954.00 |
| **Total/average** | **50.6** | **$215.49** | **$10,904.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002
CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
| --- | --- | --- | --- |
| Douglas A. Campbell (DAC), Member, since 1981 | .80 | $350.00 | $280.00 |
| Philip E. Milch (PEM), Member, since 1991 | .80 | $265.00 | $212.00 |
| Suzanne Decker Schreiber, Paralegal since 1989 | 2.0 | $100.00 | $200.00 |
| Michele Kennedy (MK), Paralegal, since 1999 | 1.3 | $90.00 | $117.00 |
| **Total/average** | **4.9** | **$165.10** | **$809.00** |
| **Delaware and Pittsburgh Total/average** | **55.5** | **$211.05** | **$11,713.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 03/01/02 through 03/31/02 | Total Fees for the Period 03/01/02 through 03/31/02 |
| --- | --- | --- |
| Asset Analysis and Recovery | 4.9 | $1,361.00 |
| Asset Disposition | 0.00 | $00.00 |
| Business Operations | 0.00 | $00.00 |
| Case Administration | 14.7 | $1,723.00 |
| Claims Administration and Objections | 6.9 | $2,037.00 |
| Employee Benefits/Pension | 0.00 | $00.00 |
| Fee/Employment Applications | 3.8 | $920.50 |
| Fee/Employment Objections | 1.7 | $353.00 |
| Litigation | 7.3 | $2,051.00 |
| Plan and Disclosure Statement | 0.00 | $00.00 |
| Relief from Stay Proceedings | .10 | $29.00 |

{D0002224:1 }    3

| Tax Issues | 0.00 | $00.00 |
|---|---:|---:|
| Valuation | 0.00 | $00.00 |
| Committee Administration | 16.10 | $3,238.50 |
| **Grand totals** | **55.5** | **$11,713.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2002 through March 31, 2002 |
|---|:---:|---:|
| Outside Reproduction & Courier Service | Parcels, Inc. | $910.50 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $824.30 |
| In-House Reproduction ($0.10 per page) | | $16.95 |
| Facsimile ($0.50 per page) | | $111.70 |
| Federal Express | | $45.96 |
| Long Distance Telephone Calls | | $10.04 |
| **Total:** | | **$1,919.45** |

CAMPBELL & LEVINE, LLC


/s/ Matthew G. Zaleski, III
Matthew G. Zaleski, III (I.D. #3557)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Delaware and Associated Counsel for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: April 29, 2002

{D0002224:1 }                                   4