Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      10


Costs and Expenses



PREVIOUS BALANCE                                       $9,254.28



03/01/02 Photocopying - 3 copies of Calendar (11 pages)      8.25
03/01/02 FAX to Peter Van N. Lockwood - 4 pages              2.00
03/01/02 FAX to Douglas A. Campbell - 4 pages                2.00
03/01/02 FAX to Elyssa Strug - 4 pages                       2.00
03/01/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                   246.30
03/06/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                   364.90
03/06/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries                                   213.10
03/11/02 Photocopying - 3 copies of Calendar, Aspects and
         Parties' Lists (18 pages)                           5.40
03/12/02 Photocopying - 11 copies of Committee Calendar (3
         pages)                                              3.30
03/13/02 FAX to Peter Van N. Lockwood - 9 pages              0.90
03/13/02 FAX to Douglas A. Campbell - 9 pages                0.90
03/13/02 FAX to Elyssa Strug - 9 pages                       0.90
03/14/02 FAX to Peter Van N. Lockwood - 9 pages              4.50
03/15/02 FAX to Peter Van N. Lockwood - 4 pages              2.00
03/15/02 Federal Express to Brad Erens on 3/6/02            11.82
03/15/02 Federal Express to Philip E. Milch on 3/7/02       19.22
03/15/02 Federal Express to Larry Tersigni on 3/7/02        14.92
03/16/02 AT&T Long Distance Phone Calls                     10.04
03/19/02 FAX to 16 Parties of Record - 4 pages              32.00
03/20/02 FAX to Peter Van N. Lockwood - 4 pages              2.00
03/20/02 FAX to Douglas A. Campbell - 4 pages                2.00
03/20/02 FAX to Elyssa Strug - 4 pages                       2.00
03/20/02 Parcels, Inc. - Delaware Document Retrieval        40.00
03/21/02 Parcels, Inc. - Delaware Document Retrieval       870.50
03/25/02 FAX to Peter Van N. Lockwood - 5 pages              2.50
03/28/02 FAX to 16 Parties of Record - 7 pages              56.00

```
                                                              Page: 2
        W.R. Grace                                           03/31/02
                                              ACCOUNT NO: 3000-00D
                                              STATEMENT NO:      10
        Costs and Expenses


                                                             --------
            TOTAL EXPENSES                                   1,919.45

            TOTAL CURRENT WORK                               1,919.45


03/05/02 Payment - Thank you. (11/01)(100%)                 -2,440.68
03/27/02 Payment - Thank you. (12/01)(100%)                 -2,155.75
                                                             --------
            TOTAL PAYMENTS                                   -4,596.43

            BALANCE DUE                                     $6,577.30
                                                            =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      10

Asset Analysis and Recovery



PREVIOUS BALANCE                                     $2,492.50



                                        HOURS
03/05/02
    MGZ Telephone conference with P/ Lockwood re:
        Developments in Fraud Transfer Litigation    0.10     29.00

03/13/02
    MGZ Review Order on Schedule for Transfer
        Litigation                                   0.10     29.00
    MGZ Draft corr. to Co-counsel re: same           0.10     29.00
    MGZ Telephone conference with T. Swett re:
        same                                         0.10     29.00

03/18/02
    MGZ Multiple telephone conference with T.
        Swett re: Preparation of Adversary
        Complaint and related issues                 0.50    145.00
    MGZ Multiple telephone conference with J.
        Sakalo re: same                              0.50    145.00
    MGZ Multiple telephone conference with T.
        Taconelli re: same                           0.30     87.00
    MGZ Review Adversary Complaints re:
        Fraudulent Transfers                         0.40    116.00

03/19/02
    MGZ Review correspondence from L. LeClair re:
        Conference Call on Fraudulent Transfer
        Matters                                      0.10     29.00
    MGZ Telephone conference with T. Swett re:
        McKool Smith Retention Issues                0.10     29.00
    MGZ Review correspondence from L. LeClair re:
        Service of Fraud Transfer Complaints         0.10     29.00
    SLP Open Sealed Air and Fresenius Adversary
        files                                        0.30     27.00

{D0002226:1 }

