| | | |
|---|---|---|
| **W.R. GRACE & CO. NOTICE PARTIES** | David B. Siegel<br>Senior Vice Pres. & General Counsel<br>WR Grace & Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | James H. M. Sprayregan<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| Laura Davis Jones<br>David Carickoff<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705 | J. Douglas Bacon<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Steven M. Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 |
| Lewis Kruger<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Michael R. Lastowski<br>Duane Morris & Heckshire LLP<br>1100 North Market Street, Suite 1200<br>P.O. Box 195<br>Wilmington, DE  19801 | Scott L. Baena<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>2500 First Union Fin. Center<br>200 South Biscayne Blvd.<br>Miami, FL  33131-2336 |
| Michael B. Joseph<br>Ferry, Joseph & Pearce<br>824 Market Street, Suite 905<br>Wilmington, DE  19899 | Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022 | Peter Van N. Lockwood<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| Philip Bentley<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 | Teresa K. D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 | Warren H. Smith<br>Warren H. Smith & Associates<br>900 Jackson Street<br>120 Founders Square<br>Dallas, TX  75202 |
| Frank J. Perch<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington, DE  19801 | | |

{D0002247:1 }