IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>)<br>W.R. GRACE & CO., *et al.*, ) Case No. 01-1139 (JKF)<br>)<br>Debtors. ) Jointly Administered<br>) **Objection Deadline: May 20, 2002 @ 4 p.m.** | |

**FIRST MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2001 through September 30, 2001 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,578.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $00.00 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $38,340.50 | $2,001.38 | Pending | Pending |

{D0002241:1 }

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD SEPTEMBER 1, 2001 TO SEPTEMBER 30, 2001

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 16.10 | $500.00 | $8,050.00 |
| Dan Relles, Statistician, 28+ years | 1.60 | $330.00 | $528.00 |
| **Total** | **17.70** | **$484.63** | **$8,578.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 09/01/01 through 09/30/01 | Total Fees for the Period 09/01/01 through 09/30/01 |
|---|---|---|
| Data Analysis | 0.40 | $132.00 |
| Case Administration | 14.20 | $7,100.00 |
| Asbestos: Claims Analysis & Valuations | 3.10 | $1,346.00 |
| **Grand totals** | **17.70** | **$8,578.00** |

{D0002241:1}    2

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period September 1, 2001 through September 30, 2001 |
|---|---|---|
| No expenses incurred during September 2001. | | $00.00 |
| **Total:** | | **$00.00** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Dated: April 29, 2002

{D0002241:1}                              3