```
Date: 11/12/01            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 1

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 09/04/01  Peterson / Review motions, rulings, plan documents      0.7    350.00
 #5601     Review affidavit                                      500.00

 09/04/01  Peterson / Review motions, rulings, plan documents      2.0   1000.00
 #5602     Review draft brief                                    500.00

 09/04/01  Peterson / Review motions, rulings, plan documents      1.8    900.00
 #5603     Locate and forward documents requested by Brown;      500.00
           telephone Brown

 09/05/01  Peterson / Review motions, rulings, plan documents      6.0   3000.00
 #5604     Work on affidavit re: bar date: many telephone calls  500.00
           to Brown, Inselbuch

 09/05/01  Relles   / Data mgmt & analysis/estimation/reports      0.4    132.00
 #5702     assemble graphics and send to Kimberly Brown          330.00

 09/06/01  Peterson / Review motions, rulings, plan documents      3.7   1850.00
 #5605     Work on affidavit re: bar date                        500.00

 09/07/01  Peterson / Claims resolution procedures/facilities      0.7    350.00
 #5606     Review materials on TDP; telephone Davis; review and  500.00
           respond to Davis e-mail

 09/07/01  Peterson / Claims resolution procedures/facilities      0.8    400.00
 #5607     Review notes and memos on TDP; memo to Relles;        500.00
           revise response to Davis

 09/09/01  Peterson / Claims resolution procedures/facilities      0.2    100.00
 #5608     Telephone Relles re: TDP proposals                    500.00

 09/09/01  Relles   / Claims resolution procedures/facilities      1.2    396.00
 #5701     define and run latest TDP proposal; telephone         330.00
           Peterson (.2); format and send to Inselbuch

 09/10/01  Peterson / Claims resolution procedures/facilities      0.2    100.00
 #5609     Review notes and memos on TDP; revise response to     500.00
           Davis
--------------------------------------------------------------------------------
```

{D0002239:1 }

```
Date: 11/12/01            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 2

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                             September 2001

   MONTH       ACTIVITY                                          HOURS     AMOUNT
   ---------------------------------------------------------------------------
   September - Data mgmt & analysis/estimation/reports            0.4     132.00
   September - Review motions, rulings, plan documents           14.2    7100.00
   September - Claims resolution procedures/facilities            3.1    1346.00
   September - Total                                             17.7    8578.00
   ---------------------------------------------------------------------------
```

{D0002239:1 }

```
Date: 11/12/01            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 3

                        W. R. Grace (continued)

                 Summary Of Time Charges, By Month and Person
                              September 2001

    MONTH       PERSON                                        HOURS    AMOUNT
    ---------------------------------------------------------------------------
    September - Relles                                          1.6    528.00
    September - Peterson                                       16.1   8050.00
    September - Total                                          17.7   8578.00
    ---------------------------------------------------------------------------
```

{D0002239:1 }

```
Date: 11/12/01             Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 4

                      W. R. Grace (continued)

              Summary Of Time Charges, By Activity, Month, and Person
                         September 2001 - September 2001

 MONTH       PERSON                                 HOURS    RATE     AMOUNT
-----------------------------------------------------------------------------
 Data mgmt & analysis/estimation/reports

 September - Relles                                   0.4    330.     132.00

 Review motions, rulings, plan documents

 September - Peterson                                14.2    500.    7100.00

 Claims resolution procedures/facilities

 September - Relles                                   1.2    330.     396.00
 September - Peterson                                 1.9    500.     950.00

-----------------------------------------------------------------------------
```

{D0002239:1 }