IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: May 20, 2002 @ 4 p.m.** |

**EIGHTH MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING
P.C., FOR COMPENSATION OF SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE& CO., *ET AL.*
FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | L Tersigni Consulting P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2002 through March 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $32,085.00 (80% of $40,106.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,184.09 |

This is a: ____**X**____ monthly _____ interim _____ final application.

L Tersigni Consulting P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $16,986.25 | $1,037.07 | Pending | Pending |
| 9/28/01 | 8/1/01 through 8/31/01 | $27,927.60 (80% of 34,909.50) | $2,551.74 | $27,927.60 (80% of 34,909.50) | $2,551.74 |
| 10/30/01 | 9/1/01 through 9/30/01 | $767.00 (80% of $958.75) | $43.80 | $767.00 (80% of $958.75) | $43.80 |
| 11/30/01 | 10/1/01 through 11/1/01 | $9,869.00 (80% of $12,336.25) | $2,036.35 | $9,869.00 (80% of $12,336.25) | $2,036.35 |
| 1/2/02 | 11/2/01 through 11/30/01 | $22,567.00 (80% of $28,208.75) | $148.70 | $22,567.00 (80% of $28,208.75) | $148.70 |
| 1/28/02 | 12/1/01 through 12/31/01 | $5,109.00 (80% of $6,386.25) | $133.70 | $5,109.00 (80% of $6,386.25) | $133.70 |
| 3/5/02 | 1/1/02 through 1/31/02 | $8,360.20 (80% of $10,450.25) | $32.54 | $8,360.20 (80% of $10,450.25) | $32.54 |
| 4/2/02 | 2/1/02 through 2/28/02 | $3,027.20 (80% of $3,784.00) | $22.81 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS
## AND PARA-PROFESSIONALS FOR BILLING PERIOD
## MARCH 1, 2002 TO MARCH 31, 2002

| Name, Position, Years of Experience | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Loreto T. Tersigni, Managing Director, 30+ years | 5.25 | $425.00 | $2,231.25 |
| Michael Berkin, Managing Director, 12 years | 26.00 | $425.00 | $11,050.00 |
| Peter Rubsam, Director, 10 years | 55.00 | $320.00 | $17,600.00 |
| Susan Plotzky, Director, 17 years | 8.25 | $320.00 | $2,640.00 |

{D0002228:1 }

| | | | |
|---|---|---|---|
| Christopher Curti, Senior Manager, 8+ years | 20.10 | $290.00 | $5,829.00 |
| Dottie-Jo Collins, Manager, 20+ years | 3.15 | $240.00 | $756.00 |
| **Total/average** | **117.75** | **$340.60** | **$40,106.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 03/01/02 through 03/31/02 | Total Fees for the Period 03/01/02 through 03/31/02 |
|---|---|---|
| Business Analysis | 25.25 | $8,920.00 |
| Committee Matters and Creditor Meetings | 7.75 | $3,293.75 |
| Compensation of Professionals | 3.15 | $756.00 |
| Data Analysis | 41.60 | $14,021.50 |
| Non-Working Travel Time | 6.00 | $2,235.00 |
| Valuation | 34.00 | $10,880.00 |
| **Grand totals** | **117.75** | **$40,106.25** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2002 through March 31, 2002 |
|---|---|---|
| Long Distance Telephone | | $89.69 |
| In-house reproduction ($0.10 per page) | | $20.10 |
| Postage | | $2.50 |
| Document download charges for internet research | | $45.00 |
| Transportation and Parking for trip from CT to Baltimore, MD for meeting with Debtors. | | $665.00 |
| Lodging and per diem | | $361.80 |
| **Total:** | | **$1,184.09** |

L TERSIGNI CONSULTING P.C.


/s/ Loreto T. Tersigni
Loreto T. Tersigni
2001 West Main Street, Suite 220
Stamford, CT  06902
(203) 569-9090

Accountant and Financial Advisor for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: April 29, 2002