**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due By: April 25, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 1901**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixth Interim Application of The Official Committee of Asbestos Property Damage Claimants (the "Committee") for Reimbursement of Expenses To Committee Members and Their Counsel ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 25, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Committee $29,699.57, which represents 100% of the expenses requested in the Application, upon the filing of this certification and without the need for entry

of a Court order approving the Application.

                              FERRY, JOSEPH & PEARCE, P.A.

                                /s/ Theodore J. Tacconelli
                              Michael B. Joseph (No.392)
                              Theodore J. Tacconelli (No.2678)
                              Rick S. Miller (No.3418)
                              824 Market Street, Suite 904
                              P.O. Box 1351
                              Wilmington, DE. 19899
                              (302) 575-1555
                              Local Counsel to the Official Committee
                              of Asbestos Property Damage Claimants

                              -and-

                              Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                              Scott L. Baena, Esq.
                              2500 First Union Financial Center
                              200 South Biscayne Boulevard
                              Miami, FL 33131-2336

                              Counsel to the Official Committee of Asbestos
                              Property Damage Claimants

Dated: April 30, 2002

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.committee.6th.fee.app.wpd