**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: April 9, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Timely Objections are Made.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 1842**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventh Interim Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period From January 1, 2002 through January 31, 2002 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 9, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $39,722.80 which represents 80% of the fees ($49,653.50) and $7,974.07, which represents 100% of the expenses requested in the Application for the period January 1, 2002 through

January 31, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application.

                FERRY, JOSEPH & PEARCE, P.A.

                /s/ Theodore J. Tacconelli
                Michael B. Joseph (#392)
                Theodore J. Tacconelli (#2678)
                Rick S. Miller (#3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE. 19899
                (302) 575-1555
                Local Counsel to the Official Committee of Asbestos Property Damage Claimants

                -and-

                Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                Scott L. Baena, Esq.
                2500 First Union Financial Center
                200 South Biscayne Boulevard
                Miami, FL 33131-2336

                Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: April 30, 2002

F:\Meredith\TJT\WRGraceCommittee\certificate.no.objection.7th.Bilzin.fee.app.wpd