UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No.  01-01139 (JJF) (Jointly Administered) |
| Debtors. | ) ) ) | **Objection Deadline:  May 20, 2002 at 4:00 p.m.** **Hearing Date:  TBD only if necessary** |

**SUMMARY COVERSHEET TO TWELFTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR <u>MARCH 1, 2002 THROUGH MARCH 31, 2002</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2002 through March 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $55,351.04 for the period March 1, 2002 through March 31, 2002 (80% of $69,188.80 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,155.63 for the period March 1, 2002 through March 31, 2002. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the twelfth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 67.5 | $29,700.00 |
| Angela Pelletier | Associate | $225 | 8.6 | $1,935.00 |
| William Hughes | Counsel | $350 | 157.3 | $55,055.00 |
| Tamara Parker | Associate | $270 | 10.1 | $2,727.00 |
| Barbara Banks | Paralegal | $135 | 102.7 | $13,864.50 |
| Natasha Bynum | Legal Clerk | $100 | 74.7 | $7,470.00 |
| Mahmoude Moasser | Paralegal | $135 | 9.9 | $1,336.50 |

Total Fees          $112,088.00

Total Hours         430.8

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies- Internal and Outside | $2,158.95 |
| Facsimile | $70.50 |
| Lexis | $394.29 |
| Telephone | $91.17 |
| Overtime Transportation | $110.78 |
| FedEx | $151.69 |
| Car Service | $178.25 |
| | |
| Total | $3,155.63 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 20, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12784

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 03/01/02 | WH | Collect and review trial exhibits re interim remedial measures (5.6 hrs.); revise database of trial exhibits re same (1.7 hrs.). | 6.80 |
|  | NAB | Collect documents re adjacent properties and refine table of identified relevant documents (3.2 hrs.). | 3.20 |
| 03/04/02 | MM | Office conference with Ms. Banks re file management (.2 hrs.); case management re same (1.4 hrs.); follow-up telephone conference with Ms. Deshlar re deposition transcript (.1 hrs.). | 1.70 |
|  | NAB | Continue collection of documents re adjacent properties and refining table of identified relevant documents (3.5 hrs.). | 3.50 |
|  | WH | Conferences with Messrs. German and Marraro re arguments raised by Honeywell in RCRA opposition brief (.5 hrs.); legal research re same and related issues re scope of relief (3.8 hrs.); review SI Group invoice and confer with Mr. Brown re same and site remediation issue | 8.90 |

W. R. Grace & Co.                                                                    Page    2

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | (1.2 hrs.); review additional documents collected by Ms. Banks re neighboring sites (2.8 hrs.); confer with Ms. Banks re submitting FOIA (.3 hrs.); conference with expert re selecting documents for use as trial exhibits on environmental issues (.3 hrs.). |  |
| 03/04/02 | AP | Review correspondence. | 0.30 |
|  | TP | Calls with Rizman Court Reporting Agency, email with Mr. Hughes, and office conference with Ms. Banks and Ms. Campbell re payment for outstanding deposition invoices. | 0.70 |
|  | BB | Research Lexis and collect pertinent case for Mr. Hughes (.2 hrs.); collect, prepare aerial photographs and prepare letter to Ms. Flax for Mr. Hughes (.9 hrs.) | 1.10 |
|  | CHM | Work on stipulations of fact (1.5 hrs.); conference call re site conditions with expert (.8 hrs.). | 2.30 |
| 03/05/02 | MM | Follow-up telephone conference with Ms. Deshlar re expert report and deposition (.2 hrs.); forward e-mail to Ms. Pelletier re status of same (.2 hrs.); continue case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files(1.9 hrs.). | 2.30 |
|  | BB | Review and cross reference documents against exhibits list for Mr. Hughes. | 2.30 |
|  | AP | Conference with M. Moasser nd B. Hughes regarding obtaining Honeywell's expert's prior testimony (.4 hrs.); review expert rebuttal report of of Grace expert per C. Marraro (.5 hrs.). | 0.90 |
|  | WH | Conference with Ms. Banks re selection of photos to be used as trial exhibits and review same (1.8 hrs.); review and designate documents re Mutual for use as trial exhibits | 8.70 |

