# EXHIBIT A

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12784

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 03/01/02 | WH | Collect and review trial exhibits re interim remedial measures (5.6 hrs.); revise database of trial exhibits re same (1.7 hrs.). | 6.80 |
|  | NAB | Collect documents re adjacent properties and refine table of identified relevant documents (3.2 hrs.). | 3.20 |
| 03/04/02 | MM | Office conference with Ms. Banks re file management (.2 hrs.); case management re same (1.4 hrs.); follow-up telephone conference with Ms. Deshlar re deposition transcript (.1 hrs.). | 1.70 |
|  | NAB | Continue collection of documents re adjacent properties and refining table of identified relevant documents (3.5 hrs.). | 3.50 |
|  | WH | Conferences with Messrs. German and Marraro re arguments raised by Honeywell in RCRA opposition brief (.5 hrs.); legal research re same and related issues re scope of relief (3.8 hrs.); review SI Group invoice and confer with Mr. Brown re same and site remediation issue | 8.90 |

W. R. Grace & Co.   Page   2

|  |  |  | Hours |
|---|---|---|---|
|  |  | (1.2 hrs.); review additional documents collected by Ms. Banks re neighboring sites (2.8 hrs.); confer with Ms. Banks re submitting FOIA (.3 hrs.); conference with expert re selecting documents for use as trial exhibits on environmental issues (.3 hrs.). |  |
| 03/04/02 | AP | Review correspondence. | 0.30 |
|  | TP | Calls with Rizman Court Reporting Agency, email with Mr. Hughes, and office conference with Ms. Banks and Ms. Campbell re payment for outstanding deposition invoices. | 0.70 |
|  | BB | Research Lexis and collect pertinent case for Mr. Hughes (.2 hrs.); collect, prepare aerial photographs and prepare letter to Ms. Flax for Mr. Hughes (.9 hrs.) | 1.10 |
|  | CHM | Work on stipulations of fact (1.5 hrs.); conference call re site conditions with expert (.8 hrs.). | 2.30 |
| 03/05/02 | MM | Follow-up telephone conference with Ms. Deshlar re expert report and deposition (.2 hrs.); forward e-mail to Ms. Pelletier re status of same (.2 hrs.); continue case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files(1.9 hrs.). | 2.30 |
|  | BB | Review and cross reference documents against exhibits list for Mr. Hughes. | 2.30 |
|  | AP | Conference with M. Moasser nd B. Hughes regarding obtaining Honeywell's expert's prior testimony (.4 hrs.); review expert rebuttal report of of Grace expert per C. Marraro (.5 hrs.). | 0.90 |
|  | WH | Conference with Ms. Banks re selection of photos to be used as trial exhibits and review same (1.8 hrs.); review and designate documents re Mutual for use as trial exhibits | 8.70 |

W. R. Grace & Co.                                                                                    Page    3

                                                                                                    **Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | (6.2 hrs.); conferences with Ms. Banks re exhibits and other pretrial matters (.7 hrs.). |  |
| 03/05/02 | NAB | Collect documents re adjacent site and refine table of identified relevant documents (1.1 hrs.); sort and chron same (1.9 hrs.). | 3.00 |
|  | TP | Westlaw re cleanup standards. | 6.70 |
|  | CHM | All-day trial prep session in New Jersey (8.5 hrs.); dinner meeting with expert (2.0 hrs.). | 10.50 |
| 03/06/02 | WH | Conferences with Ms. Parker and Ms. Banks re payment of court reporter invoices and other administrative matters related to case (.7 hrs.); finish factual research chromium contamination at neighboring sites and prepare memo to Mr. Marraro re same (8.1 hrs.). | 8.80 |
|  | CHM | Site visit with expert (3.0 hrs.); conference with DEP and others re meeting at DEP with Mr. Faranaca (.5 hrs.). | 3.50 |
|  | NAB | Chron documents collected re adjacent sites. | 2.30 |
|  | TP | Reviewed cases from Westlaw searches re remedial standards (2.0 hrs.); and email memo to Mr. Hughes re preliminary results of searches with request for further information on this issue (.7 hrs.). | 2.70 |
| 03/07/02 | WH | Review new site inspection report and other documents recently produced by Honeywell and confer with non-testifying expert re same (.8 hrs.); review and collect trial exhibits on remediation issues (4.8 hrs.); review and collect exhibits on corporate acquisition issue and confer with Ms. Banks and Ms. Pelletier re same (2.8 hrs.). | 8.40 |
|  | NAB | Scan case documents (2.4 hrs.); incorporate same into electronic files (1.1 hrs.); create hyperlinks for same on the appropriate case indices (2.8 hrs.). | 6.50 |

