# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies- Internal and Outside | $2,158.95 |
| Facsimile | $70.50 |
| Lexis | $394.29 |
| Telephone | $91.17 |
| Overtime Transportation | $110.78 |
| FedEx | $151.69 |
| Car Service | $178.25 |
| | |
| Total | $3,155.63 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

April 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12788

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Disbursements:

|  | Amount |
|---|---:|
| Car Services for 3/20 and 3/21 to/from Airport | 178.25 |
| Copy Costs - Internal | 2,158.95 |
| Facsimile Costs | 70.50 |
| FedEx Costs | 151.69 |
| Lexis Costs | 394.29 |
| Long Distance Charges | 91.17 |
| Overtime Transportation | 110.78 |
| Total Disbursements | $3,155.63 |