IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | Objection Deadline: May 20, 2002 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

## SUMMARY COVERSHEET TO FIRST MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2002 THROUGH MARCH 31, 2002

| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | March 1, 2002 through Mach 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $11,914 for the period March 1, 2002 through March 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,601.57 for the period of March 1, 2002 through March 31, 2002 |

This is a:             Monthly interim application

Prior Applications filed:    No

As indicated above, this is the first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 40.20 | $13,065.00 |
| Melissa E. Flax | Partner | $215 | 8.50 | $1,827.50 |

Total Fees     $14,892.50

Total Hours     48.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $76.25 |
| Westlaw | $17.89 |
| Telephone | $36.00 |
| FedEx | $9.45 |
| Travel | $1,386.98 |
| Messenger | $75.00 |
| | |
| Total | $1,601.57 |