IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  May 20, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                          April 19, 2002
Client No.              734680                               Page      3
INVOICE NO.             15247

   For Professional Services Rendered through   03/31/02

Matter #            734680.1        VS. ALLIED SIGNAL


| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 03/02/02 | JMA | Receipt and review letter from B. Hughes to M. Caffrey(.1); receipt and review filed stipulation re: Valera documents (.2) | .30 | 97.50 |
| 03/04/02 | JMA | Receipt and review MEF memo of issues from 2/19/02 meeting (.3); phone - C. Marraro (.4) | .70 | 227.50 |
| 03/04/02 | JMA | Receipt and review letter form M. Caffrey to C. Marraro | .30 | 97.50 |
| 03/04/02 | MEF | Review photos (.2); telephone call with Budge Print Cente (.2)r; research photo reproduction and enlargement (.3) | .70 | 150.50 |
| 03/05/02 | JMA | Review file for meeting with C. Marraro and A. Nagy (1.0); attend meeting with C. Marraro and A. Nagy (1.); attend meeting with C. Marraro, A. Nagy and H. McGuire (2.7) | 8.70 | 2827.50 |
| 03/05/02 | MEF | Receipt and review letter from B. Banks regarding aerials (1.5); conference with JMA regarding aerials, development of the site (.9) | 2.40 | 516.00 |
| 03/11/02 | JMA | Phone - C. Marraro re: H. Pierson interview | .40 | 130.00 |
| 03/11/02 | MEF | Telephone call with C. Marraro regarding damage documents and information | .20 | 43.00 |
| 03/12/02 | JMA | Receipt and review memo from B. Hughes re: quantity and quality of COPR on adjoining property (2.0); receipt and review letter from F. Boening to B. Hughes and S. German (.3); phone - C. Marraro (1.0); conference with clerk re: pending summary judgment motions (.5) | 3.80 | 1235.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                      April 19, 2002
Client No.            734680                              Page      4
INVOICE NO.           15247

03/13/02 JMA Phone - C. Marraro (.2); receipt and            2.60    845.00
             preliminary review of Judge Cavanaugh's Opinion
             on RCRA motions (1.8); phone conference with C.
             Marraro and B. Hughes re: Jersey City issues
             (.6)

03/13/02 MEF Receipt and review decision and order regarding  .70    150.50
             Honeywell motion to dismiss Count I of
             Complaint for lack of standing ICO's
             crossmotion on standing, ICO's and Grace's
             joint motion for partial summary judgment
             regarding Honeywell's liability under RCRA

03/15/02 JMA Phone - C. Marraro (.3); phone - C. Marraro      .50    162.50
             (.3)

03/18/02 JMA Review "Knowledge Documents" (2.0); review      8.00   2600.00
             Grace chronological history (2.0); review
             privilege documents and Pierson documents
             (2.0); conference with C. Marraro re: interview
             of H. Pierson (2.0)

03/18/02 MEF Email to B. Banks regarding knowledge documents  .50    107.50
             (.1); email from B. Banks regarding same
             receipt and review order granting filing of
             second amended complaint (.2); telephone call
             with Air Photo regarding development of
             negatives (.2)

03/19/02 JMA Review documents for Pierson interview (1.0);   8.00   2600.00
             conference with C. Marraro (1.0); conference
             with R. Sentfleben (1.5); attend interview of
             H. Pierson (4.2); phone conference with MEF re:
             pretrial Order (.3)

03/19/02 MEF Review letter from B. Banks regarding knowledge 3.30    709.50
             documents (.3); review history of knowledge of
             chromium toxicity (3.0)

03/20/02 JMA Phone - C. Marraro                               .40    130.00

03/21/02 JMA Conference with MEF (.5); phone - C. Marraro     .80    260.00
             re: NJ Election Law (.3)

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                     April 19, 2002
Client No.            734680                    Page      5
INVOICE NO.           15247

