# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                   April 19, 2002
Client No.           734680                            Page      5
INVOICE NO.          15247
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/21/02 | MEF | Review email from C. Marraro regarding (.2); review additional photos regarding site and surrounding areas (.2) | .40 | 86.00 |
| 03/22/02 | JMA | Receipt and review e-mail from C. Marraro re: "RFA and interrogatory; review Honeywell RFA and interrogatory answer (1.0); phone - C. Marraro (.5); conference call with C. Marraro and H. Pierson (.3) | 1.80 | 585.00 |
| 03/27/02 | JMA | Review Honeywell discovery demands re: trial strategy | .80 | 260.00 |
| 03/27/02 | JMA | Phone - D. Carickoff | .20 | 65.00 |
| 03/27/02 | JMA | Phone - D. Carickoff's office | .10 | 32.50 |
| 03/27/02 | JMA | Phone - C. Marraro re: trial strategy issues | .50 | 162.50 |
| 03/27/02 | JMA | Receipt and review memo from D. Carickoff with Order authorizing retention of Carella, Byrne | .30 | 97.50 |
| 03/27/02 | MEF | Review Order authorizing retention of CBBG as special litigation counsel (.2); conference with JMA re: same. (.1) | .30 | 64.50 |
| 03/28/02 | JMA | Trial preparation | 2.00 | 650.00 |

Total Fees:                                                14,892.50

Disbursements

Costs Advanced

| Date | Description | Amount |
|---|---|---:|
| 03/19/02 | Costs Advanced - MR. PHOTO | 76.25 |
|  | SUBTOTAL: | 76.25 |
| 03/31/02 | Telephone | 36.00 |
| 03/31/02 | Travel Expense | 1386.98 |
| 03/31/02 | Computer Searches | 17.89 |
| 03/31/02 | Federal Express | 9.45 |
| 03/31/02 | Messenger - In House | 75.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | |
|---|---|---|
| W.R. GRACE & COMPANY | | April 19, 2002 |
| Client No. | 734680 | Page      6 |
| INVOICE NO. | 15247 | |

Total Costs                                                                1,601.57

Total Due this Matter                                                     16,494.07
==============