IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| W. R. GRACE & CO.-CONN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 02-1657 (JKF) |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Objection Deadline  May 10, 2002 at 4:00 p.m. (negative notice)
Hearing Date:  May 20, 2002 at 10:00 a.m. (if necessary)

**NOTICE OF STIPULATION AND AGREED ORDER BY AND AMONG
W. R. GRACE & CO.-CONN, NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, REAUD, MORGAN & QUINN, INC. AND
<u>ENVIRONMENTAL LITIGATION GROUP, P.C.</u>**

TO:  Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On April 19, 2002, W. R. Grace & Co.-Conn ("Grace"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), National Union Fire Insurance Company of Pittsburgh, PA ("National Fire"), Reaud, Morgan & Quinn, Inc. ("RMQ"), and Environmental Litigation Group, P.C. ("ELG") entered into the attached *Stipulation and Agreed Order By and Among W. R. Grace & Co.-Conn, National Union Fire Insurance Company of Pittsburgh, PA, Reaud, Morgan & Quinn, Inc., and Environmental Litigation Group, P.C.* (the "Stipulation") to resolve Grace's Motion for Preliminary Injunction

91100-001\DOCS_DE:45826.1

and Temporary Restraining Order (the "Motion"). The Stipulation was presented to the Court at the April 22, 2002 hearing in these chapter 11 cases. At the Court's direction, the Debtors are hereby providing the official committees appointed in these chapter 11 cases with ten days to file any objection to the entry of the Stipulation with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Objections and other responses to the Stipulation, if any, must be in writing and be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, no later than 4:00 p.m. Eastern Time on May 10, 2002. Such objection or response must specify the grounds therefore.

Any objections or other responses to the Stipulation, if any, must also be served so that they are received not later than May 10, 2002 at 4:00 p.m. Eastern Time, by (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel for National Fire, Michael S. Davis, Zeichner, Ellman & Krause LLP, 575 Lexington Ave., New York, NY 10022 (fax number 212-753-0396); and (iii) counsel for RMQ and ELG, Kevin D. McDonald, Esquire, Wilshire, Scott & Dyer, P.C., 1221 McKinney, Suite 3000, Houston, TX 77010 (fax number 713-651-0020).

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY APPROVE THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING WILL BE CONDUCTED BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE BANKRUPTCY COURT ON MAY 20, 2002 at 10:00 A.M.

Dated: April 30, 2002

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Christian Lane
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession