IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
In re:                                                    :    Chapter 11
                                                          :    Case No. 01-01139 et seq.
                                                          :
W. R. GRACE & CO., et al.,                                :    Jointly Administered
                                                          :
                                                          :
                    Debtors,                              :
                                                          :
                                                          :
---------------------------------------------------------------- X
OFFICIAL COMMITTEE OF ASBESTOS                            :
PERSONAL INJURY CLAIMANTS et al.                          :
                                                          :
                    Plaintiffs                            :
             vs.                                          :    Adv. No. 02-2210
                                                          :    LEAD DOCKET
SEALED AIR CORPORATION, et al.,                           :
                                                          :
                    Defendants,                           :
---------------------------------------------------------------- X
OFFICIAL COMMITTEE OF ASBESTOS                            :
PERSONAL INJURY CLAIMANTS et al.                          :    Adv. No. 02-2211
                                                          :
                    Plaintiffs                            :
             vs.                                          :
                                                          :
FRESENIUS MEDICAL CARE HOLDINGS                           :    **Affects Dockets 02-2210 and 02-2211**
 INC., et al.,                                            :
                                                          :
                    Defendants.                           :
---------------------------------------------------------------- X


**RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
TO DEBTORS' MOTION TO INTERVENE**


The Official Committee of Equity Security Holders (the "Equity Committee") of W.R.

Grace & Co. (the "Debtor") hereby supports the Debtor's motion to intervene in the above-

captioned adversary proceedings.


KL2:2151931.1

1.      Bankruptcy Code Section 1109(b) expressly provides that any "party in interest, including the debtor, . . . a creditors' committee [or] an equity security holders committee . . ., may raise and may appear and be heard on any issue in a case under this chapter." 11 U.S.C. §1109(b).  The Third Circuit has unequivocally and repeatedly held that this provision gives debtors and official committees the <u>absolute</u> right to intervene in adversary proceedings related to the bankruptcy case, as well as in contested matters. <u>See</u> <u>In re Marin Motor Oil, Inc.</u>, 689 F.2d 445 (3d Cir. 1982); <u>Phar-Mor Inc. v. Coopers & Lybrand</u>, 22 F.3d 1228 (3d Cir. 1994); <u>see</u> <u>also</u> <u>United States v. State St. Bank & Trust Co. (In re Scott Cable Comms.)</u>, 2002 Bankr. LEXIS 183 (Bankr. D. Del., March 3, 2002).[1]

2.      In the face of this settled and controlling authority, the principal argument advanced by the two Asbestos Committees -- that the Debtor's intervention would serve no purpose because the Asbestos Committees supposedly already represent the estate's interests adequately -- is simply beside the point.  The Debtor's right to intervene is absolute, regardless of what effects it will have.

3.      In any event, it is clear in the present case that the Debtor's intervention serves a valuable, indeed crucial, function.  The Asbestos Committees' overriding interest is to maximize recovery to asbestos claimants, by obtaining as high a valuation as possible of the Debtor's asbestos liabilities.  In direct contrast, the Debtor, its stockholders and all creditors other than asbestos claimants share an interest in seeking to ensure that the Debtor's asbestos liabilities are

---

[1] Pursuant to D.Del.L.R. 7.1.3(a)(G), a copy of the decision is attached hereto as Exhibit "<u>A</u>."

KL2:2151931.1

not valued at excessive amounts.  The Debtor's intervention will help ensure that this vital

interest is represented in these two adversary proceedings.

## Conclusion

For the reasons set forth above, the Equity Committee urges the Court to grant the

Debtor's motion to intervene.

Dated:  April 30, 2002                    Respectfully submitted,

                                          KLETT ROONEY LIEBER & SCHORLING

                                          By: _____
                                             Teresa K. D. Currier (ID No. 3080)
                                             Jeffrey R. Waxman (ID No. 4159)
                                             The Brandywine Building
                                             1000 West Street, Suite 1410
                                             Wilmington, Delaware  19801
                                             Telephone:  (302) 552-4200
                                             Facsimile:  (302) 552-4295

                                          - and -

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          Philip Bentley
                                          Gary M. Becker
                                          919 Third Avenue
                                          New York, New York  10022
                                          Telephone:  (212) 715-9100
                                          Facsimile:  (212) 715-8000

                                          Attorneys for the Official Committee of
                                          Equity Security Holders