EXHIBIT A

W. R. Grace & Co., et al.
District of Delaware, Bankruptcy Case No. 01-1139
Report on *De Minimis* Asset Sales January 1, 2002 through March 31, 2002

**Part I – Sales in excess of $25,000, but less than $250,000.**

The Debtors did not sell assets outside of the ordinary course of business with a value of more than $25,000 but less than $250,000 during the Sale Period.

**Part II – Sales less than $25,000.**

The Debtors did not sell assets outside of the ordinary course of business during the Sale Period for consideration less than $25,000.

91100-001\DOCS_DE:45841.1