## EXHIBIT A

| | | |
|---|---|---|
| W. R. Grace & Co.-Conn. ("Grace") | Protein Genetics, Inc. ("PGI") 1825 Infinity Road DeForest, Wisconsin 53532 | On January 23, 2002, Grace settled its dispute with PGI arising out of (a) PGI's failure from 1998 through 2001 to pay dividends and interest to Grace under Series B Preferred Stock of PGI held by Grace, and (b) PGI's failure to redeem such stock upon the occurrence of certain events in 1999 and 2000.  PGI is a biotech company based in Wisconsin.  Under the settlement, Grace received $200,000 in cash from PGI, and Grace exchanged its Series B Preferred Stock of PGI for Series C-2 Preferred Stock. Grace's Preferred Stock is now pari passu with Series A Preferred Stock and Series C-1 Preferred Stock of PGI. |
| W. R. Grace & Co.-Conn. ("Grace") | State of Kentucky | On March 13, 2002, Grace settled a Sales and Use Tax assessment for the audit period from September 1, 1993 to June 30, 1998.  Grace paid $425,000 to the State of Kentucky. |

91100-001\DOCS_DE:45840.1