IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline  May 16, 2002 at 4:00 p.m. (negative notice)
Hearing Date:  June 18, 2002 at 1:00 p.m. (if necessary)

## NOTICE OF PROPOSED STIPULATION AND CONSENT ORDER MODIFYING THE STIPULATION AND CONSENT ORDER RESOLVING MOTIONS OF THE DEBTORS AND HONEYWELL INTERNATIONAL, INC. FOR RELIEF FROM THE AUTOMATIC STAY ENTERED ON NOVEMBER 5, 2001

TO:   Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On or about April 30, 2002, the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Honeywell International, Inc. entered into the *Stipulation and Consent Order Modifying the Stipulation and Consent Order Resolving Motions of the Debtors and Honeywell International, Inc. For Relief From the Automatic Stay Entered*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*On November 5, 2001* (the "Proposed Stipulation and Order") and filed the same with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Proposed Stipulation and Order seeks to modify a previous Stipulation and Consent Order entered by the Bankruptcy Court on November 5, 2001 (the "November Stipulation and Order"). The Debtors and Honeywell International, Inc. ("Honeywell") seek to modify the November Stipulation and Order to broaden the scope of the initial relief from stay granted so as to account for the fact that a Second Amended Complaint was filed in the underlying litigation. A true and correct copy of the Proposed Stipulation and Order is attached hereto.

Objections and other responses to the Proposed Stipulation and Order, if any, must be in writing and be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, no later than 4:00 p.m. Eastern Time on May 16, 2002. Such objection or response must specify the grounds therefore.

Any objections or other responses to the Stipulation, if any, must also be served so that they are received not later than May 16, 2002 at 4:00 p.m. Eastern Time, by (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); and (ii) counsel for Honeywell, Kevin Mangan, Esquire, Walsh, Monzack & Monoco, P.A., 1201 North Orange Street, Suite 400, P.O. Box 2031, Wilmington, DE 19899, and Bruce Buechler, Esquire,

91100-001\DOCS_DE:45646.1

65 Livingston Avenue, Roseland, NJ 07068.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE PROPOSED STIPULATION AND ORDER WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING WILL BE CONDUCTED BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE BANKRUPTCY COURT ON JUNE 18, 2002 AT 1:00 P.M.

Dated: April 30, 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession