# EXHIBIT A

| Timekeeper | 2001 Rate | 2002 Rate |
|---|---|---|
| BFHawkins | $220 | $240 |
| EDBarnhill | $250 | $260 |
| GBCauthen | $250 | $270 |
| JMMelchers | $220 | $230 |
| NJSmith | $240 | $250 |
| RTCarlisle | $200 | $220 |
| DMCleary | $285 | $290 |
| METernes | $210 | $220 |
| KJHeiser | $170 | $180 |
| CXDavis | N/A | $275 |
| LKBarr-Efird | $205 | $215 |
| KACrawford | $250 | $275 |
| Melanie Swaby | $95 | $95 |
| Karen Brown | $125 | $125 |
| lkthomas | $85 | $95 |
| mwaddell | $85 | $85 |
| Lisa McInnis | $85 | $95 |
| Russell Altman | $95 | $95 |