# EXHIBIT B

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                    March 20, 2002
ATTN: Lydia Duff, Esq.                               Invoice 493884                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 01/31/02 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 01/04/02 | Meet with Attorney Cleary for his review of profiled documents. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/08/02 | Telephone conference with Ms. Antar regarding FOIA requests to EPA Region 1; research files for documents. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 01/09/02 | Review files for FOIA request to EPA Region 1. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 01/10/02 | Review letter from Mr. Siegel regarding preparation of audit letter on specific outstanding potential claims; review items with Attorney Cleary and approach to response. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 01/10/02 | Review, profile and organize documents (equipment removal activities at St. Thomas, Ontario, Canada memo and 2001 consolidation financial statements information request letter). | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 01/14/02 | Review Attorney Cleary's instructions for preparing an audit bulletin; search files for an audit bulletin. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/15/02 | Discussion with Mr. Bucens regarding South Carolina's position on treatment of aerosol cans as hazardous waste. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
| 01/15/02 | Review files for documents regarding matters potentially involving exposure to loss or gain of $500,000 or more for 2001. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 01/18/02 | Research and draft response to Grace request to provide information to its auditors. | | | |
| | D.M. CLEARY | 5.30 hrs. | 290.00/hr | $1,537.00 |
| 01/18/02 | Review information from Attorney Cleary concerning Grace audit letter. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |

W. R. Grace & Co.

March 20, 2002
Invoice 493884 Page 2

| 01/18/02 | Review files for financial documents and correspondence on sites that have $500K or more potential liability that should be disclosed in the financial statements for the year 2001 (1.4); meet with Attorney Cleary regarding result of my file review (0.4); search for documents and e-mail to Attorney Cleary correspondence regarding audit letter (0.4). | | | |
|---|---|---|---|---|
| | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |

| 01/21/02 | Redraft portions of audit letter (0.8); read Attorney Smith's comments (0.1); discuss status of letter and proposed issues with Attorneys Hawkins and Carlisle (0.2). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.10 hrs. | 290.00/hr | $319.00 |

| 01/21/02 | Review and revise audit letter response as requested by Attorney Cleary. | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.30 hrs. | 250.00/hr | $75.00 |

| 01/21/02 | Review information relevant to completing audit letter (0.9); discussion with Attorney Carlisle and Attorney Cleary regarding items to be included in letter and information that needs to be obtained (0.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |

| 01/21/02 | Confer with Attorney Cleary and Attorney Hawkins regarding information to be included in audit letter; begin editing draft letter. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.90 hrs. | 220.00/hr | $198.00 |

| 01/22/02 | Review and complete drafting PricewaterhouseCoopers audit letter with Attorney Carlisle and Attorney Hawkins. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 3.50 hrs. | 290.00/hr | $1,015.00 |

| 01/22/02 | Review information relevant to providing  response to audit letter (1.8); review items with paralegal and Attorney Carlisle that need to be completed to complete letter (0.4); continue locating information to complete audit request (1.1); review and revise audit letter (0.8). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 4.10 hrs. | 240.00/hr | $984.00 |

| 01/22/02 | Research status of various sites and environmental liabilities and revise draft audit response to incorporate status (2.3); confer with Mr. Tisdale regarding status of Aquatech (0.1); confer with Mr. Patterson regarding status of Li Tungsten site (0.1); conferences with Mr. English regarding total anticipated costs at Beaco Road Site (0.3); review documents pertinent to Rock Hill Chemical Site (0.8); confirm that Refuse Hideaway and Sepco liabilities have been satisfied and that any potential outstanding liabilities have not been asserted as claims (0.8); revisions to audit response based on comments from Attorneys Hawkins and Cleary (0.7); review additional file information (2.2); make final edits to letter (0.5). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 7.80 hrs. | 220.00/hr | $1,716.00 |

| 01/22/02 | Assist Attorneys Hawkins and Carlisle in response to Audit letter. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 2.50 hrs. | 95.00/hr | $237.50 |

| 01/24/02 | Telephone conference with Ms. Antar regarding her e-mail requesting information on Owens Corning (0.5); research superfund documents for Owens Corning as a PRP or site name (3.1). | | | |
|---|---|---|---|---|
| | K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |

| 01/25/02 | Review superfund files for information on Owens Corning as a PRP of a site. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information. | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

