# EXHIBIT A

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|-------------|-------|
| Photocopies | $        32.55 |
| Facsimiles | $           - |
| Long Distance Telephone | $           - |
| Outside Courier | $           - |
| Travel Expense | $           - |
| Lexis | $           - |
| Westlaw | $           - |
| Meal Expenses | $           - |
| Overtime | $           - |
| Velo Binding | $           - |
| **Total** | $        32.55 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 03/12/02 | 44 | Photocopies | $ | 6.60 |
| 03/14/02 | 34 | Photocopies | | 5.10 |
| 03/19/02 | 139 | Photocopies | | 20.85 |
| | | **Total Disbursements:** | **$** | **32.55** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 32.55 |
| **Total Disbursements:** **$** | | **32.55** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *0.12* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | 02/28/02 | Cash Receipt | | -398.10 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth | Partner | $ 325.00 | 14.80 | $ 4,810.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 73.10 | $ 21,930.00 |
| Coggon, Katheryn | Special Counsel | $ 240.00 | 2.6 | $ 624.00 |
| Korver, Thomas | Senior Paralegal | $ 125.00 | 1.2 | $ 150.00 |
| Floyd, Mary Beth | Information Specialist | $ 90.00 | 15.1 | $ 1,359.00 |
| Total | | | 106.80 | 28,873.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 439.65 |
| Facsimiles | $ | 23.00 |
| Long Distance Telephone | $ | 16.07 |
| Outside Courier | $ | 90.34 |
| Postage | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Other Expenses | $ | 187.30 |
| Lexis | $ | - |
| Research Services | $ | - |
| Velo Binding | $ | - |
| **Total** | $ | 756.36 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/02 | CLN | Work on comments on NPL listing (.50); evaluate risk issues for experts to address in report (2.80). | 3.30 | $    990.00 |
| 03/01/02 | MBF | Perform quality control/quality assessment of Historical documents coded into Document Director and Lotus Notes. | 5.20 | 468.00 |
| 03/04/02 | CLN | Evaluate docket for NPL (5.50); conference with R.Emmett re NPL proposal (.30) | 5.80 | 1,740.00 |
| 03/04/02 | MBF | Arrange to have discs and documents from NPL docket copied and delivered to CLNeitzel for transmission to consultants. | 0.60 | 54.00 |
| 03/05/02 | CLN | Work on issues outline for expert on risk. | 7.50 | 2,250.00 |
| 03/05/02 | MBF | Perform quality control/quality assessment on Historical documents coded into Document Director/Lotus Notes database. | 2.30 | 207.00 |
| 03/06/02 | CLN | Prepare outline of questions for expert (2.0); prepare for meeting with expert (1.50); prepare for conference call with Grace representatives (.50); conference call with Grace representatives (1.0); meeting to interview expert (3.30). | 8.30 | 2,490.00 |
| 03/06/02 | MBF | Perform quality control/quality assessment on documents coded into Document Director and Lotus Notes. | 4.20 | 378.00 |
| 03/07/02 | KWL | Review ATSDR and Volpe documents re NPL listing and risk issues. | 4.00 | 1,300.00 |
| 03/07/02 | CLN | Work on identification of experts (.30); develop schedule and work on comments on proposed NPL listing (2.50) | 2.80 | 840.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/07/02 | MBF | Perform quality contol/quality assessment of Historical documents coded into Lotus Notes and Document Director databases. | 2.80 | 252.00 |
| 03/08/02 | CLN | Work on identification of experts (2.0); work on risk issues (4.0); comments on NPL proposal (.80). | 6.80 | 2,040.00 |
| 03/11/02 | KWL | Telephone conference with Bill Corcoran re NPL response strategy (.50); review various documents in response to client inquiry (2.40). | 2.90 | 942.50 |
| 03/12/02 | CLN | Coordinate with experts re NPL comments. | 0.80 | 240.00 |
| 03/13/02 | CLN | Work on NPL listing comments (5.0); work on list of experts (1.0); conference with KJCoggon and TWKorver re status of document production and documents relevant to NPL comments (.70). | 6.80 | 2,040.00 |
| 03/13/02 | KJC | Review and revise timekeeper memo (0.30); conference with TWKorver and CLNeitzel re comments on NPL listing (0.70). | 1.00 | 240.00 |
| 03/13/02 | TWK | Meet with CLNeitzel and KJCoggon re comments on NPL listing (.70). | 0.70 | 87.50 |
| 03/14/02 | CLN | Evaluate experts. | 0.80 | 240.00 |
| 03/15/02 | KWL | Review Grace comments to EPA Action Memorandum (1.20); prepare for telephone conference with Bill Corcoran and Bob Emmett re NPL listing issues (1.10); telephone conference with Bill Corcoran and Bob Emmett re NPL listing issues (1.60); review "Silver Bullet" regulatory authority (1.00); draft NPL strategy update for Bob Emmett (2.00); review additional materials received from Larry Kirch (1.00). | 7.90 | 2,567.50 |
| 03/15/02 | CLN | Work on expert list (.50); conference with potential expert (.80). | 1.30 | 390.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/15/02 | KJC | Conference with KWLund re NPL listing comments and WR Grace "Story." | 0.20 | 48.00 |
| 03/15/02 | TWK | Research historical materials re naturally occurring tremolite for NPL listing comments (.50). | 0.50 | 62.50 |
| 03/19/02 | CLN | Conference with consulting expert. | 0.50 | 150.00 |
| 03/19/02 | KJC | Send copy of imaging services contract and telephone conference with vendor re same (0.10); revise memo to timekeepers including telephone conferences with KBates and KWLund re specific issues (0.70); telephone conferences with JLSherman re reintegration of documents into dead storage files (0.20); review e-mail from M. Murphy re return of boxes (0.20); e-mail exchange with JLSherman re progress of document review and return of boxes to Boston (0.20). | 1.40 | 336.00 |
| 03/20/02 | CLN | Work on identification of experts. | 0.30 | 90.00 |
| 03/22/02 | CLN | Prepare for interview with expert (3.0); interview expert (3.5). | 6.50 | 1,950.00 |
| 03/24/02 | CLN | Evaluate experts (1.0); review of Sciences International presentation to EPA (2.30); coordinate with expert re comments (.50); code documents for risk expert (1.0). | 4.80 | 1,440.00 |
| 03/25/02 | CLN | Conference with expert re NPL comments (.50); evaluate information needed from R.J. Lee (1.0); conference with D.Kuchinsky re contacting experts (.30); work on identification of experts (1.20); work on NPL comments (.80); followup call to potential expert (.20); conference with potential expert (.30); coordinate with expert re comments and draft comments (4.0). | 9.30 | 2,790.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/26/02 | CLN | Review of materials provided by Grace counsel re experts (2.5); conference with reference provided by potential expert and e-mail about her (.50); coordinate with consulting expert and KWLund re comments for proposed NPL (.30). | 3.30 | 990.00 |
| 03/27/02 | CLN | Conference with R.Finke re discovery issues and coordinate with KJCoggon and KWLund (.50); coordinate  call with materials expert (.20); conference call with materials expert (1.0); review of expert depositions and determine whether to retain (2.50). | 4.20 | 1,260.00 |

**Total Fees Through March 31, 2002:**   106.80   $   28,873.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 14.80 | $   4,810.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 73.10 | 21,930.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 240.00 | 2.60 | 624.00 |
| TWK | Thomas W. Korver | Paralegal | 125.00 | 1.20 | 150.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 15.10 | 1,359.00 |

**Total Fees:**   106.80   $   28,873.00

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-29611; DATE: 2/21/02  -  Courier, Acct. 0802-0410-8 02-14; Bertram Price White Plains, NY | $ | 16.17 |
| 02/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-29611; DATE: 2/21/02  -  Courier, Acct. 0802-0410-8 02-14; Dori Anne Kuchinsky Leesburg, Va | | 14.82 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-29611; DATE: 2/21/02 - Courier, Acct. 0802-0410-8 02-14; Richard Finke Boca Raton, Fl | 14.82 |
| 02/26/02 | | Long Distance Telephone:  4105314203 | 2.21 |
| 02/27/02 | | Long Distance Telephone:  5016142834 | 5.59 |
| 02/28/02 | | Long Distance Telephone:  5016142834 | 1.09 |
| 02/28/02 | | Long Distance Telephone:  6172250810 | 2.82 |
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02 - Courier, Acct. 0802-0410-8 02-14; William Corcoran Columbia, Md | 14.82 |
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02 - Courier, Acct. 0802-0410-8 02-14; Robert Emmett Columbia, Md | 14.82 |
| 03/01/02 | 235 | Photocopies | 35.25 |
| 03/04/02 | | Long Distance Telephone:  4046397270 | 0.09 |
| 03/04/02 | 1,073 | Photocopies | 160.95 |
| 03/05/02 | | Long Distance Telephone:  3035768123 | 0.29 |
| 03/05/02 | 10 | Photocopies | 1.50 |
| 03/11/02 | 2 | Facsimile | 2.00 |
| 03/13/02 | | Long Distance Telephone:  4105314203 | 1.08 |
| 03/13/02 | 2 | Photocopies | 0.30 |
| 03/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-39600; DATE: 3/14/02 - Courier, Acct. 0802-0410-8 03-04; Robert Emmett Columbia, Mo | 14.89 |
| 03/14/02 | 1 | Photocopies | 0.15 |
| 03/15/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: 3/13/02; DATE: 3/15/2002 - WR Grace Document Storage. | 187.30 |
| 03/18/02 | 140 | Photocopies | 21.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/19/02 | | Long Distance Telephone: 4105314751 | 1.79 |
| 03/22/02 | | Long Distance Telephone: 4105314751 | 1.11 |
| 03/22/02 | 1 | Photocopies | 0.15 |
| 03/22/02 | 44 | Photocopies | 6.60 |
| 03/25/02 | 400 | Photocopies | 60.00 |
| 03/25/02 | 390 | Photocopies | 58.50 |
| 03/25/02 | 18 | Photocopies | 2.70 |
| 03/25/02 | 390 | Photocopies | 58.50 |
| 03/27/02 | 18 | Photocopies | 2.70 |
| 03/27/02 | 196 | Photocopies | 29.40 |
| 03/27/02 | 13 | Photocopies | 1.95 |
| 03/28/02 | 3 | Facsimile | 3.00 |
| 03/28/02 | 12 | Facsimile | 12.00 |
| 03/28/02 | 4 | Facsimile | 4.00 |
| 03/28/02 | 2 | Facsimile | 2.00 |

**Total Disbursements:**   $   **756.36**

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page              14
Invoice No.:   593727
Client  No.:    04339
Matter  No.:   00300

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 439.65 |
| Facsimile | | 23.00 |
| Long Distance Telephone | | 16.07 |
| Outside Courier | | 90.34 |
| Other Expenses | | 187.30 |
| **Total Disbursements:** | **$** | **756.36** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$  88,335.39* |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | *Outstanding Balance on Invoice 579873:* | | *$  14,330.32* |
| 583055 | 12/27/01 | Bill | 41,549.74 |
| | 02/28/02 | Cash Receipt | -34,558.94 |
| | *Outstanding Balance on Invoice 583055:* | | *$   6,990.80* |
| 585053 | 01/23/02 | Bill | 89,602.37 |
| | 04/09/02 | Cash Receipt | -75,147.10 |

**Matter 00301 Libby Access Defense**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| McCarthy, Jay D. | Partner | $   250.00 | 1 | $   250.00 |
| Total | | | 1.00 | $   250.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 03/01/02 | JDM | Telephone conference with Bob Emmett re Western news article (0.1); review article (0.1); telephone conference with DOJ and Garlington re same (0.2); telephone conference with client re same (0.1) | 0.50 | $ | 125.00 |
| 03/20/02 | JDM | Review government's motion and brief to enter Consent Decree and public comments (0.5). | 0.50 | | 125.00 |
| | | **Total Fees Through March 31, 2002:** | **1.00** | **$** | **250.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $ 250.00 | 1.00 | $ | 250.00 |
| | | **Total Fees:** | | **1.00** | **$** | **250.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577905 | 10/31/01 | Bill | 31,638.92 |
| | | *Outstanding Balance on Invoice 577905:* | *$  31,638.92* |
| 579873 | 11/20/01 | Bill | 4,639.70 |
| | 01/24/02 | Cash Receipt | -3,715.66 |

## Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth W. | Partner | $ 325.00 | 72.6 | $ 23,595.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 39.4 | $ 11,820.00 |
| McCarthy, Jay D. | Partner | $ 250.00 | 33.9 | $ 8,475.00 |
| Coggon, Katheryn | Special Counsel | $ 240.00 | 86.9 | $ 20,856.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 133.9 | $ 37,492.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 49.2 | $ 10,824.00 |
| Hall, Jennifer | Associate | $ 220.00 | 45.5 | $ 10,010.00 |
| Aschenbrenner, Corina | Paralegal | $ 125.00 | 1.8 | $ 225.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 15.2 | $ 1,672.00 |
| Korver, Thomas | Senior Paralegal | $ 125.00 | 55.8 | $ 6,975.00 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 58.3 | $ 7,287.50 |
| Latuda, Carla | Senior Paralegal | $ 125.00 | 21.5 | $ 2,687.50 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 6.3 | $ 567.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 24.5 | $ 2,695.00 |
| Payne, William | Info. Specialists | $ 85.00 | 68.7 | $ 5,839.50 |
| Total | | | 713.50 | $ 151,020.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 89.00 |
| Photocopies | $ 606.42 |
| Facsimiles | $ 72.00 |
| Long Distance Telephone | $ 47.12 |
| Outside Courier | $ 251.05 |
| Travel Expense | $ 3,722.84 |
| Other Meal Expenses | $ 616.48 |
| Supplies | $ 21.49 |
| Color Copies | $ 57.20 |
| **Total** | $ 5,483.60 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/21/02 | KWL | Case strategy meeting with Grace Cost Recovery team. | 1.20 | $ 390.00 |
| 03/01/02 | JDM | Telephone conference with potential expert re NCP issues (.30); telephone conference with MCLatuda re Libby documents (.20). | 0.50 | 125.00 |
| 03/01/02 | KJC | Email exchange with scan vendor re billing procedures including telephone conference with EKFlaagan re bankruptcy court directives (0.20); revise issue codes list (0.60); revise database (0.30); review EPA Site File (1.40); email scan vendor re coding (0.30); telephone conferences with scan vendor re protective order and coding (0.70). | 3.50 | 840.00 |
| 03/01/02 | EES | Conference calls with accounting experts re cost documentation issues (.40); review additional Cotton & Company (CPA's) ATSDR cost audit information (1.70). | 2.10 | 588.00 |
| 03/03/02 | MCL | Begin reviewing key documents as compiled by KJCoggon to obtain background information for Cost Recovery matter (1.60). | 1.60 | 200.00 |
| 03/04/02 | JDM | Exchange e-mails with experts (0.3); telephone conference with B. Emmett re expert issues (0.2); telephone conference with M. Grummer re NPL issues (0.1). | 0.60 | 150.00 |
| 03/04/02 | KJC | Review and respond to voice messages re EPA Site File disks (0.30). | 0.30 | 72.00 |
| 03/04/02 | NKA | Review and code electronic documents for Cost Recovery issues and category in Grace database (1.70). | 1.70 | 187.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/04/02 | TWK | Review documents at EPA re work performed by ATSDR (3.50); telephone conferences with ATSDR re FOIA request (.30); research documents in docket in support of NPL listing (.70). | 4.50 | 562.50 |
| 03/04/02 | MBF | Assist Tom Korver with review of ATSDR documents at EPA Region VIII offices. | 3.30 | 297.00 |
| 03/04/02 | WEP | Load CDs "Volpe Center 4" through "Volpe Center 7" into Document Director | 6.80 | 578.00 |
| 03/05/02 | JDM | Prepare for expert interviews (0.1); telephone conference with CLNeitzel re expert issues (0.1). | 0.20 | 50.00 |
| 03/05/02 | EES | Prepare for meeting with accounting experts (3.10); review additional documentation underlying Financial Management Offices Itemized Cost Summary (1.70); review additional Rule 701 evidentiary issues/case authority (2.80). | 7.60 | 2,128.00 |
| 03/05/02 | JAH | Perform research re affirmative defenses. | 1.20 | 264.00 |
| 03/05/02 | NKA | Review and code electronic documents for Cost Recovery issues and category in Grace database (1.40). | 1.40 | 154.00 |
| 03/05/02 | TWK | Research issues related to corrupt site file disks (.70); telephone conference with DOJ re same (.30); research Volpe production of documents in support of cost issues (.40); research second information for coding by DTI (.30); research Peronard and Weiss documents for production to DOJ (.40); review coding guidance and possible changes to same (.50). | 2.60 | 325.00 |
| 03/05/02 | WEP | Make one copy of CDs "Volpe Center 4" through "Volpe Center 7"(3.4);  Make one copy of CDs "Box1" through "Box3"(3.1) | 6.50 | 552.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/06/02 | KWL | Prepare for meeting with possible risk assessment experts (2.70); meeting with Richard Finke and Doug Cameron re expert issues and preparation (1.50); telephone conference with Bill Corcoran and David Siegel re NPL comments (1.00); meeting with possible expert witness re risk issues (2.20); meeting with Doug Cameron and Richard Finke re expert issues (2.40). | 8.00 | 2,600.00 |
| 03/06/02 | JDM | Telephone conference with CLNeitzel re expert issues and interview (0.3); telephone conference with KWLund re expert interview (0.2); prepare for expert interview (1.6); meet with potential expert (4.0); meet with CLNeitzel re expert interview follow-up (0.6). | 6.70 | 1,675.00 |
| 03/06/02 | KJC | Review and respond to email re document production status and issues (0.20). | 0.20 | 48.00 |
| 03/06/02 | EES | Meeting with accounting experts re cost documentation issues (1.60); review ATSDR indirect cost calculation materials (2.30); telephone conferences with potential accounting experts (.40); review KPMG overhead cost report (1.40). | 5.70 | 1,596.00 |
| 03/06/02 | NKA | Meeting with JSherman regarding Boulder review process (.50); Review, code and re-sheet documents in Boulder as part of Cost Recovery production (6.40). | 6.90 | 759.00 |
| 03/06/02 | CKA | Review emails from KJCoggon re coding (.50); review 05/22/00 Action Memo and attached exhibits from Paul Peronard (1.30). | 1.80 | 225.00 |
| 03/06/02 | TWK | Telephone conference with KJCoggon re document coding (.20); research EPA opposition to regional endangerment assessment (.30). | 0.50 | 62.50 |
| 03/06/02 | ICM | Search for potential expert witness contacts as per EEStevenson's request. | 1.30 | 143.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/07/02 | JDM | Conference with EEStevenson re accounting expert and NCP expert status (0.8); e-mail correspondence with potential expert re meeting and travel expenses (0.3); draft report re L. Green interview (0.9); review Peronard deposition from SPTCo spill case (1.3); review presentation slide for VAI (0.3); review Time article re asbestos litigation (0.2). | 3.80 | 950.00 |
| 03/07/02 | KJC | Review and respond to email re production status and issues (0.30); telephone conference with TWKorver re same (0.20). | 0.50 | 120.00 |
| 03/07/02 | EES | Meeting with JDMcCarthy re cost issues (.30); review costs ATSDR charged from November 1, 2000 to June 30, 2001 (1.90); review NORC overhead charges/calculation methodology (2.20); conference call with potential accounting expert (.20); conference call with cost expert re additional potential experts (.10); begin review of Volpe supplemental cost document production (2.40). | 7.10 | 1,988.00 |
| 03/07/02 | NKA | Review and flag ATSDR documents for responsiveness to Grace request at EPA (3.00); Review and code electronic documents for Cost Recovery issues and category in Grace database (.90). | 3.90 | 429.00 |
| 03/07/02 | TWK | Review files of ATSDR at EPA offices in response to Grace discovery (3.30); research information used by Weiss in formulating endangerment assessment (.50); research information on Peronard and Weiss CDs (.50). | 4.30 | 537.50 |
| 03/07/02 | MBF | Assist Tom Korver with review of ATSDR documents at EPA offices. | 3.00 | 270.00 |
| 03/07/02 | WEP | Make two copies of CDs "Volpe Acquisition" disks 1 and 2(2.5);  Make two copies of CDs "VOLPE 8" through "VOLPE 10"(3.5) | 6.00 | 510.00 |
| 03/08/02 | KWL | Continue review of key Volpe documents re risk issues. | 3.00 | 975.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page         22
Invoice No.:   593727
Client  No.:   04339
Matter  No.:   00302

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/08/02 | EES | Draft analysis of documentation supporting ATSDR's allocation transfer IAG of $1.5 million (2.20); telephone conference with cost expert re document review issues (.70). | 2.90 | 812.00 |
| 03/08/02 | NKA | Review and code electronic documents for responsiveness to Cost Recovery Issues and category (1.30). | 1.30 | 143.00 |
| 03/10/02 | TWK | Research information provided by ATSDR in response to 12/10/01 FOIA request re mortality study. | 0.50 | 62.50 |
| 03/11/02 | KWL | Prepare witness strategy memo (3.40); telephone conference with Bill Corcoran re case strategy issues (.50). | 3.90 | 1,267.50 |
| 03/11/02 | KJC | Conference with TWKorver re EPA production status (0.30); review EPA production issues (0.40); review and respond to inquiry from scan vendor re Volpe Center production documents (0.30); telephone conference with H. Kukis re conversion of Volpe Center electronic media (0.10); conference with EEStevenson re documents for expert review and status of expert analysis (0.30); coordinate coding of EPA production documents (0.60). | 2.00 | 480.00 |
| 03/11/02 | EES | Review new Volpe cost documentation from Foster Wheeler Environmental Corporation (.90); review new Volpe cost documentation from Environmental Chemical Corporation (3.10); review audit report of Environmental Chemical Corporation (1.60); continue draft analysis of ATSDR cost documentation (2.10). | 7.70 | 2,156.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 23 |
| Invoice No.: | | 593727 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/11/02 | TWK | Meet with KJCoggon re status of case and action items (.30); telephone conference with DOJ re production of ATSDR documents (.20); letter to DOJ re corrupt site file disks (.50); research databases used by ATSDR in mortality study (.70); letter to Messrs. Emmett, Finke, Corcoran and Ms. Kuchinsky re FOIA response by ATSDR (.50); letter to Mr. Price re same (.20); meet with IT Department re problems with databases provided by ATSDR (.30); letter to ATSDR re problems with CD-ROM provided in FOIA response (.40); review information on CD from production of Volpe Center records (.80); letter to Document Technologies, Inc. re coding of Volpe documents (.30). | 4.10 | 512.50 |
| 03/11/02 | WEP | Make eight copies of CD "FOIA Request 12/10/01" (2.0); Make one copy of CDs "VOLPE Disks" 1 through 7 (2.0). | 4.00 | 340.00 |
| 03/12/02 | KWL | Plan and strategize for expert review of EPA cost documents (2.00); confer with JDMcCarthy re expert selection issues (.30); review various correspondence re ATSDR and discovery issues (1.20). | 3.50 | 1,137.50 |
| 03/12/02 | JDM | Exchange voice mails with EEStevenson re protective order (.10); telephone conference with potential expert (.30); conference with KWLund re expert (.30); telephone conference with J. Freeman re motion for summary judgment (.20). | 0.90 | 225.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/12/02 | KJC | Review memo from GMBarry re CERCLA liability cases (0.70); e-mail exchange re scan vendor coding progress (0.40); telephone conference with expert re documents (0.10); review CERCLA liability cases (2.60); telephone conference with H. Kukis re Volpe Center documents (0.20); draft estimate of vendor bills and followup re billing procedure (0.70); telephone conference with G. Thornton re Volpe Center documents and other status items (0.20); telephone conference with expert re progress on document review, discovery and additional materials (0.50); conference with MCLatuda re additional coding of documents, schedule, staffing and organization (1.20). | 6.60 | 1,584.00 |
| 03/12/02 | EES | Expand outline/analysis of ATSDR cost documentation (3.80); prepare for case strategy meeting (1.30); review additional Environmental Chemical Corporation cost documentation (1.70). | 6.80 | 1,904.00 |
| 03/12/02 | TWK | Research EPA production of data disks for site-wide sampling (.80); letter to MCohn re deadline for production of site data (.30); review ATSDR and EPA productions at EPA offices (4.00); telephone conference with EEStevenson re discovery requests and additional information needed (.20). | 5.30 | 662.50 |
| 03/12/02 | MCL | Review documents at EPA's offices for responsiveness (2.80); conference with KJCoggon re database issues including coding project, staffing of same, issue codes, and prioritization of various stages of same (1.20). | 4.00 | 500.00 |
| 03/12/02 | JLS | Review and QC documents for response to discovery request at Winthrop Square for cost recovery case (10.00). | 10.00 | 1,250.00 |
| 03/13/02 | KWL | Prepare for trial team meeting re strategy and discovery issues (1.40); lead trial team meeting re same (2.0); telephone conference with Bob Emmett re vendor issues (.10); review cost recovery expert materials (2.50). | 6.00 | 1,950.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/13/02 | JDM | Prepare for team meeting (0.5); team meeting re case status and strategies (2.0); telephone conference with potential expert (0.3); outline future action items (0.6); telephone conference with EEStevenson re financial experts (0.2); conference with KJCoggon re additional written discovery (0.3); review additional written discovery (0.2); conference with TWKorver re revisions to additional written discovery (0.3). | 4.40 | 1,100.00 |
| 03/13/02 | KJC | Review and respond to e-mail re coding and scan vendor progress (.40); conference with KWLund, JDMcCarthy, EEStevenson, TWKorver re affirmative discovery and responding to U.S. Motions for Summary Judgment (2.00); conference with KWLund re staffing (.10); conference with JAHall re summary judgment and document review tasks (.20); draft coding instructions for document review and send out same with additional information (1.90); conferences with MCLatuda re document review schedule and management (.20); review and revise draft interrogatories and document requests (1.20). | 6.00 | 1,440.00 |
| 03/13/02 | EES | Case strategy meeting with KWLund; JDMcCarthy; KJGoggon and TWKorver (2.00); telephone conferences with accounting experts (.90); telephone conference with potential accounting experts (.40); review additional ATSDR task, status report and budgeting documentation (4.10). | 7.40 | 2,072.00 |
| 03/13/02 | JAH | Conference with KCoggon re case status (.20); telephone conference with outside attorney re 8th affirmative defense (.30); receive and evaluate research re 8th affirmative defense (1.00). | 1.50 | 330.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/13/02 | TWK | Meeting with KWLund, JDMcCarthy, KJCoggon and EEStevenson re action items (2.00); telephone conference with DOJ re review of ATSDR production (.20); draft second set of interrogatories and document requests to EPA (2.80); review second information on corrected site file (.50); telephone conference with ATSDR re status of FOIA requests (.20). | 5.70 | 712.50 |
| 03/13/02 | MCL | Draft form to enable tracking of coding assignments for Cost Recovery coding project (.40); conference with KJCoggon re same and other database issues (.20); conference with PRStacey re database management issues including assignation to coders and expectations and tracking of same (1.9). | 2.50 | 312.50 |
| 03/13/02 | WEP | Export images from Document Director and create 3 CDs(T CD0077-T CD0079) of images for coding QC | 7.80 | 663.00 |
| 03/14/02 | KWL | Work on case strategy memo re depositions and expert discovery (4.40); telephone conference with Bill Corcoran re same (.30); telephone conference with Richard Finke re expert selection and strategy issues (.40); telephone conference with Richard Lee and Richard Finke re Volpe document review (.70); review key EPA cost documents re overbilling and fraud issues (2.00). | 7.80 | 2,535.00 |
| 03/14/02 | JDM | Draft e-mail re expert issues (0.1); review CLNeitzel memo re additional experts (0.1); review expert materials (1.3); telephone conference with J. Freeman and H. Kukis re summary judgment meet and confer (0.3). | 1.80 | 450.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/14/02 | KJC | Review sample coding data from vendor for Weis and Peronard documents (0.70); review produced Weis documents (0.30); review case law re equitable defenses to CERCLA (0.40); coordinate and manage additional document coding (0.50); review vendor bills for scanning and photocopies (0.20); review Peronard documents for specific reports (0.20); review document database issues including revise database list, e-mails with IT to address various issues (1.30); review Site File (3.80). | 7.40 | 1,776.00 |
| 03/14/02 | EES | Review contract bidding and award documents (3.30); review budgeting and progress reports for excavation activities (1.80); telephone conferences with cost experts (.50); telephone conferences with accounting experts (.60); telephone conferences with potential accounting experts (.70); review Rule 701 case authority (1.70); conference call with BRTracy re expert research issues (.20). | 8.80 | 2,464.00 |
| 03/14/02 | GMB | Review documents at the Grace repository in Winthrop Square, Boston, for responsiveness to EPA interrogatories and use in affirmative defenses (10.10). | 10.10 | 2,222.00 |
| 03/14/02 | TWK | Research information on new site file provided by EPA (.30); revise second set of discovery to EPA (1.50); obtain information concerning ATSDR studies for Mr. Price (.80). | 2.60 | 325.00 |
| 03/14/02 | JLS | Review documents for response to discovery requests at Winthrop Square for the cost recovery case (9.50). | 9.50 | 1,187.50 |
| 03/14/02 | ICM | Meeting with EEStevenson to discuss motion research. | 0.20 | 22.00 |
| 03/14/02 | WEP | Make 4 copies of CDs "Sitewide Public Records" volumes 1 through 4 | 7.00 | 595.00 |
| 03/15/02 | JDM | Expert material review and coordination of other expert issues (3.1). | 3.10 | 775.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/15/02 | KJC | Review and code Site File (3.70); follow up with IT re loading and conversion of EPA documents (0.30); review vendor invoices for scanning and photocopies (0.20); telephone conference with R. Emmett re scan vendor payment (0.10); review letter from H. Kukis re availability of USGS documents (0.20); call J. Baer re scan vendor payment bankruptcy considerations (0.10). | 4.60 | 1,104.00 |
| 03/15/02 | EES | Prepare for strategy meeting with accounting experts (1.80); meet with accounting experts (2.20); review cost workpapers prepared by accounting experts (2.90). | 6.90 | 1,932.00 |
| 03/15/02 | GMB | Review documents at the Grace repository in Winthrop Square, Boston for responsiveness to EPA interrogatories and use in affirmative defenses (5.30). | 5.30 | 1,166.00 |
| 03/15/02 | TWK | Review ATSDR files at EPA offices in response to Grace discovery (3.80); telephone conference with DOJ re production of documents and ATSDR codebook (.30); letter to RBartelt re Libby site file disks (.20); research drafts of EPA memorandum on public health emergency declaration (.50). | 4.80 | 600.00 |
| 03/15/02 | JLS | Review documents for response to discovery request at Winthrop Square for cost recovery case (6.00); Travel to Denver for document review (3.00)(3.0 N/C)(NWT 50%). | 9.00 | 1,125.00 |
| 03/15/02 | ICM | Conduct background research on potential witness as per KJCoggon's request. | 2.60 | 286.00 |
| 03/15/02 | WEP | Export images from Document Director and create 3 CDs(T CD0080-T CD0082) of images for coding QC(6.8); Make one copy of CDs "John Mcguiggin e-mails" and "2000-2001 Met. Data"(.5) | 7.30 | 620.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page             29
Invoice No.:    593727
Client  No.:    04339
Matter  No.:   00302

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/16/02 | JDM | Telephone conference with CLNeitzel re expert meeting (0.2); draft e-mail to expert responding to questions re meeting and logistics (0.3); review DOJ motion for summary judgment and accompanying pleadings and exhibits (1.0). | 1.50 | 375.00 |
| 03/16/02 | TWK | Research EPA data CDs and queries made by Weiss for risk memo (1.00). | 1.00 | 125.00 |
| 03/17/02 | JAH | Travel to Boston for document review in response to discovery requests and in support of affirmative defenses (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 660.00 |
| 03/18/02 | KWL | Work on expert issues and development of deposition questioning (5.00); telephone conference with Bill Corcoran re overall strategy and PWC issues (.50); review EPA correspondence re document issues (1.00);  conference with KJCoggon and TWKorver re: same (.50) | 7.00 | 2,275.00 |
| 03/18/02 | JDM | Correspondence with potential experts and expert interview team (0.3). | 0.30 | 75.00 |
| 03/18/02 | KJC | Telephone conferences with JLSherman re cost recovery coding issues (0.40); review database of EPA production documents including critique of coding, database format and additional coding (3.00); review lists of documents identified from Boulder set (0.20); review and revise letter to H. Kukis re USGS and other document production (0.60); review and revise letter to J. Freeman re ATSDR FOIA requests and data dictionary (0.60). | 4.80 | 1,152.00 |
| 03/18/02 | EES | Review Marcor contract documentation and modifications (Volpe production) (3.20); review Marcor monthly cost/progress reports (1.90); review contracting office cost evaluations of Marcor costs (3.30). | 8.40 | 2,352.00 |
| 03/18/02 | JAH | Review documents in response to discovery requests and in suport of affirmative defenses (5.50). | 5.50 | 1,210.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/18/02 | TWK | Research data supporting Weiss endangerment memorandum (.80); letter to DOJ re comprehensive issues with ATSDR discovery and FOIA requests (3.00); letter to DOJ re status of EPA production (.70); review EPA motion for summary judgment and to enter consent decree (.30). | 4.80 | 600.00 |
| 03/18/02 | JLS | Review documents at Winthrop Square for response to discovery requests (9.80). | 9.80 | 1,225.00 |
| 03/18/02 | ICM | Conduct case law research re FRE 702 disclosures as per EEStevenson's request. | 3.80 | 418.00 |
| 03/18/02 | WEP | Export images from Document Director and create 4 CDs(T CD0083-T CD0086) of images for coding QC | 7.00 | 595.00 |
| 03/19/02 | KWL | Work on expert strategy and outline (4.80); telephone conference with Gary Graham re discovery issues (.30); telephone conference with Richard Finke re expert selection issues (.40); review affirmative defenses and develop supporting facts (.90) | 6.00 | 1,950.00 |
| 03/19/02 | JDM | Telephone conference with KWLund re summary judgment motion, team meeting agenda (0.4); conference with TWKorver re motion for summary judgment (0.1). | 0.50 | 125.00 |
| 03/19/02 | KJC | Conferences and e-mail exchanges with MCLatuda re EPA production documents (0.20); address issues in EPA production database including conference with MThompson and WBrown (2.20); review CAG meeting notes (0.20); review deposition list from expert and e-mail exchange re same (0.80); telephone conference with expert re review of EPA documents (0.70); telephone conference with EEStevenson re deposition list (0.20); review and send vendor invoices including telephone conference with J. Baer re appropriate procedure and e-mail to team re same (0.60); conference with TWKorver re EPA production and USGS documents (0.20); review EPA Motion for Summary Judgment (0.50). | 5.60 | 1,344.00 |