Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/19/02 | EES | Review additional Marcor cost documentation (1.70); review Volpe bidding documents (3.20); conference calls with accounting expert re numerous data base/audit issues (1.70); review additional NORC (ATSDR contractor) cost documentation (1.80). | 8.40 | 2,352.00 |
| 03/19/02 | JAH | Review documents in response to discovery requests and in suport of affirmative defenses (10.00). | 10.00 | 2,200.00 |
| 03/19/02 | TWK | Review ATSDR and USGS documents at EPA produced in response to Grace's discovery (4.00); research database used by Weiss in endangerment assessment (.70); review EPA motion for partial summary judgment (.40); distribute same to Mr. Corcoran and Mr. Emmett (.20). | 5.30 | 662.50 |
| 03/19/02 | MCL | Conference with KJCoggon re issues concerning electronic coding of documents produced by EPA (.20); prepare list of Bates numbers of documents currently in EPA Production database (.40); review and code electronic documents for responsiveness to Cost Recovery issues (3.90). | 4.50 | 562.50 |
| 03/19/02 | ICM | Conduct case law research re FRE 702 disclosures as per EEStevenson's request. | 2.50 | 275.00 |
| 03/19/02 | WEP | Export images from Document Director and create 4 CDs(T CD0087-T CD0090) of images for coding QC | 7.30 | 620.50 |
| 03/20/02 | KWL | Attend Grace team strategy meeting (1.20); review DOJ motion for Summary Judgement (2.0); meeting with JDMcCarthy, LSDecker and KJCoggon re strategy for response to motions (2.0); telephone conference with Richard Finke re expert issues (.30); telephone conference with Reed Smith attorney re expert issues (.70). | 6.20 | 2,015.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/02 | JDM | Prepare for team meeting (0.3); team meeting re discovery and strategy (1.2); review NL's motion for summary judgment and brief (0.4); meeting re motion for summary judgment (1.7); telephone conference with CLNeitzel re experts (0.3); telephone conference with expert re meeting requirements (0.5). | 4.40 | 1,100.00 |
| 03/20/02 | LSD | Review motion for summary judgment (.5); office conference with KJCoggon, KWLund and JDMcCarthy re potential issues and strategies for responding to same (2.00); review of historical information related to facts important for motion for summary judgment response (.5). | 3.00 | 900.00 |
| 03/20/02 | KJC | Office conference with team re status of various projects, schedules and issues (1.20); review Statement of Uncontroverted Facts (1.00); review list of preliminary deposition candidates (0.20); review and revise coding re Chris Weis e-mails (0.90); coordinate document review including training (1.00); review ATSDR reports relative to Motion for Summary Judgment (1.30); e-mail scan vendor re Volpe CD without files (0.20); conference with LSDecker, KWLund, JDMcCarthy re response to Motion for Summary Judgment 2.00); conference with LSDecker re documents and other materials for response to Motion for Summary Judgment (0.50); review invoice from expert and telephone conference with EEStevenson re same (0.30). | 8.60 | 2,064.00 |
| 03/20/02 | EES | Case strategy meeting with KWLund, JDMcCarthy, KJCoggon, TWKorver, GMBarry and JAHall (1.20); conference calls with accounting experts re document review issues (1.40); telephone conferences with additional potential accounting experts (.70); review additional contractor expenditure documents (3.60). | 6.90 | 1,932.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page        33
Invoice No.:   593727
Client  No.:   04339
Matter  No.:   00302

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/02 | GMB | Grace Team Meeting (1.20); conference with EEStevenson re research on privacy and medical studies (.30); review and coding of EPA production (4.60); review of Lexis cases on privacy/privilege (2.00). | 8.10 | 1,782.00 |
| 03/20/02 | JAH | Review documents in response to discovery requests and in suport of affirmative defenses (8.30); attend team meeting (1.20). | 9.50 | 2,090.00 |
| 03/20/02 | TWK | Meeting with KWLund, JDMcCarthy, EEStevenson, GMBarry, KJCoggon and JAHall re status of case efforts and future tasks (1.20); research key personnel from ATSDR with information on activities (.80); research mortality and medical testing studies (.50); review motion for summary judgment re Kootenai Development (.50); review USGS production of information on CDs in response to Grace discovery (1.80). | 4.80 | 600.00 |
| 03/20/02 | JLS | Review documents at Winthrop Square for discovery requests (9.50). | 9.50 | 1,187.50 |
| 03/20/02 | WEP | Export images from Document Director and create 4 CDs(T CD0091-T CD0094) of images for coding QC | 6.00 | 510.00 |
| 03/21/02 | KWL | Work on expert issues and strategy (4.00);  confer with EEStevenson re expert issues and depositions (1.00). | 5.00 | 1,625.00 |
| 03/21/02 | LSD | Review documents and background information for motions (2.5); telephone calls to Gary Graham, Alan Stringer, and Mark Owens to collect facts pertinent to motion for judgment (.5). | 2.00 | 600.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/21/02 | KJC | Review and revise coding of Chris Weis e-mails including revisions to issue code list and e-mail to GMBarry and MCLatuda re issues (2.30); telephone conference with EEStevenson re expert invoice (0.20); review and send expert invoice for payment (0.20); conference with LSDecker re introductions to A. Stringer, M. Owens, and G. Graham and strategy for response to Motion for Summary Judgment (1.00); research re response to Motion for Summary Judgment (1.40). | 5.10 | 1,224.00 |
| 03/21/02 | EES | Continue review of Volpe cost documentation (including progress reports, monthly billing information and funding modifications) (4.70); telephone conferences with cost expert re cost documentation issues (.90); telephone conference with accounting expert re data base development issues (1.20); review Toeroek Associates' billing documents (1.80). | 8.60 | 2,408.00 |
| 03/21/02 | GMB | Review and coding of EPA production (4.20); Lexis research on privacy and medical studies (1.60). | 5.80 | 1,276.00 |
| 03/21/02 | JAH | Review documents in response to discovery requests and in suport of affirmative defenses (6.50). | 6.50 | 1,430.00 |
| 03/21/02 | TWK | Review information submitted by ATSDR supplementing, FOIA requests (.70); e-mails to ATSDR requesting new zip files of information (.30). | 1.00 | 125.00 |
| 03/21/02 | MCL | Review and code electronic documents for responsiveness to Cost Recovery issues (5.30); conference with KJCoggon re database issues (.20). | 5.50 | 687.50 |
| 03/21/02 | JLS | Review documents at Winthrop Square for discovery requests (10.50). | 10.50 | 1,312.50 |
| 03/21/02 | ICM | Conduct research for EEStevenson on identification of experts. | 1.80 | 198.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 35 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/22/02 | KWL | Meeting with Richard Finke re expert selection issues (1.50); review CVs for possible expert witnesses (1.80); meeting with potential experts (2.00); debriefing with Richard Finke re expert issues (.70). | 6.00 | 1,950.00 |
| 03/22/02 | JDM | Prepare for meeting with potential experts (1.0); telephone conference with J. Freeman re case issues (0.2); meet with potential experts (3.1). | 4.30 | 1,075.00 |
| 03/22/02 | KJC | Research and draft affidavits of A. Stringer and M. Owens re opposition to U.S. motion for summary judgment (3.20); telephone conference with EEStevenson re letter to DOJ re missing cost documents (0.30); conference with EEStevenson and experts re cost documentation (1.60). | 5.10 | 1,224.00 |
| 03/22/02 | EES | Prepare for meeting with accounting experts (1.70); draft summary of missing cost documentation for EPA demand letter (2.80); meet with accounting experts (2.60). | 7.10 | 1,988.00 |
| 03/22/02 | GMB | Review and coding of EPA production (3.80). | 3.80 | 836.00 |
| 03/22/02 | JAH | Return travel from Boston for review of documents in response to discovery requests and in support of affirmative defenses (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |
| 03/22/02 | TWK | Review document production at EPA in response to Grace discovery (3.50); review materials sent by ATSDR in response to supplemental FOIA demand (.50). | 4.00 | 500.00 |
| 03/22/02 | MCL | Review and code electronic documents for responsiveness to Cost Recovery issues (3.40). | 3.40 | 425.00 |
| 03/22/02 | ICM | Conduct research for EEStevenson on identification of cost recovery experts. | 3.00 | 330.00 |
| 03/25/02 | KWL | Develop overall case strategy (1.50); telephone conferences with possible expert witnesses (1.50). | 3.00 | 975.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/25/02 | LSD | Review background documents (.6); office conference with KJCoggon re information obtained from Alan Stringer (.2); office conference with KJCoggon re information obtained from former CDM geologist, Mike Hutchinson (.2). | 1.00 | 300.00 |
| 03/25/02 | KJC | Telephone conference with LSDecker re response to Motion for Summary Judgment (0.50); draft and revise letter to H. Kukis re missing cost documentation (1.90); telephone conferences with EEStevenson re letter to H. Kukis (0.50); telephone conferences with J. Stout re EPA activities in Libby (0.20); telephone conference with fact witness re EPA action in Libby (0.20); research draft declarations for M. Owens and A. Stringer (1.60); fact research for response to Motion for Summary Judgment (0.50); review e-mails re status of document review (0.20). | 5.60 | 1,344.00 |
| 03/25/02 | EES | Review and supplement demand letter to EPA regarding cost documentation (2.30); review additional Marcor cost/progress report documentation (1.40); telephone conferences with accounting experts (.60); review SCORPIO's cost report backup schedules(1.80). | 6.10 | 1,708.00 |
| 03/26/02 | KWL | Develop overall case strategy (1.50); telephone conferences with possible expert witnesses (1.50). | 3.00 | 975.00 |
| 03/26/02 | LSD | Continue review of background materials pertinent to responding to motion to dismiss. | 1.80 | 540.00 |
| 03/26/02 | KJC | Revise and send letter to H. Kukis re cost documentation (1.70); telephone conferences with KWLund re letter to H. Kukis; ATSDR information, and discovery status (0.50); e-mail exchanges with KWLund re same (0.80); telephone conference with H. Kukis re discovery (0.20); attend training re document review databases (1.25); conferences with JAHall and GMBarry re schedule (0.20); telephone conference e-mail exchange with expert re ATSDR data (0.40); research re facts in response to Motion for Summary Judgment (0.40). | 5.50 | 1,320.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/26/02 | EES | Review Environmental Chemical bidding documentation and audit evaluations (2.20); research re potential additional accounting experts (1.70); telephone conferences with accounting experts re cost audit/evaluation issues (1.70). | 5.60 | 1,568.00 |
| 03/26/02 | GMB | Review and coding discovery materials obtained from EPA (6.90); training on lotus notes/document director system for organizing discovery materials (1.30). | 8.20 | 1,804.00 |
| 03/26/02 | JAH | Telephone conference with Corrine Christen at DOJ re request for inspection of documents (.50); consider and prepare documents for review by DOJ (2.00); software training for review of documents received from EPA and in support of affirmative defenses (1.50). | 4.00 | 880.00 |
| 03/26/02 | ICM | Conduct research to locate list of potential expert witnesses as per EEStevenson's request. | 3.80 | 418.00 |
| 03/26/02 | WEP | Make one copy of CDs "Volpe Acquisition CDs" volumes 1 and 2(1.6);  Make two copies of CD "FOIA Request 12/10/01"(1.4) | 3.00 | 255.00 |
| 03/27/02 | KWL | Develop overall case strategy (1.50); telephone conferences with possible expert witnesses (1.50). | 3.00 | 975.00 |
| 03/27/02 | LSD | Various office conferences with KJCoggon re Hutchinson affidavit and information and response to same (.2); continue background reviews of pertinent documents and begin research regarding pertinent defenses (3.6); office conference with KJCoggon to revise and supplement affidavit of Alan Stringer and Mark Owens (.4). | 4.00 | 1,200.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/27/02 | KJC | Research and revise A. Stringer declaration and statement of factual issues for response to Motion for Summary Judgment (2.30); telephone conference with A. Stringer re declaration (0.70); conference with LSDecker re response to Motion for Summary Judgment (0.60); follow-up with expert re ATSDR documents and data (0.30); address questions re EPA production database (0.60); respond to R. Finke request for schedule including conference with CLNeitzel and telephone conference with KWLund (0.40). | 4.90 | 1,176.00 |
| 03/27/02 | EES | Review extensive billing procedure cost documentation (1.70); review additional Lockheed Martin cost documentation (.40); review additional URS cost documentation (.50); extensive telephone conferences with accounting and cost experts re cost documentation issues (2.10); review additional Toeroek cost documentation (1.40). | 6.10 | 1,708.00 |
| 03/27/02 | GMB | Review and coding discovery materials obtained from EPA (7.90). | 7.90 | 1,738.00 |
| 03/27/02 | JAH | Prepare documents for disclosure to DOJ. | 0.60 | 132.00 |
| 03/28/02 | LSD | Continue reviewing background materials re motion to dismiss (2.0); continue research re same (.30); various telephone calls with KJCoggon re affidavit revisions and review (.20). | 2.50 | 750.00 |
| 03/28/02 | KJC | Telephone conference with KWLund re schedule, future meetings with R Emmett, and prospectus on varous projects (0.30); revise A Stringer's declaration (0.90); revise response to uncontroverted facts in MSJ (0.60); telephone conference with LSDecker re additional fact issues for response to Motion Summary Judgment (0.20); research and draft discovery chronology (3.6). | 5.60 | 1,344.00 |
| 03/28/02 | EES | Review cost audit workpapers and schedules prepared by accounting experts (3.30); review NORC documentation (1.50); review additional ATSDR cost schedules (1.80). | 6.60 | 1,848.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/28/02 | JAH | Receive, evaluate and respond to correspondence from KCoggon re locating potential fact witness (.20); receive and evaluate documents prepared for DOJ review (.10); review notes from documents reviewed in response to discovery requests and in support of affirmative defenses (.40). | 0.70 | 154.00 |
| 03/28/02 | ICM | Conduct research to locate and screen list of potential expert witnesses as per EEStevenson's request. | 4.00 | 440.00 |
| 03/29/02 | LSD | Continue research and review in support of drafting response to government motion for summary judgement. | 4.30 | 1,290.00 |
| 03/29/02 | KJC | Telephone conference with expert re EPA documentation (1.30); revise A. Stringer declaration (1.10); review EPA production database and address issues (0.40); draft internal discovery schedule (1.50); revise discovery chronology (0.70). | 5.00 | 1,200.00 |
| 03/29/02 | EES | Prepare for meeting with accounting experts (1.20); review additional cost audit workpapers prepared by accounting experts (3.10); meeting with accounting experts (2.80). | 7.10 | 1,988.00 |
| 03/29/02 | ICM | Finalize research to locate experts and transmit to counsel. | 1.50 | 165.00 |
| 03/30/02 | JDM | Review e-mails re potential experts, document review status (0.5); review and comment on draft declaration for summary judgment response (0.4). | 0.90 | 225.00 |
| 03/30/02 | LSD | Research case law (6.0) and begin drafting motion for summary judgment (1.0). | 7.00 | 2,100.00 |
| 03/31/02 | LSD | Research case law (11.3); continue drafting motion for summary judgment (2.5). | 13.80 | 4,140.00 |

**Total Fees Through March 31, 2002:**    **713.50**  **$ 151,020.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 325.00 | 72.60 | $  23,595.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 40 |
| Invoice No.: | | 593727 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 39.40 | 11,820.00 |
| JDM | Jay D. McCarthy | Partner | 250.00 | 33.90 | 8,475.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 240.00 | 86.90 | 20,856.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 133.90 | 37,492.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 49.20 | 10,824.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 45.50 | 10,010.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 125.00 | 1.80 | 225.00 |
| TWK | Thomas W. Korver | Paralegal | 125.00 | 55.80 | 6,975.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 21.50 | 2,687.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 58.30 | 7,287.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 15.20 | 1,672.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 24.50 | 2,695.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 6.30 | 567.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 68.70 | 5,839.50 |

**Total Fees:**  **713.50**  **$ 151,020.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/21/02 | | Photocopies | $ | 157.77 |
| 01/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7119786; DATE: 1/31/02 - Courier, Acct. HO7068 01-16; U S Department of Justice | | 16.50 |
| 01/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7119786; DATE: 1/31/02 - Courier, Acct. HO7068 01-23; U S Department of Justice | | 8.25 |
| 02/07/02 | | Other Meal Expenses: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 2957; DATE: 2/7/2002 - Denver, Lunch, Lund, K. Lund | | 71.62 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7121688; DATE: 2/15/02 - Courier, Acct. HO7068 02-05; Hein & Associates | 6.55 |
| 02/26/02 | | Long Distance Telephone: 3124254103 | 2.34 |
| 03/01/02 | 10 | Facsimile | 10.00 |
| 03/01/02 | | Long Distance Telephone: 4105314751 | 0.42 |
| 03/01/02 | | Long Distance Telephone: 6784681922 | 0.45 |
| 03/01/02 | | Long Distance Telephone: 4065232500 | 0.30 |
| 03/01/02 | | Long Distance Telephone: 4105314751 | 0.54 |
| 03/01/02 | 9 | Photocopies | 1.35 |
| 03/01/02 | 50 | Photocopies | 7.50 |
| 03/01/02 | 5 | Photocopies | 0.75 |
| 03/01/02 | 2 | Photocopies | 0.30 |
| 03/01/02 | 4 | Photocopies | 0.60 |
| 03/04/02 | 10 | Facsimile | 10.00 |
| 03/04/02 | | Long Distance Telephone: 4105314751 | 1.04 |
| 03/04/02 | | Long Distance Telephone: 4046397270 | 0.01 |
| 03/04/02 | 111 | Photocopies | 16.65 |
| 03/04/02 | 55 | Photocopies | 8.25 |
| 03/05/02 | | Long Distance Telephone: 2026626000 | 0.69 |
| 03/05/02 | | Long Distance Telephone: 2026625750 | 0.26 |
| 03/07/02 | 1 | Photocopies | 0.15 |
| 03/08/02 | | Long Distance Telephone: 3124254103 | 4.40 |
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02 - Courier, Acct. 0802-0410-8 02-25; Laura C Green Cambridge, Ma | 20.80 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page 42
Invoice No.:   593727
Client  No.:   04339
Matter  No.:   00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02  -  Courier, Acct. 0802-0410-8 02-27; Drew Van Orden Monroeville, Pa | 14.06 |
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02  -  Courier, Acct. 0802-0410-8 03-01; Richard E Bartelt Chicago, IL | 11.83 |
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02  -  Courier, Acct. 0802-0410-8 03001; Richard Finke Boca Raton, Fl | 16.51 |
| 03/08/02 | 2 | Photocopies | 0.30 |
| 03/11/02 | 88 | Color Photocopies: 88 Color Photocopies | 57.20 |
| 03/11/02 | 1 | Photocopies | 0.15 |
| 03/11/02 | 2 | Photocopies | 0.30 |
| 03/11/02 | 450 | Photocopies | 67.50 |
| 03/11/02 | 2 | Photocopies | 0.30 |
| 03/11/02 | 1 | Photocopies | 0.15 |
| 03/12/02 | 6 | Facsimile | 6.00 |
| 03/12/02 | | Long Distance Telephone: 3124254103 | 0.18 |
| 03/12/02 | | Long Distance Telephone: 3125437104 | 0.07 |
| 03/12/02 | | Long Distance Telephone: 2122529700 | 0.21 |
| 03/12/02 | | Long Distance Telephone: 9198217411 | 0.13 |
| 03/12/02 | | Long Distance Telephone: 6502244735 | 0.49 |
| 03/12/02 | | Long Distance Telephone: 6504734204 | 1.35 |
| 03/12/02 | 1 | Photocopies | 0.15 |
| 03/12/02 | 2 | Photocopies | 0.30 |
| 03/12/02 | 1 | Photocopies | 0.15 |
| 03/12/02 | 12 | Photocopies | 1.80 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/13/02 | 4 | Facsimile | 4.00 |
| 03/13/02 | | Long Distance Telephone: 4105314751 | 0.18 |
| 03/13/02 | | Long Distance Telephone: 4046393400 | 0.10 |
| 03/13/02 | | Long Distance Telephone: 4046393400 | 0.04 |
| 03/13/02 | | Long Distance Telephone: 9198217411 | 0.36 |
| 03/13/02 | | Long Distance Telephone: 4255198762 | 0.30 |
| 03/13/02 | | Long Distance Telephone: 9198217411 | 0.21 |
| 03/13/02 | 1 | Photocopies | 0.15 |
| 03/14/02 | 9 | Facsimile | 9.00 |
| 03/14/02 | | Long Distance Telephone: 3124254103 | 2.30 |
| 03/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-39600; DATE: 3/14/02  -  Courier, Acct. 0802-0410-8 03-08; Drew Van Orden Monroeville, Pa | 12.53 |
| 03/14/02 | 4 | Photocopies | 0.60 |
| 03/14/02 | 72 | Photocopies | 10.80 |
| 03/15/02 | 2 | Facsimile | 2.00 |
| 03/15/02 | | Long Distance Telephone: 4255198762 | 0.41 |
| 03/15/02 | | Long Distance Telephone: 4105314751 | 0.36 |
| 03/15/02 | | Long Distance Telephone: 3128612000 | 0.12 |
| 03/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7125347; DATE: 3/15/02  -  Courier, Acct. HO7068 03-08; EPA | 8.25 |
| 03/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7125347; DATE: 3/15/02  -  Courier, Acct. HO7068 03-11; EPA | 22.25 |
| 03/15/02 | 1 | Photocopies | 0.15 |
| 03/15/02 | 105 | Photocopies | 15.75 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page            44
Invoice No.:    593727
Client No.:     04339
Matter No.:     00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/18/02 | 6 | Facsimile | 6.00 |
| 03/18/02 | 2 | Facsimile | 2.00 |
| 03/18/02 | | Long Distance Telephone: 4046397270 | 0.22 |
| 03/18/02 | | Long Distance Telephone: 3124254103 | 3.26 |
| 03/18/02 | 2 | Photocopies | 0.30 |
| 03/18/02 | 481 | Photocopies | 72.15 |
| 03/18/02 | 1 | Photocopies | 0.15 |
| 03/19/02 | 5 | Facsimile | 5.00 |
| 03/19/02 | | Long Distance Telephone: an L. Sherm    DATE: 3/19/2002 | 4.00 |
| 03/19/02 | | Long Distance Telephone: 3128612000 | 0.07 |
| 03/19/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 3/19/02; DATE: 3/19/2002  -  Denver, 3/10-3/15/02, Boston, MA, supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 309.51 |
| 03/19/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 3/19/02; DATE: 3/19/2002  -  Denver, 3/10-3/15/02, Boston, MA, supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 89.00 |
| 03/19/02 | 95 | Photocopies | 14.25 |
| 03/19/02 | 2 | Photocopies | 0.30 |
| 03/19/02 | 206 | Photocopies | 30.90 |
| 03/19/02 | 16 | Photocopies | 2.40 |
| 03/19/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/02; DATE: 3/19/2002  -  Denver, 3/10-3/15/02, Boston, MA, supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 1,771.92 |
| 03/20/02 | | Long Distance Telephone: 6178761400 | 0.24 |
| 03/20/02 | | Long Distance Telephone: 6175423025 | 0.07 |
| 03/20/02 | | Long Distance Telephone: 4255198762 | 2.43 |
| 03/20/02 | | Long Distance Telephone: 7133192432 | 2.38 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 45 |
| Invoice No.: | | 593727 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/20/02 | 76 | Photocopies | 11.40 |
| 03/20/02 | 156 | Photocopies | 23.40 |
| 03/20/02 | 5 | Photocopies | 0.75 |
| 03/20/02 | 20 | Photocopies | 3.00 |
| 03/21/02 | 2 | Facsimile | 2.00 |
| 03/21/02 | | Long Distance Telephone: 6175423025 | 0.17 |
| 03/21/02 | | Long Distance Telephone: 4062933964 | 0.78 |
| 03/21/02 | | Long Distance Telephone: 4067567681 | 0.01 |
| 03/21/02 | | Long Distance Telephone: 4062936848 | 0.08 |
| 03/21/02 | | Long Distance Telephone: 4065232500 | 0.23 |
| 03/21/02 | | Long Distance Telephone: 7194485939 | 0.10 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; Robert Emmett Columbia, Md | 13.20 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; Richard C Finke Boca Raton, Fl | 13.20 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; William Corcoran Columbia, Md | 13.20 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; Dori Kuchinsky Leesburg, Va | 13.20 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; Betram Price White Plains, NY | 14.55 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-11; FUI Office Atlanta, Ga | 9.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 46 |
| Invoice No.: | | 593727 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-12; Jason Richard Raleigh, NC | 13.20 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-15; Richard Bartelt Chicago, IL | 11.89 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-15; Drew Van Orden Monroeville, Pa | 5.88 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02 - Courier, Acct. 0802-0410-8 03-12; Jason Richard Raleigh, NC | 6.20 |
| 03/21/02 | 704 | Photocopies | 105.60 |
| 03/21/02 | 71 | Photocopies | 10.65 |
| 03/21/02 | 6 | Photocopies | 0.90 |
| 03/22/02 | 5 | Facsimile | 5.00 |
| 03/22/02 | 52 | Photocopies | 7.80 |
| 03/22/02 | 12 | Photocopies | 1.80 |
| 03/22/02 | | Travel Expense: VENDOR: Choice Sedans; INVOICE#: 03/22/02; DATE: 3/22/2002 - Denver, R. Finke,3/22/02 | 69.00 |
| 03/25/02 | | Long Distance Telephone: 4062933964 | 0.13 |
| 03/25/02 | | Long Distance Telephone: 4062936848 | 0.12 |
| 03/25/02 | | Long Distance Telephone: 3605706657 | 1.20 |
| 03/26/02 | 5 | Facsimile | 5.00 |
| 03/26/02 | | Long Distance Telephone: 4062933964 | 0.26 |
| 03/26/02 | | Long Distance Telephone: 9146867975 | 1.37 |
| 03/26/02 | | Long Distance Telephone: 2537795588 | 0.65 |
| 03/26/02 | 170 | Photocopies | 25.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/26/02 | 20 | Photocopies | 3.00 |
| 03/27/02 | | Long Distance Telephone:  4062933964 | 2.02 |
| 03/27/02 | | Long Distance Telephone:  3124254103 | 8.46 |
| 03/27/02 | | Long Distance Telephone:  4158821300 | 1.61 |
| 03/27/02 | 2 | Photocopies | 0.30 |
| 03/28/02 | 3 | Facsimile | 3.00 |
| 03/28/02 | 3 | Facsimile | 3.00 |
| 03/28/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. | 235.35 |
| 03/28/02 | | Supplies: VENDOR: Document Technologies Inc.; INVOICE#: D-1462; DATE: 3/28/2002  -  Job #DT03020191, Bates Labeling | 21.49 |
| 03/28/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. Majest International. Denver Boston, Boston Denver. | 654.50 |
| 03/28/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. | 1,062.65 |
| 03/28/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. | 40.00 |
| 03/28/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. | 35.77 |
| 03/28/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 3/19/2002; DATE: 3/28/2002  -  3/17-3/22/2002 Supplemental document review in Cambridge and Whitrop Square. | 89.00 |

**Total Disbursements:**                    **$    5,483.60**

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 89.00 |
| Photocopies | | 606.42 |
| Facsimile | | 72.00 |
| Long Distance Telephone | | 47.12 |
| Outside Courier | | 251.05 |
| Travel Expense | | 3,722.84 |
| Other Meal Expenses | | 616.48 |
| Supplies | | 21.49 |
| Color Photocopies | | 57.20 |
| **Total Disbursements:** | **$** | **5,483.60** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | | *Outstanding Balance on Invoice 577764:* | *$   5,425.00* |
| 577905 | 10/31/01 | Bill | 64,445.24 |
| | | *Outstanding Balance on Invoice 577905:* | *$  64,445.24* |
| 579873 | 11/20/01 | Bill | 35,721.27 |
| | 01/24/02 | Cash Receipt | -29,109.14 |
| | | *Outstanding Balance on Invoice 579873:* | *$   6,612.13* |
| 583055 | 12/27/01 | Bill | 10,820.49 |

Expenses

**Matter 00350 - Freedom of Information Act Request**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 1.00 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | 6.55 |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Meal Expenses | $ | - |
| **Total** | $ | 7.55 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00350 |

**Regarding: Freedom of Information Act Request**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7119786; DATE: 1/31/02  -  Courier, Acct. HO7068 01-22; U S Department of Justice | $    6.55 |
| 03/14/02 | 5 | Photocopies | 1.00 |
| | | **Total Disbursements:** | $    7.55 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 1.00 |
| Outside Courier | | 6.55 |
| **Total Disbursements:** | $ | 7.55 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577685 | 10/29/01 | Bill | 583.01 |
| | *Outstanding Balance on Invoice 577685:* | | $    *583.01* |
| 589414 | 02/28/02 | Bill | 1,052.00 |
| | *Outstanding Balance on Invoice 589414:* | | $   *1,052.00* |
| 591827 | 03/25/02 | Bill | 440.20 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Coggon, Katheryn | Senior Associate | $ 240.00 | 0.70 | $ 168.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 30.50 | $ 6,710.00 |
| Beasley, James G. | Associate | $ 175.00 | 19.30 | $ 3,377.50 |
| Keaty, Kellen | Contract Attorney | $ 110.00 | 13.60 | $ 1,496.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 61.20 | $ 7,650.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 12.50 | $ 1,562.50 |
| Street, Loraine | Paralegal | $ 85.00 | 41.50 | $ 3,527.50 |
| Bowen, Cathy | Case Admin | $ 75.00 | 18.00 | $ 1,350.00 |
| | Total | | 197.30 | 25,841.50 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 188.80 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 0.52 |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Word Processing | $ | - |
| **Total** | $ | 189.32 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 56 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (7.80). | 7.80 | $  1,716.00 |
| 03/01/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues including conferences with G.Barry re questions on specific documents. | 3.50 | 437.50 |
| 03/04/02 | KJC | Review and respond to email from scan vendor re revisions to contract (0.50). | 0.50 | 120.00 |
| 03/04/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 3.50 | 437.50 |
| 03/04/02 | KEK | Review and code documents related to EPA information requests and consumer product case issues. | 6.30 | 693.00 |
| 03/05/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 4.70 | 822.50 |
| 03/05/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues including conferences with J.Sherman re questions on specific documents. | 5.00 | 625.00 |
| 03/05/02 | JLS | Train JGBeasley and KKeaty re Boulder document review (1.20); telephone conference with CCotts re revisions to document tracking database and edit same (1.80). | 3.00 | 375.00 |
| 03/05/02 | KEK | Review and code documents related to EPA information requests and consumer product case issues. | 7.30 | 803.00 |
| 03/06/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (8.70). | 8.70 | 1,914.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 57 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/06/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 7.90 | 1,382.50 |
| 03/06/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues including conferences with GMBarry re questions on specific documents. | 6.80 | 850.00 |
| 03/06/02 | JLS | Train NAberle re Boulder document review (.80); review and QC documents (.20). | 1.00 | 125.00 |
| 03/06/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues. | 3.50 | 297.50 |
| 03/07/02 | JGB | Review and code documents for responsiveness to EPA document production request. | 6.70 | 1,172.50 |
| 03/07/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 3.30 | 412.50 |
| 03/07/02 | JLS | Review and QC Boulder documents in preparation for scanning (2.90). | 2.90 | 362.50 |
| 03/07/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues. | 5.00 | 425.00 |
| 03/08/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (5.30). | 5.30 | 1,166.00 |
| 03/08/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 6.00 | 750.00 |
| 03/08/02 | JLS | Review and QC Boulder documents in preparation for scanning including conferences with various HRO personnel re document coding protocols. | 2.60 | 325.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/08/02 | CB | Review and code documents related to EPA information requests and consumer product case issues including conferences with JLSherman re questions on specific documents. | 5.00 | 375.00 |
| 03/10/02 | JLS | Travel to Boston for document review (3.00)(3.0 N/C)(NWT 50%). | 3.00 | 375.00 |
| 03/11/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 7.00 | 875.00 |
| 03/11/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues | 8.00 | 680.00 |
| 03/12/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 6.50 | 812.50 |
| 03/12/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues | 7.50 | 637.50 |
| 03/13/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues | 6.00 | 510.00 |
| 03/13/02 | CB | Review and code documents related to EPA information requests and consumer product case issues. | 7.00 | 525.00 |
| 03/14/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues | 7.50 | 637.50 |
| 03/15/02 | KJC | Email exchange with LStreet re test boxes to send to scanner and revised issue code sheets. | 0.20 | 48.00 |
| 03/15/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 5.50 | 687.50 |
| 03/15/02 | LCS | Review and code documents related to EPA information requests and consumer product case issues | 4.00 | 340.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/19/02 | GMB | Review of documents in Boulder, CO for use in affirmative defenses and responsiveness to EPA interrogatories (7.80); review and coding of EPA Production (.90). | 8.70 | 1,914.00 |
| 03/20/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.30 | 537.50 |
| 03/20/02 | CB | Review and code documents related to EPA information requests and consumer product case issues. | 6.00 | 450.00 |
| 03/22/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.30 | 537.50 |
| 03/26/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.50 | 562.50 |
| 03/28/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 1.00 | 125.00 |

**Total Fees Through March 31, 2002:**    197.30    $    25,841.50

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 240.00 | 0.70 | $ | 168.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 30.50 | | 6,710.00 |
| JGB | James G. Beasley | Associate | 175.00 | 19.30 | | 3,377.50 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 61.20 | | 7,650.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 12.50 | | 1,562.50 |
| KEK | Kellen E. Keaty | Attorney | 110.00 | 13.60 | | 1,496.00 |
| LCS | Loraine C. Street | Other | 85.00 | 41.50 | | 3,527.50 |
| CB | Cathy Bowen | Other | 75.00 | 18.00 | | 1,350.00 |

**Total Fees:**    197.30    $    25,841.50

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 60 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/04/02 | 8 | Photocopies | $ 1.60 |
| 03/04/02 | 3 | Photocopies | 0.60 |
| 03/04/02 | 7 | Photocopies | 1.40 |
| 03/04/02 | 5 | Photocopies | 1.00 |
| 03/04/02 | 59 | Photocopies | 11.80 |
| 03/05/02 | 1 | Photocopies | 0.20 |
| 03/05/02 | 257 | Photocopies | 51.40 |
| 03/05/02 | 1 | Photocopies | 0.20 |
| 03/05/02 | 2 | Photocopies | 0.40 |
| 03/05/02 | 57 | Photocopies | 11.40 |
| 03/05/02 | 34 | Photocopies | 6.80 |
| 03/05/02 | 33 | Photocopies | 6.60 |
| 03/05/02 | 17 | Photocopies | 3.40 |
| 03/05/02 | 2 | Photocopies | 0.40 |
| 03/18/02 | 458 | Photocopies | 91.60 |
| 03/22/02 | | Long Distance Telephone: 6174265900 | 0.52 |

| | | | |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 189.32** |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 188.80 |
| Long Distance Telephone | | 0.52 |
| **Total Disbursements:** | **$** | **189.32** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$  12,656.44* |
| 589414 | 02/28/02 | Bill | 648.00 |
| | *Outstanding Balance on Invoice 589414:* | | *$     648.00* |
| 591827 | 03/25/02 | Bill | 13,920.16 |
| | *Outstanding Balance on Invoice 591827:* | | *$  13,920.16* |
| | **Total Outstanding Invoices:** | | **$  27,224.60** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **26,030.82** |
| **Total Balance Due This Matter** | **$** | **53,255.42** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Flaagan, Elizabeth K. | Partner | $ 265.00 | 2.8 | $ 742.00 |
| Haag, Susan | Paralegal | $ 85.00 | 22.4 | $ 1,904.00 |
| | Total | | 25.2 | $ 2,646.00 |