Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 185.10 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | 29.55 |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Word Processing | $ | - |
| **Total** | $ | 214.65 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/02 | SH | Conference with EKFlaagan re January fee statement and amended procedures order. | 0.30 | $ 25.50 |
| 03/05/02 | EKF | Conference with SMHaag re procedural order and requirements on fee applications after 01/01/02. | 0.30 | 79.50 |
| 03/05/02 | SH | Compile invoices and begin drafting charts for fee statement. | 3.60 | 306.00 |
| 03/06/02 | SH | Draft January fee application, summary, order and charts. | 6.20 | 527.00 |
| 03/07/02 | EKF | Review and revise fourth monthly fee application and supporting documents (.5). | 0.50 | 132.50 |
| 03/07/02 | SH | Finalize and compile fee application. | 1.00 | 85.00 |
| 03/13/02 | SH | Review and revise February prebill. | 2.00 | 170.00 |
| 03/19/02 | SH | Research Pacer for application dates (.20); revise fee application tracking chart for EKFlaagan (.20). | 0.70 | 59.50 |
| 03/20/02 | EKF | Review and revise February invoices/bills (1.5). | 1.50 | 397.50 |
| 03/22/02 | SH | Research pacer and revise pleading tracking chart. | 0.60 | 51.00 |
| 03/26/02 | SH | Draft charts for February fee statement. | 5.20 | 442.00 |
| 03/27/02 | EKF | Review and revise fee application and supporting documents. | 0.50 | 132.50 |
| 03/27/02 | SH | Draft Fee Application and compile exhibits. | 1.70 | 144.50 |
| 03/28/02 | SH | Finalize Fee Application. | 1.10 | 93.50 |

**Total Fees Through March 31, 2002:**    **25.20**    **$    2,646.00**

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 593727 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 265.00 | 2.80 | $ | 742.00 |
| SH | Susan Haag | Paralegal | 85.00 | 22.40 | | 1,904.00 |
| | | **Total Fees:** | | **25.20** | **$** | **2,646.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02  -  Courier, Acct. 0802-0410-8 02-19; David W Carickhoff Wilmington, De | $ | 14.84 |
| 03/07/02 | 590 | Photocopies | | 88.50 |
| 03/08/02 | 24 | Photocopies | | 3.60 |
| 03/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-39600; DATE: 3/14/02  -  Courier, Acct. 0802-0410-8 03-07; David W Carickhoff Wilmington, De | | 14.71 |
| 03/28/02 | 610 | Photocopies | | 91.50 |
| 03/28/02 | 10 | Photocopies | | 1.50 |
| | | **Total Disbursements:** | **$** | **214.65** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 185.10 |
| Outside Courier | | 29.55 |
| **Total Disbursements:** | **$** | **214.65** |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Coggon, Katheryn J | Senior Associate | $ 240.00 | 5.6 | $ 1,344.00 |
| Matthews, Kelly | Associate | $ 230.00 | 111.1 | $ 25,553.00 |
| Maurelli, Gino | Associate | $ 225.00 | 7.3 | $ 1,642.50 |
| Tognetti, Michael | Associate | $ 225.00 | 43.7 | $ 9,832.50 |
| Tracy, Brent A. | Associate | $ 240.00 | 65.1 | $ 15,624.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 34.7 | $ 7,634.00 |
| Hall, Jennifer A. | Associate | $ 220.00 | 4 | $ 880.00 |
| Beasley, James | Associate | $ 175.00 | 3.8 | $ 665.00 |
| Tygart, Travis | Associate | $ 175.00 | 50.5 | $ 8,837.50 |
| Wingard, Johncie | Paralegal | $ 125.00 | 62 | $ 7,750.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 126 | $ 13,860.00 |
| Korver, Thomas W. | Senior Paralegal | $ 125.00 | 51.4 | $ 6,425.00 |
| Sherman, Joan L. | Senior Paralegal | $ 125.00 | 94 | $ 11,750.00 |
| Latuda, M. Carla | Senior Paralegal | $ 125.00 | 114.8 | $ 14,350.00 |
| Street, Loraine C. | Paralegal | $ 85.00 | 26.8 | $ 2,278.00 |
| Total | | | 800.80 | 128,425.50 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ 329.00 |
| Photocopies | $ 3.30 |
| Facsimiles | $ 8.00 |
| Long Distance Telephone | $ 166.30 |
| Outside Courier | $ 109.22 |
| Travel Expense | $ 24,159.82 |
| Lexis | $ - |
| Research Services | $ - |
| Meal Expenses | $ 4,015.12 |
| Overtime | $ 4,509.50 |
| Other Expenses | $ 90.11 |
| **Total** | $ 33,390.37 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 66 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/02 | JGB | Review and code documents for responsiveness to EPA request (3.8); travel from Boston to Denver (3.0) (3.0 N/C) (50% NWT). | 3.80 | $ 665.00 |
| 03/01/02 | GM | Review documents for responsiveness to EPA and discovery requests (4.3).  Travel from Boston to Denver (3.0)(3.0 n/c)(50% nwt). | 7.30 | 1,642.50 |
| 03/01/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 7.50 | 1,687.50 |
| 03/01/02 | BAT | E-mail Paul DiFranza re status of groundwork for searching e-mail and server files for responsive information re Libby and tremolite issues. | 0.20 | 48.00 |
| 03/01/02 | NKA | Code and review documents for responsiveness to EPA information request (7.40). | 7.40 | 814.00 |
| 03/01/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.70). | 8.70 | 1,087.50 |
| 03/01/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (5.0); return travel to Colorado Springs (3.8)(3.8 N/C)(50%NWT). | 8.80 | 1,100.00 |
| 03/01/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.50 | 637.50 |
| 03/03/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 720.00 |
| 03/03/02 | NKA | Return travel from Boston to Denver for Grace review (3.00)/(N/C 3.00)(NWT 50%). | 3.00 | 330.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/04/02 | KJC | Review weekly progress report re status of document production (0.10). | 0.10 | 24.00 |
| 03/04/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 9.90 | 2,227.50 |
| 03/04/02 | BAT | Conduct screening review on legal obsolete files to identify and pull those with potentially responsive information and develop index of same. | 9.90 | 2,376.00 |
| 03/04/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.00). | 4.00 | 440.00 |
| 03/04/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.3); read and respond to e-mails re responsiveness issues (.30). | 9.60 | 1,200.00 |
| 03/04/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.00 | 425.00 |
| 03/05/02 | KJC | Review and respond to email re production issues (0.10); respond to voice messages re production issues (0.20). | 0.30 | 72.00 |
| 03/05/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 9.80 | 2,205.00 |
| 03/05/02 | BAT | Conduct screening review on legal obsolete files to identify and pull those with potentially responsive information and develop index of same (9.10); telephone conference with Brian O'Connell and Bob Marriam re waste disposition at Wilder, KY expanding plant and provide relevant records to Brian O'Connell (.30); conferences with Mario Favorito re status of legal obsolete file search and e-mail searches and with Pauline Stathis re listing of obsolete files selected for review (.40). | 9.80 | 2,352.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/05/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (5.00). | 5.00 | 550.00 |
| 03/05/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.3); conference with Angela Anderson re status of Winthrop document review including staffing issues and box inventories (.70); prepare Winthrop Square boxes for pickup by ONSS (.90); draft tracking list of same (1.30); prepare non-responsive boxes for shipment back to Cambridge including review of Dead Storage cards to determine Cambridge storage location (2.9); draft list of same for tracking purposes (.50). | 10.60 | 1,325.00 |
| 03/05/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.50 | 297.50 |
| 03/06/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries. | 9.50 | 2,137.50 |
| 03/06/02 | BAT | Conduct screening review on legal obsolete files to identify and pull those with potentially responsive information and develop index of same (9.30); conference with Brian O'Connell re additional files on EHS microfilm that may be responsive (.40). | 9.70 | 2,328.00 |
| 03/06/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.00); prepare Cambridge boxes for pick-up by ONSS (1.10); draft list of same (.80); log in boxes dropped off by ONSS and determine Cambridge storage location of same (2.10). | 10.00 | 1,250.00 |
| 03/07/02 | MAT | Review and code documents responsive to EPA information requests and class action discoveries (4.00); travel from Boston to Denver (3.00)(3.00 N.C.)(NWT 50%). | 7.00 | 1,575.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/07/02 | BAT | Conduct screening review on legal obsolete files to identify and pull those with potentially responsive information and develop index of same (3.10); review legal chronological files from 1989-1992 for responsive information (3.90); review boxes from Grace library set for disposition for potentially responsive information (3.20). | 10.20 | 2,448.00 |
| 03/07/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (1.50). | 1.50 | 165.00 |
| 03/07/02 | MCL | Prepare additional boxes for delivery to Winthrop Square (2.20); draft list of same (.70); draft e-mails to JLSherman re status of Cambridge document review (.90); organize box tracking sheets for shipment to LStreet (.90); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.30). | 10.00 | 1,250.00 |
| 03/07/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 0.50 | 42.50 |
| 03/08/02 | BAT | Review boxes from Grace library set for disposition for potential responsive information (2.90); review legal chronological files for responsive information (.90); conference with temporary employee re reviewing selected legal obsolete files (.30); travel from Boston to Denver (3.00) (3.00 N/C) (NWT 50%). | 7.10 | 1,704.00 |
| 03/08/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.80); Meet with CCotts for update of Grace Historical Database on laptap for remote coding (.70). | 5.50 | 605.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/08/02 | MCL | Telephone conference with JLSherman re status of document review at Cambridge including tasks to be completed next week and staffing issues (.60); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.50); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.60 | 1,075.00 |
| 03/08/02 | JLS | Review and respond to e-mails re status of Boston production (.90); conference calls with MCLatuda re same (.90). | 1.80 | 225.00 |
| 03/10/02 | GMB | Travel from Boulder, Colorado to Cambridge, MA for document review. (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 660.00 |
| 03/10/02 | KNM | Travel from Denver to Boston (3.0)(3.0 N/C)(NWT 50%). | 3.00 | 690.00 |
| 03/10/02 | NKA | Travel to Boston for Grace production (3.00)(N/C 3.00)(NWT 50%). | 3.00 | 330.00 |
| 03/10/02 | JW | Travel from Colorado Springs to Boston (3.8) (3.8 N/C)(50% NWT). | 3.80 | 475.00 |
| 03/11/02 | KJC | Conference with BATracy re coordination and scheduling for document production (0.80); review and respond to email re document production schedule (0.40). | 1.20 | 288.00 |
| 03/11/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiff's cases (9.40). | 9.40 | 2,068.00 |
| 03/11/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 7.40 | 1,702.00 |
| 03/11/02 | BAT | Review and respond to questions (.20); conference with KJCoggon re status of review and coordination with cost recovery efforts (.80). | 1.00 | 240.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 71 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/11/02 | NKA | Review and code documents for responsiveness to EPA information request (9.50). | 9.50 | 1,045.00 |
| 03/11/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (9.50). | 9.50 | 1,187.50 |
| 03/11/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,250.00 |
| 03/12/02 | KJC | Review and respond to question re expanding plants including telephone conference with BATracy (0.20); review, revise and followup re images and coding received from scan vendor (1.30); conference with CSBowen re assistance in Boston with document review (0.10). | 1.60 | 384.00 |
| 03/12/02 | GMB | Review documents at the Grace repository in Winthrop Square, Boston, for responsiveness to EPA interrogatories and use in affirmative defenses (10.00). | 10.00 | 2,200.00 |
| 03/12/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 10.70 | 2,461.00 |
| 03/12/02 | BAT | Review and respond to questions of reviewers. | 0.40 | 96.00 |
| 03/12/02 | NKA | Review and code documents for responsiveness to EPA information request (9.40). | 9.40 | 1,034.00 |
| 03/12/02 | MCL | Review and code electronic documents for responsiveness to EPA information requests (2.30). | 2.30 | 287.50 |
| 03/12/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,250.00 |
| 03/13/02 | KJC | Telephone conference with JLSherman re document review questions (0.20). | 0.20 | 48.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/13/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiff's cases (9.30). | 9.30 | 2,046.00 |
| 03/13/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.60 | 2,208.00 |
| 03/13/02 | BAT | Respond to review question (.20); review staffing issues for Boston document review (.10) | 0.30 | 72.00 |
| 03/13/02 | NKA | Review and code documents for responsiveness to EPA information request (9.30). | 9.30 | 1,023.00 |
| 03/13/02 | MCL | Read and respond to emails re Boston/Cambridge document review (.40); review and code electronic documents for responsiveness to EPA information requests (1.30). | 1.70 | 212.50 |
| 03/13/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (9.80). | 9.80 | 1,225.00 |
| 03/13/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.30 | 1,287.50 |
| 03/14/02 | KJC | Review and respond to e-mail re document review and coding (0.20). | 0.20 | 48.00 |
| 03/14/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 11.20 | 2,576.00 |
| 03/14/02 | NKA | Review and code documents for responsiveness to EPA information request (9.30). | 9.30 | 1,023.00 |
| 03/14/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.30 | 1,287.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/15/02 | KJC | Review e-mail re questions on coding (0.20); email scan vendor re missing data fields and schedule (0.20); telephone conference with BATracy re microfilm review and options (0.20). | 0.60 | 144.00 |
| 03/15/02 | GMB | Travel from Boulder, Colorado to Cambridge, MA for document review. (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 660.00 |
| 03/15/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.70 | 2,231.00 |
| 03/15/02 | BAT | Review and respond to questions of reviewers (.10); review sample roll of microfilmed invoices to determine best way to include in review (1.10); telephone conference with KJCoggon re proposed method of handling microfilm (.20). | 1.40 | 336.00 |
| 03/15/02 | NKA | Review and code documents for responsiveness to EPA information request (4.80). | 4.80 | 528.00 |
| 03/15/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (5.00); return travel to Colorado Springs (3.8) (3.8 N/C) (50% NWT). | 8.80 | 1,100.00 |
| 03/16/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 5.50 | 1,265.00 |
| 03/17/02 | NKA | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 330.00 |
| 03/17/02 | JLS | Travel to Boston for document review (3.00)(3.00N/C)(NWT 50%). | 3.00 | 375.00 |
| 03/18/02 | KJC | Review e-mail re coding question (0.10); telephone conference with JLSherman re review schedule (0.20). | 0.30 | 72.00 |
| 03/18/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 12.10 | 2,783.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 74 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/18/02 | BAT | Telephone conference with JLSherman re review of microfilm boxes (.20); review complete EHS microfilm index for additional potentially responsive topics (1.90); review EHS microfilm roll 21 for documents responsive to EPA information requests or class action discovery (1.30). | 3.40 | 816.00 |
| 03/18/02 | NKA | Review and code documents for responsiveness to EPA information request (11.20). | 11.20 | 1,232.00 |
| 03/18/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 4.00 | 340.00 |
| 03/19/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 11.90 | 2,737.00 |
| 03/19/02 | BAT | Review EHS microfilm roll 21 for documents responsive to EPA information requests or class action discovery. | 2.30 | 552.00 |
| 03/19/02 | NKA | Review and code documents for responsiveness to EPA information request (10.30). | 10.30 | 1,133.00 |
| 03/19/02 | MCL | Read and respond to e-mails re Cambridge document review status (.60); conference with BATracy re review of microfilmed documents and status of same (.10). | 0.70 | 87.50 |
| 03/19/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (11.00). | 11.00 | 1,375.00 |
| 03/19/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 4.00 | 340.00 |
| 03/20/02 | KNM | Prepare 60 boxes to send to Winthrop Square (1.1); review and code documents responsive to EPA information requests and class action discovery (9.0). | 10.10 | 2,323.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 75 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/20/02 | NKA | Review and code documents for responsiveness to EPA information request (10.50). | 10.50 | 1,155.00 |
| 03/20/02 | LCS | Input and maintain data in the Cambridge/Winthrop  Box Tracking Database | 2.30 | 195.50 |
| 03/21/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 11.20 | 2,576.00 |
| 03/21/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (10.20). | 10.20 | 1,122.00 |
| 03/21/02 | MCL | Telephone conference with JLSherman re status of document review and organization of boxes at Cambridge (.40). | 0.40 | 50.00 |
| 03/22/02 | KJC | Telephone conference with M. Murphy re return of documents (.20); e-mail exchange with JLSherman and MCLatuda re tracking of documents to original source boxes (.30). | 0.50 | 120.00 |
| 03/22/02 | JAH | Review and QC of documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (4.00). | 4.00 | 880.00 |
| 03/22/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery (5.7); travel from Boston to Denver (3.0)(3.0 N/C)(50% NWT). | 8.70 | 2,001.00 |
| 03/22/02 | NKA | Review and code documents for responsiveness to EPA information request (3.30); Return travel  from Boston to Denver (3.00)(3.00 N/C)(50%NWT). | 6.30 | 693.00 |
| 03/22/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (6.00); travel to Denver (3.00)(3.00 N/C)(NWT 50%). | 9.00 | 1,125.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/23/02 | TTT | Travel from Colorado Springs to Boston (3.8) (3.8 N/C)(50% NWT). | 3.80 | 665.00 |
| 03/24/02 | TTT | Review and code documents at Cambridge for responsiveness to EPA information requests. | 8.10 | 1,417.50 |
| 03/24/02 | TWK | Travel to Boston for document review in response to EPA 104(e) request and litigation discovery (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 03/24/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 03/24/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |
| 03/25/02 | BAT | Review EHS microfilm file list to determine whether additional rolls are needed for review (.20); review and respond to questions of reviewers (.20). | 0.40 | 96.00 |
| 03/25/02 | TTT | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.50 | 1,837.50 |
| 03/25/02 | TWK | Review documents at Grace Cambridge offices in response to EPA 104(e) request and litigation discovery (11.30). | 11.30 | 1,412.50 |
| 03/25/02 | MCL | Conference with JLSherman re Cambridge document review status (.40); telephone conference with Matt Murphy re issues concerning re-integrating documents into Dead Storage boxes that were pulled in January and February 2000 for initial document review project for EPA (.40); draft e-mail to Matt Murphy re status of Boston/Cambridge document review including number of boxes and files remaining to be reviewed (.50); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.90). | 10.30 | 1,287.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/25/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (11.10) | 11.10 | 1,387.50 |
| 03/26/02 | KJC | Telephone conference with JLSherman and MCLatuda re schedule (0.20); draft e-mail to R. Emmett re progress on document review (0.20). | 0.40 | 96.00 |
| 03/26/02 | TTT | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,750.00 |
| 03/26/02 | TWK | Review documents at Grace Cambridge offices in response to EPA 104(e) request and litigation discovery (8.00). | 8.00 | 1,000.00 |
| 03/26/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.60); read and respond to e-mails re number of boxes and active files remaining to be reviewed (.80). | 10.40 | 1,300.00 |
| 03/26/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (8.50) | 8.50 | 1,062.50 |
| 03/27/02 | BAT | Review EHS microfilm roll #21 for documents responsive to EPA information request and class action discovery. | 2.30 | 552.00 |
| 03/27/02 | TTT | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.10 | 1,767.50 |
| 03/27/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (2.80). | 2.80 | 308.00 |
| 03/27/02 | TWK | Review documents at Grace Cambridge offices in response to EPA 104(e) request and litigation discovery (10.50). | 10.50 | 1,312.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 78 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/27/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.90); telephone conferences with Angela Anderson of Casner & Edwards and Terry Duquette of W.R. Grace re return of boxes from Winthrop Square (.30); review of boxes remaining to be re-shelved at Cambridge and determine location of same (.40); revise Penthouse box list re same (.20). | 9.80 | 1,225.00 |
| 03/27/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (10.80) | 10.80 | 1,350.00 |
| 03/28/02 | KJC | Review and respond to question re document review. | 0.20 | 48.00 |
| 03/28/02 | TTT | Review and code documents at Cambridge for responsiveness to EPA information requests. | 4.20 | 735.00 |
| 03/28/02 | TTT | Travel from Boston to Colorado Springs (3.8) (3.8 N/C) (50% NWT). | 3.80 | 665.00 |
| 03/28/02 | TWK | Review documents at Grace Cambridge offices in response to EPA 104(e) request and litigation discovery (12.30). | 12.30 | 1,537.50 |
| 03/28/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.10); review imaged documents and historical database to ascertain whether or not Lason-scanned images for active files were received (1.40). | 9.50 | 1,187.50 |
| 03/28/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (10.00) | 10.00 | 1,250.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/29/02 | BAT | Review EHS microfilm roll #8 for documents responsive to EPA information requests or class action discovery. | 0.70 | 168.00 |
| 03/29/02 | TWK | Review documents at Grace Cambridge offices in response to EPA 104(e) request and litigation discovery (3.30); travel to Denver following review of documents in response to EPA 104(e) request and litigation discovery (3.00) (3.00 N/C) (NWT 50%). | 6.30 | 787.50 |
| 03/29/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (3.20); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 6.20 | 775.00 |
| 03/29/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (3.50);Travel to Denver from document review (3.00)(3.00 N/C)(NWT 50%) | 6.50 | 812.50 |
| 03/31/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 720.00 |
| 03/31/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |

**Total Fees Through March 31, 2002:  800.80   $ 128,425.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 240.00 | 5.60 | $   1,344.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 65.10 | 15,624.00 |
| KNM | Kelly  N. Matthews | Associate | 230.00 | 111.10 | 25,553.00 |
| GM | Gino Maurelli | Associate | 225.00 | 7.30 | 1,642.50 |
| MAT | Michael A. Tognetti | Associate | 225.00 | 43.70 | 9,832.50 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | | | Page | 80 |
| | | | | Invoice No.: | 593727 |
| | | | | Client  No.: | 04339 |
| | | | | Matter No.: | 00400 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 34.70 | 7,634.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 4.00 | 880.00 |
| JGB | James G. Beasley | Associate | 175.00 | 3.80 | 665.00 |
| TTT | Travis T. Tygart | Associate | 175.00 | 50.50 | 8,837.50 |
| TWK | Thomas W. Korver | Paralegal | 125.00 | 51.40 | 6,425.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 114.80 | 14,350.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 94.00 | 11,750.00 |
| JW | Johncie Wingard | Paralegal | 125.00 | 62.00 | 7,750.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 126.00 | 13,860.00 |
| LCS | Loraine C. Street | Other | 85.00 | 26.80 | 2,278.00 |

|  | **Total Fees:** | | | **800.80** | **$ 128,425.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/14/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16394; DATE: 2/14/2002  -  Airfare: 3/10-22/02, Denver Boston Boston Denver, N. Aberle | $ 631.50 |
| 02/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16641; DATE: 2/25/2002  -  Airfare: 4/14-4/19/02 Denver Boston Boston Denver, M. Floyd | 135.00 |
| 02/28/02 | | Long Distance Telephone:  6178761400 | 3.99 |
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02  -  Courier, Acct. 0802-0410-8 02-19; From Hakeem Shaheed New York, NY to Drew Van Order Monroeville, Pa | 12.09 |
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02  -  Courier, Acct. 0802-0410-8 02-19; From Hakeen Shahed New York, NY to Jennifer Bladgett Arvada, Co | 14.82 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-117-66600; DATE: 3/1/02 - Courier, Acct. 0802-0410-8 02-19; From Hakeen Shaheed New York, NY to Katheryn Coggon Denver, Co | 14.82 |
| 03/04/02 | | Long Distance Telephone:  6178761400 | 1.14 |
| 03/04/02 | | Other Meal Expenses: VENDOR: Johncie Wingard; INVOICE#: 3/4/02; DATE: 3/4/2002 -  Colorado Springs, 2/24/02-3/1/02, Boston, Document Review, J. Wingard | 147.72 |
| 03/04/02 | | Other Meal Expenses: VENDOR: Natalie Aberle; INVOICE#: 3/4/02; DATE: 3/4/2002 -  Denver, 11/4-9/01, Boston, MA, Supplemental Document Review in Cambridge, N. Aberle | 47.30 |
| 03/04/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 3/4/02; DATE: 3/4/2002 -  Colorado Springs, 2/24/02-3/1/02, Boston, Document Review, J. Wingard | 1,019.85 |
| 03/04/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/4/02; DATE: 3/4/2002 -  Denver, 11/4-9/01, Boston, MA, Supplemental Document Review in Cambridge, N. Aberle | 82.50 |
| 03/05/02 | | Long Distance Telephone:  6178761400 | 0.92 |
| 03/05/02 | 3 | Photocopies | 0.45 |
| 03/05/02 | 17 | Photocopies | 2.55 |
| 03/07/02 | | Other Meal Expenses: VENDOR: Gino Maurelli; INVOICE#: 3/7/02; DATE: 3/7/2002 -  Denver, 2/9-3/1/02, Boston, For W.R. Grace, G. Maurelli | 523.17 |
| 03/07/02 | | Parking: VENDOR: Gino Maurelli; INVOICE#: 3/7/02; DATE: 3/7/2002 -  Denver, 2/9-3/1/02, Boston, For W.R. Grace, G. Maurelli | 4.00 |
| 03/07/02 | | Travel Expense: VENDOR: Gino Maurelli; INVOICE#: 3/7/02; DATE: 3/7/2002 -  Denver, 2/9-3/1/02, Boston, For W.R. Grace, G. Maurelli | 99.00 |
| 03/08/02 | | Long Distance Telephone: lly Matthew   ATE: 3/8/2002 - | 34.00 |
| 03/08/02 | | Other Expenses: VENDOR: James G Beasley; INVOICE#: 3/5/2002; DATE: 3/8/2002 - 2/17 to 3/1/2002 Travel  to Boston, MA.  JBeasley | 70.61 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 593727 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/08/02 | | Other Meal Expenses: VENDOR: James G Beasley; INVOICE#: 3/5/2002; DATE: 3/8/2002 - 2/17 to 3/1/2002 Travel to Boston, MA. JBeasley | 481.38 |
| 03/08/02 | | Other Meal Expenses: VENDOR: Kelly Matthews; INVOICE#: 3/8/02; DATE: 3/8/2002 - Denver, 2/3-22/02, Boston, W.R. Grace Document Review, K. Matthews | 482.80 |
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02 - Courier, Acct. 0802-0410-8 02-26; Onsite Sourcing New York, NY to Katheryn Coggon Denver, Co | 24.82 |
| 03/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-02278; DATE: 3/8/02 - Courier, Acct. 0802-0410-8 02-26; Loraine Street Boulder, Co | 14.82 |
| 03/08/02 | | Parking: VENDOR: Kelly Matthews; INVOICE#: 3/8/02; DATE: 3/8/2002 - Denver, 2/3-22/02, Boston, W.R. Grace Document Review, K. Matthews | 2.00 |
| 03/08/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 3/5/2002; DATE: 3/8/2002 - 2/17 to 3/1/2002 Travel to Boston, MA. JBeasley | 635.20 |
| 03/08/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 3/5/2002; DATE: 3/8/2002 - 2/17 to 3/1/2002 Travel to Boston, MA. JBeasley | 2,339.90 |
| 03/08/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 3/5/2002; DATE: 3/8/2002 - 2/17 to 3/1/2002 Travel to Boston, MA. JBeasley | 40.50 |
| 03/08/02 | | Travel Expense: VENDOR: Kelly Matthews; INVOICE#: 3/8/02; DATE: 3/8/2002 - Denver, 2/3-22/02, Boston, W.R. Grace Document Review, K. Matthews | 3,870.28 |
| 03/10/02 | 2 | Photocopies | 0.30 |
| 03/11/02 | | Long Distance Telephone: 6178761400 | 0.05 |
| 03/11/02 | | Long Distance Telephone: 6178761400 | 0.92 |
| 03/11/02 | | Long Distance Telephone: 6178761400 | 0.76 |
| 03/11/02 | | Long Distance Telephone: rla Latuda;   TE: 3/11/2002 - | 18.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/11/02 | | Other Meal Expenses: VENDOR: Michael Tognetti; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/24-3/7/02, Boston, Litigation Document Production at W.R. Grace, M. Tognetti | 521.12 |
| 03/11/02 | | Other Meal Expenses: VENDOR: Michael Tognetti; INVOICE#: 03/11/2002; DATE: 3/11/2002  -  Denver, 2/24-2/28/02, Litigation Document Production at W. R. Grace, M. Tognetti | 140.59 |
| 03/11/02 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/25-3/8/02, Boston, MA, To Conduct Document Review at Cambridge re: Response to EPS's Informationn Requests, C. Latuda | 735.94 |
| 03/11/02 | | Parking: VENDOR: Michael Tognetti; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/24-3/7/02, Boston, Litigation Document Production at W.R. Grace, M. Tognetti | 84.00 |
| 03/11/02 | | Parking: VENDOR: Carla Latuda; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/25-3/8/02, Boston, MA, To Conduct Document Review at Cambridge re: Response to EPS's Informationn Requests, C. Latuda | 194.00 |
| 03/11/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/24-3/7/02, Boston, Litigation Document Production at W.R. Grace, M. Tognetti | 2,147.69 |
| 03/11/02 | | Travel Expense: VENDOR: Michael Tognetti; INVOICE#: 03/11/2002; DATE: 3/11/2002  -  Denver, 2/24-2/28/02, Litigation Document Production at W. R. Grace, M. Tognetti | 950.20 |
| 03/11/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 3/11/02; DATE: 3/11/2002  -  Denver, 2/25-3/8/02, Boston, MA, To Conduct Document Review at Cambridge re: Response to EPS's Informationn Requests, C. Latuda | 2,417.97 |
| 03/12/02 | | Long Distance Telephone:  6178761400 | 0.43 |
| 03/12/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 031202; DATE: 3/12/2002  -  Denver, Week of March 4, 2002, 3 round trips Denver to Boulder in re Review of Documents, J. Beasley | 98.55 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

Page         84
Invoice No.:   593727
Client  No.:   04339
Matter  No.:   00400

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16775; DATE: 3/13/2002 - Airfare: 4/14-4/26/02, Denver Boston Boston Denver, C. Latuda | 631.50 |
| 03/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16812; DATE: 3/13/2002 - Airfare: 4/28-5/3/02, Denver Boston Boston Denver, M. Floyd | 654.50 |
| 03/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16802; DATE: 3/13/2002 - Airfare: 3/24-3/29/02, Denver Boston Boston Denver, T. Korver | 212.00 |
| 03/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16807; DATE: 3/13/2002 - Airfare: 4/7-4/12/02, Denver Boston Boston Denver, N. Aberle | 654.50 |
| 03/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16804; DATE: 3/13/2002 - Airfare: 3/10-3/22/02, Denver Boston Boston Denver, K. Matthews | 130.00 |
| 03/14/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-39600; DATE: 3/14/02 - Courier, Acct. 0802-0410-8 03-08; Loraine Street Boulder, Co | 14.89 |
| 03/15/02 | | Other Expenses: VENDOR: Gino Maurelli; INVOICE#: 2/11/02; DATE: 3/15/2002 - 1/27/02-2/09/02 Travel/Meals/Other expenses when traveled to Boston, MA. | 9.50 |
| 03/15/02 | | Other Meal Expenses: VENDOR: Gino Maurelli; INVOICE#: 2/11/02; DATE: 3/15/2002 - 1/27/02-2/09/02 Travel/Meals/Other expenses when traveled to Boston, MA. | 231.60 |
| 03/15/02 | | Travel Expense: VENDOR: Gino Maurelli; INVOICE#: 2/11/02; DATE: 3/15/2002 - 1/27/02-2/09/02 Travel/Meals/Other expenses when traveled to Boston, MA. | 64.00 |
| 03/15/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16903; DATE: 3/15/2002 - Airfare: 4/3-4/17/02, Denver Boston Boston Denver, C. Bowen | 30.00 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/15/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 16930; DATE: 3/15/2002  -  Airfare: 3/31-4/5/02, Denver Boston Boston Denver. B. Tracy | 703.50 |
| 03/18/02 | | Long Distance Telephone:  6175423025 | 0.98 |
| 03/18/02 | | Long Distance Telephone: offrey Barr   DATE: 3/18/2002 - | 3.00 |
| 03/18/02 | | Other Meal Expenses: VENDOR: Geoffrey Barry; INVOICE#: 3/18/02; DATE: 3/18/2002  -  Denver, 3/10-3/15/02, Trip to Boston to work on supplemental document review in Cambridge, G. Barry | 157.78 |
| 03/18/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 3/18/02; DATE: 3/18/2002  -  Denver, 3/10-3/15/02, Trip to Boston to work on supplemental document review in Cambridge, G. Barry | 1,095.65 |
| 03/19/02 | | Long Distance Telephone:  6178761400 | 0.20 |
| 03/21/02 | | Long Distance Telephone:  6178761400 | 0.08 |
| 03/21/02 | | Long Distance Telephone:  6175423025 | 1.06 |
| 03/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-164-76103; DATE: 3/21/02  -  Courier, Acct. 0802-0410-8 03-15; Loraine Street Boulder, Co | 12.96 |
| 03/22/02 | 2 | Facsimile | 2.00 |
| 03/22/02 | 2 | Facsimile | 2.00 |
| 03/22/02 | 2 | Facsimile | 2.00 |
| 03/22/02 | 2 | Facsimile | 2.00 |
| 03/25/02 | | Long Distance Telephone: no Maurelli   DATE: 3/25/2002 - | 81.13 |
| 03/25/02 | | Other Meal Expenses: VENDOR: Gino Maurelli; INVOICE#: 3/4/2002; DATE: 3/25/2002  -  2/12/02-2/28/02  Travel Expense to Boston, MA | 293.12 |
| 03/25/02 | | Travel Expense: VENDOR: Gino Maurelli; INVOICE#: 3/4/2002; DATE: 3/25/2002  -  2/12/02-2/28/02  Travel Expense to Boston, MA | 3,249.89 |
| 03/26/02 | | Long Distance Telephone:  6178761400 | 1.64 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 593727 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/28/02 | | Long Distance Telephone: hncie Winga    DATE: 3/28/2002 | 18.00 |
| 03/28/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 3/16/02; DATE: 3/28/2002 - 3/10/02-3/15/02 Travel Expense to Boston. JWingard | 10.00 |
| 03/28/02 | | Other Meal Expenses: VENDOR: Johncie Wingard; INVOICE#: 3/16/02; DATE: 3/28/2002 - 3/10/02-3/15/02 Travel Expense to Boston.  JWingard | 83.43 |
| 03/28/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 3/16/02; DATE: 3/28/2002 - 3/10/02-3/15/02 Travel Expense to Boston. JWingard | 1,062.65 |
| 03/28/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 3/16/02; DATE: 3/28/2002 - 3/10/02-3/15/02 Travel Expense to Boston. JWingard | 30.25 |
| 03/28/02 | | Travel Expense: VENDOR: Johncie Wingard; INVOICE#: 3/28/02; DATE: 3/28/2002 - Colorado Springs, 4/6-4/11/02, Boston, Document Review, J. Wingard | 106.50 |
| 03/30/02 | | Other Meal Expenses: VENDOR: Tom Korver; INVOICE#: 3/30/02; DATE: 3/30/2002 - Denver, 3/24-3/29/02, Boston, MA, Travel to W.R. Grace Cambridge Offices for document review in response to EPA 104(e) requests and litigation discovery, T. Korver | 169.17 |
| 03/30/02 | | Parking: VENDOR: Tom Korver; INVOICE#: 3/30/02; DATE: 3/30/2002 - Denver, 3/24-3/29/02, Boston, MA, Travel to W.R. Grace Cambridge Offices for document review in response to EPA 104(e) requests and litigation discovery, T. Kover | 45.00 |
| 03/30/02 | | Travel Expense: VENDOR: Tom Korver; INVOICE#: 3/30/02; DATE: 3/30/2002 - Denver, 3/24-3/29/02, Boston, MA, Travel to W.R. Grace Cambridge Offices for document review in response to EPA 104(e) requests and litigation discovery, T. Korver | 1,066.74 |
| 03/31/02 | | Legal Assistant Overtime: LA overtime  3/15/2002  NA | 325.00 |
| 03/31/02 | | Legal Assistant Overtime: LA overtime  3/15/02  CL | 715.00 |
| 03/31/02 | | Legal Assistant Overtime: LA overtime  3/15/02  JW | 646.25 |

Holme Roberts & Owen LLP

April 16, 2002

W.R. Grace

| | | | Page | 87 |
|---|---|---|---|---|
| | | | Invoice No.: | 593727 |
| | | | Client No.: | 04339 |
| | | **Itemized Disbursements** | Matter No.: | 00400 |

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/31/02 | | Legal Assistant Overtime: LA overtime 3/29/2002 CL | 632.50 |
| 03/31/02 | | Legal Assistant Overtime: LA overtime 3/29/2002 JS | 1,462.50 |
| 03/31/02 | | Legal Assistant Overtime: LA overtime 3/29/2002 JW | 728.25 |

**Total Disbursements:**                                    $  **33,390.37**

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 329.00 |
| Photocopies | | 3.30 |
| Facsimile | | 8.00 |
| Long Distance Telephone | | 166.30 |
| Outside Courier | | 109.22 |
| Travel Expense | | 24,159.82 |
| Other Meal Expenses | | 4,015.12 |
| Other Expenses | | 90.11 |
| Legal Assistant Overtime | | 4,509.50 |

**Total Disbursements:**   $   **33,390.37**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | | *Outstanding Balance on Invoice 583055:* | *$  17,487.80* |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |