# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $325.00 | 87.40 | $28,405.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 39.40 | $11,820.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 73.10 | $21,930.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 34.90 | $8,725.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $265.00 | 2.80 | $742.00 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 95.80 | $22,992.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 65.10 | $15,624.00 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 114.40 | $25,168.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 133.90 | $37,492.00 |
| James Beasley | Associate | Corporate | $175.00 | 23.10 | $4,042.50 |
| Kelly Matthews | Associate | Corporate | $230.00 | 111.10 | $25,553.00 |
| Jennifer Hall | Associate | Litigation | $220.00 | 49.50 | $10,890.00 |
| Gino Maurelli | Associate | Corporate | $225.00 | 7.30 | $1,642.50 |
| Keaty, Kellen | Contract Atty | Environmental | $110.00 | 13.60 | $1,496.00 |
| Tygart, Travis | Associate | Corporate | $175.00 | 50.50 | $8,837.50 |
| Michael Tognetti | Associate | Corporate | $225.00 | 43.70 | $9,832.50 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $125.00 | 108.40 | $13,550.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $125.00 | 136.30 | $17,037.50 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $125.00 | 164.80 | $20,600.00 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 141.20 | $15,532.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 68.30 | $5,805.50 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 22.40 | $1,904.00 |
| Johncie Wingard | Paralegal | Corporate | $125.00 | 62.00 | $7,750.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 21.40 | $1,926.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 24.50 | $2,695.00 |
| William E. Payne | Info. Spec. | Environmental | $ 85.00 | 68.70 | $5,839.50 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 61.20 | $7,650.00 |

| Cathy Bowen | Case Admin. | Environmental | $75.00 | 18.00 | $1,350.00 |
| Corina Aschenbrenner | Paralegal | Environmental | $125.00 | 1.80 | $225.00 |
| **TOTAL** | | | | 1844.6 | $337,056.50 |