# EXHIBIT C

| Description | March |
|---|---:|
| Photocopies | $1,456.82 |
| Facsimiles | $103.00 |
| Long Distance Telephone | $230.01 |
| Outside Courier | $486.71 |
| Travel Expense | $27,882.66 |
| Lexis | $0.00 |
| Westlaw | $0.00 |
| Meal Expenses | $4,631.60 |
| Word Processing | $0.00 |
| Overtime | $4,509.50 |
| Other Expenses | $277.41 |
| Parking | $418.00 |
| Color Copies | $57.20 |
| Supplies | $21.49 |
| TOTALS | $40,074.40 |