```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number        939975
One Town Center Road                      Invoice Date        04/30/02
Boca Raton, FL    33486                   Client Number         172573
```

===============================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel

    Fees                                                  95,617.50

                            TOTAL BALANCE DUE UPON RECEIPT        $ 95,617.50
                                                                     =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      939975
One Town Center Road                   Invoice Date      04/30/02
Boca Raton, FL   33486                 Client Number      172573
                                       Matter Number       60026
```

===================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2002

| Date     | Name             | Description | Hours |
|----------|------------------|-------------|-------|
| 03/01/02 | Bentz            | Preparation of notes regarding meeting (.5); preparation of historical case defense (.8). | 1.30 |
| 03/01/02 | Butcher          | Draft Grace historical case | 5.00 |
| 03/01/02 | Cameron          | Prepare for and participate in conference call with consultant re: exposure scenarios (1.1); review and revise draft protocol and multiple telephone conferences with R. Finke re: same (1.8); arrangement for meeting in Albany and telephone conference re: same (.80). | 3.70 |
| 03/01/02 | DeMarchi Sleigh  | Document review | 3.50 |
| 03/01/02 | Haines           | Memos re: attachment procedures (0.3); memos re: document review staffing (0.6); memos re: attorney review (0.3); conference with Trevelise re: database exchange with Boulder (0.2); conference with Trevelise re: attorney review status (0.2); research re: same (0.3). | 1.90 |
| 03/01/02 | Keuler           | Reviewed monthly fee application for W.R. Grace. | .40 |

```
172573  W. R. Grace & Co.                          Invoice Number  939975
 60026  Special Asbestos Counsel                   Page       2
        April 30, 2002
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/01/02 | Litigation Support | Loaded the WRG 006.dii and WRG 006.dii image files into the Summation database. Ran the Summation utility Blaze to index all characters in the database. | 2.00 |
| 03/01/02 | Lord | Review and edit monthly fee application (.5); e-correspondence with Mr. Cameron re: same (.2); prepare service and coordinate filing of same (.8). | 1.50 |
| 03/01/02 | Trevelise | Telephone call with J. Restivo re: status of attorney document review. | .30 |
| 03/03/02 | Cameron | Multiple memos regarding meetings or conference calls with consultants (1.3); Review EPA data for meeting (.9). | 2.20 |
| 03/04/02 | Atkinson | E-mails re: arrangements for review of documents in Boston (.3); reviewing Summation entry of new documents (.4). | .70 |
| 03/04/02 | Bentz | Review of various reports (.75); preparation of notes of planning meeting (1.5); review of memoranda (.5). | 2.75 |
| 03/04/02 | Butcher | Draft Grace historical case | 8.20 |
| 03/04/02 | Cameron | Prepare for trip to Albany and meeting with consultant (1.8); Travel to Albany with consultant and review materials for meeting during trip (1.0); Meet with J. Restivo regarding various testing issues (.4). | 3.20 |
| 03/04/02 | DeMarchi Sleigh | Document review | 3.20 |
| 03/04/02 | Haines | Document review (5.9); memos re: pick-up this week (0.3); memos re: BUB boxes (0.2); memo to Trevelise re: data exchange with HRO (0.1); telephone call with Trevelise re: same (0.3); memo to Jones re: invoice review (0.3); conference with Winthrop Review Team re: attachment procedures (0.4); multi | 8.00 |

```
172573  W. R. Grace & Co.                          Invoice Number   939975
60026   Special Abestos Counsel                    Page     3
        April 30, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | conferences with Anderson re: attachment flag sheets (0.3); conference with Anderson re: review staffing (0.2). | |
| 03/04/02 | Muha | Draft outline/revise and edit outline of Grace historical case. | 5.50 |
| 03/04/02 | Restivo | Review B. Price work and T. Hardy's memorandum re same | 1.50 |
| 03/05/02 | Bentz | Preparation of historical case defense. | 1.25 |
| 03/05/02 | Butcher | Draft Grace historical case | 8.30 |
| 03/05/02 | Cameron | Prepare for and attend meetings in Albany, NY with R. Finke, W. Sparks and several consultants regarding testing work. | 8.00 |
| 03/05/02 | DeMarchi Sleigh | Document review | 5.20 |
| 03/05/02 | Flatley | E-mails re: scheduling meeting. | .10 |
| 03/05/02 | Haines | Document review (3.5); memos re: pick-up (0.2); memos re: problem boxes for missing data (0.2); multi conferences with Anderson re: staffing (0.4). | 4.30 |
| 03/05/02 | Muha | Draft/revise outline of Grace Story. | 8.00 |
| 03/05/02 | Slade | Review and code W. R. Grace documents. | 4.50 |
| 03/06/02 | Atkinson | Searches on Summation for document references in J. Restivo's summary of review of documents (.8); reviewing/comparing test results referenced in J. Restivo memo and in documents provided by Grace to D. Cameron (2.8); e-mail to D. Cameron re: review of documents re: masonry fill and concrete aggregate (.2). | 3.80 |

```
172573  W. R. Grace & Co.                              Invoice Number  939975
60026   Special Abestos Counsel                        Page     4
        April 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/06/02 | Bentz | Meeting with A. Muha and J. Butcher regarding preparation of historical case defense (0.3); review of outline (0.4). | .70 |
| 03/06/02 | Butcher | Draft Grace historical case | 6.80 |
| 03/06/02 | Cameron | Prepare for and attend meeting in Denver with consultant (7.0); Participate in multiple conference calls with Will Sparks, R. Finke and consultants regarding testing issues and meet with R. Finke regarding same (2.5). | 9.50 |
| 03/06/02 | Muha | Make final revisions to Grace historical case 1st draft outline; merge part a of outline with part 1 (by J. Butcher); meet with J. Bentz re: phase 2 of Grace historical case project; begin review of Grace document subset. | 7.40 |
| 03/06/02 | Slade | Review and code W. R. Grace documents. | 8.00 |
| 03/06/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 03/07/02 | Atkinson | Meeting with D. Cameron re: memo on summaries of air testing of products (.3); copying additional testing documents from Summation (.4); telephone calls/reviewing notes re: review of documents in Boston (.3); revising list of Grace attorneys for whom documents are privileged (.6); reviewing documents on Summation per attorney review for important documents (1.0). | 2.60 |
| 03/07/02 | Bentz | Review of news articles regarding Libby and Zonolite (.75); preparation of historical case defense (0.5). | 1.25 |

```
172573  W. R. Grace & Co.                           Invoice Number  939975
60026   Special Abestos Counsel                     Page     5
        April 30, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/07/02 | Cameron | Review notes and prepare memorandum of meeting with consultant while returning to Pittsburgh (1.5); Review materials relating to EPA testing and ATSDR report (1.7); Review materials relating to testing issues and telephone call with Sparks regarding same (.9); Review recent press reports regarding Libby and asbestos issues (1.3). | 5.40 |
| 03/07/02 | DelSole | Review of media reports concerning Grace and asbestos issues (.5); receipt and review of research/articles concerning epidemiologic evidence and Daubert burdens of proof (1.5). | 2.00 |
| 03/07/02 | Haines | Conference with Trevelise re: attorney review (0.2); telephone call with Jones re: document review (0.2); memos re: scanning status (0.2); memos re: 10-K codings (0.2). | .80 |
| 03/07/02 | Muha | Review of/notes on "trial subset" of documents for Grace historical case. | 5.00 |
| 03/07/02 | Slade | Review and code W. R. Grace documents. | 8.00 |
| 03/07/02 | Trevelise | Review correspondence re: document review. | .10 |
| 03/08/02 | Atkinson | Revisions to memo to D. Cameron re: air testing of ag/hort and concrete aggregate products. | 1.80 |
| 03/08/02 | Bentz | Reviewing and summarizing news articles about Grace, Libby and Zonolite insulation (1.1); preparation of historical case defense (.7). | 1.80 |
| 03/08/02 | Cameron | Review memo regarding Denver consultant (.8); Review and organize materials from planning meeting (.9); Memo regarding expert work with testing data (.6). | 2.30 |

```
172573  W. R. Grace & Co.                              Invoice Number  939975
60026   Special Abestos Counsel                        Page     6
        April 30, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/08/02 | Cleversy | Preparation for 3/18 trip to Boston. | .80 |
| 03/08/02 | Haines | Memos re: document review schedule (0.3); memos re: weekly box status and pick-up schedule (0.2); telephone call with Anderson re: document review staffing (0.3); telephone call Atkinson re: same (0.2). | 1.00 |
| 03/08/02 | Muha | Review of/notes on "trial subset" of documents for Grace historical case. | 5.00 |
| 03/08/02 | Slade | Review and code W. R. Grace documents. | 6.50 |
| 03/08/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 03/10/02 | Jones | Travel from Philadelphia to Boston for document review project. | 3.50 |
| 03/11/02 | Atkinson | Preparing binder with memo to D. Cameron re: air testing | .70 |
| 03/11/02 | Bentz | Correspondence regarding meeting with witness. | .20 |
| 03/11/02 | Cameron | Prepare for and participate in conference call with W. Sparks and R. Finke and multiple e-mails regarding same (2.1); Review testing data (.4); Prepare and revise memos regarding meeting (.9). | 3.40 |
| 03/11/02 | Flatley | E-mails and calls re: W. Sparks conference call with witness. | .20 |
| 03/11/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 7.40 |
| 03/11/02 | Muha | Review/notes on "trial subset" of Grace documents for Grace historical case. | 3.80 |

```
172573  W. R. Grace & Co.                              Invoice Number  939975
60026   Special Asbestos Counsel                       Page   7
        April 30, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 03/11/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 03/12/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.20 |
| 03/12/02 | Bentz | Participating in conference call regarding construction issues (1.0); reviewing and summarizing news articles regarding Grace, Libby and Zonolite insulation (.5). | 1.50 |
| 03/12/02 | Butcher | Review articles re: ZAI and Libby | .20 |
| 03/12/02 | Cameron | Review summary memo of strategy meeting (.5); E-mails regarding follow-up to strategy meeting (.6); Finalize consultant memo (.6). | 1.70 |
| 03/12/02 | Cindrich | Document review. | .50 |
| 03/12/02 | Haines | Memorandum re: Cambridge status; document review schedule (0.5); memo re: open scanning issues (0.2). | .70 |
| 03/12/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 7.40 |
| 03/12/02 | Lord | Telephone call with creditor counsel re: verification page on fee applications. | .20 |
| 03/12/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 03/13/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.90 |
| 03/13/02 | Bentz | Correspondence regarding witness interview (.5); preparation of historical case defense (2.1). | 2.60 |
| 03/13/02 | Cameron | Multiple telephone calls with R. Finke regarding testing issues and consultant work (.9); Review testing data (1.7). | 2.60 |

```
172573  W. R. Grace & Co.                              Invoice Number   939975
60026   Special Abestos Counsel                        Page      8
        April 30, 2002


   Date    Name                                                         Hours
--------  -----------                                                    -----

03/13/02  Haines           Multi memorandums re: On-Site                   .90
                           invoices (0.3); conference re:
                           same (0.3); memos to Coggan re:
                           outstanding data issues (0.3).

03/13/02  Jones            Review and code documents for                  7.00
                           responsiveness to EPA and class
                           action discovery requests.

03/13/02  Trevelise        Review correspondence re: status                .10
                           of document review.

03/14/02  Atkinson         Reviewing W. R. Grace documents in             8.40
                           Boston.

03/14/02  Bentz            Meeting with J. Butcher and A.                 3.95
                           Muha regarding preparation of
                           historical case defense (.5);
                           reviewing and revising outlines
                           (2.25); review of ATSDR report
                           (1.2).

03/14/02  Butcher          Meeting with J. Bentz to review                 .50
                           Grace historical case

03/14/02  Cameron          Review materials from R. Finke                 1.60
                           regarding testing (.5); Telephone
                           call with R. Finke and W. Sparks
                           regarding meetings with
                           consultants and testing issues
                           (.6); Review EPA materials (.5).

03/14/02  Cleversy         Preparations for Boston, MA trip.               .50

03/14/02  Jones            Travel from Boston to Philadelphia             3.00

03/14/02  Jones            Review and code documents for                  3.50
                           responsiveness to EPA and class
                           action discovery requests.

03/14/02  Muha             Meet with J. Bentz re:  Grace                  1.50
                           historical case; revise/edit
                           outline.

03/15/02  Atkinson         Reviewing W. R. Grace documents in             1.90
                           Boston.

03/15/02  Bentz            Review of correspondence regarding              .50
                           former Grace employee.
```

```
172573 W. R. Grace & Co.                          Invoice Number  939975
60026  Special Abestos Counsel                    Page    9
       April 30, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/15/02 | Butcher | Review Grace historical case | 1.00 |
| 03/15/02 | Cameron | Telephone call with R. Finke and e-mails regarding various testing and consultant issues (.4); Review EPA materials (.9). | 1.30 |
| 03/15/02 | Haines | Multi memorandums re: On-Site December invoice (0.6); telephone call with On-Site re: status of corrected December invoice (0.2); telephone calls re: document review status (0.4). | 1.20 |
| 03/15/02 | Muha | Revise Grace historical case draft out; meet with J. Butcher re: plans for next phase of project. | 2.70 |
| 03/15/02 | Rea | Reviewed testing documents; reviewed AIHA web site; call to AIHA re: same. | 1.30 |
| 03/16/02 | Flatley | Review miscellaneous correspondence, reports and memoranda. | 1.00 |
| 03/17/02 | Atkinson | Searching Summation to retrieve documents regarding attic insulation testing, and reviewing these documents. | 1.30 |
| 03/17/02 | Cleversy | Travel to Boston for document review. | 2.00 |
| 03/18/02 | Atkinson | Continuing Summation searches for documents regarding attic insulation testing, per T. Rea request. | 1.40 |
| 03/18/02 | Butcher | Revise draft of Grace historical case | .50 |
| 03/18/02 | Cameron | Meet with J. Restivo and e-mail regarding open issues. | .60 |
| 03/18/02 | Cleversy | Review of client documents in Boston, MA. | 8.20 |
| 03/18/02 | Flatley | Call with D. Cameron. | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number  939975
60026   Special Abestos Counsel                        Page   10
        April 30, 2002
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/18/02 | Haines | Multi telephone calls re: outstanding invoices for scanning (0.6); telephone call with Sherman re: document review status and attachment range protocol (0.4); memos re: outstanding scanning invoices (0.5) telephone call with Bocchino re: same (0.1). | 1.60 |
| 03/18/02 | Lord | Research docket and update service lists/labels. | .30 |
| 03/18/02 | Rea | Reviewed documents located by M. Atkinson re: drop testing; reviewed emails; email to team re: AIHA inquiry. | .70 |
| 03/19/02 | Cameron | Telephone call with W. Sparks regarding 3/18 hearing and test results (.5); Prepare e-mail regarding same (.4); Telephone call with R. Finke regarding same (.4); Review K&E summary of hearing, review test data, and telephone call with W. Sparks (.8); Prepare e-mail summary (.7); Telephone call with J. Restivo regarding same (.2); Review testing results and e-mails regarding same (.7). | 3.70 |
| 03/19/02 | Cleversy | Review client documents in Boston, MA. | 8.20 |
| 03/19/02 | DeMarchi Sleigh | Document review | 4.70 |
| 03/19/02 | Haines | Telephone call with Sherman re: attachment range protocol (0.2); telephone call with On-Site re: outstanding invoices (0.2). | .40 |
| 03/19/02 | Restivo | Review collection of new pleadings, reports and correspondence. | 1.50 |
| 03/20/02 | Atkinson | Grace documents reviewed by associates to storage. | .40 |
| 03/20/02 | Butcher | Revise Grace historical case | .50 |

```
172573  W. R. Grace & Co.                              Invoice Number  939975
60026   Special Abestos Counsel                        Page   11
        April 30, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/20/02 | Cameron | Review testing data and outline for science issues. | 1.80 |
| 03/20/02 | Cleversy | Review of client documents in Boston. | 8.20 |
| 03/20/02 | DelSole | Review of memorandum regarding Daubert issues (0.50); review of media reports (0.20); compilation of EPA statements (0.50). | 1.20 |
| 03/20/02 | Haines | Two memorandums re: pick-up this week (0.1); telephone call with Thornton re: pick-up (0.1); telephone call with On-Site re: outstanding invoices (0.1). | .30 |
| 03/20/02 | Muha | Research "junk science" legislation/regulation; review Grace docket. | 3.30 |
| 03/21/02 | Butcher | Revise Grace historical case | 1.00 |
| 03/21/02 | Cleversy | Conferences with Susan Haines re: Ag/Hort responsiveness questions (.6); review of client documents in Boston, MA (6.4); travel from Boston, MA to Pittsburgh while reviewing Interrogatories (3.0). | 10.00 |
| 03/21/02 | Flatley | Message to Hardy and call with Kuchinsky (.10); preparation for meeting with Kuchinsky, et al. (1.50); meeting in Pittsburgh with Kuchinsky and consultant (4.00). | 5.60 |
| 03/21/02 | Haines | Two telephone calls with Cleversy re: coding questions (0.3); memos re: additional target sheets (0.3); memos to Cleversy re: coding questions (0.4); memo re: staffing for document review (0.1); telephone call with Sullivan re: same (0.1). | 1.20 |
| 03/21/02 | Lord | E-correspondence with Mr. Cameron re: CNOs (.1); research docket and prepare CNO for Reed Smith seventh monthly fee application (.5). | .60 |

```
172573  W. R. Grace & Co.                        Invoice Number   939975
60026   Special Abestos Counsel                  Page   12
        April 30, 2002


    Date    Name                                                    Hours
   -------- ----------                                              -----

   03/21/02 Muha            Review Grace Docket for relevant         2.10
                            filings; research/correspond re:
                            "junk science" law/regulations.

   03/21/02 Trevelise       Review correspondence re: status          .40
                            of document review (.3); telephone
                            call with Chris Sullivan re:
                            status of document review (.1).

   03/22/02 Cameron         Review materials relating to             2.20
                            outline for science arguments
                            (.90); Telephone call with R.
                            Finke regarding same (.70); Review
                            materials relating to claims (.60).

   03/22/02 Lord            Review and revise CNO (.3);               .70
                            prepare service and coordinate
                            filing of same (.4).

   03/22/02 Muha            Review of Grace Bankruptcy Docket.        .20

   03/23/02 Cameron         Review materials for conference         2.10
                            call regarding litigation schedule
                            (.80); Prepare outline of
                            arguments for science issues (1.30)

   03/23/02 Restivo         Read ATSDR Mortality Study,              2.30
                            Property Damage Committee
                            pleadings, Chatfield critique, and
                            collected correspondence.

   03/24/02 Cameron         Continue review of pleadings and         2.70
                            other materials in preparation for
                            conference call (1.90); Review
                            outline of scientific issues (.80)

   03/24/02 Cleversy        Travel from Pittsburgh to Boston,        2.50
                            MA while reviewing the Grace
                            Plant/Departments binder and
                            correspondence sections.

   03/25/02 Atkinson        Reviewing W. R. Grace documents in       8.00
                            Boston.

   03/25/02 Cameron         Prepare for and meet with J.             5.10
                            Restivo regarding issues relating
                            to common issues trial and
                            discovery period (1.3);
                            Participate in conference call
                            with R. Finke regarding same
                            (.60); Prepare for and participate
```

```
172573  W. R. Grace & Co.                           Invoice Number  939975
 60026  Special Abestos Counsel                     Page   13
        April 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | in conference call with R. Finke regarding consultant work and other industrial hygiene issues (.40); prepare for and participate in conference call with A. Running, R. Finke, W. Sparks, et al. regarding scheduling and pre-trial order issues (1.3); Prepare and revise summary memo regarding same (.90); review memo regarding consultant work (.60) | |
| 03/25/02 | Cleversy | Review of client documents in Boston, MA. | 8.00 |
| 03/25/02 | Haines | Document review (6.7); conference with Anderson re: staffing issues (0.3); telephone calls with On-Site re: invoice for March (0.2); telephone call with On-Site re: missing data issue (0.2); memos re: On-Site March invoice (0.4); memo re: attorney review of "cold" documents (0.1); conference with Anderson re: same (0.1). | 8.00 |
| 03/25/02 | Muha | Review of Grace Bankruptcy docket; obtain copies of docket entries; review junk science materials. | 1.60 |
| 03/25/02 | Restivo | Conference call with D. Cameron and R. Finke (0.8); draft trial outline (1.0). | 1.80 |
| 03/25/02 | Slade | Review and code W.R. Grace documents. | 8.00 |
| 03/25/02 | Trevelise | Review correspondence re: status of document review and issues pertaining to same. | .20 |
| 03/26/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.30 |
| 03/26/02 | Cameron | Prepare and revise fee application (.80); Review draft schedule and prepare for conference call regarding same (.80); Review draft memo regarding issues for science trial and telephone call regarding same (.90); Review consultant work | 3.30 |

```
172573 W. R. Grace & Co.                              Invoice Number  939975
60026  Special Abestos Counsel                        Page   14
       April 30, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| | | and possible discovery schedule (.80). | |
| 03/26/02 | Cleversy | Review of client documents in Boston, MA. | 8.00 |
| 03/26/02 | Flatley | With J. Restivo (.10); review J. Restivo draft memo (.40). | .50 |
| 03/26/02 | Haines | Multi telephone calls with On-Site re: end of month invoice (0.7); memo re: same (0.4); conference with Trevelise re: scanning status (0.1). | 1.20 |
| 03/26/02 | Muha | Review daily Grace bankruptcy docket entries. | .20 |
| 03/26/02 | Slade | Review and code W.R. Grace documents. | 8.00 |
| 03/26/02 | Trevelise | Review correspondence re: status of document review and conference with Susan Haines re: same. | .30 |
| 03/27/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.60 |
| 03/27/02 | Cameron | Prepare for and meet with J. Restivo regarding conference call issues (.6); Participate in conference call with J. Restivo, D. Bernick, R. Finke, et al. regarding science trial issues (.8); E-mails with R. Finke regarding issues relating to EPA work (.2). | 1.60 |
| 03/27/02 | Cleversy | Review of client documents in Boston, MA. | 8.00 |
| 03/27/02 | Flatley | With J. Restivo re: status (.30); reviewing e-mails and correspondence (.20). | .50 |
| 03/27/02 | Haines | Telephone call with Murphy re: boxes returning from Boulder, Colorado (0.2); memos to Sherman re: attachment ranges (0.2); memos re: status report for review (0.4); conference with Trevelise | 1.50 |

```
172573  W. R. Grace & Co.                          Invoice Number  939975
 60026  Special Abestos Counsel                    Page   15
        April 30, 2002


    Date   Name                                                      Hours
 --------  -----------                                                -----
```

|   |   |   |   |
|---|---|---|---|
|  |  | re: same (0.3); memos re: shipments of target sheets to Boston (0.3); telephone call re: same (0.1). |  |
| 03/27/02 | Lord | Proof, revise and prepare Reed Smith monthly fee applciation for filing. | .80 |
| 03/27/02 | Restivo | Preparation for and conference call re: trial planning. | 2.00 |
| 03/27/02 | Slade | Review and code W.R. Grace documents. | 7.00 |
| 03/27/02 | Trevelise | Review correspondence re: status of document review and conference with S. Haines re same. | .30 |
| 03/28/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 6.90 |
| 03/28/02 | Cameron | Review test results and e-mails regarding same (.4); Review materials relating to home inspections (.9); Telephone call with R. Finke regarding same (.3). | 1.60 |
| 03/28/02 | Cleversy | Review of client documents in Boston, MA (3.5); travel from Boston, MA to Pittsburgh, PA while reviewing the Discovery Request Analysis (3.5). | 7.00 |
| 03/28/02 | Haines | Memorandum re: coding of Monokote patents (0.2); memo re: status report (0.1). | .30 |
| 03/28/02 | Lord | Discuss fee application with Mr. Keuler and Mr. Cameron (.2); review and edit same (.3); prepare service and coordinate filing same (.5). | 1.00 |
| 03/28/02 | Trevelise | Review correspondence re: status of document review (.1); conference with S. Haines re: status of document review and correspondence to D. Cameron re: same (.20) | .30 |

```
172573  W. R. Grace & Co.                           Invoice Number  939975
 60026  Special Abestos Counsel                     Page   16
        April 30, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/29/02 | Cameron | Review draft discovery schedule and e-mail to Andy Running (1.2); Review e-mails and other summaries regarding potential science issues trial (.9). | 2.10 |
| 03/29/02 | Muha | Review and obtain copies of Grace Duchet entries; contact Kirkland and Ellis regarding fee applications; e-mailed D. Carickhoff regarding same; revise/edit Grace historical case defense. | 3.40 |
| 03/30/02 | Cameron | Review draft discovery schedule and provide comments. | 1.30 |
| 03/31/02 | Jones | Travel time from Philadelphia to Boston. | 6.00 |

```
                                                    TOTAL HOURS    486.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Trevelise | 2.50 | at $ | 360.00 | = | 900.00 |
| James J. Restivo Jr. | 9.10 | at $ | 430.00 | = | 3,913.00 |
| Lawrence E. Flatley | 8.00 | at $ | 400.00 | = | 3,200.00 |
| Douglas E. Cameron | 73.00 | at $ | 385.00 | = | 28,105.00 |
| James W Bentz | 17.80 | at $ | 300.00 | = | 5,340.00 |
| Stephen J. DelSole | 3.20 | at $ | 275.00 | = | 880.00 |
| Scott M. Cindrich | .50 | at $ | 185.00 | = | 92.50 |
| Lisa D. DeMarchi Sleigh | 16.60 | at $ | 185.00 | = | 3,071.00 |
| Jayme L. Butcher | 32.00 | at $ | 185.00 | = | 5,920.00 |
| Andrew J. Muha | 49.70 | at $ | 185.00 | = | 9,194.50 |
| Traci Sands Rea | 2.00 | at $ | 265.00 | = | 530.00 |
| Richard A. Jr. Keuler | .40 | at $ | 240.00 | = | 96.00 |
| M. Susan Haines | 33.30 | at $ | 150.00 | = | 4,995.00 |
| John B. Lord | 5.10 | at $ | 145.00 | = | 739.50 |
| Maureen L. Atkinson | 71.90 | at $ | 120.00 | = | 8,628.00 |
| Valerie Slade | 50.00 | at $ | 130.00 | = | 6,500.00 |
| Janet L. Cleversy | 71.40 | at $ | 120.00 | = | 8,568.00 |
| Melody A. Jones | 37.80 | at $ | 125.00 | = | 4,725.00 |
| Litigation Support | 2.00 | at $ | 110.00 | = | 220.00 |

```
                    CURRENT FEES                               95,617.50
```