REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      939974
One Town Center Road                     Invoice Date      04/30/02
Boca Raton, FL   33486                   Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

        Expenses                         49,224.63

                TOTAL BALANCE DUE UPON RECEIPT      $ 49,224.63
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    939974 |
| One Town Center Road | Invoice Date    04/30/02 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

===============================================================================

Re: Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 154.58 |
| Documentation Charge | 133.98 |
| Duplicating/Printing | 467.55 |
| Express Mail Service | 120.00 |
| Courier Service | 302.70 |
| Secretarial Overtime | 180.00 |
| Lodging | 6,144.64 |
| Transportation | 97.00 |
| Air Travel Expense | 10,314.98 |
| Rail Travel Expense | 608.00 |
| Taxi Expense | 570.00 |
| Mileage Expense | 207.70 |
| Meal Expense | 1,712.94 |
| Telephone - Outside | 428.49 |
| General Expense | 27,782.07 |

CURRENT EXPENSES                    49,224.63

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number     939974<br>Invoice Date     04/30/02<br>Client Number     172573<br>Matter Number     60026 |

==============================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/31/02 | Express Mail Service PARCELS INV 1/31/02 | 30.00 |
| 01/31/02 | Express Mail Service PARCELS INV 1/31/02 | 90.00 |
| 02/06/02 | Telephone Expense | 5.02 |
| 02/07/02 | Telephone Expense | 3.17 |
| 02/11/02 | Courier Service parcels inc inv 2/11/02 | 95.00 |
| 02/14/02 | Documentation Charge : PACER SERVICE CENTER | 50.26 |
| 02/14/02 | Documentation Charge: PACER SERVICE CENTER | 83.72 |
| 02/19/02 | 561-362-1533/BOCA RATON, FL/8 | 2.92 |
| 02/19/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/19/02 | 617-725-1619/BOSTON, MA/1 | .32 |
| 02/20/02 | 773-282-6360/CHICAGO, IL/5 | 1.62 |
| 02/22/02 | Air Travel Expense--ATKINSON/MAUREEN L 25FEB<br>PIT BOS PIT | 976.49 |
| 02/24/02 | Courier Service PARCELS INC INV 2/24/02 | 90.00 |
| 02/25/02 | 561-362-1552/BOCA RATON, FL/1 | .32 |
| 02/25/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       April 30, 2002

Invoice Number  939974
Page   2

| Date | Description | Amount |
|---|---|---|
| 02/25/02 | ATTY # 0349: 12 COPIES | 1.80 |
| 02/25/02 | ATTY # 0701: 12 COPIES | 1.80 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 02/25/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 02/26/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/26/02 | ATTY # 0349: 11 COPIES | 1.65 |
| 02/26/02 | ATTY # 0349: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0710: 1 COPIES | .15 |
| 02/26/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 02/26/02 | ATTY # 0349: 6 COPIES | .90 |
| 02/26/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0349: 11 COPIES | 1.65 |
| 02/26/02 | ATTY # 0349: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0349: 1 COPIES | .15 |
| 02/26/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/27/02 | ATTY # 0349: 15 COPIES | 2.25 |
| 02/27/02 | ATTY # 0559: 3 COPIES | .45 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/49 | 15.88 |
| 02/27/02 | 215-851-8270/PHILA, PA/1 | .30 |
| 02/27/02 | 773-617-0846/CHICAGO, IL/1 | .32 |
| 02/27/02 | 773-617-0846/CHICAGO, IL/4 | 1.30 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/14 | 4.86 |
| 02/27/02 | 518-283-7671/TROY, NY/59 | 19.44 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/1 | .32 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    April 30, 2002

Invoice Number  939974
Page   3

| | | |
|---|---|---|
| 02/27/02 | ATTY # 0349: 1 COPIES | .15 |
| 02/28/02 | ATTY # 0559: 3 COPIES | .45 |
| 02/28/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/28/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 02/28/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/28/02 | ATTY # 0701: 10 COPIES | 1.50 |
| 02/28/02 | ATTY # 0887: 1 COPIES | .15 |
| 02/28/02 | 302-252-2900/WILMINGTON, DE/8 | 2.92 |
| 02/28/02 | 724-325-1776/EXPORT, PA/1 | .20 |
| 02/28/02 | 561-362-1533/BOCA RATON, FL/30 | 10.04 |
| 02/28/02 | 773-282-6360/CHICAGO, IL/63 | 20.74 |
| 02/28/02 | 724-387-1812/EXPORT, PA/29 | 3.28 |
| 02/28/02 | 215-851-8100/PHILA, PA/1 | .30 |
| 02/28/02 | 561-362-1533/BOCA RATON, FL/81 | 26.57 |
| 02/28/02 | 215-851-8100/PHILA, PA/1 | .30 |
| 02/28/02 | 617-542-3025/BOSTON, MA/7 | 2.63 |
| 02/28/02 | Courier Service parcels inc inv 2/28/02 | 100.00 |
| 02/28/02 | Air Travel Expense--ROSSI/M SUSAN 03MAR PHL BOS PHL | 770.00 |
| 03/01/02 | 518-477-7984/ALBANY, NY/2 | .65 |
| 03/01/02 | Meal Expense  W R GRACE CLIENT MEETING 2/26 WASHINGTON, DC 1 LUNCH 1 DINNER | 20.50 |
| 03/01/02 | Taxi Expense  W R GRACE CLIENT MEETING 2/26 WASHINGTON, DC | 17.00 |
| 03/01/02 | Mileage Expense - W R GRACE CLIENT MEETING 2/26 WASHINGTON, DC | 30.88 |
| 03/01/02 | ATTY # 0559: 5 COPIES | .75 |
| 03/01/02 | ATTY # 0349: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                        Invoice Number  939974
60026  Special Abestos Counsel                  Page    4
       April 30, 2002
```

| | | |
|---|---|---|
| 03/01/02 | ATTY # 0885: 3 COPIES | .45 |
| 03/01/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 03/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/01/02 | ATTY # 0710: 22 COPIES | 3.30 |
| 03/01/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/01/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/01/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/01/02 | ATTY # 0701: 3 COPIES | .45 |
| 03/01/02 | ATTY # 0685: 4 COPIES | .60 |
| 03/01/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 03/01/02 | ATTY # 0685: 36 COPIES | 5.40 |
| 03/01/02 | ATTY # 0559; 1 COPIES | .15 |
| 03/01/02 | ATTY # 0718; 222 COPIES | 33.30 |
| 03/01/02 | 561-362-1533/BOCA RATON, FL/10 | 3.24 |
| 03/01/02 | 303-861-7000/DENVER, CO/1 | .66 |
| 03/01/02 | Rail Travel Expense--SLADE/VALERIE 05MAR PHL BOS PHL | 315.00 |
| 03/01/02 | Rail Travel Expense--ATKINSON/MAUREEN L 24MAR PIT BOS PIT | 414.50 |
| 03/03/02 | ATTY # 0559; 180 COPIES | 27.00 |
| 03/03/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/03/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 03/03/02 | ATTY # 0559: 6 COPIES | .90 |
| 03/03/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 03/03/02 | ATTY # 0559: 8 COPIES | 1.20 |

172573 W. R. Grace & Co.                                    Invoice Number  939974
60026  Special Abestos Counsel                         Page   5
       April 30, 2002

| Date | Description | Amount |
|---|---|---|
| 03/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 03/03/02 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/03/02 | Secretarial Overtime TAPE REVISIONS | 180.00 |
| 03/04/02 | 561-362-1533/BOCA RATON, FL/2 | .65 |
| 03/04/02 | 561-362-1682/BOCA RATON, FL/6 | 1.94 |
| 03/04/02 | ATTY # 0559; 2 COPIES | .30 |
| 03/04/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/04/02 | ATTY # 0349: 22 COPIES | 3.30 |
| 03/04/02 | ATTY # 0885: 8 COPIES | 1.20 |
| 03/04/02 | ATTY # 0710: 23 COPIES | 3.45 |
| 03/04/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/04/02 | ATTY # 0701: 15 COPIES | 2.25 |
| 03/04/02 | ATTY # 0885: 5 COPIES | .75 |
| 03/05/02 | Meal Expense -  MAUREEN ATKINSON DOC REVIEW, BOSTON, MA 2/17-21/02 4 BREAKFASTS, 1 LUNCH 4 DINNERS | 120.40 |
| 03/05/02 | Taxi Expense -  MAUREEN ATKINSON DOC REVIEW 2/17-21/02 BOSTON, MA $1 SUBWAY ALSO | 21.00 |
| 03/05/02 | Mileage Expense - - MAUREEN ATKINSON DOC REVIEW 2/17-21/02 BOSTON, MA | 12.20 |
| 03/05/02 | Lodging - MAUREEN ATKINSON DOC REVIEW 2/17-21/02 BOSTON, MA | 535.00 |
| 03/05/02 | General Expense  MAUREEN ATKINSON DOC REVIEW 2/17-21/02 BOSTON, MA TIPS AP PARKING | 42.00 |
| 03/05/02 | MEALS RE: TRIP TO BOSTON 2/17-2/21/02- MELODY JONES - | 131.03 |
| 03/05/02 | LODGING RE: TRIP TO BOSTON 2/17-2/21/02- MELODY JONES - Lodging - | 535.00 |
| 03/05/02 | TAXI'S RE: TRIP TO BOSTON 2/17-2/21/02- MELODY JONES | 21.00 |

```
172573 W. R. Grace & Co.                              Invoice Number  939974
60026  Special Abestos Counsel                        Page   6
       April 30, 2002
```

| | | |
|---|---|---|
| 03/05/02 | CHAMBERMAID TIP RE: TRIP TO BOSTON 2/17-2/21/02- MELODY JONES | 6.00 |
| 03/05/02 | TRAVEL ADVANCE FOR MELODY JONES 2/17/02- | -200.00 |
| 03/05/02 | Courier Service UPS | 8.47 |
| 03/05/02 | ATTY # 1171; 80 COPIES | 12.00 |
| 03/05/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 03/05/02 | ATTY # 0701: 13 COPIES | 1.95 |
| 03/05/02 | ATTY # 0710: 52 COPIES | 7.80 |
| 03/05/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/05/02 | ATTY # 0701: 61 COPIES | 9.15 |
| 03/05/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/06/02 | ATTY # 0396; 25 COPIES | 3.75 |
| 03/06/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/06/02 | ATTY # 0701: 27 COPIES | 4.05 |
| 03/06/02 | ATTY # 0701: 40 COPIES | 6.00 |
| 03/06/02 | ATTY # 0710: 41 COPIES | 6.15 |
| 03/06/02 | ATTY # 0710: 121 COPIES | 18.15 |
| 03/07/02 | Mileage Expense -  60 MILES/PARKING | 24.90 |
| 03/07/02 | ATTY # 0710; 11 COPIES | 1.65 |
| 03/07/02 | ATTY # 0856; 314 COPIES | 31.40 |
| 03/07/02 | ATTY # 0856; 28 COPIES | 4.20 |
| 03/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/07/02 | ATTY # 0856: 1 COPIES | .15 |
| 03/08/02 | Meal Expense -: ABP CORPORATION/Lunch in DC office on 2/26/02. | 74.49 |
| 03/08/02 | ATTY # 0559; 96 COPIES | 14.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page    7
       April 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 03/08/02 | ATTY # 0559; 156 COPIES | 23.40 |
| 03/08/02 | ATTY # 0885: 5 COPIES | .75 |
| 03/08/02 | ATTY # 0885: 5 COPIES | .75 |
| 03/08/02 | Telephone - Outside - 2/2 - 2/24 Cleversy CELL PHONE | 150.97 |
| 03/08/02 | General Expense - GRATUITY FROM 2/21 - 2/28 BOSTON TRIP | 12.00 |
| 03/08/02 | Air Travel Expense--ROSSI/M SUSAN 11MAR PHL PIT BOS PHL | 1254.50 |
| 03/08/02 | Rail Travel Expense--JONES/MELODY 10MAR PHL BOS PHL | 293.00 |
| 03/08/02 | Air Travel Expense--ATKINSON/MAUREEN L 11MAR PIT BOS PIT | 976.49 |
| 03/10/02 | Telephone Expense | 4.42 |
| 03/10/02 | Telephone Expense | 11.43 |
| 03/11/02 | Air Travel Expense - DOUGLAS E. CAMERON PITTSBURGH/DENVER PITTSBURGH FOR MEETING WITH EXPERT CONSULTANTS | 1819.50 |
| 03/11/02 | Air Travel Expense -  DOUGLAS E. CAMERON  TRIP TO ALBANY, NY TO MEET WITH CLIENTS AND EXPERT CONSULTANTS | 989.00 |
| 03/11/02 | ATTY # 3254; 4 COPIES | .60 |
| 03/11/02 | Meal Expense - BOSTON - REVIEW OF DOCS 2/24 - 28/01 4 BREAKFASTS, 4 LUNCHES, 4 DINNERS | 172.97 |
| 03/11/02 | Lodging -PETTY CASH CUSTODIAN BOSTON - REVIEW OF DOCS 2/24 - 28/01 | 500.00 |
| 03/11/02 | Air Travel Expense - BOSTON - REVIEW OF DOCS 2/24 - 28/01 | 536.50 |
| 03/11/02 | Taxi Expense -  BOSTON - REVIEW OF DOCS 2/24 - 28/01 | 60.00 |
| 03/11/02 | Mileage Expense - BOSTON - REVIEW OF DOCS 2/24 - 28/01 44 MILES | 16.06 |
| 03/11/02 | Telephone - Outside  Cleversy BOSTON - REVIEW OF DOCS 2/24 - 28/01 | 32.80 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       April 30, 2002

Invoice Number  939974
Page  8

| Date | Description | Amount |
|---|---|---|
| 03/11/02 | General Expense -   BOSTON - REVIEW OF DOCS 2/24 - 28/01 $12 TAXI TO HOTEL  AND LAUNDRY EXPENSE | 60.50 |
| 03/11/02 | Meal Expense - 3/4 - 7/02 ALBANY, NY 1 BREAKFAST, 2 DINNERS | 63.23 |
| 03/11/02 | Taxi Expense -3/4 - 7/02 ALBANY, NY | 181.00 |
| 03/11/02 | Mileage Expense - 3/4 - 7/02 ALBANY, NY  24 MILES TWICE + PARKING FEES | 30.88 |
| 03/11/02 | General Expense -  3/4 - 7/02 ALBANY, NY | 13.00 |
| 03/11/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/11/02 | ATTY # 0856: 4 COPIES | .60 |
| 03/12/02 | Lodging - DOUGLAS E. CAMERON DENVER 3/6/02 | 252.97 |
| 03/12/02 | Lodging -  DOUGLAS E. CAMERON ALBANY,NY 3/4/02 | 87.69 |
| 03/12/02 | Meal Expense -: DOUGLAS E. CAMERON DINNER W/RICHARD FINKE & SEVERAL CONSULTANTS 3/5/02 | 109.71 |
| 03/12/02 | Meal Expense -: KIRBY'S DELI & CATERING BREAKFAST TRAY & FRUIT TRAY 2/27/02 FOR CLIENT MEETING | 47.29 |
| 03/12/02 | Meal Expense -MRC FOOD SERVICES LUNCH FOR 10 2/27/02 DEC | 70.00 |
| 03/12/02 | ATTY # 0885; 60 COPIES | 9.00 |
| 03/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 03/12/02 | ATTY # 0856: 3 COPIES | .45 |
| 03/12/02 | ATTY # 0856: 3 COPIES | .45 |
| 03/12/02 | 617-426-5900/BOSTON, MA/7 | 2.83 |
| 03/13/02 | Meal Expense -  ROLY POLY LUNCH FOR 10 2/27/02 DEC | 40.08 |
| 03/13/02 | ATTY # 0559; 32 COPIES | 4.80 |
| 03/13/02 | ATTY # 0559; 2 COPIES | .30 |
| 03/14/02 | General Expense  MEALEY PUBLICATIONS, INC. BANKRUPTCY REPORT | 422.50 |

```
172573 W. R. Grace & Co.                            Invoice Number  939974
60026  Special Abestos Counsel                 Page   9
       April 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 03/14/02 | ATTY # 0396; 129 COPIES | 19.35 |
| 03/14/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/15/02 | MEALS RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES | 29.63 |
| 03/15/02 | LODGING RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES - | 447.54 |
| 03/15/02 | TAXI'S RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES | 93.25 |
| 03/15/02 | ATTY # 0559; 156 COPIES | 23.40 |
| 03/15/02 | ATTY # 0559; 208 COPIES | 20.80 |
| 03/15/02 | ATTY # 0701; 40 COPIES | 6.00 |
| 03/15/02 | Courier Service UPS | .9.23 |
| 03/15/02 | 303-866-0200/DENVER, CO/12 | .74 |
| 03/15/02 | Air Travel Expense--ROSSI/M SUSAN 17MAR PHL BOS PHL | 770.00 |
| 03/18/02 | ATTY # 0235: 8 COPIES | 1.20 |
| 03/18/02 | 202-772-2310/WASHINGTON, DC/22 | 1.31 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | REIMBURSEMENT OF PHONE CHARGES 3/18/02 (M. SUSAN HAINES) | 10.52 |
| 03/20/02 | ATTY # 3254: 2 COPIES | .30 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 0856; 6 COPIES | .90 |
| 03/21/02 | 202-879-5042/WASHINGTON, DC/2 | .11 |

172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page  10
       April 30, 2002


03/22/02   Meal Expense -  BOSTON - REVIEW OF DOCS           185.28
           3/17-21/02 4 BREAKFASTS, 5 LUNCHES, 4 DINNERS

03/22/02   Lodging - - BOSTON - REVIEW OF DOCS 3/17-21/02    584.00

03/22/02   Air Travel Expense -  BOSTON - REVIEW OF DOCS     961.50
           3/17-21/02

03/22/02   Taxi Expense - BOSTON - REVIEW OF DOCS             70.25
           3/17-21/02

03/22/02   Mileage Expense -  BOSTON - REVIEW OF DOCS         18.25
           3/17-21/02 25 MILES/25 MILES

03/22/02   Telephone - Outside - BOSTON - REVIEW OF DOCS      15.00
           3/17-21/02

03/22/02   General Expense -  BOSTON - REVIEW OF DOCS         24.00
           3/17-21/02 GRATUITY AND CART AT AIRPORT

03/22/02   ATTY # 3816: 1 COPIES                                .15

03/22/02   ATTY # 3254: 2 COPIES                                .30

03/22/02   ATTY # 0685: 18 COPIES                              2.70

03/22/02   617-227-8600/BOSTON, MA/11                           .63

03/22/02   617-227-8600/BOSTON, MA/2                            .11

03/22/02   ATTY # 0718; 54 COPIES                              8.10

03/24/02   ATTY # 0856; 13 COPIES                              1.95

03/25/02   Air Travel Expense - DOUGLAS E. CAMERON            45.00
           TRANSACTION FEES FOR D.C. Trip

03/25/02   561-362-1533/BOCA RATON, FL/41                       2.34

03/25/02   ATTY # 0349: 2 COPIES                                .30

03/25/02   ATTY # 0559: 1 COPIES                                .15

03/25/02   ATTY # 0559: 1 COPIES                                .15

03/25/02   ATTY # 0559: 4 COPIES                                .60

03/25/02   ATTY # 0559: 5 COPIES                                .75

03/25/02   ATTY # 0559: 7 COPIES                               1.05

03/25/02   ATTY # 0559: 7 COPIES                               1.05

```
172573 W. R. Grace & Co.                       Invoice Number  939974
60026  Special Abestos Counsel                 Page  11
       April 30, 2002
```

| | | |
|---|---|---:|
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 03/25/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/26/02 | Meal Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 109.63 |
| 03/26/02 | Taxi Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 26.00 |
| 03/26/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 11.90 |
| 03/26/02 | Lodging -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 375.00 |
| 03/26/02 | Transportation - - MAUREEN ATKINSON BOSTON 2/25-28/02 PARKING | 23.00 |
| 03/26/02 | Telephone - Outside -: MAUREEN ATKINSON BOSTON 2/25-28/02 | 5.70 |
| 03/26/02 | General Expense - MAUREEN ATKINSON BOSTON 2/25-28/02 TIPS | 11.00 |
| 03/26/02 | Meal Expense - - MAUREEN ATKINSON BOSTON 3/11-15/02 | 108.40 |
| 03/26/02 | Taxi Expense  MAUREEN ATKINSON BOSTON 3/11-15/02 | 28.00 |
| 03/26/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 3/11-15/02 | 11.90 |
| 03/26/02 | Lodging -  MAUREEN ATKINSON BOSTON 3/11-15/02 | 707.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page  12
       April 30, 2002


03/26/02  Telephone - Outside: MAUREEN ATKINSON BOSTON            2.85
          3/11-15/02

03/26/02  Transportation - MAUREEN ATKINSON BOSTON               23.00
          3/11-15/02

03/26/02  General Expense -  MAUREEN ATKINSON BOSTON              9.00
          3/11-15/02 TIPS

03/26/02  General Expense -MAUREEN ATKINSON BOSTON                6.92
          3/11-15/02 PENS

03/26/02  LODGING FOR W.R. GRACE DOCUMENT REVIEW 3/5-7/02       699.28
          (VALERIE SLADE)

03/26/02  ATTY # 0710; 157 COPIES                               23.55

03/26/02  ATTY # 0559; 39 COPIES                                 5.85

03/26/02  ATTY # 0349: 4 COPIES                                   .60


03/26/02  ATTY # 0349: 2 COPIES                                   .30

03/26/02  ATTY # 0349: 6 COPIES                                   .90

03/26/02  ATTY # 0349: 9 COPIES                                  1.35

03/27/02  ATTY # 0559: 7 COPIES                                  1.05

03/27/02  ATTY # 0559: 4 COPIES                                   .60

03/27/02  ATTY # 0559: 7 COPIES                                  1.05

03/27/02  ATTY # 0559: 4 COPIES                                   .60

03/27/02  ATTY # 0559: 4 COPIES                                   .60

03/27/02  ATTY # 0559: 4 COPIES                                   .60

03/27/02  ATTY # 0559: 4 COPIES                                   .60

03/27/02  ATTY # 0685: 15 COPIES                                 2.25

03/27/02  ATTY # 0685: 4 COPIES                                   .60

03/27/02  ATTY # 0559; 48 COPIES                                 7.20

03/27/02  ATTY # 0559; 4 COPIES                                   .60

03/28/02  TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02        109.39
          (MELODY A. JONES)
```

```
172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page  13
       April 30, 2002
```

| | | |
|---|---|---|
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 706.00 |
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 20.00 |
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 6.00 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 3254: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0235: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0685: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0685: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 03/28/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 03/28/02 | 410-531-4361/COLUMBIA, MD/2 | .11 |
| 03/28/02 | ATTY # 0559; 60 COPIES | 9.00 |
| 03/28/02 | ATTY # 3254; 5 COPIES | .75 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE A. SLADE) | 142.74 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE A. SLADE) | 31.00 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE SLADE) | 28.00 |
| 03/29/02 | ATTY # 0710: 1 COPIES | .15 |
| 03/29/02 | ATTY # 3816: 1 COPIES | .15 |
| 03/29/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/29/02 | ATTY # 3816: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                    Invoice Number  939974
60026  Special Abestos Counsel              Page  14
       April 30, 2002
```

| | | |
|---|---|---|
| 03/29/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/29/02 | Meal Expense - BOSTON - REVIEW OF DOCS<br>3/24-28/02 4 BREAKFASTS, 5 LUNCHES 4 DINNERS | 178.17 |
| 03/29/02 | Lodging -  BOSTON - REVIEW OF DOCS 3/24-28/02 | 715.16 |
| 03/29/02 | Air Travel Expense - BOSTON - REVIEW OF DOCS<br>3/24-28/02 | 801.50 |
| 03/29/02 | Taxi Expense - BOSTON - REVIEW OF DOCS<br>3/24-28/02 | 52.50 |
| 03/29/02 | Mileage Expense -   BOSTON - REVIEW OF DOCS<br>3/24-28/02 39/26 MILES | 50.73 |
| 03/29/02 | Telephone - Outside - BOSTON - REVIEW OF DOCS<br>3/24-28/02 | 9.00 |
| 03/29/02 | General Expense -   BOSTON - REVIEW OF DOCS<br>3/24-28/02 GRATUITY AND CART IN BOSTON AIRPORT | 25.00 |
| 03/29/02 | Telephone - Outside -LONG DISTANCE CHARGE 4/2 | 31.89 |
| 03/29/02 | Telephone - Outside - | 169.76 |
| 03/30/02 | ATTY # 3816; 2 COPIES | .30 |
| 04/30/02 | General Expense - - VENDOR: ON SITE SOURCING<br>INC DOCUMENT SCANNING | 27316.15 |

```
                         CURRENT EXPENSES                 49,224.63
```