IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | Objection Deadline: May 22, 2002 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

**TENTH APPLICATION OF THE BLACKSTONE GROUP L.P.
FOR COMPENSATION SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM THROUGH MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2002 – March 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $631.92 |

This is a _x_ monthly __ interim ____ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $0.00 | $0.00 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $0.00 | $0.00 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $0.00 | $0.00 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $0.00 | $0.00 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $0.00 | $0.00 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $0.00 | $0.00 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $0.00 | $0.00 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $0.00 | $0.00 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $0.00 | $0.00 |

*March Fee Application.DOC*

April 3, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Advisory fee for the period March 1, 2002 through March 31, 2002:     $     175,000.00

Less: a 20% holdback pursuant to the Court's administrative order            (35,000.00)

Out-of-pocket expenses for the period through March 31, 2002:[1]

| | | |
|---|---|---:|
| Word Processing | $ | 242.67 |
| Travel | | 220.62 |
| Meals | | 80.42 |
| Communications | | 40.61 |
| Photocopying | | 47.60 |

                                                                                            631.92

**Total Due**                                                            $    **140,631.92**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2756-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.