IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 22, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR THE BLACKSTONE
GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
05/02/02 12:09 PM

## W.R. GRACE
## Expense Summary
## Processed Through
## March 31, 2002
## 2756-T

|  |  | GL Detail Mar-02 |  | Total Expenses |
|---|---|---:|---|---:|
| Word Processing | 11211 | $ 242.67 |  | $ 242.67 |
| Car Services - Elite | 11218 | 209.02 |  | 209.02 |
| Travel - Local | 11222 | 11.60 |  | 11.60 |
| Meals | 11228 | 80.42 |  | 80.42 |
| Federal Express | 11270 | 40.61 |  | 40.61 |
| Photocopying | 11281 | 47.60 |  | 47.60 |
| **Total Expenses** |  | $ 631.92 |  | $ 631.92 |

|  | Total |
|---|---:|
| **Word Processing** | $ 242.67 |
| **Travel** | 220.62 |
| **Meals** | 80.42 |
| **Communications** | 40.61 |
| **Photocopying** | 47.60 |
| **Total Expenses** | $ 631.92 |

**W.R. GRACE**
Expense Detail
Processed Through
March 31, 2002
2756-T

| | | | |
|---|---|---|---|
| **Word Processing** | | | |
| Alexander | 2/1-28/02 | 242.67 | |
| Subtotal - Word Processing | | | $ 242.67 |
| | | | |
| **Car Services** | | | |
| **Elite** | | | |
| Office Services | 01/30/02 | 86.17 | |
| Office Services | 01/31/02 | 43.84 | |
| Office Services | 02/01/02 | 22.43 | |
| Office Services | 02/15/02 | 56.58 | |
| Subtotal - Car Services | | | 209.02 |
| | | | |
| **Travel - Local** | | | |
| Shinder | 02/22/02 | 11.60 | |
| Subtotal - Travel - Local | | | 11.60 |
| | | | |
| **Meals** | | | |
| Shinder | 10/01/01 | 20.00 | |
| Shinder | 11/19/01 | 20.00 | |
| Zilly | 02/01/02 | 14.18 | |
| Zilly | 02/05/02 | 7.35 | |
| Zilly | 02/27/02 | 9.39 | |
| Zilly | 02/28/02 | 9.50 | |
| Subtotal - Meals | | | 80.42 |
| | | | |
| **Communications** | | | |
| **Federal Express** | | | |
| Alexander | 03/11/02 | 13.34 | |
| Blechman | 03/08/02 | 15.74 | |
| de Almeida | 02/27/02 | 11.53 | |
| Subtotal - Communications | | | 40.61 |
| | | | |
| **Photocopying** | | | |
| Alexander | 3/04-15/02 | 45.00 | |
| Blechman | 1/29-2/1/02 | 2.60 | |
| Subtotal - Photocopying | | | 47.60 |
| | | | |
| Total Expenses | | | $ 631.92 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
## MARCH 1, 2002 - MARCH 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 89.5 |
| Richard Shinder | Managing Director | 39.5 |
| David Blechman | Associate | 65.0 |
| Michael Alexander | Analyst | 38.5 |
| | Total | 232.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/02 | 0.5 | Claims Analysis/Objections/Administration | Read Zonolite claimants' rely memorandum |
| Pamela Zilly | 03/01/02 | 2.0 | Asset Acquisitions/Business Combinations | Read purchase agreement for Addiment transaction |
| Pamela Zilly | 03/01/02 | 1.0 | Asset Acquisitions/Business Combinations | Meeting with R. Shinder re: status of acquisitions |
| Pamela Zilly | 03/04/02 | 0.5 | Tax/General | Call with Grace management re: taxes |
| Pamela Zilly | 03/04/02 | 1.0 | Tax/General | Review tax information provided |
| Pamela Zilly | 03/04/02 | 0.5 | Tax/General | Discussion with D. Blechman re: Tax issues |
| Pamela Zilly | 03/05/02 | 0.5 | Tax/General | Grace tax call with D. Blechman, M. Alexander |
| Pamela Zilly | 03/05/02 | 1.0 | Committee Matters and Creditor Meetings | Call with D, Blechman, Mike Alexander, Darex mgmt re: response to P&M request |
| Pamela Zilly | 03/05/02 | 1.5 | Business Analysis | Review January operating report |
| Pamela Zilly | 03/06/02 | 2.0 | Committee Matters and Creditor Meetings | Discussions with S. Ahern, S. Shwartz re: Unsecured Creditors Committee questions re: Addin |
| Pamela Zilly | 03/07/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P&M re: Darex plant closing |
| Pamela Zilly | 03/07/02 | 2.0 | Committee Matters and Creditor Meetings | Read responses to Addiment questions, discussions with S.Ahern, S. Schwartz |
| Pamela Zilly | 03/17/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation issue |
| Pamela Zilly | 03/08/02 | 0.5 | Case Administration | Read scheduling orders |
| Pamela Zilly | 03/08/02 | 2.5 | Business Analysis | Review draft presentation |
| Pamela Zilly | 03/08/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with R. Shinder re: deal pipeline |
| Pamela Zilly | 03/08/02 | 2.5 | Asset Acquisitions/Business Combinations | Discussions with S. Ahern, M. Favarito re: Addiment transaction |
| Pamela Zilly | 03/08/02 | 1.0 | Business Analysis | Review Board presentation re: 3/12 meeting |
| Pamela Zilly | 03/11/02 | 2.0 | Business Analysis | Prepare materials for 3/12/ meeting |
| Pamela Zilly | 03/11/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with R. Shinder re: committees issues |
| Pamela Zilly | 03/11/02 | 1.0 | Employee Matters | Meetings with D. Blechman, M. Alexander re: 3/12/ meeting re: KERP |
| Pamela Zilly | 03/11/02 | 1.0 | Employee Matters | Call with B. McGowan re: 3/12 meeting materials |
| Pamela Zilly | 03/11/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with R. Shinder re: deal pipeline |
| Pamela Zilly | 03/11/02 | 1.0 | Business Analysis | Review draft presentation re: operating plan |
| Pamela Zilly | 03/12/02 | 2.5 | Committee Matters and Creditor Meetings | Travel to Columbia |
| Pamela Zilly | 03/12/02 | 5.0 | Committee Matters and Creditor Meetings | Meeting with Committee financial advisors re: 2002 business plan, KERP |
| Pamela Zilly | 03/13/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with P. Norris, B. McGowan re: follow-up to meeting |
| Pamela Zilly | 03/13/02 | 3.0 | Employee Matters | Revisions to compensation analysis |
| Pamela Zilly | 03/14/02 | 1.0 | Asset Acquisitions/Business Combinations | Read letter re: possible acquisition |
| Pamela Zilly | 03/14/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with D. Blechman re: further research re: acquisition target |
| Pamela Zilly | 03/14/02 | 2.5 | Business Analysis | Analysis of 2002 operating plan; implications for Business plan |
| Pamela Zilly | 03/14/02 | 0.5 | Case Administration | Read 3/18/hearing agenda |
| Pamela Zilly | 03/15/02 | 2.0 | Asset Acquisitions/Business Combinations | Further analysis re: acquisition target |
| Pamela Zilly | 03/15/02 | 0.5 | Claims Analysis/Objections/Administration | Read objections to Bar date |
| Pamela Zilly | 03/15/02 | 0.5 | Claims Analysis/Objections/Administration | Read Zonoite claimants objections to proof of claim form |
| Pamela Zilly | 03/15/02 | 0.5 | Claims Analysis/Objections/Administration | Read PD objection to proof of claim form |
| Pamela Zilly | 03/15/02 | 0.5 | Claims Analysis/Objections/Administration | Read Zonolite motion for class proof of claim |
| Pamela Zilly | 03/15/02 | 0.5 | Committee Matters and Creditor Meetings | Reviewed P&M info request |
| Pamela Zilly | 03/18/02 | 1.5 | Committee Matters and Creditor Meetings | Meeting with D. Blechman, M. Alexander re: P&M info request |
| Pamela Zilly | 03/18/02 | 2.0 | Case Administration | Travel to Wilmington to attend court hearing |
| Pamela Zilly | 03/18/02 | 4.0 | Case Administration | Attend bankruptcy Court hearing |
| Pamela Zilly | 03/18/02 | 2.0 | Case Administration | Travel to New York |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/19/02 | 1.0 | Claims Analysis/Objections/Administration | Read PD supplemental affidavit |
| Pamela Zilly | 03/19/02 | 0.5 | Case Administration | Discussion with R. Shinder, D. Blechman re: hearing, possible outcomes |
| Pamela Zilly | 03/19/02 | 2.5 | Committee Matters and Creditor Meetings | Reviewed analysis in reponse to P&M requests, meeting with D. Blechman re; same |
| Pamela Zilly | 03/20/02 | 2.0 | Tax/General | Read tax response, additional analysis re: questions |
| Pamela Zilly | 03/20/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 03/21/02 | 1.0 | Business Analysis | Discussion with D. Blechman re: 2002 operating plan analysis re: Business Plan |
| Pamela Zilly | 03/21/02 | 1.0 | Business Analysis | Review additional analysis of 2002 operating plan |
| Pamela Zilly | 03/22/02 | 1.0 | #N/A | Calls with F. Gilbert, B. McGowen, D. Blechman, M. Alexander re: info request |
| Pamela Zilly | 03/22/02 | 1.0 | Employee Matters | Meeting with R. Shinder re: comp proposal /committee status |
| Pamela Zilly | 03/22/02 | 2.0 | Employee Matters | Reviewed analysis of 2001 annual plan payout |
| Pamela Zilly | 03/22/02 | 0.5 | Employee Matters | Call with B. McGowan re: AICP |
| Pamela Zilly | 03/25/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with D. Blechman re: P&M call |
| Pamela Zilly | 03/25/02 | 1.0 | Committee Matters and Creditor Meetings | Review compensation presentation re: follow-up call with S. Cunningham |
| Pamela Zilly | 03/25/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P&M re: KERP |
| Pamela Zilly | 03/25/02 | 1.0 | Employee Matters | Discussion with R. Shinder re: comp plan |
| Pamela Zilly | 03/25/01 | 1.0 | Case Administration | Meeting with R. Shinder, D. Blechman re; meetings schedule re: Unsecured Creditors, presenta |
| Pamela Zilly | 03/26/02 | 1.0 | Case Administration | Read latest court filings re: withdrawal of reference, Darex plant closing |
| Pamela Zilly | 03/26/02 | 1.5 | Business Analysis | Review analysis provided re: 2002 operating plan |
| Pamela Zilly | 03/26/02 | 1.0 | Employee Matters | Meeting with D. Blechman re: AICP |
| Pamela Zilly | 03/27/02 | 1.5 | Business Analysis | Review February operating report |
| Pamela Zilly | 03/27/02 | 0.5 | Committee Matters and Creditor Meetings | review CDG info request |
| Pamela Zilly | 03/27/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with D. Blechman, F. Gilbert and D. Siegel re: Committee Meeting |
| Pamela Zilly | 03/27/02 | 0.5 | Committee Matters and Creditor Meetings | Meeting with D. Blechman re: info requests |
| Pamela Zilly | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with D. Blechman, M. Alexander re: P&M call prep |
| Pamela Zilly | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P&M re:  info provided |
| Pamela Zilly | 03/28/02 | 1.0 | Asset Acquisitions/Business Combinations | Discussion with R. Shinder re: jv structure |
| Pamela Zilly | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Meeting with D. Blechman re: status of info requests |
| Pamela Zilly | 03/29/02 | 1.5 | Asset Acquisitions/Business Combinations | Review of background information re: possible joint venture |
| Pamela Zilly | 03/29/02 | 1.5 | Committee Matters and Creditor Meetings | Review response to CDG info request |
| Pamela Zilly | 03/29/02 | 1.0 | Asset Acquisitions/Business Combinations | Review of background information re: possible joint venture |
| | | 89.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 03/01/02 | 1.5 | Business Analysis | Review of Operating Plan package |
| Richard Shinder | 03/01/02 | 1.0 | Asset Acquisitions/Business Combinations | Meeting with P. Zilly re: status of acquisitions |
| Richard Shinder | 03/04/02 | 1.5 | Business Analysis | Review of tax materials |
| Richard Shinder | 03/08/02 | 0.5 | Asset Acquisitions/Business Combinations | Call with S. Farnsworth, F. Gilbert re: deal pipeline |
| Richard Shinder | 03/08/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: deal pipeline |
| Richard Shinder | 03/10/02 | 3.0 | Business Analysis | Review January operating results |
| Richard Shinder | 03/11/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: committee's issues |
| Richard Shinder | 03/11/02 | 1.0 | Asset Acquisitions/Business Combinations | Call with S. Farnsworth, F. Gilbert re: acquisitions |
| Richard Shinder | 03/11/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: form and status of deal pipeline |
| Richard Shinder | 03/11/02 | 2.0 | Business Analysis | Review of 2002 Operating Plan presentation |
| Richard Shinder | 03/12/02 | 2.5 | Business Analysis | Transit to Columbia, MD; review of 2002 operating plan presentation |
| Richard Shinder | 03/12/02 | 5.0 | Business Analysis | Trip to Columbia to discuss 2002 operating plan with committee advisors |
| Richard Shinder | 03/12/02 | 2.5 | Employee Matters | Transit to New York; review of retention/LTIP materials |
| Richard Shinder | 03/15/02 | 1.5 | Employee Matters | Review of compensation proposal |
| Richard Shinder | 03/19/02 | 1.0 | Employee Matters | Review of compensation plan due diligence materials |
| Richard Shinder | 03/19/02 | 0.5 | Case Administration | Discussion with P. Zilly, D. Blechman re: hearing, possible outcomes |
| Richard Shinder | 03/22/02 | 1.0 | Employee Matters | Meeting with P. Zilly re: comp proposal, status of responses |
| Richard Shinder | 03/22/02 | 1.5 | Case Administration | Review of Court filings and hearing schedule |
| Richard Shinder | 03/24/02 | 1.0 | Business Analysis | Review financial information |
| Richard Shinder | 03/24/02 | 2.0 | Employee Matters | Review of info request materials re: compensation plan |
| Richard Shinder | 03/25/02 | 1.0 | Employee Matters | Follow-up discussion with P. Zilly re: compensation plan |
| Richard Shinder | 03/25/02 | 1.0 | Case Administration | Review of fee application |
| Richard Shinder | 03/25/02 | 1.0 | Case Administration | Meeting with P. Zilly and D. Blechman re: Committee meeting schedule |
| Richard Shinder | 03/28/02 | 0.5 | Employee Matters | Review of CDG information materials |
| Richard Shinder | 03/28/02 | 1.0 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: JV structure |
| Richard Shinder | 03/28/02 | 1.0 | Asset Acquisitions/Business Combinations | Discussion with p. Zilly re: acquisition structures |
| Richard Shinder | 03/28/02 | 2.0 | Asset Acquisitions/Business Combinations | Review of materials for potential acquisition |
| Richard Shinder | 03/29/02 | 1.0 | Asset Acquisitions/Business Combinations | Review of information re: possible acquisition/joint venture |

39.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/01/02 | 0.5 | Business Analysis | Call with M. Brown, M. Alexander re: op plan |
| David Blechman | 03/01/02 | 1.0 | Business Analysis | Prepared package re: op plan |
| David Blechman | 03/04/02 | 2.5 | Asset Acquisitions/Business Combinations | Read and compared purchase agreement for Addiment |
| David Blechman | 03/04/02 | 1.0 | Tax/General | Tax pre-call with M. Alexander |
| David Blechman | 03/14/02 | 1.0 | Tax/General | Analysis of tax information to be discussed |
| David Blechman | 03/04/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared package for P&M due diligence |
| David Blechman | 03/05/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P. Zilly, M. Alexander, Darex mgmt re: response to P&M request |
| David Blechman | 03/05/02 | 0.5 | Committee Matters and Creditor Meetings | Confirm meeting 3/12 |
| David Blechman | 03/05/02 | 0.5 | Tax/General | Call with Grace management, Unsecured Committee advisors re: tax issues |
| David Blechman | 03/05/02 | 0.5 | Tax/General | Draft memo re Outstanding tax issues |
| David Blechman | 03/07/02 | 3.0 | Employee Matters | Prepare presentation and backup analysis re: 3/12/ meeting |
| David Blechman | 03/07/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P&M re: Darex plant closing |
| David Blechman | 03/11/02 | 3.0 | Employee Matters | Prepare presentation re: 3/12/ meeting |
| David Blechman | 03/11/02 | 1.0 | Employee Matters | Meeting with P. Zilly, M. Alexander re: presentation |
| David Blechman | 03/11/02 | 1.0 | Asset Acquisitions/Business Combinations | Call re acquisitions pipeline |
| David Blechman | 03/12/02 | 3.5 | Committee Matters and Creditor Meetings | Traveled to Columbia, MD |
| David Blechman | 03/12/02 | 5.0 | Committee Matters and Creditor Meetings | Meetings with Creditor's advisors and management re:'02 op plan & comp issues |
| David Blechman | 03/12/02 | 3.5 | Committee Matters and Creditor Meetings | Traveled from Columbia, MD |
| David Blechman | 03/13/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert, M. Alexander re: replacement chart for creditors |
| David Blechman | 03/14/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: acquisition target info |
| David Blechman | 03/18/02 | 1.5 | Committee Matters and Creditor Meetings | Reviewed P&M info request; meeting with P. Zilly, M. Alexander re: same |
| David Blechman | 03/19/02 | 2.5 | Employee Matters | Analyzed comp plans by individual; responded to info request |
| David Blechman | 03/19/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with F. Gilbert, B. McGowen, M. Alexander re same |
| David Blechman | 03/19/02 | 0.5 | Case Administration | Meeting with P. Zilly, M. Alexander re Court hearing |
| David Blechman | 03/19/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly to review P&M responses |
| David Blechman | 03/21/02 | 3.5 | Committee Matters and Creditor Meetings | Responded to document requests from creditor advisors |
| David Blechman | 03/21/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: 2002 op analysis |
| David Blechman | 03/22/02 | 1.0 | Tax/General | Review tax questions responses |
| David Blechman | 03/22/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with F. Gilbert, B. McGowen, P. Zilly, M. Alexander re: info request |
| David Blechman | 03/25/02 | 2.0 | Compensation of Professionals | Prepared fee application |
| David Blechman | 03/25/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly, R. Shinder, M. Alexander re: Committee meeting schedule |
| David Blechman | 03/25/02 | 2.0 | Employee Matters | Analyzed comp plans by individual re: above request |
| David Blechman | 03/26/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: info requests |
| David Blechman | 03/26/02 | 0.5 | Committee Matters and Creditor Meetings | Call with B. McGowen re: info request |
| David Blechman | 03/26/02 | 2.0 | Employee Matters | Analysis of 2001 AICP re: proposal |
| David Blechman | 03/26/02 | 1.0 | Employee Matters | Meeting with P. Zilly re: same |
| David Blechman | 03/26/02 | 3.0 | Committee Matters and Creditor Meetings | Prepared package for P&M |
| David Blechman | 03/27/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared package re: info request |
| David Blechman | 03/27/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with P. Zilly, F. Gilbert and D. Siegel re: Committee Meeting |
| David Blechman | 03/27/02 | 0.5 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: status of info requests |
| David Blechman | 03/28/02 | 0.5 | Employee Matters | Call with J. Paul re: comp issues |
| David Blechman | 03/28/02 | 0.5 | Employee Matters | Call with B. McGowen, P. Zilly, M. Alexander re: comp issues |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert, M. Alexander re: info requests |
| David Blechman | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Call with CDG re: info request |
| David Blechman | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared for call with P&M re: '02 plan, comp |
| David Blechman | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P&M re: '02 plan, comp |
| David Blechman | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly, M. Alexander re same |
| David Blechman | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared materials for CDG |
| David Blechman | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: status of info requests |
|  |  | **65.0** |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2002 - MARCH 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 03/01/02 | 0.5 | Business Analysis | Call with M. Brown, D. Blechman re: op plan |
| Michael Alexander | 03/04/02 | 1.0 | Tax/General | Tax pre-call with D. Blechman |
| Michael Alexander | 03/05/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P. Zilly, D. Blechmen re. Darex mgmt re: response to P&M request |
| Michael Alexander | 03/08/02 | 4.0 | Employee Matters | Prepare presentation for 3.12. Meeting |
| Michael Alexander | 03/11/02 | 1.0 | Employee Matters | Meetings with P. Zilly, D. Blechman re: presentation |
| Michael Alexander | 03/13/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert, D. Blechman re: replacement chart for creditors |
| Michael Alexander | 03/16/02 | 4.5 | Business Analysis | Researched tort-bankruptcy cases and compiled information |
| Michael Alexander | 03/17/02 | 3.0 | Business Analysis | Updated bankruptcy journal to reflect new information |
| Michael Alexander | 03/18/02 | 1.5 | Committee Matters and Creditor Meetings | Reviewed P&M info request; meeting with P. Zilly, D. Blechman re: same |
| Michael Alexander | 03/19/02 | 2.0 | Employee Matters | Reviewed comp plan information |
| Michael Alexander | 03/19/02 | 0.5 | Employee Matters | Calls with D. Blechman, M. Alexander, F. Gilbert and B. McGowan re comp plan |
| Michael Alexander | 03/19/02 | 0.5 | Case Administration | Meeting with P. Zilly, D. Blechman re Court hearing |
| Michael Alexander | 03/21/02 | 2.5 | Committee Matters and Creditor Meetings | Responded to document requests from creditor advisors |
| Michael Alexander | 03/21/02 | 2.0 | Employee Matters | Update comparable comp analysis |
| Michael Alexander | 03/22/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with F. Gilbert, B. McGowen and D. Blechman re: info request |
| Michael Alexander | 03/22/02 | 1.0 | Business Analysis | Meeting with D. Blechman re business analysis re: 2002 operating plan |
| Michael Alexander | 03/22/02 | 2.5 | Business Analysis | Update bankruptcy log |
| Michael Alexander | 03/25/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly, R. Shinder, D. Blechman re: Committee meeting schedule |
| Michael Alexander | 03/25/02 | 2.0 | Committee Matters and Creditor Meetings | Analysis of info provided re: inofr requests |
| Michael Alexander | 03/28/02 | 0.5 | Employee Matters | Call with B. McGowan, P. Zilly, D. Blechman re: comp issues |
| Michael Alexander | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert, D. Blechman re: info requests |
| Michael Alexander | 03/28/02 | 0.5 | Committee Matters and Creditor Meetings | Call with CDG re: info request |
| Michael Alexander | 03/28/02 | 3.5 | Business Analysis | Prepared for call re 2002 operating plan and comp plan |
| Michael Alexander | 03/28/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P&M re: '02 plan, comp |
| Michael Alexander | 03/28/02 | 0.5 | Business Analysis | Meeting with P. Zilly, D. Blechman re '02 plan, comp |
| | | **38.5** | | |