# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/06/02 | James W Kapp | 0.30 | Telephone conference with P. Zilly re Commercial Committee's inquiries re Addiment transaction. |
| 3/08/02 | James W Kapp | 1.10 | Telephone conference with S. Ahern re Addiment acquisition and information requested by Commercial Committee (.3); review M. Favorito memorandum re Addiment transaction and forward to A. Krieger (.4); review A. Krieger correspondence re Addiment transaction and review agreement re same and respond to same (.4). |
| 3/11/02 | James W Kapp | 0.20 | Review A. Krieger correspondence re Addiment transaction and respond to same. |
| 3/12/02 | James W Kapp | 2.60 | Review correspondence from M. Favorito responding to A. Krieger's inquiries re Addiment transaction (.2); review and revise Darex order to accommodate F. Perch's comments (.2); review correspondence from S. Ahern re Addiment transaction and attend to issues re same (.5); revise Addiment order and telephone conference with S. Ahern re same and attend to issues re same (.5); review correspondence from S. Ahern re potential sale and release of liens re same and attend to issues re same and review precedent re same and prepare correspondence re same (1.0); telephone conference with S. Ahern and M. Favorito re Addiment transaction and potential objections thereto (.2). |
| 3/13/02 | James W Kapp | 0.80 | Prepare correspondence to S. Ahern re Addiment acquisition and review S. Ahern's response and attend to issues re same (.3); review correspondence re change to Article 10 of purchase agreement and attend to issues re same (.3); review and revise Addiment order and prepare for filing (.2). |
| 3/14/02 | James W Kapp | 1.80 | Review correspondence from S. Ahern re Addiment transaction and attend to issues re same (.2); review and respond to D. Blechman correspondence re Addiment transaction (.1); review correspondence from S. Ahern re Darex transaction and attend to issues re same (.5); review A. Krieger correspondence re Addiment transaction and review agreement re same and respond to same (1.0). |
| 3/15/02 | James W Kapp | 1.00 | Telephone conference with S. Ahern re Addiment transaction and A. Krieger inquiries re same (.2); review A. Krieger correspondence re revisions to Addiment order and review and revise same and attend to issues re same (.8). |
| 3/20/02 | James W Kapp | 0.40 | Attend to issues re clarification of customers' programs and review order re same |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/21/02 | James W Kapp | 0.20 | Telephone conference with S. Ahern re Addiment and Darex transactions. |
| 3/25/02 | James W Kapp | 0.10 | Review Addiment closing notice. |
| 3/26/02 | James W Kapp | 0.90 | Review and distribute Addiment order (.1); telephone conference with M. Brown re customer programs and review order re same (.5); telephone conference with M. Shelnitz re potential transaction and issues re same (.3). |
| 3/27/02 | James W Kapp | 0.40 | Attend to issues re potential acquisitions (.2); telephone conference with S. Ahern re potential acquisition (.2). |
| 3/28/02 | James W Kapp | 0.60 | Review correspondence from M. Shelnitz re Americon and attend to issues re same and telephone conference with M. Shelnitz re same. |
| 3/29/02 | James W Kapp | 0.80 | Review correspondence from S. Ahern re Project Ulysses and attend to issues re same and respond to same (.3); telephone conference with M. Shelnitz re Americon BV and attend to issues re same (.3); telephone conference with S. Ahern re Project Ulysses and attend to issues re same (.2). |

### Matter 17 – Automatic Stay Matters/Relief Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | James W Kapp | 0.60 | Attend to issues re response to Kellogg motion for automatic stay and develop strategies re same. |
| 3/04/02 | James W Kapp | 0.20 | Address strategy issues re response to Kellogg motion for relief from stay. |
| 3/06/02 | James W Kapp | 2.50 | Review and revise opposition to Kellogg's motion to annul automatic stay and attend to issues re same. |
| 3/11/02 | James W Kapp | 2.80 | Revise response to Kellogg automatic stay motion and attend to issues re same and prepare for filing re same. |
| 3/12/02 | James W Kapp | 0.20 | Attend to issues re response to Kellogg motion for relief from the automatic stay. |
| 3/14/02 | James W Kapp | 0.40 | Attend to issues re Kellogg motion for automatic stay. |
| 3/19/02 | James W Kapp | 0.80 | Attend to issues re Kellogg motion for automatic stay and telephone conference with J. Posner re same. |
| 3/20/02 | James W Kapp | 0.80 | Telephone conference with J. Posner re Kellogg motion to modify automatic stay and review insurance policy re same and telephone conference with D. Siegel re same. |
| 3/25/02 | James W Kapp | 0.40 | Attend to issues re preparation of supplemental response pertaining to Kellogg's motion for relief from stay. |
| 3/27/02 | James W Kapp | 0.30 | Telephone conference with P. Scanlon re Kellogg's motion for relief from stay and attend to issues re same. |
| 3/29/02 | James W Kapp | 0.40 | Attend to issues re Kellogg motion for relief from automatic stay and review insurance policies re same. |

**Matter 20 – Case Administration – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/22/02 | Benjamin J Alke | 5.50 | Update Concordance database re new pleadings (4.5); prepare copy of powerpoint presentation (1.0). |
| 3/01/02 | James W Kapp | 2.50 | Review pleadings and correspondence and attend to issues re same (.4); prepare for and attend bankruptcy status internal conference and attend to issues re same (1.9); review motion status chart and attend to issues re same (.2). |
| 3/01/02 | Christian J Lane | 2.70 | Prepare for and attend strategy conference re case status (2.0); review materials re status of open issues (.7). |
| 3/01/02 | Shirley A Pope | 8.00 | Prepare materials to be forwarded to expert (2.0); review pleadings (1.0); review Pacer docket re filings (1.0);review correspondence, e-mail and file same (1.0); update legal research files re Grace main file (1.5); revise pleadings database (1.0); update expert files re Grace main file (.50). |
| 3/01/02 | Bertha Serrano | 0.50 | Update and revise pro hac vice motion for S. McMillin appearance. |
| 3/01/02 | Bertha Serrano | 1.90 | Research NJ bankruptcy court for GI Holdings docket (.4); obtain documents re same and distribute for attorney review (1.5). |
| 3/01/02 | Janet Baer | 1.50 | Prepare for and attend internal conference re bankruptcy case status, transition issues and matters going forward. |
| 3/01/02 | Sabrina M Mitchell | 0.50 | Update the case file index with new documents and prepare for inclusion into central files (.2); update the motion status chart (.3). |
| 3/04/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same. |
| 3/04/02 | Shirley A Pope | 4.00 | Review correspondence and file same (1.0); review Pacer docket re filings (1.0); update reference/subject files re Grace main file (2.0). |
| 3/04/02 | Bertha Serrano | 0.30 | Obtain Worcester division local rules and distribute same. |
| 3/05/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.2); review article on Grace chapter 11 cases (.3). |
| 3/05/02 | Shirley A Pope | 6.80 | Review correspondence and file same (1.0); prepare documents for production re fraudulent conveyance document production request (2.8); review docket sheet (.5); organize pleadings printed from website and forwarded by attorney for database entry (2.0); update subject files in Grace main file (.5). |
| 3/05/02 | Seth B Kutnick | 2.00 | Prepare pleadings re Grace main file. |
| 3/06/02 | James W Kapp | 0.50 | Review status memorandum re outstanding issues and attend to same (.3); review pleadings and correspondence and attend to issues re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/06/02 | Christian J Lane | 1.80 | Attend to matters re status of open matters (1.0); review status memo and related materials (.8). |
| 3/06/02 | Shirley A Pope | 7.00 | Review correspondence and file same (1.5); review docket website and print hard copies (1.0); review pleadings (1.0); revise pleadings database (2.5); organize attachments to letter of Judge Fitzgerald (1.0). |
| 3/06/02 | Sabrina M Mitchell | 1.30 | Update the motion status chart (.3); prepare proxy statement for electronic transmittal to S. Tetro (.1); search court docket's for complaint by C. Schauss (.9). |
| 3/06/02 | Seth B Kutnick | 2.00 | File Grace pleadings in litigation files. |
| 3/07/02 | James W Kapp | 0.10 | Review articles in other related asbestos bankruptcies. |
| 3/07/02 | Shirley A Pope | 5.00 | Review RJR Nabisco adversary proceeding Pacer website (1.0); update document collection chart (1.0); review pleadings (1.0); revise pleadings database (2.0). |
| 3/07/02 | Bertha Serrano | 0.30 | Prepare check request. |
| 3/07/02 | Seth B Kutnick | 1.00 | Create Concordance pleadings database report. |
| 3/08/02 | James W Kapp | 0.60 | Review pleadings and correspondence and attend to issues re same. |
| 3/08/02 | Shirley A Pope | 6.50 | Review correspondence and file same (.5); set up Grace teleconference meeting and notify Grace team of same (.5); review Pacer website re filing (1.0); organize printouts of filings relevant to litigation (1.0); revise pleadings database (3.5). |
| 3/08/02 | Bertha Serrano | 2.30 | Review Armstrong docket and compile certain documents (.7); research Armstrong docket re POC and bar date (1.2); organize and distribute same (.4). |
| 3/08/02 | Sabrina M Mitchell | 0.40 | Respond to request for Addiment motion (.1); search docket for Grace response motions (.2); retrieve and duplicate informational brief (.1). |
| 3/09/02 | Shirley A Pope | 4.00 | Revise entries on Concordance database of pleadings received by Kirkland & Ellis (2.0); review website docket for pleadings filed March 7 and 8 (1.0); review pleadings (1.0). |
| 3/10/02 | David M Bernick, P.C. | 0.30 | Draft correspondence to D. Siegel re case management issues. |
| 3/11/02 | Mark E Grummer | 0.30 | Prepare for and participate in weekly team conference call. |
| 3/11/02 | James W Kapp | 2.00 | Review and revise motion status chart (.1); review pleadings and correspondence and attend to issues re same (.5); review docket and attend to issues re same (.1); prepare for and attend litigation status meeting and attend to issues re same (1.1); review critical date list and attend to issues re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/02 | Shirley A Pope | 7.20 | Review correspondence from client re documents at the Boca Raton document depository (.2); prepare for and attend internal K&E litigation strategy meeting (1.0); review docket for newly filed pleadings, download, copy and file same (1.0); enter newly filed pleadings on Concordance pleadings database (1.5); revise descriptive entries/fields of pleadings entered on Concordance database (3.5). |
| 3/11/02 | Andrew R Running | 0.90 | Prepare for and participate in internal Kirkland meeting re litigation case status. |
| 3/11/02 | Christopher B Sullivan | 1.10 | Prepare for and attend team meeting. |
| 3/11/02 | Sabrina M Mitchell | 0.90 | Update motions status chart (.7); respond to request for Kane adversary pleadings (.1); retrieve and duplicate preliminary injunctive order (.1). |
| 3/11/02 | Seth B Kutnick | 6.00 | Queried 1997 and 2000 databases re MK-3 and Zonolite (1.0); copy check Wachtel support documents re Fresenius, SAC transaction for fradulent conveyance document production project (5.0). |
| 3/12/02 | David M Bernick, P.C. | 1.50 | Review ILO materials for Judge Wolin outline. |
| 3/12/02 | James W Kapp | 0.70 | Review pleadings and correspondence and attend to issues re same (.3); review critical date list and attend to issues re same (.3); review Bankruptcy Review article re motion to dismiss bankruptcy case (.1). |
| 3/12/02 | Shirley A Pope | 6.00 | Review correspondence (1.0); review docket for newly filed pleadings, download and file same (1.5); update Concordance database re newly filed pleadings (1.6); file reference materials (1.0); edit and revise pleadings database entries (.4);  update file indices (.5). |
| 3/12/02 | Seth B Kutnick | 2.00 | Update bankruptcy file indices. |
| 3/13/02 | James W Kapp | 0.30 | Review article re similar asbestos bankruptcy proceedings (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 3/13/02 | Shirley A Pope | 8.50 | Review docket for newly filed pleadings, download, copy and file (3.0); retrieve and duplicate responses to Debtors' Revised CMO motion for attorney review (1.5); review correspondence and file same (1.5); update database with newly filed legal research materials (1.5); duplicate draft factual submission re Fresenius and Sealed Air transactions and distribute for attorney review (1.0). |
| 3/13/02 | Sabrina M Mitchell | 0.10 | Respond to request for J. Hughes affidavit. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/14/02 | James W Kapp | 0.60 | Review pleadings and correspondence and attend to issues re same (.4); review motion status chart and attend to issues re same (.1); review Bankruptcy Review article re fraudulent conveyance order (.1). |
| 3/14/02 | Shirley A Pope | 7.50 | Review docket for newly filed pleadings, download and file (2.0); update Concordance database with newly filed pleadings (2.0); review docket for newly filed pleadings in the Chakarian adversary proceeding (.5); review correspondence and file same (1.0); revise database entries re Chakarain adversary proceeding entries (1.0); file asbestos articles/media (1.0). |
| 3/14/02 | Sabrina M Mitchell | 1.30 | Update the motion status chart (.4); retrieve relevant documents for March 18, 2002, hearing and attend to matters re same (.6); retrieve and duplicate objection to protective order (.1); respond to request for Shelnitz affidavit and National Union motion for injunction (.2). |
| 3/15/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 3/15/02 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings, download and file (3.0); update Concordance database with newly filed pleadings (2.0). |
| 3/15/02 | Bertha Serrano | 2.00 | Compile documents re K-mart precedent. |
| 3/15/02 | Sabrina M Mitchell | 1.10 | Respond to request for scheduling orders and attend to matters re same (.7); retrieve and duplicate January 29, 2002, hearing transcript (.1); respond to request for certificate of counsel for addiment motion (.2); retrieve and duplicate trustee objections (.1). |
| 3/18/02 | Bertha Serrano | 0.20 | Distribute complaint for attorney review. |
| 3/18/02 | Seth B Kutnick | 0.50 | Prepare and fax Anderson Memorial Hospital documents re Grace hearing on 3/18/02. |
| 3/19/02 | James W Kapp | 1.70 | Review and revise motion status chart based on March 18, 2002, hearing and attend to issues re same (.2); review pleadings and correspondence and attend to issues re same (.3); review Owens Corning case management order and attend to issues re same and telephone conference with D. Carickhoff re same (1.0); review order governing applications for allowance of fees of appointed advisors and attend to issues re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/19/02 | Shirley A Pope | 7.00 | Review correspondence and file same (1.5); prepare fraudulent conveyance documents at attorney request (.5); amend and modify report formats for Montana employee Access database (1.0); telephone conference with client re committee members' review of depository documents (.2); revise index re documents selected by committees (.3); update indices re newly filed legal research materials (1.0); prepare and forward Fresenius and Sealed Air counsel draft factual submission at attorney request (1.50); review docket for newly filed pleadings, download and file same (1.0). |
| 3/19/02 | Andrew R Running | 0.20 | Attend to matters re conference of March 18th court hearing. |
| 3/20/02 | James W Kapp | 1.00 | Review dockets and attend to issues re same (.2); review pleadings and correspondence and attend to issues re same (.2); review article in Daily Bankruptcy Review re fraudulent conveyance adversary proceedings (.2); review and revise motion status chart and attend to issues re same (.2); review and revise critical date list and attend to issues re same (.2). |
| 3/20/02 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings, copy and file same (2.0); update Concordance database with newly filed pleadings (1.0); prepare complaints filed in underlying ZAI cases for attorney review (1.0); prepare and forward ARPC documents requested by Caplin & Drysdale (.5). |
| 3/20/02 | Seth B Kutnick | 2.00 | Prepare ZAI complaints (MDL 1376) at attorney's request. |
| 3/21/02 | Theodore L Freedman | 1.10 | Consider strategic issues in Grace Chapter 11 case. |
| 3/21/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.2); review and revise critical date list (.2). |
| 3/21/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download, organize for entry in Concordance database (2.0). |
| 3/21/02 | Seth B Kutnick | 2.00 | Retrieve information re ZAI complaints (MDL 1376) for attorney review. |
| 3/22/02 | James W Kapp | 0.70 | Review pleadings and correspondence and attend to issues re same (.2); review order establishing case management procedures and attend to issues re same and telephone conference with D. Carickhoff re same (.4); review articles relevant to chapter 11 cases (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/22/02 | Shirley A Pope | 7.00 | Review docket for newly filed pleadings, download and file same (2.0); update Concordance database with newly filed pleadings (2.0); review correspondence and file same (1.0); prepare ZAI pleadings (.5); organize fraudulent conveyance legal drafts (.5); file legal research materials (1.0). |
| 3/25/02 | David M Bernick, P.C. | 1.80 | Prepare for and attend internal K&E team litigation status meeting. |
| 3/25/02 | James W Kapp | 1.60 | Review pleadings and correspondence and attend to issues re same (.2); review and revise critical date list (.2); prepare for and participate in litigation status meeting (1.1); review articles relevant to chapter 11 cases (.1). |
| 3/25/02 | Scott A McMillin | 1.00 | Prepare for and attend litigation strategy conference. |
| 3/25/02 | Shirley A Pope | 6.50 | Review docket for newly filed pleadings, download and file same (2.0); prepare for and attend internal K&E status meeting (1.0); review correspondence and file same (1.0); retrieve and duplicate Anderson Memorial pleadings at attorney request (.5); retrieve ARPC documents from production at attorney request (1.0); update legal research files re Sealed Air closing documents (1.0). |
| 3/25/02 | Andrew R Running | 0.90 | Prepare for and participate in internal meeting to review litigation strategy. |
| 3/25/02 | Sabrina M Mitchell | 1.60 | Update the case file index with new documents and prepare for inclusion into central files. |
| 3/26/02 | James W Kapp | 0.80 | Review pleadings and correspondence and attend to issues re same (.6); review critical date list and attend to same (.1); review motion status chart and attend to issues re same (.1). |
| 3/26/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings, download and file same (1.5); revise and update case file indices with newly received materials (1.0); |
| 3/26/02 | Bertha Serrano | 0.80 | Search Armstrong docket, retrieve, and distribute certain pleadings. |
| 3/26/02 | Sabrina M Mitchell | 2.60 | Update motion status chart (.5); update the case file index with new documents and prepare for inclusion into central files (.6) respond to request for Hughes affidavit (.1); supplement orders index and include new orders into central file binders (1.4). |
| 3/27/02 | Aaron P Heeringa | 2.00 | Convert Word transcript into ASCII for LiveNote. |
| 3/27/02 | James W Kapp | 0.80 | Review pleadings and correspondence and attend to issues re same (.4); review revised case management procedure order and telephone conference with D. Carickhoff re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/27/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and file (1.0); review correspondence and file same (1.0); review March 8 hearing transcript (.5); update Concordance database with newly filed pleadings (.5). |
| 3/27/02 | Bertha Serrano | 0.50 | Review Armstrong docket for objections to the PD committee application for retaining experts. |
| 3/28/02 | James W Kapp | 0.40 | Review Bankruptcy Review article re Addiment and Darex matters (.1); review pleadings and correspondence and attend to issues re same (.3). |
| 3/28/02 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings, download and file same (.9); update Concordance with newly filed pleadings (1.0); update media files with DBR articles (.5); organize graphics forwarded by attorneys and file same (.6); edit Concordance pleadings database (1.0); review correspondence and file same (.5). |
| 3/29/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.2); review article re related bankruptcy proceeding (.2). |
| 3/29/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings, download and file (.5); update Concordance database with newly filed pleadings (1.0); review pleadings from Zonolite Attic Insulation actions (1.0). |

**Matter 21 – Claim Estimate, Objection and Resolution – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | Janet Baer | 0.60 | Assemble Gulf Pacific stipulation and notice for filing and attend to matters re same. |
| 3/01/02 | Janet Baer | 1.30 | Confer with F. Zaremby re BMC role in claims management (.2); attend to matters re same (.3); confer with K. Kinsella re status on notice program and Medical Monitoring issues (.3); confer with various parties re Kinsella matter and CMO hearing (.5). |
| 3/01/02 | Janet Baer | 1.00 | Organize materials from CMO hearing and related materials for matters going forward on CMO and claims. |
| 3/04/02 | Aaron P Heeringa | 0.50 | Develop report formats for Montana claims database. |
| 3/04/02 | Janet Baer | 3.40 | Confer with J. Berger re National School's coupons, bar date and related issues (.3); review UCC suggestions re Bar Date notice and related documents (.5); confer with BMC re retention and meeting on role in retention (.3); confer with F. Zaremby re claims issues and BMC (.3); prepare revised new PD claim notices (1.0); revise combined claims notices to add Medical Monitoring Claims and UCC comments (1.0). |
| 3/04/02 | Janet Baer | 0.20 | Attend to matters re Owens Corning claim issues. |
| 3/04/02 | Seth B Kutnick | 1.00 | Develop report formats for Montana claims database. |
| 3/05/02 | Andrew R Running | 0.50 | Review comments on case management orders made by equity committee's counsel (.2); review information re selection of claims administrator (.2); review claims database search result (.1). |
| 3/05/02 | Janet Baer | 3.30 | Review revisions on combined bar date documents and confer with A. Krieger re same (1.0); prepare transmittal and explanation re same (.3); coordinate BMC meeting on claims work (.5); prepare transmittal re same (.3); attend to matters re BMC meeting, PWC issues and case status on bar date (.4); confer with BMC re same (.3); further revise Bar Date documents to account for ZAI bar date (.5). |
| 3/06/02 | Janet Baer | 4.60 | Confer with K. Kinsella re claims notice program (.4); confer with R. Finke re Owens Corning claims and BMC meeting on Grace claims process (.3); conference with A. Krieger on Bar Date Notices and related issues (.6); follow up re issues raised by A. Krieger and revise forms accordingly (1.5); attend to matters re BMC issues (.3); review non-PI bar date notices for content and further revise same (1.5). |
| 3/06/02 | Janet Baer | 0.50 | Follow-up review and respond to inquiries on Gulf Pacific insurance settlement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/07/02 | James W Kapp | 0.30 | Attend to issues re class certification issues and review Armstrong precedent re same. |
| 3/07/02 | Janet Baer | 3.50 | Conference with M. Daslin re claims revisions and role with BMC (.3); further revise various claim forms (1.); confer with K. Kinsella re revised PD plan and Medical Monitoring issues (.8); review revised publication notices and conference with K. Kinsella re same (.3); review documents from previous hearings on CMO and organize same for upcoming hearing and comments to claim forms (1.1). |
| 3/07/02 | Janet Baer | 0.40 | Respond to various inquiries re Gulf Pacific settlement and follow up with local counsel re same. |
| 3/08/02 | James W Kapp | 0.20 | Attend to issues re objections to proof of claim form. |
| 3/08/02 | Christopher B Sullivan | 3.30 | Review employee exposure data (2.0); develop design specifications for claims database (1.3). |
| 3/08/02 | Janet Baer | 7.70 | Review Kinsella Plans, forms, Rust Protocol, Babcock Protocol and related documents in preparation for meeting with clients and BMC on scope of BMC assignment (3.7); attend meeting with clients and BMC re BMC scope of work and Bar Date matters (4.0). |
| 3/11/02 | Aaron P Heeringa | 2.00 | Perform Access technical support for claims database (.7); prepare Access data entry template (.8); attend to matters re Excel data conversion (.5). |
| 3/11/02 | James W Kapp | 0.80 | Review objections to proofs of claim and distribute same. |
| 3/11/02 | Andrew R Running | 5.00 | Review claim form objections filed with Judge Fitzgerald (2.1); attend to matters re preparation of Grace's responses to the objections (.3); begin outlining Grace's responses (1.5); exchange e-mails with W. Sparks re witness interviews (.2); review claims database search results (.6); comment on parameters for Libby claimant database (.3). |
| 3/11/02 | Christopher B Sullivan | 1.00 | Attend to matters re development of Libby employee database. |
| 3/11/02 | Janet Baer | 5.50 | Follow-up calls re BMC/PWC meetings on claims management (1.0); review objections re CMO/Proof of Claim forms (1.0); follow-up conferences with K. Kinsella re plan and notices (1.2); conference with creditors' committee counsel re claim form issues (.5); review revised Kinsella ads and notice plan (.5); prepare transmittal re revised claim forms (.3); revise order re Bar Date and conference re same (1.0). |
| 3/12/02 | Aaron P Heeringa | 5.10 | Draft Access database template for claims database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/12/02 | James W Kapp | 0.80 | Review fifth claim settlement notice (.1); attend to issues re Zonolite motion for class proof of claim and distribute same and review same (.7). |
| 3/12/02 | Andrew R Running | 2.50 | Attend to matters re drafting of responses to claim form objections (.2); begin drafting responses to claim form objections (2.3). |
| 3/12/02 | Janet Baer | 8.20 | Review revised Order on CMO and further revise same (.3); review objections to PD Proof of Claim Form and prepare Reply and revise same (4.); confer with K. Kinsella and A. Krieger and transmit revised Order to same re CMO (.4); confer with BMC, Rust and F. Zaremby re claims handling issues and 800 number (3.5). |
| 3/13/02 | James W Kapp | 3.80 | Review correspondence of T. Sobol re class certification and respond to same and attend to issues re same and telephone conference with D. Carickhoff re same and prepare correspondence responding to same and prepare for filing re same. |
| 3/13/02 | Andrew R Running | 7.40 | Analyze claims data re impairment and exposure issues (1.3); draft response to claims form objections (6.1). |
| 3/13/02 | Janet Baer | 9.90 | Revise and supplement reply on claim forms (3.0); conference with A. Krieger re comments on revised claim forms and related materials (.8); conference with various parties re class proof of claim issues (.4); revise various forms consistent with discussion with A. Krieger (1.0); review revised Kinsella plan and notices and conference with K. Kinsella re same (1.2); attend to matters re proof of claim issues (1.0); review Hilsee supplemental affidavit and related documents re notice plan and conference with K. Kinsella re same (2.5). |
| 3/14/02 | Andrew R Running | 6.00 | Draft response to ZAI claim form objections (3.8); review draft response to property damage form objections (.6); telephone conversation with D. Rourke re claims analysis (.5); telephone conversation with R. Finke re revisions to claim form brief (.6); revise same (.5). |
| 3/14/02 | Christopher B Sullivan | 1.50 | Design and develop employee database and reports. |
| 3/14/02 | Janet Baer | 8.60 | Conference with K. Kinsella re Hilsee plan (1.5); prepare motion to strike re Hilsee affidavit and revise same (1.5); revise reply to PD objections and confer with various parties re same (1.0); review draft objections to ZAI POC (.8); revise CMO order (.8); conference with client and further revise PD Reply (1.0); revise Motion to Strike (1.0); prepare transmittals and instructions re all pleadings due to be filed on CMO (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/15/02 | David M Bernick, P.C. | 2.00 | Revise briefs re proof of claims forms. |
| 3/15/02 | Aaron P Heeringa | 3.50 | Draft MS Access reports for claims database. |
| 3/15/02 | James W Kapp | 0.30 | Telephone conference with D. Carickhoff re class certification issues (.2); review order transferring personal injury claims and distribute same (.1). |
| 3/15/02 | Andrew R Running | 0.10 | Attend to matters re response to claim form objections. |
| 3/15/02 | Janet Baer | 1.00 | Coordinate comments and revisions on replies on claim forms. |
| 3/16/02 | Shirley A Pope | 9.00 | Create documents for each PD, PI, ZAI claim form with questions, objections responses of each party (4.0); proof and revise PI, PD, ZAI work product (5.0). |
| 3/17/02 | Janet Baer | 3.00 | Review PD POC and related pleadings (1.); review ZAI, POC and related pleadings (1.); review Hilsee affidavit, plan and exhibits, Kinsella Plan and prepare comparison chart re same (2.). |
| 3/18/02 | Christopher B Sullivan | 0.20 | Attend to matters re data entry into employee database. |
| 3/19/02 | James W Kapp | 0.20 | Attend to issues re revisions to proof of claim. |
| 3/19/02 | Christian J Lane | 0.10 | Telephone conference with Debtor re payment demand from West Group. |
| 3/19/02 | Christopher B Sullivan | 0.50 | Attend to matters re employee database. |
| 3/19/02 | Janet Baer | 5.00 | Conference with K. Kinsella re PD notice plan issues and new drafts (1.8); conference with W. Corcoran re ZAI status and prepare memo re same (.8); respond to numerous inquiries re results of CMO hearing and related issues (1.0); revise PD proof of claim forms consistent with Court's rulings (2.0). |
| 3/20/02 | Aaron P Heeringa | 0.80 | Develop Access database data entry template. |
| 3/20/02 | Shirley A Pope | 1.50 | Develop data entry template format for Employee Access database and attend to matters related thereto (1.0); review client employee documents (.5). |
| 3/20/02 | Andrew R Running | 0.20 | Attend to matters re employee access database. |
| 3/20/02 | Janet Baer | 5.60 | Complete revisions to PD Proof of Claim (1.5); participate in conference call with BMC and Rust re status of claims work (.8); numerous conferences with K. Kinsella and comments re new notices (1.0); confer with K. Hughes (Rust) re PD Form (.3); confer with several parties re CMO status (.5); revise other claim forms, Bar Date Notice and CMO (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/20/02 | Janet Baer | 0.50 | Prepare transmittal re Gulf Pacific matter. |
| 3/20/02 | Seth B Kutnick | 3.00 | Develop Access Database data entry template for employee records and attend to matters related thereto (1.0); enter data re employees (2.0). |
| 3/21/02 | Aaron P Heeringa | 0.50 | Attend to matters re design of MS Access database for employee records. |
| 3/21/02 | James W Kapp | 0.20 | Attend to issues re revised proof of claim forms. |
| 3/21/02 | Shirley A Pope | 0.50 | Organize employee records for access database entry project. |
| 3/21/02 | Janet Baer | 4.00 | Review and further revise claim forms (1.); prepare transmittal re revised claims information (.5); numerous discussions with K. Kinsella re notice plan issues (1.); review removal and venue provisions re Grace ZAI claims issues (1.); review revise PD form and further revise same (.5). |
| 3/21/02 | Seth B Kutnick | 5.00 | Organize documents for database entry (3.0); enter data from employees records in Access database (2.0). |
| 3/22/02 | Aaron P Heeringa | 4.00 | Revise Grace employees claims Access database format. |
| 3/22/02 | Shirley A Pope | 1.00 | Review documents re employee records for Access database entry. |
| 3/22/02 | Janet Baer | 5.00 | Prepare transmittals re Kinsella Plan (.5); confer with J. Hughes re same (.5); review revised Kinsella Notice Plan (and provide comments re same) (1.0); confer with clients re same (.5); confer with R. Finke re Kinsella plan, LAI procedures and related matters (.4); numerous reviews and attend to matters re Kinsella Notice Plan and related materials (1.0); further review and revise PD form (.5); arrange for transmittal of all bar date materials (.6). |
| 3/22/02 | Roger J Higgins | 0.30 | Review and comment on proposed case management order. |
| 3/22/02 | Seth B Kutnick | 6.50 | Attend to matters re revision of Access Database (.5); enter data re employees (6.0). |
| 3/25/02 | Christian J Lane | 0.70 | Consider issue of potential warranty claims and insurance obligations re same. |
| 3/25/02 | Shirley A Pope | 1.00 | Edit employee database. |
| 3/25/02 | Seth B Kutnick | 7.00 | Enter data into Grace employees claims database (4.0); edit Grace employee claims database (3.0). |
| 3/26/02 | James W Kapp | 0.10 | Telephone conference with W. Sparks re bar date for unsecured non-asbestos proofs of claim. |
| 3/26/02 | Shirley A Pope | 1.00 | Telephone conference with J. Hughes re Grace employee database (.1); edit Grace employee database (.9). |
| 3/26/02 | Seth B Kutnick | 6.50 | Enter data into employees Access database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/27/02 | Christian J Lane | 0.30 | Telephone conference with J. McFarland re adding potential claimant to creditor list. |
| 3/27/02 | Seth B Kutnick | 7.00 | Enter data into employee database claims. |
| 3/28/02 | Shirley A Pope | 0.50 | Edit Grace employee claims database. |
| 3/28/02 | Seth B Kutnick | 7.00 | Enter data into Employee claims database. |
| 3/29/02 | Seth B Kutnick | 6.20 | Enter data into employee claims Database. |

**Matter 22 – Contested Matters/Adversary Proceedings – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | Timothy S Hardy | 2.50 | Telephone conference with D. Kuchinsky and L. Flatley re experts (.4); review exposure data (.5); draft science outline (1.6). |
| 3/01/02 | James W Kapp | 0.10 | Attend to issues re filing of motion to dismiss Medical Monitoring adversary complaint. |
| 3/01/02 | Scott A McMillin | 0.80 | Review and revise Acton pleadings (.3); work on document production issues (.5). |
| 3/01/02 | Andrew R Running | 1.30 | Telephone conference with G. Bragg, D. Cameron, R. Finke and J. Hughes re modeling assignment (.8); select test data to be forwarded to Bragg and Cameron (.5). |
| 3/01/02 | Christopher B Sullivan | 2.00 | Review documents for factual outline. |
| 3/02/02 | Timothy S Hardy | 0.50 | Edit science outline. |
| 3/04/02 | Michelle H Browdy | 2.80 | Work on analysis of Fresenius transaction. |
| 3/04/02 | Timothy S Hardy | 1.20 | Edit science outline. |
| 3/04/02 | James W Kapp | 0.30 | Review letter re S. Chauss pro se complaint and attend to issues re same. |
| 3/04/02 | Scott A McMillin | 1.00 | Attend to matters re document production issues (.3); conferences with F. Zaremby and J. Solokow re document production (.4); attend to matters re fraudulent conveyance case management order (.3). |
| 3/04/02 | Shirley A Pope | 3.00 | Prepare documents for production re fraudulent conveyance document production request. |
| 3/04/02 | Christopher B Sullivan | 1.40 | Review asbestos documents. |
| 3/05/02 | David M Bernick, P.C. | 1.00 | Drafting rough outline for Judge Wolin re personal injury litigation (1). |
| 3/05/02 | Michelle H Browdy | 4.10 | Conference call on fraudulent conveyance CMO (.3); work on write up on Fresenius transaction (3.8). |
| 3/05/02 | Timothy S Hardy | 0.20 | Telephone conference with D. Kuchinsky re Marsh meeting. |
| 3/05/02 | James W Kapp | 0.30 | Attend to issues and develop strategies re potential National Union response to injunction. |
| 3/05/02 | Scott A McMillin | 6.30 | Draft Sealed Air write up (3.0); conference re fraudulent conveyance case management order (.6); work on document production issues (.3); attend to matters re same (.3); draft correspondence re document depository (.3); review documents produced by Grace (1.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/05/02 | Seth B Kutnick | 2.00 | Prepare documents for production re fraudulent conveyance production request. |
| 3/06/02 | David M Bernick, P.C. | 0.30 | Attend to matters re document production for fraudulent conveyance litigation. |
| 3/06/02 | Michelle H Browdy | 2.30 | Continue work on Fresenius transaction write up. |
| 3/06/02 | James W Kapp | 0.50 | Review C. Gerard's reply in support of motion to clarify preliminary injunction and attend to issues re same and distribute same (.2); attend to issues re National Union adversary proceeding re strategies and scheduling of same (.3). |
| 3/06/02 | Scott A McMillin | 4.10 | Review Grace production documents (1.2); draft Sealed Air write-up (1.4); attend to matters re document production issues (.3); conferences with F. Zaremby re document production issues (.7); review Acton pleadings and attend to matte rs re same (.5). |
| 3/06/02 | Andrew R Running | 1.10 | Telephone conversation with G. Bragg (.3); attend to matters re claims processing issues (.2); review risk assessment documents from B. Price (.6). |
| 3/06/02 | Bertha Serrano | 0.30 | Attend to matters re Schauss complaint. |
| 3/06/02 | Janet Baer | 0.60 | Review Gerard reply brief (.4); review final Privest documents and confer with T. Woods re same (.2). |
| 3/07/02 | David M Bernick, P.C. | 1.80 | Further work on Judge Wolin outline re personal injury claims (1.8). |
| 3/07/02 | Michelle H Browdy | 4.60 | Continue work on Fresenius write up (3.0); conference call with Fresenius counsel on trial issues (1.1); preparation for 3/15 joint defense meeting (.5). |
| 3/07/02 | James W Kapp | 0.70 | Attend to strategy issues re preliminary injunction motion, response to National Union objection and scheduling re same. |
| 3/07/02 | Christian J Lane | 1.40 | Address National Union adversary proceeding strategies and attend to matters related thereto. |
| 3/07/02 | Scott A McMillin | 0.50 | Review Gerard reply in support of motion to clarify scope of preliminary injunction and attend to matters re same. |
| 3/07/02 | Scott A McMillin | 4.00 | Draft Sealed Air writeup (1.0); research and draft memorandum re applicable fraudulent conveyance law (1.2); attend to matters re fraudulent transfer claims (.3); review and revise Sealed Air detailed outline (1.5). |
| 3/07/02 | Andrew R Running | 1.10 | Telephone conference with J. Hughes re data compilation project (.2); review epidemiological literature summaries (.9). |
| 3/07/02 | Janet Baer | 0.60 | Attend to matters re Gerard reply (.3); confer with J. Hughes re same (.3). |
| 3/07/02 | Seth B Kutnick | 4.00 | Document production for fraudulent conveyance document production project. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/08/02 | David M Bernick, P.C. | 4.00 | Telephone conference with F. McGovern re litigation plans (1.0); further work on personal injury outlines (3.0). |
| 3/08/02 | Michelle H Browdy | 3.80 | Draft Fresenius and Sealed Air fraudulent conveyance allegation outlines. |
| 3/08/02 | Michelle H Browdy | 1.30 | Prepare for and participate in telephone conference with parties on proposed joint database (1.2); attend to matters re same (.1). |
| 3/08/02 | James W Kapp | 0.20 | Attend to issues re Falco litigation and possible extension of preliminary injunction. |
| 3/08/02 | Christian J Lane | 0.50 | Contact counsel re pro se complaint from Charlotte Schauss (.2); review complaint documents re same (.3). |
| 3/08/02 | Scott A McMillin | 4.00 | Revise Sealed Air outline (2.0); prepare for and participate in conference with opposing counsel re document production (1.0); conference with co-defendants re same (.5); internal conferences re fraudulent transfer write-ups (.3); review Acton complaint (.2). |
| 3/08/02 | Shirley A Pope | 2.00 | Prepare Wachtell documents re fraudulent conveyance document production project (.5); prepare for and participate in conference call with opposing counsel re database project concerning fraudulent conveyance documents selected from depository (1.5). |
| 3/08/02 | Andrew R Running | 0.50 | Exchange e-mails with W. Sparks re witness interviews (.2); review recent court filings (.3). |
| 3/08/02 | Seth B Kutnick | 4.50 | Organize Wachtell documents for fraudulent conveyance production. |
| 3/09/02 | Michelle H Browdy | 2.10 | Editing Sealed Air write-ups in advance of 3/15 joint defense meeting. |
| 3/10/02 | Scott A McMillin | 0.30 | Work on document production issues. |
| 3/10/02 | Christopher B Sullivan | 1.00 | Develop design specification for employee database. |
| 3/11/02 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with D. Siegel re litigation status. |
| 3/11/02 | Michelle H Browdy | 3.80 | Draft and edit Sealed Air and Fresenius write-ups in advance of 3/15 joint defense meeting. |
| 3/11/02 | Timothy S Hardy | 1.20 | Telephone conference with H. Weill re diagnostic reliability (.9); collect references to diagnostic reliability (.3). |
| 3/11/02 | Scott A McMillin | 0.80 | Review and revise Acton complaint (.5); conference with A. Aizley re document production (.3). |
| 3/11/02 | Andrew R Running | 0.60 | Telephone conversation with G. Bragg re expert issues (.4); telephone conversation with D. Van Cura re same (.2). |
| 3/11/02 | Janet Baer | 1.00 | Attend to matters re Gerard sur-reply and review documents related thereto. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 3/11/02 | Roger J Higgins | 4.60 | Attend to matters re sur-reply to Gerard motion to clarify scope of preliminary injunction (.5); review and analyze Gerard motion and related documents (1.2); draft sur-reply (2.9). |
| 3/12/02 | Michelle H Browdy | 2.80 | Finish first draft of Fresenius submission and draft outline. |
| 3/12/02 | Michelle H Browdy | 2.60 | Work on agenda and plan for 3/15 joint defense meeting on fraudulent conveyance allegations. |
| 3/12/02 | Timothy S Hardy | 0.60 | Telephone conference with H. Weill re diagnostic reliability call (.3); review relevant guidelines (.3). |
| 3/12/02 | James W Kapp | 2.30 | Review Acton notice of hearing and briefing order and attend to issues re same (.1); review correspondence re Schauss pro se complaint (.1); consider issues re Gerard's reply in support of motion to clarify preliminary injunction (.1); attend to issues re National Union opposition to motion for preliminary injunction and TRO and distribute same (.4); review National Union's memorandum in opposition to Grace's motion for preliminary injunction and address issues re same (1.6). |
| 3/12/02 | Scott A McMillin | 8.20 | Review and revise Sealed Air and Fresenius write ups and detailed outlines (7.0); conference with F. Zaremby re document production issues and fraudulent transfer outlines (.8); conference with L. Levine re Acton removal (.4). |
| 3/12/02 | Andrew R Running | 1.10 | Telephone interview of T. Egan re installation procedures (.8); telephone conversation with W. Sparks re same (.3). |
| 3/12/02 | Bertha Serrano | 0.20 | Telephone conference with D. Carickoff re zonolite motion. |
| 3/12/02 | Roger J Higgins | 4.50 | Draft sur-reply to Gerard motion to clarify scope of Preliminary Injunction. |
| 3/12/02 | Seth B Kutnick | 5.00 | Copy check bates numbers of Wollinsky and Wachtell work product being produced in response to fraudulent conveyance document production request. |
| 3/13/02 | David M Bernick, P.C. | 4.00 | Finalize draft Judge Wolin outline (2.0); conduct telephone conference with H. Weill re ILO (1.0); attend to matters related thereto (.5); draft letter to Judge Fitzgerald re class issues (.5). |
| 3/13/02 | Michelle H Browdy | 2.30 | Prepare for and participate in conference call with DOJ attorneys , preparation issues (.5); participate in and follow up to conference call re joint database with committees, Fresenius, Sealed Air (1.8). |
| 3/13/02 | Timothy S Hardy | 1.60 | Telephone conference with H. Weill re ILO and PFTS (1.0); telephone conference with H. Weill re follow-on information on predicted values (.2); draft memo re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/13/02 | James W Kapp | 3.00 | Attend to issues re fraudulent conveyance scheduling order and distribute same and review same (.5); review Debtor's motion for preliminary injunction and attend to issues re same and review J. Hughes affidavit and exhibits re same (1.7); address issues re briefing schedule and develop strategies pertaining to response to objection to motion for preliminary injunction and TRO (.8). |
| 3/13/02 | Christian J Lane | 5.20 | Address issues re National Union adversary proceeding strategies (2.3); review National Union response (2.6); attend to matters re same (.3). |
| 3/13/02 | Scott A McMillin | 0.70 | Prepare for and participate in conference re creating fraudulent conveyance document database. |
| 3/13/02 | Scott A McMillin | 0.90 | Review and revise Acton complaint and notice of appearance (.7); review agenda for fraudulent conveyance joint defense meeting (.2). |
| 3/13/02 | Shirley A Pope | 0.50 | Prepare for and participate in conference call with committee, Fresenius and Sealed Air re database project concerning fraudulent conveyance transaction documents selected by committee members. |
| 3/13/02 | Andrew R Running | 2.20 | Participate in telephone conference with H. Weill re follow-up information on predicted values (1.0); telephone conversation with D. Rourke re actuarial issues (.4); telephone conversation with G. Bragg re expert issues (.8). |
| 3/13/02 | Janet Baer | 1.10 | Review draft sur-reply re C. Gerard and injunction matter (.8); attend to matters re same (.3). |
| 3/13/02 | Roger J Higgins | 3.70 | Draft sur-reply to Gerard Motion. |
| 3/13/02 | Seth B Kutnick | 4.00 | Prepare index of Wachtell boxes in response to fraudulent conveyance document production request. |
| 3/14/02 | Timothy S Hardy | 1.40 | Review ICO/Claimant data (.6); edit Grace Science Outline (.8). |
| 3/14/02 | James W Kapp | 4.30 | Telephone conference with M. Cohan re potential breach of contract action and attend to issues re same (.9); review National Union answer, counterclaims and joint complaint and attend to issues re same (1.9); review Gerard completion of briefing and distribute same (.1); telephone conference with D. Siegel re Minnesota breach of contract (.3); review Acton adversary complaint and attend to issues re same (.3); telephone conference with J. Hughes re National Union injunction and attend to issues re same (.8). |
| 3/14/02 | Scott A McMillin | 1.80 | Review documents selected by plaintiffs for production (1.4); attend to matters re Acton complaint (.2); conference with F. Zaremby re document production issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/14/02 | Janet Baer | 3.00 | Revise Gerard sur-reply (1.5); confer with Maryland Casualty counsel re same (.5); further revise same (1.0). |
| 3/14/02 | Roger J Higgins | 3.90 | Revise sur-reply to Gerard motion. |
| 3/14/02 | Seth B Kutnick | 3.00 | Prepare Excel spreadsheet re comparison of diagnostic tests (1.0); revise and create reports re diagnostics tests (2.0). |
| 3/15/02 | David M Bernick, P.C. | 5.50 | Prepare for and attend meeting with co-defendants re fraudulent conveyance litigation (4.0); revising bodily injury outline for Judge Wolin and review of Weill articles (1.5). |
| 3/15/02 | Michelle H Browdy | 3.50 | Joint defense meeting with Fresenius and Sealed Air counsel and preparation. |
| 3/15/02 | James W Kapp | 1.30 | Review correspondence from M. Cohan re Gemstone Products Company and attend to issues re same(.2); internal K&E status meeting re strategies re preliminary injunction of National Union (1.1). |
| 3/15/02 | Christian J Lane | 1.70 | Prepare for and attend internal strategy meeting re National Union preliminary injunction. |
| 3/15/02 | Scott A McMillin | 3.50 | Prepare for and participate in joint defense meeting with Fresenius and Sealed Air counsel (2.0); review documents selected by plaintiffs for production (1.0); review and revise Acton complaint (.5). |
| 3/15/02 | Janet Baer | 4.50 | Gerard sur-reply (1.1); Motion for Strike Hilsee materials (2.3); confer with clients re same (.8); attend to matters re same (.3). |
| 3/15/02 | Janet Baer | 0.30 | Confer with S. Flyn re case status. |
| 3/16/02 | David M Bernick, P.C. | 3.50 | Telephone conference with H. Weill re science issues (.4); revise proposed 706 questions (3.1). |
| 3/17/02 | Timothy S Hardy | 2.50 | Edit and circulate science outline. |
| 3/17/02 | Janet Baer | 1.00 | Review materials re Gerard motion to clarify preliminary injunction. |
| 3/18/02 | Michelle H Browdy | 1.30 | Review/analyze new Fresenius and Sealed Air complaints and follow up. |
| 3/18/02 | Timothy S Hardy | 0.50 | Review questions for panel and attend to matters re same. |
| 3/18/02 | Scott A McMillin | 1.00 | Conferences with client re document depository (.2); internal conferences re fraudulent transfer complaints (.5); conferences with A. Aizley and D. Rourke re data (.3). |
| 3/18/02 | Andrew R Running | 2.30 | Review and comment on science outline (.8); review epidemiological literature (1.5). |
| 3/18/02 | Christopher B Sullivan | 0.20 | List ZAI complaints. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/19/02 | Michelle H Browdy | 0.60 | Follow up on fraudulent conveyance issues, including calls with W. Beber and B. Weitzel. |
| 3/19/02 | James W Kapp | 1.50 | Review correspondence from T. Sobol re motion to dismiss and distribute same (.2); attend to issues re withdrawal of Zonolite and Medical Monitoring adversary proceedings (.1); review and distribute complaints against Sealed Air and Fresenius re fraudulent conveyance actions and related pleadings and United States statement re interest re same (.2); review memorandum re status of Zonolite matters and attend to issues re same (.3); address issues re Acton removal and review removal order re same (.4); attend to issues re discovery requests made by Property Damage Committee with regards to fraudulent conveyance (.3). |
| 3/19/02 | James W Kapp | 0.10 | Review M. Brody correspondence re committee fraudulent conveyance discovery requests. |
| 3/19/02 | Scott A McMillin | 4.00 | Prepare for and participate in conference with committee professionals re document imaging for fraudulent conveyance document ALS database (.8); legal research re intervention in fraudulent transfer proceedings (1.2); review fraudulent transfer complaints (1.0); internal conferences re same (.3); review Acton motion to remand and conference with V. Finkelstein re same (.7). |
| 3/19/02 | Shirley A Pope | 0.50 | Prepare for and participate in conference call with committee professionals re design and set up database relating to fraudulent conveyance production. |
| 3/19/02 | Janet Baer | 0.40 | Confer with J. Wisler re Gerard matter. |
| 3/19/02 | Roger J Higgins | 0.30 | Attend to matters re second removal period extension order. |
| 3/19/02 | Seth B Kutnick | 5.00 | Organize and index fraudulent conveyance documents. |
| 3/20/02 | James W Kapp | 1.30 | Review pleadings re matter of Montana Vermiculite (.2); attend to issues re removal of certain claims and strategies re same (.4); review notice of withdrawal of reference and distribute same (.7) |
| 3/20/02 | Scott A McMillin | 2.70 | Legal research re intervention and government fraudulent transfer claims. |
| 3/20/02 | Andrew R Running | 3.70 | Telephone conversation with J. Hughes re expert panel questions (.2); attend to matters re ZAI claims (.3); confer with D. Smith re ZAI transfer issues (.3); legal research re same (2.5); exchange e-mails with D. Cameron re identification of ZAI claimants (.4). |
| 3/20/02 | Christopher B Sullivan | 0.50 | Conference call with A. Trevilise re fraudulent conveyance document review (.2); draft correspondence to A. Trevilise re same (.3). |
| 3/20/02 | Janet Baer | 1.30 | Review materials re Montana Vermiculite matter (.5); telephone conferences with G. Graham and J. Hughes re Montana Vermiculite matter (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/20/02 | Seth B Kutnick | 2.00 | Index Bilzin-Sumberg requested fraudulent conveyance documents. |
| 3/21/02 | David M Bernick, P.C. | 1.00 | Revisions to science outline (1). |
| 3/21/02 | Michelle H Browdy | 1.70 | Work on intervention and other legal issues for fraudulent conveyance case. |
| 3/21/02 | James W Kapp | 1.10 | Address issues re Debtors' right to intervene in adversary proceedings (.3); review J. Wisler correspondence re Gerard motion to clarify scope of preliminary injunction (.1); attend to issues re National Union response to preliminary injunction (.3); attend to issues re removal and claim issues pertaining to proposed test group (.4). |
| 3/21/02 | Scott A McMillin | 6.40 | Prepare for and participate in conference call with committee professionals re document imaging for fraudulent conveyance document database project (1.0); telephone conferences with co-defendants re same (.5); attend to matters re motion to intervene in fraudulent transfer proceedings (.3); conferences with F. Zaremby re document imaging (.3); conferences with V. Finkelstein and A. Parra re Acton lawsuit (.3); research and outline motion to intervene (4.0). |
| 3/21/02 | Andrew R Running | 4.60 | Review ZAI pre-petition complaints and prepare claim summaries (3.8); legal analysis of removal and transfer issues re the individual ZAI claims (.8). |
| 3/21/02 | Janet Baer | 2.40 | Review information provided by G. Graham re Montana Vermiculite Company (.4); several conferences re client, counsel for Royal and counsel for plaintiffs re Montana Vermiculite Company matter (1.5); review Settlement Agreement with Grace re same (.5). |
| 3/22/02 | David M Bernick, P.C. | 0.50 | Attend to matters re status of fraudulent conveyance work. |
| 3/22/02 | Michelle H Browdy | 1.60 | Prepare for and participate in telephone conference with co-defendants re pending fraudulent conveyance complaints (1.1); attend to matters related thereto (.5). |
| 3/22/02 | James W Kapp | 1.30 | Attend to issues re removal of certain claims to bankruptcy proceeding (1.1); review correspondence of B. Parker re Gerard motion and Maryland Casualty response (.2) |
| 3/22/02 | Scott A McMillin | 2.60 | Work on defense of fraudulent transfer claims. |
| 3/22/02 | Andrew R Running | 2.00 | Attend to matters re transfer and removal issues (.3); telephone conversation with R. Finke re potential ZAI test claims (.4); summary of ZAI claims (.5); review additional ZAI pleadings (.8). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 3/22/02 | Janet Baer | 1.90 | Confer with J. Lacey re Montana Vermiculite Company issues (.30); participate in telephonic hearing re same (.50); review letter re Gerard matter (.20); prepare order of Montana matter (.50); confer with Royal Insurance re Montana order and revise same (.40). |
| 3/24/02 | David M Bernick, P.C. | 1.00 | Review science outline. |
| 3/25/02 | David M Bernick, P.C. | 1.00 | Revise science outline. |
| 3/25/02 | Michelle H Browdy | 5.40 | Work on intervention issues and analyze legal/factual issues relating hereto. |
| 3/25/02 | Aaron P Heeringa | 1.00 | Attend to fraudulent conveyance ALS database (.4); telephone conference with vendor re same (.6). |
| 3/25/02 | James W Kapp | 2.20 | Attend to issues re National Union preliminary injunction and telephone conference with J. Hughes (.5); participate in telephone conference with W. Sparks, R. Fink and other client representatives re potential removal of claims and attend to issues re same (1.3); attend to removal issues and review precedent re same (.4). |
| 3/25/02 | Christian J Lane | 2.00 | Review submissions re National Union preliminary injunction motion. |
| 3/25/02 | Scott A McMillin | 12.50 | Research and draft motion to intervene (6.5); attend to matters re same (1.5); research and draft opposition to Acton motion to remand (3.80); conferences with D. Rourke and A. Aizley re database (.7). |
| 3/25/02 | Andrew R Running | 6.20 | Participate in telephone conference with R. Finke, W. Sparks, D. Cameron and others re removal of cases (1.2); legal research re ZAI venue and transfer issues and attend to issues re same (4.5); review Anderson Memorial Hospital class allegations re ZAI (.5). |
| 3/26/02 | David M Bernick, P.C. | 1.50 | Developing new organization for science outline in response to Restivo correspondence re same. |
| 3/26/02 | Timothy S Hardy | 0.30 | Review memoranda re science trial. |
| 3/26/02 | Aaron P Heeringa | 0.50 | Attend to matters re fraudulent conveyance database project development. |
| 3/26/02 | James W Kapp | 3.70 | Attend to issues re response to objection to National Union TRO and develop strategies re same (.8); attend to issues re removal of certain claims (.2); telephone conference with J. Hughes, J. McGowan, M. Hunter re National Union TRO issues and responses to objections (1.4); attend to issues re retention of experts and review research re duties of committees (1.3). |