| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/02 | Christian J Lane | 4.20 | Review submissions re National Union preliminary injunction motion (1.5); Discuss with client various related issues (1.0); research re issues raised in National Union response (1.7). |
| 3/26/02 | Scott A McMillin | 1.30 | Conferences with V. Finkelstein and A. Parra re Acton argument (0.30); revise Fresenius and Sealed Air transaction write ups (1.0). |
| 3/26/02 | Shirley A Pope | 2.00 | Prepare and file fraudulent conveyance documents selected by Bilzin Sumberg from Boca Raton fraudulent conveyance document depository. |
| 3/26/02 | Andrew R Running | 3.20 | Review correspondence from J. Restivo and D. Bernick re ZAI science issues (.3); review epidemiological literature summaries (1.2); attend to matters re ZAI test cases (.2); review ZAI pleadings from pre-petition lawsuits (1.5). |
| 3/26/02 | Kellye L Fabian | 1.00 | Research case law re attempting to remove a case from state court directly to bankruptcy court. |
| 3/26/02 | Jane E Davis | 3.50 | Compile table of caselaw re indoor asbestos and CERCLA claims. |
| 3/26/02 | Seth B Kutnick | 0.50 | File fraudulent conveyance documents selected by Bilzin Sumberg. |
| 3/27/02 | David M Bernick, P.C. | 0.50 | Consider issues re fraudulent conveyance and intervention. |
| 3/27/02 | Michelle H Browdy | 6.40 | Prepare for and attend meeting with B. Weitzel re fraudulent conveyance issues (4.1); consider intervention issues (2.3). |
| 3/27/02 | James W Kapp | 1.80 | Review Armstrong pleadings re retention of experts and attend to issues re same (.3); review transcript and pleadings in Armstrong re application to retain experts and attend to issues re same (1.5). |
| 3/27/02 | Scott A McMillin | 3.30 | Prepare for Acton argument (3.0); conferences with F. Zaremby re motion to intervene and document production issues (.3). |
| 3/27/02 | Andrew R Running | 2.70 | Review ZAI pleadings forwarded by R. Finke (.5); participate in telephone conference with J. Restivo, R. Finke and others (.7); consider ZAI discovery issues (.3); draft proposed ZAI litigation schedule (1.2). |
| 3/28/02 | Timothy S Hardy | 1.10 | Review schedule for ZAI science trial (.6); send Libby studies to G. Marsh (.3); review ATSDR SMR's memo (.2). |
| 3/28/02 | James W Kapp | 0.20 | Review orders consolidating fraudulent conveyance proceedings and clarifying prior orders and distribute same. |
| 3/28/02 | Christian J Lane | 1.00 | Review submissions re National Union preliminary injunction motion. |
| 3/28/02 | Scott A McMillin | 6.40 | Prepare for and argue Acton motion to dismiss or transfer (3.80); conferences with A. Parra and D. Wilkins re same (0.40); review Sealed Air draft answer (0.70); draft motion to intervene in fraudulent transfer litigation (1.50). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/28/02 | Andrew R Running | 0.50 | Revise draft ZAI science litigation schedule (.4); draft correspondence to D. Cameron re same (.1). |
| 3/29/02 | Michelle H Browdy | 3.10 | Prepare for and participate in conference call with W. Beber, R. Tarola and PriceWaterhouse personnel re fraudulent conveyance allegations (1.2); follow-up re same (.2); edit motion intervention papers (.9); attend to matters re fraudulent conveyance trial (.8). |
| 3/29/02 | James W Kapp | 1.90 | Review Armstrong transcript re retention of experts and attend to issues re same (1.6); attend to issues re attorney responses to preliminary injunction (.3). |
| 3/29/02 | Scott A McMillin | 7.30 | Research and draft motion to intervene (4.5); research re collateral estoppel (2.0); attend to matters re motion to intervene in fraudulent transfer claims litigation (.8). |
| 3/29/02 | Christopher B Sullivan | 0.50 | Telephone call with Reed Smith re review of ZAI documents. |
| 3/30/02 | Michelle H Browdy | 4.50 | Revise and edit motion to intervene and accompanying brief, and draft pleadings in intervention re fraudulent transfer litigation (3.0); review/edit legal memorandum on collateral estoppel effects of intervening in fraudulent transfer litigation (1.5). |
| 3/30/02 | Scott A McMillin | 4.20 | Research and draft memorandum re collateral estoppel implications of intervention. |

## Matter 23 – Corporate and Securities Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/02 | James W Kapp | 1.20 | Review and revise Form 10-K (1.1); telephone conference with M. Shelnitz re same (.1). |

## Matter 24 – Creditors/Noteholders Committee – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/05/02 | James W Kapp | 0.40 | Review correspondence from A. Krieger re proofs of claim (.1); address issues re tax call with Creditors' Committee (.3). |
| 3/05/02 | Roger J Higgins | 1.00 | Participate in call on tax issues with A. Krieger, D. Blechman and others (.8); attend to matters re same (.2). |
| 3/08/02 | James W Kapp | 0.10 | Telephone conference with D. Siegel re meetings with Commercial Committee. |
| 3/11/02 | David M Bernick, P.C. | 0.30 | Conduct telephone conference with L. Krueger re meeting with unsecured creditors' committee. |
| 3/11/02 | James W Kapp | 0.10 | Telephone conference with A. Green re meeting with Creditors Committee. |
| 3/12/02 | James W Kapp | 0.60 | Attend to issues re Blackstone's meeting with Committee's advisors re business plan (.1); telephone conference with B. McGowan re employee compensation package and presentation to committees re same and attend to issues re same (.5). |
| 3/12/02 | Roger J Higgins | 2.00 | Prepare for and participate in presentation of retention programs to committee staffs (1.5); attend to matters related thereto (.5). |
| 3/13/02 | James W Kapp | 0.10 | Telephone conference with M. Zaleski re class certification issues. |
| 3/14/02 | James W Kapp | 0.10 | Telephone conference with M. Zaleski re Zonolite motion for class certification. |
| 3/15/02 | James W Kapp | 0.20 | Review S. Baena correspondence re class certification motion and attend to issues re same. |
| 3/18/02 | Roger J Higgins | 0.30 | Attend to matters re A. Kreiger inquiry re status of tax data. |
| 3/21/02 | James W Kapp | 0.40 | Review response to A. Krieger's tax inquiries and attend to issues re same. |
| 3/28/02 | James W Kapp | 0.20 | Address issues re unsecured committee's bylaws re confidentiality issues. |

## **Matter 25 – Creditors/Shareholders Inquiries – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/05/02 | James W Kapp | 0.30 | Telephone conference with J. Donofrio re status of chapter 11 cases (.1); review and revise letter to J. Laufer re Colorado Springs lease (.2). |
| 3/06/02 | James W Kapp | 0.20 | Review correspondence from J. Hickman re Falco litigation and attend to issues re same. |
| 3/07/02 | Roger J Higgins | 0.30 | Telephone conferences with creditors re status of Chapter 11 cases. |
| 3/11/02 | James W Kapp | 0.40 | Telephone conferences with creditors re status of chapter 11 cases. |
| 3/14/02 | James W Kapp | 0.30 | Telephone conferences with creditors re status of bankruptcy cases and March 18, 2002, hearing. |
| 3/19/02 | James W Kapp | 0.10 | Telephone conference with J. Novatney of Citidel re March 18, 2002, hearing and address issues re same. |
| 3/20/02 | James W Kapp | 0.30 | Telephone conference with creditor re status of March 18, 2002, hearing. |
| 3/25/02 | James W Kapp | 0.10 | Telephone conference with D. Wert re claims bar date. |
| 3/28/02 | James W Kapp | 0.20 | Telephone conference with creditor re bar date and notice. |
| 3/29/02 | James W Kapp | 0.20 | Telephone conference with A. Muha re fee applications. |

**Matter 27 – Employee Matters – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/04/02 | James W Kapp | 0.10 | Review correspondence from D. Blechman re compensation plan meeting. |
| 3/05/02 | Roger J Higgins | 0.30 | Telephone conference with D. Blechman re March 12 conference call on retention programs. |
| 3/14/02 | James W Kapp | 0.50 | Attend to issues re preparation of motion re new employee compensation programs and attend to strategies re same. |
| 3/14/02 | Roger J Higgins | 0.80 | Telephone conference with B. McGowan re new employee compensation plans motion (.3); attend to matters re same (.5). |
| 3/18/02 | Roger J Higgins | 1.50 | Draft revised compensation programs motion. |
| 3/19/02 | James W Kapp | 0.20 | Attend to issues re preparation of motion approving modified employee programs. |
| 3/19/02 | Roger J Higgins | 6.80 | Draft revised compensation programs motion (6.2); telephone conference with B. McGowan re same (.3); attend to matters re same (.3). |
| 3/20/02 | Roger J Higgins | 3.30 | Draft revised compensation programs motion. |
| 3/21/02 | James W Kapp | 0.90 | Review and revise Debtors' motion to implement revised compensation programs. |
| 3/25/02 | James W Kapp | 2.40 | Review and revise motion to revise compensation programs and attend to issues re same. |

## Matter 28 – Environmental Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | Mark E Grummer | 5.10 | Review legal memorandum re executory contracts and related environmental research and evaluate applicability of same to environmental PRP agreements (2.7); review lists of Grace environmental sites re same (.6); attend to matters re environmental claim fraudulent conveyance issues (.1); exchange correspondence with R. Emmett re particular site (.5). |
| 3/01/02 | Janet Baer | 0.90 | Review G-I Holdings docket re Novak Landfill/PRP issues and identify necessary documents (.7); review further correspondence re same (.2). |
| 3/04/02 | Mark E Grummer | 1.30 | Exchange correspondence and file materials re G-1 Holdings administrative expense motion (.2); attend to matters re Libby site proposed listings on Superfund National Priorities List (.2); research re same (.9). |
| 3/05/02 | Mark E Grummer | 0.70 | Evaluate proposed Superfund National Priorities List (.4); attend to matters re same (.2); telephone conference with R. Emmett re same (.1). |
| 3/05/02 | Janet Baer | 2.00 | Review pleadings in G-1 Novak Landfill matter on administrative claims. |
| 3/06/02 | Mark E Grummer | 0.50 | Review Inside EPA story re EPA's internal plans re possible precedential use of health emergency declaration (.4); review correspondence from R. Emmett re particular site (.1). |
| 3/06/02 | Janet Baer | 0.30 | Review article re Libby site. |
| 3/07/02 | Mark E Grummer | 1.10 | Review G-1 Holdings briefs and oral argument transcript re PRP Group's motion that it's claim against debtor under PRP group agreement be deemed an administrative expense (.8); draft correspondence to R. Emmett re same (.3). |
| 3/18/02 | Steven M Wellner | 2.00 | Consider issues re Libby/EPA emergency Zonolite research project and attend to matters re same. |
| 3/19/02 | Janet Baer | 0.30 | Conference with W. Corcoran re EPA issues. |
| 3/20/02 | Mark E Grummer | 0.40 | Review correspondence re issues presented by potential future liabilities. |
| 3/21/02 | Mark E Grummer | 0.80 | Attend to matters re potential future liability at former facilities (.2); legal research re same (.6). |
| 3/21/02 | Mark E Grummer | 1.40 | Telephone conference with D. Siegel and W. Corcoran re EPA action (.3); legal research re same (.9); attend to matters re same (.2). |
| 3/21/02 | Timothy S Hardy | 7.50 | Meet with G. Marsh, D. Kuchinsky and L. Flatley in Pittsburgh, PA. re ongoing environmental issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/21/02 | Janet Baer | 0.70 | Review correspondence re former site liability issues (.3); attend to matters re same (.4). |
| 3/22/02 | David M Bernick, P.C. | 1.30 | Conduct telephone conference with D. Siegel re EPA issues (.5); conduct telephone conference with B. Corcoran re EPA issues (.5); attend to matters re same (.3). |
| 3/22/02 | Mark E Grummer | 2.70 | Review Libby plaintiffs' petition to sue insurer (.1); attend to matters re research to challenge particular EPA action (.3); begin research re same (2.3). |
| 3/22/02 | Steven M Wellner | 1.50 | Attend to matters re emergency challenge to EPA asbestos cleanup under CERCLA (.3); review case law pertaining to emergency cleanups (.6). |
| 3/22/02 | David A Codevilla | 0.30 | Consider Libby/EPA emergency issues re Zonolite. |
| 3/22/02 | Janet Baer | 1.80 | Prepare memo on former Grace facility issues and revise same (1.5); attend to matters re same (.3). |
| 3/23/02 | Mark E Grummer | 4.50 | Research re legal bases to enjoin expected Environmental Protection Agency action (2.8); review and draft memorandum re formerly owned facilities (1.7). |
| 3/23/02 | David A Codevilla | 0.50 | Consider issues re Libby/EPA emergency Zonolite research project and attend to matters re same. |
| 3/24/02 | Mark E Grummer | 3.10 | Further review and revise memorandum to Grace re treatment of potential future environmental liabilities (.8); attend to matters re same (.1); research re basis to enjoin expected EPA action (1.8); review research and attend to matters re same (.4). |
| 3/24/02 | Steven M Wellner | 3.20 | Continue legal research re preemption issues. |
| 3/24/02 | David A Codevilla | 6.50 | Research re federal statutes with provisions for agency emergency cleanup orders or action concerning Libby/EPA Zonolite issues (6.1); attend to matters related thereto (.4). |
| 3/25/02 | Mark E Grummer | 7.20 | Research cases re CERCLA liability for cleanup (3.2); consider various legal issues presented in evaluating challenge to EPA (1.4); prepare for and attend strategy conference re research assignments on issues related to evaluating challenge to EPA , review same and attend to matters related thereto (2.6). |
| 3/25/02 | Timothy S Hardy | 0.80 | Prepare for and attend strategy conference re EPA and ZAI matters. |
| 3/25/02 | Steven M Wellner | 6.00 | Conduct legal research re issues of possible preemption, strategy conferences related federal statutory schemes (4.5); prepare for and attend strategy conference re same (.5); review EPA guidance materials relating to asbestos cleanup (1.0). |
| 3/25/02 | David A Codevilla | 3.00 | Research re federal agency statutory emergency powers. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/02 | Mark E Grummer | 1.90 | Review research re potential preemption arguments (1.0); attend to matters re research assignment on CERCLA cases (.1); research basis for challenge agency action with collateral impact on private party (.7); attend to matters re research project (.1). |
| 3/26/02 | Timothy S Hardy | 0.40 | Telephone conference with D. Kuchinsky re Marsh and EPA issues. |
| 3/26/02 | Steven M Wellner | 3.50 | Continue legal research re possible preemption (2.2); attend to matters re same (.3); review OSHA/EPA relationship in context of asbestos cleanup (1.0). |
| 3/26/02 | David A Codevilla | 4.50 | Research on emergency powers and develop summary chart of agency emergency powers under federal statutes. |
| 3/27/02 | Mark E Grummer | 3.50 | Attend to matters re research re challenge Environmental Protection Agency action (.7); legal research re same (2.8). |
| 3/27/02 | Timothy S Hardy | 0.40 | Attend to matters re legal grounds to challenge EPA action. |
| 3/27/02 | David A Codevilla | 4.80 | Continue preparing agency emergency powers chart and supporting research (3.0); outline memorandum re potential challenge to emergency action (1.8). |
| 3/28/02 | Mark E Grummer | 2.70 | Review draft chart re statutory emergency action authorizations (.6); prepare summary outline of research to date (1.2); attend to matters re same (.5); prepare notes re research summary (.4). |
| 3/28/02 | David A Codevilla | 1.00 | Revise chart of agency emergency powers. |
| 3/29/02 | David A Codevilla | 3.30 | Research in support of memorandum on challenge to EPA potential action. |

## Matter 29 – File, Docket, Calendar Maintenance – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | Bertha Serrano | 1.50 | Attend to matters re case status and critical dates (.3); download and review notifications of filed pleadings (.8); update critical dates list (.4). |
| 3/01/02 | Sabrina M Mitchell | 1.50 | Review the online dockets and distribute (.2); identify new pleadings using the court's website and include the same into central files (1.3). |
| 3/04/02 | Bertha Serrano | 1.50 | Download and review notifications of filed documents (.7); organize and file same (.3); review critical dates list and update (.5). |
| 3/05/02 | Bertha Serrano | 1.00 | Download and review notifications of filed documents (.8); review critical dates list re same (.2). |
| 3/06/02 | Bertha Serrano | 0.90 | Download, review, and organize e-filed notifications (.7); receive, review, and distribute incoming documents to central files (.2). |
| 3/06/02 | Sabrina M Mitchell | 2.90 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.6). |
| 3/07/02 | Bertha Serrano | 2.70 | Receive and review incoming e-file notifications (.7); update critical dates list (.4); attend to matters re same (.1); receive, review, and distribute incoming pleadings and correspondence re central files (.3); review docket and obtain documents re same (1.2). |
| 3/07/02 | Sabrina M Mitchell | 0.70 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (.4). |
| 3/08/02 | Bertha Serrano | 1.20 | Receive, review and organize all incoming e-file notifications (.9); distribute same re central files (.3). |
| 3/08/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute. |
| 3/11/02 | Bertha Serrano | 2.80 | Receive, review, and organize all incoming e-file notifications and file in corresponding folders (1.0); review updated motion status chart (.4); attend to matters re updates re critical dates list (.2); update critical dates list (.7); receive, review, and distribute incoming documents re central files (.5). |
| 3/11/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 3/12/02 | Bertha Serrano | 2.30 | Receive, review, and organize incoming e-file notifications (.5); compile and organize orders re binder (.7); search docket and retrieve scheduling orders (.6); update critical dates list (.5). |
| 3/12/02 | Sabrina M Mitchell | 2.30 | Review the online dockets and distribute (.2); identify new pleadings using the court's website and include the same into central files (2.1). |
| 3/13/02 | Bertha Serrano | 0.50 | Receive, review, and organize incoming e-file notifications. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/13/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 3/14/02 | Bertha Serrano | 0.70 | Receive, review, and organize incoming e-file notifications. |
| 3/14/02 | Sabrina M Mitchell | 1.50 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (1.2). |
| 3/15/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute. |
| 3/18/02 | Bertha Serrano | 0.80 | Receive, review, and download all e-file notifications (.5); distribute incoming documents re central files (.3). |
| 3/19/02 | Bertha Serrano | 2.40 | Receive, download and review incoming e-filed documents (1.3); review and revise critical dates list (.7); organize and distributee incoming documents (.4). |
| 3/20/02 | Bertha Serrano | 0.50 | Attend to matters re critical dates list (.1); re-distribute critical dates list (.1); receive and review incoming documents (.3). |
| 3/21/02 | Bertha Serrano | 2.10 | Review pleadings and update critical dates list (.8); attend to matters re same (.2); revise same and distribute (.5); receive and review incoming documents and distribute re central files (.6). |
| 3/25/02 | Bertha Serrano | 1.30 | Update critical dates list (.5); receive, review and organize all incoming filed documents (.6); distribute same for central files (.2). |
| 3/25/02 | Sabrina M Mitchell | 2.60 | Identify new pleadings using the court's website and include the same into central files. |
| 3/26/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 3/27/02 | Sabrina M Mitchell | 0.20 | Review the online dockets. |
| 3/28/02 | Christian J Lane | 0.50 | Review docket filings. |
| 3/28/02 | Sabrina M Mitchell | 3.10 | Review online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.8). |

**Matter 30 – Hearings – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | James W Kapp | 0.40 | Review court orders and distribute same (.3); telephone conference with D. Carickhoff re March 18 hearing on proof of claims and attend to issues re same (.1). |
| 3/04/02 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re March 18, 2002, hearing. |
| 3/06/02 | James W Kapp | 0.60 | Review agenda for March 18, 2002, hearing and attend to issues re same (.4); attend to issues re Caterpillar, GE and Darex motions scheduled for March 18, 2002, hearing (.2). |
| 3/06/02 | Janet Baer | 0.40 | Review draft agenda for 3/18 hearing (.2); attend to matters re same. |
| 3/07/02 | James W Kapp | 0.30 | Review revised March 18, 2002, agenda and attend to issues re same. |
| 3/10/02 | David M Bernick, P.C. | 1.00 | Review of motions for 3/18 hearing. |
| 3/11/02 | James W Kapp | 0.60 | Telephone conference with D. Carickhoff re agenda for March 18, 2002, hearing and review same (.2); telephone conference with D. Siegel re issues pertaining to March 18, 2002, hearing (.4). |
| 3/11/02 | Janet Baer | 1.00 | Attend meeting re preparation for CMO hearing. |
| 3/13/02 | James W Kapp | 0.20 | Review correspondence from D. Carickhoff re certificates of no objection for March 18, 2002, motions and respond to same. |
| 3/14/02 | James W Kapp | 0.90 | Review and revise March 18, 2002, hearing agenda and attend to issues re same (.4); compile pleadings in preparation for March 18, 2002, hearing and attend to issues re same (.5). |
| 3/15/02 | David M Bernick, P.C. | 1.50 | Preparation for 3/18 hearing. |
| 3/15/02 | James W Kapp | 1.20 | Review January 29, 2002, hearing transcript re briefing schedule for Zonolite and Medical Monitoring adversary proceedings (.3); review materials re class certification motion and prepare same in preparation for March 18, 2002, hearing (.5); review materials in preparation of March 18, 2002, hearing (.3); telephone conference with D. Carickhoff re changes to agenda and attend to issues re same (.1). |
| 3/15/02 | Shirley A Pope | 6.00 | Prepare projects re March 18, 2002, hearing. |
| 3/15/02 | Emily J Knox | 6.00 | Organize key pleadings related to March 18 hearing (3.0); prepare other materials for CMO hearing (3.0). |
| 3/15/02 | Janet Baer | 2.00 | Review documents re hearing on CMO (1.0); attend to matters re preparation for hearing on CMO (1.0). |
| 3/15/02 | Seth B Kutnick | 5.50 | Prepare documents for 3/18 Grace hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/16/02 | Seth B Kutnick | 6.00 | Organize exhibits filed with CMO brief, consolidated and reply briefs re claim forms in preparation for 3/18 hearing. |
| 3/17/02 | David M Bernick, P.C. | 7.00 | Preparation for 3/18 Judge Fitzgerald hearing and attend to matters related thereto. |
| 3/17/02 | James W Kapp | 5.00 | Review pleadings and related materials in preparation of March 18, 2002, hearing and attend to issues re same. |
| 3/17/02 | Shirley A Pope | 7.50 | Prepare binders re CMO motions, PD, PI, ZAI claim forms, and Zonolite class actions. |
| 3/17/02 | Janet Baer | 1.50 | Review pleadings and related materials in preparation of March 18, 2002, hearing and attend to issues re same. |
| 3/17/02 | Seth B Kutnick | 6.00 | Prepare documents for Grace hearing. |
| 3/18/02 | David M Bernick, P.C. | 9.00 | Prepare for and attend Judge Fitzgerald hearing. |
| 3/18/02 | James W Kapp | 12.60 | Prepare for March 18, 2002, hearing and meeting with representatives of Company re same (9.0); attend same and attend to issues re same and conferences with D. Carickhoff re same (3.6). |
| 3/18/02 | Shirley A Pope | 8.00 | Assist in preparation for and attend March 18, 2002, hearing. |
| 3/18/02 | Emily J Knox | 8.00 | Assist in preparing for March 18 hearing and attend hearing. |
| 3/18/02 | Janet Baer | 9.00 | Confer with Court clerk re new compilation on pleadings for CMO hearing (.5); prepare chart in preparation for hearing re key points of Hilsee affidavit and revise same and charts re notice program (1.5); review various materials in preparation for CMO hearing (2.5); attend 3/18 hearing and attend to matters re same (4.5). |
| 3/19/02 | James W Kapp | 0.70 | Telephone conference with S. Ahern re March 18, 2002, hearing and attend to issues re same (.1); telephone conferences with B. Corcoran re Environmental Protection Agency matters and March 18, 2002, hearing and attend to issues re same (.6). |
| 3/20/02 | James W Kapp | 0.20 | Revise critical date list in light of March 18, 2002, hearing. |
| 3/21/02 | James W Kapp | 0.20 | Review and distribute orders entered at March 18, 2002, hearing. |
| 3/27/02 | James W Kapp | 0.10 | Attend to issues re matters scheduled for April 22, 2002, hearing. |

## **Matter 32 – K&E Fee Application, Preparation of – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/20/02 | James W Kapp | 0.70 | Review and revise January 2002 fee application and attend to issues re same. |
| 3/01/02 | James W Kapp | 1.30 | Review verified application and summary re January 2002 fees and attend to issues re same. |
| 3/01/02 | Sabrina M Mitchell | 0.50 | Review the fee application and attend to matters re same. |
| 3/04/02 | James W Kapp | 0.40 | Attend to issues re preparation of January 2002 fee application and filing of same. |
| 3/04/02 | Reed S Oslan | 2.00 | Attention to issues re retention applications. |
| 3/04/02 | Roger J Higgins | 1.80 | Revise January K&E fee application. |
| 3/10/02 | Roger J Higgins | 6.50 | Prepare February K&E fee application detail. |
| 3/11/02 | Shirley A Pope | 0.80 | Attend to matters re fee application. |
| 3/11/02 | Roger J Higgins | 2.90 | Prepare February K&E fee application detail. |
| 3/13/02 | Roger J Higgins | 3.80 | Revise February K&E fee application detail. |
| 3/14/02 | James W Kapp | 0.20 | Attend to issues re preparation of February 2002 fee application. |
| 3/14/02 | Roger J Higgins | 2.00 | Revise February K&E fee application detail (1.7); attend to matters re set-up of new billing matter number for eminent domain proceedings (.3). |
| 3/16/02 | Roger J Higgins | 2.50 | Revise February K&E fee application detail. |
| 3/18/02 | Roger J Higgins | 1.00 | Revise February K&E fee application detail. |
| 3/19/02 | James W Kapp | 1.00 | Review and revise February 2002 fee application and attend to issues re same. |
| 3/19/02 | Bertha Serrano | 0.50 | Attend to matters re February K&E fee application preparation. |
| 3/19/02 | Roger J Higgins | 0.80 | Revise February K&E fee application detail (.4); attend to matters related thereto (.4). |
| 3/20/02 | James W Kapp | 1.50 | Review and revise February fee application and attend to issues re same. |
| 3/20/02 | Bertha Serrano | 0.10 | Attend to matters re February fee application. |
| 3/20/02 | Roger J Higgins | 0.80 | Draft February fee application summary (.3); draft the verified application (.5). |
| 3/21/02 | James W Kapp | 1.10 | Review and revise February 2002 fee application and attend to issues re same. |
| 3/21/02 | Roger J Higgins | 0.50 | Revise February K&E Fee application (.2); attend to matters related thereto (.3). |
| 3/22/02 | Bertha Serrano | 0.30 | Coordinate preparation of February fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/22/02 | Roger J Higgins | 0.80 | Revise February K&E fee application. |
| 3/25/02 | Bertha Serrano | 0.20 | Coordinate the filing of January's certificate of no objection. |
| 3/25/02 | Sabrina M Mitchell | 1.50 | Review February fee application and prepare for filing with the court. |
| 3/27/02 | James W Kapp | 0.40 | Attend to issues re certificate of no objection for January 2002 fee application (.2); attend to issues re filing of February 2002 fee application (.2). |

## Matter 33 – Lease Rejection Claims – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | James W Kapp | 0.60 | Telephone conference with B. McGowan re certain executory contracts and attend to issues re same. |
| 3/04/02 | Roger J Higgins | 0.50 | Revise letter to J. Laufer re lease rejection. |
| 3/11/02 | James W Kapp | 0.10 | Attend to issues re Caterpillar and GE Capital stipulations. |
| 3/13/02 | James W Kapp | 0.30 | Address issues re lease rejections and security deposits. |
| 3/14/02 | James W Kapp | 0.30 | Attend to issues re security deposit/sublease issues. |
| 3/19/02 | Janet Baer | 0.40 | Confer with J. Scordo re Gulf Pacific Agreement and potential claim. |
| 3/26/02 | James W Kapp | 0.40 | Telephone conference with M. Hunter re issues pertaining to assumption or rejection of GE leases. |

**Matter 38 – Retention of Professionals/Fees – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/02 | James W Kapp | 0.20 | Telephone conference with M. Shelnitz re PricewaterhouseCoopers retention and attend to issues re same (.1); review correspondence from A. Krieger re retention of K. Kinsella (.1). |
| 3/01/02 | Sabrina M Mitchell | 0.10 | Respond to request for Kinsella application. |
| 3/04/02 | James W Kapp | 1.70 | Review correspondence from M. Shelnitz re retention of PricewaterhouseCoopers and telephone conference with M. Shelnitz re same (.7); review joint reply to Trustee's objection to PricewaterhouseCoopers retention and attend to issues re same (1.0). |
| 3/05/02 | James W Kapp | 0.30 | Telephone conference with M. Shelnitz re retention of PricewaterhouseCoopers. |
| 3/06/02 | James W Kapp | 0.70 | Review joint reply to Trustee's objection to PricewaterhouseCoopers' retention and attend to issues re same. |
| 3/07/02 | James W Kapp | 1.40 | Review correspondence from B. Tarola re PricewaterhouseCoopers' retention application and attend to issues re same (.2); telephone conference with J. Goodchild re PricewaterhouseCoopers' retention and attend to issues re same (.8); telephone conference with M. Shelnitz re PricewaterhouseCoopers' retention and amending the application (.4). |
| 3/07/02 | Christian J Lane | 1.30 | Review applications for retention of PwC and issues re same. |
| 3/08/02 | James W Kapp | 0.20 | Attend to issues re retention of PricewaterhouseCoopers. |
| 3/08/02 | Christian J Lane | 0.50 | Attend to issues related to PwC retention application. |
| 3/08/02 | Janet Baer | 0.30 | Review draft BMC retention agreement. |
| 3/11/02 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re interim compensation order and A. Krieger correspondence re same. |
| 3/12/02 | James W Kapp | 0.80 | Attend to issues re retention of BMC (.2); telephone conference with J. Goodchild re PricewaterhouseCoopers retention and 327 affidavit and attend to issues re same (.6). |
| 3/13/02 | James W Kapp | 1.10 | Telephone conference with J. Goodchild re PricewaterhouseCoopers retention and attend to issues re same (.3); attend to issues re retention of Ernst & Young (.2); review correspondence from A. Krieger re amended compensation order and attend to issues re same (.2); attend to issues re retention of PricewaterhouseCoopers and preparation of amended application re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/13/02 | Christian J Lane | 0.80 | Attend to matters re issues in retention of PwC (.3); prepare for and conduct telephone conference with S. Cooke re MWE supplemental affidavit (.5). |
| 3/13/02 | Roger J Higgins | 0.50 | Telephone conference with S. Tetro re conflicts information (.2); attend to matters re same (.3). |
| 3/14/02 | James W Kapp | 0.10 | Telephone conference with J. Goodchild re PricewaterhouseCoopers retention and preparation of affidavit. |
| 3/14/02 | Christian J Lane | 6.80 | Draft and revise PwC retention application (6.0); attend to matters re retention of PwC (.3); telephone conference with J. Goodchild re PwC retention (.2); telephone conference with S. Cooke re MWE supplemental affidavit (.3). |
| 3/15/02 | James W Kapp | 2.70 | Review and revise amended application to retain PricewaterhouseCoopers and attend to issues re same (1.9); telephone conference with D. Carickhoff re revisions to fee auditor order and attend to issues re same (.1); review correspondence from A. Krieger and D. Carickhoff re revisions to fee auditor order and review revised order re same and telephone conference with D. Carickhoff re same (.7). |
| 3/15/02 | Christian J Lane | 5.10 | Draft and revise PwC retention application (3.5); attend to matters re PwC retention application issues (.6); attend to matters re BMC retention application (.4); review documents re BMC retention application (.6). |
| 3/18/02 | James W Kapp | 0.70 | Review and revise fee auditor retention order and attend to issues re same. |
| 3/18/02 | Christian J Lane | 1.80 | Review and revise PwC retention application. |
| 3/19/02 | James W Kapp | 1.00 | Review correspondence re retention of PricewaterhouseCoopers (.1); participate in telephone conference with J. Goodchild and M. Shelnitz re Trustee's comments and amended application to retain PricewaterhouseCoopers and attend to issues re same and review revisions to amend application re same (.9). |
| 3/19/02 | Christian J Lane | 1.20 | Revise PwC retention application (.7); participatein telephone conference with J. Goodchild re retention issues and status of PwC affidavit and attend to matters re same (.5). |
| 3/20/02 | James W Kapp | 1.90 | Review revised PricewaterhouseCoopers application and attend to issues re same and telephone conference with M. Shelnitz re same (1.5); attend to issues re retention of BMC and telephone conference with M. Shelnitz re same (.4). |
| 3/20/02 | Christian J Lane | 1.20 | Revise PwC retention application (.7); telephone conference with J. Goodchild re retention issues and status of PwC affidavit (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/20/02 | Janet Baer | 1.20 | Attend to matters re BMC and PWC roles in case (.4); confer with potential new environmental counsel re retention (.3); review comments to BMC retention agreement (.3); confer re retention of additional professionals (.2). |
| 3/21/02 | Christian J Lane | 2.20 | Telephone conference with J. Goodchild re retention issues and status of PwC affidavit (.7); attention to issues presented by Steptoe & Johnson re fee application (.7); telephone conference with A. Moran re Steptoe & Johnson fee application issues (.4); attention to retention issues for Cadwalader (.4) . |
| 3/21/02 | Janet Baer | 0.60 | Follow up re BMC retention (.2); prepare letter on Kinsella fees (.2); confer with W. Sparks re Kinsella matters (.2). |
| 3/22/02 | James W Kapp | 0.60 | Attend to issues re amended application to retain PricewaterhouseCoopers (.3); telephone conference with J. Goodchild re PricewaterhouseCoopers retention and telephone conference with M. Shelnitz re same (.3). |
| 3/22/02 | Christian J Lane | 3.70 | Draft and revise BMC retention application (3.3); prepare for and participate in telephone conference with J. Goodchild re same (.2); prepare for and participate in telephone conference with M. Shelnitz re same (.1). |
| 3/22/02 | Janet Baer | 0.50 | Confer with S. Allen and S. Ahern re BMC retention agreement issues. |
| 3/26/02 | Christian J Lane | 0.30 | Telephone conference with M. Shelnitz re retention of professional in ordinary course. |
| 3/27/02 | Christian J Lane | 0.70 | Attention to ordinary course professionals issues. |
| 3/28/02 | James W Kapp | 0.10 | Respond to correspondence from D. Cameron re Reed Smith fee application. |
| 3/29/02 | James W Kapp | 1.10 | Review amended interim compensation order and attend to issues re same and telephone conference with D. Carickhoff re same. |

## Matter 41 – Tax Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/13/02 | Steven M Wellner | 2.00 | Review materials relating to consent order tax issues and attend to matters re same. |
| 3/14/02 | L Mark Wine, P.C. | 1.50 | Telephone conference with C. Finke and R. Finke (.3); research re asbestos NESHAPs, Clean Air Act (.9); conference with S. Wellner re penalty (.3). |
| 3/15/02 | Steven M Wellner | 5.80 | Conduct legal research re environmental taxation issue arising from consent decree and conference with C. Finke re same. |
| 3/19/02 | Steven M Wellner | 1.50 | Continue legal research re deductibility of consent decree payments relating to asbestos. |
| 3/19/02 | Roger J Higgins | 0.30 | Telephone conference with E. Napoli-Filon re A. Kreiger request for tax information status. |
| 3/21/02 | Steven M Wellner | 1.20 | Review consent decree relating to tax issue. |
| 3/21/02 | Roger J Higgins | 2.80 | Draft correspondence to A. Kreiger re tax matters from March 5 conference call (2.0); telephone conference with E- Napoli-Filon re same (.5); attend to matters related thereto (.3). |
| 3/22/02 | James W Kapp | 0.50 | Review tax questions of E. Filon and attend to issues re same. |
| 3/22/02 | Roger J Higgins | 1.10 | Telephone conference with E. Napoli-Filon re response to committee request for tax information (.2); revise correspondence related thereto (.1); draft response to E. Napoli-Filon correspondence (.6); attend to matters related thereto (.2). |
| 3/25/02 | James W Kapp | 0.10 | Review response to tax question of E. Napoli-Filon. |
| 3/25/02 | James W Kapp | 0.20 | Review correspondence from E. Napoli-Filon re A. Krieger tax inquiry and respond to same. |

## Matter 42 – Travel – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/08/02 | Janet Baer | 3.50 | Travel from Chicago to Boca Raton re meeting with BMC on retention and scope of assignment (1.0) (1/2 time); travel from Boca Raton back to Chicago after meeting with BMC and client (2.5) (1/2 time). |
| 3/17/02 | Janet Baer | 3.00 | Travel from Chicago to Wilmington for CMO hearing (1/2 time). |
| 3/18/02 | David M Bernick, P.C. | 2.00 | Travel to attend Judge Fitzgerald hearing (1/2 time). |
| 3/18/02 | Shirley A Pope | 5.00 | Travel from Chicago to Wilmington, DE (2.50)(billed 1/2 time); travel from Wilmington, DE to Chicago (2.5) (1/2 time). |
| 3/18/02 | Emily J Knox | 4.50 | Travel to Delaware for CMO hearing (1/2 time). |
| 3/18/02 | Janet Baer | 2.50 | Travel from Wilmington back to Chicago after CMO hearing (1/2 time). |
| 3/26/02 | Michelle H Browdy | 3.00 | Travel from DC to CT for meeting with B. Weitzel (1/2 time). |
| 3/27/02 | Michelle H Browdy | 3.50 | Travel from CT to Chicago (1/2 time). |
| 3/28/02 | Scott A McMillin | 6.50 | Travel to and from Worcester, MA for Acton argument (1/2 time). |

## Matter 43 – Use, Sale or Lease/Abandonment of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/02 | Christian J Lane | 0.50 | Telephone conference with V. Finkelstein re lease/sublease security deposit issues. |
| 3/13/02 | Christian J Lane | 0.60 | Telephone conference with J. McFarland re rail car lease issue (.2); review railcar lease agreements (.4). |
| 3/14/02 | Christian J Lane | 0.80 | Attend to matters re motions to compel assumption or rejection of leases. |
| 3/27/02 | Christian J Lane | 1.00 | Telephone conference with client re landlord and tenant issues and potential to assume lease (.5); follow up re same (.5). |

## Matter 44 – U.S. Trustee – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/02 | James W Kapp | 0.30 | Review and respond to U.S. Trustee questions re Darex and fee auditors. |

## Matter 46 – IRS Tax Litigation – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 2/26/02 | Natalie H Keller | 2.30 | Review R. Finke's comments to joint stipulation of facts (.4); revise same (1.1); attend to matters re same (.8). |
| 2/27/02 | Natalie H Keller | 1.50 | Conference call with C. Finke re tax controversy strategy (.8); prepare for same (.4); review proposed settlement numbers (.3). |
| 2/28/02 | Natalie H Keller | 4.20 | Telephone conference with C. Finke re case strategy (1.2); revise stipulation of facts (1.7); consider settlement options (1.0); telephone conference with C. Finke re same (.3). |
| 3/01/02 | Natalie H Keller | 1.30 | Revise draft joint stipulation of facts (1.0); attend to matters re same (.3). |
| 3/01/02 | Todd F Maynes | 0.50 | Review correspondence re stipulations (.2); attend to matters re same (.3). |
| 3/01/02 | Pratibha J Shenoy | 1.80 | Review comments and revisions to joint stipulation of facts (1.5); attend to matters re same (.3). |
| 3/04/02 | Natalie H Keller | 1.70 | Review and revise tax controversy settlement proposal (.4); attend to matters re same (.1); revise joint stipulation of facts (1.2). |
| 3/04/02 | Todd F Maynes | 2.00 | Prepare memorandum re tax controversy settlement proposal (1.1); revise joint stipulations of facts (.9). |
| 3/04/02 | Pratibha J Shenoy | 2.00 | Review draft joint stipulation of facts prior to submission to client (1.3); research whether expense reimbursement payments under Internal Revenue Code section 274 and/or corresponding Treasury Regulations must be specifically identified or made as separate payments as required under Internal Revenue Code section 62 (.7). |
| 3/05/02 | Natalie H Keller | 3.50 | Review M. Dyson correspondence re draft joint stipulation of facts and private letter rulings (.3); revise Stipulation (.4); telephone conference with M. Dyson re privilege log and case history (.5); telephone conference with L. Fine re privilege log and Weil Gotshal documents (.3); review private letter rulings on M & IE plans (.5); attend to matters re same (.4); review Weil Gotshal documents and Bates numbering of same (1.1). |
| 3/05/02 | Pratibha J Shenoy | 3.80 | Participate in various conference calls with M. Dyson and L. Fine regarding privilege log of documents produced to Internal Revenue Service (1.2); attend to matters re same (.5); examine documents client produced to IRS (1.5); prepare and send correspondence to client and client's former counsel re documents produced to IRS (.5); prepare and send email to D. Portner requesting information for joint stipulation of facts (.1). |
| 3/06/02 | Natalie H Keller | 0.20 | Consider tax controversy strategy. |
| 3/06/02 | Todd F Maynes | 1.50 | Revise joint stipulation of facts. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/06/02 | Pratibha J Shenoy | 3.50 | Review United States Court of Federal Claims rules to determine timing and requirements for filing motions for summary judgment (.8); draft March 18, 2002, joint status report, including a proposed briefing schedule (2.7). |
| 3/07/02 | Natalie H Keller | 0.60 | Prepare for and attend strategy conferences re joint status report and stipulation of facts. |
| 3/07/02 | Todd F Maynes | 1.30 | Prepare for and attend strategy conferences re joint status report and joint stipulation of facts (.7); revise joint status report (.6). |
| 3/07/02 | Pratibha J Shenoy | 2.10 | Prepare for and attend internal K&E conference re joint stipulation of facts proposed briefing schedule and next joint status report (.7); discuss statistics cited in draft joint stipulation of facts with D. Portner and attend to matters related thereto (.8); revise joint stipulation of facts for transmission to government attorneys (.6). |
| 3/08/02 | Natalie H Keller | 0.10 | Attend to matters re joint status report and joint stipulation of facts. |
| 3/08/02 | Todd F Maynes | 0.50 | Telephone calls with R. Stewart re joint stipulation of facts and summary judgment and attend to matters re same. |
| 3/08/02 | Pratibha J Shenoy | 1.00 | Review all final changes to joint stipulation of facts and attend to matters re same. |
| 3/11/02 | Natalie H Keller | 0.30 | Attend to matters re joint status report. |
| 3/13/02 | Natalie H Keller | 0.60 | Attend to matters re joint status report (.2); conference call with R. Stewart re same (.2); review joint status report (.2). |
| 3/13/02 | Pratibha J Shenoy | 2.50 | Participate in several telephone conference with R. Stewart re (1) client's version of joint stipulation of facts, (2) next joint status report and (3) preparation of briefing schedule for motion(s) for summary judgment in tax litigation case (1.2); prepare new version of joint status report for March 18, 2002 (1.3). |
| 3/14/02 | Pratibha J Shenoy | 1.00 | Discuss joint status report with R. Stewart (.2); prepare joint status report for filing and send same to R. Stewart for filing in United States Court of Federal Claims on March 18, 2002 (.8). |
| 3/20/02 | Pratibha J Shenoy | 1.20 | Begin reviewing briefs filed in relevant proceedings for information relevant to client's tax controversy matters. |
| 3/21/02 | Natalie H Keller | 1.00 | Review IRS Appeals transmittal and other documents relevant to client tax controversy and attend to matters re same. |
| 3/21/02 | Todd F Maynes | 1.00 | Attend to matters re joint status report (.4); telephone conferences with R. Stewart re stipulations of fact (.6). |
| 3/21/02 | Pratibha J Shenoy | 1.20 | Continue reviewing applicable precedent for information relevant to client's tax controversy matters. |
| 3/22/02 | Todd F Maynes | 0.50 | Draft correspondence re deductibility of debt. |
| 3/26/02 | Pratibha J Shenoy | 0.30 | Draft correspondence with update on litigation to client and copy of joint status report. |