# EXHIBIT B

### Matter 16 - Asset Analysis and Recovery - Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $4.77 |
| **Total** | **$4.77** |

## <u>Matter 16 – Asset Analysis and Recovery – Itemized Expenses</u>

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 3/07/02 | 2.70 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/15/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/15/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies | $21.20 |
| Computer Database Research | $565.64 |
| Secretarial Overtime | $102.63 |
| **Total** | **$689.47** |

**Matter 17 – Automatic Stay Matters / Relief Proceedings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 2/01/02 | 7.20 | Standard Copies |
| 2/04/02 | 6.90 | Standard Copies |
| 2/05/02 | 235.19 | West Publishing-TP,Database Usage  2.02 |
| 2/07/02 | 67.77 | West Publishing-TP,Database Usage  2.02 |
| 2/11/02 | 84.26 | West Publishing-TP,Database Usage  2.02 |
| 2/13/02 | 89.83 | West Publishing-TP,Database Usage  2.02 |
| 2/14/02 | 88.59 | West Publishing-TP,Database Usage  2.02 |
| 2/20/02 | 4.80 | Standard Copies |
| 2/21/02 | 2.30 | Standard Copies |
| 3/06/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/06/02 | 65.31 | CRABB,BA. - Secretarial Overtime |

## **Matter 20 – Case Administration – Expenses**

| **Service Description** | **Amount** |
| --- | --- |
| Telephone | $572.63 |
| Facsimile Charges | $352.77 |
| Standard Copies | $1,864.80 |
| Binding | $45.50 |
| Tabs/Indexes/Dividers | $45.30 |
| Color Copies | $51.00 |
| Bates Labels/Print | $0.36 |
| Overnight Delivery | $1,217.61 |
| Outside Messenger Services | $5.50 |
| Court Reporter Fee/Deposition | $134.00 |
| Calendar/Court Services | $10.00 |
| Outside Copy/Binding Services | $22,678.45 |
| Outside Video Services | $103.38 |
| Information Broker Doc/Svcs | $2,802.16 |
| Computer Database Research | $146.00 |
| Overtime Transportation | $42.00 |
| Overtime Meals | $36.00 |
| Overtime Meals - Attorney | $52.53 |
| Secretarial Overtime | $662.43 |
| **Total** | **$30,822.42** |

## Matter 20 – Case Administration – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/05/01 | 2,661.81 | CORPORATION SERVICE COMPANY - Information Broker Doc/Svcs, TA(2458.95)Lien/Litigation work, AL |
| 2/01/02 | 6.00 | Color Copies |
| 2/01/02 | 51.20 | Standard Copies |
| 2/04/02 | 2.90 | Tabs/Indexes/Dividers |
| 2/04/02 | 3.50 | Binding |
| 2/04/02 | 32.40 | Standard Copies |
| 2/05/02 | 1.00 | Standard Copies |
| 2/07/02 | 5.80 | Standard Copies |
| 2/07/02 | 16.50 | Color Copies |
| 2/12/02 | 20.00 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A248 |
| 2/12/02 | 47.00 | Standard Copies |
| 2/13/02 | 32.60 | Standard Copies |
| 2/13/02 | 1,789.86 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A263 |
| 2/14/02 | 39.73 | West Publishing-TP,Database Usage  2.02 |
| 2/14/02 | 68.53 | West Publishing-TP,Database Usage  2.02 |
| 2/14/02 | 136.60 | Standard Copies |
| 2/15/02 | 7.80 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/15/02 | 21.40 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/18/02 | 1.75 | Binding |
| 2/18/02 | 1.75 | Binding |
| 2/18/02 | 1.80 | Tabs/Indexes/Dividers |
| 2/18/02 | 5.25 | Binding |
| 2/18/02 | 5.50 | Fed Exp to: ,CHICAGO,IL from:MAILROOM |
| 2/18/02 | 7.15 | Fed Exp to: ,BALTIMORE,MD from:MAILROOM |
| 2/18/02 | 7.15 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 2/18/02 | 7.50 | Fed Exp to: ,NEWARK,NJ from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 7.80 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/18/02 | 8.05 | Fed Exp to: ,LOS ANGELES,CA from:MAILROOM |
| 2/18/02 | 8.50 | Standard Copies |
| 2/18/02 | 9.20 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 9.30 | Fed Exp to: ,KALISPELL,MT from:MAILROOM |
| 2/18/02 | 12.15 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/18/02 | 14.15 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 14.90 | Standard Copies |
| 2/18/02 | 17.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 2/18/02 | 20.00 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A270 |
| 2/18/02 | 26.40 | Standard Copies |
| 2/18/02 | 43.20 | Standard Copies |
| 2/18/02 | 79.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 79.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 79.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 79.80 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/18/02 | 4,785.26 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A278 |
| 2/19/02 | 0.36 | Bates Labels/Print |
| 2/19/02 | 0.50 | Standard Copies |
| 2/19/02 | 1.00 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 2/19/02 | 2.40 | Standard Copies |
| 2/19/02 | 11.20 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/19/02 | 11.80 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/19/02 | 101.50 | Standard Copies |
| 2/19/02 | 388.00 | Standard Copies |
| 2/20/02 | 1.75 | Binding |
| 2/20/02 | 2.00 | Standard Copies |
| 2/20/02 | 3.00 | Standard Copies |
| 2/20/02 | 3.50 | Tabs/Indexes/Dividers |
| 2/20/02 | 5.10 | Standard Copies |
| 2/20/02 | 8.90 | Fed Exp from:KEVIN,WASHINGTON,DC to:ANNE WALDRON |
| 2/20/02 | 28.50 | Color Copies |
| 2/20/02 | 84.50 | Standard Copies |
| 2/20/02 | 4,905.44 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A295 |
| 2/21/02 | 33.45 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/21/02 | 33.45 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/21/02 | 585.42 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A279 |
| 2/22/02 | 5.25 | Fax page charge to 302-652-4400 |
| 2/22/02 | 432.09 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A311 |
| 2/22/02 | 576.12 | DOCUMENT TECHNOLOGIES, LLC - Outside Copy/Binding Services, PO-A303 |
| 2/22/02 | 2,940.64 | IKON OFFICE SOLUTIONS - Outside Copy/Binding Services, Copy PO A306 |
| 2/23/02 | 0.60 | Standard Copies |
| 2/23/02 | 16.19 | West Publishing-TP,Database Usage  2.02 |
| 2/23/02 | 17.50 | West Publishing-TP,Database Usage  2.02 |
| 2/24/02 | 4.05 | West Publishing-TP,Database Usage  2.02 |
| 2/25/02 | 4.80 | Tabs/Indexes/Dividers |
| 2/25/02 | 6.00 | Fax page charge to 561-362-1583 |
| 2/25/02 | 10.50 | Binding |
| 2/25/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |

| Date | Amount | Description |
|---|---|---|
| 2/25/02 | 24.80 | Standard Copies |
| 2/25/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 2/25/02 | 46.00 | Standard Copies |
| 2/25/02 | 74.64 | CRABB,BA. - Secretarial Overtime |
| 2/25/02 | 83.97 | CRABB,BA. - Secretarial Overtime |
| 2/25/02 | 107.40 | Standard Copies |
| 2/25/02 | 140.35 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court documents re: Pacific Gas & Electric for J. Sprayregen |
| 2/25/02 | 2,054.36 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A318 |
| 2/26/02 | 2.10 | Standard Copies |
| 2/26/02 | 16.35 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/26/02 | 19.80 | Tabs/Indexes/Dividers |
| 2/26/02 | 21.00 | Binding |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 34.34 | Fed Exp to: ,DENVER,CO from:MAILROOM |
| 2/26/02 | 624.00 | Standard Copies |
| 2/26/02 | 4,329.71 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A318B |
| 2/27/02 | 12.50 | Tabs/Indexes/Dividers |
| 2/27/02 | 31.15 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/27/02 | 31.15 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 2/27/02 | 41.90 | Standard Copies |
| 2/28/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 2/28/02 | 0.83 | Telephone call to:  MIAMI,FL  305-375-6156 |
| 2/28/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/28/02 | 3.30 | Standard Copies |
| 2/28/02 | 7.30 | Standard Copies |
| 2/28/02 | 10.00 | Calendar/Court Services 2/02 |
| 2/28/02 | 27.70 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 2/28/02 | 239.55 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, Copy PO A337 |
| 3/01/02 | 0.75 | Fax page charge to 202-429-3301 |
| 3/01/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 3/01/02 | 0.83 | Fax phone charge to 410-531-4783 |
| 3/01/02 | 0.84 | Telephone call to:  KTCHNR WTL,ON  519-884-6764 |
| 3/01/02 | 1.26 | Telephone call to:  KTCHNR WTL,ON  519-884-6764 |
| 3/01/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 3/01/02 | 3.75 | Fax page charge to 302-426-9947 |
| 3/01/02 | 3.75 | Fax page charge to 993-9767 |
| 3/01/02 | 3.75 | Fax page charge to 305-374-7593 |
| 3/01/02 | 3.75 | Fax page charge to 212-715-8000 |
| 3/01/02 | 3.75 | Fax page charge to 202-429-3301 |
| 3/01/02 | 3.75 | Fax page charge to 212-644-6755 |
| 3/01/02 | 3.75 | Fax page charge to 302-573-6497 |
| 3/01/02 | 3.75 | Fax page charge to 302-652-4400 |
| 3/01/02 | 3.75 | Fax page charge to 212-806-6006 |
| 3/01/02 | 8.25 | Fax page charge to 410-531-4783 |
| 3/01/02 | 8.90 | Fed Exp to: ,PITTSBURGH,PA from:MAILROOM |
| 3/01/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/01/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/01/02 | 549.55 | JAMES W KAPP - GTE Air, 01.29.2002 |
| 3/04/02 | 0.75 | Fax page charge to 212-753-0396 |
| 3/04/02 | 2.25 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|--------|-------------|
| 3/04/02 | 5.50 | Comet Messenger Services to:  DAVID ROSENBLOOM |
| 3/04/02 | 7.54 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 3/04/02 | 7.84 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/04/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/05/02 | 1.35 | Standard Copies |
| 3/05/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/05/02 | 1.50 | Fax page charge to 303-830-3135 |
| 3/05/02 | 1.50 | Standard Copies |
| 3/05/02 | 5.25 | Fax page charge to 410-531-4783 |
| 3/05/02 | 7.54 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 3/05/02 | 18.75 | FEDERAL EXPRESS CORPORATION - Overnight Delivery, A Running 3.1.02 |
| 3/05/02 | 31.48 | ANUP SATHY - Overtime Meals - Attorney f/S. Schwartz, 3.5.02 |
| 3/07/02 | 21.05 | RYAN NADICK - Overtime Meals - Attorney, 03.06.2002, (f/S. Schwartz) |
| 3/08/02 | (9.08) | Overnight Delivery - Refund |
| 3/08/02 | 3.00 | Standard Copies |
| 3/09/02 | 12.00 | Overtime Meals     CRABB,BARBARA L |
| 3/09/02 | 12.00 | Overtime Meals     POPE,SHIRLEY A |
| 3/09/02 | 326.55 | CRABB,BA. - Secretarial Overtime |
| 3/11/02 | 0.60 | Standard Copies |
| 3/11/02 | 2.40 | Standard Copies |
| 3/11/02 | 7.54 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 3/12/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/12/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/12/02 | 0.98 | Fax phone charge to 410-531-4783 |
| 3/12/02 | 1.04 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 3/12/02 | 1.77 | Fax phone charge to 561-362-1583 |
| 3/12/02 | 6.00 | Fax page charge to 410-531-4783 |
| 3/12/02 | 26.25 | Fax page charge to 561-362-1583 |
| 3/12/02 | 26.25 | Fax page charge to 410-531-4783 |
| 3/13/02 | 1.04 | Fax phone charge to 410-531-4783 |

| Date | Amount | Description |
|---|---|---|
| 3/13/02 | 1.45 | Fax phone charge to 410-531-4783 |
| 3/13/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 3/13/02 | 2.25 | Fax page charge to 302-652-7029 |
| 3/13/02 | 7.50 | Fax page charge to 412-288-3063 |
| 3/13/02 | 10.50 | Fax page charge to 410-531-4783 |
| 3/13/02 | 16.50 | Fax page charge to 410-531-4783 |
| 3/14/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/14/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/14/02 | 0.83 | Telephone call to:  SE CENTRAL,NJ  732-329-0191 |
| 3/14/02 | 12.00 | SHIRLEY A POPE - Overtime Transportation, 3.9.02 |
| 3/14/02 | 134.00 | WRITER'S CRAMP, INC. - Court Reporter Fee/Deposition, ASCII Version (disk) of Hearing Motions before Judge Fitzgerald, 2.25.02 |
| 3/15/02 | 1.25 | Telephone call to:  HOLLY OAK,DE  302-798-7999 |
| 3/15/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/18/02 | 2.70 | Standard Copies |
| 3/19/02 | 2.08 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/19/02 | 2.25 | Fax page charge to 410-531-4783 |
| 3/19/02 | 3.74 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 3/20/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/20/02 | 0.75 | Fax page charge to 954-590-3455 |
| 3/20/02 | 1.50 | Fax page charge to 410-531-4783 |
| 3/20/02 | 1.77 | Fax phone charge to 507-333-4301 |
| 3/20/02 | 3.75 | Fax page charge to 410-531-4783 |
| 3/20/02 | 17.25 | Fax page charge to 507-333-4301 |
| 3/21/02 | 3.00 | Fax page charge to 410-531-4783 |
| 3/21/02 | 3.00 | Fax page charge to 410-531-4783 |
| 3/21/02 | 3.33 | Fax phone charge to 212-661-6278 |
| 3/21/02 | 11.25 | Fax page charge to 410-531-4783 |
| 3/21/02 | 36.75 | Fax page charge to 212-661-6278 |
| 3/22/02 | 0.62 | Telephone call to:  SE CENTRAL,NJ  732-329-0191 |
| 3/22/02 | 4.57 | Fax phone charge to 917-777-2324 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/22/02 | 4.78 | Fax phone charge to 917-777-3550 |
| 3/22/02 | 39.75 | Fax page charge to 917-777-3550 |
| 3/22/02 | 39.75 | Fax page charge to 917-777-2324 |
| 3/22/02 | 103.38 | SHOWORKS AUDIO-VISUAL, INC. - Outside Video Services, Overhead and screen for Hearing before Judge Fitzgerald, Wilmington, DE, 3.18.02 |
| 3/25/02 | 3.33 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 3/26/02 | 0.15 | Standard Copies |
| 3/26/02 | 1.50 | Fax page charge to 410-531-4783 |
| 3/26/02 | 1.50 | Fax page charge to 410-531-4783 |
| 3/26/02 | 2.25 | Fax page charge to 561-362-1583 |
| 3/26/02 | 3.75 | Fax page charge to 970-476-7423 |
| 3/26/02 | 30.00 | SHIRLEY A POPE - Overtime Transportation, 3.15, 3.16, 3.17.02 |
| 3/29/02 | 8.10 | Standard Copies |

## Matter 21 – Claim Estimate Objection and Resolution – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $80.12 |
| Facsimile Charges | $272.88 |
| Overnight Delivery | $10.85 |
| Local Transportation | $6.00 |
| Overtime Transportation | $7.00 |
| Computer Database Research | $1.18 |
| Overtime Meals - Attorney | $21.10 |
| **Total** | **$399.13** |

## Matter 21 – Claim Estimate Objection and Resolution – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/15/02 | 1.18 | West Publishing-TP,Database Usage  2.02 |
| 2/26/02 | 4.50 | Fax page charge to 302-428-3996 |
| 3/04/02 | 22.78 | JANET BAER - Telephone Expense, MCI stmt dtd 2.21.02 |
| 3/05/02 | 1.04 | Fax phone charge to 212-806-6006 |
| 3/05/02 | 12.00 | Fax page charge to 212-806-6006 |
| 3/11/02 | 2.94 | Fax phone charge to 561-362-1583 |
| 3/11/02 | 41.25 | Fax page charge to 561-362-1583 |
| 3/12/02 | 1.04 | Telephone call to:  LB AREA,CA  310-321-5552 |
| 3/12/02 | 2.49 | Telephone call to:  RAYTOWN,MO  816-737-3783 |
| 3/12/02 | 3.33 | Telephone call to:  STATE OF,OR  503-407-8831 |
| 3/14/02 | 0.83 | Telephone call to:  NORTH EAST,VA  703-906-8097 |
| 3/14/02 | 3.93 | Fax phone charge to 202-293-6961 |
| 3/14/02 | 5.40 | Fax phone charge to 202-293-6961 |
| 3/14/02 | 10.85 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/14/02 | 38.25 | Fax page charge to 202-293-6961 |
| 3/14/02 | 49.50 | Fax page charge to 202-293-6961 |
| 3/15/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/15/02 | 0.62 | Telephone call to:  DENVER,CO  303-866-0408 |
| 3/15/02 | 0.62 | Telephone call to:  SE PART,FL  954-713-7950 |
| 3/15/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/15/02 | 0.83 | Fax phone charge to 302-652-4400 |
| 3/15/02 | 0.83 | Fax phone charge to 302-652-4400 |
| 3/15/02 | 1.68 | Telephone call to:  TORONTO,ON  416-340-6154 |
| 3/15/02 | 2.91 | Fax phone charge to 302-652-4400 |
| 3/15/02 | 3.75 | Fax page charge to 212-806-6006 |
| 3/15/02 | 7.00 | JANET BAER - OT Trans. 3.13.02 |
| 3/15/02 | 9.00 | Fax page charge to 302-652-4400 |
| 3/15/02 | 9.75 | Fax page charge to 302-652-4400 |
| 3/15/02 | 21.10 | JANET BAER - OT Meal 3.14.02 |
| 3/15/02 | 33.75 | Fax page charge to 302-652-4400 |

| Date | Amount | Description |
|---|---|---|
| 3/19/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 3/19/02 | 1.50 | Fax page charge to 410-531-4233 |
| 3/19/02 | 2.70 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/19/02 | 2.70 | Telephone call to:  WILMINGTON,DE  302-888-6258 |
| 3/19/02 | 2.70 | Telephone call to:  NORTH WEST,NJ  973-966-8211 |
| 3/21/02 | 2.25 | Fax page charge to 202-293-6961 |
| 3/21/02 | 2.25 | Fax page charge to 561-362-1583 |
| 3/21/02 | 2.25 | Fax page charge to 302-652-5338 |
| 3/21/02 | 3.00 | Fax page charge to 561-362-1583 |
| 3/21/02 | 3.00 | Fax page charge to 302-652-5338 |
| 3/21/02 | 4.50 | Fax page charge to 302-652-5338 |
| 3/21/02 | 35.94 | JANET BAER - Airfone 2.24.02 |
| 3/22/02 | 0.75 | Fax page charge to 212-490-3038 |
| 3/22/02 | 2.25 | Fax page charge to 406-293-9816 |
| 3/22/02 | 2.25 | Fax page charge to 406-752-7124 |
| 3/22/02 | 2.25 | Fax page charge to 212-490-3038 |
| 3/22/02 | 6.00 | JANET BAER - Local Trans. to carry court docs. 3.19.02 |
| 3/22/02 | 27.00 | Fax page charge to 303-312-5900 |

## Matter 22 – Contested Matters / Adversary Proceedings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $481.24 |
| Facsimile Charges | $331.78 |
| Standard Copies | $327.50 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $0.90 |
| Color Copies | $862.50 |
| Scanned Images | $0.90 |
| Postage | $2.06 |
| Overnight Delivery | $926.75 |
| Outside Messenger Services | $8.46 |
| Calendar/Court Services | $25.00 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $430.01 |
| Overtime Transportation | $109.88 |
| Other Court Costs and Fees | $15.00 |
| Secretarial Overtime | $18.66 |
| **Total** | **$3554.14** |

**Matter 22 – Contested Matters / Adversary Proceedings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 12/18/01 | 45.88 | Vital Transportation - Overtime Transportation, Deanna D Boll |
| 1/16/02 | 1.85 | Telephone call to:  SE PART,FL  954-590-3454 |
| 1/16/02 | 3.23 | Telephone call to:  E CENTRAL,FL  561-994-1701 |
| 1/16/02 | 3.69 | Telephone call to:  E CENTRAL,FL  561-362-1527 |
| 1/16/02 | 5.08 | Telephone call to:  DALLAS NE,TX  972-450-4251 |
| 2/01/02 | 10.40 | Fed Exp to:JEANNETTE  CHRISTENSEN,MONROEVILLE,PA from:TIMOTHY S. HARDY |
| 2/01/02 | 11.41 | Fed Exp to:RICHARD FINKE, SR. REG COUNSEL,BOCA RATON,FL from:TIMOTHY S. HARDY |
| 2/01/02 | 858.00 | Color Copies |
| 2/04/02 | 0.30 | Standard Copies |
| 2/04/02 | 11.60 | Standard Copies |
| 2/04/02 | 14.20 | Standard Copies |
| 2/05/02 | 0.30 | Standard Copies |
| 2/05/02 | 0.40 | Standard Copies |
| 2/05/02 | 0.40 | Standard Copies |
| 2/05/02 | 1.00 | Standard Copies |
| 2/05/02 | 1.00 | Standard Copies |
| 2/05/02 | 1.00 | Standard Copies |
| 2/05/02 | 1.25 | Telephone call to:  CHICAGO,IL  312-984-7759 |
| 2/05/02 | 1.80 | Standard Copies |
| 2/06/02 | 4.50 | Color Copies |
| 2/06/02 | 27.60 | West Publishing-TP,Database Usage  2.02 |
| 2/07/02 | 0.62 | Telephone call to:  SE PART,FL  954-713-7950 |
| 2/07/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-345-2204 |
| 2/07/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 2/07/02 | 1.04 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 2/07/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-345-2204 |
| 2/07/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 2/08/02 | 1.25 | Telephone call to:  SE PART,FL  954-713-7950 |
| 2/08/02 | 28.54 | West Publishing-TP,Database Usage  2.02 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 2/10/02 | 0.98 | West Publishing-TP,Database Usage 2.02 |
| 2/11/02 | 1.04 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 2/11/02 | 1.04 | Telephone call to: SE PART,FL 954-713-7950 |
| 2/11/02 | 5.20 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 2/12/02 | 8.65 | Fed Exp to:BERTRAM PRICE,WHITE PLAINS,NY from:TIMOTHY S. HARDY |
| 2/13/02 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/13/02 | 0.62 | Telephone call to: CINCINNATI,OH 937-228-8183 |
| 2/13/02 | 0.62 | Telephone call to: WELLESLEY,MA 617-239-0267 |
| 2/13/02 | 1.25 | Telephone call to: WILMINGTON,DE 302-888-6532 |
| 2/13/02 | 2.08 | Telephone call to: DETROIT,MI 313-223-3123 |
| 2/14/02 | 40.06 | West Publishing-TP,Database Usage 2.02 |
| 2/15/02 | 1.57 | West Publishing-TP,Database Usage 2.02 |
| 2/15/02 | 8.93 | UPS Dlvry to:W. R. Grace&Co. ,Fredrick H. Zaremby,Boca Raton,FL from:Suspense/Chicago |
| 2/15/02 | 13.68 | West Publishing-TP,Database Usage 2.02 |
| 2/15/02 | 72.86 | West Publishing-TP,Database Usage 2.02 |
| 2/18/02 | 0.90 | Scanned Images |
| 2/18/02 | 15.00 | Standard Copies |
| 2/18/02 | 16.87 | West Publishing-TP,Database Usage 2.02 |
| 2/18/02 | 19.80 | Standard Copies |
| 2/18/02 | 52.50 | Standard Copies |
| 2/19/02 | 0.10 | Standard Copies |
| 2/19/02 | 0.20 | Standard Copies |
| 2/19/02 | 0.30 | Standard Copies |
| 2/19/02 | 0.30 | Standard Copies |
| 2/19/02 | 0.30 | Standard Copies |
| 2/19/02 | 0.50 | Standard Copies |
| 2/19/02 | 0.50 | Standard Copies |
| 2/19/02 | 0.50 | Standard Copies |
| 2/19/02 | 0.50 | Standard Copies |
| 2/19/02 | 0.60 | Standard Copies |

| **Date** | **Amount** | **Description** |
|----------|-----------:|-----------------|
| 2/19/02 | 1.00 | Standard Copies |
| 2/19/02 | 1.30 | Standard Copies |
| 2/19/02 | 6.30 | Standard Copies |
| 2/19/02 | 7.50 | Fax page charge to 561-362-1583 |
| 2/19/02 | 12.50 | Standard Copies |
| 2/19/02 | 19.40 | Standard Copies |
| 2/19/02 | 28.25 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/19/02 | 30.15 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/19/02 | 31.30 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/19/02 | 31.30 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/19/02 | 32.70 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/19/02 | 32.70 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/19/02 | 34.40 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/19/02 | 37.15 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/20/02 | 1.38 | Telephone call to:  DENVER,CO  303-866-0457 |
| 2/20/02 | 2.31 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 2/20/02 | 6.25 | Fed Exp to:BERTRAM PRICE,WHITE PLAINS,NY from:TIMOTHY S. HARDY |
| 2/20/02 | 8.77 | Telephone call to: WHITEPLAIN,NY 914-686-7975 |
| 2/20/02 | 62.80 | Standard Copies |
| 2/20/02 | 136.11 | West Publishing-TP,Database Usage  2.02 |
| 2/21/02 | 0.75 | Fax page charge to 604-669-1620 |
| 2/21/02 | 0.75 | Fax page charge to 604-669-1620 |
| 2/21/02 | 0.75 | Fax page charge to 604-669-1620 |
| 2/21/02 | 1.11 | Fax phone charge to 604-669-1620 |
| 2/21/02 | 1.50 | Fax page charge to 213-617-3399 |
| 2/21/02 | 2.25 | Fax page charge to 561-362-1583 |
| 2/21/02 | 3.00 | Fax page charge to 212-735-2000 |
| 2/21/02 | 27.30 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/21/02 | 27.30 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/21/02 | 27.30 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/21/02 | 27.30 | Fed Exp to: ,MIAMI,FL from:MAILROOM |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 2/21/02 | 27.30 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/21/02 | 29.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 29.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 29.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 29.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 29.29 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 30.38 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/21/02 | 30.38 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/21/02 | 30.38 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/21/02 | 30.38 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/21/02 | 30.38 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/21/02 | 34.34 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 34.34 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 34.34 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 34.34 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/21/02 | 34.34 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/22/02 | 0.75 | Fax page charge to 617-720-5015 |
| 2/22/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/22/02 | 0.90 | Tabs/Indexes/Dividers |
| 2/22/02 | 1.00 | Standard Copies |
| 2/22/02 | 1.10 | Standard Copies |
| 2/22/02 | 1.20 | Standard Copies |
| 2/22/02 | 1.20 | Standard Copies |
| 2/22/02 | 1.20 | Standard Copies |
| 2/22/02 | 1.38 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 2/22/02 | 1.50 | Fax page charge to 212-403-2000 |
| 2/22/02 | 1.50 | Fax page charge to 212-806-6006 |
| 2/22/02 | 1.50 | Fax page charge to 212-715-8000 |
| 2/22/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/22/02 | 1.50 | Fax page charge to 305-374-7593 |
| 2/22/02 | 1.50 | Fax page charge to 202-429-3301 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 2/22/02 | 1.66 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 2/22/02 | 2.08 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 2/22/02 | 2.29 | Telephone call to:  SE PART,FL  954-713-7950 |
| 2/22/02 | 2.31 | Telephone call to:  WHITEPLAIN,NY  914-686-7975 |
| 2/22/02 | 3.00 | Fax page charge to 561-362-1970 |
| 2/22/02 | 3.00 | Fax page charge to 561-362-1583 |
| 2/22/02 | 3.50 | Binding |
| 2/22/02 | 4.40 | Standard Copies |
| 2/22/02 | 10.00 | Library Document Procurement - W. R. Grace 10K (12/31/00), 10K (11/01) and Investor News Release 12/29/01; Dow Corning 1994 10K. |
| 2/22/02 | 10.40 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/22/02 | 10.40 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 2/22/02 | 10.65 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 2/22/02 | 11.80 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 2/22/02 | 18.30 | West Publishing-TP,Database Usage  2.02 |
| 2/22/02 | 18.60 | Standard Copies |
| 2/25/02 | 0.40 | Standard Copies |
| 2/25/02 | 0.75 | Fax page charge to 202-429-3301 |
| 2/25/02 | 0.75 | Fax page charge to 212-715-8000 |
| 2/25/02 | 0.75 | Fax page charge to 212-806-6006 |
| 2/25/02 | 0.75 | Fax page charge to 212-735-2000 |
| 2/25/02 | 0.75 | Fax page charge to 214-978-4044 |
| 2/25/02 | 0.75 | Fax page charge to 305-374-7593 |
| 2/25/02 | 0.80 | Standard Copies |
| 2/25/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/25/02 | 9.86 | Telephone call to:  HINSDALE,IL  630-654-9318 |
| 2/25/02 | 12.25 | Telephone call to:  HINSDALE,IL  630-654-9318 |
| 2/25/02 | 14.91 | West Publishing-TP,Database Usage  2.02 |
| 2/26/02 | 3.75 | Fax page charge to 412-227-4500 |
| 2/26/02 | 7.71 | Telephone call to:  HINSDALE,IL  630-654-9318 |
| 2/26/02 | 10.51 | Telephone call to:  HINSDALE,IL  630-654-9318 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 2/26/02 | 37.01 | West Publishing-TP,Database Usage  2.02 |
| 2/27/02 | 0.92 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 2/27/02 | 0.92 | Telephone call to:  NEWYORKCTY,NY  212-351-3952 |
| 2/27/02 | 0.92 | Telephone call to:  CHICAGO,IL  312-335-1950 |
| 2/27/02 | 0.92 | Telephone call to:  NEWYORKCTY,NY  212-806-5400 |
| 2/27/02 | 1.41 | Telephone call to:  WILMINGTON,DE  302-252-2928 |
| 2/27/02 | 1.50 | Fax page charge to 561-362-1583 |
| 2/27/02 | 1.50 | Fax page charge to 406-752-7124 |
| 2/27/02 | 1.50 | Fax page charge to 410-531-4783 |
| 2/27/02 | 2.25 | Fax page charge to 305-374-7593 |
| 2/27/02 | 2.25 | Fax page charge to 214-978-4044 |
| 2/27/02 | 2.25 | Fax page charge to 212-735-2000 |
| 2/27/02 | 2.25 | Fax page charge to 202-429-3301 |
| 2/27/02 | 2.25 | Fax page charge to 212-715-8000 |
| 2/27/02 | 2.25 | Fax page charge to 212-806-6006 |
| 2/27/02 | 6.92 | Telephone call to:  CHICAGO,IL  312-644-0485 |
| 2/27/02 | 8.77 | Telephone call to:  CHICAGO,IL  312-984-7759 |
| 2/27/02 | 18.66 | THOMPSON,SU. - Secretarial Overtime |
| 2/27/02 | 39.20 | Standard Copies |
| 2/28/02 | 0.62 | Telephone call to:  FORT WORTH,TX  817-332-9500 |
| 2/28/02 | 0.62 | Telephone call to:  MIAMI,FL  305-579-0527 |
| 2/28/02 | 0.62 | Telephone call to:  BOSTON,MA  617-565-8950 |
| 2/28/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-735-3533 |
| 2/28/02 | 0.62 | Telephone call to:  STATE OF,DE  302-884-6592 |
| 2/28/02 | 0.62 | Telephone call to:  PHILADELPH,PA  215-698-5100 |
| 2/28/02 | 0.83 | Telephone call to:  WILMINGTON,DE  302-656-8162 |
| 2/28/02 | 0.83 | Telephone call to:  EASTERN,MI  810-730-1640 |
| 2/28/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/28/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 2/28/02 | 1.04 | Telephone call to:  LB AREA,CA  310-463-6650 |
| 2/28/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 2/28/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-3533 |
| 2/28/02 | 2.49 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 2/28/02 | 2.49 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 2/28/02 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 2/28/02 | 7.69 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 2/28/02 | 21.52 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis Database Usage February 2002 |
| 3/01/02 | 0.60 | Standard Copies |
| 3/01/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/01/02 | 1.60 | Standard Copies |
| 3/01/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-583-5388 |
| 3/01/02 | 3.74 | Telephone call to:  MIAMI,FL  305-682-7017 |
| 3/01/02 | 8.46 | CAPITAL TRANSIT - Outside Messenger Services - 2/20/2002 |
| 3/01/02 | 15.00 | CLERK OF THE UNITED STATES DISTRICT - Other Court Costs and Fees, Certificate of Good Standing for Scott McMillin, 3.1.02 |
| 3/01/02 | 21.32 | SCOTT MCMILLIN - Cingular, 02.07.2002 |
| 3/02/02 | 0.92 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 3/02/02 | 4.78 | Telephone call to:  NEWYORKCTY,NY  212-734-4802 |
| 3/03/02 | 0.62 | Telephone call to:  DALLAS,TX  214-754-7504 |
| 3/04/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 3/04/02 | 0.75 | Fax page charge to 202-429-3301 |
| 3/04/02 | 0.75 | Fax page charge to 212-735-2000 |
| 3/04/02 | 0.75 | Fax page charge to 305-374-7593 |
| 3/04/02 | 0.75 | Fax page charge to 973-645-4549 |
| 3/04/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4191 |
| 3/04/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/04/02 | 0.83 | Telephone call to:  WASHINGTON,DC  202-393-1000 |
| 3/04/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 3/04/02 | 0.92 | Telephone call to:  GROVE CITY,OH  614-539-1661 |
| 3/04/02 | 1.45 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 3/04/02 | 1.66 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/04/02 | 2.70 | Telephone call to:  NEW YORK,NY  212-223-0400 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/04/02 | 2.91 | Telephone call to:  SOUTHERN,AL  334-269-2157 |
| 3/04/02 | 5.61 | Telephone call to:  MIAMI,FL  305-682-7017 |
| 3/04/02 | 8.78 | UPS Dlvry to:Clerk of the Court  ,U.S. Bankruptcy Cour,Worcester,MA from:Suspense/Chicago |
| 3/05/02 | 0.83 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 3/05/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-735-3550 |
| 3/05/02 | 0.92 | Telephone call to:  HIGHLANDPK,IL  847-432-3016 |
| 3/05/02 | 1.87 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 3/05/02 | 2.70 | Telephone call to:  E CENTRAL,FL  561-495-4557 |
| 3/05/02 | 2.77 | Telephone call to:  CHICAGO,IL  312-661-3459 |
| 3/05/02 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/05/02 | 3.00 | Fax page charge to 305-374-7593 |
| 3/05/02 | 3.00 | Fax page charge to 973-645-4549 |
| 3/05/02 | 3.00 | Fax page charge to 212-735-2000 |
| 3/05/02 | 3.69 | Telephone call to:  MILWAUKEE,WI  414-223-5079 |
| 3/05/02 | 3.75 | Fax page charge to 410-531-4783 |
| 3/05/02 | 4.15 | Telephone call to:  MANSFIELD,MA  508-261-8326 |
| 3/06/02 | 0.62 | Telephone call to:  HOUSTON,TX  713-651-1221 |
| 3/06/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 3/06/02 | 0.83 | Telephone call to:  WILMINGTON,DE  302-656-8162 |
| 3/06/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4075 |
| 3/06/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/06/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/06/02 | 1.25 | Telephone call to:  HOUSTON,TX  713-651-1221 |
| 3/06/02 | 1.25 | Telephone call to:  WILMINGTON,DE  302-888-6947 |
| 3/06/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/06/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 3/06/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-583-5388 |
| 3/06/02 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 3/06/02 | 1.66 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/06/02 | 1.66 | Telephone call to:  DENVER,CO  303-312-7321 |
| 3/06/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |