| Date | Amount | Description |
|------|--------|-------------|
| 3/06/02 | 2.95 | Telephone call to:  KTCHNR WTL,ON  519-884-6764 |
| 3/06/02 | 3.95 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/06/02 | 8.94 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 3/06/02 | 9.15 | Telephone call to:  E CENTRAL,FL  561-901-1486 |
| 3/07/02 | 0.62 | Telephone call to:  MIAMI,FL  305-371-2700 |
| 3/07/02 | 0.62 | Telephone call to:  PHILADELPH,PA  215-963-5000 |
| 3/07/02 | 0.62 | Telephone call to:  EASTERN,MA  617-478-5182 |
| 3/07/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 3/07/02 | 0.83 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/07/02 | 1.04 | Telephone call to:  SO KAN,MO  816-941-7600 |
| 3/07/02 | 1.04 | Fax phone charge to 561-362-1583 |
| 3/07/02 | 1.38 | Telephone call to:  EASTERN,MA  617-686-2346 |
| 3/07/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/07/02 | 1.50 | Fax page charge to 212-715-8000 |
| 3/07/02 | 1.50 | Fax page charge to 214-978-4044 |
| 3/07/02 | 1.50 | Fax page charge to 212-735-2000 |
| 3/07/02 | 1.50 | Fax page charge to 202-429-3301 |
| 3/07/02 | 1.50 | Fax page charge to 212-806-6006 |
| 3/07/02 | 1.50 | Fax page charge to 984-7700 |
| 3/07/02 | 1.50 | Fax page charge to 305-374-7593 |
| 3/07/02 | 1.50 | Fax page charge to 973-645-4549 |
| 3/07/02 | 2.08 | Telephone call to:  WILMINGTON,DE  302-652-4100 |
| 3/07/02 | 2.25 | Fax page charge to 410-531-4783 |
| 3/07/02 | 3.33 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/07/02 | 9.75 | Fax page charge to 561-362-1583 |
| 3/08/02 | 0.75 | Fax page charge to 212-735-2000 |
| 3/08/02 | 0.75 | Fax page charge to 202-429-3301 |
| 3/08/02 | 0.75 | Fax page charge to 214-978-4044 |
| 3/08/02 | 0.75 | Fax page charge to 984-7700 |
| 3/08/02 | 0.75 | Fax page charge to 212-735-2000 |
| 3/08/02 | 0.75 | Fax page charge to 212-806-6006 |

| Date | Amount | Description |
|------|--------|-------------|
| 3/08/02 | 0.75 | Fax page charge to 202-429-3301 |
| 3/08/02 | 0.75 | Fax page charge to 212-715-8000 |
| 3/08/02 | 0.75 | Fax page charge to 214-978-4044 |
| 3/08/02 | 0.75 | Fax page charge to 212-715-8000 |
| 3/08/02 | 0.75 | Fax page charge to 305-374-7593 |
| 3/08/02 | 0.75 | Fax page charge to 212-806-6006 |
| 3/08/02 | 0.75 | Fax page charge to 305-374-7593 |
| 3/08/02 | 0.83 | Telephone call to:  KALISPELL,MT  406-752-5566 |
| 3/08/02 | 1.66 | Telephone call to:  TAMPA,FL  813-289-0700 |
| 3/08/02 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 3/08/02 | 3.00 | Fax page charge to 984-7700 |
| 3/11/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/11/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/11/02 | 1.04 | Telephone call to:  SOUTHERN,MN  507-333-4324 |
| 3/11/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/11/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-806-5544 |
| 3/11/02 | 1.66 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/11/02 | 2.08 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/11/02 | 2.08 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/11/02 | 6.46 | Telephone call to:    985-624-5458 |
| 3/11/02 | 19.84 | Telephone call to:  NORTH WEST,CO  970-926-4991 |
| 3/12/02 | 0.62 | Telephone call to:  PHLADELPHA,PA  610-284-4940 |
| 3/12/02 | 0.62 | Telephone call to:  LOSANGELES,CA  213-613-2839 |
| 3/12/02 | 0.75 | Fax page charge to 214-978-4044 |
| 3/12/02 | 0.83 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/12/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/12/02 | 1.66 | Telephone call to:  WASHINGTON,DC  202-736-8556 |
| 3/13/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/13/02 | 0.75 | Fax page charge to 212-557-2522 |
| 3/13/02 | 0.75 | Fax page charge to 410-531-4367 |
| 3/13/02 | 1.66 | Telephone call to:  WASHINGTON,DC  202-955-1279 |

| Date | Amount | Description |
|------|-------|-------------|
| 3/13/02 | 1.66 | Telephone call to: WASHINGTON,DC 202-363-4742 |
| 3/13/02 | 1.66 | Telephone call to: STATE OF,DE 302-778-6464 |
| 3/13/02 | 1.87 | Telephone call to: DENVER,CO 303-312-7321 |
| 3/13/02 | 2.08 | Telephone call to: NEWYORKCTY,NY 212-557-2546 |
| 3/13/02 | 2.53 | Telephone call to: KTCHNR WTL,ON 519-884-6764 |
| 3/13/02 | 3.53 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 3/13/02 | 4.16 | Telephone call to: NORTH EAST,NJ 201-725-3557 |
| 3/13/02 | 4.16 | Telephone call to: PHILADELPH,PA 215-994-2570 |
| 3/13/02 | 6.00 | Fax page charge to 303-312-7331 |
| 3/13/02 | 6.00 | Fax page charge to 212-351-5233 |
| 3/13/02 | 11.02 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 3/13/02 | 15.58 | Telephone call to: KTCHNR WTL,ON 519-884-6764 |
| 3/13/02 | 30.45 | Telephone call to: 985-624-5458 |
| 3/13/02 | 30.45 | Telephone call to: CHICAGO,IL 312-861-2248 |
| 3/14/02 | 1.04 | Fax phone charge to 619-239-3274 |
| 3/14/02 | 2.70 | Telephone call to: WASHINGTON,DC 202-719-3382 |
| 3/14/02 | 3.53 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 3/14/02 | 9.25 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 3/14/02 | 12.00 | Fax page charge to 619-239-3274 |
| 3/14/02 | 19.00 | SUSAN L THOMPSON - Overtime Transportation, 3.14.02 |
| 3/15/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 3/15/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 3/15/02 | 1.25 | Telephone call to: STATE OF,DE 302-778-6464 |
| 3/15/02 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 3/15/02 | 1.45 | Telephone call to: WILMINGTON,DE 302-573-6493 |
| 3/18/02 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-557-2525 |
| 3/18/02 | 0.83 | Telephone call to: WLOSANGELS,CA 310-209-6333 |
| 3/18/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-735-3000 |
| 3/18/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-901-1486 |
| 3/19/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 3/19/02 | 0.75 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|--------|-------------|
| 3/19/02 | 0.75 | Fax page charge to 410-531-4783 |
| 3/19/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-407-4000 |
| 3/19/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 3/19/02 | 1.50 | Fax page charge to 410-531-4783 |
| 3/19/02 | 2.06 | Postage-TRACKING ID# 1107736353453 |
| 3/19/02 | 2.08 | Telephone call to:  STAMFORD,CT  203-351-4258 |
| 3/19/02 | 2.55 | Fax phone charge to 203-351-4535 |
| 3/19/02 | 3.12 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 3/19/02 | 5.40 | Telephone call to:  NEWYORKCTY,NY  212-571-0550 |
| 3/19/02 | 28.50 | Fax page charge to 203-351-4535 |
| 3/20/02 | 0.75 | Fax page charge to 215-851-1420 |
| 3/20/02 | 0.79 | Fax phone charge to 561-362-1583 |
| 3/20/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/20/02 | 7.50 | Fax page charge to 561-362-1583 |
| 3/20/02 | 7.50 | Fax page charge to 406-523-2595 |
| 3/21/02 | 0.75 | Fax page charge to 202-429-3301 |
| 3/21/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/21/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-735-3550 |
| 3/21/02 | 1.50 | Fax page charge to 410-531-4783 |
| 3/21/02 | 1.66 | Fax phone charge to 202-862-2400 |
| 3/21/02 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/21/02 | 2.91 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/21/02 | 22.50 | Fax page charge to 202-862-2400 |
| 3/22/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-594-5300 |
| 3/22/02 | 5.40 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 3/25/02 | 1.50 | Fax page charge to 202-879-5200 |
| 3/25/02 | 1.50 | Fax page charge to 978-264-4868 |
| 3/25/02 | 1.50 | Fax page charge to 302-652-5338 |
| 3/25/02 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-735-3000 |
| 3/25/02 | 2.25 | Fax page charge to 212-557-2522 |
| 3/25/02 | 2.70 | Fax phone charge to 202-879-5200 |

| Date | Amount | Description |
|------|--------|-------------|
| 3/25/02 | 4.10 | Standard Copies |
| 3/25/02 | 8.25 | Fax page charge to 984-7700 |
| 3/25/02 | 12.00 | Fax page charge to 984-7700 |
| 3/25/02 | 13.50 | Fax page charge to 202-879-5200 |
| 3/25/02 | 14.25 | Fax page charge to 410-531-4783 |
| 3/26/02 | 0.10 | Standard Copies |
| 3/26/02 | 0.98 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 3/26/02 | 1.87 | Fax phone charge to 212-446-4900 |
| 3/26/02 | 4.00 | Standard Copies |
| 3/26/02 | 14.25 | Fax page charge to 212-446-4900 |
| 3/27/02 | 0.30 | Standard Copies |
| 3/27/02 | 0.79 | Fax phone charge to 410-531-4783 |
| 3/27/02 | 0.98 | Fax phone charge to 561-362-1583 |
| 3/27/02 | 1.18 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/27/02 | 1.25 | Telephone call to:  WASHINGTON,DC  202-736-8556 |
| 3/27/02 | 2.70 | Standard Copies |
| 3/27/02 | 3.80 | Standard Copies |
| 3/27/02 | 7.50 | Fax page charge to 212-446-4900 |
| 3/27/02 | 13.50 | Fax page charge to 410-531-4783 |
| 3/27/02 | 13.50 | Fax page charge to 561-362-1583 |
| 3/28/02 | 1.50 | Fax page charge to 703-729-8587 |
| 3/28/02 | 4.10 | Standard Copies |
| 3/28/02 | 10.70 | Standard Copies |
| 3/28/02 | 45.00 | Overtime Transportation, R. Higgins, 12.05.2001 |
| 3/29/02 | (22.35) | Overnight Delivery - Refund |
| 3/29/02 | (22.32) | Overnight Delivery - Refund |
| 3/31/02 | 25.00 | Calendar/Court Services 3/02 |

**<u>Matter 24 –  Creditors/Noteholders Committee – Expenses</u>**

| <u>Service Description</u> | <u>Amount</u> |
|---|---|
| Telephone | $6.44 |
| **Total** | **$6.44** |

## Matter 24 –  Creditors/Noteholders Committee – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/08/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/11/02 | 2.70 | Telephone call to:  S SAN,CA  650-888-1155 |
| 3/13/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/13/02 | 1.87 | Telephone call to:  WILMINGTON,DE  302-426-1900 |

## **Matter 25 – Creditors/Shareholders Inquiries – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Telephone | $5.61 |
| **Total** | **$5.61** |

## Matter 25 – Creditors/Shareholders Inquiries – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/21/02 | 4.16 | Telephone call to:  E CENTRAL,FL  561-362-1302 |
| 3/22/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1302 |

**Matter 27 – Employee Matters – Expenses**

| Service Description | Amount |
| --- | --- |
| Telephone | $17.05 |
| **Total** | **$17.05** |

## Matter 27 – Employee Matters – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/05/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-583-5012 |
| 3/12/02 | 13.72 | Telephone call to:  MADISON,WI  608-250-8227 |
| 3/19/02 | 2.29 | Telephone call to:  COLUMBIA,MD  410-531-4191 |

## Matter 28 – Environmental Issues – Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $30.88 |
| Facsimile Charges | $6.75 |
| Standard Copies | $11.90 |
| Overnight Delivery Refund | ($12.55) |
| **Total** | **$36.98** |

## Matter 28 – Environmental Issues – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/18/02 | 6.43 | Telephone call to:  MILWAUKEE,WI  414-719-0261 |
| 2/28/02 | 0.20 | Standard Copies |
| 2/28/02 | 1.38 | Telephone call to:  NORTH WEST,NJ  973-538-0800 |
| 3/01/02 | 1.60 | Standard Copies |
| 3/04/02 | 1.50 | Standard Copies |
| 3/04/02 | 6.46 | Telephone call to:  DENVER,CO  303-866-0457 |
| 3/05/02 | 9.23 | Telephone call to:  COLUMBIA,MD  410-531-4751 |
| 3/06/02 | 0.10 | Standard Copies |
| 3/06/02 | 0.80 | Standard Copies |
| 3/06/02 | 1.30 | Standard Copies |
| 3/06/02 | 2.25 | Fax page charge to 410-531-4783 |
| 3/06/02 | 2.25 | Fax page charge to 303-866-0200 |
| 3/06/02 | 2.25 | Fax page charge to 561-362-1583 |
| 3/07/02 | 0.30 | Standard Copies |
| 3/08/02 | (12.55) | Overnight Delivery - Refund |
| 3/08/02 | 0.20 | Standard Copies |
| 3/13/02 | 2.90 | Standard Copies |
| 3/15/02 | 2.20 | Standard Copies |
| 3/21/02 | 7.38 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 3/26/02 | 0.80 | Standard Copies |

## Matter 30 – Hearings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $1.86 |
| **Total** | **$1.86** |

## **Matter 30 – Hearings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/11/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/11/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 3/11/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 38 – Retention of Professionals / Fees – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $8.94 |
| Facsimile Charge | $26.68 |
| Computer Database Research | $26.88 |
| Overtime Meals - Attorney | $20.28 |
| **Total** | **$82.78** |

## Matter 38 – Retention of Professionals / Fees – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/01/02 | 13.20 | West Publishing-TP,Database Usage  2.02 |
| 2/07/02 | 13.68 | West Publishing-TP,Database Usage  2.02 |
| 2/14/02 | 2.49 | Telephone call to:  E CENTRAL,FL  561-840-1981 |
| 2/22/02 | 3.00 | Fax page charge to 303-866-0200 |
| 3/14/02 | 3.12 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/18/02 | 20.28 | JONATHAN FRIEDLAND - OT Meal f/C.Lane 3.14.02 |
| 3/19/02 | 3.33 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/20/02 | 1.18 | Fax phone charge to 202-862-2400 |
| 3/20/02 | 22.50 | Fax page charge to 202-862-2400 |

## Matter 41 – Tax Matters – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $1.84 |
| Facsimile Charge | $4.04 |
| Standard Copies | $7.00 |
| **Total** | **$12.88** |

**Matter 41 – Tax Matters – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/14/02 | 0.92 | Telephone call to:  E CENTRAL,FL  561-362-1300 |
| 3/14/02 | 0.92 | Telephone call to:  E CENTRAL,FL  561-362-1300 |
| 3/15/02 | 7.00 | Standard Copies |
| 3/25/02 | 1.04 | Fax phone charge to 202-654-9526 |
| 3/25/02 | 3.00 | Fax page charge to 202-654-9526 |

## **Matter 42 – Travel – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Facsimile Charge | $22.13 |
| Local Transportation | $27.53 |
| Travel Expense | $2,973.62 |
| Airfare | $11,428.63 |
| Transportation to/from airport | $576.80 |
| Travel Meals | $530.08 |
| Other Travel Expenses | $330.60 |
| **Total** | **$15,889.39** |

## Matter 42 – Travel – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/20/01 | 27.53 | Vital Transportation - Local Transportation, David M Bernick, P.C. |
| 1/11/02 | 156.90 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 1/29/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 2/05/02 | 58.40 | Crown Coach - Transportation to/from airport, Christopher B Sullivan |
| 2/07/02 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 2/08/02 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 2/24/02 | 63.20 | Crown Coach - Transportation to/from airport, Janet Baer |
| 2/25/02 | 63.70 | Crown Coach - Transportation to/from airport, Janet Baer |
| 2/26/02 | 82.36 | DAVID M BERNICK, P.C. - Meal Expense, Newark,NJ, 2.19 to 2.20.02, (Attend pre-trial conference) |
| 2/26/02 | 312.80 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 2.19 to 2.20.02, (Attend pre-trial conference) |
| 2/26/02 | 603.01 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 2.19 to 2.20.02, (Attend pre-trial conference) |
| 3/01/02 | 3.75 | TIMOTHY S HARDY - MEALS Expense-02/27/02-Pittsburgh, PA-Meals-Meeting with experts |
| 3/01/02 | 74.00 | TIMOTHY S HARDY - Travel Expense-02/27/02-Pittsburgh, PA-EXPS-Meeting with experts |
| 3/01/02 | 262.69 | JAMES W KAPP - Travel Expense, Wilmington, DE, 02.24 - 02.25.2002, (Attend hearing) |
| 3/01/02 | 779.50 | TIMOTHY S HARDY - AIRFARE Expense-02/27/02-Pittsburgh, PA-Airfare-Meeting with experts |
| 3/01/02 | 1,274.58 | JAMES W KAPP - Airfare, Wilmington, DE, 02.24 - 02.25.2002, (Attend hearing) |
| 3/04/02 | 18.85 | DAVID M BERNICK, P.C. - Meal Expense, Delaware,MD, 2.24 to 2.25.02, (Hearing) |
| 3/04/02 | 369.92 | DAVID M BERNICK, P.C. - Travel Expense, Delaware,MD, 2.24 to 2.25.02, (Hearing) |
| 3/04/02 | 1,189.81 | DAVID M BERNICK, P.C. - Airfare Expense, Delaware,MD, 2.24 to 2.25.02, (Hearing) |
| 3/05/02 | 44.25 | DAVID M BERNICK, P.C. - Meal Expense, Pittsburgh,PA, 2.26 to 2.27.02, (Mtg w/R.Smith) |
| 3/05/02 | 200.25 | ANDREW R RUNNING - Meals Expense, Washington, DC/Pittsburgh, PA 2.25.02 - 2.27.02 (Mtgs/Interviews) |
| 3/05/02 | 309.64 | DAVID M BERNICK, P.C. - Travel Expense, Pittsburgh,PA, 2.26 to 2.27.02, (Mtg w/R.Smith) |
| 3/05/02 | 622.80 | ANDREW R RUNNING - Travel Expense, Washington, DC/Pittsburgh, PA 2.25.02 - 2.27.02 (Mtgs/Interviews) |

| Date | Amount | Description |
|------|--------|-------------|
| 3/05/02 | 948.34 | DAVID M BERNICK, P.C. - Airfare Expense, Pittsburgh,PA, 2.26 to 2.27.02, (Mtg w/R.Smith) |
| 3/05/02 | 1,459.16 | ANDREW R RUNNING - Airfare Expense, Washington, DC/Pittsburgh, PA 2.25.02 - 2.27.02 (Mtgs/Interviews) |
| 3/08/02 | 5.94 | DAVID M BERNICK, P.C. - Travel Expense, Philadelphia,PA, 2.27.02, (Supplemental expense report) |
| 3/08/02 | 18.82 | DAVID M BERNICK, P.C. - Meal Expense, Philadelphia,PA, 2.27.02, (Supplemental expense report) |
| 3/08/02 | 64.10 | Crown Coach - Transportation to/from airport, Janet Baer |
| 3/11/02 | 10.00 | JANET BAER - Meal Expense, Boca Raton,FL, 3.08.02, (Mtgs) |
| 3/11/02 | 1,104.21 | JANET BAER - Airfare Expense, Boca Raton,FL, 3.08.02, (Mtgs) |
| 3/19/02 | 15.38 | EMILY J KNOX - Travel Meals, Wilmington, DE, 03.18.2002, (W. R. Grace CMO hearing) |
| 3/19/02 | 32.60 | JAMES W KAPP - Meals, Wilmington, DE, 03.17 - 03.18.2002, (Attend hearing) |
| 3/19/02 | 40.00 | EMILY J KNOX - Cabfare & other trans, Wilmington, DE, 03.18.2002, (W. R. Grace CMO hearing) |
| 3/19/02 | 271.68 | JAMES W KAPP - Travel Expense, Wilmington, DE, 03.17 - 03.18.2002, (Attend hearing) |
| 3/19/02 | 1,070.00 | JAMES W KAPP - Airfare, Wilmington, DE, 03.17 - 03.18.2002, (Attend hearing) |
| 3/21/02 | 30.00 | JANET BAER - Meal Expense, Philadelphia,PA, 3.17 to 3.18.02, (Hearings) |
| 3/21/02 | 290.60 | JANET BAER - Boston Coach 2.27.02 |
| 3/21/02 | 335.92 | JANET BAER - Travel Expense, Philadelphia,PA, 3.17 to 3.18.02, (Hearings) |
| 3/21/02 | 1,228.79 | JANET BAER - Airfare Expense, Philadelphia,PA, 3.17 to 3.18.02, (Hearings) |
| 3/22/02 | 2.70 | Fax phone charge to 303-312-5900 |
| 3/22/02 | 19.43 | JANET BAER - Fax Charges from Kinko's 3.21.02 |
| 3/25/02 | 73.82 | TIMOTHY S HARDY - MEALS Expense-03/21/02-03/22/02-Pittsburgh, PA-Meals-Meeting with Dr. G. Marsh |
| 3/25/02 | 160.71 | TIMOTHY S HARDY - Travel Expense-03/21/02-03/22/02-Pittsburgh, PA-EXPS-Meeting with Dr. G. Marsh |
| 3/27/02 | 135.00 | DAVID M BERNICK, P.C. - Travel Expense, Wilmington DE, 3.18.02 (Hearing) |
| 3/27/02 | 701.23 | DAVID M BERNICK, P.C. - Airfare Expense, Wilmington DE, 3.18.02 (Hearing) |
| 3/28/02 | 112.52 | SHIRLEY A POPE - Travel Expense, Wilmington, DE 3.18.02 (Hearing) |

| Date | Amount | Description |
| --- | --- | --- |
| 3/28/02 | 1,070.00 | SHIRLEY A POPE - Airfare Expense, Wilmington, DE 3.18.02 (Hearing) |

## **Matter 43 – Use, Sale or Lease/Abandonment Property – Expenses**

| **Service Description** | **Amount** |
| --- | --- |
| Telephone | $10.81 |
| Facsimile Charge | $9.00 |
| **Total** | **$19.81** |

## **Matter 43 – Use, Sale or Lease/Abandonment Property – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/13/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4222 |
| 3/20/02 | 9.00 | Fax page charge to 337-583-2872 |
| 3/27/02 | 4.78 | Telephone call to:  E CENTRAL,FL  561-392-6596 |
| 3/27/02 | 4.78 | Telephone call to:  PIKESVILLE,MD  410-486-2360 |

## Matter 46 – IRS Tax Litigation – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $8.93 |
| Facsimile Charges | $16.50 |
| Postage | $1.03 |
| Computer Database Research | $169.82 |
| Overnight Delivery | $7.19 |
| Overtime Transportation | $13.00 |
| **Total** | **$216.47** |

## Matter 46 – IRS Tax Litigation – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/05/02 | 7.49 | West Publishing-TP,Database Usage  2.02 |
| 2/06/02 | 10.62 | West Publishing-TP,Database Usage  2.02 |
| 2/14/02 | 75.75 | West Publishing-TP,Database Usage  2.02 |
| 2/15/02 | 16.13 | West Publishing-TP,Database Usage  2.02 |
| 2/19/02 | 2.67 | West Publishing-TP,Database Usage  2.02 |
| 2/20/02 | 1.50 | Fax page charge to 561-362-1323 |
| 2/28/02 | 12.81 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis Database Usage February 2002 |
| 2/28/02 | 44.35 | West Publishing-TP,Database Usage  2.02 |
| 3/05/02 | 1.66 | Telephone call to:  WASHINGTON,DC  202-682-7209 |
| 3/05/02 | 6.44 | Telephone call to:  WASHINGTON,DC  202-452-7083 |
| 3/08/02 | 1.03 | Postage-TRACKING ID# 1106649458927 |
| 3/08/02 | 12.00 | Fax page charge to 202-514-9440 |
| 3/12/02 | 13.00 | Overtime Transportation, P. Shenoy, 11.12.2001 |
| 3/13/02 | 0.83 | Telephone call to:  WASHINGTON,DC  202-307-6493 |
| 3/14/02 | 1.50 | Fax page charge to 202-514-9440 |
| 3/14/02 | 7.19 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 3/26/02 | 1.50 | Fax page charge to 561-362-1323 |