IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & Co., <u>et al.</u> | Case No. 01-1139 (JKF) |
| Debtor. | Jointly Administered<br>Objection deadline: May 24, 2002 at 4:00 p.m. |

**FIRST MONTHLY APPLICATION OF CAPLIN & DRYSDALE,
CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W. R. GRACE & CO., ET AL,
ON BEHALF OF PROFESSOR ELIZABETH WARREN,
SPECIAL BANKRUPTCY CONSULTANT
<u>FOR THE PERIOD FROM JANUARY 17, 2002 THROUGH JANUARY 31, 2002</u>**

Name of Applicant: <u>Caplin & Drysdale, Chartered on behalf of
Professor Elizabeth Warren.</u>

Authorized to Provide Services to: <u>The Official Committee of Asbestos Personal Injury
Claimants.</u>

Date of Retention: <u>January 3, 2002, *nunc pro tunc* to September 12, 2001.</u>

Period for which compensation and reimbursement is sought: <u>January 17, 2002 through
January 31, 2002.</u>

Amount of Compensation sought as actual, reasonable and necessary: <u>$ 1,350.00</u> (80% of 1,687.50).

Amount of Expense Reimbursement sought as actual, reasonable and necessary: <u>$ .00</u>.

This is an: <u>x</u> interim ___ final application

The total time expected for fee application preparation is <u>00</u> hours and the corresponding compensation requested is <u>$1,350.00</u>.

CAPLIN & DRYSDALE

*[signature]*

———————————————————
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022-4614
(212) 319-7125

National Counsel for Official Committee
Of Asbestos Personal Injury Claimants

Dated: April 25, 2002

<u>EXHIBIT A</u>

**<u>Asbestos: Claims Analysis & Valuations (2.50 Hours; $ 1,687.50)</u>**

| <u>Date</u> | <u>Time</u> | <u>Description</u> |
|---|---|---|
| | 75 | Discuss structure of payouts for asbestos claimants with Peter Lockwood and Elihu Inselbuch. |
| | 25 | Talk with Peter Lockwood structure of asbestos claims payouts. |
| | 50 | E-mail correspondence with Rita Tobin regarding a jurisdictional basis for appointment of special master (.2); read and evaluated the effects of *AOV Industries* (W.R. Grace) (.3). |

**Total Task Code .02**     **2.50 hours**

## EXHIBIT B

**Asbestos: Claims Analysis & Valuations (2.5 Hours; $ 1,687.50)**

  Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .02**      2.5

**EXHIBIT C**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, ON BEHALF OF
PROFESSOR ELIZABETH WARREN FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL BANKRUPTCY CONSULTANT TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| April 2002 | $ 1,687.50 | $ .00 | | $ .00 | $ .00 | $ .00 |
| | $ 1,687.50 | $ .00 | | $ .00 | $ .00 | $ .00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Jan 2002 Hours | Jan 2002 Value | Cumulative Jan to April, 2002 Hours | Cumulative Jan to April, 2001 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Asset Disposition | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Business Operations | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Case Administration | .0 | $ .00 | 0 | $ .00 | .0 | $ .00 |
| Claims Administration & Objections | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Employee Benefits/Pensions | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Fee/Employment Applications | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Fee/Employment Objections | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Financing | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Litigation | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| | | $ .00 | .0 | $ .00 | .0 | $ .00 |
| | | $ .00 | .0 | $ .00 | .0 | $ .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Travel | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Docket Review & Control | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Asbestos: Claims Analysis & Valuations | 2.5 | $ 1,687.50 | 2.5 | $ 1,687.50 | 2.5 | $ 1,687.50 |
| Asbestos: Claims Litigation | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Asbestos: Co-Def Issues & Bankruptcies | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Asbestos: Settlement Matters | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Case Administration | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Committee Matters & Creditor Mtgs | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Compensation of Professionals (Fee Applications of self & others) | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Litigation (Non-bankruptcy/General) | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Litigation/Fraudulent Conveyance | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Non-Working Travel | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Preparation for & Attendance at hrs | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Retention of Professionals | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| Stay Litigation (Section 362) | .0 | $ | .00 | .0 | $ | .00 | .0 | $ | .00 |
| **Totals** | 2.5 | $ 1,687.50 | .0 | $1,687.50 | 2.5 | $ 1,687.50 |

IN THE UNITED STATES ... P...

... [C... D...

In ... ...ter

W... G... .Cl & C... ... C... N... KF...

Debtor ... ...ly Admi...

## CERTIFICATE OF SERVICE

... Campbell & ...rine LLC

02 ... co... fo... to ... p... ...ce

...ed ...cc... ...th Am... A...trat... Order

C... ...abl...hing R...ised Pr... ... pe

...per...es fo... ... O... ...ee Members

D... N...

*Matthew G. Zaleski II*

D...ed May... 02

**W.R. GRACE & CO.
NOTICE PARTIES**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris & Heckshire LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Frank J. Perch
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

{D0002247}