## EXHIBIT A

### Asbestos: Claims Analysis & Valuations (4.20 Hours; $ 712.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .50 | $425 | 212.50 |
| Stacie M. Evans | 3.70 | $135 | 499.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/02 | | | 10 | Note to NDF re claims data |
| 03/07/02 | TWS | 425.00 | .10 | Conf NDF re claims data |
| 03/11/02 | SME | 135.00 | 2.20 | Assist NDF in the review of materials produced by the debtors by dividing relevant documents according to issue, and organizing said documents. |
| 03/13/02 | TWS | 425.00 | .10 | E-mail from Peterson re claims data and follow-up with RCS re same |
| 03/13/02 | TWS | 425.00 | .10 | Conf RCS re claims data |
| 03/13/02 | TWS | 425.00 | .10 | TC NDF re claims data |
| 03/13/02 | SME | 135.00 | 1.50 | Assist NDF in the review of materials produced by the debtors by dividing relevant documents according to issue, and organizing said documents appropriately. |

**Total Task Code .02      4.20**

### Asbestos: Claims Litigation (12.10 Hours; $ 5,526.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 9.10 | $560 | 5,096.00 |

2 -

| | | | | |
|---|---|---|---|---|
| Beth S. Heleman | | .20 | $260 | 52.00 |
| Stacie M. Evans | | 2.80 | $135 | 378.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/02 | PVL | 560.00 | .10 | Review motion to dismiss med. monitoring claims. |
| 03/11/02 | PVL | 560.00 | .70 | Review Zonolite class, PD comm., UCC and U.S. government objections to prop PD POC forms. |
| 03/14/02 | PVL | 560.00 | .50 | Review ZAI motion re class POC and Bernick response thereto (.2); teleconference Zaleski re same (.3). |
| 03/14/02 | SME | 135.00 | .30 | Reseach regarding asbestos estimation (.3) |
| 03/14/02 | SME | 135.00 | .90 | Assist TWS in the production of materials to the Department of Justice by compiling and organizing various pleadings regarding revocatory actions. |
| 03/15/02 | SME | 135.00 | 1.20 | Analyze, review and index various documents, including pleadings filed between 2/25 and 3/12 and correspondence. |
| 03/16/02 | PVL | 560.00 | .60 | Review Grace replies re PD and ZAI POC forms (.4); teleconference EI re same (.2). |
| 03/17/02 | PVL | 560.00 | 1.10 | Teleconference TWS re PD claims issues (.4); review motion to strike Hilse aff. (.1); prep for hearing re PD and ZAI claims (.6). |
| 03/18/02 | PVL | 560.00 | 5.60 | Attend hearing re PD and ZAI claims litigation (3.4); teleconferences Zaleski re hearing (.4); teleconference EI re same (.2); teleconference TWS re same (.2); confer Perch (1.4). |
| 03/18/02 | BSH | 260.00 | .20 | Review Zonolite claimants' motion for class proof of claim (.1); review |

- 3 -

|  |  |  |  | United States' objection to debtors' revised motion re: CMO (.1) |
|---|---|---|---|---|
| 03/19/02 | PVL | 560.00 | 50 | Review Hilsee affidavit re PD and ZAI claims. |
| 03/19/02 | SME | 135.00 | 40 | Review correspondence from March 4 through March 15. Review and index 1 pleading. |

**Total Task Code .03**       **12.10**

## Asbestos: Co Defendant Issues and Bankruptcies (3.60 Hours; $ 1,413.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.80 | $560 | 1,008.00 |
| Nathan D. Finch | .80 | $350 | 280.00 |
| Karen A. Albertelli | 1.00 | $125 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/02 |  |  | 1.00 | Updated Billing codes per RCT. |
| 03/15/02 | PVL | 560.00 | 1.00 | Review miscellaneous correspondence and docket (.1); review agenda letter (.1); teleconferences Zaleski re status (.3); teleconference EI re same (.2).; teleconference w/Zaleski re: hearing (.3) |
| 03/15/02 | NDF | 350.00 | .80 | Zonolie claimants motion for class POC (.3); USA objection to debtors' case management order (.2); PD Committee objection to CMO (.3). |
| 03/27/02 | PVL | 560.00 | 80 | Review draft calendar (.1); teleconference Davis re status (.7) |

**Total Task Code .04**       **3.60**

4 -

## Case Administration (73.10 Hours; $ 14,178.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.00 | $675 | 2,025.00 |
| Peter V. Lockwood | 2.40 | $560 | 1,344.00 |
| Julie W. Davis | 2.30 | $425 | 977.50 |
| Trevor W. Swett | 2.60 | $425 | 1,105.00 |
| Rita C. Tobin | .50 | $300 | 150.00 |
| Max C. Heerman | .10 | $230 | 23.00 |
| Brian A. Skretny | .40 | $215 | 86.00 |
| Robert C. Spohn | 23.40 | $145 | 3,393.00 |
| Elyssa J. Strug | 6.50 | $135 | 877.50 |
| Stacie M. Evans | 21.00 | $135 | 2,835.00 |
| Karen A. Albertelli | 10.90 | $125 | 1,362.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/02 | JWD | 425.00 | 2.30 | (Late entry for 2/28) Review pleadings for week of 2/25 |
| 03/01/02 | RCS | 145.00 | 4.10 | Revise and update corporate structure evolution charts in Power Point (2.3). Update, alphabetize, binder and index research case binders (1.2). Prepare duplicate floppy disks of material produced for forwarding to consultant (.6). |
| 03/01/02 | SME | 135.00 | 1.10 | Assist JPC in the review of materials received from debtors by creating an index of key individual mentioned in the documents. |
| 03/01/02 | KAA | 125.00 | .20 | Reviewed recently received Court docs in prep of indexing and filing. |
| 03/04/02 | PVL | 560.00 | .10 | Review 7 miscellaneous filings and orders. |
| 03/04/02 | RCS | 145.00 | 1.20 | Review pleadings and correspondence received 2/26/02 through 3/1/02 (.4). Correction to Power Point corporate structure charts (.2). Update research case binders (.6). |

5 -

| | | | | |
|---|---|---|---|---|
| 03/04/02 | TWS | 425.00 | 10 | Communications with M.Browdy, L.LeClair and R.Turken to schedule conference call |
| 03/04/02 | TWS | 425.00 | 30 | TC from R.Turken re case management issues and strategy |
| 03/04/02 | SME | 135.00 | 6.90 | Assist NDF and JPC in the review of materials received from debtors by updating previously created index of documents. |
| 03/04/02 | KAA | 125.00 | 50 | Reviewed recently received Court docs in prep of indexing and filing. |
| 03/05/02 | PVL | 560.00 | 30 | Teleconference Zaleski. |
| 03/05/02 | RCT | 300.00 | 20 | Review case status reports re: pending assignments. |
| 03/05/02 | RCS | 145.00 | 1.30 | Review pleadings and correspondence received 3/4/02 (.3). Index fee applications received 2/28/02 through 3/4/02 (.4). Review correspondence files for specific letter requested by attorney (.6). |
| 03/05/02 | SME | 135.00 | 3.40 | Assist NDF and JPC in the review of materials received from debtors by updating previously created index of documents. |
| 03/05/02 | KAA | 125.00 | 20 | Reviewed recently received Ct docs in prep of indexing and filing. |
| 03/06/02 | RCS | 145.00 | .30 | Review pleadings and correspondence received 3/5/02 (.3). |
| 03/06/02 | EI | 675.00 | 10 | Reviewed all open items for scheduling and follow-up. |
| 03/06/02 | SME | 135.00 | 5.90 | Assist NDF and JPC in the review of materials received from debtors by updating previously created index of documents. |
| 03/06/02 | KAA | 125.00 | 50 | Updated Ct doc index (01-1139). |

6 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/07/02 | PVL | 560.00 | 20 | Review 3 miscellaneous filings. |
| 03/07/02 | EJS | 135.00 | .50 | Updated players list. |
| 03/07/02 | RCS | 145.00 | 60 | Research indices for specific issue documents (.6). |
| 03/07/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing and filing. |
| 03/07/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-8839). |
| 03/07/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 03/08/02 | PVL | 560.00 | .10 | Review draft calendar. |
| 03/08/02 | RCS | 145.00 | .80 | Execute court link docket retrieval and compare court docket to holdings regarding adversary proceeding (.8). Gather key documents requested by attorney for adversary proceedings (.4). Review pleadings and correspondence received 3/6/02 through 3/7/02 (.6). |
| 03/08/02 | TWS | 425.00 | 2.10 | Work on budget for fraudulent transfer litigation |
| 03/08/02 | SME | 135.00 | 80 | Analyze, review and index various documents, including pleadings filed in the main bankruptcy and in adversary proceedings and correspondence. |
| 03/08/02 | KAA | 125.00 | .60 | Updated Monthly Operating Reports Index. |
| 03/08/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/08/02 | KAA | 125.00 | 50 | Updated Ct doc index (01-1139). |
| 03/11/02 | PVL | 560.00 | 10 | Review docket. |
| 03/11/02 | EJS | 135.00 | .50 | Updated EI files. |
| 03/11/02 | EJS | 135.00 | .50 | Updated EI agenda files. |

| | | | | |
|---|---|---|---|---|
| 03/11/02 | RCS | 145.00 | .50 | Download court docket for the period 3/6/02 through 3/8/02 and distribute to case team (.2). Review pleadings and correspondence received 3/8/02 (.3). |
| 03/11/02 | SME | 135.00 | 1.70 | Analyze, review and index various documents, including 3 pleadings filed in the main bankruptcy, 4 pleadings filed in adversary proceedings, 10 fee applications and correspondence. |
| 03/11/02 | BAS | 215.00 | 40 | Background reading; Asbestos Reporter; relevant Wall St. Journal Articles; Daubert Article. (.4) |
| 03/11/02 | KAA | 125.00 | 20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/12/02 | EJS | 135.00 | 1.00 | Updated players list. |
| 03/12/02 | RCS | 145.00 | .30 | Review pleadings and correspondence received 3/11/02 (.3). |
| 03/12/02 | SME | 135.00 | 20 | Analyze, review and index various correspondence. |
| 03/12/02 | KAA | 125.00 | 30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/13/02 | EJS | 135.00 | 50 | Updated EI files re Judge Wolin. |
| 03/13/02 | EJS | 135.00 | 1.00 | Updated EI hearing files. |
| 03/13/02 | RCS | 145.00 | 1.30 | Download and distribute 3/12/02 court docket (.2). Review pleadings and correspondence received 3/12/02 (.4). Index pleadings and correspondence received 3/8/02 through 3/12/02 (.7). |
| 03/13/02 | EI | 675.00 | .40 | Memo to F. McGovern re: status, etc. t/c McGovern re: same. |
| 03/14/02 | PVL | 560.00 | .20 | Teleconference EI re status (.1); review EI memo re same (.1). |
| 03/14/02 | RCS | 145.00 | 2.10 | Download and distribute 3/13/02 court docket (.2). Review pleadings and |

|  |  |  |  | correspondence received 3/13/02 (.4). Download adversary proceeding 0771 docket and verify filing of specific documents (.4). Verify CD-Rom received in document production, have additional copies burnt, verify copied data and prepare package for forwarding to expert (1.1). |
|---|---|---|---|---|
| 03/14/02 | EI | 675.00 | 1.10 | Meeting with Judge Wolin in Newark. |
| 03/14/02 | EI | 675.00 | .70 | T/c M. Zaleski re: Zonolite issue (.2); t/c PVNL re: same (.2); t/c PVNL re: other issues (.3). |
| 03/14/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/15/02 | PVL | 560.00 | 10 | Review proposed PD bar date order. |
| 03/15/02 | RCS | 145.00 | 1.00 | Download and distribute 3/15/02 court docket (.1). Review pleadings and correspondence received 3/15/02 (.3). E-mail expert regarding information included in CD-Rom and potential problems with the CD-Rom (.2). Download and distribute memos generated by attorney (.1). Review court docket for adversary proceedings and report new filing to attorney (.3). |
| 03/15/02 | EI | 675.00 | 10 | T/c PVNL re: Perch inquiries. [divided among 5 bankruptcies] |
| 03/15/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 03/15/02 | KAA | 125.00 | .50 | Updated Ct doc & Orders indexes (01-771). |
| 03/15/02 | KAA | 125.00 | 20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/16/02 | EI | 675.00 | 10 | Reviewed all agendas re: status |
| 03/17/02 | TWS | 425.00 | 10 | Conf PVNL re discussions with PD Committee |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/18/02 | PVL | 560.00 | .20 | Review 7 miscellaneous filings. |
| 03/18/02 | EJS | 135.00 | .50 | Reviewed recently received court documents in preparation of indexing. |
| 03/18/02 | RCS | 145.00 | 1.50 | Download and distribute 3/15/02 court docket (.1). Review pleadings and correspondence received 3/15/02 (.3). Gather documents requested by attorney for background information (.7). Provide attorney with copies of requested SEC documents (.4). |
| 03/19/02 | PVL | 560.00 | 50 | Teleconference EI re hearing (.3); review docket and Zaleski memo ( email Kazan re same (.1). |
| 03/19/02 | RCS | 145.00 | 70 | Review pleadings and correspondence received 3/18/02 (.3). Review indices and gather documents requested by attorney (.4). |
| 03/19/02 | EI | 675.00 | .30 | T/c PVNL re: hearing results. |
| 03/19/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/19/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 03/20/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 03/20/02 | RCS | 145.00 | .70 | Review pleadings and correspondence received 3/19/02 (.3). Review indices and gather documents requested by attorney (.4). |
| 03/20/02 | KAA | 125.00 | 50 | Updated Ct doc index (01-1139). |
| 03/21/02 | PVL | 560.00 | 10 | Review docket; miscellaneous correspondence and 2 draft orders. |
| 03/21/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/22/02 | RCS | 145.00 | 2.90 | Review pleadings and correspondence received 3/20/02 through 3/21/02 (.4). Review document indices and gather |

|  |  |  |  | documents requested by attorney (.4). Request copies to be made of CD-Roms and disks relevant to claims issues and verify readability of all CD-Roms and disks before forwarding to expert and files (2.1). |
|---|---|---|---|---|
| 03/22/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/25/02 | PVL | 560.00 | .30 | Review Relles data (.1); teleconference Perch (.1); email Perch (.1). |
| 03/25/02 | RCT | 300.00 | .10 | Conference with MGZ re: administration issues. |
| 03/25/02 | RCS | 145.00 | .60 | Review pleadings and correspondence received 3/22/02 (.3). Gather documents requested by attorneys (.3). |
| 03/26/02 | PVL | 560.00 | 10 | Review 6 miscellaneous filings. |
| 03/26/02 | RCT | 300.00 | 20 | Review weekly docket and assignment memos re: upcoming assignments. |
| 03/26/02 | RCS | 145.00 | .40 | Review pleadings and correspondence received 3/25/02 (.4). |
| 03/26/02 | EI | 675.00 | 20 | Conference L. Tersigni to review status of all his assignments (.1); all agendas file review (.1). |
| 03/27/02 | RCS | 145.00 | 70 | Review pleadings and correspondence received 3/26/02 (.3). Gather documents requested by attorney (.4). |
| 03/27/02 | KAA | 125.00 | 20 | Updated litigation calendar. |
| 03/28/02 | EJS | 135.00 | 50 | Updated EI files. |
| 03/28/02 | RCS | 145.00 | 30 | Review pleadings and correspondence received 3/27/02 (.3). |
| 03/28/02 | MCH | 230.00 | 10 | Review recent pleading and correspondence |
| 03/28/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2211). |

- 11

| 03/28/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (02-2210). |
| 03/28/02 | KAA | 125.00 | 20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 03/28/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (01-1139). |
| 03/29/02 | PVL | 560.00 | 10 | Review revised admin order. |
| 03/29/02 | EJS | 135.00 | 50 | Updated EI hearing files. |
| 03/29/02 | EJS | 135.00 | 50 | Updated EI minutes files. |
| 03/29/02 | RCS | 145.00 | 1.10 | Review pleadings and correspondence received 2/28/02 (.2). Search pleadings dockets and indices for specific document requested by attorney (.6). Retrieve specific pleadings requested by attorney (.3). |

**Total Task Code .14**      **73.10**

## Committee Matters and Creditor Meetings (4.60 Hours; $ 692.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |
| Trevor W. Swett | .10 | $425 | 42.50 |
| Stacie M. Evans | 4.40 | $135 | 594.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | .10 | Review calendar re: committee question |
| 03/22/02 | SME | 135.00 | 1.90 | Review and index 10 pleadings filed in the main bankruptcy, 2 pleadings filed in adversary proceedings, 15 fee applications, and various correspondence. |

- 12

| Date | | Rate | Hours | Description |
|------|------|--------|------|-------------|
| 03/26/02 | SME | 135.00 | .50 | Review and index 5 pleadings filed in the main bankruptcy, 4 fee applications, and various correspondence. |
| 03/27/02 | SME | 135.00 | 1.30 | Review and index 15 pleadings filed in the main bankruptcy, 15 fee applications, and various correspondence. |
| 03/28/02 | SME | 135.00 | .40 | Review and index 10 pleadings filed in the main bankruptcy and various correspondence. |
| 03/29/02 | PVL | 560.00 | 10 | Review draft report to committee. |
| 03/29/02 | SME | 135.00 | 30 | Create new file for adversary proceeding 02-2210, review and index relevant pleadings. |

**Total Task Code .17**        **4.60**

**Compensation of Professionals (Fee Applications of self & others)(10.70 Hours; $ 2,694.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .30 | $560 | 168.00 |
| Rita C. Tobin | 6.80 | $300 | 2,040.00 |
| Elyssa J. Strug | 3.50 | $135 | 472.50 |
| Stacie M. Evans | .10 | $135 | 13.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|-----------|-----------|-----------|---------------|----------------|
| | | | 10 | Review 3 miscellaneous fee applications. |
| 03/07/02 | RCT | 300.00 | 1.90 | Review monthly pre-bill (1.2); review category list (.3); e-mail to TB, ES, KAA re: revised list (.2); review revised list (.1); e-mail litigators re: same (.1). |

| 03/07/02 | EJS | 135.00 | .50 | Updated fee payment schedule. |
|---|---|---|---|---|
| 03/08/02 | PVL | 560.00 | .10 | Review 4 miscellaneous fee applications |
| 03/08/02 | RCT | 300.00 | .30 | Review fee app materials and schedules. (late entry for February). |
| 03/08/02 | RCT | 300.00 | .20 | Review new fee categories. (late entry for February). |
| 03/08/02 | RCT | 300.00 | .50 | Review and edit fee app for January 2002. (late entry for February) |
| 03/14/02 | SME | 135.00 | .10 | Review 3 fee applications |
| 03/15/02 | RCT | 300.00 | 1.00 | Review fee app/edit category description. |
| 03/15/02 | RCT | 300.00 | .10 | Review April Fee app schedule. |
| 03/15/02 | EJS | 135.00 | .00 | Proofed and edited monthly fee application for RCT review. |
| 03/18/02 | RCT | 300.00 | 1.00 | Review final of February fee app. |
| 03/18/02 | EJS | 135.00 | 1.50 | Proofed, edited and assembled monthly fee application. |
| 03/19/02 | RCT | 300.00 | 90 | E-mails to PVNL, MGZ re: Warren retention papers (.2); revise Warren affidavit (.5); conference with ES re: appt. order/review order (.2). |
| 03/22/02 | RCT | 300.00 | 10 | Emails to PVNL and TB re: format of Warren fees. |
| 03/22/02 | RCT | 300.00 | 30 | Conversation with ES re: orders and fees for E. Warren and format of fee apps. |
| 03/25/02 | RCT | 300.00 | 50 | Review Warren time and set-up Warren fee application materials. |
| 03/26/02 | EJS | 135.00 | 50 | Organized/sent fee applications recently received to RCS in preparation of indexing. |

- 14

| 03/29/02 | PVL | 560.00 | .10 | Review 4 fee applications. |

**Total Task Code .18       10.70**

## Litigation (Non-bankruptcy/General) (1.00 Hours; $ 412.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .90 | $425 | 382.50 |
| Kimberly N. Brown | .10 | $300 | 30.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/02 | TWS | 425.00 | .10 | Read pleadings re zonolite class action |
| 03/07/02 | TWS | 425.00 | .20 | Read motion to dismiss medical monitoring action |
| 03/16/02 | TWS | 425.00 | .40 | Read filings re Zonolite |
| 03/18/02 | KNB | 300.00 | .10 | Review incoming pleadings. |
| 03/18/02 | TWS | 425.00 | .20 | Read Zonolite pleadings |

**Total Task Code .32       1.00**

## Litigation/Fraudulent Conveyance (413.10 Hours; $ 124,815.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.90 | $675 | 4,657.50 |
| Peter V. Lockwood | 13.40 | $560 | 7,504.00 |
| Albert G. Lauber | .20 | $445 | 89.00 |
| Trevor W. Swett | 65.10 | $425 | 27,667.50 |
| Nathan D. Finch | 110.00 | $350 | 38,500.00 |
| Beth S. Heleman | 14.00 | $260 | 3,640.00 |

| Diana R. Hartstein | 23.00 | $230 | 5,290.00 |
| Max C. Heerman | 30.10 | $230 | 6,923.00 |
| John P. Cunningham | 128.00 | $215 | 27,520.00 |
| Stacie M. Evans | 22.40 | $135 | 3,024.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | 425.00 | .40 | TCs L.LeClair and NDF re work agenda strategy issues and budgeting |
| 03/01/02 | TWS | 425.00 | 1.70 | Conf call L.LeClair, R.Turken and colleague, and NDF re claims and defenses, strategy issues, work plan and budgeting |
| 03/01/02 | BSH | 260.00 | 1.70 | Draft outline re: protection of creditors in fraudulent conveyance law (1.5); review Hillsborough case history in eleventh circuit (.2) |
| 03/01/02 | JPC | 215.00 | 8.20 | Continued review & analysis of WR Grace financial statements (3) and misc. financial and corporate documents (107) relating to alleged fraudulent transfers |
| 03/01/02 | NDF | 350.00 | 6.00 | Draft task based budget for FT case (1.3); t/c LeClair re: strategy and budget (.2); t/c LeClair and Turken re: case strategy and budget (1.7); t/c LeClair re: case strategy (.2); conf. TWS re: fraudulent transfer issues (.3); legal research re: insolvency cases and fraudulent intent as relevant to constructive insolvency (2.3). |
| 03/02/02 | TWS | 425.00 | 20 | Legal research on fraudulent conveyance theories |
| 03/02/02 | TWS | 425.00 | 20 | Organize working files |
| 03/02/02 | TWS | 425.00 | 2.50 | Study Fresenics and Sealed-Air transactions |
| 03/02/02 | TWS | 425.00 | 1.40 | Document review re solvency opinions and backup |

| | | | | |
|---|---|---|---|---|
| 03/03/02 | BSH | 260.00 | 1.10 | Draft outline re: protection of creditors in fraudulent conveyance law |
| 03/04/02 | PVL | 560.00 | 1.00 | Teleconference TWS and NDF re fr. conv. case prep. |
| 03/04/02 | TWS | 425.00 | 10 | TC JPC re Grace expert reports |
| 03/04/02 | TWS | 425.00 | 10 | TC R.Turken and M.Browdy to prepare for conference call with court |
| 03/04/02 | TWS | 425.00 | 1.10 | TC R.Turken and his colleagues re case management, budget, and strategic considerations and re preparation for conference call with court |
| 03/04/02 | TWS | 425.00 | .10 | TCs L.LeClair re meetings |
| 03/04/02 | TWS | 425.00 | .10 | TC EI re jury trial issue |
| 03/04/02 | TWS | 425.00 | .20 | Read Grace Informational Brief |
| 03/04/02 | TWS | 425.00 | 1.20 | Conf PVNL and NDF to report on discussions with R.Turken and to discuss issues pertaining to case management and strategy |
| 03/04/02 | BSH | 260.00 | 2.60 | Draft outline re: protection of creditors in fraudulent conveyance law |
| 03/04/02 | EI | 675.00 | .20 | T/c TWS re: conference with Judge Wolin on fraudulent conveyance case. |
| 03/04/02 | JPC | 215.00 | .30 | Conference with NDF re discovery of estimation and solvency-related materials and drafting of same. |
| 03/04/02 | JPC | 215.00 | .20 | Retrieved KPMG estimation docs from document review boxes per TWS' request. |
| 03/04/02 | NDF | 350.00 | 2.70 | Conf. w/ JPC re: draft discovery (.3); conf. TWS, PVNL re: scope of case; conf. w/ Wolin; PD committee issues (1.0); read RML bankruptcy court |

| | | | | |
|---|---|---|---|---|
| | | | | decision re: subsequent event as evidence of insolvency (.4); read Grace Information Brief (1.0). |
| 03/05/02 | AGL | 445.00 | 20 | Review memo from WBS re Daubert issue |
| 03/05/02 | PVL | 560.00 | 2.80 | Teleconferences EI re fr. conv. case (.8); teleconferences TWS re same (.3); teleconference Wohlfurth et al. re CMO (.7); teleconference Baena, Turner et al. re case management (1.0). |
| 03/05/02 | TWS | 425.00 | .50 | Conf NDF and L.LeClair re legal issues and strategies |
| 03/05/02 | TWS | 425.00 | 5.30 | Meet with L.LeClair and PD Comm. lawyers to discuss legal issues, strategies, and division of responsibilities |
| 03/05/02 | TWS | 425.00 | 2.20 | Read Grace solvency opinions and related materials |
| 03/05/02 | TWS | 425.00 | .50 | Telephone conference with opposing parties and law clerk re Case Management Order |
| 03/05/02 | JPC | 215.00 | 1.70 | Begin drafting Grace interrogatories and requests for production of documents per instructions of NDF |
| 03/05/02 | JPC | 215.00 | 20 | Research discovery relating to fraudulent conveyances and download and review same |
| 03/05/02 | JPC | 215.00 | 2.60 | Review legal background materials for use in fraudulent conversion analysis, incl. trial briefs and fact outlines |
| 03/05/02 | JPC | 215.00 | 2.40 | Review and analyze discovery materials, specifically interrogatories and requests for production of documents, for use in Grace discovery |

| | | | | |
|---|---|---|---|---|
| 03/05/02 | NDF | 350.00 | 9.00 | Reviewing Grace Solvency Opinion; KPMG study (2.5); reviewing corr. Wachtel and KPMG/florence produced by defendants (.9); meeting and strategy session w/TWS, LeClair, Turken, Sakalo and others (5.1); t/c w/ Clerk and defendants counsel and TWS, LeClair, Turken and others re: CMO (.5). |
| 03/06/02 | PVL | 560.00 | 50 | Teleconference TWS re case prep (.3); teleconference EI re same (.2). |
| 03/06/02 | TWS | 425.00 | 30 | Conf NDF re legal issues pertaining to solvency determination |
| 03/06/02 | TWS | 425.00 | 70 | Read authorities on legal issues pertaining to solvency determination |
| 03/06/02 | TWS | 425.00 | 5.50 | Meet with L.LeClair and PD Comm. lawyers to discuss legal issues and strategies and to make assignments for next steps |
| 03/06/02 | TWS | 425.00 | .20 | TC PVNL re report on discussions with PD Comm. counsel |
| 03/06/02 | JPC | 215.00 | .80 | Research fraudulent transfer statutes in NY, FL, and Del. and download per NDF's request |
| 03/06/02 | JPC | 215.00 | 4.20 | Continue review and analysis of materials relating to discovery and continue drafting first set of interrogatories and requests for production of documents |
| 03/06/02 | NDF | 350.00 | 8.60 | Dinner conf. w/ TWS and LeClair re: case strategy issues (.5); meeting and strategy session w/TWS, LeClair, Turken, Sakalo and others (5.5); consideration and outline of expert witness tasks (.5); reading TWA case; Hillsborough case (.5); conf. TWS re: NY constructive fraud causes of action (.3); reading Grace S-4; McCool |

| | | | | |
|---|---|---|---|---|
| | | | | memo; Grace B.O.D. briefing memo (1.3). |
| 03/07/02 | PVL | 560.00 | .50 | Confer TWS re case management (.4); review email from TWS re same (.1). |
| 03/07/02 | DH | 230.00 | .30 | Getting assignment from NDF; reviewing materials |
| 03/07/02 | TWS | 425.00 | .20 | TC PVNL to follow-up on discussion with L.LeClair re case management and division of responsibilities |
| 03/07/02 | TWS | 425.00 | .40 | TC L.LeClair re case management issues and division of responsibilities |
| 03/07/02 | TWS | 425.00 | 20 | TC EI re jury trial issue and case management order |
| 03/07/02 | TWS | 425.00 | 10 | Review case management order |
| 03/07/02 | TWS | 425.00 | 20 | Review Grace statement of financial affairs |
| 03/07/02 | TWS | 425.00 | 90 | Conf NDF re case management issues, division of responsibilities among plaintffs' law firms, and next steps |
| 03/07/02 | EI | 675.00 | 50 | T/c NDF/TWS re: fraudulent transfer case work. |
| 03/07/02 | JPC | 215.00 | 5.40 | Continue review and analysis of materials relating to Grace discovery and continue drafting first set of interrogatories and requests for production of documents |
| 03/07/02 | NDF | 350.00 | 4.30 | T/c Browdy re: databases (.2); draft memo re: database discovery issue (.5); t/c Turken re: database issues (.3); consideration of and drafting memo re: expert analysis needed in FT case from Peterson (1.5); conf. DRH re: accting/appraisal/subsequent evidence issue (.3); conf. TWS and EI re: EPA, Zonolite issues (.3); reading cases re: FT cause of action- |

|          |     |        |      | constructive fraud cases (.4); review key docs produced by Grace (.8). |
|----------|-----|--------|------|------------------------------------------------------------------------|
| 03/08/02 | PVL | 560.00 | .70  | Review correspondence and email re discovery (.1); teleconference EI, TWS and NDF re case management (.4); teleconference Budd and TWS re same (.2). |
| 03/08/02 | TWS | 425.00 | .50  | TCs L.LeClair re issues pertaining to retention and division of responsibilities in fraudulent transfer litigation |
| 03/08/02 | TWS | 425.00 | .90  | Work on budgeting |
| 03/08/02 | TWS | 425.00 | .20  | TC PVNL and R.Budd re issues pertaining to retention and division of responsibilities in fraudulent transfer litigation |
| 03/08/02 | TWS | 425.00 | .40  | Conference NDF, PVNL and EI re issues pertaining to retention and division of responsibilities in fraudulent transfer litigation |
| 03/08/02 | EI  | 675.00 | .30  | T/c PVNL/NDF/TWS re: fraudulent conveyance case. |
| 03/08/02 | JPC | 215.00 | 4.10 | Finish drafting first set of interrogatories and requests for production of documents relating to fraudulent transfers, then edit and revise same and consult w/NDF on same |
| 03/08/02 | NDF | 350.00 | 1.80 | T/cs w/ LeClair re: various strategy and task issues (.5); t/c LeClair, Defendants, Turken re: document issue (.6); review draft of discovery demands re: PI issues and begin editing same (.7). |
| 03/09/02 | NDF | 350.00 | 1.00 | Edit initial written discovery demands re: PI estimation issues (1.0). |

| 03/10/02 | NDF | 350.00 | 4.80 | Review Key documents - Houlihan, ARPC, Grace BOD briefing materials (4.3); drafting memo re: our case at trial (.5). |
| 03/11/02 | TWS | 425.00 | 10 | TC R.Budd re discussions with PD Committee |
| 03/11/02 | TWS | 425.00 | .20 | TC L.LeClair re document review |
| 03/11/02 | TWS | 425.00 | .10 | TC NDF re document review |
| 03/11/02 | TWS | 425.00 | .20 | Revise supplemental submission re motions for leave to prosecute avoidance actions and to retain special counsel |
| 03/11/02 | TWS | 425.00 | .30 | Communications with NDF re document review and budget issues |
| 03/11/02 | EI | 675.00 | .10 | T/c R. Budd re: fraudulent transfer case. |
| 03/11/02 | JPC | 215.00 | 6.10 | Prepare for Boca Raton Grace document review incl. contact phone calls and e-mails to host firm, finalizing discovery draft, conf. w/NDF on document review details, and study of Grace background documents |
| 03/11/02 | NDF | 350.00 | 4.50 | Edit written discovery (1.3); drafting memo re: case strategy for EI (1.0); consideration of discovery needed for PI claims estimation and analysis of necessary expert work re: insurance (1.4); review/analyze Grace docs produced in Feb. (.8).. |
| 03/12/02 | DH | 230.00 | .60 | Reviewing file |
| 03/12/02 | TWS | 425.00 | 10 | Communications from L.Ellington |
| 03/12/02 | TWS | 425.00 | .10 | TC from L.LeClair re Sealed Air complaint |