| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/12/02 | TWS | 425.00 | 10 | TC R.Budd re discussions with PD Committee |
| 03/12/02 | TWS | 425.00 | 10 | E-mail to WBS and KNB re legal issues pertaining to future claims |
| 03/12/02 | TWS | 425.00 | 00 | Work on Supplemental Submission re motion for leave to pursue avoidance action and application for retention of special counsel |
| 03/12/02 | JPC | 215.00 | 3.00 | Working travel to Miami, FL for Grace document review, review and analyze documents relating to alleged fraudulent transfers, incl. estimation and securities filings |
| 03/12/02 | JPC | 215.00 | 3.00 | Conference w/NDF and attorneys from Bilzin firm incl. preparation of document review protocol, analysis of fraudulent transfers, and discussion of division of labor for trial preparation |
| 03/12/02 | NDF | 350.00 | 5.00 | Strategy and document review training meeting with Turken, Sakalo, JPC and others (3.0); reading Grace 10-Ks (1.0); reading key memo re: asbestos claims estimation (1.0). |
| 03/13/02 | PVL | 560.00 | .40 | Review J. Wolin order (.1); confer TWS re fr. conv. case (.2); review draft PD comm. ret. order (.1). |
| 03/13/02 | DH | 230.00 | 1.90 | Research and reading bankruptcy cases |
| 03/13/02 | TWS | 425.00 | .10 | Instructions to paralegals re assembling materials for DOJ |
| 03/13/02 | TWS | 425.00 | .20 | Fax to NDF re draft complaint |
| 03/13/02 | TWS | 425.00 | .50 | Work on Sealed Air complaint |
| 03/13/02 | TWS | 425.00 | 10 | Read PD Committee's proposed order on fraudulent conveyance case |
| 03/13/02 | TWS | 425.00 | .20 | TC NDF re update on document review and claims data |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/13/02 | TWS | 425.00 | .10 | TC M.Zaleski re filings in fraudulent conveyance litigation |
| 03/13/02 | TWS | 425.00 | .10 | Note to EI re PD Committee and proposed order |
| 03/13/02 | TWS | 425.00 | .10 | TC R.Budd for update on McKool retention and on related discussions with PD Committee |
| 03/13/02 | TWS | 425.00 | .30 | TC from J.Ellington |
| 03/13/02 | TWS | 425.00 | .10 | Voice mail and e-mail to R.Budd for update on discussions with PD Committee |
| 03/13/02 | TWS | 425.00 | .20 | Communications with PVNL re McKool Smith retention papers and related proposal by PD Committee |
| 03/13/02 | TWS | 425.00 | 1.00 | Revise retention papers re McKool Smith |
| 03/13/02 | EI | 675.00 | .20 | T/c TWS re: fraudulent conveyance litigation (.1); t/c PVNL re: same (.1). |
| 03/13/02 | JPC | 215.00 | 8.50 | Conduct document review of all Grace documents relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/13/02 | NDF | 350.00 | 9.30 | Review Grace docs in document repository (6.0); t/c w/ Sakalo, LeClair, Defendants re: scanning and logistics issues (.5); review Key Wachtel Lipton research files produced by Grace (2.8). |
| 03/14/02 | PVL | 560.00 | .40 | Confer TWS re case management (.2); teleconference EI and TWS re same (.2). |
| 03/14/02 | DH | 230.00 | 3.70 | Researching bankruptcy law issues on insolvency and valuation; reading cases |

- 24

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/14/02 | TWS | 425.00 | .30 | TC EI and PVNL re order proposed by PD Committee and PI Committee's alternative proposal |
| 03/14/02 | TWS | 425.00 | 2.20 | Revise retention papers re McKool, Smith |
| 03/14/02 | TWS | 425.00 | .10 | Note to BSH re research on veil-piercing claim |
| 03/14/02 | TWS | 425.00 | .20 | Correspondence to L.LeClair and R.Budd re proposed order and supplemental submission |
| 03/14/02 | TWS | 425.00 | .30 | TCs L.LeClair and R.Budd re update on retention issues and discussions with PD Committee |
| 03/14/02 | TWS | 425.00 | .70 | TC from R.Turken re legal and strategy issues |
| 03/14/02 | TWS | 425.00 | .10 | TC from EI re status |
| 03/14/02 | TWS | 425.00 | .20 | Conf BSH re veil-piercing research |
| 03/14/02 | TWS | 425.00 | 5.90 | Revise Sealed Air complaint |
| 03/14/02 | TWS | 425.00 | .20 | TC EI re order proposed by PD Committee |
| 03/14/02 | BSH | 260.00 | 7.00 | Research scope of section 544(b) |
| 03/14/02 | EI | 675.00 | .40 | T/c TWS re: fraudulent conveyance case issues (.2); t/c TWS/PVNL re: same (.2). |
| 03/14/02 | SME | 135.00 | .10 | Analyze, review and index various pleadings regarding fraudulent conveyance proceedings |
| 03/14/02 | JPC | 215.00 | 8.50 | Conduct document review of all Grace docs relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/14/02 | NDF | 350.00 | 8.80 | Review Grace docs in document repository (5.0); read cases and Key |

| | | | | |
|---|---|---|---|---|
| | | | | Wachtel Lipton research files produced by Grace (3.0); review Sealed Air complaint and make edits (.5); t/c TWS re: Sealed Air complaint (.3). |
| 03/15/02 | PVL | 560.00 | .10 | Confer TWS re fr. conv. case |
| 03/15/02 | DH | 230.00 | 2.20 | Research on SEC case and reading cases |
| 03/15/02 | TWS | 425.00 | .20 | TCs PVNL re discussions between Asbestos Committees |
| 03/15/02 | TWS | 425.00 | .20 | E-mail to LeClair and Sakalo re pleadings |
| 03/15/02 | TWS | 425.00 | .30 | TCs R.Budd |
| 03/15/02 | TWS | 425.00 | .20 | Conf NDF re theories of liability |
| 03/15/02 | TWS | 425.00 | .20 | TCs J.Sakalo re draft pleadings |
| 03/15/02 | TWS | 425.00 | .20 | TC L.LeClair re draft pleadings |
| 03/15/02 | TWS | 425.00 | 4.90 | Draft supplemental submission and proposed order pursuant to McKool retention application |
| 03/15/02 | TWS | 425.00 | .20 | TC L.LeClair re revisions to complaint |
| 03/15/02 | TWS | 425.00 | .20 | Initial briefing of MCH to prepare for document review |
| 03/15/02 | TWS | 425.00 | .10 | Note to PVNL re status and developments |
| 03/15/02 | BSH | 260.00 | .60 | Research scope of section 544(b) |
| 03/15/02 | EI | 675.00 | .50 | T/cs PVNL re: fraudulent conveyance and pid issues. |
| 03/15/02 | MCH | 230.00 | 2.20 | Conference with NDF re: document review (.1); read complaint and other background documents re: 1998 fraud transfer claim (1.9); conference with TWS re: 1998 fraud transfer claim (.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/15/02 | JPC | 215.00 | 2.50 | Working travel from Miami, FL back to D.C., review and analyze documents relating to alleged fraudulent transfers |
| 03/15/02 | JPC | 215.00 | 6.30 | Conduct document review of all Grace docs relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/15/02 | NDF | 350.00 | 3.90 | Review Wachtell memos obtained from Grace doc. repository (1.2); editing and revising written discovery to Grace re: P1 claims (1.3); reading cases and articles from Wachtell files (.9); review Sealed Air complaint and discussion w/TWS re: successor liability claim (.5). |
| 03/16/02 | TWS | 425.00 | 2.70 | Edit Sealed Air complaint |
| 03/16/02 | TWS | 425.00 | .30 | E-mail to R.Turken & L.LeClair re Sealed Air complaint |
| 03/16/02 | TWS | 425.00 | .20 | Read RCT outline of solvency, note to RCT re same (time split among Grace, B&W, and G-I) |
| 03/16/02 | EI | 675.00 | .50 | T/c PVNL re: fraudulent transfer case, etc. |
| 03/16/02 | NDF | 350.00 | 3.90 | Editing and revising written discovery to Grace re: P1 claims (2.5); review Grace key docs produced on 2/8-2/33/02 (1.4). |
| 03/17/02 | TWS | 425.00 | .20 | Conf PVNL re class action issues |
| 03/17/02 | TWS | 425.00 | 1.00 | Edit discovery requests |
| 03/17/02 | MCH | 230.00 | 1.00 | Review NDF's working file and background documents re: research assignment. |
| 03/17/02 | NDF | 350.00 | .90 | Review TWS edits to written P1 discovery and revise same (.4); begin outline of trial strategy memo (.5). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/18/02 | TWS | 425.00 | .10 | Edit Grace discovery letter |
| 03/18/02 | TWS | 425.00 | .20 | TC M.Zaleski re prospective filings |
| 03/18/02 | TWS | 425.00 | .50 | Discuss discovery issue of NDF |
| 03/18/02 | TWS | 425.00 | .20 | TC L.LeClair re draft pleadings |
| 03/18/02 | TWS | 425.00 | .20 | E-mail to/from R.Budd re discussions with PD Committee |
| 03/18/02 | TWS | 425.00 | 2.40 | Prepare alternative draft of retention papers re McKool Smith |
| 03/18/02 | TWS | 425.00 | .20 | Read discovery drafts |
| 03/18/02 | EI | 675.00 | .50 | T/c TWS re: fraudulent conveyance litigation (.2); t/c PVNL re: PD motion issues (.3). |
| 03/18/02 | MCH | 230.00 | .50 | Review background documents to prepare for document review |
| 03/18/02 | JPC | 215.00 | 2.40 | Prepared for second part of Grace document review in Boca Raton, Florida, incl. e-mails to property damage counsel on documents relating to fraudulent transfers, gathering of Grace 10-K's, and review of key documents |
| 03/18/02 | NDF | 350.00 | 3.90 | Review and analyze 10Ks for use in director depositions and case analysis (3.4); revise and edit written discovery re: P1 claims and open judgments (.5). |
| 03/19/02 | PVL | 560.00 | .20 | Conferences TWS re fr. conv. case. |
| 03/19/02 | DRH | 230.00 | 2.50 | Reading cases on valuation; AICPA research, calling AICPA, speaking to technical support library, etc. |
| 03/19/02 | TWS | 425.00 | .30 | Edits to retention papers |
| 03/19/02 | TWS | 425.00 | .20 | Correspondence from R.Budd re discussions with PD Committee |

Case 01-01139-AMC    Doc 2009-3    Filed 05/03/02    Page 7 of 19

- 28 -

| 03/19/02 | TWS | 425.00 | .10 | TC PVNL re status and developments |
| 03/19/02 | TWS | 425.00 | .10 | TC PVNL re claims experts |
| 03/19/02 | TWS | 425.00 | .10 | Consider PD Committee proposal on retention issues |
| 03/19/02 | TWS | 425.00 | .30 | Edit papers re McKool Smith retention |
| 03/19/02 | TWS | 425.00 | .10 | TC from M.Whitten re discovery drafts |
| 03/19/02 | TWS | 425.00 | .20 | TC from J.Ellington re U.S. claims |
| 03/19/02 | TWS | 425.00 | .10 | Conf NDF re discovery drafts |
| 03/19/02 | TWS | 425.00 | .30 | TC L.LeClair re next steps in fraudulent transfer litigation |
| 03/19/02 | TWS | 425.00 | 10 | TC to R.Budd - left message |
| 03/19/02 | TWS | 425.00 | 10 | TC EI re status and developments |
| 03/19/02 | TWS | 425.00 | 10 | TC S.Peters re logistics of filings |
| 03/19/02 | TWS | 425.00 | 10 | Correspondence from R.Budd on discussions with PD Committee |
| 03/19/02 | EI | 675.00 | 20 | Conference R. Budd re: fraudulent transfer case. |
| 03/19/02 | SME | 135.00 | 50 | Assist Jay Sakalo in research regarding other solvency proceedings by compiling and organizing transcripts from relevant hearings and producing them for his review. |
| 03/19/02 | SME | 135.00 | 1.90 | Assist JPC in the review of materials produced by the debtors by analyzing documents in order to create an index of important people involved in the case. |
| 03/19/02 | MCH | 230.00 | 8.50 | Document review |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/19/02 | JPC | 215.00 | 8.50 | Conduct doc review of Grace docs relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/19/02 | NDF | 350.00 | 7.50 | Rev. and analyze Stewart Economics and ARPC docs for use in FT case (3.8); review and analyze 10Ks for use in director depos (1.0); draft memo to EI re: expert tasks (.5); t/c Mark Peterson re: Grace tasks (.3); t/c Mitch Widom re: Grace written discovery (.3); t/c defendants re: doc. issues (.5); t/c LeClair re: case strategy issues (.3); conf. TWS re: McKool retention order (.2); conf. TWS re: Legal rs topics and case strategy (.4); conf. LeClair, TWS re: discovery to EPA (.1); review USA Notice of Interest in FT case (.1). |
| 03/20/02 | PVL | 560.00 | .40 | Confer TWS re case management (.1); review US notice of interest and confer TWS re same (.2); teleconference Zaleski (.1). |
| 03/20/02 | DRH | 230.00 | 1.80 | Researching subsequent insolvency issue |
| 03/20/02 | TWS | 425.00 | .40 | Conf NDF and L.LeClair re assignments and issues for research |
| 03/20/02 | TWS | 425.00 | 10 | E-mail to/from NDF re experts |
| 03/20/02 | TWS | 425.00 | 10 | TC EI re status of litigation |
| 03/20/02 | TWS | 425.00 | 10 | TC Stephanie Peters re proposed filings |
| 03/20/02 | TWS | 425.00 | 10 | TC M.Zaleski re notices and filings |
| 03/20/02 | TWS | 425.00 | 70 | Work on fee estimate |
| 03/20/02 | TWS | 425.00 | 10 | TC PVNL re proposed filings on retention issues |
| 03/20/02 | SME | 135.00 | 4.40 | Assist NDF in the review of materials produced by the debtors by separating |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | documents according to issue and organizing appropriately. |
| 03/20/02 | SME | 135.00 | .80 | Assist JPC in the review of materials produced by the debtors by analyzing documents in order to create an index of important people involved in the case. |
| 03/20/02 | MCH | 230.00 | 8.80 | Document review |
| 03/20/02 | JPC | 215.00 | 8.80 | Conduct doc review of Grace docs relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/20/02 | NDF | 350.00 | .10 | E-mail to TWS re: experts (.1). |
| 03/20/02 | NDF | 350.00 | 4.10 | Rev. and analyze and edit written discovery to Sealed Air (.8); review and analyze written discovery to Cryovac (.2); t/c TWS, LeClair re: rs topics and assignments (.4); rev. key doc. set (BOD minutes and memos for board) (2.7). |
| 03/21/02 | TWS | 425.00 | .20 | Conf NDF re Grace's position on claims data disclosures |
| 03/21/02 | TWS | 425.00 | .40 | TC R.Budd re McKool Smith retention (.3); TC M.Zaleski re draft retention papers (.1) |
| 03/21/02 | TWS | 425.00 | .30 | Conf call L.LeClair, NDF, and counsel to PD Committee re strategy, discovery, and assignments (TWS as absent for approximately first 10 minutes of conference) |
| 03/21/02 | EI | 675.00 | .20 | T/c TWS re: status of fraudulent conveyance litigation. |
| 03/21/02 | SME | 135.00 | 1.90 | Assist NDF in the review of materials produced by the debtors by separating documents according to issue and organizing appropriately. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/21/02 | SME | 135.00 | 2.30 | Assist JPC in the review of materials produced by the debtors by analyzing documents in order to create an index of important people involved in the case. |
| 03/21/02 | MCH | 230.00 | 6.50 | Document review |
| 03/21/02 | JPC | 215.00 | 6.50 | Conduct doc review of Grace docs relating to alleged fraudulent transfers, analyze relevant documents, and take categorized notes on same |
| 03/21/02 | NDF | 350.00 | 3.20 | T/c w/ all counsel re: doc. scanning firm (.6); t/c w/ LeClair re: doc. requests (.4); rev. and edit written discovery (.5); t/c LeClair, Baena, et al re: case strategy, experts, etc (1.7). |
| 03/22/02 | TWS | 425.00 | .40 | Edit proposed letter to court. |
| 03/22/02 | TWS | 425.00 | .10 | Telephone conference with EI and NDF re strategy. |
| 03/22/02 | EI | 675.00 | .30 | T/c NDF/TWS re: fraudulent conveyance case (.2); t/c PVNL re: same (.1). |
| 03/22/02 | SME | 135.00 | 1.20 | Assist JPC in the review of materials produced by the debtors by analyzing documents in order to create an index of important people involved in the case. |
| 03/22/02 | MCH | 230.00 | 2.60 | Discovery conference with Jay Sakalo and Dan Green, copy company re: document organization (1.4); inventory of Grace documents, review documents, preparation of chart re: same (1.2); |
| 03/22/02 | JPC | 215.00 | .40 | Discovery conf. w/Jay Sakalo, Dan Green, Max Heerman and document copy company rep re organization of selected documents and protocol for categorization of documents |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/22/02 | JPC | 215.00 | 1.20 | Inventory Grace document review documents and prepare chart on same |
| 03/22/02 | NDF | 350.00 | 3.60 | Draft ltr to Court re: Fresenius back burner (2.0); draft definition of environmental claim (.5); review final version doc demands (.2); edit ltr to Court re: Fresenius on back burner (.5); t/c Scott Gilbert re: insurance expert (.4). |
| 03/22/02 | NDF | 350.00 | 2.70 | Draft ltr to Court re: Fresenius back burner (2.0); draft definition of environmental claim (.5); rev. final version doc demands (.2). |
| 03/23/02 | PVL | 560.00 | .50 | Review draft McKool retention papers (.3); confer TWS re same (.2). |
| 03/23/02 | EI | 675.00 | 1.00 | Reviewed draft letter re: fraudulent conveyance trial and t/c to NDF re: same. |
| 03/24/02 | EI | 675.00 | .20 | T/c PVNL re: fraudulent conveyance case trial counsel status. |
| 03/24/02 | JPC | 215.00 | .40 | Telephone conf. w/NDF re Grace discovery, deposition timeline, and list of potential deponents |
| 03/24/02 | NDF | 350.00 | .50 | Edit ltr to Court in light of EI comments (.5). |
| 03/25/02 | PVL | 560.00 | 2.10 | Teleconference Wohlforth (.1); teleconference Baena (.4); confer NDF (.1); review email from Budd et al. (.2); teleconference J. Wolin, Wohlforth, Baena and NDF (.5); conferences NDF and TWS (.1); teleconference EI and NDF (.1); teleconference LeClair and NDF (.4); teleconference Budd and NDF (.2). |
| 03/25/02 | DRH | 230.00 | 2.00 | Research on bankruptcy issues; meeting with NDF |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/25/02 | EI | 675.00 | 30 | T/c PVNL re: fraudulent conveyance trial counsel issues (.2); conference P. Weitz re: same (.1). |
| 03/25/02 | SME | 135.00 | 5.20 | Assist in the review of materials produced by Wachtell, Lipton regarding the fraudulent transfer case by adding information about additional documents to the previously created index and organizing materials appropriately. |
| 03/25/02 | JPC | 215.00 | .70 | Review Grace document review summary categorization chart and elicit names for expanding list of potential deponents |
| 03/25/02 | JPC | 215.00 | .20 | Conf. w/RCS re document discovery and summation specifics for scanning co. |
| 03/25/02 | JPC | 215.00 | .70 | Begin expansion of Grace fraudulent transfers "cast of characters" and formulate corresponding directory per NDF's request |
| 03/25/02 | JPC | 215.00 | .30 | Correspond w/property damage counsel in Grace matter re document review category chart and cast of characters |
| 03/25/02 | JPC | 215.00 | 6.00 | Review, analyze, organize, and take notes on Grace fraudulent transfers "key docs" as instructed by NDF |
| 03/25/02 | NDF | 350.00 | 2.00 | Draft memo re: tasks to accomplish (.5); conf. PVNL, Court re: LeClair retention (.5); t/c PVNL, EI re: LeClair retention (.2); t/c PVNL, Russell Buss re: LeClair retention (.3); conf. TWS re: case issues (.2); revise and edit ltr to Court (.3). |
| 03/26/02 | PVL | 560.00 | 20 | Conference with NDF. |
| 03/26/02 | DRH | 230.00 | 4.10 | Researching existing liability cases; reviewing case law and treaties |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/26/02 | EI | 675.00 | .40 | T/c Budd re: fraudulent conveyance case (.2); t/c PVNL re: same (.1); t/c NDF re: same (.1). |
| 03/26/02 | SME | 135.00 | .20 | Assist in the review of materials produced by the Wachtell Lipton firm in the fraudulent transfer case by adding additional documents to the previously created index and organizing relevant materials accordingly. |
| 03/26/02 | JPC | 215.00 | 5.40 | Continue review, analysis of Grace fraudulent transfers key docs set and outline notes on same |
| 03/26/02 | JPC | 215.00 | 2.10 | Continue drafting prospective deponents chart and directory pursuant to analysis of key docs set |
| 03/26/02 | JPC | 215.00 | .30 | Conf. w/NDF re litigation timeline and lead counsel strategy |
| 03/26/02 | NDF | 350.00 | 2.20 | Prepare for (.4) and conf call w/ Peterson and Relles re: expert tasks (.8); review BOD docs re: asbestos liability estimates (.7); conf. PVNL re: experts to retain in Grace (.3). |
| 03/27/02 | PVL | 560.00 | .70 | Teleconference EI re 3/28 hearing (.1); teleconference Zaleski re same (.2); confer NDF re same (.3); prepare for same (.1). |
| 03/27/02 | DRH | 230.00 | 2.20 | Reading cases on insolvency |
| 03/27/02 | SME | 135.00 | 1.90 | Assist in the review of materials produced by the Wachtell Lipton firm in the fraudulent transfer case by adding additional documents to the previously created index and organizing relevant materials accordingly. |
| 03/27/02 | SME | 135.00 | 1.10 | Assist JPC in the review of documents produced by the debtors in the |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | fraudulent transfer litigation by analyzing relevant documents in order to compile an index of important people involved in the transfers. |
| 03/27/02 | JPC | 215.00 | 40 | Conf. w/NDF re 1997 Asbestos liability estimation report and corresponding ltr, e-mails re same |
| 03/27/02 | JPC | 215.00 | 1.10 | Review May 1997 KPMG estimation report and August 1997 estimation summary |
| 03/27/02 | JPC | 215.00 | 2.20 | Continue drafting Grace cast of potential deponents directory |
| 03/27/02 | JPC | 215.00 | 1.00 | Research and compare asbestos liability estimation numbers on various KPMG reports thru 1997 |
| 03/27/02 | JPC | 215.00 | 2.10 | Continue review and analysis of Grace fraudulent transfer key docs set |
| 03/27/02 | JPC | 215.00 | 1.30 | Edit and revise cast of characters list and draft e-mail update on same per NDF |
| 03/27/02 | NDF | 350.00 | 2.10 | Reviewing key docs re: asbestos liability for selecting depo exhibits and targets (2.1). |
| 03/28/02 | PVL | 560.00 | 2.20 | Conference J. Wolin, Wohlforth, Baena, Turken and NDF re fr. conv. case (.9); prep for same (.1); conferences with NDF re same (1.0); teleconference EI re same (.1); teleconference TWS re same (.1). |
| 03/28/02 | EI | 675.00 | 1.00 | Read NDF material (.5); t/c PVNL re: conference with Wolin (.5). |
| 03/28/02 | SME | 135.00 | .90 | Assist in the review of materials produced by the Wachtell Lipton firm in the fraudulent transfer case by adding additional documents to the previously created index and |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | organizing relevant materials accordingly. |
| 03/28/02 | JPC | 215.00 | 5.30 | Continue drafting Grace cast of key characters directory, edit same, and organize by firm involvement |
| 03/28/02 | JPC | 215.00 | .70 | Revise and update memo w/Grace key cast of characters as supplement to directory |
| 03/28/02 | NDF | 350.00 | 1.40 | Conf. w/ Judge Wolin, PVNL, Baena, Turken (.9); conf. PVNL re: status conf. w/ Judge Wolin, other case issues (.5). |
| 03/29/02 | PVL | 560.00 | .70 | Teleconference EI and confer JWD re hearing (.1); review 2 orders (.1); teleconference LeClair and NDF (.3); confer NDF (.2). |
| 03/29/02 | EI | 675.00 | 10 | T/c F. McGovern re: fraudulent transfer case. |
| 03/29/02 | NDF | 350.00 | 1.70 | Draft report to Committee re: mtg w/ Judge Wolin (1.5); t/c PVNL and LeClair (.2). |
| 03/30/02 | DRH | 230.00 | 1.70 | Reading bankruptcy cases |
| 03/31/02 | NDF | 350.00 | 50 | Review list of key witnesses prepared by JPC (.5). |

**Total Task Code .34        413.10**


### Non-Working Travel Time (58.80 Hours; $ 9,596.25)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 10.20 | $280.00 | 2,856.00 |
| Trevor W. Swett | 4.30 | $212.50 | 913.75 |
| Nathan D. Finch | 14.50 | $175.00 | 2,537.50 |
| Max C. Heerman | 11.40 | $115.00 | 1,311.00 |

- 37

| John P. Cunningham | 18.40 | $107.50 | 1,978.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
|  |  |  | 2.50 | Travel to Miami for meeting with L.LeClair and PD Comm. lawyers |
| 03/05/02 | NDF | 175.00 | 1.00 | Non working travel time (1.0). |
| 03/06/02 | TWS | 212.50 | 1.80 | Travel to D.C. |
| 03/06/02 | NDF | 175.00 | 2.00 | Non working travel time (2.) |
| 03/12/02 | JPC | 107.50 | 3.00 | Non-working travel time |
| 03/12/02 | NDF | 75.00 | 2.50 | Non working travel time (2.5). |
| 03/14/02 | NDF | 75.00 | 2.50 | Non working travel time (2.5). |
| 03/15/02 | JPC | 107.50 | 4.00 | Non-working travel Miami to D.C. |
| 03/18/02 | PVL | 280.00 | 3.90 | Travel to and from Wilmington for hearing. |
| 03/18/02 | MCH | 115.00 | 5.90 | Non-working travel |
| 03/18/02 | JPC | 107.50 | 5.90 | Non-working travel from D.C. to Miami and Boca Raton for fraudulent transfers document review |
| 03/22/02 | MCH | 115.00 | 5.50 | Non-working travel |
| 03/22/02 | JPC | 107.50 | 5.50 | Non-working travel from Boca Raton to Miami, and then from Miami to Washington, DC |
| 03/28/02 | PVL | 280.00 | 6.30 | Round trip travel from DC to Newark. |
| 03/28/02 | NDF | 175.00 | 6.50 | Non working travel time (6.5) |

**Total Task Code .35**       **58.80**

## Retention of Professionals (10.80 Hours; $ 4,633.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .60 | $560 | 336.00 |
| Trevor W. Swett | 9.90 | $425 | 4,207.50 |
| Rita C. Tobin | .30 | $300 | 90.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/02 | TWS | | 4.10 | Work on LeClair retention papers |
| 03/07/02 | TWS | 425.00 | .20 | TC PVNL re LeClair retention papers |
| 03/08/02 | PVL | 560.00 | .50 | Review draft supplemental statement and order re McKool retention (.2); confer TWS re same (.1); teleconference Zaleski re same (.2). |
| 03/08/02 | TWS | 425.00 | .20 | TC PVNL re budgeting and retention orders for fraudulent transfer litigation |
| 03/08/02 | TWS | 425.00 | .20 | Revise retention papers re fraudulent transfer litigation |
| 03/14/02 | RCT | 300.00 | .10 | Telecon with M. Hearman, telecon with M. Zaleski, review local pro hac vice appointments. |
| 03/15/02 | RCT | 300.00 | .20 | Conference with ES re: Warren motion. |
| 03/22/02 | TWS | 425.00 | .60 | Work on Mckool retention. |
| 03/22/02 | TWS | 425.00 | .20 | Correspondance to R. Budd re McKool retention. |
| 03/22/02 | TWS | 425.00 | 1.50 | Revise McKerl retention papers. |
| 03/23/02 | TWS | 425.00 | .10 | E-mail to M. Zaleski re filing of retention papers. |
| 03/23/02 | TWS | 425.00 | .10 | Telephone conference with L. LeClair re finalizing retention papers. |

| 03/23/02 | TWS | 425.00 | .20 | Correspondance to R. Budd re discussions with P.D. Committee on McKool retention. |
| 03/23/02 | TWS | 425.00 | 1.60 | Further revisions to retention papers. |
| 03/23/02 | TWS | 425.00 | .30 | Conference with PVNL re draft submissions on Mckool retention. |
| 03/25/02 | TWS | 425.00 | .20 | Telephone conferences with NDF and PVNL re developments pertaining to Mckool retention. |
| 03/26/02 | TWS | 425.00 | .20 | Telephone conference with PVNL re update on McKool retention. |
| 03/26/02 | TWS | 425.00 | .20 | Telephone conference with L. LeClair. |
| 03/29/02 | PVL | 560.00 | 10 | Review Cooke supplemental affidavit. |

**Total Task Code .40       10.80**


**Stay Litigation (Section 362)(.40 Hours; $ 164.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Beth S. Heleman | .20 | $260 | 52.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/08/02 | PVL |  | 10 | Review Gerard lift stay reply. |
| 03/13/02 | PVL | 560.00 | .10 | Review Kellogg lift stay motion. |
| 03/18/02 | BSH | 260.00 | .20 | Review debtors' opposition to motion to annul stay |

**Total Task Code .41       .40**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,642.00 |
| Air Freight & Express Mail | 427.21 |
| Database Research | 4,502.49 |
| Long Distance Telephone - Equitrac In-House | 87.89 |
| Meals Related to Travel | 925.92 |
| NYO Long Distance Telephone | 4.81 |
| Outside Duplication Service | 4,194.26 |
| Postage | 7.89 |
| Telecopier | 16.95 |
| Travel Expenses – Ground Transportation | 1,550.81 |
| Travel Expenses – Hotel Charges | 2,367.38 |
| Travel Expenses – LD Calls on Hotel Bill | 233.33 |
| Travel Expenses – Miscellaneous | 39.62 |
| Duplicating | <u>1,718.55</u> |
| Total: | $ 21,719.11 |