# EXHIBIT B

## Asbestos: Claims Analysis & Valuations (4.2 Hours; $ 712.00)

Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .02            4.2**


## Asbestos: Claims Litigation (16.4 Hours; $ 7,101.50)

Services rendered in this category relate to the litigation concerning the validity and payment of claim.

**Total Task Code .03            16.4**


## Asbestos: Co-Def Issues & Bankruptcies (3.8 Hours; $ 1,498.00)

Services rendered in this category pertain to issues involving asbestos co-defendants, including those co-defendants that are presently in bankruptcy.

**Total Task Code .04            3.8**


## Asbestos: Settlement Matters (2.7 Hours; $ 1,512.00)

Services rendered in this category pertain to the analysis of and response to asbestos claim settlements involving the debtors.

**Total Task Code .05            2.7**


## Bankruptcy Litigation (Preferences & Avoidance Actions ) (.5 Hours; $280.00)

Services rendered in this category pertain to the analysis of and response to preference and avoidance matters involving the debtors' their subsidiaries and other entities.

**Total Task Code .11            .5**

## Business Analysis (primarily for accountants & financial advisors) (.1 Hours; $56.00)

Services rendered in this category pertain to analysis of the financial statements and projections and other financial analyses of the debtors and their subsidiaries.

**Total Task Code .12            1**

## Case Administration (195.0 Hours; $ 53,917.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14            195.0**

## Committee Matters & Creditor Mtgs (7.0 Hours; $ 2,151.50)

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17            7.0**

## Compensation of Professionals (Fee Applications of self & others) (19.7 Hours; $ 4,694.50)

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18**

## Litigation (Non-bankruptcy/General) (1.0 Hours; $ 412.50)

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .32**

### Litigation/Fraudulent Conveyance (570.4 Hours; $ 173,611.00)

Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .34          570.4**

### Non-Working Travel Time (86.3 Hours; $ 17,353.75)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35**

### Preparation for and Attendance at Hrgs (3.4 Hours; $ 1,904.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .37          3.4**

### Retention of Professionals (11.6 Hours; $ 5,068.00)

Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .40**

### Stay Litigation (Section 362) (1.0 Hours; $ 500.00)

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .41          .0**

## Former Categories and Task Codes (January time)

### Claims Administration and Objections (2.0 hours; 964.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Former Task Code .05**


### Fee/Employment Applications  (3.4 hours; $768.00)

Services rendered in this category pertain to the preparation and review of the fee and employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Former Task Code .07**


### Litigation  (12.7 hours; $6,296.50)

Services rendered in this category pertain to the litigation of adversary actions against Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Former Task Code .10**


### Plan & Disclosure (.1 hours; $56.00)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Former Task Code .11        .1**


### Docket Review (23.9 hours; $3,196.50)

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Former Task Code .17**