**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2002 THROUGH MARCH 31, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July 2001 | $100,755.00 | $8,195.21 | | $80,604.00 | $8,195.21 | $20,151.00 |
| October 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| | | | | | | |
| Total | $338,266.50 | $25,487.89 | | $270,613.20 | $25,487.89 | $67,653.30 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Mar 2002 Hours | Mar 2002 Value | Cumulative Jan to Mar., 2002 Hours | Cumulative Jan to Mar., 2001 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .0 | $ .00 | 1.0 | $ 406.00 |
| Business Operations | .0 | $ .00 | .0 | $ .00 | .1 | $ 50.00 |
| Claims Administration & Objections | .0 | $ .00 | 2.0 | $ 964.50 | 33.8 | $ 13,639.00 |
| Employee Benefits/Pensions | .0 | $ .00 | .0 | $ .00 | 4.8 | $ 2,400.00 |
| Fee/Employment Applications | .0 | $ .00 | 3.4 | $ 768.00 | 50.0 | $ 12,283.00 |
| Fee/Employment Objections | .0 | $ .00 | .0 | $ .00 | .4 | $ 158.00 |
| Litigation | .0 | $ .00 | 12.7 | $ 6,296.50 | 458.9 | $ 143,294.00 |
| Plan and Disclosure Statement | .0 | $ .00 | .1 | $ 56.00 | 1.9 | $ 713.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Relief from Stay Proceedings | .0 | $ .00 | .0 | $ .00 | .7 | $ 350.00 |
| Tax Issues | .0 | $ .00 | 0 | $ .00 | 4.3 | $ 1,569.50 |
| Committee Meetings/ Conferences | .0 | $ .00 | .0 | | 45.7 | $ 23, |
| Docket Review & Control | .0 | $ .00 | 23.9 | $ 3,196.50 | 279.9 | $ 34,207.50 |
| Asbestos: Claims Analysis & Valuations | 4.2 | $ 712.00 | 4.2 | $ 712.00 | 4.2 | $ 712.00 |
| Asbestos: Claims Litigation | 12.1 | $ 5,526.00 | 16.4 | $ 7,101.50 | 16.4 | $ 7,101.50 |
| Asbestos: Co-Def Issues & Bankruptcies | 3.6 | $ 1,413.00 | 3.8 | $ 1,498.00 | 3.8 | $ 1,498.00 |
| Asbestos: Settlement Matters | .0 | $ .00 | 2.7 | $ ,512.00 | 2.7 | $ 1,512.00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | .0 | $ .00 | .5 | $ 280.00 | .5 | $ 280.00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | $ .00 | .1 | $ 56.00 | | $ 56.00 |
| Case Administration | 73.1 | $ 14,178.50 | 195.0 | $ 53,917.00 | 505.6 | $ 164,691.50 |
| Committee Matters & Creditor Mtgs | 4.6 | $ 692.50 | 7.0 | $2,151.50 | | $ 2,151.50 |
| Compensation of Professionals (Fee Applications of self & others) | 10.7 | $ 2,694.00 | 19.7 | $ 4,694.50 | 19.7 | $ 4,694.50 |
| Litigation (Non-bankruptcy/General) | 1.0 | $ 412.50 | 1.0 | $ 412.50 | 1.0 | $ 412.50 |
| Litigation/Fraudulent Conveyance | 413.1 | $124,815.00 | 570.4 | $173,611.00 | 570.4 | $173,611.00 |
| Non-Working Travel | 58.8 | $ 9,596.25 | 86.3 | $ 17,353.75 | 112.3 | $ 23,726.75 |
| Preparation for & Attendance at hrs | .0 | $ .00 | 3.4 | $ 1,904.00 | 3.4 | $ 1,904.00 |
| Retention of Professionals | 10.8 | $ 4,633.50 | 11.6 | $ 5,068.00 | 11.6 | $ 5,068.00 |
| Stay Litigation (Section 362) | .4 | $ 164.00 | 1.0 | $ 500.00 | 1.0 | $ 500.00 |
| Totals | 592.4 | $164,837.25 | 965.2 | $282,053.25 | 2,141.2 | $620,319.75 |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/02 – 3/31/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 6,452.76 | $ 15,821.56 |
| Research Material | 67.66 | 75.66 |
| Air Freight & Express Mail | 513.69 | 1,781.06 |
| Outside Local Deliveries | 24.03 | 32.04 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | .00 | 241.44 |
| Outside Photocopy Service | 4,194.26 | 4,225.35 |
| Miscellaneous Client Advances | 160.00 | 605.57 |
| Air & Train Transportation | 7,090.50 | 12,073.33 |
| Meals Related to Travel | 990.13 | 1,064.36 |
| Travel Expenses – Hotel Charges | 2,721.26 | 2,882.18 |
| Travel Expenses – Ground Transportation | 1,878.14 | 2,071.14 |
| Travel Expenses – Miscellaneous | 39.62 | 39.62 |
| Travel Expenses – LD Calls on Hotel Bill | 275.78 | 275.78 |
| Local Transportation - DC | .00 | .00 |
| Local Transportation – NY | .00 | 144.14 |
| Xeroxing | 2,967.45 | 9,610.95 |
| Postage | 21.51 | 91.82 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 58.95 | 520.50 |
| Long Distance –Credit Card | .00 | 699.99 |
| Long Distance Telephone - DC | 147.50 | 701.21 |
| NYO Long Distance Telephone | 12.22 | 118.22 |
| Use of Cell/Home Phone | .00 | 27.43 |
| TOTAL | $ 27,615.46 | $ 53,103.35 |