IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Mark C. Goldenberg and Elizabeth V. Heller of Goldenberg, Miller, Heller & Antognoli, P.C. and hereby notifies the court and all counsel of record in this case of the undersigned's change of address:

>Mark C. Goldenberg & Elizabeth V. Heller
>Goldenberg, Miller, Heller & Antognoli, P.C.
>2227 S. State Route 157, P.O. Box 959
>Edwardsville, IL 62025
>Telephone: (618) 656-5150   Fax: (618) 656-6230

GOLDENBERG, MILLER, HELLER
& ANTOGNOLI, P.C.

By: _____
Mark C. Goldenberg #00990221
Elizabeth V. Heller #6207038
2227 South State Route 157, P.O. Box 959
Edwardsville, IL 62025
(618) 656-5150

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded by first-class mail, postage prepaid on this 30th day of April, 2002, to:

Kirkland & Ellis
David M. Bernick
James H.M. Sprayregen
Andrew R. Running
Janet Baer
200 East Randolph Drive

Reed Smith LLP
James J. Restivo, Jr.
Paul M. Singer
435 Sixth Avenue
Pittsburgh, PA 15219

Pachulski, Stang, Ziehl, Young & Jones PC
Laura Davis Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

*Elizabeth V. Heller* [signature]