**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*: | ) | **Chapter 11** |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Case Nos. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    **PLEASE SUBSTITUTE** the undersigned as attorney for **Gamma Holding, NV,** in the above-captioned case and all of the adversary proceedings related thereto, and withdraw the appearance of Smith, Katzenstein & Furlow, LLP, as attorneys for **Gamma Holding, NV:**

    Selinda A. Melnik, Esquire
    **Buchanan Ingersoll, P.C.**
    Chase Manhattan Centre
    1201 North Market Street, Suite 1501
    Wilmington, DE  19801

Date:  May 6, 2002
        Wilmington, DE        **BUCHANAN INGERSOLL
                                      PROFESSIONAL CORPORATION**

                    By:    /s/ Selinda A. Melnik
                          Selinda A. Melnik, Esq. (Bar I.D. #4032)
                          Chase Manhattan Centre
                          1201 North Market Street, Suite 1501
                          Wilmington, DE  19801
                          Telephone:  (302) 428-5554
                          Telecopy:  (302) 428-3996
                          EMail: SAMelnik@aol.com

                          **Attorney for Gamma Holding, NV**