## **CERTIFICATE OF SERVICE**

    I, Selinda A. Melnik, hereby certify that on this **6th** day of **May, 2002**, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel* to be served by first-class mail upon the individuals indicated on the 2002 Service List annexed hereto.

                                      /s/ Selinda A. Melnik
                                      Selinda A. Melnik (#4032)