IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al. | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) | Hearing Date: TBD |
| _____ | ) ) | **Ref: Docket No. 1963** |

## NOTICE OF APPEAL

The Official Committee of Asbestos Property Damage Claimants, pursuant to 28 U.S.C. §158(a), and Bankruptcy Rule 8003, appeals from the Order as to all Non-Asbestos Claims, Asbestos Property Damage Claims, and Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms and (III) Approving Notice Program [Docket No. 1963] (the "Bar Date Order") entered in these cases on April 25, 2002, being Docket No. 1963.

The names of all parties to the Bar Date Order appealed from and the names and addresses of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| W.R. Grace & Co. – Debtors | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801<br><br>-and- |

|  |  |
|---|---|
|  | James H.M. Sprayregen, Esq.<br>James W. Kapp, III, Esq.<br>Kirkland & Ellis<br>200 East Randloph Drive<br>Chicago, IL 60601 |
| Official Committee of Unsecured<br>Creditors | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street. Suite 1200<br>Wilmington, DE 19801<br><br>-and-<br><br>Lewis Kruger, Esq.<br>Stroock, Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038 |
| Official Committee of Asbestos<br>Personal Injury Claimants | Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>1201 N. Market Street, 15th Floor<br>Wilmington, DE 19801<br><br>-and-<br><br>Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| Official Committee of Equity<br>Holders | Teresa K.D. Currier, Esq.<br>Klett, Rooney, Leber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br><br>-and-<br><br>Philip Bentley, Esq.<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 |

| | |
|---|---|
| Office of the United States Trustee | Frank J. Perch, III, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |

BILZIN SUMBERG DUNN BAENA
  PRICE & AXELROD LLP

Scott L. Baena (admitted pro hac vice)
Jay M. Sakalo (admitted pro hac vice)
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555

/s/Theodore J. Tacconelli
Michael B. Joseph
(Del. Bar No. 392)
Theodore J. Tacconelli
(Del. Bar No. 2678)

Counsel for the Official Committee of Asbestos
Property Damage Claimants

Dated: May 6, 2002

\73190\14075\ 557158 v 1