**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

FILED
2002 MAY -6 PM 1: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| W. R. GRACE & CO., | * | |
| | * | Case No. 01-01139 JKF |
| | * | Chapter 11 |
| Debtor(s). | * | |
| Edythe Kellogg, | * | **Hearing Date: June 18, 2002** |
| | * | **Hearing Time: 1:00 p.m.** |
| Movant, | * | **Objections Due: June 10, 2002** |
| | * | **by 4:00 p.m.** |
| v. | * | |
| W. R. Grace & Co., | * | |
| Respondent. | * | |

## NOTICE OF MOTION

TO:   See Service List attached to Certificate of Service.

Edythe Kellogg has filed a Motion for Reconsideration which seeks the following relief:

Petitioner, Edythe Kellogg moves the Court for reconsideration of the Motion to Annul the Automatic Stay on the basis that she agrees to waive payment of the first $250,000 of any award in the pending litigation. Petitioner requests to be allowed to proceed with the pending lawsuit in California against the driver of the vehicle and W. R. Grace limiting, however, her recovery to the insurance proceeds available after first deducting the first $250,000 of any such award or settlement.

You are required to file a response to the attached motion **on or before JUNE 10, 2002 BY 4:00 P.M.**

At the same time, you must also serve a copy of the response upon Movant's attorney:

Patrick Scanlon, Esquire
Law Offices of Patrick Scanlon, P.A.
203 NE Front Street, Suite 101
Milford, DE 19963

HEARING ON THE MOTION WILL BE HELD ON **JUNE 18, 2002 AT 1:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
Attorney for Movant
203 NE Front Street, Suite 101
Milford, Delaware 19963

DATED: 5-2-02

P:\dwb\kellogg-notice-reconsideration.frm

# CERTIFICATE OF SERVICE

STATE OF DELAWARE )
                         ) SS.
COUNTY OF KENT     )

**BE IT REMEMBERED** that on this 2nd day of May, A.D., 2002, personally appeared before me, Darlene W. Blythe, who after being duly sworn by me according to law did depose and say that she did personally mail on May 2, 2002 copies of the within NOTICE OF Motion for Reconsideration to the following:

TO:    SEE SERVICE LIST ATTACHED.

*Darlene W. Blythe*
Darlene W. Blythe

**SWORN TO AND SUBSCRIBED** before me the day, month and year first above written.

_____
NOTARY PUBLIC

PATRICK SCANLON
Attorney at Law with
Power to act as Notary Public
per 29 Del. C. § 4323 (a) (3)

**SERVICE LIST**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste. 700
Wilmington, DE 19899

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas M. Mayer, Esquire
Kramer, Levin, Naftails & Frankel LLP
919 Third Avenue
New York, NY 10022