# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Case No. 01-1139 through 01-11200(JKF) |
| W.R. GRACE & CO., et al, | : Jointly Administered |
| et al., | : Chapter 11 |
| | : |
| Debtors. | : |

## NOTICE OF WITHDRAWAL OF MOTION OF UNION TANK CAR COMPANY FOR AN ORDER TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE REGARDING[DOCKET NO. 1961]

**PLEASE** take notice that the **Motion of Union Tank Car Company for an Order to Compel Assumption or Rejection of Unexpired Lease** is hereby withdrawn.

Dated: May 8, 2002

**WALSH MONZACK AND MONACO, P.A.**

_____
RACHEL B. MERSKEY(#2049)
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Document #: 12218