IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002
<u>RE: DOCKET NO. 1888</u>**

On April 1, 2002, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Holders, filed its Monthly Application for Compensation and Reimbursement of Disbursements (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on April 22, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court. Kramer Levin, however, did receive an informal response from the U.S. Trustee's office regarding summaries of daily time records that were inadvertently excluded from the Application. On April 10, 2002, Kramer Levin filed a supplemental Exhibit D to the Application, which contained the daily time record summaries.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001 (the "Order"), the Debtors are authorized to pay Kramer Levin $29,106.00 which represents eighty percent (80%) of the fees, and

$2,894.44, which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                KLETT ROONEY LIEBER & SCHORLING
                A Professional Corporation

By: _____
       Teresa K.D. Currier (No. 3080)
       Jeffrey R. Waxman (No. 4159)
       The Brandywine Building
       1000 West St. - Suite 1410
       Wilmington, DE 19801

                      - and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, NY 10022
(212) 715-9100


Counsel to the Official Committee of Equity Holders

Dated: May 8, 2002