**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered)<br>**Objection Deadline: May 28, 2002 @ 4:00 p.m.** |

**FIFTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | March 1, 2002 through March 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,755.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,565.66 |

This is a(n): _x_ interim ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:32911.1

Prior Applications:

| **Date Filed and Docket No.** | **Period Covered** | **Requested Fees/ Expenses** | **Approved Fees/ Expenses** | **Docket No.** |
|---|---|---|---|---|
| December 28, 2001<br>1426 | October 26 through<br>November 30, 2001 | $5,518.00<br>$2,028.76 | $4,414.40<br>$2,028.76 | 1541 |
| January 25, 2002<br>1548 | December 1 through<br>December 31, 2001 | $4,119.50<br>$ 940.67 | $3,295.60<br>$ 940.67 | 1689 |
| February 26, 2002<br>1720 | January 1 through<br>January 31, 2002 | $11,494.00<br>$1,275.80 | $9,195.20<br>$1,275.80 | 1836 |
| April 3, 2002<br>1895 | February 1 through<br>February 28, 2002 | $7,784.50<br>$882.79 | $6,227.60<br>$882.79 | 1984 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**MARCH 1, 2002 THROUGH MARCH 31, 2002**

| **Name, Position, Year Admitted** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|
| Teresa K.D. Currier<br>Shareholder (1992) | $395.00 | 5.8 | $2,291.00 |
| Jeffrey R. Waxman<br>Associate (2001) | $160.00 | 15.2 | $2,432.00 |
| Victoria Dye<br>Paralegal | $120.00 | 19.9 | $2,388.00 |
| Raelena Taylor<br>Paralegal | $120.00 | 1.9 | $ 228.00 |
| Loren Matzke | $ 80.00 | 1.5 | $ 120.00 |
| Maryann M. Zickgraf | $ 80.00 | 3.7 | $ 296.00 |
| **TOTAL** | | **48.0** | **$7,755.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**MARCH 1, 2002 THROUGH MARCH 31, 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | .8 | $ 316.00 |
| Case Administration | 25.3 | $3,619.00 |
| Claims Administration & Objs. | 1.2 | $ 380.00 |
| Fee/Employment Applications | 16.1 | $1,952.00 |
| Meetings of Creditors | 4.6 | $1,488.00 |
| **TOTAL** | **48.0** | **$7,755.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**MARCH 1, 2002 THROUGH MARCH 31, 2002**

| Expense Category | Vendor (if applicable) | Total Expenses |
|---|---|---|
| Telecopy | | $ 29.02 |
| Photocopies | | $ 571.95 |
| Messenger Services (Courier) | Parcels, Inc. | $ 52.50 |
| Messenger Services (Courier) | Tristate Courier & Carriage | $ 45.00 |
| Outside Duplicating Services | Delaware Document Imaging | $ 836.61 |
| Postage | | $ 7.41 |
| Overnight Mail | Federal Express | $ 23.17 |
| **TOTAL** | | **$1,565.66** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: ______________________________
Teresa K. D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Dated: May 8, 2002

Co-Counsel to the Official Committee of Equity Holders

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-004
INVOICE : 136465

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/07/02 | TC | REVIEWED MONTHLY OPERATING REPORTS. | .40 |
| 03/18/02 | TC | BRIEFLY REVIEWED MONTHLY OPERATING REPORTS | .40 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 395.00 | .80 | 316.00 |
| TOTALS | | .80 | 316.00 |

TOTAL FEES : 316.00

TOTAL DUE : 316.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-005
INVOICE : 136466

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/01/02 | VJD | REVIEW DATABASE IN SUMMATION, CALENDAR OMNIBUS HEARING DATES AND QUARTERLY FEE APP. DATES, REVIEW DOCKET FOR MISSING ENTRIES | .70 |
| 03/04/02 | JRW | OBTAIN AND REVIEW RECENTLY FILED PLEADINGS AND ORDERS | .40 |
| 03/04/02 | VJD | IMPORT DOCKET UPDATES INTO SUMMATION; CHECK FOR DUPLICATE AND MISSING ENTRIES | 1.50 |
| 03/04/02 | VJD | PULL UP DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 03/05/02 | RTT | REVIEW AND ORGANIZE PLEADINGS FILES | .10 |
| 03/07/02 | JRW | CONFERENCE WITH TKDCURRIER RE: RECEIPT OF FEE APPLICATIONS BY COMMITTEE MEMBERS (.1); TELEPHONE CALL TO TDYE RE: SAME (.1) | .20 |
| 03/08/02 | JRW | REVIEW DRAFT LETTER TO UST RE: COMMITTEE MEMBERSHIP | .10 |
| 03/08/02 | RTT | REORGANIZED PLEASDINGS(FILE MAINTENANCE) | .40 |
| 03/09/02 | JRW | OBTAIN AND REVIEW RECENT DOCKET ENTRIES INCLUDING THE US' OBJECTION TO THE PROPOSED ZONALITE POC FORM; ZONALITE'S OBJECTION TO | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**40th Floor, One Oxford Centre**
**Pittsburgh, Pennsylvania 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-005
INVOICE : 136466

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/11/02 | JRW | CONFERENCE WITH TKDCURRIER RE: DISTRIBUTION OF FEE APPLICATIONS (.2); REVISE LETTER RE: SAME (.1) | .30 |
| 03/11/02 | RTT | REVIEW AND REORGANIZE PLEADINGS FILES | .20 |
| 03/11/02 | VJD | REVIEW AND PRINT DOCKET UPDATES FROM CM/ECF SYSTEM AND IMPORT INTO SUMMATION | .40 |
| 03/12/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 03/13/02 | JRW | REVIEW RECENT DOCKET ENTRIES, INCLUDING MOTION FOR CLASS PROOF OF CLAIM AND ORDER RE: FRAUDULENT CONVEYANCE ACTION | .40 |
| 03/13/02 | VJD | REVIEW SUMMATION DATABASE IN DOCKET NUMBER ORDER AND REVIEW FOR MISSING DOCKET ENTRIES; IMPORT MISSING DOCKET ENTRIES INTO SUMMATION | 1.20 |
| 03/14/02 | RTT | FILE MAINTENANCE | .30 |
| 03/14/02 | TC | CALL WITH GARY BECKER TO COORDINATE FOR HEARING MONDAY | .20 |
| 03/14/02 | TC | REVIEWED AGENDA NOTICE OF MATTERS SCHEDULED FOR HEARING MONDAY 3/18 | .40 |
| 03/14/02 | VJD | PULL DOWN DOCUMENTS FROM CM/ECF SYSTEM; ORGANIZE PLEADINGS FOR HEARING 3/18/02 | 2.50 |
| 03/15/02 | JRW | PREPARE FOR MARCH 18, 2002 HEARING | .20 |
| 03/15/02 | JRW | PREPARE FOR MARCH 18, 2002 HEARING | 1.70 |
| 03/15/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .10 |
| 03/15/02 | L M | REVIEW PLEADINGS AND PREPARE HEARING FOLDERS. (1.3) DISCUSS WITH JEFF WAXMAN (.2) | 1.50 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-005
INVOICE : 136466

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/15/02 | MMZ | ACCESS PACER AND DOWNLOAD DOCKET (0.3); REVIEW OF NUMEROUS PLEADINGS AND ORGANIZATION OF SAME (1.2); UPDATING OF DOCKET (0.9). | 2.40 |
| 03/18/02 | JRW | ATTEND HEARING | 4.70 |
| 03/18/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 03/18/02 | JRW | MEMO FROM GBECKER RE: CASE AND ISSUE STATUS | .10 |
| 03/18/02 | VJD | RETRIEVE DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 03/19/02 | JRW | DRAFT AND REVISE MEMO RE: MARCH 18, 2002 HEARING | 1.60 |
| 03/21/02 | JRW | OBTAIN AND REVIEW LETTER RE: MOTION IN RESPONSE TO LETTER TO CLARIFY MOTION TO DISMISS (.1); REVIEW RECENT DOCKET ENTRIES (.1) | .20 |
| 03/21/02 | JRW | REVIEW RECENTLY FILED PLEADINGS | .10 |
| 03/21/02 | TC | REVIEWED MEMORANDUM TO COMMITTEE RE RECENT HEARING BEFORE JUDGE FITZGERALD | .40 |
| 03/22/02 | RTT | REVIEW SERVICE LIST UPDATED TRUSTEE'S ADDRESS | .20 |
| 03/22/02 | RTT | FILE MAINTENANCE | .30 |
| 03/22/02 | RTT | REVIEW SEVERAL NOTICE OF APPEARANCES AND UPDATE SERVICE LIST | .40 |
| 03/26/02 | VJD | RETRIEVE DOCKET UPDATES FROM CM/ECF SYSTEM | .20 |
| 03/27/02 | JRW | REVIEW RECENTLY FILED PLEADINGS | .40 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-005
INVOICE : 136466

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: CASE ADMINISTRATION

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 11.60 | 1856.00 |
| L MATZKE | 80.00 | 1.50 | 120.00 |
| M M ZICKGRAF | 80.00 | 2.40 | 192.00 |
| R T TAYLOR | 120.00 | 1.90 | 228.00 |
| T CURRIER | 395.00 | 1.00 | 395.00 |
| V J DYE | 120.00 | 6.90 | 828.00 |
| TOTALS | | 25.30 | 3619.00 |

TOTAL FEES : 3,619.00

TOTAL DUE : 3,619.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-006
INVOICE : 136467

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/13/02 | TC | REVIEWED ZONOLITE CLAIMANTS' MOTION TO FILE A CLASS PROOF OF CLAIM | .50 |
| 03/14/02 | TC | REVIEWED LETTER TO JUDGE FITZGERALD RE ZONOLITE PROOF OF CLAIM ISSUES | .30 |
| 03/18/02 | JRW | OBTAIN AND REVIEW DEBTORS' REPLIES TO OBJECTIONS TO CLAIM FORM | .40 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .40 | 64.00 |
| T CURRIER | 395.00 | .80 | 316.00 |
| TOTALS | | 1.20 | 380.00 |

TOTAL FEES : 380.00

TOTAL DUE : 380.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**40th Floor, One Oxford Centre**
**Pittsburgh, Pennsylvania 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-008
INVOICE : 136468

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/06/02 | JRW | REVIEW DOCKET FOR OBJECTIONS TO APPLICATION FOR REIMBURSEMENT OF COMMITTEE MEMBERS AND REVISE ORDER | .10 |
| 03/08/02 | JRW | EMAIL FROM VDYE RE: FEE APPLICATIONS (.1); DRAFT LETTER TO COMMITTEE MEMBERS RE: FEE APPLICATIONS (.3) | .40 |
| 03/08/02 | VJD | REVIEW DOCKET AND FEE APPLICATIONS AND PREPARE CHART SUMMARIZING FEES AND EXPENSES REQUESTED BY VARIOUS COUNSEL | 2.90 |
| 03/10/02 | JRW | REVIEW FEE APPLICATIONS OF KIRKLAND & ELLIS, CAMPBELL & LEVINE, CAPLAN & DRYSDALE, L. TERSIGNI CONSULTING | .40 |
| 03/18/02 | JRW | REVIEW FEE APPLICATION OF FTI POLICANO & MANZO, CASNER & EDWARDS, AND QUARTERLY FEE APPLICATIONS | .20 |
| 03/19/02 | JRW | TELEPHONE CALL FROM VDYE RE: ENTRY OF AMENDED ADMINISTRATIVE ORDER | .10 |
| 03/19/02 | JRW | REVIEW DOCKET AND CNO RE: THIRD FEE APPLICATION OF KRLS | .10 |
| 03/19/02 | MMZ | REVIEW OF DOCKET RE OBJECTIONS TO KRL&S 3RD FEE APP. (0.3); PREPARATION FOR AND ELECTRONICALLY FILE CNO RE KRL&S 3RD FEE APP. (0.3); SERVICE OF SAME (0.2). | .80 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-008
INVOICE : 136468

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: FEE/EMPLOYMENT APPLICATIONS

| | | |
|---|---|---|
| 03/19/02 VJD | PREPARE CERTIFICATION OF NO OBJECTION TO THIRD MONTHLY FEE APPLICATION; REVIEW DOCKET FOR INFORMATION INCLUDED IN SAME; CALL WITH J. WAXMAN REGARDING SAME | 1.20 |
| 03/19/02 VJD | PREPARE EXHIBITS TO KRLS FOURTH MONTHLY FEE APPLICATION | 2.60 |
| 03/19/02 VJD | PREPARE KRLS FEE APPLICATION | 2.20 |
| 03/20/02 VJD | PREPARE EXHIBITS TO FOURTH MONTHLY FEE APPLICATION; PREPARE FOURTH MONTHLY FEE APPLICATION AND NOTICE OF APPLICATION | 2.60 |
| 03/20/02 VJD | PHONE CALL WITH J. WAXMAN REGARDING NEW PROCEDURES FOR FEE APPLICATIONS OUTLINED IN HIS MEMO OF 3/18/02 HEARING | .20 |
| 03/21/02 JRW | REVIEW DOCKET AND CNO RE: KRAMER LEVIN FEE APPLICATION (.2); TELEPHONE CALLS TO AND FROM GBECKER RE: SAME (.1) | .30 |
| 03/21/02 MMZ | REVIEW OF COURT'S DOCKET RE OBJECTIONS TO KRAMER LEVIN JAN. 2002 FEE APPLICATION (0.3); DRAFTING OF CNO RE SAME (0.2). | .50 |
| 03/21/02 VJD | REVISE AND FINALIZE FOURTH MONTHLY FEE APPLICATION OF KRLS AND NOTICE OF SAME; E-MAIL TO J. WAXMAN | 1.30 |
| 03/29/02 JRW | REVIEW AND REVISE KRLS FOURTH FEE APPLICATION | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-008
INVOICE : 136468

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: FEE/EMPLOYMENT APPLICATIONS

T I M E  S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 1.80 | 288.00 |
| M M ZICKGRAF | 80.00 | 1.30 | 104.00 |
| V J DYE | 120.00 | 13.00 | 1560.00 |
| TOTALS | | 16.10 | 1952.00 |

TOTAL FEES : 1,952.00

TOTAL DUE : 1,952.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**40th Floor, One Oxford Centre**
**Pittsburgh, Pennsylvania 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-012
INVOICE : 136469

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/06/02 | TC | REVIEWED AGENDA FOR MEETING | .20 |
| 03/07/02 | JRW | COMMITTEE CONFERENCE CALL | 1.40 |
| 03/07/02 | TC | ATTENDED COMMITTEE MEETING | 1.40 |
| 03/08/02 | TC | DRAFTED LETTER RE COMMITTEE ORGANIZATIONAL ISSUES | .80 |
| 03/11/02 | TC | REVIEWED REVISED LETTER TO USTRUSTEE | .20 |
| 03/11/02 | TC | CALL WITH PHIL BENTLEY RE LETTER TO USTRUSTEE | .20 |
| 03/21/02 | TC | REVIEWED REPORT TO COMMITTEE OF MARCH 18 HEARING HIGHLIGHTS | .40 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 1.40 | 224.00 |
| T CURRIER | 395.00 | 3.20 | 1264.00 |
| TOTALS | | 4.60 | 1488.00 |

TOTAL FEES : 1,488.00

TOTAL DUE : 1,488.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-001
INVOICE : 136464

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: IN RE: W.R. GRACE & CO., ET AL.

| | DESCRIPTION OF EXPENSE ADVANCES | | AMOUNT |
|---|---|---|---|
| 03/06/02 | TELECOPY EXPENSES | 1.58 | |
| 03/06/02 | REPRODUCTION OF DOCUMENTS | .60 | |
| 03/07/02 | MESSENGER SERVICES - INV 11002 - PARCELS, INC.-D D R | 45.00 | |
| 03/07/02 | MESSENGER SERVICES - INV 10926 - PARCELS, INC.-D D R | 7.50 | |
| 03/08/02 | REPRODUCTION OF DOCUMENTS | 397.20 | |
| 03/12/02 | REPRODUCTION OF DOCUMENTS | .30 | |
| 03/12/02 | REPRODUCTION OF DOCUMENTS | .30 | |
| 03/13/02 | DUPLICATING SERVICES - DELAWARE DOCUMENT IMAGING | 138.94 | |
| 03/13/02 | UPLICATING SERVICES - DELAWARE DOCUMENT IMAGING | 613.36 | |
| 03/14/02 | REPRODUCTION OF DOCUMENTS | .75 | |
| 03/14/02 | REPRODUCTION OF DOCUMENTS | 76.95 | |
| 03/14/02 | TELECOPY EXPENSES | 9.54 | |
| 03/14/02 | REPRODUCTION OF DOCUMENTS | 57.15 | |
| 03/18/02 | REPRODUCTION OF DOCUMENTS | .90 | |
| 03/19/02 | REPRODUCTION OF DOCUMENTS | 13.05 | |
| 03/20/02 | FEDERAL EXPRESS - 4-152-09289 - FEDERAL EXPRESS CORPORATION | 23.17 | |
| 03/20/02 | DUPLICATING SERVICES - DELAWARE DOCUMENT IMAGING | 84.31 | |
| 03/20/02 | MESSENGER SERVICES - 100 - TRISTATE COURIER & CARRIAGE | 45.00 | |
| 03/25/02 | REPRODUCTION OF DOCUMENTS | 13.20 | |
| 03/25/02 | REPRODUCTION OF DOCUMENTS | 10.35 | |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 3, 2002
MATTER : W9600-001
INVOICE : 136464

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/02 T C

RE: IN RE: W.R. GRACE & CO., ET AL.

| Date | Description | Amount |
|---|---|---|
| 03/25/02 | EXPRESS/CERTIFIED MAIL | 7.41 |
| 03/28/02 | TELECOPY EXPENSES | 2.49 |
| 03/28/02 | REPRODUCTION OF DOCUMENTS | 1.20 |
| 03/28/02 | TELECOPY EXPENSES | 2.47 |
| 03/28/02 | TELECOPY EXPENSES | 2.47 |
| 03/28/02 | TELECOPY EXPENSES | 2.54 |
| 03/28/02 | TELECOPY EXPENSES | 2.55 |
| 03/28/02 | TELECOPY EXPENSES | 2.65 |
| 03/28/02 | TELECOPY EXPENSES | 2.73 |

TOTAL EXPENSE ADVANCES : 1,565.66

TOTAL DUE : 1,565.66