IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br>Objection Deadline: May 28, 2002 @ 4:00 p.m. |

**EIGHTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | July 18, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | March 1, 2002 through March 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $32,575.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $2,107.64 |

This is a(n):    _x_ interim    ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:32950.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses |
|---|---|---|---|
| October 1, 2001 980 | July 18, 2001 - August 31, 2001 | $65,523.50 $ 5,530.83 | $52,418.80 $ 5,530.83 |
| October 30, 2001 1043 | September 1, 2001- September 30, 2001 | $33,218.50 $ 5,975.07 | $26,574.80 $ 5,975.07 |
| November 30, 2001 1283 | October 1, 2001 - October 31, 2001 | $26,585.00 $ 1,663.89 | $21,268.00 $ 1,663.89 |
| December 28, 2001 1428 | November 1, 2001 - November 30, 2001 | $20,099.00 $ 3,031.62 | $16,079.20 $ 3,031.62 |
| January 25, 2002 1549 | December 1, 2001 - December 31, 2001 | $32,467.50 $ 2,338.23 | $25,974.00 $ 2,338.23 |
| February 28, 2002 1734 | January 1, 2002 - January 31, 2002 | $23,807.50 $ 1,961.58 | $19,046.00 $ 1,961.58 |
| April 1, 2002 1888 | February 1, 2002 - February 28, 2002 | $36,382.50 $ 2,894.44 | $29,106.00 $ 2,894.44 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $475.00 | 35.3 | $16,767.50 |
| Mayer, Thomas Moers | $590.00 | 1.5 | $    885.00 |
| Eilender, Patricia P. | $390.00 | .5 | $    195.00 |
| Becker, Gary M. | $400.00 | 25.4 | $10,160.00 |
| Mangual, Kathleen | $175.00 | 21.3 | $ 3,727.50 |
| Kornblum, Shoshanah | $175.00 | 4.8 | $    840.00 |
| TOTAL | | 88.8 | $32,575.00 |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 34.2 | $ 8,760.00 |
| Committee & Creditor Correspondence | 8.9 | $ 4,167.50 |
| Fee/Employment Applications | 6.0 | $ 1,470.00 |
| Asbestos Claim Issues | 39.7 | $18,177.50 |
| **TOTAL** | **88.8** | **$32,575.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

| Expense Category | Total Expenses |
|---|---|
| Telecopier | $ 11.00 |
| Photocopies | $ 228.00 |
| Manuscript Service | $ 450.00 |
| Research Services | $ 140.00 |
| Postage | $ 2.98 |
| Long Distance Telephone | $ 2.96 |
| Westlaw On-Line Research | $ 30.34 |
| Lexis/Nexis On-Line Research | $ 158.75 |
| Messenger Service | $ 14.10 |
| Legal Search Fees | $ 13.53 |
| Corp. Doc. & Mat. | $ 8.66 |
| Cab Fares | $ 204.73 |
| Meals | $ 59.50 |
| Out-of-Town Travel | $ 783.09 |
| **TOTAL** | **$2,107.64** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: May 8, 2002

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.10 | 475.00 | 47.50 |
| BECKER, GARY M. | CR | 12.20 | 400.00 | 4,880.00 |
| MANGUAL, KATHLEEN | CR | 17.10 | 175.00 | 2,992.50 |
| KORNBLUM, SHOSHANAH | CR | 4.80 | 175.00 | 840.00 |
| | Subtotal | 34.20 | $ | 8,760.00 |

### COMMITTEE & CREDITOR CORRESPONDENCE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 4.30 | 475.00 | 2,042.50 |
| MAYER, THOMAS MOERS | CR | 1.50 | 590.00 | 885.00 |
| BECKER, GARY M. | CR | 3.10 | 400.00 | 1,240.00 |
| | Subtotal | 8.90 | $ | 4,167.50 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CR | 1.60 | 400.00 | 640.00 |
| MANGUAL, KATHLEEN | CR | 4.20 | 175.00 | 735.00 |
| | Subtotal | 6.00 | $ | 1,470.00 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 30.70 | 475.00 | 14,582.50 |
| EILENDER, PATRICIA P. | LIT. | 0.50 | 390.00 | 195.00 |
| BECKER, GARY M. | CR | 8.50 | 400.00 | 3,400.00 |
| | Subtotal | 39.70 | $ | 18,177.50 |
| | Total | 88.80 | $ | 32,575.00 |

KL4:2049140.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 35.30 | 475.00 | 16,767.50 |
| MAYER, THOMAS MOERS | CR | 1.50 | 590.00 | 885.00 |
| EILENDER, PATRICIA P. | LIT. | 0.50 | 390.00 | 195.00 |
| BECKER, GARY M. | CR | 25.40 | 400.00 | 10,160.00 |
| MANGUAL, KATHLEEN | CR | 21.30 | 175.00 | 3,727.50 |
| KORNBLUM, SHOSHANAH | CR | 4.80 | 175.00 | 840.00 |
| | Total | 88.80 | | $32,575.00 |

KL4:2049140.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $11.00 |
| PHOTOCOPYING | 228.00 |
| MANUSCRIPT SERVICE | 450.00 |
| RESEARCH SERVICES | 140.00 |
| POSTAGE | 2.98 |
| LONG-DISTANCE TEL. | 2.96 |
| WESTLAW ON - LINE RESEARCH | 30.34 |
| LEXIS / NEXIS ON -LINE RESEARCH | 158.75 |
| MESSENGER SERVICE | 14.10 |
| LEGAL SEARCH FEES | 13.53 |
| CORP. DOC.& MAT. | 8.66 |
| CAB FARES | 204.73 |
| MEALS | 59.50 |
| OUT-OF-TOWN TRAVEL | 783.09 |
| Subtotal | $2,107.64 |

KL4:2049140.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | $5.50 |
| PHOTOCOPYING | 121.60 |
| Subtotal | $127.10 |