```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    1
Run Date & Time: 05/01/2002 15:17:31                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:
-----------------------------

                                                      PRE-BILLING SUMMARY REPORT

                                      FEES                                                        COSTS
                                      ----                                                        -----
      UNBILLED TIME FROM:  01/01/1901                   TO: 03/31/2002
      UNBILLED DISB FROM:  01/01/1901                   TO: 03/31/2002

                                                                                  THRU DATE:           03/31/2002
      GROSS BILLABLE AMOUNT:                  32,575.00                                                  2,107.64
      AMOUNT WRITTEN DOWN:
                                PREMIUM:
                     ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                         AMOUNT BILLED:
                             THRU DATE:
      CLOSE MATTER/FINAL BILLING?  YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                                        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
      BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
                                         --------------------------                                 --------------
               FEES:              109,297.70        UNIDENTIFIED RECEIPTS:         0.00
      DISBURSEMENTS:                5,002.08            PAID FEE RETAINER:         0.00
        FEE RETAINER:                   0.00           PAID DISB RETAINER:         0.00
       DISB RETAINER:                   0.00         TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:              114,299.78              TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
       DATE OF LAST BILL:          04/30/02              LAST PAYMENT DATE:         04/26/02
       LAST BILL NUMBER:             350555           FEES BILLED TO DATE:       270,658.50
       LAST BILL THRU DATE:        03/31/02  FEES WRITTEN OFF TO DATE:          66,753.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
      (1) Exceeded Fixed Fee            (6) Summer Associate
      (2) Late Time & Costs Posted      (7) Fixed Fee
      (3) Pre-arranged Discount         (8) Premium
      (4) Excessive Legal Time          (9) Rounding
      (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
Run Date & Time: 05/01/2002 15:17:35                                                        *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

         B I L L E D    T I M E    S U M M A R Y                  -------------------  Total  -----------------
Emp Id   Employee Name                     Group                  Oldest      Latest           Billed
                                                                                               Hours      Amount

02495    BENTLEY, PHILIP                   PARTNER                03/01/02    03/27/02         35.30      16,767.50
03976    MAYER, THOMAS MOERS               PARTNER                03/07/02    03/07/02          1.50         885.00
03932    EILENDER, PATRICIA P.             ASSOCIATE              03/12/02    03/12/02          0.50         195.00
05292    BECKER, GARY M.                   ASSOCIATE              03/04/02    03/28/02         25.40      10,160.00
05208    MANGUAL, KATHLEEN                 PARALEGAL              03/01/02    03/29/02         21.30       3,727.50
05452    KORNBLUM, SHOSHANAH               PARALEGAL              03/06/02    03/12/02          4.80         840.00

                        Total:                                                                 88.80      32,575.00

         B I L L E D    C O S T S    S U M M A R Y                Oldest      Latest Billed
Code     Description                                              Entry       Entry           Total
                                                                                              Amount

0815     TELECOPIER                                               03/12/02    03/21/02          11.00
0820     PHOTOCOPYING                                             02/28/02    03/26/02         228.00
0840     MANUSCRIPT SERVICE                                       03/01/02    03/26/02         450.00
0841     RESEARCH SERVICES                                        03/08/02    03/22/02         140.00
0880     POSTAGE                                                  03/18/02    03/18/02           2.98
0885     LONG-DISTANCE TEL.                                       03/12/02    03/28/02           2.96
0917     WESTLAW ON - LINE RESEARCH                               03/11/02    03/22/02          30.34
0921     LEXIS / NEXIS ON -LINE RESEAR                            02/26/02    02/26/02         158.75
0930     MESSENGER/COURIER                                        03/28/02    03/29/02          14.10
0935     LEGAL SEARCH FEES                                        03/06/02    03/06/02          13.53
0936     CORP. DOC. & MAT.                                        03/06/02    03/06/02           8.66
0940     CAB FARES                                                03/22/02    03/27/02         204.73
0942     MEALS/IN-HOUSE                                           03/26/02    03/26/02          49.00
0943     IN-HOUSE/MEALS                                           03/06/02    03/06/02          10.50
0950     OUT-OF-TOWN TRAVEL                                       03/07/02    03/22/02         783.09

                        Total                                                                2,107.64


         B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:35)
                                       --------  Billed  --------     Applied    ---- Collections ----     Balance
Bill Date Thru Date  Bill#             Fee & OA        Disbursement   From OA    Total          Date       Due

09/28/01  08/31/01   339400            60,166.00       5,439.63                  52,500.93   11/30/01      13,104.70
10/29/01  09/30/01   341359            33,143.50       5,945.49                  32,445.29   12/18/01       6,643.70
11/29/01  10/31/01   342994            26,585.00       1,663.89                  22,931.89   01/22/02       5,317.00
12/27/01  11/30/01   344503            20,099.00       3,031.62                  19,110.82   03/05/02       4,019.80
01/18/02  12/31/01   345477            32,467.50       2,338.23                  28,312.23   03/22/02       6,493.50
01/31/02  12/31/01   346114                  .00             .00                        .00                      .00
02/27/02  01/31/02   347311            23,807.50       1,961.58                  21,007.58   04/26/02       4,761.50
03/27/02  02/28/02   348979            36,382.50       2,894.44                                            39,276.94
04/30/02  03/31/02   350555            32,575.00       2,107.64                        .00                34,682.64

                        Grand Total                                                                       34,682.64
                                                                                                       ===========
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE       1
Run Date & Time: 05/01/2002 15:17:29               *PRIVILEGED AND CONFIDENTIAL*

                                                                                                     Proforma Number:  1518345
Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975   Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status   : ACTIVE

Special Billing Instructions:

----------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT

                                                      FEES                     COSTS
                                                     ------                   ------
              UNBILLED TIME FROM:  03/01/2002    TO:    03/29/2002
              UNBILLED DISB FROM:  02/26/2002    TO:    03/28/2002

GROSS BILLABLE AMOUNT:                               8,760.00                   876.36
AMOUNT WRITTEN DOWN:
              PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
         THRU DATE:                                  03/29/2002                 03/28/2002
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------
                                                ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                                                --------------------------                --------------
                 FEES:           15,280.00             UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:           1,785.72             PAID FEE RETAINER:        0.00
         FEE RETAINER:                0.00             PAID DISB RETAINER:       0.00
         DISB RETAINER:               0.00             TOTAL AVAILABLE FUNDS:    0.00
      TOTAL OUTSTANDING:          17,065.72
                                                       TRUST BALANCE:

                                               BILLING HISTORY
                                               ---------------
           DATE OF LAST BILL:    04/30/02            LAST PAYMENT DATE:                  04/26/02
           LAST BILL NUMBER:     350555              FEES BILLED TO DATE:               99,703.50
           LAST BILL THRU DATE:  03/31/02            FEES WRITTEN OFF TO DATE:          46,379.00

                         Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:  (1) Exceeded Fixed Fee           (6) Summer Associate
                     (2) Late Time & Costs Posted     (7) Fixed Fee
                     (3) Pre-arranged Discount        (8) Premium
                     (4) Excessive Legal Time         (9) Rounding
                     (5) Business Development        (10) Client Arrangement

BILL NUMBER:                      DATE OF BILL:               Processed by:                  FRC:            CRC:
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
Run Date & Time: 05/01/2002 15:17:29                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00001                                                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status    : ACTIVE

       B I L L E D   T I M E   S U M M A R Y  ------------------- Total ---------------
Emp Id Employee Name              Group                        Oldest       Latest      Billed Hours    Amount

02495  BENTLEY, PHILIP            PARTNER                     03/12/02     03/21/02           0.10      47.50
05292  BECKER, GARY M.            ASSOCIATE                   03/04/02     03/28/02          12.20   4,880.00
05208  MANGUAL, KATHLEEN          PARALEGAL                   03/01/02     03/29/02          17.10   2,992.50
05452  KORNBLUM, SHOSHANAH        PARALEGAL                   03/06/02     03/12/02           4.80     840.00

                                                                               Total:       34.20   8,760.00

Sub-Total Hours :    0.10 Partners        0.00 Counsels        12.20 Associates    21.90 Legal Assts    0.00 Others

       B I L L E D   C O S T S   S U M M A R Y  ----------- Total Billed -----------
Code   Description                                            Oldest       Latest          Total
                                                              Entry        Entry           Amount

0815   TELECOPIER                                             03/12/02     03/21/02           6.00
0820   PHOTOCOPYING                                           03/06/02     03/15/02          82.35
0840   MANUSCRIPT SERVICE                                     03/06/02     03/19/02          33.00
0841   RESEARCH SERVICES                                      03/08/02     03/08/02          21.00
0880   POSTAGE                                                03/18/02     03/18/02           2.98
0885   LONG-DISTANCE TEL.                                     03/13/02     03/28/02           2.37
0921   LEXIS / NEXIS ON -LINE RESEAR                          02/26/02     02/26/02         158.75
0930   MESSENGER/COURIER                                      03/28/02     03/28/02          10.40
0935   LEGAL SEARCH FEES                                      03/06/02     03/06/02          13.53
0936   CORP. DOC.& MAT.                                       03/06/02     03/06/02           8.66
0940   CAB FARES                                              03/22/02     03/22/02          20.90
0943   IN-HOUSE/MEALS                                         03/06/02     03/06/02          10.50
0950   OUT-OF-TOWN TRAVEL                                     03/19/02     03/22/02         505.92

                                                                        Total              876.36

                                                                        Grand Total      9,636.36
                                                                                       ===========

       B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:29)
                                                     -------- Billed --------   Applied    ------- Collections -------    Balance
Bill Date Thru Date Bill#      Fee & OA     Disbursement    From OA     Total                                Date         Due

09/28/01  08/31/01  339400     35,884.50       4,154.07                                     40,038.57     11/30/01
10/29/01  09/30/01  341359     15,920.50       1,491.63                                     17,412.13     12/18/01
11/29/01  10/31/01  342994     10,001.50       1,059.00                                     11,060.50     01/22/02
12/27/01  11/30/01  344503      9,230.00       1,455.48                                     10,685.48     03/05/02
01/18/02  12/31/01  345477      8,017.00       1,134.54                                      9,151.54     03/22/02
01/31/02  07/31/01  346114           .00             .00                                           .00
01/31/02  12/31/01  345477           .00             .00                                           .00
02/27/02  01/31/02  347311      5,370.00       1,638.70                                      7,008.70     04/26/02
03/27/02  02/28/02  348979      6,520.00         909.36                                                                  7,429.36
04/30/02  03/31/02  350555      8,760.00         876.36                                                                  9,636.36
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    3
Run Date & Time: 05/01/2002 15:17:29

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975    Proforma Number:  1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:29)
                                  ------- Billed --------    ---- Applied ---- Collections ----   Balance
Bill Date Thru Date  Bill#        Fee & OA   Disbursement    From OA    Total           Date       Due

             Total:              99,703.50      12,719.14              95,356.92                 17,065.72
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE    4
Run Date & Time: 05/01/2002 15:17:29

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:    1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 03/01/02 | update index, correspondence and calendar (2.0) | 2.00 | 350.00 | 4055454 | 03/11/02 |
| BECKER, GARY M. | 03/04/02 | Review and distribute newly filed pleadings (0.7); conf. with P. Bentley re Case Management Order and other case issues (0.3). | 1.00 | 400.00 | 4048597 | 03/07/02 |
| MANGUAL, KATHLEEN | 03/04/02 | review docket and correspondence for purpose of obtaining dates (.50); update calendar to reflect hearings, meeting and objection deadlines (.80). | 1.30 | 227.50 | 4056562 | 03/12/02 |
| BECKER, GARY M. | 03/05/02 | Prepare for and telephone conference with other parties re fraudulent conveyance litigation (0.9); review cases re class proof of claim issue (0.8). | 1.70 | 680.00 | 4048847 | 03/07/02 |
| BECKER, GARY M. | 03/06/02 | Screen all newly filed pleadings (0.6); review documents produced by debtor relative to fraudulent conveyance issues (2.0). | 2.60 | 1,040.00 | 4052770 | 03/08/02 |
| MANGUAL, KATHLEEN | 03/06/02 | review pleadings w/ para for updating index purposes (.40) | 0.40 | 70.00 | 4056563 | 03/12/02 |
| KORNBLUM, SHOSHANAH | 03/06/02 | Review docket per K. Mangual for purpose of updating Legal Pleadings Index (1.3); Update Index for same (1.7) | 3.00 | 525.00 | 4056631 | 03/12/02 |
| MANGUAL, KATHLEEN | 03/07/02 | review docket per GB for committee hearing (.40); organization of document production re: fraudulent conveyance, preparation of such to have sent to records (1.5); organization of correspondence (.60) | 2.50 | 437.50 | 4056564 | 03/12/02 |
| BECKER, GARY M. | 03/11/02 | Review newly received pleadings (0.3). | 0.30 | 120.00 | 4065390 | 03/15/02 |
| MANGUAL, KATHLEEN | 03/11/02 | preparation of fraudulent conveyance documents to send to records (.60) | 0.60 | 105.00 | 4065771 | 03/15/02 |
| KORNBLUM, SHOSHANAH | 03/11/02 | Retrieval of legal pleadings from Delaware Court website per K. Mangual (1.3) | 1.30 | 227.50 | 4069013 | 03/19/02 |
| BECKER, GARY M. | 03/12/02 | Conf. with P. Bentley re class proof of claim issues (0.5). | 0.50 | 200.00 | 4065382 | 03/15/02 |
| KORNBLUM, SHOSHANAH | 03/12/02 | Retrieval of Legal Pleadings from DE Court website per K. Mangual (.5) | 0.50 | 87.50 | 4069010 | 03/19/02 |
| MANGUAL, KATHLEEN | 03/13/02 | Several doc pull via pacer per P.Bentley (1.5) | 1.50 | 262.50 | 4064796 | 03/14/02 |
| BECKER, GARY M. | 03/13/02 | Review motion for ZAI class proof of claim (0.5); review letters re fraudulent conveyance discovery. | 0.70 | 280.00 | 4065385 | 03/15/02 |
| MANGUAL, KATHLEEN | 03/14/02 | Doc retrieval of David Segal Letter and Statement of Unsecured Creditors per P.B., review cert of service (.40); preparation of fax to ZAI re: service of papers (.10) | 0.50 | 87.50 | 4064797 | 03/14/02 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE      5
Run Date & Time: 05/01/2002 15:17:29                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:  1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/14/02 | Conf. with P. Bentley re various case issues (0.5).; review newly filed pleadings (0.4).; call local counsel re 3/18 hearing (0.2). | 1.10 | 440.00 | 4068923 | 03/19/02 |
| MANGUAL, KATHLEEN | 03/15/02 | review of docket per PB re: debtors omnibus reply to proof of claim (.40) vm to para at Kirkland re: same (.10) | 0.50 | 87.50 | 4069397 | 03/20/02 |
| BECKER, GARY M. | 03/15/02 | Conf. with Bentley re various case issues (0.3).; screen various newly filed pleadings (0.5).; direction to K. Mangual re preparations for 3/18 hearing (0.2). | 1.00 | 400.00 | 4069404 | 03/20/02 |
| MANGUAL, KATHLEEN | 03/18/02 | review of hearing agenda and preparation of binder for attny's (1.5) | 1.50 | 262.50 | 4070831 | 03/21/02 |
| BECKER, GARY M. | 03/19/02 | Revise report to Committee (0.5).; conf. with P. Bentley re various case issues (0.4).; screen newly filed pleadings (0.5). | 1.40 | 560.00 | 4075994 | 03/22/02 |
| MANGUAL, KATHLEEN | 03/19/02 | review docket for pertinent pleadings (.70) | 0.70 | 122.50 | 4078502 | 03/25/02 |
| BECKER, GARY M. | 03/20/02 | Screen new pleadings (0.4). | 0.40 | 160.00 | 4081619 | 03/27/02 |
| BECKER, GARY M. | 03/21/02 | Screen newly filed pleadings (0.4).; review memo to committee (0.3). | 0.70 | 280.00 | 4081620 | 03/27/02 |
| MANGUAL, KATHLEEN | 03/21/02 | attend to fax per PB vm (.20); organization of correspondence (.30) | 0.50 | 87.50 | 4092648 | 04/02/02 |
| BENTLEY, PHILIP | 03/21/02 | Review proposed administrative orders. | 0.10 | 47.50 | 4093301 | 04/02/02 |
| BECKER, GARY M. | 03/22/02 | Screen new pleadings (0.5) | 0.50 | 200.00 | 4081031 | 03/26/02 |
| MANGUAL, KATHLEEN | 03/25/02 | retrieval of 2/25 hearing transcript, attend to distribution of same (.30) | 0.30 | 52.50 | 4081020 | 03/26/02 |
| BECKER, GARY M. | 03/28/02 | Review new pleadings (0.3). | 0.30 | 120.00 | 4087193 | 04/01/02 |
| MANGUAL, KATHLEEN | 03/29/02 | organization of professional fee app (.40); online research of docket for pleadings, numbers and dates for purposes of indexing (1.7); updating index (.90); same of such for adv proceedings (1.8) | 4.80 | 840.00 | 4092636 | 04/02/02 |
| | | Fee Total | 34.20 | 8,760.00 | | |

```
B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date |  | Amount | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| TELECOPIER | EILENDER, P P | 03/12/02 | | 2.00 | 54450354 | 03/13/02 |
| 1203454689 | | | | | | |
| 0815 | | | | | | |
| | | Fee Total | | 34.20 | | |
| | | | | 8,760.00 | | |

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    6
Run Date & Time: 05/01/2002 15:17:29
                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:  1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code          Employee            Date        Amount     Index#   Batch No   Batch Date

TELECOPIER       0815
 TELECOPIER
 03454689
  02-428-3180 415-        EILENDER, P P       03/12/02     2.00      5450432  73002      03/13/02
 TELECOPIER
  02-428-3180 415-        MANGUAL, K M        03/21/02     1.00      5470976  73471      03/22/02
                                       0815 TELECOPIER Total :       6.00

PHOTOCOPYING     0820
 PHOTOCOPYING             TRIPP, J            03/06/02     2.25      5438912  72703      03/07/02
 TRIPP JUDITH
 PHOTOCOPYING             TRIPP, J            03/06/02     0.90      5438913  72703      03/07/02
 TRIPP JUDITH
 PHOTOCOPYING             TRIPP, J            03/06/02     0.15      5438914  72703      03/07/02
 MANGUAL KATHLEEN         MANGUAL, K M        03/07/02    55.35      5457651  73277      03/19/02
 PHOTOCOPYING
 BENTLEY PHILIP           BENTLEY, P          03/12/02     1.35      5449841  72999      03/13/02
 PHOTOCOPYING
 BENTLEY PHILIP           BENTLEY, P          03/12/02     1.35      5449842  72999      03/13/02
 PHOTOCOPYING
 BENTLEY PHILIP           BENTLEY, P          03/12/02     0.90      5449843  72999      03/13/02
 MANGUAL KATHLEEN         MANGUAL, K M        03/15/02    20.10      5458638  73279      03/19/02
                                       0820 PHOTOCOPYING Total :    82.35

MANUSCRIPT SERVICE  0840
 MANUSCRIPT SERVICE       TRIPP, J            03/06/02    15.00      5485821  74122      04/02/02
 03/06/2002
 MANUSCRIPT SERVICE       SEAWRIGHT, J        03/19/02    18.00      5461950  73363      03/20/02
 03/19/2002
                                       0840 MANUSCRIPT SERVICE Total :  33.00

RESEARCH SERVICES  0841
 RESEARCH SERVICES        TEMP, LIBRARY,      03/08/02    21.00      5446712  72861      03/11/02
 03/08/2002
                                       0841 RESEARCH SERVICES Total :   21.00

POSTAGE          0880
 POSTAGE                  SNAGGS, S           03/18/02     2.98      5461497  73339      03/20/02
 Hector Cuadrado
                                       0880 POSTAGE Total :          2.98
```

```
alp_132r: Billed Charges Analysis                                                                                                                PAGE    7
Run Date & Time: 05/01/2002 15:17:29

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

       B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee            Date         Amount        Index#    Batch No   Batch Date
---------------------------------             ------------------  ----------   ----------    -------   --------   ----------

LONG-DISTANCE TEL.                0885

  LONG-DISTANCE TEL.                          MANGUAL, K M        03/13/02         0.89      5453750    73076     03/14/02
  302483181
  LONG-DISTANCE TEL.                          MANGUAL, K M        03/15/02         0.89      5459531    73282     03/19/02
  312613412
  LONG-DISTANCE TEL.                          MANGUAL, K M        03/28/02         0.59      5481486    73851     03/29/02
  3025524221

                                                             0885 LONG-DISTANCE TEL. Total :    2.37

LEXIS / NEXIS ON -L               0921

  LEXIS / NEXIS ON -LINE RESEARCH             MANGUAL, K M        02/26/02       158.75      5441648    72767     03/08/02

                                                             0921 LEXIS / NEXIS ON -L Total :  158.75

MESSENGER/COURIER                 0930

  FEDERAL EXPRESS CORPORAT                    MANGUAL, K M        03/28/02        10.40      5484929    74020     04/01/02

                                                             0930 MESSENGER/COURIER Total :    10.40

LEGAL SEARCH FEES                 0935

  GLOBAL SECURITIES INFORM                    PELLETIER, D        03/06/02        13.53      5436812    72660     03/07/02
  LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES
  INFORMATION, IN

                                                             0935 LEGAL SEARCH FEES Total :    13.53

CORP. DOC.& MAT.                  0936

  INTERLIBRARY LOAN                           PELLETIER, D        03/06/02         8.66      5436698    72660     03/07/02
  CORP. DOC.& MAT. - VENDOR-INTERLIBRARY LOAN

                                                             0936 CORP. DOC.& MAT. Total :      8.66

CAB FARES                         0940

  GARY M. BECKER                              BECKER, G M         03/22/02        20.90      5472029    73504     03/22/02
  CAB FARES - VENDOR-GARY M. BECKER-Washington
  Trip-2/24/02-2/25/02

                                                             0940 CAB FARES Total :            20.90

IN-HOUSE/MEALS                    0943

  IN-HOUSE/MEALS                              FINNERTY, C E       03/06/02        10.50      5452179    73031     03/13/02

                                                             0943 IN-HOUSE/MEALS Total :       10.50

OUT-OF-TOWN TRAVEL                0950

  CITICORP DINERS CLUB                        BECKER, G M         03/19/02       -96.00      5459839    73286     03/19/02
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
  CLUB
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE   8
Run Date & Time: 05/01/2002 15:17:29

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:  1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee            Date           Amount      Index#    Batch No   Batch Date

CITICORP DINERS CLUB                         BECKER, G M       03/19/02         240.00      5459857     73286    03/19/02
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
  CLUB 2/4/02 Wilmington
GARY M. BECKER                               BECKER, G M       03/22/02         361.92      5472028     73504    03/22/02
  OUT-OF-TOWN TRAVEL - VENDOR-GARY M.
  BECKER-Washington Trip-2/24/02-2/25/02

                                       0950 OUT-OF-TOWN TRAVEL Total :          505.92


                              Costs Total :                                     876.36
```

```
alp_132r: Billed Charges Analysis                              KRAMER NAFTALIS & FRANKEL LLP                                        PAGE    9
Run Date & Time: 05/01/2002 15:17:29                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   1518345
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

           B I L L E D    T I M E    S U M M A R Y
Employee Name                   Hours        Amount            Bill         W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP                  0.10         47.50
BECKER, GARY M.                 12.20      4,880.00
MANGUAL, KATHLEEN               17.10      2,992.50
KORNBLUM, SHOSHANAH              4.80        840.00
                   Total:      34.20      8,760.00

           B I L L E D    C O S T S    S U M M A R Y
Code Description                            Amount             Bill         W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward

0815 TELECOPIER                                6.00
0820 PHOTOCOPYING                             82.35
0840 MANUSCRIPT SERVICE                       33.00
0841 RESEARCH SERVICES                        21.00
0880 POSTAGE                                   2.98
0885 LONG-DISTANCE TEL.                        2.37
0921 LEXIS / NEXIS ON-LINE R                 158.75
0930 MESSENGER/COURIER                        10.40
0935 LEGAL SEARCH FEES                        13.53
0936 CORP. DOC.& MAT.                          8.66
0940 CAB FARES                                20.90
0943 IN-HOUSE/MEALS                           10.50
0950 OUT-OF-TOWN TRAVEL                      505.92

             Costs Total :                   876.36
```