```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    10
Run Date & Time: 05/01/2002 15:17:29                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:  1518346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:  03/07/2002       TO:  03/20/2002
            UNBILLED DISB FROM:  03/20/2002       TO:  03/27/2002

                                 FEES                    COSTS
                                 ----                    -----
GROSS BILLABLE AMOUNT:        4,167.50                   93.26
AMOUNT WRITTEN DOWN:
       PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
       THRU DATE:            03/20/2002               03/27/2002
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

      FEES:                   8,212.50    UNIDENTIFIED RECEIPTS:   0.00
      DISBURSEMENTS:          1,516.29    PAID FEE RETAINER:       0.00
      FEE RETAINER:               0.00    PAID DISB RETAINER:      0.00
      DISB RETAINER:              0.00    TOTAL AVAILABLE FUNDS:   0.00
      TOTAL OUTSTANDING:      9,728.79    TRUST BALANCE:

                                           BILLING HISTORY
                                           ---------------
      DATE OF LAST BILL:      04/30/02    LAST PAYMENT DATE:       03/22/02
      LAST BILL NUMBER:         350555    FEES BILLED TO DATE:    21,437.50
      LAST BILL THRU DATE:    03/31/02    FEES WRITTEN OFF TO DATE: 15,079.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee                 (6) Summer Associate
   (2) Late Time & Costs Posted           (7) Fixed Fee
   (3) Pre-arranged Discount              (8) Premium
   (4) Excessive Legal Time               (9) Rounding
   (5) Business Development              (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   11
Run Date & Time: 05/01/2002 15:17:29

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS   - 06975       Proforma Number: 1518346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

        B I L L E D   T I M E   S U M M A R Y  ---------------------------- Total Billed ----------------------
Emp Id Employee Name                 Group             Oldest      Latest        Hours              Amount
                                                       ------      ------        -----              ------
02495 BENTLEY, PHILIP                 PARTNER          03/07/02    03/20/02       4.30            2,042.50
03976 MAYER, THOMAS MOERS             PARTNER          03/07/02    03/07/02       1.50              885.00
05292 BECKER, GARY M.                 ASSOCIATE        03/07/02    03/18/02       3.10            1,240.00
                                                                                  ----            --------
              Total:                                                              8.90            4,167.50

Sub-Total Hours :    5.80 Partners      0.00 Counsels      3.10 Associates       0.00 Legal Assts    0.00 Others

        B I L L E D   C O S T S   S U M M A R Y  ------------------------------- Total -------------------
                                           Oldest        Latest                   Total
Code  Description                          Entry         Entry                    Amount
----  -----------                          ------        ------                   ------
0815  TELECOPIER                           03/20/02      03/20/02                    5.00
0820  PHOTOCOPYING                         03/25/02      03/25/02                   21.45
0940  CAB FARES                            03/27/02      03/27/02                   66.81
                                                                                   ------
              Total                                                                 93.26

              Grand Total                                                        4,260.76
                                                                                 ========

        B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:29)
                            ------- Billed -------    Applied   ---- Collections ----              Balance
Bill Date Thru Date  Bill#  Fee & OA    Disbursement  From OA   Total            Date               Due

09/28/01 08/31/01  339400   5,226.00       997.34         .00   6,223.34  11/30/01
10/29/01 09/30/01  341359   1,300.00          .00         .00   1,300.00  12/18/01
11/29/01 10/31/01  342994   3,507.50       434.03         .00   3,941.53  01/22/02
12/27/01 11/30/01  344503   1,080.00       197.20         .00   1,277.20  03/05/02
01/18/02 12/31/01  345477   2,111.50       302.15         .00   2,413.65  03/22/02
01/31/02 07/31/01  346114         .00         .00         .00         .00
02/27/02 01/31/02  347311         .00         .00         .00         .00
03/27/02 02/28/02  348979   4,045.00     1,423.03         .00         .00                          5,468.03
04/30/02 03/31/02  350555   4,167.50        93.26         .00         .00                          4,260.76
                            ---------   ---------   ---------   ---------                         ---------
              Total:       21,437.50     3,447.01         .00  15,155.72                          9,728.79
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   12
Run Date & Time: 05/01/2002 15:17:29                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1518346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE


                B I L L E D   T I M E   D E T A I L

Employee Name              Work Date    Description                                              Hours    Amount      Index#  Batch Date
----------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.            03/07/02     Prepare for and conf. with Equity Committee               1.50      600.00   4052775  03/08/02
                                        (1.5).
BENTLEY, PHILIP            03/07/02     Committee conference call, and discs. TC re               1.40      665.00   4064470  03/14/02
                                        committee issues.
MAYER, THOMAS MOERS        03/07/02     Participate in quarterly call with equity                 1.50      885.00   4066284  03/18/02
                                        committee: pre-call conference P. Bentley
                                        (.1); call with Committee (1.3); post-call with P.
                                        Bentley, T. Weschler. Call concerned primarily
                                        with [a] Zonalite litigation and class proof of
                                        claim, elimination/survival of Zonolite claims,
                                        [b] committee administration.
BECKER, GARY M.            03/08/02     Conf. call re fraudulent conveyance actions               0.80      320.00   4055458  03/11/02
                                        documents production (0.7); conf. with P.
                                        Bentley re various case issues (0.1).
BENTLEY, PHILIP            03/08/02     Review and comment on draft letter re committee           0.40      190.00   4064471  03/14/02
                                        issues, and trade emails re same.
BENTLEY, PHILIP            03/11/02     Discs. TC re committee issues.                            0.20       95.00   4064472  03/14/02
BECKER, GARY M.            03/18/02     prepare status memo re hearing for committee              0.80      320.00   4069405  03/20/02
                                        (0.8).
BENTLEY, PHILIP            03/20/02     Memo to Committee re Monday's hearing.                    2.30    1,092.50   4073158  03/21/02

                                                                         Fee Total                8.90    4,167.50


                B I L L E D   C O S T S   D E T A I L

Description/Code                           Employee                  Date                         Amount   Index#  Batch No Batch Date
----------------------------------------------------------------------------------------------------------------------------------------

TELECOPIER                    0815
     TELECOPIER                            BENTLEY, P                03/20/02                       5.00  5470977    73471  03/22/02
     roadcast to 7 nu

                                                       0815 TELECOPIER Total :                      5.00

PHOTOCOPYING                  0820
     PHOTOCOPYING                          BENTLEY, P                03/25/02                      20.10  5475251    73625  03/26/02
     PHOTOCOPYING                          BENTLEY, P                03/25/02                       1.35  5475250    73625  03/26/02
     PHOTOCOPYING                          BENTLEY, P

                                                       0820 PHOTOCOPYING Total :                   21.45

CAB FARES                     0940
     THE COMPANY CAR                       TRIVENTO, N               03/27/02                      66.81  5479317    73704  03/27/02
     CAB FARES  - VENDOR-THE COMPANY CAR 2/13/02
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    13
Run Date & Time: 05/01/2002 15:17:30

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:   1518346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code          Employee           Date          Amount          Index#    Batch No    Batch Date
--------------------      --------           ----          ------          ------    --------    ----------

                    0940 CAB FARES Total :                   66.81

       Costs Total :                                         93.26
```

```
alp_132r: Billed Charges Analysis                                                                               PAGE    14
Run Date & Time: 05/01/2002 15:17:30

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975      Proforma Number: 1518346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours      Amount       Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP         4.30    2,042.50
MAYER, THOMAS MOERS     1.50      885.00
BECKER, GARY M.         3.10    1,240.00

       Total:           8.90    4,167.50


   B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount       Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------

0815 TELECOPIER                       5.00
0820 PHOTOCOPYING                    21.45
0940 CAB FARES                       66.81

          Costs Total :             93.26
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    15
Run Date & Time: 05/01/2002 15:17:30

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                              Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : BANKR. MOTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------

                                               PRE-BILLING SUMMARY REPORT

                  UNBILLED TIME FROM:                                    TO:
                  UNBILLED DISB FROM:                                    TO:

                                               FEES                      COSTS
                                               ----                      -----
GROSS BILLABLE AMOUNT:                         0.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                         ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

         FEES:                           4,667.50          UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                       0.00         PAID FEE RETAINER:            0.00
         FEE RETAINER:                        0.00         PAID DISB RETAINER:           0.00
         DISB RETAINER:                       0.00         TOTAL AVAILABLE FUNDS:        0.00
         TOTAL OUTSTANDING:              4,667.50          TRUST BALANCE:

                                                     BILLING HISTORY

         DATE OF LAST BILL:              03/27/02          LAST PAYMENT DATE:            04/26/02
         LAST BILL NUMBER:                 348979          FEES BILLED TO DATE:       20,900.00
         LAST BILL THRU DATE:            02/28/02          FEES WRITTEN OFF TO DATE:   1,400.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (6) Summer Associate
         (2) Late Time & Costs Posted    (7) Fixed Fee
         (3) Pre-arranged Discount       (8) Premium
         (4) Excessive Legal Time        (9) Rounding
         (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   16
Run Date & Time: 05/01/2002 15:17:30

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS      - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP  - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/01/02 15:17:30)
                              ------- Billed --------     Applied      --- Collections ---      Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement    From OA      Total         Date       Due
----------- ---------- ------ ----------- ------------    -------      -----         ----       -------
10/29/01    09/30/01   341359    4,209.00         .00                  4,209.00  12/18/01
01/18/02    12/31/01   345477    8,426.00         .00                  8,426.00  03/22/02
02/27/02    01/31/02   347311    3,597.50         .00                  3,597.50  04/26/02
03/27/02    02/28/02   348979    4,667.50         .00                       .00                 4,667.50

Total:                          20,900.00         .00                 16,232.50                 4,667.50
```