```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    17
Run Date & Time: 05/01/2002 15:17:30              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   1518349
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

Special Billing Instructions:

=====================================================================================================================================
                                           PRE-BILLING SUMMARY REPORT
=====================================================================================================================================

        UNBILLED TIME FROM:   03/19/2002           TO:   03/27/2002
        UNBILLED DISB FROM:   03/29/2002           TO:   03/29/2002

                                                FEES                    COSTS
                                                ----                    -----
GROSS BILLABLE AMOUNT:                        1,470.00                   3.70
AMOUNT WRITTEN DOWN:
                    PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                  03/27/2002               03/29/2002
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

_____

                                             ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

    FEES:                                 3,182.50      UNIDENTIFIED RECEIPTS:           0.00
    DISBURSEMENTS:                            6.70      PAID FEE RETAINER:                0.00
    FEE RETAINER:                             0.00      PAID DISB RETAINER:               0.00
    DISB RETAINER:                            0.00      TOTAL AVAILABLE FUNDS:            0.00
    TOTAL OUTSTANDING:                    3,189.20      TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
    DATE OF LAST BILL:           04/30/02            LAST PAYMENT DATE:           04/26/02
    LAST BILL NUMBER:             350555            FEES BILLED TO DATE:         19,041.50
    LAST BILL THRU DATE:         03/31/02            FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   18
Run Date & Time: 05/01/2002 15:17:30

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                  Orig Prtnr : CRED. RGTS   - 06975     Proforma Number:  1518349
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPS                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ---------------- Total ---------- Billed --------
Emp Id Employee Name                  Group            Oldest      Latest      Hours          Amount
                                                       -------     -------     -------        -------
02495 BENTLEY, PHILIP                  PARTNER         03/27/02    03/27/02       0.20          95.00
05292 BECKER, GARY M.                  ASSOCIATE       03/26/02    03/27/02       1.60         640.00
05208 MANGUAL, KATHLEEN                PARALEGAL       03/19/02    03/27/02       4.20         735.00

                                 Total:                                           6.00       1,470.00

Sub-Total Hours :   0.20 Partners     0.00 Counsels      1.60 Associates       4.20 Legal Assts    0.00 Others

   B I L L E D   C O S T S   S U M M A R Y ----------- Total ---------
Code Description                                   Oldest      Latest      Total
                                                   Entry       Entry       Amount
                                                   -------     -------     -------
0930 MESSENGER/COURIER                             03/29/02    03/29/02       3.70

                                 Total:                                       3.70

                            Grand Total                                    1,473.70
                                                                         ==========

   B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:30)
                                             ------- Billed -------   ---- Applied ---- Collections ----      Balance
Bill Date Thru Date Bill#                    Fee & OA    Disbursement       From OA   Total       Date         Due

09/28/01 08/31/01 339400                       357.50            .00                    357.50  11/30/01
10/29/01 09/30/01 341359                     3,919.00          76.11                  3,995.11  12/18/01
11/29/01 10/31/01 342994                     3,356.00          51.69                  3,407.69  01/22/02
12/27/01 11/30/01 344503                     2,532.50          63.68                  2,596.18  03/05/02
01/18/02 12/31/01 345477                     1,816.50          29.58                  1,846.08  03/22/02
02/27/02 01/31/02 347311                     3,877.50          94.17                  3,971.67  04/26/02
03/27/02 02/28/02 348979                     1,712.50           3.00                        .00              1,715.50
04/30/02 03/31/02 350555                     1,470.00           3.70                        .00              1,473.70

                Total:                      19,041.50         321.93                 16,174.23               3,189.20
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    19
Run Date & Time: 05/01/2002 15:17:30
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                 Orig Prtnr  : CRED. RGTS   - 06975        Proforma Number:  1518349
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPS                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status       : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date  Description                                            Hours    Amount    Index#   Batch Date
-------------         ---------  -----------                                            -----    ------    ------   ----------
MANGUAL, KATHLEEN     03/19/02   coordination w/ accting re: time entries (.20);         1.10    192.50    4078504  03/25/02
                                 review of such (.90)
MANGUAL, KATHLEEN     03/22/02   draft feb fee application (1.3)                         1.30    227.50    4092663  04/02/02
BECKER, GARY M.       03/26/02   Review and revise monthly fee application and           0.60    240.00    4083857  03/28/02
                                 conf. with Mangual re same.
MANGUAL, KATHLEEN     03/26/02   disc/w GB re: fee app (.10); revision of such           0.70    122.50    4092653  04/02/02
                                 (.40); coordination w/ accounting re: time
                                 entry changes and schedules (.20)
BECKER, GARY M.       03/27/02   Review and revise fee application and conf.             1.00    400.00    4083864  03/28/02
                                 with P. Bentley and K. Mangual re same
MANGUAL, KATHLEEN     03/27/02   final revision of fee app (.80); preparations           1.10    192.50    4092659  04/02/02
                                 of such for filing (.30)
BENTLEY, PHILIP       03/27/02   Review and edit fee application, and discs. GB          0.20     95.00    4093290  04/02/02
                                 re same.
                                                                                         ----   --------
                                                                    Fee Total            6.00   1,470.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee            Date        Amount    Index#   Batch No  Batch Date
----------------                                     --------            ----        ------    ------   --------  ----------
MESSENGER/COURIER          0930
 FEDERAL EXPRESS CORPORAT                            MANGUAL, K M        03/29/02      3.70   5482058    73853    04/01/02
 MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
 CORPORATION
                                                               0930 MESSENGER/COURIER Total :    3.70

                                                                          Fee Total             6.00   1,470.00

                                                                         Costs Total :           3.70
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    20
Run Date & Time: 05/01/2002 15:17:30

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:  1518349
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

        B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours       Amount       Bill       W/o / W/u      Transfer To   Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                0.20        95.00
BECKER, GARY M.                1.60       640.00
MANGUAL, KATHLEEN              4.20       735.00
                            -------    ---------
        Total:                 6.00     1,470.00

        B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount                   Bill       W/o / W/u      Transfer To   Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------
0930 MESSENGER/COURIER          3.70
                             -------
        Costs Total :           3.70
```