```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    21
Run Date & Time: 05/01/2002 15:17:30                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr  : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status      : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:  03/01/2002                              TO:  03/25/2002
       UNBILLED DISB FROM:  02/28/2002                              TO:  03/27/2002

                                          FEES                              COSTS
                                         ------                            -------

GROSS BILLABLE AMOUNT:                18,177.50                           1,134.32
AMOUNT WRITTEN DOWN:
            PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
        THRU DATE:                   03/25/2002                         03/27/2002
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       MAYER THOMAS MOERS - 03976       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------------------------
                                          ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

              FEES:              66,195.20     UNIDENTIFIED RECEIPTS:       0.00
    DISBURSEMENTS:                1,693.37     PAID FEE RETAINER:           0.00
    FEE RETAINER:                     0.00     PAID DISB RETAINER:          0.00
    DISB RETAINER:                    0.00     TOTAL AVAILABLE FUNDS:       0.00
 TOTAL OUTSTANDING:              67,888.57     TRUST BALANCE:
                                               BILLING HISTORY
                                         ------------------------
DATE OF LAST BILL:               04/30/02         LAST PAYMENT DATE:          04/26/02
LAST BILL NUMBER:                  350555         FEES BILLED TO DATE:       92,383.50
LAST BILL THRU DATE:             03/31/02         FEES WRITTEN OFF TO DATE:   3,895.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (6) Summer Associate
    (2) Late Time & Costs Posted     (7) Fixed Fee
    (3) Pre-arranged Discount        (8) Premium
    (4) Excessive Legal Time         (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                         PAGE   22
Run Date & Time: 05/01/2002 15:17:30

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : MAYER THOMAS MOERS - 03976   Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

            B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed -----------------
Emp Id Employee Name                 Group                 Oldest       Latest         Hours           Amount
                                                           ------       ------         -----           ------
02495  BENTLEY, PHILIP               PARTNER               03/01/02     03/25/02       30.70           14,582.50
03932  EILENDER, PATRICIA P.         ASSOCIATE             03/12/02     03/12/02        0.50              195.00
05292  BECKER, GARY M.               ASSOCIATE             03/18/02     03/18/02        8.50            3,400.00
                                                                                       -----           ---------
                    Total:                                                             39.70           18,177.50

Sub-Total Hours :    30.70 Partners       0.00 Counsels    9.00 Associates     0.00 Legal Assts    0.00 Others

            B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed -----------------
Code  Description                                          Oldest       Latest           Total
                                                           Entry        Entry           Amount
                                                           -----        -----           ------
0820  PHOTOCOPYING                                         02/28/02     03/26/02         124.20
0840  MANUSCRIPT SERVICE                                   03/01/02     03/26/02         417.00
0841  RESEARCH SERVICES                                    03/11/02     03/22/02         119.00
0885  LONG-DISTANCE TEL.                                   03/12/02     03/12/02           0.59
0917  WESTLAW ON - LINE RESEARCH                           03/11/02     03/22/02          30.34
0940  CAB FARES                                            03/26/02     03/27/02         117.02
0942  MEALS/IN-HOUSE                                       03/26/02     03/26/02          49.00
0950  OUT-OF-TOWN TRAVEL                                   03/07/02     03/07/02         277.17
                                                                                       --------
                    Total:                                                             1,134.32

                    Grand Total                                                       19,311.82
                                                                                     ==========

            B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/01/02 15:17:30)
                                        ------- Billed -------       ------ Applied ------   --- Collections ----
Bill Date  Thru Date  Bill#             Fee & OA       Disbursement  From OA     Total       Date                   Balance
                                                                                                                    Due
                                        --------       ------------  -------     -----       ----                   -------
09/28/01   08/31/01   339400            16,485.50         46.22                                                     10,892.20
10/29/01   09/30/01   341359             7,795.00       4,230.00                 5,639.52    11/30/01                6,643.70
11/29/01   10/31/01   342994             9,720.00         119.17                 5,381.30    12/18/01                4,522.17
12/27/01   11/30/01   344503             7,256.50       1,315.26                 4,522.17    01/22/02                5,317.00
01/18/02   12/31/01   345477            12,096.50         871.96                 4,551.96    03/05/02                4,019.80
01/31/02   12/31/01   346114                 .00                                 6,474.96    03/22/02                6,493.50
02/27/02   01/31/02   347311            10,962.50         228.71                      .00                            4,761.50
03/27/02   02/28/02   348979             9,890.00         559.05                 6,429.71    04/26/02               10,449.05
04/30/02   03/31/02   350555            18,177.50       1,134.32                      .00                           19,311.82
                                        ---------       --------                 --------                           ---------
                    Total:              92,383.50       8,504.69                32,999.62                           67,888.57
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    23
Run Date & Time: 05/01/2002 15:17:30                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : MAYER THOMAS MOERS - 03976 Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

      B I L L E D    T I M E    D E T A I L
Employee Name           Work Date   Description                                                     Hours      Amount    Index#   Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP         03/01/02    Review recent pleadings.                                         0.10       47.50    4064473  03/14/02
BENTLEY, PHILIP         03/04/02    Discs. TM, GB and voicemail.                                     0.20       95.00    4064474  03/14/02
BENTLEY, PHILIP         03/05/02    Discs. GB and voicemail.                                         0.20       95.00    4064475  03/14/02
BENTLEY, PHILIP         03/06/02    Review accumulated pleadings and other papers                    4.10    1,947.50    4064476  03/14/02
                                    re pending motions and other recent
                                    developments; prepare presentation re same for
                                    tomorrow's committee conference call.
BENTLEY, PHILIP         03/07/02    Discs. TW, TM and TC re ZAI issues.                              0.70      332.50    4064477  03/14/02
BENTLEY, PHILIP         03/11/02    Extensive review and analysis of pleadings and                   3.90    1,852.50    4064478  03/14/02
                                    other materials re ZAI issues; discs. J.
                                    Shapiro and voicemail re same.
BENTLEY, PHILIP         03/12/02    Review and analyze pleadings and legal                           2.70    1,282.50    4064479  03/14/02
                                    materials re ZAI issues, and discs. GB re same.
EILENDER, PATRICIA P.   03/12/02    Research re asbestos release from house                          0.50      195.00    4083498  03/28/02
                                    insulation.
BENTLEY, PHILIP         03/13/02    Additional analysis of ZAI issues and review of                  3.10    1,472.50    4064480  03/14/02
                                    pleadings and other papers re same; discs.
                                    Bernick, Weschler and voicemail re same.
BENTLEY, PHILIP         03/14/02    Review recent pleadings; discs. K. Pasquale, GB                  1.50      712.50    4073179  03/21/02
                                    and voicemail re upcoming hearing and
                                    fraudulent conveyance suit.
BENTLEY, PHILIP         03/15/02    Review bar date and case management pleadings                    0.60      285.00    4073099  03/21/02
                                    to prepare for Monday's hearing.
BENTLEY, PHILIP         03/18/02    Attend omnibus hearing in Delaware, travel to                   10.40    4,940.00    4073104  03/21/02
                                    and from hearing, and review pleadings and
                                    other case materials enroute.
BECKER, GARY M.         03/18/02    Prepare for and appear at omnibus court hearing                  8.50    3,400.00    4118463  04/19/02
                                    and return (6.5); travel time (2.0).
BENTLEY, PHILIP         03/19/02    Review recent pleadings; prepare memo to                         2.80    1,330.00    4073132  03/21/02
                                    Committee re yesterday's hearing, and discs. T.
                                    Weschler re same.
BENTLEY, PHILIP         03/22/02    Review recent pleadings.                                         0.10       47.50    4093272  04/02/02
BENTLEY, PHILIP         03/25/02    Review transcript of recent hearing.                             0.30      142.50    4093277  04/02/02

                                                                       Fee Total                    39.70   18,177.50
                                                                                                    -----   ---------
                                                                       Fee Total                    39.70   18,177.50

      B I L L E D    C O S T S    D E T A I L
Description/Code                                                                          Employee                Date      Amount       Index#      Batch No    Batch Date
--------------------                                                                      --------                ----      ------       ------      --------    ----------
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    24
Run Date & Time: 05/01/2002 15:17:30                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING         0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/28/02 | 17.10 | 5444531 | 72840 | 03/11/02 |
| PHOTOCOPYING | BENTLEY, P | 03/08/02 | 1.35 | 5445546 | 72843 | 03/11/02 |
| PHOTOCOPYING | BENTLEY, P | 03/08/02 | 1.80 | 5445547 | 72843 | 03/11/02 |
| PHOTOCOPYING | BENTLEY, P | 03/11/02 | 0.30 | 5447623 | 72920 | 03/12/02 |
| PHOTOCOPYING | BENTLEY, P | 03/12/02 | 22.35 | 5449844 | 72999 | 03/13/02 |
| PHOTOCOPYING | BENTLEY, P | 03/13/02 | 3.15 | 5453407 | 73075 | 03/14/02 |
| PHOTOCOPYING | BENTLEY, P | 03/13/02 | 4.80 | 5453408 | 73075 | 03/14/02 |
| PHOTOCOPYING | BENTLEY, P | 03/13/02 | 9.00 | 5453409 | 73075 | 03/14/02 |
| PHOTOCOPYING | BENTLEY, P | 03/19/02 | 4.95 | 5460749 | 73331 | 03/20/02 |
| PHOTOCOPYING | BENTLEY, P | 03/20/02 | 5.85 | 5456195 | 73213 | 03/18/02 |
| PHOTOCOPYING | BENTLEY, P | 03/20/02 | 9.75 | 5463223 | 73399 | 03/21/02 |
| PHOTOCOPYING | BENTLEY, P | 03/20/02 | 0.60 | 5463224 | 73399 | 03/21/02 |
| PHOTOCOPYING | BENTLEY, P | 03/21/02 | 18.90 | 5470445 | 73467 | 03/22/02 |
| PHOTOCOPYING | BENTLEY, P | 03/22/02 | 0.90 | 5473083 | 73546 | 03/25/02 |
| PHOTOCOPYING | BENTLEY, P | 03/22/02 | 0.90 | 5473084 | 73546 | 03/25/02 |
| PHOTOCOPYING | BENTLEY, P | 03/20/02 | 6.00 | 5470444 | 73467 | 03/22/02 |
| PHOTOCOPYING | BENTLEY, P | 03/26/02 | 16.50 | 5478196 | 73709 | 03/27/02 |
| 0820 PHOTOCOPYING Total : | | | 124.20 | | | |
| MANUSCRIPT SERVICE    0840 | | | | | | |
| MANUSCRIPT SERVICE 03/01/2002 | SEAWRIGHT, J | 03/01/02 | 24.00 | 5437197 | 72688 | 03/07/02 |
| MANUSCRIPT SERVICE 03/05/2002 | SEAWRIGHT, J | 03/05/02 | 12.00 | 5440304 | 72731 | 03/07/02 |
| MANUSCRIPT SERVICE 03/08/2002 | SEAWRIGHT, J | 03/08/02 | 54.00 | 5474451 | 72918 | 03/12/02 |

```
alp_132r: Billed Charges Analysis                                                                                       PAGE    25
Run Date & Time: 05/01/2002 15:17:30

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 03/12/2002 | SEAWRIGHT, J | 03/12/02 | 54.00 | 5454256 | 73106 | 03/14/02 |
| MANUSCRIPT SERVICE 03/13/2002 | SEAWRIGHT, J | 03/13/02 | 66.00 | 5454257 | 73106 | 03/14/02 |
| MANUSCRIPT SERVICE 03/14/2002 | SEAWRIGHT, J | 03/14/02 | 48.00 | 5454979 | 73164 | 03/15/02 |
| MANUSCRIPT SERVICE 03/15/2002 | SEAWRIGHT, J | 03/15/02 | 6.00 | 5461951 | 73363 | 03/20/02 |
| MANUSCRIPT SERVICE 03/20/2002 | SEAWRIGHT, J | 03/20/02 | 99.00 | 5472591 | 73513 | 03/22/02 |
| MANUSCRIPT SERVICE 03/20/2002 | SEAWRIGHT, J | 03/20/02 | 42.00 | 5472592 | 73513 | 03/22/02 |
| MANUSCRIPT SERVICE 03/26/2002 | SEAWRIGHT, J | 03/26/02 | 12.00 | 5479050 | 73736 | 03/27/02 |
| **0840 MANUSCRIPT SERVICE Total :** | | | **417.00** | | | |
| RESEARCH SERVICES 0841 | | | | | | |
| RESEARCH SERVICES 03/11/2002 | RAPHAEL, D R | 03/11/02 | 21.00 | 5460382 | 73326 | 03/20/02 |
| RESEARCH SERVICES 03/12/2002 | TEMP, LIBRARY, | 03/12/02 | 56.00 | 5451990 | 73026 | 03/13/02 |
| RESEARCH SERVICES 03/13/2002 | TEMP, LIBRARY, | 03/13/02 | 28.00 | 5454258 | 73106 | 03/14/02 |
| RESEARCH SERVICES 03/22/2002 | TEMP, LIBRARY, | 03/22/02 | 14.00 | 5474210 | 73582 | 03/25/02 |
| **0841 RESEARCH SERVICES Total :** | | | **119.00** | | | |
| LONG-DISTANCE TEL. 0885 | | | | | | |
| LONG-DISTANCE TEL. 3128612000 | BENTLEY, P | 03/12/02 | 0.59 | 5450243 | 73000 | 03/13/02 |
| **0885 LONG-DISTANCE TEL. Total :** | | | **0.59** | | | |
| WESTLAW ON - LINE RE 0917 | | | | | | |
| WESTLAW ON - LINE RE | RAPHAEL, D R | 03/11/02 | 9.21 | 5462143 | 73375 | 03/20/02 |
| WESTLAW ON - LINE RE | MAYER, T M | 03/12/02 | 12.92 | 5462144 | 73375 | 03/20/02 |
| WESTLAW ON - LINE RE | MAYER, T M | 03/22/02 | 8.21 | 5477744 | 73697 | 03/26/02 |
| **0917 WESTLAW ON - LINE RE Total :** | | | **30.34** | | | |
| CAB FARES 0940 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 03/26/02 | 10.00 | 5476365 | 73632 | 03/26/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 03/19/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 03/26/02 | 14.50 | 5476367 | 73632 | 03/26/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 03/18/02 | | | | | | |

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    26
Run Date & Time: 05/01/2002 15:17:30

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number: 1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : MAYER THOMAS MOERS - 03976  Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status   : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MARIANNE FERGUSON, CASHI       0942 | | | | | | |
| MARIANNE FERGUSON, CASHIER MEALS/IN-HOUSE 03/19/02 | BENTLEY, P | 03/26/02 | 7.00 | 5476364 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/13/02 | BENTLEY, P | 03/26/02 | 15.00 | 5476366 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/18/02 | BENTLEY, P | 03/26/02 | 12.00 | 5476368 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/13/02 | BENTLEY, P | 03/26/02 | 15.00 | 5476370 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/11/02 | BENTLEY, P | 03/26/02 | 10.00 | 5476371 | 73632 | 03/26/02 |
| DIAL CAR INC. CAB FARES - VENDOR-DIAL CAR INC. 2/20/02 | BENTLEY, P | 03/27/02 | 72.52 | 5478998 | 73704 | 03/27/02 |
| 0940 CAB FARES Total : | | | 117.02 | | | |
| MEALS/IN-HOUSE | | | | | | |
| MARIANNE FERGUSON, CASHI       0942 | | | | | | |
| MARIANNE FERGUSON, CASHIER MEALS/IN-HOUSE 03/19/02 | BENTLEY, P | 03/26/02 | 7.00 | 5476364 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/19/02 | BENTLEY, P | 03/26/02 | 15.00 | 5476366 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/13/02 | BENTLEY, P | 03/26/02 | 12.00 | 5476368 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/13/02 | BENTLEY, P | 03/26/02 | 15.00 | 5476370 | 73632 | 03/26/02 |
| MARIANNE FERGUSON, CASHI MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 03/11/02 | BENTLEY, P | 03/26/02 | 10.00 | 5476371 | 73632 | 03/26/02 |
| 0942 MEALS/IN-HOUSE Total : | | | 49.00 | | | |
| OUT-OF-TOWN TRAVEL | | | | | | |
| PHILIP BENTLEY       0950 | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR-PHILIP BENTLEY-Wilmington Trip-2/24/02 | BENTLEY, P | 03/07/02 | 277.17 | 5439547 | 72705 | 03/11/02 |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 277.17 | | | |
| Costs Total : | | | 1,134.32 | | | |

Note: The MEALS/IN-HOUSE section entries correspond to the same detail lines (dates 03/19/02, 03/13/02, 03/18/02, 03/13/02, 03/11/02) with the CASHIER descriptions from the original document.

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    27
Run Date & Time: 05/01/2002 15:17:30

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  1518350
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : MAYER THOMAS MOERS - 03976       Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status    : ACTIVE

    B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours         Amount                  Bill        W/O / W/u        Transfer To     Clnt/Mtr    Carry Forward

BENTLEY, PHILIP            30.70      14,582.50
BILENDER, PATRICIA P        0.50         195.00
BECKER, GARY M.             8.50       3,400.00
                          ------     ----------
       Total:              39.70      18,177.50


    B I L L E D    C O S T S    S U M M A R Y
Code Description                         Amount                  Bill        W/O / W/u        Transfer To     Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                        124.20
0840 MANUSCRIPT SERVICE                  417.00
0841 RESEARCH SERVICES                   119.00
0885 LONG-DISTANCE TEL.                    0.59
0917 WESTLAW ON - LINE RESEARC            30.34
0940 CAB FARES                           117.02
0942 MEALS/IN-HOUSE                       49.00
0950 OUT-OF-TOWN TRAVEL                  277.17
                                      ---------
          Costs Total :                1,134.32
```