IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
                        SS:
NEW CASTLE COUNTY:

       I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**EIGHTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD MARCH 1, 2002 THROUGH MARCH 31, 2002**

was made on the following parties on the attached list on May 8, 2002 in the manner indicated.

_____
Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 8th day of May 2002.

_____
NOTARY

BARBARA J. ROST
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES
JUNE 14, 2002

## W.R. GRACE FEE APP.

**(U.S. Mail & Electronic Mail)**
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
    **(Debtor's counsel)**

**(U.S. Mail & Electronic Mail)**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
    **(Counsel to Post-Petition Lender)**

**(U.S. Mail & Electronic Mail)**
W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
    **(Debtor)**

**(Federal Express & Electronic Mail)**
Warren H. Smith & Associates, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
    **(Fee Auditor)**

**(U.S. Mail & Electronic Mail)**
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
    **(Official Committee of Property Damage Claimants)**

**(U.S. Mail & Electronic Mail)**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
    **(Official Committee of Unsecured Creditors)**

**(U.S. Mail & Electronic Mail)**
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
    **(Official Committee of Personal Injury Claimants)**

**(U.S. Mail & Electronic Mail)**
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
    **(Official Committee of Personal Injury Claimants)**

**(Hand Delivery & Electronic Mail)**
Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
    **(Official Committee of Personal Injury Claimants)**

**(Hand Delivery)**
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
    **(U.S. Trustee)**

**(Hand Delivery & Electronic Mail)**
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
    **(Official Committee of Unsecured Creditors)**

**(Hand Delivery & Electronic Mail)**
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
    **(Debtor's counsel)**

**(Hand Delivery & Electronic Mail)**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
    **(Counsel to Post-Petition Lender)**

**(Hand Delivery & Electronic Mail)**
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
    **(Official Committee of Property Damage Claimants)**