## Warren H. Smith & Associates, P.C.

900 Jackson Street
120 Founders Square
Dallas, TX  75202

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


May 07, 2002

In Reference To:   Bankruptcy Fee Audit Case #

Invoice # 10084


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/1/2002 | CM | detailed review of applications for compensation and reimbusement of expenses and update database | 0.20 | 15.00 |
|  | GGR | Review docket sheets(.2); retrieve fee application documents from Pacer (1.5); e-mail (several)  to WHS re problem with Pitney documents on  Pacer (.1);  Index applicants downloaded (.3);detailed review of 2d monthly invoice (December) of Klett (.4); draft summary of 2d monthly invoice (December) of Klett (.4); e-mail to CM and WS re Klett summary to (.1).  (3.0) | 3.00 | 405.00 |
| 4/2/2002 | WHS | telephone conference with William Sparks re fee audit process | 0.20 | 55.00 |
|  | GGR | File organization for Campbell (.2); detailed review of 3rd application of Campbell (1.9); detailed review and calculations of fee application issues (1.7); draft summary of 3rd application of Campbell (.7) 4.5 | 4.50 | 607.50 |
| 4/3/2002 | GGR | Organize Ferry file (.3); detailed review of Dec invoice of Ferry (.4); review for and calculate fee application charges (.3); draft summary of Dec invoice of Ferry (.5); prepare and print Kirkland 3rd application (.1); review Pacer for missing fee detail and compensation order (.5); organize Wallace King file (.4); organize Caplin file (.1); detailed review of 3rd application of Caplin (2.0); receive, review, and respond to several e-mail re 5% fee charges (.2); detailed review expenses of 3rd application of Caplin (.3); review and calculate research issues (.2); review and calculate fee application charges (.7); review and calculate status report issue (.7); review and calculate hearing issue (.2); draft summary of 3rd application of Caplin (2.0). | 8.90 | 1,201.50 |
| 4/4/2002 | WHS | telephone conference with David Carikoff re order | 0.20 | 55.00 |

---

W.R. Grace & Co. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/4/2002 | WHS | receive, review, and forward e-mail from Sean McAferty | 0.10 | 27.50 |
| | GGR | Organize Pitney file (.2); detailed review of January invoice of Pitney (1.3); draft summary of January invoice of Pitney (2.0); receive, review, and respond to e-mail from WHS re new summary instructions (.1). | 3.60 | 486.00 |
| | CM | Update database with recent applications. | 0.30 | 22.50 |
| 4/5/2002 | GGR | Detailed review of December Invoice of Pitney (1.7). | 1.70 | 229.50 |
| | WHS | legal research re Fitzgerald opinions re attorney's fees | 0.90 | 247.50 |
| 4/8/2002 | CM | Update database with recent applications. | 0.30 | 22.50 |
| | GGR | draft summary of December Invoice of Pitney(1.9); review Guidelines for travel/meetings (.2); detailed review of 4th monthly (Jan.) Invoice of Holme (4.2). | 6.30 | 850.50 |
| | CM | research regarding electronic filing Monthly Fee and Expense Invoice for March 2002 | 0.20 | 15.00 |
| 4/9/2002 | CC | On line research re: Blackstone August 2001 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Ferry August 2001 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Klett November 2001 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Kramer August 2001 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Pachulski July 2001 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Stroock August 2001 monthly fee application. | 0.40 | 48.00 |
| | GGR | Draft summary of 4th monthly (January) invoice of Holme Roberts and Owens (3.0); review and calculate conference issues of same (.8); review and calculate travel time issues of same (1.8). | 5.60 | 756.00 |
| 4/10/2002 | CC | On line legal research re: Nelson 6/01 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Nelson 7/01 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Nelson 8/01 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Wallace 8/01 monthly fee application. | 0.50 | 60.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/10/2002 | CC | On line research re: Reed 9/01 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Conway 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Ferry 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Tersigni 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Kramer 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Kramer 7/01 - 9/01 Interim fee application. | 0.40 | 48.00 |
| | CC | On line research re: Pitney 8/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On Line research re: Campbell 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Caplin 7/01 - 9/01 Interim fee application. | 0.40 | 48.00 |
| | WHS | telephone conference with David Karikoff re administrative procedures order | 0.20 | 55.00 |
| | GGR | Detailed review of expenses of 4th monthly (January) invoice of Holme Roberts and Owens (.7); review and calculate copies and travel expense issues (.2); continue drafting summary of 4th monthly (January) invoice of Holme Roberts and Owens (.7); draft e-mail to CM and WS re Holme summary (.1); detailed review of 6th monthly invoice of Nelson (.8); review and calculate feasibility study issue (.3); draft summary of 6th monthly invoice of Nelson (1.0); review Guidelines and Local rules for services (.4); draft e-mail to CM and WS re Nelson summary (.1); draft e-mail to WS/CM re Pachulski case (.1); receive, review and respond to (2) e-mail re Pachulski (.1); detailed review of 7th monthly invoice of Duane Lewis (.7); draft summary of 7th monthly invoice of Duane morris (.6); draft e-mail to CM and WS re Duane Morris Jan. summary (.1); detailed review of Feb invoice of Kirkland Ellis (1.0).  (6.9) | 6.90 | 931.50 |
| | JAW | detailed review of Klett Rooney October 2001 monthly inovice (.2); draft summary of same (.1) | 0.30 | 40.50 |
| | JAW | detailed review of Stroock August 2001 monthly inovice (.9); draft summary of same (1.1) | 2.00 | 270.00 |
| | JAW | detailed review of Blackstone Group August 2001 monthly inovice (.4); draft summary of same (1.3) | 1.70 | 229.50 |
| | JAW | detailed review of Kramer Levin July 18 to August 31 2001 monthly inovice (.6); draft summary of same (.8) | 1.40 | 189.00 |

W.R. Grace & Co.                                                                                                                  Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | Hours | Amount   |
|------------|-----|-----|-------|----------|
| 4/11/2002  | JAW | detailed review of Nelson May 2001 to June 2001 monhly invoice (1.9); draft summary of same (.9). | 2.80  | 378.00   |
|            | JAW | detailed review of Nelson July 19, 2001 to July 31, 2001 monhly invoice (.5); draft summary of same (.4). | 0.90  | 121.50   |
|            | JAW | detailed review of Reed Smith September 2001 monhly invoice (1.0); draft summary of same (.4). | 1.40  | 189.00   |
|            | JAW | detailed review of Wallace King August 2001 monhly invoice (1.8); draft summary of same (2.1). | 3.90  | 526.50   |
|            | GGR | detailed review of Feb invoice of Kirkland Ellis (1.0); detailed review of Kramer Feb invoice (expenses) (.4).  (1.4) | 1.40  | 189.00   |
| 4/12/2002  | CM  | receive and review summary of Duane Morris, Nelson MullinsRiley & Scarborough. LLP. | 0.10  | 7.50     |
|            | JAW | detailed review of Nelson August 2001 monthly invoice (1.2); draft summary of same (.4) | 1.60  | 216.00   |
|            | GGR | Continued detailed review of Feb invoice of Kirkland (2.8); review and calculate travel time for same (there are no fees, only times in the fee detail) (.4); review and calculate fees for copying and filing times in Kirkland Feb invoice (1.3); review same and calculate fraudulent conveyance issues (.3); review and calculate Kirkland for issues re hearing of 25 February 2002 (.3); review same and calculate tax issues (.2); draft, e-mail to WHS re Kirkland Feb. inv, re motions, receive and review response (.1) draft summary of Feb invoice of Kirkland (2.2); draft e-mail to WS and CM re Kirkland summary (.1); continued detailed review of Feb invoice of Kramer (.3);search Pacer for possible missing pages to same  application (.3). (8.3) | 8.30  | 1,120.50 |
| 4/13/2002  | JAW | detailed review of Conway April 27, 2001 to September 31, 2001 Interim Application monthly invoice (1.8); draft summary of same (3.3) | 5.10  | 688.50   |
|            | GGR | Final detailed review of Feb invoice of Kirkland (.2);  continued detailed review of Feb invoice of Kramer (.7); detailed review of 5th (August) invoice of Ferry (.5); detailed review of 4th (July) invoice of Ferry (.6); review and calculate fee applications for Ferry and the Official Committee (.2); detailed review of 4th (July) invoice of Pachulski (.8); review and calculate fee application issues for same (.2); detailed review of 2nd invoice of Tersigni (.2); detailed review of 6th (September) invoice of Ferry (.8); review and calculate fee applications for Ferry and the Official Committee (.2).  (4.4) | 4.40  | 594.00   |

W.R. Grace & Co. Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/14/2002 | GGR | Draft summary of Feb invoice of Kramer (1.8); draft e-mail to WS and CM re Kramer summary (.1); draft summary of 5th (August) invoice of Ferry (.5); draft e-mail to WS and CM re Ferry summary (.1); draft summary of 4th (July) invoice of Pachulski (.6); draft e-mail to WS and CM re Pachulski 4th inv. summary (.1); draft summary of 2nd invoice of Tersigni (.2); draft summary of 6th (September) invoice of Ferry (.3); draft e-mail to WS and CM re Tersigni 2nd and Ferry 6th inv. summaries (.1). (3.8) | 3.80 | 513.00 |
| 4/15/2002 | CM | Update database with historic applications. | 2.00 | 150.00 |
| | CC | On line research for Kirkland 9/01 monthly fee application - train new paralegal. | 0.50 | 60.00 |
| | JAW | detailed review of Casner & Edward February 2002 monthly invoice (.7); draft summary of same (.2) | 0.90 | 121.50 |
| | JAW | detailed review of Pachulski Stang August 2001 monthly invoice (.3); draft summary of same (.2) | 0.50 | 67.50 |
| | JAW | detailed review of Stroock September 2001 monthly invoice (.7); draft summary of same (.8) | 1.50 | 202.50 |
| | JAW | detailed review of Pitney August 2001 monthly invoice (.7); draft summary of same (.7) | 1.40 | 189.00 |
| | GGR | Detailed review of 3rd (September) invoice of Campbell and Levine (.7). | 0.70 | 94.50 |
| | BM | Index documents for attorney review. | 0.60 | 24.00 |
| | BM | On-line research RE Grace/Kirkland 9/01 monthly fee application. | 0.50 | 20.00 |
| | BM | Update database with historical applications. | 0.50 | 20.00 |
| | BM | Organize fee applications for paralegal and attorney review. | 0.50 | 20.00 |
| 4/16/2002 | CC | On line research re: Wallace King 9/01 monthly fee application. | 0.50 | 60.00 |
| | CC | On line research re: Holme Roberts 4/01 - 9/01 interim fee application. | 0.50 | 60.00 |
| | CC | On line research re: Bilzino 8/01 - 9/01 fee application. | 0.40 | 48.00 |
| | CC | On line research re: Bilzin 9/01 monthly fee application. | 0.40 | 48.00 |
| | CC | On line research re: Bilzin 7/01 - 9/01 interim fee application. | 0.40 | 48.00 |

W.R. Grace & Co.                                                                                                         Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/16/2002 | JAW | detailed review of Caplin & Drysdale July 1 2001 to September 30, 2001 interim fee application (1.0); draft summary of same (1.4) | 2.40 | 324.00 |
|  | JAW | conference with W. Smith regarding summaries and procedures for preparing of same (.6) | 0.60 | 81.00 |
|  | BM | Update database with historical applications received as of 4/16/02. | 3.20 | 128.00 |
|  | BM | Online research of Fee Applications from bankruptcy court. | 1.80 | 72.00 |
| 4/17/2002 | WHS | receive and review 2 miscellaneous pleadings | 0.10 | 27.50 |
|  | JAW | detailed review of Kirkland & Ellis September 2001 monthly invoice (2.7); draft summary of same (3.9) | 6.60 | 891.00 |
|  | GGR | Detailed review of September invoice of Kramer (.7); detailed review of 2nd application of Wallace - July segment (2.1); detailed review of 2nd application of Wallace - August segment (1.4); detailed review of 2d application of Wallace - September segment (.8); (5.0) | 5.00 | 675.00 |
| 4/18/2002 | WHS | detailed review of orders to set deadlines | 0.50 | 137.50 |
|  | WHS | draft e-mail to David Carickoff re administrative order | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mails from Gail Russell | 0.30 | 82.50 |
|  | GGR | Review Guidelines (.4); draft summary of 3rd invoice of Campbell and Levine (.8); e-mail to WS and CM re Campbell 3rd (.1); draft summary of September invoice of Kramer (1.0); review and calculations of Kramers issues and questions (.3); e-mail re Kramer Sept. to WS and CM (.1); draft summary of 2nd application of Wallace King (1.4) ; calculate totals before discount and other issues questions (.3); review, list, and calculate fees for MSJ because time entries have no fee amounts included (1.8); tc/WS re status (.1); draft e-mail (2) to WS re Wallace and MSJ (.1). (6.4) | 6.40 | 864.00 |
| 4/19/2002 | WHS | detailed review of summary re Kirkland | 0.30 | 82.50 |
|  | WHS | detailed review of summary re Caplin | 0.30 | 82.50 |
| 4/22/2002 | GGR | Draft e-mail to WS re Wallace King application question (.1). | 0.10 | 13.50 |
| 4/23/2002 | WHS | receive and review draft notice letter to counsel from Dave Carickoff | 0.20 | 55.00 |
|  | WHS | left detailed telephone voicemail for Dave Carickoff re notice letter to counsel | 0.10 | 27.50 |

W.R. Grace & Co.      Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/23/2002 | WHS | draft e-mail to Dave Carickoff re notice letter | 0.30 | 82.50 |
| | WHS | telephone conference with David Carickoff re notice letter | 0.20 | 55.00 |
| | WHS | telephone conference with Lisa Coggins re Ferry Joseph | 0.20 | 55.00 |
| | BM | Detailed review and revision of database related to fee applications for accuracy and currency. | 1.80 | 72.00 |
| 4/24/2002 | WHS | telephone conference with Kathy Boyer of Campbell re form of monthly invoice | 0.20 | 55.00 |
| | WHS | detailed review of amended administrative order and docket dates | 0.40 | 110.00 |
| | WHS | draft e-mail to Dave Carikoff and Arlene Kreger re hearing date | 0.30 | 82.50 |
| | BM | Update database with information related to fee applications received on 4/24/02 for accuracy and correctness. | 0.30 | 12.00 |
| | GGR | receive review, and respond to (2) e-mail from WS (.1); Draft e-mail to WS re Wallace King (.1). (.2) | 0.20 | 27.00 |
| 4/25/2002 | WHS | revise instructions to paralegals and draft e-mail to paralegals re standards of review | 0.50 | 137.50 |
| | WHS | receive, review, and respond to e-mail from Andrew Muha re electronic format | 0.30 | 82.50 |
| | WHS | telephone conference with Cathy Boyer re format of electronic files | 0.20 | 55.00 |
| | WHS | receive, review, and respond to e-mail from Dave Carickoff | 0.20 | 55.00 |
| | GGR | receive, review, and respond to email from WS re WRG Order (.1). | 0.10 | 13.50 |
| 4/26/2002 | BM | Update database with historical fee applications received 4/26/02 from Stroock dated April 2001 - February 2002. | 0.90 | 36.00 |
| | BM | Update database with historical applications received 4/26/02 from Holme dated Nov 2001 - Jan 2002. | 0.60 | 24.00 |
| | BM | Update database with fee applications received 4/26/02 from Holme dated 10/1/01 - 3/21/02. | 0.50 | 20.00 |
| | WHS | receive and review certificates of no objection, etc. re Kirkland | 0.10 | 27.50 |

W.R. Grace & Co.          Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/29/2002 | BM | Update database with historical application from Caplin & Drysdale on behalf of Professor Elizabeth Warren. | 0.30 | 12.00 |
| | BM | Organize and File Professor Elizabeth Warren. | 0.20 | 8.00 |
| | BM | Update database with applications from Stroock for April 2001 to June 2001, July 2001 to Sept 2001, and Oct 2001 to Dec 2001. | 0.30 | 12.00 |
| | BM | Update database with applications for Caplin &Drysdale, 1/1/02 - 3/31/02, 2/02, 1/02, 10/1/01 - 12/31/01, 4/12/01 - 6/30/02. | 0.40 | 16.00 |
| | CM | receive and review emails with attachment files from applicants | 0.25 | 18.75 |
| 4/30/2002 | DTW | Begin review of June fee application of Stroock Stroock & Lavan by reviewing local rules, trustee guidelines and narrative of fee application (.6); review and mark up of fee application (2.3). | 2.90 | 290.00 |
| | CM | receive and review emails with attachment files from applicants | 0.25 | 18.75 |

**For professional services rendered**    **142.20 $18,448.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| PACER charges for 3/19/02 | 2.45 | 2.45 |
| PACER charges for 3/19/02 | 79.87 | 79.87 |
| PACER charges for 3/19/02 | 18.41 | 18.41 |

**Total costs**    **$100.73**

**Total amount of this bill**    **$18,548.73**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Beth Miller | 12.40 | 40.00 | $496.00 |
| Cheryl McKinnon | 3.60 | 75.00 | $270.00 |
| Colleen Canion | 10.90 | 120.00 | $1,308.00 |
| Doreen T. Williams | 2.90 | 100.00 | $290.00 |

W.R. Grace & Co. Page 9

| Name | Hours | Rate | Amount |
| --- | ---: | ---: | ---: |
| Gail G. Russell | 70.90 | 135.00 | $9,571.50 |
| James A. Wehrmann | 35.00 | 135.00 | $4,725.00 |
| Warren H. Smith | 6.50 | 275.00 | $1,787.50 |