# Warren H. Smith & Associates, P.C.

900 Jackson Street
120 Founders Square
Dallas, TX  75202

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


April 03, 2002


Invoice #10077


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/18/2002 | WHS | review and revise fee auditor order | 0.80 | 220.00 |
|  | WHS | telephone conference with David Carickoff re order | 0.30 | 82.50 |
|  | WHS | prepare for and appear in court via telepone on hearing to appoint fee auditor | 0.50 | 137.50 |
| 3/19/2002 | WHS | left detailed telephone voicemail for Frank Perch re procedure | 0.10 | 27.50 |
|  | JAW | Update W. R. Grace data base to allow for categorization of monthly fee statements (.4) | 0.40 | 48.00 |
| 3/20/2002 | WHS | draft e-mails to David Carickoff and Sam Schwartz re debtor contact | 0.30 | 82.50 |
| 3/21/2002 | WHS | receive and review amended administrative order | 0.30 | 82.50 |
|  | WHS | draft e-mail to Dave Carickoff re order | 0.30 | 82.50 |
|  | WHS | left detailed telephone voicemail for David Carickhoff re order | 0.10 | 27.50 |
| 3/25/2002 | GGR | review Tersigni file (.1); detailed revieew of 3rd Interim application of Tersigni (.9); (1.0) | 1.00 | 135.00 |
|  | GGR | draft summary for 3rd interim application of Trsigni (.9);  Search internet for 2001 milage rate (.3);  (1.2) | 1.20 | 162.00 |
| 3/26/2002 | GGR | Search internet for applications and download (.3); review recent docket sheets on Pacer (.1); detailed review of January monthly invoice of Pachulski, (pszyj) (2.4); calculate PEC time for mail distribution (.9). 3.7 | 3.70 | 499.50 |
| 3/27/2002 | GGR | Cont'd detailed review of PSZYJ November monthly invoice (.5); review and calculate fee app issues (.4); continue drafting summary of November monthly invoice of PSZYJ (.6); detailed review of December monthly invoice of PSZYJ (.5); review and calculate PEC time for mail | 3.40 | 459.00 |

W.R. Grace & Co.                                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | distribution (.5); drafting summary of December invoice of PSZYJ (.7); organize file (.1); mail to WS re PSZYJ apps (.1). (3.4) |  |  |
| 3/27/2002 | GGR | Detailed review of December monthly fee invoice of Kramer (KLNF) (1.0); draft summary of December monthly fee invoice of Kramer (KLNF) (.9); receive, review and respond to two emails. (.1); draft e-mail re Kramer to WHS. (.1). 2.1 | 2.10 | 283.50 |
| 3/28/2002 | WHS | receive review and revise administrative order | 0.40 | 110.00 |
|  | WHS | left detailed telephone voicemail for David Carickoff re changes | 0.10 | 27.50 |
|  | WHS | draft e-mail to David Carickoff and Arlene Krieger re changes | 0.40 | 110.00 |
| 3/29/2002 | WHS | receive, review, and respond to e-mails from Ralph Siani | 0.30 | 82.50 |
|  | WHS | receive and review revised administrative order | 0.10 | 27.50 |
| 3/31/2002 | GGR | receive and review docket sheet on pacer (.2); retrieve and download applications (1.3) 1.5 | 1.50 | 202.50 |
|  |  | **For professional services rendered** | **17.30** | **$2,889.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Gail G. Russell | 12.90 | 135.00 | $1,741.50 |
| James A. Wehrmann | 0.40 | 120.00 | $48.00 |
| Warren H. Smith | 4.00 | 275.00 | $1,100.00 |