## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### TWELFTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2002 – March 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$77,964.25 (80% - $62,371.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,190.44** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 8.5 hours and the corresponding compensation requested is approximately $3,031.00.[1]

This is the twelfth application filed

---

[1] This is Stroock's twelfth Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

**Attachment A**

**Monthly Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 -- 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 -- 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 -- 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |

**W R GRACE & CO.**
**ATTACHMENT B**
**THROUGH MARCH 31, 2002**

| Summary of Hours | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 2.1 | 695 | 1,459.50 | 36 |
| Levy, Mark | 4.2 | 650 | 2,730.00 | 27 |
| Pasquale, Kenneth | 8.2 | 495 | 4,059.00 | 2 |
| Greenberg, Mayer | 5 | 525 | 2,625.00 | 2 |
| **Associates** | | | | |
| Brandes, Ronnie H. | 9.9 | 185 | 1,831.50 | 1 |
| Krieger, Arlene | 104.5 | 475 | 49,637.50 | 18 |
| Sasson, Moshe | 27.4 | 395 | 10,823.00 | 7 |
| **Paraprofessionals** | | | | |
| Bowen, Mark | 0.2 | $175 | 35.00 | |
| Christian, Angelina | 3.2 | 70 | 224.00 | N/A |
| Cotto, Lisa | 4.1 | 170 | 697.00 | 1 |
| Defreitas, Vaughn | 14.5 | 100 | 1,450.00 | 10 |
| Malpeli, Gary | 2 | 170 | 340.00 | |
| Mariano, Christine | 9.4 | 155 | 1,457.00 | |
| Mohamed, David | 3.3 | 100 | 330.00 | 6 |
| Serrette, Rosemarie | 7.1 | 170 | 1,207.00 | 13 |
| **Subtotal** | **205.1** | | **78,905.50** | |
| Less: 50% Travel Time | **(2.2)** | | **(941.3)** | |
| **Total** | **202.95** | | **77,964.25** | |

**Blended Rate**          $ 384.15

## COMPENSATION BY PROJECT CATEGORY

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES($) |
|---|---|---|---|
| 3 | Asbestos: Claims Litigation | 21.9 | 9,650.50 |
| 8 | Asset Acquisitions/Business Combinations | 12.4 | 5,890.00 |
| 13 | Business Operations | 1.3 | 617.50 |
| 14 | Case Administration | 37.6 | 7,817.00 |
| 15 | Claims Analysis/Objections/Administration (Non-Asbestos) | 20.8 | 9,880.00 |
| 17 | Committee Matters and Creditor Meetings | 18.8 | 8,988.50 |
| 18 | Compensation of Professionals (Self) | 8.5 | 3,031.00 |
| 20 | Compensation of Professionals (Others | 0.3 | 142.50 |
| 22 | Environmental Matters/Regulations/Litigation | 0.8 | 446.00 |
| 32 | Litigation (Non-Bankruptcy/General) | 1.1 | 522.50 |
| 34 | Litigation/Fraudulent Conveyance | 28.9 | 9,397.50 |
| 35 | Non-Working Travel Time | 4.3 | 1,882.50 |
| 37 | Preparation for and Attendance at Hearings | 23.6 | 10,746.00 |
| 41 | Stay Litigation (Section 362) | 1.9 | 902.50 |
| 47 | Tax/General | 22.9 | 8,991.50 |
| | **Subtotal:** | **205.1** | **78,905.50** |
| | **Less:  Adjustment for Travel Time** | **(2.2)** | **(941.25)** |
| | **TOTAL** | **202.9** | **77,964.25** |

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

April 30, 2002
Invoice: 261342

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through March 31, 2002, including:

RE:     **Asbestos: Claims Litigation**
         **699843. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/08/2002 | Reviewing case law re class proof of claim, application of Rule 23 and satisfaction of the standards (2.5). | Krieger, A. | 2.5 |
| 03/11/2002 | Review USA's objection to Debtors' proposed ZAI proof of claim form and Asbestos Property Damage Committee's objection to Debtors' proposed PD Claim form (1.0); review ZAI objection to Debtors' ZAI proof of claim form (.8). | Krieger, A. | 1.8 |
| 03/11/2002 | Attended to Gerard Reply re scope of Preliminary injunction (.5). | Krieger, A. | 0.5 |
| 03/13/2002 | Telephone call J. Baer re ZAI motion for class proof of claim and office conferences KP re same (.4); review motion and related pleadings and office conference KP re position before the court (1.2); review transcript from 2/25/02 (2.2). | Krieger, A. | 3.8 |
| 03/13/2002 | Attention to ZAI motion to permit class poc's and related prior submissions by ZAI and debtors (1.0); office conference M. Sasson re same (.2); office conference A. Krieger re same (.1) | Pasquale, K. | 1.3 |
| 03/13/2002 | O/c K. Pasquale re: class proof of claim, review filings, retrieve cases. | Sasson, M. | 1.0 |
| 03/14/2002 | Memo to LK, KP and MS re February 25, 2002 transcript and Court position on class proofs of claim | Krieger, A. | 0.6 |

(.6).

| 03/14/2002 | Telephone conferences with P. Bentley re class proof of claims issues (.5); attention to same in context of zonolite motion (.6) | Pasquale, K. | 1.1 |
| 03/14/2002 | Review transcript; t/c A. Krieger, K. Pasquale re: same, response to ZAI motion for class claim form, review cases. | Sasson, M. | 3.5 |
| 03/15/2002 | Memos to and from J. Baer re Debtors' correspondence re ZAI motion and class proofs of claim (.1); memo to LK, KP re same (.1). | Krieger, A. | 0.2 |
| 03/15/2002 | Continued review of transcript, cases; o/c A. Krieger, K. Pasquale re: same, response to ZAI motion for class claim form (1.5); e-mail A. Krieger, K. Pasquale re: letters re: ZAI motion to file class proof of claim (.5); review brief, letters, cases for argument (1.5). | Sasson, M. | 3.5 |
| 03/18/2002 | Review cases and briefs for argument in response to 2A1 Motion (2.0). | Sasson, M. | 2.0 |
| 03/26/2002 | Review ZAI claimants correspondence to Judge Fitzgerald re Siegel letter (.1). | Krieger, A. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 9.5 | $ 475 | $ 4,512.50 |
| Pasquale, Kenneth | 2.4 | 495 | 1,188.00 |
| Sasson, Moshe | 10.0 | 395 | 3,950.00 |

Total For Professional Services Rendered    $ 9,650.50

**Total for this Matter**    $ 9,650.50

RE:     **Asset Acquisitions/Business Combinations**
        **699843. 0008**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/01/2002 | Review severance, other compensation authority in light of Darex plant closure (.3); memo to M. Wintner, A. Keppler re above and H. Lavin re WARN Act issues (.3). | Krieger, A. | 0.6 |
| 03/03/2002 | Review draft agreement re Grace case acquisition of masonry admixture business and assets of Addiment (2.3). | Krieger, A. | 2.3 |
| 03/04/2002 | Memo to FTI re revised Addiment transaction and draft agreement and telephone call S.Cunningham re same (.3); case law review re successor liability issues (1.8); telephone call S. Cunningham, C. Whitney re Darex , Addiment analyses (.1); telephone call S. Schwartz re continuing request for Grace representation regarding asbestos or other liabilities (.1); memo to S. Schwartz re comments/questions to Addiment acquisition agreement (.7). | Krieger, A. | 3.0 |
| 03/06/2002 | Reviewed FTI draft analysis on revised Addiment transaction and memo to C. Whitney, S. Cunningham re same and revised SSL memo re transaction (1.5); memo to LK, KP re Addiment analyses and memorandum (.1); numerous telephone calls S. Schwartz re outstanding information requests on Addiment, Darex (.8); memo to LK re company position on acquisition information (.1); telephone calls S. Cunningham re Blackstone meeting on Darex motion, company position on Addiment information, FTI analysis on Addiment (.5); review revised FTI Addiment analysis (.1). | Krieger, A. | 3.1 |
| 03/07/2002 | Telephone call S. Cunningham re revised FTI analysis, outstanding Addiment motion matters; conference with Blackstone representatives to discuss Darex plant closure matters other (.3). | Krieger, A. | 0.3 |
| 03/08/2002 | Telephone calls S. Cunningham re Darex plant closing motion and Blackstone conference call, Addiment review (.5); memorandum to S. Cunningham re Darex memorandum, Grace Addiment memorandum (.3); review Grace Addiment memo (.2); memo from and to Jay Kapp re Addiment information and schedules and proposed revision to acquisition agreement (.2); telephone call M. Favorito re schedules to Addiment Acquisition Agreement (.1). | Krieger, A. | 1.3 |

| | | | |
|---|---|---|---|
| 03/11/2002 | Review disclosure schedules to Addiment Asset Purchase agreement; memo to M. Favorito, James Kapp re follow-up questions (1.0). | Krieger, A. | 1.0 |
| 03/12/2002 | Memo from M. Favorito re response to additional Addiment inquiries (.3); memo to LK, S. Cunningham re same (.1). | Krieger, A. | 0.4 |
| 03/15/2002 | Memos to and from L. Kruger re revisions to Addiment Order (.2); telephone call J. Kapp re revised order (.2). | Krieger, A. | 0.4 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Krieger, Arlene | 12.4 | $ 475 | $ 5,890.00 |

|  | Total For Professional Services Rendered | $ 5,890.00 |
|---|---|---|

| | **Total for this Matter** | $ 5,890.00 |
|---|---|---|

**RE:**    **Business Operations**
          **699843. 0013**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/29/2002 | Review FTI's draft analysis of the Debtors' fourth quarter and fiscal year 2001 results (1.3). | Krieger, A. | 1.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.3 | $ 475 | $ 617.50 |
| | Total For Professional Services Rendered | | $ 617.50 |

| | | |
|--|--|--|
| **Total for this Matter** | | $ 617.50 |

RE:   **Case Administration**
      **699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/01/2002 | Review and cross-reference entries on online court docket and critical date calendar. Download and distribute pleadings to attorney working group. | Defreitas, V. | 2.8 |
| 03/01/2002 | Memo to J. Kapp, D. Carickhoff re administrative fee procedures (.1); telephone call S. Schwartz re Addiment, other pending matters (.5) | Krieger, A. | 0.6 |
| 03/04/2002 | Download recently filed asbestos documents and distribute same to working group. | Defreitas, V. | 3.2 |
| 03/04/2002 | Memo from and to D. Carickhoff re revised form of order in respect of retention of Carella, Byrne firm (.3). | Krieger, A. | 0.3 |
| 03/04/2002 | Review of amended case management order and amended administrative order (.4); conf with L. Cotto re same (.1). | Serrette, R. | 0.5 |
| 03/06/2002 | Review and revise entries in critical date calendar. | Defreitas, V. | 2.3 |
| 03/08/2002 | Office conference RS re service of Committee's statement in respect of bar date documentation. | Krieger, A. | 0.1 |
| 03/08/2002 | Prepare for filing and service of committee's statement to Asbestos case management order (1.5); conferences with A. Krieger re same (.3). | Serrette, R. | 1.8 |
| 03/11/2002 | Review case docket no. 01-01139 downloaded new pleadings and e-mail to internal service list. | Mohamed, D. | 0.8 |
| 03/11/2002 | Review adversary proceedings case docket nos. 01-771, 01-7666, 01-7993, 01-8810, 01-8839, 01-8883, 01-1657, 02-2013, download new pleadings from Court's website in March and forward to internal service list. | Mohamed, D. | 1.6 |
| 03/12/2002 | Memo from and to D. Carickhoff, and KP re transcript of hearing from 3/8 on RJR TRO (.1). | Krieger, A. | 0.1 |
| 03/12/2002 | Review of docket for responses to Case Management pleadings and provided same to A. Krieger in preparation for 3/18 hearing. | Serrette, R. | 1.9 |
| 03/13/2002 | Memos to and from D.Carickhoff re amended administrative fee order and contract with W. Smith regarding same (.4). | Krieger, A. | 0.4 |

| 03/13/2002 | Discussion with V. DeFrietas re preparation for hearing (3/18) including review of initial date calendar (.2); and responses (.3); confs with A. Krieger re conf with Warren Smith (.2); review of letters to Judge re Zonolite class proof of claim (.3). | Serrette, R. | 1.0 |
|---|---|---|---|
| 03/14/2002 | Telephone conference with accounting re: check request for Chambers Associates Incorporated (.1); recieve same and photocopy same and invoice and forward to Chambers Associates Incorporated (.2). | Cotto, L. | 0.3 |
| 03/14/2002 | Download recently filed asbestos bankruptcy case pleadings and distribute same to working group. | Defreitas, V. | 1.5 |
| 03/14/2002 | Extended conference call D.Carickhoff and W. Smith re amended fee procedures (.8); prepare memorandum to LK, RS re same (.7). | Krieger, A. | 1.5 |
| 03/15/2002 | Reviewed revised Warren Smith order and memo to and telephone call with  W. Carickhoff re same (1.3); telephone call W. Smith re application of fee auditor's review to Committee members' expense reimbursement application (.2);  telephone call J. Sakalo re Hilsoft notification order (.1). | Krieger, A. | 1.5 |
| 03/19/2002 | Review and cross-reference critical date motion status chart with court online docket. | Defreitas, V. | 1.7 |
| 03/20/2002 | Download recently filed asbestos bankruptcy case pleadings and distribute same | Defreitas, V. | 1.6 |
| 03/21/2002 | Memo from and to KP, RS re 3/18/02 hearing and the status of the amended administrative fee order and the court's appointment of Warren Smith (.3). | Krieger, A. | 0.3 |
| 03/21/2002 | E-mail confs with A. Krieger for status of 3/18/02 hearing (.3); review incoming Grace pleadings and and amended fee order (.5); confs with L. Cotto re same (.1). | Serrette, R. | 0.9 |
| 03/25/2002 | sorted the JR documents of W.R. Grace in date order (1.10) Researched the JR documents (2.10) | Christian, A. | 3.2 |
| 03/25/2002 | Review various pleadings for assignment to central file categories in preparation for addition to filesurf database. | Defreitas, V. | 1.4 |
| 03/26/2002 | Pacer re: download local forms and review same and photocopy same and give to R. Serrette and A. Krieger (.2); office conference with R. Serrette and A. Krieger re: fee application and new amended administrative order (.2); review newest amended | Cotto, L. | 0.5 |

administrative order (.1).

| 03/26/2002 | Review 3/19/02 order issued by Judge Wolin re compensation of advisors (.1); review several orders issued by Judge Fitzgerald on or about 3/18/02 (.2); reviewed updated case docket and memo to V. Defreitas re docket (.3); review revised administrative fee order and case management order and office conferences RS re same (.8); prepare correspondence to D. Carickhoff, W.Smith re comments to orders (.5). | Krieger, A. | 1.9 |
| --- | --- | --- | --- |
| 03/26/2002 | Conf with A. Krieger re proposed amended fee order and case management order and review of same (.5). | Serrette, R. | 0.5 |
| 03/27/2002 | Complete review of case management order and prepare correspondence to D. Carickhoff re same (.6); memo from and to KP re chambers memo (.2); complete review of amended administrative fee order in relation to W. Smith proposal and memo to D. Carickhoff, W. Smith thereon (.7). | Krieger, A. | 1.5 |
| 03/27/2002 | Research forms of trading orders for Arlene Krieger (.5). | Serrette, R. | 0.5 |
| 03/28/2002 | Memo from and to W.Smith, D.Carickhoff re administrative fee order and case management order (.2).. | Krieger, A. | 0.2 |
| 03/29/2002 | Memo to W. Smith, D. Carickoff re circulation of administration fee order (.1); review revised form of case management order memo to KP, LK MS re same (.4); review proposed revised administrative fee order (.4). | Krieger, A. | 0.9 |
| 03/31/2002 | Review proposed final form of revised administrative fee order (.3). | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Christian, Angelina | 3.2 | $ 70 | $ 224.00 |
| Cotto, Lisa | 0.8 | 170 | 136.00 |
| Defreitas, Vaughn | 14.5 | 100 | 1,450.00 |
| Krieger, Arlene | 9.6 | 475 | 4,560.00 |
| Mohamed, David | 2.4 | 100 | 240.00 |
| Serrette, Rosemarie | 7.1 | 170 | 1,207.00 |
| Total For Professional Services Rendered | | | $ 7,817.00 |
| Total for this Matter | | | $ 7,817.00 |

RE:   **Claims Analysis/Objections/Administration (Non-Asbestos)**
      **699843. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/04/2002 | Review settlement notice re Gulf Pacific matters and memo to J. Baer re inquiries regarding insurance proceeds, related issues (.6); review selected cases re insurance proceeds as property of the estate (.4). | Krieger, A. | 1.0 |
| 03/05/2002 | Memorandum to and from J. Baer and KP re revised bar date pleadings, including the Medical Monitoring proof of claim (.5); thoroughly review revised bar date pleadings (2.1). | Krieger, A. | 2.6 |
| 03/06/2002 | Memo to Jan Baer re comments to existing bar date forms (.1); prepare draft response of the committee to the February 2002 bar date notice, proof of claim forms and office conference KP re same (2.1); extended telephone call Jan Baer re additional comments to the bar date forms (.7). | Krieger, A. | 2.9 |
| 03/07/2002 | Memo to Jan Baer re proposed claims settlement with Gulf Pacific and outstanding issues thereon, request for documentation (.8); prepare statement of position of creditors' committee to bar date documentation (2.5). | Krieger, A. | 3.3 |
| 03/08/2002 | Attended to filing Committee statement on bar date documentation (.2). | Krieger, A. | 0.2 |
| 03/11/2002 | Telephone call Jan Baer re preparation of revised bar date documentation which excludes asbestos personal injury claims, objection to bar date documentation, Gulf (.2); memo to KP, LK re J. Baer information(.1); finalize Committee statement re bar date documentation (1.2); attended to revised bar date documentation (.7) | Krieger, A. | 2.2 |
| 03/12/2002 | Review revised bar date notice, order and related documentation from Jan Baer (1.5). | Krieger, A. | 1.5 |
| 03/13/2002 | Extended telephone call Jan Baer re bar date documentation, extension on Gulf Pacific matter and follow-up memo re same (1.0). | Krieger, A. | 1.0 |
| 03/19/2002 | Memos to and from J. Baer re revised bar date pleadings, Gulf Pacific documents. | Krieger, A. | 0.2 |
| 03/26/2002 | Review insurance policy, case law in respect of proposed payment of insurance proceeds to Gulf | Krieger, A. | 2.7 |

Pacific.

| | | | |
|---|---|---|---|
| 03/27/2002 | Review further revised bar date pleadings, prepare comments thereon and forward same to Debtors' counsel (2.0). | Krieger, A. | 2.0 |
| 03/31/2002 | Case law re McAteer and other cases re insurance proceeds as property of the estate. | Krieger, A. | 1.2 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Krieger, Arlene | 20.8 | $ 475 | $ 9,880.00 |
| | Total For Professional Services Rendered | | $ 9,880.00 |

**Total for this Matter**   $ 9,880.00

RE:    **Committee Matters and Creditor Meetings**
       **699843. 0017**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 03/01/2002 | Prepare memorandum to the Committee re Darex plant closing motion (1.0). | Krieger, A. | 1.0 |
| 03/05/2002 | Revise the memo to the Committee re Darex Plant closure and memo to LK, KP re same (.5); prepare memorandum to the committee re revised Addiment transaction (1.6); memo to C. Whitney re Addiment and Darex analyses (.1); memo to S. Schwartz re further extensions on deadlines to respond to motions (.1). | Krieger, A. | 2.3 |
| 03/06/2002 | Memorandum to Committee members re execution of bank confidentiality agreement (1.6); memo to R. Douglas re same (.1); memo to LK and then to T. Maher re same (.3); memos from and to J. Akre re same (.1). | Krieger, A. | 2.1 |
| 03/07/2002 | Revise Addiment memos to the Committee (.2); memo to LK, KP re revised Addiment memo and FTI analysis (.2); office conferences LK re Addiment motion, business plan presentation, other (.4). | Krieger, A. | 0.8 |
| 03/07/2002 | Office conference with A. Krieger regarding Addiment memo to committee, FTI analysis and business plan presentation to committee (.4); telephone call with T. Maher regarding need for debtor to present business plan to committee after FTI review (.3); stay litigation - review memo from A. Krieger regarding Kellogg lift stay motion (.2). | Kruger, L. | 0.9 |
| 03/08/2002 | Office conference LK re James Sprayregen call to schedule Debtors' presentation to the Committee (.1). | Krieger, A. | 0.1 |
| 03/08/2002 | Attended to memorandum to the committee re Kellogg lift stay motion (.3); memo to LK, KP re memorandum to the Committee re Debtors' plant closure motion (.2); review FTI plant closure analysis and telephone calls S. Cunningham and telephone call L. Hamilton re same (.5); memo to the Committee re Darex motion (.1) | Krieger, A. | 1.1 |
| 03/08/2002 | Office conference with A. Krieger; telephone call with T. Maher regarding Addiment purchase (.2); meeting with management to review business plan and strategy (.2); telephone call with J. Sprayregan regarding proposed meeting and asbestos strategy | Kruger, L. | 0.6 |

review (.2).

| 03/11/2002 | Telephone call with D. Bernick regarding meeting with committee to consider business plan and asbestos strategy. | Kruger, L. | 0.3 |
| 03/19/2002 | Extended telephone call Tony Yosseloff re 3/18/02 hearing, status of fraudulent transfer litigation (.6). | Krieger, A. | 0.6 |
| 03/21/2002 | Memo to LK re substance of conversation with bank creditor interested in Committee appointment (.1). | Krieger, A. | 0.1 |
| 03/22/2002 | Extended telephone call Mitch Sockett (Knight Capital) re 3/18/02 hearing. | Krieger, A. | 0.8 |
| 03/26/2002 | Office conference LK re 3/18/02 hearing and courts determination on ZAI, other bar date-related matters, interest in appointment of bank debt holder to the committee, Company presentation to the Committee (.3); telephone calls M.Friedman (Richard Spears) re appointment of bank debt holder to the Committee (.2); memos to and from C. Whitney re April business plan meeting (.2). | Krieger, A. | 0.7 |
| 03/27/2002 | Attended to motions and orders re allowing trading in securities. | Krieger, A. | 1.4 |
| 03/29/2002 | Telephone call C. Lane (K&E) re confidentiality provisions of the By-Laws and attended to transmittal of same (.5); review trading in securities orders issued in other asbestos cases (1.3); telephone call S. Cunningham re meeting with the Committee and agenda therefor including Norris presentation on proposed enhancement and extension of the existing KERP, and memo to LK, KP, MW re same (.7); office conference D. Mohamed re trading securities motions (.1). | Krieger, A. | 2.6 |
| 03/29/2002 | Prepare draft memorandum for the Committee re Debtors' proposed payment of Gulf Pacific and review case law (2.5). | Krieger, A. | 2.5 |
| 03/29/2002 | Research re: motions/orders permitting securities trading upon establishment of an ethical wall and permitting securities trading in certain circumstances at A. Krieger's request. | Mohamed, D. | 0.9 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 16.1 | $ 475 | $ 7,647.50 |
| Kruger, Lewis | 1.8 | 695 | 1,251.00 |
| Mohamed, David | 0.9 | 100 | 90.00 |

Total For Professional Services Rendered     $ 8,988.50

**Total for this Matter**     $ 8,988.50

**RE:**  **Compensation of Professionals (Self)**
        **699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/01/2002 | Prepare final form of SSL fee application (1.5). | Krieger, A. | 1.5 |
| 03/04/2002 | Office conference with R. Serrette re: time (0.2); Office Conference with D. Valentine re: time (0.3); Review and revise Fee Application (1.0). | Cotto, L. | 1.5 |
| 03/05/2002 | Office Conference with D. Valentine re: changes to time (.3); review application (.3). | Cotto, L. | 0.6 |
| 03/05/2002 | Office conferences . Cotto re: SSL fee application (.3). | Krieger, A. | 0.3 |
| 03/08/2002 | Began to review SSL fee detail for February 2001 (.6). | Krieger, A. | 0.6 |
| 03/14/2002 | Continued review SSL Fee Detail for February 2002 (2.8). | Krieger, A. | 2.8 |
| 03/21/2002 | Review order appointing fee auditor (0.2). | Cotto, L. | 0.2 |
| 03/25/2002 | Draft cover sheet for eleventh fee application and draft attachment A(.3); review docket for filing dates(.1); email R. Serrette re: completion of application(.1); Telephone conference with D. Valentine re: disbursement register(.1). | Cotto, L. | 0.6 |
| 03/26/2002 | Telephone conference and office conference with D. Valentine re: disbursement register (.1); receive and review Chamber's invoice; update fee application cover sheet (.2). | Cotto, L. | 0.3 |
| 03/27/2002 | Telephone conference with D. Valentine re: disbursement register. | Cotto, L. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Cotto, Lisa | 3.3 | $ 170 | $ 561.00 |
| Krieger, Arlene | 5.2 | 475 | 2,470.00 |
| Total For Professional Services Rendered | | | $ 3,031.00 |
| **Total for this Matter** | | | $ 3,031.00 |

**RE:**   **Compensation of Professionals (Others)**
       **699843. 0020**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/08/2002 | Review various fee application including from Campbell & Levine, Caplin & Drysdale & Tersigni Consulting (.3). | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 475 | $ 142.50 |
| Total For Professional Services Rendered | | | $ 142.50 |

|  |  |
|--|--|
| **Total for this Matter** | $ 142.50 |

RE:    **Environmental Matters/Regulations/Litigation**
       **699843. 0022**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/29/2002 | Attended to Chambers memo re EPA related matters. | Krieger, A. | 0.5 |
| 03/29/2002 | Review of L. Chambers' report on environmental liabilities. | Kruger, L. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.5 | $ 475 | $ 237.50 |
| Kruger, Lewis | 0.3 | 695 | 208.50 |

|  | Total For Professional Services Rendered | $ 446.00 |
|---|---|---|
|  | **Total for this Matter** | $ 446.00 |

**RE:**   **Litigation (Non-Bankruptcy/General)**
**699843. 0032**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/11/2002 | Memorandum from and to LK, KP re RJR Nabisco litigation and March 8th hearing on same (.2); e-mails to and from J. Baer and D. Carickhoff re same (.1); attended to order issued by the court and underlying pleadings (.5). | Krieger, A. | 0.8 |
| 03/29/2002 | Attended to transcript from 3/8/02 hearing on Grace TRO re RJR and other tobacco defendants. | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 475 | $ 522.50 |
|  | Total For Professional Services Rendered | | $ 522.50 |

|  | **Total for this Matter** | $ 522.50 |
|--|--|--|

RE:     **Litigation/Fraudulent Conveyance**
        **699843. 0034**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/04/2002 | Attention to select documents produced by WR Grace in connection with fradulent transfer litigation re estimates and evaluation of asbestos liabilities (3.5). | Pasquale, K. | 3.5 |
| 03/05/2002 | Review CMO, prior correspondence (2.0); attend conference call w/Wolin's clerk to discuss CMO (.8); memo to K. Pasquale, A. Krieger, re: same (.8). | Sasson, M. | 3.6 |
| 03/06/2002 | Review M. Sasson memo re case management order for litigation (.1). | Krieger, A. | 0.1 |
| 03/08/2002 | Correspondence to the Court re document reporting (.1); correspondence from M. Browdy regarding document repository and memo to KP and MS re same (.1); office conference MS re conference call topics (.2); office conference KP re same (.1). | Krieger, A. | 0.5 |
| 03/08/2002 | O/c K. Pasquale, review Debtors production, copy for chambers, draft letter to same (3.0); cc re: imaging of documents in depository (.8); t/c K. Pasquale, memo to file re: same (.5). | Sasson, M. | 4.3 |
| 03/11/2002 | Office conference MS re 3/8/02 conference call and review memo re imaging of documents from production (.1). | Krieger, A. | 0.1 |
| 03/11/2002 | Assist M. Sasson re: Prep of documents to be forwarded to expert witness | Malpeli, G. | 2.0 |
| 03/12/2002 | Correspondence from McKool Smith and memo to KP, MS re same (.1). | Krieger, A. | 0.1 |
| 03/13/2002 | Review Judge Wolin's order re fraudulent transfer action (.2). | Krieger, A. | 0.2 |
| 03/13/2002 | T/c Leclair re: objective fields, imaging project (.2); cc: parties re: same (.5); memo re call (.2). | Sasson, M. | 0.9 |
| 03/19/2002 | Attended to adversary filed by asbestos committees against Cryovac and Sealed Air and related summons and memo to V.DeFreitas, LK and KP and same (.7). | Krieger, A. | 0.7 |
| 03/19/2002 | Meet with Moshe Sasson to discuss bankruptcy litigation and case management orders. Obtain documents from M. Sasson to organize and create | Mariano, C. | 3.0 |

files.

| 03/19/2002 | T/c parties re: imaging issues (.5); t/c K. Pasquale re: hearing (.1). | Sasson, M. | 0.6 |
| 03/26/2002 | Review asbestos committees complaint against Fresenius Medical Care and National Medical Care, and complaint against Sealed Air (.9). | Krieger, A. | 0.9 |
| 03/26/2002 | Review all e-mails forwarded by V. Defreitas attaching decisions, notices, affidavits of service, print all documents and distribute. | Mariano, C. | 3.5 |
| 03/27/2002 | Attention to fraudulent transfer complaints filed by Asbestos Committees (1.5) | Pasquale, K. | 1.5 |
| 03/28/2002 | Obtain and review several e-mails from V. Defreitas, print all documents for the file.  Obtain copies for M. Sasson as well. | Mariano, C. | 2.9 |
| 03/29/2002 | Telephone calls L. Robinson (Automated legal Solution) re transmission of fraudulent transfer-related documents (.2); memos to and from KP re same (.1). | Krieger, A. | 0.3 |
| 03/31/2002 | Review and reply to e-mail correspondence re document imaging and coding | Bowen, M. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Bowen, Mark | 0.2 | $ 175 | $ 35.00 |
| Krieger, Arlene | 2.9 | 475 | 1,377.50 |
| Malpeli, Gary | 2.0 | 170 | 340.00 |
| Mariano, Christine | 9.4 | 155 | 1,457.00 |
| Pasquale, Kenneth | 5.0 | 495 | 2,475.00 |
| Sasson, Moshe | 9.4 | 395 | 3,713.00 |

Total For Professional Services Rendered    $ 9,397.50

**Total for this Matter**    $ 9,397.50

RE:    **Non-Working Travel Time**
      **699843. 0035**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/18/2002 | Travel back to New York from court hearing. | Krieger, A. | 2.3 |
| 03/18/2002 | Travel back to NYC (2.0). | Sasson, M. | 2.0 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.3 | $ 475 | $ 1,092.50 |
| Sasson, Moshe | 2.0 | 395 | 790.00 |
| | Total For Professional Services Rendered | | $ 1,882.50 |

| | | |
|--|--|--|
| **Total for this Matter** | | $ 1,882.50 |

**RE:**    **Preparation for and Attendance at Hearings**
        **699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/14/2002 | Review agenda notice for 2/25/02 hearing and office conferences MS re matters to be heard and began to prepare for hearing (2.4). | Krieger, A. | 2.4 |
| 03/15/2002 | Meeting with KP, MS re 3/18/02 hearing (.9); follow-up office conferences MS re hearing preparation (.3); preparation for hearing re amended agenda notice and newly filed pleadings (1.7). | Krieger, A. | 2.9 |
| 03/15/2002 | Office conference A. Krieger, M. Sasson re preparation for 3/18 court hearing (.8) | Pasquale, K. | 0.8 |
| 03/16/2002 | Preparation for 3/18/02 hearing including review of Debtors' response to ZAI and asbestos PD Committee's objections to bar date related documentation, Debtors' motion to strike Hilsee Affidavit, and sur reply to Gerard reply (2.3). | Krieger, A. | 2.3 |
| 03/17/2002 | Continue to review pleadings in preparation for 3/18/02 hearing and forward mark up of Fee Auditor order to D. Carickhoff and W. Smith (2.8). | Krieger, A. | 2.8 |
| 03/18/2002 | Further preparation for hearing and travel to Court for 3/18/02 hearing before Judge Fitzgerald and review ZAI, other pleadings and discussion with M. Sasson re same (2.2); representation of Committee at hearing before the court (4.2). | Krieger, A. | 6.4 |
| 03/18/2002 | O/c A. Krieger/local counsel re: agenda, hearings (1.5); attend omnibus hearing (4.5). | Sasson, M. | 6.0 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 16.8 | $ 475 | $ 7,980.00 |
| Pasquale, Kenneth | 0.8 | 495 | 396.00 |
| Sasson, Moshe | 6.0 | 395 | 2,370.00 |

Total For Professional Services Rendered    $ 10,746.00

Total for this Matter    $ 10,746.00

RE:    **Stay Litigation (Section 362)**
       **699843. 0041**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/06/2002 | Review Kellogg motion to annul automatic stay (.3). | Krieger, A. | 0.3 |
| 03/07/2002 | Memorandum to and from S. Schwartz, C. Lane re Debtors' position on Kellogg lift stay and insurance, other information (.1); prepare memorandum to the Committee re Kellogg lift stay motion(.6); memorandum to LK, KP re Kellogg motion (.1). | Krieger, A. | 0.8 |
| 03/11/2002 | Memo to D. Carickhoff, J. Kapp re discussions regarding further amended administrative fee order (.1); office conference  D. Mohamed re docket review (.2). | Krieger, A. | 0.3 |
| 03/11/2002 | Attended to Debtors' opposition to  motion for stay relief (.5). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.9 | $ 475 | $ 902.50 |
| | | Total For Professional Services Rendered | $ 902.50 |
| | | **Total for this Matter** | $ 902.50 |

RE:    **Tax/General**
       **699843. 0047**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/04/2002 | Memo from and to C. Whitney, M. Levy re 3/5/02 conference call to discuss state tax matters and inquiry on federal tax losses (.3). | Krieger, A. | 0.3 |
| 03/05/2002 | Attended conference call with Mark Levy, Mayer Greenberg and Arlene Krieger (1.0). | Brandes, R. | 1.0 |
| 03/05/2002 | Tax issues; prepare for call (.6); con. w/MAL and AK (.4); call Kirkland (1.1). | Greenberg, M. | 2.1 |
| 03/05/2002 | Review state tax documentation in preparation for conference call with Grace representatives (.5); conference call with ML, MG and Grace representatives and FTI and then follow-up office conference ML, MG (1.4); memo to C. Whitney re additional information (.1). | Krieger, A. | 2.0 |
| 03/05/2002 | Tax issues - c/c Grace tax people, Kirkland & Ellis, FTI, Stroock et al re state and federal income tax issues (1.0), o/c Greenberg, Krieger and Brandes re same (0.4), t/c Christy Whitney (.1), review documents (.3). | Levy, M. | 1.8 |
| 03/07/2002 | Wrote memorandum about conference call on March 5, 2002 and discussion afterwards (1.0); made revisions to memo (0.5). | Brandes, R. | 1.5 |
| 03/08/2002 | Revise R. Brandes memo re NOLs (.3). | Levy, M. | 0.3 |
| 03/14/2002 | Read emails from Arlene Krieger about additional information previously requested from client (.1); drafted response to inquiries (.7); meeting with Mayer Greenberg about drafted response (.2); wrote memorandum to Arlene Krieger explaining information requested during March 5 conference call (.4); emailed memo to Arlene Krieger, Mayer Greenberg and Mark Levy (0.1). | Brandes, R. | 1.4 |
| 03/14/2002 | Review e-mail (.7); analysis re nol calculations (.4). | Greenberg, M. | 1.1 |
| 03/14/2002 | Memos to and from M. Greenberg re follow-up on 3/5/02 tax conference call and then memo to R. Higgins re inquiry on status of obtaining 2002 schedule (.8). | Krieger, A. | 0.8 |
| 03/15/2002 | Analysis re nol provision impact on refund (.6); review | Greenberg, M. | 0.7 |

and comment re e-mail (.1).

| 03/19/2002 | Memo from and to R. Higgins re response to 3/15/02 follow-up on receipt of tax-related analysis (.1). | Krieger, A. | 0.1 |
|---|---|---|---|
| 03/19/2002 | 1) NOL carrybacks - review R. Brandes memo and A. Krieger letter on requested info (.3); 2) Foreign tax credits and distributions - review cash balance figures re foreign subs from Christy Whitney (.3). | Levy, M. | 0.6 |
| 03/21/2002 | Memo to R.Higgins re receipt of tax related information from the Company. | Krieger, A. | 0.1 |
| 03/22/2002 | Reviewed materials and researched the effects that the Liberty Zone Bill Tax provisions will have and impact of new net operating loss carryback rules. | Brandes, R. | 3.4 |
| 03/22/2002 | Distribution of available cash from foreign subs/review schedules to determine cash available and withholding tax to be paid on distribution (1.). | Levy, M. | 1.0 |
| 03/25/2002 | Research re: effect of net operating losses on client (2.3); discussion with Mayer Greenberg about research (.3). | Brandes, R. | 2.6 |
| 03/25/2002 | Discussion with RB re nol issues (.3); analysis re nol carryback issues (.3). | Greenberg, M. | 0.6 |
| 03/26/2002 | Review and analysis of company response to information request. | Greenberg, M. | 0.5 |
| 03/26/2002 | Review memo from R. Higgins re Company response to outstanding tax inquiries and memos to M. Levy and FTI thereon (.5). | Krieger, A. | 0.5 |
| 03/26/2002 | Analysis of NOL carrybacks, etc. - review and analyze memo from Roger Higgins responding to our questions (.4), e-mails with Krieger (.1). | Levy, M. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Brandes, Ronnie H. | 9.9 | $ 185 | $ 1,831.50 |
| Greenberg, Mayer | 5.0 | 525 | 2,625.00 |
| Krieger, Arlene | 3.8 | 475 | 1,805.00 |
| Levy, Mark | 4.2 | 650 | 2,730.00 |

Total For Professional Services Rendered    $ 8,991.50

Total for this Matter    $ 8,991.50

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

April 30, 2002
Invoice: 261342

W R Grace & Co
7500 Grace Drive
Columbia,  MD  21044-4098

**EXPENSES INCURRED** for the period through March 31, 2002, including:

| Date | Description | Amount |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 03/07/2002 | Federal Express T#824852009819 COTTO to: SHELLY HOLLINGHEAD WILMINGTON,DE | 8.82 |
| 03/27/2002 | FedEx Log 03/11/02 M.SASSON TO LETICIA CHAMBERS | 37.37 |
| 03/28/2002 | FedEx Log 03/07/02 COTTO TO S.HOLLINGHEAD | 1.44 |
| **Outside Messenger Service Total** | | **47.63** |
| **Local Transportation** | | |
| 03/06/2002 | VENDOR: Lewis Kruger; INVOICE#: 02/28/02; DATE: 3/6/02 - 02/20   MTG. IN NEWARK - CABFARE | 4.00 |
| 03/22/2002 | VENDOR: Petty Cash; INVOICE#: 03/20/02; DATE: 3/22/02 - 03/18/02  NY PETTY CASH  M.SASSON | 13.00 |
| 03/28/2002 | NYC Two Ways Inc. KRIEGER 03/15/02 20:02 M from 180 MAIDEN LA to E 80 ST M | 34.80 |
| **Local Transportation Total** | | **51.80** |
| **Long Distance Telephone** | | |
| 02/26/2002 | Cr card calls 12/01 | 4.91 |
| 03/01/2002 | EXTN.3544, TEL.312-861-3103, S.T.17:24, DUR.07:12 | 2.59 |
| 03/01/2002 | EXTN.5492, TEL.302-657-4900, S.T.16:20, DUR.02:18 | 0.97 |
| 03/01/2002 | EXTN.6689, TEL.302-657-4924, S.T.13:02, DUR.01:00 | 0.32 |
| 03/04/2002 | EXTN.5544, TEL.201-556-4040, S.T.10:39, DUR.02:36 | 0.97 |

| | | |
|---|---|---:|
| 03/04/2002 | EXTN.5544, TEL.312-861-3103, S.T.14:52, DUR.06:18 | 2.27 |
| 03/05/2002 | EXTN.4062, TEL.201-556-4040, S.T.14:45, DUR.00:24 | 0.32 |
| 03/05/2002 | EXTN.4062, TEL.201-843-4900, S.T.14:49, DUR.00:18 | 0.32 |
| 03/06/2002 | EXTN.5544, TEL.312-861-3103, S.T.10:48, DUR.04:48 | 1.62 |
| 03/07/2002 | EXTN.3544, TEL.201-981-1125, S.T.09:39, DUR.05:30 | 1.94 |
| 03/07/2002 | EXTN.3760, TEL.973-424-2000, S.T.14:27, DUR.01:12 | 0.65 |
| 03/08/2002 | EXTN.2005, TEL.312-861-2481, S.T.15:15, DUR.02:12 | 0.97 |
| 03/08/2002 | EXTN.3544, TEL.201-556-4040, S.T.09:54, DUR.09:30 | 3.24 |
| 03/08/2002 | EXTN.5492, TEL.302-657-4924, S.T.14:56, DUR.05:42 | 1.94 |
| 03/08/2002 | EXTN.5492, TEL.302-657-4924, S.T.15:28, DUR.01:24 | 0.65 |
| 03/08/2002 | EXTN.5544, TEL.201-556-4040, S.T.12:08, DUR.01:36 | 0.65 |
| 03/08/2002 | EXTN.5760, TEL.973-424-2064, S.T.15:06, DUR.00:54 | 0.32 |
| 03/13/2002 | EXTN.6015, TEL.214-978-4984, S.T.10:38, DUR.01:48 | 0.65 |
| 03/13/2002 | EXTN.6015, TEL.214-978-4000, S.T.12:32, DUR.01:12 | 0.65 |
| 03/13/2002 | EXTN.6015, TEL.312-861-2460, S.T.12:35, DUR.00:54 | 0.32 |
| 03/14/2002 | EXTN.5544, TEL.214-747-5700, S.T.14:22, DUR.39:24 | 12.96 |
| 03/15/2002 | EXTN.5544, TEL.214-747-5700, S.T.15:34, DUR.02:24 | 0.97 |
| 03/15/2002 | EXTN.5562, TEL.305-375-6156, S.T.10:37, DUR.05:00 | 1.62 |
| 03/18/2002 | EXTN.5492, TEL.302-657-4924, S.T.09:44, DUR.12:30 | 4.21 |
| 03/18/2002 | EXTN.5511, TEL.302-657-4900, S.T.16:11, DUR.00:30 | 0.32 |
| 03/19/2002 | EXTN.6689, TEL.302-252-2900, S.T.09:59, DUR.01:24 | 0.65 |
| 03/20/2002 | EXTN.5562, TEL.973-424-2031, S.T.14:46, DUR.02:54 | 0.97 |
| 03/20/2002 | EXTN.5562, TEL.011442076297755, S.T.14:53, DUR.01:42 | 3.71 |
| 03/20/2002 | EXTN.6015, TEL.973-424-2000, S.T.09:39, DUR.02:18 | 0.97 |
| 03/22/2002 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 4711137; DATE: 2/19/02 - L. Kruger | 87.67 |
| 03/26/2002 | EXTN.5544, TEL.201-556-4040, S.T.10:43, DUR.01:18 | 0.65 |
| 03/29/2002 | EXTN.5544, TEL.201-556-4040, S.T.09:43, DUR.00:48 | 0.32 |

| | | |
|---|---|---|
| 03/29/2002 | EXTN.5544, TEL.312-861-3268, S.T.09:54, DUR.01:06 | 0.65 |
| 03/29/2002 | EXTN.5544, TEL.954-481-9423, S.T.15:51, DUR.00:54 | 0.32 |
| | **Long Distance Telephone Total** | **142.26** |

**Duplicating Costs-in House**

| | |
|---|---|
| 03/04/2002 | 0.10 |
| 03/05/2002 | 4.40 |
| 03/05/2002 | 2.70 |
| 03/05/2002 | 2.10 |
| 03/07/2002 | 0.20 |
| 03/07/2002 | 0.40 |
| 03/07/2002 | 6.70 |
| 03/07/2002 | 0.60 |
| 03/08/2002 | 0.50 |
| 03/08/2002 | 0.60 |
| 03/08/2002 | 11.00 |
| 03/11/2002 | 2.20 |
| 03/11/2002 | 0.80 |
| 03/11/2002 | 3.30 |
| 03/11/2002 | 26.10 |
| 03/12/2002 | 0.30 |
| 03/12/2002 | 2.40 |
| 03/12/2002 | 0.20 |
| 03/12/2002 | 0.70 |
| 03/13/2002 | 5.70 |
| 03/13/2002 | 19.60 |
| 03/14/2002 | 6.70 |
| 03/14/2002 | 0.20 |
| 03/14/2002 | 5.20 |
| 03/14/2002 | 18.10 |

| | |
|---|---|
| 03/15/2002 | 9.00 |
| 03/15/2002 | 0.90 |
| 03/15/2002 | 1.20 |
| 03/15/2002 | 1.60 |
| 03/18/2002 | 6.00 |
| 03/21/2002 | 2.10 |
| 03/26/2002 | 11.20 |
| 03/26/2002 | 1.90 |
| 03/26/2002 | 1.30 |
| 03/27/2002 | 3.90 |
| 03/27/2002 | 7.50 |
| 03/29/2002 | 2.10 |

**Duplicating Costs-in House Total**     **169.50**

**Process Service & Calendar Watch**

| | | |
|---|---|---|
| 03/13/2002 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 4548; DATE: 1/31/02  -  bankruptcy court | 15.00 |

**Process Service & Calendar Watch Total**     **15.00**

**In House Messenger Service**

| | | |
|---|---|---|
| 03/13/2002 | Early Bird Messenger 02/25/2002 Bike Standard from L. KRUGER to  ALL NATIONS, 11 | 10.75 |
| 03/13/2002 | Early Bird Messenger 02/28/2002 Bike Standard from L. KRUGER to  ALL NATION TOUR | 10.75 |

**In House Messenger Service Total**     **21.50**

**Facsimile Charges**

| | | |
|---|---|---|
| 03/18/2002 | FAX # 650-857-0663 | 4.00 |
| 03/27/2002 | FAX # 214-722-0081 | 20.00 |
| 03/29/2002 | FAX # 312-660-0623 | 3.00 |

**Facsimile Charges Total**     **27.00**

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 01/04/2002 | VENDOR: American Express; INVOICE#: 19574; DATE: 10/18/01 - lawyers trav fee K Pasquale 10/18 MET WIL MET | 42.00 |
| 02/06/2002 | VENDOR: American Express; INVOICE#: 20088; DATE: 2/6/02 - | 42.00 |

lawyers trav fee  A Taruschio 2/6

| 02/22/2002 | VENDOR: American Express; INVOICE#: 022202D; DATE: 2/22/02  -  amex lawyers travel K Pasquale MET WIL MET 2/22 | 125.00 |
| 03/11/2002 | VENDOR: Ken Pasquale; INVOICE#: 03/07/02; DATE: 3/11/02  -  02/26    COURT HEARINGS IN  WILMINGTON, DEL. - PARKING | 30.00 |
| 03/13/2002 | VENDOR: American Express; INVOICE#: 20263; DATE: 3/13/02  -  lawyers trav fee  A Kreiger 3/13 | 42.00 |
| 03/14/2002 | VENDOR: American Express; INVOICE#: 20277; DATE: 3/14/02  -  lawyers trav fee  M Sasson 3/14 | 42.00 |
| 03/18/2002 | AMEX TARUSCHIO/ANNA NYP WIL NYP on 02/06/2002 | 194.00 |
| 03/20/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 030102; DATE: 3/1/02  -  Visa Charge 2/25/02 L Kruger transaction fee Penn Station to Wilmington | 25.00 |

**Travel Expenses - Transportation Total**  **542.00**

**Westlaw**
| 03/08/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 20.00 |
| 03/13/2002 | ; Duration 0:00:00; By MARIANO CHRISTINE | 130.00 |
| 03/31/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 23.75 |

**Westlaw Total**  **173.75**

**Total Disbursements/Charges**    **$ 1,190.44**

SSL-DOCS1 1212607v1