IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 29, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE SIXTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM
MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2002 through March 31, 2002 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                         $194,087.00   (80% = $155,269.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                 $92,484.17

This is an:    X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | Pending | Pending |
| 5/3/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | Pending | Pending |

As indicated above, this is the sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 7 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,470.00.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

2

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see detail attached hereto as Exhibit A)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 35 | Litigation | $210.00 | 13.6 | $2,856.00 |
| Donna B. MacKenna | Partner | 18.5 | Litigation | $190.00 | 34.3 | $6,517.00 |
| Matthew T. Murphy | Associate | 14 | Litigation | $180.00 | 35.7 | $6,426.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 18 | Litigation | $80.00 | 120.3 | $9,624.00 |
| Joseph K. Winrich | Paralegal | 14 | Corporate | $80.00 | 4.4 | $352.00 |
| Gary R. Bellinger | Temporary Paralegal | 1 | Litigation | $80.00 | 168.0 | $13,440.00 |
| Frank O. Ashenuga | Temporary Paralegal | 6 | Litigation | $80.00 | 168.0 | $13,440.00 |
| Maria Patracea Scialla | Temporary Paralegal | 2 | Litigation | $80.00 | 162.4 | $12,992.00 |
| Edward K. Law | Temporary Paralegal | 3 | Litigation | $80.00 | 167.5 | $13,400.00 |
| James D. Leaver | Temporary Paralegal | 2 ½ | Litigation | $80.00 | 120.0 | $9,600.00 |
| Amy Preble | Temporary Paralegal | 2 | Litigation | $80.00 | 162.6 | $13,008.00 |
| A. Brock Edmunds | Temporary Paralegal | 10 | Litigation | $80.00 | 165.5 | $13,240.00 |
| Christine DiSaia | Temporary Paralegal | 4 | Litigation | $80.00 | 138.0 | $11,040.00 |

| Danny Factor | Temporary Paralegal | 4 | Litigation | $80.00 | 19.2 | $1,536.00 |
| Joshua D. Paulin | Temporary Paralegal | 4 | Litigation | $80.00 | 155.8 | $12,464.00 |
| W. Doug Hoey | Temporary Paralegal | 1 | Litigation | $80.00 | 168.0 | $13,440.00 |
| Chris Brown | Temporary Paralegal | 3 ½ | Litigation | $80.00 | 160.0 | $12,800.00 |
| Tom Mountain | Temporary Paralegal | 5 | Litigation | $80.00 | 109.8 | $8,784.00 |
| Christian Homsi | Temporary Paralegal | 5 ½ | Litigation | $80.00 | 119.1 | $9,528.00 |
| John Forgione | Temporary Paralegal | 1 | Litigation | $80.00 | 120.0 | $9,600.00 |

**Total Fees:**     **$194,087.00**

Expense Summary
(see detail attached hereto as Exhibit B)

| Description | Amount |
|---|---|
| Telephone | $45.98 |
| Excess Postage | $10.45 |
| Federal Express | $241.30 |
| Other Delivery Services | $990.00 |
| Outside Photocopying | $2,453.85 |
| Photocopying | $22.32 |
| Rent Reimbursement | $88,287.97 |
| Miscellaneous | $432.30 |

**Total:**     **$92,484.17**

Dated: May 3, 2002

CASNER & EDWARDS, LLP

*Robert A. Murphy*
Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

50000.0/211862

4