IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  May 29, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## **EXHIBIT A**
### **(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 2, 2002

Bill Number  41983
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through March 31, 2002

Re: Special Litigation Counsel - Work In Connection
     With General Asbestos Matters

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/12/02 | RAM | Telephone conference with Karen O'Connell, Middlesex Clerk of Court office, re: large number of notices of bankruptcy and what to do with them. | 0.10 Hrs | $21.00 |
| 03/20/02 | MTM | Telephone call from in-house counsel re: Libby personnel files for Baker and Bosch (.1); review indices to Libby storage boxes at Winthrop Square re: Libby personnel files (.2); telephone call to ARA re: same (.1). | 0.40 Hrs | $72.00 |
| 03/21/02 | ARA | Review Libby personnel files per MTM's request for in-house counsel (1.9); arrange to have files copied (.4). | 2.30 Hrs | $184.00 |
| 03/22/02 | MTM | Receipt and review of copies of personnel files for Baker and Bosch requested by in-house counsel. | 0.20 Hrs | $36.00 |
| 03/24/02 | RAM | Work on fee application. | 0.40 Hrs | $84.00 |
| 03/25/02 | RAM | Work on fee application. | 0.40 Hrs | $84.00 |
| 03/25/02 | ARA | Conference with MB re: organizing Grace related materials/memos sent to Winthrop Square by RAM. | 0.50 Hrs | $40.00 |
| 03/27/02 | RAM | Work on fee application. | 0.30 Hrs | $63.00 |
| 03/28/02 | RAM | Work on fee application. | 0.20 Hrs | $42.00 |

David B. Siegel

TOTAL LEGAL SERVICES          $626.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.40 Hrs | 210/hr | $294.00 |
| MATTHEW T. MURPHY | 0.60 Hrs | 180/hr | $108.00 |
| ANGELA R. ANDERSON | 2.80 Hrs | 80/hr | $224.00 |
| | 4.80 Hrs | | $626.00 |

TOTAL THIS BILL          $626.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 2, 2002

Bill Number  41984
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through March 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/02 | RAM | Telephone conference with in-house counsel re: there are Libby exposure sheets in Winthrop Square (.1); telephone conferences with ARA to arrange to review what she found (.1) To and from Winthrop Square to review exposure sheets (1/2 time) (.2); review same (.3); telephone conference with in-house counsel re: what is in Winthrop Square (.1); telephone conference with ARA to have exposure sheets copied and to determine date of information (.1); telephone conference with in-house counsel re: date (.1). Work on fee application and send it to clients for review (.5). | 1.50 Hrs | $315.00 |
| 03/01/02 | ARA | Oversee review of documents (2.7). Per RAM, search Libby storage boxes for worker exposure histories (1.0); recheck Attorney Review boxes for other exposure histories (.2); review documents, answer RAM's question and have documents copied; telephone call to Merrill re: same; prepare documents for pick-up by Merrill (.4). | 4.30 Hrs | $344.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/01/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/01/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 03/01/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/01/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/01/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 03/01/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 03/01/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 03/01/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $416.00 |
| 03/01/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 03/01/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/02/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.00 |
| 03/04/02 | RAM | Telephone conference with MTM re: copying of Libby exposure history documents (.1). Read selected documents filed in bankruptcy court (.9). | 1.00 Hrs | $210.00 |
| 03/04/02 | MTM | Receipt and review of emails re: status of document review (3.1). Conference with ARA re: temporary paralegal and other personnel issues (.3). Telephone call to in-house counsel re: copies of employee exposure analyses for expert and second copy for Kirkland Ellis attorney; receipt and review of copies of employee exposure analyses; letter to in-house counsel and Kirkland Ellis attorney re: same (.3). | 3.70 Hrs | $666.00 |
| 03/04/02 | ARA | Oversee review of documents (4.7). Prepare weekly progress/box count report per MTM's request (1.0). Meeting with Reed Smith paralegal and temporary paralegals to implement pink slip sheet procedure to capture document range (begin & end sheets) for the document review; arrange for Merrill Corp. to copy  pink slip sheets (1.4). Discussion with temporary paralegal re: Winthrop unscannable box materials; receive target | 7.70 Hrs | $616.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | sheet re: same (.3). Conference with MTM re: personnel issues (.3). | | |
| 03/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/04/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/04/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/04/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/04/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 03/04/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/04/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/04/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/05/02 | RAM | Telephone call from in-house counsel re: whether we have any transcripts of testimony of J. Ashworth; check and advise no. | 0.10 Hrs | $21.00 |
| 03/05/02 | MTM | Receipt and review of resumes for temporary paralegals; conference with ARA and telephone call to agency re: same. | 0.30 Hrs | $54.00 |
| 03/05/02 | ARA | Oversee review of documents (2.4). Conference with Reed Smith and Holme Roberts paralegals and temporary paralegals re: quality controlling non responsive boxes of documents; decide who will quality control them (.7); pull and organize their inventory sheets (.6). Organize inventory list of boxes for Onsite pick-up (.6) Inventory, review and arrange for Dead Storage boxes to be returned to Cambridge (1.8). | 6.10 Hrs | $488.00 |
| 03/05/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/05/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/05/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/05/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/05/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/05/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/05/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/05/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 03/05/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/05/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/05/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $105.00 |
| 03/06/02 | MTM | Telephone call from temporary agency; receipt and review of new resume; telephone call to agency re: same (.2). Work on document review project (.5). Telephone call from Cambridge librarian re: annual review of non-asbestos related library materials and possible disposal of same; telephone call to C. Latuda re: same; conference with RAM re: same (.2). | 0.90 Hrs | $162.00 |
| 03/06/02 | ARA | Oversee review of documents (2.6) Conferences with Reed Smith paralegal re: schedules of Reed Smith and Holme Roberts paralegals to supervise temporary paralegals at Winthrop Square and Cambridge (1.5). Answer questions of temporary paralegals re: documents (.4). Prepare boxes to return to Cambridge; telephone call to Holme Roberts paralegal re: same (.8) Prepare for and oversee pick-up of boxes by Onsite (1.2); telephone calls to Holme Roberts paralegal re: same (.2). Telephone call from Merrill Corp. and receipt of workers' compensation boxes for Kirkland Ellis (.3). | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/06/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 03/06/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/06/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/06/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/06/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/06/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | MTM | Respond to emails re: questions from reviewers (.3). Work on document review project (1.3). Conference with ARA re: space requirements at Winthrop Square (.1). | 1.70 Hrs | $306.00 |
| 03/07/02 | ARA | Oversee review of documents (3.6). Work re, and conferences with Holme Roberts paralegal and temporary paralegal, determining additional documents to be sent to Winthrop Square for review (1.3). Organize documents (.4). Telephone calls to MTM and Reed Smith paralegal re: staffing issues (.5). Answer questions of temporary paralegals re: documents (.7). | 6.50 Hrs | $520.00 |
| 03/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/07/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/07/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.10 Hrs | $568.00 |
| 03/07/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/07/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/07/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | RAM | Telephone calls to and telephone conferences with in-house counsels re: draft fee applications (.1). Also discuss status of EPA investigation into ZAI in Libby (.1). | 0.20 Hrs | $42.00 |
| 03/08/02 | MTM | Receipt and review of resumes for new temps (.2). Telephone call from C. Latuda for need for two additional temporary paralegals at Cambridge (.1). Conference with ARA re: need for additional temporary paralegals (.2). Telephone call from two temp agencies re: replacements (.2). Review and respond to emails re: status of review (.2). Review and respond to emails re: return of boxes to original source locations (.4). Review and respond to email re: coding issues (.3). Draft email re: weekly status and conference with ARA re: same (.2). Review memo from Grace re: document retention in connection with upcoming review of non-asbestos related library materials (.2); telephone call to in-house counsel re: same (.2). Work on document review project (2.0). | 4.00 Hrs | $720.00 |
| 03/08/02 | ARA | Do weekly box count status report and report findings to MTM (1.5). Arrange for more boxes to be sent from Cambridge to Winthrop Square for review (.5). Oversee review of documents (6.0) Answer questions of temporary paralegals re: documents (.4). | 8.40 Hrs | $672.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/08/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.30 Hrs | $24.00 |
| 03/08/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 03/08/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $504.00 |
| 03/08/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 4.80 Hrs | $384.00 |
| 03/08/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 03/08/02 | DF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 03/08/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/08/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | RAM | Work on fee application. | 0.50 Hrs | $105.00 |
| 03/11/02 | MTM | Meeting with three new temporary paralegals re: document review (3.0). Telephone call from new paralegals re: questions concerning review (.2). Telephone call from in-house counsel and Holme Roberts paralegal re: review of library materials (.2). | 3.40 Hrs | $612.00 |
| 03/11/02 | ARA | Oversee review of documents (4.1). Prepare training manual materials for new temporary paralegals (1.5). Conference with Holme Roberts paralegal re: arranging for shipping of more documents from Cambridge to Winthrop Square for review (.5). Telephone call to MTM and Cambridge re: arrangement for non-responsive documents to be returned to Cambridge (.5). | 6.60 Hrs | $528.00 |
| 03/11/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 03/11/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 03/11/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 10.20 Hrs | $816.00 |
| 03/11/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 03/11/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/11/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | RAM | Work on quarterly fee application (.1). Read selected documents filed in bankruptcy court (1.0). Conference with DBM re: preparing comprehensive memo re: Monokote and other products (.3). Finalize and send monthly fee application to Delaware counsel for filing in court (.2) | 1.60 Hrs | $336.00 |
| 03/12/02 | MTM | Conference with ARA re: return of Dead Storage boxes to Cambridge; telephone call to D. Croce and PM re: same. | 0.50 Hrs | $90.00 |
| 03/12/02 | ARA | Oversee review of documents (3.3). Conference with Holme Roberts paralegal re: inventory of boxes for Winthrop Square (.2). Conference with Reed Smith paralegal re: delivery of boxes from Cambridge (.4). Prepare dead storage boxes to be returned to Cambridge (.8). Prepare inventory and organize lists for MTM re: Onsite box pick-up (.9). | 5.60 Hrs | $448.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/12/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $64.00 |
| 03/12/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/12/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/12/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 03/12/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/12/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/12/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/12/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/13/02 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $210.00 |
| 03/13/02 | DBM | Review background materials for comprehensive memorandum re: MK and other products. | 0.60 Hrs | $114.00 |
| 03/13/02 | ARA | Oversee review of documents (3.0). Prepare boxes for Onsite pick-up (1.1) and inventory same (.8); oversee Onsite's pick-up of boxes of documents (1.0). Telephone calls to and from MTM and Holme Roberts paralegal re: return of Dead Storage boxes to Cambridge (.5). Answer questions of temporary paralegals re: documents (.2). | 6.60 Hrs | $528.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/13/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/13/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/13/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/13/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 03/13/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/13/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/13/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/13/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/14/02 | RAM | Read memos re: status of document review (.1). Review updated bankruptcy court docket entries to select documents to review (.1). Telephone call to Delaware counsel to check on status of filing fee application. (.1). | 0.30 Hrs | $63.00 |
| 03/14/02 | DBM | Read background materials; research documents on MK and other products. | 4.10 Hrs | $779.00 |
| 03/14/02 | ARA | Oversee review of documents (3.2). Update inventory sheets for documents that went to Onsite and make copies for MTM (1.0). Answer questions from temporary paralegals re: documents (.2). Answer questions from Holme Roberts paralegals re: attorney review production set re: cost recovery project (.4). | 4.80 Hrs | $384.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/14/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 03/14/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/14/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/14/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 03/14/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/14/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/14/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/14/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/15/02 | RAM | Telephone conference with Delaware counsel re: quarterly fee application; revise draft Order as suggested. | 0.20 Hrs | $42.00 |
| 03/15/02 | MTM | Review and respond to email re: return of various categories of boxes from Colorado to Winthrop Square (.2). Work on document review project (2.5). | 2.70 Hrs | $486.00 |
| 03/15/02 | ARA | Oversee review of documents (1.1). Inventory and oversee pick-up of Dead Storage boxes being returned to Cambridge by Walsh Movers (2.5). Do weekly box count status report (2.3). Discussion with MTM re: boxes that will be returned to Winthrop Square from Boulder Co. (.2). | 6.10 Hrs | $488.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/15/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 1.00 Hrs | $80.00 |
| 03/15/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 03/15/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/15/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 4.70 Hrs | $376.00 |
| 03/15/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.40 Hrs | $512.00 |
| 03/15/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 03/15/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/15/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 03/15/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/15/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 03/16/02 | JKW | Organize documents downloaded 3/15. | 0.20 Hrs | $16.00 |
| 03/18/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 1.60 Hrs | $304.00 |
| 03/18/02 | MTM | Draft weekly status report re: document review (.2). Work on document review (3.3). Draft email to in-house counsel re: storage of Prince George Center boxes in Boulder (.6). | 4.10 Hrs | $738.00 |
| 03/18/02 | ARA | Oversee review of documents (5.3). Conferences with MTM (.2) and with Holme Roberts paralegal (.3) re: reintegration of documents from Boulder that will be shipped to Boston. | 5.80 Hrs | $464.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/18/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/18/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.30 Hrs | $344.00 |
| 03/18/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/18/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/18/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/18/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 5.20 Hrs | $988.00 |
| 03/19/02 | MTM | Review memos from ARA re: boxes shipped to Onsite and Cambridge last week (.2). Draft email to Holme Roberts attorney re: return of various categories of boxes to Winthrop Square (.3). Work on document review project (2.3). | 2.80 Hrs | $504.00 |
| 03/19/02 | ARA | Telephone call to MB re: location of WRG standard exhibit list and Ness Motley exhibits; locate boxes re: same; send boxes to the firm re: DBM's preparation for memo on Grace products (1.0). Oversee review of documents (3.0). Answer questions of temporary paralegals re: documents (.2). Request more boxes from Cambridge for review (.3). | 4.50 Hrs | $360.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/19/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/19/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 03/19/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/19/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/19/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/19/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/19/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/19/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/20/02 | RAM | Read correspondence re: status of document review (.1). Read selected documents filed in bankruptcy court (.8). | 0.90 Hrs | $189.00 |
| 03/20/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 1.70 Hrs | $323.00 |
| 03/20/02 | MTM | Work on document review project. | 1.60 Hrs | $288.00 |
| 03/20/02 | ARA | Oversee review of documents (5.5). Receive and quality control box inventory sheets for boxes from Cambridge (.5). Oversee preparation of boxes for Onsite pick-up (1.0). Discussion with Holme Roberts paralegal re: location of Dead Storage boxes (.3). Oversee delivery of documents by Walsh Movers and inventory same (1.0). | 8.30 Hrs | $664.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/20/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/20/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 03/20/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/20/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/20/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 03/20/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/20/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/20/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/20/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/20/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/20/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/20/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 03/20/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/21/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 5.30 Hrs | $1,007.00 |
| 03/21/02 | MTM | Work on document review project. | 3.60 Hrs | $648.00 |
| 03/21/02 | ARA | Oversee review of documents (2.5). Prepare boxes to go with Onsite and oversee Onsite's pick-up of boxes (1.4). Answer questions from temporary paralegals re: documents (.2). Answer questions of Holme Roberts paralegal re: attorney review documents for cost recovery action (.2). | 4.30 Hrs | $344.00 |
| 03/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/21/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/21/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/21/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/21/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 03/21/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/21/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 03/22/02 | RAM | Conference with MTM re: status of document review. | 0.10 Hrs | $21.00 |
| 03/22/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 5.40 Hrs | $1,026.00 |
| 03/22/02 | MTM | Telephone call from in-house counsel re: orange and blue Libby boxes to be retained in Boulder; telephone call to Holme Roberts attorney re: same (.4). Conference with ARA re: draft weekly status report (.2). Conference with RAM re: document review (.1). | 0.70 Hrs | $126.00 |
| 03/22/02 | ARA | Prepare weekly status box count for MTM (2.7). Oversee review of documents (4.4). Answer temporary paralegals' questions re: documents (.6). | 7.70 Hrs | $616.00 |
| 03/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/22/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/22/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/22/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/22/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.40 Hrs | $512.00 |
| 03/22/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 03/22/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 03/22/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 03/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/22/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/22/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 03/22/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 03/22/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 03/25/02 | RAM | Work on fee application (.9). Read weekly report of documents reviewed and quality controlled (.1). Read updated entries of docket of bankruptcy court to select documents to read (.1). | 1.10 Hrs | $231.00 |
| 03/25/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 3.90 Hrs | $741.00 |
| 03/25/02 | MTM | Conference with ARA re: return of various categories of dead storage and office materials to Winthrop Square (.4); telephone call to Holme Roberts paralegal re: same (.5).Telephone call from in-house counsel re: employee exposure analyses and information explaining various entries (.1). Telephone call to ARA re: employee exposure analyses (.2). | 1.20 Hrs | $216.00 |
| 03/25/02 | ARA | Conference with MTM re: return and possible integration of boxes to Winthrop Square or Cambridge from Boulder, Colorado (.4); review my files re: same (.4). Oversee review of documents (4.4). Quality control inventory sheets re: boxes sent to Winthrop Square from Cambridge (1.1). Answer questions of temporary paralegals re: documents (1.0). Telephone call from MTM re: in-house counsel's questions about Libby employee exposure sheets; review documents (.3). | 7.60 Hrs | $608.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/25/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $16.00 |
| 03/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/25/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/25/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 03/25/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/25/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/25/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 03/25/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | RAM | Read emails re: where to retain Libby documents that are now in Colorado for EPA review. | 0.10 Hrs | $21.00 |
| 03/26/02 | MTM | Review and respond to email from in-house counsel re: orange and blue Libby boxes in Boulder. | 0.30 Hrs | $54.00 |
| 03/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/26/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/26/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/26/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/26/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.30 Hrs | $824.00 |
| 03/26/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/26/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 03/26/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 03/27/02 | RAM | Work on fee application (1.1). Conference with MTM re: status of document review (.1). | 1.20 Hrs | $252.00 |
| 03/27/02 | MTM | Telephone call to ARA re: Onsite pick-up this week (.1). Telephone call to Reed Smith paralegal re: possible reintegration of dead storage and office materials into boxes which remained in Boston (.2); telephone call to Holme Roberts paralegals re:  same (.3); email to Holme Roberts attorney  re: same (.2). Work on document review project (2.4). Conference with RAM re: same (.1). | 3.30 Hrs | $594.00 |
| 03/27/02 | ARA | Oversee review of documents (2.4). Answer temporary paralegals' questions re: documents (.5). Telephone conference with MTM re: this week's status report (.1). Discussions with temporary paralegals and Reed Smith and Holme Roberts paralegals re: project (.4). | 3.40 Hrs | $272.00 |
| 03/27/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 03/27/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/27/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 03/27/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/27/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 9.40 Hrs | $752.00 |
| 03/27/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.20 Hrs | $816.00 |
| 03/27/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/27/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/27/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 03/28/02 | RAM | Work on fee application (1.7). Read emails re: Libby documents in Colorado (.1). | 1.80 Hrs | $378.00 |
| 03/28/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 2.30 Hrs | $437.00 |
| 03/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 03/28/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 03/28/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/28/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 03/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/28/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 03/28/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 03/28/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 03/29/02 | RAM | Send fee application to client for review. | 0.10 Hrs | $21.00 |
| 03/29/02 | DBM | Continue research for comprehensive memorandum on MK and other products. | 4.20 Hrs | $798.00 |
| 03/29/02 | MTM | Review and respond to email question about boxes scanned by Lason in late March 2001. | 0.30 Hrs | $54.00 |
| 03/29/02 | ARA | Prepare weekly box count report for MTM (1.0). Oversee review of documents (3.9). Answer questions from temporary paralegals re: documents (.9). Telephone conferences with Reed Smith paralegal re: shipping documents to Winthrop Square for review (.4). | 6.20 Hrs | $496.00 |
| 03/29/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM (1.5). Update bankruptcy court docket entries for RAM (.3). | 1.80 Hrs | $144.00 |
| 03/29/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 03/29/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 2.50 Hrs | $200.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/29/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 1.20 Hrs | $96.00 |
| 03/29/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 03/29/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| | | TOTAL LEGAL SERVICES | | $193,461.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 12.20 Hrs | 210/hr | $2,562.00 |
| DONNA B. MACKENNA | 34.30 Hrs | 190/hr | $6,517.00 |
| MATTHEW T. MURPHY | 35.10 Hrs | 180/hr | $6,318.00 |
| ANGELA R. ANDERSON | 117.50 Hrs | 80/hr | $9,400.00 |
| JOSEPH K. WINRICH | 4.40 Hrs | 80/hr | $352.00 |
| GARY R. BELLINGER | 168.00 Hrs | 80/hr | $13,440.00 |
| FRANK O. ASHENUGA | 168.00 Hrs | 80/hr | $13,440.00 |
| MARIA PATRACEA SCIALLA | 162.40 Hrs | 80/hr | $12,992.00 |
| EDWARD K. LAW | 167.50 Hrs | 80/hr | $13,400.00 |
| JAMES D. LEAVER | 120.00 Hrs | 80/hr | $9,600.00 |
| AMY PREBLE | 162.60 Hrs | 80/hr | $13,008.00 |
| A. BROCK EDMUNDS | 165.50 Hrs | 80/hr | $13,240.00 |
| CHRISTINE DISAIA | 138.00 Hrs | 80/hr | $11,040.00 |
| DANNY FACTOR | 19.20 Hrs | 80/hr | $1,536.00 |
| JOSHUA D. PAULIN | 155.80 Hrs | 80/hr | $12,464.00 |
| W. DOUG HOEY | 168.00 Hrs | 80/hr | $13,440.00 |
| CHRIS BROWN | 160.00 Hrs | 80/hr | $12,800.00 |
| TOM MOUNTAIN | 109.80 Hrs | 80/hr | $8,784.00 |
| CHRISTIAN HOMSI | 119.10 Hrs | 80/hr | $9,528.00 |
| JOHN FORGIONE | 120.00 Hrs | 80/hr | $9,600.00 |
| | 2,307.40 Hrs | | $193,461.00 |

David B. Siegel

TOTAL THIS BILL          $193,461.00