## **EXHIBIT B**
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 2, 2002

Bill Number  41986

File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through March 31, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/18/02 | MERRILL CORPORATION - copies (x2) of Libby personnel file requested by in-house counsel | 111.72 | |
| | | | $111.72 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/29/02 | 28 copies | 3.36 | |
| | | | $3.36 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 03/04/02 | RECORDKEEPER ARCHIVE - monthly storage fee (3/2/02) | 387.30 | |
| 03/18/02 | RECORDKEEPER ARCHIVE - pickup boxes for storage (1/25/02) prior to move to 303 Congress Street | 45.00 | |
| | | | $432.30 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $547.38 |
| TOTAL THIS BILL | $547.38 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 2, 2002

Bill Number  41987
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through March 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

TELEPHONE

| Date | Code | Number | Amount |
|------|------|--------|--------|
| 03/05/02 | 329 | 4122884048 | 0.10 |
| 03/08/02 | | | 8.30 |
| 03/08/02 | 329 | 3035239020 | 0.11 |
| 03/12/02 | 357 | 3026524100 | 0.15 |
| 03/13/02 | 357 | 3026524100 | 0.17 |
| 03/22/02 | 329 | 3038660408 | 0.15 |
| 03/25/02 | 329 | 5613621532 | 0.39 |
| 03/27/02 | 329 | 2158518232 | 0.15 |
| 03/31/02 | WSQ | 2158518100 | 1.25 |
| 03/31/02 | | | 7.38 |
| 03/31/02 | | | 0.44 |
| 03/31/02 | WSQ | 2158518100 | 1.25 |
| 03/31/02 | WSQ | 4122883094 | 1.25 |
| 03/31/02 | WSQ | 5613621532 | 1.25 |
| 03/31/02 | WSQ | 2158518232 | 1.25 |
| 03/31/02 | WSQ | 2158518232 | 9.32 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| | | | |
|---|---|---|---|
| 03/31/02 | WSQ | 2158518232 | 9.32 |
| 03/31/02 | WSQ | 2158518232 | 0.63 |
| 03/31/02 | WSQ | 3128612490 | 2.49 |
| 03/31/02 | WSQ | 2158518232 | 0.63 |
| | | | $45.98 |

EXCESS POSTAGE

| | |
|---|---|
| 03/06/02 | 2.18 |
| 03/25/02 | 7.70 |
| 03/29/02 | 0.57 |
| | $10.45 |

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/18/02 | To in-house counsel from MTM on 3/4/02 | 117.81 |
| 03/18/02 | To Kirkland Ellis from MTM on 3/4/02 | 111.25 |
| 03/22/02 | To David W Carickhoff from RAM on 3/12/02 | 12.24 |
| | | $241.30 |

OTHER DELIVERY SERVICES

| | | |
|---|---|---|
| 03/06/02 | WALSH MOVERS INC. - Shipping charge for 50 boxes from Cambridge to WSQ for review on 2/8/02 | 495.00 |
| 03/18/02 | WALSH MOVERS INC. - Shipping charges for 50 boxes from Cambridge to WSQ for review on 2/21/02 | 495.00 |
| | | $990.00 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 03/06/02 | MERRILL CORPORATION - Copies of abatement documents requested by Grace | 43.00 |
| 03/06/02 | MERRILL CORPORATION - Copies of air sampling documents for in-house counsel | 310.61 |
| 03/18/02 | MERRILL CORPORATION - Copies of Red Stop Sheets for document review at Winthrop Square | 262.50 |
| 03/18/02 | MERRILL CORPORATION - copies of Libby exhibits requested by Holme Roberts | 1,726.02 |
| | | $2,342.13 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---:|
| 03/05/02 | 4 copies | 0.48 |
| 03/06/02 | 2 copies | 0.24 |
| 03/08/02 | 4 copies | 0.48 |
| 03/12/02 | 47 copies | 5.64 |
| 03/12/02 | 85 copies | 10.20 |
| 03/15/02 | 7 copies | 0.84 |
| 03/18/02 | 2 copies | 0.24 |
| 03/26/02 | 5 copies | 0.60 |
| 03/26/02 | 2 copies | 0.24 |

$18.96

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - November 2001 | 11,775.12 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - October 2001 | 12,663.19 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - September 2001 | 12,571.58 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - January 2002 | 12,527.80 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - December 2001 | 12,593.66 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - March 2002 | 13,497.06 |
| 03/31/02 | Rent and utilities for document repository at One Winthrop Square - February 2002 | 12,659.56 |

$88,287.97

TOTAL DISBURSEMENTS          $91,936.79

David B. Siegel

TOTAL THIS BILL          $91,936.79