IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 29, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.1
05/09/02 12:04 PM

-1-

**EXHIBIT A**

Professional services rendered for October, 2001

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/01 | B. Kaufman | Prepare for bankruptcy meeting of creditors; calculation of Grace out-of-pockets for 93-96. | 4.50 |
| 10/01/01 | A.E. Moran | Work on settlement issues. | 5.50 |
| 10/02/01 | B. Kaufman | Prepare information on COLI for bankruptcy meeting of creditors. | 2.00 |
| 10/02/01 | J.W. Johnson | Consider creditor committee and settlement issues. | 1.50 |
| 10/02/01 | A.E. Moran | Telephone conference with S. Smilack. | 0.30 |
| 10/02/01 | A.E. Moran | Work on settlement issues and revise Form 1120. | 3.00 |
| 10/02/01 | S. Smilack | Telephone conference with Anne Moran regarding potential application of Section 861 regulations to a disallowance of COLI interest. | 0.30 |
| 10/03/01 | A.L. Bailey | Consider litigation options for Grace. | 0.50 |
| 10/03/01 | J.W. Johnson | Review issues re presentation to bankruptcy creditors re settlement. | 1.80 |
| 10/03/01 | B. Kaufman | Work on issues for bankruptcy meeting of creditors. | 7.30 |
| 10/03/01 | A.E. Moran | Work on COLI bankruptcy issues. | 3.00 |
| 10/03/01 | A.E. Moran | Telephone conference with C. Finke re letter. | 0.20 |
| 10/04/01 | A.E. Moran | Follow-up on IRS settlement issue. | 1.00 |
| 10/05/01 | B. Kaufman | Telephone call with C. Finke at Grace re: COLI issues on bankruptcy meeting of creditors. | 0.20 |
| 10/05/01 | B. Kaufman | Work on issues for meeting of creditors. | 1.30 |
| 10/09/01 | A.E. Moran | Follow-up on bankruptcy filings. | 1.50 |
| 10/10/01 | B. Kaufman | Review of Complaint; e-mail of draft of Complaint to Grace. | 1.00 |
| 10/10/01 | A.E. Moran | Looked at Boca Investor case & review complaint. | 1.00 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/10/01 | A.L. Bailey | Telephone call re complaint and Justice Department issues. | 1.50 |
| 10/10/01 | A.L. Bailey | Review BOCA investors case. | 0.30 |
| 10/11/01 | A.L. Bailey | Review Kaufman's memorandum. | 2.00 |
| 10/12/01 | A.E. Moran | Review 1120Xs. | 0.30 |
| 10/15/01 | J.W. Johnson | Review refund claims and complaint; communicate with Grace re scheduling. | 1.00 |
| 10/15/01 | B. Kaufman | Work on Grace Complaint. | 0.50 |
| 10/15/01 | A.E. Moran | Respond to C. Finke questions on COLI case and document review. | 1.20 |
| 10/16/01 | A.E. Moran | Review files in preparation for COLI review. | 1.50 |
| 10/17/01 | J.W. Johnson | Review factual materials and prepare complaint for filing. | 2.50 |
| 10/17/01 | A.E. Moran | Telephone conference with S. Schwartz (Kirkland) re affidavit issue. | 1.00 |
| 10/17/01 | A.E. Moran | Comparison of Steptoe & Grace files. | 3.70 |
| 10/18/01 | A.E. Moran | Review additional files to send to W.R. Grace. | 1.00 |
| 10/23/01 | A.L. Bailey | Review memorandum re issues. | 1.00 |
| 10/23/01 | J. Kinney | Provided summary of House economic stimulus bill to A. Moran. | 0.50 |
| 10/23/01 | A.E. Moran | Telephone call to C. Finke re materials to go to Borders. | 0.30 |
| 10/24/01 | A.E. Moran | Telephone conference with C. Finke to review materials to go to Fresenius. | 2.40 |
| 10/24/01 | A.E. Moran | Work on complaint. | 0.30 |
| 10/24/01 | J.W. Johnson | Review and analyze COLI settlement. | 2.70 |
| 10/24/01 | B. Kaufman | Phone conference with A. Moran and C. Finke at Grace re: change in COLI settlement landscape and settlement related issues. | 0.30 |
| 10/24/01 | B. Kaufman | Computation of Grace out-of-pocket expenses for 1988-1999 re: COLI contracts. | 2.50 |
| 10/25/01 | J.W. Johnson | Consider litigation and settlement issues. | 3.20 |
| 10/25/01 | A.E. Moran | Telephone conference with E. Filon re strategy. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/25/01 | A.E. Moran | Work on affidavit. | 1.00 |
| 10/25/01 | B. Kaufman | Review of Grace settlement issues. | 2.50 |
| 10/26/01 | A.E. Moran | Finish affidavit and send out. | 0.50 |
| 10/26/01 | A.E. Moran | Telephone conference with C. Finke re settlement. | 0.20 |
| 10/26/01 | B. Kaufman | Meeting re Grace settlement issues. | 2.00 |
| 10/26/01 | S. Smilack | Conference with Mr. Kaufman re 861. | 0.50 |
| 10/26/01 | S. Smilack | Initial review of PriceWaterhouse memorandum, field service advice. | 1.50 |
| 10/26/01 | J.W. Johnson | Research legal isues related to settlement versus litigation analysis. | 2.70 |
| 10/26/01 | J.W. Johnson | Meeting re settlement issues. | 2.00 |
| 10/26/01 | A.E. Moran | Meeting re settlement options. | 2.00 |
| 10/26/01 | B. Kaufman | Meeting with S. Smilack re: Grace foreign source interest allocation issue. | 0.50 |
| 10/29/01 | A.E. Moran | Work on affidavit. | 0.80 |
| 10/29/01 | J.W. Johnson | Review complaint and penalty numbers and foreign issues. | 2.80 |
| 10/29/01 | A.L. Bailey | Review penalties computation. | 1.00 |
| 10/29/01 | B. Kaufman | Work on penalty issues. | 7.00 |
| 10/30/01 | A.E. Moran | Work on document review; prepare for call on Thursday. | 3.80 |
| 10/30/01 | S. Smilack | Conference with Mr. Kaufman re foreign issues. | 0.70 |
| 10/30/01 | B. Kaufman | Meeting with S. Smilack re: foreign source allocation issue. | 0.70 |
| 10/30/01 | B. Kaufman | Work on penalty calculation. | 1.80 |
| 10/31/01 | J.W. Johnson | Review settlement versus litigation analysis. | 3.00 |
| 10/31/01 | A.L. Bailey | Review memoranda and prep for "hazards" conference call on Nov. 1. | 1.00 |
| 10/31/01 | S. Smilack | Complete review of Section 861 regulations. | 0.70 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/31/01 | B. Kaufman | Review of Grace proposed amendments to Complaint; redrafting of Complaint and review of settlement issues for Grace Conference call on 11/1/01. | 3.80 |
| 10/31/01 | A.E. Moran | Telephone conference with C. Finke re IDRs. | 0.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 7.30 | 445.00 | 3,248.50 |
| J.W. Johnson | 23.20 | 415.00 | 9,628.00 |
| S. Smilack | 3.70 | 400.00 | 1,480.00 |
| A.E. Moran | 36.50 | 350.00 | 12,775.00 |
| B. Kaufman | 37.90 | 245.00 | 9,285.50 |
| J. Kinney | 0.50 | 160.00 | 80.00 |
| Total | 109.10 | | 36,497.00 |

Total Fees    $36,497.00

**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Overnight Messenger | 72.70 |
| Duplicating | 226.65 |
| Duplicating Supplies | 1.25 |
| Facsimile | 2.00 |
| Long Distance Telephone | 28.24 |
| Total Disbursements | $330.84 |