IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 29, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Professional services rendered in February  2002                    **EXHIBIT A**

| | | | |
|---|---|---|---|
| 02/02/02 | A.E. Moran | Work on issues related to Grace's bankruptcy position and settlement. | 2.70 |
| 02/04/02 | A.E. Moran | Review requirements for affidavit; review order from bankruptcy court. | 0.40 |
| 02/05/02 | A.L. Bailey | Attend Dow trial, Detroit, Michigan. | 8.50 |
| 02/05/02 | B. Kaufman | Phone conference with Carol Finke and Joe Gibbs re: early referral extension and COLI settlement analysis. | 0.70 |
| 02/05/02 | A.E. Moran | Telephone call with C. Finke about COLI and related litigation strategy. | 0.30 |
| 02/05/02 | A.E. Moran | Telephone follow-up call with C. Finke re COLI litigation. | 0.10 |
| 02/05/02 | A.E. Moran | Work on September fee application. | 2.10 |
| 02/05/02 | B. Kaufman | Phone conference with A. Moran and Carol Finke re: COLI early referral discussions and potential LMC issue. | 0.50 |
| 02/05/02 | B. Kaufman | Review Grace tax issues. | 0.50 |
| 02/06/02 | B. Kaufman | Phone call with W. Johnson re: early referral extension and COLI settlement analysis. | 0.30 |
| 02/06/02 | A.E. Moran | Review status of other COLI taxpayers. | 0.10 |
| 02/06/02 | A.E. Moran | Work on billing and administrative matters in connection with bankruptcy court filing. | 1.10 |
| 02/06/02 | A.L. Bailey | Attend Dow trial -- expert witness phase, Detroit, Michigan. | 8.00 |
| 02/06/02 | J.W. Johnson | Discuss Grace's request for early referral to Appeals. | 0.50 |
| 02/06/02 | A.E. Moran | Explanation of IRS position on COLI settlements. | 0.10 |
| 02/06/02 | B. Kaufman | Meeting with A. Moran re: early referral extension and COLI settlement analysis. | 0.20 |
| 02/07/02 | B. Kaufman | Meeting with A. Moran re: early referral extension and COLI settlement analysis. | 0.20 |
| 02/07/02 | J.W. Johnson | Discuss early referral request. | 0.50 |
| 02/07/02 | A.L. Bailey | Attend Dow trial, Detroit, Michigan; return. | 8.50 |

Doc. #1122369 v.01 05/03/02 12:09 PM

| 02/07/02 | A.E. Moran | Discuss Grace procedures and updates with B. Kaufman. | 0.20 |
|---|---|---|---|
| 02/08/02 | A.E. Moran | Work on procedural issues. | 5.00 |
| 02/08/02 | A.E. Moran | Telephone call with C. Finke re joint defense agreements. | 0.20 |
| 02/11/02 | A.L. Bailey | Telephone call with client to report on Dow trial. | 1.00 |
| 02/11/02 | A.E. Moran | Work on November bills and required information for court. | 2.50 |
| 02/11/02 | J.W. Johnson | Teleconference with client re Dow trial and potential Grace experts. | 1.00 |
| 02/12/02 | A.E. Moran | Work on September bill and prepare required information for court. | 2.40 |
| 02/14/02 | J.W. Johnson | Teleconference with client re early referral procedures and strategy. | 0.30 |
| 02/15/02 | J.W. Johnson | Teleconference with Elyse Napoli and Tom Borders re Early Referral. | 0.80 |
| 02/19/02 | J.W. Johnson | Observe COLI experts at Dow trial. | 0.00 |
| 02/19/02 | A.L. Bailey | Prepare for and attend Dow trial in Detroit, Michigan. | 9.00 |
| 02/20/02 | J.W. Johnson | Observe COLI experts at Dow trial. | 8.00 |
| 02/20/02 | A.L. Bailey | Return from Dow trial in Detroit, Michigan. | 2.00 |
| 02/21/02 | J.W. Johnson | Observe COLI experts at Dow trial. | 6.00 |
| 02/21/02 | A.L. Bailey | Review Fast-Track procedures; check with Steptoe contacts re prior cases in Fast-Track; draft email to client. | 1.00 |
| 02/21/02 | J.W. Johnson | Travel to DC. | 2.00 |
| 02/21/02 | S.H. Serling | Attention to COLI resolution. | 0.30 |
| 02/21/02 | A.L. Bailey | Telephone call with Mr. Borders and company representatives re IRS resistance to early referral. | 1.00 |
| 02/22/02 | A.E. Moran | Work on July bills for court. | 2.00 |
| 02/23/02 | S.H. Serling | Review memorandum outlining settlement options in preparation for Monday conference call. | 0.30 |

Doc. #1122369 v.01 05/03/02 12:09 PM

| 02/25/02 | J.W. Johnson | Teleconference with Grace re Fast Track and early referral. | 1.00 |
|---|---|---|---|
| 02/25/02 | A.L. Bailey | Call re Fast-Track, etc. | 1.00 |
| 02/25/02 | S.H. Serling | Telephone conference with Grace representatives and other counsel regarding fast track process. | 1.00 |
| 02/25/02 | A.E. Moran | Work on revisions to July bill. | 0.50 |
| 02/26/02 | A.E. Moran | Work on affidavit, exhibits for court. | 1.00 |
| 02/26/02 | A.L. Bailey | Call re COLI IDR and examiner's response to Fast-Track; early referral; review email and speak with client. | 1.50 |
| 02/26/02 | J.W. Johnson | Teleconference with Carol and Rick regarding Appeals early referral. | 0.50 |
| 02/27/02 | A.E. Moran | Telephone conference with C. Finke re preparations for conference call on March 11. | 0.40 |
| 02/28/02 | J.W. Johnson | Review COLI documents related to IDR received from IRS. | 2.00 |
| 02/28/02 | A.E. Moran | Review package of materials and send out. | 0.10 |
| 02/28/02 | A.E. Moran | Telephone conference with C. Finke re early referral development. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 41.50 | 465.00 | 19,297.50 |
| S.H. Serling | 1.60 | 450.00 | 720.00 |
| J.W. Johnson | 22.60 | 445.00 | 10,057.00 |
| A.E. Moran | 21.40 | 375.00 | 8,025.00 |
| B. Kaufman | 2.40 | 270.00 | 648.00 |
| Total | 89.50 | | 38,747.50 |

Total Fees          $38,747.50

Doc. #1122369 v.01 05/03/02 12:09 PM

# EXHIBIT B

Disbursements:

| | |
|---|---:|
| Duplicating | 27.60 |
| Facsimile | 11.00 |
| Postage | 6.00 |
| Long Distance Telephone | 20.24 |
| Air Fare - Arthur L. Bailey  - Detroit, MI for Monitor Trial on 02/05-07/2002 | 947.00 |
| Hotel - Arthur L. Bailey  - Detroit, MI for Monitor Trial on 02/05-07/2002 | 476.52 |
| Taxis - Arthur L. Bailey  - Detroit, MI for Monitor Trial on 02/05-07/2002 | 270.00 |
| Meals while on travel - Arthur L. Bailey  - Detroit, MI for Monitor Trial on 02/05-07/2002 | 68.81 |
| Meals while on travel - Arthur L. Bailey  - Detroit, MI for Monitor Trial on 02/05-07/2002 | 82.31 |
| Air Fare - J. Walker Johnson - Detroit, MI to Observe COLI Expert Witnesses on 02/19-21/2002 | 596.00 |
| Hotel - J. Walker Johnson - Detroit, MI to Observe COLI Expert Witnesses on 02/19-21/2002 | 476.52 |
| Parking – J. Walker Johnson – Detroit, MI to Observe COLI Expert Witnesses On 02/19-21/2002 | 42.00 |
| Taxis - J. Walker Johnson - Detroit, MI to Observe COLI Expert Witnesses On 02/19-21/2002 | 152.00 |
| Meals while on travel - J. Walker Johnson – Detroit, MI to Observe COLI Expert Witnesses on 02/19-21/2002 | 282.61 |
| Air Fare - Arthur L. Bailey  - Detroit, MI for Monitor Dow Trial on 02/19-20/2002 | 696.00 |
| Hotel - Arthur L. Bailey  - Detroit, MI for Monitor Dow Trial on 02/19-20/2002 | 238.26 |
| Parking - Arthur L. Bailey  - Detroit, MI for Monitor Dow Trial on 02/19-20/2002 | 28.00 |
| Taxis - Arthur L. Bailey  - Detroit, MI for Monitor Dow Trial  on 02/19-20/2002 | 146.00 |

Doc. #1122369 v.01 05/03/02 12:09 PM

Meals while on travel - Arthur L. Bailey  - Detroit, MI for
Monitor Dow Trial on 02/19-20/2002                              142.79

Total Disbursements          $4,709.66