IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 29, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002, FOR THE QUARTER OF JANUARY-MARCH 2002**

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **March 1, 2002 – March 31, 2002**

Objection Deadline: **May 30, 2002**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$25,718.50**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$401.90**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$20,574.80**

Total Amount of Holdback Fees Sought for Applicable Period: **$5,143.70**

This is a **X** monthly **X** interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 7 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,600.00.

This application is the eighth application for interim compensation of services filed by S&J. Note that for the first four applications, approved expenses are slightly less than requested expenses because S&J mistakenly requested more than .15 a page for copying costs and $1.00 a page for facsimile costs in its March 29, 2002 applications. The amounts requested for reimbursement from Debtors were reduced by this excess. Prior to the entry of the order of this Court dated January 28, 2002 S&J was compensated by the Debtor pursuant to the Court's Order of May 3, 2001 authorizing Debtors to pay professionals in the ordinary course of business, and S&J was paid $50,000 for each of the periods July 1, 2001 through July 31, 2001 and for September 1, 2001 through September 30, 2001. As a result, S&J requested reimbursement for the excess of those amounts over the $50,000 previously paid with respect to those months.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | 4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $    9.77 | $ 2,620.00 | 8.72 | $   655.80 |
| Current | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | Pending | Pending | $ 7,299.40 |
| Current | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | Pending | Pending | $ 5,988.80 |
| Current | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | Pending | Pending | $ 7,749.50 |
| Current | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | Pending | Pending | $ 5,143.70 |

The applicable objection period for the current applications expires May 30, 2002.

The S&J attorneys who rendered professional services in these cases during the March 2002 Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2002 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Arthur L. Bailey | Partner | Over 20 Yrs. | Tax | $465.00 | 11.60 | $ 5,394.00 |
| J. Walker Johnson | Partner | Over 20 Yrs. | Tax | $445.00 | 2.20 | $    979.00 |
| Anne E. Moran | Partner | Over 20 Yrs. | Tax/Employee Benefits | $375.00 | 47.70 | $ 17,887.50 |
| Brian Kaufman | Associate | 8 Yrs. | Tax | $270.00 | 5.40 | $  1,458.00 |

Grand Total for Fees: $25,718.50

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | $0 |
| 32 | S&J Fee Application, Preparation of | 16.00 | $6,000.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 50.90 | $19,718.50 |
|  | Total | 66.90 | $25,718.50 |
|  |  |  |  |

**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Telephone | $    97.27 |
| Copies – Matter 32 | $    70.50 |
| Copies – Matter 46 | $  180.00 |
| Computer Database Research | $      0.00 |
| Postage | $       .45 |
| Federal Express/Overnight Messenger | $    11.28 |
| Facsimile | $      5.00 |
| Hotel | $      0.00 |
| Working Meals | $    37.40 |
| Local Transportation/Parking | $      0.00 |
| Airfare | $      0.00 |
| Total | $  401.90 |

[This space intentionally left blank.]

A more detailed description of fees can be found at Exhibit A. A description of expenses is found at Exhibit B.

May 3, 2002
Date:

Respectfully submitted,

STEPTOE & JOHNSON LLP

*[signature]*

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC 20036  (202) 429-6449