IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 29, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

# FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Professional services rendered in: March 2002       **EXHIBIT A**

| | | | |
|---|---|---|---|
| 03/01/02 | A.L. Bailey | Attention to IDR response. | 1.00 |
| 03/01/02 | A.E. Moran | Review IDR response; consider changes. | 0.70 |
| 03/01/02 | A.E. Moran | Review materials sent from C. Finke; make list of items. | 4.50 |
| 03/02/02 | A.L. Bailey | Attention to IDR response. | 0.50 |
| 03/02/02 | A.E. Moran | Work on September bill and related affidavits. | 2.30 |
| 03/02/02 | A.E. Moran | Work on July bills and related affidavits. | 1.30 |
| 03/04/02 | B. Kaufman | Meeting with A. Moran re: Grace early referral process and review of documents to be included with IDR response. | 0.50 |
| 03/04/02 | J.W. Johnson | Discuss IRS strategy with A. Moran. | 0.20 |
| 03/04/02 | A.E. Moran | Analyze response to IDR. | 1.00 |
| 03/04/02 | A.E. Moran | Review files to consider scope of response to IDR request. | 3.00 |
| 03/04/02 | A.E. Moran | Telephone conference with B. Kaufman re timeline for case management. | 0.20 |
| 03/04/02 | A.E. Moran | Office consult with B. Kaufman re proper response to IRS document request. | 0.50 |
| 03/04/02 | B. Kaufman | Meeting with A. Moran re: case management timeline. | 0.20 |
| 03/05/02 | B. Kaufman | Review of IDR response based upon C. Finke comments. | 0.30 |
| 03/05/02 | A.L. Bailey | Review IDR responses. | 0.50 |
| 03/05/02 | A.E. Moran | Meeting re IDR document review. | 0.50 |
| 03/05/02 | A.E. Moran | Office consult with B. Kaufman re document review. | 0.20 |
| 03/05/02 | A.E. Moran | Review documents to be handed to IRS. | 2.70 |
| 03/05/02 | A.E. Moran | Telephone conference with C. Finke re IDR response to IRS. | 0.30 |
| 03/05/02 | A.E. Moran | Follow-up with re IRS/IDR responses. | 0.10 |
| 03/05/02 | A.E. Moran | Work on November bills. | 1.00 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/05/02 | J.W. Johnson | Meet with Anne Moran and Art Bailey to review responses to IAS IDRs. | 0.50 |
| 03/05/02 | A.L. Bailey | Meeting on IDR issues. | 0.50 |
| 03/05/02 | B. Kaufman | Review of documents to be included with IDR response. | 0.80 |
| 03/05/02 | B. Kaufman | Meeting with A. Moran, A. Bailey, and W. Johnson re: IDR response and documents to be produced to IRS. | 0.50 |
| 03/05/02 | B. Kaufman | Follow up meeting with A. Moran on documents to be produced with IDR response | 0.20 |
| 03/06/02 | A.L. Bailey | Prepare for Friday meeting; attention to Fast-Track issues. | 1.50 |
| 03/06/02 | A.E. Moran | Work on affidavit for July bill. | 0.50 |
| 03/06/02 | A.E. Moran | Meeting with B. Kaufman re IRS/IDR response. | 0.10 |
| 03/06/02 | A.E. Moran | Telephone conference with C. Finke re response to IRS and procedural matters. | 0.50 |
| 03/06/02 | A.E. Moran | Review response to IRS. | 0.20 |
| 03/06/02 | A.E. Moran | Review instructions and materials regarding Tom Borders (Fresenius) visit. | 0.50 |
| 03/06/02 | B. Kaufman | Telephone conference with A. Moran re: IDR response. | 0.10 |
| 03/06/02 | B. Kaufman | Review of IDR response | 0.10 |
| 03/07/02 | A.E. Moran | Work on bills for September. | 2.60 |
| 03/07/02 | B. Kaufman | Meeting with A. Moran re: meeting with Tom Borders | 0.20 |
| 03/07/02 | A.L. Bailey | Prepare for meeting. | 1.00 |
| 03/07/02 | A.E. Moran | Review materials from C. Finke for T. Borders. | 1.60 |
| 03/07/02 | A.E. Moran | Telephone conference with B. Kaufman re procedures for early referral. | 0.20 |
| 03/08/02 | A.E. Moran | Work on bills for November. | 1.00 |
| 03/08/02 | A.E. Moran | Prepare for meeting on strategy. | 1.80 |
| 03/08/02 | A.E. Moran | Meeting with T. Borders re litigation strategy. | 2.00 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/08/02 | A.L. Bailey | Meet with Tom Borders; review documents; call Ms. Filon and others. | 3.50 |
| 03/08/02 | A.E. Moran | Follow-up from meeting with T. Borders. | 0.80 |
| 03/11/02 | A.E. Moran | Telephone conference with Fresenius re strategy. | 1.70 |
| 03/11/02 | B. Kaufman | Review of Grace COLI settlement analysis for conference call with Sealed Air representatives. | 0.20 |
| 03/11/02 | A.E. Moran | Prepare for teleconference with Fresenius re strategy. | 1.00 |
| 03/11/02 | J.W. Johnson | Teleconference with Grace and Sealed Air re settlement. | 1.50 |
| 03/11/02 | A.L. Bailey | Attention to settlement issues. | 1.30 |
| 03/11/02 | A.E. Moran | Review and get joint defense agreements signed. | 0.30 |
| 03/11/02 | B. Kaufman | Conference call with Grace and Sealed Air attorneys re: Grace COLI audit and settlement landscape. | 1.80 |
| 03/12/02 | B. Kaufman | Drafting of time line for COLI filings with IRS. | 0.50 |
| 03/13/02 | A.E. Moran | Work on November fee application. | 0.60 |
| 03/14/02 | A.E. Moran | Work on December bills. | 1.60 |
| 03/15/02 | A.E. Moran | Telephone conference with C. Finke re progress on IRS early referral. | 0.10 |
| 03/18/02 | A.E. Moran | Work on IDR issues. | 1.50 |
| 03/20/02 | A.E. Moran | Work on question on IRS IDRs. | 0.20 |
| 03/21/02 | A.E. Moran | Work on affidavit and billing exhibits. | 1.90 |
| 03/21/02 | A.L. Bailey | Call from client with co-counsel. | 1.30 |
| 03/21/02 | A.E. Moran | Telephone conference to bankruptcy counsel re affidavit. | 0.20 |
| 03/22/02 | A.E. Moran | Work on review of IDRs sent to IRS. | 2.00 |
| 03/22/02 | A.E. Moran | Work on fee application for July. | 3.00 |
| 03/26/02 | A.E. Moran | Consider bankruptcy process in connection with settlement. | 0.80 |
| 03/26/02 | A.L. Bailey | Review government's opposition to Winn-Dixie petition for certiorari. | 0.50 |

| 03/27/02 | A.E. Moran | Work on review of IDRs and IRS files. | | 2.70 |
|---|---|---|---|---|

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 11.60 | 465.00 | 5,394.00 |
| J.W. Johnson | 2.20 | 445.00 | 979.00 |
| A.E. Moran | 47.70 | 375.00 | 17,887.50 |
| B. Kaufman | 5.40 | 270.00 | 1,458.00 |
| Total | 66.90 | | 25,718.50 |

Total Fees        $25,718.50

**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Overnight Messenger | 11.28 |
| Duplicating | 250.50 |
| Facsimile | 5.00 |
| Postage | 0.45 |
| Meals | 37.40 |
| Long Distance Telephone | 97.27 |
| Total Disbursements | $401.90 |