**<u>Exhibit B</u>**
February Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 18, 2002 at 4:00 p.m. |

SUMMARY OF THE VERIFIED APPLICATION OF REED SMITH LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
COUNSEL TO DEBTORS FOR THE EIGHTH MONTHLY INTERIM PERIOD
<u>FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002</u>

Name of Applicant:                                          Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
                                                 Debtors-in-Possession

Date of Retention:                                  July 19, 2001,
                                                    effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                   February 1, 2002 through February 28, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                 $115,694.50

This an: X monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 12.00 | $5,160.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 44.70 | $17,880.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 55.20 | $21,252.00 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $360.00 | 1.80 | $648.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 29.45 | $8,835.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $275.00 | 4.00 | $1,100.00 |
| Jayme L. Butcher | Associate | 1 year | New Assoc. | $185.00 | 42.40 | $7,844.00 |
| Scott M. Cindrich | Associate | 1 year | New Assoc. | $185.00 | 33.40 | $6,179.00 |
| Bryan C. Devine | Associate | 1 year | New Assoc. | $185.00 | 13.20 | $2,442.00 |
| Andrew J. Muha | Associate | 1 year | New Assoc. | $185.00 | 52.20 | $9,657.00 |
| Lisa D. DeMarchi | Associate | 1 year | New Assoc. | $185.00 | 2.40 | $444.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 14.70 | $2,205.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 103.80 | $12,456.00 |
| John B. Lord | Paralegal | 9 Years | Litigation | $145.00 | 4.10 | $594.50 |
| Janet L. Cleversy | Paralegal | 12 Years | Litigation | $120.00 | 77.90 | $9,348.00 |
| Melody A. Jones | Paralegal | 7 Years | Litigation | $125.00 | 77.20 | $9,650.00 |

Total Fees: $115,694.50

Expense Summary

| Description | Amount |
|---|---|
| Telephone Expense | $    104.48 |
| Telephone Expense - Outside | 199.30 |
| Duplicating/Printing | 318.00 |
| Document Charge | 30.00 |
| Postage Expense | 86.26 |
| Courier Service | 55.70 |
| Secretarial Overtime | 262.50 |
| Lodging | 5,506.25 |
| Transportation | 79.00 |
| Air Travel Expense | 7,385.49 |
| Rail Travel Expense | 872.00 |
| Taxi Expense | 423.19 |
| Mileage Expense | 83.57 |
| Travel Meals | 874.59 |
| General Expense (Document Scanning) | 23,108.26 |
| Total | $ 39,388.59 |

Dated:  March 28, 2002

REED SMITH LLP

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr., Esquire (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
Email:  rkeuler@reedsmith.com

and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**VERIFIED APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS
PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE
EIGHTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2002 THROUGH
FEBRUARY 28, 2002**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined

below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Professionals and Official Committee

Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Reed

Smith LLP ("Applicant" or "Reed Smith"), Special Asbestos Products Liability Defense Counsel

for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $115,694.50 for the reasonable and necessary legal services Reed Smith has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Reed Smith incurred in the amount of $39,388.59 (the "Application"), for the period from February 1, 2002, through February 28, 2002 (the "Fee Period"). In support of this Application, Reed Smith respectfully states as follows:

### RETENTION OF AND CONTINUING DISINTERESTEDNESS OF REED SMITH

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On July 19, 2001, the Debtors were authorized by the Court to retain Reed Smith as Special Asbestos Products Liability Defense Counsel, effective as of the Petition Date ("Retention Order"). This Retention Order authorizes the Debtors to compensate Reed Smith at Reed Smith's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court. On May 3, 2001 this Court entered the Interim Compensation Order, pursuant to which this Fee Application is being filed.

3.      As disclosed in the Affidavit of James J. Restivo, Jr. in Support of the Application of the Debtors to employ Reed Smith LLP as Special Defense Counsel for the

Debtors in Asbestos Product Liability Actions, (the "Restivo Affidavit"), filed July 2, 2001, Reed

Smith does not hold or represent any interest adverse to the estates, and is a disinterested person

as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b)

of the Bankruptcy Code.

4.    Reed Smith may have in the past represented, may currently represent, and

likely in the future will represent parties-in-interest in connection with matters unrelated to the

Debtors and the Chapter 11 Cases. Reed Smith disclosed in the Restivo Affidavit its connections

to parties-in-interest that it has been able to ascertain using its reasonable efforts. Reed Smith

will update the Restivo Affidavit when necessary and when Reed Smith becomes aware of any

material new information.

5.    This is the eighth application for monthly interim compensation for

services rendered that Reed Smith has filed with the Bankruptcy Court in connection with the

Chapter 11 Cases.

### REASONABLE AND NECESSARY SERVICES RENDERED BY REED SMITH

6.    The Reed Smith attorneys who rendered professional services in the

Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 12.00 | $5,160.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 44.70 | $17,880.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 55.20 | $21,252.00 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $360.00 | 1.80 | $648.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 29.45 | $8,835.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $275.00 | 4.00 | $1,100.00 |
| Jayme L. Butcher | Associate | 1 year | New Assoc. | $185.00 | 42.40 | $7,844.00 |
| Scott M. Cindrich | Associate | 1 year | New Assoc. | $185.00 | 33.40 | $6,179.00 |
| Bryan C. Devine | Associate | 1 year | New Assoc. | $185.00 | 13.20 | $2,442.00 |
| Andrew J. Muha | Associate | 1 year | New Assoc. | $185.00 | 52.20 | $9,657.00 |
| Lisa D. DeMarchi | Associate | 1 year | New Assoc. | $185.00 | 2.40 | $444.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 14.70 | $2,205.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 103.80 | $12,456.00 |
| John B. Lord | Paralegal | 9 Years | Litigation | $145.00 | 4.10 | $594.50 |
| Janet L. Cleversy | Paralegal | 12 Years | Litigation | $120.00 | 77.90 | $9,348.00 |
| Melody A. Jones | Paralegal | 7 Years | Litigation | $125.00 | 77.20 | $9,650.00 |

Total Fees:  $115,694.50

7.    Each of the persons who has performed service herein has kept daily time records setting forth the services and time expended in connection herewith.

8.    The rates described above are Reed Smith's hourly rates for services of this type. Attached as <u>Exhibit A</u> is a detailed itemization and description of the services that Reed Smith rendered during the Fee Period.  Based on these rates and the services performed by each individual, the reasonable value of such services is $115,694.50 [80% = $92,555.60].  The Reed Smith attorneys and paraprofessionals expended a total of 568.45 hours for these cases during the Fee Period.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

9.    Further, <u>Exhibit A</u> (a) identifies the individuals that rendered the services, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

## ACTUAL AND NECESSARY EXPENSES

10.    It is Reed Smith's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client s case that would not have been incurred except for representation of that particular client.  It is Reed Smith's policy to charge its clients only the amount actually incurred by Reed Smith in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

11.    Reed Smith charges $0.15 per page for duplication.  Reed Smith does not charge clients for outgoing telecopier transmissions (other than related toll charges) or for incoming telecopier transmissions.

12.    A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by Reed Smith on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B.  All of these disbursements comprise the requested sum for Reed Smith's out-of-pocket expenses, totaling $39,388.59.

### REPRESENTATIONS

13.    Reed Smith believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

14.    Reed Smith performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

15.    Reed Smith has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

16.    Pursuant to Fed. R. Bank. P. 2016(b), Reed Smith has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Reed Smith, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

17.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  Reed Smith reserves the

right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

        18.    Reed Smith believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees. A true and correct copy of the Verification of Richard A. Keuler, Jr. is attached hereto as Exhibit C.

WHEREFORE, for the reasons set forth above, Applicant respectfully requests this Court to enter an order allowing, authorizing and directing payment of interim compensation in the amount of $115,694.50 [80% = $92,555.60] for legal services rendered on behalf of Debtors during the period:  February 1, 2002 through February 28, 2002, and reimbursement of expenses incurred during the same period in the amount of $39,388.59.

Dated:  March 28, 2002                    REED SMITH LLP


                                          /s/ Richard A. Keuler, Jr.
                                          Richard A. Keuler, Jr., Esquire (No. 4108)
                                          1201 Market Street, Suite 1500
                                          Wilmington, DE  19801
                                          Telephone:  (302) 778-7500
                                          Facsimile:  (302) 778-7575
                                          Email:  rkeuler@reedsmith.com

                                                   and

                                          James J. Restivo, Jr.
                                          Lawrence E. Flatley
                                          Douglas E. Cameron
                                          435 Sixth Avenue
                                          Pittsburgh, PA  15219
                                          Telephone:  412.288.3131
                                          Facsimile:  412-288-3063

                                          Special Asbestos Products Liability Defense
                                          Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                        Invoice Number      932409
One Town Center Road                                   Invoice Date      03/31/02
Boca Raton, FL    33486                                Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

        Fees                              115,694.50


                    TOTAL BALANCE DUE UPON RECEIPT      $ 115,694.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number      932409 |
| One Town Center Road | Invoice Date      03/31/02 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60026 |


================================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/02 | Atkinson | Checking Summation database re: addition of new documents (.4); arrangements re: organizing documents reviewed by associates (.4). | .80 |
| 02/01/02 | Bentz | Review of documents in preparation of witness interviews. | 3.75 |
| 02/01/02 | Cameron | Review news reports and prepare materials for call with R. Finke and W. Sparks relating to consultant work. | 1.40 |
| 02/01/02 | Cindrich | Document review. | 7.00 |
| 02/01/02 | Cleversy | Preparation for trip to Boston. | .80 |
| 02/01/02 | DelSole | Research regarding epidemiologic proof. | 1.00 |
| 02/01/02 | Devine | Document review. | 3.50 |
| 02/01/02 | Haines | Telephone call with Anderson re: temp staffing (0.4); weekly status reports (0.3); telephone call with Atkinson re: temp staffing (0.4); memos to Henderson re: On-Site CDs (0.1). | 1.20 |
| 02/01/02 | Muha | Receive materials for Grace defense . | 6.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  932409
60026  Special Abestos Counsel              Page    2
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/01/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 02/02/02 | Bentz | Review of documents in preparation for witness meeting and outlining topics for discussion. | 4.50 |
| 02/02/02 | Cameron | Continued review of materials for telephone call with R. Finke and W. Sparks regarding testing. | 1.30 |
| 02/02/02 | Cleversy | Reviewing the coding guidelines while traveling to Boston. | 2.00 |
| 02/03/02 | Atkinson | Prepared summaries while traveling to Boston. | 1.60 |
| 02/03/02 | Cindrich | Document review. | 1.10 |
| 02/04/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.30 |
| 02/04/02 | Bentz | Preparation of outline for witness interviews. | 4.30 |
| 02/04/02 | Butcher | Work on Grace defense | 1.50 |
| 02/04/02 | Cameron | Telephone call with R. Finke regarding EPA meeting and e-mails regarding same. | .60 |
| 02/04/02 | Cindrich | Document review. | 8.10 |
| 02/04/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/04/02 | Devine | Document review. | 1.20 |
| 02/04/02 | Flatley | With J. Bentz re: outline for California trip (.30); preparation for California meetings (2.90). | 3.20 |
| 02/04/02 | Haines | Memos re: coding questions. | .20 |
| 02/04/02 | Lord | Telephone and e-correspondence with Mr. Cameron re: certificate of no objections (.3); prepare CNO and service for montly application (.8). | 1.10 |

```
172573 W. R. Grace & Co.                        Invoice Number 932409
60026  Special Abestos Counsel                  Page   3
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/04/02 | Muha | Review and itemize documents to be used for Grace defense. | 7.30 |
| 02/04/02 | Trevelise | Review correspondence re: document review. | .10 |
| 02/05/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 7.40 |
| 02/05/02 | Butcher | Reviewing materials to work on Grace defense | 1.00 |
| 02/05/02 | Cameron | Prepare for and participate in conference call with W. Sparks, R. Finke and L. Flatley regarding testing protocol issues (1.3); Review and provide comments to R. Finke regarding same (.9); Telephone call with R. Finke regarding same (.7); Revise materials for fee applications (.8). | 3.70 |
| 02/05/02 | Cindrich | Document review. | 4.00 |
| 02/05/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/05/02 | Flatley | Call with D. Cameron re: preparation for call (.10); conference call with R. Finke, W. Sparks and D. Cameron and follow up (1.50); preparation for California meetings (5.20). | 6.80 |
| 02/05/02 | Haines | Memos re: weekly pick-up (0.3); memos re: document review staffing (0.3); memos re: Boulder scanning proposal (0.1). | .70 |
| 02/05/02 | Muha | Review witness binder materials for Grace defense. | 1.40 |
| 02/05/02 | Trevelise | Review correspondence re: status of document review and scanning issues. | .20 |
| 02/06/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.60 |

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 02/06/02 | Cameron | Participate in conference call with Richard Finke and consultant regarding testing issues (.8); Telephone call with R. Finke regarding meeting and review open issues (.4). | 1.20 |
| 02/06/02 | Cleversy | Review of W. R. Grace documents in regard to document requests. | 8.00 |
| 02/06/02 | Flatley | In Santa Monica, CA for meetings with W. Sparks, C. Sullivan, D. Biderman, et al. (8.50); preparation for meetings and follow up (1.50). | 10.00 |
| 02/06/02 | Haines | Telephone call with Atkinson re: document review status and schedule (0.3); memos to Thornton re: outstanding data issues (0.4); memo to Hindman re: same (0.1). | .80 |
| 02/06/02 | Muha | Review/itemize documents to be used for Grace Story. | 1.10 |
| 02/07/02 | Atkinson | Reviewing W.R. Grace documents in Boston | 8.90 |
| 02/07/02 | Cleversy | Review of W.R. Grace documents in regard to document requests. | 8.00 |
| 02/07/02 | Flatley | Reorganizing after trip to Los Angeles (1.00); reviewing meeting notes and preparing memoranda on meetings in LA (5.80). | 6.80 |
| 02/07/02 | Haines | Memorandum to Thornton re: technical problems and issues (0.2); memo to Hindman re: same (0.1). | .30 |
| 02/07/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/08/02 | Bentz | Reviewing and summarizing articles regarding EPA contemplated actions. | 1.00 |
| 02/08/02 | Cameron | E-mails regarding meeting with consultant and review summary memo | .90 |

172573 W. R. Grace & Co.                    Invoice Number  932409
60026  Special Abestos Counsel              Page   5
       March 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 02/08/02 | Cleversy | Review of W.R. Grace documents in regard to document request | 7.00 |
| 02/08/02 | DelSole | Review of Libby/EPA activity (.5); research of epidemiologic proof (.8); review of media reports concerning EPA/Grace/Libby (.2). | 1.50 |
| 02/08/02 | Flatley | Reorganizing from California trip and drafting memoranda about California meetings. | 1.80 |
| 02/08/02 | Haines | Review Boulder scanning proposal (0.7); memo to Coggon re: comments on same (0.6); memos re: weekly status reports (0.3); memos re: document review schedule (0.2). | 1.80 |
| 02/08/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/10/02 | Cameron | Review W. Sparks e-mail and related materials regarding testing. | .80 |
| 02/10/02 | Flatley | Revisions to memoranda. | 1.10 |
| 02/10/02 | Jones | Review and organize material for W.R. Grace document review | 6.00 |
| 02/11/02 | Bentz | Review of witness interviews (0.8); preparation of summaries of news articles regarding attic insulation (0.8). | 1.60 |
| 02/11/02 | Butcher | Review materials to begin Grace defense | 1.30 |
| 02/11/02 | Cameron | Review D. Bernick's e-mail and meet with J. Restivo regarding same (.4); Review CMO papers and prepare for conference call regarding same (1.1). | 1.50 |
| 02/11/02 | Cleversy | Organization of materials from Boston document review. | .70 |
| 02/11/02 | Devine | Document review. | 3.00 |

172573  W. R. Grace & Co.                                    Invoice Number  932409
60026   Special Abestos Counsel                              Page   6
        March 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 02/11/02 | Flatley | Revisions to meeting memo and circulate them (.30); review R. Finke e-mail (.20); with J. Restivo (.10). | .60 |
| 02/11/02 | Haines | Memos to Coggon re: Boulder scanning contract (0.3); telephone calls re: scanning questions (0.5); memos re: On-Site invoice (0.1); memos re: document review staffing and status (0.4). | 1.30 |
| 02/11/02 | Jones | Review and code documents re responsiveness to EPA and class action claims. | 7.50 |
| 02/11/02 | Muha | Review materials for Grace defense Project. | 1.50 |
| 02/12/02 | Bentz | Reviewing and summarizing news articles regarding attic insulation. | .25 |
| 02/12/02 | Butcher | Review materials to prepare Grace story | 3.30 |
| 02/12/02 | Cameron | Prepare for and talk with R. Finke regarding agenda for conference call (.3); Prepare for and participate in conference call with D. Bernick, D. Siegel, R. Finke, et al. regarding draft motions for CMO and discovery issues (1.2); Review revised draft of CMO motion for ZAI claims and telephone call with R. Finke and A. Running regarding same (.9); Reports to J. Restivo regarding same (.3). | 2.70 |
| 02/12/02 | Cindrich | Document review. | 3.00 |
| 02/12/02 | DeMarchi Sleigh | Document review. | .60 |
| 02/12/02 | Flatley | Review D. Cameron e-mail and call with D. Cameron. | .20 |
| 02/12/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 7.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  932409
60026  Special Abestos Counsel              Page    7
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/12/02 | Muha | Review documents, materials for Grace defense Project. | 4.50 |
| 02/13/02 | Bentz | Reviewing and summarizing news articles regarding attic insulation. | .25 |
| 02/13/02 | Butcher | Review of materials to prepare Grace defense | 4.60 |
| 02/13/02 | Cameron | Review materials relating to proposed CMO schedule (.4); Review testing information from R. Finke and materials for consultants (.9). | 1.30 |
| 02/13/02 | Cindrich | Document review. | 5.50 |
| 02/13/02 | Flatley | With D. Cameron re: CMO issues (.20); with J. Bentz (.10); D. Cameron e-mail and response (.10). | .40 |
| 02/13/02 | Haines | Multi memorandums re: confidentiality provisions for Boulder scanning agreement. | .30 |
| 02/13/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 8.00 |
| 02/13/02 | Muha | Review materials for Grace Story; discuss issues with J. Butcher. | 2.20 |
| 02/13/02 | Trevelise | Review correspondence re: status of document review (.1); telephone call to J. Restivo re: status of attorney review of documents (.1). | .20 |
| 02/14/02 | Butcher | Review material to prepare Grace story | 4.50 |
| 02/14/02 | Jones | Review and code documents re responsiveness to EPA and class action matters. | 9.50 |
| 02/14/02 | Muha | Review materials and make notes for drafting Grace Story. | 2.50 |
| 02/15/02 | Butcher | Review materials to prepare Grace defense | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page    8
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/15/02 | Cameron | Review testing protocol issues and telephone call with R. Finke regarding same (.8); Communications with consultant regarding testing (.4). | 1.20 |
| 02/15/02 | Devine | Document review. | 3.50 |
| 02/15/02 | Haines | Multi memos to Atkinson and Trevelise re: document review staffing. | .30 |
| 02/15/02 | Muha | Develop outline and draft of Grace defense. | 3.20 |
| 02/15/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/16/02 | Cameron | Review protocol material and prepare for call regarding same. | 1.40 |
| 02/17/02 | Atkinson | Prepared summaries while traveling to Boston. | 1.50 |
| 02/17/02 | Jones | Review and organize documents for W. R. Grace document review. | 6.00 |
| 02/18/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.00 |
| 02/18/02 | Bentz | Reviewing and summarizing news articles regarding Grace, Libby and attic insulation. | .50 |
| 02/18/02 | Butcher | Review materials to prepare Grace story | 2.50 |
| 02/18/02 | Cameron | Review and provide comments to draft protocol and prepare for meeting (.9); Review materials relating to billing issues (.8). | 1.70 |
| 02/18/02 | Devine | Document review. | 2.00 |
| 02/18/02 | Flatley | E-mail and call with W. Sparks. | .10 |
| 02/18/02 | Haines | Memorandum re: On-Site invoice for February. | .10 |

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page    9
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/18/02 | Jones | Review and code documents for responsiveness to EPA and class action document requests. | 8.00 |
| 02/18/02 | Muha | Review materials; draft passages of Grace Story. | 3.80 |
| 02/18/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/19/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.10 |
| 02/19/02 | Bentz | Review of news articles regarding Grace, Libby and attic insulation (.7); review of memoranda regarding various test results (.5); formulating historical case defense (.5). | 1.70 |
| 02/19/02 | Butcher | Review material to prepare Grace story | 5.60 |
| 02/19/02 | Cameron | Continue review of protocol issues and telephone call with R. Finke regarding same (.7); Review various e-mails relating to medical monitoring claims form (.6); Participate in conference call with consultants regarding testing issues (.9). | 2.20 |
| 02/19/02 | Cindrich | Document review. | 1.00 |
| 02/19/02 | Cleversy | Preparation for return to Boston for document production. | .40 |
| 02/19/02 | Flatley | E-mails and responses (.10); call with D. Cameron re: scheduling issues (.10). | .20 |
| 02/19/02 | Jones | Review and code documents for responsiveness to EPA and class action document requests. | 8.00 |
| 02/19/02 | Restivo | Telephone conference with R. Finke re future actions | .40 |
| 02/19/02 | Trevelise | Review correspondence re:medical monitoring form. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page  10
       March 31, 2002


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 02/20/02 | Atkinson | Reviewing W.R. Grace documents in Boston. | 8.40 |
| 02/20/02 | Bentz | Preparation of historical case defense (1.5); meeting with J. Butcher and A. Muha regarding preparation of historical case defense (0.5). | 2.00 |
| 02/20/02 | Butcher | Review materials to prepare Grace story, meeting with J. Bentz to discuss Grace story | 4.80 |
| 02/20/02 | Cameron | Review revised protocol and comment (.9); E-mails regarding meeting and protocols (.6). | 1.50 |
| 02/20/02 | Cindrich | Document review. | 2.00 |
| 02/20/02 | DelSole | Review of media reports (.5); EPA Action review regarding Libby and vermiculite (1.0). | 1.50 |
| 02/20/02 | Flatley | J. Bentz e-mail re: outline status. | .10 |
| 02/20/02 | Haines | Memo re: Boulder status (0.1); memo re: document review status (0.1). | .20 |
| 02/20/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 8.00 |
| 02/20/02 | Lord | Research docket for objections to CNOs re: Sixth monthly and Second Interim fee application (.4); prepare CNO's for monthly and interim fee applications (.6). | 1.00 |
| 02/20/02 | Muha | Draft outline of Grace defense and meet with J. Bentz and J. Butcher re: same | 4.30 |
| 02/20/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/21/02 | Atkinson | Reviewing W.R. Grace documents in Boston | 9.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page  11
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/21/02 | Butcher | Review materials to prepare Grace story | 1.60 |
| 02/21/02 | Cameron | Telephone call with R. Finke and e-mails regarding meetings with consultants and protocols and review and revise same. | .60 |
| 02/21/02 | Haines | Memo re: return of Boulder documents to Winthrop Square (0.1). | .10 |
| 02/21/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 8.50 |
| 02/21/02 | Lord | Review Adminstrative order and other CNO filings re: procedure for interim applications | .80 |
| 02/21/02 | Muha | Draft outline of Grace Story. | 1.40 |
| 02/21/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 02/22/02 | Atkinson | Telephone calls with A. Anderson (Winthrop) and S. Haines (Phl RS) re: temporary help in reviewing documents. | .60 |
| 02/22/02 | Bentz | Review of proposed pleading addressing two exhibits submitted by claimants' counsel. | .30 |
| 02/22/02 | Butcher | Review materials to prepare Grace storty | 2.00 |
| 02/22/02 | Cameron | Review correspondence and draft reply brief (.6); Review materials in preparation for 2/26 meeting (1.1); Review Libby testing data (.8). | 2.50 |
| 02/22/02 | Cleversy | Preparation for document review in Boston. | .80 |
| 02/22/02 | DeMarchi Sleigh | Document review | 1.20 |
| 02/22/02 | Flatley | Review draft supplementary brief and respond to D. Cameron e-mail on it. | .40 |

172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page  12
       March 31, 2002


   Date   Name                                              Hours
   ------- -----------                                      -----

02/22/02 Haines           Multi telephone calls re: temp    2.10
                          staffing at Winthrop document
                          review (0.8); multi memos re: same
                          (0.2); memos to On-Site re: weekly
                          status report (0.1); telephone
                          call to Matt Murphy (0.1); begin
                          draft of attachment protocol
                          (0.5); memo to Thornton re: same
                          (0.1); telephone call to Anderson
                          re: same (0.1); memos re: weekly
                          status reports for WSO and
                          Cambridge (0.2).

02/22/02 Lord             Coordinate filing and complete      .40
                          service of Reed Smith monthly CNO
                          (.4).

02/23/02 Cameron          Review materials for 2/26 meeting  1.80
                          with consultant and 2/27 strategy
                          meeting.

02/23/02 Flatley          Review correspondence and follow    .40
                          up on it.

02/23/02 Muha             Draft outline of W.R. Grace Story.  3.30

02/24/02 Cleversy         Review of asbestos-containing      2.00
                          products and guidelines while
                          traveling to Boston, Massachusetts.

02/25/02 Atkinson         Reviewing W. R. Grace documents in 5.90
                          Boston

02/25/02 Bentz            Conference with J. Restivo         1.40
                          regarding document review (0.2);
                          review of document review and
                          (0.2); review of articles
                          regarding Grace, Libby and attic
                          insulation (1.0).

02/25/02 Butcher          Review materials to prepare Grace  7.50
                          defense case

02/25/02 Cameron          Prepare for and meet with J.       3.90
                          Restivo and L. Flatley regarding
                          Agenda for 2/27 meeting and review
                          and revise same (1.3); Prepare for
                          2/26 meeting with consultant and
                          W. R. Grace in-house counsel and
                          multiple e-mails regarding same
                          (2.6).

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page  13
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/25/02 | Cleversy | Review of client documentation at the Boston repository. | 8.00 |
| 02/25/02 | Flatley | Respond to D. Cameron e-mails (.40); with J. Restivo and D. Cameron re: 2/27 meeting (.80); organizing for 2/27 meeting (1.00) | 2.20 |
| 02/25/02 | Haines | Memos re: February invoice (.5); memos Thornton re: weekly status report, missing data issues and attachment ranges (.2); memo re: Boulder documents returned (.2); Telephone call to Bocchino re: February invoices (.1); Boulder, Byrne, Thornton re: February invoice; outstanding issues (.7); memo re: same (.2); memo re: attorney review status (.2). | 1.90 |
| 02/25/02 | Lord | Review and edit quarterly CNO (.3); complete service and coordinate filing of same (.3). | .60 |
| 02/25/02 | Muha | Draft outline of the Grace defense case. | 1.50 |
| 02/25/02 | Restivo | Preparation for planning meeting (1.0); dictate notes on documents (1.0) | 2.00 |
| 02/26/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.60 |
| 02/26/02 | Bentz | Review of document review project. | 1.50 |
| 02/26/02 | Cameron | Prepare for and attend meeting with consultants, R. Finke, A. Running and T. Hardy and review and revise materials for 2/27 strategy meeting. | 8.00 |
| 02/26/02 | Cindrich | Document review. | 1.00 |
| 02/26/02 | Cleversy | Review of client documentation at the Boston repository. | 8.40 |

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page  14
       March 31, 2002


   Date   Name                                                Hours
-------- -----------                                          -----

02/26/02 Flatley          Preparation for 2/27 meeting         3.90
                          (3.30); call with W. Sparks (.20);
                          with J. Bentz re: documents status
                          (.20); with J. Restivo (.20).

02/26/02 Muha             Draft/review outline of Grace        6.60
                          defense case.

02/26/02 Restivo          Preparation for strategy conference  3.60

02/27/02 Atkinson         Reviewing W. R. Grace documents in   8.90
                          Boston.

02/27/02 Bentz            Preparation for and attending        6.00
                          planning meeting (5.7);
                          preparation of memorandum (.3).

02/27/02 Cameron          Prepare for and meet with J.         9.30
                          Restivo and L. Flatley regarding
                          strategy meeting (.5); Prepare for
                          and attend meeting with lawyers
                          from Kirkland & Ellis, J. Restivo,
                          L. Flatley, J. Bentz and R. Finke
                          regarding strategy issues for
                          asbestos litigation (4.5); Prepare
                          for and participate in multiple
                          conference calls and meet with R.
                          Finke regarding protocol issues
                          (1.8); Review and revise protocol
                          and materials for testing (1.3);
                          Telephone call with L. Flatley
                          regarding issues from consultant
                          meeting (.4); Review recent
                          articles regarding asbestos issues
                          (.8).

02/27/02 Cindrich         Document review.                      .50

02/27/02 Cleversy         Review of client documentation at    7.80
                          the Boston repository.

02/27/02 Flatley          Preparation for meeting (1.30);      6.50
                          meeting with Siegel, Finke,
                          Bernick, Restivo, et al. (4.00);
                          follow up on meeting (.80); call
                          with D. Cameron re results of 2/26
                          meeting (.30); with J. Restivo re:
                          results of 2/27 meeting and e-mail
                          (.10).

```
172573 W. R. Grace & Co.                        Invoice Number  932409
60026  Special Abestos Counsel                  Page  15
       March 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/27/02 | Muha | Draft outline of Grace defense case. | .20 |
| 02/27/02 | Restivo | Strategic Planning Meeting in Pittsburgh | 6.00 |
| 02/27/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 02/28/02 | Atkinson | Reviewing W. R. Grace documents in Boston | 9.00 |
| 02/28/02 | Bentz | Preparation of memorandum regarding planning issues. | .40 |
| 02/28/02 | Butcher | Draft Grace defense case | .70 |
| 02/28/02 | Cameron | Prepare for and participate in multiple conference calls with consultants regarding protocol and testing issues (2.3); Review and revise same and multiple telephone calls with R. Finke regarding same (1.8); Prepare and revise memo regarding 2/26 meeting with consultant (.6); Review and revise fee application materials (1.0). | 5.70 |
| 02/28/02 | Cindrich | Document review. | .20 |
| 02/28/02 | Cleversy | Preparation for return trip to Pittsburgh (.5); Review of client documentation at the Boston repository (5.5); travel to Pittsburgh while reviewing guidelines (2.0). | 8.00 |
| 02/28/02 | DeMarchi Sleigh | Document review | .60 |
| 02/28/02 | Haines | Telephone conference with Anderson re: document review staffing (.2); Conference Bocchino (Onsite) re: scanning status (.7); memos re: attachment range issues (.6); review onsite weekly status memo (.3); conference Trevelise re: attorney review coding (.2); memos re: same (.5); memos re: missing data from CDS 5; 6 (.5); finish draft of attachment range protocol (.4) | 3.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page  16
       March 31, 2002


   Date   Name                                                  Hours
   ------ ----------                                            -----


02/28/02 Lord              E-correspondence with Mr. Cameron      .20
                           re: monthly fee application.

02/28/02 Muha              Draft outline of Grace defense         .50
                           case.

02/28/02 Trevelise         Review correspondence re: status       .20
                           of document review.

                                                                ------
                                               TOTAL HOURS       568.45


TIME SUMMARY                    Hours          Rate          Value
------------------------        -------     ----------      -------
Andrew J. Trevelise              1.80    at  $  360.00  =      648.00
James J. Restivo Jr.            12.00    at  $  430.00  =    5,160.00
Lawrence E. Flatley             44.70    at  $  400.00  =   17,880.00
Douglas E. Cameron              55.20    at  $  385.00  =   21,252.00
James W Bentz                   29.45    at  $  300.00  =    8,835.00
Stephen J. DelSole               4.00    at  $  275.00  =    1,100.00
Scott M. Cindrich               33.40    at  $  185.00  =    6,179.00
Lisa D. DeMarchi Sleigh          2.40    at  $  185.00  =      444.00
Bryan C. Devine                 13.20    at  $  185.00  =    2,442.00
Jayme L. Butcher                42.40    at  $  185.00  =    7,844.00
Andrew J. Muha                  52.20    at  $  185.00  =    9,657.00
M. Susan Haines                 14.70    at  $  150.00  =    2,205.00
John B. Lord                     4.10    at  $  145.00  =      594.50
Maureen L. Atkinson            103.80    at  $  120.00  =   12,456.00
Janet L. Cleversy               77.90    at  $  120.00  =    9,348.00
Melody A. Jones                 77.20    at  $  125.00  =    9,650.00

                        CURRENT FEES                          115,694.50
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      932409
One Town Center Road                     Invoice Date      03/31/02
Boca Raton, FL    33486                  Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel

Expenses                       39,388.59


            TOTAL BALANCE DUE UPON RECEIPT       $ 39,388.59
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 932409 |
|---|---|---|
| One Town Center Road | Invoice Date | 03/31/02 |
| Boca Raton, FL   33486 | Client Number | 172573 |

.

==============================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/24/02 | 561-362-1970/BOCA RATON, FL/3 | .97 |
| 01/24/02 | 303-861-7000/DENVER, CO/7 | 2.30 |
| 01/28/02 | 302-652-5340/WILMINGTON, DE/1 | .65 |
| 01/28/02 | 302-652-5340/WILMINGTON, DE/14 | 4.54 |
| 01/29/02 | 215-241-7925/PHILA, PA/11 | 3.30 |
| 01/29/02 | 303-866-0408/DENVER, CO/3 | .99 |
| 01/29/02 | 302-778-7575/WILMINGTON, DE/11 | 3.56 |
| 01/30/02 | 617-426-5900/BOSTON, MA/8 | 2.63 |
| 01/31/02 | 215-241-7925/PHILA, PA/5 | 1.50 |
| 02/01/02 | 617-426-3501/BOSTON, MA/5 | 1.62 |
| 02/01/02 | 617-227-8600/BOSTON, MA/2 | .65 |
| 02/01/02 | 617-542-3025/BOSTON, MA/9 | 3.24 |
| 02/01/02 | 412-288-3094/PITTSBURGH, PA/16 | 4.80 |
| 02/05/02 | 407-614-0050/WINTERGRDN, FL/1 | .65 |
| 02/05/02 | 561-362-1533/BOCA RATON, FL/4 | 1.30 |
| 02/06/02 | 770-429-2989/ATLANTA NW, GA/2 | .65 |
| 02/06/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/06/02 | 617-542-3025/BOSTON, MA/6 | 2.30 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       March 31, 2002

Invoice Number  932409
Page  17

| 02/07/02 | 310-399-9344/SAN MONICA, CA/1 | .32 |
|---|---|---|
| 02/11/02 | Telephone Expense | 5.55 |
| 02/11/02 | 310-788-3399/BEVERLYHLS, CA/2 | .97 |
| 02/11/02 | 302-652-5338/WILMINGTON, DE/3 | .97 |
| 02/11/02 | 310-788-3399/BEVERLYHLS, CA/1 | .32 |
| 02/11/02 | 312-861-2200/CHICAGO, IL/2 | .97 |
| 02/11/02 | 561-362-1533/BOCA RATON, FL/18 | 5.83 |
| 02/12/02 | 561-362-1533/BOCA RATON, FL/4 | 1.62 |
| 02/12/02 | 561-362-1533/BOCA RATON, FL/8 | 2.92 |
| 02/12/02 | 336-661-8390/WINSTN SAL, NC/4 | 1.30 |
| 02/13/02 | 215-851-8250/PHILA, PA/14 | 4.50 |
| 02/13/02 | 202-775-4726/WASHINGTON, DC/14 | 4.54 |
| 02/13/02 | 504-813-7895/KENNER, LA/1 | .27 |
| 02/13/02 | 212-878-1722/NEW YORK, NY/12 | 4.28 |
| 02/14/02 | 617-542-3025/BOSTON, MA/7 | 2.27 |
| 02/15/02 | 617-542-3025/BOSTON, MA/6 | 1.94 |
| 02/15/02 | 561-362-1533/BOCA RATON, FL/13 | 4.21 |
| 02/15/02 | 617-227-8600/BOSTON, MA/1 | .65 |
| 02/17/02 | 561-362-1533/BOCA RATON, FL/1 | .27 |
| 02/18/02 | 617-542-3025/BOSTON, MA/14 | 4.86 |
| 02/18/02 | 617-227-8600/BOSTON, MA/1 | .32 |
| 02/18/02 | 215-851-8250/PHILA, PA/1 | .30 |
| 02/18/02 | 973-621-3193/NEWARK, NJ/1 | .32 |
| 02/19/02 | 610-660-8817/BALACYNWYD, PA/3 | .90 |
| 02/19/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/22/02 | 617-542-3025/BOSTON, MA/4 | 1.65 |
| 02/22/02 | 215-851-8232/PHILA, PA/2 | .60 |

172573 W. R. Grace & Co.                         Invoice Number  932409
60026  Special Abestos Counsel                   Page  17
       March 31, 2002

| 02/22/02 | 617-542-3025/BOSTON, MA/16      | 5.51 |
| 02/27/02 | 410-531-4783/COLUMBIA, MD/5     | 1.94 |
| 02/27/02 | 773-282-3973/CHICAGO, IL/5      | 1.94 |
| 02/27/02 | 518-283-9855/TROY, NY/4         | 1.62 |
| 02/28/02 | 617-227-8600/BOSTON, MA/5       | 1.65 |
| 02/28/02 | 617-725-1662/BOSTON, MA/2       |  .66 |
| 02/28/02 | 412-288-4291/PITTSBURGH, PA/2   |  .90 |
| 02/28/02 | 617-451-2600/BOSTON, MA/4       | 1.32 |
| 01/22/02 | ATTY # 0349: 3 COPIES           |  .45 |
| 01/28/02 | ATTY # 0349: 1 COPIES           |  .15 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 7 COPIES           | 1.05 |
| 01/29/02 | ATTY # 0559: 6 COPIES           |  .90 |
| 01/29/02 | ATTY # 0559: 14 COPIES          | 2.10 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 7 COPIES           | 1.05 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/29/02 | ATTY # 0559: 1 COPIES           |  .15 |
| 01/29/02 | ATTY # 0559: 4 COPIES           |  .60 |
| 01/30/02 | ATTY # 0559: 6 COPIES           |  .90 |
| 01/30/02 | ATTY # 0559: 6 COPIES           |  .90 |
| 01/30/02 | ATTY # 0559: 12 COPIES          | 1.80 |
| 01/30/02 | ATTY # 4077: 2 COPIES           |  .30 |
| 01/30/02 | ATTY # 0856: 12 COPIES          | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page  17
       March 31, 2002

01/30/02   ATTY # 0559: 9 COPIES                          1.35

01/30/02   ATTY # 0559: 12 COPIES                         1.80

01/30/02   ATTY # 4077: 2 COPIES                           .30

01/31/02   ATTY # 0885: 8 COPIES                          1.20

01/31/02   ATTY # 1398: 1 COPIES                           .15

01/31/02   ATTY # 0885: 8 COPIES                          1.20

01/31/02   ATTY # 0349: 1 COPIES                           .15

01/31/02   ATTY # 3254: 1 COPIES                           .15

01/31/02   ATTY # 3254: 1 COPIES                           .15

01/31/02   ATTY # 3254: 1 COPIES                           .15

01/31/02   ATTY # 3254: 1 COPIES                           .15

02/01/02   ATTY # 0885: 15 COPIES                         2.25

02/01/02   ATTY # 0885: 13 COPIES                         1.95

02/01/02   ATTY # 0885: 7 COPIES                          1.05

02/01/02   ATTY # 0559; 72 COPIES                        10.80

02/04/02   ATTY # 0885; 24 COPIES                         3.60

02/04/02   ATTY # 0718; 40 COPIES                         6.00

02/04/02   ATTY # 0885: 6 COPIES                           .90

02/04/02   ATTY # 0396: 5 COPIES                           .75

02/04/02   ATTY # 0885: 9 COPIES                          1.35

02/04/02   ATTY # 0885: 11 COPIES                         1.65

02/04/02   ATTY # 0885: 15 COPIES                         2.25

02/04/02   ATTY # 0885: 2 COPIES                           .30

02/04/02   ATTY # 0885: 3 COPIES                           .45

02/04/02   ATTY # 0885: 7 COPIES                          1.05

02/04/02   ATTY # 0396: 8 COPIES                          1.20

02/04/02   ATTY # 0885: 14 COPIES                         2.10

172573  W. R. Grace & Co.                        Invoice Number  932409
60026   Special Abestos Counsel                  Page  17
        March 31, 2002

02/04/02   ATTY # 0559: 6 COPIES                              .90

02/04/02   ATTY # 0885: 22 COPIES                            3.30

02/04/02   ATTY # 0885: 11 COPIES                            1.65

02/04/02   ATTY # 0885: 15 COPIES                            2.25

02/04/02   ATTY # 0885: 15 COPIES                            2.25

02/04/02   ATTY # 0885: 11 COPIES                            1.65

02/04/02   ATTY # 0885: 5 COPIES                              .75

02/04/02   ATTY # 0685: 15 COPIES                            2.25

02/04/02   ATTY # 0685: 18 COPIES                            2.70

02/05/02   ATTY # 0396; 27 COPIES                            4.05

02/05/02   ATTY # 0396; 12 COPIES                            1.80

02/05/02   ATTY # 0856: 1 COPIES                              .15

02/08/02   ATTY # 0396: 5 COPIES                              .75

02/08/02   ATTY # 0396: 3 COPIES                              .45

02/08/02   ATTY # 0396: 3 COPIES                              .45

02/11/02   ATTY # 3816; 6 COPIES                              .90

02/11/02   ATTY # 0396; 40 COPIES                            6.00

02/11/02   ATTY # 0885; 16 COPIES                            2.40

02/11/02   ATTY # 0396: 3 COPIES                              .45

02/11/02   ATTY # 0885: 3 COPIES                              .45

02/11/02   ATTY # 0396: 5 COPIES                              .75

02/11/02   ATTY # 0396: 5 COPIES                              .75

02/11/02   ATTY # 0396: 3 COPIES                              .45

02/11/02   ATTY # 0396: 1 COPIES                              .15

02/11/02   ATTY # 0396: 3 COPIES                              .45

02/11/02   ATTY # 0885: 3 COPIES                              .45

02/12/02   ATTY # 0885: 3 COPIES                              .45

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       March 31, 2002

Invoice Number  932409
Page  17

| Date | Description | Amount |
|---|---|---|
| 02/13/02 | ATTY # 0885; 42 COPIES | 6.30 |
| 02/13/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/02 | ATTY # 0856: 2 COPIES | .30 |
| 02/14/02 | ATTY # 0559; 7 COPIES | 1.05 |
| 02/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/14/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/15/02 | ATTY # 0710; 6 COPIES | .90 |
| 02/15/02 | ATTY # 4168; 4 COPIES | .60 |
| 02/15/02 | ATTY # 4168; 7 COPIES | 1.05 |
| 02/17/02 | ATTY # 0856; 5 COPIES | .75 |
| 02/18/02 | ATTY # 0710: 3 COPIES | .45 |
| 02/18/02 | ATTY # 0710: 1 COPIES | .15 |
| 02/19/02 | ATTY # 4168; 1 COPIES | .15 |
| 02/19/02 | ATTY # 0710: 5 COPIES | .75 |
| 02/19/02 | ATTY # 0701: 8 COPIES | 1.20 |
| 02/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/20/02 | ATTY # 0885: 2 COPIES | .30 |
| 02/20/02 | ATTY # 0710: 4 COPIES | .60 |
| 02/20/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 02/20/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 02/22/02 | ATTY # 0885: 1 COPIES | .15 |
| 02/22/02 | ATTY # 0701: 10 COPIES | 1.50 |
| 02/22/02 | ATTY # 0885; 26 COPIES | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number  932409
 60026 Special Abestos Counsel                    Page  17
        March 31, 2002

| Date | Description | Amount |
|---|---|---|
| 02/22/02 | ATTY # 0559; 2 COPIES | .30 |
| 02/22/02 | ATTY # 0718; 54 COPIES | 8.10 |
| 02/25/02 | ATTY # 0559; 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349; 6 COPIES | .90 |
| 02/25/02 | ATTY # 0718; 13 COPIES | 1.95 |
| 02/26/02 | ATTY # 0349; 24 COPIES | 3.60 |
| 02/26/02 | ATTY # 0349; 154 COPIES | 23.10 |
| 02/26/02 | ATTY # 0887; 94 COPIES | 14.10 |
| 02/27/02 | ATTY # 0559; 42 COPIES | 6.30 |
| 02/27/02 | ATTY # 0349; 210 COPIES | 31.50 |
| 02/27/02 | ATTY # 0559; 30 COPIES | 4.50 |
| 02/28/02 | ATTY # 0559; 504 COPIES | 75.60 |
| 02/28/02 | ATTY # 0559; 140 COPIES | 21.00 |
| 02/28/02 | ATTY # 0559; 4 COPIES | .60 |
| 02/09/02 | Westlaw | 30.00 |
| 02/04/02 | Postage Expense | 1.26 |
| 11/30/01 | Express Mail Service PARCELS, INC | 30.00 |
| 12/31/01 | Express Mail Service PARCELS INC | 55.00 |
| 02/05/02 | Courier Service UPS | 46.78 |
| 02/14/02 | Courier Service UPS | 8.92 |
| 01/29/02 | Secretarial Overtime TYPING INFO INTO SUMMATION | 30.00 |
| 02/03/02 | Secretarial Overtime TYPING SUMMATION INFO | 142.50 |
| 02/11/02 | Secretarial Overtime TYPING IN SUMMATION | 90.00 |
| 02/05/02 | Lodging - MAUREEN ATKINSON BOSTON, MA 1/27-1/31/02 | 625.20 |
| 02/08/02 | LODGING RE: TRAVEL EXPENSE / W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 1/20- 1/23/02- SUSAN HAINES - | 705.06 |

172573 W. R. Grace & Co.                           Invoice Number  932409
60026  Special Abestos Counsel                     Page  17
       March 31, 2002


02/08/02   LODGING RE: TRIP TO BOSTON 1/27- 1/31/02-        742.20
           MELODY JONES -

02/08/02   LODGING RE: TRIP TO BOSTON 1/21- 1/24/02-        536.37
           MELODY JONES -

02/13/02   Lodging -: LAWRENCE E. FLATLEY SANTA MONICA,CA   378.72
           2/5-7/02

02/14/02   Lodging -  JANET L. CLEVERSY BOSTON 2/2-8/02     937.80

02/19/02   Lodging - MAUREEN ATKINSON BOSTON,MA 2/3-7/02    632.70

02/20/02   LODGING RE: TRAVEL TO BOSTON 2/10- 2/14/02-      742.20
           MELODY JONES

02/20/02   CHAMBERMAID TIP RE: TRAVEL TO BOSTON 2/10-          6.00
           2/14/02- MELODY JONES - Lodging - - VENDOR:
           MELODY JONES

02/26/02   TRAVEL EXPENSE ADVANCE 2/15/02 (MELODY A.        200.00
           JONES) Lodging

02/01/02   Transportation -PARKING 1/26/02                    3.00

02/05/02   Transportation -MAUREEN ATKINSON BOSTON, MA       24.00
           1/27-1/31/02 PARKING

02/13/02   Transportation -: LAWRENCE E. FLATLEY SANTA       24.00
           MONICA,CA 2/5-7/02

02/14/02   Transportation - : JANET L. CLEVERSY BOSTON        5.00
           2/2-8/02

02/19/02   Transportation -  MAUREEN ATKINSON BOSTON,MA      23.00
           2/3-7/02 PARKING

01/16/02   ROSSI/M SUSAN 20JAN PHL BOS PHL-Rail Expense     765.00

01/17/02   ATKINSON/MAUREEN L 27JAN PIT BOS PIT-Air Travel  539.50
           Expense

01/27/02   CLEVERSY/JANET-Air Travel Credit                -479.49

01/31/02   ATKINSON/MAUREEN L 03FEB PIT BOS PIT-Air Travel  971.49
           Expense

02/01/02   FLATLEY/LAWRENCE E 05FEB PIT LAX PIT-Air Travel 2154.00
           Expense

02/08/02   ADDITIONAL AIR TRAVEL CHARGE FOR FLIGHT CHANGE    50.00
           DURING DOCUMENT MANAGEMENT IN BOSTON
           1/20-1/23/02-sUSAN hAINES

172573 W. R. Grace & Co.                              Invoice Number  932409
60026  Special Abestos Counsel                        Page  17
       March 31, 2002


02/12/02    AIR TRAVEL EXPENSE-ATKINSON/MAUREEN L 17FEB PIT      976.49
            BOS PIT

02/14/02    Air Travel Expense - JANET L. CLEVERSY BOSTON        524.50
            2/2-8/02

02/20/02    Air Travel Expense - DOUGLAS E. CAMERON,            1114.50
            Chicago IL- 1/17/02

02/27/02    Air Travel Expense - DOUGLAS E. CAMERON              45.00

02/28/02    Air Travel Expense -DOUGLAS E. CAMERON,              724.50
            Washington, D.C. 2/26/02

01/16/02    SLADE/VALERIE 21JAN PHL BOS PHL-Air Travel           293.00
            Expense

01/18/02    JONES/MELODY 21JAN PHL BOS PHL-Rail Expense          293.00

01/27/02    JONES/MELODY 27JAN PHL BOS PHL-Rail Credit          -300.00

02/07/02    Rail Expense-JONES/MELODY 10FEB PHL BOS PHL          293.00

02/15/02    RAIL EXPENSE-JONES/MELODY 17FEB PHL BOS PHL          293.00

02/05/02    Taxi Expense - MAUREEN ATKINSON BOSTON, MA            40.00
            1/27-1/31/02

02/08/02    TAXI'S RE: TRAVEL EXPENSE /W.R. GRACE DOCUMENT        62.00
            MANAGEMENT IN BOSTON 1/20 - 1/23/02- SUSAN
            HAINES

02/08/02    TAXI'S RE: TRIP TO BOSTON 1/27- 1/31/02-             20.00
            MELODY JONES

02/08/02    TAXI'S RE: TRIP TO BOSTON 1/21- 1/24/02-             19.00
            MELODY JONES -

02/08/02    Taxi Expense - YELLOW CAB CO.                         26.00

02/08/02    Taxi Expense -  YELLOW CAB CO.                        25.63

02/08/02    Taxi Expense - YELLOW CAB CO.                         23.56

02/13/02    Taxi Expense -  LAWRENCE E. FLATLEY SANTA             63.00
            MONICA, CA 2/5-7/02

02/14/02    Taxi Expense - JANET L. CLEVERSY BOSTON               87.00
            2/2-8/02

02/19/02    Taxi Expense -: MAUREEN ATKINSON BOSTON, MA           35.00
            2/3-7/02

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       March 31, 2002

Invoice Number  932409
Page  17

| Date | Description | Amount |
|---|---|---|
| 02/20/02 | TAXI'S RE: TRAVEL TO BOSTON 2/10- 2/14/02-<br>MELODY JONES - | 22.00 |
| 02/01/02 | Mileage Expense - S HELBLING - 22 MILES | 8.03 |
| 02/05/02 | Mileage Expense - MAUREEN ATKINSON BOSTON, MA<br>1/27-1/31/02 | 12.24 |
| 02/13/02 | Mileage Expense - LAWRENCE E. FLATLEY SANTA<br>MONICA,CA 2/5-7/02 | 21.90 |
| 02/14/02 | Mileage Expense -: JANET L. CLEVERSY BOSTON<br>2/2-8/02 | 29.20 |
| 02/19/02 | Mileage Expense - MAUREEN ATKINSON BOSTON,MA<br>2/3-7/02 | 12.20 |
| 02/01/02 | Meal Expense -S HELBLING - LUNCH 1/26/02 | 6.41 |
| 02/05/02 | Meal Expense MAUREEN ATKINSON BOSTON, MA<br>1/27-1/31/02 | 71.77 |
| 02/08/02 | MEALS RE: TRAVEL EXPENSE /W.R. GRACE DOCUMENT<br>MANAGEMENT IN BOSTON 1/20- 1/23/02- SUSAN<br>HAINES | 77.54 |
| 02/08/02 | MEALS RE: TRIP TO BOSTON 1/27- 1/31/02- MELODY<br>JONES - | 106.48 |
| 02/08/02 | MEALS RE: TRIP TO BOSTON 1/21- 1/24/02- MELODY<br>JONES - | 91.38 |
| 02/13/02 | Meal Expense -  LAWRENCE E. FLATLEY SANTA<br>MONICA,CA 2/5-7/02 | 40.40 |
| 02/14/02 | Meal Expense - JANET L. CLEVERSY BOSTON<br>2/2-8/02 | 256.14 |
| 02/19/02 | Meal Expense - MAUREEN ATKINSON BOSTON,MA<br>2/3-7/02 | 90.95 |
| 02/20/02 | MEALS RE: TRAVEL TO BOSTON 2/10- 2/14/02-<br>MELODY JONES - Meal Expense | 106.49 |
| 02/25/02 | Meal Expense - -Boston | 27.03 |
| 02/11/02 | Telephone - Outside - | 91.23 |
| 02/13/02 | Telephone - Outside  LAWRENCE E. FLATLEY SANTA<br>MONICA,CA 2/5-7/02 | 9.90 |
| 02/14/02 | Telephone - Outside  JANET L. CLEVERSY BOSTON<br>2/2-8/02 | 18.64 |

172573 W. R. Grace & Co.                          Invoice Number  932409
60026  Special Abestos Counsel                    Page  17
       March 31, 2002


02/26/02   REIMBURSEMENT FOR PHONE CHARGES 2/20/02 (M.        45.78
           SUSAN HAINES) Telephone - Outside -

02/27/02   Telephone - Outside  DOUGLAS E. CAMERON            33.75

02/05/02   General Expense -  MAUREEN ATKINSON BOSTON, MA     26.08
           1/27-1/31/02 TIPS, PENS, HOUSEKEEPING

02/08/02   CHAMBERMAID TIP RE: TRIP TO BOSTON 1/27-            6.00
           1/31/02- MELODY JONES -

02/14/02   General Expense - -: JANET L. CLEVERSY BOSTON      14.00
           2/2-8/02 TIPS

02/19/02   General Expense - MAUREEN ATKINSON TIPS &          14.14
           HOUSEKEEPING   BOSTON,MA 2/3-7/02

02/28/02   Outside Duplicating - - VENDOR: ON SITE         23048.04
           SOURCING INC OUTSIDE COPYING OF DOCUMENTS

                         CURRENT EXPENSES                   39,388.59