**Exhibit C**
March Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline:  May  24,  2002 at  4:00  p.m.
Hearing Date:  TBD only if necessary

## SUMMARY OF THE VERIFIED APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE NINTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:                                    July 19, 2001,
effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                        March 1, 2002 through Mach 31, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                     $95,617.50

This an: X monthly    _ interim   _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | Pending | Pending |

As indicated above, this is the ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Product Liability Defense Counsel to Debtors, for the Ninth Monthly Interim Period from March 1, 2002 through March 31, 2002.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 9.10 | $3,913.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 8.00 | $3,200.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 73.00 | $28,105.00 |
| Andrew J. Trevelise | Partner | 22 Years | Litigation | $360.00 | 2.50 | $900.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 17.80 | $5,340.00 |
| Stephen J. DelSole | Associate | 7 Years | Litigation | $275.00 | 3.20 | $880.00 |
| Traci Sands Rea | Associate | 6 Years | Associate | $265.00 | 2.00 | $530.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $240.00 | .40 | $96.00 |
| Jayme L. Butcher | Associate | 1 year | New Assoc. | $185.00 | 32.00 | $5,920.00 |
| Scott M. Cindrich | Associate | 1 year | New Assoc. | $185.00 | .50 | $92.50 |
| Andrew J. Muha | Associate | 1 year | New Assoc. | $185.00 | 49.70 | $9,194.50 |
| Lisa D. DeMarchi | Associate | 1 year | New Assoc. | $185.00 | 16.60 | $3,071.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 33.30 | $4,995.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 71.90 | $8,628.00 |
| John B. Lord | Paralegal | 9 Years | Litigation | $145.00 | 5.10 | $739.50 |
| Valerie Slade | Paralegal | 18 Years | Litigation | $130.00 | 50.00 | $6,500.00 |
| Janet L. Cleversy | Paralegal | 10 Years | Litigation | $120.00 | 71.40 | $8,568.00 |
| Melody A. Jones | Paralegal | 7 Years | Litigation | $125.00 | 37.80 | $4,725.00 |
| Karen Hindman | Lit. Support | 2 Years | Litigation | $110.00 | 2.00 | $220.00 |

Total Fees:  $95,617.50

Expense Summary

| Description | Amount |
|---|---|
| Telephone Expense | $    154.58 |
| Telephone Expense - Outside | 428.49 |
| Duplicating/Printing | 467.55 |
| Documentation Charge | 133.98 |
| Express Mail Service | 120.00 |
| Courier Service | 302.70 |
| Secretarial Overtime | 180.00 |
| Lodging | 6,144.64 |
| Transportation | 97.00 |
| Air Travel Expense | 10,314.98 |
| Rail Travel Expense | 608.00 |
| Taxi Expense | 570.00 |
| Mileage Expense | 207.70 |
| Travel Meals | 1,712.94 |
| General Expense (Document Scanning) | 27,782.07 |
| Total | $ 49,224.63 |

Dated:  May 2, 2002

REED SMITH LLP

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr., Esquire (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: rkeuler@reedsmith.com

    and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        939975
One Town Center Road                     Invoice Date        04/30/02
Boca Raton, FL    33486                  Client Number         172573



================================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel

        Fees                         95,617.50


                   TOTAL BALANCE DUE UPON RECEIPT      $ 95,617.50
                                                      =============


Exhibit A

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 939975 |
| One Town Center Road | Invoice Date | 04/30/02 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

=========================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2002

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 03/01/02 | Bentz | Preparation of notes regarding meeting (.5); preparation of historical case defense (.8). | 1.30 |
| 03/01/02 | Butcher | Draft Grace historical case | 5.00 |
| 03/01/02 | Cameron | Prepare for and participate in conference call with consultant re: exposure scenarios (1.1); review and revise draft protocol and multiple telephone conferences with R. Finke re: same (1.8); arrangement for meeting in Albany and telephone conference re: same (.80). | 3.70 |
| 03/01/02 | DeMarchi Sleigh | Document review | 3.50 |
| 03/01/02 | Haines | Memos re: attachment procedures (0.3); memos re: document review staffing (0.6); memos re: attorney review (0.3); conference with Trevelise re: database exchange with Boulder (0.2); conference with Trevelise re: attorney review status (0.2); research re: same (0.3). | 1.90 |
| 03/01/02 | Keuler | Reviewed monthly fee application for W.R. Grace. | .40 |

172573 W. R. Grace & Co.                        Invoice Number  939975
60026  Special Abestos Counsel                  Page    2
       April 30, 2002


    Date    Name                                              Hours
    ------- -----------                                       -----


03/01/02 Litigation SupporLoaded the WRG 006.dii and WRG        2.00
                         006.dii image files into the
                         Summation database.  Ran the
                         Summation utility Blaze to index
                         all characters in the database.

03/01/02 Lord            Review and edit monthly fee            1.50
                         application (.5); e-corrospondence
                         with Mr. Cameron re: same (.2);
                         prepare service and coordinate
                         filing of same (.8).

03/01/02 Trevelise       Telephone call with J. Restivo re:      .30
                         status of attorney document review.

03/03/02 Cameron         Multiple memos regarding meetings      2.20
                         or conference calls with
                         consultants (1.3); Review EPA data
                         for meeting (.9).

03/04/02 Atkinson        E-mails re: arrangements for            .70
                         review of documents in Boston
                         (.3); reviewing Summation entry of
                         new documents (.4).

03/04/02 Bentz           Review of various reports (.75);       2.75
                         preparation of notes of planning
                         meeting (1.5); review of memoranda
                         (.5).

03/04/02 Butcher         Draft Grace historical case           8.20

03/04/02 Cameron         Prepare for trip to Albany and        3.20
                         meeting with consultant (1.8);
                         Travel to Albany with consultant
                         and review materials for meeting
                         during trip (1.0); Meet with J.
                         Restivo regarding various testing
                         issues (.4).

03/04/02 DeMarchi Sleigh Document review                       3.20

03/04/02 Haines          Document review (5.9); memos re:      8.00
                         pick-up this week (0.3); memos re:
                         BUB boxes (0.2); memo to Trevelise
                         re: data exchange with HRO (0.1);
                         telephone call with Trevelise re:
                         same (0.3); memo to Jones re:
                         invoice review (0.3); conference
                         with Winthrop Review Team re:
                         attachment procedures (0.4); multi

```
172573  W. R. Grace & Co.                      Invoice Number  939975
60026   Special Abestos Counsel                Page   3
        April 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | conferences with Anderson re: attachment flag sheets (0.3); conference with Anderson re: review staffing (0.2). | |
| 03/04/02 | Muha | Draft outline/revise and edit outline of Grace historical case. | 5.50 |
| 03/04/02 | Restivo | Review B. Price work and T. Hardy's memorandum re same | 1.50 |
| 03/05/02 | Bentz | Preparation of historical case defense. | 1.25 |
| 03/05/02 | Butcher | Draft Grace historical case | 8.30 |
| 03/05/02 | Cameron | Prepare for and attend meetings in Albany, NY with R. Finke, W. Sparks and several consultants regarding testing work. | 8.00 |
| 03/05/02 | DeMarchi Sleigh | Document review | 5.20 |
| 03/05/02 | Flatley | E-mails re: scheduling meeting. | .10 |
| 03/05/02 | Haines | Document review (3.5); memos re: pick-up (0.2); memos re: problem boxes for missing data (0.2); multi conferences with Anderson re: staffing (0.4). | 4.30 |
| 03/05/02 | Muha | Draft/revise outline of Grace Story. | 8.00 |
| 03/05/02 | Slade | Review and code W. R. Grace documents. | 4.50 |
| 03/06/02 | Atkinson | Searches on Summation for document references in J. Restivo's summary of review of documents (.8); reviewing/comparing test results referenced in J. Restivo memo and in documents provided by Grace to D. Cameron (2.8); e-mail to D. Cameron re: review of documents re: masonry fill and concrete aggregate (.2). | 3.80 |

172573 W. R. Grace & Co.                          Invoice Number  939975
60026  Special Abestos Counsel                    Page   4
       April 30, 2002


     Date   Name                                                    Hours
     -------- -----------                                           -----


03/06/02 Bentz              Meeting with A. Muha and J.               .70
                            Butcher regarding preparation of
                            historical case defense (0.3);
                            review of outline (0.4).

03/06/02 Butcher            Draft Grace historical case             6.80

03/06/02 Cameron            Prepare for and attend meeting in        9.50
                            Denver with consultant (7.0);
                            Participate in multiple conference
                            calls with Will Sparks, R. Finke
                            and consultants regarding testing
                            issues and meet with R. Finke
                            regarding same (2.5).

03/06/02 Muha               Make final revisions to Grace           7.40
                            historical case 1st draft outline;
                            merge part a of outline with part
                            1 (by J. Butcher); meet with J.
                            Bentz re: phase 2 of Grace
                            historical case project; begin
                            review of Grace document subset.

03/06/02 Slade              Review and code W. R. Grace             8.00
                            documents.

03/06/02 Trevelise          Review correspondence re: status        .20
                            of document review.

03/07/02 Atkinson           Meeting with D. Cameron re: memo        2.60
                            on summaries of air testing of
                            products (.3); copying additional
                            testing documents from Summation
                            (.4); telephone calls/reviewing
                            notes re: review of documents in
                            Boston (.3); revising list of
                            Grace attorneys for whom documents
                            are privileged (.6); reviewing
                            documents on Summation per
                            attorney review for important
                            documents (1.0).

03/07/02 Bentz              Review of news articles regarding      1.25
                            Libby and Zonolite (.75);
                            preparation of historical case
                            defense (0.5).

172573 W. R. Grace & Co.                          Invoice Number  939975
60026  Special Abestos Counsel                    Page   5
       April 30, 2002


   Date   Name                                               Hours
   -------- -----------                                      -----

03/07/02 Cameron          Review notes and prepare              5.40
                          memorandum of meeting with
                          consultant while returning to
                          Pittsburgh (1.5); Review materials
                          relating to EPA testing and ATSDR
                          report (1.7); Review materials
                          relating to testing issues and
                          telephone call with Sparks
                          regarding same (.9); Review recent
                          press reports regarding Libby and
                          asbestos issues (1.3).

03/07/02 DelSole          Review of media reports concerning    2.00
                          Grace and asbestos issues (.5);
                          receipt and review of
                          research/articles concerning
                          epidemiologic evidence and Daubert
                          burdens of proof (1.5).

03/07/02 Haines           Conference with Trevelise re:          .80
                          attorney review (0.2); telephone
                          call with Jones re: document
                          review (0.2); memos re: scanning
                          status (0.2); memos re: 10-K
                          codings (0.2).

03/07/02 Muha             Review of/notes on "trial subset"     5.00
                          of documents for Grace historical
                          case.

03/07/02 Slade            Review and code W. R. Grace           8.00
                          documents.

03/07/02 Trevelise        Review correspondence re: document     .10
                          review.

03/08/02 Atkinson         Revisions to memo to D. Cameron       1.80
                          re: air testing of ag/hort and
                          concrete aggregate products.

03/08/02 Bentz            Reviewing and summarizing news        1.80
                          articles about Grace, Libby and
                          Zonolite insulation (1.1);
                          preparation of historical case
                          defense (.7).

03/08/02 Cameron          Review memo regarding Denver          2.30
                          consultant (.8); Review and
                          organize materials from planning
                          meeting (.9); Memo regarding
                          expert work with testing data (.6).

```
172573 W. R. Grace & Co.                    Invoice Number  939975
60026  Special Abestos Counsel              Page   6
       April 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/08/02 | Cleversy | Preparation for 3/18 trip to Boston. | .80 |
| 03/08/02 | Haines | Memos re: document review schedule (0.3); memos re: weekly box status and pick-up schedule (0.2); telephone call with Anderson re: document review staffing (0.3); telephone call Atkinson re: same (0.2). | 1.00 |
| 03/08/02 | Muha | Review of/notes on "trial subset" of documents for Grace historical case. | 5.00 |
| 03/08/02 | Slade | Review and code W. R. Grace documents. | 6.50 |
| 03/08/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 03/10/02 | Jones | Travel from Philadelphia to Boston for document review project. | 3.50 |
| 03/11/02 | Atkinson | Preparing binder with memo to D. Cameron re: air testing | .70 |
| 03/11/02 | Bentz | Correspondence regarding meeting with witness. | .20 |
| 03/11/02 | Cameron | Prepare for and participate in conference call with W. Sparks and R. Finke and multiple e-mails regarding same (2.1); Review testing data (.4); Prepare and revise memos regarding meeting (.9). | 3.40 |
| 03/11/02 | Flatley | E-mails and calls re: W. Sparks conference call with witness. | .20 |
| 03/11/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 7.40 |
| 03/11/02 | Muha | Review/notes on "trial subset" of Grace documents for Grace historical case. | 3.80 |

172573  W. R. Grace & Co.                              Invoice Number  939975
60026  Special Abestos Counsel                         Page   7
         April 30, 2002

  Date    Name                                                     Hours
-------- -----------                                               -----

03/11/02 Trevelise        Review correspondence re: status          .10
                          of document review.

03/12/02 Atkinson         Reviewing W.R. Grace documents in        8.20
                          Boston.

03/12/02 Bentz            Participating in conference call         1.50
                          regarding construction issues
                          (1.0); reviewing and summarizing
                          news articles regarding Grace,
                          Libby and Zonolite insulation (.5).

03/12/02 Butcher          Review articles re:  ZAI and Libby       .20

03/12/02 Cameron          Review summary memo of strategy         1.70
                          meeting (.5); E-mails regarding
                          follow-up to strategy meeting
                          (.6); Finalize consultant memo
                          (.6).

03/12/02 Cindrich         Document review.                         .50

03/12/02 Haines           Memorandum re: Cambridge status;         .70
                          document review schedule (0.5);
                          memo re: open scanning issues
                          (0.2).

03/12/02 Jones            Review and code documents for          7.40
                          responsiveness to EPA and class
                          action discovery requests.

03/12/02 Lord             Telephone call with creditor            .20
                          counsel re: verification page on
                          fee applications.

03/12/02 Trevelise        Review correspondence re: status         .10
                          of document review.

03/13/02 Atkinson         Reviewing W. R. Grace documents in      8.90
                          Boston.

03/13/02 Bentz            Correspondence regarding witness        2.60
                          interview (.5); preparation of
                          historical case defense (2.1).

03/13/02 Cameron          Multiple telephone calls with R.        2.60
                          Finke regarding testing issues and
                          consultant work (.9); Review
                          testing data (1.7).

```
172573 W. R. Grace & Co.                    Invoice Number  939975
60026  Special Abestos Counsel              Page   8
       April 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/13/02 | Haines | Multi memorandums re: On-Site invoices (0.3); conference re: same (0.3); memos to Coggan re: outstanding data issues (0.3). | .90 |
| 03/13/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 7.00 |
| 03/13/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 03/14/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.40 |
| 03/14/02 | Bentz | Meeting with J. Butcher and A. Muha regarding preparation of historical case defense (.5); reviewing and revising outlines (2.25); review of ATSDR report (1.2). | 3.95 |
| 03/14/02 | Butcher | Meeting with J. Bentz to review Grace historical case | .50 |
| 03/14/02 | Cameron | Review materials from R. Finke regarding testing (.5); Telephone call with R. Finke and W. Sparks regarding meetings with consultants and testing issues (.6); Review EPA materials (.5). | 1.60 |
| 03/14/02 | Cleversy | Preparations for Boston, MA trip. | .50 |
| 03/14/02 | Jones | Travel from Boston to Philadelphia | 3.00 |
| 03/14/02 | Jones | Review and code documents for responsiveness to EPA and class action discovery requests. | 3.50 |
| 03/14/02 | Muha | Meet with J. Bentz re:  Grace historical case; revise/edit outline. | 1.50 |
| 03/15/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 1.90 |
| 03/15/02 | Bentz | Review of correspondence regarding former Grace employee. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  939975
60026  Special Abestos Counsel                    Page    9
       April 30, 2002


| Date | Name | | Hours |
|------|------|---|-------|
| 03/15/02 | Butcher | Review Grace historical case | 1.00 |
| 03/15/02 | Cameron | Telephone call with R. Finke and e-mails regarding various testing and consultant issues (.4); Review EPA materials (.9). | 1.30 |
| 03/15/02 | Haines | Multi memorandums re: On-Site December invoice (0.6); telephone call with On-Site re: status of corrected December invoice (0.2); telephone calls re: document review status (0.4). | 1.20 |
| 03/15/02 | Muha | Revise Grace historical case draft out; meet with J. Butcher re: plans for next phase of project. | 2.70 |
| 03/15/02 | Rea | Reviewed testing documents; reviewed AIHA web site; call to AIHA re: same. | 1.30 |
| 03/16/02 | Flatley | Review miscellaneous correspondence, reports and memoranda. | 1.00 |
| 03/17/02 | Atkinson | Searching Summation to retrieve documents regarding  attic insulation testing, and reviewing these documents. | 1.30 |
| 03/17/02 | Cleversy | Travel to Boston for document review. | 2.00 |
| 03/18/02 | Atkinson | Continuing Summation searches for documents regarding attic insulation testing, per T. Rea request. | 1.40 |
| 03/18/02 | Butcher | Revise draft of Grace historical case | .50 |
| 03/18/02 | Cameron | Meet with J. Restivo and e-mail regarding open issues. | .60 |
| 03/18/02 | Cleversy | Review of client documents in Boston, MA. | 8.20 |
| 03/18/02 | Flatley | Call with D. Cameron. | .10 |

172573 W. R. Grace & Co.                        Invoice Number  939975
60026  Special Abestos Counsel                  Page  10
       April 30, 2002

| Date | Name | | Hours |
|------|------|------|------|
| 03/18/02 | Haines | Multi telephone calls re: outstanding invoices for scanning (0.6); telephone call with Sherman re: document review status and attachment range protocol (0.4); memos re: outstanding scanning invoices (0.5) telephone call with Bocchino re: same (0.1). | 1.60 |
| 03/18/02 | Lord | Research docket and update service lists/labels. | .30 |
| 03/18/02 | Rea | Reviewed documents located by M. Atkinson re: drop testing; reviewed emails; email to team re: AIHA inquiry. | .70 |
| 03/19/02 | Cameron | Telephone call with W. Sparks regarding 3/18 hearing and test results (.5); Prepare e-mail regarding same (.4); Telephone call with R. Finke regarding same (.4); Review K&E summary of hearing, review test data, and telephone call with W. Sparks (.8); Prepare e-mail summary (.7); Telephone call with J. Restivo regarding same (.2); Review testing results and e-mails regarding same (.7). | 3.70 |
| 03/19/02 | Cleversy | Review client documents in Boston, MA. | 8.20 |
| 03/19/02 | DeMarchi Sleigh | Document review | 4.70 |
| 03/19/02 | Haines | Telephone call with Sherman re: attachment range protocol (0.2); telephone call with On-Site re: outstanding invoices (0.2). | .40 |
| 03/19/02 | Restivo | Review collection of new pleadings, reports and correspondence. | 1.50 |
| 03/20/02 | Atkinson | Grace documents reviewed by associates to storage. | .40 |
| 03/20/02 | Butcher | Revise Grace historical case | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  939975
60026  Special Abestos Counsel                  Page  11
       April 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 03/20/02 | Cameron | Review testing data and outline for science issues. | 1.80 |
| 03/20/02 | Cleversy | Review of client documents in Boston. | 8.20 |
| 03/20/02 | DelSole | Review of memorandum regarding Daubert issues (0.50); review of media reports (0.20); compilation of EPA statements (0.50). | 1.20 |
| 03/20/02 | Haines | Two memorandums re: pick-up this week (0.1); telephone call with Thornton re: pick-up (0.1); telephone call with On-Site re: outstanding invoices (0.1). | .30 |
| 03/20/02 | Muha | Research "junk science" legislation/regulation; review Grace docket. | 3.30 |
| 03/21/02 | Butcher | Revise Grace historical case | 1.00 |
| 03/21/02 | Cleversy | Conferences with Susan Haines re: Ag/Hort responsiveness questions (.6); review of client documents in Boston, MA (6.4); travel from Boston, MA to Pittsburgh while reviewing Interrogatories (3.0). | 10.00 |
| 03/21/02 | Flatley | Message to Hardy and call with Kuchinsky (.10); preparation for meeting with Kuchinsky, et al. (1.50); meeting in Pittsburgh with Kuchinsky and consultant (4.00). | 5.60 |
| 03/21/02 | Haines | Two telephone calls with Cleversy re: coding questions (0.3); memos re: additional target sheets (0.3);memos to Cleversy re: coding questions (0.4); memo re: staffing for document review (0.1); telephone call with Sullivan re: same (0.1). | 1.20 |
| 03/21/02 | Lord | E-correspondence with Mr. Cameron re: CNOs (.1); research docket and prepare CNO for Reed Smith seventh monthly fee application (.5). | .60 |

172573 W. R. Grace & Co.                        Invoice Number  939975
60026  Special Abestos Counsel                  Page  12
       April 30, 2002

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 03/21/02 | Muha | Review Grace Docket for relevant filings; research/correspond re: "junk science" law/regulations. | 2.10 |
| 03/21/02 | Trevelise | Review correspondence re: status of document review (.3); telephone call with Chris Sullivan re: status of document review (.1). | .40 |
| 03/22/02 | Cameron | Review materials relating to outline for science arguments (.90); Telephone call with R. Finke regarding same (.70); Review materials relating to claims (.60). | 2.20 |
| 03/22/02 | Lord | Review and revise CNO (.3); prepare service and coordinate filing of same (.4). | .70 |
| 03/22/02 | Muha | Review of Grace Bankruptcy Docket. | .20 |
| 03/23/02 | Cameron | Review materials for conference call regarding litigation schedule (.80); Prepare outline of arguments for science issues (1.30) | 2.10 |
| 03/23/02 | Restivo | Read ATSDR Mortality Study, Property Damage Committee pleadings, Chatfield critique, and collected correspondence. | 2.30 |
| 03/24/02 | Cameron | Continue review of pleadings and other materials in preparation for conference call (1.90); Review outline of scientific issues (.80) | 2.70 |
| 03/24/02 | Cleversy | Travel from Pittsburgh to Boston, MA while reviewing the Grace Plant/Departments binder and correspondence sections. | 2.50 |
| 03/25/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.00 |
| 03/25/02 | Cameron | Prepare for and meet with J. Restivo regarding issues relating to common issues trial and discovery period (1.3); Participate in conference call with R. Finke regarding same (.60); Prepare for and participate | 5.10 |

172573 W. R. Grace & Co.                    Invoice Number  939975
60026  Special Abestos Counsel             Page   13
       April 30, 2002

   Date   Name                                              Hours
   ------ ----------                                         -----

                        in conference call with R. Finke
                        regarding consultant work and
                        other industrial hygiene issues
                        (.40); prepare for and participate
                        in conference call with A.
                        Running, R. Finke, W. Sparks, et
                        al. regarding scheduling and
                        pre-trial order issues (1.3);
                        Prepare and revise summary memo
                        regarding same (.90); review memo
                        regarding consultant work (.60)

03/25/02 Cleversy       Review of client documents in       8.00
                        Boston, MA.

03/25/02 Haines         Document review (6.7); conference    8.00
                        with Anderson re: staffing issues
                        (0.3); telephone calls with
                        On-Site re: invoice for March
                        (0.2); telephone call with On-Site
                        re: missing data issue (0.2);
                        memos re: On-Site March invoice
                        (0.4); memo re: attorney review of
                        "cold" documents (0.1); conference
                        with Anderson re: same (0.1).

03/25/02 Muha           Review of Grace Bankruptcy docket;   1.60
                        obtain copies of docket entries;
                        review junk science materials.

03/25/02 Restivo        Conference call with D. Cameron      1.80
                        and R. Finke (0.8); draft trial
                        outline (1.0).

03/25/02 Slade          Review and code W.R. Grace           8.00
                        documents.

03/25/02 Trevelise      Review correspondence re: status      .20
                        of document review and issues
                        pertaining to same.

03/26/02 Atkinson       Reviewing W. R. Grace documents in   8.30
                        Boston.

03/26/02 Cameron        Prepare and revise fee application   3.30
                        (.80); Review draft schedule and
                        prepare for conference call
                        regarding same (.80); Review draft
                        memo regarding issues for science
                        trial and telephone call regarding
                        same (.90); Review consultant work

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        April 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| | | and possible discovery schedule (.80). | |
| 03/26/02 | Cleversy | Review of client documents in Boston, MA. | 8.00 |
| 03/26/02 | Flatley | With J. Restivo (.10); review J. Restivo draft memo (.40). | .50 |
| 03/26/02 | Haines | Multi telephone calls with On-Site re: end of month invoice (0.7); memo re: same (0.4); conference with Trevelise re: scanning status (0.1). | 1.20 |
| 03/26/02 | Muha | Review daily Grace bankruptcy docket entries. | .20 |
| 03/26/02 | Slade | Review and code W.R. Grace documents. | 8.00 |
| 03/26/02 | Trevelise | Review correspondence re: status of document review and conference with Susan Haines re: same. | .30 |
| 03/27/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.60 |
| 03/27/02 | Cameron | Prepare for and meet with J. Restivo regarding conference call issues (.6); Participate in conference call with J. Restivo, D. Bernick, R. Finke, et al. regarding science trial issues (.8); E-mails with R. Finke regarding issues relating to EPA work (.2). | 1.60 |
| 03/27/02 | Cleversy | Review of client documents in Boston, MA. | 8.00 |
| 03/27/02 | Flatley | With J. Restivo re: status (.30); reviewing e-mails and correspondence (.20). | .50 |
| 03/27/02 | Haines | Telephone call with Murphy re: boxes returning from Boulder, Colorado (0.2); memos to Sherman re: attachment ranges (0.2); memos re: status report for review (0.4); conference with Trevelise | 1.50 |

172573  W. R. Grace & Co.                        Invoice Number  939975
60026   Special Abestos Counsel                  Page  15
        April 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | re: same (0.3); memos re: shipments of target sheets to Boston (0.3); telephone call re: same (0.1). |  |
| 03/27/02 | Lord | Proof, revise and prepare Reed Smith monthly fee applciation for filing. | .80 |
| 03/27/02 | Restivo | Preparation for and conference call re: trial planning. | 2.00 |
| 03/27/02 | Slade | Review and code W.R. Grace documents. | 7.00 |
| 03/27/02 | Trevelise | Review correspondence re: status of document review and conference with S. Haines re same. | .30 |
| 03/28/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 6.90 |
| 03/28/02 | Cameron | Review test results and e-mails regarding same (.4); Review materials relating to home inspections (.9); Telephone call with R. Finke regarding same (.3). | 1.60 |
| 03/28/02 | Cleversy | Review of client documents in Boston, MA (3.5); travel from Boston, MA to Pittsburgh, PA while reviewing the Discovery Request Analysis (3.5). | 7.00 |
| 03/28/02 | Haines | Memorandum re: coding of Monokote patents (0.2); memo re: status report (0.1). | .30 |
| 03/28/02 | Lord | Discuss fee application with Mr. Keuler and Mr. Cameron (.2); review and edit same (.3); prepare service and coordinate filing same (.5). | 1.00 |
| 03/28/02 | Trevelise | Review correspondence re: status of document review (.1); conference with S. Haines re: status of document review and correspondence to D. Cameron re: same (.20) | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  939975
60026  Special Abestos Counsel              Page  16
       April 30, 2002
```

```
     Date   Name                                              Hours
   -------- -----------                                       -----

03/29/02 Cameron          Review draft discovery schedule      2.10
                          and e-mail to Andy Running (1.2);
                          Review e-mails and other summaries
                          regarding potential science issues
                          trial (.9).

03/29/02 Muha             Review and obtain copies of Grace    3.40
                          Duchet entries; contact Kirkland
                          and Ellis regarding fee
                          applications; e-mailed D.
                          Carickhoff regarding same;
                          revise/edit Grace historical case
                          defense.

03/30/02 Cameron          Review draft discovery schedule      1.30
                          and provide comments.

03/31/02 Jones            Travel time from Philadelphia to     6.00
                          Boston.
                                                              ------
                                            TOTAL HOURS       486.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Trevelise | 2.50 | at $ | 360.00 | = | 900.00 |
| James J. Restivo Jr. | 9.10 | at $ | 430.00 | = | 3,913.00 |
| Lawrence E. Flatley | 8.00 | at $ | 400.00 | = | 3,200.00 |
| Douglas E. Cameron | 73.00 | at $ | 385.00 | = | 28,105.00 |
| James W Bentz | 17.80 | at $ | 300.00 | = | 5,340.00 |
| Stephen J. DelSole | 3.20 | at $ | 275.00 | = | 880.00 |
| Scott M. Cindrich | .50 | at $ | 185.00 | = | 92.50 |
| Lisa D. DeMarchi Sleigh | 16.60 | at $ | 185.00 | = | 3,071.00 |
| Jayme L. Butcher | 32.00 | at $ | 185.00 | = | 5,920.00 |
| Andrew J. Muha | 49.70 | at $ | 185.00 | = | 9,194.50 |
| Traci Sands Rea | 2.00 | at $ | 265.00 | = | 530.00 |
| Richard A. Jr. Keuler | .40 | at $ | 240.00 | = | 96.00 |
| M. Susan Haines | 33.30 | at $ | 150.00 | = | 4,995.00 |
| John B. Lord | 5.10 | at $ | 145.00 | = | 739.50 |
| Maureen L. Atkinson | 71.90 | at $ | 120.00 | = | 8,628.00 |
| Valerie Slade | 50.00 | at $ | 130.00 | = | 6,500.00 |
| Janet L. Cleversy | 71.40 | at $ | 120.00 | = | 8,568.00 |
| Melody A. Jones | 37.80 | at $ | 125.00 | = | 4,725.00 |
| Litigation Support | 2.00 | at $ | 110.00 | = | 220.00 |

```
                        CURRENT FEES                        95,617.50
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        939974
One Town Center Road                     Invoice Date        04/30/02
Boca Raton, FL   33486                   Client Number         172573


===============================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

    Expenses                         49,224.63


                    TOTAL BALANCE DUE UPON RECEIPT        $ 49,224.63
                                                         =============

Exhibit B

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    939974 |
| One Town Center Road | Invoice Date    04/30/02 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

===========================================================================

Re: Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 154.58 |
| Documentation Charge | 133.98 |
| Duplicating/Printing | 467.55 |
| Express Mail Service | 120.00 |
| Courier Service | 302.70 |
| Secretarial Overtime | 180.00 |
| Lodging | 6,144.64 |
| Transportation | 97.00 |
| Air Travel Expense | 10,314.98 |
| Rail Travel Expense | 608.00 |
| Taxi Expense | 570.00 |
| Mileage Expense | 207.70 |
| Meal Expense | 1,712.94 |
| Telephone - Outside | 428.49 |
| General Expense | 27,782.07 |

CURRENT EXPENSES                    49,224.63

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 939974 |
| Invoice Date | 04/30/02 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/31/02 | Express Mail Service PARCELS INV 1/31/02 | 30.00 |
| 01/31/02 | Express Mail Service PARCELS INV 1/31/02 | 90.00 |
| 02/06/02 | Telephone Expense | 5.02 |
| 02/07/02 | Telephone Expense | 3.17 |
| 02/11/02 | Courier Service parcels inc inv 2/11/02 | 95.00 |
| 02/14/02 | Documentation Charge : PACER SERVICE CENTER | 50.26 |
| 02/14/02 | Documentation Charge: PACER SERVICE CENTER | 83.72 |
| 02/19/02 | 561-362-1533/BOCA RATON, FL/8 | 2.92 |
| 02/19/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/19/02 | 617-725-1619/BOSTON, MA/1 | .32 |
| 02/20/02 | 773-282-6360/CHICAGO, IL/5 | 1.62 |
| 02/22/02 | Air Travel Expense--ATKINSON/MAUREEN L 25FEB PIT BOS PIT | 976.49 |
| 02/24/02 | Courier Service PARCELS INC INV 2/24/02 | 90.00 |
| 02/25/02 | 561-362-1552/BOCA RATON, FL/1 | .32 |
| 02/25/02 | 561-362-1533/BOCA RATON, FL/1 | .32 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  939974
60026  Special Abestos Counsel                  Page   2
       April 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 02/25/02 | ATTY # 0349: 12 COPIES | 1.80 |
| 02/25/02 | ATTY # 0701: 12 COPIES | 1.80 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 02/25/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 02/26/02 | ATTY # 0349: 2 COPIES | .30 |
| 02/26/02 | ATTY # 0349: 11 COPIES | 1.65 |
| 02/26/02 | ATTY # 0349: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0710: 1 COPIES | .15 |
| 02/26/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 02/26/02 | ATTY # 0349: 6 COPIES | .90 |
| 02/26/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0349: 11 COPIES | 1.65 |
| 02/26/02 | ATTY # 0349: 4 COPIES | .60 |
| 02/26/02 | ATTY # 0349: 1 COPIES | .15 |
| 02/26/02 | ATTY # 0559: 4 COPIES | .60 |
| 02/27/02 | ATTY # 0349: 15 COPIES | 2.25 |
| 02/27/02 | ATTY # 0559: 3 COPIES | .45 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/49 | 15.88 |
| 02/27/02 | 215-851-8270/PHILA, PA/1 | .30 |
| 02/27/02 | 773-617-0846/CHICAGO, IL/1 | .32 |
| 02/27/02 | 773-617-0846/CHICAGO, IL/4 | 1.30 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/14 | 4.86 |
| 02/27/02 | 518-283-7671/TROY, NY/59 | 19.44 |
| 02/27/02 | 410-955-3009/BALTIMORE, MD/1 | .32 |

172573 W. R. Grace & Co.                              Invoice Number  939974
60026  Special Abestos Counsel                        Page   3
       April 30, 2002


02/27/02   ATTY # 0349: 1 COPIES                                    .15

02/28/02   ATTY # 0559: 3 COPIES                                    .45

02/28/02   ATTY # 0559: 4 COPIES                                    .60

02/28/02   ATTY # 0349: 7 COPIES                                   1.05

02/28/02   ATTY # 0559: 4 COPIES                                    .60

02/28/02   ATTY # 0701: 10 COPIES                                  1.50

02/28/02   ATTY # 0887: 1 COPIES                                    .15

02/28/02   302-252-2900/WILMINGTON, DE/8                           2.92

02/28/02   724-325-1776/EXPORT, PA/1                                .20

02/28/02   561-362-1533/BOCA RATON, FL/30                         10.04

02/28/02   773-282-6360/CHICAGO, IL/63                            20.74

02/28/02   724-387-1812/EXPORT, PA/29                              3.28

02/28/02   215-851-8100/PHILA, PA/1                                 .30

02/28/02   561-362-1533/BOCA RATON, FL/81                         26.57

02/28/02   215-851-8100/PHILA, PA/1                                 .30

02/28/02   617-542-3025/BOSTON, MA/7                               2.63

02/28/02   Courier Service parcels inc inv 2/28/02               100.00

02/28/02   Air Travel Expense--ROSSI/M SUSAN 03MAR PHL BOS       770.00
           PHL

03/01/02   518-477-7984/ALBANY, NY/2                               .65

03/01/02   Meal Expense  W R GRACE CLIENT MEETING 2/26           20.50
           WASHINGTON, DC 1 LUNCH 1 DINNER

03/01/02   Taxi Expense  W R GRACE CLIENT MEETING 2/26           17.00
           WASHINGTON, DC

03/01/02   Mileage Expense - W R GRACE CLIENT MEETING 2/26       30.88
           WASHINGTON, DC

03/01/02   ATTY # 0559: 5 COPIES                                   .75

03/01/02   ATTY # 0349: 7 COPIES                                  1.05

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
        April 30, 2002

Invoice Number  939974
Page    4

03/01/02   ATTY # 0885: 3 COPIES                                    .45

03/01/02   ATTY # 0349: 7 COPIES                                   1.05

03/01/02   ATTY # 0559: 1 COPIES                                    .15

03/01/02   ATTY # 0710: 22 COPIES                                  3.30

03/01/02   ATTY # 0559: 4 COPIES                                    .60

03/01/02   ATTY # 0349: 1 COPIES                                    .15

03/01/02   ATTY # 0559: 4 COPIES                                    .60

03/01/02   ATTY # 0701: 3 COPIES                                    .45

03/01/02   ATTY # 0685: 4 COPIES                                    .60

03/01/02   ATTY # 0685: 15 COPIES                                  2.25

03/01/02   ATTY # 0685: 36 COPIES                                  5.40

03/01/02   ATTY # 0559; 1 COPIES                                    .15

03/01/02   ATTY # 0718; 222 COPIES                                33.30

03/01/02   561-362-1533/BOCA RATON, FL/10                          3.24

03/01/02   303-861-7000/DENVER, CO/1                                .66

03/01/02   Rail Travel Expense--SLADE/VALERIE 05MAR PHL          315.00
           BOS PHL

03/01/02   Rail Travel Expense--ATKINSON/MAUREEN L 24MAR         414.50
           PIT BOS PIT

03/03/02   ATTY # 0559; 180 COPIES                               27.00

03/03/02   ATTY # 0559: 1 COPIES                                    .15

03/03/02   ATTY # 0559: 9 COPIES                                  1.35

03/03/02   ATTY # 0559: 2 COPIES                                    .30

03/03/02   ATTY # 0559: 6 COPIES                                    .90

03/03/02   ATTY # 0559: 9 COPIES                                  1.35

03/03/02   ATTY # 0559: 2 COPIES                                    .30

03/03/02   ATTY # 0559: 8 COPIES                                  1.20

172573 W. R. Grace & Co.                      Invoice Number  939974
60026  Special Abestos Counsel                Page   5
       April 30, 2002

03/03/02   ATTY # 0559: 2 COPIES                            .30

03/03/02   ATTY # 0559: 12 COPIES                          1.80

03/03/02   Secretarial Overtime TAPE REVISIONS           180.00

03/04/02   561-362-1533/BOCA RATON, FL/2                   .65

03/04/02   561-362-1682/BOCA RATON, FL/6                  1.94

03/04/02   ATTY # 0559: 2 COPIES                           .30

03/04/02   ATTY # 0349: 1 COPIES                           .15

03/04/02   ATTY # 0349: 22 COPIES                         3.30

03/04/02   ATTY # 0885: 8 COPIES                          1.20

03/04/02   ATTY # 0710: 23 COPIES                         3.45

03/04/02   ATTY # 0885: 7 COPIES                          1.05

03/04/02   ATTY # 0701: 15 COPIES                         2.25

03/04/02   ATTY # 0885: 5 COPIES                           .75

03/05/02   Meal Expense -  MAUREEN ATKINSON DOC REVIEW,   120.40
           BOSTON, MA 2/17-21/02 4 BREAKFASTS, 1 LUNCH 4
           DINNERS

03/05/02   Taxi Expense -  MAUREEN ATKINSON DOC REVIEW     21.00
           2/17-21/02 BOSTON, MA $1 SUBWAY ALSO

03/05/02   Mileage Expense - - MAUREEN ATKINSON DOC REVIEW  12.20
           2/17-21/02 BOSTON, MA

03/05/02   Lodging - MAUREEN ATKINSON DOC REVIEW          535.00
           2/17-21/02 BOSTON, MA

03/05/02   General Expense  MAUREEN ATKINSON DOC REVIEW    42.00
           2/17-21/02 BOSTON, MA TIPS AP PARKING

03/05/02   MEALS RE: TRIP TO BOSTON 2/17-2/21/02- MELODY  131.03
           JONES -

03/05/02   LODGING RE: TRIP TO BOSTON 2/17-2/21/02- MELODY 535.00
           JONES - Lodging -

03/05/02   TAXI'S RE: TRIP TO BOSTON 2/17-2/21/02- MELODY   21.00
           JONES

```
172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page   6
       April 30, 2002
```

| | | |
|---|---|---:|
| 03/05/02 | CHAMBERMAID TIP RE: TRIP TO BOSTON 2/17-2/21/02- MELODY JONES | 6.00 |
| 03/05/02 | TRAVEL ADVANCE FOR MELODY JONES 2/17/02- | -200.00 |
| 03/05/02 | Courier Service UPS | 8.47 |
| 03/05/02 | ATTY # 1171; 80 COPIES | 12.00 |
| 03/05/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 03/05/02 | ATTY # 0701: 13 COPIES | 1.95 |
| 03/05/02 | ATTY # 0710: 52 COPIES | 7.80 |
| 03/05/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/05/02 | ATTY # 0701: 61 COPIES | 9.15 |
| 03/05/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/06/02 | ATTY # 0396; 25 COPIES | 3.75 |
| 03/06/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/06/02 | ATTY # 0701: 27 COPIES | 4.05 |
| 03/06/02 | ATTY # 0701: 40 COPIES | 6.00 |
| 03/06/02 | ATTY # 0710: 41 COPIES | 6.15 |
| 03/06/02 | ATTY # 0710: 121 COPIES | 18.15 |
| 03/07/02 | Mileage Expense -  60 MILES/PARKING | 24.90 |
| 03/07/02 | ATTY # 0710; 11 COPIES | 1.65 |
| 03/07/02 | ATTY # 0856; 314 COPIES | 31.40 |
| 03/07/02 | ATTY # 0856; 28 COPIES | 4.20 |
| 03/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/07/02 | ATTY # 0856: 1 COPIES | .15 |
| 03/08/02 | Meal Expense -: ABP CORPORATION/Lunch in DC office on 2/26/02. | 74.49 |
| 03/08/02 | ATTY # 0559; 96 COPIES | 14.40 |

172573  W. R. Grace & Co.                               Invoice Number  939974
60026   Special Abestos Counsel                   Page     7
        April 30, 2002

03/08/02   ATTY # 0559; 156 COPIES                              23.40

03/08/02   ATTY # 0885: 5 COPIES                                  .75

03/08/02   ATTY # 0885: 5 COPIES                                  .75

03/08/02   Telephone - Outside - 2/2 - 2/24 Cleversy CELL       150.97
           PHONE

03/08/02   General Expense - GRATUITY FROM 2/21 - 2/28           12.00
           BOSTON TRIP

03/08/02   Air Travel Expense--ROSSI/M SUSAN 11MAR PHL PIT     1254.50
           BOS PHL

03/08/02   Rail Travel Expense--JONES/MELODY 10MAR PHL BOS      293.00
           PHL

03/08/02   Air Travel Expense--ATKINSON/MAUREEN L 11MAR         976.49
           PIT BOS PIT

03/10/02   Telephone Expense                                     4.42

03/10/02   Telephone Expense                                    11.43

03/11/02   Air Travel Expense - DOUGLAS E. CAMERON             1819.50
           PITTSBURGH/DENVER PITTSBURGH FOR MEETING WITH
           EXPERT CONSULTANTS

03/11/02   Air Travel Expense -  DOUGLAS E. CAMERON  TRIP       989.00
           TO ALBANY, NY TO MEET WITH CLIENTS AND EXPERT
           CONSULTANTS

03/11/02   ATTY # 3254; 4 COPIES                                  .60

03/11/02   Meal Expense - BOSTON - REVIEW OF DOCS 2/24 -        172.97
           28/01 4 BREAKFASTS, 4 LUNCHES, 4 DINNERS

03/11/02   Lodging -PETTY CASH CUSTODIAN BOSTON - REVIEW        500.00
           OF DOCS 2/24 - 28/01

03/11/02   Air Travel Expense - BOSTON - REVIEW OF DOCS         536.50
           2/24 - 28/01

03/11/02   Taxi Expense -  BOSTON - REVIEW OF DOCS 2/24 -        60.00
           28/01

03/11/02   Mileage Expense - BOSTON - REVIEW OF DOCS 2/24        16.06
           - 28/01 44 MILES

03/11/02   Telephone - Outside  Cleversy BOSTON - REVIEW         32.80
           OF DOCS 2/24 - 28/01

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       April 30, 2002

Invoice Number  939974
Page   8


| | | |
|---|---|---|
| 03/11/02 | General Expense -  BOSTON - REVIEW OF DOCS 2/24 - 28/01 $12 TAXI TO HOTEL  AND LAUNDRY EXPENSE | 60.50 |
| 03/11/02 | Meal Expense - 3/4 - 7/02 ALBANY, NY 1 BREAKFAST, 2 DINNERS | 63.23 |
| 03/11/02 | Taxi Expense -3/4 - 7/02 ALBANY, NY | 181.00 |
| 03/11/02 | Mileage Expense - 3/4 - 7/02 ALBANY, NY  24 MILES TWICE + PARKING FEES | 30.88 |
| 03/11/02 | General Expense -  3/4 - 7/02 ALBANY, NY | 13.00 |
| 03/11/02 | ATTY # 0856: 2 COPIES | .30 |
| 03/11/02 | ATTY # 0856: 4 COPIES | .60 |
| 03/12/02 | Lodging - DOUGLAS E. CAMERON DENVER 3/6/02 | 252.97 |
| 03/12/02 | Lodging -  DOUGLAS E. CAMERON ALBANY,NY 3/4/02 | 87.69 |
| 03/12/02 | Meal Expense -: DOUGLAS E. CAMERON DINNER W/RICHARD FINKE & SEVERAL CONSULTANTS 3/5/02 | 109.71 |
| 03/12/02 | Meal Expense -: KIRBY'S DELI & CATERING BREAKFAST TRAY & FRUIT TRAY 2/27/02 FOR CLIENT MEETING | 47.29 |
| 03/12/02 | Meal Expense -MRC FOOD SERVICES LUNCH FOR 10 2/27/02 DEC | 70.00 |
| 03/12/02 | ATTY # 0885; 60 COPIES | 9.00 |
| 03/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 03/12/02 | ATTY # 0856: 3 COPIES | .45 |
| 03/12/02 | ATTY # 0856: 3 COPIES | .45 |
| 03/12/02 | 617-426-5900/BOSTON, MA/7 | 2.83 |
| 03/13/02 | Meal Expense -  ROLY POLY LUNCH FOR 10 2/27/02 DEC | 40.08 |
| 03/13/02 | ATTY # 0559; 32 COPIES | 4.80 |
| 03/13/02 | ATTY # 0559; 2 COPIES | .30 |
| 03/14/02 | General Expense  MEALEY PUBLICATIONS, INC. BANKRUPTCY REPORT | 422.50 |

```
172573 W. R. Grace & Co.                      Invoice Number  939974
60026  Special Abestos Counsel                Page   9
       April 30, 2002
```

| | | |
|---|---|---|
| 03/14/02 | ATTY # 0396; 129 COPIES | 19.35 |
| 03/14/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/15/02 | MEALS RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES | 29.63 |
| 03/15/02 | LODGING RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES - | 447.54 |
| 03/15/02 | TAXI'S RE: W.R. GRACE DOCUMENT MANAGEMENT IN BOSTON 3/3- 3/5/02- SUSAN HAINES | 93.25 |
| 03/15/02 | ATTY # 0559; 156 COPIES | 23.40 |
| 03/15/02 | ATTY # 0559; 208 COPIES | 20.80 |
| 03/15/02 | ATTY # 0701; 40 COPIES | 6.00 |
| 03/15/02 | Courier Service UPS | 9.23 |
| 03/15/02 | 303-866-0200/DENVER, CO/12 | .74 |
| 03/15/02 | Air Travel Expense--ROSSI/M SUSAN 17MAR PHL BOS PHL | 770.00 |
| 03/18/02 | ATTY # 0235: 8 COPIES | 1.20 |
| 03/18/02 | 202-772-2310/WASHINGTON, DC/22 | 1.31 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | REIMBURSEMENT OF PHONE CHARGES 3/18/02 (M. SUSAN HAINES) | 10.52 |
| 03/20/02 | ATTY # 3254: 2 COPIES | .30 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 3254: 1 COPIES | .15 |
| 03/20/02 | ATTY # 0856; 6 COPIES | .90 |
| 03/21/02 | 202-879-5042/WASHINGTON, DC/2 | .11 |

172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page  10
       April 30, 2002

| Date | Description | Amount |
|---|---|---|
| 03/22/02 | Meal Expense -  BOSTON - REVIEW OF DOCS 3/17-21/02 4 BREAKFASTS, 5 LUNCHES, 4 DINNERS | 185.28 |
| 03/22/02 | Lodging - - BOSTON - REVIEW OF DOCS 3/17-21/02 | 584.00 |
| 03/22/02 | Air Travel Expense -  BOSTON - REVIEW OF DOCS 3/17-21/02 | 961.50 |
| 03/22/02 | Taxi Expense - BOSTON - REVIEW OF DOCS 3/17-21/02 | 70.25 |
| 03/22/02 | Mileage Expense -  BOSTON - REVIEW OF DOCS 3/17-21/02 25 MILES/25 MILES | 18.25 |
| 03/22/02 | Telephone - Outside - BOSTON - REVIEW OF DOCS 3/17-21/02 | 15.00 |
| 03/22/02 | General Expense -  BOSTON - REVIEW OF DOCS 3/17-21/02 GRATUITY AND CART AT AIRPORT | 24.00 |
| 03/22/02 | ATTY # 3816: 1 COPIES | .15 |
| 03/22/02 | ATTY # 3254: 2 COPIES | .30 |
| 03/22/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 03/22/02 | 617-227-8600/BOSTON, MA/11 | .63 |
| 03/22/02 | 617-227-8600/BOSTON, MA/2 | .11 |
| 03/22/02 | ATTY # 0718; 54 COPIES | 8.10 |
| 03/24/02 | ATTY # 0856; 13 COPIES | 1.95 |
| 03/25/02 | Air Travel Expense - DOUGLAS E. CAMERON TRANSACTION FEES FOR D.C. Trip | 45.00 |
| 03/25/02 | 561-362-1533/BOCA RATON, FL/41 | 2.34 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/25/02 | ATTY # 0559: 5 COPIES | .75 |
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                          Invoice Number  939974
60026  Special Abestos Counsel                    Page  11
       April 30, 2002
```

| | | |
|---|---|---|
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 03/25/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/25/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/25/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/26/02 | Meal Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 109.63 |
| 03/26/02 | Taxi Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 26.00 |
| 03/26/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 11.90 |
| 03/26/02 | Lodging -  MAUREEN ATKINSON BOSTON 2/25-28/02 | 375.00 |
| 03/26/02 | Transportation - - MAUREEN ATKINSON BOSTON 2/25-28/02 PARKING | 23.00 |
| 03/26/02 | Telephone - Outside -: MAUREEN ATKINSON BOSTON 2/25-28/02 | 5.70 |
| 03/26/02 | General Expense - MAUREEN ATKINSON BOSTON 2/25-28/02 TIPS | 11.00 |
| 03/26/02 | Meal Expense - - MAUREEN ATKINSON BOSTON 3/11-15/02 | 108.40 |
| 03/26/02 | Taxi Expense  MAUREEN ATKINSON BOSTON 3/11-15/02 | 28.00 |
| 03/26/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 3/11-15/02 | 11.90 |
| 03/26/02 | Lodging -  MAUREEN ATKINSON BOSTON 3/11-15/02 | 707.00 |

172573 W. R. Grace & Co.                              Invoice Number 939974
60026  Special Abestos Counsel                        Page  12
       April 30, 2002

03/26/02   Telephone - Outside: MAUREEN ATKINSON BOSTON          2.85
           3/11-15/02

03/26/02   Transportation - MAUREEN ATKINSON BOSTON             23.00
           3/11-15/02

03/26/02   General Expense -  MAUREEN ATKINSON BOSTON            9.00
           3/11-15/02 TIPS

03/26/02   General Expense -MAUREEN ATKINSON BOSTON              6.92
           3/11-15/02 PENS

03/26/02   LODGING FOR W.R. GRACE DOCUMENT REVIEW 3/5-7/02     699.28
           (VALERIE SLADE)

03/26/02   ATTY # 0710; 157 COPIES                             23.55

03/26/02   ATTY # 0559; 39 COPIES                               5.85

03/26/02   ATTY # 0349: 4 COPIES                                 .60

03/26/02   ATTY # 0349: 2 COPIES                                 .30

03/26/02   ATTY # 0349: 6 COPIES                                 .90

03/26/02   ATTY # 0349: 9 COPIES                                1.35

03/27/02   ATTY # 0559: 7 COPIES                                1.05

03/27/02   ATTY # 0559: 4 COPIES                                 .60

03/27/02   ATTY # 0559: 7 COPIES                                1.05

03/27/02   ATTY # 0559: 4 COPIES                                 .60

03/27/02   ATTY # 0559: 4 COPIES                                 .60

03/27/02   ATTY # 0559: 4 COPIES                                 .60

03/27/02   ATTY # 0559: 4 COPIES                                 .60

03/27/02   ATTY # 0685: 15 COPIES                               2.25

03/27/02   ATTY # 0685: 4 COPIES                                 .60

03/27/02   ATTY # 0559; 48 COPIES                               7.20

03/27/02   ATTY # 0559; 4 COPIES                                 .60

03/28/02   TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02       109.39
           (MELODY A. JONES)

```
172573 W. R. Grace & Co.                              Invoice Number  939974
60026  Special Abestos Counsel                Page  13
       April 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 706.00 |
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 20.00 |
| 03/28/02 | TRAVEL EXPENSES/TRIP TO BOSTON 3/10 - 3/14/02 (MELODY A. JONES) | 6.00 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0349: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/28/02 | ATTY # 3254: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0235: 1 COPIES | .15 |
| 03/28/02 | ATTY # 0685: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0685: 2 COPIES | .30 |
| 03/28/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 03/28/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 03/28/02 | 410-531-4361/COLUMBIA, MD/2 | .11 |
| 03/28/02 | ATTY # 0559; 60 COPIES | 9.00 |
| 03/28/02 | ATTY # 3254; 5 COPIES | .75 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE A. SLADE) | 142.74 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE A. SLADE) | 31.00 |
| 03/29/02 | REVIEW AND CODE W.R. GRACE DOCUMENTS 3/5 - 8/02 (VALERIE SLADE) | 28.00 |
| 03/29/02 | ATTY # 0710: 1 COPIES | .15 |
| 03/29/02 | ATTY # 3816: 1 COPIES | .15 |
| 03/29/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 03/29/02 | ATTY # 3816: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                    Invoice Number  939974
60026  Special Abestos Counsel              Page  14
       April 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 03/29/02 | ATTY # 0349: 1 COPIES | .15 |
| 03/29/02 | Meal Expense - BOSTON - REVIEW OF DOCS 3/24-28/02 4 BREAKFASTS, 5 LUNCHES 4 DINNERS | 178.17 |
| 03/29/02 | Lodging -  BOSTON - REVIEW OF DOCS 3/24-28/02 | 715.16 |
| 03/29/02 | Air Travel Expense - BOSTON - REVIEW OF DOCS 3/24-28/02 | 801.50 |
| 03/29/02 | Taxi Expense - BOSTON - REVIEW OF DOCS 3/24-28/02 | 52.50 |
| 03/29/02 | Mileage Expense -   BOSTON - REVIEW OF DOCS 3/24-28/02 39/26 MILES | 50.73 |
| 03/29/02 | Telephone - Outside - BOSTON - REVIEW OF DOCS 3/24-28/02 | 9.00 |
| 03/29/02 | General Expense -   BOSTON - REVIEW OF DOCS 3/24-28/02 GRATUITY AND CART IN BOSTON AIRPORT | 25.00 |
| 03/29/02 | Telephone - Outside -LONG DISTANCE CHARGE 4/2 | 31.89 |
| 03/29/02 | Telephone - Outside - | 169.76 |
| 03/30/02 | ATTY # 3816; 2 COPIES | .30 |
| 04/30/02 | General Expense - - VENDOR: ON SITE SOURCING INC DOCUMENT SCANNING | 27316.15 |

```
                         CURRENT EXPENSES              49,224.63
```