## VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Richard A. Keuler, Jr., Esquire, verify as follows:

1.      I am an associate with the applicant firm, Reed Smith LLP ("Reed Smith") and have been admitted to the Bar of the Supreme Court of Delaware since 2001.  Reed Smith has rendered professional services in these Chapter 11 cases as Special Asbestos Products Liability Defense Counsel.

2.      I have read the foregoing application of Reed Smith for compensation and reimbursement of expenses (the "Quarterly Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Quarterly Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: May 9, 2002

/s/Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)