UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE**

| | |
|---|---|
| Name of Applicant: | Hamilton, Rabinovitz & Alschuler, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on February 20, 2002, <u>Nunc</u> <u>Pro</u> <u>Tunc</u>, to May 2, 2001 |
| Period for which compensation and Reimbursement is sought: | March 1, 2002 through March 31, 2002 |
| Amount of Compensation sought as actual, reasonably and necessary: | $27,945.00 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary: | $309.81 |

This is a:____X_____monthly_____Interim_____final Application

All prior requests for compensation and reimbursement of expenses were included in the fee applications of counsel to the PD Committee as a line item expense. During the month of February, the Court entered an order approving the retention of the Applicant, which such Order made the Applicant subject to the requirements under the Administrative Order governing requests for compensation and reimbursement of expenses. According, the Applicant submits this request for compensation and reimbursement of expenses.