```
                         INVOICE
                       #HRA20020412
                      April 12, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```
---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of March, 2002.

CURRENT FEES

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 35.30 hours @ $ 375 per hour | $ 13,237.50 |
| Paul Silvern | |
| 36.20 hours @ $ 325 per hour | 11,765.00 |
| Robert H. Sims | |
| 0.20 hours @ $ 275 per hour | 55.00 |
| Demetra (Mimi) Constantinou | |
| 16.50 hours @ $ 175 per hour | 2,887.50 |

Total Current Fees:  $ 27,945.00

CURRENT EXPENSES

| | |
|---|---:|
| Courier Expenses | $    309.81 |
| **TOTAL CURRENT FEES & EXPENSES:** | **$ 28,254.81** |

PRIOR BILLING

| | | |
|---|---:|---:|
| February 18, 2002 Invoice | 6,440.51 | |
| March 13, 2002 Invoice | 7,054.86 | $ 13,495.37 |

GRAND TOTAL DUE: **$ 41,750.18**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

```
MARCH, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE          TIME   TASK

03/01/02      1.30   Cat. 12. Case Administration and Consulting.
                     Receive and begin to read Grace
                     reports/documents re reorganizations.

03/04/02      4.50   Cat. 12. Case Administration and Consulting.
                     Continue to review and read documents re
                     transfers of assets.
              0.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Further discussion about handling of SPSS
                     files.

03/05/02      0.20   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Talk with RS re handling PD files.
              4.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Review PD Costs Estimates and Methodology of
                                                              Oct.
                     24, 1995 and related correspondence. Query
                     PS/Mimi Constantinou(MC) on some items.
                     Query SB/JS of Bilzin on some items.
              0.60   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Review Conway, DelGenio (CDG)reports re
                     assets and request detail on post 1995 PD
                     claims and payments.

03/06/02      2.20   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Continue document review.  Discussion with
                     PS.

03/07/02      2.00   Cat. 12. Case Administration and Consulting.
                     Prepare for and talk with Committee Chair re
                     Grace PD estimate.
              0.30   Cat. 12. Case Administration and Consulting.
                     Review and send to Committe Chair document
                     from Grace PD requested files.

03/08/02      1.10   Cat. 12. Case Administration and Consulting.
                     Prepare for and talk further with Committee
                     Chair and others re Grace PD estimate.
              0.20   Cat. 12. Case Administration and Consulting.
                     Talk with PS about followup activities from
                     call.
              0.20   Cat. 12. Case Administration and Consulting.
                     Find and send 1 document requested in call
                     to Committee member.
```

```
                 3.20   Cat. 2. Asbestos: Claims Analysis & Valuation.
                        Review 1995 PD.DAT files 1-7 for contents
                        and dictionaries.
MARCH, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR) continued

DATE            TIME   TASK

03/09/02        1.80   Cat. 2. Asbestos: Claims Analysis & Valuation.
                       Review PD cases disposed memos.

03/11/02        0.80   Cat. 12. Case Administration and Consulting.
                       Edit cover memo to Committee Chair
                       transmitting some Grace documents and locate
                       and add one document.

03/12/02        0.80   Cat. 12. Case Administration and Consulting.
                       Further Review ARPC data received from Grace
                       and send to committee chair.

03/13/02        1.30   Cat. 12. Case Administration and Consulting.
                       Update by Counsel re Committee Conference
                       call.
                0.30   Cat. 12. Case Administration and Consulting.
                       Update PS, ask about additional materials
                0.70   Cat. 2. Asbestos: Claims Analysis & Valuation.
                       Review historical Grace PD database.

03/18/02        2.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                       Quick review of selected sections of
                       Houlihan
                       Lokey solvency review package.

03/21/02        0.40   Cat. 12. Case Administration and Consulting.
                       Update PS on committee call.

03/23/02        0.10   Cat. 12. Case Administration and Consulting.
                       Respond to e-mails re meeting scheduling.

03/25/02        1.10   Cat. 12. Case Administration and Consulting.
                       Review Grace Proof of Claim response re PD,
                       Zonalite.
                3.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                       Review materials on past PD claims by other
                       PD  trusts.

03/26/02        0.20   Cat. 12. Case Administration and Consulting.
                       Talk with JS re payment of past bills.
```

```
03/27/02      1.10  Cat. 12. Case Administration and Consulting.
                    Read transcripts re Zonalite, PD forms.

03/28/02      0.90  Cat. 12. Case Administration and Consulting.
                    Continue reading transcripts re PD forms.
TOTAL        35.30
```

MARCH 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 03/02/02 | 1.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's initial document production re: asbestos liability estimates. |
| 03/04/02 | 4.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's electronic files on Property Damage (PD) and Bodily Injury (BI) asbestos liability. |
| 03/05/02 | 0.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Discuss Debtor's electronic files with Francine Rabinovitz (FR). |
|  | 0.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Discuss Debtor's electronic files with Demetra (Mimi) Constantinou (MC). |
| 03/06/02 | 2.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's reply re: fraudulent transfer issues and discuss with FR. |
| 03/07/02 | 2.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Continue review of Debtor's initial document production re: asbestos liability estimates. |
|  | 4.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's PD asbestos liability data files. |
| 03/08/02 | 1.10 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re: case status. |
|  | 0.20 | Cat. 2. Asbestos: Claims Analysis & Valuation. Followup discussion with FR. |
|  | 3.80 | Cat. 2. Asbestos: Claims Analysis & Valuation. Continue review of Debtor's initial document production re: asbestos liability estimates. |
| 03/11/02 | 5.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare background information package for PD Committee re: Debtor's PD asbestos liability estimate. |
| 03/12/02 | 6.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's original PD asbestos claims database. |

```
MARCH 2002, TIME LOG OF PAUL J. SILVERN (PJS) (continued)

DATE          TIME    TASK

03/13/02      2.20    Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's initial document production
                      re: solvency financials.
              0.30    Cat. 12. Case Administration and Consulting.
                      Receive update from FR and answer questions.

03/18/02      1.50    Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review PD Committee opposition to proposed Case
                      Management Order, bar date and notice program.

              0.70    Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's response to PD Committee
                      opposition to proposed Case Management Order,
                      etc., and Debtor's proposed orders.

03/21/02      0.70    Cat. 12. Case Administration and Consulting.
                      Participate in PD Committee call re: case status.
              0.40    Cat. 12. Case Administration and Consulting.
                      Update FR on committee call.

TOTAL        36.20
```

MARCH 2002, TIME LOG OF ROBERT H. SIMS (RS)

DATE          TIME    TASK

03/05/02      0.20    Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Talk with FR re handling PD files.

```
MARCH 2002, TIME LOG OF DEMETRA (MIMI) CONSTANTINOU (MC)

DATE           TIME   TASK

03/05/02       3.20   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's electronic files on Property
                      Damage (PD)asbestos liability.
               0.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Respond to FR query on some items.
               0.30   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Discuss Debtor's electronic files with Paul
                      Silvern (PS).

03/06/02       6.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's electronic files on Property
                      Damage (PD) asbestos liability.

03/07/02       6.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's electronic files on Property
                      Damage (PD) asbestos liability.

03/12/02       0.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                      Review Debtor's electronic files on Property
                      Damage (PD) asbestos liability.

TOTAL         16.50
```

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of March, 2002.

|  | Francine F. Rabinovitz | Paul J. Silvern | Robert Sims | Mimi Constantinou |  |
|---|---|---|---|---|---|
| 03/01/2002 | 1.30 |  |  |  |  |
| 03/02/2002 |  | 1.50 |  |  |  |
| 03/03/2002 |  |  |  |  |  |
| 03/04/2002 | 5.00 | 4.30 |  |  |  |
| 03/05/2002 | 5.30 | 0.50 | 0.20 | 4.00 |  |
| 03/06/2002 | 2.20 | 2.00 |  | 6.00 |  |
| 03/07/2002 | 2.30 | 6.00 |  | 6.00 |  |
| 03/08/2002 | 4.70 | 5.10 |  |  |  |
| 03/09/2002 | 1.80 |  |  |  |  |
| 03/10/2002 |  |  |  |  |  |
| 03/11/2002 | 0.80 | 5.00 |  |  |  |
| 03/12/2002 | 0.80 | 6.00 |  | 0.50 |  |
| 03/13/2002 | 2.30 | 2.50 |  |  |  |
| 03/14/2002 |  |  |  |  |  |
| 03/15/2002 |  |  |  |  |  |
| 03/16/2002 |  |  |  |  |  |
| 03/17/2002 |  |  |  |  |  |
| 03/18/2002 | 2.00 | 2.20 |  |  |  |
| 03/19/2002 |  |  |  |  |  |
| 03/20/2002 |  |  |  |  |  |
| 03/21/2002 | 0.40 | 1.10 |  |  |  |
| 03/22/2002 |  |  |  |  |  |
| 03/23/2002 | 0.10 |  |  |  |  |
| 03/24/2002 |  |  |  |  |  |
| 03/25/2002 | 4.10 |  |  |  |  |
| 03/26/2002 | 0.20 |  |  |  |  |
| 03/27/2002 | 1.10 |  |  |  |  |
| 03/28/2002 | 0.90 |  |  |  |  |
| 03/29/2002 |  |  |  |  |  |
| 03/30/2002 |  |  |  |  |  |
| 03/31/2002 |  |  |  |  | Total Hours |
| Hours | 35.30 | 36.20 | 0.20 | 16.50 | 88.20 |
| Rate | $375 | $325 | $275 | $175 | Total Fees |
|  | $13,237.50 | $11,765.00 | $55.00 | $2,887.50 | $27,945.00 |

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020412
April 12, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of March, 2002.

<u>CURRENT FEES</u>
Francine F. Rabinovitz
35.30 hours @ $ 375 per hour                   $  13,237.50

Paul Silvern
36.20 hours @ $ 325 per hour                      11,765.00

Robert H. Sims
 0.20 hours @ $ 275 per hour                          55.00

Demetra (Mimi) Constantinou
16.50 hours @ $ 175 per hour                       2,887.50
        Total Current Fees:   $ 27,945.00

<u>CURRENT EXPENSES</u>
Courier Expenses                                $     309.81

**TOTAL CURRENT FEES & EXPENSES:**          **$ 28,254.81**

<u>PRIOR BILLING</u>
February 18, 2002 Invoice        6,440.51
March 13, 2002 Invoice           7,054.86     $ 13,495.37

GRAND TOTAL DUE:**$ 41,750.18**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 WEST CENTURY BLVD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

NEW YORK                    Fed Tax I.D. 94-2360125                    LOS ANGELES