UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUMMARY OF MONTHLY EXPENSES INVOICE

| | |
|---|---|
| Name of Applicant: | Official Committee of Asbestos Property Damage Claimants |
| Authorized to Provide Professional Services to: | N/A |
| Date of Appointment: | April 12, 2001 |
| Period for which Reimbursement is sought: | March 1, 2002 through March 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary: | N/A |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,561.98 |

This is a:____X_____monthly_____Interim_____final Statement

Bilzin Sumberg Dunn Baena Price & Axelrod LLP's time and requested compensation in preparing this Statement will appear on a subsequent Statement.

If this is not the first Statement filed, disclose the following for each prior Statement:

| Interim Statements | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Expenses** | **Expenses** | **Expenses** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | N/A | $11,462.59 | N/A | $11,462.59 |
| 8/6/01 | 6/1/01 – 6/31/01 | N/A | $24,412.74 | N/A | $24,412.74 |
| 9/25/01 | 7/1/01 – 7/30/01 | N/A | $13,702.68 | N/A | $13,702.68 |
| 11/8/01 | 8/1/01 - 9/30/01 | N/A | $6,492.42 | N/A | $6,492.42 |
| 2/6/02 | 10/1/01 - 12/31/01 | N/A | $9,456.87 | N/A | $9,456.87 |
| 4/5/02 | 1/1/02 - 2/28/02 | N/A | $29,699.57 | N/A | $29,699.57 |

**EXPENSE SUMMARY**

| **Catholic Archdiocese of New Orleans** | **$1,460.51** |
|---|---|
| **Marco Barbanti** | **$2,101.47** |
| **TOTAL** | **$3,561.98** |

REPORT OF EXPENSES

FOR

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**
Martin Dies, Esq.
Counsel to Catholic Archdiocese of New Orleans
1009 Green Avenue
Orange, TX  77630
BUSINESS   (409) 883-4394
FAX   (409) 883-4814

**EXPENSES FOR MEETING(S) AND/OR HEARINGS**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 3/16/02 | Airfare from Orange to Houston (1/3 of $800.00) | $266.67 |
| 3/16/02 | Roundtrip airfare from Houston to Washington (1/3 of $1,913.50) | $637.84 |
| 3/16/02 | Mileage from office to Orange County Airport (10 Miles @ $.31) (1/3 of $3.10) | $1.04 |
| 3/18/02 | Amtrak - Round Trip Washington to Wilmington (1/3 of $252.00) | $84.00 |
| 3/18/02 | Taxi from Train station to Hotel Dupont in Wilmington (1/3 of $6.00) | $2.00 |
| 3/18/02 | Hotel Dupont Lodging (1/3 of $333.72) | $111.24 |
| 3/18/02 | Facsimiles at Hotel (1/3 of $9.00) | $3.00 |
| 3/19/02 | Seacoast Cab from Hotel Dupont to Train station (1/3 of $6.00) | $2.00 |
| 3/20/02 | Airfare from Houston to Jefferson County Airport (1/3 of $900.00) | $300.00 |
| 3/20/02 | Mileage of roundtrip from Jefferson County Airport to Office (60 Miles @ $.31) (1/3 of $18.60 | $6.20 |
| 3/1/02 - 3/31/02 | Long distance phone calls to various committee members and counsel | $46.52 |
|  | **TOTAL EXPENSES** | **$1,460.51** |

# REPORT OF EXPENSES

## FOR

## MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL

### W. R. GRACE & CO., et al.

**NAME:**

Darrell W. Scott
Lukins & Annis, P.S.
Counsel to Marco Barbanti
1600 Washington Trust Financial Center
717 West Sprague Ave
Spokane, WA 99201-0466
BUSINESS       (509) 455-9555
FAX            (509) 747-2323

**EXPENSES FOR MEETING(S) AND/OR HEARINGS**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 3/1/02 - 3/31/02 | Photocopies | $24.45 |
| 3/1/02 - 3/31/02 | Long distance telephone charges | $6.82 |
| 3/1/02 - 3/31/02 | Telecopier Service | $15.00 |
| 3/18/02 | Airfare from Philadelphia to Spokane for 3/18/02 hearing | $1,260.26 |
| 3/17/02 - 3/19/02 | Lodging Hotel Dupont | $548.64 |
| 3/17/02 - 3/19/02 | Meals | $105.30 |
| 3/17/02 - 3/19/02 | Cab Fare | $124.00 |
| 3/17/02 - 3/19/02 | Parking | $17.00 |
|  | **TOTAL EXPENSES** | **$2,101.47** |