Grace Agenda Notice Service List for
5/20/02 Hearing
Case No. 01-1139
May 13, 2002
Document # 46577
*01 – Hand Delivery*
*53 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in Possession)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-658-8111*
Bruce E. Jameson, Esquire
(Counsel for Travis Abner, James Gill, Richard Mesquita and other Asbestos Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4783*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-552-4295*
Teresa Currier, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5012*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 302-656-8864*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile 302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile 302-654-5181*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile 302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile 302-654-5181*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile 302-658-6901*
Brett D. Fallon, Esquire
Christina M. Maycen, Esquire
(Counsel for Caterpillar Financial Services
Corporation)

*Facsimile 212-753-0396*
Michael S. Davis, Esquire
(Counsel for National Union Fire Insurance
Company of Pittsburgh, PA)

*Facsimile 302-426-9193*
Steven K. Kortanek, Esquire
(Counsel for Carol Gerard)

*Facsimile 410-625-9309*
Brian C. Parker, Esquire
(Counsel for Carol Gerard)

*Facsimile 302-656-2769*
Kevin J. Mangan, Esquire
(Counsel for GE Capital Corporation)

*Facsimile 617-720-5015*
Thomas M. Sobol, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac)

*Facsimile 415-956-1008*
Elizabeth J. Cabraser, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac)

*Facsimile 843-216-9440*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Edward B. Cottingham, Jr., Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac))

*Facsimile 406-752-7124*
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
Allan M. McGarvey, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner, and Jane Zajac)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner, and Jane Zajac)

*Facsimile 206-521-0166*
Steven J. Toll, Esquire
Tamara J. Driscoll, Esquire
(Counsel for Zonolite Plaintiffs)

*Facsimile 202-408-4699*
Richard S. Lewis, Esquire
(Counsel for Zonolite Plaintiffs)

*Facsimile 509-747-2323*
Bonnie Fatell, Esquire
(Counsel for R.J. Reynolds Tobacco)

*Facsimile 919-755-6770*
Kurt Weaver, Esquire
(Counsel for R.J. Reynolds Tobacco)

*Facsimile 302-652-8405*
Kathleen M. Miller, Esquire
(Counsel for Reaud Morgan & Quinn, Inc.
and Environmental Litigation Group, Inc.)

*Facsimile 713-651-0020*
Keavin D. McDonald, Esquire
(Counsel for Reaud Morgan & Quinn, Inc.
and Environmental Litigation Group, Inc.)

*Facsimile 302-658-1473*
Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
(Counsel for MCNIC Pipeline & Processing
Company)