# EXHIBIT N

July 20, 1959

Mr. Raymond A. Bleich
Local Manager
Zonolite Company
Libby, Montana

Dear Mr. Bleich:

The following is a tentative analysis of chest X-Rays taken

of the employees in your Company.

The examination consisted only of a flat X-Ray plate of each

employee's chest. It is not accurate nor complete without a

personal, physical differential diagnosis, which should be done

on all cases showing any abnormal defects of the chest.

Many of the pictures read showed multiple defects, or disease.

It was only in rare instances that a specific diagnosis of any

disease was noted singly.

Statistical review of the above examinations is as follows:

        1. Number of persons examined    -    130
        2. Number with normal chests     -     82
        3. Number with abnormal chests   -     48

Statistical review of the Abnormal Chests:

        a. Pleural Thickenings      -    8
        b. Defects of the Diaphragm -    3
        c. Interstitial Fibrosis    -   26
        d. Skeletal Deformities     -    4
           (Bones, fractures, etc.)
        e. Metallic Objects         -    1
        f. Calcified Densities      -    3
        g. Pneumoconiosis, or       -    8
           possible Asbestosis
        h. Bronchiectasis           -    1
        i. Abnormal Hearts, or      -    7
           Aortas
        j. Emphysema                -
        k. Tuberculosis (?)         -    2
        l. Malignant Lesions (?)    -    1

CHEST  X-RAY  EXAMINATIONS

ZONOLITE  COMPANY  EMPLOYEES

*1959*

1. NUMBER  EXAMINED    -    130

2. NORMAL  CHESTS      -    82

3. ABNORMAL  CHESTS    -    48    *37*

4. DIFFERENTIAL  DIAGNOSIS    -    ABNORMAL  CHESTS

    a.  PLEURAL  THICKENING  -    -    -    8

    b.  DEFECTS  of the  DIAPHRAGM    -    3

    c.  INTERSTITIAL  FIBROSIS    -    -    26

    d.  SKELETAL  DEFORMITIES    -    -    4
        ( Bone, fractures, etc. )

    e.  METALLIC  OBJECTS    -    -    -    1

    f.  CALCIFIED  DENSITIES -    -    -    3

    g.  PNEUMOCONIOSIS  or    -    -    7
        Possible  ASBESTOSIS

    h.  BRONCHIECSTASIS -    -    -    -    1

    i.  ABNORMAL  HEARTS  and    -    -    7
        AORTAS

    j.  EMPHYSEMA  -    -    -    -    -    11

    k.  TUBERCULOSIS    -    -    -    -    2

    l.  MALIGNANT  LESIONS    -    -    -    1


PLAINTIFF'S
EXHIBIT
1932(a)

.ould you kindly advise if there has been any clai.
activity in your area.

Very truly yours,

JARDINE, STEPHENSON, BLEWETT & WEA.

by

JLB:rp

PLAINTIFF'S
EXHIBIT
1932(3)

# EXHIBIT O



# Z O N O L I T E   C O M P A N Y

### MINERS AND MANUFACTURERS OF VERMICULITE PRODUCTS

CABLE ADDRESS "ZONOCO" CHICAGO, ILLINOIS

TELEPHONE 36    •    LIBBY, MONTANA

June 14, 1961

Mr. C. A. Pratt, Vice President
Western Mineral Products Co.
4725 Olson Memorial Highway
Minneapolis 22, Minnesota

Dear Cap:

In reply to your letter of June 12 I am happy to outline our past experience
in regard to the effect of dust in our mill upon our employees' health. This
is a very complex and confusing thing and one from which it is difficult to
draw any conclusions. I will outline our history on this in the hopes that it
may be of some help to you.

As background to our experience, you know we have always had the problem
of dust in our milling and handling of vermiculite. This problem has re-
ceived considerable attention over the years and we have attempted to take
whatever steps necessary to control the dust intensity where there would be
an exposure to employees. We have met with varying degrees of success in
various places in the operation.

Many studies have been made of the dust and dust problem by different people
over the years in analyzing the problem. All studies have shown that in the
operation there is no free silica present, but the minerals found in the deposit
are silicates, micas and asbestos-like minerals. Silicosis is caused by free
silica and not by the silicates. Asbestos, however, is a cause of asbestosis,
which has been a matter of concern. There is a relatively large amount of
asbestos dust present in our mill and this is difficult to control.

From a report written in 1956 by an Industrial Hygiene Engineer, Division
of Disease Control, Montana State Board of Health, I quote the following on
the dust toxicity: "A review of the literature indicates that vermiculite or
the dust from this material is not especially toxic and is generally included
only as a nuisance dust. However, the asbestos dust in the dust in the air
is of considerable toxicity, and is a factor in the consideration of reducing
dustiness in this plant."



PLAINTIFF'S
EXHIBIT
A-4.03

PLAINTIFF'S
EXHIBIT
16

MDL 1376

EXHIBIT

Emergency Notice



Mr. C. A. Pratt                    Page Two                    June 14, 1961

We have never had a known case of silicosis among our employees. We
have had employees with pulmonary diseases which does not necessarily
mean anything, because from any group of 100 plus people there will be
similar cases. Something over two years ago one of our mill employees
who had been with us approximately 19 years obviously was have respira-
tory trouble. His foreman tried several times to have him go to a doctor
but was unsuccessful. Finally this man became so bad off that there was
a question whether he should be working at all. We finally told him that
we wondered whether he should be working because of his obvious physical
conditon and in fairness to him if he would go to the local doctor of his
choice we would pay for his examination to get a report from the doctor.
He went to one of the local doctors who diagnosed his case advanced pul-
monary tuberclosis. He arranged for this man to be admitted to the State
Tuberclosis Sanitarium in Galen, Montana. After a stay of 38 days at the
sanitarium, this man was discharged and the final diagnosis of the man's
case was, one, of "histoplasmosis", and two, of "questionable asbestosis."
This man has never has never returned to work and we have tried to re-
ceive reports of results of physical examinations since his discharge but
have never been successful even though this man has agreed to have the
reports furnished to us and has signed the required release of information
which medical ethics requires. During the time of his stay at Galen, of
course, they conducted several x-ray and laboratory examinations and
still only came up with a final diagnosis of "questionable asbestosis."

While. Montana has for a good many years had an industrial accident law on
the books, they never had an industrial disease law until the 1959 session of
the legislature when such a law was passed. This law specified certain spec-
ific industrial diseases for which employers would be responsible. The only
specified disease which we felt would apply to us was that of silicosis. The
law stated that employers would not be responsible for anything which had
been contracted by their employees prior to the date that the law became
effective. However, they would be responsible for any contraction of dis-
ease after that date, or any aggravation of the conditions which existed in
the employee due to industrial conditions which existed in a particular plant.
In order to protect ourselves and place ourselves on record as to the con-
dition of our employees as of the effective date of the law, we instituted a
program whereby all of our employees would have x-rays at the local
hospital.

Mr. C. A. Pratt          Page Three          June 14, 1961

We made arrangements with the hospital to schedule these x-rays and
in turn we arranged to have the employees there at the stipulated time.
All x-rays were interpreted by a Radiologist and a report written on
each one.

There were 5 medical doctors on the staff at the local hospital at the
time of this program in addition to the Radiologist, who actually lives
in Kalispell and comes to Libby one day a week to interpret all x-rays
taken at this hospital. We arranged a luncheon meeting with all of the
doctors on the hospital staff, told them our problem and what we were
after and asked their cooperation which was freely given. We polled all
of our employees as to which doctor was their family physician so we
would have that as a matter of record. After the x-rays had all been
taken and interpreted, we went through the list and furnished each doctor
with a list of the employees who had given us that particular doctor's
name as their family doctor. Each doctor was then furnished with a
copy of the report on those employees who were his patients. We then
had all of our employees check with their own doctor to obtain the results
of their x-ray examinations. The doctors agreed that this would be the
best plan and they agreed to furnish the results of the examinations to the
employees without any cost to them. Even in the cases where the x-ray
showed everything to be normal, we had the employees check with their
doctor. In this way Zonolite Company did not give any information to the
employees as to their physical condition so we could not be responsible for
or liable in any way for giving out information which might be construed as
misleading.

In the case of the employees where their x-rays interpretation showed some
intra-thoracic pathology, it was up to the doctors to determine whether
further tests or examination or treatment should be given. In the event
that it was, this was to be at the employee's responsibility and expense.

After all of the results of these x-rays were in, we again met with the
doctors and with the radiologist and discussed what our situation actually
was in regard to pulmonary diseases from our plant. The preliminary
results of the interpretations made it appear that we had a high incidence
of pulmonary disease among our employees. However, after the doctors
had analyzed the results, the conclusion they came to was there was
nothing to indicate that there was a higher incidence of pulmonary trouble
among our people than there was among any other group in this geograph-
ical area. In other words, they felt that they could not come to any con-
clusion as to whether our mill operation presented an above-normal
occurrence of respiratory trouble. . . . . . . normally. The radiologist
who had had industrial disease . . . . . . . . . . . . . . . . . .
Indiana could offer nothing . . .

Mr. C. A. Pratt                Page Four                June 14, 1961

In our analysis of the people who had intra-thoracic pathology of some kind, neither could we come to any conclusion. There were people where some condition of fibrosis or pulmonary emphysema showed up who had been with us only a very short period of time. Other people who had been with us over a period of a good many years and who worked in jobs where the dust exposure had been high showed up with entirely normal x-rays. There was no relationship to being a higher incidence among the old time employees than there was in the newer employees, so we could come to no conclusion either.

For quite a few years now our employees at the dry mill, loading station and other points in the operation where dust exposure is high have been required to wear respirators. The particular respirator which we furnish to our people is made by the Mine Safety Appliance Company and is called the "Dust-Foe." This respirator filter is one which has the approval of health authorities in this state and apparently those on the Federal level.

It has now been two years since the survey that we made by x-raying all of our people. At that time we discussed the possibility of again taking a blanket survey at some time in the future to compare results of people that were on the original survey and whether there had been any marked change when the follow-up was taken. However, we have not scheduled anything as yet. At that time it was the feeling of the Radiologist that a minimum of two years should elapse before the follow-up should be made, and it would probably be better to wait a longer period where there would be more likelihood of some conclusions showing up. It is probable, therefore, that in the next two or three years we may schedule a follow-up blanket survey so results can be compared.

Incidentally, there were 130 people on the payroll at the time that the original blanket x-ray was made.

Getting back to the problem of dust, there is of course asbestos present in the concentrates which we ship to our expanding plants. The amount of dust from this should be very small in the expanding process, however. It would seem that the greatest exposure to dust which would include the asbestos dust, to your people would be in the unloading of cars. There will be some help on this problem when we install "dedusting" units both in our mill and at our point of loading. Final design is now being made for these units and installation will be completed by the end of this summer.

Mr. C. A. Pratt          Page Five          June 14, 1961

These will not eliminate the dust problem in the concentrates, but we expect to cut it down considerably.

This has been a review of our situation. I hope it will be of some help to you. Our dust control problem receives continuing attention from our mill superintendent. It is one which we continually work on in trying to keep our ventilation as efficient as possible and whenever it is possible to make any improvements we try to do so. We usually receive a visit from an engineer from the State Board of Health about once a year and he usually makes recommendations to us which we try to carry out.

If there is any further help that we can give you, we will certainly be glad to try to furnish it. If there are any particular points on this discourse upon which I could elaborate further, please feel free to ask me to do so.

Sincerely yours

ZONOLITE COMPANY

By:

E. D. Lovick

EDL/jbr

# EXHIBIT  P

06033686

*[handwritten notations: "JAK AEW"]*

## Suspect Asbestos A Cancer Source

NEW YORK (AP) — Medical specialists pointed a finger of suspicion Tuesday at asbestos as a cause not only of lung cancer, but also of another extremely rare form of fatal human cancer.

This cancer, known as mesothelioma, involves the lining of the abdominal and chest cavities.

Much of their evidence comes from autopsy studies of men working with asbestos as an insulation material.

But they said it also is possible that just everyday products containing asbestos might be exposing people generally to

some risk of cancers. How much risk there might be, they said they could not tell.

Asbestos—a mineral—is used not only for insulation but as a flooring material, in auto brake shoes, and in many other applications. Ordinary wear-and-tear, they said, might release dust into the atmosphere.

The report was presented to the American Public Health Assn. by Drs. Irving J. Selikoff and Jacob Churg of the Mount Sinai Hospital, New York, and E. Cuyler Hammond, SC.D., director of statistical research for the American Cancer Society. Dr. Hammond is known for his studies of cigaret smoking in relationship to lung cancer.

*[handwritten:]* Jon your info KWD/ 10-8-'64

*[handwritten:]* Chi. Daily News Oct. 6, '64

PLAINTIFF'S EXHIBIT
tabbies
17
MDL 1376

03159

EXHIBIT
12
Emergency Notice

PLAINTIFF'S EXHIBIT
G-20

# EXHIBIT  Q

06046342



### State of Montana

### State Board of Health

HELENA, MONTANA

JOHN S ANDERSON M D
EXECUTIVE OFFICER AND SECRETARY

May 11, 1964

Mr. R. A. Bleich, Manager
The Zonolite Company
Libby, Montana

Dear Mr. Bleich:

Enclosed are two copies of a recent study made of the dry mill section of your plant near Libby. It is expected that a follow-up will be done in September, 1964 to determine the dust control provided by the additional fan described and by improved housekeeping.

We appreciate the courtesy and cooperation of you and your staff in this matter.

Sincerely yours,

Benjamin F. Wake
Industrial Hygiene Engineer
Division of Disease Control

BFW/bko

Encl.



PLAINTIFF'S
EXHIBIT
18
MDL 1376

EXHIBIT
13
Emergency Notice

PLAINTIFF'S
EXHIBIT
G-17.1

0604634343

On April 29, 1964 a study was made of the dry mill section of the
Zonolite Mill at Libby, Montana to determine if compliance with previous
recommendations for the control of dust had been achieved. The study was
made in the company of Mr. Bud Vinion, after discussion of the plant
operations with Mr. Kujawa, Plant Superintendent.

The study consisted of a review of the dust collection system and its
improvement and the collection of five dust samples for counting to determine
any improvement in the over-all dust control procedures.

Description of Operations

It was noted that a considerable change had been made in the ventila-
tion system of the dry mill which appeared to reduce dustiness in some areas
considerably. The backs to the screens had been replaced on nearly all
machines and the rubbers on the screens were in good shape, generally,
although a few were broken. Those that were broken were leaking dust badly.

The duct work to the ventilation system had been repaired and a new
35,000 cfm fan which discharged at ground level had been installed. According
to Mr. Vinion, the plant expects, in addition, to have a southside fan (old 600)
hooked up soon. This should improve the situation on the southside of the
mill by reducing the considerable dustiness from some of the operations on
that side. Priority should be given to this ventilation so that it is
completed by the first of September, 1964.

It was noted that the rafters were heavily loaded with dust. Much of
the high dust concentrations noted were due to this dust falling off the
rafters and other places of deposit. It is unfortunate that the good work
that has been done in the ventilation system is reduced by extremely poor
housekeeping.

The second floor continues to need special attention and may be improved
with the installation of the new fan system which was not in operation at
the time of this study.

The third floor on the high grade side needs more work and should be
gone over carefully to determine those areas which need special attention
for the control of dust.

The elevator feed box on the half deck leaked dust badly and was a
main contaminator of both the half deck and the second floor. A rubber was
also missing on the connector to No. 210 screen and should be replaced.
All screens should be inspected weekly and any missing screen backs or broken
rubbers replaced immediately.

According to Mr. Vinion, the southside roll crusher and high grade
circuit will have a separate ventilation system soon. As noted previously,
this work should be given priority so that it is in and functioning before
the first of September of 1964.

06046344

## Concentrations

A review of Table I for Dust-In-Air indicates that even though there have been some reduction in dust concentration, there still remains a great deal of room for improvement to reach the maximum allowable concentration of 20 million particles per cubic foot of over-all dustiness. While it is recognized that the 20 million particles per cubic foot level does not reduce the asbestos dustiness to exactly 5 million particles per cubic (mppcf) foot, it is felt that over-all dustiness reduction to 20 mppcf will be suitable for the control of asbestos dust, since the 5 million particles per cubic foot figure is not a precise dividing line between a safe and unsafe condition but simply indicates a range at which control should be aimed.

### TABLE I

Dust-in-Air for years noted
Concentrations in Millions of Particles per Cubic Foot of Air (MPPCF)

|            | 1956          | 1959          | 1962          | 1963          | 1964          |
|------------|---------------|---------------|---------------|---------------|---------------|
| 6th Floor  | Not Determined | 46.3          | 51.0          | 30.6          | Not Determined |
| 5th Floor  | 17.9          | 51.8          | 69.5          | 65.6          | 37.6          |
| 4th Floor  | 51.8          | 26.2          | 90.0          | 32.4          | 20.6          |
| 3rd Floor  | 28.7          | 24.8          | 60.5          | 32.8          | 22.0          |
| 2nd Floor  | 48.3          | 27.2          | 59.2          | 50.0          | 59.2          |
| Half Deck  | Not Determined | Not Determined | 54.5         | 77.8          | 54.4          |
| 1st Floor  | 83.0          | 7.5           | 44.8 & 50.9   | 59.8 & 26.8   | Not Determined |

Maximum Allowable Concentration   20 MPPCF Total
Maximum Allowable Concentration    5 MPPCF Asbestos

* * * * * *

A constant effort should be made, however, to achieve the reduction in total dustiness so that the 5 million particles per cubic feet of asbestos laden air is achieved at some time in the future.

## Toxicology

In a recent article published in the Journal of the American Medical Association, April 6, 1964 by Selikoff and others, it is indicated that the "Building trades insulation workers have relatively light, intermittent,' exposure to asbestos. Of 632 insulation workers, who entered the trade before 1943 and were traced through 1962, forty-five died of cancer of the lung or pleura, whereas only 6.6 such deaths were expected. Three of the pleural tumors were mesotheliomas; there was also one peritoneal mesothelioma. Four mesotheliomas in a total of 255 deaths is an exceedingly high incidence for such a rare tumor. In addition, an unexpectedly large number of men died of cancer of the stomach, colon, or rectum (29 compared with 9.4 expected). Other cancers were not increased; 20.5 were expected, 21 occurred. Twelve men died of asbestosis."

'06046345

In addition, "The recent demonstration, by South African and British investigators of pleural and peritoneal neoplasms among individuals who had chance environmental exposure to asbestos many years before raises the very important question of possible widespread carcinogenic air pollution." It was also demonstrated that asbestos-bodies were found in a man not employed in an industry but living next door to an asbestos factory. "Asbestos exposure in industry will not be limited to the particular craft that utilizes the material. The floating fibers do not respect job classifications. Thus, for example, insulation workers undoubtedly share their exposure with their workmates in other trades; intimate contact with asbestos is possible for electricians, plumbers, sheet-metal workers, steamfitters, laborers, carpenters, boiler makers, and foremen."

While the above situation does not apply specifically to the operations of your plant, the asbestos content of the material with which you are working appears to provide some serious potential for the development of disease if not properly controlled. In addition, the discharge of large volumes of asbestos-laden dust at ground level sets up a condition where all members of the plant can be exposed in addition to those who work in the dry mill. This presents a problem that needs to be dealt with in view of the information submitted and the findings on other workers employed using similar materials.

Conclusions and Recommendations

Based on the findings of this study and in view of past experience, it is recommended that a review of past studies be made to determine areas producing dustiness. In addition, the following recommendations are submitted:

1. That a careful program of housekeeping be instituted so that dust collected on rafters does not reach the subsidence point. Careful cleaning of the floors should be done on a sufficiently frequent and routine basis as to prevent dust from falling off the rafters or from collecting on the floor to such a degree that this dust is a contributor to the overall load generated by the machines.

2. That a special priority be given to the installation of the additional fan described so that those areas not now sufficiently ventilated are brought under control by the first of September, 1964.

3. That the blower discharge--presently at ground level--be elevated to such a degree that re-entry is not so prevalent. It is expected that large volumes of dust will re-enter the building when the wind is in the right direction. It may also be desirable to consider collecting the exhaust dust by means of a cyclone or other suitable dust collecting device.

4. That continued effort be made by the company to determine the dust concentrations in the building by frequent sampling and analysis and by frequent observation of the dust collection systems to determine that they are operating at maximum efficiency.

# EXHIBIT  R



# Workers with Disease - 1969

**92%** 21-25 years

**58%** 16-20 years

**45%** 11-15 years

**29%** 6-10 years

**17%** 1-5 years

% With Lung Disease

Years of Exposure

Per Exh. 130.4 Grace Headquarters In-house Study



021:6519

PERSONAL AND CONFIDENTIAL

STUDY TO DETERMINE

RELATIONSHIP BETWEEN

YEARS OF EMPLOYMENT, AGE, SMOKING HABITS

AND CHEST X-RAY FINDINGS

ZONOLITE/LIBBY EMPLOYEES

cc: H. A. Brown
    E. D. Lovick
    R. A. Kulberg

EXHIBIT

130.4

0214-6520

Number of employees studies - 135

Number of employees showing lung disease - 45
·(For purposes of this study, this includes those definitely showing lung
disease as well as the "possible" or "suspected").

Those who now smoke as well as those who have kicked the habit are class-·
ified as smokers.

By "years worked" is meant the number of years worked at Zonolite/Libby.


<u>TABLE A</u>

Of the 45 who have lung disease:

        24 smoke cigaretts
         3 smoke pipe or cigar
       15 smoked at one time but not now
        3 never smoked


<u>TABLE B</u>

Of the 45 who have lung disease, years worked is as follows:

| | | |
|---|---|---|
| less than 1 year | 0 | |
| 1-5 years | 11 | (or 17% of all employees in this g |
| 6-10 " | 6 | (or 29%) |
| 11-15 " | 9 | (or 45%) |
| 16-20 " | 7 | (or 58%) |
| 21-25 " | 11 | (or 92%) |
| 26-30 " | 1 | (or 33%) |


<u>TABLE C</u>

Age vs. years worked

| AGE | less than 1 year | 1-5 years | 6-10 yrs. | 11-15 yrs. | 16-20 yrs | 21-25 yrs | 26-30 |
|---|---|---|---|---|---|---|---|
| less than 20 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 20-25 | 1 | 9 | 1 | 0 | 0 | 0 | 0 |
| 26-30 | 0 | 15 | 3 | 0 | 0 | 0 | 0 |
| 31-35 | 0 | 12 | 3 | 0 | 0 | 0 | 0 |
| 36-40 | 0 | 8 | 2 | 2 | 4 | 0 | 0 |
| 41-45 | 0 | 3 | 4 | 3 | 2 | 1 | 0 |
| 46-50 | 0 | 5 | 4 | 8 | 3 | 2 | 0 |
| 51-55 | 0 | 8 | 1 | 2 | 3 | 3 | 1 |
| 56-60 | 0 | 4 | 3 | 4 | 0 | 6 | 1 |
| 61-65 | 0 | 0 | 0 | 1 | 1 | 0 | 1 |

02146521

## TABLE D

| Years Worked | Smokers Showing Lung Disease | | Smokers Showing Normal Lungs | Non-Smokers Showing Normal Lung |
|---|---|---|---|---|
| less than 1 | 0 | | 1 | 1 |
| 1-5 | 11 | | 44 | 11 |
| 6-10 | 6 | | 12 | 3 |
| 11-15 | 9 | | 9 | 0 |
| 16-20 | 7 | | 4 | 0 |
| 21-25 | 10 | | 2 | 0 |
| 26-30 | 1 | | 1 | 1 |
| | 44 | 3 | 73 | 15 |

## TABLE E

| AGE | Number of Employees Having Lung Disease | Number of Smokers in Each Age Group |
|---|---|---|
| less than 20 | 0 | 1 |
| 20-25 | 0 | 8 |
| 26-30 | 2 | 15 |
| 31-35 | 0 | 13 |
| 36-40 | 6 | 13 |
| 41-45 | 2 | 11 |
| 46-50 | 13 | 21 |
| 51-55 | 6 | 16 |
| 56-60 | 12 | 18 |
| 61-65 | 3 | 3 |

## SUMMARY

The majority (88%) of employees at Libby smoke or have smoked.  Of the 12% non-smoker group, only five have worked in excess of three years.  There is no real group for control or comparison purposes.  A true correlation between smoking and exposure to dusty work atmosphere, and its effects on the lungs, therefore, cannot be made.

Although 17% of our 1 to 5 years service group have or are suspect of lung disease, there is a marked rise (45%) beginning with the 11th year of service, climbing to 92% in the 21 to 25 years service gorup.  This suggests that chances of getting lung disease increase as years of exposure increase.

It is noted that of the 45 employees who have or are suspect of lung disease:

          2 have worked only 1 year
          2 have worked only 2 years
          3 have worked 3 years
          3 have worked 4 years

It would be well to take a good look at our pre-employment chest X-Ray program to make sure applicants with lung conditions are not hired.

Peter Kostic

021.16522

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 25 | 0 mo. | cigs. 1/2 pack/day | 6 years | still does | normal |
| | 62 | 14 | cigs. 1 pack/day | 45 years | still does | fibrosis both lung fields |
| | 36 | 1 | cigs. 1/2 pack/day | 7 years | still does | normal |
| | 60 | 3 | cigs. 1 pack/day | 40 years | quit 1 yr. ago | pulmonary emphysema & fibrosis |
| | 24 | 1 | none | never | ---- | normal |
| | 57 | 24 | cigs. 1 pack/day | 20 years | quit 17 yrs. ago | fibrosis both lungs |
| | 28 | 1 | cigs. 1/2 pack/day | 12 years | still does | normal |
| | 49 | 19 | pipe smoker | 15 years | quit 2 yrs. ago | normal |
| | 57 | 22 | cigs. 15/day | 2 years | still does | fibrosis, both lungs. |
| | 28 | 2 | none | never | --- | normal |
| | 36 | 4 | cigs. 45/day | 21 years | still does | possible fibrosis & emphysema |
| | 61 | 27 | cigs. 6/day | 25 years | still does | possible emphysema |
| | 52 | 2 | cigs. /? | 4 years | still does | normal |
| | 24 | 1 | cigs. 1 pack/day | 7 years | still does | normal |
| | 54 | 3 | cigs. 20-30/day | 35 years | still does | normal |
| | 52 | 12 | cigs. 1 pack/day | 30 years | still does | normal |
| | 48 | 12 | cigars 10/day | 19 years | quit 4 yrs. ago | normal |
| | 56 | 11 | cigs. 1 pack/day | 25 years | quit 4 yrs. ago | possible very minimal fibrosis |
| | 31 | 1 | cigs. 1/2 pack/day | 14 years | still does | normal |
| | 28 | 3 | cigs. 2-1/2 packs/day | 10 years | quit 6 mo. ago | normal |
| | 42 | 21 | cigs. 1 pack/day | 15 years | still does | fibrosis, both lungs. |

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 51 | 1 | cigs 1/2 pack/day | 20 years | quit 1-1/2 yrs. ago | normal |
| | 36 | 20 | cigs 1/2 pack/day | 10 years | quit 6 mo. ago | fibrosis, left lung |
| | 24 | 2 | none | never | --- | normal |
| | 48 | 10 | cigs 1 pack/day | 30 years | still does | emphysema & fibrosis, lt. lu |
| | 46 | 2 | cigs 1/2 pack/day | 30 years | still does | normal |
| | 34 | 2 | cigs 1 pack/day | 15 years | still does | normal |
| | 49 | 11 | cigs 1 pack/day | 23 years | quit 7 yrs. ago | normal |
| | 54 | 4 | cigs 1 pack/day | 20 years | still does | fibrosis, both lungs |
| | 51 | 23 | cigs 1-1/2 packs/day | 30 years | quit 6 mo. ago | possible fibrosis, both lung |
| | 48 | 1 | none | never | --- | normal |
| | 42 | 9 | cigs 1 pack/day | 7 years | still does | normal |
| | 54 | 32 | cigs 3 packs/day | 30 years | quit 8 years ago | normal (office work) |
| | 33 | 4 | cigs 1 pack/day | 15 years | still does | normal |
| | 45 | 11 | pipe smoker | 20 years | still does | normal |
| | 46 | 23 | cigs 1 pack/day | 10 years | quit 10 yrs.ago | questionable fibrosis, both lungs |
| | 52 | 3 | cigs 25/day | 30 years | still does | poss. emphysema and questionable fibrosis |
| | 38 | 4 | cigs 1 pack/day | 15 years | still does | normal |
| | 22 | 3 | none | never | --- | normal |
| | 41 | 10 | none | never | --- | normal |
| | 47 | 15 | cigs 1 pack/day | 27 years | still does | fibrosis, both lungs |
| | 45 | 1 | cigs 1-1/2 pack/day | 4 years | quit 2 yrs. ago | normal |
| | 41 | 7 | none | never | --- | minimal fibrosis, both lungs |

02146523

0214652

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|------|-----|--------------|----------------|----------|----------|--------------|
| | 42 | 14 | cigs 1 pack/day | 25 years | still does | normal |
| | 55 | 21 | cigs 1 pack/day | 20 years | quit 5 years ago | fibrosis, both lungs |
| | 31 | 1 | cigs 10-15/day | 10 years | still does | normal |
| | 30 | 1 | cigs 1/2 pack/day | 5 years | still does | calcification, both lungs |
| | 40 | 2 | none | never | --- | normal |
| | 29 | 9 | cigs 1-1/4 packs/day | 10 years | still does | minimal fibrosis, rt. lung |
| | 31 | 2 | cigs 1/2 pack/day | 2 years | still does | normal |
| | 37 | 0 | cigs 1-1/2 packs/day | 15 years | still does | normal |
| | 18 | 1 | none | never | --- | normal |
| | 56 | 14 | "never smoked much" | --- | quit | questionable minimal fibrosis |
| | 47 | 13 | cigars & pipe | 3 years | quit 3 years ago | normal |
| | 28 | 5 | cigs 1 pack/day | 2 years | quit 9 yrs. ago | normal |
| | 50 | 10 | smokes cigars | ? | still does | possible fibrosis, both lungs |
| | 54 | 1 | none | never | --- | normal |
| | 38 | 19 | cigs 1 pack/day | 20 years | still does | questionable minor fibrosis, left lung |
| | 30 | 13 | cigs 1 pack/day | 12 years | still does | normal |
| | 57 | 4 | cigs 1 pack/day | 45 years | still does | normal |
| | 37 | 19 | none | never | --- | minimal fibrosis, both lungs |
| | 56 | 9 | --- | --- | quit 29 yrs. ago | minimal fibrosis, both lungs |
| | 37 | 9 | cigs 15/day | 20 years | still does | normal |
| | 40 | 15 | cigs 3/day | 35 years | still does | fibrosis, both lungs |

02146525

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
| | 31 | 3 | cigs 1 pack/day | 12 years | still does | normal |
| | 29 | 1 | cigs 1 pack/day | 14 years | still does | normal |
| | 63 | 10 | --- | --- | quit 8 yrs. ago | fibrosis, both lungs |
| | 42 | 7 | pipe smoker | 25 years | still does | normal |
| | 53 | 25 | pipe smoker | 10 years | quit 14 years ago | normal |
| | 27 | 2 | cigs 1 pack/day | 0 years | quit 2 yrs ago | normal |
| | 19 | 1 | cigs 1 pack/day | 5 years | still does | normal |
| | 56 | 4 | pipe smoker | 30 years | quit 6 wks. ago | possible early emphysema |
| | 23 | 2 | cigs 1 pack/day | 11 years | quit 1 year ago | normal |
| | 47 | 12 | cigs 12/day | 30 years | still does | normal |
| | 29 | 1 | cigs | 10 years | still does | normal |
| | 52 | 20 | cigs 1 pack/day | 35 years | still does | normal |
| | 28 | 2 | cigs 1 pack/day | 12 years | still does | normal |
| | 56 | 25 | cigs 1-1/2 packs/day | 40 years | still does | normal |
| | 53 | 2 | cigs - "very few" | -- | quit 3¼ yrs. ago | normal |
| | 44 | 2 | cigs 5-6/day | 6 mo. | still does | normal |
| | 39 | 2 | cigs 1/3 pack/day | 20 years | quit 1 year ago | normal |
| | 32 | 6 | cigs 2 packs/day | 10 years | still does | normal |
| | 47 | 5 | cigs 2 packs/day | 20 years | still does | minimal fibrosis both lungs |
| | 32 | 3 | cigs 15/day | 10 years | still does | normal |
| | 40 | 21 | cigs 1/2 to 1 pack/day | 30 years | quit 6 mo. ago | fibrosis both lungs |

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
|  | 39 | 2 | was a cig smoker | 15 years | quit 7 yrs. ago | possible early emphysema |
|  | 54 | 1 | cigs 1 pack/day | 30 years | still does | questionable fibrosis and emphysema |
|  | 25 | 2 | cigs 15/day | 5 years | still does | normal |
|  | 30 | 2 | cigs 1-1/2 packs/day | 10 years | still does | normal |
|  | 49 | 6 | cigs 1 pack/day | 15 years | quit 4 mo. ago | normal |
|  | 26 | 1 | cigs 1 pack/day | 12 years | quit 2 wks. ago | normal |
|  | 28 | 3 | cigs 1½/day | 10 years | still does | normal |
|  | 43 | 11 | was pipe & cigar smoker | 15 years | quit 8 mo. ago | normal |
|  | 40 | 10 | cigs 1 pack/day | 20 years | still does | fibrosis, both lungs |
|  | 30 | 10 | cigs 15/day | 10 years | still does | normal |
|  | ? | 7 | none | never | --- | normal |
|  | 31 | 1 | cigs 25/day | 10 years | quit 5 mo. ago | normal |
|  | 49 | 2 | cigars 20 day | 35 years | still does | fibrosis & emphysema both lungs |
|  | 50 | 25 | cigs 6/days | 20 years | quit 6 yrs. ago | possible minimal fibrosis both lungs |
|  | 50 | 8 | cigs 1 pack/day | 25 years | still does | emphysema and minimal fibrosis both lungs |
|  | 60 | 3 | cigs 1 pack/day | 40 years | still does | emphysema both lungs |
|  | 56 | 23 | cigs 1 - 1½ packs/day | 25 years | still does | fibrosis left lung possible early emphysema |
|  | 34 | 1 | none | never | --- | normal |
|  | 34 | 2 | cigs 1 pack/day | 10 years | still does | normal |
|  | 34 | 10 | none | never | --- | normal |
| ey, Donald A. | 60 | 9 | cigs 1 pack/day | 15 years | quit 4 mo. ago | normal |

02146526

02146527

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|---|---|---|---|---|---|---|
|  | 24 | 3 | cigs 1 pack/day | 10 years | still does | normal |
|  | 45 | 7 | cigs 10-20/day | 2 years | quit 6 years ago | normal |
|  | 56 | 7 | cigs 1 pack/day | 19 years | quit 20 years ago | normal |
|  | 37 | 13 | none | never | --- | tumor mass left lung |
|  | 36 | 1 | cigs 1 pack/day | 20 years | still does | normal |
|  | 20 | 1 | cigs 1/2 pack/day | 10 years | still does | normal |
|  | 49 | 17 | smokes cigs | 25 years | still does | fibrosis, both lungs |
|  | 35 | 6 | cigs 1 pack/day | 15 years | still does | normal |
|  | 49 | 19 | cigs 1/2 pack/day | 40 years | still does | possible emphysema, both lungs |
|  | 42 | 18 | cigs 1 pack/day | 30 years | quit 11 years ago | normal |
|  | 47 | 12 | cigs 1 pack/day | 29 years | quit 1 year ago | fibrosis, both lungs |
|  | 31 | 2 | cigs 1 pack/day | 13 years | still does | normal |
|  | 47 | 1 | cigs 1-1/2 packs/day | 15 years | still does | normal |
|  | 29 | 1 | cigs 10/day | 15 years | still does | normal |
|  | 23 | 4 | cigs 15/day | 7 years | still does | normal |
|  | 32 | 15 | cigs 1 pack/day | 3 years | quit 4 years ago | normal |
|  | 58 | 15 | moderate cigarette smoker | 40 years | still does | normal |
|  | 30 | 1 | cigs 1-1½ packs/day | 10 years | still does | normal |
|  | 56 | 24 | cigs 1-1/2 packs/day | 40 years | still does | normal |
|  | 54 | 14 | cigs 5-6, cigars 2/day | 36 years | still does | fibrosis, both lungs |
|  | 23 | 6 | cigs 1 pack/day | 0 years | still does | normal |

02146528

| NAME | AGE | YEARS WORKED | SMOKING HABITS | HOW LONG | WHAT NOW | X-RAY STATUS |
|------|-----|--------------|----------------|----------|----------|--------------|
| | 59 | 26 | smoked at one time | ? | quit 20 years ago | normal |
| | 24 | 5 | cigs 1/2 pack/day | 5 years | still does | normal |
| | 52 | 19 | cigs 2-3 /day | ? | still does | emphysema and fibrosis both lungs |
| | 56 | 15 | cigs 2 packs/day | 43 years | still does | emphysema and fibrosis both lungs |
| | 49 | 11 | cigs 1 pack/day | 10 years | quit 2 yrs. ago | fibrosis both lungs |
| | 52 | 3 | cigs 1 pack/day | 30 years | still does | normal |
| | 43 | 3 | cigs 1 pack/day | 10 years | quit 10 years ago | normal |

# ZONOLITE DIVISION

0146529

RECEIVED

DEC 29 1969

CONSTRUCTION PRODUCTS DIVISION
H. A. B.

TO    H. A. Brown                          December 23, 1969

FROM   E. D. Lovick        SUBJECT  Radiological Interpretation of
                                     X-Rays - Libby Employees

    CC: Peter Kostic

I have received a copy of Larry Parks' letter of December 16 as well as
letters from both you and Peter Kostic. I have talked with the radiologist
who interprets our X-rays concerning the advisability of having these fol-
lowed up at six-month intervals rather than twelve-month intervals. He was
rather surprised that this would be recommended for he says that he does not
believe anything could be accomplished by these being taken at six-month
intervals.

The thing that we are looking for in these is such that any change is very
gradual as has been pointed out. Even a different in technique can change
the apparent results of what the interpretation of the X-rays is. He did
state that it is possible for tumors or such that can be rather fast-growing
to show up at 6-month intervals, but not the fibrotic conditions which we are
concerned with. What Mr. Parks may not realize is that results of these
interpretations are also turned over to the employees' personal physician
and in the event that their personal doctor feels that further checkups or
examinations should be given, arrangements are made for these people to follow
up on their own initiative. This year there have been several cases of employees
being sent to Spokane for additional examinations. It has always been our
contention that this is the way it should be handled.

Peter points out in his letter that we don't know what to do in the event there
is a change any way. I believe that this is correct. My opinion would be
that there should be no change in the annual schedule.

Dr. Little stated that it would be possible for him to recommend specifically
that some of these people have a follow-up rather than relying on the employee's
personal doctor. Even in the event that he did this, it would seem to me that
we should still have to leave it up to the employee's personal physician to
to see that the follow-up is made at whatever time is recommended if it is to
be in less than a year.

EDLovick/jbg

GRACE



K 2.1.3
LIBRARY 1969 PRIOR
D5 BOX 50

*From the desk of*
**H. A. BROWN**

To:

02146518

Set up meeting with Parker.

# EXHIBIT  S



06191709

TO:   Peter Kostic                        DATE:   March 31, 1969

        cc:   R. W. Sterrett
              R. M. Vining
              R. A. Kulberg

Re:   <u>Labeling of Vermiculite</u>

        Reference is made to your memorandum of March 11
concerning the article from Safety Engineering.

        Before any labeling of containers of products
containing vermiculite is done we should indeed study carefully
the content of the labeling and the consequences of putting a
label on the package.  By warning people or inadequately warning
people we may be incurring liability to which we would not
otherwise be subject.

        I do not believe that vermiculite could be classified
today as a poisonous substance for which labeling may be
required.

                                    Charles F. Dugan

                                    Charles F. Dugan

CFD/MS



PLAINTIFF'S
EXHIBIT
G-55.5