# EXHIBIT  T

MAY 9 2002 5:32PM    NESS MOTLEY4TH FL    NO. 4783    P. 3/27

024325

02302316

# GRACE

**Construction Products Division**

TO:  E. S. Wood
     J. W. Wolter
     B. R. Williams
     W. R. Hanlon
     O. M. Favorito

FROM:  R. C. Ericson

cc:  W. F. McCord
     H. C. Duecker
     R. Locke
     F. Eaton

DATE:  April 7, 1977

SUBJECT:  2nd Draft Proposal for
          MSDS for Vermiculite
          Concentrate & Finished Produc

Jack Wolter and I met today with Bruce Blessington and Bill Hanlon to develop a "sales viewpoint" on my first draft proposals of April 5th. Essentially we were selecting from among the range of options proposed and editing language to take into account potential adverse impact on the business. The result is a consensus which is attached as (5) "2nd Draft" recommendations. These are to be further reviewed at the April 8th Fiber Committee meeting.

R. C. Ericson

rce/lpj


PLAINTIFF'S
EXHIBIT
P-

2nd DRAFT                          ATTACHMENT A   0624326

1.  LIBBY TREMOLITE STATEMENT:  Contains less than * % by weight of a naturally occurring
    contaminant tremolite.  OSHA Regulation 1910.93A defines tremolite (fibrous
    form) as asbestos.  Some forms of tremolite are platy.  Other forms can be
    fibrillated by physical handling to release airborne "asbestos fibers".
    Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time
    weighted average and a maximum of 10 "asbestos fibers"/cc at any one time
    for airborne fiber exposure.

                                                        02302817

    KEARNEY TREMOLITE STATEMENT: Contains less than * % by weight of a naturally
    occurring mixture of amphibole contaminants; hornblend and tremolite.  The
    predominant morphology of the contaminant is platy (non-fibrous).  OSHA Regulation
    1910.93A defines tremolite (fibrous form) as asbestos.  Less than 5% of the
    contaminant is in a form which can be fibrillated by physical handling to release
    airborne "asbestos fibers".  Regulation 1910.93A places a limit of 2 "asbestos
    fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc
    at any one time for airborne fiber exposure.

    * % TREMOLITE TABLE BASED ON AVAILABLE CPD TREMOLITE TEST DATA

| MIXES | LIBBY | KEARNEY |
|---|---|---|
| MONOKOTE | 0.10% | .2-2.0% |
| ZONOLITE 3300 | 0.10% | .2-2.0% |
| REDI-EARTH | 0.10% | .2-2.0% |
| METRO-MIX | 0.10% | .2-2.0% |

             Per E.S. Wood, definitions above are termed "MINUTE".

| 100% VERMICULITE PRODUCTS | LIBBY | KEARNEY |
|---|---|---|
| MASONRY FILL (#4 size) | xx | xx |
| " " (#3 size) | xx | xx |
| ATTIC FILL (#1 size) | unknown | not applicable |
| " " (#2 size) | 0.1% | not applicable |
| " " (#3 size) | 0.1% | 1-6% |
| ZONOLITE CONCRETE AGGREGATE | | |
| (#4 size) | 0.5% | 1-6% |
| TERRA-LITE GROWER (#2 size) | 0.1% | not applicable |
| " " CONSUMER (#3 size) | 0.1% | 1-6% |
| VERXITE (#4 size) | not applicable | below detectable li |
| INDUSTRIAL (#1 size) | xx | not applicable |
| " (#2 size) | 0.1% | not applicable |
| " (#3 size) | 0.1% | 1-6% |
| " (#4 size) | 0.5% | 1-6% |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 1.2 | not applicable |
| Size #2 | 2.5 | not applicable |
| Size #3 | xx | 1-6% |
| Size #4 | xx | 1-10% |
| 4G | xx | xx |
| Size #5 | xx | xx |

    **  The 5% statement is suggested on the basis of microscopic examination of a
        single Kearney sample.  The 5% figure is an estimate.  If we intend to use th
        approach we would have to generate quantitative lab data by means of linear
        traverse.

    xx - to be determined

**2nd DRAFT**                                          **ATTACHMENT B**

02302818

2.  AIRBORNE "ASBESTOS FIBER" STATEMENT:

 1)  Airborne fiber levels will not exceed OSHA standards in the intended end use.
 2)  The morphology of the tremolite content is predominantly platy (non-fibrous).
     Airborne fiber levels will not exceed OSHA standards in the intended end use.
 3)  Airborne release of the fibrous tremolite content is suppressed by a binder
     which is added in processing.  Airborne fiber levels will not exceed OSHA
     standards in intended end use.

 4)  The normal physical handling given to vermiculite concentrate can create
     an airborne fiber level in excess of OSHA standards.  Compliance with
     standards can be assured by various methods:  enclosure, exhaust ventilation
     and dust collection.

 5)  The normal physical handling given to vermiculite concentrate can create
     a nuisance dust level in excess of OSHA standards.  Due to the predominantly
     platy (non-fibrous) character of the tremolite contaminant, the dust has
     a negligible "asbestos fiber" (less than 0.5% by weight) fraction.  Normal
     industrial dust control practices should be followed.

RECOMMENDED FIBER STATEMENTS

| MIXES | LIBBY | KEARNEY |
|---|---|---|
| MONOKOTE | 1* | 1 |
| ZONOLITE 3300 | 1* | 1 |
| REDI-EARTH GROWER | 1 | 1 |
| METRO-MIX GROWER | 1 | 1 |
| **100% VERMICULITE PRODUCTS** | | |
| MASONRY FILL (#4 size) | 1 | 1 |
| "      "   (#3 size) | 1 | 1 |
| ATTIC FILL (#1 size) | Consumer product | |
| "     "  (#2 size) | (MSDS)    not | |
| "     "  (#3 size) | appropriate | |
| ZONOLITE CONCRETE AGGREGATE (#4 size) 1 | | 1 |
| TERRA-LITE GROWER (#2 size) | 1 | not applicable |
| TERRA-LITE CONSUMER (#3 size) | 1 | 1 |
| VERXITE | not applicable | below detectable 1 |
| INDUSTRIAL (#1 size) | MSDS for industrial end uses | |
| "      (#2 size) | must be specifically tailored for the | |
| "      (#3 size) | particular end use practice & must be | |
| "      (#4 size) | developed on the basis of customer input | |
| BULK AGRICULTURAL VERM. #4 | 5 (modified) | 5 (modified) |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 4 | not applicable |
| Size #2 | 4 | not applicable |
| Size #3 | 4 | 5 |
| Size #4 | 4 | 5 |
| 4G | 4 | 5 |
| Size #5 | — | 5 |

The information contained herein is based on knowledge believed to be reliable but
W. R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF.  Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

 * Blessington feels that these two products need further discussion & clarification.

U.S. DEPARTMENT OF LABOR
Occupational Safety and Health Administration

DATE: _____

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

E. S. Wood

J. W. Wolter

B. R. Williams

W. R. Hanlon

O. M. Favorito

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Co. - Construction Products Division | 617-876-1400 x 457 |

ADDRESS (Number, Street, City, State, and ZIP Code)
62 Whittemore Avenue, Cambridge, MA  02140          Quality Assurance Manager

CHEMICAL NAME AND SYNONYMS                    TRADE NAME AND SYNONYMS
VERMICULITE CONCENTRATE (Non-expanded) #1 & #2   Vermiculite Concentrate - Libby Mine

CHEMICAL FAMILY                               FORMULA
Magnesium Aluminosilicate Mineral            $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)_2 \cdot H_2O$

## SECTION II - HAZARDOUS INGREDIENTS

Contains less than * % by weight of a naturally
occurring contaminant tremolite. OSHA Regulation 1910.93A defines
tremolite (fibrous form) as asbestos. Some forms of tremolite are platy. Other
forms can be fibrillated by physical handling to release airborne "asbestos
fibers". Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc;
8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any
one time for airborne fiber exposure.

* #1:  1.2    #2:  2.5

The normal physical handling given to vermiculite concentrate can create an airborne
fiber level in excess of OSHA standards. Compliance with standards can be assured
by various methods: enclosure, exhaust ventilation and dust collection.

## SECTION III - PHYSICAL DATA

| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs/c.f. | 45-65 |

APPEARANCE AND ODOR  Free flowing irregularly shaped flake - ranging in color from
gold to dark grey

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)           Form OSHA-20
                                                                  Rev. May 72

The information contained herein is based on knowledge believed to be reliable, but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

SECTION V - HEALTH HAZARD DATA

**THRESHOLD LIMIT VALUE**
Airborne asbestos fiber 2f/cc T.W.A. - ceiling 10f/cc at one time

Dust respirable fraction 5 mgm/M³.  Total dust 15 mgm/M³

0629329

02302420

**EMERGENCY AND FIRST AID PROCEDURES**
NA

## SECTION VI - REACTIVITY DATA    NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

**INCOMPATABILITY** *(Materials to avoid)*

**HAZARDOUS DECOMPOSITION PRODUCTS**

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED**
Dampen slightly or use other techniques which control airborne fibers and dust

within the TLV limits of Section V above.

**WASTE DISPOSAL METHOD**  Use disposal techniques which control airborne fibers and dust

within the TLV limits of Section V above. See OSHA Standard 1910.93A.
Paragraph (h) (2) Waste Disposal

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.93A - Controls such as isolation enclosure, exhaust ventilation and
dust collection shall be used to meet exposure limits.  Also see OSHA Standard
1910.93A Personal Protective Equipment for dealing with work environments in excess
of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING**
See OSHA standard 1910.1001

**OTHER PRECAUTIONS**

PAGE (2)
GPO 8 10-143

Form OSHA-20
Rev. May 72

MAY. 9. 2002  5:34PM   NESS MOTLEY4TH FL DEPARTMENT OF LABO┌ 3   NO. 4783  P. 8/27 062433

| | |
|---|---|
| DATE: | E. S. Wood |
| **Occupational Safety and Health Administration** | J. W. Wolter |

# MATERIAL SAFETY DATA SHEET
B. R. Williams

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

W. R. Hanlon

### SECTION I
O. M. Favorito

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Co. - Construction Products Division | 617-876-1400 x 457 |

ADDRESS (Number, Street, City, State, and ZIP Code)
62 Whittemore Ave., Cambridge, MA   02140
Quality Assurance Manager

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| VERMICULITE CONCENTRATE           #3 & #4  E. Ac | Vermiculite Concentrate - Kearney Min |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)_2$ |

### SECTION II - HAZARDOUS INGREDIENTS

The normal physical handling given to vermiculite concentrate can create 02302821
a nuisance dust level in excess of OSHA standards.  Due to the predominantly
platy (non-fibrous) character of the tremolite contaminant, the dust has
a negligible "asbestos fiber" (less than 1% by weight) fraction.  Normal
industrial dust control practices should be followed.

### SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F) | NA | SPECIFIC GRAVITY (H2O=1) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs/c.f. | 45-65 |
| APPEARANCE AND ODOR | Free flowing irregularly shaped flake - ranging in color from gold to dark grey | | |

### SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)                    Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF.  Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

THRESHOLD LIMIT VALUE
Dust respirable fraction 5mgm/M$^3$.  Total dust 15mgm/M$^3$.

02302822

0624331

EMERGENCY AND FIRST AID PROCEDURES    NA

## SECTION VI - REACTIVITY DATA

NOT APPLICABLE

| STABILITY | | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | UNSTABLE | | | |
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD    Use disposal techniques which control airborne
dust within the TLV limits of Section V above.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

Respiratory Protection: If TLV is exceeded, use disposable respirator
Type TC-21C-132; 3M #8710 or similar disposable or reusable respirator

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

PAGE (2)
6PB # ID.b0

Form OSHA-20
Rev. May 72

MAY. 9. 2002 5:35PM    NESS MOTLEY4TH FL    NO. 4783    P. 10/27

E. S. Wood

J. W. Wolter

B. R. Williams

W. R. Hanlon

O. M. Favorite

U.S. DEPARTMENT OF LABOR
Occupational Safety and Health Administration

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

MANUFACTURER'S NAME
W. R. Grace & Co. - Construction Products Division

ADDRESS (Number, Street, City, State, and ZIP Code)
62 Whittemore Avenue, Cambridge, MA  02140

EMERGENCY TELEPHONE NO.
617-876-1400 x 457.
Quality Assurance Manager

CHEMICAL NAME AND SYNONYMS
NOT APPLICABLE

TRADE NAME AND SYNONYMS
REDI-EARTH GROWER

CHEMICAL FAMILY
Peat Moss/Vermiculite Mixture

FORMULA
NOT APPLICABLE

## SECTION II - HAZARDOUS INGREDIENTS

02302823

Expected end use procedures in the grower industry may create dusty conditions.

Airborne fiber levels will not exceed OSHA standards in the intended end use.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE (        =1) | NA |
| SOLUBILITY IN WATER | NA | Bulk Density lbs/c.f. | 8-10 |
| APPEARANCE AND ODOR | Slightly moist brown colored free-flowing material | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICABLE

| FLASH POINT (Method used) | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| EXTINGUISHING MEDIA | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | |

PAGE (1)

(Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

Nuisance dust TLV = 10mg/M$^3$: 5mg/M$^3$ respirable

02302824

| EMERGENCY AND FIRST AID PROCEDURES | NA |
|---|---|

## SECTION VI - REACTIVITY DATA   NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID |
|---|---|---|---|
| | STABLE | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID |
|---|---|---|---|
| | WILL NOT OCCUR | | |

## SECTION VII - SPILL OR LEAK PROCEDURES   NOT APPLICABLE

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

WASTE DISPOSAL METHOD

## SECTION VIII - SPECIAL PROTECTION INFORMATION   NOT APPLICABLE

RESPIRATORY PROTECTION (Specify type)

| VENTILATION | LOCAL EXHAUST | | SPECIAL |
|---|---|---|---|
| | MECHANICAL (General) | | OTHER |

| PROTECTIVE GLOVES | | EYE PROTECTION | |
|---|---|---|---|

OTHER PROTECTIVE EQUIPMENT

## SECTION IX - SPECIAL PRECAUTIONS   NOT APPLICABLE

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

PAGE (2)
GPO 833-640

Form OSHA-20
Rev. May 72

NESS MOTLEY 4TH FL                    NO. 4783    P 12/27

02302825

0624334

# GRACE

Construction Products Division

TO:    E. S. Wood                        DATE:  April 5, 1977
       J. W. Wolter
       B. R. Williams
       W. R. Hanlon
       O. M. Favorito

FROM:  R. C. Ericson            SUBJECT:  MSDS for Vermiculite
                                          Concentrate & Finished Produc
cc:    W. F. McCord
       H. C. Duecker
       R. Locke
       F. Eaton


          With more data now available, I have drafted some proposed
language for Material Safety Data Sheets.  My view is that we should
have an MSDS for each product in the line because this permits us to
make more informative and precise statements.

          The most difficult section to complete is Section II - HAZARDOUS
INGREDIENTS.  This will include (1) a tremolite statement and
(2) an asbestos fibers statement.  I am attaching proposals for
a standard pattern to follow in this section with (17) distinct finished
product classifications.  Also attached are (3) examples of complete
MSDS for Libby concentrate, Kearney concentrate, and Redi-Earth
(an example of a mixed product).

          I would expect that a group discussion of these proposals
could permit us to develop a concensus draft so that we can respond to
numerous pending requests.  As a related postscript, I would like
to offer my version of a "safety" statement:  "We believe our product
has an ((1) acceptable or (2) negligible or (3) almost non-existent)
hazard at any forseeable exposure levels in its intended end use."


                              R C Ericson
                              R. C. Ericson


rce/lpj
Attachments

02302826

062433!

1.   **LIBBY TREMOLITE STATEMENT:** Contains less than _*_ % of a naturally occurring contaminant tremolite. OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Some forms of tremolite are platy. Other forms can be fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.


**KEARNEY TREMOLITE STATEMENT:** Contains less than _*_ % of a naturally occurring mixture of amphibole contaminants; Hornblend and tremolite. The predominant morphology of the contaminant is platy (non-fibrous). OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Less than 5% of the contaminant is in a form which can fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.


* % TREMOLITE TABLE BASED ON AVAILABLE CPD TREMOLITE TEST DATA

| MIXES | LIBBY | KEARNEY |
|---|---|---|
| MONOKOTE | 0.10% | .2-2.0% |
| ZONOLITE 3300 | 0.10% | .2-2.0% |
| REDI-EARTH | 0.10% | .2-2.0% |
| METRO-MIX | 0.10% | .2-2.0% |

Per E.G. Wood, definitions above are termed "MINUTE".

| 100% VERMICULITE PRODUCTS | LIBBY | KEARNEY |
|---|---|---|
| MASONRY FILL (#4 size) | xx | xx |
| "     "    (#3 size) | xx | xx |
| ATTIC FILL (#1 size) | unknown | not applicable |
| "     " (#2 size) | 0.1% | not applicable |
| "     " (#3 size) | 0.1% | 1-6% |
| ZONOLITE CONCRETE AGGREGATE | | |
| (#4 size) | 0.5% | 1-6% |
| TERRA-LITE GROWER (#2 size) | 0.1% | not applicable |
| "     " CONSUMER (#3 size) | 0.1% | 1-6% |
| VERXITE (#4 size) | not applicable | below detectable lim |
| INDUSTRIAL (#1 size) | xx | not applicable |
| "     (#2 size) | 0.1% | not applicable |
| "     (#3 size) | 0.1% | 1-6% |
| "     (#4 size) | 0.5% | 1-6% |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 1.2 | not applicable |
| Size #2 | 2.5 | not applicable |
| Size #3 | xx | 1-6% |
| Size #4 | xx | 1-10% |
| 4G | xx | xx |
| Size #5 | xx | xx |

** The 5% statement is suggested on the basis of microscopic examination of a single Kearney sample. The 5% figure is an estimate. If we intend to use th approach we would have to generate quantitative lab data by means of linear traverse.

0624336

02302827

2.  **AIRBORNE "ASBESTOS FIBER" STATEMENT:**
   1) Airborne fiber levels will not exceed OSHA standards in the intended end use.
   2) The morphology of the tremolite content is predominantly platy (non-fibrous). Airborne fiber levels will not exceed OSHA standards in the intended end use.
   3) Airborne release of the fibrous tremolite content is suppressed by a binder which is added in processing. Airborne fiber levels will not exceed OSHA standards in intended end use.

   4) The normal physical handling given to vermiculite concentrate can create an airborne fiber level in excess of OSHA standards. Compliance with standards can be assured by various methods: enclosure, exhaust ventilation and dust collection. See W. R. Grace & Co. bulletin # _____ for recommended practices.

   5) The normal physical handling given to vermiculite concentrate can create a nuisance dust level in excess of OSHA standards. Due to the predominantly platy (non-fibrous) character of the tremolite contaminant, the dust has a negligible "asbestos fiber" fraction. Normal industrial dust control practices should be followed.

|  |  | POSSIBLE FIBER STATEMENTS |
|---|---|---|
| **MIXES** | **LIBBY** | **KEARNEY** |
| MONOKOTE | 1 | 1; 2 |
| ZONOLITE 3300 | 1 | 1; 2 |
| REDI-EARTH | 1; 3 | 1; 2; 3 |
| METRO-MIX | 1; 3 | 1; 2; 3 |

| **100% VERMICULITE PRODUCTS** | **LIBBY** | **KEARNEY** |
|---|---|---|
| MASONRY FILL (#4 size) | 3 | 1; 2 |
| "      " (#3 size) | 3 | 1; 2 |
| ATTIC FILL (#1 size) | unknown |  |
| "      " (#2 size) | 3 |  |
| "      " (#3 size) | unknown | 1; 2 |
| ZONOLITE CONCRETE AGGREGATE |  |  |
| (#4 size) | 1 | 1; 2 |
| TERRA-LITE GROWER (#2 size) | 1; 3 |  |
| TERRA-LITE CONSUMER(#3 size) | 1 | 1; 2 |
| VERXITE INDUSTRIAL (#1 size) | 3 |  |
| "      " (#2 size) | 3 |  |
| "      " (#3 size) | 3 | 1; 2 |
| "      " (#4 size) | 3 | 1; 2 |

| **VERMICULITE CONCENTRATE** | **LIBBY** | **KEARNEY** |
|---|---|---|
| Size #1 | 4 | not applicable |
| Size #2 | 4 | not applicable |
| Size #3 | 4 | 5 |
| Size #4 | 4 | 5 |
| 4G | 4 | 5 |
| Size #5 | --- | 5 |

The information contained herein is based on knowledge believed to be reliable but W. R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

MAY. 9. 2002  5:36PM    NESS MOTLEY 4TH FL    NO. 4783    P. 15/27  6243

DATE:

**DEPARTMENT OF LABOR**
Occupational Safety and Health Administration

E. S. Wood

# MATERIAL SAFETY DATA SHEET

J. W. Wolter

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

B. R. Williams

W. R. Hanlon

## SECTION I

O. M. Favorito

MANUFACTURER'S NAME
W. R. Grace & Co. – Construction Products Division

EMERGENCY TELEPHONE NO.
617-876-1400 x 457

ADDRESS (Number, Street, City, State, and ZIP Code)
62 Whittemore Avenue, Cambridge, MA  02140

Quality Assurance Manager

CHEMICAL NAME AND SYNONYMS
VERMICULITE CONCENTRATE (Non-expanded) #1 & #2

TRADE NAME AND SYNONYMS
Vermiculite Concentrate – Libby Mine

CHEMICAL FAMILY
Magnesium Aluminosilicate Mineral

FORMULA
(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)10(OH)·H2O

## SECTION II – HAZARDOUS INGREDIENTS

1. **TREMOLITE STATEMENT:** Contains less than __*__ % of a naturally occurring
   contaminant tremolite. OSHA Regulation 1910.93A defines tremolite as asbestos.
   Some forms of tremolite are platy. Other forms can be fibrillated by physical
   handling to release airborne "asbestos fibers" longer than 5 micrometers.
   Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time
   weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for
   airborne fiber exposure.

   *  #1:  1.2      #2:  2.5                                02302828

   The normal physical handling given to vermiculite concentrate can create an airborne
   fiber level in excess of OSHA standards.  Compliance with standards can be assured
   by various methods:  enclosure, exhaust ventilation and dust collection.
   See W. R. Grace & Co. bulletin # _____ for recommended practices.

## SECTION III – PHYSICAL DATA

| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( ___ =1) | NA |
| SOLUBILITY IN WATER | Slight if any | Bulk Density lbs/c.f. | 45-65 |
| APPEARANCE AND ODOR | Free flowing irregularly shaped flake – ranging in color from gold to dark grey | | |

## SECTION IV – FIRE AND EXPLOSION HAZARD DATA     NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)                    Form OSHA-20
                                                                           Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF.  Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

THRESHOLD LIMIT VALUE
Airborne asbestos fiber 2f/cc T.W.A. - ceiling 10f/cc at one time          0624338

Dust respirable fraction 5 mgm/M³.    Total dust 15 mgm/M³.          02302800

EMERGENCY AND FIRST AID PROCEDURES
                              NA

## SECTION VI - REACTIVITY DATA    NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | | |
| | STABLE | | | | |

INCOMPATABILITY *(Materials to avoid)*

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | | |
| | WILL NOT OCCUR | | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD
Use disposal techniques which control airborne fibers and dust
within the TLV limits of Section V above. See OSHA Standard 1910.93A.
Paragraph (h) (2) Waste Disposal

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSEA 1910.93A - Controls such as isolation enclosure, exhaust ventilation and
dust collection shall be used to meet exposure limits.  Also see OSHA Standard
1910.93A Personal Protective Equipment for dealing with work environments in excess
of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING
See OSHA Standard 1910.1001

OTHER PRECAUTIONS

PAGE (2)
GPO # 0.140

Form OSHA-20
Rev. May 72

MAY. 9. 2002  5:37PM    NESS MOTLEY 4TH FL    NO. 4783—P. 17/27

DEPARTMENT OF LABOR
Occupational Safety and Health Administration

J. W. Wolter

B. R. Williams

W. R. Eanlon

O. M. Favorito

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Co. - Construction Products Division | 617-876-1400 x 457 |

| ADDRESS (Number, Street, City, State, and ZIP Code) | |
|---|---|
| 62 Whittemore Ave., Cambridge, MA   02140 | Quality Assurance Manager |

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| VERMICULITE CONCENTRATE    #3 & #4 | Vermiculite Concentrate - Kearney Min |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)·B_2O$ |

## SECTION II - HAZARDOUS INGREDIENTS

KEARNEY TREMOLITE STATEMENT: Contains less than _*_ % of a naturally
occurring mixture of amphibole contaminants; Hornblend and tremolite.
The predominant morphology of the contaminant is platy (non-fibrous).
OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos.
Less than 5% of the contaminant is in a form which can be fibrilated
by physical handling to release airborne "asbestos fibers" longer than
5 micrometers.  Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc;
8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any
one time for airborne fiber exposure.

02302830

* #3: 1-6%;  #4: 1-10%
The normal physical handling given to vermiculite concentrate can create
a nuisance dust level in excess of OSHA standards.  Due to the predominantly
platy (non-fibrous) character of the tremolite contaminant, the dust has
a negligible "asbestos fiber" fraction.  Normal industrial dust control
practices should be followed.

## SECTION III - PHYSICAL DATA

| BOILING POINT (°F) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs/c.f. | 45-65 |
| APPEARANCE AND ODOR | Free flowing irregularly shaped flake - ranging in color from gold to dark grey | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | LEL | UEL |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)                    Form OSHA-20
                                                                            Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF.  Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

Dust respirable fraction. 5mgm/M$^3$.   Total dust 15mgm/M$^3$.

02302831

0624340

EMERGENCY AND FIRST AID PROCEDURES    RA

## SECTION VI - REACTIVITY DATA

NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID |
|---|---|---|---|
| | STABLE | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID |
|---|---|---|---|
| | WILL NOT OCCUR | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD    Use disposal techniques which control airborne
dust within the TLV limits of Section V above.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

Respiratory Protection: If TLV is exceeded, use disposable respirator
Type TC-21C-132; 3M #8710 or similar disposable or reusable respirator

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

PAGE (2)
EPB #2.60

Form OSHA-20
Rev. May 72

MAY. 9. 2002  5:38PM   NESS MOTLEY4TH FL   DEPARTMENT OF LABOR   NO. 4783   P. 19/27

DATE:_____                   Occupational Safety and Health Administration

E. S. Wood

0624

# MATERIAL SAFETY DATA SHEET

J. W. Wolter

B. R. Williams

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

W. R. Hanlon

O. M. Favorito

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Co. - Construction Products Division | 617-876-1400 x 457 |

| ADDRESS (Number, Street, City, State, and ZIP Code) | |
|---|---|
| 62 Whittemore Avenue, Cambridge, MA  02140 | Quality Assurance Manager |

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| NOT APPLICABLE | REDI-EARTH GROWER |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Peat Moss/Vermiculite Mixture | NOT APPLICABLE |

## SECTION II - HAZARDOUS INGREDIENTS

02302832

1.  Contains less than 2.0% of a naturally occurring contaminant tremolite.
    The morphology of the tremolite content is predominantly platy (non-fibrous).
    Less than 5% of the contaminant (0.1%) is in a form which can be fibrillated
    by physical handling to release airborne "asbestos fibers" longer than
    5 micrometers.

2.  Airborne fiber levels will not exceed OSHA standards in the intended end use.

3.  Airborne release of the fibrous tremolite content is suppressed by a binder
    which is added in processing.  Airborne fiber levels will not exceed OSHA
    standards in intended end use.

NOTE:  This section could include any of the following combinations:
       1 & 2 or 1 & 3 (Kearney vermiculite only)

## SECTION III - PHYSICAL DATA

| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( _____ =1) | NA |
| SOLUBILITY IN WATER | NA | Bulk Density lbs/c.f. | 8-10 |
| APPEARANCE AND ODOR | Slightly moist brown colored free-flowing material | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)                    Form OSHA-20
                                                                            Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF.  Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

MAY. 9.2002  5:39PM   NESS MOTLEY4TH FL'   HEALTH HAZARD DATA      NO.4783   P. 20/27

02502873

0624342

| THRESHOLD LIMIT VALUE |
|---|
| Nuisance Gust TLV = 10mg/m³; 5mg/M³ respirable |

| EMERGENCY AND FIRST AID PROCEDURES | NA |
|---|---|
| | |
| | |

## SECTION VI - REACTIVITY DATA    NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |
| INCOMPATABILITY (Materials to avoid) | | | | |
| HAZARDOUS DECOMPOSITION PRODUCTS | | | | |
| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES   NOT APPLICABLE

| STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED |
|---|
| |
| |
| WASTE DISPOSAL METHOD |
| |
| |

## SECTION VIII - SPECIAL PROTECTION INFORMATION   NOT APPLICABLE

| RESPIRATORY PROTECTION (Specify type) | | |
|---|---|---|
| VENTILATION | LOCAL EXHAUST | SPECIAL |
| | MECHANICAL (General) | OTHER |
| PROTECTIVE GLOVES | | EYE PROTECTION |
| OTHER PROTECTIVE EQUIPMENT | | |

## SECTION IX - SPECIAL PRECAUTIONS   NOT APPLICABLE

| PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING |
|---|
| |
| OTHER PRECAUTIONS |
| |

PAGE (2)
GPO 833-640

Form OSHA-20
Rev. May 72

05/09/02  THU 02:24  [TX/RX NO 91141]

CCM

R. C. Swan.
CC - Wood

(a)

(b)



5:40PM NESS MOTLEY4TH FL NO. 4783 P. 23/27

0624345

02302836

(C) I note that the asbestos standard 1%/.1% is not mentioned in the proposed MSDS data sheet for Heavy ore. I [illegible] believe that reference to the standard should be made to the standard since from time to time pockets of Ellen ore are mined in South Carolina which [illegible] a tremolite asbestos-type content. Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction." seems confusing. As indicated above a 0.5% tremolite asbestos fiber content could be significant because asbestos fibers are light. [illegible] a statement that the tremolite asbestos-form mineral content of the Heavy ore is less than 0.5% by weight would be more accurate. How

(if I understand your data correctly) In fact the total tremolite content [illegible] both platy and [illegible] could be as high as 1.0%. [illegible] Carolina ore

05/09/02 THU 02:24 [TX/RX NO 9114]

0624346

023028717

As I indicated above I _do not_ ~~recommend~~ do not recommend the inclusion of a statement relating to present extent of tremolite asbestos mineral.

(2)  I suggest that H.A. Schulz be added to EPD's MSDS review persons.

∂. M̶ C̶

CCM        These _____
del. orally at Fiber
meeting 4-8-77

R. C. Ericson                              Re:  MSDS for Vermiculite
CC: Wood                                       Concentrate & Finished Products

I have reviewed the Draft Proposal for MSDS for vermiculite concentrated ore

finished products and have the following comments:


(a)     References to Regulation 1910.93A should be deleted.  This was the designation given to

the OSHA asbestos standard before it was verified.  The proper designation is to 1910.1001 and

this reference should be used throughout.


(b)     I understand that the reason for wanting to indicate the percent by weight of tremolite

content is to give the recipient the indication that he is not giving a product containing

commercial asbestos and that the tremolite asbestos


## PAGE 2

contaminant content is low.  However, I think that this could be construed as an invitation for the

recipient to believe that because the percent tremolite asbestos content is low that the amount of

tremolite asbestos fiber released in handling the product can be assumed to be less than this

prescribed by the asbestos standard.  As you know, respirable tremolite asbestos fibers are light

and countless numbers may be present even though the percent by weight is low.   A

knowledgeable person could on this basis become overly concerned if he were informed that as

in the case of Libby #2 ore std at it contained 2.5% tremolite asbestos mineral.  Accordingly, I

would recommend that such statement be deleted.  OSHA standard 1910.1001 regulates airborne
fiber concentrations and that should be the recipient's concern.


## SIDE ENTRY

In addition because the tremolite content of the ore body may vary one could expect that the
percent asbestos tremolite content of the ore concentrate to vary so that unless the percent stated
when high enough to cover all contingencies the MSDS from time to time could be in fact
inaccurate.


## PAGE 3

(c) I note that the asbestos standard 1910.1001 is not mentioned in the proposed MSDS data
sheet for Kearney ore.  I believe that reference should be made to this standard since from time
to time pockets of Allen ore are mined in South Carolina which have a tremolite asbestiform
content.  Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5%
by weight) fraction." seems confusing.  As indicated above a 0.5% tremolite asbestos fiber
content could be significant because respirable fibers are light.  In fact, if I understand your data
correctly, the total tremolite content of both platy and asbestiform of South Carolina ore could be
as high as 10%.  I believe that a statement that the tremolite asbestiform mineral content of the
Kearney ore is less than 0.5% by weight would be more accurate.  However


## PAGE 4

as I indicated above I do not recommend inclusion of a statement relating to percent content of
tremolite asbestosform mineral.

MAY. 9. 2002  5:42PM    NESS MOTLEY4TH FL                              NO. 4783   P. 21.27

(d) I suggest that H. A. Eschenbach be added to CPD's MSDS review process.


O. M. F.

# EXHIBIT  U

> "Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels. This necessitates a binder development program or other remedy"

GRACE

CO...STRUCTION PRODUCTS DIVISION

MAR 11 1976

CONFIDENTIAL

March 11, 1976

To:    H. A. Brown

From:  R. M. Locke

Subj:  Recent Sampling in Connection with Omaha
       Citations 4 and 5 (Product and Waste)

1. Sampling Conclusions: Based upon these very few, hurried tests which
   would be nice to verify between plants and with more job sites.

   A.    Both Concrete Aggregate and Monokote are under 2 fibre, pro-
         bably due to outdoor use with free air circulation. Only Dallas
         product has been tested, however, and there may be plant to plant
         variations in addition to the job site variations.

   B./C. Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels.
         This necessitates a binder development program or other remedy.

   D.    Horticultural appears to be no problem.

   E./F. Wetting stoner rock appears to put us below the 2 fibre level
         on waste disposal.

   Other: The above represent over 80% Libby output. Industrial (not tested
          - but 5% of Libby) probably approximate Attic and Concrete Aggre-
          gate depending upon ore size, application geometry, and ventilation.

2. Using the Omaha extension to 31 December 1976 for action on items 4 and 5,
   a Binder Development Program should be initiated immediately. That program
   is unsuccessful, unconomic, requires extensive plant modifications onto im-
   placement or runs into timing problems, back-up measures will be necessary.

   Such back-up programs might include: Reformulating Attic Fill; Restricting
   Masonry Fill to S.C. #4 with freight cost penalty in northern markets or
   substitution of perlite from expanding plants so equipped. Acceleration of
   wet mill clean-up potential; low-vacuum furnace setting. Teflon binding,
   Air allurization, and other. Some of the above are unlikely. However,
   back-up is the point.

   A review of the West Chicago stoner discharge water spray should be possible
   product

   Last ... it should be noted the potential exists that OSHA might inspect another
   plant and a different Regional Office might issue deadlines on product or
   rock earlier than the extended Omaha deadlines (the
   September 30, 1977 deadline for 2 fibre). In that e...
   conceivably be cited as a precedent for uniformity at 31 December 1976 and
   30 September 1977.

EXHIBIT 18
Emergency Notice

PLAINTIFF'S EXHIBIT 21
WDC 1376

10042596

"Attic Fill, tested twice, in its current form creates fibre counts in excess of the 5 fibre level generally and in excess of the 10 fibre ceiling in some instances."

H. A. Brown                    -2-                    March 11, 1976

DETAIL

1. Sampling.

Sampling of selected products was done during the last two weeks of February. The samples are not representative of all plants and of all uses of Libby products, but several conclusions may be drawn.

A. Concrete Aggregate and Monokote
(Sampling on jobsites with Dallas-made Libby #4 product)

Contractor employees opening bags, operating mixers, and disposing of bags received the highest exposures, but these were below the July 1971 1 fibre tolerance level (highest exposures were 1.0 to 1.5). Monokote gun operators (who routinely wear respirators) may be subject to 1.0 levels. Contractor employees cleaning up dried Monokote may receive levels between 2 and 5 fibres. The fibre concentrations on the roof (all less than 1 fibre) were probably a result of fibres from the ground mixer area.

In summary, it appears that application of Zonolite Insulating Concrete and Monokote do not create fibre exposures over 5 or 2 with two qualifying remarks; that (a) all sampling was out of doors or in wall-less buildings and (b) the Libby #4 product was from the Dallas plant exclusively (Reference: T&A #6871).

B. Attic Fill

Attic Fill, tested twice, in its current form creates fibre counts in excess of the 5 fibre level generally and in excess of the 10 fibre ceiling in some instances. Wetting rods to approximately 2½ quarts per cubic ft. reduces fibre counts to approximately the 2 fibre level. Sampling of Attic Fill 18 hours and 18 months after application indicates essentially no airborne residual fibres in the attic area following prior applications of vermiculite (Reference: T&A #6878 and #6880).

C. Masonry Fill (Asphalt Treated)

Masonry Fill (asphalt treated), tested twice, creates fibre counts in excess of the 5 fibre level generally, and in excess of the 10 ceiling level in some instances. Compared with the Insulating Concrete and Monokote samples (also Libby #4), the geometry of filling a hollow wall from above may be the reason for the higher fibre counts. To some degree the expanding plant may also be part of the reason (Dallas D-1A; Trenton Model A).

As was the case with Attic Fill, once pouring ceases, the fibre counts rapidly decline to nearly zero (Reference: T&A #6880 and #6885).

A test will occur week of 15 to 19 March using ... the Attic Fill experiment above. If the "know-..." ... wet Attic Fill occur with Masonry Fill, pouring block cores may be difficult.

10042597

**GRACE**

CONSTRUCTION PRODUCTS DIVISION

CONFIDENTIAL

MAR 11 1976

7

March 11, 1976

To:   H. A. Brown

From: R. H. Locke

Subj: Recent Sampling in Connection with Omaha
      Citations 4 and 5 (Product and Waste)

1. Sampling Conclusions: Based upon these very few, hurried tests which
   would be nice to verify between plants and with more job sites,

   A. Both Concrete Aggregate and Monokote are under 2 fibre, pro-
      bably due to outdoor use with free air circulation. Only Dallas
      product has been tested, however, and there may be plant to plant
      variations in addition to the job site variations.

   B./C. Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels.
      This necessitates a binder development program or other remedy.

   D. Horticultural appears to be no problem.

   E./F. Wetting stoner rock appears to put us below the 2 fibre level
      on waste disposal.

   Other. The above represent over 80% Libby output. Industrial (not tested
      but 5% of Libby) probably approximates Attic and Concrete Aggre-
      gate depending upon ore size, application geometry, and ventilation.

2. Using the Omaha extension to 31 December 1976 for action on items 4 and 5,
   a Binder Development Program should be initiated immediately. If the program
   is unsuccessful, uneconomic, requires extensive plant modifications to im-
   plement or runs into timing problems, back-up measures will be necessary.

   Such back-up programs might include: Reformulating Attic Fill; Restricting
   Masonry Fill to S.C. #4 with freight cost penalty in northern markets, or
   substitution of perlite from expanding plants so equipped; Acceleration of
   wet mill clean-up potential; Low-vacuum furnace settings; Teflon binding;
   Air allutriation; and other. Some of the above are unlikely. However,
   back-up is the point.

   A review of the West Chicago stoner discharge water spray should be possible
   soon.

   Last, it should be noted the potential exists that OSHA might inspect another
   plant and a different Regional Office might issue deadlines on product or
   rock earlier than the extended Omaha deadlines (the same applies to the
   September 30, 1977 deadline for 2 fibre). In that event, Omaha timing could
   conceivably be cited as a precedent for uniformity at 31 December 1976 and
   30 September 1977.

   I0042596

H. A. Brown                    -2-                    March 11, 1976

DETAIL

1.  Sampling.

    Sampling of selected products was done during the last two weeks of
    February. The samples are not representative of all plants and of all
    uses of Libby products, but several conclusions may be drawn.

    A.  Concrete Aggregate and Monokote
        (Sampling on jobsites with Dallas-made Libby #4 product)

        Contractor employees opening bags, operating mixers, and disposing
        of bags received the highest exposures, but these were below the
        July 1st 2 fibre tolerance level (highest exposures were 1.0 to 1.5).
        Monokote gun operators (who routinely wear respirators) may be
        subject to 1.0 levels. Contractor employees cleaning up dried
        Monokote may receive levels between 2 and 5 fibres. The fibre con-
        centrations on the roof (all less than 1 fibre) were probably a result
        of fibres from the ground mixer area.

        In summary, it appears that application of Zonolite Insulating
        Concrete and Monokote do not create fibre exposures over 5 or 2
        with two qualifying remarks; that (a) all sampling was out of doors
        or in wall-less buildings and (b) the Libby #4 product was from
        the Dallas plant exclusively (Reference: T&A #48871).

    B.  Attic Fill

        Attic Fill, tested twice, in its current form creates fibre counts
        in excess of the 5 fibre level generally and in excess of the 10 fibre
        ceiling in some instances. Wetting with water to approximately 2½ quarts
        per 3 cu.ft. bag reduces fibre counts to approximately the 2 fibre level.
        Sampling of Attic Fill 18 hours and 18 months after application indicates
        essentially no airborne residual fibres in the attic area following
        prior applications of vermiculite (Reference: T&A #48878 and #48880).

    C.  Masonry Fill (Asphalt Treated)

        Masonry Fill (asphalt treated), tested twice, creates fibre counts in
        excess of the 5 fibre level generally, and in excess of the 10 ceiling
        level in some instances. Compared with the Insulating Concrete and
        Monokote samples (also Libby #4), the geometry of filling a hollow wall
        from above may be the reason for the higher fibre counts. To some
        degree the expanding plant may also be part of the reason (Dallas D-18;
        Trenton Model A).

        As was the case with Attic Fill, once pouring ceases, the fibre counts
        rapidly decline to nearly zero. (Reference: T&A #48880 and #48885).

        A test will occur week of 15 to 19 March using Masonry Fill wetted like
        the Attic Fill experiment above. If the "snowballs" experienced with the
        wet Attic Fill occur with Masonry-Fill, pouring into block cores may be
        difficult.

10042597

H. A. Brown                    -3-                    March 11, 1976

D. <u>Horticultural</u> tests on consumer use of Ready Earth and Terralite Vermiculite indicate essentially no airborne fibres, or less than 0.1 fibre (Reference. T&A #48890).

E. <u>Dry Stoner Rock</u> in Omaha creates fibre exposures between 2 and 5 fibres for an employee transporting it to the dumpster while he is doing it. His time weighted average may differ. The contractor employee disposing of the waste in the dumpster is exposed to less than 1 fibre (0.6) even though in close proximity at the dump (Reference: T&A #48877).

F. <u>Wet Stoner Rock</u> in W. Chicago; conclusions are hampered both by all West Chicago samples being Engineering type and by inconsistencies in the data versus Omaha. However, it appears the wetted rock may be well below the 2 fibre level for employee exposures (Reference. T&A #48872).

R. H. Locke

RHL/cgr

10042598

# EXHIBIT V

> Q. You didn't send a letter out [to the owners of buildings and schools and hospitals]?
> A. What would be the reason for that? We would have everybody and his uncle trying to find out if they could sue us.

> A. You may be a good lawyer, but you would be a very poor businessman to want to spread detrimental things around about the company you work for . . . You don't tell the world about your shortcomings

10/23/91 DEPOSITION OF ROBERT JUNKER

P 84

Q.    When you got that letter, do you know if you or Mr. Moran ever sent a letter out to the owners of the buildings and schools and hospitals?

A.    No, we didn't.

Q.    You didn't send a letter out?

Q.    What would be the reason for that? We would have everybody and his uncle trying to find out if they could sue us. That would be asking for – that would be murder.

* * *

Q.    Just so I understand, you didn't send a letter out advising building owners about asbestos health problems –

A.    Absolutely not.

Q.    – because you thought they would sue you?

A.    What?

Q.    Because you thought maybe they would sue you?

A.    Well, wouldn't you? You would be suing everybody that you know, wouldn't you? You would get every case you could get to sue, and you know you would . . .

* * *

P 97

Q.    Mr. Junker, do you remember whether Grace told you to quit giving out vermiculite in the form of a letter, or was that in a telephone call, or what?

A.    That, I don't remember. That, I don't remember for sure. I doubt that it was a letter because don't I think that was the kind of thing they wanted to get spread all over the place, but –

Q.    Why don't you think that's the kind of thing they want to spread all over the place?

A.    Well, it's business.

* * *

Q.    Why don't you think this is the kind of letter that Grace wants to spread around?

[OBJECTION]

A.    You may be a good lawyer, but you would be a very poor businessman to want to spread detrimental things around about he company you work for, because that's what that would be. You don't tell the world about your shortcomings in the business world if you can help it.

**EXHIBIT**
16
Emergency Notice





NO. 90-1760-H

| | | |
|---|---|---|
| H. WALLY SHIPLEY and FAYE | * | IN THE DISTRICT COURT OF |
| SHIPLEY; WELDON COOK and | * | |
| BILLYE COOK; VIRGEL LEON | * | |
| ZIMMERMAN and RUTH | * | |
| ZIMMERMAN; HERBERT WILLIAMS | * | |
| and INEZ WILLIAMS; ARTHUR | * | DALLAS COUNTY, TEXAS |
| JAMES DAVIS; and J. R. | * | |
| GENTLE | * | |
| | * | |
| VS. | * | |
| | * | |
| ARMSTRONG WORLD INDUSTRIES | * | |
| INC., ET AL. | * | 160TH JUDICIAL DISTRICT |

- - -

ORAL DEPOSITION

OF

ROBERT JUNKER

- - -

        ANSWERS AND DEPOSITION OF ROBERT JUNKER, produced

as a witness at the instance of the Plaintiffs, taken in

the above-styled and -numbered cause on the 23rd day of

October, 1991, at 1:30 p.m., before Sherri B. Garza, a

Certified Shorthand Reporter in and for the State of

Texas, at the home of Mr. Robert Junker, 10129 Rockmoor

Drive, in the City of Dallas, County of Dallas, State of

Texas, in accordance with the Notice issued and the

agreements hereinafter set forth.



PRITCHETT & ROMANS      (214) 373-4977      DALLAS  TEXAS

ROBERT JUNKER                                    84

1        A.    No, I don't remember how we did it.  Probably

2   sent it to the dump somewhere.

3        Q.    When you got that letter, do you know if you

4   or Mr. Moran ever sent a letter out to the owners of the

5   buildings and schools and hospitals?

6        A.    No, we didn't.

7        Q.    You didn't send a letter out?

8        A.    What would be the reason for that?  We would

9   have everybody and his uncle trying to find out if they

10  could sue us.  That would be asking for -- that would be

11  murder.

12            MS. CLARK:  Object.

13       A.    And as an attorney, you should know that.

14            MS. CLARK:  I object to the

15            responsiveness of the answer.

16       Q.    Just so I understand, you didn't send a

17  letter out advising building owners about asbestos health

18  problems --

19       A.    Absolutely not.

20       Q.    -- because you thought they would sue you?

21       A.    What?

22       Q.    Because you thought maybe they would sue you?

23       A.    Well, wouldn't you?  You would be suing

24  everybody that you know, wouldn't you?  You would get

25  every case you could get to sue, and you know you would,

ROBERT JUNKER                                    85

1   you personally, if that letter was sent out telling you

2   how asbestos had ruined your building, and you better go

3   to Grace and get all the money you can because that's a

4   big conglomerate, and you better get on the gravy train.

5   I never heard of anybody saying something like that.

6   Nobody in his right mind would write a letter like that,

7   nobody.

8                    MS. CLARK:  Mr. Junker, what you need

9              to do is respond to his question.  I

10             understand you've gotten upset and that this

11             is taking a while.  We've been here over two

12             hours now.  But I object to the

13             responsiveness of the answer.  What you need

14             to do, and we'll be through quicker, if

15             you -- and I don't want you to be upset, but

16             you need to answer his question and -- answer

17             his question, but try to refrain from

18             discussion beyond that.

19                    THE WITNESS:  Some things I can't

20             refrain from, and that's one of them.

21                    MS. CLARK:  I understand, but why

22             don't we try to proceed, so we can get this

23             finished.

24                    THE WITNESS:  Let's get it over with.

25                    MS. CLARK:  We've gone for two hours

1           now.

2                   MS. O'CONNELL:  Can I ask, Counsel,

3           how much longer do you think you have?

4                   MR. WORTHINGTON:  Not much longer.

5           I appreciate your advice.

6                   We can get through with this a lot

7           quicker if you just answer the questions and

8           move on.

9                   THE WITNESS:  You don't take an

10          answer.

11                  MS. O'CONNELL:  One thing I think

12          would be helpful is if you tried not to

13          repeat your questions.  I think he feels he's

14          answered many of the things you're asking,

15          and you're asking him the same thing over

16          again.

17                      (Interruption in proceedings.)

18          Q.   Mr. Junker, when you got the letter from

19     W. R. Grace advising the company to quit using asbestos,

20     did you and Mr. Moran or anyone else ever talk about

21     whether you should let all the building owners know about

22     that letter?

23          A.   No.

24          Q.   Did you ever think that perhaps you should

25     write a letter to everyone?

ROBERT JUNKER

87

1       A.    No.  It never entered my mind or his or

2    Grace's, I'm sure.

3       Q.    Why did you not want to send out such a

4    letter?

5             MS. CLARK:  I object.  You've asked

6                 this question.

7       A.    That's asking for the same thing I said

8    before.

9       Q.    I didn't understand your answer.  I want to

10   make sure I understand.

11      A.    I said every building owner would bring suit.

12            MS. CLARK:  Wait a minute, Mr. Junker.

13                 I think he said it never entered his

14                 mind to send such a letter.  They never

15                 discussed sending such a letter, and I think

16                 that this is, you know, entering into an area

17                 that's totally not related to any issue in

18                 this lawsuit, so I object, and I think you

19                 should move on because we've been here over

20                 two hours.

21            THE WITNESS:  Don't keep mentioning

22                 that.  Let's get it over with.

23            MR. WORTHINGTON:  Off the record a

24                 second.

25                      (Discussion off the record.)

1      Q.    Mr. Junker, do you remember how you got an

2  inkling, to use your word, that asbestos could cause

3  health problems to workers?

4      A.    By reading the articles on it, on asbestosis.

5      Q.    Were those in -- what kind of documentation?

6      A.    I think one of them was in Reader's Digest.

7  Some of it was in the newspapers, wherever.

8      Q.    Did W. R. Grace ever send you a memo about

9  the health problems with asbestos?

10     A.    Not until that one.

11     Q.    Not until the one that advised you to quit

12  using it altogether?

13     A.    Right.  I don't think so.  I don't remember.

14     Q.    When you got that stop-using-asbestos letter

15  from Grace, did you and Mr. Moran ever talk about what the

16  economic impact of that would be on your company?

17     A.    Oh, I'm sure we did, yeah, yeah.

18     Q.    What did y'all talk about, Mr. Junker?

19     A.    The loss of profits.  The loss of gross

20  profit.

21     Q.    You think removing asbestos would result in a

22  loss of profits?

23     A.    Yeah.

24     Q.    Why is that?

25     A.    We wouldn't be selling it.  Any time you take

1   a good gross profit product off the line, off the market,

2   and refrain from selling it, you're bound to be -- have

3   less sales.  You've got to make it up somewhere, so we

4   went to work on trying to make it up with Monokote and

5   other vermiculite sales and so on and so forth.

6          Q.    Once the company stopped putting asbestos in

7   their products, did Grace continue to sell nonasbestos

8   Monokote and Zonolite?

9          A.    As far as I know, they did.  Texas

10  Vermiculite did.

11         Q.    Was the company still profitable with

12  nonasbestos products?

13         A.    Yeah.  We were making money.  That was a good

14  year financially, good -- the economy was up in those

15  years.

16         Q.    Do you remember at all what year that was,

17  Mr. Junker?

18         A.    No, not specifically.

19         Q.    Do you know which decade that was?

20         A.    That we stopped using it?

21         Q.    Yes.

22         A.    Well, no, I don't remember specifically what

23  decade it was either.

24         Q.    But the same year that you pulled out the

25  asbestos was a good year to your company?

1        A.    Well, it wasn't as bad as we had thought it

2    might be.

3        Q.    What kind of substitute or alternative --

4        A.    And I think it was late in the year that it

5    happened, too, if I recall.

6        Q.    Do you remember what the company used to

7    replace asbestos with in the Zonolite and Monokote

8    products?

9        A.    No, except maybe more of the gypsum and

10   bentonite and stuff like that.

11       Q.    Were Storbeck & Gregory and your other

12   customers continuing to buy your material after you took

13   the asbestos out?

14       A.    Yeah.  Those that were doing fireproofing

15   did.

16       Q.    Do you know, Mr. Junker, whether a bag of

17   asbestos-containing MK-3 Monokote fireproofing cost more

18   or less than a bag of nonasbestos-containing Monokote

19   fireproofing?

20       A.    Oh, it's bound to cost a little more with the

21   asbestos in it because asbestos isn't exactly cheap.

22       Q.    Do you know what the price difference would

23   have been?

24       A.    No, because I don't know what they make it

25   out of now.

1       Q.    Well, back in the year that the company

2  stopped using asbestos in their Monokote, do you remember

3  if the Monokote without the asbestos cost more than ten

4  cents or more than twenty cents than the asbestos bag?

5       A.    We got a good price for Monokote, a real good

6  price.  Ten cents wasn't that much money in those days for

7  a Monokote bag because it was an expensive product, so I

8  don't know.  It could have been a 25 cents difference.  I

9  don't really know.

10      Q.    You understand that the bag of MK-3 had

11 asbestos in it; is that right?

12      A.    I think it did.

13      Q.    And the bag of MK-5 did not have raw

14 asbestos, right?

15      A.    As I remember, yeah.

16      Q.    Do you know if the bag of MK-5 cost more or

17 less than the bag of MK-3 back in the '70s?

18      A.    I don't remember.  Oh, I doubt that it cost

19 less.

20      Q.    The MK-5 cost less?

21      A.    No, I doubt that it does.

22      Q.    You think it cost more, then?

23      A.    Especially nowadays.

24      Q.    But back in the '70s, you think it cost more?

25      A.    I don't know.  I really don't know.

1     Q.   It didn't make a big impression on you in

2  terms of the price difference between the asbestos and

3  nonasbestos bag of Monokote?

4     A.   You mean selling it or making it?

5     Q.   Both.

6     A.   Well, every time I made a product, I analyzed

7  the cost to make it and gave it to Mike and told him, this

8  is what we can make it for. And then he, with other

9  people, would decide what we should get for it and make a

10  decent profit, all of us together, and that's the way we

11  worked it. And I just don't remember what we came up with

12  because I don't remember what we put in that we did not

13  put in when there was asbestos, but probably more of those

14  products, those raw materials.

15     Q.   Just so I understand, Mr. Junker, you don't

16  remember today whether the bag of MK-5 cost more or less

17  than the bag of MK-3?

18     A.   I would say it cost more.

19     Q.   Do you remember how much at all the

20  difference was?

21     A.   No.

22           MS. CLARK: I object. It's been asked

23           and answered.

24           And you can stand on your answer that

25           you've already given, Mr. Junker, and you

1          don't have to keep trying to answer the same

2          question, if you would like to do that.

3                Because I think it has been asked and

4          answered, Mr. Worthington.

5      Q.    Do you know if the difference was a nickel or

6   a dime?

7                MS. CLARK:  I object.  It's been asked

8          and answered.

9      A.    I said that before.  I don't know.  I said it

10  might be a quarter, and it could be even more than that.

11  I don't know.  You don't remember those kind of things.  I

12  was figuring up the cost on 25, 30, 40 products, and I do

13  not remember what it cost to make this or that or the

14  other thing all the time.  I wrote it down, and its

15  analysis and everything, but that's all I did.

16     Q.    I just have two more lines of questioning,

17  Mr. Junker, and then we're done.  First of all, I want to

18  ask you a few questions about vermiculite.  All right?

19     A.    All right.

20     Q.    Have you ever heard of the word "tremolite"

21  asbestos?

22     A.    Is that with asbestos in it -- vermiculite

23  with asbestos?

24     Q.    I'm asking you.  I'm not going to testify for

25  you.

ROBERT JUNKER

94

1          A.     I've never heard of the cestolite (phonetic)

2    or whatever.

3          Q.     Tremolite?

4          A.     Oh, tremolite, no.  I have never heard of

5    that.  I think one of these girls mentioned it, and I had

6    never heard of it.

7          Q.     By "one of these girls," you mean one of

8    these lawyers?

9          A.     Yeah.

10                THE WITNESS:  Oh, pardon me.  You are

11                not girls; you are lawyers.

12         Q.     Did you ever understand in the '50s, '60s or

13   '70s, that vermiculite from Libby, Montana had a form of

14   asbestos in the ore?

15         A.     Yes.  Yes, we did.  We knew it.  We found out

16   about it from Grace.  We used to give it out to people to

17   fill up their yards, raise low spots, but we stopped

18   giving it out.  We would not let anybody take it home for

19   that reason.

20         Q.     When did you stop giving it out?

21         A.     I don't know.  I don't remember the year.

22         Q.     When you say "give it out," do you mean give

23   it out to just people?

24         A.     Yeah, they would pick it up in bags and take

25   it home and fill in low spots.

ROBERT JUNKER                                          95

1        Q.    For their houses?

2        A.    Yeah, their yards.

3        Q.    Why did you no longer give them the

4   vermiculite?

5        A.    Because Grace told us that.

6        Q.    Told you what?

7        A.    That there was a certain amount of asbestos

8   in vermiculite.

9        Q.    Did anyone from Grace ever tell you that

10  tremolite asbestos was a definite health hazard at the

11  Libby, Montana plant and also in the expanding plants?

12       A.    Not specifically, no.

13       Q.    Did they ever tell you that in a general way?

14       A.    Well, yeah, they did, by telling us not to

15  give any out.

16       Q.    Again, if you don't know, that's fine, but do

17  you remember at all what decade that was, or what year

18  that was?

19       A.    I remember what's his name took that out to

20  his house out in Farmers Branch from Chicago.

21             THE WITNESS:  You know, Elaine's

22             husband.

23             MRS. JUNKER:  Oh, Howard?

24             THE WITNESS:  Howard.

25             MRS. JUNKER:  That's been 20 years

1        ago, or more than that.

2               THE WITNESS:  Not when he took it out

3        to his house.

4               MRS. JUNKER:  It's been a long time

5        ago.  Good grief, it was a long time ago.

6   A.   So it was the '60s.  The decade was the '60s.

7   Q.   You think it was in the 1960s?

8   A.   Yeah.

9   Q.   But you're not real sure, are you?

10  A.   She's sure.

11              MRS. JUNKER:  No, I'm not sure.

12  A.   He came down in the middle '50s and built a

13  home.

14              MS. CLARK:  Wait.  He's given you an

15       answer, and that's his best estimate, and I

16       don't think you can ask him if he's sure or

17       not sure.  He said that it's based on his

18       memory, and that's his best estimate, so I

19       think the answer should stand.

20  A.   We stopped letting people take it home.

21              MR. WORTHINGTON:  Sandra, with all due

22       respect, I don't know if he said the '50s,

23       '60s or '70s.  I don't know what he said.

24              MS. CLARK:  He said the '60s.

25              MRS. JUNKER:  He said he didn't

1          remember.

2                    MR. WORTHINGTON:  So you say the '60s.

3          She says -- that's why I'm asking these

4          questions, because I don't know the answer.

5                    MS. CLARK:  No, you said -- well,

6          anyway.  I instruct him not to answer.  The

7          record can speak for itself.  You can go on

8          to a different question.

9          Q.    Mr. Junker, do you remember whether Grace

10   told you to quit giving out vermiculite in the form of a

11   letter, or was that in a telephone call, or what?

12         A.    That, I don't remember.  That, I don't

13   remember for sure.  I doubt that it was a letter because I

14   don't think that was the kind of thing they wanted to get

15   spread all over the place, but --

16         Q.    Why don't you think that's the kind of thing

17   they want to spread all over the place?

18         A.    Well, it's business.

19                   MS. CLARK:  That's calling for

20          speculation.  He can't testify what Grace

21          wanted or didn't want.  He's just merely

22          speculating about that, and you are asking

23          him to speculate what someone else or some

24          other group of people may have wanted to do,

25          Roger, and that's an improper question.

# EXHIBIT W

001521

Construction Products Division

GRACE

TO:   E. T. O'Reilly - Grace/NY          DATE: November 1, 1983
FROM: R. C. Walsh
CC:   O. K. Favorite

As we discussed yesterday, one way to think about lung cancer risk relating to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

In my memo to Felix Larkin of September 13, Exhibit IV showed a risk assessment analysis based on a "man years" approach. The analysis showed that one can calculate just over one-tenth of an excess lung cancer case as a result of ten years of application of our products.

Yesterday, I translated the man years approach to a working population approach and came up with some 30,000 people. The following shows the derivation of the number.

(See following page)

> One way to think about **lung cancer risk** relating to exposure to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

> Yesterday, I translated the man years . . . and came up with some

PLAINTIFF'S
EXHIBIT
23
MDL 1376

EXHIBIT
17
Emergency ...

001521

**GRACE**

Construction Products Division

TO:     K. T. O'Reilly - Grace/NY          DATE: November 1, 1985

FROM:   R. C. Walsh

CC:     O. M. Favorito

As we discussed yesterday, one way to think about lung cancer risk relating to exposure to vermiculite containing tremolite is to look at the total work population involved in the application of our products.

In my memo to Felix Larkin of September 13, Exhibit IV showed a risk assessment analysis based on a "man years" approach. The analysis showed that one can calculate just over one-tenth of an excess lung cancer case as a result of ten years of application of our products.

Yesterday, I translated the man years approach to a working population approach and came up with some 30,000 people. The following shows the derivation of the number.

(See following page)



PLAINTIFF'S
EXHIBIT
G-133.6
ALL STATE LEGAL SUPPLY CO.

# EXHIBIT X



**United States
Environmental Protection
Agency**

## Office of Pollution Prevention and Toxics

## Asbestos in Vermiculite Insulation

The U.S. Environmental Protection Agency (EPA) offices have received a large number of phone calls from citizens concerned about insulation that might contain asbestos in their homes. EPA is gathering more information about vermiculite insulation and other products containing vermiculite that may be contaminated with asbestos. If you suspect vermiculite insulation is in your home, the safest thing is to leave the material alone. If you decide to remove or must otherwise disturb the material due to a renovation project, consult with an experienced asbestos contractor. The following information provides a common-sense approach to help you find out what kind of insulation is in your home and decide what to do if you have vermiculite insulation.

Background
Why is it a problem?
What does it look like?
What should I do if I have vermiculite insulation?
How do I find an accredited asbestos removal professional?
Where can I get more information?

## Background

Product names cannot be used to determine if your insulation might contain asbestos. All vermiculite is likely to contain small or trace amounts of asbestos. EPA believes that a number of manufacturers produced insulation from vermiculite. One mine in the United States produced over 70 percent of the world's vermiculite before the mine was closed in 1990. Vermiculite products generated from this mine were likely to have been contaminated with asbestos.

Back to Top

## Why is it a problem?

If disturbed, asbestos fibers in vermiculite insulation may get into the air. These fibers can be inhaled and become trapped in the lungs where they may cause diseases such as asbestosis, lung cancer, and mesothelioma. These diseases can develop many years after exposure to asbestos.



PLAINTIFF'S
EXHIBIT
24
MDL 1396

Back to Top

## What does it look like?

Vermiculite is a mineral that is shaped like a small nugget, and varies in color from silver-gold to gray- brown. The asbestos fibers contained in vermiculite attic insulation are generally too small to be seen without magnification. Only a trained technician using careful microscopic examination can see asbestos fibers.



Click on the image to see an enlarged
picture of vermiculite.

Back to Top

## What should I do if I have vermiculite insulation in my home ?

Look at the insulation without disturbing it. If it appears you have vermiculite insulation in your home, we recommend the following steps:

- If possible, leave the insulation undisturbed. Asbestos particles will not become airborne if the insulation is contained. If it's sealed behind wallboards and floorboards or is isolated in an attic that is vented outside, the best approach is to keep it in place.
- If you are planning to remodel or replace vermiculite insulation, have it tested first.
  - EPA recommends using a trained and accredited professional to conduct the tests. If you decide to remove the vermiculite home insulation, use accredited, licensed asbestos removal professionals. Use of a "negative pressure enclosure" technique will

prevent asbestos fibers and dust from escaping from the attic into the rest of the home. **Do not attempt to do this yourself.** You could spread asbestos fibers throughout your home, putting you and your family at risk of inhaling asbestos fibers.

o  After the vermiculite insulation is removed, you may want to consider having air monitoring tests done in your attic and throughout the living areas of your home. This is to ensure that the concentration of asbestos fibers in the home is low or not present.

*Back to Top*

## How do I find an accredited asbestos removal professional?

An accredited asbestos inspector has undergone approved training and then taken examinations to be accredited. He or she will be able take samples of the insulation, provide information on the results, and advise about additional tests or options to consider. Inspectors can be found in the Yellow Pages under "Asbestos Consulting and Testing" or "Asbestos Abatement." Ask the inspector to provide the name of the company that trained, accredited him or her. Call that company to confirm whether a particular inspector has had the required training and has up-to-date accreditation. If your State has licensing, confirm that the inspector's license is also current. Companies that can test the air in your home will be found under the same listings.

*Back to Top*

## Where can I get more information?

Information can be found on the hotline and web sites below as it becomes available.

For current information on asbestos and health related information, contact EPA's TSCA Hotline at 1-202-554-1404 or visit EPA headquarters' Asbestos web site: www.epa.gov/asbestos

Also visit the federal Agency for Toxic Substances and Disease Registry (ATSDR) website at www.cdc.atsdr.gov.

*Back to Top*

Return to Asbestos Home Page

OPPT Home | EPA Home | Comments | Search

Asbestos Programs

Environmental Protection Agency Vermiculite Information Page

http://www.epa.gov/oppintr/asbestos/insulation.htm
Last revision December 7, 2000

http://www.epa.gov/asbestos/insulation.htm

12/29/2000

# EXHIBIT Y

### MICROLAB NORTHWEST
7609 140TH PL. NE
REDMOND, WA 98052
PHONE: (425) 885-9419

## LABORATORY REPORT

**TO:** Chad Trent
Fulcrum Environmental Consulting
107 South Cedar Street
Spokane, WA 99204
**PHONE:** (509) 459-9220  **FAX:** (509) 459-9219
**SUBJECT:** Identification of Asbestos
**SPECIMEN:** Three Zonolite Samples.
**REFERENCE:**

**REPORT #:** 851-00
**DATE:** April 10, 2000

### INTRODUCTION

Three samples of "Zonolite" insulation were received in small ziplock bags for an evaluation of the asbestos minerals present. The samples were marked as "#070-01", "#070-02", and "#070-03". The samples were processed one at a time to prevent any cross contamination. Each sample was placed in a flat bottomed plastic container and gently shaken to allow the fines to settle to the bottom of the container. The larger particles of vermiculite were then poured back into the plastic bag and a tapelift of the fines was made for quantitative analysis and for general characterization of the minerals present. Four mounts were made of each sample for this analysis. Samples of the fines were also analyzed in individual refractive index standard liquids to characterize the fibrous minerals in more detail. The more detailed optical analysis was conducted using polarized light and phase contrast dispersion staining.

### RESULTS

All of the samples contained significant amounts of fibrous minerals. The most common fibrous mineral was asbestiform tremolite-actinolite. This mineral is one of the controlled asbestos minerals. The optical properties ranged from the iron poor tremolites to the higher iron content actinolites. The refractive indices along the length ranged from 1.635 to 1.645, and normal to the length of 1.605 to 1.623. Extinctions varied from about 11 degrees oblique to about 18 degrees oblique. Some anthophyllite was also detected but at much lower levels. The anthophyllite was characterized as having parallel extinction, orthogonal cleavage, and refractive indices ranging through 1.620 to 1.640 normal to the fiber length and 1.640 to 1.665 parallel to the length. If the fiber was not large enough to exhibit orthogonal cleavage it was not considered as anthophyllite. This is also a controlled asbestos mineral. There were a variety of other fibrous minerals present, including fibrous talc, that are not specifically cited as a controlled asbestos mineral though the health effects may be similar.

The quantification was done by point counting though this method is not appropriate of this sample. The majority of fibers counted were very small, typically less than a three orders of magnitude less in volume than the other particles counted. In this case the point count over

**EXHIBIT**

B

estimates the fiber content significantly due to the difference in shape and size of the non-fibrous minerals present. At least two hundred particles were counted on each of the four slides for each sample. The results are not representative of the entire sample but rather only the fines. All of the fibers counted were fibrous minerals though they may not all have been a controlled asbestos mineral. Only two of the fibers counted represented large bundles of tremolite-actinolite asbestos. The remaining fiber count. were predominantly tremolite-actinolite fibers that had diameters of less than a micrometer.

| SAMPLE | TOTAL COUNT | FIBER COUNT | % ASBESTOS COUNT* |
|--------|-------------|-------------|-------------------|
| 070-01 | 842 | 8 | 0.95% |
| 070-02 | 887 | 7 | 0.79% |
| 070-03 | 812 | 8 | 0.98% |

* Percent by weight is less than a tenth of this value

The exposure to the dust from handling these materials would be enriched in fibrous minerals, predominantly tremolite-actinolite asbestos.

CONCLUSION

The samples all contain tremolite-actinolite asbestos as the dominant fibrous mineral. The amount of asbestos present in the sample is well below one percent by weight. Exposure to the dust from protracted handling of this material would be expected to exceed OSHA exposure limits.

Thank you for this opportunity to be of service. If I can provide any further assistance please contact me.

Signed: _____
                E. R. Crutcher, Consultant

# EXHIBIT  Z

1   McGARVEY, HEBERLING, SULLIVAN & McGARVEY, P.C.
    745 South Main
2   Kalispell, MT 59901
    Telephone: (406) 752-5566
3
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
4   Embarcadero Center West, 30th Floor
    275 Battery Street
5   San Francisco, CA 94111
    Telephone: (415) 956-1000
6
    NESS MOTLEY LOADHOLT RICHARDSON & POOL
7   28 Bridgeside Blvd.
    P.O. Box 1792
8   Mount Pleasant, SC 29465
    Telephone: (843) 216-9000
9
    LUKINS & ANNIS, P.S.
10  1600 Washington Trust Financial Center
    717 W. Sprague Ave.
11  Spokane, WA 99201-0466
    Telephone: (509) 455-9555
12
    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
13  999 Third Ave., Suite 3600
    Seattle, WA 98104
14  Telephone: (206) 521-0080

                    UNITED STATES DISTRICT COURT
15                      DISTRICT OF MONTANA
                         MISSOULA DIVISION
16  _____

17  PAUL PRICE, JOHN PREBIL and MARGERY    )
    PREBIL, on behalf of themselves and all others  )
18  similarly situated,                    )   No. CV 00-71-M-DWM
                                           )
19              Plaintiffs,                )   AFFIDAVIT OF RICHARD HATFIELD
                                           )   IN SUPPORT OF PLAINTIFFS'
20         vs.                             )   APPLICATION FOR PRELIMINARY
                                           )   INJUNCTION AND EMERGENCY
21  W.R. GRACE & COMPANY (a Delaware       )   NOTICE TO CLASS MEMBERS
    corporation); W.R. GRACE & COMPANY-CONN )
22  (a Connecticut corporation); W.R. GRACE & CO.,  )
    a/k/a GRACE, an association of business entities;  )
23  SEALED AIR CORPORATION (a Delaware     )
    corporation),                          )
24                                         )
                Defendants                 )
25  _____       )

26

PLAINTIFF'S
EXHIBIT
32
WRPL 1376

STATE OF GEORGIA        )
                        ) ss.:
COUNTY OF FORSYTH       )

1.    Richard Hatfield being first duly sworn, deposes and states as follows:

2.    I have personal knowledge of the facts stated herein, except were otherwise stated:

3.    I have obtained a Bachelor of Science degree in geology from North Carolina State University.

4.    I am currently the senior asbestos consultant at Materials Analytical Services (hereinafter "MAS"). Previously, I was employed by Law Engineering as Assistant Vice President and Senior Corporate Consultant from December 1987 to August 1996. Prior to that, I was Director of Services for McCrone Environmental Services for five (5) years.

5.    I am currently a member of the Environmental Information Association, and have served on the United States EPA Peer Review Committee and the ASTM D-22 Committee.

6.    For more than twenty (20) years, I have consulted on issues regarding asbestos and buildings, beginning around 1979 when I was a Technical Advisor to the U.S. EPA regarding its "Asbestos in Schools" program.

7.    During the last twenty (20) years, I have been involved in the assessment and testing of asbestos in buildings, and have inspected hundreds of buildings for asbestos. During this time, I have served as an expert witness in litigation involving asbestos in buildings, and have testified for both building owners and asbestos manufacturers.

8.    I am certified by the Environmental Protection Agency to inspect buildings for asbestos-contained materials and to manage asbestos in buildings. I am also certified by NIOSH to sample and evaluate airborne asbestos dust.

9.    I have taught courses required by EPA regarding asbestos and have given numerous talks at asbestos conferences regarding the assessment and evaluation of asbestos-containing materials in buildings. I am appending my curriculum vitae as Attachment A.

AFFIDAVIT OF RICHARD HATFIELD IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION
AND EMERGENCY NOTICE TO CLASS MEMBERS – 2

1      10.    I am familiar with testing performed in July 1993 by MAS in which MAS found

2    asbestos in bags of Grace's Zonolite Attic Insulation.  In its report dated July 26, 1993, MAS

3    concluded that tremolite-actinolite was found to be associated with the vermiculite and as free

4    respirable fibers in the fine dust. I am appending the report as Attachment B.

5      11.    In February 2000, I was hired to make a determination as to whether Grace's

6    vermiculite attic insulation in homes contained asbestos, and to conduct an assessment of whether

7    Grace's attic insulation in homes can release asbestos fibers and create an asbestos contamination

8    problem.

9      12.    I collected and arranged to have analyzed bulk samples of raw vermiculite ore and

10   vermiculite that had been milled by W.R. Grace. I also collected and arranged to have analyzed bulk

11   samples of attic insulation from eleven different locations in Libby, Montana.  All of these samples

12   were analyzed by Materials Analytical Services and found to contain tremolite\actinolite asbestos.

13    The results of analysis are contained in Attachment C.

14     13.    In addition to collecting bulk samples, I collected and arranged to have analyzed

15   samples of settled dust in three homes with W.R. Grace's Zonolite Attic Insulation in Libby,

16   Montana.  Specifically, these dust samples were collected from the homes of Walter Mason, Shelly

17   Spencer and Diane Walker.  Notably, all of these samples were analyzed by Materials Analytical

18   Services and found to contain tremolite\actinolite and anthophyllite asbestos fibers.  The asbestos

19   dust concentrations ranged from approximately 400,000 asbestos structures per square foot to

20   approximately 41,000,000 asbestos structures per square foot.  The results of analysis are set forth

21   in Attachment D.  Based on my experience and the results of this testing, it is my opinion that W.R.

22   Grace's Zonolite Attic Insulation has released asbestos fibers, which has settled on surfaces and

23   created a potential asbestos contamination hazard.

24     14.    I also conducted testing to simulate renovation activities that ordinarily take

25   place in homes with W.R. Grace's Zonolite Attic Insulation.  I was placed in contact with

26   Marco Barbanti, who owns rental properties with Grace's Zonolite Attic Insulation in S

1   Spokane, Washington.  Mr. Barbanti explained to me in detail renovation work he had

2   previously conducted and future renovation work he planned to conduct at his rental property

3   located at 1301 West Mallon.  I was placed in contact with Mr. Barbanti's handyman, Ed

4   O'Conner, who explained the procedure that he used in the past and intended to use to install

5   a bathroom heater fan in the attic of Mr. Barbanti's house.  In order to access an area on top

6   of the ceiling, Mr. O'Conner would use a tin pan to scoop the vermiculite from the top of the

7   ceiling in the area where the heater fan unit was to be installed and transfer the vermiculite

8   to an area of the attic out of the way of the work activities.  He then would sweep up the

9   residue dust and debris from the surface of the ceiling and placed it to the side. Until recently

10  Mr. Barbanti and his handyman were unaware of any potential asbestos hazard that W.R.

11  Grace's Zonolite Attic Insulation posed and therefore did not take any safety precautions in

12  conducting this work in the past.

13      15.    The work as described above was conducted in Mr. Barbanti's attic to allow for the

14  installation of a ceiling mounted heater fan unit. The attic area was isolated from the balance of the

15  house. While the attic work was performed personal and area air samples were collected.  The work

16  activities were also videotaped.  A copy of the videotape is appended as Attachment E.  The video

17  depicts the work as it was conducted.  The lighting for the videotape was a spot light.  A spotlight

18  used in this manner in a dark area created what is commonly referred to as the "Tyndall light

19  phenomena".  With the aid of this type of lighting, one can see dust particulate smaller than what

20  would normally be visible with the naked eye.  Most people have seen the "Tyndall light

21  phenomena" when sun light streams through a window in a darkened room and dust particulates

22  become suddenly visible.  During the work activities of moving the vermiculite attic insulation air

23  samples were collected on the workers and in the attic space.

24      16.    The air samples were analyzed by Materials Analytical Services and the results are

25  appended as Attachment F.  The levels ranged from 6.96 str/cc to 12.48 str/cc. These levels greatly

26

1    exceed the EPA clearance level of 0.01 f/cc, the OSHA permissible exposure limit of 0.1 f/cc, and

2    OSHA's peak exposure limit of 1 f/cc in a 30 minute period.

3        17.    I have reviewed reports of simulated testing of Zonolite Attic Insulation conducted

4    by Grace in the 1970s. In particular, I have reviewed Grace's testing dated March 11, 1976, July 11,

5    1976, April 27, 1979 and March 1980. The elevated asbestos airborne concentrations during the

6    testing that I performed simulating renovation activities are consistent with the elevated

7    concentrations that Grace achieved during installation.

8        18.    I also collected a sample of the fine dust from the top of the ceiling below the

9    vermiculite insulation. The dust sample was analyzed by Materials Analytical Services. The results

10   of analysis indicate that the asbestos dust concentration on the surface was approximately 47,000,000

11   structures per square foot. (See Attachment G). In my opinion, the results demonstrate that the fine

12   dust from the vermiculite insulation is contaminated with asbestos. Further, in my opinion

13   disturbance of this dust will result in elevated concentrations of asbestos in the air.

14       19.    Based on my testing conducted in Libby, Montana and Spokane, Washington, it is

15   my opinion to a reasonable degree of scientific certainty that Grace's Zonolite Attic Insulation

16   contains asbestos. It is also my opinion to a reasonable degree of scientific certainty that disturbance

17   of Grace's Zonolite Attic Insulation involving ordinary renovation activities, such as removing or

18   moving the vermiculite material and sweeping it up, results in dangerously high airborne

19   concentrations of asbestos fibers exceeding the EPA clearance level of 0.01 str/cc, the OSHA PEL

20   of 0.1 f/cc, and OSHA's peak or execution limit of 1 f/cc.

21       20.    The OSHA permissible exposure limit ("PEL") of 0.1 f/cc,  is applicable to

22   contractors working in the home. As an occupational standard, the OSHA Regulation was intended

23   to apply to healthy workers who are familiar with asbestos and the necessary precautions to minimize

24   exposure. The OSHA Regulation was not intended to apply to family members, including children

25   involved in ordinary household activities, including maintenance, repair and remodeling activities

26   in the home.

AFFIDAVIT OF RICHARD HATFIELD IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION
AND EMERGENCY NOTICE TO CLASS MEMBERS – 5

1    21.    The EPA clearance level of 0.01 structures per cubic centimeters (s/cc) was intended

2  to insure proper asbestos decontamination of an area following abatement. The sampling procedure

3  involves collection of air samples while surfaces in the abated space are being aggressively disturbed

4  using a leaf blower. The EPA clearance testing recognizes the problems associated with asbestos

5  dust on surfaces and that settled dust can be reentrained and cause an exposure problem.

6    22.    It is my opinion to a reasonable degree of scientific certainty that asbestos can be

7  released from Grace's Zonolite Attic Insulation and creates a contamination hazard in homes.

8    23.    Based on my experience and my testing, it is my opinion that homeowners need to

9  be warned about: 1) the presence of asbestos in Zonolite Attic Insulation; 2) the potential hazards

10  associated with disturbing Zonolite Attic Insulation and asbestos dust from the insulation; 3) the

11  need for strict safety precautions when working around this material; and 4) the need for work that

12  disturbs the insulation and dust from the insulation to be conducted by persons specifically trained

13  to work around asbestos. 5) if the disturbance of the Zonolite attic insulation cannot be controlled

14  it should be removed prior to conducting additional work activities which would disturb the

15  insulation.

16  Further Affiant sayeth not.

17                                          RICHARD L. HATFIELD

18

19  SUBSCRIBED AND SWORN to before me this _18_ day of July, 2000.

20

21  Notary Public in and for the State of Georgia
    Residing at _____
22  My commission expires: _____

23

24  NOTARY PUBLIC, Gwinnett County, Georgia
    My Commission Expires June 30, 2003
25

26

AFFIDAVIT OF RICHARD HATFIELD IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION
AND EMERGENCY NOTICE TO CLASS MEMBERS – 6