IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JJF) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Prickett, Jones & Elliott hereby withdraws its appearance in the above-referenced case on behalf of Travis Abner, James Gill, Richard Mesquita and certain other asbestos claimants, and requests that the following be removed from any applicable service lists herein.

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street, P.O. Box 13328
Wilmington, DE  19899

and

Lewis T. LeClair, Esquire
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201

Dated:    May 14, 2002

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Bruce E. Jameson (DE Bar Id. #2931)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
TEL: (302) 888-6500
FAX: (302) 658-8111

17853.1\159320v1