## CERTIFICATE OF SERVICE

I, BRUCE E. JAMESON, certify that I am not less than 18 years of age, and that service of the attached **Notice of Withdrawal and Request to be Removed From Service Lists** was made on May 14, 2002 upon the attached service list by first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature]*

Bruce E. Jameson (DE Bar Id. # 2931)

17853.1\159320v1

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to Debtors and Debtors in Possession)

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801
(Copy Service)

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Local Counsel to DIP Lender)

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Fl.
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Local Counsel to Asbestos Claimants)

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Chevron U.S.A. Inc.

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
National Medical Care, Inc.

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for The Chase Manhattan Bank)

Robert J. Dehney, Esq.
Michael G. Busenkell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Travelers Casualty and Surety Co.

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801
(Counsel for Ingersoll-Rand Fluid Products)

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(Counsel for Ingersoll-Rand Fluid Products)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Official Committee of Property Damage Claimants

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801
General Electric Company

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

John D. Demmy, Esq.
Stevens & Lee, P.C.
Suite 800
300 Delaware Avenue, 8th Fl
Wilmington, DE  19801

First Union Leasing


Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl.
P.O. box 951
Wilmington, DE  19899
Norfolk Southern Corp.


Curtis J. Crowther, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Century Indemnity Company



Thomas G. Whaley, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Mark Hankin and HanMar Associates, M.L.P.



Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109
Novak Landfill RD/RA Group (other than W.R. Grace)


James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
(Counsel to Debtor)


Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA
(Canadian counsel for Debtor)


Selinda A. Melnik, Esq.
Buchanan Ingersoll, P.C.
Chase Manhattan Centre
1201 North Market Street, Suite 1501
Wilmington, DE  19801
Gamma Holdings, N.V.



Aaron A. Garber, Esq.
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE  19899-1709
Potash Corp.




Francis J. Murphy, Esq.
John S. Spadaro, Esq.
Murphy, Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE  19899-8989
Certain Underwriters at Lloyd's of London



Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
131 Continental Drive, Suite 304
Newark, DE  19713
Novak Landfill RD/RA Group (other than W.R. Grace)



Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
(Counsel to Debtors and Debtors in Possession)



Frank J. Perch, Esquire
Office of the United States Trustee
601 Walnut Street, Curtis Center,
Suite 950 West
Philadelphia, PA 19106
(United States Trustee)



David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
(W. R. Grace & Co.)

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue 27th Floor
New York, NY 10022-4614
Official Committee of Asbestos Bodily Injury Claimants

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Official Committee of Unsecured Creditors)

Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
(Official Committee of Property Damage Claimants)

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Sealed Air Corporation)

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
(Counsel to DIP Lender)

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(Counsel to Asbestos Claimants)

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel for The Chase Manhattan)

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204
(Counsel for Asbestos Claimants)

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103
(Attorneys for PPG Industries, Inc.)

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Scott L. Beana, Esquire
Richard M. Dunn, Esquire
Bilzen, Sumberg, Dunn, Baaena & Alexrod, L.L.P.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Official Committee of Property Damage Claimants

Harry Lee, Esquire
Steptoe & Johnson LP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Peter S. Goodman, Esq.
Andrews & Kurth L.L.P.
Weather International, Incorporated
805 Third Avenue
New York, NY 10022
Weatherford U.S. Inc. and Weatherford International, Incorporated

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442
Mar-Gulf Mgmt Co., Inc./Jahra

Andrea L. Hazard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Mar-Gulf Mgmt Co., Inc./Jahra

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Anderson Memorial Hospital

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022
Gamma Holdings, N.V.

Anne Marie P. Kelley, Esq.
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
The dow Chemical Company, Hampshire Chemical Corp. and Union Carbide Corp.

Michael T. Kay, Esq.
Attn: Nancy Draves
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404B East Main Street, Second Floor
Charlottesville, VA 22902

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242
Norfolk Southern Corporation

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398
ExxonMobile Chemical Company

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

| | |
|---|---|
| David W. Wirt, Esq.<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Potash Corp. | Leonard P. Goldberger, Esq.<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103-7395<br>Century Indemnity Company |
| Lynn M. Ryan, Esq.<br>Pillsbury Winthrop LLP<br>One Battery Park Plaza<br>New York, NY  10004-1490<br>Wells Fargo Bank Minnesota | Craig Barbarosh, Esq.<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Fl.<br>Costa Mesa, CA  92626-7122<br>Wells Fargo Bank Minnesota |
| DAP Products Inc.<br>c/o Julien A. Hecht, Esq.<br>Vice President and General Counsel<br>2400 Boston Street, Suite 200<br>Baltimore, MD  21224<br><br>DAP Products Iinc. | Attn: Deirdre Woulfe Pacheco, Esq.<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10,<br>Woodbridge, NJ 07095<br>Asbestos Claimants |
| Randall A. Rios, Esq.<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX  77002<br>Huntsman Corporation | Janet M. Weiss, Esquire<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166<br>Snack, Inc. |
| Vahe Melkonian<br>Newco Management Company, LLC<br>6320  Canoga Avenue, Suite 1430<br>Woodland Hills, CA  91367<br>Snack, Inc. | David W. Baddley, Esquire<br>Greenberg Traurig, P.A.<br>515 East Las Olas Blvd., Ste. 1500<br>Fort Lauderdale, FL  33301<br>MARS Musci |
| Thomas Moers Mayer, Esq.<br>Robert T. Schmidt, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>Proposed Counsel for the Official Committee of Equity Security Holders | Philip J. Ward, Esq.<br>Victoria Radd Rollins, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington DC  20005<br>Certain Underwriters at Lloyd's of London |
| Ralph R. Mabey, Esq.<br>Penrod W. Keith, Esq.<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>1000 Kearns Bldg.<br>Salt Lake City, UT  84101<br>Certain Underwriters at Lloyd's of London | Bryan Shapiro, Esq.<br>Bear, Stearns & Co. Inc.<br>245 Park Avenue<br>New York, NY  10167<br>Bear, Stearns & Co. Inc. |

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Marsha A. Penn, Esq.
P.O. Box 3725
Houston, TX 77253-3725
Chevron U.S.A. Inc.

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Jordan N. Malz, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
Travelers Casualty and Surety Company

Attn: Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
Louis S. Robles and Robles Law Center, P.A.

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA 02109
CMGI, Inc.

Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884
GTE Operations Support, Inc.; GTE Corp.; GTE Products Corp.; GTE Sylvania Inc.; General Telephone & Electorincs Corp.; North American Phillips Corp., et al.

David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
National Medical Care, Inc.

Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
Unofficial Committee of Select Asbestos Claimants

Oscar B. Fears, III, Esquire
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
Georgia Dept. of Revenue

John K. Fiorilla, Esquire
Watson, Stevens, Fiorilla & Rutter, LLP
390 George Street
P.O. Box 1185
New Brunswick, NJ 08903
The Burlington Northern and Santa Fe Railway Company

Keavin D. McDonald, Esquire
Wilshire Scott & Dyer, P.C.
1221 McKinney, Suite 4550
Houston, TX 77010
Asbestos Claimants

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Creditor and lessor, William B. Dunbar, Trustee

Elaine Z. Cole, Esquire
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604
State of New York, Dept. of Taxation and Finance

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

In re: W.R. Grace & Co., et al.,
Case No. 01-1139 (JJF)
Service List

Ann Reimdiek Kinsella, Esquire
Assistant Attorney General
445 Minnesota St., Suite 1200
St. Paul, MN 55101-2127
State of Minnesota

Don C. Fletcher, Esquire
The Cavanagh Law Firm
1850 North Central Ave., Suite 2400
Phoenix, AZ 85004
Scottsdale Fashion Square Partnership