# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### SEVENTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

Name of Applicant:   Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  May 3, 2001

Period for which Compensation and Reimbursement is Sought:  October 1, 2001 through October 31, 2001.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $13,420.75.

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:  $8,922.92.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a:    xx monthly         _ interim         _ final application.

The total time expended for preparation of this fee application is approximately

3.00 hours and the corresponding compensation requested is approximately $850.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 4/2/01-4/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 5/1/01-5/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 6/1/01-6/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 7/1/01-7/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 8/1/01-8/31/01 | $9,407.50 | $20,486.61 | $9,407.50 | $20,486.61 |
| 11/13/01 | 9/1/01-9/30/01 | $13,158.00 | $10,035.46 | Pending | Pending |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $455.00 | 1.30 | $   500.50 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $445.00 | .30 | $   133.50 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $295.00 | 6.40 | $1,888.00 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $245.00 | 36.80 | $9,016.00 |
| Peter J. Duhig | Associate 2000; Member of DE Bar since 2001 | $195.00 | 2.20 | $   429.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | 1.80 | $   225.00 |
| Karina K. Yee | Paralegal since 1996 | $115.00 | 1.90 | $   218.50 |
| Cheryl A. Knotts | Paralegal since 2000 | $105.00 | .80 | $     84.00 |
| Timothy M. O'Brien | Paralegal since 1998 | $105.00 | 4.25 | $   446.25 |
| Rita M. Olivere | Case Management Assistant 2000 | $  55.00 | 3.00 | $   165.00 |
| Violet E. Mobley | Case Management Assistant 2000 | $  50.00 | 3.30 | $   165.00 |
| April M. Tabor | Case Management Assistant 2001 | $  50.00 | 3.00 | $   150.00 |

Blended Rate:  $206.31

---

[3] Some professional time that was spent during the Interim Period will be reflected in a subsequent application and some professional time that was spent during the previous Interim Period is reflected in this Application.

91100-001\DOCS_DE:34620.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy Litigation | 3.50 | $   747.50 |
| Case Administration | 16.30 | $2,222.00 |
| Claims Administration/Objections | 3.00 | $   735.00 |
| Compensation of Professionals | 18.75 | $4,169.75 |
| Executory Contracts | .20 | $     49.00 |
| Financial Filings | 1.90 | $   465.50 |
| Litigation (Non-Bankruptcy) | 8.10 | $1,984.50 |
| Retention of Professionals | 7.50 | $1,616.50 |
| Stay Litigation | 4.90 | $1,210.50 |
| TOTAL | 65.05 | $13,420.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $     87.00 |
| Reproduction (@$.15 per page) | | $8,317.35 |
| Express Mail | Federal Express | $   227.46 |
| Conference Call | Genesys | $     31.02 |
| Postage | | $   212.39 |
| Overtime | | $     47.70 |
| TOTAL | | $8,922.92 |

---

[4] PSZY&J may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### SEVENTH MONTHLY APPLICATION OF
### PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS
### FOR THE PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim

Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (the

"Administrative Order"), Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J") hereby files

this Seventh Monthly Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc. (f/k/a Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:34620.1

Compensation for Services Rendered and Reimbursement of Expenses as Co-counsel to the

Debtors for the Period from October 1, 2001 through October 31, 2001 (the "Application"). By

this Application PSZY&J seeks a monthly interim allowance of compensation in the amount of

$13,420.75 and reimbursement of actual and necessary expenses in the amount of $8,922.92 for

a total of $22,343.67 for the period October 1, 2001 through October 31, 2001 (the "Interim

Period"). In support of this Application, PSZY&J respectfully represents as follows:

## Background

1.    On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a

voluntary petition for relief under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors are

continuing to operate their businesses and manage their properties and assets as debtors in

possession. Since the Petition Date, the U.S. Trustee has appointed the following committees:

Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury

Claimants, Official Committee of Asbestos Property Damage Claimants, and the Official

Committee of Equity Security Holders (collectively, the "Committees"). No trustee has been

appointed in Debtors' chapter 11 cases.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On April 2, 2001, the Court entered its order that Debtors' chapter 11

cases be consolidated for procedural purposes only and administered jointly.

91100-001\DOCS_DE:34620.1

4.    By this Court's order dated May 3, 2001, Debtors were authorized to retain PSZY&J as their counsel, effective as of April 2, 2001, with regard to the filing and prosecution of their Chapter 11 cases, and all related matters (the "Retention Order"). The Retention Order authorizes Debtors to compensate PSZY&J at PSZY&J's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.    On May 3, 2001, the Court entered its Administrative Order establishing procedures for interim compensation and reimbursement of expenses of professionals. Pursuant to the procedures set forth in that Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and 100% of the expenses requested, subject to the filing and approval of interim and final fee applications of the professional.

## Compensation Paid and Its Source

6.    All Services for which PSZY&J requests compensation were performed for or on behalf of Debtors.

7.    Except for the amounts paid to PSZY&J pursuant to previously approved monthly interim applications for compensation and reimbursement, if any, or a retainer, PSZY&J

91100-001\DOCS_DE:34620.1

-3-

has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZY&J and any other person other than the shareholders of PSZY&J for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

8.    The fee statement for the Interim Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.[2] To the best of PSZY&J's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Administrative Order, and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Delaware Local Rules"). PSZY&J's time reports are initially handwritten or typewritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZY&J is particularly sensitive to issues of "lumping," and unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZY&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZY&J has reduced its charges related to any non-working "travel time" to

---

[2] However, some professional time that was spent during the Interim Period will be reflected in a subsequent application, and some professional time that was spent during a period prior to the Interim Period will be reflected in this Application.

50% of PSZY&J's standard hourly rate.  To the extent it is feasible, PSZY&J attempts to work during travel.

## Actual and Necessary Expenses

9.    A summary of actual and necessary expenses incurred by PSZY&J for the Interim Period is attached hereto as part of Exhibit A.  PSZY&J customarily charges $0.15 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZY&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZY&J summarizes each client's photocopying charges on a daily basis.

10.    PSZY&J charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile reflects PSZY&J's calculation of the actual costs incurred by PSZY&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZY&J does not charge fax receipts to Debtors in these cases.

11.    Regarding Providers of on-line legal research (e.g., LEXIS and WESTLAW), PSZY&J charges the standard usage rates these providers charge for computerized legal research.  PSZY&J bills its clients the actual cash charged by such services, with no premium.  Any volume discount received by PSZY&J is passed on to the client.

12.    PSZY&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZY&J believes that such charges are

91100-001\DOCS_DE:34620.1

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the
ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and
other charges.

## Summary of Services Rendered

13.    The shareholders and associates of PSZY&J who have rendered
professional services in these cases for which PSZY&J seeks compensation are as follows:
Laura Davis Jones, Ira D. Kharasch, Hamid R. Rafatjoo, David W. Carickhoff and Peter J.
Duhig. The paraprofessionals of PSZY&J who provided services to these attorneys in these
cases are paralegals Laurie A. Gilbert, Karina K. Yee, Timothy M. O'Brien and Cheryl A.
Knotts. The case management assistants are Rita M. Olivere, Violet E. Mobley and April M.
Tabor. PSZY&J, by and through the above-named persons, has prepared and assisted in the
preparation of various pending orders submitted to the Court for consideration, advised Debtors
on a regular basis with respect to various matters in connection with these cases, and performed
all necessary professional services which are described and narrated in detail below.

## Summary of Services by Project

The services rendered by PSZY&J during the Interim Period can be grouped into
the categories set forth below. PSZY&J attempted to place the services provided in the category
that best relates to such services. However, because certain services may relate to one or more
categories, services pertaining to one category may in fact be included in another category.
These services performed, by categories, are generally described below, with a more detailed
identification of the actual services provided set forth on the attached Exhibit A. Exhibit A

identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.   Bankruptcy Litigation

This category relates to services provided in connection with litigation issues relating to Debtors' bankruptcy cases. In that regard, during the Interim Period, PSZY&J, among other things, (1) reviewed and analyzed certain procedural issues relating to pending adversary proceedings; and (2) finalized and filed Debtors' opposition to a motion for summary judgment filed by Exxon Mobil.

Fees: $747.50;      Total hours: 3.50

### B.   Case Administration

Time billed to this category relates to administrative matters. In that regard, during the Interim Period, PSZY&J, among other things: (1) communicated with various parties interested in these cases and addressed issues regarding same; (2) maintained a current document system; and (3) assisted in coordinating the efforts of Debtors' various professionals to avoid duplication of efforts.

Fees: $2,222.00;      Total hours: 16.30

### C.   Claims Administration/Objections

This category relates to services provided in connection with claims administration and claims objections issues. During the Interim Period, PSZY&J, among other

things:  (1) addressed issues regarding Debtors' case management motion; and (2) reviewed and

addressed issues regarding Debtors' motion determining validity of reclamation claims.

Fees: $735.00;        Total hours:  3.00

### D.    Compensation of Professionals

This category relates to services provided in connection with issues related to

compensation of professionals.  During the Interim Period, PSZY&J, among other things:

(1) finalized PSZY&J's fourth fee application and addressed issues regarding the filing of same;

(2) drafted, revised, and finalized PSZY&J's fifth fee application and addressed issues regarding

the filing of same; (3) reviewed, analyzed and addressed issues regarding the filing and service

of the fee applications of Debtors' other professionals; and (4) drafted PSZY&J's first quarterly

fee application.

Fees: $4,169.75;      Total hours:  18.75

### E.    Employee Benefits

This category relates to services provided in connection with issues relating to

employee benefits.  In that regard, during the Interim Period, PSZY&J addressed issues relating

to a motion to indemnify former employees.

Fees: $220.50;        Total hours:  .90

### F.    Executory Contracts

This category relates to services provided in connection with issues related to

Debtors' executory contracts. During the Interim Period, PSZY&J participated in a telephone conference regarding Debtors' motion to extend time within which to assume or reject leases.

Fees: $49.00;        Total hours: .20

## G.    Financial Filings

This category relates to services provided in connection with Debtors' schedules of assets and liabilities and statement of financial affairs and monthly operating reports. During the Interim Period, PSZY&J, among other things, reviewed and analyzed Debtors' monthly operating reports and addressed issues relating to the filing of the same.

Fees: $465.50;        Total hours: 1.90

## H.    Litigation (non-bankruptcy)

This category relates to services provided in connection with certain non-bankruptcy related litigation. During the Interim Period, PSZY&J, among other things: (1) addressed issues regarding the compromise controversy with the state of Washington; (2) reviewed, analyzed and addressed issues relating to tobacco litigation pending in Mississippi; and (3) reviewed and revised a motion to approve a consent decree between Debtors and the Environmental Protection Agency and addressed issues regarding filing of same.

Fees: $1,984.50;        Total hours: 8.10

## I.    Retention of Professionals

This category relates to services provided in connection with obtaining approval of various professionals' employment. During the Interim Period, PSZY&J, among other things:

91100-001\DOCS_DE:34620.1

(1) addressed issues regarding the retention of Rust Consulting as claims agent; (2) reviewed, analyzed and addressed issues regarding Debtors' opposition to motion to retain special counsel to prosecute fraudulent transfer claims; and (3) addressed issues regarding the retention of ordinary course professionals.

Fees: $1,616.50;    Total hours: 7.50

### J.    Stay Litigation

Time listed in this category relates to services provided to Debtors in connection with automatic stay issues. During the Interim Period, PSZY&J negotiated and drafted a stipulation for relief from stay with Honeywell International Inc.

Fees: $1,210.50;    Total Hours: 4.90

### Valuation of Services

Attorneys and paraprofessionals of PSZY&J expended a total of 65.05 hours in connection with these cases during the Interim Period, as follows:

| Name of Professional Individual | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Laura Davis Jones | $455.00 | 1.30 | $   500.50 |
| Ira D. Kharasch | $445.00 | .30 | $   133.50 |
| Hamid R. Rafatjoo | $295.00 | 6.40 | $1,888.00 |
| David W. Carickhoff | $245.00 | 36.80 | $9,016.00 |
| Peter J. Duhig | $195.00 | 2.20 | $   429.00 |
| Laurie A. Gilbert | $125.00 | 1.80 | $   225.00 |
| Karina K. Yee | $115.00 | 1.90 | $   218.50 |
| Timothy M. O'Brien | $105.00 | 4.25 | $   446.25 |
| Cheryl A. Knotts | $105.00 | .80 | $     84.00 |
| Rita M. Olivere | $  55.00 | 3.00 | $   165.00 |
| Violet e. Mobley | $  50.00 | 3.30 | $   165.00 |
| April M. Tabor | $  50.00 | 3.00 | $   150.00 |

The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZY&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZY&J to Debtors during the Interim Period is $13,420.75.

In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZY&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, PSZY&J has reviewed the requirements of the Delaware Local Rules and believes that this Application complies with such Rules.

WHEREFORE, PSZY&J respectfully requests that the Court approve, for the period October 1, 2001, through October 31, 2001, an allowance be made to PSZY&J in the sum of $13,420.75 as compensation for necessary professional services rendered, and the sum of $8,922.92 for reimbursement of actual necessary costs and expenses, for a total of $22,343.67,

that such sums be authorized for payment pursuant to the Administrative Order; and provide

PSZY&J such other and further relief as this Court may deem just and proper.

Dated: November 27, 2001

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE        :

                                            :

COUNTY OF NEW CASTLE   :

        Laura Davis Jones, after being duly sworn according to law, deposes and says:

        a)     I am a shareholder with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

        b)     I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

                                      Laura Davis Jones

SWORN AND SUBSCRIBED

before me this 27th day of December, 2001.

Notary Public

My Commission Expires: 9-12-02

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

October 31, 2001

Invoice Number   49251       91100   00001       **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:    September 30, 2001 | $114,971.28 |
| Net balance forward | $114,971.28 |

Re:  W.R. Grace and Co.

Statement of Professional Services Rendered Through     **10/31/2001**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **BANKRUPTCY LITIGATION [L430]** | | | | | |
| 10/15/01 | DWC | Teleconference with Sam Schwart re: Hartford Ins. Motion for direction from court. | 0.20 | 245.00 | $49.00 |
| 10/23/01 | DWC | Teleconference with Sam Schwartz re: procedural issues in connection with adversary proceedings. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Review Gelco Stipulation and underlying motion (.6); Teleconference with Sam Schwart re: same (.2). | 0.80 | 245.00 | $196.00 |
| 10/25/01 | DWC | Review Asbestos Committees' Notice of Hearing on Fraudulent Transfer Motion and Teleconference with Matt Zaleski re: same (.3); and e-mail to Jay Kapp and Sam Schwartz re: same (.2) | 0.50 | 245.00 | $122.50 |
| 10/25/01 | LDJ | Conference with David Carickhoff, Esq. re: tolling agreement; pending litigation and strategy | 0.20 | 455.00 | $91.00 |
| 10/29/01 | KKY | File and serve Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Prepare for filing and service Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Draft and file Affidavit of Service for Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.20 | 115.00 | $23.00 |
| 10/29/01 | KKY | Prepare for filing Affidavit of Service for Debtors' Opposition to ExxonMobil's Motion for Summary Judgment re Chakarian adversary | 0.10 | 115.00 | $11.50 |
| 10/29/01 | PJD | Review and consider ExxonMobil objection and cause to be filed | 0.70 | 195.00 | $136.50 |
| | | **Task Code Total** | **3.50** | | **$747.50** |

**CASE ADMINISTRATION [B110]**

**Invoice number** 49251          91100   00001          **Page** 2

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/01/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| '93/01 | AMT | Maintain Document Control. | 3.00 | 50.00 | $150.00 |
| ⌐/08/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 10/09/01 | DWC | Teleconference with Jay Kapp re scheduling issues. | 0.20 | 245.00 | $49.00 |
| 10/09/01 | DWC | Teleconference with Joyce Winner re scheduling issues. | 0.20 | 245.00 | $49.00 |
| 10/14/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.40 | 295.00 | $118.00 |
| 10/22/01 | DWC | Draft notice of telephonic scheduling conference (.60); and address filing and service thereof (.30). | 0.90 | 245.00 | $220.50 |
| 10/24/01 | RMO | Maintain document control | 3.00 | 55.00 | $165.00 |
| 10/24/01 | DWC | Address preparation agenda notice of 11/5 hearing. | 0.40 | 245.00 | $98.00 |
| 10/24/01 | HRR | Review and, analyze notice of agenda (.20); and address issues re same (.20). | 0.20 | 295.00 | $59.00 |
| 10/25/01 | DWC | Address creditor inquiries re: scheduling issues. | 0.30 | 245.00 | $73.50 |
| 10/25/01 | PJD | Correspondence to Dave Carickhoff re: Debtors's objection | 0.10 | 195.00 | $19.50 |
| 10/26/01 | DWC | Prepare Agenda Notice for November 5th hearing. | 0.50 | 245.00 | $122.50 |
| 10/29/01 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 115.00 | $11.50 |
| 10/29/01 | HRR | Review, analyze and address issues regarding paperflow. | 0.20 | 295.00 | $59.00 |
| 10/29/01 | PJD | Address issues re message from Scott McMillin on various pending issues | 0.10 | 195.00 | $19.50 |
| 10/29/01 | PJD | Conferences with counsel re: various filings | 0.20 | 195.00 | $39.00 |
| 10/30/01 | DWC | Prepare Agenda Notice for 11/5 hearing. | 2.80 | 245.00 | $686.00 |
| 10/30/01 | VEM | Prepare hearing notebook for hearing on W.R. Grace. | 3.30 | 50.00 | $165.00 |

**Task Code Total**     16.30     **$2,222.00**

### CLAIMS ADMIN/OBJECTIONS [B310]

| Date | | Description | | | |
|---|---|---|---|---|---|
| ⌐/04/01 | DWC | Review withdrawal of objection to motion setting forth validity of reclamation claims (.20); and teleconference with Roger /higgins re: same (.10). | 0.30 | 245.00 | $73.50 |
| 10/09/01 | DWC | Teleconference with R. Higgins re: Motion Determining Validity of Reclamation Claims. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Teleconference with Roger Higgins re: reclamation claims. | 0.20 | 245.00 | $49.00 |
| 10/29/01 | DWC | Meet with B. Grosghal re: Reply to Case Management Motion (.2); Teleconference with Sam Schwart re: same (.2); Teleconference with Jan Baer re: same (.2) | 0.60 | 245.00 | $147.00 |
| 10/30/01 | DWC | Address procedural issues in connection with Reply in support of Case Management Motion (.5); Teleconference with Sarah Marmor re: same (.1); Teleconference with Sam Schwartz re: same (.2). | 0.80 | 245.00 | $196.00 |
| 10/30/01 | DWC | Teleconference with Roger Higgins re : reclamation claims. | 0.20 | 245.00 | $49.00 |
| 10/30/01 | DWC | Draft Cert. of Counsel re: Order Approving Validity of Reclamation Claims. | 0.50 | 245.00 | $122.50 |
| 10/31/01 | DWC | Address filing and service of Cert. of Counsel re: Reclamation Validity Order. | 0.20 | 245.00 | $49.00 |

**Task Code Total**     3.00     **$735.00**

### COMPENSATION PROF. [B160]

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/01/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| ⌐0/01/01 | LAG | Review cash report, email, and voicemail and update Delaware fee application status chart. | 0.20 | 125.00 | $25.00 |
| 10/01/01 | HRR | Draft email regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/01/01 | HRR | Draft first quarterly fee application (1.20); and Telephone conference with D. Carickhoff regarding same (.20). | 1.30 | 295.00 | $383.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/01 | CAK | R/A Docket re pending FICE Applications of professionals | 0.80 | 105.00 | $84.00 |
| )2/01 | HRR | Review and analyze email regarding quarterly fee application. | 0.10 | 295.00 | $29.50 |
| 10/03/01 | HRR | Address issues regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 10/06/01 | LAG | Review cash report, email, and voicemail and update Delaware fee application status chart. | 0.30 | 125.00 | $37.50 |
| 10/10/01 | DWC | Review and revise 4h Monthly Fee Application of PSZYJ (.40); and address filing and service thereof (.40). | 0.80 | 245.00 | $196.00 |
| 10/10/01 | LDJ | Review and finalize interim fee app (July 2001) | 0.30 | 455.00 | $136.50 |
| 10/11/01 | IDK | Emails to Hamid Rafatjoo regarding 8/01 fee application and payment status. | 0.20 | 445.00 | $89.00 |
| 10/11/01 | HRR | Review, analyze and respond to email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/11/01 | HRR | Review and analyze email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/12/01 | DWC | Review Nelson Mullins July and August Monthly fee applications (.40);  address preparation of notices of the same (.30); and address filing and service thereof (10). | 0.80 | 245.00 | $196.00 |
| 10/12/01 | LDJ | Review and finalize interim fee app (July 2001) | 0.30 | 455.00 | $136.50 |
| 10/15/01 | HRR | Review, analyze and address issues regarding July fee application. | 0.20 | 295.00 | $59.00 |
| 10/15/01 | DWC | Review quarterly report re: payments to ordinary course professionals and address filing (.30); and service thereof (.10). | 0.40 | 245.00 | $98.00 |
| 10/15/01 | DWC | Review August fee application of the Blackstone Group (.40); and address filing and service thereof (.10). | 0.50 | 245.00 | $122.50 |
| 10/17/01 | HRR | Draft August fee application. | 1.30 | 295.00 | $383.50 |
| 10/17/01 | HRR | Draft email regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/18/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| '18/01 | LAG | Review cash report, email, and voicemail and update Delaware fee app status chart. | 0.30 | 125.00 | $37.50 |
| 10/18/01 | HRR | Review and analyze email from L. Gilbert regarding fee applications. | 0.10 | 295.00 | $29.50 |
| 10/19/01 | IDK | Email to Hamid Rafatjoo regarding status. | 0.10 | 445.00 | $44.50 |
| 10/19/01 | DWC | Teleconference with K. Heiser from Nelson Mullins re: interim fee application process. | 0.30 | 245.00 | $73.50 |
| 10/22/01 | LAG | Review voicemail from Ira D. Kharasch regarding recent payments. | 0.10 | 125.00 | $12.50 |
| 10/22/01 | HRR | Telephone conference with D. Carickhoff regarding fee applications. | 0.20 | 295.00 | $59.00 |
| 10/22/01 | HRR | Draft email regarding fee issues. | 0.10 | 295.00 | $29.50 |
| 10/22/01 | HRR | Review and revise fee application (.60); and draft email to M. Johnson regarding same (.10). | 0.70 | 295.00 | $206.50 |
| 10/22/01 | DWC | Review Wallace King's August fee application and comment thereon. | 0.40 | 245.00 | $98.00 |
| 10/24/01 | HRR | Review and analyze fee issues (.20); draft letter to W. Sparks regarding June fees (.10); and address issues regarding same (.10). | 0.40 | 295.00 | $118.00 |
| 10/30/01 | DWC | Review Pitney Hardin's August Fee Application (.50); and address filing and service thereof (.10). | 0.60 | 245.00 | $147.00 |
| 10/30/01 | DWC | Review amended exhibits to Pitney Hardin's June Fee Application (.30); and address filing thereof (.10). | 0.40 | 245.00 | $98.00 |
| 10/30/01 | DWC | Review K&E's September fee application (.40); and address filing and service thereof (.10). | 0.50 | 245.00 | $122.50 |
| 10/31/01 | LAG | Follow up regarding status of fee application, deadline, and payment. | 0.20 | 125.00 | $25.00 |
| 0/31/01 | LAG | Review cash report, email, and voicemail and update Delaware fee app status chart. | 0.30 | 125.00 | $37.50 |
| 10/31/01 | DWC | Review and revise PSZYJ's August Fee application (.7) and address filing and service thereof (.30). | 1.00 | 245.00 | $245.00 |
| 10/31/01 | LDJ | Review and finalize interim fee app (August 2001) | 0.30 | 455.00 | $136.50 |
| 10/31/01 | TMO | Draft Certificates of No Objection and Certificates of | 2.00 | 105.00 | $210.00 |

| | | Service re: Pittney, Hardin fee app, 4th PSZYJ fee app and K & E August 2001 fee app. | | | |
|---|---|---|---|---|---|
| 10/31/01 | TMO | Prepare and serve Certificates of No Objection re: Pittney Hardin, K & E and PSZYJ fee applications. | 1.00 | 105.00 | $105.00 |
| 10/31/01 | TMO | Prepare and file Certificates of No Objection re: Docket Numbers 967, 977 and 999. | 1.25 | 105.00 | $131.25 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | **18.75** | | **$4,169.75** |

### EMPLOYEE BENEFIT/PENSION- B220

| 10/23/01 | DWC | Teleconference with Jack Phillips re: Grace Former Employee Motion for Indemnification. | 0.20 | 245.00 | $49.00 |
|---|---|---|---|---|---|
| 10/24/01 | DWC | Address filing and service of Notice of Scheduling Conference on Former Employee Motion. | 0.20 | 245.00 | $49.00 |
| 10/29/01 | DWC | Scheduling conference with Judge McKelvie re: Fromer Employee motion for indemnification (.3); Teleconference with Sam Schwartz re: same (.2). | 0.50 | 245.00 | $122.50 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | **0.90** | | **$220.50** |

### EXECUTORY CONTRACTS [B185]

| 10/09/01 | DWC | Teleconference with Sam Schwartz re: 365(d)(4) Motion. | 0.20 | 245.00 | $49.00 |
|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | **0.20** | | **$49.00** |

### FINANCIAL FILINGS [B110]

| 10/05/01 | DWC | Review Monthly Operating Report (.70) and address filing and service thereof (.20). | 0.90 | 245.00 | $220.50 |
|---|---|---|---|---|---|
| 10/31/01 | DWC | Review September Monthly Operating Report (.60) and address filing and service thereof (.20). | 0.80 | 245.00 | $196.00 |
| 10/31/01 | DWC | Review letter from UST stating that amended statement of financial affairs resolved their motion. | 0.20 | 245.00 | $49.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | **1.90** | | **$465.50** |

### LITIGATION (NON-BANKRUPTCY]

| 10/03/01 | DWC | Review letter from Jay Hughes re: tobacco litigation in Mississippi and enclosed materials. | 1.50 | 245.00 | $367.50 |
|---|---|---|---|---|---|
| 10/04/01 | DWC | Finalize 9019 Motion seeking approval of stipulation resolving tax dispute with state of Washington (1.30); and Teleconference with Tim Cremin re: same (.20). | 1.50 | 245.00 | $367.50 |
| 10/05/01 | DWC | Teleconference with Jay Hughes re: tobacco litigation in Mississippi. | 0.20 | 245.00 | $49.00 |
| 10/09/01 | DWC | Teleconference with Sam Schwartz re: motion resolving tax dispute. | 0.20 | 245.00 | $49.00 |
| 10/17/01 | DWC | Teleconference with Arlene Krieger re: motion to resolve tax dispute with state of WA. | 0.20 | 245.00 | $49.00 |
| 10/23/01 | DWC | Discuss withdrawal of complaint in Mississippi tobacco litigation. | 0.20 | 245.00 | $49.00 |
| 10/24/01 | DWC | Review Motion for Consent Decree re: Libby, Montana litigation. | 0.40 | 245.00 | $98.00 |
| 10/25/01 | DWC | Review and revise motion for approval of consent decree with the EPA (.8); draft notice re: same (.4); address filing and service thereof (.3); Teleconference with Jan Baer re: | 1.70 | 245.00 | $416.50 |

| | | same (.2). | | | |
|---|---|---|---|---|---|
| 25/01 | DWC | Research whether bankruptcy code would act to toll statute of limitations in tobacco litigation. | 2.20 | 245.00 | $539.00 |
| | | **Task Code Total** | **8.10** | | **$1,984.50** |

### RETENTION OF PROF. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 10/11/01 | DWC | Review affidavits of ordinary course professionals (14) (.60) and address filing and service thereof (20) . | 0.80 | 245.00 | $196.00 |
| 10/15/01 | DWC | Teleconference with Sam Schwartz re: retention of Rust Consulting (.2) and e-mail Frank Perch re: same (.1) | 0.30 | 245.00 | $73.50 |
| 10/15/01 | DWC | Review and revise response to Caplin & Drysdale supplemental affidavit seeking to retain Professor Warren (1.0) and address filing and service thereof (.20). | 1.20 | 245.00 | $294.00 |
| 10/16/01 | DWC | Draft certification of counsel re: retention of Rust Consulting (.20), review and revise proposed order in connection therewith (.70), and address filing and service thereof (.20). | 1.10 | 245.00 | $269.50 |
| 10/17/01 | DWC | Teleconference with Sam Schwartz re: retention of Pricewaterhouse (.3); and e-mail to Laura Jones re: same (.2). | 0.50 | 245.00 | $122.50 |
| 10/17/01 | LDJ | Correspondence with David Carickhoff, Esq. re: retention of professionals | 0.20 | 455.00 | $0.00 |
| 10/23/01 | DWC | Review James Sprayregen Fifth Supplemental Affidavit and address filing and service thereof. | 0.30 | 245.00 | $73.50 |
| 10/25/01 | DWC | Review response of Debtors to Asbestos Committees' Application to retain special counsel to pursue fraudulent conveyance claims. (.4); Teleconference with Michelle Browdy re: same (.3); Teleconference with Peter Duhig re: same (.2). | 0.90 | 245.00 | $220.50 |
| 10/25/01 | PJD | Conference with David Carickhoff re: objection to Asbestos Committee's special counsel retenion | 0.10 | 195.00 | $19.50 |
| 10/25/01 | PJD | Review and consider draft of debtors' opposition to the joint application by the asbestos property damage and personal injury committees for approval of law firms to prosecute the fraudulent transfer claims | 0.30 | 195.00 | $58.50 |
| 10/29/01 | KKY | File and serve Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Prepare for filing and service Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.30 | 115.00 | $34.50 |
| 10/29/01 | KKY | Draft and file Affidavit of Service for Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.20 | 115.00 | $23.00 |
| 10/29/01 | KKY | Prepare for filing Affidavit of Service for Debtors' Opposition to Asbestos Committee's Application to Retain Special Counsel to Prosecute Fraudulent Transfer Claims | 0.10 | 115.00 | $11.50 |
| 10/29/01 | PJD | Review and consider opposition to motion to appoint special counsel to prosecute fraudulent claims | 0.70 | 195.00 | $136.50 |
| 10/30/01 | DWC | Review Creditors' committee's objection to Asbestos Committee's applications to retain special counsel. | 0.20 | 245.00 | $49.00 |
| | | **Task Code Total** | **7.50** | | **$1,616.50** |

### STAY LITIGATION [B140]

| | | | | | |
|---|---|---|---|---|---|
| 10/11/01 | DWC | Negotiate stipulation with Honeywell re: lifting of stay in | 0.60 | 245.00 | $147.00 |

| | | NJ litigation. | | | |
|---|---|---|---|---|---|
| .2/01 | DWC | Negotiate resolution of lift stay motions concerning NJ litigation. | 0.60 | 245.00 | $147.00 |
| 10/15/01 | HRR | Review and analyze Honeywell stipulation for relief from stay. | 0.20 | 295.00 | $59.00 |
| 10/15/01 | DWC | Draft revisions to Stipulation with Honeywell re: NJ litigation. | 0.70 | 245.00 | $171.50 |
| 10/16/01 | DWC | Review and respond to proposed revisions to Stipulation with Honeywell re: NJ litigation. | 0.30 | 245.00 | $73.50 |
| 10/23/01 | DWC | Review complain and cross-claim of Honeywell in Riverkeeper matter. | 0.90 | 245.00 | $220.50 |
| 10/24/01 | DWC | Revise proposed Stipulation with Honeywell re: NJ litigation and circulate the same. | 0.80 | 245.00 | $196.00 |
| 10/26/01 | DWC | Teleconference with Bruce Buechler and Chris Marraro re: revisions to Stipulation with Honeywell to lift the stay in NJ litigation (.5); make revisions to Stipulation as per comments (.3) | 0.80 | 245.00 | $196.00 |

| | | Task Code Total | 4.90 | | $1,210.50 |
|---|---|---|---|---|---|

| | | **Total professional services:** | 65.05 | | **$13,420.75** |
|---|---|---|---|---|---|

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 09/20/2001 | FE | Federal Express [E108] | $109.32 |
| 09/26/2001 | FE | Federal Express [E108] | $100.27 |
| 10/02/2001 | FE | Federal Express [E108] | $5.60 |
| '0/02/2001 | RE | (CORR 262 @0.15 PER PG) | $39.30 |
| ე/02/2001 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 10/02/2001 | RE | (CORR 1595 @0.15 PER PG) | $239.25 |
| 10/03/2001 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 10/05/2001 | RE | (CORR 4305 @0.15 PER PG) | $645.75 |
| 10/05/2001 | RE | (CORR 34 @0.15 PER PG) | $5.10 |
| 10/05/2001 | RE | (CORR 166 @0.15 PER PG) | $24.90 |
| 10/05/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |
| 10/08/2001 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 10/09/2001 | FE | Federal Express [E108] | $12.27 |
| 10/09/2001 | FX | Fax Transmittal. [E104] | $15.00 |
| 10/09/2001 | PO | Postage [E108] | $1.71 |
| 10/09/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |
| 10/09/2001 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 10/09/2001 | RE | (CORR 74 @0.15 PER PG) | $11.10 |
| 10/09/2001 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 10/09/2001 | SO | Secretarial Overtime--Rasheda Stewart | $23.85 |
| 10/10/2001 | RE | (CORR 38 @0.15 PER PG) | $5.70 |
| 10/10/2001 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 10/11/2001 | RE | (CORR 420 @0.15 PER PG) | $63.00 |
| 10/11/2001 | RE | (CORR 109 @0.15 PER PG) | $16.35 |
| 10/12/2001 | PO | Postage [E108] | $103.74 |
| 10/12/2001 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 10/12/2001 | RE | (CORR 1359 @0.15 PER PG) | $203.85 |
| 10/12/2001 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 10/12/2001 | RE | (CORR 222 @0.15 PER PG) | $33.30 |
| 10/12/2001 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 10/12/2001 | RE | (CORR 96 @0.15 PER PG) | $14.40 |
| 10/15/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 10/15/2001 | FX | (AGR 20 @1.00 PER PG) | $20.00 |
| 10/15/2001 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 10/15/2001 | RE | (CORR 105 @0.15 PER PG) | $15.75 |
| 10/15/2001 | RE | (CORR 52 @0.15 PER PG) | $7.80 |

**Invoice number    49251**    9' '00    00001

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/15/2001 | RE | (CORR 357 @0.15 PER PG) | $53.55 |
| /15/2001 | RE | (CORR 58 @0.15 PER PG) | $8.70 |
| 10/15/2001 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 10/15/2001 | RE | (CORR 48 @0.15 PER PG) | $7.20 |
| 10/16/2001 | RE | (CORR 154 @0.15 PER PG) | $23.10 |
| 10/16/2001 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 10/16/2001 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 10/16/2001 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 10/16/2001 | RE | (CORR 85 @0.15 PER PG) | $12.75 |
| 10/16/2001 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 10/17/2001 | RE | (CORR 51 @0.15 PER PG) | $7.65 |
| 10/17/2001 | RE | (CORR 5062 @0.15 PER PG) | $759.30 |
| 10/17/2001 | RE | (CORR 693 @0.15 PER PG) | $103.95 |
| 10/17/2001 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 10/18/2001 | RE | (3 372 @0.15 PER PG) | $55.80 |
| 10/22/2001 | RE | (CORR 1599 @0.15 PER PG) | $239.85 |
| 10/22/2001 | RE | (CORR 309 @0.15 PER PG) | $46.35 |
| 10/22/2001 | RE | (CORR 1561 @0.15 PER PG) | $234.15 |
| 10/23/2001 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 10/23/2001 | RE | (CORR 720 @0.15 PER PG) | $108.00 |
| 10/23/2001 | RE | (CORR 1642 @0.15 PER PG) | $246.30 |
| 10/24/2001 | RE | (CORR 187 @0.15 PER PG) | $28.05 |
| 10/24/2001 | FX | (CORR 2 @1.00 PER PG) | $2.00 |
| 10/24/2001 | FX3 | FX-(CORR. 3 @ 1.00 PER PG) [E104] | $3.00 |
| 10/24/2001 | PO | Postage [E108] | $104.31 |
| 10/24/2001 | RE | (CORR 7 @0.15 PER PG) | $1.05 |
| 10/24/2001 | RE | (CORR 497 @0.15 PER PG) | $74.55 |
| 9/24/2001 | RE | (CORR 1157 @0.15 PER PG) | $173.55 |
| 0/24/2001 | RE | (CORR 917 @0.15 PER PG) | $137.55 |
| 10/24/2001 | RE | (CORR 147 @0.15 PER PG) | $22.05 |
| 10/24/2001 | RE | (CORR 74 @0.15 PER PG) | $11.10 |
| 10/24/2001 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 10/25/2001 | RE | (CORR 6939 @0.15 PER PG) | $1,040.85 |
| 10/25/2001 | RE | (CORR 1000 @0.15 PER PG) | $150.00 |
| 10/25/2001 | RE | (CORR 920 @0.15 PER PG) | $138.00 |
| 10/29/2001 | CC | Conference Call--Genesys [E105] | $31.02 |
| 10/29/2001 | RE | (CORR 428 @0.15 PER PG) | $64.20 |
| 10/29/2001 | RE | (CORR 7643 @0.15 PER PG) | $1,146.45 |
| 10/29/2001 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 10/30/2001 | FX | (AGR 34 @1.00 PER PG) | $34.00 |
| 10/30/2001 | PO | Postage [E108] | $2.06 |
| 10/30/2001 | RE | Reproduction Expense. [E101] | $0.75 |
| 10/30/2001 | RE | (CORR 1189 @0.15 PER PG) | $178.35 |
| 10/30/2001 | RE | (CORR 357 @0.15 PER PG) | $53.55 |
| 10/30/2001 | RE | (CORR 212 @0.15 PER PG) | $31.80 |
| 10/30/2001 | RE | (CORR 703 @0.15 PER PG) | $105.45 |
| 10/30/2001 | RE | (CORR 2054 @0.15 PER PG) | $308.10 |
| 10/30/2001 | RE | (CORR 227 @0.15 PER PG) | $34.05 |
| 10/30/2001 | RE | (CORR 833 @0.15 PER PG) | $124.95 |
| 10/30/2001 | RE | (CORR 127 @0.15 PER PG) | $19.05 |
| 10/31/2001 | PO | Postage [E108] | $0.57 |
| 10/31/2001 | RE | Reproduction Expense. [E101] | $5.40 |
| 10/31/2001 | RE | (CORR 4671 @0.15 PER PG) | $700.65 |
| 10/31/2001 | RE | (CORR 1302 @0.15 PER PG) | $195.30 |
| 10/31/2001 | RE | (CORR 882 @0.15 PER PG) | $132.30 |
| 10/31/2001 | RE | (CORR 17 @0.15 PER PG) | $2.55 |
| 10/31/2001 | RE | (CORR 312 @0.15 PER PG) | $46.80 |
| 10/31/2001 | RE | (CORR 157 @0.15 PER PG) | $23.55 |

**Total Expenses:**                                **$8,922.92**

Invoice number   **49251**          91⁻⁰0   00001

## Summary:

| | | |
|---|---|---|
| Total professional services | | $13,420.75 |
| Total expenses | | $8,922.92 |
| | | |
| Net current charges | | $22,343.67 |
| | | |
| Net balance forward | | $114,971.28 |
| | | |
| **Total balance now due** | | $137,314.95 |

---

### Billing Summary

| | | | | |
|---|---|---|---|---|
| AMT | Tabor, April M. | 3.00 | $50.00 | $150.00 |
| CAK | Knotts, Cheryl A. | 0.80 | $105.00 | $84.00 |
| DWC | Carickhoff, David W | 36.80 | $245.00 | $9,016.00 |
| HRR | Rafatjoo, Hamid R. | 6.40 | $295.00 | $1,888.00 |
| IDK | Kharasch, Ira D. | 0.30 | $445.00 | $133.50 |
| KKY | Yee, Karina K. | 1.90 | $115.00 | $218.50 |
| LAG | Gilbert, Laurie A. | 1.80 | $125.00 | $225.00 |
| LDJ | Jones, Laura Davis | 1.30 | $455.00 | $500.50 |
| PJD | Duhig, Peter J. | 2.20 | $195.00 | $429.00 |
| RMO | Olivere, Rita M. | 3.00 | $55.00 | $165.00 |
| TMO | O'Brien, Timothy M. | 4.25 | $105.00 | $446.25 |
| VEM | Mobley, Violet E. | 3.30 | $50.00 | $165.00 |
| | | 65.05 | | $13,420.75 |

---

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| BL | BANKRUPTCY LITIGATION [L430] | 3.50 | $747.50 |
| CA | CASE ADMINISTRATION [B110] | 16.30 | $2,222.00 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 3.00 | $735.00 |
| CP | COMPENSATION PROF. [B160] | 18.75 | $4,169.75 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 0.90 | $220.50 |
| EC | EXECUTORY CONTRACTS [B185] | 0.20 | $49.00 |
| FF | FINANCIAL FILINGS [B110] | 1.90 | $465.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 8.10 | $1,984.50 |
| RP | RETENTION OF PROF. [B160] | 7.50 | $1,616.50 |
| SL | STAY LITIGATION [B140] | 4.90 | $1,210.50 |
| | | 65.05 | $13,420.75 |

---

### Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $31.02 |
| Federal Express [E108] | $227.46 |
| Fax Transmittal. [E104] | $84.00 |
| FX-(CORR. 1 @ 1.00 PER PG) [E1 | $3.00 |
| Postage [E108] | $212.39 |
| Reproduction Expense. [E101] | $8,317.35 |
| Overtime | $47.70 |
| | $8,922.92 |