# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: August 26, 2002 at 10:00 a.m. |
| | Objection Deadline: June 4, 2002 at 4:00 p.m. |

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2002 THROUGH MARCH 31, 2002

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001*

Period for which compensation
and reimbursement is sought: *January 1, 2002 through and including March 31, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$92,765.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$6,963.66*

This is a(n):   _   monthly        X    interim application

KL2:2153706.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - JANUARY 1, 2002 THROUGH MARCH 31, 2002

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 2/28/02 1734 | $23,807.50 | $1,961.58 | 4/1/02 1887 | $19,046.00 | $1,961.58 | $25,769.08 |
| 4/1/02 1888 | $36,382.50 | $2,894.44 | 5/8/02 2024 | $-0- | -0- | $39,276.94 |
| 5/8/02 2026 | $32,575.00 | $2,107.64 | Objection Deadline 5/28/02 | $-0- | $-0- | $34,682.64 |
| Total | $92,765.00 | $6,963.66 | | $19,046.00 | $1,961.58 | $99,728.66 |

Currently Unpaid:    Fees        $ 73,719.00
                     Expenses    $  5,002.08

                     TOTAL       $ 78,721.08

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 74.80 | $35,530.00 |
| Schmidt, Robert T. | 450.00 | 0.40 | $180.00 |
| Mayer, Thomas Moers | 590.00 | 1.50 | $885.00 |
| Eilender, Patricia P. | 390.00 | 0.50 | $195.00 |
| Caton, Amy | 350.00 | 2.20 | $770.00 |
| Finnerty, Catherine E. | 375.00 | 10.30 | $3,862.50 |
| Becker, Gary M. | 400.00 | 95.50 | $38,200.00 |
| Mangual, Kathleen | 175.00 | 70.30 | $12,302.50 |
| Kornblum, Shoshanah | 175.00 | 4.80 | $840.00 |
| Total | | 260.30 | $92,765.00 |

KL2:2153706.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/02 through 3/31/02 | Total Fees for the Period 1/1/02 through 3/31/02 |
|---|---|---|
| Asbestos Claims Issues | 90.40 | $39,030.00 |
| Bankruptcy Motions | 20.30 | $8,265.00 |
| Case Administration | 80.60 | $20,650.00 |
| Committee & Creditor Corresp. | 18.30 | $8,212.50 |
| Fee Applications | 29.40 | $7,060.00 |
| Fraudulent Conveyance Issues | 21.30 | $9,547.50 |
| Total | 260.30 | $92,765.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 1/1/02 through 3/31/02 |
|---|---|
| Telecopier | $86.00 |
| Tabs | $12.00 |
| Photocopying | $1,278.15 |
| Manuscript Service | $855.00 |
| Research Services | $203.00 |
| Document Prep. | $20.00 |
| Postage | $3.32 |
| Long-Distance Tel. | $9.10 |
| Westlaw On-Line Research | $50.53 |
| Lexis / Nexis On-Line Research | $751.93 |
| Messenger Service | $103.66 |
| Legal Search Fees | $1,431.78 |
| Corp. Doc. & Mat. | $8.66 |
| Cab Fares | $467.39 |
| Meals | $59.50 |
| Out-of-Town-Travel | $1,623.64 |
| Total | $6,963.66 |

KL2:2152706.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2002 through March 31, 2002, it be allowed the total amount of fees of $92,765.00, and disbursements $6,963.66, and that the Debtor be directed to pay all unpaid amounts as set forth above.

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Philip Bentley
    919 Third Avenue
    New York, New York 10022
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Holders

Dated: May 15, 2002