IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br>Objection Deadline: June 5, 2002 @ 4:00 p.m.<br>Hearing Date: August 26, 2002 @ 10:00 a.m. |

**QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | January 1, 2002 through March 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $27,033.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $3,724.25 |
| This is a(n): | __x__ interim    ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:33283.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1, 2002 through March 31, 2002 | $7,755.00 $1,565.66 | Objection deadline May 28, 2002 | |

## SUMMARY OF TIME FOR BILLING PERIOD
## JANUARY 1, 2002 THROUGH MARCH 31, 2002

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder (1992) | $395.00 | 17.1 | $ 6,754.50 |
| Jeffrey A. Deller Associate (1996) | $220.00 | 9.4 | $ 2,068.00 |
| Kathleen P. Makowski Associate (1997) | $190.00 | .9 | $ 171.00 |
| Jeffrey R. Waxman Associate (2001) | $160.00 | 46.5 | $ 7,440.00 |
| Frances A. Panchak Paralegal | $120.00 | 1.1 | $ 132.00 |
| Victoria Dye Paralegal | $120.00 | 64.1 | $ 7,692.00 |
| Raelena Taylor Paralegal | $120.00 | 3.0 | $ 360.00 |
| Loren Matzke | $ 80.00 | 16.5 | $ 1,320.00 |
| Maryann M. Zickgraf | $ 80.00 | 13.7 | $ 1,096.00 |
| TOTAL | | 172.3 | $27,033.50 |

KRLSWIL:33283.1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JANUARY 1, 2002 THROUGH MARCH 31, 2002

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.6 | $   632.00 |
| Business Operations | 1.4 | $   506.00 |
| Case Administration | 109.5 | $15,653.50 |
| Claims Administration & Objs. | 1.6 | $   491.00 |
| Employee Benefits/Pensions | .3 | $   118.50 |
| Fee/Employment Applications | 47.4 | $ 6,363.00 |
| Fee/Employment Objections | 1.1 | $   176.00 |
| Litigation | 2.1 | $   641.50 |
| Meetings of Creditors | 6.0 | $ 2,041.00 |
| Plan & Disclosure Statement | 1.3 | $   411.00 |
| **TOTAL** | 172.3 | **$27,033.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JANUARY 1, 2002 THROUGH MARCH 31, 2002

| Expense Category | Vendor (if applicable) | Total Expenses |
|---|---|---|
| Telecopy | | $   165.75 |
| Photocopies | | $ 1,412.36 |
| Messenger Services (Courier) | Parcels, Inc. | $   647.40 |
| Messenger Services (Courier) | Tristate Courier & Carriage | $     45.00 |
| Outside Duplicating Services | Delaware Document Imaging | $   836.61 |
| On Line Docket | Virtual Docket LLC | $     46.80 |
| On Line Docket | PACER | $   149.24 |
| Court Reporter (Hearing Transcript) | J&J Court Reporters | $   174.25 |
| **TOTAL** | | **$3,724.25** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period January 1, 2002 through March 31, 2002, it be allowed the total amount of fees of $27,033.50 and expenses in the total amount of $3,724.25.

                    KLETT ROONEY LIEBER & SCHORLING
                    A Professional Corporation

                    By: _____
                        Teresa K. D. Currier (No. 3080)
                        Jeffrey R. Waxman (No. 4159)
                        1000 West Street, Suite 1410
                        Wilmington, DE 19801
                        (302) 552-4200

Dated: May 16, 2002                  Co-Counsel to the Official Committee of
                                          Equity Holders