IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: June 5, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2002 THROUGH APRIL 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    May 7, 2002
Client No.            734680                            Page      3
INVOICE NO.           15422
```

For Professional Services Rendered through  04/30/02

Matter #          734680.1          VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/01/02 | JMA | Review Joint Venture Agreement re: trial preparation (3/29/02) | 1.20 | 390.00 |
| 04/01/02 | JMA | Phone - C. Marraro re: trial strategy | .50 | 162.50 |
| 04/02/02 | JMA | Phone - C. Marraro | .50 | 162.50 |
| 04/03/02 | MEF | Review package from C. Marraro regarding billing; review Amended Administrative Orders; review sample monthly interim fee application; review sample quarterly fee application | .70 | 150.50 |
| 04/05/02 | JMA | Receipt and review e-mail and cross-claims re: Riverkeeper's case | 1.00 | 325.00 |
| 04/05/02 | JMA | Conference call with C. Marraro, B. Hughes and MEF | .40 | 130.00 |
| 04/05/02 | MEF | Telephone conference with JMA, CHM, WFH re: answer in Riverkeeper's suit. | .40 | 86.00 |
| 04/06/02 | MEF | Revise memo re subject matter jurisdiction. | .50 | 107.50 |
| 04/07/02 | MEF | Finalize memo to CHM re: subject matter jurisdiction. | .20 | 43.00 |
| 04/08/02 | JMA | Receipt and review e-mail from B. Hughes | .20 | 65.00 |
| 04/08/02 | MEF | E-mails from B Banks re: docket entries in Riverkeeper suit; e-mail to B. Banks and B Hughes re: same, e-mail to B Hughes re: Order. | .40 | 86.00 |
| 04/09/02 | JMA | Review of and comments to draft of Grace Answer to Second Amended Complaint in Riverkeepers' action | 2.20 | 715.00 |
| 04/09/02 | JMA | Receipt and review letter from D. Schane to Clerk of District Court | .20 | 65.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                              May 7, 2002
Client No.             734680                     Page     4
INVOICE NO.            15422
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/02 | JMA | Receipt and review Second Amended Complaint in Riverkeepers' case | .80 | 260.00 |
| 04/10/02 | JAB | Review plan; conference with JMA and Marero | 1.00 | 325.00 |
| 04/10/02 | JMA | Meeting with C. Marraro re: revisions to Grace Answer in Riverkeepers' case, damage issues, trial preparation | 7.00 | 2275.00 |
| 04/10/02 | JMA | Receipt and review letter from M. Caffrey to Clerk | .20 | 65.00 |
| 04/10/02 | JMA | Receipt and review Honeywell Cross-Claims in Riverkeepers' case | .80 | 260.00 |
| 04/10/02 | JMA | Receipt and review letter from M. Caffrey to Clerk | .20 | 65.00 |
| 04/10/02 | JMA | Receipt and review Honeywell Answer and Affirmative Defenses to Riverkeepers' Second Amended Complaint | .70 | 227.50 |
| 04/10/02 | MEF | Conference with CHM re: pleadings | .30 | 64.50 |
| 04/10/02 | MEF | Review cross-claims and memo to CHM re: cross claims. | 1.00 | 215.00 |
| 04/10/02 | MEF | Secretary of State search-ECARG | .20 | 43.00 |
| 04/11/02 | JMA | Receipt and review e-mail from B. Hughes | .20 | 65.00 |
| 04/11/02 | JMA | Review of and revisions to Answer to Honeywell Cross-Claims in Riverkeepers' case | 1.20 | 390.00 |
| 04/11/02 | JMA | Receipt and review letter from M. Caffrey to C. Marraro | .10 | 32.50 |
| 04/12/02 | MEF | Telephone call with C. Marraro regarding assertion of cross claim | .20 | 43.00 |
| 04/14/02 | MEF | Legal research effect on consolidation on pleadings, etc. | 1.50 | 322.50 |
| 04/15/02 | JMA | Receipt and review e-mail memo from C. Marraro | .20 | 65.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    May 7, 2002
Client No.              734680                          Page      5
INVOICE NO.             15422
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/15/02 | JMA | Review and revise draft of Grace Answer to Riverkeepers' Complaint | 1.50 | 487.50 |
| 04/15/02 | MEF | Research Hagstrom Maps regarding Jersey City; telephone call with Brenda at Hagstrom Maps | .30 | 64.50 |
| 04/16/02 | JMA | Conference with C. Marraro and MEF re: finalize Grace Answer to Riverkeepers' Second Amended Complaint, revisions to Grace Cross-Claims in Riverkeepers action, commence preparation of Answer to Honeywell's Cross-Claims in Riverkeepers' action | 7.00 | 2275.00 |
| 04/16/02 | JMA | Conference with C. Marraro re: trial preparation | 1.50 | 487.50 |
| 04/16/02 | MEF | Conference with JMA and C. Marraro regarding answer to Riverkeeper complaint, cross claims, answer to Honeywell cross claims | 7.00 | 1505.00 |
| 04/17/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 04/17/02 | MEF | Revise answer, affirmative defenses and cross claims | 2.50 | 537.50 |
| 04/17/02 | MEF | Revise answer to Honeywell cross claims | 1.00 | 215.00 |
| 04/18/02 | JMA | Review and execute Grace Answer to Second Amended Complaint by Riverkeepers | 1.00 | 325.00 |
| 04/18/02 | MEF | Prepare stipulation and consent order regarding discovery and stipulations in ICO action | .90 | 193.50 |
| 04/18/02 | MEF | Telephone calls with C. Marraro regarding stipulation and fee application | .30 | 64.50 |
| 04/18/02 | MEF | Preparation of Verification Summary cover sheet and Verified Application - First Monthly Fee Application | 3.00 | 645.00 |
| 04/18/02 | MEF | Finalize answer affirmative defenses and cross claims; prepare certificate of service and filing letter | .40 | 86.00 |
| 04/19/02 | JMA | Review of, comments to and execution of Fee Application | 1.40 | 455.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No. 734680  
INVOICE NO. 15422  

May 7, 2002  
Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/19/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 04/19/02 | MEF | Telephone call with D. Carickhoff regarding fee application | .20 | 43.00 |
| 04/19/02 | MEF | Revise and finalize first interim monthly fee application; review proposed revised fee application procedures | 1.80 | 387.00 |
| 04/23/02 | JMA | Receipt and review letter from C. Marraro to K. Millian with proposed stipulation | .30 | 97.50 |
| 04/23/02 | JMA | Review correspondence and documents re: ownership of site | .50 | 162.50 |
| 04/23/02 | JMA | Attend meeting with plaintiffs' attorneys, C. Marraro and B. Hughes | 4.50 | 1462.50 |
| 04/23/02 | JMA | Meeting with C. Marraro and B. Hughes re: preparation of Answer to Crossclaims and trial strategy | 4.00 | 1300.00 |
| 04/23/02 | JMA | Conference with MEF re: amendment to pleadings | .50 | 162.50 |
| 04/24/02 | JMA | Conference with C. Marraro re: trial strategy | .70 | 227.50 |
| 04/24/02 | JMA | Conference with MEF and C. Marraro re: amendments to Grace Answer-Riverkeepers; preparation of Answer to crossclaims - Riverkeepers | 1.50 | 487.50 |
| 04/24/02 | JMA | Conference with MEF re: amendments to Grace Answer, etc., to Riverkeepers Complaint | .30 | 97.50 |
| 04/24/02 | MEF | Conference with JMA regarding revisions to answer; conference with JMA and C. Marraro regarding revisions to answer to complaint and answer to Honeywell cross claims | 1.70 | 365.50 |
| 04/24/02 | MEF | Revise answer to complaint and answer to cross claims | 1.10 | 236.50 |
| 04/24/02 | MEF | Review Amended Administrative Order regarding interim compensation of professional | .30 | 64.50 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                          May 7, 2002
Client No.              734680                                Page      7
INVOICE NO.             15422
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/25/02 | JMA | Phone - C. Marraro re: receipt and review e-mails re: Grace Corp. organization | .50 | 162.50 |
| 04/25/02 | JMA | Conference with MEF re: Grace Answers in Riverkeeper case - review answers | .80 | 260.00 |
| 04/25/02 | JMA | Phone - C. Marraro and A. Pelletier re: Grace Corp. Organization | .50 | 162.50 |
| 04/25/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 04/25/02 | MEF | Review email from C. Marraro regarding Grace and Co. and Grace Ltd. | .20 | 43.00 |
| 04/25/02 | MEF | Revise answer to Honeywell Cross-Claim | 1.80 | 387.00 |
| 04/26/02 | JMA | Phone - C. Marraro | .20 | 65.00 |
| 04/26/02 | JMA | Review and execute Grace Answer to Second Amended Complaint - Riverkeepers and Answer to Honeywell Crossclaims - Riverkeepers | 1.00 | 325.00 |
| 04/26/02 | JMA | Work on issues related to Final Pretrial Order | 1.50 | 487.50 |
| 04/26/02 | JMA | Receipt and review email from C. Marraro | .20 | 65.00 |
| 04/26/02 | MEF | Finalize/revise amended answer to Second Amended Complaint; finalize answer to Honeywell Cross Claims; telephone call with C. Marraro regarding revisions; certificates of service serving pleadings (2); letters to Clerk filing pleadings | 1.80 | 387.00 |
| 04/29/02 | JMA | Phone - C. Marraro | .50 | 162.50 |
| 04/30/02 | MEF | Receipt and review Roned defendants answer to second amended complaint and cross-claims | .80 | 172.00 |
| 04/30/02 | MEF | Telephone call with P. Cuniff regarding March Fee Application | .20 | 43.00 |
| 04/30/02 | MEF | Prepare fee detail for fee auditor; email to fee auditor | .70 | 150.50 |

```
Total Fees:                                                        22,806.00
```

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                              May 7, 2002
Client No.              734680                    Page       9
INVOICE NO.             15422
```

SUMMARY OF FEES:

```
*----------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS             FEES
J A BRODY                        325.00     1.00           325.00
J M AGNELLO                      325.00    48.40         15730.00
M E FLAX                         215.00    31.40          6751.00
                        TOTALS              80.80         22806.00
```