IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 5, 2002 at 4:00 p.m. |
| | : | Hearing Date: TBD only if necessary |

**SUMMARY COVERSHEET TO TWELFTH MONTHLY FEE APPLICATION
OF PITNEY, HARDIN, KIPP & SZUCH LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR MARCH 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO., *et al.*** |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc* to April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **March 1, 2002 – March 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$30,424.00** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$6,076.45** |

This is a: **X** monthly ___ quarterly interim ___ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

-1-

|  |  | REQUESTED |  | APPROVED |  |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

|  |  | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 – 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871 (Objections due 4/16/02) | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Pending | Pending |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 (Objections due 5/7/02) | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Pending | Pending |
| Pending | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Pending | Pending |

4

# SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 10.20 | $4,182.00 |
| Robert G. Rose | 1974 | 350.00 | 9.30 | $3,255.00 |
| Michael W. Zelenty | 1986 | 350.00 | 0.40 | $140.00 |
| Lawrence F. Reilly | 1965 | 335.00 | 1.10 | $368.50 |
| Scott A. Zuber | 1987 | 295.00 | 9.20 | $2,714.00 |
| Michael E. Waller | 1991 | 280.00 | 1.00 | $280.00 |
| Brian S. Montag | 1990 | 325.00 | 0.30 | $97.50 |
| **COUNSEL** | | | | |
| John P. Scordo | 1988 | 270.00 | 14.10 | $3,807.00 |
| William S. Hatfield | 1993 | 240.00 | 44.00 | $10,560.00 |
| **ASSOCIATES** | | | | |
| Randy K. Rutherford | 1999 | 245.00 | 7.20 | $1,764.00 |
| Kristen M. Jasket | 2000 | 155.00 | 8.00 | $1,240.00 |
| **PARAPROFESSIONALS** | | | | |
| Douglas S. Florence | N/A | 90.00 | 9.40 | $846.00 |
| Sandra L. Purrington | N/A | 90.00 | 12.10 | $1,089.00 |
| Susan Parker | N/A | 90.00 | 0.90 | $81.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period March 1, 2002 through March 31, 2002** | | | **127.20 Hours**  **TOTAL** | **$30,424.00** |

5

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | $28.02 |
| Document-Access Facility | $5,728.00 |
| Duplicating | $103.04 |
| Telephone | $96.45 |
| Postage | $3.55 |
| Express Delivery | $55.94 |
| Travel and Miscellaneous Expense | $61.45 |
| **Grand Total Expenses for the Fee Period March 1, 2002 through March 31, 2002** | **$6,076.45** |