## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection Deadline: June 5, 2002 at 4:00 p.m.** |
| | : | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP & SZUCH LLP'S
## TWELFTH MONTHLY FEE APPLICATION FOR THE PERIOD
## FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 03/01/02 | Prepared Fee Application for January 2002. | | |
| | K. Jasket | 0.3 | 46.50 |
| 03/03/02 | Prepared January 2002 Fee Application.  Forwarded to S. Zuber for review. | | |
| | K. Jasket | 2.3 | 356.50 |
| 03/06/02 | Conferred with S. Zuber regarding Quarterly Fee Application and January 2002 Fee Application.  Revised Quarterly Fee Application. | | |
| | K. Jasket | 1.4 | 217.00 |
| 03/06/02 | Revised January 2002 Fee Application.  Prepared transmittal letter to D. Carickhoff.  Reviewed docket sheets. | | |
| | K. Jasket | 1.5 | 232.50 |
| 03/07/02 | Attention to filing Quarterly Fee Application (October - December 2001) and Monthly Fee Application for January 2002.  Reviewed docket sheets. | | |
| | K. Jasket | 0.8 | 124.00 |
| 03/19/02 | Phone conference with P. Cuniff regarding Proposed form of Order to accompany Quarterly Fee Application for October through December 2001.  Prepared proposed form of Order and forwarded to S. Zuber to review.  Reviewed docket sheets. | | |
| | K. Jasket | 0.8 | 124.00 |
| 03/25/02 | Forwarded proposed order for Quarterly Fee Application to local counsel.  Began preparing Fee Application for February 2002. | | |
| | K. Jasket | 0.9 | 139.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Jasket | 8.00 | 155.00 | 1,240.00 |
| TOTALS | 8.00 | | 1,240.00 |

2

Client: 082910 W.R. GRACE & CO.
Matter: 101030 Gemini Sound Products Corp.

| | | | |
|---|---|---|---|
| 02/20/02 | Conference with client, J. Scordo and L. Reilly regarding suit.<br>A. Marchetta | 0.5 | 205.00 |
| 02/21/02 | Work with J. Scordo regarding complaint and follow up with client regarding same.<br>A. Marchetta | 0.4 | 164.00 |
| 02/21/02 | Confer with L. Reilly on claim and review documents.<br>J. Scordo | 1.3 | 351.00 |
| 02/25/02 | Conference with J. Scordo and client regarding complaint.<br>A. Marchetta | 0.2 | 82.00 |
| 02/25/02 | Leave voice mail for H. Pearson; phone calls with A. Nagy and A. Marchetta regarding same.<br>J. Scordo | 0.6 | 162.00 |
| 02/26/02 | Follow up regarding complaint.<br>A. Marchetta | 0.2 | 82.00 |
| 02/27/02 | Follow up with L. Reilly and J. Scordo regarding complaint.<br>A. Marchetta | 0.5 | 205.00 |
| 03/05/02 | Follow up with J. Scordo regarding complaint.<br>A. Marchetta | 0.2 | 82.00 |
| 03/06/02 | Draft, revise and finalize first draft of complaint.<br>J. Scordo | 2.8 | 756.00 |
| 03/07/02 | Review file and correspondence for status of matter.<br>J. Scordo | 0.2 | 54.00 |
| 03/08/02 | Telephone conference with Finkelstein regarding Gemini.<br>L. Reilly | 0.1 | 33.50 |
| 03/08/02 | Review draft complaint; telephone calls regarding settlement.<br>A. Marchetta | 0.6 | 246.00 |
| 03/13/02 | Review documents; telephone conference with Honig and send termination agreement to V. Finkelstein.<br>L. Reilly | 0.3 | 100.50 |
| 03/13/02 | E-mails and phone calls to V. Finkelstein; organize file and return to L. Reilly. | | |

|  |  |  |  |
|---|---|---|---|
|  | J. Scordo | 0.5 | 135.00 |
| 03/15/02 | Telephone conference with Ellberg and Nagy regarding new sublease. | | |
|  | L. Reilly | 0.3 | 100.50 |
| 03/26/02 | Telephone conferences with Honig and Finkelstein regarding Gemini. | | |
|  | L. Reilly | 0.2 | 67.00 |
| 03/28/02 | Telephone conference with V. Finkelstein regarding new sublease. | | |
|  | L. Reilly | 0.2 | 67.00 |
| 03/29/02 | Confer with L. Reilly regarding status and tank issues. Attend to file regarding same. | | |
|  | B. Montag | 0.3 | 97.50 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.60 | 410.00 | 1,066.00 |
| B. Montag | 0.30 | 325.00 | 97.50 |
| L. Reilly | 1.10 | 335.00 | 368.50 |
| J. Scordo | 5.40 | 270.00 | 1,458.00 |
| TOTALS | 9.40 | | 2,990.00 |

4

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 03/01/02 | Telephone call with A. Chan regarding follow up on Sylvester issue.<br>A. Marchetta | 0.2 | 82.00 |
|---|---|---|---|
| 03/04/02 | Correspondence to N. Alt regarding confirmation order and order approving Mott settlement.<br>S. Zuber | 0.3 | 88.50 |
| 03/05/02 | Conference with S. Zuber regarding comments on warrant agreement; follow up with A. Chan regarding same.<br>A. Marchetta | 0.3 | 123.00 |
| 03/05/02 | Follow-up on miscellaneous post-confirmation matters.<br>S. Zuber | 0.3 | 88.50 |
| 03/06/02 | Review and revise January, 2002 monthly fee application.<br>S. Zuber | 0.3 | 88.50 |
| 03/06/02 | Update case file, database and orders binder.<br>D. Florence | 2.7 | 243.00 |
| 03/08/02 | Telephone conversation with I. Greene regarding warrant agreement.<br>S. Zuber | 0.2 | 59.00 |
| 03/11/02 | Attention to issues related to Debtor's post-confirmation obligations.<br>S. Zuber | 0.3 | 88.50 |
| 03/13/02 | Receipt, review, analyze and revise draft Escrow Agreement, including discussions with M. Zelenty and R. Rutherford, and meeting with R. Rutherford.<br>S. Zuber | 1.3 | 383.50 |
| 03/13/02 | Review draft escrow agreement.<br>M. Zelenty | 0.4 | 140.00 |
| 03/13/02 | Review and revisions to Escrow Agreement.<br>R. Rutherford | 3.2 | 784.00 |
| 03/14/02 | Continued revision of  warrant (escrow) agreement.<br>S. Zuber | 2.2 | 649.00 |
| 03/14/02 | Review and revisions to Escrow Agreement.<br>R. Rutherford | 1.7 | 416.50 |
| 03/16/02 | Revisions to Escrow Agreement. | | |

|  |  |  |  |
|---|---|---|---|
|  | R. Rutherford | 1.4 | 343.00 |
| 03/18/02 | Discuss warrant agreement with A. Marchetta. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/18/02 | Continued review and revision of warrant agreement, including discussion with R. Rutherford regarding same. | | |
|  | S. Zuber | 1.2 | 354.00 |
| 03/18/02 | Conference with S. Zuber regarding escrow agreement and filings. | | |
|  | A. Marchetta | 0.5 | 205.00 |
| 03/18/02 | Review and revisions to Escrow Agreement. | | |
|  | R. Rutherford | 0.9 | 220.50 |
| 03/18/02 | Update case file, pleading board and orders binder. | | |
|  | D. Florence | 2.3 | 207.00 |
| 03/19/02 | Correspondence to R. Talisman regarding warrant agreement. | | |
|  | S. Zuber | 0.4 | 118.00 |
| 03/22/02 | Telephone conversation with R. Talisman regarding Escrow Agreement and Intercat's proposed independent directors for Board, per confirmed plan; review file regarding testimony of Mr. Lipinski at hearing to appoint a Chapter 11 trustee in light of Intercat's proposal to put Lipinski on Board of reorganized Intercat. | | |
|  | S. Zuber | 0.7 | 206.50 |
| 03/22/02 | Discuss Escrow Agreement and Intercat's obligations under confirmed plan with G. Overman, member of creditors' committee. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/22/02 | Correspondence to N. Geron regarding revised Escrow Agreement. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/22/02 | Discuss Escrow Agreement and Board issues with A. Marchetta. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/22/02 | Correspondence to N. Alt regarding Intercat's proposed independent director and Escrow Agreement. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/22/02 | Receipt and review of resume of J. Lipinski; prepare correspondence to N. Alt regarding same. | | |
|  | S. Zuber | 0.3 | 88.50 |
| 03/22/02 | Conference with S. Zuber regarding escrow agreement; follow up regarding same. | | |
|  | A. Marchetta | 0.4 | 164.00 |

| 03/26/02 | Index files. | | |
| | D. Florence | 3.3 | 297.00 |
| | | | |
| 03/28/02 | Receipt and review of correspondence from N. Alt regarding J. Lipinski; and prepare correspondence to J. Sylvester regarding same. | | |
| | S. Zuber | 0.2 | 59.00 |
| | | | |
| 03/28/02 | Work with A. Chan and S. Zuber regarding final issues. | | |
| | A. Marchetta | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.70 | 410.00 | 697.00 |
| M. Zelenty | 0.40 | 350.00 | 140.00 |
| S. Zuber | 9.20 | 295.00 | 2,714.00 |
| R. Rutherford | 7.20 | 245.00 | 1,764.00 |
| D. Florence | 8.30 | 90.00 | 747.00 |
| TOTALS | 26.80 | | 6,062.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 03/14/02 | Conference with J. Scordo regarding settlement and insurance issue.<br>A. Marchetta | 0.3 | 123.00 |
| 03/18/02 | Work with J. Scordo regarding issues in case.<br>A. Marchetta | 0.2 | 82.00 |
| 03/18/02 | Telephone conference with M. Kemp.<br>J. Scordo | 0.2 | 54.00 |
| 03/20/02 | Review file for information needed; review lease and sub-lease documents for indemnification insurance issues; leave voice mail for M. Kemp proposing settlement.<br>J. Scordo | 1.2 | 324.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 410.00 | 205.00 |
| J. Scordo | 1.40 | 270.00 | 378.00 |
| TOTALS | 1.90 | | 583.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 03/05/02 | Confer with K. Helmer regarding recent Court of Appeals decision regarding public policy affecting interpretation of contracts. | | |
| | M. Waller | 0.2 | 56.00 |
| 03/05/02 | Review summary of opinion regarding public policy affecting interpretation of contracts. | | |
| | M. Waller | 0.2 | 56.00 |
| 03/06/02 | Discuss with A. Marchetta regarding recent Court of Appeals decision regarding public policy affecting interpretation of contracts and letter to CNA counsel regarding same. | | |
| | M. Waller | 0.2 | 56.00 |
| 03/07/02 | Follow up with M. Waller regarding issues. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 03/07/02 | Research regarding Court of Appeals decision regarding enforcement of contracts in light of changed public policy and drafting letter to CNA counsel regarding same. | | |
| | M. Waller | 0.4 | 112.00 |
| 03/19/02 | Follow up regarding certified appendix. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 03/22/02 | Update case file and database; Gather documents requested by M. Waller and search database for certain memos related to SIR research. | | |
| | D. Florence | 1.1 | 99.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.70 | 410.00 | 287.00 |
| M. Waller | 1.00 | 280.00 | 280.00 |
| D. Florence | 1.10 | 90.00 | 99.00 |
| TOTALS | 2.80 | | 666.00 |

9

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| 03/11/02 | Telephone calls with counsel for USG and client regarding motions to lift stay and follow up regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.9 | 369.00 |
| 03/12/02 | Conference with S. Parker to obtain counsel list; follow up regarding investigation on response. | | |
| | A. Marchetta | 0.9 | 369.00 |
| 03/13/02 | Telephone calls with co-defense counsel regarding motion to remove stay; review regarding issues. | | |
| | A. Marchetta | 0.6 | 246.00 |
| 03/13/02 | Worked with A. Marchetta regarding Prudential's motions to lift automatic stays regarding USG and USM; Contacted K. Bifferato of Connolly Bove Lodge & Hutz regarding missing certificates of service and corresponding service lists regarding same; Created docket entries reflecting deadlines and hearings regarding same. | | |
| | S. Parker | 0.9 | 81.00 |
| 03/15/02 | Follow up with USG counsel regarding motion response. | | |
| | A. Marchetta | 0.4 | 164.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.80 | 410.00 | 1,148.00 |
| S. Parker | 0.90 | 90.00 | 81.00 |
| TOTALS | 3.70 | | 1,229.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 097440 Phenix City, Alabama Lease

| 03/04/02 | Review and analyze correspondence; draft and revise complaint. | | |
|---|---|---|---|
| | J. Scordo | 4.4 | 1,188.00 |
| 03/07/02 | Review file and correspondence for status of matter. | | |
| | J. Scordo | 0.2 | 54.00 |
| 03/13/02 | Work with J. Scordo regarding response to creditors' committee; review regarding issues. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 03/13/02 | Receive and review e-mail from J. Baer; retrieve and conduct in dept review of file to attempt to answer inquiries regarding same; draft, revise and finalize first draft of e-mail answering inquiries. | | |
| | J. Scordo | 2.4 | 648.00 |
| 03/18/02 | Work with J. Scordo regarding issues. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 03/19/02 | Phone call to J. Baer on issues raised by Creditor's Committee. | | |
| | J. Scordo | 0.3 | 81.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 410.00 | 205.00 |
| J. Scordo | 7.30 | 270.00 | 1,971.00 |
| TOTALS | 7.80 | | 2,176.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 03/01/02 | Review new Appellate Division case on reversal of summary judgment and gas station contamination issues: Daum v. Mobil. | | |
| | W. Hatfield | 0.5 | 120.00 |
| 03/04/02 | Research recent Connecticut District Court MTBE case. | | |
| | W. Hatfield | 0.5 | 120.00 |
| 03/05/02 | Follow up regarding hearing. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 03/05/02 | Attend to MTBE issues and expert issues in case. | | |
| | W. Hatfield | 0.5 | 120.00 |
| 03/06/02 | Address outline for closing argument. | | |
| | W. Hatfield | 0.7 | 168.00 |
| 03/11/02 | E-mails regarding damages claim and court closings regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 03/11/02 | Call with B. Hughes at Wallace King on United States Trustee ownership issues; history of tanks at Weja site; discuss status of litigation; Grace exposure on liability at neighboring petroleum sites; gather information requested by B. Hughes and forward same; call with B. Miller on updated Weja costs; review fax on same; memos to R. Rose and A. Marchetta on matter. | | |
| | W. Hatfield | 1.7 | 408.00 |
| 03/12/02 | Conference with R. Rose regarding damages at closing. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 03/12/02 | Address costs and fees issues and closing argument issues. | | |
| | W. Hatfield | 0.2 | 48.00 |
| 03/14/02 | Review invoices from client on site cleanup costs from 12/99 to 2/02. | | |
| | W. Hatfield | 0.3 | 72.00 |
| 03/15/02 | Attend to closing argument issues. | | |
| | W. Hatfield | 0.3 | 72.00 |
| 03/18/02 | Follow up on closing regarding information for client. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 03/19/02 | Conference with client regarding hearing. | | |
| | A. Marchetta | 0.2 | 82.00 |

| | | | |
|---|---|---|---|
| 03/19/02 | Attend to closing argument matters; memo to S. Purrington on same. | | |
| | W. Hatfield | 0.2 | 48.00 |
| 03/20/02 | Attend to closing argument outline; attend to amendment to conclusions of law on attorney fees; draft letter to court on same; review and revise initial arguments on closing. | | |
| | W. Hatfield | 2.0 | 480.00 |
| 03/21/02 | Attend to preparations for closing argument; call with B. Miller on case issues; discuss closing  arguments - open legal  issues in case; memo to R. Rose on matter; attend to demonstrative exhibit issues. | | |
| | W. Hatfield | 4.3 | 1,032.00 |
| 03/22/02 | Review draft of exhibits to be enlarged for closing arguments with B. Hatfield; review draft letter to Court concerning liability for attorneys' fees; discuss preparation for closing arguments with B. Hatfield. | | |
| | R. Rose | 1.1 | 385.00 |
| 03/22/02 | Attend to preparations on closing arguments; meeting with R. Rose on case issues and strategy; attend to demonstrative exhibits; direct S. Purrington on work for closing. | | |
| | W. Hatfield | 7.0 | 1,680.00 |
| 03/22/02 | Meet with B. Hatfield regarding closing arguments.  Make additional edits to timeline and plaintiff damages charts. | | |
| | S. Purrington | 1.6 | 144.00 |
| 03/23/02 | Prepare outline and address exhibit references; revise letter to Court amending proposed findings of fact. | | |
| | W. Hatfield | 5.0 | 1,200.00 |
| 03/25/02 | Review draft of closing argument. | | |
| | R. Rose | 2.0 | 700.00 |
| 03/25/02 | Review and revise letter to Court on proposed findings of fact and conclusions of law; review memo from S. Evans on Weja exhibit issues; review new demonstrative exhibits for closing. | | |
| | W. Hatfield | 1.4 | 336.00 |
| 03/25/02 | Prepare chart documenting Weja's proposed findings of fact citations to exhibits not entered into evidence as requested by W. Hatfield. | | |
| | S. Purrington | 4.3 | 387.00 |
| 03/26/02 | Continue review of initial draft of summation; discuss revisions with B. Hatfield; review exhibits to be used in summation; revisions to letter to court amending proposed findings of law. | | |
| | R. Rose | 3.0 | 1,050.00 |

| 03/26/02 | Prepare for closing arguments; confer with R. Rose on strategy and draft outline of argument; revise letter to court on proposed conclusions of law; address MTBE issues regarding expert testimony. | | |
| | W. Hatfield | 1.5 | 360.00 |
| 03/26/02 | Prepare summary of Weja's erroneous statements in their proposed findings of fact as requested by W. Hatfield. Review transcripts for sustained objections. Review transcripts for MTBE references. Confer with W. Hatfield regarding all. | | |
| | S. Purrington | 4.6 | 414.00 |
| 03/27/02 | Attend to revisions of closing argument outline. | | |
| | W. Hatfield | 2.6 | 624.00 |
| 03/28/02 | Attend to closing argument issues; research on scope of indemnity and release/contribution issues under lease; revise letter to Court on same; memo to R. Rose on matter with revised letter; continue revisions to closing outline. | | |
| | W. Hatfield | 8.3 | 1,992.00 |
| 03/29/02 | Discuss revised summation outline with B. Hatfield and begin review of same; forward letter to Court of revised conclusions of law. | | |
| | R. Rose | 3.2 | 1,120.00 |
| 03/29/02 | Revise and edit closing argument outline; revise and finalize letter to court on amended legal arguments; confer with R. Rose on strategy issues. | | |
| | W. Hatfield | 7.0 | 1,680.00 |
| 03/29/02 | Review trial transcripts for sustained objections as requested by W. Hatfield. | | |
| | S. Purrington | 1.6 | 144.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.40 | 410.00 | 574.00 |
| R. Rose | 9.30 | 350.00 | 3,255.00 |
| W. Hatfield | 44.00 | 240.00 | 10,560.00 |
| S. Purrington | 12.10 | 90.00 | 1,089.00 |
| TOTALS | 66.80 | | 15,478.00 |