## EXHIBIT A

**Eighth Monthly Fee Application for the Period**

**January 1, 2002 through January 31, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JJF) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

EIGHTH APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002)

### SUMMARY SHEET

Name of Applicant:                         THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                 Debtors

Date of Retention Order:                 June 22, 2001, effective April 2, 2001

Period for which
Compensation and
reimbursement is sought:              January 1, 2002 – January 31, 2002

Amount of compensation
sought as actual,                              Total          Less Holdback (@20%)
reasonable and necessary:            $175,000.00          $35,000.00

Amount of reimbursement of
expenses sought as actual,
reasonable and necessary:            $5,140.26

This is a _x_ monthly __ interim ___ final application

Summary Table:

| Fee Application, Filing Date | Total Fees Requested | Amount of Holdback (20%) | Net Fees Requested | Total Expenses Requested | Objection Received/Deadline |
|---|---|---|---|---|---|
| First 4/2/2001 - 4/30/2001, 7/30/2001 | $169,166.67 | $33,833.33 | $135,333.33 | $0 | None |
| First 5/1/2001 - 5/31/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $984.00 | None |
| First 6/1/2001 – 6/30/2001, 7/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $6,679.95 | None |
| Second 7/1/2001 – 7/31/2001, 8/27/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $3,504.53 | None |
| Third 8/1/2001 – 08/31/2001, 10/15/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $16,124.84 | None |
| Fourth 9/1/2001 – 09/30/2001, 11/21/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $11,846.09 | None |
| Fifth 10/1/2001 – 10/31/2001, 11/30/2001 | $175,000.00 | $35,000.00 | $140,000.00 | $5,042.39 | None |
| Sixth 11/1/2001 – 11/30/2001, 01/31/2002 | $175,000.00 | $35,000.00 | $140,000.00 | $7,477.10 | None |
| Seventh 12/1/2001 - 12/31/2001, 01/31/2002 | $175,000.00 | $35,000.00 | $140,000.00 | $2,133.92 | None |
| Eighth 01/1/2002 - 01/31/2002 | $175,000.00 | $35,000.00 | $140,000.00 | $5,140.26 | |
| TOTAL | $1,744,166.67 | $348,833.33 | $1,395,333.33 | $58,933.08 | |

*1133225.DOC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| | : | |
| W.R. GRACE & CO., et al., | : | **Case No. 01-01139 (JJF)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

EIGHTH APPLICATION OF THE BLACKSTONE GROUP
L.P. AS FINANCIAL ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION FOR ACTUAL AND NECESSARY SERVICES
RENDERED AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED
(FOR THE PERIOD JANUARY 1, 2002 THROUGH JANUARY 31, 2002)

## I. Background

The Blackstone Group L.P. ("Blackstone") respectfully represents as follows:

1.      Blackstone is financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to an engagement agreement dated February 15, 2001 (the "Engagement Agreement") as their financial advisor, effective as of the Petition Date.

4.      On June 22, 2001, the Court entered an order (the "Retention Order") authorizing the Debtors to employ Blackstone as their financial advisor effective as of the Petition Date pursuant to the terms of the Engagement Agreement.

5.      Pursuant to the Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("Procedures"), Blackstone submits this eighth application (the "Eighth Application") for the monthly period January 1, 2002 through January 31, 2002 (the "Eighth Application Period").

6.      Blackstone submits this Eighth Application (i) for allowance of reasonable compensation for actual and necessary professional services by it as financial advisor to the Debtors in these cases for the Eighth Application Period, and (ii) for reimbursement of actual and necessary expenses incurred in representing the Debtors during that same period. This Eighth Application is made pursuant to the provisions of sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order and Delaware Bankruptcy Local Rule 2016-2.

7.      Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the Debtors pursuant to chapter 11 of the Bankruptcy Code. Blackstone believes it is appropriate that it be compensated for the time spent and be reimbursed for the expenses incurred in connection with these matters.

8.      For the Eighth Application Period, Blackstone has provided professional services to the Debtors and incurred fees for such services totaling $175,000.00. This represents Blackstone's monthly fee of $175,000.00 for the period January 1, 2002 through January 31,

2002. For the Eighth Application Period, Blackstone has incurred actual and necessary expenses in connection therewith totaling $5,140.26. With respect to these specific amounts, Blackstone has received no payments as of the date of the Eighth Application.

9. As was set out in the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of the Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession (the "Retention Application"), Blackstone provided advisory services to the Debtors prior to the Petition Date. Specifically, Blackstone served as financial advisor to the Debtors since February 2001.

## II.  The Blackstone Engagement

10. On April 2, 2001, the Debtors applied to the Court for an order authorizing them to retain Blackstone pursuant to the Engagement Agreement as their financial advisor effective as of April 2, 2001, the petition date (the "Effective Date"). Specifically, Blackstone was retained as Financial Advisor to provide the following professional services:

> (a) Assist in the evaluation of the Debtors' businesses and prospects;
>
> (b) Assist in the development of the Debtors' long-term business plan;
>
> (c) Analyze the Debtors' financial liquidity and financing requirements;
>
> (d) Assist in the estimation of asbestos claims including the preparation of an estimation model for payments and costs and the analyses of payment and funding scenarios;
>
> (e) Evaluate the Debtors' debt capacity and alternative capital structures;
>
> (t) Develop valuation, debt capacity and recovery analyses in connection with developing and negotiating a potential Restructuring;

(g) Analyze various restructuring scenarios and the potential impact of these scenarios on the value of the Debtor and the recoveries of stakeholders impacted by the Restructuring;

(h) Develop a negotiating strategy and assist in negotiations with the Debtors' creditors and other interested parties with respect to a potential Restructuring;

(i) Value securities offered by the Debtor in connection with a Restructuring;

(j) Make presentations to the Debtors' Board of Directors, creditor groups or other interested parties, as appropriate;

(k) Provide expert witness testimony, as requested; and,

(l) Provide such other advisory services as are customarily provided in connection with the analysis and negotiation of a Restructuring, as requested and mutually agreed.

11.    Pursuant to the Engagement Agreement, the Debtors agreed to pay Blackstone the following fees in consideration for services to be rendered:

(a) A monthly advisory fee (the "Monthly Fee") in the amount of $175,000, with the first payment of such Monthly Fee payable upon the effective date and additional installments of such Monthly Fee payable in advance on monthly anniversaries of the effective date; and

(b) A $5,000,000 Restructuring Fee paid upon consummation of a Restructuring (as defined in the Engagement Agreement).

Furthermore, pursuant to the Engagement Agreement, the Debtors agreed to reimburse Blackstone for the reasonable and documented out-of-pocket expenses incurred by Blackstone in rendering the services to be provided under the Engagement Agreement.

12.    For financial advisory services provided to the Debtors during the Eighth Application Period, Blackstone respectfully requests (a) approval of $180,140.26 consisting of (i) monthly fees in the amount of $175,000.00 and (ii) reimbursement of out-of-pocket expenses in the amount of $5,140.26; and (b) authorization for the Debtors to pay Blackstone's approved fees and expenses in the amount of $145,140.26 consisting of (i) monthly fees in the net amount

of $140,000.00, representing total monthly fees of $175,000.00, less a 20% holdback pursuant to the interim compensation procedures, and (ii) out-of-pocket expenses referred to in (a) above.

### III.  The Blackstone Team

13.    The financial services set forth above were performed primarily by Pamela Zilly – Senior Managing Director; David Blechman – Associate; and Michael Alexander – Analyst:

> (a) <u>Pamela Zilly</u>:  Pamela Zilly is a Senior Managing Director of Blackstone. Prior to joining Blackstone in 1991, Ms. Zilly was a Vice President of Chemical Bank where she divided her time between the Mergers and Acquisitions Group and the Restructuring and Reorganization Group.  Since joining Blackstone, Ms. Zilly has provided financial advisory services to debtors and creditors in in-court and out-of-court restructuring engagements

> (b) <u>David Blechman</u>: David Blechman is an Associate of Blackstone.  Mr. Blechman joined Blackstone in 2000 after receiving his M.B.A. with honors from Columbia Business School.

> (c) <u>Michael Alexander</u>: Michael Alexander is an Analyst of Blackstone.  Mr. Alexander joined Blackstone in July 1999 after graduating from the McIntire School of Commerce at the University of Virginia.

### IV.  Summary – Eighth Monthly Fee Application

14.    The major services provided by Blackstone during this compensation period have included: (i) assisting with the performance of due diligence by the advisors to the Official Unsecured Creditors' Committee, the Asbestos Property Damages Committee and the Equity Committee; (ii) providing quantitative and qualitative analysis in support of the Debtors' planned acquisitions; (iii) assisting the Debtors with structuring retention and incentive compensation plans in the Chapter 11 proceedings; (iv) assisting in the development of the Debtors' restructuring model; (v) performing analysis regarding 2002 operating plans, and (vi)  providing strategic and business advice in connection with the bankruptcy.

15.    Blackstone respectfully submits that the compensation requested for the Eighth Application Period for services rendered by Blackstone to the Debtors is fully justified and reasonable based upon (a) the time and labor required during the proceedings, (b) the complexity of the issues presented, (c) the skills necessary to perform the financial advisory services properly, (d) the preclusion of other employment, (e) the customary fees charged to clients in non-bankruptcy situations for similar services rendered, (f) time constraints required by the exigencies of the case, and (g) the experience, reputation and ability of the professionals rendering services.

16.    Blackstone respectfully submits that the services it has rendered to the Debtors have been necessary and in the best interests of the Debtors and the estate and have furthered the goals of all parties in interest.  Blackstone respectfully submits that under all of the criteria normally examined in Chapter 11 reorganization cases, the compensation requested by Blackstone is reasonable in light of the work performed by Blackstone to date in these cases.

17.    The amount of the fees and expenses sought in this Eighth Application and Blackstone's billing processes are consistent with market practices in a bankruptcy context. Blackstone has never billed its clients based on the number of hours expended by its professionals.  Accordingly, Blackstone does not have hourly rates for its professionals, and Blackstone's professionals generally do not maintain detailed time records of the work performed for clients.  In the Debtors' case, however, Blackstone has recorded time records in one-half hour increments.  Time records of the approximately 274.5 hours expended by Blackstone professionals in providing financial advisory and investment banking services to the Debtors during the Eighth Application Period are provided in Exhibit A by professional.

18.     Blackstone respectfully requests allowance of its out-of-pocket expenses incurred during the Eighth Application Period in connection with its performance of services for the Debtors in the aggregate amount of $5,140.26.  Due to the lag in receiving invoices from certain third-party service firms, Blackstone is unable, at this time, to account for all expenses incurred during the Eighth Application Period.  Ensuing compensation periods will include certain out-of-pocket expenses incurred in the Eighth Application Period but not included in the Eighth Application for relief.  Details of the expenses incurred during the Eighth Application Period are provided in Exhibit B.  Blackstone's charges for expenses to the Debtors are determined in the same manner as for clients in non-bankruptcy matters.  Out-of-pocket expenses incurred by Blackstone are charged to a client if the expenses are incurred for the client or are otherwise necessary in connection with services rendered for such particular client.  Blackstone does not factor general overhead expenses into any disbursements charged to its clients in connection with Chapter 11 cases.  Blackstone has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions specifically explained.

(a) Blackstone's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such meal-time due to extreme time constraints.  Blackstone employees are permitted to order meals in the office if the Blackstone employee is required to work after 8:00 p.m.  Blackstone has voluntarily capped meal expenses at $20.00 per meal.

(b) Messengers, couriers, or overnight delivery are used by Blackstone to deliver hard copy documents relating to the client matter which require receipt on an expedited basis; otherwise, Blackstone uses the regular postal system. Any charges for either messengers, couriers, or overnight delivery are billed to a client at cost.

(c) The outside financial research category consists of charges from outside services which supply, for a fee, financial documents to Blackstone.  Financial research services generally consist of the retrieval of financial documents from regulatory agencies.

(d) Blackstone bills photocopying charges at the rate of $0.15 per page.

(e) With respect to local travel, Blackstone's general policy enables employees to travel by private car service or taxi to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Blackstone's determination that travel by private car service or taxi is the most efficient use of a professional's time. Blackstone employees are not permitted to charge personal commuting expenses to a client unless, for safety reasons, the employee is traveling after 9:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters.

(f) Blackstone bills its clients for time spent by its employees on its word processing system. The word processing system automatically allocates time to a client based upon the operator's "log-in" by a client matter number. Clients are charged at the personnel cost of $70.00 per hour for the actual amount of time spent by the operator while rendering word processing services to the client; however, when word processing services are being used after normal business hours, the client is not billed for both an overtime charge and a word processing charge.

(g) Blackstone bills outgoing facsimile charges at a rate of $1.00 per page. Blackstone does not bill incoming facsimile charges.

19.    Blackstone respectfully submits that the expenses for which it seeks allowance during the Eighth Application Period are necessary and reasonable both in scope and amount.

20.    No prior application for the relief requested herein has been made.

21.    All services for which compensation is requested by Blackstone were performed for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

22.    No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these proceedings.

23.    Blackstone respectfully represents that its Eighth Application is in keeping with similar applications for the payment of administrative expenses in other cases.

Dated: New York, New York
February 27, 2002

THE BLACKSTONE GROUP L.P.
Financial Advisor to
W.R. Grace & Co.

By: *Pamela D Zilly*

Pamela D. Zilly
Senior Managing Director
345 Park Avenue
New York, NY 10154
(212) 583-5000
(212) 583-5707 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :
                                                :       Chapter 11
                                                :
W.R GRACE & CO., et al.,                        :       Case No. 01-01139 (JJF)
                                                :
        Debtors.                                :       (Jointly Administered)
                                                :
                                                :
                                                :

AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss. :
COUNTY OF NEW YORK )

        Pamela D. Zilly being duly sworn, deposes and says:

        1.      I am a Senior Managing Director of the firm of The Blackstone Group L.P.

("Blackstone"), which firm maintains offices for providing financial advisory services at 345

Park Avenue, New York, New York 10154.   Blackstone is acting as Financial Advisor for the

above captioned debtors and debtors in possession (collectively, the "Debtors") in the captioned

case.

        2.      This affidavit is submitted pursuant to Delaware Bankruptcy Local Rule 2016-2

in connection with Blackstone's Eighth application (the "Eighth Application") for an allowance

of compensation for services rendered to the Debtors for the period from January 1, 2002

through January 31, 2002 (the "Eighth Application Period") in the amount of (i) $175,000.00 in

monthly fees and (ii) the reimbursement of expenses incurred in connection therewith in the sum

of $5,140.26.

3.    All of the services for which compensation is sought by Blackstone were performed for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

4.    No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

5.    I have reviewed and I understand the requirements of Delaware Bankruptcy Local Rule 2016-2 and I believe that this Eighth Application fully complies with all provisions contained in said Order.

By: _____

Pamela D. Zilly
Senior Managing Director

Sworn to before me this
27 th day of February 2002

_____
Notary Public

*Joella Geisler*
*Notary Public, State of New York*
*No. 01GE6047624*
*Qualified in New York County*
*Commission Expires September 5, 2002*

**EXHIBIT A**

THE BLACKSTONE GROUP L.P.

SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY

JANUARY 2, 2002 - JANUARY 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 122.0 |
| David Blechman | Associate | 74.0 |
| Michael Alexander | Analyst | 78.5 |
| Total | | 274.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/02/02 | 1.0 | Business Analysis | Review motions, and latest financial data |
| Pamela Zilly | 01/03/02 | 1.0 | Case Administration | Review case developments re: comparable cases |
| Pamela Zilly | 01/04/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments; Judge Fitzgerald hearing |
| Pamela Zilly | 01/04/02 | 0.5 | Corporate Finance | Call with P. Hanlon re: possible acquisition |
| Pamela Zilly | 01/04/02 | 2.0 | Employee Matters | Review latest compensation backup data and analysis |
| Pamela Zilly | 01/04/02 | 1.5 | Employee Matters | Meeting with D. Blechman re: status of compensation presentation, case issues |
| Pamela Zilly | 01/07/02 | 2.0 | Corporate Finance | Research re: possible acquisition |
| Pamela Zilly | 01/07/02 | 1.0 | Employee Matters | Meeting with D. Blechman re: EPA analysis |
| Pamela Zilly | 01/08/02 | 0.5 | Claims Analysis/Objections/Administration | Call with B. McGowan re: compensation matters |
| Pamela Zilly | 01/08/02 | 2.0 | Business Analysis | Review Business Plan, outline of requirements for revised 2002 operating plan |
| Pamela Zilly | 01/08/02 | 1.0 | Employee Matters | Review Arthur Andersen report to the Board |
| Pamela Zilly | 01/09/02 | 0.5 | Business Analysis | Call with S. Farnsworth re 2002 op plan |
| Pamela Zilly | 01/09/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation matters |
| Pamela Zilly | 01/09/02 | 1.5 | Employee Matters | Review compensation presentation and backup analysis |
| Pamela Zilly | 01/09/02 | 1.5 | Employee Matters | Meeting with D. Blechman, M. Alexander re: compensation presentation, additional needs |
| Pamela Zilly | 01/09/02 | 0.5 | Insurance | Call with T. Freedman re: McDermott insurance ruling |
| Pamela Zilly | 01/09/02 | 1.0 | Insurance | Call with B. Corcoran re: McDermott insurance ruling |
| Pamela Zilly | 01/10/02 | 2.0 | Corporate Finance | Review Project Blueberry presentation |
| Pamela Zilly | 01/10/02 | 2.0 | Business Analysis | Review GPC business plan re: Blueberry acquisition |
| Pamela Zilly | 01/10/02 | 1.0 | Employee Matters | Review first day filings re: employee programs |
| Pamela Zilly | 01/11/02 | 1.0 | Corporate Finance | Call with P. Hanlon, G. Freeman re: Blueberry presentation |
| Pamela Zilly | 01/11/02 | 1.0 | Corporate Finance | Meeting with D. Blechman, M. Alexander re: Blueberry analysis |
| Pamela Zilly | 01/11/02 | 1.5 | Corporate Finance | Make changes to Project Blueberry presentation |
| Pamela Zilly | 01/11/02 | 0.5 | Corporate Finance | Call with S. Ahearn re: possible acquisition |
| Pamela Zilly | 01/11/02 | 0.5 | Employee Matters | Call with N. Rubnovich re: compensation presentation |
| Pamela Zilly | 01/11/02 | 0.5 | Employee Matters | Call with B. McGowan re: comp matter |
| Pamela Zilly | 01/11/02 | 2.5 | Corporate Finance | Review Project Blueberry presentation, make changes, call with P. Hanlon re: same |
| Pamela Zilly | 01/13/02 | 3.0 | Employee Matters | Revise compensation presentation |
| Pamela Zilly | 01/14/02 | 2.0 | Business Analysis | Read November Operating report |
| Pamela Zilly | 01/14/02 | 2.0 | Employee Matters | Revise compensation presentation |
| Pamela Zilly | 01/14/02 | 1.5 | Corporate Finance | Calls with P. Hanlon, G. Freeman re: Blueberry presentation |
| Pamela Zilly | 01/14/02 | 2.0 | Corporate Finance | Revise Project Blueberry presentation |
| Pamela Zilly | 01/15/02 | 2.0 | Employee Matters | Revise Compensation presentation |
| Pamela Zilly | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Review EPA analysis, discussion with D. Blechman, M. Alexander |
| Pamela Zilly | 01/16/02 | 2.0 | Corporate Finance | Read and provide comments on Blueberry purchase agreement |
| Pamela Zilly | 01/16/02 | 0.5 | Corporate Finance | Call with E. Filon re: Blueberry presentation tax issues |
| Pamela Zilly | 01/16/02 | 0.5 | Corporate Finance | Revise Blueberry presentation based on above discussion |
| Pamela Zilly | 01/17/02 | 1.0 | Corporate Finance | Finalize Blueberry presentation for distribution to FAs |
| Pamela Zilly | 01/17/02 | 0.5 | Corporate Finance | Call with P. Hanlon re: Blueberry models |
| Pamela Zilly | 01/17/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: FAs review process of Project Blueberry |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with L. Tersigni re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with T. Weschler re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with S. Cunningham re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with G. Boyer re: Blueberry deal |
| Pamela Zilly | 01/18/02 | 1.0 | Employee Matters | Review revised compensation analysis for updated comp numbers |
| Pamela Zilly | 01/18/02 | 1.0 | Corporate Finance | Call with P. Hanlon re: model and status of presentation distribution |
| Pamela Zilly | 01/18/02 | 0.5 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: FA calls |
| Pamela Zilly | 01/18/02 | 1.0 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 01/21/02 | 2.0 | Corporate Finance | Research re: possible joint venture, prep for following call |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/02 | 1.0 | Committee Matters and Creditor Meetings | Arrange calls with P&M, CDG, Texigard re: questions on Blueberry deal |
| Pamela Zilly | 01/21/02 | 1.0 | Corporate Finance | Call with G. Poling, S. Farnsworth re: possible joint venture |
| Pamela Zilly | 01/22/02 | 1.0 | Corporate Finance | Meeting with D. Blechman re: same |
| Pamela Zilly | 01/22/01 | 1.0 | Case Administration | Call with B. Corcoran re: case issues |
| Pamela Zilly | 01/22/02 | 2.0 | Corporate Finance | Reviewed Blueberry models |
| Pamela Zilly | 01/22/02 | 0.5 | Committee Matters and Creditor Meetings | Call with S. Cunningham re: Blueberry deal |
| Pamela Zilly | 01/22/02 | 0.5 | Committee Matters and Creditor Meetings | Call with G. Boyer re: Blueberry deal |
| Pamela Zilly | 01/22/01 | 1.0 | Corporate Finance | Read and provide comments on Blueberry motion |
| Pamela Zilly | 01/22/02 | 0.5 | Corporate Finance | Call with S. Schwartz re Blueberry motion |
| Pamela Zilly | 01/22/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments |
| Pamela Zilly | 01/22/02 | 0.5 | Case Administration | Meeting with D. Blechman, M. Alexander re: same |
| Pamela Zilly | 01/23/02 | 1.0 | Case Administration | Read National Insurance complaint |
| Pamela Zilly | 01/23/02 | 0.5 | Case Administration | Call with P. Norris re: acquisitions, case status |
| Pamela Zilly | 01/23/02 | 0.5 | Corporate Finance | Discussion with G. Freeman re: models |
| Pamela Zilly | 01/23/02 | 1.0 | Corporate Finance | Discussions with P. Hanlon, M. Shehitz re: motion |
| Pamela Zilly | 01/23/02 | 1.0 | Committee Matters and Creditor Meetings | Call with CDG, P&M re: Project Blueberry |
| Pamela Zilly | 01/23/02 | 1.0 | Corporate Finance | Three calls with P. Hanlon re: Blueberry deal |
| Pamela Zilly | 01/23/02 | 1.0 | Claims Analysis/Objections/Administration | Call with B. Tarola re: EPA and Wolin presentations |
| Pamela Zilly | 01/24/02 | 2.0 | Case Administration | Review Wolin charts, provide comments to B. Tarola |
| Pamela Zilly | 01/24/02 | 2.5 | Case Administration | Ongoing discussion with B. Tarola, D. Siegel re: revisions to charts and presentation |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with D. Blechman, M. Alexander re: EPA charts |
| Pamela Zilly | 01/24/02 | 1.5 | Employee Matters | Discussions with D. Blechman, M. Alexander re: comp data |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, D. Blechman re: Wolin and EPA meetings |
| Pamela Zilly | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D.Siegel, B. Tarola, D. Blechman, M. Alexander re: recovery analysis |
| Pamela Zilly | 01/24/02 | 0.5 | Committee Matters and Creditor Meetings | Call with M. Berkin re: Blueberry deal |
| Pamela Zilly | 01/24/02 | 1.5 | Corporate Finance | Twocalls with S. Farnsworth, P. Hanlon, M. Shehitz re: joint venture |
| Pamela Zilly | 01/25/02 | 1.0 | Corporate Finance | Calls with Financial advisors re: filing of Addinnet motion |
| Pamela Zilly | 01/25/02 | 4.0 | Claims Analysis/Objections/Administration | Review presentation, prepare analysis for call with B. Tarola, D. Siegel |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Calls with D. Siegel re case issues |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Call with R. Tarola re: case issues |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Read various motions re: Assumption of leases, National Union, Notice of Agenda |
| Pamela Zilly | 01/25/02 | 0.5 | Case Administration | Meeting with D. Blechman, M. Alexander re: objective of Tarola call, Wolin presentation |
| Pamela Zilly | 01/25/02 | 2.0 | Case Administration | Conference call with B. Tarola, D. Siegel re; Wolin presentation |
| Pamela Zilly | 01/25/02 | 1.0 | Case Administration | Meeting with D. Blechman, M. Alexander re: same |
| Pamela Zilly | 01/28/02 | 2.0 | Case Administration | Review charts, call with R. Tarola |
| Pamela Zilly | 01/28/02 | 2.5 | Employee Matters | Meetings with D. Blechman, M. Alexander re: compensation analysis and presentation |
| Pamela Zilly | 01/28/02 | 1.0 | Case Administration | Call with S. Farnsworth re case issues |
| Pamela Zilly | 01/29/02 | 4.0 | Claims Analysis/Objections/Administration | Prepare and review charts for use in EPA meeting including discussions with R. Tarola, D. Siegel |
| Pamela Zilly | 01/29/01 | 0.5 | Committee Matters and Creditor Meetings | Call with C. Whitney re: Project Blueberry |
| Pamela Zilly | 01/29/02 | 1.0 | Employee Matters | Call with D. Blechman, M. Alexander, N. Babnovich re: compensation presentation |
| Pamela Zilly | 01/29/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with P. Hanlon re: Blueberry information requests, operating model questions |
| Pamela Zilly | 01/29/02 | 1.0 | Committee Matters and Creditor Meetings | Discussion with M. Hunter re: information requests |
| Pamela Zilly | 01/30/02 | 1.0 | Committee Matters and Creditor Meetings | Call with P. Hanlon re: P&M Blueberry information request |
| Pamela Zilly | 01/30/01 | 0.5 | Corporate Finance | Review final charts |
| Pamela Zilly | 01/30/02 | 2.5 | Business Analysis | Reviewed Q4 results, meeting with D. Blechman, M. Alexander re same |
| Pamela Zilly | 01/31/02 | 1.0 | Committee Matters and Creditor Meetings | Prepare responses to P&M information request re: Project Blueberry |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Meeting with D. Blechman re: case strategy |
| Pamela Zilly | 01/31/02 | 1.5 | Employee Matters | Review latest compensation backup data and analysis |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Call with P. Norris re: acquisitions, case status |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/31/02 | 0.5 | Case Administration | Meeting with D. Blechman re: Norris call |
| Pamela Zilly | 01/31/02 | 1.0 | Case Administration | Call with B. Corcoran re: EPA meeting, other case issues |
| Pamela Zilly | 01/31/02 | 1.0 | Corporate Finance | Review data re: possible acquisition |
| Pamela Zilly | 01/31/01 | 1.0 | Committee Matters and Creditor Meetings | Review P&M information request list, discussion with C. Whitney |
| Pamela Zilly | 01/31/02 | 0.5 | Committee Matters and Creditor Meetings | Discussion with D. Blechman re: P&M infor list |

122.0

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/04/02 | 1.0 | Case Administration | Call with D. Siegel re: case developments; Judge Fitzgerald hearing |
| David Blechman | 01/04/02 | 1.5 | Case Administration | Meeting with P. Zilly re: case issues |
| David Blechman | 01/06/02 | 3.0 | Employee Matters | Prepared materials re: compensation |
| David Blechman | 01/07/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly re: EPA analysis |
| David Blechman | 01/07/02 | 2.5 | Employee Matters | Prepared materials re: compensation plan |
| David Blechman | 01/08/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation matters |
| David Blechman | 01/08/02 | 1.5 | Corporate Finance | Reviewed Blueberry presentation |
| David Blechman | 01/08/02 | 0.5 | Corporate Finance | Call with G. Freeman re: Blueberry presentation |
| David Blechman | 01/08/02 | 1.0 | Employee Matters | Revisions to compensation presentation |
| David Blechman | 01/09/02 | 1.5 | Employee Matters | Meeting with P. Zilly, M. Alexander re: compensation presentation |
| David Blechman | 01/09/02 | 2.0 | Claims Analysis/Objections/Administration | Worked with M. Alexander on EPA analysis |
| David Blechman | 01/10/02 | 2.0 | Corporate Finance | Review Project Blueberry presentation |
| David Blechman | 01/11/02 | 2.0 | Corporate Finance | Call with P. Hanlon, G. Freeman re: Blueberry presentation |
| David Blechman | 01/11/02 | 1.0 | Corporate Finance | Meeting with P. Zilly, M. Alexander re: Blueberry analysis |
| David Blechman | 01/12/02 | 2.0 | Corporate Finance | Performed analysis of Blueberry |
| David Blechman | 01/14/02 | 1.0 | Employee Matters | Revised analysis of compensation |
| David Blechman | 01/15/02 | 2.0 | Employee Matters | Revised presentation of compensation plan |
| David Blechman | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Review EPA analysis, discussion with P. Zilly, M. Alexander |
| David Blechman | 01/15/02 | 1.0 | Claims Analysis/Objections/Administration | Mtg with M. Alexander re: EPA analysis |
| David Blechman | 01/15/02 | 2.0 | Corporate Finance | Review Blueberry purchase agreement |
| David Blechman | 01/16/02 | 0.5 | Employee Matters | Call with S. Krawczei re: compensation |
| David Blechman | 01/16/02 | 0.5 | Employee Matters | Call with S. Krawczei and M. Piergrossi re: same |
| David Blechman | 01/16/02 | 1.5 | Employee Matters | Reviewed compensation materials |
| David Blechman | 01/18/02 | 2.0 | Employee Matters | Revise compensation analysis for updated numbers |
| David Blechman | 01/18/02 | 1.0 | Business Analysis | Read November operating report |
| David Blechman | 01/18/02 | 2.0 | Corporate Finance | Review Project Blueberry models |
| David Blechman | 01/18/02 | 1.0 | Employee Matters | Call with P. Zilly, B. McGowan re: compensation analysis |
| David Blechman | 01/22/02 | 1.0 | Corporate Finance | Meeting with P. Zilly re: possible joint venture |
| David Blechman | 01/22/02 | 1.0 | Case Administration | Meeting with P. Zilly re: case developments |
| David Blechman | 01/22/02 | 1.0 | Employee Matters | Discussions with M. Alexander re: new comp numbers |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Mtg with P. Zilly, M. Alexander re: EPA |
| David Blechman | 01/24/02 | 1.5 | Employee Matters | Reviewed compensation materials with P. Zilly |
| David Blechman | 01/24/02 | 0.5 | Employee Matters | Call with M. Piergrossi re: compensation materials |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly re: Wolin and EPA meetings |
| David Blechman | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly, M. Alexander re: recovery analysis |
| David Blechman | 01/24/02 | 0.5 | Employee Matters | Meeting with M. Alexander re: compensation analysis and presentation |
| David Blechman | 01/25/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with Financial advisors re: filing of Addiment motion |
| David Blechman | 01/25/02 | 2.0 | Case Administration | Conference call with P. Zilly, B. Tarola, D. Siegel re: Wolin presentation |
| David Blechman | 01/25/02 | 0.5 | Case Administration | Meeting with P. Zilly re: Tarola call, charts |
| David Blechman | 01/28/02 | 2.5 | Employee Matters | Meetings with P. Zilly and M. Alexander re:analysis of compensation |
| David Blechman | 01/28/02 | 3.0 | Business Analysis | Analysis of latest operating results re: balness Plan |
| David Blechman | 01/29/02 | 3.0 | Case Administration | Review slides and check analysis for meeting with Judge Wolin |
| David Blechman | 01/29/02 | 2.0 | Claims Analysis/Objections/Administration | Reviewed EPA and analyses |
| David Blechman | 01/29/02 | 1.0 | Employee Matters | Meeting with P. Zilly, M. Alexander, N. Bubnowski re: compensation issues |
| David Blechman | 01/29/02 | 0.5 | Employee Matters | Call with S. Krawczei and M. Alexander re: compensation |
| David Blechman | 01/29/02 | 1.0 | Claims Analysis/Objections/Administration | Revised EPA analysis |
| David Blechman | 01/30/02 | 1.0 | Employee Matters | Reviewed compensation materials with M. Alexander |
| David Blechman | 01/30/02 | 0.5 | Employee Matters | Call with S. Krawczei re compensation |
| David Blechman | 01/30/02 | 2.5 | Business Analysis | Reviewed Q4 results, meeting with P. Zilly, M. Alexander re same |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/31/02 | 0.5 | Compensation of Professionals | Reviewed procedures order |
| David Blechman | 01/31/02 | 2.5 | Business Analysis | Collected Information re: P&M due diligence request |
| David Blechman | 01/31/02 | 1.0 | Case Administration | Mtg with P. Zilly re case strategy |
| David Blechman | 01/31/02 | 1.0 | Corporate Finance | Research re: possible acquisition candidate |
| David Blechman | 01/31/02 | 0.5 | Case Administration | Meeting with Zilly re: Norris call |
| | | 74.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2002 - JANUARY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 01/07/02 | 4.5 | Claims Analysis/Objections/Administration | Prepared analysis re: creditor recoveries under different claims scenarios |
| Michael Alexander | 01/08/02 | 5.0 | Business Analysis | Compiled research re: recent issues in comparable bankruptcy cases |
| Michael Alexander | 01/08/02 | 2.5 | Business Analysis | Updated bankruptcy database |
| Michael Alexander | 01/08/02 | 3.0 | Claims Analysis/Objections/Administration | Updated EPA analysis |
| Michael Alexander | 01/09/02 | 1.5 | Employee Matters | Meeting with P. Zilly, D. Blechman re: compensation analysis |
| Michael Alexander | 01/09/02 | 2.0 | Claims Analysis/Objections/Administration | Discussed EPA analysis with D. Blechman |
| Michael Alexander | 01/11/02 | 1.0 | Corporate Finance | Meeting with P. Zilly, D. Blechman re: Blueberry analysis |
| Michael Alexander | 01/11/02 | 2.0 | Employee Matters | Update comparable compensation analysis |
| Michael Alexander | 01/15/02 | 2.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re: EPA analysis |
| Michael Alexander | 01/15/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with D. Blechman re: revised EPA analysis |
| Michael Alexander | 01/15/02 | 3.0 | Business Analysis | Comparable company analysis re: operating results |
| Michael Alexander | 01/18/02 | 2.5 | Employee Matters | Update compensation analysis, presentation |
| Michael Alexander | 01/18/02 | 1.0 | Employee Matters | Call with P. Zilly, D. Blechman, B McGowan re: compensation presentation |
| Michael Alexander | 01/22/02 | 2.0 | Corporate Finance | Review operating models re: Project Blueberry; distribute to financial advisors |
| Michael Alexander | 01/22/02 | 1.0 | Case Administration | Meeting with P. Zilly, D. Blechman re: case developments |
| Michael Alexander | 01/22/02 | 3.5 | Claims Analysis/Objections/Administration | Modified EPA analysis |
| Michael Alexander | 01/23/02 | 1.0 | Employee Matters | Discussion with D. Blechman re: new comp data |
| Michael Alexander | 01/23/02 | 6.5 | Employee Matters | Categorized compensation data based on LTIP, AICP, and retention tiers |
| Michael Alexander | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Call with D. Siegel, B. Tarola, P. Zilly, D. Blechman re:EPA analysis |
| Michael Alexander | 01/24/02 | 1.5 | Employee Matters | Meeting with P. Zilly, D. Blechman re: comp analysis |
| Michael Alexander | 01/24/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re: EPA analysis |
| Michael Alexander | 01/24/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: compensation analysis |
| Michael Alexander | 01/24/02 | 4.5 | Employee Matters | Analyze new compensation data and model case |
| Michael Alexander | 01/25/02 | 3.0 | Employee Matters | Analyze incremental costs of various cases |
| Michael Alexander | 01/25/02 | 1.0 | Case Administration | Conference call with P. Zilly, B. Tarola, D. Siegel re: Wolla presentation |
| Michael Alexander | 01/28/02 | 2.5 | Employee Matters | Meetings with P. Zilly and D. Blechman re: analysis of compensation |
| Michael Alexander | 01/29/02 | 2.5 | Employee Matters | Analyze incremental costs of various cases |
| Michael Alexander | 01/29/02 | 0.5 | Employee Matters | Call with S. Kruwezel and D. Blechman re: compensation |
| Michael Alexander | 01/29/02 | 4.0 | Employee Matters | Revise retention analysis |
| Michael Alexander | 01/29/02 | 1.0 | Employee Matters | Call with P. Zilly, D. Blechman, N. Bobrovich re: compensation presentation |
| Michael Alexander | 01/29/02 | 1.0 | Claims Analysis/Objections/Administration | Meeting with P. Zilly, D. Blechman re: EPA analysis |
| Michael Alexander | 01/29/02 | 2.5 | Claims Analysis/Objections/Administration | Revised EPA analysis |
| Michael Alexander | 01/30/02 | 2.5 | Business Analysis | Review latest operating results, meeting with P. Zilly, D. Blechman re: same |
| Michael Alexander | 01/30/02 | 2.5 | Employee Matters | Revise compensation presentation |
| Michael Alexander | 01/30/02 | 1.0 | Employee Matters | Reviewed compensation materials with D. Blechman |

78.5

**EXHIBIT B**

W.R. Grace
Expense Detail
Processed
Through January 31, 2002
2706-D

### Airfare

| | | | |
|---|---|---|---|
| Blechman | 11/29/01 | 251.75 | |
| | Subtotal - Airfare | | 251.75 |

### Car Services
#### Elite

| | | | |
|---|---|---|---|
| Alexander | 12/22/01 | 55.56 | |
| Document Production | 12/01/01 | 68.33 | |
| Document Production | 12/02/01 | 22.43 | |
| Document Production | 12/03/01 | 19.37 | |
| | Subtotal - Car Services | | 165.69 |

### Travel - Local

| | | | |
|---|---|---|---|
| Blechman | 11/21/01 | 13.00 | |
| Blechman | 11/26/01 | 9.00 | |
| Blechman | 11/26/01 | 30.00 | |
| Blechman | 11/26/01 | 30.00 | |
| Blechman | 11/27/01 | 27.00 | |
| Blechman | 11/27/01 | 30.00 | |
| Blechman | 11/28/01 | 6.00 | |
| Blechman | 11/28/01 | 7.00 | |
| Blechman | 11/28/01 | 8.00 | |
| Blechman | 11/28/01 | 10.00 | |
| Blechman | 11/29/01 | 27.00 | |
| | Subtotal - Travel -Local | | 197.00 |

### Other Auto

| | | | |
|---|---|---|---|
| Blechman | 11/28/01 | 126.85 | |
| | Subtotal - Other Auto | | 126.85 |

### Travel - Railroad

| | | | |
|---|---|---|---|
| Blechman | 11/20/01 | 233.00 | |
| Blechman | 11/21/01 | 172.00 | |
| Blechman | 11/26/01 | 366.00 | |

W.R. Grace
Expense Detail
Processed
Through January 31, 2002
2706-D

| | | | |
|---|---|---|---|
| Blechman | 11/27/01 | 310.00 | |
| | **Subtotal - Travel - Railroad** | | **1,081.00** |

**Meals**
| | | | |
|---|---|---|---|
| Alexander | 08/24/01 | 17.39 | |
| Alexander | 09/20/01 | 20.00 | |
| Shinder | 09/27/01 | 20.00 | |
| Shinder | 10/11/01 | 20.00 | |
| | **Subtotal - Meals** | | **77.39** |

**Lodging**
| | | | |
|---|---|---|---|
| Blechman | 11/28/01 | 249.86 | |
| | **Subtotal - Lodging** | | **249.86** |

**Research**
**Online D/B**
| | | | |
|---|---|---|---|
| de Almeida | 10/26/01 | 5.36 | |
| de Almeida | 10/26/01 | 5.36 | |
| de Almeida | 11/13/01 | 5.36 | |
| de Almeida | 11/21/01 | 5.36 | |
| de Almeida | 11/28/01 | 5.36 | |
| de Almeida | 12/06/01 | 5.36 | |
| de Almeida | 12/13/01 | 5.36 | |
| de Almeida | 12/13/01 | 5.36 | |
| de Almeida | 12/14/01 | 5.36 | |
| de Almeida | 12/16/01 | 5.36 | |
| de Almeida | 12/17/01 | 5.36 | |
| de Almeida | 12/17/01 | 5.36 | |
| | **Subtotal - Online D/B** | | **64.32** |

**Publication**
| | | | |
|---|---|---|---|
| Blechman | 01/02/02 | 1,200.00 | |
| | **Subtotal - Publication** | | **1,200.00** |
| | **Subtotal - Research** | | **1,264.32** |

Page 2 of 3

W.R. Grace
Expense Detail
Processed
Through January 31, 2002
2706-D

**Professional Legal Fees**

| | | | |
|---|---|---|---|
| Simpson Thacher & Bartlett | 01/02/02 | 1,601.25 | |
| | Subtotal - Professional Legal Fees | | 1,601.25 |

**Communications**
**Fax**

| | | | |
|---|---|---|---|
| Bolger | Jan-02 | 21.25 | |
| | Subtotal - Fax | | 21.25 |

**Communications**
**Federal Express**

| | | | |
|---|---|---|---|
| de Almeida | 11/28/01 | 12.55 | |
| Zilly | 01/11/02 | 13.40 | |
| | Subtotal - Federal Express | | 25.95 |

**Messenger - EDM**

| | | | |
|---|---|---|---|
| Zilly | 12/17/01 | 8.75 | |
| | Subtotal - Messenger - EDM | | 8.75 |
| | Subtotal - Communications | | 55.95 |

**Photocopying**

| | | | |
|---|---|---|---|
| Zilly | 12/17-28/01 | 69.20 | |
| | Subtotal - Photocopying | | 69.20 |
| | Total Expenses | $ | 5,140.26 |