## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                   |   |                          |
|-----------------------------------|---|--------------------------|
| In re:                            | : | **Chapter 11**           |
|                                   | : |                          |
| **W.R. GRACE & CO., et al.,**     | : | **Case No. 01-01139 (JKF)** |
|                                   | : |                          |
| Debtors.                          | : | **(Jointly Administered)**  |

## ORDER GRANTING FOURTH QUARTERLY INTERIM APPLICATION
## OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION
## AND FOR REIMBURSEMENT OF EXPENSES FOR
## JANUARY 1, 2002 THROUGH MARCH 31, 2002

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors and debtors-in-possession (the "Debtors"), filed a fourth quarterly interim application (the "Fourth Quarterly Interim Application") for allowance of compensation and reimbursement of expenses for January 1, 2002 through March 31, 2002. This Court has reviewed the Fourth Quarterly Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Quarterly Interim Application, and any hearing on the Fourth Quarterly Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Interim Application. Accordingly, it is hereby

ORDERED that the Fourth Quarterly Interim Application is GRANTED, on an interim basis. The Debtors shall pay to Blackstone the sum of $525,000.00 as compensation and $7,491.87 as reimbursement of expenses, for a total of $532,491.87 for services rendered and disbursements incurred by Blackstone for the period January 1, 2002, through March 31, 2002.

Dated: _____

_____
The Honorable Judith K. Fitzgerald