IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 16th day of May, 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

1. **FOURTH QUARTERLY INTERIM FEE APPLICATION REQUEST OF THE BLACKSTONE GROUP L.P. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD JANUARY 1, 2002 THROUGH MARCH 31, 2002; AND**

2. **[PROPOSED] ORDER GRANTING FOURTH QUARTERLY INTERIM FEE APPLICATION REQUEST OF THE BLACKSTONE GROUP L.P. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD JANUARY 1, 2002 THROUGH MARCH 31, 2002.**

David W. Carickhoff, Jr. (DE Bar No. 3715)

91100-001\DOCS_DE:39523.17