# EXHIBIT C

| W R GRACE & CO ||||
| SUMMARY OF FEES ||||
| JANUARY 1 THROUGH MARCH 31, 2002 ||||
| | Hours | Rate | Amount* |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 14.6 | 525 | 7,425.00 |
| Kruger, Lewis | 24.6 | 695 | 16,084.50 |
| Levy, Mark | 10 | 650 | 6,297.00 |
| Pasquale, Kenneth | 67 | 495 | 33,165.00 |
| **Associates** | | | |
| Brandes, Ronnie H. | 47.9 | 185 | 8,861.50 |
| Krieger, Arlene | 341.6 | 475 | 150,405.00 |
| Sasson, Moshe | 59.5 | 395 | 22,379.00 |
| Taruschio, Anna | 8.2 | 245 | 2,009.00 |
| **Paraprofessionals** | | | |
| Bowen, Mark | 0.2 | 175 | 35.00 |
| Christian, Angelina | 8.1 | 70 | 567.00 |
| Calvo, Fernando | 1.2 | 120 | 144.00 |
| Cotto, Lisa | 67.3 | 170 | 10,177.00 |
| Defreitas, Vaughn | 84.2 | 100 | 8,420.00 |
| Malpeli, Gary | 2 | 170 | 340.00 |
| Mariano, Christine | 9.4 | 155 | 1,457.00 |
| Mohamed, David | 3.8 | 100 | 380.00 |
| Serrette, Rosemarie | 19.1 | 170 | 3,007.00 |
| Subtotal | 768.7 | | 271,153.00 |
| Less: 50% Travel Time | (8.5) | | (3,982.80) |
| Total | 760.2 | | 267,170.20 |

* During the Compensation Period, Stroock increased its hourly rates. The amounts in this column were calculated using the hourly rates in effect at the time services were rendered.

1218831.02