# EXHIBIT D

SSL-DOCS1 1218180v1

| W R GRACE & CO SUMMARY OF DISBURSEMENTS JANUARY 1 THROUGH MARCH 31, 2002 | |
|---|---|
| Outside Messenger Service | 141.97 |
| Local Transportation | 272.51 |
| Long Distance Telephone | 700.22 |
| Duplicating Costs-Outside | 5.25 |
| Duplicating Costs-in-House | 743.60 |
| Postage | 14.07 |
| Process Service & Calendar Watch | 275.72 |
| O/s information Services | 271.29 |
| Miscellaneous | 124.00 |
| In-House Messenger Service | 43.00 |
| Facsimile Charges | 96.00 |
| Meals | 11.45 |
| Overtime | 4.91 |
| Travel Expenses - Transportation | 2,182.73 |
| Westlaw | 1,263.04 |
| | |
| **Total Disbursements** | **6,149.76** |

1218831.02