**Exhibit C**

**Fee Application for the period**

**February 1 -- February 28, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                              Chapter 11

W.R. GRACE & Co., et al.,                           Case No. 01-01139 (JKF)
                                                    (Jointly Administered)


                    Debtor



ELEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH  FEBRUARY 28, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2002 through February 28, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $27,249.50): | $21,799.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 1,874.43 |

This is an:  _X___ interim  _____ final application

The total time expended for fee application preparation, including one-time costs to convert prior fee data to new format, is approximately 20.1 hours and corresponding compensation requested is approximately  $7,240.00.

This is the ELEVENTH application filed.  Disclosure for prior periods and current period is as follows:

ELEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002)
### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

ELEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 4.4 | $2,420.00 |
| S. Cunningham | $440 | 6.3 | $2,772.00 |
| C. Whitney | $375 | 2.9 | $1,087.50 |
| L. Hamilton | $350 | 53.5 | $13,725.00 |
| J. Schwendeman | $325 | 6.0 | $1,950.00 |
| C. MacCallum | $295 | 1.0 | $295.00 |
| | | | |
| Grand Total: | | 74.1 | $27,249.50 |
| Blended Rate: | $368 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 8 | Asset Acquisitions/Business Combinations | 13.5 | $4,725.00 |
| 12 | Business Analysis | 37.2 | $13,656.50 |
| 17 | Committee Matters and Creditor Meetings | 3.3 | $1,628.00 |
| 18 | Compensation of Professionals | 20.1 | $7,240.00 |
| | | | |
| | Total | 74.1 | $27,249.50 |

ELEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies, Internal | $83.80 |
| Facsimile | $81.25 |
| Postage, Express Delivery | $196.88 |
| Word Processing Services | $22.50 |
| Document Preparation and Handling Services | $300.00 |
| Seminar Costs | $1,190.00 |
|  |  |
| Total | $1,874.43 |

ELEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002)

INDEX

APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES

EXHIBIT A    Affidavit of Edwin N. Ordway, Jr.

EXHIBIT B    Summary of the services performed by FTI Policano & Manzo from
February 1, 2002 through February 28, 2002

EXHIBIT C    Summary of fees by professional for the period February 1, 2002 through
February 28, 2002

EXHIBIT D    Detailed descriptions of services rendered by professional for the period
February 1, 2002 through February 28, 2002

EXHIBIT E    Summary of expenses incurred for the period February 1, 2002 through
February 28, 2002

## APPLICATION FOR ALLOWANCE OF
## INTERIM COMPENSATION AND REIMBURSEMENT
## OF EXPENSES

### I.    Introduction

This is the eleventh application for allowance of interim compensation and reimbursement of expenses ("Eleventh Interim Application") made by FTI Policano & Manzo ("FTI P&M" or "Applicant"), as Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. et. al., (the "Company" or "Debtors") for the period February 1, 2002 through February 28, 2002 ("Eleventh Interim Period"). In connection with this application, the Applicant submits as follows:

1. FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related matters, and is an operating unit of FTI Consulting, Inc.

2. FTI P&M was retained by the Committee as Financial Advisors to the Committee pursuant to an order approved by the Court dated June 21, 2001 (the "Employment Order").

3. On May 3, 2001, the Court entered an order establishing procedures for interim compensation and reimbursement of expenses for all professionals and committee members ("Interim Compensation Order").

4. The Interim Compensation Order requires each professional to submit monthly statements to various parties as stated in the Interim Compensation Order. These monthly statements include a detailed schedule of the services rendered and the expenses incurred for the related period, and are submitted on or about the 28th day of every month. Following a 20 day period for notice and resolution of objections, the Interim Compensation Order requires the Debtors to promptly pay (i) 80% of undisputed professional fees; and (ii) 100% of the undisputed expenses detailed in the monthly statement.

5. During the Eleventh Interim Period, FTI P&M is submitted the following monthly statements to the parties in the Interim Compensation Order:

| Period | Fees | Expenses |
|---|---|---|
| 2/1/02 through 2/28//02 | $27,249.50 | $1,874.43 |

6. Through the date of this Eleventh Interim Application, FTI P&M has not been paid for the professional fees rendered nor for the expenses incurred that were included in the monthly statements for the Eleventh Interim Period.

7. FTI P&M submits this Eleventh Interim Application, pursuant to Section 330 and 331 of the United States Bankruptcy Code and Bankruptcy Rule 2016, for an interim

allowance for compensation for professional services rendered to the Debtors of $21,799.60, representing 80% of fees incurred, and for the reimbursement of expenses in connection therewith of $1,874.43 for the period February 1, 2002 through February 28, 2002. To date, Applicant has not been paid for the professional services rendered nor for reimbursement of expenses applicable to February.

8. During the Eleventh Interim Period, the Applicant rendered professional services aggregating a total of 74.1 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee.

9. The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. Applicant has attached to this Eleventh Interim Application, as Exhibit D, a complete accounting of the time expended by professionals who worked on this matter during the Eleventh Interim Period. The Applicant's work during this period has been categorized into separate tasks, each of which is described in detail in Exhibit B. Additional task codes may be added in subsequent applications.

10. Section II below briefly discusses the history of the Company prior to its filing, issues facing the Company during the Chapter 11 period, and the major tasks performed by the Applicant during the Eleventh Interim Period.

II.    **Background**

1.    On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.    Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court order dated June 21, 2001, FTI P&M was retained as financial advisors for the Committee, nunc pro tunc to April 20, 2001. Since its retention, FTI P&M has continuously and vigorously pursued the Committee's interests in these cases.

3.    The Debtors have represented, among other things, that: (a) the Debtors engage in specialty chemicals and materials businesses, operating on a worldwide basis, with their corporate headquarters located in Columbia, Maryland; (b) The Debtors predominantly operate through two business units – Davison Chemicals and Performance Chemicals; (c) the Debtors' parent company, W.R. Grace & Co. ("Grace"), is a global holding company that conducts substantially all of its business through a direct, wholly owned subsidiary, W.R. Grace & Co. – Conn. ("Grace-Conn"); (d) Grace-Conn owns

substantially all of the assets, properties and rights of Grace in the United States and has 76 domestic subsidiaries and affiliates, 60 of which are Debtors and Debtors-in-Possession in the Chapter 11 Cases.

4.      The following summary is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in Exhibit D. Rather, it is merely an attempt to highlight those areas in which services were rendered to the Committee during the Compensation Period, including (i) Financial monitoring and comparison of performance with prior periods and budgets (ii) Preparation of reports to the Committee on a Debtors' proposed asset acquisition and plant closure (iii) Preparation of analyses of economic projections for the construction industry (iv) Meetings and phone conferences with Debtors' management and counsel and with Committee counsel, and (v) Other Matters.

5.      FTI P&M's role included the preparation and communication of various financial analyses requested by the Official Committee of Unsecured Creditors' professionals in order to assist their rapid understanding of the issues facing the Debtors.

6.      For the Compensation Period, FTI P&M seeks compensation totaling $23,674.03, representing 80% of fees incurred and 100% of expenses incurred. FTI P&M expended an aggregate of 74.1 hours, substantially all of which was expended by six professionals.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

7.      In addition, FTI P&M incurred out-of-pocket expenses in connection with the rendition of the professional services described above in the sum of $1,874.43 for which FTI P&M respectfully requests reimbursement in full. All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.25 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.20 per page for internal copying. FTI P&M believes that these charges reflect its actual out-of-pocket costs.

8.      The disbursements and expenses have been incurred in accordance with FTI P&M's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable FTI P&M to devote time beyond normal office hours to matters that imposed extraordinary time demands. FTI P&M has endeavored to minimize these expenses to the fullest extent possible.

9.      FTI P&M's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, FTI P&M's per diem rates for professionals of comparable experience

are 15% to 25% lower than its competitors, the "Big-Five" accounting firms and certain other nationally-recognized specialty firms.

10.     Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

11.     Edwin N. Ordway, Jr., Managing Director in charge of this case, directed the activities of the FTI P&M team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

## III.  Summary of Fees and Expenses Incurred

12.     To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

13.     FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtor.

14.     In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

15.     FTI P&M's policy with respect to word processing and document preparation and handling services provided by FTI P&M employees is to bill clients by the hour for such time, but only if the employees' time is clearly and exclusively devoted to work performed for that particular client, such as for the preparation, collation and binding of a report for a client. Such services are billed to the Debtor at a rate commensurate with that which would be charged by a third party provider such as a temporaries agency.

16.     Annexed hereto as Exhibit B is a more comprehensive summary of the services performed by the Applicant during the Eleventh Interim Period at the direction of the Committee and its Counsel.

17.    Annexed hereto as Exhibit C is a summary of fees by professional and by task during the Eleventh Interim Period.

18.    Annexed hereto as Exhibit D are detailed descriptions of the time spent by each professional during the Eleventh Interim Period.

19.    Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

20.    As stated in the Affidavit of Edwin N. Ordway, Jr. annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

21.    The Debtors will give notice of the relief requested herein and of the relief requested by the other professionals in their respective applications for allowance of compensation by serving notice of this application upon all parties that have requested notice in these cases, and FTI P&M has personally served copies of the Application with exhibits to the Debtors and on the United States Trustee.

22.    WHEREFORE, the Applicant respectfully requests that this Court enter an order:

    a.  approving the allowance of compensation for professional services rendered to the Committee during the period from February 1, 2002 through and including February 28, 2002 in the amount of $27,249.50;

    b.  approving the reimbursement of FTI P&M's out-of-pocket expenses incurred in connection with the rendering of such services during the period from February 1, 2002 through and including February 28, 2002 in the amount of $1,874.43; and

c.  authorizing the Debtor to pay as interim compensation to FTI P&M 80%
of the amount of the professional services rendered and 100% of the
expenses incurred by FTI P&M during the period from February 1, 2002
through and including February 28, 2002, subject to final payment of the
full amount; and

d.  granting such other and further relief as this Court may deem just and
proper.


Date: March _27_, 2002                          FTI Policano & Manzo

                                                By _____
                                                      Edwin N. Ordway, Jr.

                                                FTI Policano & Manzo
                                                Park 80 West, Plaza I
                                                Saddle Brook, NJ  07663
                                                (201) 843-4900

EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## AFFIDAVIT

STATE OF NEW JERSEY   )
                                ) ss:
COUNTY OF BERGEN      )

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

        1.        I am a Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

        2.        This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's eleventh monthly application for an interim allowance of compensation and for the reimbursement of expenses for services rendered during the

-1-

period from February 1, 2002 through and including February 28, 2002 in the aggregate amount of $23,674.03.

3.         All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from February 1, 2002 through and including February 28, 2002 and not on behalf of any other person.

4.         In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.         In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR.

Sworn to before me this
27th day of March, 2002

Patricia Foose
Notary Public

**PATRICIA E. FOOSE
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 6, 2006**

2

Exhibit B

## SUMMARY OF THE SERVICES PERFORMED BY FTI POLICANO & MANZO DURING THE ELEVENTH INTERIM PERIOD

**Task Code 8 – Asset Acquisitions/Business Combinations** (13.5 Hours)

During the Eleventh Interim Period we analyzed the Debtors' report and business model for a proposed asset acquisition. We performed research of the industry related to the acquisition. We prepared a report and discussed our findings with the Committee and with the Debtors during various conference calls.

**Task Code 12 – Business Analysis** (37.2 Hours)

During the Eleventh Interim Period, we analyzed economic and industry reports. We reviewed and analyzed the Debtors' fourth quarter operating results. We prepared a summary of the results and discussed this summary with counsel and Committee.

**Task Code 17 – Committee Matters and Creditor Meetings** (3.3 Hours)

During the Eleventh Interim Period, we participated in conference calls with the Committee on a number of issues including fourth quarter results, acquisitions and a pending plant closure.

**Task Code 18 – Compensation of Professionals** (20.1 Hours)

During the Eleventh Interim Period, we prepared and filed the Tenth Interim Fee Application, including new formats for the reporting of cumulative time and expenses by category. We reviewed the revised administrative order with respect to interim fee applications. We continued to converted our time and expense records for the interim periods in 2001 to conform to revised administrative reporting requirements.

**Exhibit C**
**Page 1 of 3**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period February 1, 2002 through February 28, 2002

|  | Total Hours | Billing Rate | | Amount | |
|---|---|---|---|---|---|
| E. Ordway | 4.4 | $ | 550 | $ | 2,420.00 |
| S. Cunningham | 6.3 | $ | 440 | | 2,772.00 |
| C. Whitney | 2.9 | $ | 375 | | 1,087.50 |
| L. Hamilton | 53.5 | $ | 350 | | 18,725.00 |
| J. Schwendeman | 6.0 | $ | 325 | | 1,950.00 |
| C. MacCallum | 1.0 | $ | 295 | | 295.00 |
| | | | | | |
| TOTAL | 74.1 | | | $ | 27,249.50 |

Exhibit C
Page 2 of 3

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | L. Hamilton | J. Schwenderman | C. MacCallum | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 8 | Asset Acquisitions/Business Combinations | $    - | $    - | $    - | $ 4,725.00 | $    - | $    - | $ 4,725.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 825.00 | 2,024.00 | 1,087.50 | 7,770.00 | 1,950.00 | - | 13,656.50 |
| 17 | Committee Matters and Creditor Meetings | 880.00 | 748.00 | - | - | - | - | 1,628.00 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 715.00 | - | - | 6,230.00 | - | 295.00 | 7,240.00 |
|  | TOTAL | $ 2,420.00 | $ 2,772.00 | $ 1,087.50 | $ 18,725.00 | $ 1,950.00 | $ 295.00 | $ 27,249.50 |

Exhibit C
Page 3 of 3

W.R. GRACE & CO. ET. AL.
Summary of Hours by Professional
For the period February 1, 2002 through February 28, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | L. Hamilton | J. Schwenderman | C. MacCallum | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 8 | Asset Acquisitions/Business Combinations | 0.0 | 0.0 | 0.0 | 13.5 | 0.0 | 0.0 | 13.5 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 1.5 | 4.6 | 2.9 | 22.2 | 6.0 | 0.0 | 37.2 |
| 17 | Committee Matters and Creditor Meetings | 1.6 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 1.3 | 0.0 | 0.0 | 17.8 | 0.0 | 1.0 | 20.1 |
| | TOTAL | 4.4 | 6.3 | 2.9 | 53.5 | 6.0 | 1.0 | 74.1 |

**Exhibit D**

W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Edwin N. Ordway, Jr.

For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Feb | 12 | Called Chair and counsel to discuss proposed acquisition and FTI P&M's evaluation thereof. | 0.4 |
| | 12 | Participated in Committee conference call. | 1.1 |
| 25-Feb | 17 | Read and analyzed monthly reporting package. | 1.6 |
| | 18 | Prepared fee application. | 0.5 |
| 27-Feb | 18 | Finalized fee application. | 0.8 |
| | | **Total Hours - February** | 4.4 |

Exhibit D

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Feb | 17 | Participated in conference with Blackstone and Debtors' management to review fourth quarter results. | 1.7 |
| 12-Feb | 12 | Read and analyzed legal update and issues regarding fraudulent conveyance motion issued by counsel. | 0.6 |
| | 12 | Analyzed fourth quarter financials submitted by Debtors subsequent to update telephone call. | 0.7 |
| 27-Feb | 12 | Analyzed Debtors' motion to close Darex plant in Georgia. | 0.8 |
| | 12 | Analyzed financial data pertaining to Darex closing. | 0.7 |
| 28-Feb | 12 | Prepared information request list in preparation for March 4th conference with Debtors. | 1.8 |
| | | **Total Hours - February** | 6.3 |

**Exhibit D**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Feb | 12 | Read and analyzed fourth quarter results press release and prepared talking points for Committee conference call. | 1.9 |
| 11-Feb | 12 | Participated in telephone call with Debtors to discuss fourth quarter and year-end 2001 performance. | 1.0 |
| | | **Total Hours - February** | 2.9 |

**Exhibit D**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Feb | 8 | Analyzed data provided by the Debtors and prepared talking points in preparation for conference call related to Blueberry acquisition. | 6.9 |
| | 8 | Participated in conference call with company related to Blueberry acquisition. | 1.1 |
| 4-Feb | 18 | Prepared conversion schedule for April 2001 through December 2001 fees. | 5.5 |
| | 12 | Obtained and reviewed financial statement filings. | 3.0 |
| 5-Feb | 18 | Continued to prepare conversion schedule for April 2001 through December 2001 fees. | 2.2 |
| | 12 | Obtained and reviewed Committee reports. | 4.8 |
| 6-Feb | 12 | Organized case files. | 2.0 |
| 7-Feb | 18 | Continued to prepare conversion schedule for April 2001 through December 2001 fees. | 1.0 |
| 11-Feb | 12 | Participated in conference call with Debtors related to fourth quarter earnings. | 0.5 |
| 18-Feb | 18 | Prepared January fee application. | 3.1 |
| | 12 | Analyzed fourth quarter financial data. | 1.9 |
| 19-Feb | 18 | Updated schedules in accordance with latest Administrative Order regarding fee applications. | 2.6 |
| | 18 | Continued to prepare January fee application. | 1.4 |
| 26-Feb | 12 | Analyzed fourth quarter financial data. | 3.8 |
| | 12 | Reviewed motion regarding Darex plant closure. | 2.2 |
| | 8 | Updated Blueberry acquisition memo. | 2.5 |
| 27-Feb | 8 | Incorporated review comments in updated Blueberry acquisition memo. | 3.0 |

| | 12 | Prepared analysis of Darex plant closure. | 2.3 |
|---|---|---|---|
| | 12 | Updated analysis of Darex plant closure. | 1.7 |
| 28-Feb | 18 | Finalized January fee application. | 2.0 |

**Total Hours - February**  53.5

**Exhibit D**

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Jeffrey Schwendeman
For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Feb | 12 | Prepared analysis of current U.S. national economic indicator growth forecasts impacting the Debtors. | 1.6 |
| 15-Feb | 12 | Prepared analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.4 |
| 20-Feb | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 2.1 |
| 28-Feb | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 0.9 |
| | | **Total Hours - February** | 6.0 |

**Exhibit D**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Craig MacCallum
For the period February 1, 2002 through February 28, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Feb | 18 | Reviewed new procedures for preparation of fee applications. | 1.0 |
| | | **Total Hours - February** | 1.0 |

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period February 1, 2002 through February 28, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 83.80 |
| External | | - |
| Telecommunications: | | |
| Toll Charges | | - |
| Facsimile | | 81.25 |
| Postage, Federal Express | | 196.88 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| Word Processing Services | | 22.50 |
| Document Preparation and Handling Services | | 300.00 |
| Seminar Costs | | 1,190.00 |
| Total Expenses | $ | 1,874.43 |

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period February 1, 2002 through February 28, 2002

| | | | | | |
|---|---|---|---|---|---|
| Copies, Internal | 419 | pages @ $0.20/page: | | $ | 83.80 |
| Facsimile Charges: | 65 | pages @ $1.25/page: | | | 81.25 |
| Toll Charges: | Online research fees | | - | | |
| | Online research fees | | - | | |
| | | Subtotal | | | - |
| Postage, Federal Express: | Airborne | 22-Feb | 42.40 | | |
| | Airborne | 25-Feb | 144.32 | | |
| | Airborne | 27-Feb | 10.16 | | |
| | | Subtotal | | | 196.88 |
| Transportation, lodging, tolls and parking: | | | | | - |
| Meals: | | | | | - |
| Word Processing Services: | | | | | |
| P. Foose | | 0.30 hours @ $75/hour: | 22.50 | | |
| | | Subtotal | | | 22.50 |
| Document Preparation and Handling Services: | | | | | |
| 10-Feb | | 2.0 hours @ $75/hour: | 150.00 | | |
| 28-Feb | | 2.0        " | 150.00 | | |
| | | Subtotal | | | 300.00 |
| Seminar Costs | | | | | |
| L. Hamilton | 15-Feb | | 595.00 | | |
| C. Whitney | 15-Feb | | 595.00 | | |
| | | Subtotal | | | 1,190.00 |
| | Total Expenses | | | $ | 1,874.43 |