**Exhibit D**

**Fee Application for the period**

**March 1 – March 31, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

            Debtors


TWELFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002)

Name of Applicant:                        FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                          Unsecured Creditors

Date of Retention:                        June 21, 2001

Period for which compensation and         March 1, 2002 through
reimbursement is sought:                  March 31, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $106,680.50):     $85,344.40

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):     $ 1,919.09

This is an: _X_ interim _____ final application

The total time expended for fee application preparation is approximately 14.9 hours and
corresponding compensation requested is approximately $5,435.00.

This is the TWELFTH application filed. Disclosure for prior periods and current period
is as follows:

TWELFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWELFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002)
**ATTACHMENT A
TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |

3

TWELFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 4.5 | $2,475.00 |
| S. Cunningham | $440 | 40.2 | $17,688.00 |
| C. Whitney | $375 | 57.6 | $21,600.00 |
| W. Gilligan | $375 | 66.3 | $24,862.50 |
| L. Hamilton | $350 | 106.0 | $37,100.00 |
| J. Schwendeman | $325 | 3.0 | $975.00 |
| M. Hakoun | $150 | 13.2 | $1,980.00 |
| | | | |
| Grand Total: | | 290.8 | $106,680.50 |
| Blended Rate: | $367 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 31.0 | $10,380.00 |
| 8 | Asset Acquisitions/Business Combinations | 8.4 | $3,459.00 |
| 12 | Business Analysis | 206.4 | $76,172.00 |
| 17 | Committee Matters and Creditor Meetings | 30.1 | $11,234.50 |
| 18 | Compensation of Professionals | 14.9 | $5,435.00 |
| | | | |
| | Total | 290.8 | $106,680.50 |

TWELFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $608.00 |
| Telecommunications | $136.82 |
| Postage, Express Delivery | $39.42 |
| Travel Expenses | $1,014.85 |
| Word Processing Services | $45.00 |
| Document Preparation and Handling Services | $75.00 |
| | |
| Total | $1,919.09 |

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period March 1, 2002 through March 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 4.5 | $ 550 | $ 2,475.00 |
| S. Cunningham | 40.2 | $ 440 | 17,688.00 |
| C. Whitney | 57.6 | $ 375 | 21,600.00 |
| W. Gilligan | 66.3 | $ 375 | 24,862.50 |
| L. Hamilton | 106.0 | $ 350 | 37,100.00 |
| J. Schwendeman | 3.0 | $ 325 | 975.00 |
| M. Hakoun | 13.2 | $ 150 | 1,980.00 |
| TOTAL | 290.8 |  | $ 106,680.50 |

**Invoice**
**March 31, 2002**

### W.R. GRACE & CO. ET. AL.
Summary of Fees by Category
For the period March 1, 2002 through March 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gillspan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | $ - | $ - | $ - | $ 3,300.00 | 6,195.00 | $ 390.00 | $ 495.00 | $ 10,380.00 |
| 8 | Asset Acquisitions/Business Combinations | 165.00 | 2,244.00 | - | - | 1,050.00 | - | - | 3,459.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 1,705.00 | 13,552.00 | 17,437.50 | 21,037.50 | 20,370.00 | 585.00 | 1,485.00 | 76,172.00 |
| 17 | Committee Matters and Creditor Meetings | - | 1,892.00 | 4,162.50 | 525.00 | 4,655.00 | - | - | 11,234.50 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 605.00 | - | - | - | 4,830.00 | - | - | 5,435.00 |
| | TOTAL | $ 2,475.00 | $ 17,688.00 | $ 21,600.00 | $ 24,862.50 | $ 37,100.00 | $ 975.00 | $ 1,980.00 | $ 106,680.50 |

2 of 17

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Professional
For the period March 1, 2002 through March 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 8.8 | 17.7 | 1.2 | 3.3 | 31.0 |
| 8 | Asset Acquisitions/Business Combinations | 0.3 | 5.1 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 8.4 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 3.1 | 30.8 | 46.5 | 56.1 | 58.2 | 1.8 | 9.9 | 206.4 |
| 17 | Committee Matters and Creditor Meetings | 0.0 | 4.3 | 11.1 | 1.4 | 13.3 | 0.0 | 0.0 | 30.1 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 1.1 | 0.0 | 0.0 | 0.0 | 13.8 | 0.0 | 0.0 | 14.9 |
| | TOTAL | 4.5 | 40.2 | 57.6 | 66.3 | 106.0 | 3.0 | 13.2 | 290.8 |

3 of 17

**Invoice**
**March 31, 2002**
**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 18-Mar | 8 | Read and analyzed data regarding proposed acquisition. | 0.3 |
| 22-Mar | 12 | Read and analyzed fourth quarter operating results. | 1.9 |
| 25-Mar | 18 | Prepared fee application. | 0.7 |
| | 12 | Prepared report to Committee regarding 4th quarter performance. | 1.2 |
| 28-Mar | 18 | Prepared fee application. | 0.4 |
| | | **Total Hours - March** | 4.5 |

**Invoice**
**March 31, 2002**
W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-Mar | 12 | Prepared financial analysis of information pertaining to Debtors' motion to close and consolidate the Darex plant. | 1.3 |
| 4-Mar | 12 | Prepared report to the Committee summarizing the economics and rationale for the Darex plant closing. | 1.5 |
|  | 8 | Updated analysis related to change in terms pertaining to Blueberry acquisition. | 1.3 |
| 5-Mar | 8 | Updated analysis related to change in terms pertaining to Blueberry acquisition. | 1.0 |
| 7-Mar | 8 | Finalized analysis of the proposed Blueberry acquisition. | 1.3 |
|  | 8 | Prepared draft report of proposed acquisition for counsel. | 1.5 |
| 8-Mar | 17 | Participate in conference call with Blackstone and Debtors to review plans to consolidate Darex operations. | 1.8 |
| 11-Mar | 12 | Prepared analysis of Debtors' FY 2002 business plan compared to the five year forecast presented in September 2001. | 2.7 |
|  | 12 | Prepared questions and issue list in preparation for March 12th meeting. | 1.0 |
| 13-Mar | 12 | Analyzed information pertaining to FY 2002 business plan. | 1.3 |
| 15-Mar | 12 | Analyzed managements' proposed changes to the employee retention plan. | 0.8 |
| 19-Mar | 12 | Prepared analysis of 2001 4th quarter and year-to-date results. | 2.0 |
|  | 12 | Compared final 2001 financial results to latest forecast and five year business plan. | 1.2 |
| 20-Mar | 12 | Prepared analysis comparing results from 2001 to peer group results. | 2.2 |
|  | 12 | Edited draft of report to Committee regarding 2001 results. | 1.1 |

| | | | |
|---|---|---|---|
| 21-Mar | 12 | Continued to prepare analysis of 2001 4th quarter and year-to-date results. | 4.3 |
| 22-Mar | 12 | Continued to prepare analysis of 2001 4th quarter and year-to-date results. | 4.4 |
| 25-Mar | 12 | Analyzed proposed terms of Long Term Incentive plan for 2003/2004. | 3.2 |
| | 12 | Prepared analysis of initial employee retention plan approved in 2001 compared to latest proposal. | 1.3 |
| | 17 | Participated in conference call with Blackstone regarding revised employee retention plan. | 0.8 |
| 26-Mar | 12 | Gathered information and analyzed employee retention plans at similar companies with asbestos liabilities. | 2.5 |
| 29-Mar | 17 | Discussed preliminary agenda for upcoming Debtors' meeting with counsel. | 0.6 |
| | 17 | Discussed preliminary issues and findings regarding employee retention plan proposal with counsel. | 1.1 |
| | | **Total Hours - March** | 40.2 |

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Mar | 12 | Obtained and reviewed information regarding Darex plant closure. | 0.8 |
| | 12 | Prepared draft of report of 2001 4th quarter operating results. | 5.6 |
| 4-Mar | 12 | Prepared 2001 4th quarter analytics | 5.2 |
| | 12 | Updated Darex plant closure report. | 1.5 |
| | 8 | Updated Blueberry acquisition memo. | 1.3 |
| 5-Mar | 12 | Prepared 2001 4th quarter analytics. | 9.0 |
| 6-Mar | 12 | Continued to prepare 2001 4th quarter analytics. | 8.9 |
| | 8 | Updated Blueberry acquisition memo. | 0.9 |
| 7-Mar | 17 | Prepared discussion points and participated in conference call regarding Darex plant closure. | 2.2 |
| | 12 | Continued to prepare 2001 4th quarter analytics. | 3.3 |
| 8-Mar | 12 | Continued to prepare 2001 4th quarter analytics. | 1.4 |
| | 17 | Reviewed Darex plant closure memo and discussed it with counsel. | 1.1 |
| | 8 | Updated Blueberry acquisition memo and distributed memo to Committee. | 0.8 |
| | 12 | Reviewed and updated case management procedures regarding court docket information. | 0.7 |
| 11-Mar | 12 | Updated court docket listing information. | 1.5 |
| | 12 | Prepared financial review materials for meeting with Debtors. | 5.0 |

| | | | |
|---|---|---|---|
| 12-Mar | 17 | Attended a meeting at the Debtors' corporate offices to discuss the 2002 Operating Plan and proposed changes to the employee compensation program. | 10.0 |
| | 12 | Prepared summary of meeting points and discussed items with case team members. | 2.0 |
| 13-Mar | 12 | Prepared open items list regarding March 12th meeting with Debtors. | 1.6 |
| | 18 | Began preparation of 11th Interim fee application. | 1.3 |
| | 12 | Updated court docket listing. | 1.1 |
| 14-Mar | 18 | Continued to prepare 11th Interim fee application. | 0.8 |
| | 12 | Updated 4th quarter report. | 1.2 |
| 18-Mar | 12 | Updated 4th quarter report. | 3.1 |
| | 18 | Continued to prepare 11th Interim fee application. | 1.9 |
| 19-Mar | 12 | Updated 2001 4th quarter report. | 1.9 |
| | 18 | Continued to prepare 11th Interim fee application. | 1.1 |
| 20-Mar | 18 | Reviewed proposed new fee application procedures. | 0.3 |
| | 18 | Continued to prepare 11th Interim fee application. | 2.5 |
| 21-Mar | 18 | Continued to prepare 11th Interim fee application. | 1.0 |
| 22-Mar | 12 | Reviewed revisions to 4th quarter report. | 1.1 |
| | 12 | Advised other team members as to updated case management procedures. | 0.7 |
| | 2 | Reviewed research requirements for asbestos claims and fraudulent conveyance. | 0.8 |
| | 12 | Updated 4th quarter report. | 1.3 |
| | 18 | Reviewed proposed new fee application procedures. | 0.2 |
| 25-Mar | 18 | Continued to prepare 11th Interim fee application. | 2.3 |

| 26-Mar | 2 | Participated in Asbestos Seminar. | 8.0 |
| | 2 | Prepared summary of points from Asbestos Seminar. | 1.0 |
| 27-Mar | 2 | Prepared memorandum of asbestos claims trends. | 3.0 |
| | 18 | Continued to prepare 11th Interim fee application. | 2.0 |
| | 12 | Organized email distribution of case items. | 1.3 |
| 28-Mar | 18 | Submitted 11th Interim fee application for filing. | 0.4 |
| | 2 | Continued to prepare memorandum of asbestos claims trends. | |
| | | | 4.9 |
| | | **Total Hours - March** | 106.0 |

**Invoice**
**March 31, 2002**
W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Mar | 12 | Prepared a list of follow-up questions for the Debtors regarding Darex plant closure. | 0.4 |
| 5-Mar | 17 | Participated in a conference call with the Debtors and counsel to discuss certain state tax-related issues. | 1.1 |
| 11-Mar | 12 | Analyzed the materials pertaining to the 2002 Operating Plan submitted in advance of a meeting with the Debtors and drafted a list of questions. | 2.9 |
| 12-Mar | 17 | Attended a meeting at the Debtors' corporate offices to discuss the 2002 Operating Plan and proposed changes to the employee compensation program. | 10.0 |
| 13-Mar | 12 | Drafted a letter to the Debtors' financial advisors, including a list of follow-up questions. | 2.8 |
| 14-Mar | 12 | Developed an outline for the 4th quarter 2001 and 2002 Operating Plan reports. | 0.3 |
| 15-Mar | 12 | Continued to develop an outline for the 4th quarter 2001 and 2002 Operating Plan reports. | 2.6 |
| 18-Mar | 12 | Prepared an analysis that bridges December 2000 quarter and year-to-date revenue and EBIT to that of 2001. | 8.2 |
| 19-Mar | 12 | Prepared draft of report on 4th quarter and full-year 2001 performance. | 7.8 |
| 20-Mar | 12 | Continued to prepare draft of report on 4th quarter and full-year 2001 performance. | 6.5 |
| 21-Mar | 12 | Continued to prepare draft of report on 4th quarter and full-year 2001 performance. | 6.1 |
| 22-Mar | 12 | Updated the report on 4th quarter and full-year 2001 to reflect reviewer's comments. | 1.9 |
| 25-Mar | 12 | Updated the report on 4th quarter and full-year 2001 to reflect reviewer's comments. | 2.0 |

| | | | |
|---|---|---|---|
| 26-Mar | 12 | Updated the report on 4th quarter and full-year 2001 to reflect reviewer's comments. | 3.4 |
| 28-Mar | 12 | Updated the report on 4th quarter and full-year 2001 to reflect reviewer's comments. | 1.6 |
| | | **Total Hours - March** | 57.6 |

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Walter Gilligan
For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 18-Mar | 12 | Read and prepared summary notes of Debtors' financial analyses. | 1.4 |
| | 12 | Read and analyzed portions of Debtors' 2000 10-K. | 0.6 |
| | 12 | Read and prepared summary of Debtors' 5 year business plan. | 1.1 |
| | 12 | Met with case team for discussion of report preparation guidelines. | 0.3 |
| | 12 | Prepared sales and margin variance analysis comparing operating plan, business plan and 2001 actual results. | 1.9 |
| 19-Mar | 12 | Prepared 2001 4th quarter operating plan analysis. | 2.0 |
| | 12 | Reviewed 4th quarter analysis with case manager. | 0.5 |
| | 12 | Prepared sensitivity analysis. | 2.0 |
| | 12 | Prepared comparative competitor analysis. | 0.5 |
| | 2 | Reviewed and summarized asbestos liability material provided by Debtors. | 0.8 |
| | 12 | Read and analyzed Debtors' Sept. 2000 10-Q. | 1.0 |
| | 12 | Read and analyzed legal documents regarding asbestos liability. | 0.5 |
| 20-Mar | 12 | Researched and prepared summary of chemical industry financial data. | 0.4 |
| | 12 | Prepared five year business plan analysis model. | 2.6 |
| | 12 | Prepared sensitivity analysis for Debtors' annual five year plan. | 1.8 |
| | 12 | Prepared sensitivity analysis for Debtors' business plan. | 1.2 |
| 21-Mar | 12 | Continued to prepare sensitivity analysis for Debtors' business plan. | 1.6 |
| | 12 | Researched and prepared summary regarding specialty chemical industry financial data. | 2.1 |

| | 12 | Researched and prepared summary regarding silica industry. | 1.6 |
| | 12 | Prepared business summary information of Debtors' peer companies. | 3.2 |
| 22-Mar | 12 | Continued to prepare business summary information of Debtors' peer companies. | 2.7 |
| | 12 | Prepared sales variance analysis of peer companies. | 2.3 |
| | 12 | Reviewed and edited 4th quarter report. | 2.1 |
| | 12 | Reviewed and edited 4th quarter report. | 1.1 |
| 25-Mar | 12 | Continued to prepare business summary information of Debtors' peer companies. | 0.4 |
| | 12 | Read and summarized analysts' reports on Debtors. | 0.2 |
| | 12 | Analyzed Debtors' current employee retention plan and compared terms to proposed revisions. | 5.4 |
| 26-Mar | 2 | Attended Asbestos Seminar. | 8.0 |
| 27-Mar | 12 | Reviewed and analyzed recent news articles. | 1.0 |
| | 12 | Continued analysis of Debtors' current employee retention plan and compared terms to proposed revisions. | 6.5 |
| 28-Mar | 12 | Read and analyzed employee retention plans cited in Blackstone presentation. | 3.5 |
| | 17 | Participated in conference call with Blackstone regarding the employee retention plan. | 0.9 |
| | 12 | Updated business summary of Debtors' peer companies. | 1.1 |
| | 12 | Read and compared other LTIP's to Debtors' plan. | 1.5 |
| | 17 | Participated in discussion with Blackstone regarding compensation. | 0.5 |
| 29-Mar | 12 | Read and analyzed Debtors' 10-K. | 2.0 |
| | | **Total Hours - March** | 66.3 |

**Invoice**

**March 31, 2002**

W.R. GRACE & CO. ET AL.

Professional Services Rendered by Jeffrey Schwendeman

For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Mar | 2 | Prepared analysis of news and industry trade reports relating to recent asbestos litigation negotiations for Debtors and competitors. | 1.2 |
| | 12 | Analyzed economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 0.7 |
| 20-Mar | 12 | Analyzed economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 1.1 |
| | | **Total Hours - March** | 3.0 |

**Invoice**

**March 31, 2002**

W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Matt Hakoun

For the period March 1, 2002 through March 31, 2002

| Date | Task Code | Description | Hours |
|------|------|------|------|
| 18-Mar | 12 | Updated database with recent motions and orders. | 0.5 |
| | 12 | Gathered news articles from news wire and Bloomberg Financial terminal. | 0.5 |
| 18-Mar | 12 | Developed a model to compare data for 2001 energy consumption, chemical additive, and housing forecasts. | 1.5 |
| 19-Mar | 12 | Summarized bankruptcy filing, company financial filings and past analyst reports for case team. | 1.3 |
| 19-Mar | 12 | Compiled historical trend information for comparative model. | 1.7 |
| 20-Mar | 12 | Obtained Department of Energy forecasts for domestic and worldwide energy consumption. | 1.2 |
| 21-Mar | 12 | Identified competitors in various operating segments and gathered comparative operations data. | 1.5 |
| 22-Mar | 12 | Gathered Debtors' historical prospectus reports | 0.6 |
| 22-Mar | 12 | Searched Debtors' bankruptcy docket for select filings and distributed them to the case team. | 1.1 |
| 26-Mar | 2 | Gathered articles related to asbestos litigation and liabilities. | 1.1 |
| 28-Mar | 2 | Gathered court documents for financial advisors' fees in asbestos litigation cases. | 2.2 |
| | | **Total Hours - March** | 13.2 |

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period March 1, 2002 through March 31, 2002

| | | |
|---|---|---:|
| Copies: | | |
|    Internal | $ | 608.00 |
|    External | | - |
| Telecommunications: | | |
|    Telephone | | 130.43 |
|    Toll Charges | | 6.39 |
|    Facsimile | | - |
| Postage, Federal Express | | 39.42 |
| Travel Expenses: | | |
|    Transportation, lodging, tolls and parking | | 1,014.85 |
|    Meals | | - |
| Word Processing Services | | 45.00 |
| Document Preparation and Handling Services | | 75.00 |
| | | |
| Total Expenses | $ | 1,919.09 |

**Invoice**
**March 31, 2002**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period March 1, 2002 through March 31, 2002

| | | | | | |
|---|---|---|---|---|---|
| Copies, Internal | 3,040 | pages @ $0.20/page: | | $ | 608.00 |
| Facsimile Charges: | - | pages @ $1.25/page: | | | - |
| Telephone Charges: | | | | | |
| | E. Ordway | | | 92.82 | |
| | Direct | | | 37.61 | |
| | | Subtotal | | | 130.43 |
| Toll Charges: | Online research fees | | | 6.39 | |
| | | Subtotal | | | 6.39 |
| Postage, Federal Express: | Airborne | 15-Mar | | 11.50 | |
| | KCI | 27-Mar | | 7.60 | |
| | Airborne | 29-Mar | | 20.32 | |
| | | Subtotal | | | 39.42 |
| Transportation, lodging, tolls and parking: | | | | | |
| | L. Hamilton | Milage | 12-Mar | 30.00 | |
| | L. Hamilton | Train | 12-Mar | 424.00 | |
| | L. Hamilton | Parking | 12-Mar | 21.40 | |
| | C. Whitney | Train | 12-Mar | 424.00 | |
| | C. Whitney | Taxis | 12-Mar | 84.00 | |
| | L. Hamilton | Train | 26-Mar | 26.45 | |
| | L. Hamilton | Taxis | 26-Mar | 5.00 | |
| | | Subtotal | | | 1,014.85 |
| Meals: | | | | | - |
| Word Processing Services: | | | | | |
| | P. Foose | 0.60 hours @ $75/hour: | | 45.00 | |
| | | Subtotal | | | 45.00 |
| Document Preparation and Handling Services: | | | | | |
| | 31-Mar | 1.0 hours @ $75/hour: | | 75.00 | |
| | | Subtotal | | | 75.00 |
| | Total Expenses | | | $ | 1,919.09 |