Exhibit E

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Project Category by Month
### For the Period January 1, 2002 through March 31, 2002

| TASK CODE | TASK | January | February | March | TOTAL |
|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | $ 617.50 | $ - | $ 10,380.00 | $ 10,997.50 |
| 8 | Asset Acquisitions/Business Combinations | 26,563.50 | 4,725.00 | 3,459.00 | 34,747.50 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 11,849.50 | 13,656.50 | 76,172.00 | 101,678.00 |
| 16 | Corporate Finance (primarily for accountants and financial advisors) | 3,800.00 | - | - | 3,800.00 |
| 17 | Committee Matters and Creditor Meetings | 2,060.00 | 1,628.00 | 11,234.50 | 14,922.50 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 14,910.00 | 7,240.00 | 5,435.00 | 27,585.00 |
| 51 | Valuation (primarily for accountants and financial advisors) | 3,406.50 | - | - | 3,406.50 |
| | TOTAL | $ 63,207.00 | $ 27,249.50 | $ 106,680.50 | $ 197,137.00 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary of Hours by Project Category by Month
For the Period January 1, 2002 through March 31, 2002

| TASK CODE | TASK | January | February | March | TOTAL |
|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 1.9 | 0.0 | 31.0 | 32.9 |
| 8 | Asset Acquisitions/Business Combinations | 73.5 | 13.5 | 8.4 | 95.4 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 32.2 | 37.2 | 206.4 | 275.8 |
| 16 | Corporate Finance (primarily for accountants and financial advisors) | 10.7 | 0.0 | 0.0 | 10.7 |
| 17 | Committee Matters and Creditor Meetings | 5.0 | 3.3 | 30.1 | 38.4 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 43.7 | 20.1 | 14.9 | 78.7 |
| 51 | Valuation (primarily for accountants and financial advisors) | 8.7 | 0.0 | 0.0 | 8.7 |
|  | TOTAL | 175.7 | 74.1 | 290.8 | 540.6 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary of Hours and Fees by Professional
For the Period January 1, 2002 through March 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | C. MacCallum | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 8.8 | 17.7 | 3.1 | 0.0 | 3.3 | 32.9 |
| 8 | Asset Acquisitions/Business Combinations | 4.1 | 17.7 | 7.3 | 0.0 | 51.7 | 0.0 | 11.6 | 3.0 | 95.4 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 7.8 | 36.7 | 56.4 | 56.1 | 93.0 | 10.9 | 5.0 | 9.9 | 275.8 |
| 16 | Corporate Finance (primarily for accountants and financial advisors) | 0.0 | 0.0 | 2.2 | 0.0 | 8.5 | 0.0 | 0.0 | 0.0 | 10.7 |
| 17 | Committee Matters and Creditor Meetings | 2.1 | 7.5 | 14.1 | 1.4 | 13.3 | 0.0 | 0.0 | 0.0 | 38.4 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 2.4 | 0.0 | 0.0 | 0.0 | 68.3 | 0.0 | 8.0 | 0.0 | 78.7 |
| 51 | Valuation (primarily for accountants and financial advisors) | 2.1 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 0.0 | 8.7 |
| | TOTAL | 18.5 | 64.0 | 80.0 | 66.3 | 252.5 | 14.0 | 29.1 | 16.2 | 540.6 |
| | Total Hours - January | 9.6 | 17.5 | 19.5 | 0.0 | 93.0 | 5.0 | 28.1 | 3.0 | 175.7 |
| | Total Hours - February | 4.4 | 6.3 | 2.9 | 0.0 | 53.5 | 6.0 | 1.0 | 0.0 | 74.1 |
| | Total Hours - March | 4.5 | 40.2 | 57.6 | 66.3 | 106.0 | 3.0 | 0.0 | 13.2 | 290.8 |
| | Total Hours January 1 - March 31, 2002 | 18.5 | 64.0 | 80.0 | 66.3 | 252.5 | 14.0 | 29.1 | 16.2 | 540.6 |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | $ 295 | $ 150 | |
| | Total Fees - January | $ 5,280.00 | $ 7,700.00 | $ 7,312.50 | $ - | $ 32,550.00 | $ 1,625.00 | $ 8,289.50 | $ 450.00 | $ 63,207.00 |
| | Total Fees - February | $ 2,420.00 | $ 2,772.00 | $ 1,087.50 | $ - | $ 18,725.00 | $ 1,950.00 | $ 295.00 | $ - | $ 27,249.50 |
| | Total Fees - March | $ 2,475.00 | $ 17,688.00 | $ 21,600.00 | $ 24,862.50 | $ 37,100.00 | $ 975.00 | $ - | $ 1,980.00 | $ 106,680.50 |
| | Total Fees - January 1 - March 31, 2002 | $ 10,175.00 | $ 28,160.00 | $ 30,000.00 | $ 24,862.50 | $ 88,375.00 | $ 4,550.00 | $ 8,584.50 | $ 2,430.00 | $ 197,137.00 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary
For the period January 1, 2002 through January 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | L. Hamilton | J. Schwenderman | C. MacCallum | M. Hakoun | Total | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 1.9 | $ 617.50 |
| 8 | Asset Acquisitions/Business Combinations | 3.8 | 12.6 | 7.3 | 35.2 | 0.0 | 11.6 | 3.0 | 73.5 | $ 26,563.50 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 3.2 | 1.3 | 7.0 | 12.6 | 3.1 | 5.0 | 0.0 | 32.2 | $ 11,849.50 |
| 16 | Corporate Finance (primarily for accountants and financial advisors) | 0.0 | 0.0 | 2.2 | 8.5 | 0.0 | 0.0 | 0.0 | 10.7 | $ 3,800.00 |
| 17 | Committee Matters and Creditor Meetings | 0.5 | 1.5 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | $ 2,060.00 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 0.0 | 0.0 | 0.0 | 36.7 | 0.0 | 7.0 | 0.0 | 43.7 | $ 14,910.00 |
| 51 | Valuation (primarily for accountants and financial advisors) | 2.1 | 2.1 | 0.0 | 0.0 | 0.0 | 4.5 | 0.0 | 8.7 | $ 3,406.50 |
|  | TOTAL | 9.6 | 17.5 | 19.5 | 93.0 | 5.0 | 28.1 | 3.0 | 175.7 | $ 63,207.00 |
|  | Rate | $ 550 | $ 440 | $ 375 | $ 350 | $ 325 | $ 295 | $ 150 | | |
|  | Total Fees per Professional | $ 5,280.00 | $ 7,700.00 | $ 7,312.50 | $ 32,550.00 | $ 1,625.00 | $ 8,289.50 | $ 450.00 | | $ 63,207.00 |

Exhibit E

## W.R. GRACE & CO. ET. AL.
### Summary
For the period February 1, 2002 through February 28, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | L. Hamilton | L. Schwenderman | C. MacCallum | Total | Total $ |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Asset Acquisitions/Business Combinations | 0.0 | 0.0 | 0.0 | 13.5 | 0.0 | 0.0 | 13.5 | $ 4,725.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 1.5 | 4.6 | 2.9 | 22.2 | 6.0 | 0.0 | 37.2 | $ 13,656.50 |
| 17 | Committee Matters and Creditor Meetings | 1.6 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 | $ 1,628.00 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 1.3 | 0.0 | 0.0 | 17.8 | 0.0 | 1.0 | 20.1 | $ 7,240.00 |
|  | TOTAL | 4.4 | 6.3 | 2.9 | 53.5 | 6.0 | 1.0 | 74.1 | $ 27,249.50 |
|  | Rate | $ 550 | $ 440 | $ 375 | $ 350 | $ 325 | $ 295 | | |
|  | Total Fees per Professional | $ 2,420.00 | $ 2,772.00 | $ 1,087.50 | $ 18,725.00 | $ 1,950.00 | $ 295.00 | | $ 27,249.50 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary
For the period March 1, 2002 through March 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | Total | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 8.8 | 17.7 | 1.2 | 3.3 | 31.0 | $ 10,380.00 |
| 8 | Asset Acquisitions/Business Combinations | 0.3 | 5.1 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 8.4 | $ 3,459.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 3.1 | 30.8 | 46.5 | 56.1 | 58.2 | 1.8 | 9.9 | 206.4 | $ 76,172.00 |
| 17 | Committee Matters and Creditor Meetings | 0.0 | 4.3 | 11.1 | 1.4 | 13.3 | 0.0 | 0.0 | 30.1 | $ 11,234.50 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 1.1 | 0.0 | 0.0 | 0.0 | 13.8 | 0.0 | 0.0 | 14.9 | $ 5,435.00 |
| | TOTAL | 4.5 | 40.2 | 57.6 | 66.3 | 106.0 | 3.0 | 13.2 | 290.8 | $ 106,680.50 |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | 150 | | |
| | Total Fees per Professional | $ 2,475.00 | $ 17,688.00 | $ 21,600.00 | $ 24,862.50 | $ 37,100.00 | $ 975.00 | $ 1,980.00 | | $ 106,680.50 |

**Exhibit F**

# W.R. GRACE & CO. ET. AL.
## Summary of Expenses by Type of Expense
### For the period January 1, 2002 through March 31, 2002

| TASK | January | February | March | TOTAL |
|---|---|---|---|---|
| Copies: | | | | |
| Internal | $ 870.60 | $ 83.80 | $ 608.00 | $ 1,562.40 |
| External | - | - | - | - |
| Telecommunications: | | | | |
| Telephone | - | - | 130.43 | 130.43 |
| Toll Charges | 780.00 | - | 6.39 | 786.39 |
| Facsimile Charges | - | 81.25 | - | 81.25 |
| Postage, Federal Express | 171.60 | 196.88 | 39.42 | 407.90 |
| Travel Expenses: | | | | |
| Transportation, lodging, tolls and parking | - | - | 1,014.85 | 1,014.85 |
| Meals | - | - | - | - |
| Outside Services | 52.50 | - | 45.00 | 97.50 |
| Word Processing Services | 675.00 | 22.50 | 75.00 | 772.50 |
| Document Preparation and Handling Services | - | 300.00 | - | 300.00 |
| Seminar Costs | - | 1,190.00 | - | 1,190.00 |
| Total Expenses | $ 2,549.70 | $ 1,874.43 | $ 1,919.09 | $ 6,343.22 |