IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## SUMMARY OF THE SECOND QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2002 THROUGH MARCH 31, 2002

| | |
|---|---|
| Name of Applicant: | **Casner & Edwards, LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **September 18, 2001, effective as of September 18, 2001** |
| Period for which compensation and reimbursement is sought: | **January 1, 2002 through March 31, 2002** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                                           **$581,696.50**

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                                   **$96,031.15**

This is a: ___ monthly  **X** quarterly application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 3/15/02 | 1/1/02 through 1/31/02 | $201,024.50 | $908.76 | yes | yes |
| 4/11/02 | 2/1/02 through 2/28/02 | $186,585.00 | $2,638.22 | yes | yes |
| 5/9/02 | 3/1/02 through 3/31/02 | $194,087.00 | $92,484.17 | Pending | Pending |

Counsel to Debtors and Debtors-in-Possession has filed certificates of no objection with the Court with respect to the Applications for January 2002 and February 2002 because no objections were filed with the Court within the objection period.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Interim Fee Period are[2]:

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate (January rate/February & March rate) | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 35 | Litigation | $195.00/$210.00 | 53.90 | $10,947.00 |
| Robert A. Murphy | Partner | 35 | Litigation | no charge | 0.10 | $0.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Second Quarterly Verified Fee Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al. for the Interim Period from January 1, 2002 through March 31, 2002.

2

| Name | Position | Years | Department | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Donna B. MacKenna | Partner | 18 ½ | Litigation | $165.00/$190.00 | 35.70 | $6,762.00 |
| Matthew T. Murphy | Associate | 14 | Litigation | $165.00/$180.00 | 117.70 | $20,497.50 |
| Angela R. Anderson | Paralegal | 18 | Litigation | $75.00/$80.00 | 328.90 | $25,878.00 |
| Joseph K. Winrich | Paralegal | 14 | Corporate | $75.00/$80.00 | 9.30 | $734.00 |
| Gary R. Bellinger | Temporary Paralegal | 1 | Litigation | $75.00/$80.00 | 501.00 | $39,215.00 |
| Frank O. Ashenuga | Temporary Paralegal | 6 | Litigation | $75.00/$80.00 | 504.00 | $39,440.00 |
| Eugene D. Krass | Temporary Paralegal | 5 | Litigation | $75.00/$80.00 | 23.90 | $1,792.50 |
| Maria Patracea Scialla | Temporary Paralegal | 2 | Litigation | $75.00/$80.00 | 468.40 | $36,623.50 |
| Brian R. Hachey | Temporary Paralegal | 3 | Litigation | $75.00/$80.00 | 299.40 | $23,125.50 |
| Edward K. Law | Temporary Paralegal | 3 | Litigation | $75.00/$80.00 | 436.90 | $34,083.50 |
| Ariana Kushak | Temporary Paralegal | 3 | Litigation | $75.00/$80.00 | 24.50 | $1,837.50 |
| James D. Leaver | Temporary Paralegal | 2 ½ | Litigation | $75.00/$80.00 | 440.00 | $34,395.00 |
| Risa Peris | Temporary Paralegal | 3 | Litigation | $75.00/$80.00 | 289.80 | $22,344.50 |
| Amy Preble | Temporary Paralegal | 2 | Litigation | $75.00/$80.00 | 461.50 | $36,227.50 |
| Sonya Staton | Temporary Paralegal | 5 | Litigation | $75.00/$80.00 | 59.00 | $4,425.00 |
| A. Brock Edmunds | Temporary Paralegal | 10 | Litigation | $75.00/$80.00 | 477.50 | $37,342.50 |
| Christine DiSaia | Temporary Paralegal | 4 | Litigation | $75.00/$80.00 | 446.90 | $34,970.50 |
| Danny Factor | Temporary Paralegal | 4 | Litigation | $75.00/$80.00 | 315.30 | $24,450.00 |
| Lori Penny | Temporary Paralegal | 2 | Litigation | $75.00/$80.00 | 259.40 | $20,005.00 |
| Joshua D. Paulin | Temporary Paralegal | 4 | Litigation | $75.00/$80.00 | 456.10 | $35,733.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. Doug Hoey | Temporary Paralegal | 1 | Litigation | $75.00/$80.00 | 462.50 | $36,276.50 |
| Matthew Dole | Temporary Paralegal | 3 | Litigation | $75.00/$80.00 | 30.80 | $2,310.00 |
| Sarita Shah | Temporary Paralegal | 4 | Litigation | $75.00/$80.00 | 146.60 | $11,569.00 |
| Chris Brown | Temporary Paralegal | 3 ½ | Litigation | $75.00/$80.00 | 160.00 | $12,800.00 |
| Tom Mountain | Temporary Paralegal | 5 | Litigation | $75.00/$80.00 | 109.80 | $8,784.00 |
| Christian Homsi | Temporary Paralegal | 5 ½ | Litigation | $75.00/$80.00 | 119.10 | $9,528.00 |
| John Forgione | Temporary Paralegal | 1 | Litigation | $75.00/$80.00 | 120.00 | $9,600.00 |
| TOTALS | | | | | 7,158.00 | $581,696.50 |

**Total Fees:**     $581,696.50

Expense Summary

| Description | Total Amount for Interim Period |
|---|---|
| Photocopying | $202.08 |
| Telephone | $63.60 |
| Postage | $52.26 |
| Federal Express | $406.63 |
| Pacer Online Search | $104.51 |
| Other Delivery Services | $2,598.50 |
| Outside Photocopying | $3,071.05 |
| Miscellaneous | $1,244.55 |
| Rent Reimbursement | $88,287.97 |
| TOTAL | $96,031.15 |

**Total:**     $96,031.15

Dated: May 10, 2002

CASNER & EDWARDS, LLP

*Robert A. Murphy*
Robert A. Murphy (BBO #363700)
303 Congress Street
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

212157

4