IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: June 5, 2002 at 4:00 p.m.<br>Hearing Date: To be scheduled only if objections are timely filed and served |

**EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2002 – February 28, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$16,428.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$3,859.31** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 12.10 hours and the corresponding compensation requested is approximately $3,151.50.[2]

This is the eighth monthly fee application of Duane Morris LLP.

---

[2] These figures include time and expense regarding the preparation of Duane Morris' second and third (combined) monthly fee applications, second quarterly fee application, fourth through sixth (combined) monthly fee applications, and third quarterly fee application. This is Duane Morris' Eighth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WORD\159970.1

## Attachment A

**Monthly Interim Fee Applications**

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |

## Quarterly Fee Applications

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |

WORD\159970.1

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

May 13, 2002

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     INVOICE# 858344                                        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2002 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                             $16,428.50

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.00 hrs. at | $415.00 /hr. = | $7,470.00 |
| WS KATCHEN | PARTNER | 9.30 hrs. at | $475.00 /hr. = | $4,417.50 |
| AR NASTASI | OF COUNSEL | 0.20 hrs. at | $395.00 /hr. = | $79.00 |
| RN SIANNI | ASSOCIATE | 13.40 hrs. at | $245.00 /hr. = | $3,283.00 |
| CB FOX | PARALEGAL | 0.20 hrs. at | $125.00 /hr. = | $25.00 |
| SA HOLLINGHEAD | PARALEGAL | 8.20 hrs. at | $125.00 /hr. = | $1,025.00 |
| AT ASH | PARALEGAL | 1.30 hrs. at | $70.00 /hr. = | $91.00 |
| CM DOOLEY | MISCELLANEOUS | 0.40 hrs. at | $95.00 /hr. = | $38.00 |

                                                                              $16,428.50

DISBURSEMENTS
AMTRAK                                                      86.00
DEPOSITION TRANSCRIPT                                      174.25
LEXIS LEGAL RESEARCH                                        58.80
MESSENGER SERVICE                                          283.50
MISCELLANEOUS                                              -52.50
OVERNIGHT MAIL                                             920.48
POSTAGE                                                      7.00
PRINTING & DUPLICATING                                    2340.98
PRINTING & DUPLICATING - INTERNAL                            9.45
TELECOPY                                                    31.35
TOTAL DISBURSEMENTS                                                          $3,859.31

BALANCE DUE THIS INVOICE                                                    $20,287.81

DUANE MORRIS LLP

Duane Morris
May 13, 2002
Page 2

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 858344

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/25/2002 | | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR 2/25/02 HEARING AND ITEMS IDENIFIED THEREON | 0.30 | $124.50 |
| | | | Code Total | 0.30 | $124.50 |
| 2/1/2002 | 002 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL; REVIEW STROOCK MEMO AND POLICANO & MANZO CONFIDENTIAL MEMO ON ACQUISITION TRANSACTION (BLUEBERRY); COMMITTEE CONFERENCE CALL WITH L. KRUGER; SECOND CALL TO L. KRUGER REGARDING BLUEBERRY. | 1.20 | $570.00 |
| 2/6/2002 | 002 | WS KATCHEN | TWO TELEPHONE CALLS TO K. PASQUALE REGARDING SECTION 548 ISSUES. | 0.30 | $142.50 |
| 2/7/2002 | 002 | WS KATCHEN | TELEPHONE K. PASQUALE REGARDING COURT'S APPROVAL RETENTION OF PROFESSIONALS BY FUTURES REP IN G-1. | 0.10 | $47.50 |
| 2/7/2002 | 002 | WS KATCHEN | REVIEW PROPERTY DAMAGE COMMITTEE JOINDER ON SECTION 1112 MOTION; TWO TELEPHONE CALLS TO K. PASQUALE ON ABOVE ISSUES. | 0.50 | $237.50 |
| | | | Code Total | 2.10 | $997.50 |
| 2/1/2002 | 004 | SA HOLLINGHEAD | REVIEW INVOICES FROM DDI VERIFYING SERVICE OF PLEADINGS AND FORWARD FOR PAYMENT. | 0.10 | $12.50 |
| 2/4/2002 | 004 | RN SIANNI | COMPARE BILLING DETAIL TO BE SURE THAT SAME ENTRIES NOT CHARGED IN TWO SEPERATE BILLS. | 0.30 | $73.50 |
| 2/4/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM L. HAMILTON AND FTI POLICANO & MANZO RE: MONTHLY FEE APPLICATION PROCEDURES RE: NEW TASK CODES. REFERRED TO L. COTTO AT STROOCK & STROOCK. | 0.20 | $25.00 |
| 2/5/2002 | 004 | MR LASTOWSKI | REVIEW DEBTOR'S MONTHLY OPERATING REPORTS | 0.20 | $83.00 |
| 2/5/2002 | 004 | RN SIANNI | CALL TO J. PALO RE: BILLING ISSUES. | 0.20 | $49.00 |
| 2/5/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: DUANE MORRIS FEE APPLICATIONS | 0.20 | $49.00 |
| 2/5/2002 | 004 | RN SIANNI | PREPARE MEMO RE: DUANE MORRIS FEE APPLICATIONS. | 0.40 | $98.00 |
| 2/5/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: PROCEDURAL REQUIREMENTS FOR BILLING AND FEES. | 0.30 | $73.50 |

File # K0248-00001                                                          INVOICE # 858344
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/5/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 2/6/2002 | 004 | RN SIANNI | CALENDAR DATES FOR CERTIFICATES OF NO OBJECTION. | 0.10 | $24.50 |
| 2/7/2002 | 004 | SA HOLLINGHEAD | PREPARE SERVICE LIST/LABELS FOR SERVICE OF NOTICE OF FEE APPLICATIONS FOR POLICANO & MANZO'S THIRD QUARTERLY. | 0.50 | $62.50 |
| 2/8/2002 | 004 | RN SIANNI | REVIEW LOCAL RULES AND JUDGE'S PROCEDURES RE: FEE APPLICATIONS. | 0.20 | $49.00 |
| 2/8/2002 | 004 | RN SIANNI | CALL TO A. KRIEGER RE: STROOCK QUARTERLY FEE APPLICATION. | 0.20 | $49.00 |
| 2/11/2002 | 004 | RN SIANNI | CALL TO W. KATCHEN RE: BILLING ISSUES. | 0.30 | $73.50 |
| 2/11/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 2/13/2002 | 004 | MR LASTOWSKI | REVIEW DEBTOR'S CONSOLIDATED REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER | 1.40 | $581.00 |
| 2/13/2002 | 004 | MR LASTOWSKI | REVIEW DEBTORS' REVISED MOTION AS TO ALL ASBESTOS PERSONAL INJURY CLAIMS FOR THE ENTRY OF A CASE MANAGEMENT ORDER | 0.70 | $290.50 |
| 2/13/2002 | 004 | RN SIANNI | REVIEW DOCKET AND REVISE MEMO RE: DUANE MORRIS FEE APPLICATIONS. | 0.20 | $49.00 |
| 2/14/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM MAURIE AT LONGMAKER MANAGEMENT RE: CLAIM AMOUNTS ON SCHEDULE F; REFERRED TO L. COTTO. | 0.10 | $12.50 |
| 2/17/2002 | 004 | WS KATCHEN | REVIEW DELIFORIS MEMORANDUM OF LAW - CASE MANAGEMENT ORDER; PREPARE FEB. 20 CONFERENCE WITH JUDGE WOLIN, J. KRUGER; SECTION 544 LITIGATION. | 2.10 | $997.50 |
| 2/19/2002 | 004 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AUTHORIZING CLOSING OF MANUFACTURING PLANT | 0.10 | $41.50 |
| 2/19/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 2/19/2002 | 004 | WS KATCHEN | RESEARCH FOR CLAIMS ANALYSIS PROOF OF INSOLVENCY FOR SECTION 544 A/C/. | 0.70 | $332.50 |
| 2/19/2002 | 004 | WS KATCHEN | TELEPHONE COURT CHAMBERS; TWO TELEPHONE CONVERSATIONS WITH A. KRIEGER/LEW KRUGER; CONFIRM FEB.20 CONFERENCE WITH COURT AND COMMITTEE; TELEPHONE J. MAHER TO ADVICE STATUS. | 0.40 | $190.00 |

File # K0248-00001 INVOICE # 858344
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/19/2002 | 004 | WS KATCHEN | REVIEW AND ANALYSIS OF DEBTOR'S MEMO IN OPPOSITION TO GERARD MOTION - ADDITIONAL CONTINGENT CLAIMS (INDEMNITY) FOR INSOLVENCY ANALYSIS - SECTION 544; PREPARATION CONFERENCE JUDGE WOLIN/L. KRUGER (FEB. 20). | 0.20 | $95.00 |
| 2/20/2002 | 004 | WS KATCHEN | ATTEND COURT STATUS CONFERENCE RE 544 ISSUE; CONF. WITH LEW KRUGER ON CASE STRATEGY. | 2.00 | $950.00 |
| 2/21/2002 | 004 | AT ASH | REVIEWED AND UPDATED DOCKETS FOR MAINTENANCE OF PLEADINGS. | 1.30 | $91.00 |
| 2/21/2002 | 004 | WS KATCHEN | REVIEW JUDGE BROWN'S OPINION ON BABCOCK WILCOX. | 1.00 | $475.00 |
| 2/22/2002 | 004 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR A CASE MANAGEMENT ORDER RELATING TO ASBESTOS PERSONAL INJURY CLAIMS | 0.10 | $41.50 |
| 2/22/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM R. SERRETTE REGARDING PROCEDURES FOR PREPARING FEE APPLICATION WITH NEW TASK CODES AND RETENTION/PROCEDURES FOR PROPOSED FEE AUDITOR, WARREN H. SMITH. | 0.40 | $50.00 |
| 2/22/2002 | 004 | SA HOLLINGHEAD | RETURNED TELEPHONE CALL FROM GAIL GARRETT RE: BAR DATE AND CLAIMS AGENT INFORMATION. | 0.10 | $12.50 |
| 2/22/2002 | 004 | WS KATCHEN | CONSIDERATION OF STROOK MEMO OF FEB. 22. | 0.10 | $47.50 |
| 2/25/2002 | 004 | MR LASTOWSKI | ATTEND 2/25/02 OMNIBUS HEARING | 3.30 | $1,369.50 |
| 2/25/2002 | 004 | MR LASTOWSKI | REVIEW MATTERS TO BE HEARD ON 2/25/02 OMNIBUS HEARING | 1.30 | $539.50 |
| 2/25/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 2/27/2002 | 004 | CB FOX | RESEARCH ON SERVICE OF DUANE MORRIS SECOND QUATERLY FEE APPLICATION | 0.20 | $25.00 |
| 2/28/2002 | 004 | MR LASTOWSKI | REVIEW CASE MANAGEMENT ORDER RE: FRAUDULENT CONVEYANCES | 0.10 | $41.50 |
| | | | Code Total | 19.40 | $7,004.50 |
| 2/19/2002 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF REGARDING BAR DATE AND CLASS NOTICE | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW NINTH INTERIM FEE APPLICATION OF STROOCK STROOCK & LAVAN | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW SECOND INTERIM FEE | 0.10 | $41.50 |

File # K0248-00001                                                    INVOICE # 858344
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/1/2002 | 007 | MR LASTOWSKI | REQUEST OF KRAMER LEVIN (COUNSEL TO THE EQUITY COMMITTEE) AND FIRST INTERIM FEE REQUEST OF KLETT ROONEY (LOCAL COUNSEL TO THE EQUITY COMMITTEE) | | |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE REQUEWT OF FERRY AND JOSEPH (COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY CLAIMAINTS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW DEBTORS' AMENDMENT TO LIST OF ORDINARY COURSE PROFESSIONALS | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMAINTS TO RETAIN HAMILTON, RABINOVITZ AND ALSCHULER, INC. | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW APPLIATION OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS TO RETAIN W.D. HILTON, JR. AS A CONSULTANT | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REIVEW THIRD INTERIM FEE APPLICATION OF L. TERSIGNI CONSULTING, INC. (FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE APPLICATION OF CAMPBELL AND LEVINE, LLC (COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMAINTS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION OF REED SMITH LLP (SPECIAL COUNSEL TO THE DEBTOR) | 0.20 | $83.00 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW FIRST QUARTERLY ITERIM FEE APPLICATION OF THE BLACKSTONE GROUP (FINANCIAL ADVISORS TO THE DEBTORS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE APPLICATION OF CAMPBELL & LEVINE LLC (COUNSEL TO ASBESTOS PERSONAL INJURY CLAIMANTS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION OF KIRKLAND & ELLIS (COUNSEL TO THE DEBTOR) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW SIXTH MONTHLY FEE APPLICATION OF THE BLACKSTONE GROUP (FINANCIAL ADVISORS TO THE DEBTORS) | 0.10 | $41.50 |
| 2/1/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION | 0.10 | $41.50 |

File # K0248-00001                                                                                     INVOICE # 858344
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | OF KASNER & EDWARDS (SPECIAL LITIGATION COUNSEL TO THE DEBTORS) | | |
| 2/1/2002 | 007 | SA HOLLINGHEAD | PREPARE NINTH MONTHLY FEE APPLICATION FOR STROOCK & STROOCK FOR FILING/SERVICE. | 0.80 | $100.00 |
| 2/1/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL FROM L. COTTO RE: REVISIONS TO STROOCK'S NINTH MONTHLY FEE APPLICATION PRIOR TO FILING. | 0.10 | $12.50 |
| 2/1/2002 | 007 | SA HOLLINGHEAD | CONFIRM FILING OF CERTIFICATES OF NO OBJECTION TO STROOCK AND FTI POLICANO & MANZO'S EIGHTH MONTHLY FEE APPLICATIONS AND FORWARD CONFIRMATIONS TO L. COTTO PER HER REQUEST. | 0.20 | $25.00 |
| 2/1/2002 | 007 | SA HOLLINGHEAD | E-FILE STROOCK NINTH MONTHLY FEE APPLICATION AND PREPARE FOR SERVICE BY DDI. | 0.60 | $75.00 |
| 2/3/2002 | 007 | RN SIANNI | PREPARE SECOND AND THIRD (CONSOLIDATED) MONTHLY FEE APPLICATIONS FOR DUANE MORRIS. | 0.80 | $196.00 |
| 2/4/2002 | 007 | RN SIANNI | PREPARE SECOND AND THIRD (CONSOLIDATED) MONTHLY FEE APPLICATIONS OF DUANE MORRIS. | 1.60 | $392.00 |
| 2/4/2002 | 007 | RN SIANNI | REVIEW BILLING DETAIL FOR PERIOD AUGUST THROUGH SEPTEMBER RE: SECOND AND THIRD MONTHLY FEE APPLICATIONS OF DUANE MORRIS. | 1.10 | $269.50 |
| 2/4/2002 | 007 | RN SIANNI | REVISE SECOND AND THIRD (CONSOLIDATED) MONTHLY FEE APPLICATIONS, OF DUANE MORRIS | 0.20 | $49.00 |
| 2/4/2002 | 007 | SA HOLLINGHEAD | RESPOND TO INQUIRY OF L. COTTO RE: FILING OF NINTH MONTHLY FEE APPLICATION FOR STROOCK & STROOCK. | 0.10 | $12.50 |
| 2/5/2002 | 007 | MR LASTOWSKI | REVIEW DUANE MORRIS SECOND AND THIRD (CONSOLIDATED) MONTHLY FEE APPLICATION | 0.20 | $83.00 |
| 2/5/2002 | 007 | RN SIANNI | PREPARE SECOND QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 0.70 | $171.50 |
| 2/5/2002 | 007 | RN SIANNI | PREPARE PROPOSED ORDER FOR SECOND QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 0.30 | $73.50 |
| 2/5/2002 | 007 | RN SIANNI | REVISE SECOND QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 0.40 | $98.00 |
| 2/5/2002 | 007 | RN SIANNI | FINALIZE SECOND AND THIRD MONTHLY FEE APPLICATIONS (CONSOLIDATED) OF DUANE MORRIS AND PREPARE SAME FOR FILING. | 0.90 | $220.50 |
| 2/5/2002 | 007 | RN SIANNI | FINALIZE SECOND QUARTERLY FEE APPLICATION OF DUANE MORRIS AND PREPARE SAME FOR FILING AND | 0.50 | $122.50 |

File # K0248-00001                                                                                           INVOICE # 858344
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/6/2002 | 007 | MR LASTOWSKI | SERVICE. | | |
| 2/6/2002 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE DUANE MORRIS'S SECOND AND THIRD (CONSOLIDATED) MONTHLY FEE APPLICATIONS | 0.30 | $124.50 |
| 2/6/2002 | 007 | MR LASTOWSKI | REVIEW FIRST SUPPLEMENTAL AFFIDAVIT OF LORENZO TERSIGNINI, CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | 0.10 | $41.50 |
| 2/6/2002 | 007 | RN SIANNI | DRAFT FOURTH THROUGH SIXTH (CONSOLIDTED) MONTHLY FEE APPLICATIONS OF DUANE MORRIS. | 1.70 | $416.50 |
| 2/7/2002 | 007 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO RETAIN CARELLA, BYRNE, BAIN, FILFILLAN, CECCHI, STEWART AND OLSTEIN | 0.20 | $83.00 |
| 2/7/2002 | 007 | MR LASTOWSKI | REVIEW THIRD QUARTERLY INTERIM FEE APPLICATION OF FTI POLICANO & MANZO (FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.10 | $41.50 |
| 2/7/2002 | 007 | MR LASTOWSKI | REVIEW NINTH INTERIM FEE APPLICATIO OF POLICANO & MANZO (FINANCIAL CONSULTANTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | 0.30 | $124.50 |
| 2/7/2002 | 007 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR DUANE MORRIS 2ND AND 3RD MONTHLY AND 2ND QUARTERLY FEE APPLICATIONS. | 0.10 | $12.50 |
| 2/7/2002 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION AND CERTIFICATE OF SERVICE FOR POLICANO & MANZO NINTH MONTHLY FEE APPLICATION. | 0.40 | $50.00 |
| 2/7/2002 | 007 | SA HOLLINGHEAD | PREPARE SERVICE LIST/LABELS FOR SERVICE OF POLICANO & MANZO'S NINTH MONTHLY FEE APPLICATION. | 0.20 | $25.00 |
| 2/7/2002 | 007 | SA HOLLINGHEAD | PREPARE NINTH MONTHLY FEE APPLICATION OF FTI POLICANO & MANZO FOR FILING BY PARCELS AND SERVICE BY DDI. | 1.00 | $125.00 |
| 2/7/2002 | 007 | SA HOLLINGHEAD | PREPARE THIRD QUARTERLY FEE APPLICATION OF POLICANO & MANZO FOR FILING BY PARCELS AND SERVICE BY DDI. | 1.00 | $125.00 |
| 2/8/2002 | 007 | MR LASTOWSKI | REVIEW STROOCK AND STROOCK AND LAVAN'S THIRD INTERIM FEE APPLICATION | 0.40 | $166.00 |
| 2/8/2002 | 007 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION OF HILLSOFT NOTIFICATIONS | 0.20 | $83.00 |

File # K0248-00001                                                           INVOICE # 858344
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/8/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP (COUNSEL TO THE ASBESTOS PROPERTY DAMAGE COMMITTEE) | 0.20 | $83.00 |
| 2/8/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION OF HOLMES ROBERTS AND OWENS (SPECIAL COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| 2/8/2002 | 007 | RN SIANNI | PREPARE THIRD QUARTERLY FEE APPLICATION OF DUANE MORRIS AND RELATED DOCUMENTS. | 1.30 | $318.50 |
| 2/8/2002 | 007 | RN SIANNI | REVISE FOURTH THROUGH SIXTH (CONSOLIDATED) MONTHLY FEE APPLICATIONS OF DUANE MORRIS. | 0.30 | $73.50 |
| 2/8/2002 | 007 | SA HOLLINGHEAD | PREPARE STROOCK THIRD QUARTERLY APPLICATION FOR FILING AFTER APPROVAL BY M. LASTOWSKI. | 0.80 | $100.00 |
| 2/8/2002 | 007 | SA HOLLINGHEAD | DISCUSS FILING OF THIRD QUARTERLY FEE APPLICATION FOR STROOCK & STROOCK WITH R. SIANNI. | 0.20 | $25.00 |
| 2/8/2002 | 007 | SA HOLLINGHEAD | PREPARE STROOCK & STROOCK THIRD QUARTERLY FEE APPPLICATION FOR FILING BY PARCELS AND SERVICE BY DDI. | 0.40 | $50.00 |
| 2/11/2002 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE THIRD QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 0.40 | $166.00 |
| 2/11/2002 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE FOURTH THROUGH SIXTH DUANE MORRIS MONTHLY FEE APPLICATIONS | 0.40 | $166.00 |
| 2/11/2002 | 007 | RN SIANNI | FINALIZE THIRD QUARTERLY FEE APPLICATION OF DUANE MORRIS AND PREPARE SAME FOR FILING AND SERVICE. | 0.60 | $147.00 |
| 2/11/2002 | 007 | RN SIANNI | FINALIZE FOURTH THROUGH SIXTH (CONSOLIDATED) MONTHLY FEE APPLICATIONS OF DUANE MORRIS AND PREPARE SAME FOR FILING AND SERVICE. | 0.60 | $147.00 |
| 2/11/2002 | 007 | SA HOLLINGHEAD | REVIEW RETURNED MAIL AND DISCUSS RESENDING WITH R. SIANNI RE: DUANE MORRIS SECOND/THIRD MONTHLY AND SECOND QUARTERLY FEE APPLICATIONS. | 0.20 | $25.00 |
| 2/12/2002 | 007 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINES FOR PREPARATION OF CERTIFICATES OF NO OBJECTION TO DUANE MORRIS FOURTH THROUGH SIXTH MONTHLY AND THIRD QUARTERLY FEE APPLICATIONS. | 0.20 | $25.00 |
| 2/15/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION OF WALLACE KING MARRARO & | 0.10 | $41.50 |

Duane Morris
Case 01-01139-AMC    Doc 2068    Filed 05/16/02    Page 13 of 17
May 13, 2002
Page 10

File # K0248-00001                                              INVOICE # 858344
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | BRANSON (SPECIAL COUNSEL TO THE DEBTORS) | | |
| 2/19/2002 | 007 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF KINSELLA ASSOCIATES | 0.20 | $83.00 |
| 2/19/2002 | 007 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE APPOINTMENT OF A FEE EXAMINER | 0.20 | $83.00 |
| 2/19/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL FROM LIBBY HAMILTON RE: PREPARATION OF SUMMARY FOR FEE APPLICATIONS; REFERRED TO L. COTTO. | 0.10 | $12.50 |
| 2/25/2002 | 007 | MR LASTOWSKI | REVIEW ORDERS APPROVING THE RETENTION OF W.D. HILTON, JR. AND HAMILTON, RABINOVITZ & ALLSCHULER AS A CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS AND | 0.10 | $41.50 |
| 2/26/2002 | 007 | MR LASTOWSKI | REVIEW THIRD INTERIM FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO. (FINANCIAL ADVISORS TO THE ASBESTOS PROPERTY DAMAGE CLAIMANTS) | 0.10 | $41.50 |
| 2/27/2002 | 007 | MR LASTOWSKI | REVIEW THIRD MONTHLY FEE APPLICATION OF KLETT ROONEY (LOCAL COUNSEL TO THE EQUITY COMMITTEE) | 0.10 | $41.50 |
| 2/27/2002 | 007 | MR LASTOWSKI | REVIEW JANUARY FEE APPLICATION OF WALLACE KING MARRARO & BRANSON (SPECIAL COUNSEL TO THE DEBTOR) | 0.10 | $41.50 |
| 2/27/2002 | 007 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION OF HOLMES ROBERTS AND OWENS (SPECIAL COIUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| 2/27/2002 | 007 | MR LASTOWSKI | REVIEW DECEMBER FEE APPLICATION OF PITNEY, HARDIN & KIPP (SPECIAL COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| 2/27/2002 | 007 | MR LASTOWSKI | REVIEW SEVENTH MONTHLY FEE APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH (SPECIAL COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| | | | Code Total | 23.00 | $5,819.00 |
| 2/1/2002 | 010 | MR LASTOWSKI | REVIEW DEBTORS' SECOND QUARTERLY REPORT OF SETTLEMENTS | 0.10 | $41.50 |
| 2/4/2002 | 010 | MR LASTOWSKI | REVIEW LIMITED JOINDER OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO | 0.10 | $41.50 |

File # K0248-00001  INVOICE # 858344
W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | MOTION BY ZONOLITE ATTIC INSURALATION CLAIMANTS TO DISMISS DEBTORS' CHAPTER 11 BANKRUPTCY CASE PURSUANT TO SECTION 1112(B) | | |
| 2/12/2002 | 010 | MR LASTOWSKI | REVIEW MOTION OF EDITH KELLOG TO ANNUL THE AUTOMATIC STAY | 0.20 | $83.00 |
| 2/15/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO MOTION OF ZONOLITE PLAINTIFFS TO DISMISS THE CHAPTER 11 PROCEEDING | 2.70 | $1,120.50 |
| 2/20/2002 | 010 | CM DOOLEY | LEGAL RESEARCH CONCERNING A COPY OF A LOUISIANNA CASE - BABCOCK & WILCOX FOR KATCHEN | 0.40 | $38.00 |
| 2/20/2002 | 010 | MR LASTOWSKI | REVIEW ZONOLIE INFORMATIONAL BRIEF RE: PROOFS OF CLAIM | 0.50 | $207.50 |
| 2/22/2002 | 010 | MR LASTOWSKI | REVIEW RESPONSE OF EQUITY COMMITTEE COMMITTEE TO DEBTORS' REVISED MOTION FOR A CASE MANAGEMENT ORDER RE NON-ASBESTOS CLAIMS | 0.10 | $41.50 |
| 2/24/2002 | 010 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFFS REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE CHAPTER 11 PROCEEDING | 0.30 | $124.50 |
| 2/25/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR A PRELIMINARY INJUNCTION RE: RJR NABISCO LITIGATION | 0.40 | $166.00 |
| | | | Code Total | 4.80 | $1,864.00 |
| 2/11/2002 | 018 | WS KATCHEN | TELEPHONE K. PASQUALE; REVIEW STROOCK MEMO OF 2/11/02 REGARDING SECTION 544 LITIGATION. | 0.20 | $95.00 |
| | | | Code Total | 0.20 | $95.00 |
| 2/4/2002 | 024 | MR LASTOWSKI | REVIEW STIPULATIONS RELATING TO DRAGON COURT SUBLEASES | 0.20 | $83.00 |
| 2/4/2002 | 024 | MR LASTOWSKI | REVIED STATUS OF STIPULATIONS RELATING TO DRAGON COURT SUBLEASES | 0.20 | $83.00 |
| | | | Code Total | 0.40 | $166.00 |
| 2/6/2002 | 026 | AR NASTASI | O/C W. KATCHEN RE STATUS OF REPRESENTATION OF CREDITOR'S COMMITTEE | 0.20 | $79.00 |
| 2/13/2002 | 026 | WS KATCHEN | TELEPHONE CALL - SCHEDULING FOR FEB. 20; TELEPHONE WITH K. PASQUALE. | 0.30 | $142.50 |
| 2/27/2002 | 026 | WS KATCHEN | TELEPHONE T. MAHER RE UPDATE. | 0.20 | $95.00 |
| | | | Code Total | 0.70 | $316.50 |

File # K0248-00001                                          INVOICE #  858344
    W.R. GRACE & CO.

|  | | |
|---|---:|---:|
| TOTAL SERVICES | 51.00 | $16,428.50 |

Duane Morris
May 13, 2002
Page 13

File # K0248-00001  INVOICE # 858344
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---:|
| 2/28/2002 | POSTAGE | 7.00 |
| | Total: | $7.00 |
| 2/20/2002 | LEXIS LEGAL RESEARCH C DOOLEY | 58.80 |
| | Total: | $58.80 |
| 2/1/2002 | OVERNIGHT MAIL FA,PHL BATCH: 84 VENDOR NUMBER: 010310 OVERNIGHT MAIL | 90.00 |
| 2/5/2002 | OVERNIGHT MAIL FA,PHL BATCH: 85 VENDOR NUMBER: 010310 COURIER SERV. | 37.50 |
| 2/7/2002 | OVERNIGHT MAIL PACKAGE TO LEWIS KRUGER ESQ AT STROOCK & STROOCK & LAVAN LLP FROM S HOLLONGHEAD (AIRBILL #827137719896) | 11.24 |
| 2/7/2002 | OVERNIGHT MAIL PACKAGE TO JAMES H M SPRAIEGEN AT KRIKLAND AND ELLIS FROM S HOLLINGHAD (AIRBILL #827137719900) | 14.00 |
| 2/7/2002 | OVERNIGHT MAIL PACKAGE TO THOMAS MOERS MAYER AT KRAMER LEVIN NAFTALIS & FRANKEL FROM S HOLLINGHEAD (AIRBILL #827137719852) | 11.24 |
| 2/7/2002 | OVERNIGHT MAIL PACKAGE TO SCOTT L BAENA AT BULZIN SUMBERT DUNN ET AL FROM ILLEGIBLE (AIRBILL #827137719863) | 14.00 |
| 2/8/2002 | OVERNIGHT MAIL FA,PHL BATCH: 85 VENDOR NUMBER: 010310 COURIER SERV. | 472.50 |
| 2/11/2002 | OVERNIGHT MAIL FA,PHL BATCH: 86 VENDOR NUMBER: 010310 COURIER SERV. | 232.50 |
| 2/11/2002 | OVERNIGHT MAIL FA,PHL BATCH: 86 VENDOR NUMBER: 010310 COURIER SERV. | 37.50 |
| | Total: | $920.48 |
| 2/7/2002 | DEPOSITION TRANSCRIPT MRL,WILM: CHECK # 460549 - J&J COURT TRANSCRIBERS INC. | 174.25 |
| | Total: | $174.25 |
| 2/28/2002 | MESSENGER SERVICE | 283.50 |
| | Total: | $283.50 |
| 2/8/2002 | MISCELLANEOUS REFUND/TRISTATE COURIER | -52.50 |
| | Total: | -$52.50 |
| 2/1/2002 | AMTRAK RWR,WILM: CHECK # 460146 - AMTRAK | 86.00 |
| | Total: | $86.00 |
| 2/28/2002 | PRINTING & DUPLICATING - INTERNAL | 9.45 |

DUANE MORRIS LLP

File # K0248-00001                                        INVOICE # 858344
    W.R. GRACE & CO.

|  |  |  |  |
|---|---|---|---|
|  |  | Total: | $9.45 |
| 2/28/2002 | TELECOPY |  | 31.35 |
|  |  | Total: | $31.35 |
| 2/28/2002 | PRINTING & DUPLICATING |  | 2,340.98 |
|  |  | Total: | $2,340.98 |
|  | TOTAL DISBURSEMENTS |  | $3,859.31 |