IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: June 5, 2002 at 4:00 p.m.<br>Hearing Date: To be scheduled only if objections are timely filed and served |

NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2002 – March 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$8,876.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$478.10** |

This is an: ☒ interim   ☐ final application

The total time expended for fee application preparation is approximately 3.20 hours and the corresponding compensation requested is approximately $784.00.[2]

This is the ninth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Ninth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WORD\160068.1

## Attachment A

**Monthly Interim Fee Applications**

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | N/A[3] | N/A |

---

[3] The objection deadline for this fee application is June 5, 2002. Fees and expenses requested pursuant to this application cannot be approved prior to June 5, 2002.

WORD\160068.1

## Quarterly Fee Applications

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | The Hearing to Approve Compensation is scheduled for September 23, 2002 at 10:00 a.m. | |

WORD\160068.1

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

May 13, 2002

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001    INVOICE# 858340    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2002 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.    $8,876.50

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.00 hrs. at | $415.00 /hr. = | $5,395.00 |
| WS KATCHEN | PARTNER | 1.30 hrs. at | $475.00 /hr. = | $617.50 |
| RN SIANNI | ASSOCIATE | 7.20 hrs. at | $245.00 /hr. = | $1,764.00 |
| CB FOX | PARALEGAL | 0.30 hrs. at | $125.00 /hr. = | $37.50 |
| SA HOLLINGHEAD | PARALEGAL | 5.60 hrs. at | $125.00 /hr. = | $700.00 |
| AT ASH | PARALEGAL | 2.90 hrs. at | $125.00 /hr. = | $362.50 |

$8,876.50

DISBURSEMENTS
DOCUMENT COSTS             56.25
MESSENGER SERVICE           2.24
OVERNIGHT MAIL             22.57
OVERTIME RELATED COSTS     37.18
PRINTING & DUPLICATING    316.16
TELECOPY                   43.70
TOTAL DISBURSEMENTS                        $478.10

BALANCE DUE THIS INVOICE                   $9,354.60

DUANE MORRIS LLP

File # K0248-00001    INVOICE # 858340
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2002 | 004 | MR LASTOWSKI | REVIEW NOTICE OF CHANGE OF HEARING TIME | 0.10 | $41.50 |
| 3/4/2002 | 004 | RN SIANNI | DRAFT CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS THIRD QUARTERLY FEE APPLICATION (.3) AND PREPARE SAME FOR FILING (.2). | 0.50 | $122.50 |
| 3/4/2002 | 004 | RN SIANNI | CALLS TO J. PALO RE: PAYMENT AND BILLING ISSUES. | 0.40 | $98.00 |
| 3/4/2002 | 004 | RN SIANNI | RESPOND TO INQUIRY OF J. PORT RE: CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS SECOND AND THIRD MONTHLY FEE APPLICATIONS. | 0.20 | $49.00 |
| 3/4/2002 | 004 | RN SIANNI | REVIEW DOCKET (.2) AND PREPARE CERTIFICATE OF NO OBJECTION (.3) RE: DUANE MORRIS SECOND QUARTERLY FEE APPLICATION. | 0.50 | $122.50 |
| 3/4/2002 | 004 | RN SIANNI | REVIEW DOCKET (.1) AND PREPARE CERTIFICATE OF NO OBJECTION (.4) RE: DUANE MORRIS SECOND AND THIRD MONTHLY FEE APPLICATIONS. | 0.50 | $122.50 |
| 3/4/2002 | 004 | RN SIANNI | DRAFT CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS FOURTH THROUGH SIXTH MONTHLY FEE APPLICATIONS (.3) AND PREPARE SAME FOR FILING (.2). | 0.50 | $122.50 |
| 3/4/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 3/5/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: POSSIBLE OBJECTIONS TO DUANE MORRIS THIRD QUARTERLY FEE APPLICATION AND DUANE MORRIS FOURTH THROUGH SIXTH MONTHLY FEE APPLICATIONS. | 0.20 | $49.00 |
| 3/5/2002 | 004 | RN SIANNI | RESPOND TO INQUIRY OF W GREENHALGH RE: FEE APPLICATIONS. | 0.20 | $49.00 |
| 3/6/2002 | 004 | RN SIANNI | RESPOND TO INQUIRY OF J. PORT RE: CERTIFICATE OF NO OBJECTION FOR FEE APPLICATIONS. | 0.20 | $49.00 |
| 3/7/2002 | 004 | MR LASTOWSKI | REVIEW JANUARY MONTHLY OPERATING REPORT | 0.20 | $83.00 |
| 3/7/2002 | 004 | MR LASTOWSKI | REVIEW JUDGE FITZGERALD'S CASE MANAGEMENT PROCEDURE ORDER IN IN RE: OWENS CORNING | 0.10 | $41.50 |
| 3/7/2002 | 004 | SA HOLLINGHEAD | REVIEW SERVICE DOCUMENTATION FROM DDI AND APPROVE FOR PAYMENT. | 0.40 | $50.00 |
| 3/8/2002 | 004 | SA HOLLINGHEAD | CONVERT STATEMENT OF | 0.50 | $62.50 |

DUANE MORRIS LLP

File # K0248-00001            INVOICE # 858340
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/8/2002 | 004 | SA HOLLINGHEAD | COMMITTEE RELATED TO DOCKET NO. 1665 TO PDF FORMAT AND E-FILE. REVIEW AND FINALIZE STATEMENT OF COMMITTEE RELATING TO DOCKET NO. 1665 FOR FILING. | 0.60 | $75.00 |
| 3/8/2002 | 004 | SA HOLLINGHEAD | DISCUSS SERVICE OF STATEMENT OF COMMITTEE RELATED TO DOCKET NO. 1665 WITH R. SERRETTE. | 0.20 | $25.00 |
| 3/11/2002 | 004 | MR LASTOWSKI | REVIEW COMMITTEE STATEMENT RE: CASE MANAGEMENT ORDER | 0.30 | $124.50 |
| 3/15/2002 | 004 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: 3/18/02 OMNIBUS HEARING | 0.10 | $41.50 |
| 3/15/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 3/17/2002 | 004 | SA HOLLINGHEAD | MAINTENANCE OF INTEROFFICE PLEADINGS. | 0.20 | $25.00 |
| 3/17/2002 | 004 | SA HOLLINGHEAD | EMAIL REQUEST FOR PREPARATION OF LABELS FOR SERVICE OF STATEMENT OF COMMITTEE TO SECRETARIAL SERVICES FOR SERVICE ON 3/18/02. | 0.20 | $25.00 |
| 3/18/2002 | 004 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 4.90 | $2,033.50 |
| 3/18/2002 | 004 | MR LASTOWSKI | CONFERENCE WITH A. KRIEGER RE OMNIBUS HEARING | 0.30 | $124.50 |
| 3/18/2002 | 004 | MR LASTOWSKI | REVIEW AGENDA ITEMS IDENTIFIED IN AGENDA NOTICE FOR 3/18/02 HEARING | 1.20 | $498.00 |
| 3/18/2002 | 004 | SA HOLLINGHEAD | REVIEW DOCKET FOR ADMITTANCE OF M. SASSON PRO HAC VICE; RETRIEVE ORDER. | 0.20 | $25.00 |
| 3/18/2002 | 004 | SA HOLLINGHEAD | RETRIEVE DOCKET SHOWING ITEMS FILED SINCE 3/12/02 FOR A. KRIEGER'S REVIEW. | 0.10 | $12.50 |
| 3/18/2002 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM R. SERRETTE RE: HEARING AT 1PM TODAY AND RESPONSES FILED 3/15/02. | 0.10 | $12.50 |
| 3/18/2002 | 004 | SA HOLLINGHEAD | REVIEW SERVICE DOCUMENTATION OF TRI STATE COURIER AND FORWARD FOR PAYMENT. | 0.20 | $25.00 |
| 3/19/2002 | 004 | CB FOX | DISCUSSION WITH WKH AND PULLED DOCKET NO.'S 290 ADN 310 | 0.30 | $37.50 |
| 3/19/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: PROPOSED FEE APPLICATION ORDER. | 0.20 | $49.00 |
| 3/19/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 3/21/2002 | 004 | MR LASTOWSKI | REVIEW PROPOSED CASE MANAGEMENT ORDER | 0.30 | $124.50 |
| 3/25/2002 | 004 | AT ASH | REVIEW AND UPDATE DOCKET FOR MAINTENANCE OF PLEADINGS. | 0.80 | $100.00 |
| 3/26/2002 | 004 | RN SIANNI | REVIEW DOCKET RE: PENDING ORDER | 0.20 | $49.00 |

File # K0248-00001                                                                    INVOICE # 858340
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | AMENDING COMPENSATION PROCEDURES. | | |
| 3/26/2002 | 004 | RN SIANNI | REVIEW ORDER APPOINTING FEE AUDITOR. | 0.20 | $49.00 |
| 3/26/2002 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL/COMPANY. | 0.10 | $12.50 |
| 3/29/2002 | 004 | RN SIANNI | PROVIDE JANUARY FEE DETAIL TO FEE AUDITOR AND US TRUSTEE. | 0.20 | $49.00 |
| | | | Code Total | 15.70 | $4,617.50 |
| 3/12/2002 | 005 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFF'S OBJECTION TO ZONOLITE PROOF OF CLAIM FORM | 0.30 | $124.50 |
| 3/12/2002 | 005 | MR LASTOWSKI | REVIEW UNITED STATES OBJECTION TO ZONOLITE PLAINTIFF'S PROOF OF CLAIM FORM | 0.20 | $83.00 |
| 3/13/2002 | 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL AFFIDAVIT OF TODD B. HILSEE RE: DEBTOR'S BAR DATE NOTICE PROPOSAL AND ALTERNATIVE NOTICE PLAN | 0.30 | $124.50 |
| 3/13/2002 | 005 | MR LASTOWSKI | REVIEW LETTER FROM DAVID BERNICK RE: THOMAS SOBOL CORRESPONDENCE | 0.10 | $41.50 |
| 3/13/2002 | 005 | MR LASTOWSKI | REVIEW DAVID BERNICK LETTER TO JUDGE FITZGERALD RE: ARGUMENT ON ZONOLITE PLAINTIFF'S MOTION TO DISMISS THE CASE | 0.10 | $41.50 |
| 3/14/2002 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY COMMITTEE'S OBJECTION TO PROPOSED ASBESTOS PROPERTY CLAIM FORM | 0.40 | $166.00 |
| 3/15/2002 | 005 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFF'S MOTION FOR ALLOWANCE OF CLASS PROOF OF CLAIM | 0.30 | $124.50 |
| 3/15/2002 | 005 | MR LASTOWSKI | REVIEW LETTER FROM ZONOLITE PLAINTIFFS' COUNSEL TO JUDGE FITZGERALD RE: MOTION TO PERMIT CLASS PROOF OF CLAIM | 0.10 | $41.50 |
| 3/15/2002 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT OF TODD B. HILSEE ON DEBTOR'S BARD DATE NOTICE PROPOSAL AND ALTERNATIVE NOTICE PLAN | 0.30 | $124.50 |
| 3/15/2002 | 005 | MR LASTOWSKI | REVIEW DEBTORS' REPLY TO PROPERTY DAMAGE CLAIMANT'S OBJECTION TO DEBTORS' PROPOSED CLAIM FORM | 0.40 | $166.00 |
| | | | Code Total | 2.50 | $1,037.50 |
| 3/1/2002 | 007 | MR LASTOWSKI | REVIEW KRAMER LEVIN NAFTALIS & | 0.10 | $41.50 |

File # K0248-00001                                                               INVOICE # 858340
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | FRANKEL JANUARY MONTHLY FEE APPLICATION | | |
| 3/1/2002 | 007 | SA HOLLINGHEAD | RESPOND TO VOICEMAIL OF L. COTTO RE: POINT OF CONTACT AT W. R. GRACE FOR PAYMENTS TO COUNSEL. | 0.20 | $25.00 |
| 3/1/2002 | 007 | SA HOLLINGHEAD | RETRIEVE CERTIFICATES OF NO OBJECTION FOR 6TH, 7TH, 8TH AND SECOND QUARTERLY FEE APPLICATIONS FOR STROOCK & STROOCK AND FORWARD TO J. PORT PER R. SERRETTE'S REQUEST. | 0.60 | $75.00 |
| 3/4/2002 | 007 | MR LASTOWSKI | REVIEW SEVENTH MONTHLY FEE APPLICATION OF REED SMITH (SPECIAL COUNSEL TO THE DEBTORS') | 0.10 | $41.50 |
| 3/5/2002 | 007 | MR LASTOWSKI | REVIEW KIRKLAND & ELLIS JANUARY FEE APPLICATION | 0.10 | $41.50 |
| 3/6/2002 | 007 | MR LASTOWSKI | REVISE SEVENTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE (COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS) | 0.10 | $41.50 |
| 3/6/2002 | 007 | MR LASTOWSKI | REVIEW FIFTH MONTHLY FEE APPLICATION OF CAPLAN AND DRYSDALE (COUNSEL TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 3/6/2002 | 007 | MR LASTOWSKI | REVIEW SIXTH MONTHLY FEE APPLICATION OF L. TERSIGNI CONSULTING (CONSULTANTS TO THE ASBESTOS PERSONAL INJURY COMMITTEE) | 0.10 | $41.50 |
| 3/11/2002 | 007 | MR LASTOWSKI | REVIEW NINTH MONTHLY FEE APPLICATION OF FERRY, JOSEPH & PEARCE | 0.10 | $41.50 |
| 3/14/2002 | 007 | MR LASTOWSKI | REVIEW FTI POLICANO AND MANZO'S JANUARY FEE APPLICATION | 0.10 | $41.50 |
| 3/14/2002 | 007 | MR LASTOWSKI | REVIEW STROOCK STROOCK & LAVAN'S TENTH MONTHLY FEE APPLICATION | 0.20 | $83.00 |
| 3/14/2002 | 007 | SA HOLLINGHEAD | PREPARE FTI POLICANO & MANZO TENTH MONTHLY FEE APPLICATION FOR FILING BY DDI. | 0.50 | $62.50 |
| 3/14/2002 | 007 | SA HOLLINGHEAD | PREPARE NOTICE OF APPLICATION AND CERTIFICATE OF SERVICE TO ACCOMPANY FTI POLICANO & MANZO TENTH MONTHLY FEE APPLICATION FOR FILING. | 0.30 | $37.50 |
| 3/17/2002 | 007 | AT ASH | PREPARATION OF CERTIFICATE OF NO OBJECTION FOR NINTH APPLICATION OF STROOCK & STROOCK & LAVAN FOR COMPENSATION AND REIMBURSEMENT FOR 12/1/01-12/31/01. | 0.40 | $50.00 |
| 3/17/2002 | 007 | AT ASH | PREPARATION OF CERTIFICATE OF NO | 0.40 | $50.00 |

DUANE MORRIS LLP

Duane Morris
May 13, 2002
Page 6

File # K0248-00001 INVOICE # 858340
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2002 | 007 | | OBJECTION FOR NINTH INTERIM APPLICATION FOR FTI POLICANO & MANZO FOR 12/1/01-12/31/01. | | |
| 3/17/2002 | 007 | AT ASH | PREPARATION OF CERTIFICATE OF NO OBJECTION FOR THIRD QUARTERLY APPLICATION OF STROOCK & STROOCK & LAVAN FOR 10/1/01-12/31/01. | 0.40 | $50.00 |
| 3/17/2002 | 007 | AT ASH | PREPARATION OF CERTIFICATE OF NO OBJECTION FOR THIRD QUARTERLY APPLICATION FOR FTI POLICANO & MANZO FOR 10/01/01-12/01/01. | 0.40 | $50.00 |
| 3/18/2002 | 007 | AT ASH | REVISE AND FINALIZE CERTIFICATE OF NO OBJECTION FOR NINTH APPLICATION OF STROOCK & STROOCK & LAVAN FOR COMPENSATION AND REIMBURSEMENT FOR 12/1/01-12/31/01. | 0.20 | $25.00 |
| 3/18/2002 | 007 | AT ASH | REVISE AND FINALIZE CERTIFICATE OF NO OBJECTION FOR NINTH INTERIM APPLICATION FOR FTI POLICANO & MANZO FOR 12/1/01-12/31/01. | 0.10 | $12.50 |
| 3/18/2002 | 007 | AT ASH | REVISE AND FINALIZE CERTIFICATE OF NO OBJECTION FOR THIRD QUARTELY APPLICATION OF STROOCK & STROOCK & LAVAN FOR 10/1/01-12/31/01. | 0.10 | $12.50 |
| 3/18/2002 | 007 | AT ASH | REVISE AND FINALIZE FOR SERVICE OF CERTIFICATE OF NO OBJECTION FOR THIRD QUARTELY APPLICATION FOR FTI POLICANO & MANZO FOR 10/01/01-12/01/01. | 0.10 | $12.50 |
| 3/18/2002 | 007 | MR LASTOWSKI | REVIEW FIRST QUARTERLY FEE APPLICATION OF CASNER & EDWARDS, SPECIAL COUNSEL TO THE DEBTORS | 0.10 | $41.50 |
| 3/18/2002 | 007 | MR LASTOWSKI | REVIEW JANUARY FEE APPLICATION OF HOLMES ROBERTS AND OWENS (SPECIAL COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| 3/18/2002 | 007 | MR LASTOWSKI | REVIEW JANUARY FEE APPLICATION OF THE BLACKSTONE GROUP (CONSULTANTS TO THE DEBTORS) | 0.10 | $41.50 |
| 3/18/2002 | 007 | MR LASTOWSKI | REVIEW JANUARY FEE APPLICATION OF PITNEY HARDIN & KIPP (SPECIAL COUNSEL TO THE DEBTORS) | 0.10 | $41.50 |
| 3/18/2002 | 007 | SA HOLLINGHEAD | REVIEW CERTIFICATES OF NO OBJECTION PREPARED BY A. ASH FOR CHANGES/REVISIONS. | 0.10 | $12.50 |
| 3/19/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATES OF NO OBJECTION TO FEE APPLICATIONS FOR FILING BY PARCELS. | 0.10 | $12.50 |
| 3/21/2002 | 007 | MR LASTOWSKI | REVIEW JANUARY FEE APPLICATION | 0.10 | $41.50 |

DUANE MORRIS LLP

File # K0248-00001  INVOICE # 858340
W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD, COUNSEL TO THE ASBESTOS PROPERTY DAMAGE COMMITTEE | | |
| 3/21/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR CERTIFICATE OF NO OBJECTION TO FTIPM NINTH MONTHLY FEE APPLICATION. | 0.20 | $25.00 |
| 3/21/2002 | 007 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF SERVICE FOR CERTIFICATE OF NO OBJECTION TO STROOCK NINTH MONTHLY FEE APPLICATION. | 0.20 | $25.00 |
| 3/21/2002 | 007 | SA HOLLINGHEAD | CONVERT CERTIFICATE OF NO OBJECTIONS TO STROOCK AND FTIPM NINTH MONTHLY FEE APPLICATIONS TO PDF FORMAT FOR FILING. | 0.20 | $25.00 |
| 3/26/2002 | 007 | SA HOLLINGHEAD | TELEPHONE CALL FROM R. SERRETTE RE: PROPOSED ADMINISTRATIVE ORDER AND PROCEDURES FOR FILING OF STROOCK'S FEE APPLICATIONS. | 0.10 | $12.50 |
| 3/28/2002 | 007 | RN SIANNI | REVIEW BILLING DETAIL FOR JANUARY IN PREPARATION OF MONTHLY FEE APPLICATION. | 0.70 | $171.50 |
| 3/28/2002 | 007 | RN SIANNI | PREPARE DUANE MORRIS SEVENTH MONTHLY FEE APPLICATION AND EXHIBITS THERETO. | 1.90 | $465.50 |
| 3/28/2002 | 007 | RN SIANNI | FINALIZE DUANE MORRIS SEVENTH MONTHLY FEE APPLICATION AND PREPARE SAME FOR FILING AND SERVICE. | 0.60 | $147.00 |
| | | | Code Total | 9.30 | $1,981.50 |
| 3/1/2002 | 010 | WS KATCHEN | REVIEW DELIFORIS COMPLAINT VS. R.J. REYNOLDS ET AL.; TELEPHONE K. PASQUALE. | 0.50 | $237.50 |
| 3/4/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR MEDICAL MONITORING INJUNCTION AND OTHER EQUITABLE RELIEF | 0.30 | $124.50 |
| 3/8/2002 | 010 | WS KATCHEN | CONFERENCE L. KRUGER RE PENDING MATTERS IN NEWARK; REVIEW STROOCK MEMOS ON ADDEMENT ACQUISITION AND SHEET ATLANTA FACILITY. | 0.60 | $285.00 |
| 3/12/2002 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO EDYTHE KELLOG'S MOTION TO ANNUL THE AUTOMATIC STAY | 0.10 | $41.50 |
| 3/12/2002 | 010 | MR LASTOWSKI | REVIEW CORRESPONDENCE FROM ZONOLITE PLAINTIFFS' COUNSEL TO JUDGE FITZGERALD RE: PROFF OF CLAKIM ISSUES | 0.20 | $83.00 |

File # K0248-00001                                                                      INVOICE # 858340
   W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/14/2002 | 010 | MR LASTOWSKI | REVIEW ORDER TRANSFERRING PERSONAL INJURY CASES TO JUDGE WOLIN | 0.10 | $41.50 |
| 3/15/2002 | 010 | MR LASTOWSKI | REVIEW DEBTORS' SUR-REPLY TO CAROL GERARD'S REPLY IN SUPPORT OF HER MOTION TO CLARIFY THE SCOPE OF, OR IN THE ALTERNATIVE, TO MODIFY RTHE PRELIMINARY INJUNCTION | 0.20 | $83.00 |
| 3/18/2002 | 010 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFFS' COUNSEL'S LETTER TO JUDGE FITZGERALD RE: MOTION TO DISMIS | 0.10 | $41.50 |
| 3/21/2002 | 010 | MR LASTOWSKI | REVIEW NOTICE OF UNITED STATES' INTEREST IN FRAUDULENT CONVEYANCE PROCEEDINGS | 0.10 | $41.50 |
| 3/21/2002 | 010 | MR LASTOWSKI | REVIEW ASBESTOS COMMITTEES' WITHDRAWAL OF THE REFERENCE OF THE FRESENIUS MEDICAL CARE HOLDINGS ADVERSARY PROCEEDINGS | 0.10 | $41.50 |
| 3/21/2002 | 010 | MR LASTOWSKI | REVIEW THE ASBESTOS' COMMITTEE'S WITHDRAWAL OF THE REFERENCE OF THE SEALED AIR CORPORATION ADVERSARY PROCEEDING | 0.10 | $41.50 |
| | | | Code Total | 2.40 | $1,062.00 |
| 3/14/2002 | 012 | MR LASTOWSKI | REVIEW MOTION TO EXTEND EXCLUSIVITY | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |
| 3/7/2002 | 013 | WS KATCHEN | REVIEW MEMO TO COMMITTEE ON PROPOSED ACQUISITION (ADDIMENT). | 0.10 | $47.50 |
| 3/13/2002 | 013 | WS KATCHEN | REVIEW US (EPA) OBJECTION ON ZONOLITE ATTIC INSULATION PROOF OF CLAIM. | 0.10 | $47.50 |
| | | | Code Total | 0.20 | $95.00 |
| 3/14/2002 | 024 | MR LASTOWSKI | REVIEW ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |
| | | | TOTAL SERVICES | 30.30 | $8,876.50 |

File # K0248-00001                                                                                          INVOICE # 858340
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 3/31/2002 | DOCUMENT COSTS | | 56.25 |
| | | Total: | $56.25 |
| 3/7/2002 | OVERNIGHT MAIL PACKAGE TO NEIL P OLACK AT JONES DAY REGUIS & PAGUE FROM SHELLEY A HOLLINGHEAD (AIRBILL #833121636079) | | 22.57 |
| | | Total: | $22.57 |
| 3/31/2002 | MESSENGER SERVICE | | 2.24 |
| | | Total: | $2.24 |
| 3/31/2002 | OVERTIME RELATED COSTS | | 37.18 |
| | | Total: | $37.18 |
| 3/31/2002 | TELECOPY | | 43.70 |
| | | Total: | $43.70 |
| 3/31/2002 | PRINTING & DUPLICATING | | 316.16 |
| | | Total: | $316.16 |
| | | TOTAL DISBURSEMENTS | $478.10 |