# EXHIBIT "B"

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

## AFFIDAVIT OF RICHARD W. RILEY

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Richard W. Riley, being duly sworn, deposes and says:

1.      I am an attorney at the law firm of Duane Morris LLP, counsel for the Official

Committee of Unsecured Creditors (collectively, the "Committee").

2.      I have read the *Fourth Quarterly Application of Duane Morris LLP for*

*Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official*

*Committee of Unsecured Creditors for the Period from Janruary 1, 2002 Through And Including*

*March 31, 2002* (the "Application"), and know the contents thereof.  The same are true to the

best of my knowledge, except as to matters therein alleged to be upon information and belief, and

as to those matters, I believe them to be true.  I am familiar with all work performed

on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: May 16, 2002

_____
Richard W. Riley

SWORN TO AND SUBSCRIBED before me this _16_ day of _May_, 2002.

_____
Notary Public

CAROLYN B. FOX
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 1, 2006