# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 17, 2002**

To: Peter Dalleo, Clerk
U. S. District Court
U. S. Courthouse
Wilmington DE 19801

Re: **W.R. GRACE & CO., ET. AL**

**Chapter 11, Main Case # 01-1139 (JKF)**
**AP-02-121**

Enclosed is the bankruptcy Record on Appeal # **02-121** along with the original pleadings of each joinder. Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: M. D. Walter
Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2002.

By: _____
Deputy Clerk, U.S. District Court

>>>>>*No Designation Filed*<<<<<

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: **01-1139 (JKF)**
Deputy Clerk Transferring Case: M.D. Walter (302) 252-2917
Case Type: Appeal **(AP-02-121)**

### Order, Date Entered and Issues

Order as to All Non-Asbestos Claims, Asbestos Property Damage Claims & Medical Monitoring Claims: (I) Establishing Bar Date (II) Approving Proof of claim Forms (III) Approving Notice Program (Re: Docket No. 586) Signed on 4/22/02.
[Order Docket No. 1963]

| | |
|---|---|
| **Debtors:** | **W. R. Grace & Co., et al.** |
| **Counsel:** | Laura Davis Jones, Esq. |
| | Pachulski Stang Ziehl Young & Jones PC |
| | 919 N. Market Street, Suite 1600 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 652-4400** |
| **Appellant:** | **Official Committee of Asbestos Property Damage Claimants** |
| **Counsel:** | Theodore J. Tacconelli, Esq. |
| | Ferry Joseph & Pearce, P.A. |
| | 824 Market Street, Suite 904 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(305) 575-1555** |