IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                             Chapter 11

W.R. GRACE & CO., et al.,                          Case No. 01-01139 (JKF)

Debtors.

_____/

## JOINDER OF JAMES AND DORIS MCMURCHIE TO MOTION TO STRIKE PROOFS OF CLAIM AND RESPONSE TO DEBTORS' PROPOSED ORDER SETTING INITIAL SCHEDULE FOR LITIGATION CONCERNING ZONOLITE ATTIC INSULATION PRODUCT RISK

James and Doris McMurchie, by and through the undersigned counsel, hereby file and join in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk" filed with the Bankruptcy Court on behalf of Marco Barbanti, Ralph Busch, John and Margery Prebil and Paul Price.

WHEREFORE, James and Doris McMurchie join in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk" and respectfully request this Court to deny Grace's Order Setting Initial Scheduling for Litigation Concerning Alleged Zonolite Attic Insulation Product Risk.

Dated: May 13, 2002.                              Respectfully submitted,

                                                  SIEBEN, POLK, LaVERDIERE
                                                  JONES & HAWN, P.A.

                                                  _____
                                                  Harvey N. Jones (No. 52498)
                                                  Attorney for James and Doris McMurchie
                                                  999 Westview Drive
                                                  Hastings, MN 55033
                                                  Phone: (651) 437-3148
                                                  Fax: (651) 437-2732

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                              ) ss.
COUNTY OF DAKOTA   )

       Jean A. Minder, of the City of Hastings, County of Dakota, in the State of Minnesota, being duly sworn, says that on the 13th day of May, 2002, she served the annexed Joinder of James and Doris McMurchie to Motion to Strike Proofs of Claim and Response to Debtors' Proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk upon:

*VIA FACSIMILE and U.S. MAIL*
*(302)652-4400*

Laura Davis Jones
David W. Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

*VIA FACSIMILE and U.S. MAIL*
*(312)861-2200*

David M. Bernick
James H.M. Sprayreger
Andrew R. Running
Janet Baer
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601

by faxing and by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the Post Office at Hastings, Minnesota, directed to said attorneys at their last-known addresses indicated above.

                                                        _____
                                                        Jean A. Minder

Subscribed and sworn to before me
this 13th day of May, 2002.

_____
Notary Public

REBECCA J. STROP
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

CC:   KIRKLAND & ELLIS
      David M. Bernick
      James H.M. Sprayregen
      Andrew R. Running
      Janet Baer
      200 East Randolph Drive
      Chicago, IL  60601

CC:   Rob Turkewitz
      Ness, Motley, Loadholt, Richardson & Poole
      28 Bridgeside Boulevard
      P.O. Box 1792
      Mount Pleasant, South Carolina  29465