IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| W.R. Grace & Co., *et al.*, ) | | Case No. 01-01139 (JKF) |
| ) | | (Jointly Administered) |
| ) | | |
| Debtors. ) | | **Objection Deadline: June 6, 2002 at 4:00 p.m.** |
| ) | | **Hearing Date: August 26, 2002 at 10:00 a.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE 2002 SERVICE LIST

Bilzin Sumberg Dunn Baena Price & Axelrod LLP has filed its Fourth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2002 through March 31, 2002, in the amounts of $281,179.50 and $79,962.62 respectively.

You are required to file an objection or response to the attached application on or before June 6, 2002 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE APPLICATION WILL BE HELD ON AUGUST 26, 2002 AT 10:00 A.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 17, 2002

                                            BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
                                            Counsel to the Official Committee of Asbestos Property Damage Claimants
                                            2500 First Union Financial Center
                                            200 South Biscayne Boulevard
                                            Miami, Florida 33131-2385
                                            Telephone: (305) 374-7580
                                            Facsimile: (305) 374-7593

                                            By:   /s/ Jay M. Sakalo
                                                Scott L. Baena (Admitted Pro Hac Vice)
                                                Jay M. Sakalo (Admitted Pro Hac Vice)

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street
Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
1201 N. Market Street
15th Floor
Wilmington, DE 19801

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

United States Trustee
Attn: Frank J. Perch, Esq.
844 King Street, Room 2313
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates, P.C.
3400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270