## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

———————

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope                                          March 31, 2002

Invoice #  51951

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2002

Atty - SLB

RE:      01- Case Administration                                   Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/17/01 | SLB | 6.80 | 3,060.00 | Preparation for 11/21 hearing, including preparation of affidavits for Hilton and Rabinovitz; telephone conference with P. Lockwood, D. Speights, M. Dies, T. Sobol and D. Hilton; review Zonolite filings, organize hearing materials, outline arguments (6.8). |
| 02/01/02 | JMS | 0.30 | 70.50 | Telephone conference with J. Schwartz regarding strategy on pending matters (.3). |
| 02/01/02 | JLH | 0.90 | 90.00 | Research Pacer system regarding an updated docket (.30); download various motions and orders for review (.60). |
| 02/04/02 | JMS | 0.30 | 70.50 | Email correspondence to T. Hilsee regarding notice issues (.3). |
| 02/05/02 | ASD | 0.30 | 72.00 | Review of verified complaint of Debtor against National Union Fire Insurance and attached affidavit (.1); review of motion for preliminary injunction (.1); notice of motion to extend exclusive periods (.1). |
| 02/05/02 | JMS | 1.10 | 258.50 | Receive and review certification of counsel regarding document retention policy and follow up correspondence to committee thereon (.8); telephone conferences with T. Hilsee regarding notice issues (.3). |
| 02/06/02 | JMS | 0.40 | 94.00 | Telephone conference with D. Speights regarding document requests and follow up fax thereon (.4). |
| 02/07/02 | JMS | 0.40 | 94.00 | Emails from and to T. Brandi regarding strategic issues (.4). |
| 02/10/02 | JMS | 1.40 | 329.00 | Review 1/29 hearing transcript (1.4). |
| 02/11/02 | JMS | 0.90 | 211.50 | Email to committee regarding transcript of hearing (.3); receive and review motion to intervene filed by C. Gerard and motion to clarify scope of preliminary injunction (.6). |
| 02/11/02 | BAB | 0.30 | 18.00 | Update dockets and download files (.3). |
| 02/11/02 | BAB | 0.30 | 18.00 | Update dockets and download Armstrong pleadings relating to property damage issues (.3). |
| 02/12/02 | BAB | 0.20 | 12.00 | Retrieval of documents from updated dockets. |
| 02/12/02 | SJA | 1.00 | 100.00 | Conference with L. Robinson of Automated Legal Solutions re: status of project (.3); preparation of additional documents to be forwarded to L. Robinson (.5); letter to L. Robinson forwarding documents (.2). |
| 02/13/02 | JMS | 1.20 | 282.00 | Begin review of Debtors' revised PD CMO papers (.6); begin review and analysis of Debtors' revised PI CMO papers (.3); review updated docket (.3). |
| 02/13/02 | BAB | 1.20 | 72.00 | Retrieval of documents and download files for pending adversaries (1.2). |
| 02/13/02 | SJA | 0.20 | 20.00 | Met with L. Robinson and email indices (.1); conference with L. Robinson re: missing documents (.1). |
| 02/14/02 | JMS | 0.80 | 188.00 | Emails (x4) to committee regarding case management issues (.8). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/14/02 | BAB | 0.10 | 6.00 | Retrieval of documents from updated docket. |
| 02/14/02 | SJA | 0.80 | 80.00 | Conference with B. Baena re: compiling fee information (.3) telephone conference with L. Robinson re: fee information in database and status of project (.2); Prepare and Federal Express letter to L. Robinson enclosing missing documents (.3). |
| 02/15/02 | JMS | 0.80 | 188.00 | Continue preparation for case management hearing on 2/25. |
| 02/15/02 | BAB | 0.20 | 12.00 | Retrieval of documents and organize files. |
| 02/17/02 | JMS | 2.00 | 470.00 | Analysis of Debtors' CMO papers filed in connection with J. Fitzgerald instructions (1.4); review motion to annul automatic stay filed by Scanlon (.2); review and analysis of Gerard motion to clarify (.4). |
| 02/18/02 | SLB | 0.10 | 45.00 | Two e-mails to D. Scott regarding 02/25/02 hearing on case management motions (.1). |
| 02/18/02 | JMS | 2.30 | 540.50 | Telephone conference with T. Tacconelli regarding revised orders and hearing on CMO (.2); analysis of property damage issues in Armstrong in preparation for case management hearing (2.1). |
| 02/18/02 | BAB | 1.50 | 90.00 | Retrieval of PD documents from Armstrong in support of CMO hearing. |
| 02/19/02 | JMS | 1.00 | 235.00 | Prepare for case management hearing en route to Newark (1.0). |
| 02/19/02 | BAB | 0.20 | 12.00 | Retrieval of documents from updated docket. |
| 02/19/02 | BAB | 0.10 | 6.00 | Run off calendar of events for hearing on 2/25/02. |
| 02/19/02 | SJA | 0.10 | 10.00 | Telephone conference with L. Robinson re: delivery of documents per J. Sakalo (.1). |
| 02/20/02 | SJA | 0.20 | 20.00 | Conference with L. Robinson re: documents and disposition of same (.1); confirm with Juan Torres re: input of documents in database and status of images (.1). |
| 02/21/02 | ASD | 0.50 | 120.00 | Review of debtor's opposition to Gerard's Motion to Clarify copies of preliminary injunction; review of Zonolite Informational brief regarding proof of claim. |
| 02/21/02 | JMS | 1.50 | 352.50 | Telephone conference with T. Tacconelli regarding CMO hearing (.2); prepare for case management hearing including review of original briefs filed in case (1.3). |
| 02/21/02 | BAB | 0.20 | 12.00 | Retrieval of documents from updated dockets. |
| 02/21/02 | BAB | 0.20 | 12.00 | Download files. |
| 02/21/02 | BAB | 2.50 | 150.00 | Review transcript of Omnibus Hearing before Judith Wizmur and transcript of Katherine Kinsella. |
| 02/21/02 | BAB | 0.20 | 12.00 | Create folders and labels for online news events pertaining to case. |
| 02/21/02 | BAB | 0.30 | 18.00 | Retrieval of online documents. |
| 02/22/02 | SLB | 0.20 | 90.00 | Conference with J. Sakalo regarding preparation for 02/25/02 hearing. |
| 02/22/02 | LMF | 0.60 | 60.00 | Research summation to obtain several exhibits to PD Committee's response to case management motion (.6). |
| 02/22/02 | JMS | 2.70 | 634.50 | Review and analyze ZAI reply to Debtors' opposition to motion to dismiss (.4); prepare files for case management hearing (2.1); conference with J. Sakalo regarding preparation for 02/25/02 hearing (.2). |
| 02/22/02 | BAB | 0.20 | 12.00 | Update docket. |
| 02/22/02 | BAB | 0.60 | 36.00 | Prepare summary of motion to close manufacturing plant and consolidate operations (.6). |
| 02/22/02 | BAB | 0.30 | 18.00 | Update docket and download files. |
| 02/23/02 | SLB | 3.60 | 1,620.00 | E-mail to and telephone call to D. Speights regarding class proofs of claims (.3); research and preparation of memorandum regarding group and class claims (1.2); telephone call from D. Speights regarding memorandum on group claims (.2); prepare for 02/25/02 hearing on case management (1.5); conference with J. Sakalo regarding prepatation for case management hearing (.4). |
| 02/23/02 | JMS | 0.40 | 94.00 | Conference with S. Baena regarding preparation for case management hearing (.4). |
| 02/23/02 | JMS | 1.50 | 352.50 | Telephone conference with D. Speights regarding class proofs of claim (.3); research regarding class/group proof of claim (1.2). |
| 02/24/02 | JMS | 13.00 | 3,055.00 | Prepare for hearing on case management issues en route to Wilmington (3.0); prepare for case management hearing with S. Baena, including multiple |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | conferences with committee members regarding strategy at hearing (10.0). |
| 02/25/02 | SLB | 5.60 | 2,520.00 | Conference with D. Speights, M. Dies, D. Scott, T. Sobol and J. Sakalo regarding case management issues and extended discussions with D. Speights, M. Dies and J. Sakalo regarding same (3.5); review case law relied upon by J. Fitzgerald (.6); conference with D. Speights, M. Dies and J. Sakalo regarding strategy (1.5). |
| 02/25/02 | JMS | 2.70 | 634.50 | Final preparation for hearing, including conferences with committee members (.4); post-hearing conferences with committee members, S. Baena regarding strategy and next step to be taken (1.8); review of case law relied upon by J. Fitzgerald regarding class proof of claim (.5). |
| 02/25/02 | BAB | 0.20 | 12.00 | Update of docket. |
| 02/25/02 | BAB | 0.50 | 30.00 | Propose executive summary for motion authorizing closure of manufacturing plant. |
| 02/26/02 | SLB | 0.80 | 360.00 | Conference with M. Dies and D. Speights regarding matters to be handled concerning case management. |
| 02/26/02 | JMS | 0.80 | 188.00 | Continue strategy conferences with M. Dies, D. Speights, S. Baena regarding case management (.8). |
| 02/27/02 | JMS | 0.80 | 188.00 | Telephone conference with T. Tacconelli regarding transcript request (.2); telephone conference with J. Kapp regarding request for proof of claim and follow up call with D. Speights thereon (.3); emails (x5) to and from T. Sobol regarding document requests (.3). |
| 02/28/02 | JMS | 4.20 | 987.00 | Research regarding class proofs of claim (2.1); prepare document packages and attend to document requests from committee (1.2); emails (x9) to and from D. Speights, M. Dies regarding PD PDC forms (.7); review docket (.2). |

**PROFESSIONAL SERVICES**                                                                $18,342.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 02/01/02 | Telecopies   12.00pgs @ .50/pg | 6.00 |
| 02/01/02 | Long Distance Telephone(409) 883-7136 | 7.38 |
| 02/01/02 | Long Distance Telephone(843) 524-5708 | 5.08 |
| 02/01/02 | Long Distance Telephone(973) 538-0800 | 6.46 |
| 02/01/02 | Long Distance Telephone(903) 453-2169 | 0.92 |
| 02/01/02 | Long Distance Telephone(843) 216-9113 | 10.61 |
| 02/02/02 | Photocopies  35.00pgs @ .15/pg | 5.25 |
| 02/04/02 | Long Distance Telephone(803) 943-4444 | 3.69 |
| 02/04/02 | Long Distance Telephone(409) 883-4394 | 7.38 |
| 02/04/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 02/04/02 | Long Distance Telephone(202) 862-5065 | 22.61 |
| 02/04/02 | Long Distance Telephone(202) 862-5065 | 1.85 |
| 02/04/02 | Long Distance Telephone(212) 806-5400 | 1.38 |
| 02/04/02 | Long Distance Telephone(803) 943-4444 | 0.92 |
| 02/04/02 | Fares, Mileage, Parking: Eagle Limousine & Motorcoach; INVOICE#: 02/04/02; DATE: 2/4/02  -  #15537 | 130.30 |
| 02/05/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 02/05/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 02/05/02 | Long Distance Telephone(803) 943-8094 | 2.77 |
| 02/05/02 | Long Distance Telephone(202) 862-5065 | 0.92 |
| 02/05/02 | Long Distance Telephone(202) 862-5065 | 15.69 |
| 02/05/02 | Long Distance Telephone(212) 806-5400 | 1.38 |
| 02/05/02 | Long Distance Telephone(973) 645-2580 | 9.69 |
| 02/05/02 | Long Distance Telephone(215) 721-2120 | 4.15 |
| 02/05/02 | Long Distance Telephone(803) 943-4444 | 20.30 |
| 02/05/02 | Long Distance Telephone(212) 506-2999 | 1.38 |

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 02/05/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249611 DATE: 2/14/02 | 15.33 |
| 02/06/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 02/06/02 | Photocopies  27.00pgs @ .15/pg | 4.05 |
| 02/06/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 02/06/02 | Telecopies    12.00pgs @ .50/pg | 6.00 |
| 02/06/02 | Telecopies    10.00pgs @ .50/pg | 5.00 |
| 02/06/02 | Long Distance Telephone(803) 943-4084 | 1.85 |
| 02/06/02 | Long Distance Telephone(803) 943-4947 | 2.31 |
| 02/06/02 | Long Distance Telephone(302) 575-1555 | 2.77 |
| 02/06/02 | Long Distance Telephone(409) 883-4394 | 1.85 |
| 02/06/02 | Long Distance Telephone(215) 721-2120 | 1.38 |
| 02/06/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 02/06/02 | Long Distance Telephone(787) 791-8801 | 0.92 |
| 02/06/02 | Long Distance Telephone(787) 791-8801 | 0.92 |
| 02/06/02 | Long Distance Telephone(787) 791-1000 | 0.92 |
| 02/06/02 | Long Distance Telephone(787) 791-2025 | 1.38 |
| 02/07/02 | Photocopies  122.00pgs @ .15/pg | 18.30 |
| 02/07/02 | Long Distance Telephone(310) 645-9000 | 2.77 |
| 02/07/02 | Long Distance Telephone(415) 433-1790 | 1.38 |
| 02/07/02 | Long Distance Telephone(415) 989-1800 | 0.92 |
| 02/07/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 02/07/02 | Long Distance Telephone-Outside Services: AT&T TELECONFERENCE SERVICES; INVOICE#: 03/01/02; DATE: 3/1/02  - FIRM - ACCT.#35648239-00001 | 104.55 |
| 02/08/02 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 02/08/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 02/08/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 02/11/02 | Photocopies  866.00pgs @ .15/pg | 129.90 |
| 02/11/02 | Photocopies  119.00pgs @ .15/pg | 17.85 |
| 02/11/02 | Long Distance Telephone(409) 883-4394 | 0.92 |
| 02/11/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 02/11/02 | Long Distance Telephone(843) 524-5708 | 8.77 |
| 02/11/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249617 DATE: 2/21/02 | 20.07 |
| 02/11/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249617 DATE: 2/21/02 | 21.17 |
| 02/11/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249617 DATE: 2/21/02 | 20.07 |
| 02/11/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249617 DATE: 2/21/02 | 16.97 |
| 02/11/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249617 DATE: 2/21/02 | 16.97 |
| 02/12/02 | Photocopies  122.00pgs @ .15/pg | 18.30 |
| 02/12/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 02/12/02 | Long Distance Telephone(302) 426-1900 | 0.92 |
| 02/12/02 | Long Distance Telephone(302) 426-1900 | 0.46 |
| 02/12/02 | Long Distance Telephone(973) 645-2580 | 1.38 |
| 02/12/02 | Long Distance Telephone(212) 813-1703 | 0.46 |
| 02/12/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 02/12/02 | Long Distance Telephone(415) 989-1801 | 0.92 |
| 02/13/02 | Photocopies  114.00pgs @ .15/pg | 17.10 |
| 02/13/02 | Photocopies  116.00pgs @ .15/pg | 17.40 |

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 02/13/02 | Photocopies  13.00pgs @ .15/pg | 1.95 |
| 02/13/02 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 02/13/02 | Long Distance Telephone(212) 813-1754 | 0.46 |
| 02/13/02 | Long Distance Telephone(212) 806-6006 | 0.46 |
| 02/13/02 | Long Distance Telephone(404) 664-8636 | 4.15 |
| 02/13/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 0961249621 DATE: 2/26/02 | 21.17 |
| 02/14/02 | Long Distance Telephone(212) 813-1703 | 1.85 |
| 02/14/02 | Long Distance Telephone-Outside Services: AT&T TELECONFERENCE SERVICES; INVOICE#: 03/01/02; DATE: 3/1/02  - FIRM - ACCT.#35648239-00001 | 60.65 |
| 02/15/02 | Telecopies    100.00pgs @ .50/pg | 50.00 |
| 02/15/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 02/15/02 | Telecopies    90.00pgs @ .50/pg | 45.00 |
| 02/15/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 02/15/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 02/15/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 02/15/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 02/15/02 | Long Distance Telephone(409) 883-4814 | 15.69 |
| 02/15/02 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 02/15/02 | Long Distance Telephone(409) 883-4814 | 13.38 |
| 02/15/02 | Long Distance Telephone(302) 573-6497 | 0.92 |
| 02/15/02 | Long Distance Telephone(302) 426-9947 | 0.46 |
| 02/15/02 | Long Distance Telephone(212) 806-6006 | 0.92 |
| 02/15/02 | Long Distance Telephone(312) 861-2200 | 0.92 |
| 02/18/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 02/18/02 | Photocopies  58.00pgs @ .15/pg | 8.70 |
| 02/18/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 02/18/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/18/02 | Long Distance Telephone(302) 575-1555 | 5.08 |
| 02/18/02 | Long Distance Telephone(843) 524-5708 | 42.45 |
| 02/18/02 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 02/18/02 | Long Distance Telephone(212) 759-3000 | 28.61 |
| 02/18/02 | Long Distance Telephone(202) 862-5065 | 23.07 |
| 02/18/02 | Long Distance Telephone(281) 218-6565 | 10.15 |
| 02/18/02 | Long Distance Telephone(713) 860-3937 | 1.85 |
| 02/18/02 | Professional Services: HAMILTON, RABINOVITZ & ALSCHULER, INC.; INVOICE#: HRA20020218; DATE: 2/18/02  -  - 15537 FOR THE MONTH OF JANUARY 2002 | 6,440.51 |
| 02/19/02 | Photocopies  72.00pgs @ .15/pg | 10.80 |
| 02/19/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/19/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 02/19/02 | Long Distance Telephone(843) 524-1242 | 0.46 |
| 02/19/02 | Long Distance Telephone(409) 882-1732 | 1.38 |
| 02/19/02 | Long Distance Telephone(803) 943-4444 | 2.31 |
| 02/19/02 | AirfareTRAVEL MIAMI/NEWARK - : TRAVEL VENTURES; INVOICE#: 85820; DATE: 2/18/02  -  - 15537 | 348.00 |
| 02/19/02 | Messenger Services: EXEC2000 COURIER SYSTEMS; INVOICE#: I35127; DATE: 2/23/02  - | 6.50 |
| 02/20/02 | AirfareTRAVEL RICHMOND/NC/MIAMI - : TRAVEL VENTURES; INVOICE#: 85822; DATE: 2/18/02  -  - 15537 | 315.00 |
| 02/20/02 | AirfareTRAVEL NEWARK/RICHMOND - : TRAVEL VENTURES; INVOICE#: 85821; DATE: 2/18/02  -  - 15537 | 217.75 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 02/20/02 | Photocopies  104.00pgs @ .15/pg | 15.60 |
| 02/20/02 | Photocopies  56.00pgs @ .15/pg | 8.40 |
| 02/20/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 02/20/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 02/20/02 | Professional Services: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1367; DATE: 2/20/02  -  #15537 - Coding and scanning pleadings | 1,152.04 |
| 02/20/02 | Fares, Mileage, Parking: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  -  - Reim. for travel to Newark | 40.00 |
| 02/20/02 | Lodging: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  -  - Reim. for travel to Newark | 267.68 |
| 02/20/02 | Meals: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  - - Reim. for travel to Newark | 13.26 |
| 02/21/02 | Photocopies  287.00pgs @ .15/pg | 43.05 |
| 02/21/02 | Postage | 3.95 |
| 02/21/02 | Long Distance Telephone(212) 813-1703 | 3.69 |
| 02/21/02 | Long Distance Telephone(302) 426-1900 | 2.31 |
| 02/21/02 | Long Distance Telephone(302) 575-1555 | 3.69 |
| 02/21/02 | Long Distance Telephone-Outside Services: AT&T TELECONFERENCE SERVICES; INVOICE#: 03/01/02; DATE: 3/1/02  - FIRM - ACCT.#35648239-00001 | 113.84 |
| 02/22/02 | Photocopies  64.00pgs @ .15/pg | 9.60 |
| 02/22/02 | Telecopies    30.00pgs @ .50/pg | 15.00 |
| 02/22/02 | Long Distance Telephone(803) 943-8094 | 1.85 |
| 02/22/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 02/22/02 | Long Distance Telephone(212) 813-0580 | 0.92 |
| 02/22/02 | Long Distance Telephone(409) 883-4394 | 1.38 |
| 02/22/02 | Long Distance Telephone(214) 978-4984 | 41.53 |
| 02/22/02 | Long Distance Telephone(302) 594-3100 | 2.77 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 66.21 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 58.36 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 66.32 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 54.56 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 54.56 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 56.32 |
| 02/22/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249628 DATE: 3/5/02 | 54.56 |
| 02/23/02 | Photocopies  85.00pgs @ .15/pg | 12.75 |
| 02/23/02 | Photocopies  24.00pgs @ .15/pg | 3.60 |
| 02/23/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 02/23/02 | Long Distance Telephone(409) 883-4814 | 1.38 |
| 02/23/02 | Long Distance Telephone(843) 524-5708 | 6.92 |
| 02/23/02 | Long Distance Telephone(843) 524-5708 | 4.15 |
| 02/24/02 | Airfare: TRAVEL VENTURES; INVOICE#: 85914; DATE: 2/22/02 TRAVEL TO/FROM PHILADELPHIA | 337.25 |
| 02/24/02 | Telecopies    34.00pgs @ .50/pg | 17.00 |
| 02/24/02 | Long Distance Telephone(302) 594-3100 | 1.85 |

### BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 02/24/02 | Long Distance Telephone(302) 594-3108 | 2.31 |
| 02/25/02 | Fares, Mileage, Parking: Eagle Limousine & Motorcoach; INVOICE#: 02/25/02; DATE: 2/25/02 -  #15537 | 68.40 |
| 02/26/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 02/26/02 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 02/26/02 | Long Distance Telephone(212) 845-8600 | 3.23 |
| 02/26/02 | Fares, Mileage, Parking: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  -  Reim. for travel to Philadelphia | 27.00 |
| 02/27/02 | AirfareTRAVEL NY/FTL - TRAVEL VENTURES; INVOICE#: 86012; DATE: 2/27/02 - 15537 | 227.50 |
| 02/27/02 | Fares, Mileage, Parking: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02 - Reim. for travel to New York | 49.00 |
| 02/27/02 | Lodging: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  - Reim. for travel to New York | 1,291.11 |
| 02/27/02 | Meals: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02  - Reim. for travel to Newark, Richmond, VA, Philadelphia and New York | 5.30 |
| 02/27/02 | Fares, Mileage, Parking: JAY M. SAKALO; INVOICE#: JMS-02/27/02; DATE: 2/27/02 - Reim. for travel to New York | 87.00 |
| 02/28/02 | Photocopies  24.00pgs @ .15/pg | 3.60 |
| 02/28/02 | Photocopies  730.00pgs @ .15/pg | 109.50 |
| 02/28/02 | Photocopies  2136.00pgs @ .15/pg | 320.40 |
| 02/28/02 | Photocopies  3444.00pgs @ .15/pg | 516.60 |
| 02/28/02 | Photocopies  1026.00pgs @ .15/pg | 153.90 |
| 02/28/02 | Photocopies  1090.00pgs @ .15/pg | 163.50 |
| 02/28/02 | Photocopies  222.00pgs @ .15/pg | 33.30 |
| 02/28/02 | Photocopies  418.00pgs @ .15/pg | 62.70 |
| 02/28/02 | Photocopies  869.00pgs @ .15/pg | 130.35 |
| 02/28/02 | Photocopies  314.00pgs @ .15/pg | 47.10 |
| 02/28/02 | Photocopies  753.00pgs @ .15/pg | 112.95 |
| 02/28/02 | Photocopies  821.00pgs @ .15/pg | 123.15 |
| 02/28/02 | Photocopies  96.00pgs @ .15/pg | 14.40 |
| 02/28/02 | Photocopies  893.00pgs @ .15/pg | 133.95 |
| 02/28/02 | Photocopies  131.00pgs @ .15/pg | 19.65 |
| 02/28/02 | Photocopies  1699.00pgs @ .15/pg | 254.85 |
| 02/28/02 | Photocopies  151.00pgs @ .15/pg | 22.65 |
| 02/28/02 | Photocopies  173.00pgs @ .15/pg | 25.95 |
| 02/28/02 | Photocopies  1391.00pgs @ .15/pg | 208.65 |
| 02/28/02 | Photocopies  100.00pgs @ .15/pg | 15.00 |
| 02/28/02 | Photocopies  93.00pgs @ .15/pg | 13.95 |
| 02/28/02 | Photocopies  49.00pgs @ .15/pg | 7.35 |
| 02/28/02 | Photocopies  1381.00pgs @ .15/pg | 207.15 |
| 02/28/02 | Photocopies  4633.00pgs @ .15/pg | 694.95 |
| 02/28/02 | Photocopies  2885.00pgs @ .15/pg | 432.75 |
| 02/28/02 | Photocopies  847.00pgs @ .15/pg | 127.05 |
| 02/28/02 | Photocopies  1130.00pgs @ .15/pg | 169.50 |
| 02/28/02 | Telecopies   26.00pgs @ .50/pg | 13.00 |
| 02/28/02 | Telecopies   26.00pgs @ .50/pg | 13.00 |
| 02/28/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/28/02 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 02/28/02 | Telecopies   42.00pgs @ .50/pg | 21.00 |
| 02/28/02 | Long Distance Telephone(803) 943-4599 | 5.54 |
| 02/28/02 | Long Distance Telephone(310) 645-9000 | 0.92 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 02/28/02 | Long Distance Telephone(409) 883-4814 | 5.54 |
| 02/28/02 | Long Distance Telephone(212) 813-1703 | 0.92 |
| 02/28/02 | Long Distance Telephone(803) 943-4444 | 1.38 |
| 02/28/02 | Long Distance Telephone(617) 720-5000 | 0.92 |
| 02/28/02 | Long Distance Telephone(202) 862-5081 | 0.92 |
| 02/28/02 | Long Distance Telephone(803) 943-3319 | 2.77 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 11.20 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 12.07 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 11.20 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 10.67 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 11.20 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 10.85 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 12.07 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 10.67 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 12.07 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 49.14 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 47.25 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 47.25 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 47.25 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 47.25 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 47.25 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 43.47 |
| 02/28/02 | Federal Express: FEDERAL EXPRESS CORP. INVOICE#: 961249635 DATE: 3/13/02 | 43.47 |
| 02/28/02 | Long Distance Telephone-Outside Services: AT&T TELECONFERENCE SERVICES; INVOICE#: 03/01/02; DATE: 3/1/02 - FIRM - ACCT.#35648239-00001 | 283.27 |
| 02/28/02 | Professional Services: HILSOFT NOTIFICATIONS; INVOICE#: 42765; DATE: 3/20/02 -  - 74817-15537 PROJECT: W.R. GRACE | 33,088.34 |

_____

**TOTAL COSTS ADVANCED**                                    $51,227.23

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 17.10 | 450.00 | $7,695.00 |
| Danzeisen, Allyn S | 0.80 | 240.00 | $192.00 |
| Sakalo, Jay M | 40.50 | 235.00 | $9,517.50 |
| Flores, Luisa M | 0.60 | 100.00 | $60.00 |
| Heredia, Jose L | 0.90 | 100.00 | $90.00 |
| Anderson, Silvia J | 2.30 | 100.00 | $230.00 |
| Baena, Brad | 9.30 | 60.00 | $558.00 |
| *TOTAL* | *71.50* | | *$18,342.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,445.50 |
| Photocopies | $4,480.50 |
| Fares, Mileage, Parking | $401.70 |
| Telecopies | $250.00 |
| Federal Express | $1,016.97 |
| Long Distance Telephone | $419.81 |
| Long Distance Telephone-Outside Services | $562.31 |
| Lodging | $1,558.79 |
| Meals | $18.56 |
| Messenger Services | $6.50 |
| Postage | $3.95 |
| Professional Services | $40,680.89 |
| TOTAL | $51,227.23 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$69,569.73**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   02 - Debtors' Business Operations

Client No. 74817/15538

| 02/17/02 | JMS | 0.40 | 94.00 | Review deminimus sales report (.1); review Debtors' report of settlements (.3). |
| 02/22/02 | JMS | 0.40 | 94.00 | Email to G. Boyer regarding closure of plant (.2); review motion thereon (.4). |
| 02/22/02 | JMS | 0.60 | 141.00 | Email to G. Boyer regarding closure of plant (.2); review motion thereon (.4). |

**PROFESSIONAL SERVICES**        $329.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | 235.00 | $329.00 |
| *TOTAL* | *1.40* | | *$329.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      **$329.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    03 - Creditors Committee

Client No. 74817/15539

| 02/01/02 | SLB | 0.50 | 225.00 | Telephone call from E. Westbrook re: meeting (.5). |
|----------|-----|------|--------|---------------------------------------------------|
| 02/06/02 | JMS | 0.40 | 94.00 | Email from and to T. Brandi regarding committee issues (.4). |
| 02/07/02 | JMS | 1.30 | 305.50 | Telephone conference with P. Silvern regarding committee issues (.3); committee call (.5); prepare for committee call (.3); post call follow-up email (.2). |
| 02/14/02 | JMS | 0.50 | 117.50 | Prepare for committee call (.2); committee call (.3). |
| 02/21/02 | JMS | 0.90 | 211.50 | Prepare for committee call (.3); committee call (.6). |
| 02/28/02 | SLB | 1.00 | 450.00 | Committee Meeting. |
| 02/28/02 | JMS | 1.30 | 305.50 | Prepare for committee call (.3); committee conference call (1.0). |

**PROFESSIONAL SERVICES**                                                    $1,709.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 1.50 | 450.00 | $675.00 |
| Sakalo, Jay M | 4.40 | 235.00 | $1,034.00 |
| *TOTAL* | *5.90* | | *$1,709.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$1,709.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    04 - Retention of Professionals    Client No. 74817/15540

| 02/04/02 | JMS | 0.60 | 141.00 | Email to T. Hilsee regarding retention papers (.3); revise same (.3). |
|---|---|---|---|---|
| 02/05/02 | JMS | 0.60 | 141.00 | Revise application to retain Hilsoft Notifications (.6). |
| 02/06/02 | JMS | 0.60 | 141.00 | Finalize Hilsoft retention, including telephone conferences with T. Hilsee and T. Tacconelli thereon (.6). |
| 02/11/02 | JMS | 1.00 | 235.00 | Receive and review application to retain Carella Byrne, et al. (.2); telephone call from A. Krieger regarding retention of experts by PD Committee and follow up thereon (.8). |
| 02/12/02 | JMS | 0.60 | 141.00 | Telephone conference with A. Krieger regarding retention issues for HR&A and W.D. Hilton (.3); email to T. Tacconelli thereon (.3). |
| 02/13/02 | JMS | 1.70 | 399.50 | Draft revised order for Hilsoft retention and letter to A. Krieger thereon (1.2); review emails from S. Schwartz, W. S. Smith, M. Krieger regarding retention of W. Smith as fee examiner (.5). |
| 02/14/02 | JMS | 1.00 | 235.00 | Revise proposed order regarding Hilsoft retention per comments from A. Krieger (.4); emails to and from A. Krieger thereon (.6). |
| 02/15/02 | JMS | 2.50 | 587.50 | Review and analyze application to retain Warren Smith and follow up email thereon to S. Schwartz (.4); prepare revised retention orders for Hilton and Rabinovitz and draft letter thereon to committees, debtors and UST (2.1). |
| 02/17/02 | SLB | 0.50 | 225.00 | Review Caplin & Drysdale fee application (.2); review K&E fee application (.3). |
| 02/17/02 | JMS | 0.10 | 23.50 | Review amended ordinary course professionals (.1). |
| 02/19/02 | JMS | 0.30 | 70.50 | Receive and review Debtors' objections to Hilton and HR & A retention (.3). |

**PROFESSIONAL SERVICES**                                              $2,340.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 450.00 | $225.00 |
| Sakalo, Jay M | 9.00 | 235.00 | $2,115.00 |
| *TOTAL* | *9.50* | | *$2,340.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$2,340.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    07 - Fee Applications

Client No. 74817/15543

| | | | | |
|---|---|---|---|---|
| 02/01/02 | LMF | 0.70 | 70.00 | Compile previous fee applications and invoices in preparation for third interim quarterly fee application (.7). |
| 02/02/02 | JMS | 0.20 | 47.00 | Revise 6th interim fee application (.2). |
| 02/04/02 | LMF | 2.30 | 230.00 | Revisions to sixth interim fee application for Bilzin and drafting of third interim quarterly fee application for Bilzin (2.3) |
| 02/05/02 | SLB | 0.70 | 315.00 | Review fee applications of Kramer Levin (.3); review of fee application of Price Waterhouse (.4). |
| 02/05/02 | LMF | 3.10 | 310.00 | Complete draft of of third interim quarterly fee application for Bilzin (1.4); review invoices of expenses received from several committee members for reimbursement (.6); draft fifth interim application for reimbursement to committee members (1.1). |
| 02/05/02 | JMS | 2.30 | 540.50 | Review Kirkland Ellis fee application (.7); review fee applications of Debtors' special counsels (.5); revise and finalize monthly fee application and quarterly fee application (1.1). |
| 02/06/02 | LMF | 1.60 | 160.00 | Final revisions to fee applications and prepare for filing (1.6). |
| 02/06/02 | JMS | 0.80 | 188.00 | Review interim and quarterly fee applications of PI counsel and professionals (.6); telephone conference with G. Boyer regarding fee application issues (.2). |
| 02/11/02 | JMS | 0.30 | 70.50 | Review Stroock fee application for 12/01. |
| 02/13/02 | JMS | 0.30 | 70.50 | Telephone call from and to D. Katz regarding fee application issues (.3). |
| 02/13/02 | BAB | 1.00 | 60.00 | Create excel spreadsheet for attorney billing rates. |
| 02/14/02 | BAB | 2.30 | 138.00 | Retrieval of documents and download files (.5); conference with S. Anderson regarding compiling fee information (.3); make Excel spreadsheet for Attorney Billing Information (1.5). |
| 02/17/02 | JMS | 0.30 | 70.50 | Review Reed Smith quarterly fee application (.3). |
| 02/21/02 | JMS | 0.20 | 47.00 | Telephone conference with G. Boyer regarding fee application questions (.2). |
| 02/22/02 | LMF | 1.10 | 110.00 | Review prebill for preparation of interim fee application for month of January (1.1). |
| 02/23/02 | JMS | 0.40 | 94.00 | Review and analyze Debtors' application to pay Kinsella partial compensation (.4). |

**PROFESSIONAL SERVICES**                                                                $2,521.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | 450.00 | $315.00 |
| Sakalo, Jay M | 4.80 | 235.00 | $1,128.00 |
| Flores, Luisa M | 8.80 | 100.00 | $880.00 |
| Baena, Brad | 3.30 | 60.00 | $198.00 |
| *TOTAL* | *17.60* | | *$2,521.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$2,521.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 08 - Court Appearances | | Client No. 74817/15544 |

| | | | | |
|---|---|---|---|---|
| 02/01/02 | RWT | 2.70 | 1,053.00 | (1/29/02)Attend hearing (2.7). |
| 02/20/02 | SLB | 3.40 | 1,530.00 | Conference with J. Sakalo regarding preparation for hearing (.5); hearing before Judge Wolin regarding fraudulent transfer, including discussions with Peter Lockwood, Jerry Alexander and David Bernick before and after hearing regarding the same (2.0); telephone call to M. Dies regarding hearing (.2); telephone call to D. Speights regarding hearing (.7). |
| 02/20/02 | JMS | 1.50 | 352.50 | Attend conference with J. Wolin (1.5). |
| 02/25/02 | SLB | 2.70 | 1,215.00 | Court appearance - case management issues. |
| 02/25/02 | JMS | 2.70 | 634.50 | Attend omnibus hearing regarding case management and motion to dismiss (2.7). |

**PROFESSIONAL SERVICES** $4,785.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 6.10 | 450.00 | $2,745.00 |
| Turken, Robert W | 2.70 | 390.00 | $1,053.00 |
| Sakalo, Jay M | 4.20 | 235.00 | $987.00 |
| *TOTAL* | *13.00* | | *$4,785.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$4,785.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

RE:    10 - Travel

| 02/01/02 | RWT | 4.00 | 1,560.00 | Travel home (4.0). |
|---|---|---|---|---|
| 02/19/02 | SLB | 4.00 | 1,800.00 | Travel to Newark for hearing. |
| 02/19/02 | JMS | 2.00 | 470.00 | Travel to Newark (2.0). |
| 02/20/02 | JMS | 0.80 | 188.00 | Return travel non-working (.8). |
| 02/24/02 | JMS | 1.00 | 235.00 | Travel to Wilmington (non-working) (1.0). |
| 02/26/02 | JMS | 1.80 | 423.00 | Travel to New York from Wilmington for meeting with CDG regarding fraudulent transfer (1.8). |
| 02/27/02 | SLB | 4.00 | 1,800.00 | Return to Miami. |
| 02/27/02 | JMS | 6.00 | 1,410.00 | Travel to Miami (6.0). |

| | | |
|---|---|---:|
| **PROFESSIONAL SERVICES** | | $7,886.00 |
| **PROFESSIONAL SERVICES DISCOUNT ON TRAVEL** | | -$3,943.00 |
| **PROFESSIONAL SERVICES** | | $3,943.00 |

### COSTS ADVANCED

| 02/19/02 | Meals: SCOTT L. BAENA; INVOICE#: SLB-02/22/02; DATE: 2/22/02 - Reim. for travel to Newark, NJ, Richmond, VA, and Dallas, TX | 12.05 |
|---|---|---:|
| 02/19/02 | Lodging: SCOTT L. BAENA; INVOICE#: SLB-02/22/02; DATE: 2/22/02 -Reim. for travel to Newark, NJ, Richmond, VA, and Dallas, TX | 251.20 |
| 02/20/02 | Fares, Mileage, Parking: SCOTT L. BAENA; INVOICE#: SLB-02/22/02; DATE: 2/22/02  Reim. for travel to Newark, NJ, Richmond, VA, and Dallas, TX | 22.00 |
| 02/20/02 | Meals: SCOTT L. BAENA; INVOICE#: SLB-02/22/02; DATE: 2/22/02 -Reim. for travel to Newark, NJ, Richmond, VA, and Dallas, TX | 6.77 |
| 02/22/02 | Airfare: SCOTT L. BAENA; INVOICE#: SLB-02/22/02; DATE: 2/22/02 -Reim. for travel to Newark, NJ, Richmond, VA, and Dallas, TX | 955.66 |

| | |
|---|---:|
| **TOTAL COSTS ADVANCED** | $1,247.68 |

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 8.00 | 450.00 | $3,600.00 |
| Turken, Robert W | 4.00 | 390.00 | $1,560.00 |
| Sakalo, Jay M | 11.60 | 235.00 | $2,726.00 |
| *TOTAL* | *23.60* | | *$7,886.00* |

### MATTER SUMMARY OF COSTS ADVANCED

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Airfare | $955.66 |
| Fares, Mileage, Parking | $22.00 |
| Lodging | $251.20 |
| Meals | $18.82 |
| TOTAL | $1,247.68 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$9,133.68**

**PROFESSIONAL SERVICES DISCOUNT ON TRAVEL**          **-$3,943.00**

**PROFESSIONAL SERVICES**          **$5,190.68**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/02/02 | DRG | 3.80 | 684.00 | Continue reviewing status report; begin researching bankruptcy code on fraudulent transfers. |
| 01/03/02 | DRG | 4.20 | 756.00 | Research bankruptcy code and fraud issues; research North Carolina fraudulent transfer act and common law. |
| 01/04/02 | DRG | 4.10 | 738.00 | Continue researching North Carolina fradulent transfer law; research DUPTA on "contemporaneous exchange" |
| 01/09/02 | RWT | 1.40 | 546.00 | Continue analysis of issues and meeting with M. Widom, R. Gonzalez and D. Green regarding same. |
| 01/16/02 | RWT | 0.90 | 351.00 | Continue case analysis work. |
| 02/01/02 | MEW | 0.40 | 140.00 | Review case law regarding conflict of law issue. |
| 02/01/02 | SLB | 0.60 | 270.00 | Conference with J. Sakalo re: case strategy (.4); letter from Cozen & O'Connor re: resignation (.2). |
| 02/01/02 | JMS | 0.40 | 94.00 | Conference with S. Baena regarding strategy on pending motions (.4). |
| 02/01/02 | RWT | 4.00 | 1,560.00 | (1/29/02)Attend meeting with CDG. |
| 02/01/02 | RWT | 0.90 | 351.00 | Finalize memorandum and review same with M. Widom. |
| 02/01/02 | RWT | 3.50 | 1,365.00 | Prepare for meeting with CDG. |
| 02/01/02 | RWT | 3.40 | 1,326.00 | (1/30/02)Review status and issues and research with M. Widom and R. Gonzalez and S. Baena and prepare memorandum for S.Baena on claims. |
| 02/02/02 | MEW | 2.50 | 875.00 | Review correspondence form LeClair with attached Abner Memorandum of Law for Temporary Restraining Order; review Class Action Complaint; prepare outline of transactions. |
| 02/04/02 | SLB | 2.90 | 1,305.00 | Discussion with R. Turken re: case strategies (.2); telephone conference with P. Lockwood (.5); e-mails and telephone call to K. Pasquale (voice mail) re: meeting (.3); conference with R. Turken re: report to J. Wolin and case strategies (1.5); e-mail to D. Speights re: meeting with Lockwood (.1); e-mail to D. Speights and M. Dies re: discussion with Lockwood (.3). |
| 02/04/02 | RWT | 1.60 | 624.00 | Research and review with S.Baena regarding issues and claims and strategies and proceedings for portion of claims. |
| 02/05/02 | SLB | 3.50 | 1,575.00 | Telephone call from D. Speights re: selection of counsel, hearing with Judge Wolin, etc. (.9); telephone conference with P. Lockwood, J. Sakalo re: discussion with Judge Wolin's chambers, telephone conference with Judge Wolin, Evans Wohlforth and P. Lockwood (.9);  telephone conference with P. Lockwood and K. Pasquale (.9); telephone conference with D. Speights and J. Sakalo re: foregoing conversations (.8). |
| 02/05/02 | JMS | 1.70 | 399.50 | Telephone conference with S. Baena, P. Lockwood, K. Pasquale regarding fraudulent transfer issues (.9); telephone conference with S. Baena, D. Speights regarding fraudulent transfer, status (.8). |
| 02/06/02 | JMS | 0.40 | 94.00 | Telephone conferences (x2) with D. Speights regarding fraudulent transfer issues (.4). |
| 02/07/02 | DRG | 2.50 | 450.00 | Review overview of the Sealed Air Transaction. |
| 02/07/02 | RWT | 1.20 | 468.00 | Continue research into estimation/insolvency issues. |
| 02/08/02 | RWT | 1.20 | 468.00 | Review issues from G. Boyer; work on same. |
| 02/11/02 | SLB | 0.80 | 360.00 | Review application in US Mineral to replace Cozen & O'Connor due to purported conflict (.3); conference with Jay Sakalo concerning preparation of presentation to court for 02/20/02 hearing, logistics, etc. (.5). |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 02/12/02 | MEW | 0.20 | 70.00 | Conference with Bob Turken regarding status of document review. |
| 02/12/02 | SLB | 0.90 | 405.00 | Review B&W insolvency opinion and e-mail from and to D. Speights regarding same (.6); Telephone call from M. Dies regarding discussions with plaintiff committee (.3). |
| 02/12/02 | JMS | 0.20 | 47.00 | Telephone conference with G. Boyer regarding B & W opinion and impact on Grace fraudulent transfer case (.2). |
| 02/15/02 | JMS | 0.70 | 164.50 | Begin preparation for conference with J. Wolin regarding fraudulent transfer (.7). |
| 02/17/02 | SLB | 0.10 | 45.00 | Telephone call to M. Dies regarding 02/20/02 meeting with Judge Wolin (.1). |
| 02/18/02 | SLB | 2.20 | 990.00 | Telephone conference with D. Speights, M. Dies, J. Sakalo regarding preparation for 2/25/02 hearing (1.0); e-mail to P. Lockwood regarding same (.1); telephone conference with P. Lockwood regarding same (.9); e-mails to D. Speights and M. Dies regarding telephone conference with Lockwood (.2); e-mail from and to D. Speights regarding same. |
| 02/18/02 | JMS | 2.60 | 611.00 | Begin draft of memorandum regarding Sealed Air fraudulent transfer analysis in preparation for fraudulent transfer status conference (1.2); telephone conference with S. Baena, M. Dies, D. Speights regarding strategy with respect to fraudulent transfer status conference (1.0); (joined in progress) telephone conference with S. Baena, P. Lockwood regarding fraudulent transfer status conference (.4). |
| 02/19/02 | SLB | 1.40 | 630.00 | Prepare for 02/20/02 hearing. |
| 02/19/02 | JMS | 2.80 | 658.00 | Prepare files for 2/20 conference with J. Wolin regarding fraudulent transfer (1.3); prepare for 2/20 meeting en route to Newark (1.5). |
| 02/20/02 | JMS | 1.60 | 376.00 | Final preparation for conference with J. Wolin regarding fraudulent transfer, including meetings with P. Lockwood, S. Baena (1.6). |
| 02/21/02 | JMS | 1.10 | 258.50 | Email to working group regarding results of 2/20 meeting with J. Wolin (.4); analysis of fraudulent transfer statute of limitations issues (.7). |
| 02/21/02 | RWT | 0.60 | 234.00 | Work on Fresenius analysis. |
| 02/22/02 | SLB | 2.00 | 900.00 | E-mail to and from L. LeClair regarding discovery, etc. (.2); telephone conference with L. LeClair, J. Sakalo regarding strategies, organization and responsibilities (1.5); telephone call from M. Dies regarding status (.3). |
| 02/22/02 | JMS | 1.70 | 399.50 | Telephone conference with S. Baena, L. LeClair regarding fraudulent transfer analysis (1.5); review proposed case management schedule for fraudulent transfer cases (.2). |
| 02/23/02 | SLB | 1.60 | 720.00 | E-mail to P. Lockwood regarding case management and special counsel (.4); telephone conference with D. Speights and J. Sakalo regarding telephone conference with L. LeClair, litigation issues, etc. (1.0); e-mail to and from D. Speights regarding settled PD claims (.2). |
| 02/23/02 | JMS | 2.70 | 634.50 | Begin initial review of "key document" regarding fraudulent transfer transactions (1.7); telephone conference with S. Baena, D. Speights regarding fraudulent transfer strategy (1.0). |
| 02/26/02 | MEW | 3.80 | 1,330.00 | Review proposed case management order (.4); conference call with Jay Sakalo regarding proposed Order (.8); review case management report from Debtors/Asbestos claimants (1.2); review second draft of case management conference report (1.4). |
| 02/26/02 | JMS | 1.20 | 282.00 | Telephone conferences with M. Widom regarding fraudulent |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | transfer case management order (.8); conference with M. Dies, D. Speights regarding same (.4). |
| 02/27/02 | MEW | 0.30 | 105.00 | Conference with Bob Turken regarding status of pretrial order. |
| 02/27/02 | MEW | 1.50 | 525.00 | Review Conway, Del Genio, Gries & Co., LLC. report on Sealed Air. |
| 02/27/02 | MEW | 1.00 | 350.00 | Review documents produced by Grace. |
| 02/27/02 | SLB | 0.70 | 315.00 | Telephone conference with R. Turken regarding discovery matter and insolvency issue. |
| 02/27/02 | JMS | 2.90 | 681.50 | Meet with CDG regarding fraudulent transfer issues and strategy (2.9). |
| 02/27/02 | JMS | 0.50 | 117.50 | Telephone conference with R. Turken and follow up to G. Boyer regarding solvency analysis (.5). |
| 02/28/02 | SLB | 1.40 | 630.00 | Telephone call from F. Rabinovitz regarding proof of asbestos liabilities (.3); telephone conference with N. Finch, T. Sweet, R. Turken and J. Sakalo regarding trial preparation, budget and retention of McKool Smith (1.1). |
| 02/28/02 | JMS | 2.30 | 540.50 | Review batch of fraudulent transfer documents for delivery to G. Boyer (1.2); telephone conference with S. Baena, R. Turken, N. Finch, T. Sweet, L. LeClair regarding fraudulent transfer strategy (1.1). |
| 02/28/02 | JMS | 0.70 | 164.50 | Emails  to and from (3x) F. Rabinovitz regarding estimation issues (.4); telephone conference with S. Baena, F. Rabinovitz regarding asbestos estimation issues (.3). |

**PROFESSIONAL SERVICES** $26,983.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 02/26/02 | Long Distance Telephone(202) 862-5081 | 4.15 |
| 02/26/02 | Long Distance Telephone(202) 862-5081 | 1.85 |
| 02/26/02 | Long Distance Telephone(214) 978-4984 | 14.30 |
| 02/27/02 | Long Distance Telephone(202) 862-5081 | 2.31 |
| 02/28/02 | Long Distance Telephone(202) 862-5081 | 6.00 |
| | | _____ |

**TOTAL COSTS  ADVANCED** $28.61

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Widom, Mitchell E | 9.70 | 350.00 | $3,395.00 |
| Baena, Scott L | 18.10 | 450.00 | $8,145.00 |
| Turken, Robert W | 18.70 | 390.00 | $7,293.00 |
| Green, Daniel R | 14.60 | 180.00 | $2,628.00 |
| Sakalo, Jay M | 23.50 | 235.00 | $5,522.50 |
| *TOTAL* | *84.60* | | *$26,983.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone | $28.61 |
| TOTAL | $28.61 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** $27,012.11

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    27 - Litigation Consulting

Client No. 74817/15563

| | | | | |
|---|---|---|---|---|
| 02/01/02 | SLB | 0.80 | 360.00 | Conference call with M. Dies and D. Speights re: joinder in motion to dismiss (.5); interoffice conference with J. Sakalo re: preparation of joinder and telephone call to Prudential (.1); e-mail to Committee re: same (.2). |
| 02/02/02 | SLB | 1.50 | 675.00 | Revise joinder in motion to dismiss (1.5). |
| 02/02/02 | JMS | 1.30 | 305.50 | Revise joinder to ZAI motion to dismiss (1.3). |
| 02/03/02 | JMS | 0.20 | 47.00 | Email to committee regarding joinder (.2). |
| 02/04/02 | SLB | 0.80 | 360.00 | E-mails to and from D. Speights re: joinder in motion to dismiss (.3); telephone call to M. Dies re: same (.2); revise joinder (.3). |
| 02/04/02 | JMS | 0.80 | 188.00 | Telephone conference with D. Speights, S. Baena regarding motion to dismiss (.2); email from T. Brandi thereon (.2); email to T. Tacconelli thereon (.2); revise joinder to motion to dismiss (.2). |
| 02/06/02 | JMS | 0.30 | 70.50 | Email from and to T. Sobol regarding joinder to motion to dismiss (.3). |
| 02/11/02 | SLB | 0.50 | 225.00 | Review Medical Monitoring Motion for class certification. |
| 02/12/02 | JMS | 0.80 | 188.00 | Review correspondence from committee members regarding motion to dismiss and return email thereon (.8). |
| 02/13/02 | JMS | 0.30 | 70.50 | Review correspondence from committee member regarding hearing on motion to dismiss (.3). |
| 02/14/02 | JMS | 0.60 | 141.00 | Emails to and from T. Sobol regarding motion to dismiss (.6). |
| 02/16/02 | JMS | 0.80 | 188.00 | Review and analyze Debtors' response to motion to dismiss (.8). |
| 02/18/02 | SLB | 0.20 | 90.00 | E-mail from and to T. Sobol regarding Motion to Dismiss Chapter 11 (.2). |
| 02/19/02 | ASD | 2.10 | 504.00 | Begin preparing case management research. |
| 02/22/02 | ASD | 2.40 | 576.00 | Prepare for case management arguments; research regarding same. |
| 02/22/02 | RWT | 0.60 | 234.00 | Review with S. Baena and telephone conference regarding case issues and work on same. |
| 02/23/02 | ASD | 0.60 | 144.00 | Research regarding case law for economic loss arguments. |
| 02/28/02 | JMS | 0.30 | 70.50 | Review and analysis of Debtors' complaint for injunctive relief regarding tobacco litigation (.3). |

**PROFESSIONAL SERVICES**                                          $4,437.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.80 | 450.00 | $1,710.00 |
| Turken, Robert W | 0.60 | 390.00 | $234.00 |
| Danzeisen, Allyn S | 5.10 | 240.00 | $1,224.00 |
| Sakalo, Jay M | 5.40 | 235.00 | $1,269.00 |
| *TOTAL* | *14.90* | | *$4,437.00* |

### MATTER SUMMARY OF COSTS ADVANCED

TOTAL              $0.00

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$4,437.00**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| | | |
|---|---|---|
| Widom, Mitchell E | 9.70 | $3,395.00 |
| Danzeisen, Allyn S | 5.90 | $1,416.00 |
| Baena, Scott L | 55.80 | $25,110.00 |
| Green, Daniel R | 14.60 | $2,628.00 |
| Flores, Luisa M | 9.40 | $940.00 |
| Sakalo, Jay M | 104.80 | $24,628.00 |
| Turken, Robert W | 26.00 | $10,140.00 |
| Heredia, Jose L | 0.90 | $90.00 |
| Baena, Brad | 12.60 | $756.00 |
| Anderson, Silvia J | 2.30 | $230.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | **$69,333.00** |
| **PROFESSIONAL SERVICES  DISCOUNT ON TRAVEL** | **-$3,943.00** |
| **PROFESSIONAL SERVICES** | **$65,390.00** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $2,782.91 |
| Photocopies | $4,480.50 |
| Fares, Mileage, Parking | $423.70 |
| Telecopies | $250.00 |
| Federal Express | $1,016.97 |
| Long Distance Telephone | $448.42 |
| Long Distance Telephone-Outside Services | $562.31 |
| Lodging | $1,809.99 |
| Meals | $37.38 |
| Messenger Services | $6.50 |
| Postage | $3.95 |
| Professional Services | $40,680.89 |

| | |
|---|---|
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$52,503.52** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$121,836.52** |
| **PROFESSIONAL SERVICES  DISCOUNT ON TRAVEL** | **-$3,943.00** |
| **PROFESSIONAL SERVICES** | **-$117,893.52** |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 02/28/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 18,342.50 | 51,227.23 | 69,569.73 |
| 02 - Debtors' Business Operations/15538 | 329.00 | 0.00 | 329.00 |
| 03 - Creditors Committee/15539 | 1,709.00 | 0.00 | 1,709.00 |
| 04 - Retention of Professionals/15540 | 2,340.00 | 0.00 | 2,340.00 |
| 07 - Fee  Applications/15543 | 2,521.00 | 0.00 | 2,521.00 |
| 08 - Court Appearances/15544 | 4,785.00 | 0.00 | 4,785.00 |
| 10 - Travel/15546 | 3,943.00 | 1,247.68 | 5,190.68 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 26,983.50 | 28.61 | 27,012.11 |
| 27 - Litigation Consulting/15563 | 4,437.00 | 0.00 | 4,437.00 |
| Client Total | $65,390.00 | $52,503.52 | $117,893.52 |