# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: May 20, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY COVERSHEET TO FIRST MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2002 THROUGH MARCH 31, 2002**

| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | March 1, 2002 through Mach 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $11,914 for the period March 1, 2002 through March 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,601.57 for the period of March 1, 2002 through March 31, 2002 |

This is a:        Monthly interim application

Prior Applications filed:     No

As indicated above, this is the first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 40.20 | $13,065.00 |
| Melissa E. Flax | Partner | $215 | 8.50 | $1,827.50 |

Total Fees      $14,892.50

Total Hours     48.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $76.25 |
| Westlaw | $17.89 |
| Telephone | $36.00 |
| FedEx | $9.45 |
| Travel | $1,386.98 |
| Messenger | $75.00 |
|  |  |
| Total | $1,601.57 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 20, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45800.1
04/30/02 11:33 AM

-1-

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                         April 19, 2002
Client No.            734680                                 Page       3
INVOICE NO.           15247

           For Professional Services Rendered through    03/31/02

Matter #            734680.1          VS. ALLIED SIGNAL


| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/02 | JMA | Receipt and review letter from B. Hughes to M. Caffrey(.1); receipt and review filed stipulation re: Valera documents (.2) | .30 | 97.50 |
| 03/04/02 | JMA | Receipt and review MEF memo of issues from 2/19/02 meeting (.3); phone - C. Marraro (.4) | .70 | 227.50 |
| 03/04/02 | JMA | Receipt and review letter form M. Caffrey to C. Marraro | .30 | 97.50 |
| 03/04/02 | MEF | Review photos (.2); telephone call with Budge Print Cente (.2)r; research photo reproduction and enlargement (.3) | .70 | 150.50 |
| 03/05/02 | JMA | Review file for meeting with C. Marraro and A. Nagy (1.0); attend meeting with C. Marraro and A. Nagy (1.); attend meeting with C. Marraro, A. Nagy and H. McGuire (2.7) | 8.70 | 2827.50 |
| 03/05/02 | MEF | Receipt and review letter from B. Banks regarding aerials (1.5); conference with JMA regarding aerials, development of the site (.9) | 2.40 | 516.00 |
| 03/11/02 | JMA | Phone - C. Marraro re: H. Pierson interview | .40 | 130.00 |
| 03/11/02 | MEF | Telephone call with C. Marraro regarding damage documents and information | .20 | 43.00 |
| 03/12/02 | JMA | Receipt and review memo from B. Hughes re: quantity and quality of COPR on adjoining property (2.0); receipt and review letter from F. Boening to B. Hughes and S. German (.3); phone - C. Marraro (1.0); conference with clerk re: pending summary judgment motions (.5) | 3.80 | 1235.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.            734680  
INVOICE NO.           15247  

April 19, 2002  
Page       4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/13/02 | JMA | Phone - C. Marraro (.2); receipt and preliminary review of Judge Cavanaugh's Opinion on RCRA motions (1.8); phone conference with C. Marraro and B. Hughes re: Jersey City issues (.6) | 2.60 | 845.00 |
| 03/13/02 | MEF | Receipt and review decision and order regarding Honeywell motion to dismiss Count I of Complaint for lack of standing ICO's crossmotion on standing, ICO's and Grace's joint motion for partial summary judgment regarding Honeywell's liability under RCRA | .70 | 150.50 |
| 03/15/02 | JMA | Phone - C. Marraro (.3); phone - C. Marraro (.3) | .50 | 162.50 |
| 03/18/02 | JMA | Review "Knowledge Documents" (2.0); review Grace chronological history (2.0); review privilege documents and Pierson documents (2.0); conference with C. Marraro re: interview of H. Pierson (2.0) | 8.00 | 2600.00 |
| 03/18/02 | MEF | Email to B. Banks regarding knowledge documents (.1); email from B. Banks regarding same receipt and review order granting filing of second amended complaint (.2); telephone call with Air Photo regarding development of negatives (.2) | .50 | 107.50 |
| 03/19/02 | JMA | Review documents for Pierson interview (1.0); conference with C. Marraro (1.0); conference with R. Sentfleben (1.5); attend interview of H. Pierson (4.2); phone conference with MEF re: pretrial Order (.3) | 8.00 | 2600.00 |
| 03/19/02 | MEF | Review letter from B. Banks regarding knowledge documents (.3); review history of knowledge of chromium toxicity (3.0) | 3.30 | 709.50 |
| 03/20/02 | JMA | Phone - C. Marraro | .40 | 130.00 |
| 03/21/02 | JMA | Conference with MEF (.5); phone - C. Marraro re: NJ Election Law (.3) | .80 | 260.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.        734680  
INVOICE NO.       15247

April 19, 2002  
Page     5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/21/02 | MEF | Review email from C. Marraro regarding (.2); review additional photos regarding site and surrounding areas (.2) | .40 | 86.00 |
| 03/22/02 | JMA | Receipt and review e-mail from C. Marraro re: "RFA and interrogatory; review Honeywell RFA and interrogatory answer (1.0); phone - C. Marraro (.5); conference call with C. Marraro and H. Pierson (.3) | 1.80 | 585.00 |
| 03/27/02 | JMA | Review Honeywell discovery demands re: trial strategy | .80 | 260.00 |
| 03/27/02 | JMA | Phone - D. Carickoff | .20 | 65.00 |
| 03/27/02 | JMA | Phone - D. Carickoff's office | .10 | 32.50 |
| 03/27/02 | JMA | Phone - C. Marraro re: trial strategy issues | .50 | 162.50 |
| 03/27/02 | JMA | Receipt and review memo from D. Carickoff with Order authorizing retention of Carella, Byrne | .30 | 97.50 |
| 03/27/02 | MEF | Review Order authorizing retention of CBBG as special litigation counsel (.2); conference with JMA re: same. (.1) | .30 | 64.50 |
| 03/28/02 | JMA | Trial preparation | 2.00 | 650.00 |

Total Fees: 14,892.50

Disbursements

Costs Advanced

| Date | Description | Amount |
|---|---|---|
| 03/19/02 | Costs Advanced - MR. PHOTO | 76.25 |
| | SUBTOTAL: | 76.25 |
| 03/31/02 | Telephone | 36.00 |
| 03/31/02 | Travel Expense | 1386.98 |
| 03/31/02 | Computer Searches | 17.89 |
| 03/31/02 | Federal Express | 9.45 |
| 03/31/02 | Messenger - In House | 75.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.          734680  
INVOICE NO.         15247

April 19, 2002  
Page        6

```
Total Costs                                           1,601.57

Total Due this Matter                                16,494.07
=============
```

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
.R. GRACE & COMPANY                                April 19, 2002
 lient No.         734680                          Page       7
 NVOICE NO.        15247
```

SUMMARY OF FEES:

```
*------------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
 J M AGNELLO                      325.00   40.20          13065.00
 M E FLAX                         215.00    8.50           1827.50
                         TOTALS            48.70          14892.50
```