# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY                                      April 19, 2002
Lient No.          734680                                Page       5
NVOICE NO.         15247

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/21/02 | MEF | Review email from C. Marraro regarding (.2); review additional photos regarding site and surrounding areas (.2) | .40 | 86.00 |
| 3/22/02 | JMA | Receipt and review e-mail from C. Marraro re: "RFA and interrogatory; review Honeywell RFA and interrogatory answer (1.0); phone - C. Marraro (.5); conference call with C. Marraro and H. Pierson (.3) | 1.80 | 585.00 |
| 3/27/02 | JMA | Review Honeywell discovery demands re: trial strategy | .80 | 260.00 |
| 3/27/02 | JMA | Phone - D. Carickoff | .20 | 65.00 |
| 3/27/02 | JMA | Phone - D. Carickoff's office | .10 | 32.50 |
| 3/27/02 | JMA | Phone - C. Marraro re: trial strategy issues | .50 | 162.50 |
| 3/27/02 | JMA | Receipt and review memo from D. Carickoff with Order authorizing retention of Carella, Byrne | .30 | 97.50 |
| 3/27/02 | MEF | Review Order authorizing retention of CBBG as special litigation counsel (.2); conference with JMA re: same. (.1) | .30 | 64.50 |
| 3/28/02 | JMA | Trial preparation | 2.00 | 650.00 |

                                                        -------------
                                                            14,892.50

Total Fees:

        Disbursements

Costs Advanced

| Date | Description | Amount |
|---|---|---|
| 03/19/02 | Costs Advanced - MR. PHOTO | 76.25 |
| | SUBTOTAL: | 76.25 |
| 03/31/02 | Telephone | 36.00 |
| 03/31/02 | Travel Expense | 1386.98 |
| 03/31/02 | Computer Searches | 17.89 |
| 03/31/02 | Federal Express | 9.45 |
| 03/31/02 | Messenger - In House | 75.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY
lient No.                734680
NVOICE NO.                15247

April 19, 2002
Page      6

```
                             -------------
                                 1,601.57
otal Costs                   -------------
                                16,494.07
otal Due this Matter
============
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 18th day of April, 2002

_____
Notary Public

My Commission Expires:
LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06