IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 16th day of May, 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

1. NOTICE OF FILING OF FIRST QUARTERLY FEE APPLICATION [FIRST QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILLFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD FROM JANUARY 1, 2002 THROUGH MARCH 31, 2002]; AND

_____
David W. Carickhoff, Jr. (DE Bar No. 3715)

91100-001\DOCS_DE:39523.17