IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE, that on May 20, 2002, the undersigned filed the attached

Exhibit 1 to the Motion of the Official Committee of Asbestos Property Damage Claimants For Leave

to Appeal Bar Date Order [Docket No. 2019], which was inadvertently not attached.

FERRY, JOSEPH & PEARCE, P.A.

/s/Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena (admitted pro hac vice)
Jay M. Sakalo (admitted pro hac vice)
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

Attorneys for the Official Committee
of Asbestos Property Damage Claimants

Date: May 20, 2002