# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 20, 2002**

To:  Peter Dalleo, Clerk
U. S. District Court
U. S. Courthouse
Wilmington DE 19801

Re:  **W.R. GRACE & CO., ET. AL**

  **Chapter 11, Main Case # 01-1139 (JKF)**
  **AP-02-121**

Enclosed is the bankruptcy Record on Appeal # **02-121**. Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: *M.D. Walter*
  Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2002.

By: _____
  Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: **01-1139 (JKF)**
Deputy Clerk Transferring Case: M.D.Walter (302) 252-2917
Case Type: Appeal **(AP-02-121)**

### Order, Date Entered and Issues

Order as to All Non-Asbestos Claims, Asbestos Property Damage Claims & Medical Monitoring Claims: (I) Establishing Bar Date (II) Approving Proof of Claim Forms (III) Approving Notice Program (Re: Docket No. 586) Signed on 4/22/02. [Order Docket No. 1963]; Debtors' Response in Objection to Motion of Official Committee of Asbestos Property Damage Claimants for Leave to Appeal Bar Date Order [Docket No. 2059]

| | |
|---|---|
| **Debtors:** | **W.R. Grace & Co., et al.** |
| **Counsel:** | David W. Carickhoff, Jr., Esq. |
| | Pachulski Stang Ziehl Young & Jones PC |
| | 919 N. Market Street, 16th Floor |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 652-4100** |
| | |
| **Appellant:** | **Official Committee of Asbestos Property Damage Claimants** |
| **Counsel:** | Theodore J. Tacconelli, Esq. |
| | Ferry Joseph & Pearce, P.A. |
| | 824 Market Street, Suite 904 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 575-1555** |