IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
JEFFREY R. WAXMAN, ESQUIRE

STATE OF DELAWARE:
                              SS:
NEW CASTLE COUNTY:

    I, Jeffrey R. Waxman, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**REPLY OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE
ZAI CLAIMANT'S MOTION TO STRIKE PROOFS OF CLAIM**

was made on the following parties on the attached list via First Class Mail and Hand-Delivery (Wilmington addresses only) on May 17, 2002.

_____
Jeffrey R. Waxman

    SWORN AND SUBSCRIBED before me this 20th day of May 2002.

_____
NOTARY

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081

IRS District Director
409 Silverside Road
Wilmington, DE 19809

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Robert J. Dehney
Michael G. Busenkell
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE 19899-8989

William H. Sudell, Jr. (#463)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Thomas G. Whalen, Esq.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 29801

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 N. Market Street
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Selinda A. Melnik, Esquire
Buchanan Ingersoll, P.C.
Chase Manhattan Centre
1201 North Market Street, Suite 1501
Wilmington, DE 19801