# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| W.R. GRACE & CO., | : | |
| | : | BANKRUPTCY NO. 01-01139 JKF |
| Debtor. | : | (jointly administered) |

**CERTIFICATION OF NO OBJECTION RE: DOCKET NUMBER 1280 (MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF EDMOND M. GEORGE, ESQUIRE)**

On November 30, 2001, Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Unofficial Committee of Select Asbestos Claimants (the "SAC") filed a Motion and Order for Admission Pro Hac Vice of Edmond M. George, Esquire (the "Motion") in accordance with District Court Local Rule 83.5 and Local Bankruptcy Rule 9006-2(b). The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Motion and that no answer, objection or any responsive pleading with respect to the Motion has been filed with the Court.

The undersigned respectfully requests entry of the Order approving the Motion, attached thereto, at the Court's earliest convenience.

Dated: May 21, 2002    /S/ Steven T. Davis
                                         Steven T. Davis, Esquire
                                         (Del. Bar No. 2731)
                                         OBERMAYER REBMANN
                                         MAXWELL & HIPPEL LLP
                                         716 Tatnall Street
                                         Wilmington, DE 19899
                                         (302) 655-9094

384580