IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11

W.R. GRACE & CO., et al.,                                 Case No. 01-01139 (JKF)

Debtors.

_____/

### JOINDER OF EDWARD M. LINDHOLM AND JOHN SUFNAROWSKI TO MOTION TO STRIKE PROOFS OF CLAIM AND RESPONSE TO DEBTORS' PROPOSED ORDER SETTING INITIAL SCHEDULE FOR LITIGATION CONCERNING ZONOLITE ATTIC INSULATION PRODUCT RISK

Edward M. Lindholm and John Sufnarowski, by and through the undersigned counsel, hereby file and join in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Scheduling for Litigation Concerning Zonolite Attic Insulation Product Risk" filed with the Bankruptcy Court on behalf of Marco Barbanti, Ralph Busch, John and Margery Prebil and Paul Price.

WHEREFORE, Edward M. Lindholm and John Surnarowski join in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk" and respectfully request this Court to deny Grace's Order Setting Initial Scheduling for Litigation Concerning Alleged Zonolite Attic Insulation Product Risk.

Dated: May 16, 2002                          Respectfully submitted,

                                             GILMAN AND PASTOR, LLP

                                             /s/ Edward Manchur
                                             _____
                                             Edward L. Manchur
                                             Stonehill Corporate Center
                                             999 Broadway, Suite 500
                                             Saugus, MA 01906
                                             Telephone: (781) 231-7850
                                             Facsimile: (781) 231-7840

                                             Attorney for Edward M. Lindholm and
                                             John Sufnarowski

W.R.Grace4/JoinderEL.MotStrike

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



In re:  
W.R. GRACE & CO., et al.,  
Debtors.

Chapter 11  
Case No. 01-01139 (JKF)

## CERTIFICATE OF SERVICE

I, Edward L. Manchur, hereby certify that I caused a copy of the following document to be served on the individuals on the attached service list on this date by first class mail, postage prepaid.

- Joinder of Edward M. Lindholm and John Sufnarowski to Motion to Strike Proofs of Claim and Response to Debtors' Proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk.

Executed this 16th day of May, 2002, at Boston, Massachusetts.

Dated: May 16, 2002

Respectfully submitted,

GILMAN AND PASTOR, LLP

*Edward L. Manchur* (signature)

Edward L. Manchur  
Stonehill Corporate Center  
999 Broadway, Suite 500  
Saugus, MA 01906  
Telephone: (781) 231-7850  
Facsimile: (781) 231-7840

Attorney for Edward M. Lindholm and John Sufnarowski

## The following were served via first class mail on May 16, 2002

(United States Trustee)
Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James H.M. Sprayregen
James Kapp, III
(Counsel to Debtor)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Scott Baena
(Official Committee of Property Damage Claimants)
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

D.J. Baker
(Counsel to Sealed Air Corporation)
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Hamid R. Rafatjoo
(Counsel to Debtors and Debtors in Possession)
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd, Suite 1100
Los Angeles, CA 90067-4100

Peter Van N. Lockwood
Julie W. Davis
Trevor W. Sweet, III
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

Fredrick B. Rosner
(Counsel for Ingersoll-Rand Fluid Products)
Walsh Monzack and Monaco PA
1201 N Orange Street, Suite 400
Wilmington, DE 19801

Joseph Grey
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

David B. Siegel
(W.R. Grace & Co.)
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski
(Counsel to Official Committee of Unsecured Creditors)
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Laura Davis Jones
David Carickhoff
(Counsel to Debtors and Debtors in Possession)
Pachulski Stang Ziehl Young & Jones
919 North Marke Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

William S. Katchen
(Counsel to Official Committee of Unsecured Creditors)
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Steven M. Yoder
(Local Counsel to DIP Lender)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Jeffrey C. Wisler
Michelle McMahon
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
1313 N Market Street, 6th Floor
P.O. Box 410
Wilmington, DE 19899

Matthew G. Zaleski, III
(Local Counsel to Asbestos Claimants)
Campbell & Levine
1201 N. Market Street
Chase Manhatten Centre, 15th Floor
Wilmington, DE 19801

Lewis Kruger
(Official Committee of Unsecured Creditors)
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William D. Sullivan
(Zonolite Attic Litigation Plaintiffs)
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Elihu Inselbuch
Rita Tobin
(Official Committee of Personal Injury Claimants)
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

William H. Sudell, Jr.
Eric D. Schwartz
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis A. Monaco, Jr.
(Counsel for Ingersoll-Rand Fluid Products)
Walsh Monzack and Monaco PA
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Mark S. Chehi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Aaron A. Garber
(Counsel for Potash Corp.)
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE 19899-1709

Curtis Crowther
(Counsel for Century Indemnity Company)
White & Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

John D. Demmy
(Counsel for First Union Leasing)
Stevens & Lee PC
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

Adam G. Landis
(Counsel for Wachovia Bank, N.A.)
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Elizabeth J. Cabraser
(Zonolite Attic Litigation Plaintiffs)
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Alan H. Katz
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

J. Douglas Bacon
(Counsel to DIP Lender)
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Judith Greenspan
(Counsel for the Amalgamated Industries &
Service Workers Benefit Fund)
The Amalgamated Industries & Service
Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511
David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Bruce E. Jameson
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Jon L. Heberling
McGarvey Heberling Sullivan & McGarvey PC
745 South Main Street
Kalispell, MT 59901

Richard A. Keuler, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

William F. Taylor, Jr.
(L.A. Unified School District)
Elzufon Austin Reardon Tarlov & Mondell PA
300 Delaware Avenue, 17th Floor
P.O. Box 1630
Wilmington, DE 19899

Nancy Worth Davis
(Counsel to Asbestos Claimants)
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mount Pleasant, SC 29465

Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ 85004

Todd Meyer
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Mark Browning, Asst Atty General
c/o Sherri K. Simpson, Legal Assistant
(Counsel for Texas Comptr. of Publ. Accts)
Office of the Attorney General
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Ira S. Greene
Squadron Ellenoff Plesent & Sheinfeld LLP
551 Fifth Avenue
New York, NY 10176

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Mary M. Moloney Huss
Wolf Block Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

James J. Restivo, Jr.
Paul M. Singer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Margery N. Reed
Duane Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Thomas Moers Mayer
(Equity Committee Counsel)
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Eric Lopez Schnabel
James H. Joseph
(Counsel for Entergy Services, Inc.)
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Steven J. Johnson
Gibson Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

David S. Rosenbloom
Jeffery E. Stone
Lewis S. Rosenbloom
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Patrick L. Hughes
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Charlotte Klenke
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Stephen H. Case
Nancy L. Lazar
(Counsel for The Chase Manhattan)
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

W.J. Winterstein, Jr.
John J. Winter
(Attorneys for PPG Industries, Inc.)
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Jan M. Hayden
William H. Patrick
Heller Draper Hayden Patrick & Horn LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Courtney M. Labson
The Mills Corporation
Legal Department
1300 Wilson Blvd., Suite 400
Arlington, VA 22209

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY 10004

Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 "K" Street, N.W.
Washington, D.C. 20005-4026

Joseph F. Rice
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mount Pleasant, SC 29465

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Christopher R. Momjian
Senior Deputy Attorney General
(Commonwealth of PA, Dept. of Revenue)
Office of the Attorney General
21 S. 12Fl. Street, 3rd Floor
Philadelphia, PA 19107-3603

Jonathan W. Young
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Kevin D. McDonald
Wilshire Scott & Dyer PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

James D. Freeman
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

James A. Sylvester
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Pamela Zilly
Richard Shinder
David Blechman
The Blackstone Group
345 Park Avenue
New York, NY 10154

Steven T. Baron
(Counsel for Asbestos Claimants)
Silber Pearlman LLP
2711 North Haskell Avenue, 5th Floor
Dallas, TX 75204

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Robert M. Fishman
(Zonolite Attic Litigation Plaintiffs)
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

Thomas Moskie
Bankers Trust Company
Four Albany Street, Fourth Floor
New York, NY 10006

Bernice Conn
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan Hyden Womble & Culbreth PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan Kolod
Moses & Singer LLP
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6076

John P. Dillman
Linebarger Heard Goggan Blair
Graham Pena & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Paul M. Baisier
Seyfarth Shaw
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Christopher Beard
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Steven R. Schlesinger
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Michael J. Urbis
Jordan Hyden Womble & Culbreth PC
2390 Central Blvd., Suite G
Brownsville, TX 78520

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Joseph T. Kremer
Lipsitz Green Fahringer Roll Salisbury & Cambria
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701 5th Avenue, Suite 5000
Seattle, WA 98104-7078

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Randall A. Rios
(Counsel for Huntsman Corporation)
Floyd Isgur Rios & Wahrlich PC
700 Louisiana, Suite 4600
Houston, TX 77002

Paul M. Matheny
The Law Offices of Peter G. Angelos PC
5905 Hartford Road
Baltimore, MD 21214

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Meridee Moore and Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza, Suite 1325
San Francisco, CA 94111

Paul D. Henderson
Dies Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Maria Rosoff Eskin
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese
Attn: Sheree L. Kelly
(Counsel for Public Service Electric and Gas Company)
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Paul G. Sumers
(Tennessee Dept of Environment & Conservation-Superfund)
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

C. Randall Bupp
Plastiras & Terrizzi
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903

Peter S. Goodman
Andrews & Kurth LLP
805 Third Avenue
New York, NY 10022

Elizabeth S. Kardos
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Damon J. Chargois
(Counsel for numerous asbestos claimants)
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

Barbara M. Cook
Katherine L. Taylor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James A. Banc
KMCC 204029
P.O. Box 710
Keen Mountain, VA 24624

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Harry Lee
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Anton Volovsek
Rt. 2-Box 200 #42
Kamiah, ID 83536-9229

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

M. Diane Jasinski
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Robert Jacobs
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Gary M. Becker
(The Baupost Group LLC)
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Steven R. Bourne
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

James P. Ruggeri
Scott A. Shail
Hogan & Harton LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109

Thomas M. Sobol
(Zonolite Attic Litigation Plaintiffs)
Lieff Cabraser Heimann & Bernstein LLP
214 Union Wharf
Boston, MA 02109-1216

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

Greif Bros. Corp.
250 East Wilson Bridge Road, Suite 175
Worthington, OH 43085-2323

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Stephanie Nolan Deviney
Brown & Connery LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Russell W. Savory
Gotten Wilson & Savory PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Daniel H. Slate
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Anne Marie P. Kelley
Dilworth Paxon, LLP
Liberty View- Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Judy D. Thompson
S. Andrew Jurs
Poyner & Spruill LLP
100 North Tryon Street, Suite 4000
Charlotte, NC 28202-4010

Andrea L. Hazzard
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Maggie De La Rosa
Provost Umphrey Law Firm LLP
490 Park Street
Beaumont, TX 77701

Richard M. Meth
Herrick Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, NJ 07105

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri 63366

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, AZ 85206

Joseph D. Farrell
Edward H. Tillinghast, III
Coudert Brothers
11114 Avenue of the Americas
New York, NY 10036

Robert T. Aulgur, Jr.
(Attorney for Toyota Motor Credit)
P.O. Box 617
Odessa, DE 19730

Michael T. Kay
Nancy Druves
(Counsel for Dow Chemical Company)
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Ronald S. Beacher
(Attorneys for GE Capital Corporation)
Pitney Hardin Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014

Bart Hartman
Treasurer-Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX 78205

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302

James S. Carr
Christena A. Lambrianakos
(Counsel for Delco Development Company)
101 Park Avenue
New York, NY 10178

Charles C. Trascher, III
(Peters, Smith & Company)
Snellings Breard Sartor Inabnett & Trascher LLP
P.O. Box 2055
Monore, LA 71207

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Michael B. Willey
(Counsel for Commissioner of Revenue)
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

Thomas V. Askounis
Askounis & Borst PC
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

E. Katherine Wells
South Carolina Dept of Health & Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Michael H. Pinkerson
James M. Garner
Sher Garner Cahill Richter Klein McAlister & Hilbert
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Lynn M. Ryan
(Counsel for Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

Jonathan C. Hantke
Pamela H. Walters
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Jeffrey L. Glatzer
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020-1182

Attn: Ted Weschler
Peninsula Capital Advisors LLC
404 East Main Street, Second Floor
Charlottesville, VA 22902

Jeffrey Kaufman
Gerald F. Ellesdorfer
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

William H. Johnson
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Craig Barbarosh
(Counsel for Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Deirdre Woulfe Pacheco
(Counsel for Asbestos Claimants)
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Cynthia C. Hemme
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Matthew A. Porter
Bernard J. Bonn, II
(Counsel for LaVantage Solutions)
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA 02109

Daniel A. Speights
(Counsel for Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924

David W. Wirt
(Counsel for Potash Corp.)
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Stephen B. Walsh
c/o John A. Cochrane
Cochrane & Bresnahan, PA
24 East Fourth Street
St. Paul, MN 55101

Jan Hunter
c/o Mark C. Goldenberg
Hopkins Goldenberg, PC
2132 Pontoon Road
Granite City, IL 62040

Robert Cimino
Suffolk County Attorney
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, MD 21224

John W. Havins
(Counsel for Occidental Permian, Ltd.)
Burt Barr Havins & O'Dea LLP
1001 McKinney, Suite 500
Houston, TX 77002

Julie Quagliano
(Counsel for WESCO Distribution, Inc.)
Quagliano & Seeger
3242 P Street, NW
Washington, D.C. 20007

Donna J. Petrone
ExxonMobil Chemical Company
Law Department-Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Glen W. Morgan
Reaud Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

John Sufnarowski
Edward M. Lindholm
c/o Kenneth G. Gilman
Gilman & Pastor, LLP
One Boston Place, 28th Floor
Boston, MA 02108

Mark D. Collins
Deborah E. Spivack
(Counsel for The Chase Manhattan Bank)
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Derrick Tay
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

Robert S. Hertzberg
Michael I. Zousmer
(Counsel for Rupple K. Perry)
Hertz Schram & Saretsky PC
1760 South Telegraph Road, Suite 300
Bloomsfield Hills, MI 48302-0183

Leonard P. Goldberger
(Counsel for Century Indemnity Company)
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven B. Flancher
Assistant Attorney General
Department of the Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 49992

Kay D. Brock
(Comptroller of Public Accounts of the State of Texas)
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Gary L. Barnhart
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

William Pat Harris
c/o Fredrick P. Furth
The Furth Firm
201 Sansome Street, Suite 1000
San Francisco, CA 94104

James & Doris McMurchie
c/o Harvey N. Jones
Sieben Polk LaVerdiere Jones & Hawn PA
999 Westview Drive
Hastings, MN 55033

Michael B. Joseph
Theodore J. Tacconelli
(Counsel for Property Damage Claimants)
Ferry & Joseph PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899