## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 JKF |
| Debtors. | Jointly Administered<br>Re: Docket No. 1996 |

### STIPULATION AND CONSENT ORDER MODIFYING THE STIPULATION AND CONSENT ORDER RESOLVING MOTIONS OF THE DEBTORS AND HONEYWELL INTERNATIONAL, INC. FOR RELIEF FROM THE AUTOMATIC STAY ENTERED ON NOVEMBER 5, 2001

**WHEREAS**, the Court previously entered a Stipulation and Consent Order Resolving Motions of the Debtors and Honeywell International, Inc. ("Honeywell") for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) on November 5, 2001 (the "Order"), a copy of which is annexed hereto as Exhibit A; and

---

[1]    The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**WHEREAS**, the Debtors and Honeywell have agreed to modify the Order to more accurately reflect the extent and current status of the underlying litigation pending the United States District Court for the District of New Jersey for which the Order granted stay relief.

**IT IS HEREBY AGREED AND ADJUDGED AS FOLLOWS:**

1.   The Order shall remain in full force and effect except as expressly modified by this Stipulation and Consent Order. All defined terms in this Stipulation and Consent Order shall have the same meaning ascribed to them in the Order.

2.   The ninth recital of the Order is deleted and the following recital paragraph is substituted:

> **"WHEREAS**, Debtors' Counsel has been provided with a copy of the Second Amended Complaint filed in the Riverkeeper Action; and"

3.   Paragraphs 2 and 3 of the Order are deleted and the following language is substituted: "All parties to the Riverkeeper Action currently pending in the New Jersey Court be, and hereby are, granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d), retroactive to the Petition Date, so that the Riverkeeper Action may proceed in its entirety. However, the lifting of the automatic stay is conditional upon the claims in the Riverkeeper Action as asserted against the Debtors being limited to (A) those set forth in the (i) Plaintiffs' Second Amended Complaint; (ii) Honeywell's Cross-Claims filed in the Riverkeeper Action on or about June 15, 2001; or (B) claims identical to those asserted against the Debtors in the ICO Action."

4.    This Stipulation and Consent Order can be executed in counterparts.

We hereby consent to the form,
substance and entry of the foregoing
Stipulation and Consent Order:

LOWENSTEIN SANDLER PC
Bruce Buechler, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

     -and-

WALSH, MONZACK & MONOCO, P.A.

By: _____
    Kevin Mangan, Esq. (Bar No. 3810)
    1201 North Orange Street, Suite 400
    P.O. Box 2031
    Wilmington, DE 19899
    (302) 656-8162
    Attorneys for Honeywell International, Inc.

PACHLUSKI, STANG, ZIEHL, YOUNG & JONES, P.C.

By: _____  4/30/02
    David W. Carickhoff, Jr., Esq. (Bar No. 3715)
    919 North Market Street, 16th Floor
    P.O. Box 8705
    Wilmington, DE 19899 (Courier 19801)
    (302) 656-4100
    Attorneys for Debtors and Debtors in Possession

SO ORDERED, on this 20 day of May , 2002

Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

EXHIBIT "A"

Document #: 8529

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 JJF<br><br>Jointly Administered<br>**Re: Docket Nos. 809 and 828** |

## STIPULATION AND CONSENT ORDER RESOLVING MOTIONS OF THE DEBTORS AND HONEYWELL INTERNATIONAL INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

WHEREAS, Honeywell International, Inc. ("Honeywell"), W.R. Grace & Co. ("Grace"), and ECARG, Inc. ("ECARG" and together with Grace, the "Debtors") are parties in two related court proceedings pending in the United States District Court for the District of New Jersey (the "New Jersey Court") entitled Interfaith Community Org., et al. v. Honeywell Int'l Inc., Roned

---

[1]    The Debtors are the following entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Realty of Jersey City, Inc., Roned Realty of Union City, Inc., W.R. Grace & Co., ECARG, Inc., and W.R. Grace, Ltd., Case No. 95-2097 (DMC) (the "ICO Action"), and Hackensack Riverkeeper, Inc. v. Honeywell Int'l Inc., Case No. 00-1451 (JAG) (the "Riverkeeper Action"); and

WHEREAS, fact and expert discovery is complete in the ICO Action and motions for summary judgment are pending before the New Jersey Court; and

WHEREAS, the Riverkeeper Action was filed approximately five (5) years after the ICO Litigation; and

WHEREAS, on April 2, 2001 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and ·

WHEREAS, on August 24, 2001, the Debtors filed a motion seeking the modification of the automatic stay pursuant to 11 U.S.C. § 362 of the Bankruptcy Code to allow the ICO Action to proceed in its entirety (the "Debtors' Lift Stay Motion"); and

WHEREAS, on August 31, 2001, Honeywell filed a motion seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) retroactive to the Petition Date to allow it to continue to litigate its claims in the ICO Action and the Riverkeeper Action (the "Honeywell Lift Stay Motion"); and

WHEREAS, on September 5, 2001, the ICO Action and the Riverkeeper Action were consolidated by Order entered by the Honorable Dennis M. Cavanaugh, United States District Judge for the District of New Jersey; and

WHEREAS, Honeywell alleges in the Honeywell Lift Stay Motion that the claims set forth in the Riverkeeper Action are identical to those in the ICO Action; and

-2-

WHEREAS, the Debtors have not yet been served as a defendant in the Riverkeeper Action and, as a result, they maintain that they have no clear understanding of the types of claims which will ultimately be asserted against them or other parties; however, the Debtors have been provided a copy of the amended complaint filed in the Riverkeeper Action on or about May 31, 2001 (the "Amended Complaint"); and

WHEREAS, the Debtors and Honeywell have agreed to resolution of the Debtors' Lift Stay Motion and the Honeywell Lift Stay Motion:

## IT IS HEREBY AGREED AND ADJUDGED AS FOLLOWS:

1.      All parties to the ICO Action currently pending in the New Jersey Court be, and hereby are, granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d), retroactive to the Petition Date so that the ICO Action may proceed in its entirety.

2.      To the extent that the claims in the Riverkeeper Action are as set forth in the Amended Complaint (albeit with different claimants) and the Riverkeeper Action does not raise new claims which have not been raised in the ICO Action, all parties to the Riverkeeper Action currently pending in the New Jersey Court be, and hereby are, granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d), retroactive to the Petition Date so that the Riverkeeper Action may proceed in its entirety.

3.      In the event that new claims are raised in the Riverkeeper Action and such claims differ from those set forth in the Amended Complaint (albeit with different claimants), the automatic stay pursuant to 11 U.S.C. § 362(d) remains in full force and effect with respect to the Riverkeeper Action and no party may proceed against the Debtors in the Riverkeeper Action without further order of the Bankruptcy Court.

4.      Any non-Debtor party granted relief from the automatic stay pursuant to this stipulation shall be entitled relief from the automatic stay only for the purpose of obtaining

-3-

judgment against the Debtors, but cannot levy on any such judgment without further order of the

Bankruptcy Court.

     5.     The terms of this Stipulation and Order cannot be modified except in writing

agreed to by the parties and approved by Order of this Court.

We hereby consent to the form,
substance and entry of the foregoing:

**LOWENSTEIN SANDLER PC**
Bruce Buechler, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

     -and-

**WALSH, MONZACK & MONOCO, P.A.**

By: _____
Kevin Mangan, Esq. (3924)
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
(302) 656-8162
Attorneys for Honeywell International, Inc.

**PACHLUSKI, STANG, ZIEHL, YOUNG & JONES, P.C.**

By: _____
David W. Carickhoff, Jr., Esq. (3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 656-4100
Attorneys for Debtors and Debtors in Possession

     SO ORDERED, on this __5__ day of November, 2001

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

-4-