UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| W. R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
|  | : |  |
| Debtors | : | Jointly Administered |

CERTIFICATION OF COUNSEL FOR
FIRST UNION COMMERCIAL CORPORATION

   John D. Demmy, counsel for First Union Commercial Corporation ("First Union"), hereby certifies as follows:

   1. On June 18, 2001, First Union filed its Motion of First Union Commercial Corporation for an Order (i) Compelling Debtors to Assume or Reject Equipment Lease and to Comply with Post-Petition Lease Obligations under Section 365(d)(10) of the Bankruptcy Code Pending Assumption or Rejection, and (ii) Allowing and Directing Payment of an Administrative Claim for First Union for Unpaid Rent Under the Equipment Lease"  (Docket Item 533) (the "Motion").

   2. On September 27, 2001, Debtors filed the "Stipulation and Order Resolving Motion of First Union Commercial Corporation" (Docket Item 968) (the "Stipulation") with the Court.

   3. No objection has been filed with respect to the Stipulation.

SL1 238948v1/00000.000

4. The Stipulation has not yet been executed by the Court.

5. Undersigned counsel has requested that Debtors take action to cause the Court to approve and execute the Stipulation as an order of the Court; but is unaware what actions, if any, Debtors have taken in such regard.

6. The Stipulation is ready for execution by the Court.

WHEREFORE, First Union respectfully requests that the Court execute and enter the Stipulation as an order of the Court.

Dated: May 22, 2002                           STEVENS & LEE, P.C.


By:     */s/ John D. Demmy*
John D. Demmy (Del Bar No. 2802)
Suite 800, 8th Floor
300 Delaware Avenue
Wilmington, Delaware  19801
Telephone: (302) 654-5180
Telecopier: (302)654-5181
Email: jdd@stevenslee.com

*Attorneys For First Union*
*Commercial Credit Corporation*