**<u>NO ORDER REQUIRED</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 05/21/02 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 2001</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eleventh Monthly Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of March 1, 2002 through March 31, 2002 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 21, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Ferry & Joseph, P.A. $7,550.40 which represents 80% of the fees ($9,438.00) and $6,070.08, which represents 100% of the expenses requested in the Application for the period March 1, 2002 through

March 31, 2002, upon the filing of this certification

and without the need for entry of a Court order approving the Application.

                                        FERRY, JOSEPH & PEARCE, P.A.

                                        /s/ Theodore J. Tacconelli
                                        Michael B. Joseph (#392)
                                        Theodore J. Tacconelli (#2678)
                                        Rick S. Miller (#3418)
                                        824 Market Street, Suite 904
                                        P.O. Box 1351
                                        Wilmington, DE. 19899
                                        (302) 575-1555
                                        Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

Dated: May 22, 2002