IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 12, 2002 at 4:00 pm** |
| | ) | **Hearing Date: August 26, 2002 @ 10:00 a.m.** |

**FOURTH INTERIM FEE APPLICATION REQUEST OF FERRY & JOSEPH, P.A.
FOR APPROVAL AND ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS FOR THE
PERIOD OF JANUARY 1, 2002 THROUGH MARCH 31, 2002**

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2002 through March 31, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $22,724.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $9,421.63 |

This is a: _____ monthly  _X_ interim/quarterly  _____ final application