**EXHIBIT "B-2**

Professional Services Rendered:

| **DATE** | **DESCRIPTION** | **HOURS** |
|---|---|---|
| Feb-01-02TJT | *Case Administration* - Review pleadings re: U.S. Trustee's Objection to PWC's Retention Application | 0.10 |
| Feb-01-02TJT | *Litigation (Non-bankruptcy/General)* - Review correspondence re: e-mail from S. Baena re: Joinder in Motion to Dismiss | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Reed Smith 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Debtor's Motion to Extend Time to Remove Actions | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Klett Rooney October/November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Kramer Levin November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Caplin Drysdale November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review Debtor's Statement of amounts paid to ordinary course professionals | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Debtor's Motion to Retain PWC | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Holme Roberts November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Stroock & Stroock November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Wallace King November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: National Union Fire Insurance Co.'s Request for Direction | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Casner Edwards November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review monthly operating report re: November 2001 | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Debtor's Motion to Extend Exclusive Periods | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Debtor's Motion to Extend Time to Assume or Reject Unexpired Leases | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: Pachulsky Stang Ziehl Young & Jones November, 2001 Fee Application | 0.10 |
| Feb-03-02TJT | *Case Administration* - Review pleading re: GE Capitol's Motion to Compel Assumption or Rejection of Lease | 0.10 |

| Date | Category - Description | Hours |
|---|---|---|
| Feb-03-02 TJT | *Case Administration* - Review pleading re: Nelson Mullins November, 2001 Fee Application | 0.10 |
| Feb-04-02 LLC | *Case Administration* - Reconcile prior billing categories with new billing categories | 0.60 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare e-mail to J. Sakalo re: draft of Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Review draft of Limited Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Teleconference with J. Sakalo re: Limited Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Teleconference with J. Sakalo re: Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Review final draft of Limited Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare Limited Joinder in Motion to Dismiss for e-filing | 0.20 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - File and serve Limited Joinder in Motion to Dismiss | 0.20 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare letter to J. Sakalo re: Limited Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare e-mail to Judge Fitzgerald re: Limited Joinder in Motion to Dismiss | 0.10 |
| Feb-04-02 LLC | *Litigation (Non-bankruptcy/General)* - Draft Certificate of Service re: Limited Joinder | 0.20 |
| Feb-04-02 LLC | *Litigation (Non-bankruptcy/General)* - Confer with T. Tacconelli; revuse Certificate of Service re: Liimited Joinder | 0.40 |
| Feb-04-02 LLC | *Litigation (Non-bankruptcy/General)* - Coordinate Service of Limited Joinder to Zonolite motion | 0.60 |
| Feb-05-02 TJT | *Asbestos: Claims Litigation* - Review transcript of 1/29/02 hearing | 0.20 |
| Feb-05-02 TJT | *Asbestos: Claims Litigation* - Prepare letter to J. Sakalo re: transcript of 1/29/02 hearing | 0.10 |
| Feb-05-02 TJT | *Case Administration* - Teleconference with R. Bello re: Turken Motion for Admission Pro Hac Vice | 0.10 |
| Feb-06-02 LLC | *Case Administration* - Review and update service list and labels | 0.20 |
| Feb-06-02 TJT | *Committee Matters and Creditor Meetings* - Review correspondence re: e-mail from J. Sakalo re: 2/8/02 teleconference with Committee | 0.10 |
| Feb-06-02 TJT | *Retention of Professionals* - Teleconference with R. Bello and J. Sakalo re: Hilsoft Retention Application | 0.10 |
| Feb-06-02 TJT | *Retention of Professionals* - Teleconference with J. Sakalo re: Hilsoft Retention Application | 0.10 |
| Feb-06-02 TJT | *Retention of Professionals* - Review correspondence re: e-mail from J. Sakalo re: Hilsoft Retention Application | 0.10 |

| | | | |
|---|---|---|---|
| Feb-06-02 | TJT | *Retention of Professionals* - Review correspondence re: e-mail from T. Hilsee re: Hilsoft Retention Application | 0.10 |
| Feb-06-02 | TJT | *Retention of Professionals* - Review correspondence re: e-mail from J. Sakalo re: Hilsoft Retention Application | 0.10 |
| Feb-06-02 | TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilsoft Fee Application | 0.10 |
| Feb-07-02 | RSM | *Committee Matters and Creditor Meetings* - Attend Committee Teleconference | 0.50 |
| Feb-07-02 | TJT | *Committee Matters and Creditor Meetings* - Teleconference with Committee | 0.50 |
| Feb-07-02 | TJT | *Compensation of Professionals* - Review Fifth Interim Committee Application for Expense Reimbursement for filing | 0.10 |
| Feb-07-02 | TJT | *Compensation of Professionals* - Review Bilzin Quarterly Fee Application for filing | 0.10 |
| Feb-07-02 | TJT | *Compensation of Professionals* - Review Bilzins Fifth Interim Fee Application for filing | 0.10 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Finalize, e-file and serve Committee 5th Fee Application | 0.60 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Draft Certificate of Service re: Committee 5th Fee Application | 0.10 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Finalize, e-file and serve Bilzin 6th Fee Application | 0.80 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Draft Certificate of Service re: Bilzin 6th Fee Application | 0.10 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Finalize, e-file and serve Bilizin 3rd quarterly fee request | 1.40 |
| Feb-07-02 | LLC | *Compensation of Professionals* - Draft Certificate of Service re: Bilzin 3rd quarterly fee request | 0.10 |
| Feb-07-02 | TJT | *Retention of Professionals* - Review Hilsoft Retention Application for filing | 0.30 |
| Feb-07-02 | LLC | *Retention of Professionals* - Finalize and e-file Hilsoft retention application | 2.50 |
| Feb-07-02 | LLC | *Retention of Professionals* - Draft form of order re: Hilsoft retention application | 0.10 |
| Feb-07-02 | LLC | *Retention of Professionals* - Draft Certificate of Service re: Hilsoft retention application | 0.10 |
| Feb-07-02 | LLC | *Retention of Professionals* - Draft Notice of Hilsoft retention application | 0.10 |
| Feb-08-02 | LLC | *Case Administration* - E-mail pleadings to R. Bello at Bankruptcy Court | 0.30 |
| Feb-08-02 | TJT | *Litigation/Fraudulent Conveyance* - Confer with J. Sakalo re: Fraudulent Conveyance action | 0.30 |
| Feb-11-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo to Committee re: 1/29/02 hearing | 0.10 |
| Feb-11-02 | TJT | *Case Administration* - Review pleading re: Debtor's Motion to Approve Acquisition of Addimant, Inc. | 0.10 |
| Feb-11-02 | TJT | *Case Administration* - Review pleading re: Kramer Levin December, 2001 Fee Application | 0.10 |

| | | |
|---|---|---|
| Feb-11-02TJT | *Case Administration* - Review pleading re: Caplan Drysdale October-December, 2001 Fee Application | 0.10 |
| Feb-11-02TJT | *Case Administration* - Review pleading re: Campbell Levine December, 2001 Fee Application | 0.10 |
| Feb-11-02TJT | *Case Administration* - Review monthly Operation Report for December, 2001 | 0.10 |
| Feb-11-02TJT | *Case Administration* - Review pleading re: K&E December, 2001 Fee Application | 0.20 |
| Feb-11-02TJT | *Case Administration* - Review pleading re: Pachulski Stang Ziehl Young & Jones December, 2001 Fee Application | 0.10 |
| Feb-11-02TJT | *Case Administration* - Review letter from D. Siegel to Grace employees re: document retention | 0.10 |
| Feb-12-02LLC | *Case Administration* - Review docket re: objections to docket no. 1533 | 0.30 |
| Feb-12-02LLC | *Case Administration* - Draft CNO re: No. 1533 and Certificate of Service | 0.30 |
| Feb-12-02LLC | *Case Administration* - E-file and serve CNO re: docket no. 1533 | 0.70 |
| Feb-12-02LLC | *Case Administration* - Draft CNO re: docket no. 1586 and Certificate of Service | 0.20 |
| Feb-12-02LLC | *Case Administration* - Draft CNO re: docket no. 1642 and Certificate of Service | 0.30 |
| Feb-12-02LLC | *Case Administration* - Draft CNO re: docket no. 1641 and Certificate of Service | 0.20 |
| Feb-12-02LLC | *Case Administration* - Draft CNO re: docket no. 1640 and Certificate of Service | 0.20 |
| Feb-12-02RSM | *Compensation of Professionals* - Review Certificate of No Objection | 0.10 |
| Feb-12-02TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilton and Rabinovitz Retention Orders | 0.10 |
| Feb-12-02LLC | *Retention of Professionals* - Draft CNO re: docket no. 1638 and Certificate of Service | 0.20 |
| Feb-13-02TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena and J. Sakalo re: Debtor's Revised Case Management Motions | 0.10 |
| Feb-13-02TJT | *Asbestos: Claims Litigation* - Review Debtor's Revised PD Case Management Motion | 0.30 |
| Feb-13-02TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Revised PI Case Management Motion | 0.20 |
| Feb-13-02TJT | *Asbestos: Claims Litigation* - Review Debtor's Consolidated Reply in Support of Case Management Motion | 1.00 |
| Feb-13-02TJT | *Case Administration* - Review pleading re: Blackstone's November, 2001 Fee Application | 0.10 |
| Feb-13-02TJT | *Case Administration* - Review pleading re: Blackstone's December, 2001 Fee Application | 0.10 |
| Feb-13-02TJT | *Case Administration* - Review pleading re: Casner Edwards December, 2001 Fee Application | 0.10 |
| Feb-13-02TJT | *Case Administration* - Review pleading re: Reed Smith December, 2001 Fee Application | 0.10 |
| Feb-13-02TJT | *Case Administration* - Review pleading re: Debtor's Second Quarterly Report of Asset Sales | 0.10 |

| Date | Category - Description | Hours |
|---|---|---|
| Feb-13-02 TJT | *Case Administration* - Review pleading re: Debtor's Second Quarterly Report re: Settlements | 0.20 |
| Feb-13-02 TJT | *Case Administration* - Review pleading re: Stipulation between Debtor and American Real Estate Holdings | 0.10 |
| Feb-13-02 LLC | *Case Administration* - E-mail CNO re: docket no. 1533 to R. Bello at Bankruptcy Court | 0.20 |
| Feb-13-02 LLC | *Retention of Professionals* - Draft CNO re: docket no. 1567 and Certificate of Service | 0.30 |
| Feb-13-02 LLC | *Retention of Professionals* - Draft CNO re: docket no. 1568 and Certificate of Service | 0.30 |
| Feb-13-02 LLC | *Retention of Professionals* - Draft Certificate of Counsel re: docket no. 1638 and revise Certificate of Service | 0.30 |
| Feb-13-02 LLC | *Retention of Professionals* - Draft Certificate of Counsel re: docket no. 1567 and revise Certificate of Service | 0.30 |
| Feb-13-02 LLC | *Retention of Professionals* - Draft Certificate of Counsel re: docket no. 1568 and revise Certificate of Service | 0.30 |
| Feb-14-02 LLC | *Case Administration* - Reconcile cummulative totals in prior billing categories with new categories | 0.50 |
| Feb-14-02 RSM | *Committee Matters and Creditor Meetings* - Attend Committee Teleconference | 0.30 |
| Feb-14-02 TJT | *Committee Matters and Creditor Meetings* - Teleconference with Committee | 0.30 |
| Feb-14-02 LLC | *Compensation of Professionals* - Prepare 9th Monthly Fee Application and attachments | 1.00 |
| Feb-14-02 LLC | *Compensation of Professionals* - Prepare exhibit B to 9th Monthly Fee Application | 1.70 |
| Feb-15-02 LLC | *Compensation of Professionals* - Prepare exhibit B to 9th Monthly Fee Application | 0.60 |
| Feb-15-02 LLC | *Compensation of Professionals* - Prepare 9th Monthly Fee Application and attachments | 1.80 |
| Feb-15-02 LLC | *Retention of Professionals* - Revise Certificates of Counsel and Certificates of Service re: retention applications | 0.30 |
| Feb-16-02 TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Motion to Modify Kinsella's Retention Order | 0.20 |
| Feb-16-02 TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Brief Regarding Bar Date and Class Notice | 0.20 |
| Feb-16-02 TJT | *Case Administration* - Review pleading re: Debtor's Motion to Appoint Fee Auditor | 0.10 |
| Feb-16-02 TJT | *Case Administration* - Review pleading re: Debtor's Motion to Close Plant and Consolidate Operations | 0.10 |
| Feb-16-02 TJT | *Litigation (Non-bankruptcy/General)* - Review pleading re: Debtor's Response to Motion to Dismiss Case | 0.40 |
| Feb-16-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare e-mail to J. Sakalo re: Debtor's Response to Motion to Dismiss Case | 0.10 |
| Feb-18-02 TJT | *Retention of Professionals* - Teleconference with J. Sakalo re: Hilton and Rabinovitz Retention Applications | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Feb-18-02 RSM | *Litigation (Non-bankruptcy/General)* - Review Debtor's response to Motion to Dismiss | 0.30 |
| Feb-19-02 TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Objection to Hilton Retention Application | 0.10 |
| Feb-19-02 TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Objection to Rabinovitz Retention Application | 0.10 |
| Feb-19-02 TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: Debtor's Objection to Hilton and Rabinovitz Retention Applications | 0.10 |
| Feb-19-02 TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: Debtor's Objection to Hilton and Rabinovitz Fee Application | 0.10 |
| Feb-19-02 TJT | *Case Administration* - Review pleading re: Debtor's Notice of Amendment to List of OC Professionals | 0.10 |
| Feb-19-02 TJT | *Case Administration* - Review pleading re: Stroock Stroock December, 2001 Fee Application | 0.10 |
| Feb-19-02 TJT | *Case Administration* - Review pleading re: Duane Morris August, 2001 through September 2001 Fee Application | 0.10 |
| Feb-19-02 TJT | *Case Administration* - Review pleading re: Debtor's Motion to Employ and Retain Carella Bryne | 0.10 |
| Feb-19-02 TJT | *Case Administration* - Review pleading re: Motion of Carol Gerard to Clarify Scope of Preliminary Injunction | 0.10 |
| Feb-20-02 TJT | *Case Administration* - Review pleading re: FTI Policano December, 2001 Fee Application | 0.10 |
| Feb-20-02 TJT | *Case Administration* - Review pleading re: Holme Roberts December, 2001 Fee Application | 0.10 |
| Feb-20-02 TJT | *Case Administration* - Review pleadings re: Edythe Kellog's Motion to Annul Stay | 0.10 |
| Feb-20-02 TJT | *Case Administration* - Review pleading re: Duane Morris October, 2001 - December, 2001 Fee Application | 0.10 |
| Feb-20-02 TJT | *Litigation/Fraudulent Conveyance* - Retrieve voice mail from J. Sakalo re: Joint Motion to Retain Cozen O'Connor and McCool Smith | 0.10 |
| Feb-20-02 TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to J. Sakalo re: Joint Motion to Retain Cozen O'Connor and McCool Smith | 0.10 |
| Feb-21-02 TJT | *Case Administration* - Review agenda for 2/25/02 hearing | 0.10 |
| Feb-21-02 TJT | *Case Administration* - Teleconference with J. Sakalo re: agenda for 2/25/02 hearing | 0.10 |
| Feb-22-02 TJT | *Compensation of Professionals* - Review docket re: Certificate of No Objection re: Docket No. 1586 | 0.20 |
| Feb-22-02 TJT | *Compensation of Professionals* - Review correspondence from D. Katz re: CDG November-December Fee Application | 0.10 |
| Feb-22-02 TJT | *Litigation (Non-bankruptcy/General)* - Review ZAI's Reply Memorandum re: Motion to Dismiss | 0.20 |

| Date | Description | Hours |
|---|---|---|
| Feb-22-02 TJT | *Litigation (Non-bankruptcy/General)* - Prepare e-mail to S. Baena and J. Sakalo re: ZAI's Reply Memorandum to Motion to Dismiss | 0.10 |
| Feb-23-02 TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Supplemental Response to New Material In Support of Class Proof of Claim Brief | 0.20 |
| Feb-23-02 TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena and J. Sakalo re: Debtor's Supplemental Reply to New Material in Support of Class Proof of Claim Brief | 0.20 |
| Feb-23-02 TJT | *Asbestos: Claims Litigation* - Prepare for 2/25/02 hearing | 0.50 |
| Feb-23-02 TJT | *Case Administration* - Review pleading re: amended agenda for 2/25/02 hearing | 0.10 |
| Feb-23-02 TJT | *Case Administration* - Review pleading re: Supplemental Exhibit to Docket No. 1664 | 0.10 |
| Feb-24-02 TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: 2/25/02 breakfast meeting | 0.10 |
| Feb-24-02 TJT | *Compensation of Professionals* - Prepare CDG Third Fee Application for filing | 0.30 |
| Feb-25-02 TJT | *Asbestos: Claims Litigation* - Teleconference with S. Baena re: Class Action Proof of Claim Research | 0.10 |
| Feb-25-02 TJT | *Asbestos: Claims Litigation* - Research re: Class Action Proof of Claim | 0.30 |
| Feb-25-02 TJT | *Committee Matters and Creditor Meetings* - Meet with Committee re: preparation for 2/25/02 hearing | 1.00 |
| Feb-25-02 TJT | *Compensation of Professionals* - Prepare notice of application re: CDG's Third Interim Fee Application | 0.20 |
| Feb-25-02 TJT | *Compensation of Professionals* - Prepare Certificate of Service re: CDG's Third Interim Fee Application | 0.10 |
| Feb-25-02 TJT | *Compensation of Professionals* - Prepare CDG's Third Interim Fee Application for filing | 0.30 |
| Feb-25-02 TJT | *Retention of Professionals* - Serve Hilton Retention Order | 0.10 |
| Feb-25-02 TJT | *Retention of Professionals* - Serve Rabinovitz Retention Order | 0.10 |
| Feb-25-02 TJT | *Preparation for and Attendance at Hearings* - Attend Bankruptcy Court | 3.00 |
| Feb-26-02 TJT | *Compensation of Professionals* - File CDG's Third Interim Fee Application | 0.20 |
| Feb-26-02 TJT | *Compensation of Professionals* - Prepare letter to D. Boyer re: CDG's Third Interim Fee Application | 0.10 |
| Feb-27-02 TJT | *Litigation/Fraudulent Conveyance* - Review Proposed Fraudulent Transfer of Scheduling Order | 0.10 |
| Feb-27-02 TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to S. Baena and J. Sakalo re: Proposed Fraudulent Transfer of Scheduling Order | 0.10 |
| Feb-27-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Proposed Fraudulent Transfer of Scheduling Order | 0.10 |
| Feb-28-02 TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: Bar Date issues | 0.10 |
| Feb-28-02 TJT | *Case Administration* - Prepare letter to J. Sakalo re: recording of 2/25/02 hearing | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Feb-28-02 TJT | *Case Administration* - Review pleading re: notice of time change re: 3/18/02 hearing | 0.10 |
| Feb-28-02 TJT | *Case Administration* - Prepare e-mail to S. Baena and J. Sakalo re: time change of 3/18/02 hearing | 0.10 |
| Feb-28-02 TJT | *Case Administration* - Review e-mail from J. Sakalo re: Rabinovitz Order and Objection | 0.10 |
| Feb-28-02 MBJ | *Committee Matters and Creditor Meetings* - Committee Teleconference | 1.00 |
| Feb-28-02 TJT | *Committee Matters and Creditor Meetings* - Teleconference with Committee | 0.70 |
| Feb-28-02 TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilsee Order | 0.10 |
| Feb-28-02 TJT | *Retention of Professionals* - Prepare e-mail to J. Sakalo re: Hilsee Order | 0.10 |
| Feb-28-02 TJT | *Retention of Professionals* - Send copy of Rabinovitz Order and Objection to F. Rabinovitz | 0.10 |

| SUMMARY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael B. Joseph | $300.00 | 1.00 | $300.00 |
| Rick S. Miller | $175.00 | 1.20 | $210.00 |
| Theodore J. Tacconelli | $200.00 | 21.70 | $4,340.00 |
| Legal Assistant - LLC | $80.00 | 18.20 | $1,456.00 |
| **Totals** | | **42.10** | **$6,306.00** |

DISBURSEMENTS:

| Date | Description | Amount |
|---|---|---|
| Feb-04-02 | Cost Advance - Copying cost (392 @ .15) | 58.80 |
| Feb-04-02 | Cost Advance - Postage (21 @ .80) | 16.80 |
| Feb-07-02 | Cost Advance - Copying cost (2640 @ .15) | 396.00 |
| Feb-08-02 | Cost Advance - Lexis Nexis - research | 212.07 |
| Feb-08-02 | Cost Advance - Transcript Plus | 472.00 |
| Feb-08-02 | Cost Advance - Theodore J. Tacconelli | 713.38 |
| Feb-12-02 | Cost Advance - TriState Courier & Carriage | 30.00 |
| Feb-12-02 | Cost Advance - Copying cost (75 @ .15) | 11.25 |
| Feb-12-02 | Cost Advance - Postage 8 @ .57) | 4.56 |
| Feb-18-02 | Cost Advance - TriState Courier & Carriage | 30.00 |
| Feb-19-02 | Cost Advance - Federal Express | 13.31 |
| Feb-20-02 | Cost Advance- Fax to J. Sakalo, Esq. | 21.00 |
| Feb-20-02 | Cost Advance- Fax to J. Sakalo, Esq. | 21.00 |
| Feb-24-02 | Cost Advance- Fax to J. Sakalo, Esq. | 5.00 |
| Feb-25-02 | Cost Advance- Fax to S. Baena, Esq. | 37.00 |
| Feb-25-02 | Cost Advance - Clerk U.S. Bankruptcy Court | 20.00 |
| Feb-27-02 | Cost Advance- Fax to J. Sakalo, Esq. | 4.00 |
| Feb-28-02 | Cost Advance- Fax to F. Rabinovitz | 5.00 |
| **Totals** | | **$2,071.17** |

**TOTAL FEE & DISBURSEMENTS**                                                                   $8,377.17
**BALANCE NOW DUE**

$8,377.17