**EXHIBIT "B-3"**

Professional Services Rendered:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| Mar-01-02TJT | *Asbestos: Claims Litigation* - Attend Armstrong hearing re: Class Proof of Claim | 3.00 |
| Mar-01-02TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena and J. Sakalo re: results of Armstrong hearing re: Class Proof of Claim | 0.80 |
| Mar-01-02TJT | *Case Administration* - Prepare Certificate of No Objection re: Docket 1640 for e-filing | 0.20 |
| Mar-01-02TJT | *Case Administration* - Filing and serve Certificate of No Objection re: Docket 1640 | 0.20 |
| Mar-01-02TJT | *Case Administration* - Prepare Certificate of No Objection re: Docket 1641 for e-filing | 0.20 |
| Mar-01-02TJT | *Case Administration* - Filing and serve Certificate of No Objection re: Docket 1641 | 0.20 |
| Mar-01-02TJT | *Case Administration* - Prepare Certificate of No Objection re: Docket 1642 for e-filing | 0.20 |
| Mar-01-02TJT | *Case Administration* - Filing and serve Certificate of No Objection re: Docket 1642 | 0.20 |
| Mar-01-02TJT | *Case Administration* - Review correspondence re: letter from J. Sakalo re: CD rom of pleadings | 0.10 |
| Mar-02-02TJT | *Asbestos: Claims Litigation* - Teleconference with J.Sakalo re: Armstrong hearing re: Class Proof of Claim | 0.10 |
| Mar-03-02TJT | *Compensation of Professionals* - Prepare letter to J. Sakalo re: Certificates of No Objection re: Bilzin Sumberg 6th Fee Application and committee fee reimbursement request | 0.10 |
| Mar-04-02TJT | *Case Administration* - Review e-mail from T. Hilsee re: change of address | 0.10 |
| Mar-05-02TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo re: Transcript of 2/25/02 hearing | 0.10 |
| Mar-05-02TJT | *Asbestos: Claims Litigation* - Review e-mail re: transcript of 2/25/02 hearing | 0.10 |
| Mar-05-02TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: Transcript of 2/25/02 hearing | 0.10 |
| Mar-05-02LLC | *Compensation of Professionals* - Revise 9th Fee Application and attachments | 0.50 |
| Mar-06-02TJT | *Asbestos: Claims Litigation* - Review transcript of 2/25/02 hearing | 0.80 |
| Mar-06-02RSM | *Committee Matters and Creditor Meetings* - Confer with T. Tacconelli re: Scheduling Matters | 0.30 |
| Mar-06-02RSM | *Compensation of Professionals* - Review 9th Monthly Fee Application; confer with legal assistant | 0.30 |
| Mar-06-02TJT | *Retention of Professionals* - Review correspondence re: e-mail from J. Sakalo re: Hilsoft Retention Order | 0.10 |
| Mar-06-02TJT | *Retention of Professionals* - Prepare e-mail to J. Sakalo re: Hilsoft Retention Order | 0.10 |

| | | | |
|---|---|---|---|
| Mar-07-02 | RSM | *Compensation of Professionals* - Review 9th Monthly Application | 0.10 |
| Mar-07-02 | LLC | *Compensation of Professionals* - Finalize, e-file and serve 9th Fee Application | 0.70 |
| Mar-08-02 | RSM | *Asbestos: Claims Litigation* - Review Draft Objection to Proof of Claim | 0.30 |
| Mar-08-02 | RSM | *Asbestos: Claims Litigation* - Prepare and file Proof of Claim Objection | 1.20 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Review draft of Response and Objections to Proposed PD Proof of Claim form | 0.10 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from M. Dies re: Response and Objection to Proposed PD Proof of Claim form | 0.10 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Review pleading re: Statement by Unsecured Creditors Committee in Response to Case Management Order | 0.10 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Prepare and file Exhibit 1 to Response and Objection to PD Proof of Claim | 0.50 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Review pleading re: United States Objection to ZAI Proof of Claim | 0.10 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena and J. Sakalo re: United States Objection to ZAI Proof of Claim | 0.30 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: Response and Objection to PD Proof of Claim | 0.10 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Review pleading re: ZAI's Objection to ZAI Proof of Claim | 0.40 |
| Mar-08-02 | TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: Response and Objection to PD Proof of Claim | 0.10 |
| Mar-08-02 | LLC | *Asbestos: Claims Litigation* - E-file PD Committee response and objection to PD Proof of Claim form | 0.70 |
| Mar-08-02 | TJT | *Case Administration* - Review pleading re: Pitney Hardin December, 2001 Fee Application | 0.10 |
| Mar-08-02 | TJT | *Case Administration* - Review pleading re: Klett Rooney January, 2002 Fee Application | 0.10 |
| Mar-08-02 | TJT | *Case Administration* - Review pleading re: Nelson Mullin December, 2001 Fee Application | 0.10 |
| Mar-08-02 | TJT | *Case Administration* - Review pleading re: Wallace King January, 2002 Fee Application | 0.10 |
| Mar-08-02 | RSM | *Committee Matters and Creditor Meetings* - Teleconference with J. Sakalo | 0.10 |
| Mar-08-02 | LLC | *Retention of Professionals* - Revise Certificate of Counsel re: Hilsoft retention and form of order | 0.30 |
| Mar-10-02 | TJT | *Case Administration* - Prepare e-mail to J. Sakalo re: Response and Objection to PD Proof of Claim | 0.10 |
| Mar-11-02 | TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: Hilsoft Notice Program | 0.10 |
| Mar-12-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo re: Response to Proposed PD Proof of Claim | 0.10 |
| Mar-12-02 | TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: Hilsoft Notice Program | 0.10 |

| Date | | Description | Hours |
|---|---|---|---|
| Mar-12-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo re: Hilsoft Notification Program | 0.10 |
| Mar-12-02 | RSM | *Committee Matters and Creditor Meetings* - Confer with T. Tacconelli re: Scheduling matters | 0.10 |
| Mar-12-02 | TJT | *Committee Matters and Creditor Meetings* - Review e-mail from J. Sakalo re: Committee teleconference on 3/13/02 | 0.10 |
| Mar-13-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from T. Hilsee re: Hilsoft Notification Plan | 0.10 |
| Mar-13-02 | TJT | *Asbestos: Claims Litigation* - Confer with paralegal re: Hilsoft Notification Plan | 0.20 |
| Mar-13-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from S. Baena to T. Sobel re: Hilsoft Notification Plan | 0.10 |
| Mar-13-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from T. Hilsee re: Supplemental Affidavit | 0.10 |
| Mar-13-02 | TJT | *Asbestos: Claims Litigation* - Confer with paralegal re: filing of Hilsoft Notification Plan | 0.50 |
| Mar-13-02 | LLC | *Asbestos: Claims Litigation* - Finalize Supp. Affidavit of T. Hilsee and attachments for filing | 0.80 |
| Mar-13-02 | LLC | *Asbestos: Claims Litigation* - Draft Notice of filing and Certificate of Service re: Supp. affidavit | 0.60 |
| Mar-13-02 | LLC | *Asbestos: Claims Litigation* - E-file and prepare for Service of Supp. Affidavit of T. Hilsee and attachments | 2.50 |
| Mar-13-02 | LLC | *Case Administration* - E-mail to Debtor's counsel re: 2002 list | 0.10 |
| Mar-13-02 | RSM | *Committee Matters and Creditor Meetings* - Attend Committee teleconference | 0.30 |
| Mar-13-02 | TJT | *Committee Matters and Creditor Meetings* - Teleconference with Committee | 2.40 |
| Mar-13-02 | LLC | *Committee Matters and Creditor Meetings* - Attend PD Committee tele-conference | 2.00 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Review letter from D. Bernick to Court re: Record of 2/25/02 hearing | 0.20 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena re: letter from D. Bernick to Court re: record of 2/25/02 hearing | 0.20 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Review correspondence re: letter from D. Bernick to Court in response to ZAI letter | 0.10 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to S. Baena re: letter from D. Bernick to Court re: response to ZAI letter | 0.10 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from T. Sobol to S. Baena re: 3/18/02 hearing | 0.10 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Review e-mail from S. Baena to T. Sobol re: 3/18/02 hearing | 0.10 |
| Mar-14-02 | TJT | *Asbestos: Claims Litigation* - Review agenda for 3/18/02 hearing | 0.10 |
| Mar-14-02 | LLC | *Asbestos: Claims Litigation* - Send supplemental Hilsee affidavit and attachments to Committee Members | 0.70 |
| Mar-14-02 | TJT | *Case Administration* - Review pleading re: Caplan Drysdale January, 2002 Fee Application | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| Mar-14-02 | TJT | *Case Administration* - Review pleading re: L. Tersigni January, 2002 Fee Application | 0.10 |
| Mar-14-02 | TJT | *Case Administration* - Review pleading re: Campbell Levine January, 2002 Fee Application | 0.10 |
| Mar-14-02 | LLC | *Case Administration* - E-mail pleadings to R. Bello | 0.80 |
| Mar-15-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: 3/18/02 hearing | 0.30 |
| Mar-15-02 | TJT | *Asbestos: Claims Litigation* - Review Debtor's Proposed Bar Date Order | 0.20 |
| Mar-15-02 | TJT | *Asbestos: Claims Litigation* - Review pleading re: Debtor's Response to PD Proof of Claim Objection | 0.50 |
| Mar-15-02 | TJT | *Asbestos: Claims Litigation* - Review amended agenda for 3/18/02 hearing | 0.10 |
| Mar-15-02 | RSM | *Case Administration* - Review Court filings | 0.30 |
| Mar-15-02 | LLC | *Case Administration* - E-mail Certificate of Counsel re: Hilsoft to J. Sakalo | 0.20 |
| Mar-15-02 | RSM | *Litigation/Fraudulent Conveyance* - Review Draft Complaint | 0.30 |
| Mar-15-02 | TJT | *Litigation/Fraudulent Conveyance* - Review draft of Fraudulent Transfer Complaint re: Sealed Air Corporation | 0.20 |
| Mar-15-02 | TJT | *Litigation/Fraudulent Conveyance* - Review Case Management Order re: Fraudulent Transfer Litigation | 0.20 |
| Mar-15-02 | TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to J. Sakalo re: Fraudulent Transfer Complaint re: Sealed Air Corporation | 0.50 |
| Mar-15-02 | TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Fraudulent Transfer Complaints | 0.10 |
| Mar-16-02 | TJT | *Asbestos: Claims Litigation* - Review T. Hilsee's Supplemental Affidavit | 0.50 |
| Mar-16-02 | TJT | *Asbestos: Claims Litigation* - Review correspondence re: e-mail from J. Sakalo re: Local Rules/Service | 0.10 |
| Mar-16-02 | TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: Local Rules/Service | 0.10 |
| Mar-16-02 | TJT | *Asbestos: Claims Litigation* - Prepare for 3/18/02 hearing | 1.00 |
| Mar-16-02 | TJT | *Case Administration* - File Administration | 0.30 |
| Mar-16-02 | TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to J. Sakalo re: Fraudulent Transfer Complaints | 0.10 |
| Mar-16-02 | TJT | *Litigation/Fraudulent Conveyance* - File Administration re: Fraudulent Transfer Complaints | 0.50 |
| Mar-17-02 | TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from S. Baena to Committee re: 3/18/02 hearing and Fraudulent Transfer Complaints | 0.10 |
| Mar-17-02 | TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 | TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: 3/18/02 agenda | 0.10 |

| | | |
|---|---|---|
| Mar-18-02 TJT | *Asbestos: Claims Litigation* - Teleconference with R. Bello re: 3/18/02 agenda | 0.10 |
| Mar-18-02 TJT | *Asbestos: Claims Litigation* - Teleconference with J. Sakalo re: 3/18/02 agenda | 0.10 |
| Mar-18-02 RSM | *Committee Matters and Creditor Meetings* - Confer with T. Tacconelli re: scheduling matters | 0.30 |
| Mar-18-02 JCP | *Litigation/Fraudulent Conveyance* - assist with preparations for e-filing adversary proceedings | 0.90 |
| Mar-18-02 RSM | *Litigation/Fraudulent Conveyance* - Confer with T. Tacconelli re: filing Fraudulent Transfer Complaint | 0.30 |
| Mar-18-02 RSM | *Litigation/Fraudulent Conveyance* - Teleconference with Mr. Turkin re: Fraudulent Transfer Complaint | 0.10 |
| Mar-18-02 RSM | *Litigation/Fraudulent Conveyance* - Prepare Fraudulent Transfer Complaint | 0.70 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Confer with M. Joseph re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Confer with paralegal re: preparation of Summons | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with M. Zaleski re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with M. Zaleski, Esquire re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review correspondence for e-mail from R. Turken re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Confer with paralegal re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Confer with R. Miller re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Sealed Air Complaint | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Fresenius Complaint | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Sealed Air Complaint | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Fraudulent Transfer litigation | 0.10 |
| Mar-18-02 TJT | *Litigation/Fraudulent Conveyance* - Review Sealed Air Complaint | 0.50 |

| | | | |
|---|---|---|---|
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - Review Fresenius Complaint | 0.50 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - File and serve Sealed Air Complaint | 0.50 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - File and serve Fresenius Complaint | 0.50 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - Teleconference with opposing attorney (Sudell) re: Fresenius Complaint | 0.10 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from T. Swett re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to L. LeClair re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to T. Swett re: Fraudulent Transfer Complaints | 0.10 |
| Mar-18-02LLC | *Litigation/Fraudulent Conveyance* - Prepare summons and notice for adversary actions | 0.80 |
| Mar-18-02LLC | *Litigation/Fraudulent Conveyance* - Calls to Division of Corporations re: registered agents of defendants | 0.40 |
| Mar-18-02LLC | *Litigation/Fraudulent Conveyance* - Review and research NY Secretary of State web page re: registered agent of defendant | 0.30 |
| Mar-18-02LLC | *Litigation/Fraudulent Conveyance* - Revise and finalize summons and notices for e-filing | 0.60 |
| Mar-18-02LLC | *Litigation/Fraudulent Conveyance* - Revise and finalize complaints for e-filing | 0.50 |
| Mar-18-02TJT | *Preparation for and Attendance at Hearings* - Attend Bankruptcy Court | 3.50 |
| Mar-19-02LLC | *Case Administration* - Review and update service list | 0.30 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to L. LeClair re: Fraudulent Transfer Complaints | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from T. Swett re: Fraudulent Transfer Complaints | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to D. Rosenbloom re: Fresenius Complaint | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to D. Swett re: Fraudulent Transfer Complaints | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Review pleading re: United States Notice of Interest in Fraudulent Conveyance Proceedings | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Fraudulent Transfer Complaints | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from L. LeClair re: Service of Fraudulent Transfer Complaints | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Telephone call to M. Chehi re: service of Sealed Air Complaint | 0.10 |
| Mar-19-02TJT | *Litigation/Fraudulent Conveyance* - Prepare e-mail to Litigation Group re: United States Notice of Interest in Fraudulent Conveyance Proceedings | 0.10 |

| | | |
|---|---|---|
| Mar-19-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from J. Sakalo re: United States Notice of Interest in Fraudulent Conveyance Proceedings | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Confer with paralegal re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Review docket re: certificate of counsel re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Review e-mail from J. Sakalo re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 TJT | *Retention of Professionals* - Review certification of counsel re: Hilsoft Retention Order | 0.10 |
| Mar-19-02 LLC | *Retention of Professionals* - Revise and finalize Certificate of Counsel re: 1638 and Certificate of Service | 0.20 |
| Mar-19-02 LLC | *Retention of Professionals* - Review docket re: objections to 1638 | 0.20 |
| Mar-19-02 LLC | *Retention of Professionals* - E-file and prepare for Service Certificate of Counsel re: 1638 | 0.30 |
| Mar-19-02 RSM | Litigation (Non-bankruptcy/General) - Confer with T. Tacconelli re: hearing | 0.30 |
| Mar-20-02 TJT | *Compensation of Professionals* - Review docket re: CNO for CDG's Novemeber 2001/ December 2001 Fee Application | 0.10 |
| Mar-20-02 TJT | *Compensation of Professionals* - Review Certificate of No Objection re: CDG's November 2001/December 2001 Fee Application | 0.10 |
| Mar-20-02 TJT | *Compensation of Professionals* - Prepare letter to G. Boyer re: CNO for CDG's November 2001/December 2001 Fee Application | 0.10 |
| Mar-20-02 TJT | *Compensation of Professionals* - Review e-mail from L. Flores re: Bilzin's Seventh Interim Fee Application | 0.10 |
| Mar-20-02 TJT | *Compensation of Professionals* - Confer with paralegal re: Bilzin's Seventh Interim Fee Application | 0.10 |
| Mar-20-02 LLC | *Compensation of Professionals* - Prepare CNO re: docket no. 1718 and Certificate of Service | 0.30 |
| Mar-20-02 LLC | *Compensation of Professionals* - E-file and serve CNO re: docket no. 1718 and Certificate of Service | 0.60 |
| Mar-20-02 LLC | *Compensation of Professionals* - Review and finalize Bilzin 7th Fee Application | 0.80 |
| Mar-20-02 LLC | *Compensation of Professionals* - Call to L. Flores re: Bilzin 7th Fee Application | 0.10 |
| Mar-20-02 LLC | *Compensation of Professionals* - Draft Certificate of Service re: 7th Bilzin Fee Application | 0.10 |
| Mar-20-02 LLC | *Compensation of Professionals* - E-file and serve Bilzin 7th Fee Application | 0.70 |
| Mar-20-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from M. Widom re: teleconference for Litigation Group | 0.10 |
| Mar-20-02 TJT | *Litigation/Fraudulent Conveyance* - Review e-mail from S. Baena re: United States Notice of Interest in Fraudulent Conveyance Proceedings | 0.10 |

| | | |
|---|---|---|
| Mar-20-02TJT | *Litigation/Fraudulent Conveyance* - Teleconference with M. Zaleski re: Notices of Withdrawal of Reference | 0.10 |
| Mar-20-02TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Notices of Withdrawal of Reference | 0.10 |
| Mar-20-02TJT | *Litigation/Fraudulent Conveyance* - Teleconference with M. Zaleski re: Notices of Withdrawal of Reference | 0.10 |
| Mar-20-02TJT | *Litigation/Fraudulent Conveyance* - Review correspondence re: e-mail from M. Zaleski re: Notices of Withdrawal of Reference | 0.10 |
| Mar-20-02TJT | *Litigation/Fraudulent Conveyance* - Review Notices fo Withdrawal of Reference | 0.10 |
| Mar-20-02TJT | *Retention of Professionals* - Prepare letter to J. Sakalo re: certification of Counsel re: Hilsoft Retention Order | 0.10 |
| Mar-21-02TJT | *Case Administration* - Review letter from T. Sobol to Judge Fitzgerald dated 3/18/02 | 0.10 |
| Mar-21-02LLC | *Case Administration* - E-mail pleadings to R. Bello at Bankruptcy Court | 0.30 |
| Mar-21-02LLC | *Case Administration* - Review amended admin. order and case mangement order | 0.50 |
| Mar-21-02RSM | *Committee Matters and Creditor Meetings* - Attend Committee Teleconference | 0.60 |
| Mar-21-02TJT | *Committee Matters and Creditor Meetings* - Teleconference with Committee | 1.20 |
| Mar-21-02TJT | *Compensation of Professionals* - Prepare letter to J. Sakalo re: Bilzin Sumberg Seventh Interim Fee Application | 0.10 |
| Mar-21-02TJT | *Litigation/Fraudulent Conveyance* - Review correspondence re: e-mail from L. LeClair re: discovery | 0.10 |
| Mar-22-02TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo re: revised Proof of Claim form | 0.10 |
| Mar-22-02TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: revised PD Proof of Claim form | 0.10 |
| Mar-22-02TJT | *Asbestos: Claims Litigation* - Prepare e-mail to J. Sakalo re: revised PD Proof of Claim form | 0.10 |
| Mar-23-02TJT | *Case Administration* - Review Stipulation to Allow Class Proof of Claim in Owens Corning | 0.10 |
| Mar-23-02TJT | *Case Administration* - Prepare e-mail to J. Sakalo re: Stipulation in Owens Corning Allowing a Class Proof of Claim | 0.10 |
| Mar-23-02TJT | *Case Administration* - Scan Owens Corning Stipulation and send to J. Sakalo | 0.20 |
| Mar-25-02TJT | *Asbestos: Claims Litigation* - Review e-mail from J. Sakalo re: revised PD Proof of Claim form | 0.10 |
| Mar-25-02TJT | *Case Administration* - Review pleading re: K&E's January 2002 Fee Application | 0.20 |
| Mar-25-02TJT | *Case Administration* - Review Monthly Operating Report for January 2002 | 0.20 |
| Mar-25-02TJT | *Case Administration* - Review Certification of Counsel re: Docket No. 1475 | 0.10 |
| Mar-25-02TJT | *Case Administration* - Review Certification of Counsel re: Docket No. 1674 | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Mar-25-02 TJT | *Case Administration* - Review Certification of Counsel re: Docket No. 1554 | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: FTI Policano January 2002 Fee Application | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: Stroock Stroock January 2002 Fee Application | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: Holme Robert January 2002 Fee Application | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: Casner Edwards January 2002 Fee Application | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: Order Transferring Certain Asbestos Case Matters to Judge Wollin | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Review pleading re: Blackstone Group's 2002 Fee Application | 0.10 |
| Mar-25-02 TJT | *Case Administration* - Teleconference with D. Brown re: transcript for 3/18/02 hearing | 0.20 |
| Mar-26-02 TJT | *Case Administration* - Review proposed Order re: Establishment of Case Management Procedures and Hearing Schedule | 0.20 |
| Mar-26-02 TJT | *Case Administration* - Review proposed Order re: Amendment to Administrative Order re: Fee Applications | 0.20 |
| Mar-26-02 TJT | *Case Administration* - Prepare e-mail to paralegal re: Proposed Amendments to Administrative Order re: Fee Applications | 0.10 |
| Mar-26-02 TJT | *Case Administration* - Prepare e-mail to J. Sakalo re: Proposed Order Establishing Case Management Procedures and Hearing Schedule | 0.10 |
| Mar-26-02 TJT | *Case Administration* - Review transcript of 3/18/02 hearing | 0.30 |
| Mar-26-02 TJT | *Case Administration* - Prepare e-mail to J. Sakalo re: 3/18/02 hearing transcript | 0.10 |
| Mar-27-02 TJT | *Committee Matters and Creditor Meetings* - Review e-mail re: Committee telephone conference | 0.10 |
| Mar-28-02 TJT | *Litigation/Fraudulent Conveyance* - Retrieve voice mail message from W. Sudell re: Answer to Fraudulent Transfer Complaint | 0.10 |
| Mar-28-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with M. Zaleski re: Answers to Fraudulent Transfer Complaints | 0.10 |
| Mar-28-02 TJT | *Litigation/Fraudulent Conveyance* - Teleconference with J. Sakalo re: Answers to Fraudulent Transfer Complaints | 0.10 |
| Mar-28-02 TJT | *Litigation/Fraudulent Conveyance* - Return call to W. Sudell re: Answer to Fraudulent Transfer Complaint | 0.10 |
| Mar-29-02 TJT | *Case Administration* - Review e-mail from D. Carickhoff re: Administrative Fee Order | 0.10 |

| SUMMARY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Jason C. Powell | $140.00 | 0.90 | $126.00 |
| Rick S. Miller | $175.00 | 5.60 | $980.00 |
| Theodore J. Tacconelli | $200.00 | 34.90 | $6,980.00 |
| Legal Assistant - LLC | $80.00 | 16.90 | $1,352.00 |
| **Totals** | | **58.30** | **$9,438.00** |

DISBURSEMENTS:

| Date | Description | Amount |
|---|---|---|
| Mar-01-02 | Cost Advance - Reliable Copy Service | 1,208.95 |
| Mar-01-02 | Cost Advance - Reliable Copy Service | 27.65 |
| Mar-01-02 | Cost Advance - Reliable Copy Service | 858.66 |
| Mar-05-02 | Cost Advance - Federal Express | 20.67 |
| Mar-05-02 | Cost Advance - Writer's Cramp Inc. | 670.00 |
| Mar-07-02 | Cost Advance - Copying cost (528 @ .15) | 79.20 |
| Mar-07-02 | Cost Advance - Postage (9 @ 1.49) | 13.41 |
| Mar-08-02 | Cost Advance - Fax to D. Bernick, Esq./ J.Kapp, Esq. | 25.00 |
| Mar-11-02 | Cost Advance - Reliable Copy Service | 183.86 |
| Mar-12-02 | Cost Advance - Federal Express | 22.50 |
| Mar-13-02 | Cost Advance - Fax to S. Baena, Esq. | 9.00 |
| Mar-13-02 | Cost Advance - Fax to S. Baena, Esq. | 9.00 |
| Mar-14-02 | Cost Advance - Copying cost (1647 @ .15) | 247.05 |
| Mar-15-02 | Cost Advance - Parcel's, Inc. | 170.00 |
| Mar-15-02 | Cost Advance - Working meal (TJT) | 6.65 |
| Mar-18-02 | Cost Advance - Fax to W. Sudell, Jr., Esq. | 24.00 |
| Mar-18-02 | Cost Advance - Fax to H.Wasserstein, Esq. | 25.00 |
| Mar-18-02 | Cost Advance - Fax to D. Rosenbloom, Esq. | 24.00 |
| Mar-19-02 | Cost Advance - Fax to J. Sakalo, Esq. | 4.00 |
| Mar-19-02 | Cost Advance - Parcel's, Inc. | 145.00 |
| Mar-19-02 | Cost Advance - Parcel's, Inc. | 1,099.90 |
| Mar-19-02 | Cost Advance - Virtual Docket | 27.75 |
| Mar-19-02 | Cost Advance - Virtual Docket | 16.80 |
| Mar-20-02 | Cost Advance - Copying cost (84 @ .15) | 12.60 |
| Mar-20-02 | Cost Advance - Postage (8 @ .57) | 4.56 |
| Mar-20-02 | Cost Advance - Copying cost (765 @ .15) | 114.75 |
| Mar-20-02 | Cost Advance - Postage (8 @ 2.18) | 17.44 |
| Mar-26-02 | Cost Advance - Federal Express | 29.00 |
| Mar-26-02 | Cost Advance - Federal Express | 213.68 |
| Mar-28-02 | Cost Advance - Transcript Plus | 760.00 |
| | **Totals** | **$6,070.08** |

**TOTAL FEE & DISBURSEMENTS**     **$15,508.08**

**BALANCE NOW DUE**     **$15,508.08**