IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2002 MAY 20 A 11:10

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 (JFK) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## JOINDER OF JAN HUNTER TO MOTION TO STRIKE PROOFS OF CLAIM AND RESPONSE TO DEBTORS' PROPOSED ORDER SETTING INITIAL SCHEDULE FOR LITIGATION CONCERNING ZONOLITE ATTIC INSULATION PRODUCT RISK

Jan Hunter, by and through the undersigned counsel, hereby files and joins in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk" filed with the Bankruptcy Court on behalf of Marco Barbanti, Ralph Busch, John and Margery Prebil and Paul Price.

WHEREFORE, Jan Hunter joins in the "Motion to Strike Proofs of Claim and Response to Debtors' proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk" and respectfully requests this Court to deny Grace's Order Setting Initial Scheduling for Litigation Concerning Alleged Zonolite Attic Insulation Product Risk.

Dated:    May 14, 2002

Respectfully submitted,

GOLDENBERG, MILLER,
HELLER & ANTOGNOLI, P.C.

By: *Elizabeth V. Heller*

Mark C. Goldenberg
Elizabeth V. Heller
2227 South State Route 157, P.O. Box 959
Edwardsville, IL 62025
Tel: (618) 656-5150
Fax: (618) 656-6230

John J. Stoia
Timothy B. Blood
**MILBERG WEISS BERSHAD
 HYNES & LERACH LLP**
600 West Broadway
1800 One America Plaza
San Diego CA 92101-3356
Tel: (619) 231-1058
Fax: (619) 231-7423

Christopher A. Seeger
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
Tel: (212) 584-0700
Fax: (212) 584-0799

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleadings on behalf of plaintiff was served upon the following attorney(s) of record, by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U. S. Post Office mail box in Edwardsville, Illinois on this ___14th___ day of May, 2002, to:

Deborah G. Solmor, Esq.
Arthur H. Aizley
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

James H. Ferrick III, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

David M. Bernick
James H.M. Sprayregen
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

James J. Restivo, Jr.
Paul M. Singer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Laura Davis Jones
David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899

*Elizabeth Heller* (signature)