IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ( |
| | ( |
| W.R. Grace & Co. *et al.* | ( |
| | ( Bankruptcy No. 01-1139 |
| | ( |
| Debtor(s) | ( Chapter 11 |
| | ( |
| | ( |
| Paul Price | ( |
| | ( Related to NIBS dkt. #148 |
| Movant(s) | (            ECF  dkt. #149 |
| | ( |
| v. | ( |
| | ( |
| W. R. Grace & Co. *et al.* | ( |
| | ( |
| Respondent(s) | ( |
| | ( |

**ORDER CONFIRMING ORAL ORDER OF MAY 3, 2001,
DENYING MOTION FOR RELIEF FROM STAY FILED ON BEHALF
OF PAUL PRICE**

AND NOW, this ___23___ day of ___May___, 2002,

**WHEREAS** this motion was heard and denied on May 3, 2001, but no written order was issued;

**WHEREAS** to clarify the docket a written order is necessary; it is therefore

**ORDERED** that the motion filed on behalf of Paul Price for relief from stay is **DENIED** for reasons expressed on the record on May 3, 2001.

Counsel for movant shall immediately serve a copy of this order on all parties in interest who have not received electronic notification and the U.S. Trustee and shall file a

1

certificate of service forthwith.

                                           */s/ Judith K. Fitzgerald*
                                           Judith K. Fitzgerald
                                           United States Bankruptcy Judge

cc:    Elizabeth J. Cabraser, Esquire
        Lieff, Cabraser, Heimann & Bernstein, LLP
        Embacadero Center West, 30th Floor
        275 Battery Street
        San Francisco, CA 94111

        Thomas M. Sobol, Esquire
        Lieff, Cabraser, Heimann & Bernstein, LLP
        214 Union Wharf
        Boston, MA 02109-1216

**MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER ON ALL PARTIES IN INTEREST AND FILE PROOF OF SERVICE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TEN (10) DAYS HEREOF**