**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2002 through March 31, 2002**

**Summary of Services Rendered by Project Category**

| *Category Code* | *Category Description* | *Hours* |
|---|---|---|
| 1 | Review and analysis of Debtors' business and operations: | 0.0 |
| 2 | Analyzed, reviewed and monitored the Debtors' financial results and other relevant information: | 55.5 |
| 3 | Meetings and conference calls with the Debtors' management and financial advisor: | 3.5 |
| 4 | Review and analysis of asbestos related litigation, risk management and other legacy liabilities: | 0.0 |
| 5 | Meetings and discussions with the Committee and/or its Counsel: | 86.5 |
| 6 | Review of acquisitions proposed by the Debtor: | 23.0 |
| 7 | Reviewed Debtors' employee retention and incentive plans: | 21.5 |
| 8 | Investigation of asset divestitures / Fraudulent conveyance : | 508.5 |
| 9 | Planning, preparation and organization: | 0.0 |
| 10 | Fee application and statements: | 16.0 |
| 11 | Other: | 20.5 |
| | **TOTAL** | **735.0** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2002 through March 31, 2002**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 16.5 |
| Gregory Boyer, Managing Director | 101.0 |
| Brian Fox, Managing Director | 28.0 |
| Bradley Aitken, Associate | 47.5 |
| Daniel Katz, Associate | 99.5 |
| Stephanie Jones, Associate | 437.5 |
| Scott Sturdivant, Analyst | 5.0 |
| **TOTAL** | **735.0** |

*Bankruptcy Time Reporting Log*

Client Name:  WR Grace
Professional: All
Date:         **For the Period of January 1, 2002 through March 31, 2002**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Dan Katz | 01/02/02 | 2 | 0.5 | Conversation with GB re: report on operating results and case status |
| WR Grace | Dan Katz | 01/02/02 | 2 | 1.0 | Completed presentation on financial results for Committee. |
| WR Grace | Gregory Boyer | 01/02/02 | 2 | 0.5 | Conversation with DK re: report on operating results |
| WR Grace | Gregory Boyer | 01/02/02 | 8 | 0.5 | Conversation with SJ re: fraudulent conveyance action |
| WR Grace | Gregory Boyer | 01/02/02 | 2 | 1.0 | Review report on operating results and case status |
| WR Grace | Stephanie Jones | 01/02/02 | 8 | 0.5 | Conversation with GB re: fraudulent conveyance action |
| WR Grace | Stephanie Jones | 01/02/02 | 8 | 10.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/03/02 | 8 | 12.0 | Researched financial info and composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/04/02 | 8 | 11.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/05/02 | 8 | 11.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Scott Sturdivant | 01/07/02 | 8 | 5.0 | Review and revise charts in report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/10/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 01/10/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 01/10/02 | 5 | 2.0 | Prepare and review information requested by a committee member and send information to the committee member |
| WR Grace | Gregory Boyer | 01/10/02 | 5 | 0.5 | Review correspondence from counsel re: critical date |
| WR Grace | Gregory Boyer | 01/10/02 | 5 | 0.5 | Review information requested by Committee member |
| WR Grace | Gregory Boyer | 01/10/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Gregory Boyer | 01/10/02 | 8 | 1.5 | Review draft report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/11/02 | 8 | 0.5 | Discussion with GB regarding historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/11/02 | 8 | 0.5 | Discussion with BF regarding historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/11/02 | 5 | 1.0 | Call with SJ and committee counsel (J. Sakalo) re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/11/02 | 5 | 1.0 | Call with GB and committee counsel (J. Sakalo) re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/11/02 | 5 | 9.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/14/02 | 8 | 1.0 | Review report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/14/02 | 8 | 9.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/15/02 | 8 | 0.5 | Meeting with SJ to discuss revisions to report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/15/02 | 8 | 1.0 | Meeting with SJ to discuss report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/15/02 | 8 | 0.5 | Meeting with BF to discuss revisions to report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/15/02 | 8 | 1.0 | Meeting with BF to discuss report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/15/02 | 8 | 9.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/16/02 | 8 | 6.5 | Research re: historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/17/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 01/17/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 01/17/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 01/17/02 | 8 | 11.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/18/02 | 8 | 0.5 | Discussion with SJ regarding historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/18/02 | 8 | 0.5 | Discussion with BF regarding historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/18/02 | 8 | 9.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/21/02 | 5 | 0.5 | Review correspondence from counsel re: fraudulent conveyance and discussed with MG |
| WR Grace | Michael Gries | 01/21/02 | 5 | 0.5 | Review correspondence from counsel re: fraudulent conveyance and discussed with GB |
| WR Grace | Dan Katz | 01/22/02 | 6 | 1.0 | Conference call with GB and Company to discuss Project Blueberry |
| WR Grace | Dan Katz | 01/22/02 | 6 | 3.0 | Reviewed potential acquisition of Blueberry |
| WR Grace | Gregory Boyer | 01/22/02 | 5 | 0.5 | Review correspondence from counsel re: fraudulent conveyance and discussed with MG |
| WR Grace | Gregory Boyer | 01/22/02 | 6 | 1.0 | Conference call with DK and Company to discuss Project Blueberry |
| WR Grace | Gregory Boyer | 01/22/02 | 6 | 2.5 | Review presentation from Debtors concerning potential acquisition |
| WR Grace | Michael Gries | 01/22/02 | 5 | 0.5 | Review correspondence from counsel re: fraudulent conveyance and discussed with GB |
| WR Grace | Stephanie Jones | 01/22/02 | 8 | 8.5 | Composed report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 01/23/02 | 6 | 0.5 | Review memo to the committee re: potential acquisition |
| WR Grace | Dan Katz | 01/23/02 | 3 | 1.5 | Conference call with Grace re: potential acquisition |
| WR Grace | Dan Katz | 01/23/02 | 6 | 4.5 | Reviewed presentation and financial model of Project Blueberry |
| WR Grace | Gregory Boyer | 01/23/02 | 3 | 1.5 | Conference call with Grace re: potential acquisition |
| WR Grace | Gregory Boyer | 01/23/02 | 6 | 2.0 | Prepare and review memo to the committee re: potential acquisition |
| WR Grace | Gregory Boyer | 01/23/02 | 6 | 2.5 | Preparation for call with Grace and Blackstone re: potential acquisition |
| WR Grace | Michael Gries | 01/23/02 | 6 | 1.0 | Review memo to the committee re: potential acquisition |
| WR Grace | Stephanie Jones | 01/23/02 | 8 | 9.0 | Composed report on historical asset divestiture #2 |

## *Bankruptcy Time Reporting Log*

Client Name: WR Grace
Professional: All
Date: **For the Period of January 1, 2002 through March 31, 2002**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Dan Katz | 01/24/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 01/24/02 | 6 | 4.0 | Prepared presentation to Committee re: Project Blueberry |
| WR Grace | Gregory Boyer | 01/24/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 01/24/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 01/24/02 | 8 | 9.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/25/02 | 8 | 10.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/28/02 | 5 | 1.0 | Preparation for meeting in Delaware to discuss fraudulent conveyance |
| WR Grace | Gregory Boyer | 01/28/02 | 8 | 3.0 | Review public filings and various CDG analysis on historical divestitures |
| WR Grace | Stephanie Jones | 01/28/02 | 8 | 12.5 | Valuation research re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/29/02 | 5 | 0.5 | Calls to SJ re: information request of committee counsel (J. Sakalo) |
| WR Grace | Gregory Boyer | 01/29/02 | 5 | 8.0 | Meeting in Delaware with counsel to discuss fraudulent conveyances; attendance at court hearings |
| WR Grace | Michael Gries | 01/29/02 | 5 | 8.0 | Meeting in Delaware with counsel to discuss fraudulent conveyances; attendance at court hearings |
| WR Grace | Stephanie Jones | 01/29/02 | 5 | 0.5 | Calls from GB re: information request of committee counsel (J. Sakalo) |
| WR Grace | Stephanie Jones | 01/29/02 | 8 | 1.0 | Compile information/documents and forward to committee counsel (J. Sakalo) |
| WR Grace | Stephanie Jones | 01/29/02 | 8 | 6.0 | Valuation research re: historical asset divestiture #2 |
| WR Grace | Dan Katz | 01/30/02 | 11 | 0.5 | Discussion with GB and SJ re: omnibus hearing |
| WR Grace | Gregory Boyer | 01/30/02 | 11 | 0.5 | Discussion with DK and SJ re: omnibus hearing |
| WR Grace | Gregory Boyer | 01/30/02 | 8 | 3.0 | Draft and review CDG report on the 2nd historical asset divestiture |
| WR Grace | Stephanie Jones | 01/30/02 | 11 | 0.5 | Discussion with GB and DK re: omnibus hearing |
| WR Grace | Stephanie Jones | 01/30/02 | 8 | 7.0 | Valuation research and draft report re: historical asset divestiture #2 |
| WR Grace | Dan Katz | 01/31/02 | 2 | 1.0 | Reviewed year-end press release and analyzed results. |
| WR Grace | Dan Katz | 01/31/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 01/31/02 | 8 | 1.5 | Reviewed fraudulent transfer presentation and prepared info request list. |
| WR Grace | Gregory Boyer | 01/31/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Gregory Boyer | 01/31/02 | 8 | 1.5 | Discussions with SJ re: report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 01/31/02 | 8 | 3.0 | Draft and review CDG report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/31/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 01/31/02 | 8 | 1.5 | Discussions with GB re: report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 01/31/02 | 8 | 10.0 | Composed report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/01/02 | 8 | 0.5 | Review information request list for fraudulent conveyance with GB |
| WR Grace | Dan Katz | 02/01/02 | 2 | 1.0 | Reviewed year-end press release and analyzed results |
| WR Grace | Gregory Boyer | 02/01/02 | 8 | 0.5 | Review information request list for fraudulent conveyance with DK |
| WR Grace | Dan Katz | 02/01/02 | 8 | 1.5 | Draft and review information request with GB for fraudulent conveyance action |
| WR Grace | Gregory Boyer | 02/01/02 | 8 | 1.5 | Draft and review information request with DK for fraudulent conveyance action |
| WR Grace | Stephanie Jones | 02/01/02 | 8 | 8.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/04/02 | 8 | 0.5 | Meeting with SJ to discuss information request list |
| WR Grace | Stephanie Jones | 02/04/02 | 8 | 0.5 | Meeting with GB to discuss information request list |
| WR Grace | Stephanie Jones | 02/04/02 | 8 | 2.0 | Compose information request list |
| WR Grace | Stephanie Jones | 02/04/02 | 8 | 6.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 02/05/02 | 8 | 7.5 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 02/06/02 | 8 | 8.0 | Research and revisions to report re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/07/02 | 5 | 1.5 | Committee Conference call and follow-up meeting with SJ |
| WR Grace | Gregory Boyer | 02/07/02 | 8 | 5.0 | Draft and review CDG report on the 2nd historical asset divestiture |
| WR Grace | Stephanie Jones | 02/07/02 | 5 | 1.5 | Committee Conference call and follow-up meeting with GB |
| WR Grace | Stephanie Jones | 02/07/02 | 8 | 8.5 | Research and revisions to report re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/08/02 | 2 | 2.0 | Review year end operating results and compare the results to Management's projections |
| WR Grace | Gregory Boyer | 02/08/02 | 8 | 6.0 | Draft and review CDG report on the 2nd historical asset divestiture |
| WR Grace | Stephanie Jones | 02/08/02 | 8 | 9.5 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/11/02 | 2 | 1.0 | Conference call with GB and management re: year end financials |
| WR Grace | Gregory Boyer | 02/11/02 | 2 | 1.0 | Conference call with DK and management re: year end financials |
| WR Grace | Gregory Boyer | 02/11/02 | 8 | 1.0 | Mtgs w/ SJ to discuss information request and presentation changes |
| WR Grace | Stephanie Jones | 02/11/02 | 8 | 1.0 | Mtgs w/ GB to discuss information request and presentation changes |
| WR Grace | Stephanie Jones | 02/12/02 | 8 | 9.5 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/13/02 | 5 | 0.5 | Look up date of CDG retention and report to counsel per counsel's request |
| WR Grace | Dan Katz | 02/13/02 | 2 | 5.0 | Prepared presentation on year-end financial results. |

***Bankruptcy Time Reporting Log***

Client Name: WR Grace
Professional: All
Date: **For the Period of January 1, 2002 through March 31, 2002**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 02/13/02 | 8 | 1.0 | Discussions with SJ re: revisions to report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 02/13/02 | 8 | 1.0 | Discussions with GB re: revisions to report on historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 02/13/02 | 8 | 10.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 02/14/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 02/14/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 02/14/02 | 2 | 3.5 | Prepared presentation on year-end financial results. |
| WR Grace | Gregory Boyer | 02/14/02 | 8 | 0.5 | Review information on the fraudulent transfer litigation in the B&W case |
| WR Grace | Gregory Boyer | 02/14/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Gregory Boyer | 02/14/02 | 11 | 3.0 | Review the debtors' paper concerning case management order |
| WR Grace | Stephanie Jones | 02/14/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Brian Fox | 02/15/02 | 8 | 0.5 | Meeting with GB and SJ re: historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/15/02 | 2 | 3.0 | Prepared presentation on year-end financial results. |
| WR Grace | Gregory Boyer | 02/15/02 | 8 | 0.5 | Meeting with SJ and BF re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/15/02 | 11 | 1.5 | Review transcript from the Debtors' last hearing and distribute to MG, BF, DK, and SJ |
| WR Grace | Stephanie Jones | 02/15/02 | 8 | 0.5 | Meeting with GB and BF re: historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/18/02 | 8 | 1.0 | Review and revise presentation and analysis of the 2nd divestiture by the debtors |
| WR Grace | Stephanie Jones | 02/18/02 | 8 | 7.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/19/02 | 2 | 1.0 | Discussion with GB re: presentation on year-end financial results. |
| WR Grace | Dan Katz | 02/19/02 | 2 | 2.0 | Reviewed presentation on year-end financial results. |
| WR Grace | Dan Katz | 02/19/02 | 10 | 3.0 | Prepared fee application. |
| WR Grace | Stephanie Jones | 02/19/02 | 8 | 8.5 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/20/02 | 10 | 2.0 | Prepared fee application. |
| WR Grace | Gregory Boyer | 02/20/02 | 2 | 1.0 | Discussion with DK re: presentation on year-end financial results. |
| WR Grace | Brian Fox | 02/21/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 02/21/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 02/21/02 | 2 | 2.5 | Prepared presentation on year-end financial results. |
| WR Grace | Dan Katz | 02/21/02 | 10 | 4.0 | Prepared fee application. |
| WR Grace | Gregory Boyer | 02/21/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 02/21/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 02/21/02 | 8 | 8.5 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Gregory Boyer | 02/22/02 | 6 | 0.5 | Review correspondence from Blackstone on potential acquisition |
| WR Grace | Stephanie Jones | 02/22/02 | 8 | 6.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/25/02 | 6 | 0.5 | Send information request to Blackstone concerning year-end results |
| WR Grace | Stephanie Jones | 02/25/02 | 8 | 5.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Dan Katz | 02/26/02 | 8 | 3.0 | Meeting with JS, GB, and SJ re: case status and strategy |
| WR Grace | Gregory Boyer | 02/26/02 | 8 | 3.0 | Meeting with JS, SJ, and DK re: case status and strategy |
| WR Grace | Stephanie Jones | 02/26/02 | 8 | 3.0 | Meeting with JS, GB, and DK re: case status and strategy |
| WR Grace | Stephanie Jones | 02/26/02 | 8 | 5.5 | Conduct research and revise presentation re: historical asset divestiture #2 |
| WR Grace | Stephanie Jones | 02/27/02 | 8 | 4.0 | Revisions to report on historical asset divestiture #2 |
| WR Grace | Brian Fox | 02/28/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Dan Katz | 02/28/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Stephanie Jones | 02/28/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Gregory Boyer | 03/01/02 | 3 | 0.5 | Conversation with Blackstone re: meeting with management concerning FY 2002 projections and incentive plan |
| WR Grace | Gregory Boyer | 03/04/02 | 5 | 0.5 | Conference call with Counsel re: solvency opinion prepared for the SA transaction |
| WR Grace | Gregory Boyer | 03/04/02 | 8 | 2.0 | Review solvency opinion done for the SA transaction |
| WR Grace | Gregory Boyer | 03/04/02 | 2 | 2.5 | Review the operating plan for FY 2002 |
| WR Grace | Stephanie Jones | 03/04/02 | 8 | 4.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Gregory Boyer | 03/05/02 | 8 | 1.5 | Review fairness opinions on SA |
| WR Grace | Gregory Boyer | 03/05/02 | 8 | 2.5 | Review asbestos claims analysis done at the time of the SA transaction |
| WR Grace | Stephanie Jones | 03/05/02 | 8 | 9.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Dan Katz | 03/06/02 | 8 | 2.0 | Prepared historical claims information for PD committee |
| WR Grace | Stephanie Jones | 03/06/02 | 8 | 9.5 | Review closing binders for Sealed Air transaction |
| WR Grace | Gregory Boyer | 03/07/02 | 5 | 0.5 | Correspondence with JS re: asbestos information for Fran Rabinovitz |
| WR Grace | Gregory Boyer | 03/07/02 | 5 | 0.5 | Review correspondence concerning the committee conference call |
| WR Grace | Gregory Boyer | 03/07/02 | 8 | 2.5 | Review presentation on the 2nd divestiture |
| WR Grace | Stephanie Jones | 03/07/02 | 8 | 8.0 | Review closing binders for Sealed Air transaction |

***Bankruptcy Time Reporting Log***

Client Name: WR Grace
Professional: All
Date: **For the Period of January 1, 2002 through March 31, 2002**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Stephanie Jones | 03/08/02 | 8 | 7.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Dan Katz | 03/11/02 | 2 | 2.0 | Reviewed 2002 operating plan |
| WR Grace | Stephanie Jones | 03/11/02 | 8 | 8.5 | Review closing binders for Sealed Air transaction |
| WR Grace | Brian Fox | 03/12/02 | 2 | 5.0 | Meeting with Company re: 2002 operating plan and compensation plans |
| WR Grace | Brian Fox | 03/12/02 | 11 | 6.0 | Travel to and from meeting |
| WR Grace | Dan Katz | 03/12/02 | 2 | 5.0 | Meeting with Company re: 2002 operating plan and compensation plans |
| WR Grace | Dan Katz | 03/12/02 | 11 | 6.0 | Travel to and from meeting |
| WR Grace | Stephanie Jones | 03/12/02 | 8 | 8.5 | Review closing binders for Sealed Air transaction |
| WR Grace | Brian Fox | 03/13/02 | 2 | 0.5 | Traded phone call with GB concerning meeting with Management concerning projected FY 2002 and fraudulent conveyance |
| WR Grace | Brian Fox | 03/13/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Dan Katz | 03/13/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Gregory Boyer | 03/13/02 | 2 | 0.5 | Traded phone call with BF concerning meeting with Management concerning projected FY 2002 and fraudulent conveyance |
| WR Grace | Gregory Boyer | 03/13/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Michael Gries | 03/13/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Stephanie Jones | 03/13/02 | 2 | 2.0 | Review Grace year-end financials and compile data for CDG committee report |
| WR Grace | Stephanie Jones | 03/13/02 | 10 | 2.0 | Prepare fee application |
| WR Grace | Stephanie Jones | 03/13/02 | 8 | 7.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Brad Aitken | 03/14/02 | 8 | 0.5 | Call to JS with GB and SJ re: additional information request |
| WR Grace | Brad Aitken | 03/14/02 | 8 | 1.0 | Meeting with GB and SJ re: valuation analysis |
| WR Grace | Brad Aitken | 03/14/02 | 8 | 4.0 | Performed projections analysis for historical asset divestiture #1 |
| WR Grace | Dan Katz | 03/14/02 | 7 | 3.5 | Prepared memo on employee retention programs |
| WR Grace | Gregory Boyer | 03/14/02 | 8 | 0.5 | Call to JS with SJ and BA re: additional information request |
| WR Grace | Gregory Boyer | 03/14/02 | 8 | 1.0 | Meeting with SJ and BA re: valuation analysis |
| WR Grace | Stephanie Jones | 03/14/02 | 8 | 0.5 | Call to JS with GB and BA re: additional information request |
| WR Grace | Stephanie Jones | 03/14/02 | 8 | 1.0 | Meeting with GB and BA re: valuation analysis |
| WR Grace | Stephanie Jones | 03/14/02 | 8 | 6.5 | Review closing binders for Sealed Air transaction |
| WR Grace | Brian Fox | 03/15/02 | 8 | 0.5 | Meeting with MG and SJ re: fraudulent transfer precedents |
| WR Grace | Dan Katz | 03/15/02 | 7 | 3.0 | Reviewed and analyzed materials re: employee retention programs |
| WR Grace | Dan Katz | 03/15/02 | 7 | 7.5 | Prepared memo on employee retention programs |
| WR Grace | Michael Gries | 03/15/02 | 8 | 0.5 | Meeting with SJ and BF re: fraudulent transfer precedents |
| WR Grace | Stephanie Jones | 03/15/02 | 8 | 0.5 | Meeting with MG and BF re: fraudulent transfer precedents |
| WR Grace | Stephanie Jones | 03/15/02 | 8 | 3.0 | Research recent fraudulent transfer case (Babcock) |
| WR Grace | Stephanie Jones | 03/15/02 | 8 | 5.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Brad Aitken | 03/18/02 | 8 | 6.0 | Comparable trading valuation analysis for historical asset divestiture #1 |
| WR Grace | Brian Fox | 03/18/02 | 7 | 0.5 | Discussed employee retention memo with DK |
| WR Grace | Dan Katz | 03/18/02 | 7 | 0.5 | Discussed employee retention memo with BF |
| WR Grace | Stephanie Jones | 03/18/02 | 10 | 4.0 | Prepare fee application |
| WR Grace | Stephanie Jones | 03/18/02 | 8 | 5.0 | Review closing binders for Sealed Air transaction |
| WR Grace | Brad Aitken | 03/19/02 | 8 | 6.0 | Comparable trading valuation analysis for historical asset divestiture #1 |
| WR Grace | Dan Katz | 03/19/02 | 7 | 3.0 | Revised memo re: employee retention programs |
| WR Grace | Gregory Boyer | 03/19/02 | 7 | 0.5 | Review memo on management incentive and retention plans |
| WR Grace | Stephanie Jones | 03/19/02 | 8 | 2.5 | Review closing binders for Sealed Air transaction |
| WR Grace | Brad Aitken | 03/20/02 | 8 | 6.0 | Comparable trading valuation analysis for historical asset divestiture #1 |
| WR Grace | Brian Fox | 03/20/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Gregory Boyer | 03/20/02 | 8 | 0.5 | Conversation with MG re: fraudulent conveyance action |
| WR Grace | Gregory Boyer | 03/20/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Michael Gries | 03/20/02 | 8 | 0.5 | Conversation with GB re: fraudulent conveyance action |
| WR Grace | Michael Gries | 03/20/02 | 5 | 2.5 | Committee Conference call |
| WR Grace | Stephanie Jones | 03/20/02 | 8 | 7.0 | Review closing binders for NMC transaction |
| WR Grace | Brian Fox | 03/21/02 | 5 | 1.0 | Committee Conference call |
| WR Grace | Gregory Boyer | 03/21/02 | 5 | 0.5 | Call with JS re: call scheduled with the EPA |
| WR Grace | Gregory Boyer | 03/21/02 | 11 | 0.5 | Conversation with MG re: committee conference call and hearing earlier in the week |
| WR Grace | Gregory Boyer | 03/21/02 | 5 | 1.0 | Conference call with Counsel and the EPA |
| WR Grace | Gregory Boyer | 03/21/02 | 5 | 1.5 | Committee Conference call |
| WR Grace | Michael Gries | 03/21/02 | 11 | 0.5 | Conversation with GB re: committee conference call and hearing earlier in the week |

*Bankruptcy Time Reporting Log*

Client Name: WR Grace
Professional: All
Date: **For the Period of January 1, 2002 through March 31, 2002**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Stephanie Jones | 03/21/02 | 5 | 1.0 | Conference call with Counsel and the EPA |
| WR Grace | Stephanie Jones | 03/21/02 | 5 | 1.5 | Committee Conference call |
| WR Grace | Stephanie Jones | 03/21/02 | 11 | 1.5 | Compile documents for mailing to JS |
| WR Grace | Stephanie Jones | 03/21/02 | 8 | 7.0 | Review closing binders for NMC transaction |
| WR Grace | Stephanie Jones | 03/22/02 | 8 | 6.0 | Review transcript of Babcock & Wilcox case |
| WR Grace | Brad Aitken | 03/25/02 | 8 | 7.0 | Comparable trading valuation analysis for historical asset divestiture #1 |
| WR Grace | Dan Katz | 03/25/02 | 7 | 0.5 | Prepared list of open items and questions re: retention programs and sent to Blackstone |
| WR Grace | Dan Katz | 03/25/02 | 7 | 1.5 | Reviewed memo on employee retention programs |
| WR Grace | Brad Aitken | 03/26/02 | 8 | 7.0 | Comparable acquisition valuation analysis for historical asset divestiture #1 |
| WR Grace | Brad Aitken | 03/27/02 | 8 | 7.0 | Comparable acquisition valuation analysis for historical asset divestiture #1 |
| WR Grace | Gregory Boyer | 03/27/02 | 2 | 0.5 | Meeting with SJ re: financial results presentation |
| WR Grace | Stephanie Jones | 03/27/02 | 2 | 0.5 | Meeting with GB re: financial results presentation |
| WR Grace | Stephanie Jones | 03/27/02 | 2 | 4.0 | Comparable analysis related to benchmarking Grace's 2001 year-end results |
| WR Grace | Brad Aitken | 03/28/02 | 8 | 3.0 | Valuation Review with GB and SJ |
| WR Grace | Dan Katz | 03/28/02 | 7 | 1.0 | Revised memo re: employee retention programs and sent to counsel |
| WR Grace | Gregory Boyer | 03/28/02 | 8 | 3.0 | Valuation Review with BA and SJ |
| WR Grace | Stephanie Jones | 03/28/02 | 10 | 1.0 | Prepare fee application |
| WR Grace | Stephanie Jones | 03/28/02 | 8 | 3.0 | Valuation Review with GB and BA |
| WR Grace | Stephanie Jones | 03/28/02 | 2 | 6.0 | Comparable analysis related to benchmarking Grace's 2001 year-end results |

735.0  Total Hours