**Exhibit B**

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2002 through January 31, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| M. Gries | 0.00 | 0.00 | 472.73 | 0.00 | 0.00 | 0.00 | 472.73 |
| G. Boyer | 0.00 | 0.00 | 337.10 | 0.00 | 0.00 | 0.00 | 337.10 |
| S. Jones | 84.12 | 0.00 | 217.62 | 0.00 | 0.00 | 0.00 | 301.74 |
| D. Katz | 13.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 22.00 |
| S. Sturdivant | 22.89 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 25.89 |
| Total Individual | 120.01 | 0.00 | 1,039.45 | 0.00 | 0.00 | 0.00 | 1,159.46 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.39 | 264.39 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,981.71 | 1,981.71 |
| **Total** | **120.01** | **0.00** | **1,039.45** | **0.00** | **0.00** | **2,246.10** | **3,405.56** |

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of February 1, 2002 through February 28, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| S. Jones | 0.00 | 0.00 | 135.66 | 0.00 | 0.00 | 0.00 | 135.66 |
| D. Katz | 17.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 26.00 |
| Total Individual | 17.00 | 0.00 | 144.66 | 0.00 | 0.00 | 0.00 | 161.66 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.48 | 10.48 |
| **Total** | **17.00** | **0.00** | **144.66** | **0.00** | **0.00** | **10.48** | **172.14** |

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of March 1, 2002 through March 31, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 42.84 | 0.00 | 0.00 | 0.00 | 42.84 |
| B. Fox | 0.00 | 0.00 | 445.00 | 0.00 | 0.00 | 0.00 | 445.00 |
| B. Aitken | 0.00 | 0.00 | 40.94 | 0.00 | 0.00 | 0.00 | 40.94 |
| S. Jones | 0.00 | 0.00 | 26.38 | 0.00 | 0.00 | 0.00 | 26.38 |
| D. Katz | 8.00 | 0.00 | 403.74 | 0.00 | 0.00 | 0.00 | 411.74 |
| Total Individual | 8.00 | 0.00 | 958.90 | 0.00 | 0.00 | 0.00 | 966.90 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.55 | 59.55 |
| Administrative | 64.78 | 0.00 | 0.00 | 0.00 | 0.00 | 140.78 | 205.56 |
| **Total** | **72.78** | **0.00** | **958.90** | **0.00** | **0.00** | **200.33** | **1,232.01** |

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2002 through March 31, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| M. Gries | 0.00 | 0.00 | 472.73 | 0.00 | 0.00 | 0.00 | 472.73 |
| G. Boyer | 0.00 | 0.00 | 379.94 | 0.00 | 0.00 | 0.00 | 379.94 |
| B. Fox | 0.00 | 0.00 | 445.00 | 0.00 | 0.00 | 0.00 | 445.00 |
| B. Aitken | 0.00 | 0.00 | 40.94 | 0.00 | 0.00 | 0.00 | 40.94 |
| S. Jones | 84.12 | 0.00 | 379.66 | 0.00 | 0.00 | 0.00 | 463.78 |
| D. Katz | 38.00 | 0.00 | 421.74 | 0.00 | 0.00 | 0.00 | 459.74 |
| S. Sturdivant | 22.89 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 25.89 |
| Total Individual | 145.01 | 0.00 | 2,143.01 | 0.00 | 0.00 | 0.00 | 2,288.02 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 334.42 | 334.42 |
| Administrative | 64.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,122.49 | 2,187.27 |
| **Total** | **209.79** | **0.00** | **2,143.01** | **0.00** | **0.00** | **2,456.91** | **4,809.71** |