Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             02/28/02
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:        9


Costs and Expenses



            PREVIOUS BALANCE                           $11,706.58



02/01/02 Ikon Office Solutions - Photocopying, Envelopes,
         Mailing                                         246.30
02/01/02 Federal Express to Julie Davis on 1/23/02       13.86
02/05/02 FAX to Peter Van N. Lockwood - 4 pages           2.00
02/05/02 FAX to Douglas A. Campbell - 4 pages             2.00
02/05/02 FAX to Elyssa Strug - 4 pages                    2.00
02/06/02 Ikon Office Solutions - Photocopying, Envelopes,
         Mailing, Hand Deliveries                        230.95
02/07/02 Ikon Office Solutions - Photocopying             67.20
02/08/02 Federal Express to Larry Tersigni on 1/31/02     13.88
02/08/02 Photocopying - 3 copies of Status Report (4
         pages)                                            6.00
02/11/02 Parcels, Inc. - Delaware Document Retrieval on
         2/7/02                                           60.00
02/12/02 FAX to Peter Van N. Lockwood - 3 pages           1.50
02/12/02 FAX to Douglas A. Campbell - 3 pages             1.50
02/12/02 FAX to Elyssa Strug - 3 pages                    1.50
02/15/02 Ikon Office Solutions - Photocopying             91.70
02/15/02 Federal Express to Larry Tersigni on 2/7/02      17.10
02/15/02 Federal Express to Mark Peterson on 2/12/02      15.84
02/15/02 Federal Express to Larry Tersigni on 1/12/02     11.00
02/15/02 Federal Express to Rita Tobin on 2/12/02         11.00
02/16/02 AT&T Long Distance Phone Calls                   5.58
02/20/02 FAX to Peter Van N. Lockwood - 4 pages           2.00
02/20/02 FAX to Douglas A. Campbell - 4 pages             2.00
02/20/02 FAX to Elyssa Strug - 4 pages                    2.00
02/22/02 Federal Express to Philip Milch on 2/15/02      17.77
02/22/02 Ikon Office Solutions - Photocopying, Envelopes,
         Mailing, Hand Deliveries on 2/21/02             66.90
02/25/02 Fax to 16 Committee Members - 3 pages           24.00
02/25/02 Fax to 16 Committee Members - 11 pages          88.00

{D0001941:1 }

```
                                                        Page: 2
           W.R. Grace                                   02/28/02
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:        9
           Costs and Expenses


                                                        --------
           TOTAL EXPENSES                               1,003.58

           TOTAL CURRENT WORK                           1,003.58


02/07/02 Payment - Thank you. (10/01)(100%)              -3,455.88


           BALANCE DUE                                  $9,254.28
                                                        =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                   Page: 1
W.R. Grace                                        02/28/02
Wilmington  DE                         ACCOUNT NO: 3000-01D
                                       STATEMENT NO:       9

Asset Analysis and Recovery



       PREVIOUS BALANCE                         $1,927.50



                                          HOURS
02/05/02
     MGZ Telephone conference with J. Kapp re:
         Conference with Judge Wolin on Fraudulent
         Transfer Actions                  0.10     29.00

02/13/02
     MGZ Telephone conference with K. Keith re:
         Fraudulent Transfer Litigation    0.20     58.00

02/15/02
     DAC Review of fraudulent transfer decision in
         Babcock Wilcox case; discussion with
         counsel re: same                  2.00    700.00

02/26/02
     MGZ Review correspondence from N. Finch re:
         Pre-Trial Order for Fraud Transfer
         Litigation                        0.10     29.00
     MGZ Research and Review of Files re: same
                                           0.40    116.00
     MGZ Telephone conference with M. Eskin re:
         same                              0.10     29.00
     MGZ Review correspondence from and draft
         correspondence to M. Eskin re: same
                                           0.10     29.00
     MGZ Telephone conference with N. Finch re:
         same                              0.10     29.00
                                           ----   --------
         FOR CURRENT SERVICES RENDERED     3.10  1,019.00

                      RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell      2.00    $350.00    $700.00
     Matthew G. Zaleski       1.10     290.00     319.00
```

<pre>
                                                    Page: 2
        W.R. Grace                                02/28/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:        9
        Asset Analysis and Recovery




        TOTAL CURRENT WORK                          1,019.00



02/07/02 Payment - Thank you. (10/01)(80%)          -454.00


        BALANCE DUE                                $2,492.50
                                                   =========
</pre>

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      9

Asset Disposition



        PREVIOUS BALANCE                          $1,204.90



02/07/02 Payment - Thank you. (10/01)(80%)           -44.00


        BALANCE DUE                               $1,160.90
                                                  =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0001941:1 }

```
                      Campbell & Levine, LLC
                       1700 Grant Building
                       Pittsburgh, PA  15219
                         412-261-0310
```

```
                                               Page: 1
        W.R. Grace                             02/28/02
        Wilmington  DE              ACCOUNT NO: 3000-03D
                                   STATEMENT NO:       4

        Business Operations
```

```
        PREVIOUS BALANCE                             $55.00
```

```
                                         HOURS
02/01/02
     DAC Review Tersigni memo re: additional
         acquisition                      0.30   105.00

02/28/02
     PEM Review monthly operating report and
         compare with financial analysis and
         projections                      1.50   397.50
                                          ----   ------
         FOR CURRENT SERVICES RENDERED    1.80   502.50

                      RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Douglas A. Campbell            0.30   $350.00    $105.00
     Philip E. Milch                1.50    265.00     397.50


        TOTAL CURRENT WORK                            502.50


        BALANCE DUE                                  $557.50
                                                     =======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:        9


Case Administration



PREVIOUS BALANCE                              $14,213.20


                                      HOURS
02/01/02
     DAC Review 1/31 status report          0.30    105.00
     SLP Review pleadings and electronic filing
         notices for 1/30 and 1/31 (.5);
         preparation and distribution of daily
         memo (.3); docketing (.5)          1.30    117.00
     PEM Research re: Special Masters Issues (1/5
         of total time)                     0.90    238.50

02/02/02
     PJC Research re: the appointment of special
         masters in bankruptcy proceedings and
         cases (1/5 of total time)          0.80    120.00

02/04/02
     SLP Review pleadings and electronic filing
         notices (.1); preparation and
         distribution of daily memo (.1)     0.20     18.00
     MGZ Legal Research re: Use of Special Masters
         (1/5 of total time)                0.70    203.00

02/05/02
     PJC Research regarding permissive duties of
         an examiner (1/5 of total time)     0.20     30.00
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2);
         docketing (.2)                      0.70     63.00
     SDS Updated case summary binder re: revised
         calendar of deadlines              0.20     20.00
     MGZ Review PD Committee's Joinder in Zonolite
         Motion to Discuss Case             0.20     58.00

{D0001941:1}

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Legal Research re: Use of Special Masters (1/5 of total time) | 0.30 | 87.00 |

**02/06/02**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.1) | 0.60 | 54.00 |
|---|---|---|---|
| PEM | Continue research re: special master (1/5 of total time) | 0.50 | 132.50 |

**02/07/02**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.3) | 0.70 | 63.00 |
|---|---|---|---|

**02/08/02**

| MK | Distribution of status report and updating of attorneys case binders | 0.20 | 18.00 |
|---|---|---|---|
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |

**02/10/02**

| MK | In house filing misc. documents | 0.10 | 9.00 |
|---|---|---|---|

**02/11/02**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
|---|---|---|---|

**02/12/02**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|---|---|---|---|

**02/13/02**

| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.5) | 1.00 | 90.00 |
|---|---|---|---|
| MGZ | Review Debtors Renewed Motion for PI Bar Date | 0.30 | 87.00 |
| MGZ | Draft correspondence to and review | | |

```
                                                        Page: 3
        W.R. Grace                                     02/28/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        9
        Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| | correspondence from P. Lockwood re: same | 0.10 | 29.00 |
| **02/14/02** | | | |
| SLP | Docketing | 0.30 | 27.00 |
| **02/15/02** | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| **02/18/02** | | | |
| MGZ | Review Application to Engage Fee Examiner | 0.10 | 29.00 |
| MGZ | Review Debtors' Brief on Bar Date Issues | 0.50 | 145.00 |
| MK | Update attorneys case binders | 0.30 | 27.00 |
| **02/19/02** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.2) | 0.70 | 63.00 |
| **02/20/02** | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| MGZ | Review Debtors' Brief Regarding Bar Date and Class Notice | 0.10 | 29.00 |
| MGZ | Review Zonolite Plaintiffs' Informational Brief re: Class Proofs of Claim | 0.40 | 116.00 |
| **02/21/02** | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); review agenda for 2/25/02 hearing and prepare hearing notebook (1.2) | 1.70 | 153.00 |
| MK | Update service list | 0.20 | 18.00 |
| **02/25/02** | | | |
| SLP | Review pleadings and electronic filing notices for 2/21 and 2/22 (.5); preparation and distribution of daily memo (.3); docketing (.5) | 1.30 | 117.00 |
| **02/26/02** | | | |
| MK | Duplicate players list; update attorney case binders | 0.20 | 18.00 |

```
                                                        Page: 4
        W.R. Grace                                     02/28/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        9
        Case Administration
```

```
                                           HOURS
        SLP Review pleadings and electronic filing
            notices (.1); preparation and
            distribution of daily memo (.1)         0.20     18.00
        MGZ Telephone conference with W. Smith re:
            Hearing Results                         0.10     29.00

02/28/02
        SLP Review pleadings and electronic filing
            notices for 2/26 and 2/27 (.3);
            preparation and distribution of daily
            memo (.2); docketing (.3)               0.80     72.00
                                                    -----  --------
            FOR CURRENT SERVICES RENDERED          18.10  2,574.00

                        RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Douglas A. Campbell           0.30   $350.00     $105.00
        Philip E. Milch               1.40    265.00      371.00
        Matthew G. Zaleski            2.80    290.00      812.00
        Stephanie L. Peterson        11.40     90.00    1,026.00
        Michele Kennedy               1.00     90.00       90.00
        Suzanne Decker Schreiber      0.20    100.00       20.00
        Paul J. Cordaro               1.00    150.00      150.00


        TOTAL CURRENT WORK                              2,574.00


02/07/02 Payment - Thank you. (10/01)(80%)             -1,555.20


        BALANCE DUE                                   $15,232.00
                                                      ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    02/28/02
Wilmington  DE                            ACCOUNT NO: 3000-05D
                                          STATEMENT NO:        9

Claims Administration and Objections

PREVIOUS BALANCE                                          $4,046.00

                                              HOURS
02/01/02
    MGZ Review of Debtors' Statement of Claim
        Settlements                            0.10      29.00
                                               ----      -----
        FOR CURRENT SERVICES RENDERED          0.10      29.00

                    RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski            0.10    $290.00     $29.00

    TOTAL CURRENT WORK                                   29.00

02/07/02 Payment - Thank you. (10/01)(80%)              -506.00

    BALANCE DUE                                       $3,569.00
                                                     =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                        02/28/02
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:        9

Employee Benefits/Pensions

PREVIOUS BALANCE                                                $886.00

02/07/02 Payment - Thank you. (10/01)(80%)                      -44.00

BALANCE DUE                                                    $842.00
                                                              =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                              02/28/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:        9


Fee/Employment Applications



        PREVIOUS BALANCE                        $13,461.40



                                         HOURS
02/05/02
    CJB Prepare Tersigni's first supplemental
        affidavit for electronic filing (.1);
        electronically file and serve same (.2);
        prepare hard copy service of same (.1)     0.40     50.00

02/06/02
    CJB Update fee application chart with new
        payment information and forward same to
        PEM and DGS (.2); prepare certification
        of no objection for Campbell & Levine and
        Tersigni's second interim fee
        applications and prepare for electronic
        filing (.4)                                0.60     75.00

02/12/02
    MGZ Review and Edit Pre-Bill re: Fee
        Application Preparation                    0.50    145.00
    MGZ Review and Revise Memo to Tersigni and
        Peterson re: Billing Procedures            0.20     58.00
    MGZ Draft correspondence to and review
        correspondence from P. Lockwood re: Memo
        to Tersigni and Peterson                   0.10     29.00

02/13/02
    CJB Download and review LAS' billing
        statement for the period of September,
        2001 through January, 2002                 0.30     37.50

02/19/02
    CJB Prepare certificate of no objection for
        Caplin's third interim fee application

{D0001941:1 }

```
                                                           Page: 2
W.R. Grace                                               02/28/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:        9
   Fee/Employment Applications
```

```
                                           HOURS
        (.2); prepare certificate of no objection
        for Campbell & Levine's December, 2001
        fee application (.2)                    0.40      50.00
   MGZ  Review status of pending fees for self
        and related professionals               0.10      29.00

02/20/02
   CJB  Assemble and organize Caplin & Drysdale's
        fee application filing information from
        petition date through current and
        incorporate into fee application and
        payment status chart (1.0); prepare
        certificate of no objection to Campbell &
        Levine's third interim application (.2);
        prepare certificate of no objection to
        Tersigni's third interim application
        (.2); prepare certificate of no objection
        for Tersigni's December, 2001 fee
        application (.2)                         1.60     200.00
   SDS  Drafted monthly fee application for
        January 2002                             1.50     150.00

02/21/02
   CJB  Electronically file and serve
        certificates of no objection (.4);
        prepare hard copy service of same (.2);
        update fee application and payment status
        chart (.1); review Tersigni's January,
        2002 and revise and prepare for
        electronic filing (.3)                   1.00     125.00
                                                 ----     ------
        FOR CURRENT SERVICES RENDERED            6.70     948.50

                       RECAPITULATION
   TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
   Matthew G. Zaleski            0.90   $290.00     $261.00
   Cathie J. Boyer               4.30    125.00      537.50
   Suzanne Decker Schreiber      1.50    100.00      150.00


        TOTAL CURRENT WORK                             948.50


02/07/02 Payment - Thank you. (10/01)(80%)          -2,818.80
```

{D0001941:1 }

```
                                                    Page: 3
W.R. Grace                                         02/28/02
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:        9

Fee/Employment Applications




     BALANCE DUE                                  $11,591.10
                                                  ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    02/28/02
Wilmington  DE                              ACCOUNT NO: 3000-08D
                                            STATEMENT NO:        8

Fee/Employment Objections


PREVIOUS BALANCE                                         $1,863.00


                                             HOURS
02/01/02
    MGZ Review of Trustee's Amended Objection to
        PWC Application                         0.10      29.00

02/06/02
    MGZ Telephone conference with P. Lockwood re:
        PWC Application and Trustee's Objection
        thereto                                 0.20      58.00

02/11/02
    MGZ Telephone conference with A. Krieger re:
        PD Committee's Experts's Application     0.20      58.00

02/14/02
    MGZ Review correspondence from S. Scwartz re:
        Fee Examiner Issues                     0.10      29.00
    MGZ Review correspondence from J. Sakalo re:
        same                                    0.10      29.00
    MGZ Draft correspondence to W. Smith re: same   0.10  29.00
    MGZ Telephone conference with P. Lockwood re:
        Motion to Retain Special Environmental
        Counsel                                 0.10      29.00

02/15/02
    MGZ Review correspondence from J. Sakalo re:
        PD Committees Proposed Orders on Expert
        Retentions                              0.10      29.00
    MGZ Review Proposed Orders re: Expert
        Retentions                              0.20      58.00

02/18/02
    MGZ Review Debtors Application to Modify

{D0001941:1 }

```
                                                      Page: 2
        W.R. Grace                                    02/28/02
                                       ACCOUNT NO: 3000-08D
                                       STATEMENT NO:        8
        Fee/Employment Objections




                                              HOURS
           Kinsella Retention                  0.10     29.00
     MGZ Review Debtors Response to PD Committee
         Expert Retention Applications         0.10     29.00

02/21/02
    MGZ Review fee application materials for
        filing                                 0.10     29.00

02/26/02
    MGZ Brief Review of Debtors' Special
        Counsels' Fee Application              0.40    116.00
                                               ----    ------
         FOR CURRENT SERVICES RENDERED         1.90    551.00

                     RECAPITULATION
   TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
   Matthew G. Zaleski              1.90   $290.00     $551.00


        TOTAL CURRENT WORK                             551.00



02/07/02 Payment - Thank you. (10/01)(80%)            -330.00


        BALANCE DUE                                 $2,084.00
                                                    =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  02/28/02
Wilmington  DE                            ACCOUNT NO: 3000-10D
                                          STATEMENT NO:        9

Litigation


PREVIOUS BALANCE                                       $12,873.60


                                          HOURS
02/21/02
    MGZ Review Agenda for 2/25/02 Omnibus Hearing    0.10    29.00

02/25/02
    MGZ Review Agenda and Pending Pleadings re:
        Preparation for Hearing                      1.00   290.00
    MGZ Attend Omnibus Hearing, including
        meetings with P.D. Committee counsel         3.00   870.00
                                                     ----  --------
        FOR CURRENT SERVICES RENDERED                4.10  1,189.00

                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski             4.10    $290.00   $1,189.00


    TOTAL CURRENT WORK                                    1,189.00


02/07/02 Payment - Thank you. (10/01)(80%)               -343.60


    BALANCE DUE                                        $13,719.00
                                                       ==========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                    ACCOUNT NO: 3000-11D
                                  STATEMENT NO:        7

Plan and Disclosure Statement



    PREVIOUS BALANCE                                $110.50


    BALANCE DUE                                     $110.50
                                                    =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                    02/28/02
Wilmington  DE                              ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      7

Relief From Stay Proceedings



PREVIOUS BALANCE                                            $236.50



02/07/02 Payment - Thank you. (10/01)(80%)                  -66.00


BALANCE DUE                                                 $170.50
                                                           =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                02/28/02
Wilmington  DE                            ACCOUNT NO: 3000-14D
                                          STATEMENT NO:        7

Valuation


PREVIOUS BALANCE                                           $31.50


BALANCE DUE                                                $31.50
                                                          ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          02/28/02
Wilmington  DE                     ACCOUNT NO: 3000-15D
                                   STATEMENT NO:       9


Committee Administration




        PREVIOUS BALANCE                          $10,292.90



                                             HOURS
02/01/02
     PEM Review Status Report to Committee    0.30     79.50

02/05/02
     MGZ Review Pending Pleadings and Begin
         Preparation of Weekly Recommendation Memo  0.70  203.00

02/07/02
     CJB Set-up weekly recommendation memo, review
         pleadings and update memo           1.00    125.00

02/12/02
     MGZ Participate in Telephonic Committee
         Meeting                             0.70    203.00
     MGZ Draft Minutes of Telephonic Committee
         Meeting                             0.40    116.00
     MGZ Draft correspondence to Co-counsel re:
         Draft Minutes of Conference Call    0.10     29.00
     PEM Conference call re: WR Grace with
         committee                           1.00    265.00

02/15/02
     CJB Review motions and applications and
         update weekly recommendation memo   0.80    100.00
     MGZ Review correspondence from and draft
         correspondence to E. Strug re: Minutes of
         2/12 Committee Meeting              0.10     29.00

02/18/02
     MGZ Review Pleadings and Prepare Weekly
         Recommendation memo for Committee Members  0.70  203.00

{D0001941:1 }

```
                                                        Page:  2
        W.R. Grace                                     02/28/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:        9

        Committee Administration
```

```
                                                 HOURS
02/20/02
     MGZ  Review Pending Pleadings and Prepare
          Weekly Recommendation Memo for Committee
          Members                                 0.50    145.00

02/21/02
     MGZ  Continue review of pending matters and
          preparation of Weekly Recommendation Memo  1.30    377.00

02/22/02
     MGZ  Review correspondence form and draft
          correspondence to E. Strug re: 2/12/02
          Committee Meeting minutes               0.10     29.00

02/25/02
     PEM  Review Grace calendar and recommendations
          to committee                            0.30     79.50

02/28/02
     MGZ  Telephone conference with P. Lockwood re:
          Staffing Issues                         0.10     29.00
                                                  ----  --------
          FOR CURRENT SERVICES RENDERED           8.10  2,012.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Philip E. Milch               1.60    $265.00    $424.00
     Matthew G. Zaleski            4.70     290.00   1,363.00
     Cathie J. Boyer               1.80     125.00     225.00


          TOTAL CURRENT WORK                          2,012.00


02/07/02 Payment - Thank you. (10/01)(80%)           -1,912.40


          BALANCE DUE                               $10,392.50
                                                    ==========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

{D0001941:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      02/28/02
Wilmington  DE                                ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 11,706.58 | 0.00 | 1,003.58 | 0.00 | -3,455.88 | $9,254.28 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,927.50 | 1,019.00 | 0.00 | 0.00 | -454.00 | $2,492.50 |
| 3000-02 Asset Disposition | | | | | |
| 1,204.90 | 0.00 | 0.00 | 0.00 | -44.00 | $1,160.90 |
| 3000-03 Business Operations | | | | | |
| 55.00 | 502.50 | 0.00 | 0.00 | 0.00 | $557.50 |
| 3000-04 Case Administration | | | | | |
| 14,213.20 | 2,574.00 | 0.00 | 0.00 | -1,555.20 | $15,232.00 |
| 3000-05 Claims Administration and Objections | | | | | |
| 4,046.00 | 29.00 | 0.00 | 0.00 | -506.00 | $3,569.00 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 886.00 | 0.00 | 0.00 | 0.00 | -44.00 | $842.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 13,461.40 | 948.50 | 0.00 | 0.00 | -2,818.80 | $11,591.10 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,863.00 | 551.00 | 0.00 | 0.00 | -330.00 | $2,084.00 |
| 3000-10 Litigation | | | | | |
| 12,873.60 | 1,189.00 | 0.00 | 0.00 | -343.60 | $13,719.00 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |
| 3000-12 Relief From Stay Proceedings | | | | | |
| 236.50 | 0.00 | 0.00 | 0.00 | -66.00 | $170.50 |

{D0001941:1 }

```
                                               Page: 2
      W.R. Grace                                02/28/02
                                    ACCOUNT NO     3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 10,292.90 | 2,012.00 | 0.00 | 0.00 | -1,912.40 | $10,392.50 |
| --------- | -------- | -------- | ---- | ---------- | ---------- |
| 72,908.58 | 8,825.00 | 1,003.58 | 0.00 | -11,529.88 | $71,207.28 |
| | | | | | ========== |

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```