IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 18, 2002 @ 4:00 p.m.** |

**SEVENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2002 through April 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $96,452.60 (80% of $120,565.75) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $15,771.34 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |

| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
|---|---|---|---|---|---|
| 10/30/01 Second Interim | 7/01 through 9/01 – (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | Pending | Pending |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002
### CAPLIN & DRYSDALE, CHARTERED

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 4.60/.30 | $675/337.50 | $3,206.25 |
| Peter V. Lockwood (PVL) | Member | 33 | 22.80/11.10 | $560/280 | $15,876.00 |
| Bernard S. Bailor (BSB) | Member | 26 | 0.5 | $450.00 | $225.00 |
| David N. Webster (DNW) | Member | 44 | 4.0 | $450.00 | $1,800.00 |
| Albert G. Lauber (AGL) | Member | 25 | 0.3 | $445.00 | $133.50 |
| Trevor W. Swett (TWS) | Member | 20 | 48.5 | $425.00 | $20,612.50 |
| Julie W. Davis (JWD) | Member | 22 | 0.3 | $425.00 | $127.50 |
| Scott D. Michel (SDM) | Member | 21 | 0.2 | $365.00 | $73.00 |
| Nathan D. Finch (NDF) | Member | 9 | 107.50/12.00 | $350/175 | $39,725.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kimberly N. Brown (KNB) | Associate | 8 | 2.4 | $300.00 | $720.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 6.3 | $300.00 | $1,890.00 |
| Beth S. Heleman (BSH) | Associate | 6 | 1.3 | $260.00 | $338.00 |
| Neal M. Kochman (NMK) | Associate | 6 | 0.3 | $245.00 | $73.50 |
| Max C. Heerman (MCH) | Associate | 6 | 25.9 | $230.00 | $5,957.00 |
| Diana R. Hartstein (DRH) | Associate | 4 | 12.5 | $230.00 | $2,875.00 |
| John P. Cunningham (JPC) | Associate | 1 | 73.0 | $215.00 | $15,695.00 |
| Brian A. Skretny (BAS) | Associate | 1 | 0.5 | $215.00 | $107.50 |
| Trista E. Schroeder (TES) | Law Clerk | 1 | 7.6 | $150.00 | $1,140.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 23.0 | $145.00 | $3,335.00 |
| Stacie M. Evans (SME) | Paralegal | 2 | 24.1 | $135.00 | $3,253.50 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 14.0 | $135.00 | $1,890.00 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 12.1 | $125.00 | $1,512.50 |
| **Total** | | | **415.10** | | **$120,565.75** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/01/02 through 04/30/02 | Total Fees for the Period 04/01/02 through 04/30/02 |
|---|---|---|
| Asbestos: Claims Litigation | 9.1 | $2,317.50 |
| Asbestos: Co-Def Issues & Bankruptcies | .8 | $417.00 |
| Business Operations | .1 | $56.00 |
| Case Administration | 63.1 | $13,804.00 |
| Committee Matters & Creditor Mtgs. | .5 | $337.50 |
| Compensation of Professionals | 17.5 | $3,218.50 |
| Creditor Inquiries | .9 | $382.50 |
| Litigation/Fraudulent Conveyance | 296.1 | $93,295.50 |
| Non-Working Travel Time | 23.4 | $5,309.25 |
| Plan and Disclosure Statement | 2.2 | $681.00 |
| Retention of Professionals | 1.4 | $747.00 |
| **Grand totals** | **415.1** | **$120,565.75** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2002 through March 31, 2002 |
|---|---|---|
| Outside Reproduction & Courier Service | | $1,259.80 |
| In-House Reproduction ($0.10 per page) | | $1,557.15 |
| Facsimile ($0.50 per page) | | $54.60 |
| Federal Express | | $791.55 |
| Long Distance Telephone Calls | | $85.43 |
| Air & Train Transportation | | $5,426.62 |
| Meal Expense | | $105.40 |
| Messenger Service | | $19.62 |

| Postage | | $5.90 |
|---|---|---|
| Research Material | | $33.17 |
| Westlaw/Lexis | | $5,792.97 |
| Travel – Ground Transportation | | $155.83 |
| Travel – Hotel Charges | | $483.30 |
| **Total:** | | **$15,771.34** |

CAPLIN & DRYSDALE, CHARTERED


/s/ Elihu Inselbuch
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Matthew G. Zaleski, III (I.D. #3557)
Mark T. Hurford (I.D. #3299)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants


Dated:  May 28, 2002