## EXHIBIT A

### Asbestos: Claims Litigation (9.10 Hours; $ 2,317.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.60 | $560 | 896.00 |
| Trevor W. Swett | .40 | $425 | 170.00 |
| Kimberly N. Brown | 1.70 | $300 | 510.00 |
| Beth S. Heleman | .10 | $260 | 26.00 |
| Stacie M. Evans | 5.30 | $135 | 715.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/02 | TWS | 425.00 | .20 | Read correspondence and recent filings re Zonolite issues |
| 04/03/02 | PVL | 560.00 | .20 | Review draft motion to clarify re bar date order (.1); teleconference Zaleski re same (.1). |
| 04/06/02 | PVL | 560.00 | .20 | Teleconference KNB re PD claims. |
| 04/06/02 | KNB | 300.00 | .30 | Confer with PVNL re PD claims. |
| 04/09/02 | PVL | 560.00 | .30 | Conference with KNB regarding PD claims. |
| 04/09/02 | KNB | 300.00 | .30 | Confer with PVNL re property damage claims. |
| 04/11/02 | BSH | 260.00 | .10 | Review Zonolite proof of claim pleadings |
| 04/17/02 | PVL | 560.00 | .60 | Review revised PD notice materials (.2); confer KNB re PD claims (.4). |
| 04/17/02 | KNB | 300.00 | .70 | Confer with PVNL re PD claims (.4); reviewing PD proof of claim forms, related materials (.3) |
| 04/17/02 | SME | 135.00 | .80 | Assist KNB in research regarding asbestos property damage by conducting on-line search for documents relating to dose. |

- 2 -

| 04/18/02 | SME | 135.00 | 2.20 | Assist KNB in research regarding asbestos property damage by conducting on-line search for documents relating to dose. |
| 04/19/02 | SME | 135.00 | .40 | Assist KNB in research regarding asbestos property damage by conducting on-line search for documents relating to dose. |
| 04/22/02 | KNB | 300.00 | .30 | Review PD bar date order (.2); review incoming mail (.1) |
| 04/22/02 | SME | 135.00 | 1.70 | Assist KNB in research regarding asbestos property damage by compiling and organizing relevant pleadings relating to the Zonolite claimants. |
| 04/23/02 | SME | 135.00 | .20 | Assist KNB in research regarding asbestos property damage by compiling and organizing relevant pleadings relating to the Zonolite claimants. |
| 04/24/02 | PVL | 560.00 | .30 | Confer McGovern re PD claims litigation. |
| 04/29/02 | KNB | 300.00 | .10 | Review case management order |
| 04/29/02 | TWS | 425.00 | .20 | Read filings re Zonolite |

**Total Task Code .03        9.10**

## Asbestos: Co Defendant Issues and Bankruptcies (.80 Hours; $ 417.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .20 | | $675 | 135.00 |
| Peter V. Lockwood | | .20 | | $560 | 112.00 |
| Trevor W. Swett | | .40 | | $425 | 170.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/02 | TWS | 425.00 | .10 | TC EI re status and developments |

{D0002817:1 }

| 04/03/02 | TWS | 425.00 | .10 | TCs PVNL and EI re retention of counsel |
| 04/04/02 | TWS | 425.00 | .20 | TC EI re retention of special counsel |
| 04/09/02 | EI | 675.00 | .20 | T/c TWS re: intervention issues. |
| 04/11/02 | PVL | 560.00 | .20 | Review ord. course prof. stmt. and GE Cap. stip. |

**Total Task Code .04**          **.80**

## Business Operations (.10 Hours; $ 56.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/22/02 | PVL | 560.00 | .10 | Review Tersigni report. |

**Total Task Code .13**          **.10**

## Case Administration (63.10 Hours; $ 13,804.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.60 | $675 | 1,755.00 |
| Peter V. Lockwood | 7.30 | $560 | 4,088.00 |
| Bernard S. Bailor | .30 | $500 | 135.00 |
| Albert G. Lauber | .30 | $445 | 133.50 |
| Julie W. Davis | .30 | $425 | 127.50 |
| Trevor W. Swett | .30 | $425 | 127.50 |
| Nathan D. Finch | .30 | $350 | 105.00 |
| Kimberly N. Brown | .20 | $300 | 60.00 |
| Rita C. Tobin | .70 | $300 | 210.00 |
| Neal M. Kochman | .30 | $245 | 73.50 |
| Max C. Heerman | .30 | $230 | 69.00 |
| John P. Cunningham | .30 | $215 | 64.50 |
| Brian A. Skretny | .30 | $215 | 64.50 |
| Robert C. Spohn | 21.60 | $145 | 3,132.00 |

| | | | | |
|---|---|---|---|---|
| Elyssa J. Strug | 2.50 | $135 | 337.50 |
| Stacie M. Evans | 13.40 | $135 | 1,809.00 |
| Karen A. Albertelli | 12.10 | $125 | 1,512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/02 | PVL | 560.00 | .10 | Teleconference EI re status. |
| 04/01/02 | PVL | 560.00 | .20 | Review 5 fee applications (not C&D) |
| 04/01/02 | RCS | 145.00 | 1.30 | Review and index pleadings and correspondence received 3/29/02 (.2). Index specific issue documents received from co-counsel (1.1). |
| 04/01/02 | SME | 135.00 | .90 | Review and index 10 fee applications, 2 affidavits filed in the main bankruptcy proceeding, and various correspondence. |
| 04/02/02 | BSB | 450.00 | .30 | Attend discussion of case status, major litigation and plan negotiation developments |
| 04/02/02 | AGL | 445.00 | .30 | Attend discussion of case status, major litigation and plan negotiation developments |
| 04/02/02 | PVL | 560.00 | .10 | Review miscellaneous correspondence and email. |
| 04/02/02 | PVL | 560.00 | .30 | Attend Bankruptcy team discussion of case status, litigation and plan negotiations. |
| 04/02/02 | NMK | 245.00 | .30 | Discussion of case status, major litigation, and plan reorganization developments |
| 04/02/02 | RCT | 300.00 | .30 | Attend discussion case status, major litigation and plan negotiation developments. |
| 04/02/02 | JWD | 425.00 | .30 | Attend discussion of case status, major litigation and plan negotiation developments |

- 5 -

| | | | | |
|---|---|---|---|---|
| 04/02/02 | RCS | 145.00 | .90 | Review and index pleadings and correspondence received 4/1/02 (.2). Discussion of case status, major litigation and plan negotiation developments (.3). Research pleading files and gather documents required by attorney (.4). |
| 04/02/02 | TWS | 425.00 | .30 | Attend Litigation Group discussion of case status, pending litigation, and developments |
| 04/02/02 | EI | 675.00 | .30 | Staff review of status and agendas. |
| 04/02/02 | SME | 135.00 | 2.10 | Download pleadings from adversary proceedings 02-2210 and 02-2211. Compile and organize relevant pleadings accordingly. |
| 04/02/02 | BAS | 215.00 | .30 | Attend discussion of case status, major litigation and plan negotiation developments. (.3) |
| 04/02/02 | MCH | 230.00 | .30 | Attend discussion of case status, major litigation and plan negotiation departments |
| 04/02/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/02/02 | KAA | 125.00 | 1.00 | Updated Ct doc index & Orders index (01-1139). |
| 04/02/02 | JPC | 215.00 | .30 | Attend discussion of case status, major litigation, and plan negotiation developments |
| 04/02/02 | NDF | 350.00 | .30 | Attend discussion of case status, major litigation and plan negotiation developments. (.3) |
| 04/03/02 | EJS | 135.00 | .50 | Updated EI's Wolin files. |
| 04/03/02 | RCS | 145.00 | .60 | Review and index pleadings and correspondence received 4/2/02 (.2). Gather documents from files required by attorneys (.4). |
| 04/03/02 | EI | 675.00 | .50 | T/c TWS re: Milberg call. |

| 04/03/02 | SME | 135.00 | 1.30 | Review and index 5 fee applications, 7 pleadings filed in the main bankruptcy proceeding, 8 pleadings filed in adversary proceeding 02-2210, and various correspondence. |
| 04/04/02 | PVL | 560.00 | .30 | Confer EI re status (.2); confer TWS re same (.1). |
| 04/04/02 | RCS | 145.00 | 1.60 | Review and index pleadings and correspondence received 4/3/02 (.1). Format and create database form and files for loading document data, images and OCR files into Summation (1.5). |
| 04/04/02 | EI | 675.00 | .60 | Conference with F. McGovern re: status and agendas. |
| 04/04/02 | EI | 675.00 | .20 | T/c TWS re: Milberg fee arguments. |
| 04/04/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/05/02 | PVL | 560.00 | .20 | Review 3 miscellaneous filings (.1); teleconference Zaleksi re status (.1). |
| 04/05/02 | RCS | 145.00 | .30 | Review and index pleadings and correspondence received 4/4/02 (.3). |
| 04/05/02 | SME | 135.00 | .60 | Review and index 1 fee application, 8 pleadings filed in the main bankruptcy proceeding, 3 pleadings filed in adversary proceeding 02-2210, and various correspondence. |
| 04/05/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/06/02 | EI | 675.00 | .20 | T/c PVNL re: PID work. |
| 04/08/02 | KNB | 300.00 | .20 | Review incoming correspondence. |
| 04/08/02 | RCS | 145.00 | 3.20 | Review and index pleadings and correspondence received 4/5/02 (.3). Work with new production document database, additions received from outside vendor; try retrieving, merging and setting up OCR and image |

| | | | | databases (2.3). Index specific issue documents (.6). |
|---|---|---|---|---|
| 04/08/02 | SME | 135.00 | .70 | Review and index 2 fee applications, 6 pleadings filed in the main bankruptcy proceeding, 2 pleadings filed in adversary proceeding 02-2210, and various correspondence. |
| 04/08/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/09/02 | PVL | 560.00 | .10 | Review 6 misc. filings. |
| 04/09/02 | RCS | 145.00 | 1.00 | Review and index pleadings and correspondence received 4/8/02 (.4). Gather documents requested by attorney (.6). |
| 04/09/02 | EI | 675.00 | .30 | Reviewed all agendas and status; follow-up e-mails to PVNL and Peterson. |
| 04/09/02 | SME | 135.00 | 1.10 | Review and index 20 fee applications, 2 pleadings filed in adversary proceeding 02-2210, and various correspondence. |
| 04/09/02 | KAA | 125.00 | .10 | Updated Monthly Operating Report index. |
| 04/09/02 | KAA | 125.00 | .40 | Updated Ct doc index (02-2211). |
| 04/09/02 | KAA | 125.00 | .40 | Updated Ct doc index (02-2213). |
| 04/09/02 | KAA | 125.00 | .20 | Updated Orders index (01-771). |
| 04/09/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/10/02 | RCS | 145.00 | 1.00 | Review and index pleadings and correspondence received 4/9/02 (.4). Gather documents required by attorney and index working set (.6). |
| 04/10/02 | SME | 135.00 | 1.10 | Review and index various documents, including: 5 fee applications, 10 pleadings filed in the main bankruptcy, 2 pleadings filed in adversary |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | proceeding 02-2210, and 1 pleading filed in adversary proceeding 02-2013. |
| 04/10/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2210). |
| 04/10/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 04/10/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/11/02 | RCT | 300.00 | .20 | Review schedules and status reports re: upcoming assignments. |
| 04/11/02 | EI | 675.00 | .10 | T/c TWS re: current issues. |
| 04/11/02 | SME | 135.00 | .90 | Review and index various documents, including 3 fee applications, and pleadings filed in the main bankruptcy and in adversary proceedings 02-2210, 02-2013, and 01-771. |
| 04/11/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/12/02 | PVL | 560.00 | .10 | Review calendar. |
| 04/13/02 | PVL | 560.00 | .10 | Review 3 miscellaneous filings and Bernick & Perch letters. |
| 04/15/02 | PVL | 560.00 | .30 | Teleconference Perch. |
| 04/15/02 | EJS | 135.00 | .50 | Updated EI, PVNL & JWD agenda files. |
| 04/15/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 04/15/02 | RCS | 145.00 | 1.30 | Review and index pleadings and correspondence received 4/11/02 through 4/12/02 (.4). Gather documents from special issue files and pleading files per attorney requests (.9). |
| 04/16/02 | PVL | 560.00 | .40 | Teleconference EI re status (.2); review miscellaneous correspondence (.1); review Kellogg lift stay supplemental (.1) |
| 04/16/02 | EJS | 135.00 | .50 | Updated EI hearing files. |

| | | | | |
|---|---|---|---|---|
| 04/16/02 | RCS | 145.00 | 1.70 | Review and index correspondence, pleadings and special issue documents received 4/15/02 (.3). Review pleading files for specific motions required by attorney (.6). Review official court dockets for specific documents required by attorney (.8). |
| 04/16/02 | SME | 135.00 | .80 | Review and index various pleadings from the main bankruptcy and adversary proceeding 02-2210, as well as recent correspondence. |
| 04/16/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/17/02 | RCS | 145.00 | .60 | Review and index correspondence, pleadings and special issue documents received 4/16/02 (.1). Gather documents and specific issue documents required by attorney (.5). |
| 04/17/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/18/02 | PVL | 560.00 | .50 | Confer NDF re memo and Kruger letter (.1); teleconference Zaleski re 4/22 hearing (.2); prep for same (.1); review prop. ECARG stipulation (.1). |
| 04/18/02 | RCS | 145.00 | 1.70 | Review and index correspondence, pleadings and special issue documents received 4/17/02 (.4). Gather specific issue documents requested by attorney (.6). Review court dockets for specific motion to confirm filing (.7). |
| 04/18/02 | SME | 135.00 | .80 | Review and index various pleadings, including those filed in the main bankruptcy, in adversary proceeding 01-771, in adversary proceeding 02-2210, and in adversary proceeding 02-1657. |
| 04/18/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2210). |
| 04/18/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2211). |
| 04/18/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |

| | | | | |
|---|---|---|---|---|
| 04/18/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 04/18/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-1657). |
| 04/19/02 | PVL | 560.00 | .40 | Review UST statement re record and email Zaleski re same (.1); teleconference EI re status (.1); review calendar (.1); prep for 4/22 hearing (.1). |
| 04/19/02 | RCS | 145.00 | .70 | Review and index correspondence, pleadings and specific issue documents received 4/18/02 (.4). Gather specific research files requested by attorney (.3). |
| 04/19/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/21/02 | PVL | 560.00 | .10 | Prep for omnibus hearing. |
| 04/22/02 | PVL | 560.00 | 4.00 | Prep for omnibus hearing (.4); attend omnibus hearing (2.7); confer Krieger re case administration (.5); teleconference EI re hearing (.2); confer TWS re same (.2). |
| 04/22/02 | EJS | 135.00 | .50 | Updated case books and fee binders with new orders. |
| 04/22/02 | RCS | 145.00 | 1.20 | Review and index correspondence, pleadings and specific issue documents received 4/19/02 (.4). Review pleading indices, court dockets and correspondence for references to specific motions requested by attorney (.8). |
| 04/22/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/23/02 | RCS | 145.00 | 1.70 | Review and index correspondence, pleadings and specific issue documents received 4/22/02 (.3). Load summation data and image files received from outside vender (1.4). |
| 04/23/02 | EI | 675.00 | .30 | Reviewed all mail and memos (.2); t/c PVNL re: agenda (.1). |

| 04/23/02 | SME | 135.00 | .90 | Review and index various documents, including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 02-2210, fee applications and recent correspondence. |
| 04/23/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/24/02 | RCS | 145.00 | .30 | Review and index correspondence, pleadings and specific issue documents received 4/23/02 (.3). |
| 04/24/02 | SME | 135.00 | 1.20 | Review and index various documents; including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 02-2210, fee applications and recent correspondence. |
| 04/24/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/24/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (01-1139). |
| 04/24/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 04/25/02 | RCT | 300.00 | .20 | Review status reports and schedules re: upcoming assignments. |
| 04/25/02 | RCS | 145.00 | .70 | Review and index correspondence, pleadings and special issue documents received 4/24/02 (.4). Gather specific documents requested by attorney (.3). |
| 04/25/02 | RCS | 145.00 | .40 | Retrieved expense control reports in preparation of scanning per ES regarding new procedures (.4). |
| 04/25/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (02-2210). |
| 04/25/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/26/02 | RCS | 145.00 | .70 | Review and index correspondence, pleadings and specific issue documents received 4/25/02 (.4). Gather documents requested by attorney (.3). |
| 04/26/02 | EI | 675.00 | .10 | Conference F. McGovern re: status. |

| 04/26/02 | SME | 135.00 | .60 | Review and index various documents; including 2 pleadings filed in the main bankrupty, 8 pleadings filed in adversary proceeding 02-2210, 10 fee applications and recent correspondence. |
| 04/29/02 | PVL | 560.00 | .10 | Review Union Tank motion. |
| 04/29/02 | RCS | 145.00 | .50 | Review and index correspondence, pleadings and specific issue documents received 4/26/02 (.5). |
| 04/29/02 | SME | 135.00 | .40 | Review and index various documents; including 2 pleadings filed in the main bankrupty, 1 pleading filed in adversary proceeding 02-2210, and 1 pleading filed in adversary proceeding 02-2013. |
| 04/29/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 04/30/02 | RCS | 145.00 | .20 | Review and index correspondence, pleadings and specific issue documents received 4/29/02 (.2). |

**Total Task Code .14        63.10**


## Committee Matters and Creditor Meetings (.50 Hours; $ 337.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $675 | 337.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/02 | EI | 675.00 | .50 | Revised and edited memo to Committee. |

**Total Task Code .17        .50**

- 13 -

**Compensation of Professionals (Fee Applications of self & others)(17.50 Hours; $ 3,218.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Rita C. Tobin | 4.60 | $300 | 1,380.00 |
| Robert C. Spohn | 1.20 | $145 | 174.00 |
| Elyssa J. Strug | 11.50 | $135 | 1,552.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/02 | RCT | 300.00 | .10 | Telecon with TB, ES re: fee app formats/April schedule. |
| 04/03/02 | RCT | 300.00 | .10 | Review Order appointing fee auditor and conference with ES re: same. |
| 04/04/02 | EJS | 135.00 | .50 | Created missing payments memo for local counsel per their instructions. |
| 04/05/02 | EJS | 135.00 | 1.00 | Updated fee application files and indexes. |
| 04/06/02 | PVL | 560.00 | .10 | Review 3 fee applications (not C&D) |
| 04/08/02 | PVL | 560.00 | .10 | Review 2 fee applications and 3 CNOs re fees (not C&D) |
| 04/08/02 | RCT | 300.00 | 1.00 | Review March pre-bills. |
| 04/12/02 | RCT | 300.00 | .80 | Review orders and draft memo to attorneys/TB re: revised fee procedures. |
| 04/19/02 | EJS | 135.00 | 2.00 | Proofed & edited quarterly application. |
| 04/23/02 | EJS | 135.00 | .50 | Updated payment schedule and missing payments memo to local counsel. |
| 04/24/02 | RCT | 300.00 | .20 | Review ES email re: fee procedures and telecon with MGZ. |
| 04/24/02 | RCT | 300.00 | .50 | Review amended Admin. other and procedures (.2); conference with ES re: same (.3). |

- 14 -

| 04/24/02 | EJS | 135.00 | 1.50 | Worked on Professor Elizabeth Warren's first fee application. |
| 04/24/02 | EJS | 135.00 | .50 | Phone calls with local counsel re new fee app. procedures and orders. |
| 04/25/02 | RCT | 300.00 | .30 | Review final of Grace fee app. |
| 04/25/02 | RCT | 300.00 | 1.10 | Review draft Warren app (.3); telecons with TWS, conference with ES re: new fee procedures and format (.8). |
| 04/25/02 | EJS | 135.00 | 1.00 | Completed Professor Elizabeth Warren's fee application. |
| 04/25/02 | EJS | 135.00 | 1.00 | Edits to expenses to our Quarterly application. |
| 04/26/02 | RCT | 300.00 | .20 | Review May fee schedules with ES. |
| 04/26/02 | RCT | 300.00 | .10 | Conference with ES and draft outline re: expense and fee procedures and committee expenses. |
| 04/26/02 | EJS | 135.00 | .50 | Created May Fee App. Schedule & meeting with RCT re fee schedule/procedures. |
| 04/26/02 | EJS | 135.00 | 1.00 | Sent Warren Smith all previously filed fee applications per Debtor's request. |
| 04/29/02 | RCT | 300.00 | .20 | Review reports re: amounts billed/paid and holdbacks. |
| 04/29/02 | EJS | 135.00 | 1.00 | Worked on Fee Application Procedures chart. |
| 04/30/02 | EJS | 135.00 | 1.00 | Worked on and completed Fee Application Procedures chart. |
| 04/30/02 | RCS | 145.00 | 1.20 | Image portions of all Caplin & Drysdale W.R. Grace fee applications, image and forward to NYO per request of ES. |

**Total Task Code .18**          **17.50**

{D0002817:1 }

- 15 -

## Creditor Inquiries (.90 Hours; $ 382.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .90 | $425 | 382.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/02 | TWS | 425.00 | .50 | Respond to creditor inquiry |
| 04/04/02 | TWS | 425.00 | .20 | TC L.LeClair re creditor inquiry |
| 04/04/02 | TWS | 425.00 | .20 | TC R.Budd re creditor inquiry |

**Total Task Code .19**        **.90**

## Litigation/Fraudulent Conveyance (296.10 Hours; $ 93,295.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $675 | 540.00 |
| Peter V. Lockwood | 13.00 | $560 | 7,280.00 |
| David N. Webster | 4.00 | $450 | 1,800.00 |
| Trevor W. Swett | 45.80 | $425 | 19,465.00 |
| Nathan D. Finch | 107.20 | $350 | 37,520.00 |
| Rita C. Tobin | .80 | $300 | 240.00 |
| Beth S. Heleman | .90 | $260 | 234.00 |
| Diana R. Hartstein | 12.50 | $230 | 2,875.00 |
| Max C. Heerman | 25.40 | $230 | 5,842.00 |
| John P. Cunningham | 72.70 | $215 | 15,630.50 |
| Trista E. Schroeder | 7.60 | $150 | 1,140.00 |
| Stacie M. Evans | 5.40 | $135 | 729.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 04/01/02 | TWS | 425.00 | .60 | TC R.Turken, M. Widom, NDF re discovery and strategy issues |
| 04/01/02 | TWS | 425.00 | .10 | Review key witness summary |
| 04/01/02 | TWS | 425.00 | .20 | Review correspondence re asbestos/liability analyses |
| 04/01/02 | JPC | 215.00 | 5.90 | Finish drafting, formatting, and editing Grace key characters directory and discuss same w/TWS |
| 04/01/02 | NDF | 350.00 | 3.90 | T/c TWS, Widom and Turken re: discovery, ltr to court (.5); reviewing asbestos liability analyses docs to prepare subpoena to ARPC and for depositions outline preparation (3.4). |
| 04/02/02 | PVL | 560.00 | .80 | Confer EI (.2); review motion to intervene (.2); review draft letter to J. Wolin (.1); confer TWS and NDF re intervention motion (.3). |
| 04/02/02 | DRH | 230.00 | .90 | Reviewing research and organizing memo |
| 04/02/02 | TWS | 425.00 | .70 | TC from B.Friedman re litigation issue |
| 04/02/02 | TWS | 425.00 | .40 | Review legal research memo on fraudulent transfer issues |
| 04/02/02 | TWS | 425.00 | .30 | TC PVNL and NDF re debtor's proposed intervention |
| 04/02/02 | TWS | 425.00 | .10 | Conf NDF re discovery |
| 04/02/02 | TWS | 425.00 | .10 | TC M.Zaleski re debtor's proposed intervention |
| 04/02/02 | TWS | 425.00 | .50 | TC from J.Ellington re litigation issue |
| 04/02/02 | TWS | 425.00 | .10 | Note to NDF re valuation issues |
| 04/02/02 | SME | 135.00 | 1.10 | Assist NDF in research regarding fraudulent conveyance litigation by compiling, indexing and organizing key pleadings into a notebook for his review. |

{D0002817:1 }

| 04/02/02 | NDF | 350.00 | 4.70 | Drafting insert for environmental discovery; t/c Mitch Widom re: same (.5); t/c Brad Friedman re: case issues (.7); review Grace Motion to Intervene (.4); t/c TWS, PVNL re: Grace intervention (.3); draft outline of Motion to Compel re: Grace databases (.5); review key documents re: asbestos liability for depo. prep and discovery purposes (2.3). |
| --- | --- | --- | --- | --- |
| 04/02/02 | MCH | 230.00 | .10 | Draft motion for pro hac vice admission |
| 04/03/02 | PVL | 560.00 | .40 | Conferences TWS re counsel issue (.3); teleconference Wohlforth and TWS re same (.1). |
| 04/03/02 | DRH | 230.00 | 4.10 | Outlining and preparing memo on subsequent events in accounting |
| 04/03/02 | TWS | 425.00 | .20 | Note to team re status and developments |
| 04/03/02 | TWS | 425.00 | .20 | Conf NDF re strategy issues |
| 04/03/02 | TWS | 425.00 | .30 | Review legal research memo re jury trial rights |
| 04/03/02 | TWS | 425.00 | .30 | Legal research re breach of fiduciary duty |
| 04/03/02 | TWS | 425.00 | .30 | Study law review article on corporate spin-offs |
| 04/03/02 | TWS | 425.00 | .10 | Review BSH memo on fraudulent transfer issues in intercorporate transactions |
| 04/03/02 | TWS | 425.00 | .20 | Read authorities on corporate law claims |
| 04/03/02 | TWS | 425.00 | .20 | Note to RCT re fraudulent conveyance theories |
| 04/03/02 | JPC | 215.00 | 2.50 | Review and analyze asbestos litigation factual and legal background materials, including news items relating to |

|          |     |        |      |                                                                                                                      |
|----------|-----|--------|------|----------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | bankruptcy proceedings pending in DEL and LA                                                                         |
| 04/03/02 | JPC | 215.00 | .30  | Conf. w/NDF re Grace motion to intervene, opposing arguments, and drafting of opposition brief                      |
| 04/03/02 | JPC | 215.00 | 1.20 | Review Grace motion to intervene and accompanying docs                                                              |
| 04/03/02 | JPC | 215.00 | 1.50 | Organize Grace pleadings, update folders and review case file for background info                                   |
| 04/03/02 | NDF | 350.00 | 6.30 | Putting together outline of trial (3.0); review of documents for use in depositions (3.3)                           |
| 04/03/02 | MCH | 230.00 | 3.50 | Conference with NDF re: motion to compel (.2); review correspondence relating to same (.3); draft outline of motion to compel (2.0); legal research for same (1.0) |
| 04/04/02 | RCT | 300.00 | .80  | Research re: Section 1411.                                                                                           |
| 04/04/02 | DRH | 230.00 | 3.80 | Reviewing and writing memo on subsequent events in appraisal contexts, reviewing additional cases on bankruptcy contexts |
| 04/04/02 | TWS | 425.00 | .10  | Conf BSH re research memo                                                                                            |
| 04/04/02 | TWS | 425.00 | .10  | Review draft correspondence to Grace                                                                                |
| 04/04/02 | TWS | 425.00 | .30  | TCs PVNL (.1) and NDF and JPC (.2) re Grace intervention motions                                                     |
| 04/04/02 | TWS | 425.00 | .10  | Note to Bilzin firm re discovery                                                                                     |
| 04/04/02 | TWS | 425.00 | 1.00 | Revise discussion agenda for meeting with proposed special counsel                                                   |
| 04/04/02 | TWS | 425.00 | .10  | Note to Bilzin attorneys re meeting with proposed special counsel                                                    |
| 04/04/02 | TWS | 425.00 | .10  | Conf NDF re discovery                                                                                                |
| 04/04/02 | TWS | 425.00 | .10  | Conf MCH re solvency analysis                                                                                        |

| | | | | |
|---|---|---|---|---|
| 04/04/02 | TWS | 425.00 | .30 | Letter to B.Friedman re litigation issue |
| 04/04/02 | TWS | 425.00 | 1.70 | Legal research and analysis of legal standards |
| 04/04/02 | TWS | 425.00 | .40 | Conf NDF to prepare for meeting with proposed special counsel |
| 04/04/02 | JPC | 215.00 | .20 | Conf. w/NDF re Sealed Air's joinder motion w/Grace's motion to intervene |
| 04/04/02 | JPC | 215.00 | .50 | Conf. w/NDF and TWS re Grace subpoenas and Rule 19 issues relating to Grace's motion to intervene |
| 04/04/02 | JPC | 215.00 | .20 | Conf. w/TWS re opposition to Grace's motion to intervene and Grace's status as "necessary party" |
| 04/04/02 | JPC | 215.00 | .30 | Research and download federal subpoena forms per NDF's request |
| 04/04/02 | JPC | 215.00 | 5.80 | Continue research on intervention issues for memo in opposition to Grace's motion to intervene and begin drafting same |
| 04/04/02 | NDF | 350.00 | 5.30 | Prepare and revise subpoena attachments to ARPC, Stewart economics, other third parties (3.5); review asbestos liability documents for use in Florence and Rourke depos (1.8) |
| 04/04/02 | MCH | 230.00 | 6.10 | Conference with NDF re: motion to compel (.2); legal research for motion to compel current databases (2.0); draft motion to compel (3.9) |
| 04/05/02 | DRH | 230.00 | 3.70 | Writing memo on subsequent events in fraudulent transfer cases, editing memo |
| 04/05/02 | TWS | 425.00 | .40 | Review additional caselaw on privilege issue |
| 04/05/02 | TWS | 425.00 | .20 | Review caselaw on privilege issue |

| | | | | |
|---|---|---|---|---|
| 04/05/02 | SME | 135.00 | .70 | Assist JPC in research regarding ARPC by compiling relevant resumes for his review. |
| 04/05/02 | JPC | 215.00 | 2.00 | Federal Rules 19 and 24 research, including secondary sources and case law, then outline same and include in memo in opposition to Grace's motion to intervene |
| 04/05/02 | JPC | 215.00 | 1.50 | Prepare subpoena for Tom Florence of ARPC per NDF's instructions and verify applicable info. |
| 04/05/02 | DNW | 450.00 | 2.50 | Conference with NDF re argument; research on Delaware and D.C. law on contact with former consultants without permission. |
| 04/05/02 | NDF | 350.00 | 3.30 | Review DRH memo re: subsequent events (.5); edit and revise subpoena to ARPC (.5); prepare "hot docs" outlined based on key doc set (2.3) |
| 04/05/02 | MCH | 230.00 | 6.50 | Draft motion to compel (3.0); legal research for same (3.5) |
| 04/06/02 | JPC | 215.00 | 2.10 | Continue research for memo in opposition to Grace's motion to intervene, incl. research on Rule 24, 11 U.S.C. 1109(b), Bankruptcy Rule 7024, and related provisions |
| 04/08/02 | PVL | 560.00 | .30 | Confer NDF re case management. |
| 04/08/02 | TWS | 425.00 | .10 | Conf RCT re insolvency analysis |
| 04/08/02 | TWS | 425.00 | .50 | Read cases |
| 04/08/02 | TWS | 425.00 | .10 | E-mail to/from JPC re procedural issues in fraudulent conveyance litigation |
| 04/08/02 | JPC | 215.00 | 6.40 | Research, draft, and revise memo in opposition to Grace's motion to intervene and update pleading outline |
| 04/08/02 | JPC | 215.00 | 1.40 | Research debtor/transferor as necessary party in NY, NJ, and Del. fraudulent |

| | | | | transfer proceedings and draft short memo on same |
|---|---|---|---|---|
| 04/08/02 | DNW | 450.00 | 1.50 | Research under D.C. and Delaware law n whether former agents of Grace may be contacted for an interview without notice to current counsel for Grace; conference with NDF. |
| 04/08/02 | NDF | 350.00 | 2.90 | Revise subpoena to ARPC (.5); telephone conference with Tom Florence (.1); telephone conference with Barbara Stewart (.2); revise subpoena to Stewart Econ (.3); review and edit motion to compel (.5) drafting memo re: case strategy and task (1.3) |
| 04/08/02 | MCH | 230.00 | 6.40 | Draft motion to compel current databases (6.1); conference with NDF re: same (.3) |
| 04/09/02 | PVL | 560.00 | 1.70 | Conference with Weiss, Friedman, et al. regarding fr. conv. case. |
| 04/09/02 | TWS | 425.00 | 4.60 | Meet with PD Comm. counsel and Millberg, Weiss lawyers |
| 04/09/02 | TWS | 425.00 | .20 | Review internal correspondence re intervention motion |
| 04/09/02 | TWS | 425.00 | .10 | TC EI re response to intervention motion |
| 04/09/02 | TWS | 425.00 | .50 | Conf NDF, R.Turken and M.Widom |
| 04/09/02 | TWS | 425.00 | .30 | Conf NDF and JPC re response to intervention motion |
| 04/09/02 | JPC | 215.00 | .20 | Call to local counsel in Grace to discuss remaining law firms and local timeline for filing opposition to motion to intervene |
| 04/09/02 | JPC | 215.00 | 9.90 | Continue research and drafting for memo of law in opposition Grace's motion to intervene, complete first draft and forward to NDF and TWS, then edit same |

{D0002817:1 }

| 04/09/02 | JPC | 215.00 | .80 | Continue research on debtor/transferor as necessary party to state law fraudulent transfer claim and draft short memo on same to TWS |
| 04/09/02 | JPC | 215.00 | .30 | Conf. w/NDF and TWS re strategy for opposition memo and organization of arguments |
| 04/09/02 | NDF | 350.00 | 6.40 | Prepare for meeting with new co-counsel (1.2); meeting with TWS, Bob Turken, Brad Friedman, et al re: case strategy and issues (5.2) |
| 04/09/02 | MCH | 230.00 | 2.30 | Draft motion to compel |
| 04/10/02 | MCH | 230.00 | .50 | Draft changes to motion to compel current database |
| 04/10/02 | PVL | 560.00 | .60 | Conference with EI, TWS and NDF regarding fr. conv. case (.3); conference with NDF regarding same (.1); review Friedman letter and conference with NDF regarding same (.2). |
| 04/10/02 | TWS | 425.00 | .20 | Conf NDF re upcoming conference |
| 04/10/02 | TWS | 425.00 | .50 | TC B.Friedman-left message (.1); TC B.Friedman re conference and proposed letter to Court (.4) |
| 04/10/02 | TWS | 425.00 | .20 | TC P.Weitz re upcoming conference |
| 04/10/02 | TWS | 425.00 | .20 | Consider strategy issues for discussion at upcoming conference |
| 04/10/02 | TWS | 425.00 | .20 | TC R.Budd re upcoming conference |
| 04/10/02 | TWS | 425.00 | .10 | Note to S.Peterson re updating service list |
| 04/10/02 | TWS | 425.00 | .50 | TC B.Friedman re strategic issues and upcoming conference |
| 04/10/02 | TWS | 425.00 | .30 | Compile service list and transmit to B.Friedman |
| 04/10/02 | TWS | 425.00 | .10 | TC S.Peterson re service list |

| | | | | |
|---|---|---|---|---|
| 04/10/02 | TWS | 425.00 | .90 | Work on intervention issue: read and edit draft (.5); conf NDF re same (.4) |
| 04/10/02 | JPC | 215.00 | 1.00 | Review Grace research file and analyze case law for inclusion in memo in opposition to Grace's motion to intervene |
| 04/10/02 | JPC | 215.00 | 4.90 | Continue review and analysis of intervention and rule 24 case law and incl. various case law in brief in opposition to motion to intervene |
| 04/10/02 | JPC | 215.00 | 1.60 | Research rules 24(a)(2) and 24(b)(1) per NDF's instructions and begin drafting insert for brief in opposition to Grace's motion to intervene |
| 04/10/02 | JPC | 215.00 | .30 | Review incoming pleadings for applicability to intervention motion |
| 04/10/02 | JPC | 215.00 | 1.00 | Review, edit, and bluebook memo in opp'n to motion to intervene, then forward second draft to TWS and NDF |
| 04/10/02 | NDF | 350.00 | 8.30 | Revise and edit opposition to intervention (5.2); legal research re: Rule 19 (2.3); telephone conference with Brad Friedman re: letter agenda (.5); conference with PVNL, TWS and EI re: status conference on 4/15 (.3) |
| 04/11/02 | PVL | 560.00 | .40 | Review draft intervention oppo. (.2); review Bernick letter (.1); teleconference EI regarding 4/15 conference (.1). |
| 04/11/02 | TWS | 425.00 | .30 | Conf call with R.Turken, J.Sakalo, NDF re intervention issues |
| 04/11/02 | TWS | 425.00 | .20 | Confs NDF re intervention issues |
| 04/11/02 | TWS | 425.00 | .20 | Conf NDF re third-party discovery |
| 04/11/02 | TWS | 425.00 | .50 | Review files re fraudulent transfer litigation |
| 04/11/02 | TWS | 425.00 | .70 | Conf call B.Friedman and J.Ellington |

- 24 -

| 04/11/02 | TWS | 425.00 | .90 | Edit draft opposition to Grace intervention |
|---|---|---|---|---|
| 04/11/02 | TWS | 425.00 | .20 | Edit letter to Judge |
| 04/11/02 | TWS | 425.00 | .20 | Read Bilzin response to Grace intervention |
| 04/11/02 | SME | 135.00 | .50 | Assist TWS in research regarding fraudulent transfer litigations by compiling relevant pleadings as per his request. |
| 04/11/02 | JPC | 215.00 | 2.70 | Bluebook, cite check, edit, and finalize brief in opposition to Grace's motion to intervene |
| 04/11/02 | JPC | 215.00 | .20 | Email local counsel and set up filing timeline and service details |
| 04/11/02 | JPC | 215.00 | 1.00 | Finish research and drafting Rule 24 intervention insert for memo in opposition to Grace's motion to intervene |
| 04/11/02 | NDF | 350.00 | 5.60 | Revise and edit opposition to intervention (3.5); telephone conference with Sakalo, Turken re: intervention papers (.3); telephone conference with TWS, US EPA and Friedman re: FT case status and Grace environmental liabilities (.7); telephone conference with Tom Florence (.5); draft memo re: telephone conference with Florence (.3); read Eagle-Picher case re: Florence estimates (.3) |
| 04/12/02 | PVL | 560.00 | 1.90 | Teleconference Freidman, Turken, Baena, TWS and NDF re case strategy (.9); confer NDF re same (.2); teleconference Rosenbloom and Handler re Fresenius case (.7); confer TWS re same (.1). |
| 04/12/02 | TWS | 425.00 | .90 | Conf call: B.Friedman, S.Baena, R.Turken, PVNL, NDF re upcoming court conference |
| 04/12/02 | TWS | 425.00 | .10 | Note to library re research request |

| | | | | |
|---|---|---|---|---|
| 04/12/02 | TWS | 425.00 | .10 | Letter to B.Friedman re conference |
| 04/12/02 | SME | 135.00 | .40 | Assist NDF in the examination of documents produced by the debtors by compiling an index of key documents. |
| 04/12/02 | NDF | 350.00 | 1.10 | Telephone conference with PVNL, Baena and BF re: status of conference (.9); review Peterson affidavit for motion to compel (.2) |
| 04/15/02 | PVL | 560.00 | 2.30 | Conferences with Turken, Friedman, NDF et al. re status conference (1.0); confer J. Wolin et al re fr. conv. case (.5); confer HDR and NDF re same (.1); conferences NDF re status conference (.5); confer Friedman and NDF re same (.2). |
| 04/15/02 | JPC | 215.00 | 3.90 | Research and review fraudulent transfer secondary materials in conjunction with adversary pleadings relating to current fraudulent transfer claims (3.2); review final opposition to Grace's motion to intervene and property damage claimants' committee submission (.7) |
| 04/15/02 | NDF | 350.00 | 1.10 | Status conference with Court (.6); meetings with co-counsel (.5) |
| 04/16/02 | TWS | 425.00 | .20 | TC L.Tersigni re potential assignment |
| 04/16/02 | TWS | 425.00 | .10 | Read correspondence |
| 04/16/02 | TWS | 425.00 | 1.20 | Conf NDF re theories of liability (.5); assemble authorities (.5); note to NDF (.2) |
| 04/16/02 | JPC | 215.00 | 1.70 | Pull document review and witness documents for inclusion in shipment to counsel per NDF's request, consult with NDF re: same (.8); conference with RCS and Stacie Evans re: Grace correspondence and witness files; draft memo re: same; organize witness project (.9) |
| 04/16/02 | JPC | 215.00 | 3.00 | Review fraudulent transfer materials, case law and secondary items relating to |

| | | | | |
|---|---|---|---|---|
| | | | | current litigation (1.5); conference with NDF re: Grace document project, emails to co-counsel re: retrieval of documents relating to project, research and gather documents for finalizing project (1.5) |
| 04/16/02 | NDF | 350.00 | 4.70 | T/c Baena, Friedman, et al re: case issues and experts (1.9); t/c Friedman re: case issues (.4); draft memo re: documents to Friedman (.3); legal rs and analysis-breach of fiduciary duty claim (2.1). |
| 04/17/02 | PVL | 560.00 | .80 | Review Conway Del Genio analysis re Sealed Air (.5); review draft Friedman letter (.1); review TWS/NDF memo (.1); review J. Wolin order (.1). |
| 04/17/02 | TWS | 425.00 | .20 | Read NDF memo to committee co-chairs re trial prep and discuss same with NDF |
| 04/17/02 | TWS | 425.00 | 1.70 | Conf call NDF, M.Peterson, D.Ralles |
| 04/17/02 | TWS | 425.00 | .40 | Confs NDF re claims valuation (.2); fee projections (.2) |
| 04/17/02 | SME | 135.00 | 1.30 | Assist JPC in the production of documents to local counsel by compiling relevant trial transcripts and expert witness reports and organizing appropriately. |
| 04/17/02 | SME | 135.00 | .30 | Assist JPC by creating new witness files for relevant individuals involved in the fraudulent transfer litigation. |
| 04/17/02 | TES | 150.00 | 2.00 | Research for TWS re breach of fiduciary duty and recovery for transfers |
| 04/17/02 | NDF | 350.00 | 8.50 | Rev. Grace briefs and scientific articles cited therein and draft memo re: science experts (3.6); draft and edit memo re: plaintiff with standing for 544(b) (1.1); draft budget for court of C&D fees (.5); review Peterson materials re: Grace liability estimates (.6); t/c Peterson & Relles and TWS re: Grace liability |

| | | | | estimates (.7); legal rs and reading cases re: BOFD claim (1.7); t/c Friedman re: Peterson estimate (.3). |
|---|---|---|---|---|
| 04/18/02 | SME | 135.00 | .50 | Assist JPC by creating new witness files for relevant individuals involved in the fraudulent transfer litigation. |
| 04/18/02 | NDF | 350.00 | 11.20 | Reading cases re: BOFD claim and outlining argument re: same (2.7); mtg w/ Friedman, Turken, Sakalo and Fleishman re: case strategy and issues; experts, etc (8.5). |
| 04/19/02 | PVL | 560.00 | .50 | Confer TWS re fr. conv. case (.3); review Grace reply re motion to intervene (.2). |
| 04/19/02 | TWS | 425.00 | .40 | TC PVNL re status and developments |
| 04/19/02 | TWS | 425.00 | .30 | TC from NDF re status and developments |
| 04/19/02 | SME | 135.00 | .60 | Assist JPC by creating new witness files for relevant individuals involved in the fraudulent transfer litigation (3). Organize important materials relating to witnesses and file appropriately (.3). |
| 04/19/02 | TES | 150.00 | 2.00 | Research fraudulent conveyance and fiduciary duty for TWS |
| 04/19/02 | JPC | 215.00 | .10 | Review witness file protocol |
| 04/19/02 | NDF | 350.00 | 4.90 | Mtg w/ Mike Greis (expert), Friedman, Sakalo et al re: financial issues (2.0); meeting w/ Wilbur Ross (.8); meeting w/ Friedman, Turken, Sakalo re: case issues (2.1). |
| 04/20/02 | JPC | 215.00 | 1.70 | Research fiduciary burden of proof matters in corporate law cases in NY, NJ, Del and FL per NDF |
| 04/22/02 | PVL | 560.00 | .10 | Review Sealed Air discovery responses. |
| 04/22/02 | JPC | 215.00 | 2.20 | Draft legal memo re: fiduciary burden of proof in several different jurisdiction including NY, Del and FL |

| 04/22/02 | NDF | 350.00 | 4.60 | Legal research and drafting memo re: BOFD claims (2.8); Review and edit rule 26(a) disclosures (.7); read Grace reply to intervention (.5); t/c Rachel Fleishman, Brad Friedman re: case issues (.6). |
|---|---|---|---|---|
| 04/23/02 | PVL | 560.00 | 1.30 | Teleconference Wolhforth (.2); teleconference EI re fr. conv. case status (.2); teleconference EI, TWS and NDF re case prep (.7); confer NDF re same (.2). |
| 04/23/02 | TWS | 425.00 | .20 | Conf PVNL re engagement of special counsel |
| 04/23/02 | TWS | 425.00 | .40 | Conf call EI, NDF and PVNL re status and developments |
| 04/23/02 | TWS | 425.00 | .20 | Conf NDF re discovery issues |
| 04/23/02 | EI | 675.00 | .50 | T/c PVNL/TWS/NDF re: status of fraudulent conveyance case. |
| 04/23/02 | NDF | 350.00 | 3.10 | Legal research and drafting memo re: BOFD claim (1.7); t/c EI, PVNL, TWS re: case status, strategy and issues (.9); review motion to compel and give Fleishman comments re: same (.5). |
| 04/24/02 | PVL | 560.00 | .10 | Review draft Milberg Weiss retention motion. |
| 04/24/02 | TWS | 425.00 | 1.00 | Conf call B.Friedman, R.Turken, M.Widom, J.Sakalo and NDF (call continued in my absence) |
| 04/24/02 | NDF | 350.00 | 6.70 | Draft, revise, edit joint application to employ Milberg, Weiss (1.0); revise and edit Friedman affidavit (.4); draft memo for Committee re: case structure, legal theories, discovery, trial plan (2.5); t/c Friedman, Turken et al re: financial experts, standards brief, Grace discovery (1.2); t/c Friedman, Baena, Evans Wohlforth re: Milberg retention, discovery issues (.5); do estimated budget and draft section of joint application re: C&D fees (.7); Review |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | ARPC rsponses to subpoena and draft memo to co-counsel re: same (.4). |
| 04/25/02 | TWS | 425.00 | .10 | Review fee estimate |
| 04/25/02 | BSH | 260.00 | .90 | Review motions to intervene in fraudulent transfer action |
| 04/25/02 | TES | 150.00 | 3.60 | Draft memorandum re fraudulent conveyance and fiduciary duty |
| 04/25/02 | NDF | 350.00 | 5.30 | Review Grace, Sealed Air and ARPC responses (.6); draft PI inserts for motion to compel (4.3); revise Milberg retention motion (.4). |
| 04/26/02 | TWS | 425.00 | .40 | Review and edit Millberg, Weiss retention application |
| 04/28/02 | PVL | 560.00 | .90 | Review draft order re fr. conv. counsel retention (.1); review Grace document production objections (.1); research re estimation (.7). |
| 04/29/02 | PVL | 560.00 | .60 | Confer TWS re case management (.1); teleconference Weitz, Budd and TWS re same (.3); review TWS letter Sakalo and email TWS re same (.2). |
| 04/29/02 | TWS | 425.00 | .50 | TC PVNL, R.Budd, P.Weitz re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .10 | TC J.Sakalo re retention motion-left message |
| 04/29/02 | TWS | 425.00 | .10 | TC J.Sakalo re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .30 | Letter to J.Sakalo re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .10 | TC B.Friedman re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .70 | Conf call B.Friedman, NDF and Bilzin lawyers re proposed filings |
| 04/29/02 | TWS | 425.00 | .60 | Conf NDF on solvency issues |

| | | | | |
|---|---|---|---|---|
| 04/29/02 | TWS | 425.00 | 4.00 | Legal research and analysis of solvency issues |
| 04/29/02 | TWS | 425.00 | .10 | Correspondence from S.Baena and PVNL re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .10 | TC EI re proposed retention motion |
| 04/29/02 | TWS | 425.00 | .70 | Read proposed brief on solvency issues |
| 04/29/02 | TWS | 425.00 | .50 | Read filings re Grace's proposed intervention |
| 04/29/02 | EI | 675.00 | .30 | T/c M. Peterson (.1); t/c TWS (.1); both re: conference on fraudulent conveyance case; t/c TWS re: lawyer issue (.1). |
| 04/29/02 | JPC | 215.00 | 2.50 | Review incoming pleadings, including property damage claimants' briefs on intervention (1.1); review and analyze background materials re: fraudulent transfers to assist in analysis of Grace conveyances in question (1.4) |
| 04/29/02 | NDF | 350.00 | 5.80 | Review and make comments to "standards brief" and "choide of law" brief (2.2); t/c Friedman, Turken, TWS et al re: brief, motion to compel, hearing dates, etc (.7); t/c Widom re: motion to compal (.2); revise and draft new interr. to Grace (.5); review Mike Greis due diligence list and make comments to Friedman re: same (.4); conf. TWS re: standards brief, choice of law (.6); legal research re: choice of law cases (.5); revising and editing choice of law section of brief (.7). |
| 04/30/02 | PVL | 560.00 | .30 | Review Friedman letter and email TWS/NDF re same (.1); confer TWS re letter (.2). |
| 04/30/02 | TWS | 425.00 | .50 | Read authority cited by PD Committee re proposed retention motion |
| 04/30/02 | TWS | 425.00 | .30 | Conf NDF re status and developments |
| 04/30/02 | TWS | 425.00 | .50 | TC B.Friedman re proposed filing |

| 04/30/02 | TWS | 425.00 | .40 | Correspondence to/from R.Turken re solvency issues |
| 04/30/02 | TWS | 425.00 | .30 | Draft insert to proposed brief on solvency issues |
| 04/30/02 | TWS | 425.00 | 1.70 | Read caselaw on solvency issues |
| 04/30/02 | TWS | 425.00 | .70 | Conf call B.Friedman, NDF and Bilzen lawyers re discovery issues |
| 04/30/02 | TWS | 425.00 | 2.90 | Study solvency issues |
| 04/30/02 | TWS | 425.00 | .20 | TC PVNL re proposed retention motion and engagement letter |
| 04/30/02 | JPC | 215.00 | .50 | Conference with NDF re: Mealey's publications re: number of claims being filed from 1995 - 2000 (.2); gather Mealey's publications for project per NDF (.3) |
| 04/30/02 | JPC | 215.00 | 1.40 | Review and analyze secondary resources on mass tort liability administration in bankruptcy courts per PVNL |
| 04/30/02 | NDF | 350.00 | 3.50 | Revise and edit choice of law brief (1.8); t/c Turken and Friedman and TWS re: discovery call w/Grace (.6); t/c Friedman re: discovery call w/Grace (.3); conf. TWS re: case issues (.3); review Peterson analysis of Mealey's reports re: "foreseeability of spike in claims" (.5). |

**Total Task Code .34          296.10**


**Non-Working Travel Time (23.40 Hours; $ 5,309.25)**


| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .30 | $337.50 | 101.25 |
| Peter V. Lockwood | 11.10 | $280.00 | 3,108.00 |
| Nathan D. Finch | 12.00 | $175.00 | 2,100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/02 | EI | 337.50 | .30 | Travel to Washington, DC for staff meeting and return (part of total). |
| 04/15/02 | PVL | 280.00 | 6.10 | Travel to and from Newark for status conference with Judge Wolin. |
| 04/15/02 | NDF | 175.00 | 7.00 | Travel to Newark and back to DC |
| 04/18/02 | NDF | 175.00 | 1.50 | Travel time (1.5). |
| 04/19/02 | NDF | 175.00 | 3.50 | Non working travel back to DC (3.5). |
| 04/21/02 | PVL | 280.00 | 2.80 | Travel to Pittsburgh for hearing. |
| 04/22/02 | PVL | 280.00 | 2.20 | Return to DC. |

**Total Task Code .35          23.40**

## Plan/Disclosure Statement/Voting Issues (2.20 Hours; $ 681.00)

| 0ttorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Bernard S. Bailor | .20 | $450 | 90.00 |
| Scott D. Michel | .20 | $365 | 73.00 |
| Kimberly N. Brown | .50 | $300 | 150.00 |
| Rita C. Tobin | .20 | $300 | 60.00 |
| Beth S. Heleman | .30 | $260 | 78.00 |
| Max C. Heerman | .20 | $230 | 46.00 |
| Brian A. Skretny | .20 | $215 | 43.00 |
| Robert C. Spohn | .20 | $145 | 29.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/16/02 | BSB | 450.00 | .20 | Discussion of pending issues re plan process |
| 04/16/02 | PVL | 560.00 | .20 | Confer asbestos team re pending issues re plan process |
| 04/16/02 | SDM | 365.00 | .20 | Discussion of pending issues re plan process in case. |

| 04/16/02 | RCT | 300.00 | .20 | Attend discussion of pending issues re: plan process in case. |
| 04/16/02 | KNB | 300.00 | .50 | Discussion of pending issues re plan process in case (.2); review notes, pleadings re PD claims (.3) |
| 04/16/02 | RCS | 145.00 | .20 | Discussion of case status and direction |
| 04/16/02 | BSH | 260.00 | .10 | Attend discussion of pending issues re: plan process in case |
| 04/16/02 | BAS | 215.00 | .20 | Discussion of Pending Issues re: Plan Process In Case.(.2) |
| 04/16/02 | MCH | 230.00 | .20 | Discussion of pending issues re: plan process in case |
| 04/25/02 | BSH | 260.00 | .20 | Review memo re: operating results and plan |

**Total Task Code .36**       **2.20**

**Retention of Professionals (1.40 Hours; $ 747.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $675 | 337.50 |
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Trevor W. Swett | .70 | $425 | 297.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/02 | PVL | 560.00 | .10 | Teleconference Zaleski re Will McDermott. |
| 04/03/02 | TWS | 425.00 | .10 | TC PVNL and E.Wolfson re retention of counsel |
| 04/03/02 | TWS | 425.00 | .10 | TC B.Friedman re potential retention |
| 04/10/02 | EI | 675.00 | .50 | Conference TWS/NDF/PVNL re: counsel issue and conference with Judge Wolin. |
| 04/22/02 | PVL | 560.00 | .10 | Review PCW and BMC retention applications. |

{D0002817:1 }

- 34 -

| 04/26/02 | TWS | 425.00 | .30 | TCs J.Sakalo re Millberg, Weiss retention application |
| 04/26/02 | TWS | 425.00 | .20 | Review redline of Millberg retention application |

**Total Task Code .40**      **1.40**

## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 5,426.62 |
| Air Freight & Express Mail | 791.55 |
| Conference Meals | 49.95 |
| Database Research | 5,792.97 |
| Long Distance Telephone - Equitrac In-House | 81.55 |
| Meals Related to Travel | 55.45 |
| Outside Local Deliveries | 19.62 |
| Outside Duplication Service | 1,259.80 |
| Postage | 5.90 |
| Research Material | 33.17 |
| Telecopier | 54.60 |
| Travel Expenses – Ground Transportation | 155.83 |
| Travel Expenses – Hotel Charges | 483.30 |
| Travel Expenses – LD Calls on Hotel Bill | 3.88 |
| Duplicating | 1,557.15 |

Total:                                    $ 15,771.34