**EXHIBIT B**

**Asbestos: Claims Litigation (9.1 Hours; $ 2,317.50)**

     Services rendered in this category relate to the litigation concerning the validity and payment of claim.

**Total Task Code .03**               9.1

**Asbestos: Co-Def Issues & Bankruptcies (.8 Hours; $ 417.00)**

     Services rendered in this category pertain to issues involving asbestos co-defendants, including those co-defendants that are presently in bankruptcy.

**Total Task Code .04**               .8

**Business Operations (.1 Hours; $ 56.00)**

     Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .13**               .1

**Case Administration (63.1 Hours; $ 13,804.00)**

     Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14**          63.1

**Committee Matters & Creditor Mtgs (.5 Hours; $ 337.50)**

     Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17**           .5

**Compensation of Professionals (Fee Applications of self & others) (17.5 Hours; $ 3,218.50)**

{D0002818:1 }
DOC#151898

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18              17.5**

### Creditor Inquiries (.9 Hours; $ 382.50)

Services rendered in this category pertain to telephone conferences with creditors.

**Total Task Code .19                .9**

### Litigation/Fraudulent Conveyance (296.1 Hours; $ 93,295.50)

Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .34          296.1**

### Non-Working Travel Time (23.4 Hours; $ 5,309.25)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings.  Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35           23.4**

### Plan/Disclosure Statement/Voting Issues (2.2 Hours; $ 681.00)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .36            2.2**

### Retention of Professionals (1.4 Hours; $ 747.00)

Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

{D0002818:1 }

**Total Task Code .40**     1.4

{D0002818:1 }