```
05/09/2002                                      Prebill Control Report
Page 1
16:59:55


Prebill 000001    Subpage     1
Client: 4642              Matter: 000_____
Bill Attn To        Attn:


Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                    Opened: 04/16/01_____Client 4642
Grace Asbestos Personal Injury Claimants      Old Ref:
Opened: 04/16/01
Primary Contact



Matter 000                                                            Old
Ref:                    Opened: 04/16/01_____Matter 000
Old Ref:                    Opened: 04/16/01
Disbursements



Bill Cycle: 01  Style: it i1    Start: 04/16/01  Last Billed:    04/20/02
Trans Date Range: 01/01/50 to 04/30/02
Client Retainer Available:          .00    Committed to invoices:      .00
Remaining:          .00
Client Credits  Available:          .00    Committed to invoices:      .00
Remaining:          .00
Matter Retainer Available:          .00    Committed to invoices:      .00
Remaining:          .00
Matter Credits  Available:          .00    Committed to invoices:      .00
Remaining:          .00
Budget Fees          .00                        Billed Fees      .00
Resp Empl: Elihu Inselbuch
Budget Exp           .00                        Billed Exp    53,103.35
Bill Empl: Elihu Inselbuch
Budget Tot           .00                        Total         53,103.35
Alt Empl:  Elihu Inselbuch


SUMMARY BY EMPLOYEE


                                      ----------A C T U A L---------
----------B I L L I N G---------    Value At
Empl Init  Name                         T/E  Avg Rate    Hours      Amount
Avg Rate    Hours        Amount    Calc RateEmpl Init  Name
T/E  Avg Rate    Hours        Amount    Avg Rate    Hours      Amount    Calc
Rate_____
_____
0020 PVL    Peter Van N. Lockwood          E                      1,488.20
1,488.20
0101 RCS    Robert C. Spohn                E                          1.35
1.35
0106 TWS    Trevor W. Swett                E                         83.12
83.12
0120 EI    Elihu Inselbuch                 E                         27.46
27.46
```

```
0122 SME    Stacie M. Evans              E                        652.40
652.40
0139 MCH    Max C. Heerman               E                      1,448.11
1,448.11
0149 JPC    John P. Cunningham           E                      1,504.42
1,504.42
0187 NDF    Nathan D. Finch              E                      1,754.94
1,754.94
0999 C&D    Caplin &. Drysdale           E                      8,811.34
8,811.34
                            Total Fees:                .00            .00
.00          .00          .00
                            Total Expenses:                      15,771.34
15,771.34            .00
                            Total Fee+Exp:             .00      15,771.34
.00    15,771.34          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                                    W/E  Trans.  Work     --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work         --------A C T U A L-------- --------------B I L L I N G--
----------
   Trans Transaction Description     Code  Date    Empl      Rate    Hours
Amount    Rate    Hours         Amount   Cumulative   Trans Transaction Description
Code Date    Empl        Rate    Hours          Amount   Rate   Hours        Amount
Cumulative_____
_____
1296,782 Discovery Copy; Heavy         E 25 04/01/02 0999 C&D
1,259.80                     1,259.80    1,259.80
         Litigation
         From Discovery Copy Service
         001360 AUDIT *
         AP-0070,792:0002  Date:
         04/01/02
1297,569 Long Distance-Equitrac        E 64 04/01/02 0999 C&D
.59                     .59    1,260.39
         In-House
```

05/09/2002                                          Prebill Control Report
Page 2
16:59:56


Prebill 000001   Subpage    2
Client: 4642                Matter: 000_____
                                   W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date  Empl     Rate    Hours
Amount  Rate  Hours        Amount  Cumulative   Trans Transaction Description
Code  Date  Empl      Rate   Hours        Amount  Rate   Hours       Amount
Cumulative_____
_____
1297,792 Equitrac - Photocopy      E 54 04/01/02 0999 C&D
.60                      .60   1,260.99
            charges
1297,793 Xeroxing                  E 54 04/01/02 0999 C&D
1.95                    1.95   1,262.94
1297,804 Telecopier/Equitrac       E 62 04/01/02 0999 C&D
9.90                    9.90   1,272.84
1297,570 Long Distance-Equitrac    E 64 04/02/02 0999 C&D
4.32                    4.32   1,277.16
            In-House
1297,794 Equitrac - Photocopy      E 54 04/02/02 0999 C&D
3.75                    3.75   1,280.91
            charges
1297,795 Xeroxing                  E 54 04/02/02 0999 C&D
40.50                  40.50    1,321.41
1297,796 Equitrac - Photocopy      E 54 04/02/02 0999 C&D
29.70                  29.70    1,351.11
            charges
1297,797 Equitrac - Photocopy      E 54 04/02/02 0999 C&D
3.60                    3.60   1,354.71
            charges
1297,571 Long Distance-Equitrac    E 64 04/03/02 0999 C&D
1.58                    1.58   1,356.29
            In-House
1297,798 Equitrac - Photocopy      E 54 04/03/02 0999 C&D
21.90                  21.90    1,378.19
            charges
1297,799 Equitrac - Photocopy      E 54 04/03/02 0999 C&D
12.45                  12.45    1,390.64
            charges
1297,800 Xeroxing                  E 54 04/03/02 0999 C&D
31.65                  31.65    1,422.29
1297,801 Equitrac - Photocopy      E 54 04/03/02 0999 C&D
15.00                  15.00    1,437.29
            charges
1297,802 Xeroxing                  E 54 04/03/02 0999 C&D
3.75                    3.75   1,441.04
1297,803 Xeroxing                  E 54 04/03/02 0999 C&D
41.10                  41.10    1,482.14
1298,263 Federal Express TO cATHIE E 01 04/04/02 0120 EI
1.84                    1.84   1,483.98
        bOYER FROM ei ON 3/18

```
              From Federal Express
              002001 AUDIT *
              AP-0070,856:0005  Date:
              04/04/02
1298,307 Long Distance-Equitrac      E 64 04/04/02 0999 C&D
.47                        .47     1,484.45
              In-House
1298,376 Equitrac - Photocopy        E 54 04/04/02 0999 C&D
.15                        .15     1,484.60
              charges
1298,377 Equitrac - Photocopy        E 54 04/04/02 0999 C&D
1.80                      1.80     1,486.40
              charges
1298,378 Equitrac - Photocopy        E 54 04/04/02 0999 C&D
23.25                    23.25     1,509.65
              charges
1298,379 Xeroxing                    E 54 04/04/02 0999 C&D
21.60                    21.60     1,531.25
1298,380 Equitrac - Photocopy        E 54 04/04/02 0999 C&D
11.70                    11.70     1,542.95
              charges
1298,381 Xeroxing                    E 54 04/04/02 0999 C&D
1.50                      1.50     1,544.45
1298,382 Equitrac - Fax charges      E 62 04/04/02 0999 C&D
1.05                      1.05     1,545.50
1298,561 Petty Cash Travel cabs for  E 33 04/05/02 0020 PVL
27.25                    27.25     1,572.75
              PVNL t/f train stations in
              Newark and DC on 3/28
              From Petty Cash
              005317 AUDIT *
              AP-0070,873:0026  Date:
```

```
05/09/2002                                        Prebill Control Report
Page 3
16:59:56


Prebill 000001   Subpage    3
Client: 4642                  Matter: 000_____
                                     W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work       --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description     Code  Date  Empl     Rate    Hours
Amount Rate  Hours        Amount  Cumulative  Trans Transaction Description
Code  Date  Empl     Rate   Hours        Amount Rate  Trans  Transaction Description
Cumulative_____
_____
          04/05/02
1298,796 Long Distance-Equitrac     E 64 04/05/02 0999 C&D
.20                     .20   1,572.95
          In-House
1298,871 Equitrac - Photocopy       E 54 04/05/02 0999 C&D
1.65                   1.65   1,574.60
          charges
1298,872 Xeroxing                   E 54 04/05/02 0999 C&D
5.70                   5.70   1,580.30
1298,873 Xeroxing                   E 54 04/05/02 0999 C&D
.90                     .90   1,581.20
1298,874 Xeroxing                   E 54 04/05/02 0999 C&D
44.10                 44.10   1,625.30
1298,875 Equitrac - Photocopy       E 54 04/05/02 0999 C&D
1.35                   1.35   1,626.65
          charges
1299,041 ADA Travel PVNL 3/18       E 15 04/08/02 0020 PVL
252.00               252.00   1,878.65
          Wilington travel
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0070,892:0010  Date:
          04/08/02
1299,042 ADA Travel Agency fee on   E 15 04/08/02 0020 PVL
25.00                 25.00   1,903.65
          PVNL 3/18 Wilmington travel
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0070,892:0011  Date:
          04/08/02
1299,056 ADA Travel PVNL 3/28 travel E 15 04/08/02 0020 PVL
424.00               424.00   2,327.65
          to Newark (coach fare
          273/00)
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0070,892:0025  Date:
          04/08/02
1299,057 ADA Travel Agency fee on   E 15 04/08/02 0020 PVL
25.00                 25.00   2,352.65
          PVNL 3/28 Newark travel
          From ADA Travel, Inc.
```

```
          000534 AUDIT *
          AP-0070,892:0026  Date:
          04/08/02
1299,027 EI expenses in DC for C&D    E 15 04/08/02 0120 EI
25.62                      25.62    2,378.27
          asbestos litigation
          practice group meeting on
          4/2 for r/t airfare
          From Elihu Inselbuch
          000120 AUDIT *
          AP-0070,883:0011  Date:
          04/08/02
1299,053 ADA Travel MCH 3/18 (coach   E 15 04/08/02 0139 MCH
1,412.00                    1,412.00    3,790.27
          fare) travel to Miami
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0070,892:0022  Date:
          04/08/02
```

```
05/09/2002                                    Prebill Control Report
Page 4
16:59:56


Prebill 000001   Subpage    4
Client: 4642              Matter: 000_____
                                   W/E  Trans.  Work     --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work     --------A C T U A L-------- --------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date  Empl      Rate    Hours
Amount  Rate    Hours          Amount   Cumulative   Trans Transaction Description
Code  Date  Empl      Rate    Hours          Amount   Rate   Hours        Amount
Cumulative_____
```

```
_____
1299,054 ADA Travel Agency fee on    E 15 04/08/02 0139 MCH
25.00                      25.00    3,815.27
         MCH 3/18 travel to Miami
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0070,892:0023  Date:
         04/08/02
1299,051 ADA Travel JPC (coach fare) E 15 04/08/02 0149 JPC
1,412.00                   1,412.00    5,227.27
         to Miami on 3/18
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0070,892:0020  Date:
         04/08/02
1299,052 ADA Travel AGency fee on    E 15 04/08/02 0149 JPC
25.00                      25.00    5,252.27
         JPC 3/18 Miami travel
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0070,892:0021  Date:
         04/08/02
1299,058 ADA Travel NDF 3/28 travel  E 15 04/08/02 0187 NDF
404.00                     404.00    5,656.27
         to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0070,892:0027  Date:
         04/08/02
1299,059 ADA Travel Agency fee for   E 15 04/08/02 0187 NDF
25.00                      25.00    5,681.27
         NDF 3/28 Newark travel
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0070,892:0028  Date:
         04/08/02
1299,698 Long Distance-Equitrac      E 64 04/08/02 0999 C&D
2.78                       2.78    5,684.05
         In-House
1299,840 Equitrac - Photocopy        E 54 04/08/02 0999 C&D
.45                        .45    5,684.50
         charges
```

```
1299,841 Xeroxing                    E 54 04/08/02 0999 C&D
2.55                      2.55       5,687.05
1299,842 Xeroxing                    E 54 04/08/02 0999 C&D
53.25                    53.25       5,740.30
1299,843 Equitrac - Photocopy        E 54 04/08/02 0999 C&D
4.80                      4.80       5,745.10
         charges
1299,844 Xeroxing                    E 54 04/08/02 0999 C&D
22.20                    22.20       5,767.30
1299,845 Equitrac - Photocopy        E 54 04/08/02 0999 C&D
2.70                      2.70       5,770.00
         charges
1299,699 Long Distance-Equitrac      E 64 04/09/02 0999 C&D
7.95                      7.95       5,777.95
         In-House
1299,846 Xeroxing                    E 54 04/09/02 0999 C&D
5.10                      5.10       5,783.05
1299,847 Equitrac - Photocopy        E 54 04/09/02 0999 C&D
1.20                      1.20       5,784.25
         charges
1299,848 Equitrac - Photocopy        E 54 04/09/02 0999 C&D
.15                       .15      5,784.40
         charges
1299,849 Xeroxing                    E 54 04/09/02 0999 C&D
17.10                    17.10       5,801.50
```

05/09/2002                                          Prebill Control Report
Page 5
16:59:56


Prebill 000001    Subpage     5
Client: 4642                   Matter: 000_____
                                  W/E  Trans.  Work    ---------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work      ---------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description        Code  Date  Empl      Rate     Hours
Amount  Rate  Hours          Amount  Cumulative  Trans Transaction Description
Code  Date  Empl       Rate    Hours          Amount  Rate   Hours        Amount
Cumulative_____
_____
1299,850 Equitrac - Photocopy        E 54 04/09/02 0999 C&D
6.30                        6.30   5,807.80
          charges
1299,851 Equitrac - Photocopy        E 54 04/09/02 0999 C&D
7.65                        7.65   5,815.45
          charges
1299,852 Equitrac - Photocopy        E 54 04/09/02 0999 C&D
46.95                      46.95   5,862.40
          charges
1299,853 Postage                     E 56 04/09/02 0999 C&D
2.96                        2.96   5,865.36
1299,854 Equitrac - Fax charges      E 62 04/09/02 0999 C&D
1.95                        1.95   5,867.31
1300,509 Federal Express to Dan      E 01 04/10/02 0101 RCS
1.35                        1.35   5,868.66
          Relles from RCS on 3/14
          From Federal Express
          002001 AUDIT *
          AP-0070,913:0004  Date:
          04/10/02
1300,528 Federal Express to Matthew  E 01 04/10/02 0139 MCH
11.11                      11.11   5,879.77
          Zaleski from MCH on 4/4
          From Federal Express
          002001 AUDIT *
          AP-0070,922:0005  Date:
          04/10/02
1300,535 Federal Express to Jay      E 01 04/10/02 0187 NDF
24.26                      24.26   5,904.03
          Sakalo and Matthew Zaleski
          from NDF on 4/8
          From Federal Express
          002001 AUDIT *
          AP-0070,926:0005  Date:
          04/10/02
1300,259 Long Distance-Equitrac      E 64 04/10/02 0999 C&D
2.39                        2.39   5,906.42
          In-House
1300,335 Xeroxing                    E 54 04/10/02 0999 C&D
5.10                        5.10   5,911.52
1300,336 Equitrac - Photocopy        E 54 04/10/02 0999 C&D
3.45                        3.45   5,914.97

```
            charges
1300,337 Equitrac - Photocopy       E 54 04/10/02 0999 C&D
.60                     .60    5,915.57
            charges
1300,338 Equitrac - Photocopy       E 54 04/10/02 0999 C&D
.60                     .60    5,916.17
            charges
1300,339 Equitrac - Photocopy       E 54 04/10/02 0999 C&D
15.30                  15.30   5,931.47
            charges
1300,632 Database Research-Westlaw  E 50 04/11/02 0999 C&D
22.12                  22.12   5,953.59
            research by TWS on 04/05
1300,633 Database Research-Westlaw  E 50 04/11/02 0999 C&D
294.31                294.31   6,247.90
            research by JPC on 04/05
1300,634 Database Research-Westlaw  E 50 04/11/02 0999 C&D
1,214.05             1,214.05    7,461.95
            research by MCH on 04/05
1300,635 Database Research-Westlaw  E 50 04/11/02 0999 C&D
603.37                603.37   8,065.32
            research by TWS on 04/04,05
1300,636 Database Research-Westlaw  E 50 04/11/02 0999 C&D
9.37                    9.37   8,074.69
            research by DNW on 04/05
1300,637 Database Research-Westlaw  E 50 04/11/02 0999 C&D
19.45                  19.45   8,094.14
```

```
05/09/2002                                    Prebill Control Report
Page 6
16:59:56


Prebill 000001   Subpage      6
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work   --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work   --------A C T U A L-------- --------------B I L L I N G--
-----------
   Trans Transaction Description      Code  Date  Empl     Rate   Hours
Amount  Rate   Hours       Amount   Cumulative  Trans Transaction Description
Code  Date  Empl     Rate    Hours        Amount  Rate   Hours       Amount
Cumulative_____
_____
          research by NDF/NR on 04/03
1300,662 Database Research-Westlaw   E 50 04/11/02 0999 C&D
.36                    .36     8,094.50
          research by DNW on 04/05
1300,676 Equitrac - Long Distance    E 64 04/11/02 0999 C&D
.20                    .20     8,094.70
1300,694 Long Distance-Equitrac      E 64 04/11/02 0999 C&D
11.31                 11.31    8,106.01
          In-House
1300,731 Equitrac - Fax charges      E 62 04/11/02 0999 C&D
1.65                  1.65     8,107.66
1300,770 Equitrac - Photocopy        E 54 04/11/02 0999 C&D
1.20                  1.20     8,108.86
          charges
1300,771 Equitrac - Photocopy        E 54 04/11/02 0999 C&D
1.50                  1.50     8,110.36
          charges
1300,772 Equitrac - Photocopy        E 54 04/11/02 0999 C&D
3.60                  3.60     8,113.96
          charges
1300,773 Telecopier/Equitrac         E 62 04/11/02 0999 C&D
2.55                  2.55     8,116.51
1301,711 Equitrac - Photocopy        E 54 04/12/02 0999 C&D
1.65                  1.65     8,118.16
          charges
1301,712 Xeroxing                    E 54 04/12/02 0999 C&D
26.55                 26.55     8,144.71
1301,713 Equitrac - Photocopy        E 54 04/12/02 0999 C&D
12.45                 12.45     8,157.16
          charges
1301,714 Equitrac - Photocopy        E 54 04/12/02 0999 C&D
3.00                  3.00     8,160.16
          charges
1301,715 Xeroxing                    E 54 04/12/02 0999 C&D
1.95                  1.95     8,162.11
1301,716 Xeroxing                    E 54 04/12/02 0999 C&D
13.80                 13.80     8,175.91
1301,717 Equitrac - Postage          E 56 04/12/02 0999 C&D
.34                    .34     8,176.25
1302,608 Equitrac - Long Distance    E 64 04/15/02 0999 C&D
.15                    .15     8,176.40
```

```
1302,686 Equitrac - Photocopy        E 54 04/15/02 0999 C&D
10.20                     10.20    8,186.60
         charges
1302,687 Equitrac - Photocopy        E 54 04/15/02 0999 C&D
3.15                       3.15    8,189.75
         charges
1302,581 Petty Cash; TWS lunch       E 22 04/16/02 0106 TWS
49.95                     49.95    8,239.70
         meeting with Counsel to PD
         Committee and NDF on 4/9
         From Petty Cash
         005317 AUDIT *
         AP-0070,987:0025  Date:
         04/16/02
1302,916 Global securities research  E 06 04/16/02 0999 C&D
16.25                     16.25    8,255.95
         referecne by RCS on 3/11
         From Global Securities
         Information  002192 AUDIT *
         AP-0071,001:0003  Date:
         04/16/02
1302,926 Velocity Express to         E 03 04/16/02 0999 C&D
13.08                     13.08    8,269.03
         Cadwalder Wickersham Taft
         from MCH on 4/5
         From Velocity Express
         002986 AUDIT *
         AP-0071,007:0005  Date:
         04/16/02
```

05/09/2002                                          Prebill Control Report
Page 7
16:59:56

Prebill 000001   Subpage      7
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work    ---------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- --------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date  Empl      Rate    Hours
Amount  Rate   Hours        Amount   Cumulative   Trans Transaction Description
Code  Date  Empl      Rate   Hours           Amount  Rate   Hours        Amount
Cumulative_____

_____
1302,972 Long Distance-Equitrac      E 64 04/16/02 0999 C&D
3.98                        3.98    8,273.01
         In-House
1303,064 Equitrac - Photocopy        E 54 04/16/02 0999 C&D
5.10                        5.10    8,278.11
         charges
1303,065 Equitrac - Photocopy        E 54 04/16/02 0999 C&D
13.20                       13.20   8,291.31
         charges
1303,066 Equitrac - Photocopy        E 54 04/16/02 0999 C&D
.45                          .45    8,291.76
         charges
1303,067 Equitrac - Photocopy        E 54 04/16/02 0999 C&D
6.90                        6.90    8,298.66
         charges
1303,068 Xeroxing                    E 54 04/16/02 0999 C&D
8.25                        8.25    8,306.91
1303,069 Equitrac - Fax charges      E 62 04/16/02 0999 C&D
4.35                        4.35    8,311.26
1303,070 Equitrac - Fax charges      E 62 04/16/02 0999 C&D
3.60                        3.60    8,314.86
1303,431 Long Distance-Equitrac      E 64 04/17/02 0999 C&D
20.38                       20.38   8,335.24
         In-House
1303,498 Xeroxing                    E 54 04/17/02 0999 C&D
21.00                       21.00   8,356.24
1303,499 Xeroxing                    E 54 04/17/02 0999 C&D
128.70                      128.70   8,484.94
1303,500 Xeroxing                    E 54 04/17/02 0999 C&D
4.05                        4.05    8,488.99
1303,501 Equitrac - Photocopy        E 54 04/17/02 0999 C&D
.60                          .60    8,489.59
         charges
1303,502 Equitrac - Photocopy        E 54 04/17/02 0999 C&D
15.75                       15.75   8,505.34
         charges
1303,503 Equitrac - Photocopy        E 54 04/17/02 0999 C&D
33.00                       33.00   8,538.34
         charges
1303,504 Xeroxing                    E 54 04/17/02 0999 C&D
2.10                        2.10    8,540.44

```
1303,505 Xeroxing                    E 54 04/17/02 0999 C&D
21.60                        21.60     8,562.04
1303,506 Equitrac - Fax charges      E 62 04/17/02 0999 C&D
15.75                        15.75     8,577.79
1303,507 Telecopier/Equitrac         E 62 04/17/02 0999 C&D
.90                            .90    8,578.69
1303,924 Equitrac - Photocopy        E 54 04/18/02 0999 C&D
.75                            .75    8,579.44
         charges
1303,925 Xeroxing                    E 54 04/18/02 0999 C&D
148.50                      148.50     8,727.94
1303,926 Xeroxing                    E 54 04/18/02 0999 C&D
28.95                        28.95     8,756.89
1303,927 Xeroxing                    E 54 04/18/02 0999 C&D
13.80                        13.80     8,770.69
1303,928 Equitrac - Photocopy        E 54 04/18/02 0999 C&D
19.20                        19.20     8,789.89
         charges
1304,217 ADA Travel PVNL 4/15 travel E 15 04/19/02 0020 PVL
424.00                      424.00     9,213.89
         to Newrk (coach fare
         $311.00)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,068:0014  Date:
         04/19/02
1304,218 ADA Travel Agency fee on    E 15 04/19/02 0020 PVL
40.00                        40.00     9,253.89
         PVNL 4/15 travel to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,068:0015  Date:
         04/19/02
1304,250 Federal Express to Brad     E 01 04/19/02 0106 TWS
16.13                        16.13     9,270.02
```

```
05/09/2002                                    Prebill Control Report
Page 8
16:59:56


Prebill 000001   Subpage    8
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description    Code  Date  Empl     Rate    Hours
Amount  Rate   Hours        Amount   Cumulative   Trans Transaction Description
Code  Date  Empl       Rate   Hours         Amount   Rate   Hours        Amount
Cumulative_____
_____
            Fiedman from TWS on 4/4
            From Federal Express
            002001 AUDIT *
            AP-0071,081:0007  Date:
            04/19/02
1304,252 Federal Express to Brad    E 01 04/19/02 0106 TWS
17.04                    17.04    9,287.06
            Friedman from TWS on 4/12
            From Federal Express
            002001 AUDIT *
            AP-0071,082:0004  Date:
            04/19/02
1304,264 Federal Express 10 packages E 01 04/19/02 0122 SME
652.40                   652.40    9,939.46
            to Lewis LeClair from SME
            on 2/26
            From Federal Express
            002001 AUDIT *
            AP-0071,090:0004  Date:
            04/19/02
1304,271 Federal Express to Brad    E 01 04/19/02 0149 JPC
67.42                    67.42   10,006.88
            Friedman from NDF and
            Rachel Fleishman and Loreto
            Tersigni from JPC on 4/17
            From Federal Express
            002001 AUDIT *
            AP-0071,094:0004  Date:
            04/19/02
1304,215 ADA Travel NDF 4/15 travel  E 15 04/19/02 0187 NDF
424.00                   424.00   10,430.88
            to Newark (coach fare $
            311.00)
            From ADA Travel, Inc.
            000534 AUDIT *
            AP-0071,068:0012  Date:
            04/19/02
1304,216 ADA Travel Agency fee for   E 15 04/19/02 0187 NDF
40.00                    40.00   10,470.88
            NDF 4/15 travel to Newark
            From ADA Travel, Inc.
            000534 AUDIT *
```

```
            AP-0071,068:0013  Date:
            04/19/02
1304,227 ADA Travel NDF 4/18 travel   E 15 04/19/02 0187 NDF
444.00                      444.00   10,914.88
            to New York (coach fare
            $290.00)
            From ADA Travel, Inc.
            000534 AUDIT *
            AP-0071,068:0024  Date:
            04/19/02
1304,228 ADA Travel Agency fee on     E 15 04/19/02 0187 NDF
40.00                        40.00   10,954.88
            NDF 4/18 travel to New York
            From ADA Travel, Inc.
```

```
05/09/2002                                    Prebill Control Report
Page 9
16:59:56


Prebill 000001    Subpage     9
Client: 4642                Matter: 000_____
                                   W/E  Trans.  Work    ---------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work     --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date  Empl     Rate   Hours
Amount  Rate   Hours        Amount   Cumulative   Trans Transaction Description
Code  Date   Empl      Rate   Hours         Amount  Rate   Hours        Amount
Cumulative_____
_____
          000534 AUDIT *
          AP-0071,068:0025  Date:
          04/19/02
1305,026 Equitrac - Photocopy       E 54 04/19/02 0999 C&D
.30                        .30   10,955.18
          charges
1305,027 Xeroxing                   E 54 04/19/02 0999 C&D
8.40                      8.40   10,963.58
1305,028 Xeroxing                   E 54 04/19/02 0999 C&D
25.80                    25.80   10,989.38
1305,029 Xeroxing                   E 54 04/19/02 0999 C&D
42.30                    42.30   11,031.68
1305,030 Equitrac - Photocopy       E 54 04/21/02 0999 C&D
.45                        .45   11,032.13
          charges
1304,880 Long Distance-Equitrac     E 64 04/22/02 0999 C&D
1.56                      1.56   11,033.69
          In-House
1305,031 Xeroxing                   E 54 04/22/02 0999 C&D
7.20                      7.20   11,040.89
1305,032 Equitrac - Photocopy       E 54 04/22/02 0999 C&D
18.60                    18.60   11,059.49
          charges
1305,033 Xeroxing                   E 54 04/22/02 0999 C&D
26.10                    26.10   11,085.59
1305,034 Equitrac - Photocopy       E 54 04/22/02 0999 C&D
3.60                      3.60   11,089.19
          charges
1305,410 PVNL expenses in Pittsburgh E 21 04/23/02 0020 PVL
16.38                    16.38   11,105.57
          for hearing on 4/21-22 for
          room service
          From Peter Van N. Lockwood
          000020 AUDIT *
          AP-0071,145:0002  Date:
          04/23/02
1305,411 PVNL expenses in Pittsburgh E 32 04/23/02 0020 PVL
169.86                  169.86   11,275.43
          for hearing on 4/21-22 for
          Omni William Penn hotel
          From Peter Van N. Lockwood
          000020 AUDIT *
```

```
            AP-0071,145:0003  Date:
            04/23/02
1305,412 NDF expense to New York on   E 21 04/23/02 0187 NDF
30.36                          30.36    11,305.79
            4/18-19 for meals
            From Nathan D. Finch
            000326 AUDIT *
            AP-0071,147:0002  Date:
            04/23/02
1305,413 NDF expense to New York on   E 32 04/23/02 0187 NDF
313.44                        313.44    11,619.23
            4/18-19 for Hotel Elysee
            From Nathan D. Finch
            000326 AUDIT *
            AP-0071,147:0003  Date:
            04/23/02
1305,414 NDF expense to New York on   E 33 04/23/02 0187 NDF
34.00                          34.00    11,653.23
            4/18-19 for cabs to Union
            Station, Hotel and home
            From Nathan D. Finch
            000326 AUDIT *
```

Prebill 000001   Subpage    10
Client: 4642                  Matter: 000_____

```
                                   W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount  Rate   Hours       Amount  Cumulative   Trans Transaction Description
Code  Date  Empl      Rate   Hours         Amount   Rate   Hours       Amount
Cumulative_____
_____
          AP-0071,147:0004  Date:
          04/23/02
1305,415 NDF expense to New York on   E 35 04/23/02 0187 NDF
3.88                      3.88   11,657.11
          4/18-19 for phone call made
          from room
          From Nathan D. Finch
          000326 AUDIT *
          AP-0071,147:0005  Date:
          04/23/02
1304,818 Database Research-Westlaw    E 50 04/23/02 0999 C&D
1,062.95                  1,062.95   12,720.06
          research by JPC on
          04/08,09,11
1304,819 Database Research-Westlaw    E 50 04/23/02 0999 C&D
173.38                    173.38   12,893.44
          research by NDF on 04/10,11
1304,820 Database Research-Westlaw    E 50 04/23/02 0999 C&D
673.57                    673.57   13,567.01
          research by MCH on 04/08,09
1304,821 Database Research-Westlaw    E 50 04/23/02 0999 C&D
69.63                     69.63   13,636.64
          research by TWS on 04/12
1304,822 Database Research-Westlaw    E 50 04/23/02 0999 C&D
4.87                      4.87   13,641.51
          research by EM on 04/13
1304,823 Database Research-Westlaw    E 50 04/23/02 0999 C&D
69.51                     69.51   13,711.02
          research by PVNL on
          04/08-13
1305,543 Long Distance-Equitrac       E 64 04/23/02 0999 C&D
7.29                      7.29   13,718.31
          In-House
1305,614 Equitrac - Photocopy         E 54 04/23/02 0999 C&D
1.35                      1.35   13,719.66
          charges
1305,615 Equitrac - Photocopy         E 54 04/23/02 0999 C&D
41.70                     41.70   13,761.36
          charges
1305,616 Xeroxing                     E 54 04/23/02 0999 C&D
20.70                     20.70   13,782.06
```

```
1305,762 Petty Cash; PVNL cab      E 33 04/24/02 0020 PVL
76.00                        76.00    13,858.06
         expenses in Pittsburgh t/f
         airport for hearing on 4/22
         From Petty Cash
         005317 AUDIT *
         AP-0071,163:0036  Date:
         04/24/02
1305,763 Petty Cash; Lunch for PVNL  E 21 04/24/02 0020 PVL
8.71                          8.71   13,866.77
         in Pittsburgh on 4/22
         From Petty Cash
         005317 AUDIT *
         AP-0071,163:0037  Date:
         04/24/02
1305,759 Petty Cash; Cabs for NDF    E 33 04/24/02 0187 NDF
12.00                        12.00   13,878.77
         t/f Union Station on 4/15
         From Petty Cash
         005317 AUDIT *
         AP-0071,163:0033  Date:
         04/24/02
```

```
05/09/2002                                    Prebill Control Report
Page 11
16:59:56


Prebill 000001   Subpage    11
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work    ---------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description     Code  Date  Empl      Rate    Hours
Amount  Rate   Hours        Amount   Cumulative  Trans Transaction Description
Code  Date  Empl     Rate   Hours         Amount  Rate   Hours        Amount
Cumulative_____
_____
1305,858 Travel Expenses-Ground     E 33 04/24/02 0999 C&D
6.58                      6.58   13,885.35
         Transporation - EI's 4/2
         trip to DC to meet with C&D
         Asbestos Litigation Group
         NY PC JV#96
1306,081 Equitrac - Photocopy       E 54 04/24/02 0999 C&D
2.70                      2.70   13,888.05
         charges
1306,082 Equitrac - Photocopy       E 54 04/24/02 0999 C&D
45.00                    45.00   13,933.05
         charges
1306,083 Telecopier/Equitrac        E 62 04/24/02 0999 C&D
.90                       .90   13,933.95
1306,371 Long Distance-Equitrac     E 64 04/25/02 0999 C&D
3.91                      3.91   13,937.86
         In-House
1306,432 Equitrac - Photocopy       E 54 04/25/02 0999 C&D
.15                       .15   13,938.01
         charges
1306,433 Equitrac - Photocopy       E 54 04/25/02 0999 C&D
2.55                      2.55   13,940.56
         charges
1306,434 Xeroxing                   E 54 04/25/02 0999 C&D
26.85                    26.85   13,967.41
1306,435 Equitrac - Photocopy       E 54 04/25/02 0999 C&D
.60                       .60   13,968.01
         charges
1306,436 Equitrac - Photocopy       E 54 04/25/02 0999 C&D
2.55                      2.55   13,970.56
         charges
1306,437 Equitrac - Photocopy       E 54 04/25/02 0999 C&D
18.75                    18.75   13,989.31
         charges
1306,438 Telecopier/Equitrac        E 62 04/25/02 0999 C&D
5.40                      5.40   13,994.71
1306,439 Equitrac - Fax charges     E 62 04/25/02 0999 C&D
3.90                      3.90   13,998.61
1308,263 Long Distance-Equitrac     E 64 04/26/02 0999 C&D
1.70                      1.70   14,000.31
         In-House
```

```
1308,420 Xeroxing                     E 54 04/26/02 0999 C&D
139.35                       139.35   14,139.66
1308,421 Xeroxing                     E 54 04/26/02 0999 C&D
16.35                         16.35   14,156.01
1308,422 Equitrac - Photocopy         E 54 04/26/02 0999 C&D
.15                             .15   14,156.16
         charges
1308,423 Equitrac - Photocopy         E 54 04/26/02 0999 C&D
4.20                           4.20   14,160.36
         charges
1308,264 Long Distance-Equitrac       E 64 04/29/02 0999 C&D
6.52                           6.52   14,166.88
         In-House
1308,424 Xeroxing                     E 54 04/29/02 0999 C&D
26.40                         26.40   14,193.28
1308,425 Xeroxing                     E 54 04/29/02 0999 C&D
5.40                           5.40   14,198.68
1308,426 Equitrac - Photocopy         E 54 04/29/02 0999 C&D
1.80                           1.80   14,200.48
         charges
1308,427 Telecopier/Equitrac          E 62 04/29/02 0999 C&D
2.70                           2.70   14,203.18
1309,268 Air & Train Transporation -  E 15 04/30/02 0187 NDF
-40.00                       -40.00   14,163.18
         refund from Amtrak for 4/19
         trip for NDF
1308,705 Lexis-Nexis                  E 06 04/30/02 0999 C&D
16.92                         16.92   14,180.10
         From LEXIS-NEXIS
         004301 AUDIT *
         AP-0071,238:0007  Date:
         04/30/02
1308,713 Velocity Express; to         E 03 04/30/02 0999 C&D
6.54                           6.54   14,186.64
```

```
05/09/2002                                      Prebill Control Report
Page 12
16:59:56


Prebill 000001   Subpage   12
Client: 4642              Matter: 000_____
                                     W/E  Trans.  Work   --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date  Empl      Rate    Hours
Amount Rate   Hours         Amount   Cumulative   Trans Transaction Description
Code  Date   Empl      Rate   Hours          Amount   Rate   Hours        Amount
Cumulative_____
_____
            Cadwalder Wickersham on
            4/12
            From Velocity Express
            002986 AUDIT *
            AP-0071,242:0006  Date:
            04/30/02
1308,790 Long Distance-Equitrac     E 64 04/30/02 0999 C&D
4.27                      4.27   14,190.91
            In-House
1308,853 Equitrac - Photocopy       E 54 04/30/02 0999 C&D
1.80                      1.80   14,192.71
            charges
1309,972 Postage for month of April E 56 04/30/02 0999 C&D
2.60                      2.60   14,195.31
            2002
1310,047 Database Research-Westlaw  E 50 04/30/02 0999 C&D
581.85                  581.85   14,777.16
            research by JPC on 04/20
1310,048 Database Research-Westlaw  E 50 04/30/02 0999 C&D
613.32                  613.32   15,390.48
            research by SME on 04/17,18
1310,088 Database Research-Westlaw  E 50 04/30/02 0999 C&D
304.32                  304.32   15,694.80
            research by JPC on 04/21,22
1310,089 Database Research-Westlaw  E 50 04/30/02 0999 C&D
76.54                    76.54   15,771.34
            research by NDF on 04/25

            Total Expense Cards
15,771.34               15,771.34       Total Expense Cards
15,771.34               15,771.34



        Matter Total Fee                                    .00
.00            .00         .00
        Matter Total Exp                                    .00
15,771.34            .00   15,771.34
        Matter Total                                        .00
15,771.34            .00   15,771.34
```

```
        Prebill Total Fee                                              .00
.00              .00            .00
        Prebill Total Exp                                              .00
15,771.34            .00      15,771.34
        Prebill Total                                                  .00
15,771.34            .00      15,771.34
```

Previous Billings:

| Invoice | Date | Orig. Amount | Late Charge | Credits | Balance Due |
|---------|------|-------------|-------------|---------|---------|
| 033688 | 10/20/01 | 3,066.39 | .00 | .00 | 3,066.39 |
| 034710 | 01/23/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 035306 | 03/18/02 | 2,529.78 | .00 | .00 | 2,529.78 |
| 035800 | 04/20/02 | 21,719.11 | .00 | .00 | 21,719.11 |
| 032913 | 07/27/01 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 033035 | 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 | 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 | 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 | 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034265 | 12/14/01 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 034710 | 01/23/02 | 54,682.50 | .00 | .00 | 54,682.50 |

```
05/09/2002                                    Prebill Control Report
Page 13
16:59:56

Prebill 000001   Subpage    13
Client: 4642                   Matter: 000_____
                                    W/E  Trans.  Work    ---------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work       --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description     Code  Date  Empl     Rate     Hours
Amount    Rate    Hours         Amount  Cumulative  Trans Transaction Description
Code  Date   Empl      Rate     Hours         Amount  Rate  Transaction       Amount
Cumulative_____

034883 02/11/02    43,355.00               .00    34,684.00     8,671.00
035306 03/18/02    73,861.00               .00          .00    73,861.00
035800 04/20/02   164,837.25               .00          .00   164,837.25

Subtotal:         649,690.12               .00   239,998.40   409,691.72
```

```
05/09/2002                                          Prebill Control Report
Page 14
16:59:56

Prebill 000001   Subpage    14
Client: 4642                 Matter: 000_____
                                      W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work       --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date   Empl      Rate     Hours
Amount  Rate   Hours       Amount   Cumulative   Trans Transaction Description
Code  Date   Empl       Rate   Hours         Amount  Rate   Hours        Amount
Cumulative_____
_____

        Run Total Fee                                            .00
.00          .00         .00
        Run Total Exp                                            .00
15,771.34          .00    15,771.34
        Run Total                                                .00
15,771.34          .00    15,771.34
```