**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF
W. R. GRACE & CO., ET AL.
FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $80,604.00 | $8195.21 | $20,151.00 |
| October, 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January, 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 4/1/02 – 4/30/02 | Total Hours From The Petition Date | Total Fees For The Period 4/1/02 – 4/30/02 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 1.0 | $    .00 | $    406.00 |
| Asset Dispostion | 0.0 | 0.0 | $    .00 | $    .00 |
| Claims Administration & Objections | 0.0 | 33.8 | $    .00 | $ 13,639.00 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $    .00 | $  2,400.00 |
| Fee/Employment Applications | 0.0 | 50.0 | $    .00 | $ 12,283.00 |
| Fee/Employment Objections | 0.0 | .4 | $    .00 | $    158.00 |
| Financing | 0.0 | 0.0 | $    .00 | $    .00 |
| Litigation | 0.0 | 458.9 | $    .00 | $143,294.00 |
| Plan and Disclosure Statement | 0.0 | 1.9 | $    .00 | $    713.00 |
| Relief from Stay Proceedings | 0.0 | 0.7 | $    .00 | $    350.00 |
| Tax Issues | 0.0 | 4.3 | $    .00 | $  1,569.50 |
| Valuation | 0.0 | 0.0 | $    .00 | $    .00 |
| Committee Meetings/ Conferences | 0.0 | 45.7 | $    .00 | $ 23,330.50 |
| Docket Review & Control | 0.0 | 279.9 | $    .00 | $ 34,207.50 |
| Asbestos: Claims Analysis & Valuations | 0.0 | 4.2 | $    .00 | $    712.00 |
| Asbestos: Claims Litigation | 9.1 | 25.5 | $  2,317.50 | $  9,419.00 |

| | | | | |
|---|---|---|---|---|
| Asbestos: Co-Def Issues & Bankruptcies | .8 | 4.6 | $ 417.00 | $ 1,915.00 |
| Asbestos: Settlement Matters | 0.0 | 2.7 | $ .00 | $ 1,512.00 |
| Bank Claims & Litigation Matters | 0.0 | 0.0 | $ .00 | $ .00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | .0 | .5 | $ .00 | $ 280.00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .1 | $ .00 | $ 56.00 |
| Business Operations | .1 | .2 | $ 56.00 | $ 106.00 |
| Case Administration | 63.1 | 568.7 | $ 13,804.00 | $ 178,495.50 |
| Committee Matters & Creditor Mtgs | .5 | 7.5 | $ 337.50 | $ 2,489.00 |
| Compensation of Professionals (Fee Applications of self & others) | 17.5 | 37.2 | $ 3,218.50 | $ 7,913.00 |
| Creditor Inquiries | .9 | .9 | $ 382.50 | $ 382.50 |
| Litigation (Non-bankruptcy/General) | .0 | 1.0 | $ .00 | $ 412.50 |
| Litigation/Fraudulent Conveyance | 296.1 | 866.5 | $ 93,295.50 | $ 266,906.50 |
| Non-Working Travel | 23.4 | 135.7 | $ 5,309.25 | $ 29,036.00 |
| Plan/Disclosure Statement/Voting Issues | 2.2 | 2.2 | $ 681.00 | $ 681.00 |
| Preparation for & Attendance at Hearings | 0.0 | 3.4 | $ .00 | $ 1,904.00 |
| Retention of Professionals | 1.4 | 13.0 | $ 747.00 | $ 5,815.00 |
| Stay Litigation (Section362) | .0 | 1.0 | $ .00 | $ 500.00 |
| **TOTAL** | **415.1** | **2,556.3** | **$ 120,565.75** | **$ 740,885.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/02 – 4/30/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 5,792.97 | $ 21,614.53 |
| Research Materials | $ 33.17 | $ 108.83 |
| Air Freight & Express Mail | $ 791.55 | $ 2,572.61 |
| Outside Local Deliveries | $ 19.62 | $ 51.66 |
| Filing Fees | $ .00 | $ .00 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ 49.95 | $ 291.39 |
| Outside Photocopy Service | $ 1,259.80 | $ 5,485.15 |
| Miscellaneous Client Advances | $ .00 | $ 605.57 |
| Air & Train Transportation | $ 5,426.62 | $ 17,499.95 |

| Meals Related to Travel | $ | 55.45 | $ | 1,119.81 |
|---|---|---|---|---|
| Travel Expenses – Hotel Charges | $ | 483.30 | $ | 3,365.48 |
| Travel Expenses – Ground Transportation | $ | 155.83 | $ | 2,226.97 |
| Travel Expenses – Miscellaneous | $ | .00 | $ | 39.62 |
| Travel Expenses – LD Calls on Hotel Bill | $ | 3.88 | $ | 279.66 |
| Local Transportation – DC | $ | .00 | $ | .00 |
| Local Transportation – NY | $ | .00 | $ | 144.14 |
| Xeroxing | $ | 1,557.15 | $ | 11,168.10 |
| Postage | $ | 5.90 | $ | 97.72 |
| Overtime Expenses | $ | .00 | $ | .00 |
| Overtime Meals | $ | .00 | $ | .00 |
| Telecopier | $ | 54.60 | $ | 575.10 |
| Use of Personal Cell/Home Phone | $ | .00 | $ | 27.43 |
| Long Distance – Credit Card | $ | .00 | $ | 699.99 |
| Long Distance Telephone – DC | $ | 81.55 | $ | 782.76 |
| NYO Long Distance Telephone | $ | .00 | $ | 118.22 |
| **TOTAL** | **$** | **15,771.34** | **$** | **68,874.69** |