IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

      I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify that on May 28, 2002, I caused a copy of the foregoing to be served upon the Notice Parties on the attached list in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

                                              /s/ Matthew G. Zaleski, III
                                              Matthew G. Zaleski, III

Dated: May 28, 2002

{D0002246:1 }