Hearing date: August 26, 2002 @ 10:00 a.m.
Objection deadline: August 19, 2002 by 4:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in connection with the Motion of BMW Constructors, Inc., ("BMW"), for Entry of an Order Granting Relief From the Automatic Stay (the "Motion") will be heard on August 26, 2002 at 10:00 a.m., EST, in the United States Bankruptcy Court, District of Delaware, 824 North Market Street, Wilmington, Delaware.

PLEASE TAKE FURTHER NOTICE, Objections to the Motion must be filed with the Bankruptcy Court and served upon Neal J. Levitsky, Esquire, Agostini, Levitsky, Isaacs & Kulesza, 824 N. Market Street, Suite 810, P.O. Box 2323, Wilmington, Delaware 19899-2323 on or before August 19, 2002 by 4:00 p.m.

PLEASE TAKE FURTHER NOTICE, that if no Objections to the Motion are timely filed and received in accordance with the above procedures, an Order may be entered granting the relief requested in the Motion without further notice or a hearing. Only objections made in writing and timely filed and received will be considered by the Court at such hearing.

AGOSTINI, LEVITSKY, ISAACS & KULESZA

_____
NEAL J. LEVITSKY, ESQUIRE (No. 2092)
L. JASON CORNELL, ESQUIRE (No. 3821)
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Dated: 5/28/2002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) ) | Case No. 01-01139 |
| Debtors. | ) | Jointly Administered |

## MOTION FOR ENTRY OF AN ORDER UNDER SECTION 362 OF THE BANKRUPTCY CODE GRANTING BMW CONSTRUCTORS, INC., RELIEF FROM THE AUTOMATIC STAY

BMW Constructors, Inc. (hereinafter "BMW"), hereby moves this Court pursuant to Section 362 of the United States Bankruptcy Code (the "Bankruptcy Code"), for an order granting BMW relief from the automatic stay so that BMW may maintain and continue to enforce its Notice of Intention to Hold Mechanic's Lien against Debtors' interest in certain real property. In support of its Motion, BMW represents as follows:

### Jurisdiction

1    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    The statutory predicate for the relief requested in this Motion are sections 105 and 362 of the Bankruptcy Code.

### Background

3.    Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 2, 2001 (the "Petition Date"). Debtors' chapter 11 cases were consolidated for administrative purposes. Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 108 of the Bankruptcy Code.

4.     Debtors are in the business of operating retail home improvement centers. Prior to the Petition Date, BMW entered into an agreement with Debtors whereby BMW agreed to supply labor and materials for improvements at one of Debtors' retail stores located at 5215 Kennedy Avenue, East Chicago, Indiana. The property where said improvements were made is owned by E I Du Pont De Nemours & Co. (the "DuPont Property").

5     On May 29, 2001, BMW recorded a Notice of Intention to Hold Mechanic's Lien (hereinafter "Notice of Intention") with the Lake County Recorder in Indiana. The Notice of Inteniton was served on E I Du Pont De Nemours & Co., at its Wilmington, Philadelphia and East Chicago addresses. A copy of the Notice of Intention is attached hereto as Exhibit "A".

6.     The Notice of Intention was filed pursuant to Indiana Code Section 32-8-3-3, which provides in pertinent part: "a person who wishes to acquire a [mechanic's] lien upon any property, whether the claim is due or not, shall file in the recorder's office of the county at any time within ninety (90) days after performing labor or furnishing materials

### Basis for Relief Requested

7.     11 U.S.C. § 362(d)(1) authorizes this Court to grant relief from the automatic stay "for cause." "Cause" is not defined in the Bankruptcy Code, however, whether "cause" exists to grant relief must be determined on a case by case basis. *Izzarelli v. Rexene Products (In re Rexene Products)*, 141 B.R. 574, 576 (D.Del. 1992); *Household Finance Corp. v. Adams (In re Adams)*, 27 B.R. 582, 585 (D.Del. 1983). Debtors carry the burden to show that "cause" does not exist to lift the automatic stay. 11

U.S.C. § 362(g)(2). Courts look to the totality of the circumstances of each particular case when deciding whether "cause" exists to grant relief from the stay. *Baldino v. Wilson (In re Wilson)*, 116 F.3d 87, 90 (3rd Cir. 1997).

8. When considering a Motion for Relief from Stay, courts generally consider three factors: (1.) the prejudice that might be visited upon interested parties should the stay be lifted; (2.) the balance of hardships facing the parties; and (3.) whether the movant is likely to succeed on the merits of the action (if applicable) should the stay be lifted. *Id.*

9. 11 U.S.C. § 362(b)(3) excepts from the relief from the automatic stay "any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to such perfection under section 546(b) " Furthermore, 11 U.S.C. § 546(b) provides that the rights and powers of the trustee are subject to applicable law that "permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection.

10. BMW issued the following invoices for work performed, and material's provided, at the DuPont Property:

| Invoice No. | Date of Invoice | Invoice Amount |
| --- | --- | --- |
| 55539 | 2/13/01 | $23,203.92 |
| 56691 | 3/7/01 | $31,429.21 |
| 56977 | 4/24/01 | $35,389.04 |

11 Pursuant to Indiana Code, BMW filed its Notice of Intention to Hold Mechanic's Lien on May 29, 2001, less than ninety (90) days before the first invoice payment was due.

12. Section 363(b)(3) of the Bankruptcy Code allows perfection of the lien on the DuPont Property to relate back prior to Debtors' Petition Date. BMW had an interest in the DuPont Property immediately after providing the labor and materials.

13. Alternatively, should this Court deny BMW the relief requested pursuant to the 362(b)(3) exception, BMW nevertheless should receive relief from the stay as it satisfies the requirements provided for in *In re Wilson, supra*.

14. "Cause" exists to grant BMW relief from the automatic stay. Were it denied relief from the stay, BMW would suffer irreparable harm through continuing delays in receiving payment for work performed which directly benefited the Debtors and DuPont. More importantly, if BMW is not permitted to maintain its Notice of Intention, it will lose its rights against the DuPont Property as provided for under Indiana law.

WHEREFORE, BMW Constructors, Inc. ("BMW"), respectfully requests this Court grant it relief from the automatic stay so that BMW may notify Debtors of its intention to enforce its Mechanic's Lien as required under Indiana law, and further allow BMW to foreclose on Debtors' interest in the DuPont Property.

AGOSTINI, LEVITSKY, ISAACS & KULESZA

_____
NEAL J. LEVITSKY, ESQUIRE (No. 2092)
L. JASON CORNELL, ESQUIRE (No. 3821)
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Attorneys for Movant, BMW Constructors, Inc.

Dated: 5/28/2

Hearing date: August 26, 2002 @ 10:00 a.m.
Objection deadline: August 19, 2002 by 4:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING MOTION OF BMW CONSTRUCTORS, INC., FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of Motion of BMW Constructors, Inc., for Entry of an Order Under Section 362 of the Bankruptcy Code Seeking Relief From the Automatic Stay (the "Motion");

IT IS SO ORDERED, this _____ day of _____, 2002, by the United States Bankruptcy Court for the District of Delaware, that the Motion is hereby GRANTED as set forth below; and,

IT IS FURTHER ORDERED that:

    BMW Constructors, Inc., may file a Notice of Intention to Hold Mechanic's Lien as provided for under Indiana Code Section 32-8-3-3; and,

    BMW Construtors, Inc., may foreclose on Debtors' interest in the DuPont Property.

_____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the Motion For Entry of an Order Under Section 362 of the Bankruptcy Code Granting BMW Constructors, Inc., Relief from the Automatic Stay was served this 28 day of May, 2002, upon the following individuals by First Class Mail, postage prepaid.

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Floor
1201 N. Market Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1140
Wilmington, DE 19801

Hamid r. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
& Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Thomas Moers Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

_____
L. JASON CORNELL