IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 2008** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION
REGARDING THE FIRST MONTHLY APPLICATION OF
CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., <u>ET AL.</u>, ON BEHALF OF
PROFESSOR ELIZABETH WARREN, SPECIAL BANKRUPTCY
CONSULTANT FOR THE PERIOD OF JANUARY 17, 2002
<u>THROUGH JANUARY 31, 2002 (DOCKET NO. 2008)</u>**

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered, on behalf of Professor Elizabeth Warren, ("Caplin & Drysdale"), submitted on May 3, 2002 a first monthly application ("Application") [Docket No. 2008] for services rendered and reimbursement of expenses incurred as Special Bankruptcy Consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0002848:1 }

2. Objections to the Application were to be filed and served on or before May 24, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale, Chartered, on behalf of Professor Elizabeth Warren, eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

CAMPBELL & LEVINE, LLC

/s/ Matthew G. Zaleski, III
Matthew G. Zaleski, III (I.D. #3557)
1201 N. Market Street
15th Floor
Wilmington, DE 19899
(302) 426-1900

Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: May 29, 2002

{D0002848:1}                          2