IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO EIGHTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002<br><u>RE: DOCKET NO. 2026</u>**

On May 8, 2002, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Holders, filed its Monthly Application for Compensation and Reimbursement of Disbursements (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on May 28, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001 (the "Order"), the Debtors are authorized to pay Kramer Levin $26,060.00 which represents eighty percent (80%) of the fees, and

$2,107.64, which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

>KLETT ROONEY LIEBER & SCHORLING
>A Professional Corporation
>
>By: _____
>Teresa K.D. Currier (No. 3080)
>Jeffrey R. Waxman (No. 4159)
>The Brandywine Building
>1000 West St. - Suite 1410
>Wilmington, DE 19801
>
>- and -
>
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>Philip Bentley
>Gary M. Becker
>919 Third Avenue
>New York, NY 10022
>(212) 715-9100
>
>Counsel to the Official Committee of Equity Holders

Dated: May 29, 2002