IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 2027 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 2027

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for April 1, 2002 through April 30, 2002 filed on May 8, 2002. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than May 28. 2002. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

May 29, 2002                                                         **WARREN H. SMITH & ASSOCIATES**

By: _____
Warren H. Smith
State Bar No. 18757050

900 Jackson Street
120 Founders Square
Dallas, Texas  75202
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

WRGraceCNO.4.02.rtf