## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case Nos. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE SUBSTITUTE** the undersigned as attorney for The Burlington Northern and Santa

Fe Railway Company, in the above-captioned case and all of the adversary proceedings related thereto

and withdraw the appearance of John K. Fiorilla and Watson, Stevens, Fiorilla & Rutter, LLP, as

attorneys for The Burlington Northern and Santa Fe Railway Company:

> THERESA L. WASSER, ESQUIRE
> BURNS, WHITE & HICKTON, LLC
> 120 Fifth Avenue, Suite 2400
> Pittsburgh, PA 15222

Date:  May 22, 2002
       Pittsburgh, PA

BURNS, WHITE & HICKTON, LLC

By: *Theresa Wasser*

Theresa L. Wasser, Esquire
PA I.D. No.: 51376
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222
Tel: (412) 803-3149
Fax: (412) 281-1352
E-mail: tlwasser@bhwllc.com

**Attorney for The Burlington Northern and
Santa Fe Railway Company**

## CERTIFICATE OF SERVICE

I, Theresa L. Wasser, hereby certify that on this 22nd day of May, 2002, I caused a true and

correct copy of the foregoing *Notice of Substitution of Counsel* to be served by first-class mail upon

the individuals indicated on the 2002 Service List annexed hereto.

Theresa L. Wasser, Esquire
PA I.D. No.: 51376

W.R. Grace 2002 Service List

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

Thomas V. Askounis, Esquire
Askounis & Borst, PC
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

Robert T. Aulgur, Jr., Esquire
PO Box 617
New York, NY 10178

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

David W. Baddley, Esquire
Greenberg Traurig, PA
515 East Las Olas Blvd.
Suite 1500
Fort Lauderdale, FL 33301

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod,
LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Paul M. Baisier, Esquire
Seyfarth Shaw
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

D.J. Baker, Esquire
Skadden, Arps, Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Scott Baldwin, Jr.
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA 15222-2302

Bankruptcy Administration
Attn: Rosa Dominy
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AX 85004

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor
Dallas, TX  75204

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch, LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

Gary M. Becker, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY  10022

Philip Bentley, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY  10022

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA  19103-6365

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY  14604

Charles E. Boulbol, Esquire
26 Broaday, 17th Floor
New York, NY  10004

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN  38166-0170

Kay D. Brock, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

David W. Carickhoff, Jr.
Pachulski Stang Ziehl Young & Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899-8705

Russell W. Budd
Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Damon J. Chargois, Esquire
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Noel C. Burnham
Montgomery McCracken Walker & Rhoads
LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Michael G. Busenkell
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Robert Cimino, Esquire
Suffolk County Attorney
Diane Leonardo Beckman, Asst. County
Attorney
H. Lee Dennison Building
PO Box 6100
Hauppauge, NY 11788-0099

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Berstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 920
P.O. Box 709
Wilmington, DE 19801

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West St., Ste. 1410
Wilmington, DE 19801

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr, LLP
60 State Street
Boston, MA 02109

James G. Damon, Esquire
Daniel S. Miller, Esquire
Voss, Cook & Thel, LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660-2998

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Michael S Davis, Esquire
Zeichner, Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

Nancy Worth Davis, Esquire
Joseph F. Rice
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Stephen A. Donato, Esquire
Hancock & Estabrook, LLP
1400 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

Kristi J. Doughty
Whittington & Aulgur
313 N. Dupont Hwy
Suite 110
Odessa, DE 19730

Peter James Duhig
Pachulski Stang Ziehl young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899

Robert L. Eisenbach, III
Cooley Godward LLP
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580

Jerel L. Ellington, Esquire
US Department of Justice
Environmental Enforcement Section
999 18th Street, Suite 945 - North Tower
Denver, CO 80202

William W. Erhart
300 DELAWARE AVENUE
Suite 1130
PO Box 234
Wilmington, DE 19899-0234

Brett Fallon
Morris, James, Hitchens & Williams
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Larry A. Feind
133 Peachtree Street, NE
7th Floor
Atlanta, GA 30303

John K. Fiorilla, Esquire
Watson, Stevens, Fiorilla & Rutter, LLP
390 George Street
PO Box 1185
New Brunswick, NJ 08903

Robert M. Fishman, Esquire
Shaw, Gussis, Domanskis, Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

Don C. Fletcher, Esquire
The Cavanagh Firm, PA
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

David Earl Flowers
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1100
St. Paul, MN 55101-2128

James Donald Freeman
US Department of Justice
999 18th Street
Suite 945N
Denver, CO 80202

William E. Frese, Esquire
Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Barbara Fruehauf
Cattie & Fruehauf
1201 Orange Street
Suite 502
Wilmington, DE 19801

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE  19899-1709

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

General Motors Acceptance Corporation
PO Box 5055
Troy, MI  48007-5055

Edmond M. George, Esquire
Obermayer, Rebmann, Maxwell & Hippel,
LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, PC
1251 Avenue of the Americas
New York, NY  10020-1182

Leonard P. Goldberger, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Peter S. Goodman, Esquire
Andrews & Kurth, LLP
805 Third Avenue
New York, NY  10022

Douglas Gordon
Linebarger, Goggan, Blair, Pena & Sampson, LLP
PO Box 460
Knoxville, TN  37901-0460

Ronald D. Gorsline
Chambliss, Bahner & Stophel, PC
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

Greif Bros. Corp.
250 East Wilson Bridge Road
Suite 175
Worthington, OH  43085-2323

Joseph Grey
Stevens & Lee
300 Delaware Ave, 8th Fl
Suite 800
Wilmington, DE 19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

Mr. Mark Hankin
HanMar Associates, MLP
PO Box 26767
Elkins Park, PA  19027

Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA  30326

William K. Harrington
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Bart Hartman
Treasurer - Tax Collector
Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

John W. Havins, Esquire
Burt, Barr, Havins & O'Dea, LLP
1001 McKinney, Suite 500
Houston, TX  77002

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
LLC
650 Paydras Street, Suite 2500
New Orleans, LA  70130-6103

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004-1482

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey
PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill - Nelson Highway
Research Triangle Park, NC  27709

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, PC
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
PO Box 106
Trenton, NJ  08625

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

Patrick Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

Mary M. Maloney Huss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

Jenny J. Hyun
Associate Counsel
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Laura Davis Jones
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Elizabeth Kardos, Esquire
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA  94111

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Christopher J. Kayser
U.S. Department of Justice, Tax Div
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Anne Marie P. Kelley, Esquire
Dilworth Paxon, LLP
Liberty View, Suite 700
457 Haddonfield Road
PO Box 2570
Cherry Hill, NJ 08034

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Richard Allen Keuler, Jr.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Lewis Kruger, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

Denise A. Kuhn
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Barry D. Kleban, Esquire
Adelman, Lavine, Gold and Levin
555 Old Garth Road
Charlottesville, VA 22901

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Nicholas J. LePore, III
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Sheri Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Neal J. Levitsky
Agostini Levitsky Isaacs & Kvlesza
824 N. Market St., Ste.810
Wilmington, DE 19899-2323

Christopher James Lhulier
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899

Joseph Walter Lind
Sierra Asset Management
2699 White Road
Suite 255
Irvine, CA 92614

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

Kathleen P. Makowski
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19801

Kevin J Mangan
Walsh Monzack & Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Paul M. Matheny
The Law Offices of Peter G. Angelos, PC
5905 Harford Road
Baltimore, MD 21214

Thomas J. Matz, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

Christina M. Maycen
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Katharine L. Mayer
McCarter & English
919 Market Street
Suite 700
Wilmington, DE 19801

Keavin D. McDonald
Wilshire Scott & Dyer, PC
1221 McKinney, Suite 3000
Suite 4550
Houston, TX 77010

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Rachel B. Mersky
Walsh, Monzack & Monaco, P. A.
1201 Orange St.
Suite 400
Wilmington, DE 19801

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Rick S. Miller
Ferry & Joseph
824 Market Street
Suite 904
Wilmington, DE 19899

Mark Minuti
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105

Christopher R. Momjian
Office of the Attorney General
21 S 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Meridee Moore
Kirsten Lynch
Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Francis J. Murphy
Murphy, Spadaro & Landon
824 N. Market Street, Ste 700
Wilmington, DE 19899

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Lynn K. Neuner, Esquire
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
5 Lyons Mall PMB# 530
Basking Ridge, NJ  07920-1928

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  3032-1232

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701 5th Avenue
Suite 5000
Seattle, WA  98104-7078

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ  07095

Ricardo Palacio, Esquire
Ashby & Geddes, P. A.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Peninsula Capital Advisors, LLC
Attn:  Ted Weschler
404 East Main Street
Second Floor
Charlottesville, VA  22902

Marsha A. Penn
PO Box 3725
Houston, TX  77253-3725

Peoples First Community Bank
Attn:  Diane Stewart
PO Box 59950
Panama City, FL  32412-0950

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

Joel L. Perrell Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202

Donna J. Petrone, Esquire
Exxon Mobil Chemical Company
Law Department, Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

Ted N. Pettit, Esquire
Case, Begelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813

Pillsbury Winthrop, LLP
Attn: Craig Barbarosh, Esquire
One Battery Park Plaza
New York, NY  10004-1482

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher, Garner, Cahill, Richter, Klein,
McAlister & Hilbert, LLC
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads,
LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Matthew Porter, Esquire
Bernard J. Bonn, III, Esquire
Dechert, Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067-4100

Allison E. Reardon
Delaware Division Of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

Margery N. Reed, Esquire
Duane, Morris & Heckscher, LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, PC
700 Louisiana, Suite 4600
Houston, TX 77002

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 S Painter Ave, Ste E
Whittier, CA 90602

Maggie De La Rosa
Provost Umphrey
Law Firm, LLP
490 Park Street
Beaumont, TX 77701

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Frederick B. Rosner
Cozen O'Connor
1201 N. Market Street, 14th Floor
Wilmington, DE 19801

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

James P. Ruggeri
Scott A. Shail
Hogan & Harton, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Patrick Scanlon
Barros McNamara Scanlon Malkiewicz &
Taylor
P. O. Box 1298
Dover, DE 19903

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Erice Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

Darrell W. Scott
Lukins & Annis, PS
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Secretary of Treasurer
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Scott Andrew Shail
Hogan & Hartson
555 Thirteenth St., N.W.
Washington, DC 20004

Bryan Shapiro
Bear, Stearns & Co., Inc.
245 Park Avenue
New York, NY 10167

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350South Grand Avenue
Los Angelos, Ca 90071-3442

Craig A. Slater, Esquire
Harter, Secrest & Emery, LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203

Warren Howard Smith
Warren H. Smith & Associates
3400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2520

State Library of Ohio
c/o Michelle Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Thomas M. Sobol, Esquire
Lieff, Cabraser, Heiman & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, Ca 94111

Authur Stein, Esquire
1041 W. Lacey Road
PO Box 1070
Forked River, NJ 08731-6070

Christopher S. Sontchi
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Robert F. Stewart, Jr.
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Richard B. Specter, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
PO Box 685
Hampton, SC 29924

William David Sullivan
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue
Suite 1700
Wilmington, DE 19801

Deborah E. Spivack
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Paul G. Sumers, Esquire
Tennessee Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NY 08736

Theodore J. Tacconelli
Ferry & Joseph P. A.
824 Market Street
Suite 904
Wilmington, DE 19899

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada  M5H 3T4

William F. Taylor, Jr., Esquire
Eluzfon, Austin, Reardon, Tarlov & Mondell,
PA
300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE  19899

Sanjay Thapar
Pitney Hardin Kipp & Szuch LLP
711 3rd Avenue
20th Floor
New York, NY 10017
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill LLP
100 North Tryon Street, Suite 4000
Charlotte, NC  28202-4010

Deborah L. Thorne, Esquire
FabelHaber, LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

Mr. Charles C. Trascher, III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA  71207

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, PC
2390 Central Blvd., Suite G
Brownsville, TX  78520

Anton Volovsek
Rt2 - Box 200 #42
Kamiah, ID  83536-9229

Dorine Vork, Esquire
Stibbe, PC
350 Park Avenue
New York, NY  10022

Philip J. Ward
Victoria Radd Rollins
Williams & Connelly, LLP
725 Twelfth Street, NW
Washington, DC  20005

Jeffrey R. Waxman
Klett Rooney
The Brandywine Building
1000 West Street, Suite 1410
PO Box 1397
Wilmington, DE 19801

Jeffrey T. Wegner
1650 Farnam Street
Omaha, NE 68102-2186

Janet M. Weiss
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Elizabeth Weller, Esquire
Linebarger Heard Goggan Blair
(Counsel for County of Dallas)
Graham, Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Thomas G. Whalen Jr.
Steven & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Michael B. Willey, Esquire
Legal Services, 27 Floor
312 8th Avenue North
Nashville, TN 37243

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

W.J. Winterstein, Jr., Esquire
William M. Aukamp, Esquire
John J. Winter, Esquire
Harvey Pennington Cabot Griffith
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz, LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Mary E. Wurts
PO Box 27
Capache Junct, AZ 85217

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Jonathan W. Young
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Matthew G. Zaleski III
Campbell & Levine LLC
Chase Manhatten Center
1201 North Market Street
15th Floor
Wilmington, DE 19899

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154