IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 19, 2002 at 4:00 p.m.
Hearing Date: Scheduled if Necessary (Negative Notice)

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1
05/30/02 5:24 PM

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

April 18, 2002

Invoice Number    **51711**        **91100**   **00001**        HRR

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Balance forward as of last invoice, dated:   January 31, 2002                                             $137,245.08

Net balance forward                                                                                        $137,245.08

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    **02/28/2002**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **ASSET DISPOSITION [B130]** | | | | | |
| 02/01/02 | DWC | Review e-mails from A. Krieger and S. Schwartz re: proposed Stipulation re: Dragon Court Lease (.2); calls with S. Schwartz (.2) and A. Krieger (.2) re: same | 0.60 | 280.00 | $168.00 |
| 02/11/02 | DWC | Call with Sam Schwartz re: Addiment purchase (.2); call to Jay Kapp re: same (.1) | 0.30 | 280.00 | $84.00 |
| 02/15/02 | DWC | Review and revise motion to close Darex plant (.7); draft notice of motion (.4); address filing and service thereof (.3). | 1.40 | 280.00 | $392.00 |
| | **Task Code Total** | | **2.30** | | **$644.00** |
| **BANKRUPTCY LITIGATION [L430]** | | | | | |
| 02/01/02 | DWC | Draft scheduling order re: motion to dismiss case filed by Zonolite claimants | 1.00 | 280.00 | $280.00 |
| 02/01/02 | DWC | Draft scheduling order re: Class Action Complaint for Medical Monitoring. | 1.00 | 280.00 | $280.00 |
| 02/01/02 | DWC | Draft scheduling order re: class action complaint for zonolite attic insulation relief. | 1.00 | 280.00 | $280.00 |
| 02/04/02 | DWC | Call with Jay Kapp re: various scheduling orders (.2); revise scheduling orders as per comments received (.3); draft letter to Judge Fitzgerald re: scheduling orders e-mailed to her (.3) | 0.80 | 280.00 | $224.00 |
| 02/04/02 | LDJ | Review Joinder of Asbestos Property Committee to Motion by Zonolite Attic Insulation Claimants to Dismiss Bankruptcy Case | 0.30 | 550.00 | $165.00 |
| 02/08/02 | DWC | Review property damage committee's joinder to motion to dismiss cases. | 0.30 | 280.00 | $84.00 |
| 02/11/02 | DWC | Review draft of Reply to motion to dismiss chapter 11 | 0.50 | 280.00 | $140.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | cases. | | | |
| 02/12/02 | DWC | Draft certification of counsel re: extension of preliminary injunction order to Robert Locke matter (.4), address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/12/02 | DWC | Review and revise draft agenda for February 25, 2002 hearing. | 0.40 | 280.00 | $112.00 |
| 02/12/02 | PEC | Draft Agenda Notice for 3/18/02 Hearing. | 3.20 | 120.00 | $384.00 |
| 02/13/02 | DWC | Prepare agenda notice for 2/25/02 hearing (2.3); calls with S. Schwartz re: same (.3) | 2.60 | 280.00 | $728.00 |
| 02/13/02 | DWC | e-mail to co-counsel re: reply to motion to dismiss cases | 0.20 | 280.00 | $56.00 |
| 02/13/02 | PEC | Review docket for updates. Revise Agenda Notice for 2/25/02 Hearing. | 1.20 | 120.00 | $144.00 |
| 02/13/02 | HDM | Prepare hearing binder for 02/25/02. | 5.60 | 60.00 | $336.00 |
| 02/14/02 | DWC | Finalize draft agenda to Judge Fitzgerald (including calls to co-counsel re: revisions to same). | 2.00 | 280.00 | $560.00 |
| 02/14/02 | DWC | Review hearing binders for 2/25/02 hearing. | 1.50 | 280.00 | $420.00 |
| 02/14/02 | PEC | Revise and review Agenda Notice for 2/25/02 Hearing (.4) Review binders to be sent to Judge Fitzgerald in Pittsburgh (1.0) | 1.40 | 120.00 | $168.00 |
| 02/14/02 | HDM | Prepare hearing binder for 02/25/02. | 6.30 | 60.00 | $378.00 |
| 02/15/02 | DWC | Review and revise opposition to motion to dismiss cases and prepare the same for filing with exhibits (3.4); address filing and service thereof (.3) | 3.70 | 280.00 | $1,036.00 |
| 02/15/02 | DWC | Review article re: solvency decision in context of fraudulent conveyance action in asbestos case of Babcock & Wilcox | 0.20 | 280.00 | $56.00 |
| 02/15/02 | LDJ | Review Objection to Zonolite Attic Insulation Claimants Motion to Dismiss Chapter 11 case | 0.70 | 550.00 | $385.00 |
| 02/15/02 | LDJ | Telephone conference with David Carickhoff, Esq. re: tobacco litigation; stay efforts | 0.20 | 550.00 | $110.00 |
| 02/15/02 | HDM | Prepare hearing binder for 02/25/02. | 1.90 | 60.00 | $114.00 |
| 02/18/02 | DWC | Review and revise objection to Carol Gerard's motions (.9); address filing thereof (.3) | 1.20 | 280.00 | $336.00 |
| 02/19/02 | DWC | Review EPA letter to Judge Woling re: participation in conference with Judge. | 0.20 | 280.00 | $56.00 |
| 02/20/02 | DWC | Finalize agenda for 2/25 hearing (.6); call with S. Schwartz re: same (2) | 0.80 | 280.00 | $224.00 |
| 02/20/02 | VEM | Prepare hearing notebook on hearing on W.R. Grace. | 5.50 | 50.00 | $275.00 |
| 02/21/02 | LDJ | Review Zonolite Claimants' Reply Memo in Support of Motion to Dismiss Bankruptcy Case | 0.50 | 550.00 | $275.00 |
| 02/21/02 | PEC | Revise and review Agenda Notice for 2/25/02 Hearing (.4); Draft Affidavit of Service (.2); Prepare service list (.6); File and serve Agenda Notice for 2/25/02 Hearing (.4); Review binders to be sent to Judge Fitzgerald (.9) | 2.50 | 120.00 | $300.00 |
| 02/22/02 | DWC | Review and revise response to Zonolite exhibits (.3); address filing and service of same (.2) | 0.50 | 280.00 | $140.00 |
| 02/22/02 | DWC | Prepare amended agenda to address new filings and status of certain matters (.3); address filing and service thereof (.2) | 0.50 | 280.00 | $140.00 |
| 02/22/02 | DWC | Address setting up equipment in courtroom for 2/25 hearing. | 0.30 | 280.00 | $84.00 |
| 02/22/02 | PEC | Draft Amended Agenda Notice for 2/25/02 Hearing (.4); Draft Certificate of Service and service list (.2); File and serve Agenda Notice (.4) | 1.00 | 120.00 | $120.00 |
| 02/24/02 | DWC | Prepare for hearing on 2/25 | 2.50 | 280.00 | $700.00 |
| 02/25/02 | DWC | Prepare for hearing | 1.30 | 280.00 | $364.00 |
| 02/25/02 | DWC | Attend hearing | 3.20 | 280.00 | $896.00 |
| 02/25/02 | DWC | Meet with L. Jones, co-counsel and Debtors re: result of hearing, strategies going forward and other issues. | 2.00 | 280.00 | $560.00 |
| 02/25/02 | DWC | Draft Order denying motion to dismiss cases | 0.80 | 280.00 | $224.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/02 | HRR | Review, analyze and address issues regarding letter from J. Ellington on upcoming hearing. | 0.10 | 330.00 | $33.00 |
| 02/25/02 | LDJ | Attend hearing re: motion to dismiss bankruptcy case; proof of claim forms; omnibus matters | 2.70 | 550.00 | $1,485.00 |
| 02/25/02 | LDJ | Meeting with clients and co-counsel re: hearing follow-up issues; going forward tasks and strategy | 1.30 | 550.00 | $715.00 |
| 02/25/02 | DWC | Meet with P. Cuniff to review results of hearing. | 0.20 | 280.00 | $56.00 |
| 02/26/02 | DWC | Address inquiry of co-counsel K. Fabian re: the Medical Monitoring Complaint and call with her re: same | 0.40 | 280.00 | $112.00 |
| 02/27/02 | DWC | Review and revise Case Management Order re: Fraudulent Trnasfer matter (.2); review and revise certification of counsel in connection therewith (.2); address filing and service thereof (including service to Judge Wolin) (.3) | 0.70 | 280.00 | $196.00 |
| 02/27/02 | PEC | Draft Affidavit of Service re: Certification of Counsel re: Case Managment Order (.2); File and serve (.3) | 0.50 | 120.00 | $60.00 |
| 02/28/02 | DWC | Draft notice of change in hearing time for March 18, as per court's request (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/28/02 | LDJ | Telephone conference with David Siegel re: Meso claimants seeking committee | 0.20 | 550.00 | $110.00 |
| | | **Task Code Total** | **66.10** | | **$14,237.00** |

### CASE ADMINISTRATION [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/02 | PEC | Review docket for updates and revise critical dates memo. | 1.00 | 120.00 | $120.00 |
| 02/04/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 02/05/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 02/06/02 | CMS | Maintain Document Control. | 0.20 | 40.00 | $8.00 |
| 02/06/02 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 02/06/02 | PEC | Update critical dates memo. | 0.30 | 120.00 | $36.00 |
| 02/07/02 | DWC | Address docketing error re: order regarding preliminary injunction. | 0.30 | 280.00 | $84.00 |
| 02/07/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 02/08/02 | CMS | Maintain Document Control. | 0.50 | 40.00 | $20.00 |
| 02/08/02 | VEM | Match pleadings with court docket. | 0.10 | 50.00 | $5.00 |
| 02/08/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/12/02 | PEC | Update critical dates memo. | 0.80 | 120.00 | $96.00 |
| 02/12/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/13/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/14/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 02/14/02 | PEC | Review docket for updates. | 0.40 | 120.00 | $48.00 |
| 02/14/02 | PEC | Update critical dates memo. | 1.00 | 120.00 | $120.00 |
| 02/15/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 02/19/02 | HDM | Maintain document control. | 1.30 | 60.00 | $78.00 |
| 02/20/02 | DWC | Address document request of Shirley Pope | 0.20 | 280.00 | $56.00 |
| 02/21/02 | DWC | Address court requests re: service of agenda on other judges. | 0.20 | 280.00 | $56.00 |
| 02/21/02 | HRR | Review and analyze notice of agenda. | 0.20 | 330.00 | $66.00 |
| 02/21/02 | CMS | Maintain Document Control. | 5.20 | 40.00 | $208.00 |
| 02/22/02 | ARP | Maintain document control. | 6.90 | 40.00 | $276.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/22/02 | PEC | Update critical dates memo. | 1.20 | 120.00 | $144.00 |
| 02/25/02 | VEM | Match pleadings with court docket. | 0.10 | 50.00 | $5.00 |
| 02/25/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 02/26/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/27/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 02/27/02 | PEC | Review docket for updates and update critical dates memo. | 1.10 | 120.00 | $132.00 |
| 02/28/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |

**Task Code Total**  26.10   $2,170.00

**CLAIMS ADMIN/OBJECTIONS [B310]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/02 | PEC | Return calls to creditors regarding bar date. | 0.60 | 120.00 | $72.00 |
| 02/07/02 | PEC | Return calls to various creditors regarding Bar Date. | 0.50 | 120.00 | $60.00 |
| 02/08/02 | PEC | Return calls to various creditors regarding case status and bar date. | 0.40 | 120.00 | $48.00 |
| 02/12/02 | DWC | Review revised motion for bar date order re: non-asbestos claims and revise the same (.8), draft notice re: same (.4), address filing and service thereof (.3) | 1.50 | 280.00 | $420.00 |
| 02/12/02 | DWC | Review revised motion for bar date order re: asbestos personal injury claims and revise the same (.8), draft notice re: same (.4), address filing and service thereof (.3) | 1.50 | 280.00 | $420.00 |
| 02/12/02 | DWC | Review and revise Debtors Consolidated Reply in Support of Case Management Order (2.5); address filing and service thereof (.3) | 2.80 | 280.00 | $784.00 |
| 02/12/02 | PEC | Return calls to creditors regarding bar date. | 0.30 | 120.00 | $36.00 |
| 02/15/02 | DWC | Review and revise brief re: class notice issues in bar date context (.6); address filing and service thereof (.3) | 0.90 | 280.00 | $252.00 |
| 02/15/02 | LDJ | Review brief re: bar date and class notice | 0.80 | 550.00 | $440.00 |
| 02/15/02 | PEC | Return calls to various creditors re: bar date. | 0.40 | 120.00 | $48.00 |
| 02/19/02 | DWC | Review Mayfield letter re: claims. | 0.20 | 280.00 | $56.00 |
| 02/20/02 | LDJ | Review Zonolite Claimants' Info Brief re: Class Proof of Claims | 0.80 | 550.00 | $440.00 |
| 02/22/02 | DWC | Review revised proof of claim re: medical monitoring claimants (.3); address filing and service thereof (.2) | 0.50 | 280.00 | $140.00 |
| 02/22/02 | PEC | File and serve Supplemental Response to New Material in Zonolite Claimants' Class Proof of Claim Brief (.4); Draft Certificate of Service (.2) | 0.60 | 120.00 | $72.00 |
| 02/22/02 | PEC | File and serve Supplemental Exhibit to Response to New Material in Zonolite Claimants' Class Proof of Claim Brief. | 1.00 | 120.00 | $120.00 |
| 02/22/02 | PEC | Draft Affidavit of Service regarding Supplemental Exhibit to Response to New Material in Zonolite Claimants Class Proof of Claim Brief (.1); File with the Court (.3) | 0.40 | 120.00 | $48.00 |
| 02/22/02 | PEC | Return calls to various creditors regarding bar date. | 0.30 | 120.00 | $36.00 |
| 02/25/02 | DWC | Draft scheduling order re: proposed bar date order. | 0.80 | 280.00 | $224.00 |
| 02/25/02 | PEC | Telephone call with Jennifer Grace regarding scheduled omnibus hearing dates. Forward Notice of Scheduled Hearing dates. | 0.40 | 120.00 | $48.00 |
| 02/27/02 | DWC | Address Court's inquiry re: claims and correspond with claims agent re: same | 0.40 | 280.00 | $112.00 |
| 02/27/02 | PEC | Return calls to various creditors regarding case status. | 0.50 | 120.00 | $60.00 |
| 02/28/02 | DWC | Address Court's request for current proof of claim forms and draft letter re: same (1.2); call with J. Baer re: same | 1.40 | 280.00 | $392.00 |

|  |  | and re: possible revisions to current proof of claim forms (.2) |  |  |  |
|---|---|---|---|---|---|
|  | **Task Code Total** |  | **17.00** |  | **$4,328.00** |

**COMPENSATION PROF. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/02 | HRR | Review and analyze second quarterly fee application of Reed Smith. | 0.20 | 330.00 | $66.00 |
| 02/06/02 | DWC | Call with R. Higgins re: Amended Administrative Order and procedures thereunder. | 0.20 | 280.00 | $56.00 |
| 02/06/02 | DWC | Review and execute Cert. of No objection re: Casner & Edwards November fee application and adress filing and service of same (.2); Review and execute Cert. of No objection re: Wallace King November fee application and adress filing and service of same (.2) | 0.40 | 280.00 | $112.00 |
| 02/06/02 | PEC | Review docket for objections (.1); Draft Certificate of No Objection re: Casner & Edwards November Fee Application and Certificate of Service (.4); File and serve (.3) | 0.80 | 120.00 | $96.00 |
| 02/06/02 | PEC | Review docket for objection (.1); Draft Certificate of No Objection for Wallace King Marraro & Branson November Fee Application (.4); File and serve (.3) | 0.80 | 120.00 | $96.00 |
| 02/07/02 | DWC | Review and execute Cert. of No Objection for Holme Roberts November fee application. | 0.20 | 280.00 | $56.00 |
| 02/07/02 | DWC | Review Holme Roberts December fee application and prepare the same for filing (.4); address filing and service thereof (.2). | 0.60 | 280.00 | $168.00 |
| 02/07/02 | DWC | Review Kirkland and Ellis 3rd Quarterly fee application and prepare the same for filing (.4) and address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/07/02 | PEC | Draft Notice of Holme Roberts and Owen November Fee Application and Certificate of Service (.4); File and serve Fee Application (.4) | 0.80 | 120.00 | $96.00 |
| 02/07/02 | PEC | Draft Notice of Holme Roberts and Owen December Fee Application and Certificate of Service (.4); File and serve Fee Application (.4) | 0.80 | 120.00 | $96.00 |
| 02/07/02 | PEC | Draft Notice of Kirkland & Ellis Third Quarterly Fee Application and Certificate of Service (.4); File and serve Quarterly Fee Application (.6) | 1.00 | 120.00 | $120.00 |
| 02/12/02 | DWC | Call with Bob Murphy of Casner & Edwards re: Interim Compensation procedures and proposed amended administrative order. | 0.20 | 280.00 | $56.00 |
| 02/12/02 | PEC | Draft Notice and Certificate of Service regarding Holme Roberts & Owen Second Quarterly Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/13/02 | DWC | Review Wallace King December fee app and notice of same (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/13/02 | PEC | Draft Notice and Certificate of Service re: Wallace King Marraro & Branson December Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/13/02 | PEC | Draft Notice and Certificate of Service regarding Holme Roberts & Owen Second Quarterly Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/14/02 | PEC | Draft Notice of Wallace King Marraro & Branson December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/15/02 | DWC | Review and execute Cert. of No Objection re: Nelson Mullins November fee application | 0.20 | 280.00 | $56.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/15/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley & Scarborough November Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/20/02 | DWC | Review and execute Certs. of no Objection for monthly fee applications of Kirkland & Ellis (.2); PAchulski Stang (.2), Casner & Edwards (.2); Blackstone (november and december) (.3) | 0.90 | 280.00 | $252.00 |
| 02/26/02 | DWC | Review Pitney Hardin November fee app (.4) and December fee app (.4) and address filing and service thereof (.3) | 1.10 | 280.00 | $308.00 |
| 02/26/02 | DWC | Review Nelson Mullins December fee app (.4) and address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/26/02 | DWC | Review Wallace King January fee app (.4) and address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 02/26/02 | DWC | Review Casner & Edwards quarterly fee app (.5) and address filing and service thereof (.2) | 0.70 | 280.00 | $196.00 |
| 02/26/02 | DWC | Review Holme Roberts quarterly fee app (.5) and address filing and service thereof (.2) | 0.70 | 280.00 | $196.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Pitney, Hardin, Kipp & Szuch December Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Pitney, Hardin, Kipp & Szuch November Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Wallace King Marraro & Branson January Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Nelson Mullins Riley & Scarborough December Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Holmes Roberts & Owens Second Quarterly Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/26/02 | PEC | Draft Notice of Filing of Fee Application and Certificate of Service regarding Casner & Edwards First Quarterly Fee Application (.4) | 0.80 | 120.00 | $96.00 |
| 02/28/02 | DWC | Review and respond to A. Krieger e-mails re: interim compensation procedure and fee examiner | 0.40 | 280.00 | $112.00 |
| 02/28/02 | DWC | Review Blackstone January fee application (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |

| | | **Task Code Total** | **21.80** | | **$4,034.00** |

### EXECUTORY CONTRACTS [B185]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/05/02 | PEC | Serve [Signed] Order Approving 365(d)4 Motion (.2); Draft Affidavit of Service (.1); File Affidavit with the Court (.2) | 0.50 | 120.00 | $60.00 |
| 02/06/02 | PEC | Review docket for objection (.1); Draft Certificate of No Objection for Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (.4); File and serve (.3) | 0.80 | 120.00 | $96.00 |

| | | **Task Code Total** | **1.30** | | **$156.00** |

### FEE/EMPLOYMENT APPLICATION

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/01/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/11/02 | DWC | Call with Warren Smith re: proposed Amended Administrative Order and proposed billing matter categories (.2); e-mail him re: same (.1) | 0.30 | 280.00 | $84.00 |
| 02/13/02 | HRR | Conference with Ira D. Kharasch regarding fee applications. | 0.10 | 330.00 | $33.00 |
| 02/14/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 02/14/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/14/02 | HRR | Telephone conference with D. Carickhoff regarding order on quarterly fee applications. | 0.10 | 330.00 | $33.00 |
| 02/14/02 | HRR | Telephone call from and telephone call to Ira D. Kharasch regarding fee applications. | 0.10 | 330.00 | $33.00 |
| 02/14/02 | HRR | Review, analyze and address files regarding fees. | 0.20 | 330.00 | $66.00 |
| 02/14/02 | IDK | Teleconferences and emails with Hamid Rafatjoo and Laurie Gilbert re fee app issues - status - timing | 0.30 | 480.00 | $144.00 |
| 02/15/02 | DWC | Review and execute Cert. of No Objection re: PSZYJ November fee application | 0.20 | 280.00 | $56.00 |
| 02/15/02 | PEC | Draft Certificate of No Objection regarding PSZYJ December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 02/20/02 | IDK | Teleconferences with Hamid Rafatjoo re 12/01 app CNO and timing | 0.20 | 480.00 | $96.00 |
| 02/20/02 | HRR | Draft email regarding December fee application. | 0.10 | 330.00 | $33.00 |
| 02/20/02 | HRR | Review and analyze email from D. Carickhoff regarding December fee application. | 0.10 | 330.00 | $33.00 |
| 02/21/02 | IDK | Teleconferences and office conference with Hamid Rafatjoo re fee app and payment status | 0.20 | 480.00 | $96.00 |
| 02/21/02 | HRR | Telephone conference with D. Carickhoff regarding CNO for fee applications. | 0.10 | 330.00 | $33.00 |
| 02/21/02 | HRR | Draft letter to W. Sparks regarding November and December fee applications (.20); and address issues regarding same (.20). | 0.40 | 330.00 | $132.00 |
| 02/27/02 | HRR | Conference with Ira D. Kharasch regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 02/27/02 | HRR | Telephone conference with J. Port regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 02/28/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 02/28/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| | | **Task Code Total** | **4.60** | | **$1,184.00** |

**FINANCIAL FILINGS [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/02 | DWC | Review Debtors' December monthly operating report and address filing and service thereof. | 0.60 | 280.00 | $168.00 |
| | | **Task Code Total** | **0.60** | | **$168.00** |

**LITIGATION (NON-BANKRUPTCY]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/02 | LDJ | Conference with David Carickhoff, Esq. re: tobacco litigation; pending depositions | 0.40 | 550.00 | $220.00 |
| 02/13/02 | LDJ | Review tobacco litigation open issues, litigation open issues, litigation matters | 1.70 | 550.00 | $935.00 |
| 02/14/02 | DWC | Review notice of deposition re: tobacco litigation (.1) meet with L. Jones re: same (.2); call with Jay Hughes re: same | 0.50 | 280.00 | $140.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.2) | | | |
| 02/14/02 | LDJ | Telephone conference with David Carickhoff, Esq.; Jay Hughes re: tobacco litigation deposition; stay of litigation strategy | 0.50 | 550.00 | $275.00 |
| 02/15/02 | DWC | Review and respond to J. Hughes e-mail re: tobacco litigation (.2); call with L. Jones re: same (.1) | 0.30 | 280.00 | $84.00 |
| 02/19/02 | DWC | Draft pleadings in connection with staying tobacco litigation | 9.00 | 280.00 | $2,520.00 |
| 02/20/02 | DWC | Conference call with Jay Hughes and tobacco counsel | 0.70 | 280.00 | $196.00 |
| 02/20/02 | DWC | Draft pleadings for preliminary injunction and TRO to stay prepetition tobacco litigation | 7.50 | 280.00 | $2,100.00 |
| 02/20/02 | AJK | Telephone conference with L. Davis Jones re tobacco litigation. | 0.20 | 405.00 | $81.00 |
| 02/20/02 | LDJ | Telephone conference with David Carickhoff, Esq. re: tobacco litigation; injunction | 0.20 | 550.00 | $110.00 |
| 02/20/02 | LDJ | Review draft complaint for injunction re: tobacco litigation | 0.20 | 550.00 | $110.00 |
| 02/21/02 | DWC | Call with Alan Kornfeld to review his comments to pleadings to stay tobacco litigation | 0.30 | 280.00 | $84.00 |
| 02/21/02 | DWC | Calls re: staying tobacco litigation with Jay Hughes (.2); Carroll Rhodes (Individual Plaintiff's counsel) (.2); and Lewis Bell (tobacco companies' counsel) (.2). | 0.60 | 280.00 | $168.00 |
| 02/21/02 | DWC | Draft pleadings to stay tobacco litigation | 5.50 | 280.00 | $1,540.00 |
| 02/21/02 | DWC | Meet with L. Jones re: tobacco litigation and staying the same | 0.30 | 280.00 | $84.00 |
| 02/21/02 | LDJ | Review revised pleadings to stay tobacco litigation | 0.40 | 550.00 | $220.00 |
| 02/21/02 | MSC | Research Westlaw for case sites regarding preliminary injunction and temporary retraining order | 0.70 | 115.00 | $80.50 |
| 02/22/02 | DWC | Finalize pleadings to stay tobacco litigation (8.3); call with A. Kornfeld re: same (2x) (.5); meet with L. Jones re: same (.4); call with Jay Hughes re: same (.2); address filing and service re: same (.5) | 9.90 | 280.00 | $2,772.00 |
| 02/22/02 | DWC | Call with L. Bell and Kurt Weaver (tobacco company counsel) re: staying tobacco litigation (.2); call with Jay Hughes re: same (.2) | 0.40 | 280.00 | $112.00 |
| 02/22/02 | AJK | Review revised P.I. papers. | 0.50 | 405.00 | $202.50 |
| 02/22/02 | AJK | Telephone conference with D. Carickhoff. | 0.20 | 405.00 | $81.00 |
| 02/22/02 | AJK | Review second set of revised P.I. papers. | 0.40 | 405.00 | $162.00 |
| 02/22/02 | AJK | Telephone conference D. Carickhoff. | 0.10 | 405.00 | $40.50 |
| 02/22/02 | MSC | Research case sites for Memorandum of Law in Support of Plaintiff's Motion for Prelimnary Injunction and Temporary Restraining Order regarding tobacco litigation | 1.60 | 115.00 | $184.00 |
| 02/22/02 | LDJ | Telephone conference with Alan Kornfeld, Esq. re: TRO motion to stay tobacco litigation | 0.30 | 550.00 | $165.00 |
| 02/22/02 | LDJ | Review Motion for preliminary injunction, complaint and related pleadings re: stay of tobacco litigation | 0.80 | 550.00 | $440.00 |
| 02/24/02 | DWC | Draft e-mails to Jay Hughes, Richard Brown, A. Kornfeld and L. Jones re: discussions with tobacco company counsel and request for various items | 0.40 | 280.00 | $112.00 |
| 02/25/02 | DWC | Address service issues in connection with Complaint for Injunctive Relief to stay tobacco litigation (.6); draft cert. of service (.2) | 0.80 | 280.00 | $224.00 |
| 02/26/02 | DWC | Review letter from counsel fro British American Tobacco Co and attachment (.5); e-mail J. Hughes and R. Brown re: same (.4); call with A. Kornfeld re: same (.2); | 1.10 | 280.00 | $308.00 |
| 02/26/02 | DWC | Research federal rules re: dismissal of defendant (.3); draft notice of dismissal (.6); call with A. Kornfeld re: same (.2); e-mail J. Hughes and R. Brown re: same (.2) | 1.30 | 280.00 | $364.00 |
| 02/26/02 | AJK | Review second e-mail re litigation issues. | 0.10 | 405.00 | $40.50 |
| 02/26/02 | AJK | Review e-mail re litigation issues. | 0.10 | 405.00 | $40.50 |
| 02/26/02 | AJK | Research re Rule 41. | 0.10 | 405.00 | $40.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/02 | AJK | Telephone conference with D. Carickhoff re Rule 41 issue. | 0.10 | 405.00 | $40.50 |
| 02/27/02 | DWC | Call with R. Brown re: parties dismissed in underlying tobacco litigation (.2); finalize notice of dismissal in tobacco adversary proceeding (.2); address filing and service thereof (.3); call with D. Wallace (BATCO Counsel) re: same (.2) | 0.90 | 280.00 | $252.00 |
| 02/28/02 | DWC | Review letter from K. Weaver re: staying tobacco litigation and call to him re: same | 0.30 | 280.00 | $84.00 |
| | | **Task Code Total** | **48.40** | | **$14,612.50** |

### PLAN & DISCLOSURE STMT. [B320]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/02 | DWC | Review and execute Cert. of No objection re: motion to extend exclusivity and adress filing and service of same | 0.20 | 280.00 | $56.00 |
| 02/06/02 | PEC | Review docket for objections (.1); Draft Certificate of No Objection for Motion to Extend Exclusivity Period (.4); File and serve (.3) | 0.80 | 120.00 | $96.00 |
| | | **Task Code Total** | **1.00** | | **$152.00** |

### RETENTION OF PROF. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/02 | DWC | Review US Trustee objection to PricewaterhouseCoopers retention. | 0.40 | 280.00 | $112.00 |
| 02/05/02 | DWC | Draft application and related papers for retention of Carella Byrne as special counsel for Debtors (3.9); draft e-mail to David Siegel re: same (.3). | 4.20 | 280.00 | $1,176.00 |
| 02/05/02 | LDJ | Review Trustee Objection to retention and payment of Price WaterhouseCoopers | 0.20 | 550.00 | $110.00 |
| 02/06/02 | DWC | Finalize Carella Byrne retention application (.4); call with M. Flax re: same (.2); address filing and service thereof (.2) | 0.80 | 280.00 | $224.00 |
| 02/06/02 | LDJ | Review Trustee objection to retention of PWC; open issues and strategy | 0.50 | 550.00 | $275.00 |
| 02/06/02 | PEC | File and serve Application to Employ Crella Byrne Bain Gillfillan Cecchi Stewart & Olstein (.4); Draft Certificate of Service (.2) | 0.60 | 120.00 | $72.00 |
| 02/07/02 | LDJ | Telephone conference with Jeff Stegenga; Sam Schwartz, Esq.; Jay Kapp, Esq.; PWC representatives re: Trustee's objection to retention of PWC | 0.80 | 550.00 | $440.00 |
| 02/08/02 | DWC | Review property damage committee application to retain Hilsoft. | 0.20 | 280.00 | $56.00 |
| 02/12/02 | DWC | Review draft pleadings re: employment of fee auditor (.5) and e-mail comments re: same to S. Schwartz (.2) | 0.70 | 280.00 | $196.00 |
| 02/13/02 | DWC | Review and respond to e-mails re: fee auditor retention. | 0.30 | 280.00 | $84.00 |
| 02/15/02 | DWC | Review and revise application to amend terms of Kinsella retention (.6); call with R. Higgins re: same (.2); draft notice re: same (.4); address filing and service thereof (.3) | 1.50 | 280.00 | $420.00 |
| 02/15/02 | DWC | Review and revise motion to retain fee auditor (.6); call with equity committee counsel re: comments to same (.2); call with S. Schwartz re: comments to same (.2); call with W. Smith re: same (.2), draft notice of same (.4), address filing and service of same (.3) | 1.90 | 280.00 | $532.00 |
| 02/15/02 | LDJ | Review Motion to employ fee auditor | 0.30 | 550.00 | $165.00 |
| 02/17/02 | DWC | Review and provide comments re: reply to US Trustee's objection to PWC motion. | 0.90 | 280.00 | $252.00 |
| 02/18/02 | DWC | Review and revise objection to property damage committee's request to retain Hamilton Rabinovitz (.4); | 0.70 | 280.00 | $196.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | address filing thereof (.3) | | | |
| 02/18/02 | DWC | Review and revise objection to property damage committee's request to retain Hilton (.4); address filing thereof (.3) | 0.70 | 280.00 | $196.00 |
| 02/19/02 | DWC | Coorespond with S. Schwartz re: PWC reply to US Trustee objection. | 0.20 | 280.00 | $56.00 |
| 02/27/02 | DWC | Call with W. Smith re: MArch 18 hearing (.2); e-mails to him re: same and re: draft retention order and interim compensation procedures (.2) | 0.40 | 280.00 | $112.00 |
| | | **Task Code Total** | **15.30** | | **$4,674.00** |

**STAY LITIGATION [B140]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/08/02 | DWC | Review C. Gerard's motion to intervene | 0.20 | 280.00 | $56.00 |
| 02/08/02 | DWC | Review C. Gerard motion to clarify scope of preliminary injunction | 0.30 | 280.00 | $84.00 |
| 02/08/02 | DWC | Review Kellogg motion to annul automatic stay | 0.40 | 280.00 | $112.00 |
| | | **Task Code Total** | **0.90** | | **$252.00** |
| | | **Total professional services:** | **205.40** | | **$46,611.50** |

**Costs Advanced:**

| Date | | Description | Amount |
|---|---|---|---|
| 10/03/2001 | PAC | Pacer - Court Research | $0.07 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.14 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.91 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.28 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.35 |
| 10/03/2001 | PAC | Pacer - Court Research | $1.12 |
| 10/03/2001 | PAC | Pacer - Court Research | $3.78 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.07 |
| 10/08/2001 | PAC | Pacer - Court Research | $4.13 |
| 10/08/2001 | PAC | Pacer - Court Research | $6.79 |
| 10/09/2001 | PAC | Pacer - Court Research | $7.56 |
| 10/12/2001 | PAC | Pacer - Court Research | $4.27 |
| 10/12/2001 | PAC | Pacer - Court Research | $0.77 |
| 10/12/2001 | PAC | Pacer - Court Research | $0.77 |
| 10/15/2001 | PAC | Pacer - Court Research | $0.70 |
| 10/15/2001 | PAC | Pacer - Court Research | $0.28 |
| 10/15/2001 | PAC | Pacer - Court Research | $0.63 |
| 10/18/2001 | PAC | Pacer - Court Research | $4.62 |
| 10/22/2001 | PAC | Pacer - Court Research | $1.68 |
| 10/22/2001 | PAC | Pacer - Court Research | $0.14 |
| 10/23/2001 | PAC | Pacer - Court Research | $7.98 |
| 10/24/2001 | PAC | Pacer - Court Research | $12.39 |
| 10/24/2001 | PAC | Pacer - Court Research | $3.50 |
| 10/24/2001 | PAC | Pacer - Court Research | $16.52 |
| 10/24/2001 | PAC | Pacer - Court Research | $0.35 |
| 10/24/2001 | PAC | Pacer - Court Research | $8.33 |
| 10/30/2001 | PAC | Pacer - Court Research | $0.77 |
| 10/31/2001 | PAC | Pacer - Court Research | $0.98 |
| 10/31/2001 | PAC | Pacer - Court Research | $1.05 |
| 10/31/2001 | PAC | Pacer - Court Research | $4.62 |
| 11/01/2001 | PAC | Pacer - Court Research | $6.37 |
| 11/01/2001 | PAC | Pacer - Court Research | $16.10 |
| 11/02/2001 | PAC | Pacer - Court Research | $8.05 |
| 11/02/2001 | PAC | Pacer - Court Research | $30.17 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/29/2001 | DH | DHL- Worldwide Express | $368.78 |
| 01/03/2002 | AT | Auto Travel Expense--Eagle [E109] | $190.30 |
| 01/03/2002 | AT | Auto Travel Expense--Eagle [E109] | $64.40 |
| 01/03/2002 | AT | Auto Travel Expense--Eagle [E109] | $65.90 |
| 01/05/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $120.00 |
| 01/05/2002 | DH | DHL- Worldwide Express | $194.72 |
| 01/12/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $1,520.00 |
| 01/12/2002 | DH | DHL- Worldwide Express | $951.33 |
| 01/19/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $367.50 |
| 01/19/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $495.00 |
| 01/19/2002 | DH | DHL- Worldwide Express | $389.69 |
| 01/26/2002 | DH | DHL- Worldwide Express | $418.99 |
| 01/29/2002 | AT | Auto Travel Expense--Eagle [E109] | $87.40 |
| 01/31/2002 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $42.50 |
| 02/01/2002 | RE | (CORR 2017 @0.15 PER PG) | $302.55 |
| 02/01/2002 | RE | (CORR 2144 @0.15 PER PG) | $321.60 |
| 02/01/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |
| 02/02/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $342.50 |
| 02/02/2002 | DH | DHL- Worldwide Express | $532.93 |
| 02/04/2002 | FX | (AGR 19 @1.00 PER PG) | $19.00 |
| 02/04/2002 | RE | (CORR 29 @0.15 PER PG) | $4.35 |
| 02/04/2002 | RE | (CORR 3556 @0.15 PER PG) | $533.40 |
| 02/04/2002 | RE | Reproduction Expense. [E101] | $8.10 |
| 02/04/2002 | SO | Secretarial Overtime-(V. Preston) | $72.30 |
| 02/05/2002 | FE | Federal Express [E108] | $15.15 |
| 02/05/2002 | RE | (CORR 8517 @0.15 PER PG) | $1,277.55 |
| 02/05/2002 | RE | (CORR 836 @0.15 PER PG) | $125.40 |
| 02/05/2002 | RE | (CORR 425 @0.15 PER PG) | $63.75 |
| 02/05/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/05/2002 | SO | Secretarial Overtime--(V. Preston) | $36.15 |
| 02/05/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |
| 02/06/2002 | FE | Federal Express [E108] | $76.95 |
| 02/06/2002 | FE | Federal Express [E108] | $49.31 |
| 02/06/2002 | RE | (CORR 583 @0.15 PER PG) | $87.45 |
| 02/06/2002 | RE | (CORR 108 @0.15 PER PG) | $16.20 |
| 02/06/2002 | RE | (CORR 178 @0.15 PER PG) | $26.70 |
| 02/06/2002 | RE | (CORR 79 @0.15 PER PG) | $11.85 |
| 02/06/2002 | RE | (CORR 6356 @0.15 PER PG) | $953.40 |
| 02/06/2002 | RE | Reproduction Expense. [E101] | $9.60 |
| 02/07/2002 | PO | Postage [E108] | $4.80 |
| 02/07/2002 | PO | Postage [E108] | $149.60 |
| 02/07/2002 | RE | Reproduction Expense. [E101] | $409.50 |
| 02/07/2002 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 02/07/2002 | RE | (CORR 4521 @0.15 PER PG) | $678.15 |
| 02/07/2002 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 02/07/2002 | RE | (CORR 936 @0.15 PER PG) | $140.40 |
| 02/07/2002 | SO | Secretarial Overtime--(V. Preston) | $45.19 |
| 02/07/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |
| 02/08/2002 | RE | (DOC 80 @0.15 PER PG) | $12.00 |
| 02/08/2002 | RE | (AGR 208 @0.15 PER PG) | $31.20 |
| 02/08/2002 | RE | (AGR 130 @0.15 PER PG) | $19.50 |
| 02/08/2002 | RE | (CORR 904 @0.15 PER PG) | $135.60 |
| 02/08/2002 | RE | (DOC 30 @0.15 PER PG) | $4.50 |
| 02/09/2002 | DC | Delivery/ Courier Service--Tristate [E107] | $355.00 |
| 02/09/2002 | DH | DHL- Worldwide Express | $599.46 |
| 02/11/2002 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $33.50 |
| 02/11/2002 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $95.40 |
| 02/11/2002 | RE | (DOC 8 @0.15 PER PG) | $1.20 |
| 02/11/2002 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 02/11/2002 | SO | Secretarial Overtime--(V. Preston) | $54.23 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/12/2002 | RE | (CORR 1614 @0.15 PER PG) | $242.10 |
| 02/12/2002 | RE | (CORR 180 @0.15 PER PG) | $27.00 |
| 02/12/2002 | RE | (CORR 283 @0.15 PER PG) | $42.45 |
| 02/12/2002 | RE | (CORR 339 @0.15 PER PG) | $50.85 |
| 02/12/2002 | RE | (CORR 2736 @0.15 PER PG) | $410.40 |
| 02/12/2002 | RE | (DOC 30 @0.15 PER PG) | $4.50 |
| 02/12/2002 | RE | (CORR 346 @0.15 PER PG) | $51.90 |
| 02/12/2002 | RE | (MOT 29 @0.15 PER PG) | $4.35 |
| 02/12/2002 | RE | (CORR 738 @0.15 PER PG) | $110.70 |
| 02/12/2002 | RE | (CORR 1184 @0.15 PER PG) | $177.60 |
| 02/12/2002 | RE | (CORR 227 @0.15 PER PG) | $34.05 |
| 02/12/2002 | RE | (CORR 222 @0.15 PER PG) | $33.30 |
| 02/12/2002 | RE | (CORR 1674 @0.15 PER PG) | $251.10 |
| 02/12/2002 | RE | (CORR 746 @0.15 PER PG) | $111.90 |
| 02/12/2002 | RE | (CORR 1957 @0.15 PER PG) | $293.55 |
| 02/12/2002 | RE | (CORR 1438 @0.15 PER PG) | $215.70 |
| 02/12/2002 | SO | Secretarial Overtime--V. Preston | $36.15 |
| 02/13/2002 | BM | Business Meal--Working dinner for 3 people. (DWC) [E111] | $63.40 |
| 02/13/2002 | FE | Federal Express [E108] | $255.52 |
| 02/13/2002 | RE | (CORR 290 @0.15 PER PG) | $43.50 |
| 02/13/2002 | RE | (DOC 8 @0.15 PER PG) | $1.20 |
| 02/13/2002 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 02/13/2002 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 02/13/2002 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 02/13/2002 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 02/13/2002 | RE | (CORR 158 @0.15 PER PG) | $23.70 |
| 02/13/2002 | SO | Secretarial Overtime--V. Preston | $72.30 |
| 02/14/2002 | RE | (CORR 39 @0.15 PER PG) | $5.85 |
| 02/14/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/14/2002 | RE | (CORR 675 @0.15 PER PG) | $101.25 |
| 02/14/2002 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 02/14/2002 | RE | (DOC 122 @0.15 PER PG) | $18.30 |
| 02/14/2002 | RE | (CORR 339 @0.15 PER PG) | $50.85 |
| 02/14/2002 | RE | (CORR 1528 @0.15 PER PG) | $229.20 |
| 02/14/2002 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 02/14/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 02/14/2002 | RE | (CORR 110 @0.15 PER PG) | $16.50 |
| 02/14/2002 | RE | (AGR 96 @0.15 PER PG) | $14.40 |
| 02/14/2002 | RE | (CORR 604 @0.15 PER PG) | $90.60 |
| 02/14/2002 | RE | (CORR 650 @0.15 PER PG) | $97.50 |
| 02/14/2002 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 02/14/2002 | RE | (CORR 596 @0.15 PER PG) | $89.40 |
| 02/14/2002 | RE | (CORR 128 @0.15 PER PG) | $19.20 |
| 02/14/2002 | SO | Secretarial Overtime--R. Stewart | $26.54 |
| 02/15/2002 | FX | (DOC 2 @1.00 PER PG) | $2.00 |
| 02/15/2002 | FX | Fax Transmittal. [E104] | $21.00 |
| 02/15/2002 | RE | (OPP 51 @0.15 PER PG) | $7.65 |
| 02/15/2002 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 02/15/2002 | RE | (OPP 3 @0.15 PER PG) | $0.45 |
| 02/15/2002 | RE | (AGR 20 @0.15 PER PG) | $3.00 |
| 02/15/2002 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 02/15/2002 | RE | (CORR 87 @0.15 PER PG) | $13.05 |
| 02/15/2002 | RE | (CORR 58 @0.15 PER PG) | $8.70 |
| 02/15/2002 | RE | (DOC 1 @0.15 PER PG) | $0.15 |
| 02/15/2002 | RE | (DOC 69 @0.15 PER PG) | $10.35 |
| 02/15/2002 | RE | (MOT 11 @0.15 PER PG) | $1.65 |
| 02/15/2002 | RE | (CORR 560 @0.15 PER PG) | $84.00 |
| 02/15/2002 | RE | (MOT 36 @0.15 PER PG) | $5.40 |
| 02/15/2002 | RE | (MOT 53 @0.15 PER PG) | $7.95 |
| 02/15/2002 | RE | (MOT 78 @0.15 PER PG) | $11.70 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/15/2002 | RE | (CORR 4544 @0.15 PER PG) | $681.60 |
| 02/15/2002 | RE | (AGR 34 @0.15 PER PG) | $5.10 |
| 02/15/2002 | RE | (CORR 5006 @0.15 PER PG) | $750.90 |
| 02/15/2002 | RE | (CORR 331 @0.15 PER PG) | $49.65 |
| 02/15/2002 | RE | (CORR 133 @0.15 PER PG) | $19.95 |
| 02/15/2002 | RE | (CORR 503 @0.15 PER PG) | $75.45 |
| 02/15/2002 | SO | Secretarial Overtime--C. Miller | $84.78 |
| 02/16/2002 | DH | DHL- Worldwide Express | $759.23 |
| 02/16/2002 | RE | (NOTC 55 @0.15 PER PG) | $8.25 |
| 02/18/2002 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $41.00 |
| 02/19/2002 | FE | Federal Express [E108] | $95.73 |
| 02/19/2002 | RE | (OPP 1 @0.15 PER PG) | $0.15 |
| 02/20/2002 | BM | Business Meal--Working lunch for 2 people. (DWC) [E111] | $16.00 |
| 02/20/2002 | RE | (AGR 50 @0.15 PER PG) | $7.50 |
| 02/20/2002 | RE | (NOTC 22 @0.15 PER PG) | $3.30 |
| 02/20/2002 | RE | (ANS 5 @0.15 PER PG) | $0.75 |
| 02/20/2002 | RE | (ANS 5 @0.15 PER PG) | $0.75 |
| 02/20/2002 | RE | (CORR 267 @0.15 PER PG) | $40.05 |
| 02/20/2002 | RE | (ANS 5 @0.15 PER PG) | $0.75 |
| 02/20/2002 | RE | (CORR 206 @0.15 PER PG) | $30.90 |
| 02/20/2002 | RE | (ANS 10 @0.15 PER PG) | $1.50 |
| 02/20/2002 | RE | (CORR 173 @0.15 PER PG) | $25.95 |
| 02/20/2002 | RE | (CORR 35 @0.15 PER PG) | $5.25 |
| 02/20/2002 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 02/20/2002 | RE | (CORR 453 @0.15 PER PG) | $67.95 |
| 02/20/2002 | RE | (CORR 219 @0.15 PER PG) | $32.85 |
| 02/20/2002 | RE | (CORR 1052 @0.15 PER PG) | $157.80 |
| 02/20/2002 | RE | (CORR 63 @0.15 PER PG) | $9.45 |
| 02/20/2002 | RE | (CORR 914 @0.15 PER PG) | $137.10 |
| 02/20/2002 | RE | (CORR 33 @0.15 PER PG) | $4.95 |
| 02/20/2002 | RE | (CORR 87 @0.15 PER PG) | $13.05 |
| 02/20/2002 | RE | (CORR 121 @0.15 PER PG) | $18.15 |
| 02/21/2002 | FX | (AGR 12 @1.00 PER PG) | $12.00 |
| 02/21/2002 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 02/21/2002 | FX | Fax Transmittal. [E104] | $660.00 |
| 02/21/2002 | RE | (CORR 676 @0.15 PER PG) | $101.40 |
| 02/21/2002 | RE | (CORR 663 @0.15 PER PG) | $99.45 |
| 02/21/2002 | RE | (AGR 64 @0.15 PER PG) | $9.60 |
| 02/21/2002 | RE | (CORR 48 @0.15 PER PG) | $7.20 |
| 02/21/2002 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 02/21/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/21/2002 | RE | (CORR 1130 @0.15 PER PG) | $169.50 |
| 02/21/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/21/2002 | RE | (CORR 477 @0.15 PER PG) | $71.55 |
| 02/21/2002 | RE | (MOT 38 @0.15 PER PG) | $5.70 |
| 02/21/2002 | SO | Secretarial Overtime--V. Preston | $81.34 |
| 02/21/2002 | SO | Secretarial Overtime--V. Preston | $36.15 |
| 02/22/2002 | DC | Delivery/ Courier Service--DDI [E107] | $1.50 |
| 02/22/2002 | FX | Fax Transmittal. [E104] | $490.00 |
| 02/22/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (CORR 7 @1.00 PER PG) | $7.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 14 @1.00 PER PG) | $14.00 |
| 02/22/2002 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 02/22/2002 | RE | (CORR 1135 @0.15 PER PG) | $170.25 |
| 02/22/2002 | RE | (DOC 84 @0.15 PER PG) | $12.60 |
| 02/22/2002 | RE | (AGR 8 @0.15 PER PG) | $1.20 |
| 02/22/2002 | RE | (CORR 360 @0.15 PER PG) | $54.00 |
| 02/22/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/22/2002 | RE | (AGR 42 @0.15 PER PG) | $6.30 |
| 02/22/2002 | RE | (AGR 20 @0.15 PER PG) | $3.00 |
| 02/22/2002 | RE | (AGR 51 @0.15 PER PG) | $7.65 |
| 02/22/2002 | RE | (AGR 89 @0.15 PER PG) | $13.35 |
| 02/22/2002 | RE | (CORR 54 @0.15 PER PG) | $8.10 |
| 02/22/2002 | RE | (CORRA 6 @0.15 PER PG) | $0.90 |
| 02/22/2002 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 02/22/2002 | RE | (AGR 23 @0.15 PER PG) | $3.45 |
| 02/22/2002 | RE | (AGR 5 @0.15 PER PG) | $0.75 |
| 02/22/2002 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 02/22/2002 | RE | (CORR 95 @0.15 PER PG) | $14.25 |
| 02/22/2002 | RE | (DOC 86 @0.15 PER PG) | $12.90 |
| 02/22/2002 | RE | (DOC 4 @0.15 PER PG) | $0.60 |
| 02/22/2002 | RE | (CORR 4978 @0.15 PER PG) | $746.70 |
| 02/22/2002 | RE | (CORR 296 @0.15 PER PG) | $44.40 |
| 02/22/2002 | RE | (CORR 1553 @0.15 PER PG) | $232.95 |
| 02/22/2002 | RE | (CORR 119 @0.15 PER PG) | $17.85 |
| 02/22/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/22/2002 | SO | Secretarial Overtime--V. Preston | $45.19 |
| 02/22/2002 | SO | Secretarial Overtime--Charmaine Miller | $56.54 |
| 02/23/2002 | RE | (CORR 391 @0.15 PER PG) | $58.65 |
| 02/24/2002 | RE | (ORD 236 @0.15 PER PG) | $35.40 |
| 02/25/2002 | FX | (AGR 3 @1.00 PER PG) | $3.00 |
| 02/25/2002 | RE | (ORD 66 @0.15 PER PG) | $9.90 |
| 02/25/2002 | RE | (COM 41 @0.15 PER PG) | $6.15 |
| 02/25/2002 | RE | (CORR 1066 @0.15 PER PG) | $159.90 |
| 02/25/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/25/2002 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 02/25/2002 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 02/25/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 02/26/2002 | FE | Federal Express [E108] | $15.00 |
| 02/26/2002 | FF | Filing Fee--USBC Dex Government Services (LDJ) [E112] | $150.00 |
| 02/26/2002 | RE | (CORR 9 @0.15 PER PG) | $1.35 |
| 02/26/2002 | RE | (CORR 2052 @0.15 PER PG) | $307.80 |
| 02/26/2002 | RE | (CORR 1902 @0.15 PER PG) | $285.30 |
| 02/26/2002 | RE | (CORR 51 @0.15 PER PG) | $7.65 |
| 02/26/2002 | RE | (AGR 2 @0.15 PER PG) | $0.30 |
| 02/26/2002 | RE | (COM 8 @0.15 PER PG) | $1.20 |
| 02/26/2002 | RE | (CORR 499 @0.15 PER PG) | $74.85 |
| 02/26/2002 | RE | (CORR 569 @0.15 PER PG) | $85.35 |
| 02/26/2002 | RE | (AGR 173 @0.15 PER PG) | $25.95 |
| 02/26/2002 | RE | (AGR 18 @0.15 PER PG) | $2.70 |
| 02/26/2002 | RE | (AGR 22 @0.15 PER PG) | $3.30 |
| 02/26/2002 | RE | (CORR 867 @0.15 PER PG) | $130.05 |
| 02/26/2002 | RE | (CORR 1355 @0.15 PER PG) | $203.25 |
| 02/26/2002 | RE | (CORR 956 @0.15 PER PG) | $143.40 |
| 02/26/2002 | SO | Secretarial Overtime--Kim Thompson | $27.20 |
| 02/27/2002 | RE | (DOC 4 @0.15 PER PG) | $0.60 |
| 02/27/2002 | RE | (AGR 12 @0.15 PER PG) | $1.80 |
| 02/27/2002 | RE | (AGR 18 @0.15 PER PG) | $2.70 |

| | | | |
|---|---|---|---|
| 02/27/2002 | RE | (AGR 8 @0.15 PER PG) | $1.20 |
| 02/27/2002 | RE | (CORR 70 @0.15 PER PG) | $10.50 |
| 02/27/2002 | RE | (CORR 779 @0.15 PER PG) | $116.85 |
| 02/27/2002 | RE | (DOC 1 @0.15 PER PG) | $0.15 |
| 02/27/2002 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 02/27/2002 | RE | (DOC 53 @0.15 PER PG) | $7.95 |
| 02/27/2002 | RE | (CORR 26 @0.15 PER PG) | $3.90 |
| 02/27/2002 | RE | (CORR 5 @0.15 PER PG) | $0.75 |
| 02/27/2002 | SO | Secretarial Overtime--Vanessa Preston | $48.20 |
| 02/28/2002 | RE | (AGR 44 @0.15 PER PG) | $6.60 |
| 02/28/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 02/28/2002 | RE | (CORRA 49 @0.15 PER PG) | $7.35 |
| 02/28/2002 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 02/28/2002 | RE | (CORRA 48 @0.15 PER PG) | $7.20 |
| 02/28/2002 | RE | (CORR 177 @0.15 PER PG) | $26.55 |
| 02/28/2002 | RE | (CORR 2096 @0.15 PER PG) | $314.40 |
| 02/28/2002 | SO | Secretarial Overtime--Vanessa Preston | $24.10 |

**Total Expenses:** **$25,627.01**

## Summary:

| | |
|---|---|
| Total professional services | $46,611.50 |
| Total expenses | $25,627.01 |
| Net current charges | $72,238.51 |
| Net balance forward | $137,245.08 |
| **Total balance now due** | **$209,483.59** |

### Billing Summary

| | | | | |
|---|---|---|---|---|
| AJK | Kornfeld, Alan J. | 1.80 | $405.00 | $729.00 |
| ARP | Paul, Andrea R. | 6.90 | $40.00 | $276.00 |
| CMS | Shaeffer, Christina M. | 5.90 | $40.00 | $236.00 |
| DWC | Carickhoff, David W | 107.50 | $280.00 | $30,100.00 |
| HDM | Martin, Helen D. | 15.10 | $60.00 | $906.00 |
| HRR | Rafatjoo, Hamid R. | 1.90 | $330.00 | $627.00 |
| IDK | Kharasch, Ira D. | 0.70 | $480.00 | $336.00 |
| LAG | Gilbert, Laurie A. | 1.20 | $125.00 | $150.00 |
| LDJ | Jones, Laura Davis | 13.80 | $550.00 | $7,590.00 |
| MSC | Chappe, Marlene S. | 2.30 | $115.00 | $264.50 |
| PEC | Cuniff, Patricia E. | 42.60 | $120.00 | $5,112.00 |
| VEM | Mobley, Violet E. | 5.70 | $50.00 | $285.00 |
| | | 205.40 | | $46,611.50 |

## Task Code Summary

|     |                                  | Hours  | Amount      |
| --- | -------------------------------- | ------ | ----------- |
| AD  | ASSET DISPOSITION [B130]         | 2.30   | $644.00     |
| BL  | BANKRUPTCY LITIGATION [L430]     | 66.10  | $14,237.00  |
| CA  | CASE ADMINISTRATION [B110]       | 26.10  | $2,170.00   |
| CO  | CLAIMS ADMIN/OBJECTIONS [B310]   | 17.00  | $4,328.00   |
| CP  | COMPENSATION PROF. [B160]        | 21.80  | $4,034.00   |
| EC  | EXECUTORY CONTRACTS [B185]       | 1.30   | $156.00     |
| FE  | FEE/EMPLOYMENT APPLICATION       | 4.60   | $1,184.00   |
| FF  | FINANCIAL FILINGS [B110]         | 0.60   | $168.00     |
| LN  | LITIGATION (NON-BANKRUPTCY]      | 48.40  | $14,612.50  |
| PD  | PLAN & DISCLOSURE STMT. [B320]   | 1.00   | $152.00     |
| RP  | RETENTION OF PROF. [B160]        | 15.30  | $4,674.00   |
| SL  | STAY LITIGATION [B140]           | 0.90   | $252.00     |
|     |                                  | 205.40 | $46,611.50  |

## Expense Code Summary

| | |
| --- | --- |
| Auto Travel Expense [E109]      | $408.00     |
| Working Mealsl [E1              | $79.40      |
| Delivery/Courier Service        | $3,413.90   |
| DHL- Worldwide Express          | $4,215.13   |
| Federal Express [E108]          | $507.66     |
| Filing Fee [E112]               | $150.00     |
| Fax Transmittal. [E104]         | $1,421.00   |
| Pacer - Court Research          | $156.24     |
| Postage [E108]                  | $154.40     |
| Reproduction Expense. [E101]    | $14,295.30  |
| Overtime                        | $825.98     |
|                                 | $25,627.01  |

## VERIFICATION

STATE OF DELAWARE :
:
COUNTY OF NEW CASTLE :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED
before me this 30th day of May, 2002.

Mary Ritchie Johnson
Notary Public
My Commission Expires: 9-12-02

91100-001\DOCS_DE:46745.1

-1-