IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  June 20, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| | |
| Air Fares | $2,301.00 |
| Hotels | $1,226.88 |
| Rental Cars | $80.10 |
| Copies- Internal and Outside | $1,486.64 |
| Facsimile | $27.00 |
| Meals on Trips | $366.60 |
| Postage | $3.95 |
| Overtime Transportation | $79.10 |
| FedEx | $193.87 |
| Outside Delivery | $9.46 |
| Telephone | $391.69 |
| Overtime Meals - Attorneys/Paralegals | $306.77 |
| Taxis | $13.00 |
| Parking at Airport | $98.00 |
| | |
| Total | $6,584.06 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

May 22, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12853

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 04/01/02 | NAB | Review, file and index new case correspondence (3.0 hrs.); scan same (1.1 hrs.); incorporate same into electronic files (.6 hrs.).; create hyperlinks for same on the appropriate case indices (1.5 hrs.) | 6.20 |
|  | WH | Conferences with Ms. Banks re documents to be designated as trial exhibits (.6 hrs.); review same (2.4 hrs.); confer with Ms. Pelletier and Ms. Banks re production of documents to Honeywell (.4 hrs.); designate portions of 30(b)(6) deposition for use at trial (2.2 hrs.). | 5.60 |
|  | BB | Consult with Ms. Bynum regarding case events during absence (.3 hrs.); review, prepare and quality check designated trial exhibits re site knowledge issues (1.6 hrs.); research CDs to resolve issues re designated trial exhibits (2.1 hrs.); prepare supplemental production of site development plan maps for Mr. Marraro (.5 hrs.); incorporate same into indexed case files and create new production files (.8 hrs.) | 5.30 |

W. R. Grace & Co.                                                                    Page    2

|  |  |  | **Hours** |
|---|---|---|---|
| 04/02/02 | CHM | Conference with Riverkeepers attorney re complaint (.5 hrs.); conference with client re development progress (.7 hrs.); conference with McLevee (1.0 hrs.). | 2.20 |
|  | BB | Return telephone call to NJDEP FOIA Central Files Unit regarding Right to Know request (.3 hrs.); respond to inquiry from Ms. Pelletier re site Cr 6 sampling reports received from consultant (.2 hrs.); review and coordinate emailed correspondence and documents and incorporate into electronic files (1.8 hrs.); review, prepare, organize and incorporate new correspondence, court documents and case documents into indexed case files and electronic files (3.9 hrs.). | 6.20 |
|  | NAB | Review and integrate new case documents into existing case files and case indices. | 2.50 |
|  | WH | Conference with Ms. Banks re FOIA issue (.2 hrs.); conferences with Ms. Banks, Ms. Pelletier and consultant re site sampling documents and related issues (.7 hrs.); review consultant sampling results and confer with CTEH re same (.5 hrs.); review past DEP/Honeywell correspondence on IRM and surface water issues (1.5 hrs.); review deposition testimony re surface water and groundwater discharges (.8 hrs.). | 3.70 |
|  | AP | Review sampling data in files and calls with consultant re same. | 1.00 |
| 04/03/02 | NAB | Review, file and index new case documents (correspondence, pleadings, etc.) (3.3 hrs.); scan same (1.4 hrs.); incorporate same into electronic files (.6 hrs.); create hyperlinks for same on the appropriate case indices (1.9 hrs.). | 7.20 |
|  | AP | Review and assemble documents relating to past sampling events. | 1.50 |

W. R. Grace & Co.                                                              Page    3

|            |      |                                                                                                                                                                                                                                                                                                                                                                          | **Hours** |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/03/02   | WH   | review letter from state re FOIA request and confer with Ms. Banks re same (.3 hrs.); review Invoice from expert and confer with expert re same (.4 hrs.); conferences with Ms. Pelletier and non-testifying consultant re sampling-related documents (.6 hrs.); review Riverkeepers' second amended complaint and conduct legal research re defenses to same (2.8 hrs.); work on answer to Riverkeepers' amended complaint (3.2 hrs.). | 7.30 |
|            | BB   | Respond to email request for Mr. Hughes (.2 hrs.); continue incorporating new correspondence (3.0 hrs.).                                                                                                                                                                                                                                                                  | 3.20      |
| 04/04/02   | CHM  | Conference with Mr. Miller (.3 hrs.); conference with Agnello (.5 hrs.); prepare lengthy e-mail to client (.8 hrs.); work on stipulations (4. 5 hrs.).                                                                                                                                                                                                                     | 6.10      |
|            | BB   | Continue reviewing, preparing, organizing and incorporating new correspondence and case documents into indexed case files and electronic files (2.8 hrs.); produce, duplicate and incorporate Honeywell supplemental production documents into indexed case files and create new files (1.6 hrs.); respond to telephone replies from NJ DEP Records Custodian units to our 12/01 Public Records Request re various properties (.3 hrs.); review and coordinate memos to file for incorporation into indexed case files (.5 hrs.). | 5.20 |
|            | AP   | Review and assemble documents relating to past sampling events.                                                                                                                                                                                                                                                                                                          | 0.50      |
|            | WH   | Review new case correspondence and filings (.4 hrs.); review SI Group invoice and confer with expert re same and site remediation issues (.5 hrs.); finish answer and defenses to Riverkeepers' claims and confer with Mr. Marraro re same (4.2 hrs.); work on trial prep matters (3.2 hrs.).                                                                               | 8.30      |

W. R. Grace & Co.                                                                                    Page    4

|  |  |  | Hours |
|---|---|---|---|

04/05/02 WH    Prepare documents for production to                                    8.90
               Honeywell and draft cover letter to Mr. Caffrey
               re same (5.2 hrs.); conferences with Mr.
               Marraro, Ms. Banks and Ms. Pelletier re
               production issues (.7 hrs.); research ISRA issue
               (.5 hrs.); confer with Messrs. Marraro and
               Agnello re answer to Riverkeepers' amended
               complaint and revise same (1.3 hrs.); analyze
               differences in ICO's and Riverkeepers'
               pleadings and confer with Mr. Marraro re same
               (1.2 hrs.).

         AP    Review and assemble documents relating to                              0.60
               past sampling events and conference B.
               Hughes re same.

         CHM   Meeting with client (3.0 hrs.); review draft                           6.50
               answer to second amended complaint and
               corresponding documents re para. 33-34 (3.5
               hrs.).

         BB    Collect and prepare pertinent case documents                          6.80
               for Mr. Hughes (.1 hrs.); collect pertinent
               documents for supplemental production review
               for Mr. Hughes (.2 hrs.); scan pertinent
               document into Word, quality check and make
               corrections for Mr. Hughes (6.5 hrs.)  collect
               binder of NJ ISRA regulations for Mr. Marraro
               (.1 hrs.).

04/08/02 NAB   Scan case documents (2.9 hrs.); incorporate                           4.30
               same into electronic files (1.4 hrs.).

         AP    Review Honeywell cross-claims and research                            1.50
               relating to service.

         WH    Review correspondence re swale                                        8.60
               contamination issue and prepare letter to Mr.
               Faranca re same (4.3 hrs.); conferences with
               non-testifying consultants re surface water
               contamination issues (.8 hrs.); confer with Ms.
               Banks re comparison of pleadings in ICO and
               Riverkeeper cases (.3 hrs.); review selected
               pleadings and orders in Riverkeepers case in
               connection with answering plaintiffs' claims (.8

W. R. Grace & Co.                                                            Page    5

                                                                         **Hours**

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |     | hrs.); review Honeywell's cross-claims and work on answer/defenses to same (1.0 hrs.); finish draft answer for review by Messrs. Marraro and Agnello (1.4 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |        |
| 04/08/02   | AP  | Review amended cross-claims and email team regarding content and propriety of service.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 1.70   |
|            | CHM | Work on response to cross claims and answer (4.8 hrs.); conference with client re various issues (1.2 hrs.); conference with plaintiffs' counsel (.6 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 6.80   |
|            | BB  | Complete incorporation of new correspondence and court papers into indexed case file (1.9 hrs.); update electronic files and create web links for new court papers re same (.5 hrs.); coordinate and prepare indexed binder of collected correspondence re site swale for Mr. Hughes (2.6 hrs.); consult with Mr. Hughes re pertinent site swale correspondence (.1 hrs.); research file, collect and prepare same (1.7 hrs.); consult with Mr. Hughes on assignment re defendant Honeywell's Answer and Cross-claims to Plaintiff's Second Amended Complaint (.1 hrs.); research case files, collect and prepare pertinent case documents for Mr. Hughes (.4 hrs.); research Riverkeeper case docket on PACER re pertinent Order for Mr. Hughes (.1 hrs.);  prepare email message to Ms. Flax re requested Riverkeeper case Order for Mr. Hughes (.2 hrs.). | 7.60   |
| 04/09/02   | CHM | All day meeting with experts.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 9.20   |
|            | NAB | Scan case documents (3 hrs.); incorporate same into electronic files (1.6 hrs.); create hyperlinks for same on the appropriate case indices (2.9 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 7.50   |
|            | WH  | Conference with expert re trial prep and billing issues (.5 hrs.); review selected documents re contamination issues and designate same for use as trial exhibits (6.1 hrs.); revise database of trial exhibits re new documents (1.1 hrs.);                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 8.40   |

W. R. Grace & Co.                                                                                           Page      6

| | Hours |
|---|---|

conference with non-testifying expert re letter to NJDEP and related sampling issue (.4 hrs.); review memo from Ms. Flax re jurisdictional issue and confer with Ms. Pelletier re same (.3 hrs.).

04/09/02 BB    Review and prepare additional designated trial exhibit in preparation for pre-trial conference (.7 hrs.); review, prepare and incorporate new pleading into indexed case files, scan and incorporate into electronic files (.5 hrs.); respond to telephone inquiry from expert (.3 hrs.); follow up with Ms. Campbell re resolution of same (.3 hrs.); review, organize, prepare and incorporate new correspondence into indexed case files and create new files re NJDEP preliminary responses to request for public records for Hudson County sites Cr treatment publication (5.0 hrs.);  incorporate new documents into electronic files (.6 hrs.); consult with Mr. Hughes re response to expert (.1 hrs.).                                                             7.50

04/10/02 BB    Research case indices, collect and prepare relevant documents for Mr. Hughes (.6 hrs.); consult with Mr. Hughes on assignment to categorize and prepare binder of pertinent case documents for trial (.1 hrs.); review, identify, collect and prepare documents for reference binder for Mr. Hughes (1.3 hrs.); consult with Ms. Bynum on preparation of database of Honeywell supplemental production documents (.2 hrs.); collect 1981 site deeds for Mr. Hughes (.1 hrs.); collect and prepare documents relevant to ownership issue for Mr. Hughes (.2 hrs.); research designated trial exhibits list and collect exhibits relevant to ownership issue for Mr. Hughes (.3 hrs.); research production database for  data related to Cr VI discharge into the river for Mr. Hughes ( 2.5 hrs.); scan, OCR and correct Honeywell's 1/24/01 Cross-claims in ICO case (1.1 hrs.); make word-for-word comparison and corrections of  Honeywell's 6/15/01                                    7.20

W. R. Grace & Co.                                                                    Page        7

|  | | | **Hours** |
|---|---|---|---|

|  |  | cross-claims in Hackensack case and its 1/24/01 Cross claims in the ICO case for Mr. Hughes (.8 hrs.). |  |
| 04/10/02 | WH | Review documents provided by Ms. Banks on site contamination issue (1.8 hrs.); work on trial exhibits and other pretrial matters and confer with Ms. Banks re preparing same (2.2 hrs.); factual research re site acquisition issue (2.6 hrs.); factual research re site issue and confer with Messrs. Marraro and Agnello re same (2.1 hrs.). | 8.70 |
|  | NAB | Begin review and indexing of Honeywells Supplemental production documents. | 6.50 |
| 04/11/02 | NAB | Continue review and indexing of Honeywells Supplemental production documents. | 4.20 |
|  | CHM | Meeting with attorneys re various issues. | 2.50 |
|  | BB | Compare Honeywell's cross-claims in the Riverkeeper case with Honeywell's Amended Cross-claims in the ICO case for Mr. Hughes (1.4 hrs.); consult with Mr. Hughes re results (.1 hrs.); scan and quality check OCR version of Honeywell's 2nd Amended Cross-Claims (.6 hrs.); compare same against Honeywell's Hackensack Cross-Claims and make appropriate corrections (.7 hrs.); prepare OCR of Grace's Defenses to Honeywell's Second Amended Cross-Claims for Mr. Hughes (.7 hrs.); research Westlaw, download and prepare pertinent cases for Mr. Hughes (.1 hrs.); collect pertinent case orders for Mr. Hughes (.1 hrs.); research production database and case files for site surface water data for Mr. Hughes (3.0 hrs.); review production files, collect and analyze documents re surface water sampling data for Mr. Hughes and prepare for duplication (3.9 hrs.); complete table of Grace experts' opinions for Mr. Hughes (.9 hrs.). | 11.50 |

W. R. Grace & Co.                                                                                          Page    8

|  |  |  | **Hours** |
|---|---|---|---|
| 04/11/02 | WH | Work on answer to Honeywell's pleading and defenses to same (4.5 hrs.); review surface water data and confer with expert re same (.6); legal research re surface and groundwater discharge issue (1.6 hrs.); work on outline of direct- and cross-examination issue re experts (1.3 hrs.); review and designate selected documents on site transfer and corporate reorganization issues for use as trial exhibits (1.2 hrs.). | 9.20 |
| 04/12/02 | AP | Conference with B. Banks regarding effects of consolidation and arrangement of consolidated case files. | 0.50 |
|  | CHM | Revise answer in Riverkeepers (1.5 hrs.); conference with Lowenstein re supplemental discovery (.5 hrs.). | 2.00 |
|  | WH | Review supplemental document production from Honeywell and confer with non-testifying expert re groundwater maps (1.2 hrs.); review deposition testimony and other materials re water discharge issue and confer with non-testifying expert re same (1.4 hrs.); revise letter to Mr. Faranca re surface water issue and confer with Mr. Marraro re same (.8 hrs.); legal research re CERCLA and Spill Act liability issue (3.4 hrs.); review documents to be produced to Honeywell and confer with Ms. Banks re same (.3 hrs.); legal research re evidentiary and procedural issue (.7 hrs.). | 7.80 |
|  | NAB | Continue review and indexing of Honeywells Supplemental production documents. | 3.50 |
|  | BB | Collect, prepare and quality check table of Grace experts' opinions for Mr. Hughes (.3 hrs.); scan, quality check OCR, and prepare Honeywell experts' reports for inclusion in table for Mr. Hughes (1.9 hrs.); continue review of collected documents re surface water data and consult with copy center re duplication requirements (.9 hrs.); review new correspondence and case documents, prepare, | 8.10 |

W. R. Grace & Co.                                                            Page      9

                                                                      **Hours**

|          |      |                                                                                                                                                                                                                                                                                                                                                                                     |       |
|----------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |      | organize and incorporate into indexed case files (2.2 hrs.); incorporate emailed research into electronic and indexed case files (.5 hrs.); consult with Mr. Hughes re upcoming assignment re case data in preparation for pre-trial conference (.1 hrs.); create new case files as appropriate for new surface water data received from consultant and incorporate into electronic case files (.8 hrs.); resolve issues with production documents collected re surface water data (1.4 hrs.); prepare email response to Dr. Valera re invoices (.1 hrs.). |       |
| 04/13/02 | BB   | Complete incorporation of new documents into case files and create files.                                                                                                                                                                                                                                                                                                            | 2.80  |
| 04/15/02 | WH   | Conference with Ms. Bynum re assignments (.3 hrs.); review and designate deposition transcripts (4.7 hrs.); legal research re pleading issue (.6 hrs.).                                                                                                                                                                                                                                | 5.60  |
|          | MM   | Office conference with Mr. Hughes re status of case and up coming filing re response to Honeywell's cross claim (.2 hrs.); office conference with Ms. Pelletier re same and other miscellaneous case matters (.2 hrs.); case management (.5 hrs.).                                                                                                                                       | 0.90  |
|          | RLS  | Office conference with Mr. Hughes (.1 hrs.); review and prepare document per Mr. Hugh's instructions (1.9 hrs.).                                                                                                                                                                                                                                                                       | 2.00  |
| 04/16/02 | NAB  | Chron documents pertaining to Surface Water Data for files.                                                                                                                                                                                                                                                                                                                           | 6.70  |
|          | MM   | Follow-up with Mr. Marraro re status of various related documents requested by Ms. Flax (.1 hrs.); review recently distributed correspondence (.3 hrs.); case management (.4 hrs.).                                                                                                                                                                                                    | 0.80  |
|          | CHM  | Pre-trial preparation in New Jersey.                                                                                                                                                                                                                                                                                                                                                 | 8.50  |

W. R. Grace & Co.                                                                  Page   10

|            |      |                                                                                                                                                                                                                              | **Hours** |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/16/02   | WH   | Conferences with Messrs. Marraro and Agnello re cross-claims and other matters in connection with Riverkeepers case (.7 hrs.); legal research re issues in connection with Riverkeepers case (6.8 hrs.); conference with Dr. Velera re geotechnical issue (.4 hrs.). | 7.90 |
| 04/17/02   | NAB  | Chron documents pertaining to all Surface Water Data for files.                                                                                                                                                               | 8.20 |
|            | RLS  | Office conference with Mr. Hughes regarding production of documents (.1 hrs.); review and prepare documents for production (1.0 hrs.); quality check documents (.5 hrs.); prepare production for mailing (.5  hrs.).            | 2.10 |
|            | CHM  | Prepare e-mail to client (.6 hrs.); telephone conference with client re same (.2 hrs.).                                                                                                                                       | 0.80 |
|            | WH   | Prepare and coordinate supplemental production of documents to Honeywell (4.1 hrs.); work on matters related to pretrial (3.2 hrs.); conference with ICO counsel re sampling issue and site visit (.4 hrs.).                   | 7.60 |
| 04/18/02   | MM   | Case management (.4 hrs.).                                                                                                                                                                                                    | 0.40 |
|            | AP   | Research standing issues per B. Hughes.                                                                                                                                                                                       | 1.00 |
|            | RLS  | Office conference with Mr. Hughes (.1 hrs.); locate legal memorandum composed by Mr. Condron regarding ownership on title (.3 hrs.); and its application in New Jersey courts for Mr. Hughes (4.3 hrs.).                        | 4.70 |
|            | TM   | Performed attorney search request (.1 hrs.); obtained and forwarded a copy of the deposition of Elizabeth Anderson per the request of Mr. Marraro (.2 hrs.).                                                                   | 0.30 |
|            | CHM  | Conference D. Carickhoff re stipulation (.2 hrs.); review new technical reports re ecological issues (1.2 hrs.); review letter to DEP (.4 hrs.).                                                                               | 1.80 |

W. R. Grace & Co.                                                                    Page   11

|  |  |  | **Hours** |
|---|---|---|---|
| 04/18/02 | WH | Conference with Mr. Marraro re Riverkeeper case and review draft of same (.4 hrs.); finalize letter to DEP re site discharge issue and coordinate service of same (1.3 hrs.); conference with expert re discharge issue (.5 hrs.); review environmental data and reports collected by expert for potential use as trial exhibits (1.6 hrs.); research re equitable allocation issue (3.6 hrs.). | 7.40 |
| 04/19/02 | WH | Review letter from Mr. Caffrey re production of site sampling data and prepare response to same (.8 hrs.); conference with consultant re sampling (1.3 hrs.); review SI Group invoice and confer with same re remediation issue (.6 hrs.); work on pleading (1.2 hrs.); work on trial prep matter in connection with site acquisition issue (3.8 hrs.). | 7.80 |
|  | NAB | Review Honeywell Expert Reports and add summaries and conclusions to table for attorney use. | 3.50 |
|  | CHM | Conference with client (.6 hrs.); conference with Lowenstein re various issues (.5 hrs.); conference with experts re ecological issues (.7 hrs.). | 1.80 |
| 04/22/02 | CHM | Conference with experts (.5 hrs.); conference with CTEH (.5 hrs.); conference with plaintiffs' counsel (.2 hrs.) | 1.20 |
|  | BB | Consult with Mr. Hughes re case status, status of current assignments and receive additional assignment (.2 hrs.); research correspondence indices, collect and prepare correspondence re ICO agreement for Mr. Marraro (.2 hrs.); research proposed trial exhibits list, collect and prepare correspondence re ownership for Mr. Hughes (.6 hrs.); collect surface water data for Mr. Hughes (.1 hrs.); collect and prepare plaintiff's brief to consolidate for Mr. Marraro (.2 hrs.); research Lexis and Westlaw, download and prepare pertinent cases for Mr. Hughes (.4 hrs.); review surface water data | 8.00 |

W. R. Grace & Co.                                                                 Page    12

                                                                              **Hours**

materials, collect and prepare folders of
documents relevant to consultant site sampling
for Mr. Hughes (2.4 hrs.); place call to
consultant re additional documentation related
to the site visit for Mr. Hughes (.2 hrs.);
prepare email request to Ms. Busbea for prior
site surface water documentation (.2 hrs.);
prepare and coordinate exhibits to legal
research memo for Mr. Hughes (.4 hrs.);
prepare letter to CTEH forwarding
supplemental production received from
Honeywell (.4 hrs.); consult with Mr. Hughes
re status of collection of documents re
discharge to the river (.1 hrs.); Bates label and
prepare Honeywell supplemental production
(.5 hrs.); incorporate same into indexed case
files (.3 hrs.);  review new case documents and
correspondence, sort and organize (1.8 hrs.).

04/22/02  WH    Conferences with Ms. Banks re status of                           9.70
                assignments (.5 hrs.); factual research re site
                issues (2.6 hrs.); review additional surface
                water data and confer with consultant re same
                (.4 hrs.); legal research re consolidation issue
                (.5 hrs.); conference with CTEH re IRM issue
                (.5 hrs.); legal research re CERCLA and
                RCRA owner/operator issues (1.6 hrs.); confer
                with Mr. Marraro re meeting with counsel for
                ICO and prepare for same (.6 hrs.); legal
                research re RCRA issues and confer with Mr.
                Marraro re same (2.2 hrs.).

          AP    Review correspondence.                                            0.50

          MM    Review recently distributed correspondence (.2                    0.50
                hrs.); forward e-mail to Ms. Banks re case
                revise and miscellaneous matters (.1 hrs.); case
                management (.2 hrs.).

          RLS   Office conference with Ms. Banks regarding                        0.50
                work conducted in her absence; organize legal
                research for the file.

W. R. Grace & Co.                                                              Page   13

|  |  | **Hours** |
|---|---|---|
| 04/22/02 NAB | Pull and review additional documents pertaining to surface water data. | 7.50 |
| TP | Office conference with Mr. Hughes re Honeywell waiver of work product privilege due to production of some documents (.2 hrs.); Westlaw research on issue of discovery of consulting expert's work product (5.9 hrs.). | 6.10 |
| 04/23/02 TP | Phone conference with Mr. Hughes (.2 hrs.); Westlaw research re Honeywell waiver of work product privilege (3.9 hrs.); email to Mr. Hughes summarizing results of research (.7 hrs.). | 4.60 |
| CHM | Meeting with plaintiff in D.C. (2.5 hrs.); meeting with Mr. Agnello re pre-trial preparation in D.C. (5.6 hrs.). | 8.10 |
| AP | Review documents relating to ownership issues (2.3 hrs.); meeting regarding necessity of amendments to pleadings (3.0 hrs.); review Honeywell's answer and cross claims (.4 hrs.). | 5.70 |
| WH | Meeting with counsel for Riverkeepers (1.3 hrs.); conferences with Messrs. Agnello and Marraro re answer, cross-claims and other matters in connection with Riverkeepers case (6.3 hrs.); confer with Ms. Pelletier re corporate reorganization issues and research re same (.8 hrs.). | 8.40 |
| RLS | Assist Ms. Parker with Lexis research. | 0.10 |
| NAB | Continue to pull and review additional documents pertaining to surface water data. | 1.20 |
| BB | Collect and prepare pertinent documents for Messrs. Marraro and Hughes for conference with local counsel (.2 hrs.); review, coordinate, scan and incorporate new court filing into case files and electronic files (.4 hrs.); research Lexis, download and prepare verification of state of incorporation and most recent SEC filing for Ms. Pelletier (.7 hrs.); review, | 6.70 |

W. R. Grace & Co.                                                    Page   14

                                                           <u>Hours</u>

|  |  | coordinate, and incorporate new legal research into electronic and indexed case files and create new files as appropriate (1.1 hrs.); continue to analyze Honeywell production for site sampling field notes and sampling data packets filed with NJDEP and/or plaintiff ICO (3.2 hrs.). |  |
| 04/24/02 | NAB | Continue to pull and review additional documents pertaining to surface water data (4.4 hrs.); Scan case documents (1 hrs.); incorporate same into electronic files (.5 hrs.); create hyperlinks for same on the appropriate case indices (.6 hrs.). | 6.50 |
|  | AP | Research and draft e-mail memo related re corporate history. | 2.90 |
|  | CHM | Meeting at Agnello's office in New Jersey re response to cross-claims, answer and other issues. | 3.50 |
|  | WH | Conference with CTEH re groundwater iso-concentration maps produced by Honeywell (.4 hrs.); review revised answer and affirmative defenses and work on same (7.0 hrs.); review memo from Ms. Pelletier re Grace reorganization issues and confer with her re same (.8 hrs). | 8.20 |
|  | BB | Review and analyze new correspondence and case documents, coordinate, organize and incorporate into electronic and indexed case files (4.2 hrs.); review, coordinate and create case files re additional site sampling data forwarded from Ms. Busbea (.3 hrs.). | 4.50 |
| 04/25/02 | BB | Collect and prepare court document for Mr. Hughes (.1 hrs.); research production database and create chart of relevant correspondence re entities for Mr. Hughes (1.6 hrs.); collect and prepare pertinent documents for Mr. Hughes (.1 hrs.); scan and email documents to Mr. Marraro (.1 hrs.); place call to consultant and Ms. Busbea for site sampling maps and field | 8.10 |

W. R. Grace & Co.                                                    Page    15

                                                                    **Hours**

|            |     | notes for Mr. Hughes (.3 hrs.); place call to consultant for Mr. Hughes re map of 1/30/02 site visit (.2 hrs.); consult with Mr. Hughes re conversation with consultant (.2 hrs.); prepare and coordinate documents for supplemental production (.5 hrs.); research Westlaw, download and coordinate cases for Mr. Hughes (.2 hrs.); research production database and create table of relevant correspondence re Honeywell site sampling results for Mr. Hughes (2.5 hrs.); separate out site visits reports enclosing sampling data packages and create table (2.4 hrs.). |      |
| 04/25/02   | AP  | Conference with M. Moasser and B. Banks regarding filing of documents related to corporate history. | 0.60 |
|            | WH  | Review additional site sampling documents to be produced to Honeywell and confer with expert re same (.5 hrs.); conduct factual research on activities at the site and confer with Ms. Banks re same (2.7 hrs.); legal research re RCRA issues related to answer and cross-claims in Riverkeeper case (1.6 hrs.); work on trial prep matters re geotechnical experts (4.0 hrs.). | 8.80 |
|            | NAB | Continue to pull and review additional documents pertaining to surface water data (2.1 hrs.); Scan case documents (.6 hrs.); incorporate same into electronic files (.4 hrs.); create hyperlinks for same on the appropriate case indices (.9 hrs.). | 4.00 |
| 04/26/02   | AP  | Review memorandum forwarded by client (.4 hrs.); conferences with C. Marraro, B. Hughes and B. Banks regarding information provided by client's memo (.6 hrs.); revise file memorandum to reflect content of client's memo (.3 hrs.). | 1.30 |
|            | WH  | Prepare letter to Mr. Caffrey re supplemental production of documents and coordinate production of same (2.8  hrs.); conferences | 8.40 |

W. R. Grace & Co.                                                    Page    16

                                                            __Hours__

with Ms. Banks re document production and
related matters (1.0 hrs.); confer with
consultant re site sampling issue (.3  hrs.);
review memo from client re corporate
organizational issues and confer with Ms.
Pelletier re same (.6 hrs.); work on trial prep
matters re site contamination issues (3.7 hrs.).

04/26/02 BB    Review and coordinate additional set of          8.00
               documents re site sampling data received from
               consultant and prepare for Mr. Hughes (.2
               hrs.); collect, prepare and produce designated
               site sampling data (.7 hrs.); consult with Mr.
               Hughes re production documents (.2 hrs.);
               continue review and analysis of production
               database, identify  Honeywell documents re
               sampling analysis and notes and create table of
               same for Mr. Hughes ( 1.8 hrs.); create table of
               same (.8 hrs.); analyze table, identify relevant
               documents, collect and prepare same (3.6 hrs.);
               collect relevant production files (.7 hrs.).

         CHM   Work on pre-trial issues.                         3.80

04/29/02 NAB   Continue to pull and review additional           5.60
               documents pertaining to surface water data.

         BB    Review new correspondence and case               6.30
               documents, coordinate, organize and
               incorporate into electronic files and indexed
               case files, and create new files as appropriate
               (4.3 hrs.); prepare supplemental production of
               documents in response to Honeywell's request
               (.8 hrs.); review case files and production
               database re Honeywell's production of field
               notes and sampling data records from site visits
               for Mr. Hughes (1.2 hrs.).

         CHM   Conference with client re E. Anderson and        1.30
               other issues (.3 hrs.); review consultant and
               expert invoices (1.0 hrs.)

         WH    Review new case correspondence and filings       7.60
               (.4 hrs.); confer with Ms. Banks re
               supplemental production issue (.3 hrs.);

W. R. Grace & Co.                                                                    Page   17

|  | **Hours** |
|---|---|

prepare reply to Mr. Caffrey's letter re document production and confer with Mr. Marraro re same (.8 hrs.); coordinate production of additional documents re site sampling (.9 hrs.); work on trial prep matters re Grace's damage claims against Honeywell (5.2 hrs.).

04/30/02 NAB   Continue to review documents for "Surface Water Data" Binders (2.2 hrs.).                                              7.50

WH   Review letter from Mr. Caffrey re supplemental production and confer with Mr. Marraro and non-testifying expert re same (.7 hrs.); review site photos and confer with CTEG re same (.4 hrs.); legal research re procedural issue in connection with Riverkeeper case (.8 hrs.); review deposition testimony of Honeywell environmental experts and work on outline of cross-examination issues for trial (4.6 hrs.); designate additional documents for use as trial exhibits and revise exhibit database re same (2.1 hrs.).                                        8.60

BB   Review new correspondence and case documents, coordinate, organize and incorporate into indexed case files (.4 hrs.); incorporate additional documents into indexed frequently requested documents reference binders for attorneys (1.7 hrs.); consult with Mr. Hughes re photos taken by consultant at site visits (.1 hrs.); place call to consultant re same (.2 hrs.); process site photos received from consultant by email , incorporate into electronic files, download and prepare for Mr. Hughes' review and incorporate into indexed case files (.7 hrs.).                                         7.10

CHM   Conference with client (.4 hrs.); conference with consultant re swale discharges (.5 hrs.); conference with B. Hughes (.3 hrs.).                1.20

W. R. Grace & Co.                                                       Page   18

|  | Hours | Amount |
|---|---|---|
| Total Fees | 494.80 | $124,211.50 |

Disbursements:

| | |
|---|---|
| Air Fare to/from Miami, FL - 2/15/02 | 1,437.00 |
| Air Fare to/from NYC - 11/15/01 | 356.00 |
| Air Fare to/from Newark, NJ - 1/25/02 | 508.00 |
| Copy Costs - Internal | 1,337.70 |
| Delivery Service | 9.46 |
| Facsimile Costs | 27.00 |
| FedEx Costs | 193.87 |
| Hotel in NYC - 2/16/02 | 431.35 |
| Hotel in Newark, NJ - 1/25/02 | 360.64 |
| Hotel in Newark, NJ for 11/15/01 Trip | 434.89 |
| Long Distance Charges | 391.69 |
| Meals on Trips | 366.60 |
| Outside Copies | 132.44 |
| Overtime Meals - Attorney/Paralegals | 306.77 |
| Overtime Transportation | 79.10 |
| Parking at Airport | 98.00 |
| Postage | 3.95 |
| Rental Car on Trip to Newark - 1/25/02 | 80.10 |
| Taxi to counsel of ICO's Office - 4/26/02 | 13.00 |

| | |
|---|---|
| Total Disbursements | $6,567.56 |
| Total Amount Of This Bill | $130,779.06 |
| 04/30/2002  Less Deduction of 40% Per Agreement | ($49,684.60) |
| Balance Due | $81,094.46 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 120.10 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 92.60 | 100.00 |
| William Hughes, Counsel | 172.50 | 350.00 |
| Tonya Manago, Sr. Paralegal | 0.30 | 135.00 |
| Christopher H. Marraro, Partner | 67.30 | 440.00 |
| Mahmoude Moasser, Paralegal | 2.60 | 135.00 |
| Tamara Parker, Associate | 10.70 | 270.00 |

W. R. Grace & Co.                                                    Page    19

| Name | Hours | Rate |
|------|-------|------|
| Angela Pelletier, Associate | 19.30 | 225.00 |
| Reilly L. Smith, Paralegal | 9.40 | 120.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

May 22, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12854

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 04/02/02 | CHM | Work on interim reports. | 2.40 |
| 04/04/02 | CHM | Work on interim reports. | 1.00 |
| 04/18/02 | CHM | Review order from bankruptcy court (.8 hrs.); telephone conference Delaware counsel re questions (.2 hrs.). | 1.00 |
| 04/22/02 | CHM | Prepare invoices for fee application. | 1.80 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 6.20 | $2,728.00 |
| Balance Due |  | $2,728.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 6.20 | 440.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

May 22, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12855

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|              |     |                                                                                                     | Hours |
|--------------|-----|-----------------------------------------------------------------------------------------------------|-------|
| 04/01/02     | CHM | Review various articles from client (.8 hrs.); telephone call to client concerning EPA (.5 hrs.).   | 1.30  |
| 04/10/02     | CHM | Review articles from client (.4 hrs.); conference with client (.8 hrs.).                             | 1.20  |
| 04/17/02     | CHM | Review various articles from client (.6 hrs.); conference with EPA (.3 hrs.); meeting with others (1.0 hrs.). | 1.90  |
| 04/22/02     | CHM | Review articles from client.                                                                        | 0.50  |
| 04/30/02     | CHM | Review articles from client.                                                                        | 0.50  |

|            |      | Amount     |
|------------|------|------------|
| Total Fees | 5.40 | $2,376.00  |

W. R. Grace & Co.                                                  Page      2

Disbursements:

|                            | **Amount** |
|----------------------------|-----------:|
| Copy Costs - Internal      | 16.50      |
| Total Disbursements        | $16.50     |
| Total Amount Of This Bill  | $2,392.50  |
| Balance Due                | $2,392.50  |

Timekeeper Summary

| Name                          | Hours | Rate   |
|-------------------------------|-------|--------|
| Christopher H. Marraro, Partner | 5.40  | 440.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.    I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 22nd day of May 2002.

_____

Notary Public

My Commission Expires:

Tonya Manago
Notary Public, District of Columbia
My Commission Expires  03-14-05

Tonya Manago
Notary ... of Columbia
My Commission ... 03-14-05

-2-