REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 946028 |
| Invoice Date | 05/24/02 |
| Client Number | 172573 |

====================================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

    Fees                                    125,169.50

              TOTAL BALANCE DUE UPON RECEIPT      $ 125,169.50
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      946028
One Town Center Road                     Invoice Date      05/24/02
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


==========================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/02 | Atkinson | Arrangements to have documents reviewed by associates placed in storage (.4); travel to Boston for document review (1.4). | 1.80 |
| 04/01/02 | Cameron | Review and comment on proposed schedule and multiple e-mails and telephone calls regarding same. | 1.80 |
| 04/01/02 | Flatley | Review D. Cameron e-mails and respond about scheduling. | .50 |
| 04/01/02 | Jones | Review and coding of documents for discovery requests. | 7.60 |
| 04/01/02 | Muha | Revise Grace historical case defense (4.0); research/review new OMB regulations re:  data access for publicly funded research (1.0); information quality (.60); draft memo re: regulations (2.5). | 3.10 |
| 04/01/02 | Restivo | Receipt and review of pleadings related to ZAI | 1.00 |
| 04/01/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/02/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.00 |

172573 W. R. Grace & Co.                              Invoice Number  946028
60026  Special Abestos Counsel                        Page    2
       May 24, 2002

| Date | Name | | Hours |
|------|------|------|-------|
| 04/02/02 | Cameron | Prepare for and participate in conference call with A. Running and R. Finke regarding discovery issues and e-mails regarding same. | 1.40 |
| 04/02/02 | DeMarchi Sleigh | Preparing documents for review | .50 |
| 04/02/02 | Flatley | Review e-mail and with D. Cameron. | .20 |
| 04/02/02 | Haines | Memo re: On-Site CDs for loading (0.3); memo to Trevelise re: status of document review coding issues (0.5). | .80 |
| 04/02/02 | Jones | Review and coding of documents for discovery requests. | 7.70 |
| 04/02/02 | Muha | Review daily Grace bankruptcy docket entries (.3); draft, revise, edit memo on federal data access and data quality regulations (1.2); revise draft of Grace historical case defense (3.5); discuss revision process with J. Butcher (.5). | 5.50 |
| 04/02/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/03/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.10 |
| 04/03/02 | Cameron | Meet with J. Restivo regarding discovery schedule (.4); Review materials from R. Finke (.8). | 1.20 |
| 04/03/02 | Flatley | E-mail with proposed schedule and commentaries on it. | .30 |
| 04/03/02 | Jones | Review and coding of documents for discovery requests. | 7.50 |
| 04/03/02 | Trevelise | Meeting with Matt Murphy to review status and remaining issues with document review. | 1.00 |
| 04/04/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.20 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page    3
       May 24, 2002

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 04/04/02 | Butcher | Revise Grace historical defense case. | .30 |
| 04/04/02 | Cameron | E-mails to J. Restivo and L. Flatley regarding schedule and telephone call with R. Finke regarding same (.40); Telephone call with A. Running (.2); Review discovery issues for conference call (.7). | 1.30 |
| 04/04/02 | Cleversy | Communications with M. Atkinson re: status of production. | .20 |
| 04/04/02 | Flatley | Call with W. Sparks and follow up (.30); second call with W. Sparks (.30). | .60 |
| 04/04/02 | Jones | Review and coding of documents for discovery requests. | 7.70 |
| 04/04/02 | Litigation Suppor | Copied CD's WRG 007, 008 and 010 from On-Site to the Litigation Server. | 1.50 |
| 04/04/02 | Muha | Revise and edit Grace Historical Case Story. | 3.40 |
| 04/04/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/05/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA (5.6); travel from Boston (1.8). | 7.40 |
| 04/05/02 | Cameron | Review and revise letter to ZAI Claimant's Committee (.30); telephone call with R. Finke, A. Running, and D. Bernick re: same (.40); various e-mails re: same (.30); review materials re: meeting with experts (.70); review EPA materials (.80). | 2.50 |
| 04/05/02 | Haines | Multi memos re: On-Site CDs and missing data (0.2); two memos re: return of boxes to On-Site (0.1). | .30 |
| 04/05/02 | Jones | Review and code documents for discovery requests. | 4.70 |

172573 W. R. Grace & Co.                           Invoice Number  946028
60026  Special Abestos Counsel                     Page    4
       May 24, 2002


| Date | Name | | Hours |
|------|------|------|-------|
| 04/05/02 | Jones | Travel from Boston to Philadelphia (W. R. Grace 172573/60026). | 3.00 |
| 04/05/02 | Litigation Suppor | Imported the summaries from CD's 007, 008 and 010 into the Test Load Summation database.  Ran queries on the new summaries to see if any data was missing from the DocType and Document Sensitivity fields. | 1.00 |
| 04/05/02 | Muha | Revise Grace historical case story and draft new sections and add to outline. | 5.20 |
| 04/06/02 | Cameron | Review and organize materials relating to science issues | 1.40 |
| 04/07/02 | Cameron | Prepare materials for meeting with consultants in Denver | .70 |
| 04/08/02 | Atkinson | Meeting with D. Cameron re: organization of Grace materials in Washington State Class Action, and beginning same (.7); reviewing boxes, labeling Grace documents that associates' review (2.8). | 3.50 |
| 04/08/02 | Butcher | Revise Grace historical  defense case. | 3.70 |
| 04/08/02 | Cameron | Telephone call with R. Finke and e-mails regarding meeting with consultant (.4); Review consultant information for conference call (.8). | 1.20 |
| 04/08/02 | Haines | Multi memos re: review of lab manuals (0.3); conference with Trevelise re: status of document review (0.3); telephone call with M. Atkinson re: document review status (0.3). | .90 |
| 04/08/02 | Muha | Revise Grace historical case defense. | 4.10 |
| 04/08/02 | Restivo | Telephone call with D. Bernick and preparation for 4/22 hearing | 1.00 |

```
172573 W. R. Grace & Co.                           Invoice Number  946028
60026  Special Abestos Counsel                     Page    5
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/08/02 | Trevelise | Review correspondence re: status of document review (0.2); conference with Susan Haines re: document review issues (0.2). | .40 |
| 04/09/02 | Atkinson | Reviewing boxes, labeling Grace documents that associates reviewed (2.7); preparing inventory of Grace files, binders, boxes collected in connection with Washington State Class Action matter (1.2); e-mails to new associates regarding their collection of Grace documents in connection with analyses of documents (.2). | 4.10 |
| 04/09/02 | Butcher | Revise Grace historical  defense case. | 5.30 |
| 04/09/02 | Cameron | Prepare for and participate in conference call with Holme Roberts' attorneys and consultant (2.3); E-mails and memo regarding same (.6); Review draft EPA letter (.7). | 3.60 |
| 04/09/02 | Lord | Review new fee application procedures. | .20 |
| 04/09/02 | Muha | Complete revisions to Grace historical case defense project. | 2.00 |
| 04/10/02 | Antezana | Review and analyze Grace documents for documents concerning witnesses. | 1.70 |
| 04/10/02 | Atkinson | Organizing Barbanti materials (.6); organizing memos copied during document review in Boston (.3). | .90 |
| 04/10/02 | Bentz | Conference with W. Sparks and L. Flatley regarding scheduled meetings (.5); preparation for scheduled meetings (.5); memorandum regarding planning meeting (.25); work on historical case defense (3.5). | 4.75 |

```
172573 W. R. Grace & Co.                        Invoice Number  946028
60026  Special Abestos Counsel                  Page    6
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 04/10/02 | Cameron | Review draft EPA letter and telephone call with L. Flatley and R. Finke regarding same (.7); Telephone call with R. Finke and K. Lund regarding meetings and discovery issues (.4); Review materials for fee applications (.4); Prepare for and participate in conference call with A. Running, J. Hughes and consultant and memo regarding same (1.1). | 2.60 |
| 04/10/02 | Flatley | Call with W. Sparks and J. Bentz re: Chicago meetings (.40); review draft letter and discuss comments with D. Cameron (.30). | .70 |
| 04/10/02 | Haines | Telephone call with Murphy re: Hoyle Morris redacted documents and response to EPA requests for information re: expanding plant sites (0.2); conference call re: document review status (1.5); prepare for same (0.3); memo to On-Site re: review of missing data boxes (0.2); conference with Trevelise re: 4/3/02 meeting with Murphy re: document review status (0.1). | 2.30 |
| 04/10/02 | Muha | Meet with J. Bentz and J. Butcher re:  Grace historical case defense Project. | .50 |
| 04/10/02 | Restivo | Review R. Finke draft EPA response (0.5); dictate Tasks List (0.5); review collected material (0.5) | 1.50 |
| 04/10/02 | Trevelise | Review materials and conference with Susan Haines regarding preparation for conference call regarding document review status (.4); conference call with HRO and Casner & Edwards regarding document review issues (1.5). | 1.90 |
| 04/11/02 | Antezana | Prepare witness binders. | .60 |

```
172573 W. R. Grace & Co.                      Invoice Number  946028
60026  Special Abestos Counsel                Page    7
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/11/02 | Bentz | Review correspondence with the EPA (.6); revising memorandum regarding meeting (.25). | .85 |
| 04/11/02 | Butcher | Revise Grace historical  defense case. | 1.80 |
| 04/11/02 | Cameron | Review materials relating to discovery issues (.7); Review draft claim forms relating to ZAI claimants (.8); Meet with A. Muha regarding fee applications and e-mails regarding same (.5). | 2.00 |
| 04/11/02 | Haines | Memo to On-Site re: review of missing data boxes (0.1). | .10 |
| 04/11/02 | Muha | Phone call with D. Carickhoff re: Grace Fee Applications and review Bank. Court's Order Appointing Fee Auditor and Proposed (Amended) Order Appointing a Fee Auditor (.90); meet with D. Cameron re: procedures for future fee applications (.50); make revisions to Grace historical case defense (1.8). | 3.20 |
| 04/11/02 | Restivo | Dictate tasks list | .70 |
| 04/12/02 | Atkinson | Search on Summation database for documents to/from/copied to various witnesses (.4); reviewing permanent file index for abatement documents (.3); organizing, labeling additional Grace documents reviewed by associates, for storage (1.1); telephone call with A. Trevelise, S. Haines re: associates' attention to coding in their review of documents, and e-mails to associates with questions re: same (.4); arrangements for travel to Boston week of 4/15 to continue document review (.3); reviewing documents copied during document review and copy of same memo to A. Muha, L. Sleigh DeMarchi (.3). | 2.80 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page    8
       May 24, 2002

| Date | Name | | Hours |
| --- | --- | --- | --- |

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 04/12/02 | Bentz | Preparation of historical case defense (2.0); review of documents in preparation for meeting (1.7). | 3.70 |
| 04/12/02 | Butcher | Revise Grace historical  defense case. | 1.00 |
| 04/12/02 | Cameron | Review document repository issues and telephone call with R. Finke regarding same (.7); Review materials for expert meeting (.9). | 1.60 |
| 04/12/02 | Flatley | With J. Bentz re: status of witness preparation issues. | .20 |
| 04/12/02 | Haines | Conference call with Murphy, Trevelise, Tracey re: production of documents in fraudulent transfer action (0.7); telephone call with Atkinson re: attorney review (0.3); conference with Trevelise re: status of document review/production (0.1). | 1.10 |
| 04/12/02 | Muha | Revise and create index for the Grace defense. | 3.80 |
| 04/12/02 | Trevelise | Telephone calls with M. Murphy and B. Tracey re: document review and production; conference call with R. Finke and C. Sullivan (0.3); conference with Susan Haines re: status of document review and issues, and conference call with S. Haines and M. Atkinson re: attorney review procedures (0.5); review correspondence re: attorney review issues (0.1). | .90 |
| 04/13/02 | Cameron | Continue review of materials in preparation for expert meeting. | 1.00 |
| 04/14/02 | Atkinson | Summation search re: witnesses and printing out summary, several documents (.8); e-mail to D. Cameron re: collection of files from Barbanti matter, and collecting updating indices of documents (.8); travel to Boston for document review (1.5). | 3.10 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       May 24, 2002

Invoice Number  946028
Page    9

| Date | Name | | Hours |
|------|------|---|-------|
| 04/14/02 | Muha | Revise and compose new sections of W.R. Grace defense. | .90 |
| 04/15/02 | Antezana | Review and analyze Grace documents and prepare witness binder. | 2.30 |
| 04/15/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA. | 8.60 |
| 04/15/02 | Bentz | Preparation for meetings in Chicago. | 3.40 |
| 04/15/02 | Butcher | Draft Grace historical defense case; meeting with J. Bentz re timeline | 3.50 |
| 04/15/02 | Cameron | Review materials for meetings in Denver (1.6); Prepare for and participate in various conference calls regarding issues relating to document review and production (1.9). | 3.50 |
| 04/15/02 | Haines | Memo to Trevelise re: 4/10 conference call re: document review status (1.3); telephone call to C. Latuda re: same (0.3); conference call re: document review status and production in fraudulent conveyancing case (1.0); conference with Trevelise re: same (0.5). | 3.10 |
| 04/15/02 | Muha | Incorporate documents into Grace historical case defense and meet with J. Bentz and J. Butcher re: same. | 4.60 |
| 04/15/02 | Restivo | Conference with D. Cameron and A. Trevelise and memo re document production (1.0); conference call with client re same (1.0) | 2.00 |
| 04/15/02 | Trevelise | Review memos and correspondence re: document review (0.3); conference call with Restivo and Cameron re: document review (0.5); prepare for conference call with R. Finke (0.3); conference call with R. Finke, HRO, Casner & Edwards, Restivo, Cameron re: | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page   10
       May 24, 2002


| Date | Name | | Hours |
|------|------|---|-------|
| | | status of document production (0.8). | |
| 04/16/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA. | 8.70 |
| 04/16/02 | Bentz | Review of documents in preparation for meetings in Chicago. | 2.10 |
| 04/16/02 | Butcher | Grace historical  defense case. | 3.00 |
| 04/16/02 | Cameron | Prepare for meetings in Denver prior to and while traveling to Denver (3.5); Telephone call with R. Finke regarding same (.3); Review document production issue (.7) | 4.50 |
| 04/16/02 | Haines | Meeting with On-Site re: scanning issues and status (4.0); telephone calls re: loading of On-Site CDs and data fixes (0.5). | 4.50 |
| 04/16/02 | Muha | Incorporate documents into historical case defense outline. | 7.10 |
| 04/16/02 | Restivo | Preparation for April 22 hearing | 1.00 |
| 04/16/02 | Slade | Review and code W.R. Grace documents. | 9.50 |
| 04/16/02 | Trevelise | Review correspondence regarding document review. | .10 |
| 04/17/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA. | 8.30 |
| 04/17/02 | Bentz | Preparation for and attending witness meetings in Chicago. | 10.00 |
| 04/17/02 | Butcher | Grace historical case defense. | 2.50 |
| 04/17/02 | Cameron | Prepare for and meet with R. Finke, K. Lund, C. Neitzel and consultant (3.8); Meet with K. Lund, R. Finke and C. Neitzel regarding EPA work and open issues (.5); Review materials from consultant meeting (.9). | 3.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  946028
60026  Special Abestos Counsel              Page   11
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/17/02 | Haines | Multi memos to Hindman re: loading of On-Site CDs (0.1); memo re: On-Site data history (0.3); memos to Murphy re: documents marked confidential (0.2); review images with missing data and code (2.0). | 2.60 |
| 04/17/02 | Litigation Suppor | Loaded WRG 001 through WRG 010 CD's from On-Site into a test load Summation database. Loaded the .dii image information file for all of the CD's to attach the images. | 2.00 |
| 04/17/02 | Muha | Incorporate documents into historical case defense outline. | 9.10 |
| 04/17/02 | Slade | Review and code W. R. Grace documents. | 8.00 |
| 04/17/02 | Trevelise | Review correspondence regarding document review. | .10 |
| 04/18/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA (3.4); travel from Boston (1.1). | 4.50 |
| 04/18/02 | Butcher | Grace historical case defense. | 4.20 |
| 04/18/02 | Cameron | Meet with R. Finke regarding EPA work and other discovery issues relating to ZAI (.6); Prepare and revise memo regarding consultant meeting (1.5); Review additional materials relating to EPA testing (1.9). | 4.00 |
| 04/18/02 | Haines | Review images with missing data and Code (2.7); two telephone calls with Murphy re: status of scanning project (0.2); telephone call with Sparks re: same (0.3); telephone call with On-Site re: same; memo to On-Site forwarding missing data for mandatory fields (0.2). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  946028
60026  Special Abestos Counsel              Page  12
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/18/02 | Keuler | Reviewed fee auditor order (0.2); reviewed and revised certificate of no objection (0.1); met with J. Lord to discuss requirements for filing fee applications and compliance with same (0.3). | .60 |
| 04/18/02 | Lord | Discuss new fee application procedures with RKeuler (.2); prepare CNO for eight monthly application (.5); e-correspondence to DCameron re: same (.1). | .80 |
| 04/18/02 | Muha | Incorporate documents into historical case defense outline (6.8); e-mail J. Kapp and D. Carickhoff re:  Grace fee applications (.2) | 7.00 |
| 04/18/02 | Rea | Reviewed binders for documents describing drop testing procedures | 1.20 |
| 04/18/02 | Restivo | Preparation for April 22 hearing | 1.00 |
| 04/18/02 | Slade | Review and code W.R. Grace documents. | 7.50 |
| 04/19/02 | Atkinson | Search on Summation database for documents re: test procedures and printing, reviewing results (1.3); reviewing Summation searches re: privilege and trade secret issues (.6). | 1.90 |
| 04/19/02 | Bentz | Scheduling witness meetings | .40 |
| 04/19/02 | Butcher | Grace historical case defense. | 4.00 |
| 04/19/02 | Cameron | Meet with J. Restivo and review materials re 4/22 hearing and open issues (1.1); telephone conversation with R. Finke re: discovery issues and e-mail re: same (.60). | 1.70 |
| 04/19/02 | Flatley | With J. Bentz re possible witness meeting (0.3); with D. Cameron (0.1) | .60 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page  13
       May 24, 2002


| Date | Name | | Hours |
|------|------|--|-------|
| 04/19/02 | Haines | Telephone call with Sullivan re: conference call re: scanning status with Finke (0.1); telephone calls with Trevelise re: same (0.2); memo to Atkinson re: review status (0.2); memo to On-Site re: April invoice and shipping charges (0.2). | .70 |
| 04/19/02 | Muha | Incorporate documents into historical case defense outline. | 7.90 |
| 04/19/02 | Rea | Reviewed testing documents and drafted memo to D. Cameron re same | 4.60 |
| 04/19/02 | Restivo | Preparation for April 22 hearing | .50 |
| 04/19/02 | Trevelise | Telephone calls from S. Haines regarding C. Sullivan conference call. | .10 |
| 04/20/02 | Bentz | Preparation of Grace historical case. | 4.75 |
| 04/20/02 | Cameron | Prepare for meeting and hearing on 4/22 (1.0); review correspondence from R. Finke and other open issues (.80). | 1.80 |
| 04/20/02 | Muha | Incorporate documents into historical case defense outline. | 2.20 |
| 04/21/02 | Butcher | Grace historical case defense. | 3.00 |
| 04/21/02 | Cameron | Finalize memos regarding meeting with consultant and conference calls regarding testing data (1.0); Prepare for meetings with client regarding discovery issues (.9). | 1.90 |
| 04/21/02 | Flatley | Review e-mail re 4/22 meeting (0.4); call with D. Cameron re 4/22 meeting (0.2); messages for J. Bentz re 4/22 (0.1) | .70 |
| 04/21/02 | Muha | Incorporate documents into historical case defense. | 2.10 |
| 04/21/02 | Rea | Revised memo on testing | .80 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page   14
       May 24, 2002


     Date   Name                                            Hours
     --------  -----------                                   -----

04/21/02 Restivo      Preparation for April 22 hearing        .70

04/22/02 Atkinson     Additional documents reviewed by        .90
                      associates to storage (.3);
                      summation queries for additional
                      documents to review (.6).

04/22/02 Bentz        Preparation of historical case         2.50
                      defense (1.7); attending meeting
                      in Pittsburgh (.5); conference
                      with co-counsel regarding
                      documents (.3).

04/22/02 Butcher      Grace historical case defense.         3.40

04/22/02 Cameron      Prepare for and meet with J.           5.40
                      Restivo, D. Siegel, R. Finke and
                      P. Norris (.5); Prepare for and
                      attend hearing (2.2); Meet with R.
                      Finke, D. Siegel, et al. regarding
                      hearing and strategy issues going
                      forward (2.3); Meet with R. Finke
                      regarding testing data (.4).

04/22/02 Flatley      Preparation for meeting (0.4);         1.90
                      meeting with J. J. Restivo, Jr.,
                      D. E. Cameron, R. Finke, W. Sparks
                      and J. W. Bentz (1.2); telephone
                      call with D. E. Cameron (0.1);
                      telephone call with J. W. Bentz
                      (0.1); e-mails and replies (0.1)

04/22/02 Haines       Telephone call with Sherman re:        2.70
                      Lason database and new ONSS data
                      (0.2); telephone call to Sullivan
                      re: conference call re: scanning
                      status (0.1); conference with
                      Trevelise re: same (0.1); memos to
                      Hindman re: ONSS database status
                      (0.2); review spreadsheets for
                      missing data (0.4); memos to ONSS
                      re: missing data (0.2); research
                      re: same (0.8); memo to Latuda re:
                      missing Lason data and images
                      (0.1); conference call with
                      Sullivan, Trevelise re:
                      scanning/database status (0.6);
                      memo, status report re: same
                      (0.5); telephone call with On-Site
                      re: missing data issues (0.1);
                      memo to Atkinson re: document

172573  W. R. Grace & Co.                          Invoice Number  946028
60026   Special Abestos Counsel                    Page  15
        May 24, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| | | review schedule (0.1); weekly status report for Winthrop (0.1); memo to Murphy re: Lason boxes with missing images (0.2). | |
| 04/22/02 | Jones | Review and code documents for discovery requests. | 3.00 |
| 04/22/02 | Jones | Travel from Philadelphia to Boston. | 2.50 |
| 04/22/02 | Muha | Incorporate documents into historical case defense outline. | 6.80 |
| 04/22/02 | Restivo | Pre-hearing meeting with D. Siegel, et al. (1.0); hearing before Judge Fitzgerald (4.0); post-hearing meeting (1.0) | 6.00 |
| 04/22/02 | Trevelise | Conferences with Susan Haines regarding call from Chris Sullivan and status of document review (.3); conference call with Chris Sullivan and Susan Haines regarding status of document review and production (.6). | .90 |
| 04/23/02 | Bentz | Preparation of historical case defense (4.6); memoranda regarding witness interviews (.5). | 5.10 |
| 04/23/02 | Butcher | Grace historical case defense. | 1.90 |
| 04/23/02 | Cameron | Prepare for and meet with J. Restivo and R. Finke regarding document issues (.5); Prepare for and meet with R. Finke and consultants (7.0). | 7.50 |
| 04/23/02 | Haines | Telephone calls re: loading of CDs from On-Site (0.3); memos re: pick-up for this week (0.2); memos for On-Site re: additional missing data (0.3); review spreadsheets re: same (0.5). | 1.30 |
| 04/23/02 | Jones | Review and code documents for discovery requests. | 7.90 |

```
172573 W. R. Grace & Co.                        Invoice Number  946028
60026  Special Abestos Counsel                  Page   16
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/23/02 | Litigation Suppor | Copied CD's 9, 11 and 12 to the Litigation server.  Edited all three .dii image files to contain the correct path to the images. Imported the summaries for each CD and loaded the image file for each CD into the Summation Test Load database.  Total of 3,770 summaries. | 2.00 |
| 04/23/02 | Muha | Review Grace bankruptcy docket (1.9); draft and revise memo summarizing asbestos-issue related docket entries (1.5). | 3.40 |
| 04/23/02 | Muha | Incorporate documents into historical case defense outline (4.3); meet with J. Bentz and J. Butcher re:  Grace historical case defense project (.5). | 4.80 |
| 04/23/02 | Restivo | Meeting with D. Cameron and R. Finke re production (0.8); telephone conference with C. Sullivan re same (1.0); telephone conference with D. Cameron, et al. (0.5) | 2.30 |
| 04/23/02 | Trevelise | Review correspondence from C. Sullivan regarding document production issues (.1); telephone call to J. Restivo regarding same (.1) | .20 |
| 04/24/02 | Atkinson | Reviewing queries in Summation for documents to be produced. | .40 |
| 04/24/02 | Bentz | Preparation of historical case defense. | 2.10 |
| 04/24/02 | Butcher | Grace historical case defense. | 4.30 |
| 04/24/02 | Cameron | Review notes from meeting with consultants and prepare memo (1.1); Review fee application material (.3). | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number   946028
60026  Special Abestos Counsel                    Page   17
       May 24, 2002


   Date   Name                                                    Hours
--------  -----------                                             -----

04/24/02 Haines              Document review (7.2); conference       7.70
                             with Murphy re: production in
                             fraudulent conveyance case (0.3);
                             telephone calls with On-Site re:
                             pick-up (0.2).

04/24/02 Jones               Review and code documents for          3.00
                             discovery requests.

04/24/02 Lord                Review new administrative               .90
                             procedures and correspondence from
                             Debtor for fee applications (.5);
                             e-correspondence with Mr. Muha and
                             others re: complying with new
                             procedures (.4).

04/24/02 Muha                Review and analyze Amended             3.30
                             Administrative Order re:
                             Appointment of Fee Auditor (2.0);
                             prepare outline of future fee
                             application procedures (.80); meet
                             with D. Cameron and P. Lykens re:
                             future fee application procedures
                             (.50).

04/24/02 Muha                Review daily Grace bankruptcy           .90
                             docket entries (.2); review Grace
                             historical case defense outline
                             and docket binders (.90).

04/24/02 Restivo             Telephone call re documents wth R.     1.50
                             Finke (0.5); telephone call re
                             same with A. Trevelise (0.5);
                             circulate memo re same (0.5)

04/24/02 Trevelise           Telephone call with J. Restivo         .90
                             regarding document review and
                             production issues (.6); review
                             correspondence regarding document
                             review and production (.2);
                             telephone call from S. Haines re:
                             document review (.1).

04/25/02 Atkinson            Telephone call with S. Haines         2.20
                             (PHL) re: document review and
                             production (.3); summation
                             searches to determine queries for
                             production of documents (.5);
                             e-mails to new associates re:
                             their review of documents (.4);
                             collecting remaining documents

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page  18
       May 24, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| | | from associates to prepare for permanent storage (.3); reviewing sample Summation printouts to determine whether categories were properly coded (.7). | |
| 04/25/02 | Bentz | Preparation of historical case defense (3.5); review of news publications regarding Grace (.5). | 4.00 |
| 04/25/02 | Butcher | Revise Grace historical case defense | .30 |
| 04/25/02 | Cameron | Review and provide comments to draft letter and materials concerning EPA action in Libby (1.7); Telephone call with R. Finke regarding same (.4); Review consultant materials (.8). | 2.90 |
| 04/25/02 | Haines | Telephone call with Murphy re: status of document review and production (0.3); multi conferences with Trevelise re: same (0.4); memos re: same (0.4); telephone call with On-Site re: April scanning invoice (0.2); telephone call with Atkinson re: sensitivity review and issues (0.4). | 1.70 |
| 04/25/02 | Jones | Travel from Boston to Philadelphia. | 2.50 |
| 04/25/02 | Jones | Review and code documents for discovery requests. | 4.00 |
| 04/25/02 | Muha | Send/respond to e-mails from Grace local counsel and fee auditor re: fee applications. | .20 |
| 04/25/02 | Muha | Incorporate documents into Grace historical case defense outline and meet with J. Butcher re: same. | 3.80 |
| 04/25/02 | Trevelise | Review correspondence regarding status of document review and issues pertaining to same. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page   19
       May 24, 2002


    Date   Name                                              Hours
  -------- -----------                                       -----

  04/26/02 Antezana        Research witnesses in case re        .40
                           document binders; research files
                           for witness binders.

  04/26/02 Bentz           Preparation of memorandum            2.40
                           regarding news articles regarding
                           Grace (.5); preparation of
                           historical case defense (1.9).

  04/26/02 Butcher         Grace historical case defense        1.30

  04/26/02 Cameron         Telephone call with R. Finke          .90
                           regarding consultant work (.4);
                           Review draft materials regarding
                           EPA action (.5).

  04/26/02 Haines          Memo re: staffing of document        5.40
                           review (0.2); memo re: missing
                           data and On-Site CDs (0.1);
                           telephone call with Byrne re:
                           revised invoices (0.2); memo to
                           Lykens re: April invoice (0.1);
                           review On-Site images for missing
                           data and code (4.5); memos re:
                           document review status and
                           production (0.3).

  04/26/02 Keuler          Met with J. Lord to discuss new       .30
                           fee application procedures and how
                           to meet them (0.3).

  04/26/02 Keuler          Reviewed new fee application order    .20
                           regarding new procedures to follow.

  04/26/02 Muha            Prepare list of witness interviews   1.60
                           (.8); coordinate preparation of
                           list with T. Antezana and J.
                           Butcher (.3); gather documents
                           from trial set for witness
                           interview binder (.5).

  04/26/02 Muha            Incorporate Grace trial documents    2.90
                           into historical case defense
                           outline.

  04/26/02 Trevelise       Review correspondence regarding       .30
                           status of document review and
                           production schedule and
                           correspondence regarding same.

```
172573 W. R. Grace & Co.                    Invoice Number  946028
60026  Special Abestos Counsel              Page  20
       May 24, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/27/02 | Cameron | Summarize conference calls and open issues for meetings with consultant. | 1.30 |
| 04/28/02 | Flatley | Review medical articles and e-mail to R. Senftleben about them. | .50 |
| 04/28/02 | Muha | Incorporate documents into historical case defense outline. | 1.80 |
| 04/29/02 | Atkinson | Travel to Boston (1.4); reviewing W.R. Grace documents in Boston, MA (5.2) | 6.60 |
| 04/29/02 | Bentz | Review of documents in preparation for witness meeting. | 1.60 |
| 04/29/02 | Butcher | Grace historical case defense | 3.00 |
| 04/29/02 | Cameron | Review R. Finke e-mails regarding document request (.4); Telephone call with R. Finke regarding open issues (.3); Meet with J. Restivo regarding same (.4); Review draft comments to EPA proposed listing and telephone call with R. Finke regarding same (1.1). | 2.20 |
| 04/29/02 | Flatley | E-mails from/to R. Senftleben re: medical articles. | .10 |
| 04/29/02 | Haines | Review images/summaries with missing data and code (2.9); prepare for and participate in conference call re: document review status and production (3.0); memo to Restivo re: production issues (0.6); telephone call with Hindman re: production issues (0.2); memos re: trade secret review (0.3); memo re: microfilm review (0.2); telephone call with On-Site re: images still to be burned to CD (0.2); multi memos re: Boulder review status (0.4); telephone call with On-Site re: scanning deadline and production CDs (0.3). | 8.10 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       May 24, 2002

Invoice Number  946028
Page  21

| Date | Name | | Hours |
|------|------|---|------|
| 04/29/02 | Lord | Review amended Administrative order and prepare checklist of new fee application procedures. | 1.00 |
| 04/29/02 | Muha | Incorporate documents into historical case defense outline. | 9.30 |
| 04/29/02 | Restivo | Review status of document review | 1.00 |
| 04/29/02 | Trevelise | Review materials and charts regarding remaining document review in preparation for conference call (.3); conference call with K. Coggon, B. Tracey, M. Murphy and S. Haines regarding remaining document review and production issues (2.3); review correspondence regarding document review status and issues (.3). | 2.90 |
| 04/30/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA. | 9.40 |
| 04/30/02 | Bentz | Preparation of historical case defense. | 1.10 |
| 04/30/02 | Butcher | Grace historical case defense | 4.20 |
| 04/30/02 | Cameron | Telephone call with R. Finke and review materials relating to document review issues (.9); Review consultant materials (.6). | 1.50 |
| 04/30/02 | Haines | Memo re: notice issues (0.2); review database for missing data and code (2.6); memo to On-Site re: same (0.2); multi telephone calls to Sherman re: coding of lab notebooks (0.7); multi telephone calls with Atkinson re: same (0.3); telephone call with Thornton re: status and projected scheduling for scanning (0.5); memos re: same (0.3). | 4.80 |
| 04/30/02 | Muha | Incorporate documents into historical case defense outline. | 6.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  946028
60026  Special Abestos Counsel                    Page   22
       May 24, 2002


     Date   Name                                                   Hours
     ------ -----------                                            -----

     04/30/02 Trevelise        Review correspondence re: issues      .60
                               pertaining to document review and
                               production (.3); conference with
                               S.Haines re: same (.3).

                                                                   ------
                                            TOTAL HOURS           596.35


     TIME SUMMARY              Hours         Rate          Value
     ---------------------     --------    -----------     -------
     Andrew J. Trevelise       13.10   at  $  360.00  =    4,716.00
     James J. Restivo Jr.      20.20   at  $  430.00  =    8,686.00
     Lawrence E. Flatley        6.30   at  $  400.00  =    2,520.00
     Douglas E. Cameron        71.00   at  $  385.00  =   27,335.00
     James W Bentz             48.75   at  $  300.00  =   14,625.00
     Lisa D. DeMarchi Sleigh     .50   at  $  185.00  =       92.50
     Jayme L. Butcher          50.70   at  $  185.00  =    9,379.50
     Andrew J. Muha           121.50   at  $  185.00  =   22,477.50
     Traci Sands Rea            6.60   at  $  265.00  =    1,749.00
     Richard A. Jr. Keuler      1.10   at  $  240.00  =      264.00
     Patricia E. Antezana       5.00   at  $  200.00  =    1,000.00
     M. Susan Haines           51.50   at  $  150.00  =    7,725.00
     John B. Lord               2.90   at  $  145.00  =      420.50
     Maureen L. Atkinson       99.40   at  $  120.00  =   11,928.00
     Valerie Slade             25.00   at  $  130.00  =    3,250.00
     Janet L. Cleversy           .20   at  $  120.00  =       24.00
     Melody A. Jones           66.10   at  $  125.00  =    8,262.50
      Litigation Support        6.50   at  $  110.00  =      715.00

                               CURRENT FEES                    125,169.50


                                                              ------------
                       TOTAL BALANCE DUE UPON RECEIPT         $ 125,169.50
                                                              ============
```