REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 946599 |
| Invoice Date | 05/24/02 |
| Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel

Expenses                              44,498.12

TOTAL BALANCE DUE UPON RECEIPT        $ 44,498.12
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      946599
One Town Center Road                     Invoice Date      05/24/02
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

================================================================================

Re: Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 38.87 |
| Documentation Charge | 263.45 |
| Duplicating/Printing | 434.30 |
| Postage Expense | 1.14 |
| Courier Service | 231.64 |
| Outside Duplicating | 4,439.44 |
| Lodging | 5,058.86 |
| Transportation | 472.82 |
| Air Travel Expense | 7,174.00 |
| Rail Travel Expense | 751.00 |
| Taxi Expense | 525.50 |
| Mileage Expense | 111.70 |
| Meal Expense | 1,080.22 |
| Telephone - Outside | 44.92 |
| General Expense | 23,870.26 |

CURRENT EXPENSES                                44,498.12
                                             --------------

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 946599 |
| Invoice Date | 05/24/02 |
| Client Number | 172573 |
| Matter Number | 60026 |

==================================================================================

Re: (60026)  Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/31/02 | Documentation Charge -INV 4339- VENDOR: PARCELS, INC.-D D R | 58.85 |
| 02/06/02 | Documentation Charge -INV 4567- VENDOR: PARCELS, INC.-D D R | 35.40 |
| 02/12/02 | Outside Duplicating - INV 834 - VENDOR: PARCELS, INC.-D D R | 1631.82 |
| 02/25/02 | Outside Duplicating -INV 810- VENDOR: PARCELS, INC.-D D R | 902.30 |
| 02/28/02 | Outside Duplicating -INV 920 - VENDOR: PARCELS, INC.-D D R | 630.35 |
| 02/28/02 | Outside Duplicating - INV 920 - VENDOR: PARCELS, INC.-D D R | 508.53 |
| 03/06/02 | 617-542-3025/BOSTON, MA/28 | 1.60 |
| 03/06/02 | 617-542-3025/BOSTON, MA/9 | .51 |
| 03/06/02 | 212-878-1730/NEW YORK, NY/3 | .17 |
| 03/08/02 | 617-422-5500/BOSTON, MA/2 | .11 |
| 03/08/02 | 212-878-1722/NEW YORK, NY/7 | .40 |
| 03/10/02 | 215-851-8232/PHILA, PA/2 | .17 |
| 03/10/02 | Outside Duplicating - INV 949 - VENDOR: PARCELS, INC.-D D R | 766.44 |
| 03/11/02 | 561-362-1533/BOCA RATON, FL/8 | .51 |

```
172573 W. R. Grace & Co.                      Invoice Number  946599
60026  Special Abestos Counsel                Page   2
       May 24, 2002
```

| Date | Description | Amount |
|------|-------------|-------:|
| 03/11/02 | 703-641-4229/FLS CHURCH, VA/9 | .51 |
| 03/11/02 | 561-362-1533/BOCA RATON, FL/41 | 2.34 |
| 03/11/02 | Courier Service parcels inc inv 3/17/02 | 145.00 |
| 03/11/02 | Courier Service parcels inc inv 3/11/02 | 30.00 |
| 03/13/02 | 202-785-9700/WASHINGTON, DC/3 | .17 |
| 03/15/02 | 703-849-8888/FLS CHURCH, VA/4 | .23 |
| 03/18/02 | 513-624-6868/CINCINNATI, OH/4 | .29 |
| 03/18/02 | 215-841-4257/PHILA, PA/21 | 1.22 |
| 03/18/02 | 215-851-8256/PHILA, PA/5 | .29 |
| 03/18/02 | 617-542-3025/BOSTON, MA/7 | .40 |
| 03/19/02 | 302-652-5340/WILMINGTON, DE/17 | 1.03 |
| 03/19/02 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 03/19/02 | ATKINSON/MAUREEN L 01APR PIT BOS PIT-Air Travel | 816.50 |
| 03/21/02 | 617-542-3025/BOSTON, MA/3 | .23 |
| 03/21/02 | ROSSI/M SUSAN 22MAR PHL BOS PHL-Air Travel | 770.00 |
| 03/22/02 | 617-451-1900/BOSTON, MA/5 | .29 |
| 03/22/02 | SLADE/VALERIE 24MAR PHL BOS PHL-Air Travel | 770.00 |
| 03/22/02 | JONES/MELODY<br>31MAR PHL BOS PHL | 239.00 |
| 03/22/02 | SLADE/VALERIE 25MAR PHL BOS PHL-Air Travel | 670.00 |
| 03/23/02 | 617-556-0006/BOSTON, MA/3 | .17 |
| 03/24/02 | ROSSI/M SUSAN 17MAR PHL BOS PHL-Air Travel | -755.00 |
| 03/25/02 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 03/25/02 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 03/25/02 | 561-362-1533/BOCA RATON, FL/15 | .91 |
| 03/25/02 | 724-325-1776/EXPORT, PA/1 | .14 |
| 03/27/02 | 617-426-5900/BOSTON, MA/5 | .29 |

```
172573 W. R. Grace & Co.                          Invoice Number  946599
60026  Special Abestos Counsel                    Page   3
       May 24, 2002
```

| Date | Description | Amount |
|------|-------------|-------:|
| 03/27/02 | ATTY # 0559: 1 COPIES | .15 |
| 03/27/02 | ATTY # 0559: 4 COPIES | .60 |
| 03/28/02 | Courier Service UPS | 8.92 |
| 03/28/02 | ATTY # 0718; 142 COPIES | 21.30 |
| 03/28/02 | 561-362-1533/BOCA RATON, FL/17 | .97 |
| 04/01/02 | ATTY # 0710; 12 COPIES | 1.80 |
| 04/01/02 | 561-362-1533/BOCA RATON, FL/13 | .74 |
| 04/02/02 | ATTY # 0710; 60 COPIES | 9.00 |
| 04/02/02 | ATTY # 0710: 20 COPIES | 3.00 |
| 04/02/02 | 561-362-1533/BOCA RATON, FL/30 | 1.77 |
| 04/02/02 | 312-861-2412/CHICAGO, IL/29 | 1.71 |
| 04/04/02 | MEALS RE: W.R. GRACE DOCUMENT REVIEW IN BOSTON, MA. 3/22- 3/26/02- SUSAN HAINES - | 57.90 |
| 04/04/02 | LODGING RE: W.R. GRACE DOCUMENT REVIEW IN BOSTON, MA. 3/22- 3/26/02- SUSAN HAINES - | 802.92 |
| 04/04/02 | TAXI'S RE: W.R. GRACE DOCUMENT REVIEW IN BOSTON, MA. 3/22- 3/26/02- SUSAN HAINES | 50.00 |
| 04/04/02 | MILEAGE, PARKING AND TOLLS RE: W.R. GRACE DOCUMENT REVIEW IN BOSTON, MA. 3/22- 3/26/02- SUSAN HAINES - | 35.10 |
| 04/04/02 | Taxi Expense - DR MARSH MEETING 3/21 | 10.00 |
| 04/04/02 | 212-313-9307/NEW YORK, NY/6 | .34 |
| 04/04/02 | 215-851-8250/PHILA, PA/30 | 1.74 |
| 04/04/02 | ATKINSON/MAUREEN L 14APR PIT BOS PIT-Air Travel | 544.50 |
| 04/05/02 | Meal Expense - AU BON PAIN - CATERING DIV./ Breakfast 2/26/02 | 36.78 |
| 04/05/02 | 412-288-7110/PITTSBURGH, PA/12 | .70 |
| 04/05/02 | ATTY # 0710: 10 COPIES | 1.50 |
| 04/05/02 | ATTY # 0710: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  946599
60026  Special Abestos Counsel                    Page   4
       May 24, 2002


| | | |
|---|---|---|
| 04/05/02 | ATTY # 0710: 41 COPIES | 6.15 |
| 04/05/02 | 561-362-1533/BOCA RATON, FL/12 | .68 |
| 04/05/02 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 04/06/02 | ATTY # 0559; 1 COPIES | .15 |
| 04/08/02 | ATTY # 4168; 8 COPIES | 1.20 |
| 04/08/02 | 617-542-3025/BOSTON, MA/5 | .29 |
| 04/08/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/08/02 | ATTY # 0710: 82 COPIES | 12.30 |
| 04/08/02 | ATTY # 0349: 2 COPIES | .30 |
| 04/08/02 | ATTY # 1911: 9 COPIES | 1.35 |
| 04/08/02 | ATTY # 1911: 8 COPIES | 1.20 |
| 04/09/02 | VALERIE SLADE 3/5/02 (20787) - QUAKER CITY CAB, INC. | 41.50 |
| 04/09/02 | REVIEW AND CODE WR GRACE DOCUMENTS 3/25 - 27/02 (VALERIE SLADE) | 70.91 |
| 04/09/02 | REVIEW AND CODE WR GRACE DOCUEMENTS 3/25 - 27/02 (VALERIE SLADE) Transportation | 227.75 |
| 04/09/02 | REVIEW AND CODE WR GRACE DOCUMENTS 3/25 - 27/02 (VALERIE SLADE) General Expense - - VENDOR: PETTY CASH CUSTODIAN PHL | 15.40 |
| 04/09/02 | ATTY # 0349: 6 COPIES | .90 |
| 04/09/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/09/02 | ATTY # 0710: 73 COPIES | 10.95 |
| 04/09/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/09/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/09/02 | ATTY # 0710: 44 COPIES | 6.60 |
| 04/09/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/09/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/09/02 | ATTY # 0710: 1 COPIES | .15 |

172573 W. R. Grace & Co.                    Invoice Number  946599
60026  Special Abestos Counsel              Page   5
       May 24, 2002

| 04/09/02 | 617-542-3025/BOSTON, MA/3 | .17 |
|---|---|---|
| 04/09/02 | 412-288-4148/PITTSBURGH, PA/4 | .23 |
| 04/09/02 | 303-861-7000/DENVER, CO/93 | 5.36 |
| 04/09/02 | 410-531-4361/COLUMBIA, MD/1 | .11 |
| 04/10/02 | ATTY # 4077; 59 COPIES | 5.90 |
| 04/10/02 | ATTY # 0559; 77 COPIES | 11.55 |
| 04/10/02 | ATTY # 0559; 33 COPIES | 4.95 |
| 04/10/02 | ATTY # 0559; 3 COPIES | .45 |
| 04/10/02 | ATTY # 0349; 2 COPIES | .30 |
| 04/10/02 | ATTY # 0349; 1 COPIES | .15 |
| 04/10/02 | 617-542-3025/BOSTON, MA/7 | .46 |
| 04/10/02 | 561-362-1533/BOCA RATON, FL/8 | .51 |
| 04/10/02 | 519-884-6764/KITCHWTRLO, ON/9 | .57 |
| 04/10/02 | 561-362-1533/BOCA RATON, FL/3 | .23 |
| 04/10/02 | 312-861-2412/CHICAGO, IL/1 | .11 |
| 04/11/02 | VALERIE SLADE 3/8/02 QUAKER CITY CAB, INC. | 43.00 |
| 04/11/02 | Postage Expense | 1.14 |
| 04/11/02 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 04/11/02 | ATTY # 0349; 12 COPIES | 1.80 |
| 04/11/02 | ATTY # 0349; 210 COPIES | 31.50 |
| 04/11/02 | ATTY # 4077; 4 COPIES | .60 |
| 04/11/02 | ATTY # 0559; 10 COPIES | 1.50 |
| 04/11/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/11/02 | ATTY # 0349: 2 COPIES | .30 |
| 04/11/02 | ATTY # 0885: 14 COPIES | 2.10 |
| 04/11/02 | ATTY # 0349: 4 COPIES | .60 |

172573 W. R. Grace & Co.                           Invoice Number  946599
60026  Special Abestos Counsel                     Page   6
       May 24, 2002

| | | |
|---|---|---:|
| 04/11/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/11/02 | ATTY # 0396: 2 COPIES | .30 |
| 04/11/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/11/02 | ATTY # 0349: 3 COPIES | .45 |
| 04/11/02 | Courier Service UPS | 8.47 |
| 04/11/02 | Courier Service UPS | 9.07 |
| 04/11/02 | Courier Service UPS | 8.92 |
| 04/12/02 | MEALS RE: TRAVEL TO BOSTON 3/31- 4/5/02- MELODY JONES - | 171.00 |
| 04/12/02 | LODGING RE: TRAVEL TO BOSTON 3/31- 4/5/02- MELODY JONES | 958.00 |
| 04/12/02 | TAXI'S RE: TRAVEL TO BOSTON 3/31- 4/5/02- MELODY JONES - | 24.00 |
| 04/12/02 | CHAMBERMAID TIP RE: TRAVEL TO BOSTON 3/31- 4/5/02- MELODY JONES - General Expense - - VENDOR: MELODY JONES | 10.00 |
| 04/12/02 | TRAVEL ADVANCE FOR MELODY JONES 3/31/02- General Expense - - VENDOR: MELODY JONES | -200.00 |
| 04/12/02 | 303-866-0641/DENVER, CO/3 | .17 |
| 04/12/02 | 617-725-1667/BOSTON, MA/2 | .11 |
| 04/12/02 | ATTY # 0885; 28 COPIES | 4.20 |
| 04/12/02 | ATTY # 0885; 15 COPIES | 2.25 |
| 04/12/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 04/12/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/02 | ATTY # 0710: 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                           Invoice Number  946599
60026  Special Abestos Counsel                     Page   7
       May 24, 2002


04/12/02   ATTY # 0710: 16 COPIES                              2.40

04/12/02   ROSSI/M SUSAN 15APR PHL NYP PHL-Rail Travel       195.00

04/12/02   SLADE/VALERIE 16APR PHL BOS PHL-Air Travel        670.00

04/12/02   312-861-2490/CHICAGO, IL/1                           .11

04/12/02   312-861-2490/CHICAGO, IL/7                           .40

04/14/02   ATTY # 0856: 11 COPIES                              1.65

04/14/02   ATTY # 0856: 2 COPIES                                .30

04/14/02   ATTY # 0856: 64 COPIES                              9.60

04/15/02   617-542-3025/BOSTON, MA/9                            .57

04/15/02   617-725-1662/BOSTON, MA/3                            .17

04/15/02   ATTY # 0559; 3 COPIES                                .45

04/15/02   ATTY # 4077; 59 COPIES                              5.90

04/15/02   ATTY # 0885; 4 COPIES                                .60

04/15/02   ATTY # 0885; 186 COPIES                            27.90

04/15/02   ATTY # 0885; 83 COPIES                             12.45

04/15/02   ATTY # 0423; 28 COPIES                              4.20

04/15/02   ATTY # 0559; 7 COPIES                               1.05

04/15/02   617-542-3025/BOSTON, MA/22                          1.25

04/15/02   215-851-8250/PHILA, PA/49                           2.84

04/15/02   561-362-1533/BOCA RATON, FL/18                      1.03

04/15/02   617-876-1400/CAMBRIDGE, MA/10                        .57

04/15/02   ATTY # 0710: 4 COPIES                                .60

04/15/02   ATTY # 1398: 2 COPIES                                .30

04/15/02   ATTY # 0349: 2 COPIES                                .30

04/15/02   ATTY # 0885: 2 COPIES                                .30

04/15/02   ATTY # 0349: 6 COPIES                                .90

172573 W. R. Grace & Co.                          Invoice Number  946599
60026  Special Abestos Counsel                    Page   8
       May 24, 2002


| | | |
|---|---|---:|
| 04/15/02 | 561-362-1533/BOCA RATON, FL/10 | .57 |
| 04/15/02 | ATTY # 0235: 3 COPIES | .45 |
| 04/16/02 | Meal Expense - MAUREEN ATKINSON BOSTON,MA 3/24-28/02 | 159.23 |
| 04/16/02 | Lodging - MAUREEN ATKINSON BOSTON,MA 3/24-28/02 | 561.00 |
| 04/16/02 | Taxi Expense - MAUREEN ATKINSON BOSTON,MA 3/24-28/02 | 31.00 |
| 04/16/02 | Mileage Expense - MAUREEN ATKINSON BOSTON,MA 3/24-28/02 | 11.90 |
| 04/16/02 | Transportation - MAUREEN ATKINSON BOSTON,MA 3/24-28/02 | 28.75 |
| 04/16/02 | General Expense  MAUREEN ATKINSON BOSTON,MA 3/24-28/02 TIPS | 8.00 |
| 04/16/02 | ATTY # 0559; 5 COPIES | .75 |
| 04/16/02 | ATTY # 0559; 20 COPIES | 3.00 |
| 04/16/02 | ATTY # 0559; 1 COPIES | .15 |
| 04/16/02 | ATTY # 0710; 23 COPIES | 3.45 |
| 04/16/02 | 617-542-3025/BOSTON, MA/6 | .34 |
| 04/16/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 04/16/02 | ATTY # 0710: 16 COPIES | 2.40 |
| 04/16/02 | JONES/MELODY 22APR PHL BOS PHL-Rail Travel | 317.00 |
| 04/16/02 | BENTZ/JAMES W 17APR PIT ORD PIT-Air Travel | 1134.50 |
| 04/16/02 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 04/17/02 | TRAVEL ADVANCE 3/27/02 (MELODY A. JONES) | 200.00 |
| 04/17/02 | Telephone - Outside  DOUGLAS E. CAMERON | 44.92 |
| 04/17/02 | 303-866-0200/DENVER, CO/4 | .23 |
| 04/17/02 | Meal Expense - : PETTY CASH CUSTODIAN TRAVEL TO CHICAGO 4/17 1 LUNCH 1 DINNER | 12.07 |
| 04/17/02 | Taxi Expense -  TRAVEL TO CHICAGO 4/17 | 80.00 |

172573 W. R. Grace & Co.                          Invoice Number  946599
60026  Special Abestos Counsel                    Page   9
       May 24, 2002


| | | |
|---|---|---:|
| 04/17/02 | Mileage Expense - TRAVEL TO CHICAGO 4/17 PARKING/TOLLS | 16.00 |
| 04/17/02 | ATTY # 0710; 67 COPIES | 10.05 |
| 04/17/02 | ATTY # 0235; 5 COPIES | .75 |
| 04/17/02 | ATTY # 0235; 2 COPIES | .30 |
| 04/17/02 | ATTY # 0235; 14 COPIES | 2.10 |
| 04/17/02 | ATTY # 0235; 1 COPIES | .15 |
| 04/17/02 | ATTY # 0885; 1 COPIES | .15 |
| 04/17/02 | ATTY # 0235: 1 COPIES | .15 |
| 04/17/02 | ATTY # 0235: 1 COPIES | .15 |
| 04/17/02 | ATTY # 0235: 1 COPIES | .15 |
| 04/17/02 | ATTY # 0235: 1 COPIES | .15 |
| 04/17/02 | Documentation Charge - INV 4782- VENDOR: PARCELS, INC.-D D R | 136.50 |
| 04/17/02 | Documentation Charge -INV 4950 - VENDOR: PARCELS, INC.-D D R | 32.70 |
| 04/18/02 | ATTY # 0235; 2 COPIES | .30 |
| 04/18/02 | ATTY # 0235; 2 COPIES | .30 |
| 04/18/02 | ATTY # 0235; 12 COPIES | 1.80 |
| 04/18/02 | ROSSI/M SUSAN 23APR PHL BOS PHL-Air Travel | 770.00 |
| 04/18/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 04/19/02 | ATTY # 1398; 117 COPIES | 17.55 |
| 04/19/02 | ATTY # 0235; 4 COPIES | .60 |
| 04/19/02 | ATTY # 0710: 26 COPIES | 3.90 |
| 04/19/02 | 724-325-1776/EXPORT, PA/2 | .14 |
| 04/22/02 | Meal Expense - W.R GRACE CLIENT/CONSULTANT MEETINGS N DENVER, CO 4/16 3 LUNCHES 1 BREAKFAST 1 DINNER | 49.00 |

172573 W. R. Grace & Co.                                    Invoice Number  946599
60026  Special Abestos Counsel                              Page  10
       May 24, 2002


04/22/02   Taxi Expense - W.R GRACE CLIENT/CONSULTANT            194.00
           MEETINGS N DENVER, CO 4/16

04/22/02   General Expense -   W.R GRACE CLIENT/CONSULTANT         10.00
           MEETINGS N DENVER, CO 4/16

04/22/02   Mileage Expense - 60 MILES 4/21 PARKING                24.90
           SIRIANNI

04/22/02   ATTY # 1398; 121 COPIES                               12.10

04/22/02   ATTY # 1398; 282 COPIES                               28.20

04/22/02   ATTY # 1398: 2 COPIES                                   .30

04/22/02   ATTY # 0856: 1 COPIES                                   .15

04/22/02   ATTY # 0856: 1 COPIES                                   .15

04/22/02   ATTY # 0710: 24 COPIES                                 3.60

04/22/02   ATTY # 0710: 66 COPIES                                 9.90

04/22/02   ATTY # 0856: 1 COPIES                                   .15

04/22/02   ATTY # 0235: 2 COPIES                                   .30

04/22/02   ATTY # 0235: 1 COPIES                                   .15

04/22/02   ATTY # 0235: 8 COPIES                                  1.20

04/22/02   ATTY # 0235: 8 COPIES                                  1.20

04/22/02   ATTY # 0235: 2 COPIES                                   .30

04/22/02   817-731-6420/FORT WORTH, TX/3                           .17

04/22/02   212-799-0692/NEW YORK, NY/1                             .11

04/23/02   Meal Expense - - DOUGLAS E. CAMERON DENVER,CO         165.93
           4/16-18/02

04/23/02   Lodging - DOUGLAS E. CAMERON DENVER,CO                279.86
           4/16-18/02

04/23/02   Air Travel Expense - DOUGLAS E. CAMERON             1783.50
           DENVER,CO 4/16-18/02

04/23/02   TRAVEL TO NEW YORK CITY FOR MEETING WITH             125.32
           SCANNING VENDORS 4/15 & 4/16/02 (M. SUSAN
           HAINES) Transportation

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       May 24, 2002

Invoice Number  946599
Page  11

| | | |
|---|---|---|
| 04/23/02 | Courier Service UPS | 21.26 |
| 04/23/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 04/23/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 04/23/02 | ATTY # 0710: 15 COPIES | 2.25 |
| 04/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/23/02 | ATTY # 0710: 4 COPIES | .60 |
| 04/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/24/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 04/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/24/02 | ATTY # 0349: 9 COPIES | 1.35 |
| 04/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/24/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 04/24/02 | ATTY # 0349: 3 COPIES | .45 |
| 04/24/02 | ATTY # 0349: 3 COPIES | .45 |
| 04/24/02 | ATTY # 0885; 36 COPIES | 5.40 |
| 04/24/02 | ATTY # 0718; 28 COPIES | 4.20 |
| 04/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/25/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/25/02 | ATTY # 0885: 3 COPIES | .45 |
| 04/25/02 | ATTY # 0856: 1 COPIES | .15 |
| 04/25/02 | Transportation - FEES FOR AIRLINE TICKETS 4/25 | 30.00 |
| 04/25/02 | ATTY # 3254: 1 COPIES | .15 |
| 04/25/02 | ATTY # 0559; 4 COPIES | .60 |
| 04/25/02 | ATTY # 0856; 7 COPIES | 1.05 |
| 04/25/02 | ATTY # 3254; 1 COPIES | .15 |
| 04/25/02 | ATTY # 3254; 3 COPIES | .45 |

```
172573  W. R. Grace & Co.                    Invoice Number  946599
60026   Special Abestos Counsel              Page  12
        May 24, 2002
```

| Date | Description | Amount |
|---|---|---|
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0701: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 3 COPIES | .45 |
| 04/26/02 | ATTY # 0701: 2 COPIES | .30 |
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 2 COPIES | .30 |
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/26/02 | ATTY # 0885: 4 COPIES | .60 |
| 04/26/02 | ATTY # 0710; 228 COPIES | 22.80 |
| 04/26/02 | ATTY # 0885; 9 COPIES | 1.35 |
| 04/26/02 | ATTY # 0885; 118 COPIES | 17.70 |
| 04/26/02 | ATTY # 0885; 3 COPIES | .45 |
| 04/26/02 | ATTY # 0885; 70 COPIES | 10.50 |
| 04/26/02 | ATTY # 4168; 5 COPIES | .75 |
| 04/28/02 | Meal Expense  MAUREEN ATKINSON BOSTON 4/14-18/02 | 67.34 |
| 04/28/02 | Lodging -  MAUREEN ATKINSON BOSTON 4/14-18/02 | 853.00 |
| 04/28/02 | Taxi Expense - MAUREEN ATKINSON BOSTON 4/14-18/02 | 26.00 |
| 04/28/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 4/14-18/02 | 11.90 |
| 04/28/02 | Transportation -  MAUREEN ATKINSON BOSTON 4/14-18/02 | 36.00 |
| 04/28/02 | General Expense MAUREEN ATKINSON BOSTON 4/14-18/02 TIPS | 8.00 |

172573 W. R. Grace & Co.                           Invoice Number  946599
60026  Special Abestos Counsel                     Page  13
       May 24, 2002

| Date | Description | Amount |
|---|---|---|
| 04/28/02 | Meal Expense -  MAUREEN ATKINSON BOSTON 4/1-5/02 | 101.85 |
| 04/28/02 | Lodging -  MAUREEN ATKINSON BOSTON 4/1-5/02 | 548.00 |
| 04/28/02 | Taxi Expense - MAUREEN ATKINSON BOSTON 4/1-5/02 | 26.00 |
| 04/28/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON 4/1-5/02 | 11.90 |
| 04/28/02 | Transportation - MAUREEN ATKINSON BOSTON 4/1-5/02 | 25.00 |
| 04/28/02 | General Expense -  MAUREEN ATKINSON BOSTON 4/1-5/02 TIPS | 8.00 |
| 04/29/02 | V. SLADE 3/25/02- 3/26/02- Lodging - OMNI PARKER HOUSE | 453.52 |
| 04/29/02 | V. SLADE 4/16/02- 4/17/02-  Lodging -  OMNI PARKER HOUSE | 402.56 |
| 04/29/02 | ATTY # 0701; 35 COPIES | 5.25 |
| 04/29/02 | ATTY # 0885; 4 COPIES | .60 |
| 04/29/02 | ATTY # 0701; 38 COPIES | 5.70 |
| 04/29/02 | ATTY # 0885; 8 COPIES | 1.20 |
| 04/29/02 | ATTY # 0885; 68 COPIES | 10.20 |
| 04/30/02 | Meal Expense -MRC FOOD SERVICES 4/22/02 DEC | 26.48 |
| 04/30/02 | Meal Expense -  MRC FOOD SERVICES LUNCH 4/22/02 DEC | 25.68 |
| 04/30/02 | Meal Expense - QUIZNO'S CLASSIC SUBS LUNCH FOR MEETING 4/22/02 DEC | 136.05 |
| 04/30/02 | General Expense -  HOTEL CANCELLATION FEE 4/23 | 10.00 |
| 04/30/02 | General Expense - THE BOX COMPANY.COM 5 BOXES DEC | 7.40 |
| 05/29/02 | General Expense - - VENDOR: ON SITE SOURCING INC SCANNING FEES | 23993.46 |

```
                          CURRENT EXPENSES              44,498.12
                                                     -------------
                          TOTAL BALANCE DUE UPON RECEIPT   $ 44,498.12
                                                     =============
```