IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 23, 2002 @ 4:00 p.m.** |

**TENTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE
OFFICIALCOMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | April 01, 2002 through April 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,832.00 (80% of $16,040.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,186.74 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
|--------|--------------------------|--------------------------------|-----------|------------|-----------|
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | Pending | Pending |
| 4/30/02 | 4/1/02 through 4/30/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002
## CAMPBELL & LEVINE, LLC-DELAWARE

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|-----------------------------------|--------------|-------------|---------------|
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 27.60 | $290.00 | $8,004.00 |
| Mark T. Hurford (MTH), Associate, since 2002 | 13.60 | $265.00 | $3,604.00 |
| Aileen F. Maguire (AFM), Associate, since 2002 | .30 | $200.00 | $60.00 |
| Cathie J. Boyer (CJB), Paralegal, since 2001 | 19.40 | $125.00 | $2,425.00 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 11.10 | $90.00 | $999.00 |
| **Total/average** | **72.00** | | **$15,092.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS**
**FOR BILLING PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002**
**CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | .80 | $350.00 | $280.00 |
| David B. Salzman (DBS), Member, since 1984 | .30 | $350.00 | $105.00 |
| Philip E. Milch (PEM), Member, since 1991 | 1.20 | $265.00 | $318.00 |
| Suzanne Decker Schreiber, Paralegal since 1989 | 2.0 | $100.00 | $200.00 |
| Michele Kennedy (MK), Paralegal, since 1999 | .50 | $90.00 | $45.00 |
| **Total/average** | **4.8** | | **$948.00** |
| **Delaware and Pittsburgh Total/average** | **76.80** | | **$16,040.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 04/01/02 through 04/30/02 | Total Fees for the Period 04/01/02 through 04/30/02 |
|---|---|---|
| Asset Analysis and Recovery | 13.70 | $3,256.00 |
| Asset Disposition | .90 | $238.50 |
| Business Operations | 0.00 | $00.00 |
| Case Administration | 12.20 | $1,582.50 |
| Claims Administration and Objections | 11.70 | $3,215.50 |
| Employee Benefits/Pension | .20 | $58.00 |
| Fee/Employment Applications | 17.10 | $2,542.50 |
| Fee/Employment Objections | 1.30 | $377.00 |
| Financing | .50 | $132.50 |

| Litigation | 6.20 | $1,653.50 |
| Plan and Disclosure Statement | 0.00 | $00.00 |
| Relief from Stay Proceedings | .30 | $87.00 |
| Valuation | 0.00 | $00.00 |
| Committee Administration | 12.70 | $2,897.00 |
| **Grand totals** | **76.80** | **$16,040.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2002 through March 31, 2002 |
|---|---|---|
| Outside Reproduction & Courier Service | Parcels, Inc. | $72.00 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $1,521.47 |
| Facsimile ($0.50 per page) | | $247.00 |
| Federal Express | | $161.73 |
| Long Distance Telephone Calls | | $15.29 |
| Travel – Airfare | | $128.25 |
| Travel – Cab Fare | | $41.00 |
| **Total:** | | **$2,186.74** |

CAMPBELL & LEVINE, LLC


/s/ Matthew G. Zaleski, III
Matthew G. Zaleski, III (I.D. #3557)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Delaware and Associated Counsel for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: June 3, 2002