Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    04/30/02
Wilmington  DE                     ACCOUNT NO: 3000-00D
                                   STATEMENT NO:     11


Costs and Expenses



PREVIOUS BALANCE                           $6,577.30



04/02/02 FAX to Peter Van N. Lockwood - 3 pages (Letter)        1.50
04/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Delivery                               249.60
04/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Delivery                               368.90
04/05/02 Federal Express to Philip Milch on 4/1/02             19.31
04/08/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                             398.40
04/08/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                              57.56
04/08/02 FAX to Peter Van N. Lockwood - 5 pages                 2.50
04/08/02 FAX to Douglas A. Campbell - 5 pages                   2.50
04/08/02 FAX to Elyssa Strug - 5 pages                          2.50
04/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                              54.58
04/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                              58.20
04/11/02 FAX to Peter Van N. Lockwood - 7 pages (Letter &
         Stipulation)                                           3.50
04/12/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                              59.60
04/12/02 Federal Express to Larry Tersigni on 4/5/02           18.36
04/12/02 Federal Express to Philip Milch on 4/5/02             17.95
04/14/02 MGZ - U.S. Air Ticket from Philadelphia, PA to
         Pittsburgh, PA and return on 4/22/02                 128.25
04/15/02 FAX to 14 Parties of Record - 9 pages                 63.00
04/16/02 AT&T Long Distance Phone Calls                        15.29
04/17/02 FAX to Peter Van N. Lockwood - 3 pages                 1.50
04/17/02 FAX to Douglas A. Campbell - 3 pages                   1.50
04/17/02 FAX to Elyssa Strug - 3 pages                          1.50
04/22/02 FAX to 16 Parties of Record - 9 pages                 72.00
04/22/02 MGZ - Cab Fare for hearing in Pittsburgh              41.00

{D0002864:1 }

```
                                                            Page: 2
          W.R. Grace                                      04/30/02
                                            ACCOUNT NO: 3000-00D
                                            STATEMENT NO:      11

          Costs and Expenses
```

```
04/22/02 Federal Express to Lewis Kruger on 4/22/02           11.11
04/22/02 Federal Express to Philip Bentley on 4/22/02         11.11
04/22/02 Federal Express to Scott Baena on 4/22/02            13.15
04/22/02 Federal Express to David Bernick on 4/22/02          13.15
04/22/02 Federal Express to Rachel Fleishman on 4/22/02       11.11
04/22/02 Federal Express to Henry Wassenstein on 4/22/02      11.11
04/22/02 Federal Express to David Rosenbloom on 4/22/02       13.15
04/22/02 Federal Express to Trevor Swett on 4/22/02           11.11
04/22/02 Federal Express to Elihu Inselbuch on 4/22/02        11.11
04/25/02 FAX to Nathan D. Finch - 5 pages (Order)              2.50
04/25/02 FAX to Brad Friedman - 5 pages (Order)                2.50
04/25/02 FAX to Peter Van N. Lockwood - 3 pages                1.50
04/25/02 FAX to Douglas A. Campbell - 3 pages                  1.50
04/25/02 FAX to Elyssa Strug - 3 pages                         1.50
04/25/02 FAX to Nathan Finch and Bob Spohn - 32 pages
          (Response to RFP)                                   16.00
04/26/02 FAX to Elyssa Strug - 13 pages (Order and Letter)     6.50
04/29/02 Ikon Office Solutions - Photocopying, Envelopes,
          Postage, Hand Deliveries                           212.23
04/29/02 FAX to 18 Parties of Record - 7 pages                63.00
04/30/02 Ikon Office Solutions - Photocopying, Envelopes,
          Postage, Hand Deliveries                            62.40
04/30/02 Parcels, Inc. - Delaware Document Retrieval on
          4/22/02                                             72.00
                                                            --------
          TOTAL EXPENSES                                    2,186.74

          TOTAL CURRENT WORK                                2,186.74


04/25/02 Payment - Thank you.  (1/02)(100%)                -3,654.27


          BALANCE DUE                                      $5,109.77
                                                            =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      11


Asset Analysis and Recovery




PREVIOUS BALANCE                              $3,679.50



                                        HOURS
04/01/02
     MGZ Review Sealed Air's Answer to Fraud
         Conveyance Complaint                0.30     87.00
     DAC Review memo re: status of counsel in the
         Fraudulent Conveyance Action        0.10     35.00
     PEM Review memo from counsel re: fraudulent
         transfer litigation                 0.30     79.50

04/03/02
     MGZ Telephone conference with T. Taconelli
         (mult.) re: Discovery Request and Related
         Issues                              0.30     87.00
     MGZ Telephone conference with T. Swett re:
         same                                0.10     29.00
     MGZ Telephone conference with N. Finch re:
         same                                0.10     29.00
     MGZ Review correspondence from T. Swett re:
         discovery requests                  0.10     29.00
     MGZ Review correspondence from T. Taconelli
         re: same                            0.10     29.00
     MGZ Review and make revisions to document
         requests                            0.20     58.00
     MGZ Review Judge Wolin's Consolidation Order   0.10     29.00

04/08/02
     MGZ Telephone conference with N. Finch re:
         service of ARPC Deposition Materials   0.20     58.00

04/09/02
     MGZ Telephone conference with J. Cunningham
         re: response date for Motion to Intervene   0.20     58.00
     MGZ Review Local and Bankruptcy Rules re:

{D0002864:1 }

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 0.30 | 87.00 |
| MGZ | Review corr. from and draft corr. to J. Cunningham re: same | 0.10 | 29.00 |
| MTH | Telephone Conference with Ted Ta re: proceeding | 0.10 | 26.50 |
| MTH | Preparing notice of service, service list for filing | 0.50 | 132.50 |

04/10/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with T. Taconnelli re: Notice of Deposition Issues | 0.10 | 29.00 |
| MGZ | Meeting with MTH re: same | 0.10 | 29.00 |
| MGZ | Review Local Bankruptcy Court Rules re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with MTH and N. Finch re: same | 0.10 | 29.00 |
| MTH | Meeting with MGZ re: subpoena to ARPC | 0.10 | 26.50 |
| MTH | Legal research re: rules for service of subpoena, deposition | 0.70 | 185.50 |
| MTH | Telephone conference with Nathan Finch re: subpoena, notice of deposition | 0.10 | 26.50 |

04/11/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Review corr. from N. Finch re: Objection to Debtors' Motion to Intervene | 0.10 | 29.00 |
| MGZ | Review draft Objection to Debtors' Motion to Intervene | 0.30 | 87.00 |
| MGZ | Review corr. from and draft corr. to J. Cunningham re: same | 0.10 | 29.00 |
| MGZ | Review corr. from and draft corr. to N. Finch re: Timelines for Filing and Service | 0.10 | 29.00 |
| MGZ | Review corr. from R. Tower re: revised draft of Objection to Debtors' Motion to Intervene | 0.10 | 29.00 |
| MGZ | Review, minor revisions and finalize Objection to Debtors' Motion to Intervene | 0.40 | 116.00 |

04/12/02

|  |  |  |  |
|---|---|---|---|
| SLP | Preparation of Committee's Memorandum in Opposition in Fresenius adversary for electronic filing (.2); preparation of service list (.1); electronically file and arrange for service of same (.3) | 0.60 | 54.00 |

04/15/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with N. Finch and |  |  |

```
                                                        Page: 3
        W.R. Grace                                    04/30/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      11

        Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | telephone conference with T. Swett re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Taconnelli re: same | 0.10 | 29.00 |
| **04/16/02** | | | |
| MGZ | Review Sealed Air and Grace's Witness Disclosure | 0.10 | 29.00 |
| MGZ | Review corr. from N. Finch re: Rule 26 Disclosures | 0.10 | 29.00 |
| MTH | Telephone conference with Nate Finch re: Rule 26 disclosures | 0.10 | 26.50 |
| MGZ | Telephone conference with F. Perch re: Agenda for 4/22/02 Hearing and Transfer Order Motion | 0.10 | 29.00 |
| **04/19/02** | | | |
| MTH | Review April 17, 2002 Discovery Order | 0.30 | 79.50 |
| MTH | Review Order re: fraudulent conveyance proceedings, authorization to prosecute, appointment of a special master and case management schedule dated March 12, 2002 with March 28, 2002 clarification | 0.30 | 79.50 |
| **04/22/02** | | | |
| MGZ | Travel from Pittsburgh to Wilmington re: Attendance at Omnibus Hearing (1/2 of 1/2 of Total Time) | 0.90 | 261.00 |
| CJB | Office conferences with MTH re: Rule 26 Disclosure in Sealed Air (.3); telephone conference with MTH and Rachel Fleishman re: same (.1); review Judge Wolin's 4/17 order and the original complaint (.3); review docket and case file information to verify service information (.3); revisions to service list and certificate of service (.2); revisions to Rule 26 disclosure (.5); electronically file and serve disclosure (1.0); prepare hard copy service of same and serve same (.5) | 3.20 | 400.00 |
| MTH | Telephone Conference with Rachel Fleishman re: Rule 26 disclosures | 0.10 | 26.50 |
| MTH | Review correspondence from Rachel Fleishman re: Rule 26 disclosures | 0.10 | 26.50 |
| **04/23/02** | | | |
| MGZ | Telephone conference with N. Finch re: | | |

```
                                                          Page: 4
        W.R. Grace                                      04/30/02
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:       11

        Asset Analysis and Recovery




                                              HOURS
           document request issues            0.30      87.00
        MGZ Review court's docket re: orders
            withdrawing the reference         0.50     145.00
        MTH Review WR Grace- Conn's Reply in Support
            of its Motion to Intervene        0.30      79.50

04/25/02
        MGZ Review correspondence from N. Finch re:
            sealed air discovery issues       0.10      29.00
        MGZ Review correspondence from N. Finch re:
            order on expert retentions        0.10      29.00
        MGZ Meeting with SLP re: same         0.10      29.00
        MGZ Review of Court's Docket re: same 0.20      58.00
        MGZ Draft correspondence to and review
            correspondence from N. Finch re:
            discovery issues                  0.10      29.00

04/29/02
        MGZ Review Judge Wolin's Order Referring
            Certain Cases                     0.10      29.00
        MGZ Draft corr. to N. Finch re: same  0.10      29.00

04/30/02
        MGZ Meeting with SLP re: fraudulent transfer
            litigation                        0.20      58.00
                                              -----   --------
           FOR CURRENT SERVICES RENDERED     13.70   3,256.00

                         RECAPITULATION
       TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
       Douglas A. Campbell         0.10   $350.00      $35.00
       Philip E. Milch            0.30    265.00       79.50
       Matthew G. Zaleski         6.80    290.00    1,972.00
       Cathie J. Boyer            3.20    125.00      400.00
       Stephanie L. Peterson      0.60     90.00       54.00
       Mark T. Hurford            2.70    265.00      715.50


          TOTAL CURRENT WORK                        3,256.00


04/25/02 Payment - Thank you.  (1/02)(80%)            -60.80


          BALANCE DUE                              $6,874.70
                                                   =========
```

{D0002864:1 }

```
                                                    Page: 5
W.R. Grace                                          04/30/02
                                         ACCOUNT NO: 3000-01D
                                         STATEMENT NO:      11

Asset Analysis and Recovery
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              04/30/02
Wilmington  DE                           ACCOUNT NO: 3000-02D
                                         STATEMENT NO:      11


Asset Disposition



PREVIOUS BALANCE                                        $720.90


                                              HOURS
04/17/02
    MTH Review Motion for Entry of an Order
        Authorizing Debtors to Assume and Assign
        Leases for Real Property                 0.50    132.50

04/23/02
    MTH Review Response of United Steel Workers
        of America to Motion of Alutek, Inc. for
        an Order Setting a Deadline for Assuming
        or Rejecting Executory Contracts          0.10     26.50

04/26/02
    MTH Review Motion of Union Tank Car Company
        for an Order to Compel Assumption or
        Rejection of Unexpired Lease              0.30     79.50
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED             0.90    238.50

                        RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             0.90     $265.00   $238.50


    TOTAL CURRENT WORK                                   238.50


    BALANCE DUE                                         $959.40
                                                       =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-03D
                                     STATEMENT NO:       6

Business Operations


    PREVIOUS BALANCE                              $513.50


    BALANCE DUE                                   $513.50
                                                  =======


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-04D
                                     STATEMENT NO:     11


Case Administration


PREVIOUS BALANCE                                  $10,709.80


                                            HOURS
04/01/02
    SLP Review pleadings and electronic filing
        notices for 3/28 and 3/29 (.3);
        preparation and distribution of daily
        memo (.2); docketing (.3)                  0.80    72.00

04/04/02
    AFM Drafted Motion and Order for Admission
        Pro Hac Vice (Skretny, Heerman,
        Cunningham)                                0.30    60.00
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)            0.20    18.00

04/05/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)            0.30    27.00
    MGZ Review Special Masters Appointment Order   0.10    29.00

04/08/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)            0.50    45.00

04/09/02
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)            0.20    18.00
    MTH Review report re: paper and electronic
        filings for 4/5/02 and 4/8/02             0.10    26.50

{D0002864:1 }

```
                                                        Page: 2
        W.R. Grace                                     04/30/02
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      11

        Case Administration
```

|  |  |  | HOURS |  |
|--|--|--|-------|--|
| 04/11/02 | | | | |
| | SLP | Review pleadings and electronic filing notices for 4/9 and 4/10 (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| 04/12/02 | | | | |
| | SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1); update fraudulent transfer adversary file (.2) | 0.40 | 36.00 |
| | MTH | Review report re: pleadings filed 4/11/02 | 0.10 | 26.50 |
| 04/15/02 | | | | |
| | MK | Update attorneys case binders; review case calendar | 0.20 | 18.00 |
| | SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.3) | 0.80 | 72.00 |
| | MTH | Review report re: pleadings filed 4/12/02 | 0.10 | 26.50 |
| 04/16/02 | | | | |
| | MK | Update attorneys' calendar | 0.10 | 9.00 |
| | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| | MTH | Review report re: pleadings filed 4/15/02 | 0.10 | 26.50 |
| 04/17/02 | | | | |
| | DBS | Meeting with MGZ re: developments and strategy | 0.30 | 105.00 |
| | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| 04/18/02 | | | | |
| | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| 04/19/02 | | | | |
| | SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); review agenda for 4/22 hearing (.1); preparation | | |

W.R. Grace                                                    04/30/02
                                            ACCOUNT NO:  3000-04D
                                            STATEMENT NO:       11

Case Administration

```
                                                   HOURS
        of documents for 4/22 hearing (.2)          0.80      72.00
    MTH Review report re: pleadings filed April
        18, 2002                                     0.10      26.50

04/23/02
    SLP Review pleadings and electronic filing
        notices for 4/19 and 4/22 (.2);
        preparation and distribution of daily
        memo (.1); docketing (.2)                    0.50      45.00
    MTH Review report re: pleadings filed April
        19, 2002                                     0.10      26.50
    CJB Office conference with MGZ re: case
        management order and amended interim comp
        order                                        0.10      12.50

04/24/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);             0.30      27.00
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1);             0.20      18.00
    MTH Review Order Establishing Case Management
        Procedures and Hearing Schedule              0.20      53.00
    MTH Review report re: pleadings filed April
        23, 2002                                     0.10      26.50

04/25/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);             0.30      27.00

04/26/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.3)                               0.80      72.00
    MTH Review report re: pleadings filed April
        25, 2002                                     0.10      26.50

04/29/02
    MGZ File review and tend to case status issue    0.70     203.00
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)              0.30      27.00
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
```

```
                                                        Page: 4
                                                       04/30/02
        W.R. Grace
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      11

        Case Administration
```

|  |  | HOURS |  |
|--|--|------:|--:|
| | distribution of daily memo (.1); | | |
| | docketing (.2) | 0.40 | 36.00 |
| MTH | Review report re: pleadings filed April | | |
| | 26, 2002 | 0.10 | 26.50 |

04/30/02

|  |  | | |
|--|--|--:|--:|
| MK | Review professionals bill; update | | |
| | internal case files; prepare professional | | |
| | fee app. from billings for 3/2002 | 0.20 | 18.00 |
| SLP | Review pleadings and electronic filing | | |
| | notices (.2); preparation and | | |
| | distribution of daily memo (.1) | 0.30 | 27.00 |
| SLP | Review pleadings and electronic filing | | |
| | notices (.2); preparation and | | |
| | distribution of daily memo (.1) | 0.30 | 27.00 |
| MTH | Review report re: pleadings filed April | | |
| | 29, 2002 | 0.10 | 26.50 |

```
                                          -----  --------
        FOR CURRENT SERVICES RENDERED      12.20  1,582.50
```

                              RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|------:|------------:|------:|
| David B. Salzman | 0.30 | $350.00 | $105.00 |
| Matthew G. Zaleski | 0.80 | 290.00 | 232.00 |
| Cathie J. Boyer | 0.10 | 125.00 | 12.50 |
| Stephanie L. Peterson | 9.00 | 90.00 | 810.00 |
| Michele Kennedy | 0.50 | 90.00 | 45.00 |
| Aileen F. Maguire | 0.30 | 200.00 | 60.00 |
| Mark T. Hurford | 1.20 | 265.00 | 318.00 |

```
        TOTAL CURRENT WORK                         1,582.50


04/25/02 Payment - Thank you.  (1/02)(80%)         -831.20


        BALANCE DUE                              $11,461.10
                                                 ==========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0002864:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310




                                                  Page: 1
  W.R. Grace                                     04/30/02
  Wilmington  DE                    ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      11


  Claims Administration and Objections




     PREVIOUS BALANCE                            $4,300.40



                                       HOURS
04/01/02
     MGZ Review corr. from DAC re: modifying
         court's transfer order                   0.10    29.00

04/02/02
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)          0.30    27.00
     MGZ Review corr. from P. Robeson and corr.
         from J. Priefer re: released document
         request issues in US Minerals Matter     0.10    29.00
     MGZ Telephone conference with DAC re:
         Fitzgerald's Order on Bar Date Motion    0.20    58.00
     MGZ Review Federal Rules of Civil Procedure
         re: same                                 0.20    58.00
     MGZ Draft corr. to P. Lockwood and review
         corr. from P. Lockwood re: same          0.10    29.00
     MGZ Review of Court's Docket, past agenda
         letters, and transfer order re:
         correcting the record on bar date matter 0.50   145.00
     MGZ Telephone conference with J. Baer re:
         same                                     0.30    87.00
     MGZ Begin preparation of Motion to Correct
         Transfer Order on Bar Date Matter        1.50   435.00

04/03/02
     DAC Review of draft motion to correct bar
         date motion record and note changes      0.30   105.00
     MTH Meeting with MGZ re: case background
         information and status of proceedings    0.30    79.50
     MGZ Meeting with MTH re: case background
         information and status of proceedings    0.30    87.00
```

```
                                                         Page: 2
                                                       04/30/02
W.R. Grace
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:       11
Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Continue drafting motion to correct transfer order | 2.00 | 580.00 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 29.00 |
| MGZ | Draft correspondence to DAC re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with J. Baer re: same | 0.20 | 58.00 |

**04/05/02**

| | | | |
|---|---|---|---|
| MGZ | Telephone conference with J. Baer re: motion to correct transfer order | 0.30 | 87.00 |
| MGZ | Telephone conference with F. Perch re: same | 0.10 | 29.00 |
| MGZ | Continue drafting Motion to Correct Transfer Order Motion | 2.00 | 580.00 |
| MGZ | Draft proposed form of order on transfer order motion | 0.40 | 116.00 |
| MGZ | Review Notice of Motion for Transfer Order Motion | 0.10 | 29.00 |
| MGZ | Meeting with CJB and AFM re: same | 0.10 | 29.00 |
| MGZ | Revise and finalize motion to correct transfer order | 0.30 | 87.00 |
| CJB | Prepare notice of motion regarding motion to correct order transferring certain asbestos claim matters and revisions to same | 0.20 | 25.00 |

**04/17/02**

| | | | |
|---|---|---|---|
| MTH | Review Application for Order Authorizing the Employment and Retention of Bankruptcy Management Corporation | 0.40 | 106.00 |

**04/19/02**

| | | | |
|---|---|---|---|
| MGZ | Review UST Joinder in Motion to Correct Transfer Order | 0.10 | 29.00 |
| MGZ | Review and revise order granting motion to correct | 0.10 | 29.00 |
| MGZ | Draft corr. to and review corr. from P. Lockwood re: same | 0.10 | 29.00 |

**04/22/02**

| | | | |
|---|---|---|---|
| MGZ | Meeting with P. Lockwood re: Zonolite Issues | 0.10 | 29.00 |

**04/23/02**

| | | | |
|---|---|---|---|
| MTH | Review US Trustee's Statement in Support of Motion to Correct the Court's Order | 0.20 | 53.00 |

```
                                                            Page: 3
        W.R. Grace                                        04/30/02
                                           ACCOUNT NO: 3000-05D
                                           STATEMENT NO:      11
        Claims Administration and Objections
```

```
                                                HOURS
04/26/02
     MGZ Review orders re: motion to correct
         transfer order                          0.10      29.00
     MGZ Meeting with SLP re: service of same    0.10      29.00
     SLP Electronically file certificate of
         service re: order granting motion to
         correct court's order and order granting
         motion to shorten time (.2); arrange for
         service of same (.2)                    0.40      36.00
                                                 -----   --------
         FOR CURRENT SERVICES RENDERED          11.70   3,215.50
```

```
                           RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell            0.30   $350.00     $105.00
        Matthew G. Zaleski             9.60    290.00    2,784.00
        Cathie J. Boyer                0.20    125.00       25.00
        Stephanie L. Peterson          0.70     90.00       63.00
        Mark T. Hurford                0.90    265.00      238.50


        TOTAL CURRENT WORK                               3,215.50


        BALANCE DUE                                     $7,515.90
                                                        =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0002864:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310




                                                    Page: 1
    W.R. Grace                                      04/30/02
    Wilmington  DE                    ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      11


    Employee Benefits/Pensions




       PREVIOUS BALANCE                            $776.00



                                         HOURS
    04/03/02
        MGZ Telephone conference with L. Tersigni and
            S. Plotzky re: Employee Incentive Issues   0.10   29.00

    04/04/02
        MGZ Review correspondence from and draft
            correspondence to S. Plotzky re: Employee
            Incentive Issues                           0.10   29.00
                                                       ----   -----
            FOR CURRENT SERVICES RENDERED              0.20   58.00

                       RECAPITULATION
       TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
       Matthew G. Zaleski           0.20   $290.00    $58.00


       TOTAL CURRENT WORK                               58.00


       BALANCE DUE                                    $834.00
                                                      =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-07D
                                     STATEMENT NO:     11


     Fee/Employment Applications



     PREVIOUS BALANCE                          $9,767.70


                                        HOURS
04/01/02
     CJB Review February, 2002 billing statement
         and re-format in MS WORD and PDF in
         preparation for electronic filing (.2);
         review draft fee application and
         revisions to same (.2); review draft
         notice of application and revisions to
         same (.1); prepare for electronic filing
         (.1)                                  0.30    37.50

04/02/02
     CJB Review Tersigni's, February, 2002 billing
         statement and prepare same for electronic
         filing (.2); prepare Tersigni's 7th fee
         application (.8); prepare notice for same
         (.2); prepare notice of Caplin &
         Drysdale's February, 2002 fee application
         (.2); electronically file and serve
         February, 2002 fee application for
         Caplin, Tersigni and C&L (.8); prepare
         hard copy service of same (.3); prepare
         certificate of no objection for C&L's
         January, 2002 fee application (.2);
         prepare certificate of no objection for
         Caplan's January, 2002 fee application
         (.2);  prepare certificate of no
         objection for Tersigni's January, 2002
         fee application (.2);  electronically
         file and serve same (.4); prepare hard
         copy service of same (.2); update fee
         application and payment status chart (.2)  3.10   387.50

{D0002864:1 }

```
                                                        Page: 2
                                                      04/30/02
        W.R. Grace
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:       11
        Fee/Employment Applications



                                                  HOURS
04/09/02
     MGZ Review and Edit Prebill re: Preparation
         of Fee Application                        0.60    174.00

04/10/02
     CJB Review LAS' first interim fee app. and
         re-calculate new fees and expenses for
         revised order (.2); prepare certificate
         of counsel and revised form of order
         (.3); electronically file and serve same
         and prepare hard copy service of same
         (.4)                                      0.90    112.50

04/11/02
     SDS Drafted March Fee Application             2.00    200.00

04/15/02
     MGZ Tend to Billing Issues re: Preparation of
         Materials for Fee Applications            0.40    116.00
     CJB Review C&L's March, 2002 billing
         statement (.2); office conference with
         MGZ re: correcting time billed to an
         incorrect category and e-mail to DGS re:
         same and forward time to be changed (.1)  0.30     37.50

04/18/02
     MGZ Tend to Issues Regarding LAS Fee
         Applications (1/4 Total Time)             0.10     29.00

04/24/02
     MTH Review Amended Administrative Order
         Establishing Revised Procedures for
         Interim Compensation and Reimbursement of
         Expenses for Professionals and Official
         Committee Members                         0.20     53.00
     MGZ Telephone conference with M. Peterson re:
         Billing Procedures and Status of Fee
         Applications                              0.10     29.00
     MGZ Meeting with CJB re: same                 0.10     29.00
     CJB Telephone Conference with W. Smith re:
         format for monthly fee applications (.1);
         review amended interim comp. order (.2);
         telephone conference with E. Strug re:
         questions and clarifications regarding
         the amended interim compensation order
         (.2); review letter from Debtors' counsel
         re: same (.2); several office conferences
```

{D0002864:1 }

Fee/Employment Applications

|  |  | HOURS |  |
|---|---|---|---|
| | with MGZ and telephone conferences with E. Strug re: new procedures (.3); review Campbell & Levine's billing statement and format same in Word and PDF (.2); prepare Campbell & Levine's 9th monthly fee application in new format (.4); review Tersigni's March 2002 billing statement and prepare same in PDF format (.1); begin draft of Tersigni's March 2002 application in new format (.3) | 2.00 | 250.00 |
| 04/25/02 | | | |
| MGZ | Meeting with CJB re: Fee Application Procedures and related issues (1/6 total time) | 0.10 | 29.00 |
| CJB | Telephone conferences with E. Strugg re: Elizabeth Warren's January fee application (.1); finish draft of Tersigni's March 2002 application and revisions to same (.3); review September, 2001 billing statement from Legal Analysis Systems' (LAS) and prepare same in Word and PDF format (.2); prepare LAS' September through January fee application (.3); prepare LAS' September 2001 fee application (.3); prepare new certificate of service and service list pursuant to amended administrative order (.3); Telephone conferences with E. Strugg and Warren Smith re: zip drive capabilities for electronic submission of prior fee applications (.2) | 1.70 | 212.50 |
| 04/26/02 | | | |
| CJB | Telephone conference with E. Strugg re: amended admin. order and process for submitting documents to W. Smith | 0.20 | 25.00 |
| 04/29/02 | | | |
| CJB | Prepare certificate of no objection to C&L's February, 2002 fee application (8th) (.2); Prepare certificate of no objection to Tersigni's February, 2002 fee application (7th) (.2); Prepare certificate of no objection to Caplin & Drysdale's  February, 2002 fee application (6th) (.2); revisions to | | |

```
                                                      Page: 4
W.R. Grace                                          04/30/02
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:       11
Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| | certificate of service pursuant to amended admin. Order (.1); update fee application and payment status chart (.1); review interim compensation orders and fee auditor orders for preparation of comparison analysis chart of same n pending Delaware asbestos cases (.5) | 1.30 | 162.50 |

```
04/30/02
    CJB Prepare chart of all entry dates and
        docket numbers of interim compensation,
        revised interim compensation and fee
        auditor orders for pending Delaware
        asbestos cases (1/6 allocation)            0.20     25.00
    CJB Review Caplin's interim fee app. and
        arrange for PDF formatting (.1); finish
        analysis of fee auditor and interim
        compensation orders entered in WR Grace
        for comparison chart (2.0)                 2.10    262.50
    MTH Prepare Application for an Order
        Authorizing the Employment of CEN Corp.    1.10    291.50
    MTH Prepare Affidavit of Larry Tersigni in
        support of CEN Corp. application           0.30     79.50
                                                   -----  --------
        FOR CURRENT SERVICES RENDERED             17.10  2,542.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.40 | $290.00 | $406.00 |
| Cathie J. Boyer | 12.10 | 125.00 | 1,512.50 |
| Suzanne Decker Schreiber | 2.00 | 100.00 | 200.00 |
| Mark T. Hurford | 1.60 | 265.00 | 424.00 |

```
        TOTAL CURRENT WORK                                2,542.50


04/25/02 Payment - Thank you.  (1/02)(80%)                -3,277.60


        BALANCE DUE                                       $9,032.60
                                                          =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      10

    Fee/Employment Objections


    PREVIOUS BALANCE                            $2,327.00


                                      HOURS
04/01/02
    MGZ Review corr. from P. Lockwood re:
        McDermott Will Affidavit             0.10     29.00
    MGZ Telephone conference with P. Lockwood re:
        same                                 0.10     29.00
    MGZ Telephone conference with DAC re: same  0.10  29.00
    MGZ Review Multiple Steptoe & Johnson Fee
        Applications                         0.50    145.00
    MGZ Draft corr. to PEM and DAC re: McDermott
        Will Retention Issues                0.10     29.00

04/11/02
    MGZ Review Debtors' Ordinary Course
        Professionals Statement              0.10     29.00

04/24/02
    MGZ Review correspondence from J. Cunningham
        re: LeClair Retention Materials      0.10     29.00

04/29/02
    MGZ Review corr. from L. Coggins and
        attachments thereto re: Bilzin Sumberg
        Fee Application                      0.20     58.00
                                             ----    ------
        FOR CURRENT SERVICES RENDERED        1.30    377.00

                    RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski            1.30    $290.00    $377.00

{D0002864:1 }

```
                                                        Page: 2
    W.R. Grace                                          04/30/02
                                        ACCOUNT NO:  3000-08D
                                        STATEMENT NO:      10
    Fee/Employment Objections




    TOTAL CURRENT WORK                                   377.00


04/25/02 Payment - Thank you.  (1/02)(80%)              -856.80


    BALANCE DUE                                       $1,847.20
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:        1

Financing

                                                    HOURS
04/19/02
    MTH Review Debtor's Amended Application for
        Authority to Employ Pricewaterhouse
        Coopers LLP as Auditors and Tax
        Consultants                             0.50    132.50
                                                ----    ------
        FOR CURRENT SERVICES RENDERED           0.50    132.50

                    RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE     TOTAL
    Mark T. Hurford                  0.50    $265.00   $132.50


    TOTAL CURRENT WORK                                   132.50


    BALANCE DUE                                        $132.50
                                                       =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0002864:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                  Page: 1
W.R. Grace                                        04/30/02
Wilmington  DE                    ACCOUNT NO: 3000-10D
                                  STATEMENT NO:      11


     Litigation



     PREVIOUS BALANCE                        $12,180.00


                                      HOURS
04/01/02
     DAC Review Supplemental Affidavit of
         McDermott, Will regarding its
         representation of the defendant in the
         Fraudulent Transfer Action; telephone
         conference with associate             0.30   105.00

04/18/02
     MGZ Review Debtors' Agenda for 4/22/02
         Omnibus Hearing                       0.10    29.00
     MGZ Draft corr. to P. Lockwood re: same   0.10    29.00
     MGZ Telephone conference with P. Lockwood re:
         4/22/02 Hearing                       0.20    58.00
     MGZ Review Court's Order on Discovery in
         Fraud. Conveyance Litigation          0.10    29.00

04/19/02
     SLP Review docket in National Union adversary
         proceeding (.1); download and print
         document for 4/22 hearing re: National
         Union (.7)                            0.80    72.00

04/20/02
     MGZ Prepare materials for 4/22/02 Ominibus
         Hearing                               0.30    87.00

04/22/02
     MGZ Travel from Wilmington to Pittsburgh re:
         Attendance at Omnibus Hearing (1/2 of 1/2
         of Total Time)                        1.20   348.00
     MGZ Review Pleadings and Agenda re:
         Preparation for Hearing               0.30    87.00
```

{D0002864:1 }

```
                                                          Page: 2
          W.R. Grace                                     04/30/02
                                          ACCOUNT NO: 3000-10D
                                          STATEMENT NO:       11
          Litigation


                                              HOURS
          MGZ Attend Omnibus Hearing           2.70    783.00

04/23/02
          MTH Meeting with MGZ re: 4/22/02 Omnibus
              hearing                          0.10     26.50
                                               ----   --------
              FOR CURRENT SERVICES RENDERED    6.20  1,653.50

                          RECAPITULATION
          TIMEKEEPER                HOURS HOURLY RATE      TOTAL
          Douglas A. Campbell        0.30    $350.00   $105.00
          Matthew G. Zaleski         5.00     290.00  1,450.00
          Stephanie L. Peterson      0.80      90.00     72.00
          Mark T. Hurford            0.10     265.00     26.50


              TOTAL CURRENT WORK                       1,653.50


04/25/02 Payment - Thank you.  (1/02)(80%)            -5,386.00


          BALANCE DUE                                 $8,447.50
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                              04/30/02
Wilmington  DE                           ACCOUNT NO: 3000-11D
                                         STATEMENT NO:        9

Plan and Disclosure Statement

    PREVIOUS BALANCE                                   $110.50


    BALANCE DUE                                        $110.50
                                                       =======

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-12D
                                     STATEMENT NO:        9

Relief From Stay Proceedings



    PREVIOUS BALANCE                              $199.50


                                      HOURS
04/19/02
    MGZ Review corr. from D. Carickhoff re: Stay
        Relief Stipulation with Honeywell          0.10    29.00
    MGZ Review Honeywell Stay Relief Stipulation   0.10    29.00
    MGZ Review corr. from and draft corr. to P.
        Lockwood re: same                          0.10    29.00
                                                   ----    -----
        FOR CURRENT SERVICES RENDERED              0.30    87.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski            0.30    $290.00    $87.00


    TOTAL CURRENT WORK                               87.00


    BALANCE DUE                                     $286.50
                                                    =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      9

Valuation



    PREVIOUS BALANCE                                  $31.50


    BALANCE DUE                                       $31.50
                                                      ======


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                            04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-15D
                                    STATEMENT NO:       11


Committee Administration



PREVIOUS BALANCE                              $10,756.10



                                    HOURS
04/04/02
    CJB Review motions and applications and
        update weekly recommendation memo      1.00    125.00

04/11/02
    MTH Meeting with CJB                        0.10     26.50
    MTH Review report re: pleadings filed 4/10/02  0.10  26.50
    CJB Review applications, set up weekly
        recommendation memo and update same    0.30     37.50

04/12/02
    CJB Review, update, revise and finalize
        weekly recommendation memo (1.0); office
        conferences with MGZ and MTH re: revision
        to same (.2)                           1.20    150.00
    MTH Prepare report on Critical dates        0.50    132.50
    MGZ Review and revise Weekly Recommendation
        Memo for Committee Members             0.30     87.00
    MGZ Meeting with MTH re: Weekly
        Recommendation Memo                    0.10     29.00
    MGZ Draft corr. to co-counsel re: same     0.10     29.00

04/15/02
    PEM Review calendar and memo to committee
        with recommendations on pending motions 0.30    79.50
    MGZ Review corr. from P. Lockwood re: Weekly
        Recommendation Memo for Committee Members 0.10  29.00
    MGZ Meeting with MTH re: revisions to Weekly
        Recommendation Memo for Committee Members 0.10  29.00
    MTH Prepare weekly recommendation memo for
        committee members                      0.60    159.00
    MTH Meeting with MGZ re: same              0.10     26.50

{D0002864:1 }

```
                                                Page: 2
        W.R. Grace                             04/30/02
                                  ACCOUNT NO: 3000-15D
                                  STATEMENT NO:     11

        Committee Administration




                                           HOURS
        CJB Office conference with MTH and MGZ re:
            PVNL's comments on the weekly
            recommendation memo (.1); revisions to
            same (.2); set-up weekly recommendation
            memo for 4/19 (.2)                     0.50    62.50

04/16/02
        MGZ Review corr. from S. Baena re: UST
            Inquiry on Additional Committee        0.10    29.00
        MGZ Review correspondence from D. Bernick re:
            same                                   0.10    29.00
        MGZ Review correspondence from P. Lockwood
            re: same                               0.10    29.00

04/17/02
        MTH Prepare Weekly Recommendation Memo for
            Committee Members                      0.40   106.00

04/18/02
        MTH Prepare weekly recommendation memo for
            committee members                      1.20   318.00
        MTH Review report re: pleadings filed April
            17, 2002                               0.10    26.50

04/19/02
        MTH Prepare weekly recommendation memo for
            committee members                      1.20   318.00
        MGZ Review and Edit weekly recommendation
            memo                                   0.30    87.00
        CJB Update weekly recommendation memo      0.10    12.50

04/20/02
        MGZ Review corr. from P. Lockwood re: Weekly
            Recommendation Memo                    0.10    29.00
        MGZ Revise and Finalize Weekly Recommendation
            Memo                                   0.20    58.00

04/22/02
        DAC Review of counsel's recommendation to
            committee                              0.10    35.00
        PEM Review calendar and recommendations memo
            to committee                           0.30    79.50
        CJB Set-up 4/26 weekly recommendation memo 0.20    25.00

04/23/02
        MTH Prepare weekly recommendation memo     0.30    79.50
        CJB Update weekly recommendation memo
```

{D0002864:1 }

```
                                                      Page: 3
W.R. Grace                                          04/30/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      11

Committee Administration
```

|  |  | HOURS |  |
|--|--|-------|--|
| procedures |  | 0.10 | 12.50 |

**04/24/02**
| MTH | Meeting with MGZ re: pending pleadings review | 0.10 | 26.50 |

**04/25/02**
| MTH | Prepare weekly recommendation memorandum for committee members | 1.00 | 265.00 |

**04/26/02**
| MGZ | Review and edit weekly recommendation memo for committee members | 0.30 | 87.00 |
| MGZ | Draft correspondence to co-counsel re: same | 0.10 | 29.00 |
| CJB | Office conference with MGZ and MTH re: pending matters for the weekly recommendation memo (.1); revisions to the weekly recommendation memo (.1) | 0.20 | 25.00 |

**04/29/02**
| CJB | Set-up 5/3 weekly recommendation memo | 0.10 | 12.50 |
| MGZ | Review corr. from P. Lockwood re: Weekly Recommendation Memo | 0.10 | 29.00 |
| MGZ | Review and finalize Weekly Recommendation Memo | 0.10 | 29.00 |

**04/30/02**
| PEM | Review calendar and memo of recommendations to committee | 0.30 | 79.50 |
| CJB | Update weekly recommendation memo | 0.10 | 12.50 |

```
                                                    -----  --------
        FOR CURRENT SERVICES RENDERED               12.70  2,897.00
```

```
                          RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 0.90 | 265.00 | 238.50 |
| Matthew G. Zaleski | 2.20 | 290.00 | 638.00 |
| Cathie J. Boyer | 3.80 | 125.00 | 475.00 |
| Mark T. Hurford | 5.70 | 265.00 | 1,510.50 |

```
        TOTAL CURRENT WORK                             2,897.00
```

```
                                                      Page: 4
       W.R. Grace                                    04/30/02
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      11
       Committee Administration
```

```
04/25/02 Payment - Thank you.  (1/02)(80%)            -1,544.40


        BALANCE DUE                              $12,108.70
                                                 ==========
```

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              04/30/02
Wilmington  DE                          ACCOUNT NO    3000D



PREVIOUS BALANCE      FEES    EXPENSES    ADVANCES    PAYMENTS      BALANCE

   3000-00 Costs and Expenses
     6,577.30     0.00   2,186.74        0.00   -3,654.27    $5,109.77

   3000-01 Asset Analysis and Recovery
     3,679.50  3,256.00       0.00        0.00      -60.80    $6,874.70

   3000-02 Asset Disposition
       720.90    238.50       0.00        0.00        0.00      $959.40

   3000-03 Business Operations
       513.50      0.00       0.00        0.00        0.00      $513.50

   3000-04 Case Administration
    10,709.80  1,582.50       0.00        0.00     -831.20   $11,461.10

   3000-05 Claims Administration and Objections
     4,300.40  3,215.50       0.00        0.00        0.00    $7,515.90

   3000-06 Employee Benefits/Pensions
       776.00     58.00       0.00        0.00        0.00      $834.00

   3000-07 Fee/Employment Applications
     9,767.70  2,542.50       0.00        0.00   -3,277.60    $9,032.60

   3000-08 Fee/Employment Objections
     2,327.00    377.00       0.00        0.00     -856.80    $1,847.20

   3000-09 Financing
         0.00    132.50       0.00        0.00        0.00      $132.50

   3000-10 Litigation
    12,180.00  1,653.50       0.00        0.00   -5,386.00    $8,447.50

   3000-11 Plan and Disclosure Statement
       110.50      0.00       0.00        0.00        0.00      $110.50

{D0002864:1 }

```
                                                         Page: 2
       W.R. Grace                                      04/30/02
                                      ACCOUNT NO    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 199.50 | 87.00 | 0.00 | 0.00 | 0.00 | $286.50 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 10,756.10 | 2,897.00 | 0.00 | 0.00 | -1,544.40 | $12,108.70 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 62,649.70 | 16,040.00 | 2,186.74 | 0.00 | -15,611.07 | $65,265.37 |
| | | | | | ========== |

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

{D0002864:1 }

{D0002864:1 }