# SCHEDULE A

**L TERSIGNI CONSULTING P.C.**

Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

February 18, 2002

---
**Invoice No. 01102**
---

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period January 1, 2002 through January 31, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 3.25 | $1,381.25 |
| Michael Berkin - Managing Director | 21.00 | $8,925.00 |
| Dottie-Jo Collins - Manager | 0.60 | $144.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Telephone,  Xerox, Postage, Fax | $32.54 |

| | TOTAL | $10,482.79 |
|---|---|---|

Please Note:   Schedule B (attached)  reflects Professional Services Summary by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

February 18, 2002

$\boxed{\textbf{Invoice No. 01102}}$

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.   19801

## RE:    W.R. Grace

Summary of Professional Services Rendered:  January 1, 2002 - January 31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $425 | 3.25 | $1,381.25 |
| Michael Berkin | Schedule  A | $425 | 21.00 | $8,925.00 |
| Dottie-Jo Collins | Schedule  A | $240 | 0.60 | $144.00 |
| **Total  Professional  Services- Schedule A:** | | | 24.85 | $10,450.25 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $32.54 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $10,482.79 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                          by Billing Matter Category.

# W.R. Grace

## Schedule A

### Loreto T. Tersigni

*Services Rendered during the Period:    January 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/28/2002 | Review of Blackstone analysis of 'Project Blueberry' acquisition and memorandum of findings and conclusions to Asbestos Creditor's Committee | 8 | 3.25 | $425.00 | $1,381.25 |
| | Sub-Total | | 3.25 | | $1,381.25 |

### Michael Berkin

*Services Rendered during the Period:    January 1 - 31, 2002.*

| Date | Comment | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/8/2002 | Review October Operating Report and Prepare Summarizing Memo | 20 | 9.00 | $425.00 | $3,825.00 |
| 1/24/2002 | Analysis of planned acquisition, Project Blueberry, including conference call with Grace and financial advisor | 8 | 7.50 | $425.00 | $3,187.50 |
| 1/24/2002 | Prepare memorandum and analysis evaluating Project Blueberry. | 8 | 4.50 | $425.00 | $1,912.50 |
| | Sub-Total | | 21.00 | | $8,925.00 |

### Dottie-Jo Collins

*Services Rendered during the Period:    January 1 - 31, 2002.*

| Date | Comment | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2002 | Compilation and consolidation of monthly services rendered | 18 | 0.60 | $240.00 | $144.00 |
| | Sub-Total | | 0.60 | | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| | TOTAL  Schedule A | | 24.85 | | $10,450.25 |

# W.R. Grace

Schedule B

*Services Rendered during the Period:    January 1 - 31, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/28/02 | L.Tersigni | Review of Blackstone analysis of 'Project Blueberry' acquisition and memorandum of findings and conclusions to Asbestos Creditor's Committee | 8 | 3.25 | $425.00 | $1,381.25 |
| 1/24/02 | M.Berkin | Analysis of planned acquisition, Project Blueberry, including conference call with Grace and financial advisor | 8 | 7.50 | $425.00 | $3,187.50 |
| 1/24/02 | M.Berkin | Prepare memorandum and analysis evaluating Project Blueberry. | 8 | 4.50 | $425.00 | $1,912.50 |
| | | **Total Category 8: Asset Acquisition/Business Combinations** | | 15.25 | | $6,481.25 |
| | | | | | | |
| 1/31/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 0.60 | $240.00 | $144.00 |
| | | **Total Category 18: Compensation of Professionals** | | 0.60 | | $144.00 |
| | | | | | | |
| 1/8/02 | M.Berkin | Review October Operating Report and Prepare Summarizing Memo | 20 | 9.00 | $425.00 | $3,825.00 |
| | | **Total Category 20: Data Analysis** | | 9.00 | | $3,825.00 |
| | | **TOTAL  Schedule B** | | 24.85 | | $10,450.25 |

# W. R. Grace

### Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $24.74 |
| Xerox  ( 53 x $0.10 per page) | $5.30 |
| Postage    ( 2 x $1.25 per envelope) | $2.50 |
| **Total Expenses incurred from January 1 - 31, 2002** | **$32.54** |