**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

April 17, 2002

Invoice No. 03102

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period March 1, 2002 through March 31, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 5.25 | $2,231.25 |
| Michael Berkin - Managing Director | 26.00 | $11,050.00 |
| Peter Rubsam - Director | 55.00 | $17,600.00 |
| Susan Plotzky - Director | 8.25 | $2,640.00 |
| Christopher Curti - Senior Manager | 20.10 | $5,829.00 |
| Dottie-Jo Collins - Manager | 3.15 | $756.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Transportation, Lodging, Telephone,  Xerox, Postage | $1,184.09 |
| **TOTAL** | $41,290.34 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

April 17, 2002

Invoice No. 03102

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

# RE: W.R. Grace

Summary of Professional Services Rendered: March - 31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 5.25 | $2,231.25 |
| Michael Berkin | Schedule A | $425 | 26.00 | $11,050.00 |
| Peter Rubsam | Schedule A | $320 | 55.00 | $17,600.00 |
| Susan Plotzky | Schedule A | $320 | 8.25 | $2,640.00 |
| Christopher Curti | Schedule A | $290 | 20.10 | $5,829.00 |
| Dottie-Jo Collins | Schedule A | $240 | 3.15 | $756.00 |
| **Total Professional Services- Schedule A:** | | | 117.75 | $40,106.25 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $1,184.09 |
| **TOTAL DUE THIS INVOICE** | | | | $41,290.34 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
by Billing Matter Category.

# W.R. Grace                                              Schedule A

*Services Rendered during the Period: March 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Loreto T. Tersigni** | | | | | |
| 3/25/02 | Preparation of discussion agenda summary and related analysis for discussion with ACC counsel on March 26th, 2002 | 17 | 0.50 | $425.00 | $212.50 |
| 3/26/02 | Meeting with ACC counsel to discuss status of analysis on various financial matters | 17 | 1.00 | $425.00 | $425.00 |
| 3/26/02 | Review analysis of 2002 Business Plan | 20 | 3.00 | $425.00 | $1,275.00 |
| 3/27/02 | Work program preparation and discussion | 17 | 0.75 | $425.00 | |
| | | Sub-Total | 5.25 | | $2,231.25 |

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Michael Berkin** | | | | | |
| | Analysis of asbestos liability obligation for 1998/1999 from 10K | 20 | | $425.00 | $425.00 |
| | Review of 2001 Results and 2002 Operating Plan | | | $425.00 | $1,487.50 |
| | Attend 2002 Operating Plan Meeting with debtor in Columbia, MD. | | | $425.00 | $1,912.50 |
| | Half travel time -round trip- Stamford, CT & Columbia, MD. | | | | |
| | Analysis of long-term incentive plan | | | | |
| 3/25/02 | Review of December monthly operating report | 20 | 2.00 | $425.00 | |
| 3/25/02 | Discussion with debtor financial advisor related to changes to 2002 compensation motion | 12 | 0.50 | $425.00 | $212.50 |
| 3/25/02 | Preparation for status meeting with ACC | 17 | 0.50 | $425.00 | $212.50 |
| 3/26/02 | Review status of pension plan with respect to FASB 87 | 20 | 2.00 | $425.00 | $850.00 |
| 3/27/02 | Status meeting to discuss open issues | 20 | 1.00 | $425.00 | $425.00 |
| 3/29/02 | Preparation of memorandum to ACC related to 2001 operating results and 2002 business plan | 17 | 5.00 | $425.00 | $2,125.00 |
| | | Sub-Total | 26.00 | | $11,050.00 |

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Peter Rubsam** | | | | | |
| 3/11/02 | Review of September 10q and year end results in preparation of meeting | 20 | 3.00 | $320.00 | $960.00 |
| | Review of updated 2002 budget and handouts for meeting | 20 | | | |
| | Half travel time -round trip- Stamford, CT & Columbia, MD. | | | | |
| | Attend 2002 Operating Plan Meeting with debtor in Columbia, MD. | | | | |
| 3/13/02 | Preparation of notes and questions generated from the meeting<br>Conference call with Blackstone Group regarding questions and review data presented at the March 12th meeting | 12 | 4.00 | $320.00 | $1,280.00 |
| | Research competition for valuation | | | | |
| | Preparation of comparable company model for valuation | | | | |
| | Update comparable company model with current data | | | | |
| | Revise and review comparable company model | | | | |
| | Updated comparable company model | | 2.00 | | |
| | Review EBIT calculation; research comparable company data | | 3.00 | | |
| | Research 10 Q and 10K on comparable companies | | | | |
| | Updated valuation with additional information from 10Q and 10K | | | | |
| 3/26/02 | Review 10k information on comparable companies & preparation DCF model | 51 | 3.00 | $320.00 | $960.00 |

# W.R. Grace

**Schedule A**

*Services Rendered during the Period: March 1 - 31, 2002.*

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/27/02 | Updated valuation with additional information from 10Q and 10K | 51 | 3.00 | $320.00 | $960.00 |
| 3/28/02 | Update valuation with additional information from 10Q and 10K research and preparation of cost of capital model | 51 | 3.00 | $320.00 | $960.00 |
| 3/29/02 | Review of annual report | | 2.50 | $320.00 | $800.00 |
| | Sub-Total | | | | |

## Susan Plotzky

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/02 | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 | | | |
| 3/8/02 | Preparation of asbestos liability obligation for 1998/1999 from 10K | | | | |
| 3/19/02 | Preliminary review of Compensation Program | | | | |
| 3/21/02 | Evaluation of compensation programs | 12 | 1.50 | $320.00 | $480.00 |
| 3/22/02 | Calculation of relationship of LTIP Payouts ( Long Term Incentive Plan ) | 12 | 1.25 | $320.00 | $400.00 |
| 3/25/02 | Analyze current and new LTIP ( Long Term Incentive Plan ) | 12 | 2.00 | $320.00 | $640.00 |
| | Sub-Total | | 8.25 | | $2,640.00 |

## Christopher Curti

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/4/02 | Review of Monthly Operating Statements, October-November 2001 | 20 | 4.00 | $290.00 | $1,160.00 |
| 3/5/02 | Financial Analysis for Monthly Operating Results: Cash Flow | 20 | 2.00 | $290.00 | $580.00 |
| 3/7/02 | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 | 0.30 | $290.00 | $87.00 |
| 3/7/02 | Monthly Financial statement analysis, November 2001 | 20 | 2.00 | $290.00 | $580.00 |
| 3/8/02 | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 | 0.80 | $290.00 | $232.00 |
| 3/12/02 | Review of Monthly Operating Results | 20 | 4.00 | $290.00 | $1,160.00 |
| 3/25/02 | Summarize financial activity for 4th quarter 2001 | 20 | 2.00 | $290.00 | $580.00 |
| | Review of Pension Accruals, Deferred Taxes Adjustments 2001 | | | | |
| 3/26/02 | Review of 2001 Accounts Receivable, Payable, and Cash Flow | 20 | 2.00 | $290.00 | $580.00 |
| | Sub-Total | | 20.10 | | $5,829.00 |

## Dottie-Jo Collins

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/29/2002 | Assignment of New Monthly Billing Matter Categories | 18 | | $240.00 | $156.00 |
| 3/29/2002 | Compilation and consolidation of monthly services rendered | 18 | | | |
| | Sub-Total | | 3.15 | | |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTAL Schedule A** | | 117.75 | | $40,106.25 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: March 1 - 31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/12/02 | MB | Attend 2002 Operating Plan Meeting with debtor in Columbia, MD. | 12 | 4.50 | $425.00 | $1,912.50 |
| 3/12/02 | PR | Attend 2002 Operating Plan Meeting with debtor in Columbia, MD. | 12 | 4.50 | $320.00 | $1,440.00 |
|  |  | Preparation of notes and questions generated from the meeting | 12 | 1.00 | $320.00 | $320.00 |
| 3/13/02 | PR | Conference call with Blackstone Group regarding questions and review data presented at the March 12th meeting | 12 | 4.00 | $320.00 | $1,280.00 |
|  |  | Preliminary review of Compensation Program | 12 | 3.00 | $320.00 | $960.00 |
| 3/21/02 | SP | Evaluation of compensation programs | 12 | 1.50 | $320.00 | $480.00 |
| 3/22/02 | MB | Analysis of long-term incentive plan | 12 | 3.00 | $425.00 | $1,275.00 |
| 3/22/02 | SP | Calculation of relationship of LTIP Payouts ( Long Term Incentive Plan ) | 12 | 1.25 | $320.00 | $400.00 |
| 3/25/02 | MB | Discussion with debtor financial advisor related to changes to 2002 compensation motion | 12 | 0.50 | $425.00 | $212.50 |
| 3/25/02 | SP | Analyze current and new LTIP ( Long Term Incentive Plan ) | 12 | 2.00 | $320.00 | $640.00 |
|  |  | **Sub-Total** |  |  |  |  |
| 3/25/02 | LT | Preparation of discussion agenda summary and related analysis for discussion with ACC counsel on March 26th, 2002 | 17 | 0.50 | $425.00 | $212.50 |
| 3/25/02 | MB | Preparation for status meeting with ACC | 17 | 0.50 | $425.00 | $212.50 |
| 3/26/02 | LT | Meeting with ACC counsel to discuss status of analysis on various financial matters | 17 | 1.00 | $425.00 | $425.00 |
| 3/27/02 | LT | Work program preparation and discussion. | 17 | 0.75 | $425.00 | $318.75 |
| 3/29/02 | MB | Preparation of memorandum to ACC related to 2001 operating results and 2002 business plan | 17 | 5.00 | $425.00 | $2,125.00 |
|  |  | **Sub-Total** | 17 | 7.75 |  | $3,293.75 |
| 3/29/02 | DC | Assignment of New Monthly Billing Matter Categories | 18 | 0.65 | $240.00 | $156.00 |
|  |  | Compilation and consolidation of monthly services rendered | 18 | 2.50 | $240.00 | $600.00 |
|  |  | **Sub-Total** |  | 3.15 |  | $756.00 |
| 3/4/02 | CC | Review of Monthly Operating Statements, October-November 2001 | 20 | 4.00 | $290.00 | $1,160.00 |
| 3/5/02 | CC | Financial Analysis for Monthly Operating Results: Cash Flow | 20 | 2.00 | $290.00 | $580.00 |
| 3/7/02 | SP | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 | 0.10 | $320.00 | $32.00 |
| 3/7/02 | CC | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 | 0.30 | $290.00 | $87.00 |
| 3/7/02 | CC | Monthly Financial statement analysis, November 2001 | 20 | 2.00 | $290.00 | $580.00 |
| 3/8/02 | MB | Analysis of asbestos liability obligation for 1998/1999 from 10K | 20 | 1.00 | $425.00 | $425.00 |
|  |  | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 |  |  |  |
|  |  | Preparation of asbestos liability obligation for 1998/1999 from 10K | 20 |  |  |  |
| 3/11/02 | MB | Review of 2001 Results and 2002 Operating Plan | 20 | 3.50 | $425.00 | $1,487.50 |
| 3/11/02 | PR | Review of September 10q and year end results in preparation of meeting | 20 | 3.00 | $320.00 | $960.00 |
| 3/11/02 | PR | Review of updated 2002 budget and handouts for meeting | 20 | 3.00 | $320.00 | $960.00 |
| 3/12/02 | CC | Review of Monthly Operating Results | 20 | 4.00 | $290.00 | $1,160.00 |
|  |  | Review of December monthly operating report |  |  |  |  |
| 3/25/02 | CC | Summarize financial activity for 4th quarter 2001 | 20 |  |  |  |
| 3/25/02 | CC | Review of Pension Accruals, Deferred Taxes Adjustments 2001 | 20 | 3.00 | $290.00 |  |
| 3/26/02 | LT | Review analysis of 2002 Business Plan | 20 | 3.00 | $425.00 |  |
| 3/26/02 | MB | Review status of pension plan with respect to FASB 87 | 20 | 2.00 | $425.00 | $850.00 |
| 3/26/02 | CC | Review of 2001 Accounts Receivable, Payable, and Cash Flow | 20 | 2.00 | $290.00 |  |

# W.R. Grace

**Schedule B**

*Services Rendered during the Period: March 1 - 31, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/27/02 | MB | Status meeting to discuss open issues | 20 | 1.00 | $425.00 | $425.00 |
|  | PR | Review of annual report | 20 | 2.50 | $320.00 | $800.00 |
|  |  | **Sub-Total** | **20** | **41.60** |  | **$14,021.50** |
| 3/12/02 | MB | Half travel time -round trip- Stamford, CT & Columbia, MD. | 35 | 3.00 | $425.00 | $1,275.00 |
| 3/12/02 | PR | Half travel time -round trip- Stamford, CT & Columbia, MD. | 35 | 3.00 | $320.00 | $960.00 |
|  |  | **Sub-Total** | **35** | **6.00** |  | **$2,235.00** |
| 3/14/02 | PR | Research competition for valuation | 51 | 4.00 | $320.00 | $1,280.00 |
| 3/14/02 | PR | Preparation of comparable company model for valuation | 51 | 2.00 | $320.00 | $640.00 |
| 3/15/02 | PR | Update comparable company model with current data | 51 | 4.00 | $320.00 | $1,280.00 |
| 3/15/02 | PR | Revise and review comparable company model | 51 | 3.00 | $320.00 | $960.00 |
| 3/20/02 | PR | Updated comparable company model | 51 | 2.00 | $320.00 | $640.00 |
| 3/21/02 | PR | Review EBIT calculation; research comparable company data | 51 | 3.00 | $320.00 | $960.00 |
| 3/25/02 | PR | Research 10 Q and 10K on comparable companies | 51 | 4.00 | $320.00 | $1,280.00 |
| 3/25/02 | PR | Updated valuation with additional information from 10Q and 10K | 51 | 3.00 | $320.00 | $960.00 |
| 3/26/02 | PR | Review 10k information on comparable companies & preparation DCF model | 51 | 3.00 | $320.00 | $960.00 |
| 3/27/02 | PR | Updated valuation with additional information from 10Q and 10K | 51 | 3.00 | $320.00 | $960.00 |
| 3/28/02 | PR | Update valuation with additional information from 10Q and 10K research and preparation of cost of capital model | 51 | 3.00 | $320.00 | $960.00 |
|  |  | **Sub-Total** | **51** | **34.00** |  | **$10,880.0** |
|  |  | **TOTAL Schedule B** |  | **117.75** |  | **$40,106.25** |

# W. R. Grace                                                    Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Transportation: Train (Round Trip) Peter Rubsam 3/1 12/02 Stamford, CT./Baltimore, MD. (includes parking at Stamford Station $14.00) | $290.00 |
| Transportation: Train (Round Trip) Mike Berkin 3/11-12/02 Stamford, CT./Baltimore, MD. (includes parking at Stamford Station $16.00) | $292.00 |
| Transportation: 3/11/02 Baltimore Train Station to Sheraton Hotel in Columbia, MD. | $32.00 |
| Transportation: 3/12/02 AM Sheraton Hotel in Columbia, MD. To WR Grace offices | $20.00 |
| Transportation: 3/12/02 PM WR Grace offices to Baltimore, MD. Train Station | $31.00 |
| Hotel: one night-single room 3/11/02 Peter Rubsam | $130.90 |
| Hotel: one night-single room 3/11/02 Mike Berkin | $130.90 |
| Meals: Per Diem- Peter Rubsam 3/12/02 ($50 per 24 hours) | $50.00 |
| Meals: Per Diem- Mike Berkin 3/12/02 ($50 per 24 hours) | $50.00 |
| Internet research-10Q and 10K for 9 comparable companies for valuation purposes ( $5.00 each) | $45.00 |
| Postage    ( 2 x $1.25 per envelope) | $2.50 |
| Telephone | $89.69 |
| Xerox   ( 201 x $0.10 per page) | $20.10 |
| **Total Expenses incurred from March 1 - 31, 2002** | **$1,184.09** |