IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER APPROVING AND ALLOWING FOURTH INTERIM FEE APPLICATION REQUEST OF L TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF <u>JANUARY 1, 2002 THROUGH MARCH 31, 2002</u>**

The Court considered the Fourth Interim Application of L Tersigni Consulting P.C., for Compensation and Reimbursement of Expenses as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants (the "Application"), which Application requests allowance and payment of compensation and reimbursement of expenses in accordance with §330 and §331 of the Bankruptcy Code, and it appearing that notice of the Application was duly given in accordance with the provisions of the Bankruptcy Rules, and no further notice being necessary, and upon the record being made before this Court, and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the Court approves and allows the compensation of L Tersigni Consulting P.C. in the amount of $54,340.50 and expenses in the amount of $1,239.44.

 

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: _____, 2002

{D0002843:1}    1