IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| . | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Matthew G. Zaleski, III, a member of Campbell & Levine, LLC, hereby certify that on June 3, 2002, I caused a copy of the **Fourth Interim Fee Application of L Tersigni Consulting P.C.** to be served upon the Core Group List via hand delivery (local) and by First Class U.S. Mail (non-local). Also, on June 3, 2002, I caused a copy of the Notice of Application to be served upon the All Notices List via hand delivery (local) and First Class U.S. Mail (non-local):

        CAMPBELL & LEVINE, LLC

        /s/ Matthew G. Zaleski, III
        Matthew G. Zaleski, III (No. 3557)
        Mark T. Hurford (No. 3299)
        1201 N. Market Street, 15th Floor
        Wilmington, DE 19801
        (302) 426-1900

        Counsel for the Official Committee
        Of Asbestos Claimants

Dated: June 3, 2002

{D0002910:1}

1