IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 24, 2002 @ 4:00 p.m. |

**SIXTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002**

Name of Applicant:   Klett Rooney Lieber & Schorling, a Professional Corporation

Authorized to Provide
Professional Services to:   The Official Committee of Equity Holders

Date of Retention:   October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:   April 1, 2002 through April 30, 2002

Amount of fees to be approved
as actual, reasonable and necessary:   $6,011.50

Amount of expenses sought as
actual, reasonable and necessary:   $878.55

This is a(n):   _x_ interim   ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:WRGraceK.WPD

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| December 28, 2001 1426 | October 26 through November 30, 2001 | $5,518.00 $2,028.76 | $4,414.40 $2,028.76 | 1541 |
| January 25, 2002 1548 | December 1 through December 31, 2001 | $4,119.50 $ 940.67 | $3,295.60 $ 940.67 | 1689 |
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |

**SUMMARY OF TIME FOR BILLING PERIOD
APRIL 1, 2002 THROUGH APRIL 30, 2002**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K. D. Currier | $395.00 | 5.1 | $2,014.50 |
| Jeffrey R. Waxman | $160.00 | 6.2 | $992.00 |
| Victoria J.A. Dye | $120.00 | 8.0 | $960.00 |
| Raelena T. Taylor | $120.00 | 1.9 | $228.00 |
| Susan L. Patterson | $110.00 | 7.6 | $836.00 |
| Elena Garvin | $105.00 | 5.0 | $525.00 |
| Maryanne Zickgraf | $80.00 | 5.7 | $456.00 |
| **TOTAL** | | **39.5** | **$6,011.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## APRIL 1, 2002 THROUGH APRIL 30, 2002

| Project category | Total Hours | Total Fees |
|---|---:|---:|
| Business Operations | 0.9 | $355.50 |
| Case Administration | 27.2 | $3,487.00 |
| Claims Administration & Objection | 2.1 | $665.00 |
| Fee/Employment Applications | 7.2 | $1,003.50 |
| Litigation | 1.7 | $342.50 |
| Meetings of Creditors | 0.4 | $158.00 |
| TOTAL | 39.5 | $6,011.50 |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## APRIL 1, 2002 THROUGH APRIL 30, 2002

| Expense Category | Total Expenses |
|---|---:|
| Reproduction of Documents | $213.75 |
| Express/Certified Mail | $100.21 |
| Federal Express | $43.94 |
| Professional Services | $2.50 |
| Miscellaneous Expenses | $169.33 |
| Messenger Services | $240.00 |
| Duplicating Services | $108.82 |
| TOTAL | $878.55 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: May 31, 2002

# KLETT ROONEY LIEBER & SCHORLING
### A PROFESSIONAL CORPORATION
### 40TH FLOOR, ONE OXFORD CENTRE
### PITTSBURGH, PENNSYLVANIA 15219-6498
### TELEPHONE (412) 392-2000
### FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : MAY 31, 2002
                                            MATTER  : W9600-001
                                            INVOICE : 138037

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.

       DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
       -------------------------------                    ------
04/01/02 REPRODUCTION OF DOCUMENTS                         10.50
04/03/02 REPRODUCTION OF DOCUMENTS                         72.15
04/04/02 MESSENGER SERVICES - INV 317 -   TRISTATE         97.50
         COURIER & CARRIAGE
04/05/02 PROFESSIONAL SERVICES -  VIRTUALDOCKET.COM         2.50
04/08/02 MESSENGER SERVICES - INV 11346 -   PARCELS,        7.50
         INC.-D D R
04/08/02 FEDERAL EXPRESS - INV 4-153-19537 -  FEDERAL      16.38
         EXPRESS CORPORATION
04/10/02 REPRODUCTION OF DOCUMENTS                          4.20
04/10/02 REPRODUCTION OF DOCUMENTS                         84.00
04/10/02 REPRODUCTION OF DOCUMENTS                           .15
04/15/02 REPRODUCTION OF DOCUMENTS                           .90
04/15/02 MISCELLANEOUS EXPENSES - PACER                    27.79
04/15/02 MISCELLANEOUS EXPENSES - PACER                   140.07
04/15/02 MISCELLANEOUS EXPENSES - PACER                     1.47
04/15/02 REPRODUCTION OF DOCUMENTS                          1.80
04/15/02 REPRODUCTION OF DOCUMENTS                           .60
04/16/02 DUPLICATING SERVICES -  DELAWARE DOCUMENT        108.82
         IMAGING
04/18/02 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION    16.32
04/19/02 EXPRESS/CERTIFIED MAIL                            29.48
04/19/02 EXPRESS/CERTIFIED MAIL                            29.23
04/19/02 EXPRESS/CERTIFIED MAIL                            41.50
04/19/02 EMPLOYEE EXPENSES                                  0.00
04/22/02 MESSENGER SERVICES -  INV 601 - TRISTATE          45.00
         COURIER & CARRIAGE
04/22/02 MESSENGER SERVICES - INV 11429 -   PARCELS,       45.00
         INC.-D D R
04/22/02 FEDERAL EXPRESS - 4-153-88616 -  FEDERAL          11.24
         EXPRESS CORPORATION
04/23/02 MESSENGER SERVICES -  INV 11512 - PARCELS,        45.00
         INC.-D D R
04/24/02 REPRODUCTION OF DOCUMENTS                         12.45
04/30/02 REPRODUCTION OF DOCUMENTS                         27.00

                        TOTAL EXPENSE ADVANCES :                   878.55

                        TOTAL DUE :                                878.55
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   MAY 31, 2002
                                               MATTER : W9600-004
                                               INVOICE : 138022


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

   RE:  BUSINESS OPERATIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                        HOURS
  ----  ----   -------------------------------                         -----

04/04/02 TC    REVIEWED MONTHLY OPERATING REPORTS                        .50

04/10/02 TC    REVIEWED MONTHLY OPERATING REPORTS                        .40



                   T I M E   S U M M A R Y
                   ------------------------

                             RATE     HOURS        TOTALS
                             ----     -----        ------

  T CURRIER                 395.00      .90        355.50
                   TOTALS                .90        355.50


                         TOTAL FEES :                           355.50


                         TOTAL DUE  :                           355.50
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 31, 2002
                                              MATTER : W9600-005
                                              INVOICE : 138038


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

   RE:  CASE ADMINISTRATION


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                       HOURS
  ----  ----   -------------------------------                        -----

04/01/02 JRW   REVIEW RECENTLY FILED PLEADINGS                          .20

04/01/02 VJD   RETRIEVE DOCKET UPDATES FROM CM/ECF SYSTEM               .20

04/03/02 RTT   FILE MAINTENANCE                                         .50

04/03/02 TC    REVIEWED COPY OF ADMIN CASE MANAGEMENT ORDER             .50

04/08/02 VJD   RETRIEVE DOCKET UPDATES FROM CM/ECF SYSTEM               .20

04/08/02 VJD   ORGANIZE AND INDEX PLEADINGS                             .50

04/09/02 JRW   EMAILS TO AND FROM TKDCURRIER AND JDELLER RE:            .60
               APRIL 22, 2002 HEARING (.2); TELEPHONE CALL TO
               GBECKER RE: SAME (.1); TELEPHONE CALL TO RBAKER
               RE: SAME (.2); EMAILS TO TKDCURRIER, JDELLER
               AND GBECKER RE: SAME (.1)

04/10/02 JRW   REVIEW RECENTLY FILED PLEADINGS, INCLUDING               .30
               CERTIFICATION OF COUNSEL RE: REVISED FEE ORDER
               (.2); CONFERENCE WITH TKDCURRIER RE: SAME AND
               COMMITTEE MEMBERSHIP

04/10/02 VJD   REVIEW DOCKET, PRIOR AGENDA AND MEMO                    1.30
               SUMMARIZING LAST HEARING IN CONNECTION WITH
               PREPARATION OF BINDERS FOR HEARING 4/22/02;
               CALL TO DEBTORS' COUNSEL REGARDING SAME

04/10/02 VJD   REVIEW, ORGANIZE AND INDEX DOCUMENTS                    1.30

04/12/02 TC    REVIEWED USTRUSTEE LETTER RE ADDITIONAL                  .20
               COMMITTEE OF MALIGNANCY CLAIMANTS

04/12/02 VJD   ORGANIZE AND INDEX PLEADINGS                             .50
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 31, 2002
                                              MATTER :  W9600-005
                                              INVOICE :  138038


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02    T C

   RE:  CASE ADMINISTRATION


04/12/02 VJD   CALLS TO DEBTORS COUNSEL LEGAL ASSISTANT P.             .20
               KNIFFE REGARDING AGENDA FOR HEARING 4/22/02

04/15/02 JRW   CORRESPONDENCE FROM PBENTLEY RE: COMMITTEE              .30
               FORMATION, GENERAL CASE INFORMATION

04/16/02 EG    ORGAINZING DOCKETS                                     2.50

04/16/02 VJD   RETRIEVE DOCKET UPDATES FROM CM/ECF; FORMAT              .40
               TEXT AND IMPORT INTO SUMMATION

04/17/02 EG    ORGANIZING DOCKETS                                     2.50

04/17/02 JRW   TELEPHONE CALL FROM GBAECKER RE: AGENDA FOR              .10
               APRIL 23, 2002 HEARING

04/19/02 JRW   EMAILS TO AND FROM TKDCURRIER RE: APRIL 22,              .10
               2002 HEARING

04/22/02 VJD   REVIEW CM/ECF SYSTEM FOR DOCKET FOR UPDATES              .20

04/22/02 VJD   PULL UP DOCKET UPDATES, PRINT OFF AND REVIEW             .30
               AGENDA FOR HEARING ON 4/22/02; OFFICE
               CONFERENCE WITH J. DELLER REGARDING SAME

04/23/02 VJD   ORGANIZE AND INDEX PLEADINGS                           1.50

04/24/02 JRW   REVIEW ORDER ESTABLISHING CASE MANAGEMENT               .30
               PROCEDURES AND HEARING SCHEDULE (.2); EMAIL TO
               TKDCURRIER, JDELLER AND VDYE RE: SAME

04/24/02 MMZ   ACCESS PACER AND DOWNLOAD UPDATED DOCKET (0.2);        1.20
               REVIEW OF NUMEROUS PLEADINGS AND UPDATING OF
               DOCKET (1.0).

04/25/02 TC    REVIEWED REVISED CASE MANAGEMENT ORDER                  .50

04/25/02 VJD   ORGANIZE AND INDEX PLEADINGS                            .70
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE   :  MAY 31, 2002
                                             MATTER :  W9600-005
                                             INVOICE:  138038


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

     RE:  CASE ADMINISTRATION


04/26/02 JRW   REVIEW RECENT DOCKET ENTRIES                              .10

04/26/02 RTT   RETRIEVED DEBTORS LETTER RE: TEST GROUP(.2);             1.40
               PROPOSED ORDER RE: ALL NON-ASBESTOS CLAIMS,
               PROPERTY DAMAGE CLAIMS,MEDICAL MONITORING
               CALIMS ESTABLISHING BAR DATE(.3); RETRIEVED BAR
               DATE PLAN;RETRIEVED EXHIBITS C&D RELATING TO
               PLAN(.3); RETRIEVED BAR DATE NOTICE(.3);
               RETRIEVED ORDER GRANTING MOTION OF THE OFFICIAL
               COMMITTEE OF ASBESTOS AND PERSONAL INJURY
               CLAIMS(.3)

04/26/02 SLP   ORGANIZING AND INDEXING PLEADINGS                        3.50

04/29/02 JRW   REVIEW RECENT DOCKET ENTRIES                              .20

04/29/02 SLP   ORGANIZING AND INDEXING PLEADINGS                        3.70

04/29/02 VJD   IMPORT DOCKET UPDATES INTO SUMMATION                      .50

04/29/02 VJD   REVIEW CM/ECF FOR DOCKET UPDATES                          .20

04/30/02 JRW   CONFERENCE WITH TKDCURRIER RE: COMMITTEE                  .10
               RESPONSE TO MOTION TO INTERVENE AND FEE
               APPLICATION ISSUES

04/30/02 SLP   ORGANIZING AND INDEXING PLEADINGS                         .40
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  : MAY 31, 2002
                                              MATTER: W9600-005
                                              INVOICE: 138038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02    T C

RE:  CASE ADMINISTRATION

```
                    T I M E   S U M M A R Y
                    -----------------------

                            RATE       HOURS         TOTALS
                            ----       -----         ------

E  GARVIN                 105.00        5.00         525.00
J R WAXMAN                160.00        2.30         368.00
M M ZICKGRAF               80.00        1.20          96.00
R T TAYLOR                120.00        1.90         228.00
S L PATTERSON             110.00        7.60         836.00
T CURRIER                 395.00        1.20         474.00
V J DYE                   120.00        8.00         960.00
             TOTALS                    27.20        3487.00

                 TOTAL FEES :                                 3,487.00

                 TOTAL DUE  :                                 3,514.79
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE  :   MAY 31, 2002
                                             MATTER :  W9600-006
                                             INVOICE : 138024


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

  RE:  CLAIMS ADMINISTRATION & OBJECTIONS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                          HOURS
  ----  ----   -------------------------------                           -----

04/10/02  TC   REVIEWED UNITED STATES OBJECTIONS' TO PERSONAL             .20
               INJURY CLAIMANTS' PROOF OF CLAIM ISSUES

04/10/02  TC   REVIEWED OBJECTION TO PERSONAL INJURY CLAIMANTS            .40
               PROOF OF CLAIM MOTION

04/11/02  TC   REVIEWED LETTER FROM GRACE COUNSEL RE ZONOLITE             .20
               CLAIMANTS' PROOF OF CLAIMS

04/16/02  TC   REVIEWED NOTICE OF REVISED BAR DATE                        .30

04/25/02  TC   REVIEWED AND CALENDARED CLAIMS BAR DATE                    .30

04/28/02  JRW  REVIEWED RECENTLY FILED PLEADINGS AND ORDERS               .70
               RELATING TO CLAIMS INCLUDING THE BAR DATE
               ORDER, BAR DATE NOTICE PLAN, AND ORDER
               REQUIRING COUNSEL FOR DEBTOR TO SUBMIT COPIES
               OF PROOFS OF CLAIM FILED BY DEBTOR (.4); EMAIL
               TO TKDCURRIER AND JDELLER RE: SAME (.3)



                  T I M E   S U M M A R Y
                  -----------------------

                               RATE       HOURS            TOTALS
                               ----       -----            ------

  J R WAXMAN                 160.00         .70            112.00
  T CURRIER                  395.00        1.40            553.00
                   TOTALS                  2.10            665.00


                             TOTAL FEES :                               665.00
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 31, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 138039


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

  RE:  FEE/EMPLOYMENT APPLICATIONS


 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----  ----    -------------------------------                       -----

04/01/02 JRW   REVIEW FEE APPLICATION                                  .10

04/01/02 JRW   EMAIL FROM TKDCURRIER RE: PROPOSED REVISED              .10
               ADMINISTRATIVE FEE ORDER

04/01/02 JRW   TELEPHONE CALL TO GBECKER RE: INFORMAL                  .20
               OBJECTIONS (.1); REVIEW DOCKET FOR CNO (.1)

04/01/02 MMZ   PREPARATION FOR AND ELECTRONICALLY FILE KRAMER          .80
               LEVIN FEB. 2002 FEE APPLICATION (0.5); SERVICE
               OF SAME (0.2); CORRESPONDENCE TO CO-COUNSEL RE
               SAME (0.1).

04/01/02 MMZ   PREPARATION FOR AND ELECTRONICALLY FILE CNO TO          .60
               KRAMER LEVIN JAN. 2002 FEE APPLICATION (0.3);
               SERVICE OF SAME (0.2); CORRESPONDENCE TO
               CO-COUNSEL RE SAME (0.1).

04/01/02 MMZ   DRAFTING OF NOTICE OF APPLICATION RE KRAMER             .50
               LEVIN FEB. 2002 FEE APPLICATION (0.3);
               DISCUSSIONS WITH JWAXMAN RE SAME (0.2).

04/03/02 JRW   TELEPHONE CALL FROM DCARICKHOFF RE: REVISED             .10
               ADMISIRATRATIVE FEE ORDER; EMAIL TO TKDCURRIER
               RE: SAME

04/03/02 JRW   REVIEW PROPOSED INTERIM FEE ORDER (.2);                 .30
               CONFERENCE WITH TKDCURRIER RE: SAME (.1);
               TELEPHONE CALL TO DCARIKHOFF RE: SAME

04/03/02 MMZ   PREPARATION FOR AND ELECTRONICALLY FILE AND             .80
               SERVE 4TH FEE APP. OF KLETT ROONEY

04/03/02 TC    REVIEWED FEE APPLICATION                                .50
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE    : MAY 31, 2002
                                                MATTER  : W9600-008
                                                INVOICE : 138039


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

   RE:  FEE/EMPLOYMENT APPLICATIONS


04/10/02  MMZ    PREPARATION FOR AND ELECTRONICALLY FILE            1.20
                 SUPPLEMENTAL EXHIBIT D TO KRAMER LEVIN FEB.
                 2002 FEE APP. (0.8); SERVICE OF SAME (0.3);
                 CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1).

04/17/02  JRW    CONFERENCE WITH TKDCURRIER RE: NEW FEE              .10
                 APPLICATION PROCEDURE

04/24/02  JRW    CONFERENCE WITH MZICKGRAF AND TKDCURRIER RE:        .20
                 FEE ORDER AND PRODUCING FEE APPLICATIONS IN
                 COMPLIANCE THEREWITH

04/24/02  JRW    REVIEW AMENDED ADMINISTRATIVE FEE ORDER AND         .20
                 COVER LETTER THERETO

04/24/02  MMZ    REVIEW OF AMENDED ADMIN. ORDER (0.2);               .60
                 CORRESPONDENCE WITH CO-COUNSEL RE SAME (0.2);
                 CONVERSATIONS WITH J. WAXMAN RE SAME (0.2).

04/24/02  TC     CONF WITH JEFF WAXMAN RE FEE AUDITOR PROCESS        .40

04/28/02  JRW    VOICEMAIL FROM GBECKER RE: UST COMMENTS TO          .20
                 KRAMER FEE APPLICATION AND RESPONSE TO DEBTORS'
                 MOTION TO INTERVENE; EMAIL TO TKDCURRIER RE:
                 SAME

04/29/02  JRW    REVIEW TIME ENTRIES; TELEPHONE CALL TO VDYE RE:     .20
                 SAME

04/30/02  JRW    CONFERENCE WITH TKDCURRIER RE: CNO FOR KRLS;        .10
                 REVIEW DOCKET AND CNO AND SIGN CNO;
```

# KLETT ROONEY LIEBER & SCHORLING
### A PROFESSIONAL CORPORATION
### 40TH FLOOR, ONE OXFORD CENTRE
### PITTSBURGH, PENNSYLVANIA 15219-6498
### TELEPHONE (412) 392-2000
### FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS                   DATE    :   MAY 31, 2002
                                                       MATTER  :   W9600-008
                                                       INVOICE :   138039

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

```
               T I M E   S U M M A R Y
               -----------------------

                        RATE      HOURS         TOTALS
                        ----      -----         ------

J R WAXMAN             160.00      1.80         288.00
M M ZICKGRAF            80.00      4.50         360.00
T CURRIER              395.00       .90         355.50
            TOTALS                 7.20        1003.50


            TOTAL FEES :                                   1,003.50

            TOTAL DUE  :                                   1,003.50
```

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 31, 2002
                                            MATTER : W9600-011
                                            INVOICE : 138026

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

     RE: LITIGATION

 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
 ----   ----   -------------------------------                  -----

04/21/02 JRW   REVIEW LETTER FROM BFRIEDMAN TO JUDGE WOLIN RE:    .10
               SCOPE OF ENGAGEMENT AND ESTIMATE OF LEGAL FEES
               FOR PROSECUTION OF ADVERSARY COMPLAINT AGAINST
               SEALED AIR CORP

04/29/02 JRW   REVIEW DRAFT OF RESPONSE TO DEBTORS' MOTION TO     .20
               INTERVENE AND ADVERSARY DOCKETS

04/30/02 JRW   TELEPHONE CALL TO GBECKER RE FILING RESPONSE TO   1.10
               DEBTORS' MOTION TO INTERVENE (.1); CONFERENCE
               WITH TKDCURRIER RE: MOTION (.1) REVIEW AND EDIT
               MOTION, INCLUDING OBTAINING CASE FOR ATTACHMENT
               AS EXHIBIT THERETO, AND PREPARE FOR FILING
               (.9);

04/30/02 TC    REVIEWED RESPONSE OF EQUITY COMMITTEE REGARDING    .30
               MOTION TO INTERVENE IN ADVERSARY PROCEEDING


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE      HOURS         TOTALS
                          ----      -----         ------

 J R WAXMAN               160.00     1.40         224.00
 T CURRIER                395.00      .30         118.50
                 TOTALS              1.70         342.50


                       TOTAL FEES :                          342.50


                       TOTAL DUE  :                          342.50
```

# KLETT ROONEY LIEBER & SCHORLING
**A PROFESSIONAL CORPORATION**
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 31, 2002
                                              MATTER : W9600-012
                                              INVOICE : 138027

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/02   T C

RE:   MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/11/02 | TC | CALL FROM PHIL BENTLEY RE APPOINTMENT OF A NEW COMMITTEE | .20 |
| 04/15/02 | TC | CALL TO PHIL BENTLEY RE COMMITTEE COMPOSITION | .20 |

### TIME SUMMARY

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| T CURRIER  | 395.00 | .40   | 158.00 |
| TOTALS     |        | .40   | 158.00 |

TOTAL FEES :                                                      158.00

TOTAL DUE :                                                       158.00