IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | | Objection Date: June 23, 2002 @ 4 p.m. |

**NINTH MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE& CO., *ET AL.* <u>FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002</u>**

| | |
|---|---|
| Name of Applicant: | <u>L Tersigni Consulting P.C.</u> |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2002 through April 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $18,578.00 (80% of $23,222.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $163.81 |

This is a: \_\_\_**X**\_\_\_monthly _____ interim _____ final application.

L Tersigni Consulting P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $16,986.25 | $1,037.07 | Pending | Pending |
| 9/28/01 | 8/1/01 through 8/31/01 | $27,927.60 (80% of 34,909.50) | $2,551.74 | $27,927.60 (80% of 34,909.50) | $2,551.74 |
| 10/30/01 | 9/1/01 through 9/30/01 | $767.00 (80% of $958.75) | $43.80 | $767.00 (80% of $958.75) | $43.80 |
| 11/30/01 | 10/1/01 through 11/1/01 | $9,869.00 (80% of $12,336.25) | $2,036.35 | $9,869.00 (80% of $12,336.25) | $2,036.35 |
| 1/2/02 | 11/2/01 through 11/30/01 | $22,567.00 (80% of $28,208.75) | $148.70 | $22,567.00 (80% of $28,208.75) | $148.70 |
| 1/28/02 | 12/1/01 through 12/31/01 | $5,109.00 (80% of $6,386.25) | $133.70 | $5,109.00 (80% of $6,386.25) | $133.70 |
| 3/5/02 | 1/1/02 through 1/31/02 | $8,360.20 (80% of $10,450.25) | $32.54 | $8,360.20 (80% of $10,450.25) | $32.54 |
| 4/2/02 | 2/1/02 through 2/28/02 | $3,027.20 (80% of $3,784.00) | $22.81 | Pending | Pending |
| 4/30/02 | 3/1/02 through 3/31/02 | $32,085.00 (80% of $40,106.25) | $1,184.09 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS AND PARA-PROFESSIONALS FOR BILLING PERIOD
## APRIL 1, 2002 TO APRIL 30, 2002

| Name, Position, Years of Experience | Hours Billed | Hourly Rate | Amount of Fee |
| --- | --- | --- | --- |
| Loreto T. Tersigni, Managing Director, 30+ years | 2.90 | $425.00 | $1,232.50 |
| Bradley Rapp, Managing Director | 8.65 | $425.00 | $3,676.25 |
| Michael Berkin, Managing Director, 12 years | 24.55 | $425.00 | $10,433.75 |
| Peter Rubsam, Director, 10 years | 14.25 | $320.00 | $4,560.00 |
| Susan Plotzky, Director, 17 years | 8.35 | $320.00 | $2,672.00 |
| Dottie-Jo Collins, Manager, 20+ years | 2.70 | $240.00 | $648.00 |

| Total/average | 61.40 | | $23,222.50 |
|---|---|---|---|

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/01/02 through 04/30/02 | Total Fees for the Period 04/01/02 through 04/30/02 |
|---|---|---|
| Corporate Finance | 25.35 | $9,897.00 |
| Committee Matters and Creditor Meetings | 8.55 | $3,633.75 |
| Compensation of Professionals | 2.70 | $648.00 |
| Data Analysis | .40 | $170.00 |
| Reconstruction Accounting | 9.05 | |
| Valuation | 15.35 | $5,557.75 |
| **Grand totals** | **61.40** | **$23,222.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period April 1, 2002 through April 30, 2002 |
|---|---|---|
| Long Distance Telephone | | $54.21 |
| In-house reproduction ($0.10 per page) | | $70.50 |
| Postage | | $38.10 |
| Facsimile | | $1.00 |
| **Total:** | | **$163.81** |

L TERSIGNI CONSULTING P.C.

*[signature]*

Loreto T. Tersigni
2001 West Main Street, Suite 220
Stamford, CT 06902
(203) 569-9090

Accountant and Financial Advisor for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: May 31, 2002

3