**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

May 25, 2002

Invoice No. 04202

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period April 1, 2002 through April 30, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 2.90 | $1,232.50 |
| Bradley Rapp - Managing Director | 8.65 | $3,676.25 |
| Michael Berkin - Managing Director | 24.55 | $10,433.75 |
| Peter Rubsam - Director | 14.25 | $4,560.00 |
| Susan Plotzky - Director | 8.35 | $2,672.00 |
| Dottie-Jo Collins - Manager | 2.70 | $648.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Postage, Telephone, Fax and Xerox | $163.81 |
| **TOTAL** | $23,386.31 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                         by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

May 23, 2002

Invoice No. 04202

Matthew G. Zaleski, III, Esq.
**Campbell & Levine LLC**
**Chase Manhattan Centre- 15th Floor**
**1201 N. Market Street**
**Wilmington, DE.  19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   April 1 - 30, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 2.90 | $1,232.50 |
| Bradley Rapp | Schedule A | $425 | 8.65 | $3,676.25 |
| Michael Berkin | Schedule A | $425 | 24.55 | $10,433.75 |
| Peter Rubsam | Schedule A | $320 | 14.25 | $4,560.00 |
| Susan Plotzky | Schedule A | $320 | 8.35 | $2,672.00 |
| Dottie-Jo Collins | Schedule A | $240 | 2.70 | $648.00 |
| Total Professional Services- Schedule A: | | | 61.40 | $23,222.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $163.81 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $23,386.31 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
             by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period: April 1 - 30, 2002.**

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Loreto T. Tersigni** | | | | | |
| 4/12/2002 | Review of Blackstone analysis of Executive Compensation Plans, proposed amendments and summary analysis | 16 | 1.50 | $425.00 | $637.50 |
| 4/25/2002 | Engagement status review. | 17 | 1.00 | $425.00 | $425.00 |
| 4/26/2002 | Review of press release regarding first quarter operating results and related profit analysis. | 20 | 0.40 | $425.00 | $170.00 |
| | Sub-Total | | 2.90 | | $1,232.50 |
| **Bradley Rapp** | | | | | |
| 4/5/2002 | Analyzing W.R. Grace financial statements for purpose of developing approach to discounted cash flow valuation of the company | 51 | 1.30 | $425.00 | $552.50 |
| 4/10/2002 | Research and discussion regarding the approach to discounted cash flow valuation | 51 | 0.70 | $425.00 | $297.50 |
| 4/11/2002 | Development of approach for determination of the appropriate weighted average cost of capital for purposes of the discounted cash flow valuation | 51 | 1.20 | $425.00 | $510.00 |
| 4/12/2002 | Determination of operating and financial parameters for input into the discounted cash flow valuation | 51 | 1.20 | $425.00 | $510.00 |
| 4/15/2002 | Research and review of Standard & Poor's credit ratings ratios in connection with determination of the appropriate capital structure for post-reorganization. | 42 | 1.50 | $425.00 | $637.50 |
| 4/15/2002 | Telephone conference with representatives of Standard & Poor's to discuss issuer credit ratings in the building products industry in preparation for analysis of an appropriate post-reorganization capital structure for the company | 42 | 0.60 | $425.00 | $255.00 |
| 4/22/2002 | Review of W.R. Grace publication regarding its rating criteria in preparation for determining appropriate capital structure for post-reorganization company | 42 | 1.90 | $425.00 | $807.50 |
| 4/25/2002 | Status meeting to discuss open issues | 17 | 0.25 | $425.00 | $106.25 |
| | Sub-Total | | 8.65 | | $3,676.25 |
| **Michael Berkin** | | | | | |
| 4/1/2002 | Preparation of memorandum to ACC related to 2001 operating results and 2002 business plan | 17 | 3.00 | $425.00 | $1,275.00 |
| 4/2/2002 | Preparation of Goodwill Amortization and Asset Impairment Memorandum for ACC | 17 | 1.50 | $425.00 | $637.50 |
| 4/4/2002 | Preparation of memorandum exhibits to ACC related to 2001 operating results and 2002 business plan | 17 | 2.00 | $425.00 | $850.00 |
| 4/5/2002 | Review of compensation disclosures reported in 2001 10K | 16 | | | |
| 4/5/2002 | Review of 2002 proposed compensation programs | 16 | 3.00 | $425.00 | |
| 4/8/2002 | Identify comparable companies for use in assessing reasonableness of long term incentive programs | 16 | 3.50 | $425.00 | |
| 4/10/2002 | Compile questions relating to proposed compensation changes and send to advisor to debtor | 16 | 2.00 | $425.00 | |
| 4/10/2002 | Draft highlighted of changes between existing and proposed compensation programs | 16 | 4.00 | $425.00 | $1,700.00 |
| 4/15/2002 | Comparative analysis of key financial earning figures for valuation purposes | 51 | 1.75 | $425.00 | |
| 4/25/2002 | Status meeting to discuss open issues | | | | |
| 4/30/2002 | Review 4/29/02 Calendar of Critical Events | | | | |
| | Sub-Total | | | | |

# W.R. Grace

**Schedule A**

*Services Rendered during the Period: April 1 - 30, 2002.*

### Peter Rubsam

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 3.50 | $320.00 | $1,120.00 |
| 4/2/2002 | Historical review of company financials and documentation to update valuation | 51 | 2.00 | $320.00 | $640.00 |
| 4/3/2002 | Historical review of company presentations and documentation to update valuation | 51 | 1.50 | $320.00 | $480.00 |
| 4/3/2002 | Updated company background documents within valuation support data | 51 | 0.20 | $320.00 | $64.00 |
| 4/15/2002 | Research and review of Standard & Poor's corporate ratings criteria manual in connection with determination of the appropriate capital structure for post-reorganization. | 42 | 2.45 | $320.00 | $784.00 |
| 4/15/2002 | Telephone conference with representatives of Standard & Poor's to discuss issuer credit ratings in the building products industry in preparation for analysis of am appropriate post-reorganization capital structure for the company | 42 | 0.60 | $320.00 | $192.00 |
| 4/15/2002 | Adjustment of Standard & Poor's ratios based on telephone discussion with representatives. | 42 | 2.00 | $320.00 | $6 |
| | Sub-Total | | | | |

### Susan Plotzky

| | | | | | |
|---|---|---|---|---|---|
| 4/4/2002 | Prepare status of 2002 executive compensation for discussion | 16 | 2.00 | $320.00 | $640.00 |
| | Prepare status of 2002 executive compensation | 16 | 0.50 | $320.00 | $160.00 |
| | Preparation of questions underlying 2002 executive compensation program | | | | |
| | Calculation of potential payouts | | | | |
| | Discussions regarding executive compensation | | | | |
| | Develop work plan for review of executive compensation plans | | | | |
| | Sub-Total | | | | |

### Dottie-Jo Collins

| Date | Comment | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/30/2002 | Assignment of New Monthly Billing Matter Categories | 18 | 0.65 | $240.00 | $156.00 |
| 4/30/2002 | Compilation and consolidation of monthly services rendered | 18 | 2.05 | $240.00 | $492.00 |
| | Sub-Total | | | | |
| | **TOTAL Schedule A** | | 61.40 | | $23,222.50 |

# W.R. Grace

Schedule B

*Services Rendered during the Period: April 1 - 30, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Prepare status of 2002 executive compensation for discussion | 16 | 2.00 | $320.00 | $640.00 |
| | | Review of compensation disclosures reported in 2001 10K | | | | |
| | | Review of 2002 proposed compensation programs | 16 | 3.00 | $425.00 | $1,275.00 |
| 4/5/2002 | S.Plotzky | Prepare status of 2002 executive compensation | 16 | 0.50 | $320.00 | $160.00 |
| 4/8/2002 | M.Berkin | Identify comparable companies for use in assessing reasonableness of long term incentive programs | 16 | 3.50 | $425.00 | $1,487.50 |
| 4/8/2002 | S.Plotzky | Preparation of questions underlying 2002 executive compensation program | 16 | 2.00 | $320.00 | $640.00 |
| 4/9/2002 | S.Plotzky | Calculation of potential payouts | 16 | 1.60 | $320.00 | $512.00 |
| 4/10/2002 | M.Berkin | Compile questions relating to proposed compensation changes and send to advisor to debtor | 16 | 2.00 | $425.00 | $850.00 |
| 4/10/2002 | M.Berkin | Draft highlighted of changes between existing and proposed compensation programs | 16 | 4.00 | $425.00 | $1,700.00 |
| 4/10/2002 | S.Plotzky | Discussions regarding executive compensation | 16 | 0.75 | $320.00 | $240.00 |
| 4/11/2002 | S.Plotzky | Develop work plan for review of executive compensation plans | 16 | 1.50 | $320.00 | $480.00 |
| 4/12/2002 | L.Tersigni | Review of Blackstone analysis of Executive Compensation Plans, proposed amendments and summary analysis | 16 | 1.50 | $425.00 | $637.50 |
| | | **Sub-Total 16** | | 25.35 | | $9,897.00 |
| 4/1/2002 | M.Berkin | Preparation of memorandum to ACC related to 2001 operating results and 2002 business plan | 17 | 3.00 | $425.00 | $1,275.00 |
| 4/2/2002 | M.Berkin | Preparation of Goodwill Amortization and Asset Impairment Memorandum for ACC | 17 | 1.50 | $425.00 | $637.50 |
| 4/4/2002 | M.Berkin | Preparation of memorandum exhibits to ACC related to 2001 operating results and 2002 business plan | 17 | 2.00 | $425.00 | $850.00 |
| | | Engagement status review. | 17 | 1.00 | $425.00 | $425.00 |
| | | Status meeting to discuss open issues | 17 | | | $106.25 |
| | | Status meeting to discuss open issues | | | | |
| | | Review 4/29/02 Calendar of Critical Events | | | | |
| | | **Sub-Total 17** | | | | |
| 4/30/2002 | D.Collins | Assignment of New Monthly Billing Matter Categories | 18 | 0.65 | $240.00 | $156.00 |
| 4/30/2002 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 2.05 | $240.00 | $492.00 |
| | | **Sub-Total 18** | | 2.70 | | $648.00 |
| 4/26/2002 | L.Tersigni | Review of press release regarding first quarter operating results and related profit analysis. | 20 | 0.40 | $425.00 | $170.00 |
| | | **Sub-Total 20** | | | | $170.00 |
| 4/15/2002 | B.Rapp | Research and review of Standard & Poor's credit ratings ratios in connection with determination of the appropriate capital structure for post-reorganization. | 42 | 1.50 | $425.00 | $637.50 |
| 4/15/2002 | B.Rapp | Telephone conference with representatives of Standard & Poor's to discuss issuer credit ratings in the building products industry in preparation for analysis of am appropriate post-reorganization capital structure for the company | 42 | 0.60 | $425.00 | $255.00 |

# W.R. Grace

Schedule B

*Services Rendered during the Period: April 1 - 30, 2002.*

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/15/2002 | P.Rubsam | Research and review of Standard & Poor's corporate ratings criteria manual in connection with determination of the appropriate capital structure for post-reoganization. | 42 | 2.45 | $320.00 | $784.00 |
| 4/15/2002 | P.Rubsam | Telephone conference with representatives of Standard & Poor's to discuss issuer credit ratings in the building products industry in preparation for analysis of am appropriate post-reorganization capital structure for the company | 42 | 0.60 | $320.00 | $192.00 |
| 4/15/2002 | P.Rubsam | Adjustment of Standard & Poor's ratios based on telephone discussion with representatives. | 42 | 2.00 | $320.00 | $640.00 |
| 4/22/2002 | B.Rapp | Review of W.R.Grace publication regarding its rating criteria in preparation for determining appropriate capital structure for post-reorganization company | 42 | 1.90 | $425.00 | $807.50 |
| | | **Sub-Total 42** | | 9.05 | | $3,316.00 |
| 4/1/2002 | P.Rubsam | Review annual report financial statements for valuation | 51 | 3.50 | $320.00 | $1,120.00 |
| 4/1/2002 | P.Rubsam | Review annual report footnotes for valuation | 51 | 2.00 | $320.00 | $640.00 |
| 4/2/2002 | P.Rubsam | Historical review of company financials and documentation to update valuation | 51 | 2.00 | $320.00 | $640.00 |
| 4/3/2002 | P.Rubsam | Historical review of company presentations and documentation to update valuation | 51 | 1.50 | $320.00 | $480.00 |
| 4/3/2002 | P.Rubsam | Updated company background documents within valuation support data | 51 | 0.20 | $320.00 | $64.00 |
| 4/5/2002 | B.Rapp | Analyzing W.R. Grace financial statements for purpose of developing approach to discounted cash flow valuation of the company | 51 | 1.30 | $425.00 | $552.50 |
| 4/10/2002 | B.Rapp | Research and discussion regarding the approach to discounted cash flow valuation | 51 | 0.70 | $425.00 | $297.50 |
| 4/11/2002 | B.Rapp | Development of approach for determination of the appropriate weighted average cost of capital for purposes of the discounted cash flow valuation | 51 | 1.20 | $425.00 | $510.00 |
| 4/12/2002 | B.Rapp | Determination of operating and financial parameters for input into the discounted cash flow valuation | 51 | 1.20 | $425.00 | $510.00 |
| 4/15/2002 | M.Berkin | Comparative analysis of key financial earning figures for valuation purposes | 51 | 1.75 | $425.00 | $743.75 |
| | | **Sub-Total 51** | | | | |
| | | **TOTAL Schedule B** | | 61.40 | | $23,222.50 |

# W. R. Grace

# Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Postage   ( 30 x $1.27 per envelope) | $38.10 |
| Telephone | $54.21 |
| Fax   ( 2 x $0.50 per page) | $1.00 |
| Xerox   ( 705 x $0.10 per page) | $70.50 |
| Total Expenses incurred from  April 1 - 30, 2002 | $163.81 |