IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case Nos. 01-01139 (JJF) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------x

## MOTION FOR ORDER GRANTING
## ADMISSION PRO HAC VICE

David R. Hurst, an assoicate of Skadden, Arps, Slate, Meagher &

Flom LLP ("Skadden, Arps"), a member in good standing of the bar of the State of

Delaware, and an attorney admitted to practice before the United States District

Court for the District of Delaware (the "Movant"), hereby moves (the "Motion") this

Court for an order pursuant to Rule 83.5(c) of the Local Rules of the District Court

for the District of Delaware (the "Local Rules") permitting Arthur H. Aizley (the

"Admittee") to appear and practice pro hac vice before the United States Bankruptcy

Court for the District of Delaware to represent Sealed Air Corporation in the

above-captioned cases and respectfully represents as follows:

1.  Mr. Aizley is an associate of Skadden, Arps. Based on the

attached certification, Mr. Aizley is a member in good standing of the bar of the

State of New York, and is admitted to practice before the United States District

Courts for the Southern and Eastern Districts of New York.

  2.  Annexed hereto as Exhibit A is a Certificate of the Admittee.

  3.  The Movant respectfully requests that the Court grant this Motion so that the Admittee may file any pleadings and appear and be heard at any hearings in these chapter 11 cases, including any adversary proceedings, contested matters and proceedings related thereto, on behalf of Sealed Air Corporation.

  4.  No previous request for the relief sought in this Motion has been made to this Court or to any other court.

  WHEREFORE, the Movant respectfully requests that this Court enter an order substantially in the form of the annexed Order and grant such other and further relief as is just and proper.

Dated: Wilmington, Delaware
   June 3, 2002

          Skadden, Arps, Slate, Meagher & Flom LLP

          _/s/ David R. Hurst_
          David R. Hurst (I.D. No. 3743)
          One Rodney Square
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          (302) 651-3000

          Counsel for Sealed Air Corporation

EXHIBIT A

CERTIFICATE

The undersigned certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and is in good standing in the respective jurisdictions set forth in the accompanying Motion for Order Granting Admission Pro Hac Vice, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in preparation for, or in the course of, these chapter 11 cases, and has acquired or has access to a copy of the Local Rules of this Court and is generally familiar with such rules.

Dated: Wilmington, Delaware
May 31, 2002

_____
Arthur H. Aizley

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------------------------x
| In re:                      | : | Chapter 11 |
|                             | : |            |
| W.R. GRACE & CO., et al.,   | : | Case Nos. 01-01139 (JJF) |
|                             | : |            |
|                             | : | Jointly Administered |
|                 Debtors.    | : |            |
----------------------------------------------------x

### ORDER GRANTING
### ADMISSION PRO HAC VICE

Upon the motion of David R. Hurst, dated June 3, 2002 (the "Motion"), for an order granting admission pro hac vice to Arthur H. Aizley to appear and participate in the above-captioned cases on behalf of Sealed Air Corporation in the above-captioned cases; and upon the certificate of Arthur H. Aizley in support of the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

Arthur H. Aizley is permitted to appear and participate in these cases and any proceeding therein before this Court in accordance with Rule 83.5(c) of the Local Rules of the District Court for the District of Delaware.

Dated: Wilmington, Delaware
       June __, 2002

                                                   Honorable Joseph J. Farnan, Jr.
                                                   United States District Judge