```
                                                          Page: 2
W.R. Grace                                               03/31/02
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:      10
    Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| **03/20/02** | | | |
| MGZ | Draft correspondence to L. LeClair re: Teleconference On Fraud Transfer Issues | 0.10 | 29.00 |
| MGZ | Review correspondence from M. Wilden re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from T. Taconnelli re: US Pleadings in Fraud Transfer Litigation | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Taconnelli re: Adversary proceeding issues | 0.20 | 58.00 |
| MGZ | Telephone conference with T. Swett re: same | 0.20 | 58.00 |
| MGZ | Draft Notices of Withdrawal of Reference re: Fraud Transfer Adversary Proceedings | 0.40 | 116.00 |
| MGZ | Draft correspondence to T. Swett re: same | 0.10 | 29.00 |
| MGZ | Draft correspondence to and review correspondence from T. Taconnelli re: Notices of Withdrawal of Reference | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Taconnelli re: Notice of Withdrawal of Reference | 0.10 | 29.00 |
| MGZ | Draft correspondence to T. Taconnelli re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from L. LeClair re: Teleconference on Fraudulent Transfer Issues | 0.10 | 29.00 |
| **03/21/02** | | | |
| MGZ | Review correspondence from L. LeClair re: Discover on Fraudulent Transfer Actions | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Swett re: Counsel for Fraudulent Transfer Actions | 0.10 | 29.00 |
| **03/26/02** | | | |
| MGZ | Telephone conference with N. Finch re: Fraudulent Transfer Adversary Proceedings | 0.20 | 58.00 |
| **03/27/02** | | | |
| MGZ | Review correspondence from J. Abromowitz re: fraud convey. litigation | 0.10 | 29.00 |
| MGZ | Telephone conference with N. Finch re: same | 0.10 | 29.00 |

```
                                                   ----  --------
    FOR CURRENT SERVICES RENDERED                  4.90  1,361.00
```

```
                        RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski             4.60    $290.00   $1,334.00
```

```
                                                          Page: 3
         W.R. Grace                                       03/31/02
                                             ACCOUNT NO: 3000-01D
                                             STATEMENT NO:      10
         Asset Analysis and Recovery
```

| | | | |
|---|---|---|---|
| Stephanie L. Peterson | 0.30 | 90.00 | 27.00 |
| TOTAL CURRENT WORK | | | 1,361.00 |
| 03/05/02 Payment - Thank you. (11/01)(80%) | | | -174.00 |
| BALANCE DUE | | | $3,679.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      10

Asset Disposition


PREVIOUS BALANCE                                     $1,160.90


03/05/02 Payment - Thank you. (11/01)(80%)            -440.00


BALANCE DUE                                            $720.90
                                                      =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         03/31/02
Wilmington  DE                      ACCOUNT NO: 3000-03D
                                    STATEMENT NO:       5

Business Operations



    PREVIOUS BALANCE                              $557.50



03/05/02 Payment - Thank you. (11/01)(80%)         -44.00


    BALANCE DUE                                   $513.50
                                                  =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                        03/31/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:     10

Case Administration

PREVIOUS BALANCE                                $15,232.00

                                      HOURS
03/01/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.1)                    0.40      36.00
    MK  Case binders update for attorneys  0.20     18.00

03/04/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.5)                     1.00      90.00

03/05/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)                     0.50      45.00
    MK  Update list of service parties     0.20      18.00

03/07/02
    MGZ Meeting with C. Boyer (2x) re: Various
        Deadline Extensions Sought by Debtors   0.10   29.00
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)    0.20      18.00
    MK  File organization                  0.10       9.00

03/08/02
    MK  Update fax distribution names of counsel
        and service list                  0.10       9.00
    SLP Review pleadings and electronic filing

{D0002226:1 }

```
                                                          Page: 2
       W.R. Grace                                        03/31/02
                                           ACCOUNT NO: 3000-04D
                                           STATEMENT NO:      10
       Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| notices (.1); preparation and distribution of daily memo (.1) | | 0.20 | 18.00 |

**03/11/02**

| MK | Distribute miscellaneous documents and update attorney case binders | 0.20 | 18.00 |
|---|---|---|---|

**03/13/02**

| SLP | Review pleadings and electronic filing notices for 3/8 through 3/12 (.5); preparation and distribution of daily memo (.3); docketing (.2) | 1.00 | 90.00 |
|---|---|---|---|

**03/14/02**

| MGZ | Review correspondence from and telephone conference with J. Heberling | 0.50 | 145.00 |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.2); docketing (.2) | 0.70 | 63.00 |

**03/15/02**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.1); review agenda and prepare documents for 3/18/02 hearing (.5) | 0.80 | 72.00 |
|---|---|---|---|
| MGZ | Telephone conference with J. Heberling; review pleadings re: stay and injunction scope issues | 1.00 | 290.00 |
| MGZ | Telephone conference with P. Lockwood re: stay and injunction scope issues | 0.20 | 58.00 |

**03/18/02**

| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.2); docketing (.3) | 1.00 | 90.00 |
|---|---|---|---|

**03/19/02**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
|---|---|---|---|

**03/20/02**

| SLP | Review pleadings and electronic filing notices (.3); preparation and | | |
|---|---|---|---|

```
                                                     Page: 3
W.R. Grace                                         03/31/02
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      10

    Case Administration
```

|  |  | HOURS |  |
|--|--|------:|-:|
| | distribution of daily memo (.2);<br>docketing (.2) | 0.70 | 63.00 |
| **03/21/02** | | | |
| SLP | Review pleadings and electronic filing<br>notices (.2); preparation and<br>distribution of daily memo (.1);<br>docketing (.2) | 0.50 | 45.00 |
| **03/22/02** | | | |
| MK | Update attorney case binders | 0.20 | 18.00 |
| SLP | Review pleadings and electronic filing<br>notices (.2); preparation and<br>distribution of daily memo (.2) | 0.40 | 36.00 |
| **03/25/02** | | | |
| MGZ | Review correspondence from and draft<br>correspondence to J. Sakalo re: Proposed<br>Case Management Order | 0.10 | 29.00 |
| SLP | Review pleadings and electronic filing<br>notices (.1); preparation and<br>distribution of daily memo (.1) | 0.20 | 18.00 |
| **03/26/02** | | | |
| SDS | Drafted and prepared Monthly Fee<br>Application for February 2002 | 2.00 | 200.00 |
| SLP | Review pleadings and electronic filing<br>notices (.2); preparation and<br>distribution of daily memo (.2);<br>docketing (.2) | 0.60 | 54.00 |
| **03/27/02** | | | |
| SLP | Review pleadings and electronic filing<br>notices (.1); preparation and<br>distribution of daily memo (.1) | 0.20 | 18.00 |
| **03/28/02** | | | |
| SLP | Review pleadings and electronic filing<br>notices (.2); preparation and<br>distribution of daily memo (.2);<br>docketing (.3) | 0.70 | 63.00 |
| MK | Distribute calendar; update attorney case<br>binder | 0.20 | 18.00 |
| | FOR CURRENT SERVICES RENDERED | 14.70 | 1,723.00 |

```
                                                      Page: 4
        W.R. Grace                                   03/31/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      10

        Case Administration
```

```
                        RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Matthew G. Zaleski          1.90    $290.00   $551.00
        Stephanie L. Peterson       9.60      90.00    864.00
        Michele Kennedy             1.20      90.00    108.00
        Suzanne Decker Schreiber    2.00     100.00    200.00


           TOTAL CURRENT WORK                          1,723.00


03/05/02 Payment - Thank you. (11/01)(80%)            -3,755.20
03/27/02 Payment - Thank you. (12/01)(80%)            -2,490.00
                                                      ---------
           TOTAL PAYMENTS                             -6,245.20

           BALANCE DUE                               $10,709.80
                                                     ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                          03/31/02
Wilmington  DE                       ACCOUNT NO: 3000-05D
                                     STATEMENT NO:      10

Claims Administration and Objections


PREVIOUS BALANCE                              $3,569.00


                                        HOURS
03/01/02
    MGZ Review Scheduling Order on non-asbestos
        PI Bar Date Motion                   0.10     29.00

03/04/02
    MGZ Review Debtors' Fifth Claim Settlement
        Notice                               0.10     29.00
    MGZ Review Scheduling Order for Zonolite
        Issues                               0.10     29.00
    MGZ Review Court's Docket re: Asbestos PI Bar
        Date Materials                       0.60    174.00

03/07/02
    MGZ Telephone conference with P. Matheney re:
        Status of Bar Date Motion and Deadline  0.10  29.00

03/13/02
    MGZ Review Zonolite Motion to File Class
        Proof of Claim and Related Documents 0.10     29.00
    MGZ Telephone conference with P. Lockwood re:
        Class Proof of Claim                 0.10     29.00
    MGZ Legal research re: class proof of claim
        issues                               1.50    435.00
    MGZ Review Supplemental Hilsee Affidavit on
        Bar Date Issues                      0.10     29.00

03/14/02
    MGZ Telephone conference with B. Sullivan re:
        Zonolite Plaintiffs Issues           0.30     87.00
    MGZ Telephone conference with J. Kapp re:
        same                                 0.10     29.00
    MGZ Telephone conference with D. Clement (2x)

W.R. Grace

Claims Administration and Objections

|  |  | HOURS |  |
|---|---|---|---|
| | re: Status of Bar Date Motion for PI Claims | 0.70 | 203.00 |
| MGZ | Review correspondence from D. Bernick re: Zonolite Plaintiff Issues | 0.10 | 29.00 |
| MGZ | Review Zonolite Plaintiff's Motion to File Class Proofs of Claims | 0.10 | 29.00 |
| MGZ | Legal research re: Class Proofs of Claim Issues | 1.00 | 290.00 |
| **03/25/02** | | | |
| MGZ | Review Order Transferring Bar Date Motion to Judge Wolin | 0.10 | 29.00 |
| MGZ | Review correspondence from J. Baer and Enclosed Materials re: P.D. Claim and Bar Date Issues | 0.50 | 145.00 |
| **03/26/02** | | | |
| MGZ | Review of Court's Docket; draft correspondence to co-counsel re: Order Transferring Bar Date Motion to Wolin | 0.20 | 58.00 |
| **03/27/02** | | | |
| MGZ | Review correspondence from P. Lockwood re: Bar Date Transfer Order | 0.10 | 29.00 |
| MGZ | Draft correspondence to DAC re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with DAC re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with P. Lockwood re: same | 0.10 | 29.00 |
| DAC | Work on issue of designating additional comments for review by Judge Wolin regarding the Bar Date Motion; telephone conference with court clerk | 0.40 | 140.00 |
| **03/28/02** | | | |
| DAC | Telephone calls regarding record sent to Jude Wolin | 0.20 | 70.00 |
| | | ---- | -------- |
| | FOR CURRENT SERVICES RENDERED | 6.90 | 2,037.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $350.00 | $210.00 |
| Matthew G. Zaleski | 6.30 | 290.00 | 1,827.00 |

TOTAL CURRENT WORK                                            2,037.00

```
                                                    Page: 3
          W.R. Grace                               03/31/02
                                    ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      10
          Claims Administration and Objections
```

```
03/05/02 Payment - Thank you. (11/01)(80%)              -922.00
03/27/02 Payment - Thank you (12/01)(80%)               -383.60
                                                      ---------
         TOTAL PAYMENTS                               -1,305.60

         BALANCE DUE                                 $4,300.40
                                                      =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      03/31/02
Wilmington  DE                               ACCOUNT NO: 3000-06D
                                             STATEMENT NO:      10

Employee Benefits/Pensions

PREVIOUS BALANCE                                              $842.00

03/05/02 Payment - Thank you. (11/01)(80%)                    -66.00

BALANCE DUE                                                  $776.00
                                                            =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                               03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      10


Fee/Employment Applications



PREVIOUS BALANCE                              $11,591.10



                                        HOURS
03/11/02
    CJB Continue preparation of Committee member
        expense reimbursement status chart (.5)     0.50     62.50

03/15/02
    MGZ Review correspondence from and telephone
        conference with T. Swett re: McKool Smith
        Retention Issues                            0.30     87.00

03/19/02
    CJB Obtain and forward Warren's retention
        order to E. Strugg                          0.20     25.00

03/20/02
    MGZ Review and Revise McKool Smith Statement
        and Related Form of Order                   0.40    116.00
    MGZ Telephone conference with T. Swett re:
        same                                        0.30     87.00
    MGZ Revise Notices of McKool Smith Statements   0.30     87.00

03/22/02
    MGZ Review and Edit Prebill re: Preparation
        of Fee Application                          0.80    232.00
    MGZ Telephone conference with T. Swett re:
        McKool Smith Issues                         0.10     29.00
    MGZ Meeting with P. Lockwood re: same           0.10     29.00

03/25/02
    MGZ Review correspondence from and draft
        correspondence to P. Lockwood (mult.) re:
        Status of McKool Smith Statement            0.10     29.00
    MGZ Review correspondence from T. Swett

{D0002226:1 }

```
                                                           Page: 2
      W.R. Grace                                          03/31/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      10

      Fee/Employment Applications




                                                  HOURS
          (mult.) re: Revisions to McKool Smith
          Statement                                0.10    29.00
      MGZ Review correspondence from P. Lockwood
          re: same                                 0.10    29.00

03/26/02
      MGZ Review correspondence form SLP re:
          payment of invoice                       0.10    29.00
      CJB Document payment for December 2001 fees
          and expenses, update fee app. and payment
          status chart and e-mail to PEM and DGS
          re: same (.2); review objection deadlines
          for January 2002 fee app. (.1)           0.30    37.50

03/28/02
      CJB Review Tersigni's invoice summary and
          update fee application payment status
          chart                                    0.10    12.50
                                                   ----   ------
          FOR CURRENT SERVICES RENDERED            3.80   920.50

                       RECAPITULATION
      TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
      Matthew G. Zaleski           2.70   $290.00     $783.00
      Cathie J. Boyer              1.10    125.00      137.50


          TOTAL CURRENT WORK                              920.50


03/05/02 Payment - Thank you. (11/01)(80%)            -2,662.80
03/27/02 Payment - Thank you (12/01)(80%)               -543.60
                                                      ---------
          TOTAL PAYMENTS                              -3,206.40

          BALANCE DUE                                $9,305.20
                                                     =========




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:        9

Fee/Employment Objections

PREVIOUS BALANCE                                      $2,084.00

                                          HOURS
03/05/02
    MGZ Telephone conference with P. Lockwood re:
        Bilzin Sumberg Fee Application for
        Oct.-Dec. 2001                    0.10      29.00
    MGZ Brief review of Bilzin Fee Application
        4th Quarter 2001                  0.30      87.00
    MGZ Review Kirkland & Ellis Fee Applications  0.60     174.00

03/06/02
    SLP Review of Bilzin Sumberg interim
        application re: expert and professional
        fees                              0.70      63.00
                                          ----    ------
        FOR CURRENT SERVICES RENDERED     1.70     353.00

                       RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski          1.00    $290.00   $290.00
    Stephanie L. Peterson       0.70      90.00     63.00

        TOTAL CURRENT WORK                           353.00

03/27/02 Payment - Thank you (12/01)(80%)            -110.00

        BALANCE DUE                                $2,327.00
                                                   =========

{D0002226:1 }

W.R. Grace

03/31/02
ACCOUNT NO: 3000-08D
STATEMENT NO:        9

Fee/Employment Objections

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/02
Wilmington  DE                    ACCOUNT NO: 3000-10D
                                  STATEMENT NO:      10


Litigation




        PREVIOUS BALANCE                         $13,719.00



                                         HOURS
03/13/02
     MGZ Telephone conference with P. Lockwood re:
         Omnibus Hearing                     0.10     29.00

03/14/02
     MGZ Review correspondence from D. Seigel re:
         Record of 2/25/02 Hearing           0.10     29.00

03/15/02
     MGZ Review Agenda re: Preparation for 3/18/02
         Omnibus Hearing                     0.10     29.00
     MGZ Telephone conference with P. Lockwood re:
         same                                0.10     29.00

03/18/02
     MGZ Telephone conference with P. Lockwood re:
         Hearing Preparation                 0.40    116.00
     MGZ Review Agenda and Pending Pleadings re:
         same                                0.70    203.00
     MGZ Attend Omnibus Hearing              5.20  1,508.00

03/19/02
     MGZ Draft correspondence to T. Swett re:
         3/15/02 Correspondence from Third Circuit  0.10  29.00
     MGZ Review correspondence from T. Swett re:
         same                                0.10     29.00
     CJB Telephone conference with MGZ re:
         supplemental statements and objection
         deadline and hearing date for same (.1);
         prepare draft notices for supplemental
         statements (.3)                     0.40     50.00
                                             ----  --------

```
                                                       Page: 2
         W.R. Grace                                    03/31/02
                                         ACCOUNT NO: 3000-10D
                                         STATEMENT NO:      10
         Litigation
```

```
         FOR CURRENT SERVICES RENDERED               7.30  2,051.00

                          RECAPITULATION
         TIMEKEEPER                    HOURS HOURLY RATE    TOTAL
         Matthew G. Zaleski            6.90    $290.00  $2,001.00
         Cathie J. Boyer               0.40     125.00      50.00


         TOTAL CURRENT WORK                              2,051.00


03/05/02 Payment - Thank you. (11/01)(80%)                -3,014.00
03/27/02 Payment - Thank you (12/01)(80%)                   -576.00
                                                          ---------
         TOTAL PAYMENTS                                   -3,590.00

         BALANCE DUE                                     $12,180.00
                                                         ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          03/31/02
Wilmington  DE                        ACCOUNT NO: 3000-11D
                                      STATEMENT NO:        8

Plan and Disclosure Statement



    PREVIOUS BALANCE                              $110.50


    BALANCE DUE                                   $110.50
                                                  =======




                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           03/31/02
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:        8

Relief From Stay Proceedings

PREVIOUS BALANCE                                      $170.50

                                          HOURS
03/12/02
    MGZ Review Debtors' Objection to Kellogg Stay
        Motion                             0.10      29.00
                                           ----      -----
        FOR CURRENT SERVICES RENDERED      0.10      29.00

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski          0.10    $290.00      $29.00

    TOTAL CURRENT WORK                                 29.00

    BALANCE DUE                                      $199.50
                                                     =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             03/31/02
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:        8

Valuation


    PREVIOUS BALANCE                                  $31.50


    BALANCE DUE                                       $31.50
                                                      ======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0002226:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    03/31/02
Wilmington  DE                              ACCOUNT NO: 3000-15D
                                            STATEMENT NO:      10


Committee Administration




PREVIOUS BALANCE                                    $10,392.50



                                           HOURS
03/01/02
     CJB Review motions and applications and
         update weekly recommendation memo         2.00    250.00

03/04/02
     CJB Review motions and applications and
         update weekly recommendation memo         0.40     50.00

03/05/02
     CJB Revisions to C&L's seventh monthly fee
         application and notice and prepare for
         electronic filing (.2); prepare C&L's
         January, 2002 billing statement for
         electronic filing (.1); prepare
         Tersigni's sixth monthly fee application
         for January, 2002 (.8); prepare notice of
         same (.2); prepare notice of Caplin's
         fifth monthly fee application (.2);
         electronically file and serve all
         applications,notices and exhibits (1.5);
         prepare hard copy service of same (.5);
         update fee applications and payment
         status chart (.2)                         3.70    462.50

03/07/02
     MGZ Draft Memo to Committee re: Results of
         2/25/02 Omnibus Hearing                   0.80    232.00
     MGZ Draft correspondence to P. Lockwood re:
         Memo to Committee                         0.10     29.00
     MGZ Review Pending Pleadings and Prepare
         Weekly  Recommendation Memo for Committee
         Members                                   1.00    290.00

```
                                                          Page: 2
W.R. Grace                                               03/31/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:       10
     Committee Administration
```

|     |     | HOURS |        |
| --- | --- | ----- | ------ |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 29.00 |
| CJB | Office conferences with MGZ re: revisions to significant dates portion of weekly recommendation memo (.1); review docket information and review orders and update weekly recommendation memo | 0.60 | 75.00 |

03/08/02

|     |     |     |        |
| --- | --- | --- | ------ |
| MGZ | Continue Preparation of Weekly Recommendation Memo for Committee Members | 0.80 | 232.00 |
| MGZ | Telephone conference with P. Lockwood re: Weekly Recommendation Memo and Memo to Committee on 2/25 Hearing | 0.20 | 58.00 |
| MK | Internal distribution of Committee memoranda | 0.10 | 9.00 |

03/11/02

|     |     |     |        |
| --- | --- | --- | ------ |
| PEM | Review calendar and recommendations to committee | 0.30 | 79.50 |
| MGZ | Review correspondence from P. Lockwood re: Weekly Rec. Memo for Committee Members | 0.10 | 29.00 |
| MGZ | Revise and finalize Weekly Rec. Memo for Committee Members | 0.10 | 29.00 |

03/12/02

|     |     |     |        |
| --- | --- | --- | ------ |
| CJB | Update weekly recommendation memo for 3/15/02 | 0.30 | 37.50 |

03/14/02

|     |     |     |        |
| --- | --- | --- | ------ |
| MGZ | Revise Memo to Committee on 2/25/02 Hearing and Related Matters | 1.00 | 290.00 |
| MGZ | Telephone conference with E. Inselbuch re: Memo to Committee | 0.20 | 58.00 |
| MGZ | Telephone conference with P. Lockwood re: same | 0.30 | 87.00 |
| MGZ | Telephone conference with F. Perch re: Requests for Additional Committees (1/6th Total Time) | 0.10 | 29.00 |
| CJB | Update weekly recommendation memo with fraudulent conveyance proceedings deadlines | 0.30 | 37.50 |

03/19/02

|     |     |     |        |
| --- | --- | --- | ------ |
| PEM | Review Memo re: W.R. Grace Issues to Committee | 0.30 | 79.50 |

{D0002226:1 }

```
                                                    Page: 3
W.R. Grace                                        03/31/02
                                ACCOUNT NO: 3000-15D
                                STATEMENT NO:       10
Committee Administration
```

                                                  HOURS

    CJB Review motions and applications and
        agenda notice and update weekly
        recommendation memo                       1.00    125.00

03/21/02
    MGZ Review Pending Pleadings and Begin
        Preparation of Weekly Recommendation Memo
        to Committee Members                      0.50    145.00

03/22/02
    DAC Review report on 2/25 hearing             0.20     70.00

03/25/02
    MGZ Telephone conference with J. Heberling
        re: Injunction Issues                     0.10     29.00
    CJB Review daily memo for motions served
        electronically, but not served in hard
        copy for weekly memo and update           0.20     25.00

03/27/02
    MGZ Review pending pleadings and prepare
        weekly recommendation memo for committee
        members                                   1.00    290.00
    MGZ Draft correspondence to and review
        correspondence from P. Lockwood re: same  0.10     29.00

03/31/02
    PEM Review recommendation memo to committee
        from counsel                              0.20     53.00
                                                  -----  --------
        FOR CURRENT SERVICES RENDERED            16.10  3,238.50

                        RECAPITULATION
    TIMEKEEPER                  HOURS  HOURLY RATE      TOTAL
    Douglas A. Campbell          0.20   $350.00       $70.00
    Philip E. Milch              0.80    265.00       212.00
    Matthew G. Zaleski           6.50    290.00     1,885.00
    Cathie J. Boyer              8.50    125.00     1,062.50
    Michele Kennedy              0.10     90.00         9.00


        TOTAL CURRENT WORK                             3,238.50


03/05/02 Payment - Thank you. (11/01)(80%)            -1,519.20
03/27/02 Payment - Thank you (12/01)(80%)               -893.20
```

{D0002226:1 }

```
                                                    Page: 4
W.R. Grace                                        03/31/02
                                 ACCOUNT NO: 3000-15D
                                 STATEMENT NO:      10
Committee Administration



                                        ---------
      TOTAL PAYMENTS                     -2,412.40

      BALANCE DUE                       $11,218.60
                                        ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    03/31/02
Wilmington  DE                              ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 9,254.28 | 0.00 | 1,919.45 | 0.00 | -4,596.43 | $6,577.30 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,492.50 | 1,361.00 | 0.00 | 0.00 | -174.00 | $3,679.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,160.90 | 0.00 | 0.00 | 0.00 | -440.00 | $720.90 |
| 3000-03 Business Operations | | | | | |
| 557.50 | 0.00 | 0.00 | 0.00 | -44.00 | $513.50 |
| 3000-04 Case Administration | | | | | |
| 15,232.00 | 1,723.00 | 0.00 | 0.00 | -6,245.20 | $10,709.80 |
| 3000-05 Claims Administration and Objections | | | | | |
| 3,569.00 | 2,037.00 | 0.00 | 0.00 | -1,305.60 | $4,300.40 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 842.00 | 0.00 | 0.00 | 0.00 | -66.00 | $776.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 11,591.10 | 920.50 | 0.00 | 0.00 | -3,206.40 | $9,305.20 |
| 3000-08 Fee/Employment Objections | | | | | |
| 2,084.00 | 353.00 | 0.00 | 0.00 | -110.00 | $2,327.00 |
| 3000-10 Litigation | | | | | |
| 13,719.00 | 2,051.00 | 0.00 | 0.00 | -3,590.00 | $12,180.00 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 170.50 | 29.00 | 0.00 | 0.00 | 0.00 | $199.50 |

```
                                                           Page: 2
           W.R. Grace                                     03/31/02
                                            ACCOUNT NO      3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 10,392.50 | 3,238.50 | 0.00 | 0.00 | -2,412.40 | $11,218.60 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 71,207.28 | 11,713.00 | 1,919.45 | 0.00 | -22,190.03 | $62,649.70 |
| | | | | | ========== |

```
           Any payments received after the statement date will be
           applied to next month's statement.  Please note your
           account number on your payment.  Thank you.
```