W. R. Grace & Co.                                                    Page    3

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | (6.2 hrs.); conferences with Ms. Banks re exhibits and other pretrial matters (.7 hrs.). |  |
| 03/05/02 | NAB | Collect documents re adjacent site and refine table of identified relevant documents (1.1 hrs.); sort and chron same (1.9 hrs.). | 3.00 |
|  | TP | Westlaw re cleanup standards. | 6.70 |
|  | CHM | All-day trial prep session in New Jersey (8.5 hrs.); dinner meeting with expert (2.0 hrs.). | 10.50 |
| 03/06/02 | WH | Conferences with Ms. Parker and Ms. Banks re payment of court reporter invoices and other administrative matters related to case (.7 hrs.); finish factual research chromium contamination at neighboring sites and prepare memo to Mr. Marraro re same (8.1 hrs.). | 8.80 |
|  | CHM | Site visit with expert (3.0 hrs.); conference with DEP and others re meeting at DEP with Mr. Faranaca (.5 hrs.). | 3.50 |
|  | NAB | Chron documents collected re adjacent sites. | 2.30 |
|  | TP | Reviewed cases from Westlaw searches re remedial standards (2.0 hrs.); and email memo to Mr. Hughes re preliminary results of searches with request for further information on this issue (.7 hrs.). | 2.70 |
| 03/07/02 | WH | Review new site inspection report and other documents recently produced by Honeywell and confer with non-testifying expert re same (.8 hrs.); review and collect trial exhibits on remediation issues (4.8 hrs.); review and collect exhibits on corporate acquisition issue and confer with Ms. Banks and Ms. Pelletier re same (2.8 hrs.). | 8.40 |
|  | NAB | Scan case documents (2.4 hrs.); incorporate same into electronic files (1.1 hrs.); create hyperlinks for same on the appropriate case indices (2.8 hrs.). | 6.50 |

W. R. Grace & Co.                                                                    Page    4

|  |  |  | **Hours** |
|---|---|---|---|
| 03/07/02 | AP | Review Grace and Honeywell documents for information regarding remedial actions. | 3.50 |
|  | MM | Continue case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files, pending (2.9 hrs.); office conference with Ms. Banks re status of same (.2 hrs.). | 3.10 |
|  | BB | Research production database and production files re chronology, leases and subleases (4.2 hrs.); collect, organize and provide pertinent documents from production files and CD's to Mr. Hughes re same (1.7 hrs.); assist Ms. Parker re resolution of outstanding court reporter invoices (.7 hrs.); collect set of merger documents for Ms. Pelletier (.2 hrs.). | 6.80 |
| 03/08/02 | WH | Review and collect trial exhibits re ownership issues (1.8 hrs.); review historical sampling data re discharges to Hackensack River (2.6 hrs.); designate deposition transcripts re contamination issue (1.4 hrs.); prepare proposed stipulations/RFA's re site background issues (2.9 hrs.); conferences with Ms. Banks re documents (.4 hrs.). | 9.10 |
|  | MM | Finalize case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files (2.6 hrs.); office conference with Ms. Banks and Ms. Pelletier re same (.2 hrs.). | 2.80 |
| 03/11/02 | BB | Review and incorporate new site sampling results and summary into electronic and case files (.7 hrs); Research production database and files for pertinent to sale for Mr. Hughes (.4 hrs.);  consult with Mr. Hughes re same (.1 hrs.); research NJDEP Legal Affairs web site for pertinent ISRA provisions for Mr. Hughes (2.4 hrs.); research Westlaw re current status of same for Mr. Hughes (.8 hrs.); download and prepare current to 2002 all of ISRA N.J.S.A.13:1K-6 18 and proposed amendment to ISRA 7:26E (3.1 hrs.); update case binders | 8.80 |

W. R. Grace & Co.                                                                    Page    5

|  |  |  | **Hours** |
|--|--|--|--|
|  |  | current to 2002 and proposed amendment to ISRA 7:26E (1.3 hrs.). |  |
| 03/11/02 | CHM | Review memo and maps regarding chromium contamination (2.0 hrs.); conference with client (.6 hrs.). | 2.60 |
|  | WH | Conference with Mr. Marraro re chromium issues related to neighboring sites (.4 hrs.); prepare memo to file re same (1.3 hrs.); legal research (2.6 hrs.); conference with consultants re site sampling issues (.3 hrs.); review exhibits and select documents for use as trial exhibits for ICO matter (.6 hrs.); confer with Ms. Banks re FOIA issue (.2 hrs.); review documents obtained from DEP by Ms. Banks (.8 hrs.); legal research re New Jersey statute and amendments to Spill Act (1.4 hrs.); review pertinent regulations and confer with Mr. Marraro re same (.8 hrs.). | 8.40 |
| 03/12/02 | WH | Further research on cost recovery issues (1.8 hrs.); conference with Ms. Banks re deposition designations (.3 hrs.); work on additional deposition designations for trial (5.4 hrs.); conferences with DEP staff (1.2 hrs.). | 8.70 |
|  | BB | Prepare updated ISRA binders (2.1 hrs.); continue incorporation of Swallick deposition designations to pre-trial list (.8 hrs.); consult with Mr. Hughes re assignment (.1 hrs.); research Westlaw and Lexis for NJ UST statute 58:10A et seq., download and coordinate for Mr. Hughes (2.9 hrs.); consult with Mr. Hughes re same (.1 hrs.);  research Westlaw and Lexis for case law on various matters , download and prepare same for Mr. Hughes (1.8 hrs.). | 7.80 |
|  | CHM | Conference call with client (.6 hrs.); review and edit stipulation lifting stay (.5 hrs.); conference with J. Agnello (.5 hrs.). | 1.60 |

W. R. Grace & Co.                                                                          Page    6

|  |  |  | **Hours** |
|---|---|---|---|
| 03/13/02 | WH | Review court's decision on RCRA motions and confer with Messrs. Marraro, Agnello and German re same (1.8 hrs.); prepare letter to client re decision (.5 hrs.); legal research re various issues raised by court's RCRA/standing decision (3.2 hrs.); confer with Mr. Marraro re various issues and conduct additional legal research re same (2.2 hrs.); conference with Ms. Banks re witness issue and review selected documents re same (.8 hrs.). | 8.50 |
|  | CHM | Prepare and review stipulations of fact. | 1.50 |
|  | BB | Read, coordinate and distribute 3/12/02 Order and Opinion re RCRA Cross-Claims motions from Honeywell ICO's RCRA claims motion for partial summary judgment and Grace Defendants' and ICO's joint RCRA motion for partial summary judgment (.6 hrs.); incorporate into indexed case file and electronic files (.8 hrs.); research production database and privilege log for documents relevant to witness ( 3.5 hrs.); read identified documents and create descriptive table for Mr. Marraro (3.9 hrs.). | 8.80 |
| 03/14/02 | BB | Continue researching privilege log for documents re witness (.8 hrs.); create descriptive table of same (3.4 hrs.); review production files and CDs for additional pertinent documents re witness (1.3 hrs.); resolve issues re pertinent production documents (.8 hrs.); collect additional documents and incorporate on descriptive table for Mr. Marraro (4.3 hrs.); organize and prepare documents for binder (.9 hrs); consult with Ms. Bynum re resolution of issues re privileged witness documents (.2 hrs.). | 11.80 |
|  | NAB | Collect privileged documents in preparation for interview of witness. | 9.50 |
| 03/15/02 | NAB | Collect privileged documents in preparation for interview of witness. | 9.50 |

W. R. Grace & Co.                                                                     Page        7

|            |     |                                                                                                                                                                                                                                                                         | **Hours** |
|------------|-----|---|---|
| 03/15/02 | BB | Complete researching files for produced documents relevant to witness (3.5 hrs); create descriptive table of same (3.2 hrs.); collect, prepare and organize identified documents into binder for Mr. Marraro (3.7 hrs.). | 10.40 |
| 03/18/02 | WH | Conferences with consultants re surface water sampling issues (.5 hrs.); work on fact stipulations (1.3 hrs.); review sampling data and map from consultant (.5 hrs.); legal research re NJ surface water quality standards (.8 hrs.); review and designate as trial exhibits selected documents re site acquisition and environmental investigation issues (5.2 hrs.). | 8.30 |
|          | BB | Continue preparation of binders of produced documents re witness for Mr. Marrraro (3.8 hrs.); finalize table of produced documents re Mr. Pierson (3.5 hrs.); prepare duplicate binders of documents, cover letter and FedEx package for shipment for Ms. Flax (1.4 hrs.); complete collection, organization and preparation of binder of NJ environmental statutes for Mr. Hughes (1.1 hrs.). | 9.80 |
|          | CHM | Prepare for witness meeting in Florida. | 2.50 |
| 03/19/02 | WH | Conferences with Ms. Banks re collecting documents/exhibits on various environmental issues relating to the site and neighboring properties (.8 hrs.); review same (5.8 hrs.); conduct website searches re neighboring Allied sites (.8 hrs.); research site issues under NJ statutes (1.2 hrs.). | 8.60 |
|          | CHM | All-day meeting with witness in Florida and pre-meeting with J. Agnello and client. | 8.50 |
|          | AP | Review documents regarding structural damage at building and call with C. Marraro re same (1.1); conference with B. Banks regarding documents. | 1.40 |

W. R. Grace & Co.                                                                        Page    8

|  |  | **Hours** |
|---|---|---|

| 03/19/02 | NAB | Chron and review privileged documents collected in preparation for interview of witness (4.1 hrs.); integrate same into existing case files (.3 hrs.). | 4.40 |
|  | BB | Organize and prepare additional binders of NJ statutes for attorneys and file (1.7 hrs.); research Westlaw and download additional UST statute provisions (1.8 hrs.); research production database and CDs for documentation of City of Jersey's first involvement with the site for Ms. Pelletier (1.7 hrs.); research production files, collect and prepare same for Ms. Pelletier and Mr. Hughes (1.2 hrs.); consult with Ms. Pelletier re results (.1 hrs.); consult with Mr. Hughes on research assignment re pertinent information on site (.2 hrs.);  research Westlaw for  amended statute for Mr. Hughes (.8 hrs.);  download and prepare binder of same (.3 hrs.). | 7.80 |
| 03/20/02 | CHM | Meeting in Florida re documents (3.2 hrs.); review remediation document and telephone conference with government re same; (1.5 hrs.). | 4.70 |
|  | AP | Conference with B. Banks regarding bankruptcy and review documents re same. | 1.00 |
|  | BB | Research production database, production files and privileged documents in re documentation of operation of Valley Fair store for Mr. Hughes (4.2 hrs.); provide preliminary results to Mr. Hughes (.1 hrs.); prepare fax for U.S. EPA document to consultant for Mr. Hughes (.2 hrs.); research Westlaw for pertinent statutes and regulations for Mr. Hughes, download, organize and prepare indexed binders of same (2.9 hrs.); research Westlaw for pertinent statute re mandatory disclosure, download and prepare for Marraro (.3 hrs.). | 7.70 |
|  | WH | Review issues re site remediation technology and confer with consultant re same (1.4 hrs.); prepare memo to Mr. Marraro re technical issues related to proposal (.8 hrs.); review and | 8.70 |

W. R. Grace & Co.                                                                 Page    9

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | analyze discovery responses per conference with Mr. Marraro and prepare memo to CM re same (1.3 hrs.); review issues re Valley Fair's operations and other site operators (1.8 hrs.); confer with Ms. Banks re search for documents on Valley Fair issue and review same (.6 hrs.); conference with expert re site remediation issue and review article re same (.9 hrs.); review and designate selected documents re site heaving issues (1.9 hrs.). |  |
| 03/20/02 | NAB | Scan case documents (.6 hrs); incorporate same into electronic files (.5 hrs.); create hyperlinks for same on the appropriate case indices (1.1 hrs). | 2.20 |
| 03/21/02 | WH | Conference with consultant re remediation issue (.5 hrs.); review documents provided by Ms. Banks on acquisition issues (.8 hrs.); conferences with Ms. Banks and Ms. Pelletier re bankruptcy issue (.4 hrs.); conference with Ms. Banks re past ownership/operation of various sites and review pertinent documents re same (1.2 hrs.); designate deposition testimony for use at trial (5.5 hrs.). | 8.40 |
|  | NAB | Scan case documents (.5 hrs); incorporate same into electronic files (.3 hrs.); create hyperlinks for same on the appropriate case indices (1 hrs). | 1.80 |
|  | AP | Conference with C. Marraro and B. Banks regarding UF Bankruptcy and trial preparation. | 1.00 |
|  | CHM | Prepare memo to file re witness interview (2.5 hrs.) conference with Agnello (.5 hrs.); conference with experts re exhibits (1.2 hrs.); review invoices (1.5 hrs.). | 5.70 |
|  | BB | Review documents relevant to occupancy of Valley Fair Store for Mr. Hughes (4.3 hrs.); consult with Ms. Pelletier re Daylin bankruptcy (.1 hrs.); research Martindale Hubbel and the Internet for pertinent information for Mr. Marraro (.7 hrs.); consult with Ms. Pelletier re Daylin bankruptcy documents and research | 11.00 |

W. R. Grace & Co.                                                                    Page    10

                                                                                    __Hours__

|  |  |  |
|---|---|---|
| | assignment (.2 hrs.); prepare and organize selected documents re Valley Fair (3.2 hrs.); update chronology of events from 1966 to 1981 for Mr. Hughes (1.3 hrs.);  draft memo summarizing research results re same for Mr. Hughes (1.2 hrs.). | |
| 03/22/02 WH | Review documents from non-testifying consultant (.3 hrs.); review and designate as trial exhibits selected documents from Ms. Banks re site investigation/remediation issues (2.2 hrs.); confer with Ms. Banks and Mr. Marraro (.3 hrs.); review documents re ownership issue and confer with client and Ms. Banks re same (.8 hrs.); prepare file memo re issue for Mr. Marraro (.7 hrs.); work on trial brief section re Honeywell's RCRA liability (1.5 hrs.); legal research and confer with Mr. Kampman re CERCLA response cost issue (1.4 hrs.); review new case correspondence (.4 hrs.). | 7.60 |
| BB | Provide direction and supporting materials to Ms. Bynum for Westlaw research assignment re bankruptcy issues for Ms. Pelletier (.3 hrs.); proof, resolve document and event issues and finalize memo on operation of store for Mr. Hughes (4.3 hrs.); consult with Messrs. Marraro and Hughes (.1 hrs.); review results of Lexis research and provide additional direction to Ms. Bynum on researching store issue (.2 hrs.); complete collection and preparation of copies of updated N.J. ISRA 26B, 26C and 26E binders for attorneys (2.9 hrs.); collect pertinent case information for Mr. Marraro (.1 hrs.) research property ownership for Mr. Hughes  (.6 hrs.); consult with Mr. Marraro on new research assignment re operations at property (.1 hrs.). | 8.60 |
| NAB | Conduct Lexis research regarding bankruptcy for Ms. Pelletier. | 6.30 |

W. R. Grace & Co.                                                                      Page   11

|  |  |  | **Hours** |
|---|---|---|---|
| 03/22/02 | CHM | Conference with client (.5 hrs.); work on evaluation of liabilities to adjacent properties (2.8 hrs.). | 3.30 |
| 03/25/02 | WH | Review expert deposition and prepare notes re cross-examination points (2.3 hrs.); collect trial exhibits and work on database of trial exhibits and cross-examination materials (4.8 hrs.); confer with Mr. Marraro re accepting service of Riverkeeper complaint and review file re procedural status of Riverkeeper case (1.2 hrs.). | 8.30 |
|  | NAB | Review production databases re Valley Fair. | 7.50 |
|  | CHM | Various conference calls with witnesses (1.2); review consultant bills (1.0); conference with client (.5); review and comment on letter to DEP (.8). | 3.50 |
| 03/26/02 | WH | Review and collect documents to be used as trial exhibits on sediment issues and confer with non-testifying expert re same (3.1 hrs.); revise database re trial exhibits (1.5 hrs.); legal research re evidentiary issue (1.0 hrs.); legal research re discharge issue (1.2 hrs.); conference with Ms. Pelletier re assignments (.3 hrs.); collect and review relevant DEP documents re IRM issues for use as trial exhibits (2.3 hrs.). | 9.40 |
| 03/27/02 | WH | Review Riverkeepers' Second Amended Complaint and related documents (1.1 hrs.); prepare Answer and Affirmative Defenses to same (6.2 hrs.); conduct legal research in support of same (1.6 hrs.). | 8.70 |
|  | NAB | Review, file and index new case correspondence (2.7 hrs.); scan same (1.1 hrs.); incorporate same into electronic files (.8 hrs.); create hyperlinks for same on the appropriate case indices (1.9 hrs.); review and integrate new case documents into index and existing case files (.1 hrs.). | 7.50 |

W. R. Grace & Co.                                                    Page    12

|  |  |  | **Hours** |
|---|---|---|---|
| 03/27/02 | CHM | Work on trial preparation (2.8); conference with client on various issues (.6); conference with J. Agnello (.3). | 3.70 |
| 03/28/02 | WH | Prepare cross-claims against Honeywell in Riverkeepers action (4.5 hrs.); revise answer and defenses per discussions with Ms. Pelletier (.8 hrs.); conduct legal research in support of same (1.6 hrs.). | 8.60 |
|  | NAB | Review, file and index new case correspondence (2.5 hrs.); scan same (1.1 hrs.); incorporate same into electronic files (.1 hrs.). | 7.50 |
|  | AP | Review sampling results. | 0.50 |
|  | CHM | Conference call with Grace attorney (.5); conference call with client (.5); review complaint from Riverkeepers (1.0); conference with B. Hughes re same (.3). | 2.30 |
| 03/29/02 | WH | Review and collect documents re recent site sampling for production to Honeywell (2.2 hrs.); conference with non-testifying expert re various issues (.3 hrs.); prepare letter to Honeywell re document production (.4 hrs.); revisions to Riverkeeper answer (.5 hrs.); work on pretrial materials (1.0 hrs.). | 4.40 |
|  | CHM | Conference with client. | 0.30 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 419.80 | $107,248.00 |
| 03/29/2002 Less Deduction of 40% of Fees Per Agreement |  | ($42,899.20) |
| Balance Due |  | $64,348.80 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 102.70 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 74.70 | 100.00 |

W. R. Grace & Co.                                                      Page    13

| Name | Hours | Rate |
|---|---|---|
| William Hughes, Counsel | 157.30 | 350.00 |
| Christopher H. Marraro, Partner | 56.50 | 440.00 |
| Mahmoude Moasser, Paralegal | 9.90 | 135.00 |
| Tamara Parker, Associate | 10.10 | 270.00 |
| Angela Pelletier, Associate | 8.60 | 225.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention:  Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12787

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Professional Services:

| | | | Hours |
|---|---|---|---|
| 03/28/02 | CHM | Review and respond to e-mails from R. Emmett (.2 hrs.); review file for answer to Mr. Emmett's questions (.1 hrs.). | 0.30 |

| | | Hours | Amount |
|---|---|---|---|
| Total Fees | | 0.30 | $132.00 |
| Balance Due | | | $132.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 0.30 | 440.00 |

Wallace
King &
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12786

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

| | | | Hours |
|---|---|---|---|
| 03/04/02 | CHM | Review articles from client. | 0.50 |
| 03/08/02 | CHM | Review materials from client (.5); conference with EPA (.3). | 0.80 |
| 03/12/02 | CHM | Review artaicles from client. | 0.50 |
| 03/19/02 | CHM | Conference with client. | 0.30 |
| 03/20/02 | CHM | Conference with client (.3); calls with EPA (.5); review articles from client (.5).` | 1.30 |
| 03/22/02 | CHM | Conference with EPA. | 0.50 |
| 03/25/02 | CHM | Review articles from client. | 0.50 |
| 03/27/02 | CHM | Meeting with EPA (2.5 hrs.); conference with client re same (.5 hrs.). | 3.00 |
| 03/28/02 | CHM | Review articles. | 0.50 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 7.90 | $3,476.00 |

W. R. Grace & Co.

Page   2

_____ **Amount**

Balance Due                                          $3,476.00

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 7.90 | 440.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12785

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 03/18/02 CHM | Prepare fee application. | 1.60 |  |
| 03/27/02 CHM | Prepare fee application. | 1.20 |  |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 2.80 | $1,232.00 |
| Balance Due |  | $1,232.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.80 | 440.00 |

# EXHIBIT B

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Copies- Internal and Outside | $2,158.95 |
| Facsimile | $70.50 |
| Lexis | $394.29 |
| Telephone | $91.17 |
| Overtime Transportation | $110.78 |
| FedEx | $151.69 |
| Car Service | $178.25 |
| | |
| Total | $3,155.63 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12788

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Car Services for 3/20 and 3/21 to/from Airport | 178.25 |
| Copy Costs - Internal | 2,158.95 |
| Facsimile Costs | 70.50 |
| FedEx Costs | 151.69 |
| Lexis Costs | 394.29 |
| Long Distance Charges | 91.17 |
| Overtime Transportation | 110.78 |
| Total Disbursements | $3,155.63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.    I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

    3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

           _____
           Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 24th day of April 2002.

_____
Notary Public

My Commission Expires:

**Tonya Manago**
**Notary Public, District of Columbia**
**My Commission Expires 03-14-05**