W. R. Grace & Co.                                                                                      Page    4

|            |    |                                                                                                                                                                                                                                                                                                                                                             | **Hours** |
|------------|----|-----|------|
| 03/07/02   | AP | Review Grace and Honeywell documents for information regarding remedial actions. | 3.50 |
|            | MM | Continue case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files, pending (2.9 hrs.); office conference with Ms. Banks re status of same (.2 hrs.). | 3.10 |
|            | BB | Research production database and production files re chronology, leases and subleases (4.2 hrs.); collect, organize and provide pertinent documents from production files and CD's to Mr. Hughes re same (1.7 hrs.); assist Ms. Parker re resolution of outstanding court reporter invoices (.7 hrs.); collect set of merger documents for Ms. Pelletier (.2 hrs.). | 6.80 |
| 03/08/02   | WH | Review and collect trial exhibits re ownership issues (1.8 hrs.); review historical sampling data re discharges to Hackensack River (2.6 hrs.); designate deposition transcripts re contamination issue (1.4 hrs.); prepare proposed stipulations/RFA's re site background issues (2.9 hrs.); conferences with Ms. Banks re documents (.4 hrs.). | 9.10 |
|            | MM | Finalize case management re filing miscellaneous documents produced by Ms. Banks for incorporation in files (2.6 hrs.); office conference with Ms. Banks and Ms. Pelletier re same (.2 hrs.). | 2.80 |
| 03/11/02   | BB | Review and incorporate new site sampling results and summary into electronic and case files (.7 hrs); Research production database and files for pertinent to sale for Mr. Hughes (.4 hrs.); consult with Mr. Hughes re same (.1 hrs.); research NJDEP Legal Affairs web site for pertinent ISRA provisions for Mr. Hughes (2.4 hrs.); research Westlaw re current status of same for Mr. Hughes (.8 hrs.); download and prepare current to 2002 all of ISRA N.J.S.A.13:1K-6 18 and proposed amendment to ISRA 7:26E (3.1 hrs.); update case binders | 8.80 |

W. R. Grace & Co.                                                                 Page   5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hours |
|------------|-----|---|---|
|            |     | current to 2002 and proposed amendment to ISRA 7:26E (1.3 hrs.). | |
| 03/11/02   | CHM | Review memo and maps regarding chromium contamination (2.0 hrs.); conference with client (.6 hrs.). | 2.60 |
|            | WH  | Conference with Mr. Marraro re chromium issues related to neighboring sites (.4 hrs.); prepare memo to file re same (1.3 hrs.); legal research (2.6 hrs.); conference with consultants re site sampling issues (.3 hrs.); review exhibits and select documents for use as trial exhibits for ICO matter (.6 hrs.); confer with Ms. Banks re FOIA issue (.2 hrs.); review documents obtained from DEP by Ms. Banks (.8 hrs.); legal research re New Jersey statute and amendments to Spill Act (1.4 hrs.); review pertinent regulations and confer with Mr. Marraro re same (.8 hrs.). | 8.40 |
| 03/12/02   | WH  | Further research on cost recovery issues (1.8 hrs.); conference with Ms. Banks re deposition designations (.3 hrs.); work on additional deposition designations for trial (5.4 hrs.); conferences with DEP staff (1.2 hrs.). | 8.70 |
|            | BB  | Prepare updated ISRA binders (2.1 hrs.); continue incorporation of Swallick deposition designations to pre-trial list (.8 hrs.); consult with Mr. Hughes re assignment (.1 hrs.); research Westlaw and Lexis for NJ UST statute 58:10A et seq., download and coordinate for Mr. Hughes (2.9 hrs.); consult with Mr. Hughes re same (.1 hrs.); research Westlaw and Lexis for case law on various matters, download and prepare same for Mr. Hughes (1.8 hrs.). | 7.80 |
|            | CHM | Conference call with client (.6 hrs.); review and edit stipulation lifting stay (.5 hrs.); conference with J. Agnello (.5 hrs.). | 1.60 |

W. R. Grace & Co.                                                                                           Page    6

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | **Hours** |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------:|
| 03/13/02   | WH  | Review court's decision on RCRA motions and confer with Messrs. Marraro, Agnello and German re same (1.8 hrs.); prepare letter to client re decision (.5 hrs.); legal research re various issues raised by court's RCRA/standing decision (3.2 hrs.); confer with Mr. Marraro re various issues and conduct additional legal research re same (2.2 hrs.); conference with Ms. Banks re witness issue and review selected documents re same (.8 hrs.).                                       | 8.50      |
|            | CHM | Prepare and review stipulations of fact.                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 1.50      |
|            | BB  | Read, coordinate and distribute 3/12/02 Order and Opinion re RCRA Cross-Claims motions from Honeywell ICO's RCRA claims motion for partial summary judgment and Grace Defendants' and ICO's joint RCRA motion for partial summary judgment (.6 hrs.); incorporate into indexed case file and electronic files (.8 hrs.); research production database and privilege log for documents relevant to witness (3.5 hrs.); read identified documents and create descriptive table for Mr. Marraro (3.9 hrs.). | 8.80      |
| 03/14/02   | BB  | Continue researching privilege log for documents re witness (.8 hrs.); create descriptive table of same (3.4 hrs.); review production files and CDs for additional pertinent documents re witness (1.3 hrs.); resolve issues re pertinent production documents (.8 hrs.); collect additional documents and incorporate on descriptive table for Mr. Marraro (4.3 hrs.); organize and prepare documents for binder (.9 hrs); consult with Ms. Bynum re resolution of issues re privileged witness documents (.2 hrs.). | 11.80     |
|            | NAB | Collect privileged documents in preparation for interview of witness.                                                                                                                                                                                                                                                                                                                                                                                                                       | 9.50      |
| 03/15/02   | NAB | Collect privileged documents in preparation for interview of witness.                                                                                                                                                                                                                                                                                                                                                                                                                       | 9.50      |

W. R. Grace & Co.                                                                                         Page    7

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/15/02 | BB | Complete researching files for produced documents relevant to witness (3.5 hrs); create descriptive table of same (3.2 hrs.); collect, prepare and organize identified documents into binder for Mr. Marraro (3.7 hrs.). | 10.40 |
| 03/18/02 | WH | Conferences with consultants re surface water sampling issues (.5 hrs.); work on fact stipulations (1.3 hrs.); review sampling data and map from consultant (.5 hrs.); legal research re NJ surface water quality standards (.8 hrs.); review and designate as trial exhibits selected documents re site acquisition and environmental investigation issues (5.2 hrs.). | 8.30 |
| | BB | Continue preparation of binders of produced documents re witness for Mr. Marrraro (3.8 hrs.); finalize table of produced documents re Mr. Pierson (3.5 hrs.); prepare duplicate binders of documents, cover letter and FedEx package for shipment for Ms. Flax (1.4 hrs.); complete collection, organization and preparation of binder of NJ environmental statutes for Mr. Hughes (1.1 hrs.). | 9.80 |
| | CHM | Prepare for witness meeting in Florida. | 2.50 |
| 03/19/02 | WH | Conferences with Ms. Banks re collecting documents/exhibits on various environmental issues relating to the site and neighboring properties (.8 hrs.); review same (5.8 hrs.); conduct website searches re neighboring Allied sites (.8 hrs.); research site issues under NJ statutes (1.2 hrs.). | 8.60 |
| | CHM | All-day meeting with witness in Florida and pre-meeting with J. Agnello and client. | 8.50 |
| | AP | Review documents regarding structural damage at building and call with C. Marraro re same (1.1); conference with B. Banks regarding documents. | 1.40 |

W. R. Grace & Co.    Page   8

|  |  |  | **Hours** |
|---|---|---|---|
| 03/19/02 | NAB | Chron and review privileged documents collected in preparation for interview of witness (4.1 hrs.); integrate same into existing case files (.3 hrs.). | 4.40 |
|  | BB | Organize and prepare additional binders of NJ statutes for attorneys and file (1.7 hrs.); research Westlaw and download additional UST statute provisions (1.8 hrs.); research production database and CDs for documentation of City of Jersey's first involvement with the site for Ms. Pelletier (1.7 hrs.); research production files, collect and prepare same for Ms. Pelletier and Mr. Hughes (1.2 hrs.); consult with Ms. Pelletier re results (.1 hrs.); consult with Mr. Hughes on research assignment re pertinent information on site (.2 hrs.); research Westlaw for amended statute for Mr. Hughes (.8 hrs.); download and prepare binder of same (.3 hrs.). | 7.80 |
| 03/20/02 | CHM | Meeting in Florida re documents (3.2 hrs.); review remediation document and telephone conference with government re same; (1.5 hrs.). | 4.70 |
|  | AP | Conference with B. Banks regarding bankruptcy and review documents re same. | 1.00 |
|  | BB | Research production database, production files and privileged documents in re documentation of operation of Valley Fair store for Mr. Hughes (4.2 hrs.); provide preliminary results to Mr. Hughes (.1 hrs.); prepare fax for U.S. EPA document to consultant for Mr. Hughes (.2 hrs.); research Westlaw for pertinent statutes and regulations for Mr. Hughes, download, organize and prepare indexed binders of same (2.9 hrs.); research Westlaw for pertinent statute re mandatory disclosure, download and prepare for Marraro (.3 hrs.). | 7.70 |
|  | WH | Review issues re site remediation technology and confer with consultant re same (1.4 hrs.); prepare memo to Mr. Marraro re technical issues related to proposal (.8 hrs.); review and | 8.70 |

W. R. Grace & Co. Page 9

| | | | **Hours** |
|---|---|---|---|
| | | analyze discovery responses per conference with Mr. Marraro and prepare memo to CM re same (1.3 hrs.); review issues re Valley Fair's operations and other site operators (1.8 hrs.); confer with Ms. Banks re search for documents on Valley Fair issue and review same (.6 hrs.); conference with expert re site remediation issue and review article re same (.9 hrs.); review and designate selected documents re site heaving issues (1.9 hrs.). | |
| 03/20/02 | NAB | Scan case documents (.6 hrs); incorporate same into electronic files (.5 hrs.); create hyperlinks for same on the appropriate case indices (1.1 hrs). | 2.20 |
| 03/21/02 | WH | Conference with consultant re remediation issue (.5 hrs.); review documents provided by Ms. Banks on acquisition issues (.8 hrs.); conferences with Ms. Banks and Ms. Pelletier re bankruptcy issue (.4 hrs.); conference with Ms. Banks re past ownership/operation of various sites and review pertinent documents re same (1.2 hrs.); designate deposition testimony for use at trial (5.5 hrs.). | 8.40 |
| | NAB | Scan case documents (.5 hrs); incorporate same into electronic files (.3 hrs); create hyperlinks for same on the appropriate case indices (1 hrs). | 1.80 |
| | AP | Conference with C. Marraro and B. Banks regarding UF Bankruptcy and trial preparation. | 1.00 |
| | CHM | Prepare memo to file re witness interview (2.5 hrs.) conference with Agnello (.5 hrs.); conference with experts re exhibits (1.2 hrs.); review invoices (1.5 hrs.). | 5.70 |
| | BB | Review documents relevant to occupancy of Valley Fair Store for Mr. Hughes (4.3 hrs.); consult with Ms. Pelletier re Daylin bankruptcy (.1 hrs.); research Martindale Hubbel and the Internet for pertinent information for Mr. Marraro (.7 hrs.); consult with Ms. Pelletier re Daylin bankruptcy documents and research | 11.00 |

W. R. Grace & Co.                                                                                                 Page   10

**Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | assignment (.2 hrs.); prepare and organize selected documents re Valley Fair (3.2 hrs.); update chronology of events from 1966 to 1981 for Mr. Hughes (1.3 hrs.); draft memo summarizing research results re same for Mr. Hughes (1.2 hrs.). |  |
| 03/22/02 | WH | Review documents from non-testifying consultant (.3 hrs.); review and designate as trial exhibits selected documents from Ms. Banks re site investigation/remediation issues (2.2 hrs.); confer with Ms. Banks and Mr. Marraro (.3 hrs.); review documents re ownership issue and confer with client and Ms. Banks re same (.8 hrs.); prepare file memo re issue for Mr. Marraro (.7 hrs.); work on trial brief section re Honeywell's RCRA liability (1.5 hrs.); legal research and confer with Mr. Kampman re CERCLA response cost issue (1.4 hrs.); review new case correspondence (.4 hrs.). | 7.60 |
|  | BB | Provide direction and supporting materials to Ms. Bynum for Westlaw research assignment re bankruptcy issues for Ms. Pelletier (.3 hrs.); proof, resolve document and event issues and finalize memo on operation of store for Mr. Hughes (4.3 hrs.); consult with Messrs. Marraro and Hughes (.1 hrs.); review results of Lexis research and provide additional direction to Ms. Bynum on researching store issue (.2 hrs.); complete collection and preparation of copies of updated N.J. ISRA 26B, 26C and 26E binders for attorneys (2.9 hrs.); collect pertinent case information for Mr. Marraro (.1 hrs.) research property ownership for Mr. Hughes (.6 hrs.); consult with Mr. Marraro on new research assignment re operations at property (.1 hrs.). | 8.60 |
|  | NAB | Conduct Lexis research regarding bankruptcy for Ms. Pelletier. | 6.30 |

W. R. Grace & Co.                                                                              Page   11

|  |  |  | Hours |
|---|---|---|---|
| 03/22/02 | CHM | Conference with client (.5 hrs.); work on evaluation of liabilities to adjacent properties (2.8 hrs.). | 3.30 |
| 03/25/02 | WH | Review expert deposition and prepare notes re cross-examination points (2.3 hrs.); collect trial exhibits and work on database of trial exhibits and cross-examination materials (4.8 hrs.); confer with Mr. Marraro re accepting service of Riverkeeper complaint and review file re procedural status of Riverkeeper case (1.2 hrs.). | 8.30 |
|  | NAB | Review production databases re Valley Fair. | 7.50 |
|  | CHM | Various conference calls with witnesses (1.2); review consultant bills (1.0); conference with client (.5); review and comment on letter to DEP (.8). | 3.50 |
| 03/26/02 | WH | Review and collect documents to be used as trial exhibits on sediment issues and confer with non-testifying expert re same (3.1 hrs.); revise database re trial exhibits (1.5 hrs.); legal research re evidentiary issue (1.0 hrs.); legal research re discharge issue (1.2 hrs.); conference with Ms. Pelletier re assignments (.3 hrs.); collect and review relevant DEP documents re IRM issues for use as trial exhibits (2.3 hrs.). | 9.40 |
| 03/27/02 | WH | Review Riverkeepers' Second Amended Complaint and related documents (1.1 hrs.); prepare Answer and Affirmative Defenses to same (6.2 hrs.); conduct legal research in support of same (1.6 hrs.). | 8.70 |
|  | NAB | Review, file and index new case correspondence (2.7 hrs.); scan same (1.1 hrs.); incorporate same into electronic files (.8 hrs.); create hyperlinks for same on the appropriate case indices (1.9 hrs.); review and integrate new case documents into index and existing case files (.1 hrs.). | 7.50 |

W. R. Grace & Co.                                                                                         Page    12

|  |  |  | Hours |
|---|---|---|---|
| 03/27/02 | CHM | Work on trial preparation (2.8); conference with client on various issues (.6); conference with J. Agnello (.3). | 3.70 |
| 03/28/02 | WH | Prepare cross-claims against Honeywell in Riverkeepers action (4.5 hrs.); revise answer and defenses per discussions with Ms. Pelletier (.8 hrs.); conduct legal research in support of same (1.6 hrs.). | 8.60 |
|  | NAB | Review, file and index new case correspondence (2.5 hrs.); scan same (1.1 hrs.); incorporate same into electronic files (.1 hrs.). | 7.50 |
|  | AP | Review sampling results. | 0.50 |
|  | CHM | Conference call with Grace attorney (.5); conference call with client (.5); review complaint from Riverkeepers (1.0); conference with B. Hughes re same (.3). | 2.30 |
| 03/29/02 | WH | Review and collect documents re recent site sampling for production to Honeywell (2.2 hrs.); conference with non-testifying expert re various issues (.3 hrs.); prepare letter to Honeywell re document production (.4 hrs.); revisions to Riverkeeper answer (.5 hrs.); work on pretrial materials (1.0 hrs.). | 4.40 |
|  | CHM | Conference with client. | 0.30 |

|  |  | Amount |
|---|---|---|
| Total Fees | 419.80 | $107,248.00 |
| 03/29/2002 Less Deduction of 40% of Fees Per Agreement |  | ($42,899.20) |
| Balance Due |  | $64,348.80 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 102.70 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 74.70 | 100.00 |

W. R. Grace & Co.          Page 13

| Name | Hours | Rate |
|---|---:|---:|
| William Hughes, Counsel | 157.30 | 350.00 |
| Christopher H. Marraro, Partner | 56.50 | 440.00 |
| Mahmoude Moasser, Paralegal | 9.90 | 135.00 |
| Tamara Parker, Associate | 10.10 | 270.00 |
| Angela Pelletier, Associate | 8.60 | 225.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12787

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Professional Services:

| | | | Hours |
|---|---|---|---|
| 03/28/02 | CHM | Review and respond to e-mails from R. Emmett (.2 hrs.); review file for answer to Mr. Emmett's questions (.1 hrs.). | 0.30 |

| | | Amount |
|---|---|---|
| Total Fees | 0.30 | $132.00 |
| Balance Due | | $132.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 0.30 | 440.00 |

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12786

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 03/04/02 | CHM | Review articles from client. | 0.50 |
| 03/08/02 | CHM | Review materials from client (.5); conference with EPA (.3). | 0.80 |
| 03/12/02 | CHM | Review artaicles from client. | 0.50 |
| 03/19/02 | CHM | Conference with client. | 0.30 |
| 03/20/02 | CHM | Conference with client (.3); calls with EPA (.5); review articles from client (.5).` | 1.30 |
| 03/22/02 | CHM | Conference with EPA. | 0.50 |
| 03/25/02 | CHM | Review articles from client. | 0.50 |
| 03/27/02 | CHM | Meeting with EPA (2.5 hrs.); conference with client re same (.5 hrs.). | 3.00 |
| 03/28/02 | CHM | Review articles. | 0.50 |

|  |  | Amount |
|---|---|---|
| Total Fees | 7.90 | $3,476.00 |

W. R. Grace & Co.                                                                                         Page    2

**Amount**

        Balance Due                                                              $3,476.00

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 7.90 | 440.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12785

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

|            |     |                         | Hours |
|------------|-----|-------------------------|-------|
| 03/18/02   | CHM | Prepare fee application.| 1.60  |
| 03/27/02   | CHM | Prepare fee application.| 1.20  |

|            |      | Amount    |
|------------|------|-----------|
| Total Fees | 2.80 | $1,232.00 |
| Balance Due|      | $1,232.00 |

Timekeeper Summary

| Name                            | Hours | Rate   |
|---------------------------------|-------|--------|
| Christopher H. Marraro, Partner | 2.80  | 440.00 |