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/21/02 | MEF | Review email from C. Marraro regarding (.2); review additional photos regarding site and surrounding areas (.2) | .40 | 86.00 |
| 03/22/02 | JMA | Receipt and review e-mail from C. Marraro re: "RFA and interrogatory; review Honeywell RFA and interrogatory answer (1.0); phone - C. Marraro (.5); conference call with C. Marraro and H. Pierson (.3) | 1.80 | 585.00 |
| 03/27/02 | JMA | Review Honeywell discovery demands re: trial strategy | .80 | 260.00 |
| 03/27/02 | JMA | Phone - D. Carickoff | .20 | 65.00 |
| 03/27/02 | JMA | Phone - D. Carickoff's office | .10 | 32.50 |
| 03/27/02 | JMA | Phone - C. Marraro re: trial strategy issues | .50 | 162.50 |
| 03/27/02 | JMA | Receipt and review memo from D. Carickoff with Order authorizing retention of Carella, Byrne | .30 | 97.50 |
| 03/27/02 | MEF | Review Order authorizing retention of CBBG as special litigation counsel (.2); conference with JMA re: same.  (.1) | .30 | 64.50 |
| 03/28/02 | JMA | Trial preparation | 2.00 | 650.00 |

Total Fees:                                                    14,892.50

Disbursements

Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
| 03/19/02 | Costs Advanced - MR. PHOTO | 76.25 |
| | SUBTOTAL: | 76.25 |
| 03/31/02 | Telephone | 36.00 |
| 03/31/02 | Travel Expense | 1386.98 |
| 03/31/02 | Computer Searches | 17.89 |
| 03/31/02 | Federal Express | 9.45 |
| 03/31/02 | Messenger - In House | 75.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         15247

April 19, 2002
Page        6

```
                                        -------------
Total Costs                                 1,601.57
                                        -------------
Total Due this Matter                      16,494.07
=============
```

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    April 19, 2002
Client No.              734680                          Page        7
INVOICE NO.             15247

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
J M AGNELLO                      325.00   40.20          13065.00
M E FLAX                         215.00    8.50           1827.50
                          TOTALS          48.70          14892.50
```

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                  April 19, 2002
Client No.              734680              Page      5
INVOICE NO.             15247

| | | | |
|---|---|---:|---:|
| 03/21/02 MEF | Review email from C. Marraro regarding (.2); review additional photos regarding site and surrounding areas (.2) | .40 | 86.00 |
| 03/22/02 JMA | Receipt and review e-mail from C. Marraro re: "RFA and interrogatory; review Honeywell RFA and interrogatory answer (1.0); phone - C. Marraro (.5); conference call with C. Marraro and H. Pierson (.3) | 1.80 | 585.00 |
| 03/27/02 JMA | Review Honeywell discovery demands re: trial strategy | .80 | 260.00 |
| 03/27/02 JMA | Phone - D. Carickoff | .20 | 65.00 |
| 03/27/02 JMA | Phone - D. Carickoff's office | .10 | 32.50 |
| 03/27/02 JMA | Phone - C. Marraro re: trial strategy issues | .50 | 162.50 |
| 03/27/02 JMA | Receipt and review memo from D. Carickoff with Order authorizing retention of Carella, Byrne | .30 | 97.50 |
| 03/27/02 MEF | Review Order authorizing retention of CBBG as special litigation counsel (.2); conference with JMA re: same. (.1) | .30 | 64.50 |
| 03/28/02 JMA | Trial preparation | 2.00 | 650.00 |

------------
Total Fees:                                                   14,892.50


         Disbursements


Costs Advanced

| | | |
|---|---|---:|
| 03/19/02 | Costs Advanced - MR. PHOTO | 76.25 |
| | SUBTOTAL: | 76.25 |
| 03/31/02 | Telephone | 36.00 |
| 03/31/02 | Travel Expense | 1386.98 |
| 03/31/02 | Computer Searches | 17.89 |
| 03/31/02 | Federal Express | 9.45 |
| 03/31/02 | Messenger - In House | 75.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               15247

April 19, 2002
Page        6

------------
Total Costs                                           1,601.57
------------
Total Due this Matter                                16,494.07
=============

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 18th day of April, 2002

_____
Notary Public

My Commission Expires:
**LOIS ISAACSON**
**A Notary Public of New Jersey**
**My Commission Expires 6/19/06**