W. R. Grace & Co.

March 20, 2002
Invoice 493884  Page 3

**Fees for Legal Services**...................................................................................... **$8,027.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.30 | 250.00 | 75.00 |
| B.F. HAWKINS | 7.10 | 240.00 | 1,704.00 |
| D.M. CLEARY | 9.90 | 290.00 | 2,871.00 |
| R.T. CARLISLE | 8.70 | 220.00 | 1,914.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| L.K. THOMAS | 2.50 | 95.00 | 237.50 |
| K. BROWN | 9.60 | 125.00 | 1,200.00 |
| TOTAL | 38.40 | $209.04 | $8,027.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/17/2002 | VENDOR: University of South Carolina; INVOICE#: 011702; DATE: 01/17/2002 - Inv.#M48066 | 26.00 |
| 01/22/2002 | Photocopies 3 Page(s) | 0.15 |
| 01/22/2002 | Photocopies 8 Page(s) | 0.40 |
| 01/22/2002 | Photocopies 6 Page(s) | 0.30 |
| 01/22/2002 | 1-202-789-6000, | 0.15 |
| 01/22/2002 | 1-901-820-2026, | 0.85 |
| 01/22/2002 | 1-410-531-4711, | 0.22 |
| 01/23/2002 | Fed Ex | 12.32 |
| 01/23/2002 | Fed Ex | 12.32 |
| 01/23/2002 | Fed Ex | 12.32 |
| 01/23/2002 | Photocopies 3 Page(s) | 0.15 |
| 01/23/2002 | Photocopies 50 Page(s) | 2.50 |
| 01/23/2002 | Photocopies 1 Page(s) | 0.05 |
| 01/29/2002 | Photocopies 7 Page(s) | 0.35 |
| 01/29/2002 | 1-334-271-7700, | 0.84 |
| 01/29/2002 | 1-205-933-9110, | 1.10 |
| 01/29/2002 | 1-205-930-1211, | 0.78 |
| 01/29/2002 | 1-617-498-4594, | 0.13 |
| 01/29/2002 | 1-410-531-4213, | 1.00 |
| 01/31/2002 | Photocopies 18 Page(s) | 0.90 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$72.83**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.80 |
| Fed Ex | 36.96 |
| Outside Services | 26.00 |
| Telephone | 5.07 |
| TOTAL | $72.83 |

**Net current billing for this invoice** ...................................................................... **$8,099.83**

W. R. Grace & Co.

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| | | A/R BALANCE | $5,948.09 |

W. R. Grace & Co.

March 20, 2002
Invoice 493884  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I OO9
COLUMBIA, SOUTH CAROLINA  292 I I -2OOO
TELEPHONE (8O3) 799-2OOO

For Services Through 01/31/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $8,027.00 |
| Charges for Other Services Provided/Expenses Incurred | $72.83 |
| **Net current billing for this invoice** ............................................................... | **$8,099.83** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| | TOTAL A/R BALANCE | | $5,948.09 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 14, 2002
Invoice 493885

Page 1

| Our Matter # | 02399/06003 | For Services Through 01/31/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| 01/17/02 | Review proposed topics for conference call (0.2); arrange to have Attorney Carlisle monitor conference call (0.2); review results of conference call and status of activity on pursuing approval of feasibility study by DHEC (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |
| 01/17/02 | Participate in conference call meeting of Steering Committee; confer with Attorney Hawkins regarding outcome of meeting; draft memorandum to Ms. Duff and Messrs. Bucens and Obradovic summarizing meeting. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 220.00/hr | $88.00 |
| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

**Fees for Legal Services**.................................................................................... **$281.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.70 | 240.00 | 168.00 |
| R.T. CARLISLE | 0.40 | 220.00 | 88.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| TOTAL | 1.40 | $201.07 | $281.50 |

Net current billing for this invoice .......................................................................... **$281.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|

W. R. Grace & Co.

March 14, 2002
Invoice 493885  Page 2

| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
|--------|------------|----------|--------|
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| | | A/R BALANCE | $3,352.38 |

W. R. Grace & Co.

March 14, 2002
Invoice 493885  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $281.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................... | **$281.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| | TOTAL A/R BALANCE | | $3,352.38 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 20, 2002
Invoice 493886

Page 1

| Our Matter # | 02399/06005 | For Services Through 01/31/02 |
|---|---|---|
| Name of Matter: | Bill Johns Waste Oil Site-FL | |

| | | | | |
|---|---|---|---|---|
| 01/30/02 | Review files for documents regarding the site activities. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 01/31/02 | Telephone conference with Administrative Assistant Johnson to discuss the result of the file review. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |

**Fees for Legal Services**...........................................................................................................  **$100.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.80 | 125.00 | 100.00 |
| TOTAL | 0.80 | $125.00 | $100.00 |

**Net current billing for this invoice** .........................................................................................  **$100.00**

W. R. Grace & Co.

March 20, 2002
Invoice 493886  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06005
Bill Johns Waste Oil Site-FL

| | |
|---|---|
| Fees for Professional Services | $100.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................... | **$100.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 14, 2002
Invoice 493887

Page 1

| Our Matter # | 02399/06009 | For Services Through 01/31/02 |
| WR Grace # | 001-KL-721490-01-501620 | |
| Name of Matter: | Refuse Hideaway Landfill | |

| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create subfolders to reflect recent information. | | | |
| | M.V. WADDELL / Paralegal | 0.30 hrs. | 85.00/hr | $25.50 |
| 01/29/02 | Review files for documents regarding site. | | | |
| | K. BROWN / Paralegal | 0.70 hrs. | 125.00/hr | $87.50 |

**Fees for Legal Services**........................................................................................ **$113.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| K. BROWN | 0.70 | 125.00 | 87.50 |
| TOTAL | 1.00 | $113.00 | $113.00 |

Net current billing for this invoice ................................................................... **$113.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466679 | 09/21/2001 | 5.50 | 5.50 |
| | A/R BALANCE | | $5.50 |

W. R. Grace & Co.

March 14, 2002
Invoice 493887  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06009
Refuse Hideaway Landfill

| | |
|---|---|
| Fees for Professional Services | $113.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................. **$113.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466679 | 09/21/2001 | 5.50 | 5.50 |
| | TOTAL A/R BALANCE | | $5.50 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 14, 2002
Invoice 493888          Page 1

| | | | For Services Through 01/31/02 |
|---|---|---|---|
| Our Matter # | 02399/06011 | | |
| WR Grace # | 001-KL-721200-00-400107 | | |
| Name of Matter: | Enoree Site Management | | |

| | | | | |
|---|---|---|---|---|
| 01/02/02 | Review and profile documents.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/03/02 | Profile documents.<br>K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 01/10/02 | Review letter report from Rogers & Callcott regarding monitoring well installation data package.<br>R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 01/11/02 | Review incoming file materials and update file to reflect same; create subfolders accordingly.<br>L.K. THOMAS | 1.20 hrs. | 95.00/hr | $114.00 |

**Fees for Legal Services**.................................................................................................... **$186.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 220.00 | 22.00 |
| L.K. THOMAS | 1.20 | 95.00 | 114.00 |
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | 1.70 | $109.41 | $186.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/07/2002 | Photocopies 82 Page(s) | 4.10 |
| 01/31/2002 | Photocopies 3 Page(s) | 0.15 |
| 01/31/2002 | Photocopies 2 Page(s) | 0.10 |

W. R. Grace & Co.

March 14, 2002
Invoice 493888  Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... $4.35

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.35 |
| TOTAL | $4.35 |

**Net current billing for this invoice** ........................................................................ **$190.35**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| | | A/R BALANCE | $11,852.35 |

W. R. Grace & Co.

March 14, 2002
Invoice 493888  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $186.00 |
| Charges for Other Services Provided/Expenses Incurred | $4.35 |

**Net current billing for this invoice** ............................................................... **$190.35**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| | TOTAL A/R BALANCE | | $11,852.35 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 14, 2002
Invoice 493889

Page 1

| | |
|---|---|
| Our Matter # | 02399/06027 |
| WR Grace # | 032-KL-288200-12-800209 |
| Name of Matter: | Project Allen |

For Services Through 01/31/02

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/10/01 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 12/13/01 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile.<br>L.D. MCINNIS | 0.30 hrs. | 85.00/hr | $25.50 |
| 12/19/01 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 12/31/01 | Check docket; follow up on possible objections to NMRS 12/19 fee application.<br>G.B. CAUTHEN | 0.40 hrs. | 250.00/hr | $100.00 |
| 12/31/01 | Follow up on environmental aspects of pending bankruptcy motions.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/31/01 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 01/02/02 | Revise fee application for November fees and expenses; prepare application for filing.<br>K.J. HEISER | 0.90 hrs. | 180.00/hr | $162.00 |
| 01/07/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 01/08/02 | Review latest docket for impact on environmental work.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 01/11/02 | Assist on objection to fee application issue.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 01/14/02 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile.<br>L.D. MCINNIS | 0.20 hrs. | 95.00/hr | $19.00 |

W. R. Grace & Co.

March 14, 2002
Invoice 493889  Page 2

| | | | | |
|---|---|---|---|---|
| 01/16/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 01/17/02 | Review docket; check on possible objections to fee application; memo to Attorney Hawkins on same. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 01/22/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 01/24/02 | Check docket for any possible objections to our fee application. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 01/25/02 | Review data on extension of exclusive period; memo to Attorneys Cleary and Hawkins on impact on environmental work. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 01/28/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information. | | | |
| | M.V. WADDELL | 0.60 hrs. | 85.00/hr | $51.00 |
| 01/29/02 | Check court docket for changes that may impact environmental work and for any objections to fee applications. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |

**Fees for Legal Services**...................................................................................................... **$955.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| G.B. CAUTHEN | 2.40 | 270.00 | 634.00 |
| K.J. HEISER | 0.90 | 180.00 | 162.00 |
| M.V. WADDELL | 0.60 | 85.00 | 51.00 |
| L.D. MCINNIS | 1.20 | 95.00 | 108.00 |
| TOTAL | 5.10 | $187.25 | $955.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/01/2002 | Postage | 3.44 |
| 01/02/2002 | Photocopies 106 Page(s) | 5.30 |
| 01/11/2002 | Fed Ex | 12.32 |
| 01/11/2002 | Photocopies 14 Page(s) | 0.70 |
| 01/11/2002 | Photocopies 178 Page(s) | 8.90 |
| 01/15/2002 | Photocopies 6 Page(s) | 0.30 |
| 01/15/2002 | 1-410-531-4129, | 0.26 |
| 01/18/2002 | Photocopies 5 Page(s) | 0.25 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$31.47**

W. R. Grace & Co.

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 15.45 |
| Fed Ex | 12.32 |
| Postage | 3.44 |
| Telephone | 0.26 |
| TOTAL | $31.47 |

Net current billing for this invoice ......................................................................................... **$986.47**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
|  | A/R BALANCE |  | $18,148.85 |

W. R. Grace & Co.

March 14, 2002
Invoice 493889  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $955.00 |
| Charges for Other Services Provided/Expenses Incurred | $31.47 |

**Net current billing for this invoice** ................................................................. **$986.47**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| | TOTAL A/R BALANCE | | $18,148.85 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 14, 2002
Invoice 493890

Page 1

---

| | | For Services Through 01/31/02 |
|---|---|---|
| Our Matter # | 02399/06031 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/03/02 | Review and profile documents.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 01/05/02 | Review incoming material and update correspondence file with same.<br>L.K. THOMAS | 0.50 hrs. | 95.00/hr | $47.50 |
| 01/10/02 | Confer with Ms. Duff regarding sending letter to Mr. Englert on decision not to participate in funding dredge spoils work and regarding Attorney Hawkins' suggested revisions to letter.<br>R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/21/02 | Review incoming materials and update file to reflect same; create sub folders accordingly.<br>L.K. THOMAS | 1.10 hrs. | 95.00/hr | $104.50 |
| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information; create master index of file materials.<br>M.V. WADDELL | 1.40 hrs. | 85.00/hr | $119.00 |
| 01/29/02 | Continue to create and organize  master index of file materials.<br>M.V. WADDELL | 1.20 hrs. | 85.00/hr | $102.00 |
| 01/31/02 | Continue to prepare master index to file documents.<br>M.V. WADDELL | 1.40 hrs. | 85.00/hr | $119.00 |

Fees for Legal Services.................................................................................................... **$561.00**

---

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.20 | 220.00 | 44.00 |
| M.V. WADDELL | 4.00 | 85.00 | 340.00 |
| L.K. THOMAS | 1.60 | 95.00 | 152.00 |
| K. BROWN | 0.20 | 125.00 | 25.00 |

W. R. Grace & Co.

March 14, 2002
Invoice 493890  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 6.00 | $93.50 | $561.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/02/2002 | 1-609-860-3432, | 1.81 |
| 01/02/2002 | 1-410-531-4000, | 0.15 |
| 01/02/2002 | 1-617-498-2667, | 0.12 |
| 01/02/2002 | 1-617-967-0413, | 0.14 |
| 01/16/2002 | Photocopies 4 Page(s) | 0.20 |
| 01/25/2002 | Photocopies 6 Page(s) | 0.30 |

Total Charges for Other Services Provided/Expenses Incurred ..................................... $2.72

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.50 |
| Telephone | 2.22 |
| TOTAL | $2.72 |

Net current billing for this invoice .................................................................................. **$563.72**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| | | A/R BALANCE | $6,399.53 |

W. R. Grace & Co.

March 14, 2002
Invoice 493890  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $561.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.72 |

**Net current billing for this invoice** ............................................................... **$563.72**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| | TOTAL A/R BALANCE | | $6,399.53 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 28, 2002
Invoice 493891  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | |
|---|---|---|---|
| 01/02/02 | Conference call with Ms. Duff and Attorney Hawkins regarding meeting with various local contacts for support of groundwater reclassification effort (0.4); contact Mr. Andrade regarding meeting (0.1); telephone conference with Mr. Maglione regarding meeting with sewer district (0.3); follow up call from Attorney Hawkins (0.1). | | |
| | N.J. SMITH | 0.90 hrs.   250.00/hr | $225.00 |
| 01/02/02 | Continue preparations for meeting with DHEC concerning Supplemental Feasibility Study and justification for remedy selection (3.2); discussions with Mr. Bucens and Ms. Duff regarding travel plans (0.4). | | |
| | B.F. HAWKINS | 3.60 hrs.   240.00/hr | $864.00 |
| 01/02/02 | Review industrial waste landfill regulations and municipal waste landfill regulations, as well as prior analysis of location and buffer requirements (0.9); outline rationale for why neither should be considered an ARAR (0.8); electronic mail memorandum to Attorney Hawkins regarding same (0.1) | | |
| | R.T. CARLISLE | 1.80 hrs.   220.00/hr | $396.00 |
| 01/03/02 | Various telephone conferences with Attorney Hawkins regarding meeting and schedule for Ms. Duff; telephone conference with Ms. Duff (0.1); telephone conference with Mr. Andrade regarding meeting on groundwater reclassification project, discuss economic and community development issues and contacts (0.3); telephone conference with Mr. Maglione regarding meeting (0.1); telephone conference with Mr. Quinn regarding meeting with Ms. Duff, discuss nature of meeting and effort, schedule meeting, inform Attorney Hawkins and Ms. Duff (0.4). | | |
| | N.J. SMITH | 0.90 hrs.   250.00/hr | $225.00 |
| 01/03/02 | Continue review of information related to potential ARARs and arguments that could support reclassification of groundwater in the Charleston Neck area (1.6); review scheduling meetings with Attorney Smith of various potential contacts that could assist in effort for reclassification (0.3). | | |
| | B.F. HAWKINS | 1.90 hrs.   240.00/hr | $456.00 |
| 01/04/02 | Office conference with Ms. Duff and Mr. Bucens and conference call with Attorney Hawkins and Mr. Obradovic regarding groundwater reclassification project, remedial issues (1.4); office conference with Mr. Andrade (0.4); office conference with Mr. Maglione (0.8). | | |
| | N.J. SMITH | 2.60 hrs.   250.00/hr | $650.00 |

W. R. Grace & Co.

01/04/02    Review issues with Attorney Smith regarding efforts for reclassification (0.4); discussion with
            Mr. Quinn concerning reclassification efforts (0.2); review clarification in law concerning site
            specific extension of groundwater mixing zones to adjacent non-owned properties (0.4);
            meeting with Ms. Duff and Mr. Bucens along with city and technical representatives to
            review information concerning groundwater quality in the Charleston neck area and various
            options for approaching groundwater reclassification as relevant to feasibility study options
            and site remedy selection (0.8); follow up discussions with Ms. Duff (0.4).
            B.F. HAWKINS                              2.20 hrs.    240.00/hr          $528.00

01/09/02    Review and revise memos on landfill and groundwater ARARs (1.8); review information
            regarding cost considerations in remedy selection (0.5); conference call with Ms. Duff, Mr.
            Bucens, Mr. Obradovic, Ms. Saucier, Mr. Miesfeldt and Attorney Carlisle to review Feasibility
            Study issues and issues concerning groundwater treatment and classification (0.9).
            B.F. HAWKINS                              3.20 hrs.    240.00/hr          $768.00

01/09/02    Prepare memorandum to Attorney Hawkins incorporating analysis used in outlines provided
            to him over the last two weeks concerning groundwater issues at the Charleston site (2.8);
            prepare memorandum to Attorney Hawkins regarding use of landfill location standards as
            ARARs (based on outline of research provided to him last week) and confer with Attorney
            Hawkins regarding clarification of same (0.7); review guidance document on groundwater
            mixing zones (0.2); confer with Attorney Hawkins regarding issue of source removal and
            containment based upon guidance document (0.2); participate in conference call with Ms.
            Duff, Messrs. Bucens, Obradovic, and Miesfeldt, Ms. Saucier and Attorney Hawkins
            regarding reclassification of groundwater, groundwater mixing zones, and strategic issues
            related to each (0.9).
            R.T. CARLISLE                             4.80 hrs.    220.00/hr        $1,056.00

01/10/02    Prepare memorandum to Attorney Hawkins based on outline of factors considered in
            alternatives analysis and regarding consideration of cost in remedy selection (2.5); request
            copy of most recent version of groundwater mixing zone guidance document from DHEC
            (0.2).
            R.T. CARLISLE                             2.70 hrs.    220.00/hr          $594.00

01/11/02    Gather latest incoming materials concerning groundwater issues at Charleston site.
            L.K. THOMAS                               3.30 hrs.     95.00/hr          $313.50

01/18/02    Review guidance documents and transmit them, along with copy of current version of R.61-
            68, to Ms. Duff and Messrs. Bucens and Obradovic.
            R.T. CARLISLE                             0.30 hrs.    220.00/hr           $66.00

01/21/02    Gather latest incoming materials concerning groundwater issues at Charleston site.
            L.K. THOMAS                               0.90 hrs.     95.00/hr           $85.50

01/24/02    Review information in preparation for conference call to review approaches with DHEC to
            justify remedy selection alternatives (2.1); discussion with consultants concerning remedy
            selection in South Carolina and approved approaches (1.1); work on outline of arguments
            supporting various aspects of remedy selection (0.9); review research issues with Attorney
            Carlisle (0.7).
            B.F. HAWKINS                              4.80 hrs.    240.00/hr        $1,152.00

01/24/02    Reivew information received from DHEC on groundwater mixing zones (0.4); review
            revisions to R.61-68 pertaining to groundwater mixing zones (1.2); review research on
            groundwater issues with Attoney Hawkins (0.7).
            R.T. CARLISLE                             2.30 hrs.    220.00/hr          $506.00

W. R. Grace & Co.

March 28, 2002
Invoice 493891  Page 3

01/25/02    Review information in preparation for conference call concerning different options for approaching DHEC on defining groundwater and soil ARARs and concerning assessment of revised Feasibility Study (1.3); conference call on  strategy for addressing Feasibility Study issues with DHEC (1.0).
B.F. HAWKINS                          2.30 hrs.    240.00/hr              $552.00

01/25/02    Review recent amendment to CERCLA to determine whether changes would benefit client in this matter (0.8); confer with contacts regarding experience on mixing zones and site-wide variances in South Carolina (0.3); confer with Superfund hotline staff on guidance documents specifying a particular period of time for meeting ARARs (0.2); confer with Attorney Hawkins regarding research and regarding recommendations to client on dealing with groundwater issues (0.7); participate in conference call with Ms. Duff, Messrs. Obradovic and Bucens, Ms. Saucier, Mr. Miesfeldt and Attorney Hawkins regarding groundwater issues at site and strategy for addressing them with DHEC (1.4).
R.T. CARLISLE                         3.40 hrs.    220.00/hr              $748.00

01/28/02    Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information.
M.V. WADDELL                          0.30 hrs.    85.00/hr               $25.50

01/28/02    Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information.
M.V. WADDELL                          0.60 hrs.    85.00/hr               $51.00

01/30/02    Discussion with representatives of various consultants regarding approaches to site specific variances from groundwater MCL requirements.
B.F. HAWKINS                          0.90 hrs.    240.00/hr              $216.00

01/31/02    Review information from Mr. Bucens indicating DHEC's response to initial review of Supplemental Feasibility Study (0.4); discussion with Mr. Bucens regarding response (0.4).
B.F. HAWKINS                          0.80 hrs.    240.00/hr              $192.00

01/31/02    Review e-mail regarding DHEC's approach to groundwater monitoring.
M.E. TERNES                           0.30 hrs.    220.00/hr              $66.00

**Fees for Legal Services**.................................................................................................... **$9,735.50**

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| N.J. SMITH   | 4.40  | 250.00  | 1,100.00 |
| B.F. HAWKINS | 19.70 | 240.00  | 4,728.00 |
| M.E. TERNES  | 0.30  | 220.00  | 66.00    |
| R.T. CARLISLE| 15.30 | 220.00  | 3,366.00 |
| M.V. WADDELL | 0.90  | 85.00   | 76.50    |
| L.K. THOMAS  | 4.20  | 95.00   | 399.00   |
| TOTAL        | 44.80 | $217.31 | $9,735.50|

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description                    |      |
|------------|--------------------------------|------|
| 01/02/2002 | Photocopies 28 Page(s)         | 1.40 |
| 01/08/2002 | Telephone 1-617-498-2667       | 0.12 |
| 01/09/2002 | Telephone 1-601-352-8646       | 9.18 |
| 01/11/2002 | Photocopies 1 Page(s)          | 0.05 |

W. R. Grace & Co.

March 28, 2002
Invoice 493891  Page 4

| 01/16/2002 | Photocopies 28 Page(s) | 1.40 |
| 01/25/2002 | Photocopies 2 Page(s) | 0.10 |
| 01/25/2002 | Photocopies 33 Page(s) | 1.65 |
| 01/25/2002 | Telephone 1-843-982-0606 | 2.07 |
| 01/25/2002 | Telephone 1-601-352-8646 | 7.48 |
| 01/29/2002 | Photocopies 15 Page(s) | 0.75 |
| 01/29/2002 | Photocopies 26 Page(s) | 1.30 |
| 01/30/2002 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 123101-1; DATE: 01/30/2002 | 1.60 |
| 01/31/2002 | Telephone 1-617-498-2667 | 0.91 |

**Total Charges for Other Services Provided/Expenses Incurred** .....................................  **$28.01**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| CopyOut | 1.60 |
| Photocopies | 6.65 |
| Telephone | 19.76 |
| TOTAL | $28.01 |

**Net current billing for this invoice** ....................................................................................  **$9,763.51**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| | | A/R BALANCE | $34,991.70 |

W. R. Grace & Co.

March 28, 2002
Invoice 493891  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $9,735.50 |
| Charges for Other Services Provided/Expenses Incurred | $28.01 |

**Net current billing for this invoice** ...............................................................  **$9,763.51**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| | TOTAL A/R BALANCE | | $34,991.70 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 14, 2002
Invoice 493892

Page 1

| | | For Services Through 01/31/02 |
|---|---|---|
| Our Matter # | 02399/06035 | |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Easthampton, MA Expanding Plant | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/18/02 | Review memo from Mr. Marriam regarding Easthampton (0.2), review archived documents (0.5); respond by e-mail with comment (0.3).<br>D.M. CLEARY | 1.00 hrs. | 290.00/hr | $290.00 |
| 01/22/02 | Review, profile and organize document.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/23/02 | Response to Mr. Marriam's request for document.<br>D.M. CLEARY | 0.10 hrs. | 290.00/hr | $29.00 |
| 01/23/02 | Read Mr. Emmett's memo in support of Mr. Marriam's request for approval of Easthampton activities.<br>D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 01/24/02 | Read e-mail response to Mr. Emmett's memo from Ms. Baer; review Easthampton file for MADEP communications and news articles.<br>D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |
| 01/28/02 | Review incoming file documents and organize same; update correspondence file and create sub folders to reflect recent information.<br>M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

**Fees for Legal Services**................................................................................................... **$672.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.10 | 290.00 | 609.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 2.70 | 248.89 | 672.00 |

W. R. Grace & Co.

March 14, 2002
Invoice 493892  Page 2

**Net current billing for this invoice** ................................................................................................ **$672.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 11.40 |
| 467974 | 09/27/2001 | 130.50 | 26.10 |
| 481802 | 12/14/2001 | 336.80 | 336.80 |
| 487273 | 01/31/2002 | 392.00 | 392.00 |
| | | A/R BALANCE | $851.90 |

W. R. Grace & Co.

March 14, 2002
Invoice 493892  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

| | |
|---|---|
| Fees for Professional Services | $672.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................... | **$672.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 11.40 |
| 467974 | 09/27/2001 | 130.50 | 26.10 |
| 481802 | 12/14/2001 | 336.80 | 336.80 |
| 487273 | 01/31/2002 | 392.00 | 392.00 |
| | TOTAL A/R BALANCE | | $851.90 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 20, 2002
Invoice 493893

Page 1

| Our Matter # | 02399/06089 | For Services Through 01/31/02 |
|---|---|---|
| Name of Matter: | FOIA Request | |

01/25/02  Discussion with Mr. O'Connell concerning FOIA request for information concerning facility in Alabama; review information concerning company; run conflicts search; instruction to paralegal concerning FOIA request on company.
B.F. HAWKINS                          0.60 hrs.    240.00/hr            $144.00

01/29/02  Telephone conference with Alabama Department of Environmental Management to discuss obtaining materials via FOIA request (0.2); telephone conferences with Mr. Allen and Mr. Fulton of Jefferson County Health Department-Division of Air to discuss obtaining materials via FOIA request (0.4); draft correspondence to Attorney Hawkins to discuss FOIA procedures in Alabama (0.3); telephone conference with Mr. O'Connell to discuss FOIA request procedures and additional information needed for request (0.2); draft and forward FOIA request to Jefferson County Health Department (0.1).
L.K. THOMAS                           1.20 hrs.    95.00/hr             $114.00

01/30/02  Review and revise FOIA request; review information on procedures for making request.
B.F. HAWKINS                          0.50 hrs.    240.00/hr            $120.00

**Fees for Legal Services.................................................................................... $378.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.10 | 240.00 | 264.00 |
| L.K. THOMAS | 1.20 | 95.00 | 114.00 |
| TOTAL | 2.30 | 164.35 | 378.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/15/2002 | 1-617-498-2667, | 0.20 |
| 01/24/2002 | 1-617-498-4968, | 7.89 |
| 01/31/2002 | Photocopies 1 Page(s) | 0.05 |

W. R. Grace & Co.

March 20, 2002
Invoice 493893  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 01/31/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $378.00 |
| Charges for Other Services Provided/Expenses Incurred | $8.14 |

**Net current billing for this invoice** .................................................................    **$386.14**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC