## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                    Case No. 01-01139 (JKF)

          Debtors.                    Jointly Administered

## THIRTEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2002 – April 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$97,251.50 (80% - $77,801.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,816.49 (Stroock)** **$9,772.37 (Chambers)** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 10.2 hours and the corresponding compensation requested is approximately $2,649.00.[1]

This is the thirteenth application filed

---

[1] This is Stroock's thirteenth Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

**Local Form 101 (Fee Application/Attachment A, pg. 1)**

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |

| **W.R. GRACE** **ATTACHMENT B** **THROUGH APRIL 30, 2002** | | | | |
|---|---|---|---|---|
| **Summary of Hours** | **Hours** | **Rate** | **Amount** | **No. of Years** |
| | | | | **Admitted** |
| **PARTNERS** | | | | |
| Kruger, Lewis | 9.4 | 695 | 6,533.00 | **36** |
| Pasquale, Kenneth | 2.0 | 495 | 990.00 | **2** |
| Wintner, Mark | 8.0 | 595 | 4,760.00 | **20** |
| | | | | |
| **ASSOCIATES** | | | | |
| Berg, Madelaine | 0.7 | 415 | 290.50 | **22** |
| Brandes, Ronnie H. | 0.9 | 185 | 166.50 | **1** |
| Keppler, Abbey | 3.0 | 450 | 1,350.00 | **14** |
| Krieger, Arlene | 114.5 | 475 | 54,387.50 | **18** |
| Sasson, Moshe | 53.8 | 395 | 21,251.00 | **3** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Bowen, Mark | 9.1 | 175 | 1,592.50 | **3** |
| Calvo, Fernando | 0.8 | 135 | 108.00 | **1** |
| Cotto, Lisa | 12.2 | 170 | 2,074.00 | **1** |
| Defreitas, Vaughn | 9.8 | 100 | 980.00 | **10** |
| Mariano, Christine | 15.9 | 155 | 2,464.50 | **6** |
| Serrette, Rosemarie | 4.7 | 170 | 799.00 | **13** |
| **Subtotal** | **246.5** | | **$97,916.50** | |
| Less: 50% Non- Working Travel Time | (1.4) | | (665.00) | |
| **Total** | **245.1** | | **$97,251.50** | |
| **Blended Rate** | | **397.23** | | |

| Matter Code | COMPENSATION BY PROJECT CATEGORY | Hours | Fees |
|---|---|---|---|
| 0003 | Asbestos: Claims Litigation | 7.9 | 3,660.50 |
| 0013 | Business Operations | 2.4 | 1,140.00 |
| 0014 | Case Administration | 28.3 | 6,228.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.8 | 855.00 |
| 0017 | Committee Matters and Creditor Meetings | 78.3 | 38,818.50 |
| 0018 | Fee Applications of Self | 10.2 | 2,649.00 |
| 0020 | Fee Applications of Others | 0.8 | 227.50 |
| 0021 | Employee Matters | 9.4 | 4,750.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.1 | 480.50 |
| 0034 | Litigation/Fraudulent Conveyance | 87.0 | 30,201.00 |
| 0035 | Non-Working Travel Time | 2.8 | 1,330.00 |
| 0037 | Preparation for and Attendance at Hearings | 15.1 | 7,172.50 |
| 0040 | Retention of Professionals | 0.1 | 47.50 |
| 0041 | Stay Litigation (Section 362) | 0.4 | 190.00 |
| 0047 | Tax/General | 0.9 | 166.50 |
| | **Subtotal** | **246.5** | **97,916.50** |
| | **Less: Adjustment for  Non-Working Travel Time** | **-1.4** | (665.00) |
| | **Total** | **245.1** | **$97,251.50** |

## STROOCK & STROOCK & LAVAN LLP
### 180 Maiden Lane
### New York, NY 10038

### SERVICE AND EXPENSE REMITTANCE SUMMARY

|  |  |
|---|---|
| **Invoice Date:** | May 28, 2002 |
| **Invoice Number:** | 261851 |

**RE:**     **699843 W R Grace & Co**

|  |  |
|---|---|
| Total For Professional Services Rendered | 97,916.50 |
| **Total Bill** | **$ 97,916.50** |

Please return this page with your remittance and please reference
the client/matter number on all related correspondence.

Amount Paid:  $_____

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

May 28, 2002

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through April 30, 2002 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0003 | Asbestos: Claims Litigation | 7.9 | 3,660.50 |
| 0013 | Business Operations | 2.4 | 1,140.00 |
| 0014 | Case Administration | 28.3 | 6,228.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.8 | 855.00 |
| 0017 | Committee Matters and Creditor Meetings | 78.3 | 38,818.50 |
| 0018 | Fee Applications of Self | 10.2 | 2,649.00 |
| 0020 | Fee Applications of Others | 0.8 | 227.50 |
| 0021 | Employee Matters | 9.4 | 4,750.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.1 | 480.50 |
| 0034 | Litigation/Fraudulent Conveyance | 87.0 | 30,201.00 |
| 0035 | Non-Working Travel Time | 2.8 | 1,330.00 |
| 0037 | Preparation for and Attendance at Hearings | 15.1 | 7,172.50 |
| 0040 | Retention of Professionals | 0.1 | 47.50 |
| 0041 | Stay Litigation (Section 362) | 0.4 | 190.00 |
| 0047 | Tax/General | 0.9 | 166.50 |
| | **Total** | **246.5** | **$97,916.50** |

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

May 28, 2002
Invoice: 261851

W R Grace & Co
7500 Grace Drive
Columbia,  MD  21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through April 30, 2002, including:

RE:     **Asbestos: Claims Litigation**
          **699843. 0003**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 04/05/2002 | Memo to J. Kapp re status of Grace's removal of "test" claims and causes of action, and of litigation schedule (.1). | Krieger, A. | 0.1 |
| 04/08/2002 | Memo to and from J. Baer re status of agreement on the bar date forms and programs. | Krieger, A. | 0.2 |
| 04/19/2002 | Review pleadings in Nat. Union litigation, o/c A. Kreiger re: same; t/c A. Running (1.5). | Sasson, M. | 1.5 |
| 04/23/2002 | Telephone call Mike Davis (AIG) re National Union settlement terms and outstanding issues (.3). | Krieger, A. | 0.3 |
| 04/24/2002 | Extended telephone conference with Jay Kapp re National Union settlement (.5); review Texas, Alabama protocols and related documentation (1.6); further telephone conference Jay Kapp re insurance settlements (.1); office conference DW re insurance litigation before Judge Wolin (.3). | Krieger, A. | 2.5 |
| 04/24/2002 | Memos to and from LK, KP, MS re outstanding matters including ZAI litigation, Milberg Weiss budget, National Union settlement, intervention (.3) extended conferences KP, MS re National Union, ZAI matter and April 22, 2002 hearing, fraudulent conveyance litigation, other (1.5). | Krieger, A. | 1.8 |
| 04/24/2002 | Office conference A. Krieger, M. Sasson re status of | Pasquale, K. | 1.4 |

case (ZAI, fraudulent transfer, Nat'l Union ) (1.4)

| 04/25/2002 | Memo to and from J. Kapp re National Union settlement (.1). | Krieger, A. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Krieger, Arlene | 5.0 | $ 475 | $ 2,375.00 |
| Pasquale, Kenneth | 1.4 | 495 | 693.00 |
| Sasson, Moshe | 1.5 | 395 | 592.50 |
| | | | |
| Total For Professional Services Rendered | | | $ 3,660.50 |

**Total for this Matter**    $ 3,660.50

RE:    **Business Operations**
       **699843. 0013**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 04/01/2002 | Telephone call C. Whitney Troger re comment to FTI analysis of the Company's Fourth Quarter and fiscal year 2001. | Krieger, A. | 0.1 |
| 04/04/2002 | Review February financial report. | Krieger, A. | 1.0 |
| 04/12/2002 | Review FTI business plan analysis and telephone conference C. Whitney Troyer re same (1.3). | Krieger, A. | 1.3 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Krieger, Arlene | 2.4 | $ 475 | $ 1,140.00 |
| | | Total For Professional Services Rendered | $ 1,140.00 |

| | |
|---|---|
| **Total for this Matter** | $ 1,140.00 |

RE:    **Case Administration**
       **699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/01/2002 | Telephone calls R. Serrette re comments to the administrative fee order (.8). | Krieger, A. | 0.8 |
| 04/01/2002 | Conference with A. Krieger re amended administrative order (.1); review same and comments to A. Krieger (.8). | Serrette, R. | 0.9 |
| 04/02/2002 | Memo to and from D. Carickhoff, W. Smith re amended administrative fee order  and correspondence to D.Carickhoff re same (.5); review updated docket (.1); memo from and to J. Baer re Gulf Pacific Lease documentation and further extension of time to respond to the authority sought (.1). | Krieger, A. | 0.6 |
| 04/03/2002 | Office conference V. DeFreitas re review of the docket. | Krieger, A. | 0.1 |
| 04/05/2002 | Review various pleadings for assignment of central file categories in preparation for addition to filesurf database. | Defreitas, V. | 2.7 |
| 04/09/2002 | Receive and review administrative fee order; draft memo and summary of order and forward to R. Serrette and then o/c with R. Serrette discussing procedures. | Cotto, L. | 3.0 |
| 04/09/2002 | Download recently filed bankruptcy documents. | Defreitas, V. | 0.4 |
| 04/09/2002 | Office conference RS re asbestos committee's motion regarding docketing mistakes (.1); memo to M. Wintner, A. Keppler re revised client matter number information (.1); review PD asbestos committee motion to correct the docket to Judge Wolin and office conference RS re same (.2). | Krieger, A. | 0.4 |
| 04/10/2002 | Download recently filed bankruptcy case pleadings. | Defreitas, V. | 0.7 |
| 04/11/2002 | Download recently filed bankruptcy case pleadings. | Defreitas, V. | 1.0 |
| 04/11/2002 | Attended to F. Perch letter re request that a separate committee for asbestos claimants asserting malignancy claims be appointed, and memo to LK, KP re same (.3); office conference DW and KP re Committee's position on separate committee and then telephone conference LK re same (.4); memo to J. Kapp, J. Baer re Perch letter (.2). | Krieger, A. | 0.9 |

| 04/11/2002 | Telephone calls with A. Krieger regarding meeting schedule with debtor, in light of Judge Wolin's conference (.2); and issue of additional committee of injured asbestos plaintiffs (.2). | Kruger, L. | 0.4 |
| 04/12/2002 | Office conferences D. Mohammed re pleadings filed in the fraudulent transfer litigation cases (.2); memoranda to and from Jay Kapp re Debtors' position on separate committee request and memo to LK , KP re same (.3). | Krieger, A. | 0.5 |
| 04/12/2002 | Download from the Court's website and e-mailed to Stroock's internal distribution list the following adversary proceedings: Official Committee of Asbestos Property Damage Claimants v. Sealed Air Corp. (Case No. 02-2210) and Official Committee of Asbestos Property Damage Claimants v. Fresenius Medical Care Holding (Case No. 02-2211) documents re: Motion to intervene and related douments. | Mohamed, D. | 1.4 |
| 04/12/2002 | Respond to request from A. Krieger for Objection of US Trustee to Zonloeite proof of claim. | Mohamed, D. | 0.3 |
| 04/15/2002 | T/c with R. Serrette re: conference call (.1) ; t/c with Deracom re: status of conference call (.2); notify A. Krieger of status (.1). | Cotto, L. | 0.4 |
| 04/15/2002 | Download recently filed bankruptcy case pleadings. | Defreitas, V. | 0.7 |
| 04/16/2002 | Office conferences LK re Perch letter (.3); telephone call Jay Kapp re same and conference call to discuss (.2); attended to materials for local counsel (.1). | Krieger, A. | 0.6 |
| 04/18/2002 | Download and distribute recently file bankruptcy case pleadings; updated critical date calendar and distribute same to working group. | Defreitas, V. | 1.6 |
| 04/18/2002 | Memo to and from D. Carickhoff re status of amended administrative fee order and office conference RS re same (.1). | Krieger, A. | 0.1 |
| 04/18/2002 | O/C w/A. Kreiger (.2); F. McGovern comments (.2). | Kruger, L. | 0.4 |
| 04/19/2002 | T/c with R. Serrette re: directions to court in PA. (.1); review docket for agenda and read agenda (.1); t/c with counsel and court in Delaware  re: location of courthouse and then check courthouses website for address and phone number and then call court for directions (.5); draft memo and deliver same to A. Krieger  re: directions (.2). | Cotto, L. | 0.9 |
| 04/19/2002 | Emails with S. Hollinghead re: prepare 11th fee | Cotto, L. | 0.4 |

| | | | |
|---|---|---|---|
| | application for sending via email and then send email same with request to file it and then further emails re: discuss Amended Administrative Order and the new procedure of filing the fee application (.4) | | |
| 04/19/2002 | Office conference LC re Pittsburgh hearing on 4/22/02 (.1); office conference V. DeFreitas re additional pleading for hearing (.1). | Krieger, A. | 0.2 |
| 04/19/2002 | Conference with A. Krieger re Claims process and billing (.3). | Serrette, R. | 0.3 |
| 04/22/2002 | email with S. Hollinghead re:status of filing fee application. | Cotto, L. | 0.1 |
| 04/22/2002 | Review docket; Email S. Hollinghead re: request filing of certificate of no-objection. | Cotto, L. | 0.2 |
| 04/23/2002 | Per A. Krieger, determine if the Pittsburgh-Corning and Kaiser Aluminum bankrutcy cases have been moved to Judge Wolin's. | Calvo, F. | 0.8 |
| 04/23/2002 | Download recently filed bankruptcy case pleadings. | Defreitas, V. | 0.8 |
| 04/23/2002 | Telephone call  Bill Katchen re 4/22/02 hearing and transfer of additional asbestos cases to Judge Wolin. | Krieger, A. | 0.3 |
| 04/24/2002 | Download recently filed bankruptcy case pleading. | Defreitas, V. | 0.2 |
| 04/24/2002 | Review latest docket entries and office conference V. DeFreitas re same (.2); office conference MW re April 22, 2002 hearings (.4); office conference LK re outstanding matters (.2); telephone calls B. Katchen re asbestos cases before Judge Wolin (.2); | Krieger, A. | 1.0 |
| 04/25/2002 | Receive and review signed amended administrative fee order; o/c R. Serrette re: same. | Cotto, L. | 1.0 |
| 04/25/2002 | Respond to LC's request for quarterly fee applications | Defreitas, V. | 0.1 |
| 04/25/2002 | Conferences with A. Krieger to compare billing rates of Stroock  that of Special Counsel (.2); research re same (.8). | Serrette, R. | 1.0 |
| 04/25/2002 | Review of Administrative Fee Order and prepare for delivery of quarterly fee application  (.4); conference with L. Cotto re same (.2); prepare memo re administrative order (.3). | Serrette, R. | 0.9 |
| 04/26/2002 | Email to S. Hollinghead re: request certificate of no-objection be filed. | Cotto, L. | 0.1 |
| 04/29/2002 | Download recently filed asbestos bankruptcy case | Defreitas, V. | 0.8 |

pleadings.

| 04/29/2002 | Attended to MS memo re Judge Wolin (.1); attended to order issued by the Court from the Bench on April 22, 2002 (.1). | Krieger, A. | 0.2 |
| 04/30/2002 | Download recently filed asbestos bankruptcy case pleadings; update list of key professionals | Defreitas, V. | 0.8 |
| 04/30/2002 | Telephone call B. Katchen re Insurance litigation (.2); reviews update to docket (.1). | Krieger, A. | 0.3 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Calvo, Fernando | 0.8 | $ 135 | $ 108.00 |
| Cotto, Lisa | 6.1 | 170 | 1,037.00 |
| Defreitas, Vaughn | 9.8 | 100 | 980.00 |
| Krieger, Arlene | 6.0 | 475 | 2,850.00 |
| Kruger, Lewis | 0.8 | 695 | 556.00 |
| Mohamed, David | 1.7 | 100 | 170.00 |
| Serrette, Rosemarie | 3.1 | 170 | 527.00 |

Total For Professional Services Rendered    $ 6,228.00

Total for this Matter    $ 6,228.00

RE:    **Claims Analysis/Objections/Administration (Non-Asbestos)**
       **699843. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/02/2002 | Memo from and to J. Baer re Gulf Pacific Lease documentation and further extension of time to respond to the authority sought (.1). | Krieger, A. | 0.1 |
| 04/12/2002 | Telephone call C. Lane re GE stipulation. | Krieger, A. | 0.1 |
| 04/16/2002 | Attended to revised bar date pleadings (.3). | Krieger, A. | 0.4 |
| 04/18/2002 | Review final Bar Date pleadings. | Krieger, A. | 1.0 |
| 04/19/2002 | Reviewed correspondence from Gulf Pacific counsel re rejection damage claims (.2). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.8 | $ 475 | $ 855.00 |

|  | Total For Professional Services Rendered | $ 855.00 |
|--|------------------------------------------|----------|

**Total for this Matter**    $ 855.00

RE:    **Committee Matters and Creditor Meetings**
       **699843. 0017**

| Date | Description | Name | Hours |
|---|---|---|---|
| 04/01/2002 | Telephone call Sean Cunningham, C. Whitney re meeting with the Debtors and agenda items, memo to LK, KP re above and office conference LK re above (.4); follow up office conference Tom Maher and Sean Cunningham re Committee meeting and agenda (.3); telephone conference L.Hamilton re distribution of February operating results to the Committee (.1); telephone calls S. Cunningham re valuation analysis, agenda for Committee meeting with the Company (.4); attended to pleadings authorizing financial institutions to trade in a debtors' securities (1.6). | Krieger, A. | 2.8 |
| 04/01/2002 | Prepare revised memo to the Committee re Gulf Pacific matter (2.0). | Krieger, A. | 2.0 |
| 04/01/2002 | Telephone call with T. Maher regarding agenda and locale of company meeting with committee (.2). | Kruger, L. | 0.2 |
| 04/02/2002 | Memo to and from Tom Maher re proposed memo discussing the Gulf Pacific matter and revise memo (.5). | Krieger, A. | 0.5 |
| 04/03/2002 | Review, lease, sublease, correspondence received from Debtors' counsel re Gulf Pacific and prepare a revised memorandum to the committee discussion same (3.0); memorandum to J. Baer re additional questions for the Debtors re the Gulf Pacific matter (.5). | Krieger, A. | 3.6 |
| 04/04/2002 | Finalize memorandum to the committee re Gulf Pacific matter and office conference LK re same. | Krieger, A. | 1.0 |
| 04/04/2002 | Attended to memorandum to the Committee re Gulf Pacific proposal (.2). | Krieger, A. | 0.2 |
| 04/05/2002 | Memo to and from Jan Baer re responses to Gulf Pacific inquiry. | Krieger, A. | 0.1 |
| 04/05/2002 | T/c S.Cunningham re Committee meeting with the Debtors, agenda therefor including Paul Norris presentation on KERP, LTIP programs (.5); conference call Ed Ordway, S. Cunningham,KP re valuation analysis (3.); office conferences LK re 4/15/02 committee meeting (.2); prepare memorandum to the Committee re April 15 meeting and agenda (.8); memorandum to KP re Debtor | Krieger, A. | 4.0 |

presentation at the April 15 Meeting (.2); prepare
proposed agenda (.6); began to prepare
memorandum to the Committee re status of the
fraudulent transfer litigation, case management other
(1.0); memos from and to members of the  Committee
re Committee meeting (.4).

| 04/08/2002 | Prepare memorandum to the Committee re status of fraudulent transfer, case management, other matters (4.0); review FTI analysis re KERP, LTIP, severance programs (1.0); memo to M. Sasson re preparation of Committee memo (.1). | Krieger, A. | 5.1 |
| 04/08/2002 | Memos to and from J. Baer re outstanding information requests re Gulf Pacific matter (.2). | Krieger, A. | 0.2 |
| 04/09/2002 | Memorandum to the Committee re 4/15/02 Committee meeting (.2); memorandum from S. Cunningham and T. Maher re proposed agenda for the meeting and the memorandum to Jay Kapp re agenda for Grace presentations (.3); memoranda from and to W. Katchen re Committee meeting (.2); telephone call S. Cunningham re Blackstone discussion regarding Committee meeting (.2); office conferences RS re Committee meeting (.2); memoranda to KP, LK re Chambers Associates (.2); office conference M.Sasson re preparation of insert for Committee memorandum (.1); review and revise memorandum to the Committee re bar dates and fraudulent transfer litigation and forward same to KP (1.1); memorandum from and to members of the Committee re meeting (.2). | Krieger, A. | 2.7 |
| 04/10/2002 | Review  response to outstanding inquiries on Gulf Pacific and telephone call Jan Baer re same and Committee's position on settlement (.3). | Krieger, A. | 0.3 |
| 04/10/2002 | Memos from and to KP re memorandum to the Committee describing fraudulent conveyance and claims matters (.1); office conference LK re Chambers attendance at Committee meeting (.1); began to prepare proposed confidentiality agreement for Chambers (.3); telephone calls Tom Maher re Chambers and Committee meetings (.3); telephone calls C. Whitney Troyer re Debtors' presentations (.4); telephone call S. Cunningham re Committee memorandum re KERP, LTIP (.1); review insert for Committee memorandum re fraudulent conveyance litigation (.4); prepare memorandum to the Committee re April 15 meeting (.8); memos from and to R. Douglas re confidentiality agreement (.1). | Krieger, A. | 2.6 |
| 04/11/2002 | Office conference M.Sasson re preparation of revised memorandum to the Committee (.2); attended to memorandum to the Committee (1.3); memo to C. | Krieger, A. | 4.5 |

Whitney re Committee meeting information (.1); telephone conferences counsel to debt holder re trading securities order (.2); conference call Tom Maher re Committee meeting, and contact from debt holder re trading order and appointment to the Committee and F. Perch correspondence (.2); forward follow-up memorandum to the Committee re April 15 Meeting and Agenda therefor (.5); t/c R. Douglas re: confidentiality agreement (.2); telephone conference C. Whitney Troyer re Blackstone financial materials for the meeting (.1); telephone conference S. Cunningham re business plan analysis (.1); correspondence to Committee members re confidentiality agreement and related form of Acknowledgement (1.0); correspondence to C. Lane (K&E) re executed Acknowledgement (.4); memos from and to Members of the Committee re Committee meeting (.3).

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/12/2002 | Prepare final form of memorandum for the Committee re fraudulent transfer, bar date, other matters, forward memo to the Committee (1.0); memos to and from members of the Committee re April 15 meeting (.9); telephone conferences C. Whitney re April 15 meeting (.6); telephone conferences counsel to debt holder re Chinese/ethical wall for securities' trading authority and attend to correspondence to and from same (3.); telephone conferences C. Lane re Confidentially Agreement and forward same (.8). | Krieger, A. | 3.6 |
| 04/12/2002 | Consider U.S. Trustee letter inquiry regarding cancer committee. | Kruger, L. | 0.2 |
| 04/14/2002 | To SSL for preparation for 4/15/02 Creditors' Committee meeting. | Krieger, A. | 2.3 |
| 04/15/2002 | Prepared for, and then attendance at Creditors' Committee meeting (5.2); office conference LK re response to Frank Perch correspondence on Malignancy Claim Committee (.1). | Krieger, A. | 5.3 |
| 04/15/2002 | Attend Creditors' Committee meeting with Debtor to review business plan, KERP and asbestos issues (4.2). | Kruger, L. | 4.2 |
| 04/15/2002 | Prepare for, attend Creditors Committee meeting, presentation by debtors. | Sasson, M. | 4.5 |
| 04/15/2002 | Attend Creditors' Committee meeting (5.0). | Wintner, M. | 5.0 |
| 04/16/2002 | Telephone call counsel re bank holder's interest in appointment to the Committee (.3); extended telephone call R. Douglas re 4/15/02 Committee meeting (.6); correspondence to Committee Members | Krieger, A. | 2.9 |

|  |  |  |  |
|---|---|---|---|
| | re Grace business plan materials (.3); prepare memorandum to the Committee re Committee's position on formation of another separate asbestos' committee (1.3); telephone call R. Douglas re confidentiality agreement, materials for bank group (.2); office conference LK re discussion with bank debt holder regarding Committee appointment (.2).; | | |
| 04/16/2002 | Memo from J. Baer re Gulf Pacific correspondence. (.1). | Krieger, A. | 0.1 |
| 04/16/2002 | Office conference with A. Krieger and telephone call with T. Maher regarding response to U.S. Trustee regarding additional committee (.3); telephone call with P. Lockwood regarding same (.2). | Kruger, L. | 0.5 |
| 04/17/2002 | Memo from and to T. Maher re Committee position on formation of a separate Committee (.1); finalized same for the Committee (.5); office conference LK re same, Judge Wolin meeting and intervention by the Committee (.1); prepare correspondence to F. Perch re Committee position on separate malignancy Committee and telephone calls J. Kapp re same and correspondence to T. Maher re same (2.8); telephone call Tom Maher re Perch response and office conference LK re same (.2); memo from M. Chehi re Committee position on request for separate malignancy committee (.1); attended to memo from KP re Debtors' position on request for separate malignancy committee (.1); memo to R. Douglas re Committee By Laws (.3). | Krieger, A. | 4.2 |
| 04/17/2002 | Review of letter from proposed cancer committee (.2); office conference with A. Krieger regarding same and regarding response to U.S. Trustee (.2); review of letter to U.S. Trustee (.2). | Kruger, L. | 0.6 |
| 04/18/2002 | Finalize letter to F. Perch (.3); telephone call Jay Kapp re Committee's position on malignancy claimants' committee (.2); telephone call R. Douglas re April 12 memo (.1); prepare memorandum re 4/15/02 fraudulent transfer conference and related matters and office conference LK re same (2.5). | Krieger, A. | 3.1 |
| 04/18/2002 | Office conference with A. Krieger regarding memo to committee on results of meeting with Judge Wolin (.4); issues for court hearing on April 22, 2002; telephone call with T. Maher regarding Milberg Weiss fees(.2) | Kruger, L. | 0.6 |
| 04/19/2002 | Telephone call R. Douglas re confidentiality agreement, 4/17/02 order of the court (.2). | Krieger, A. | 0.2 |
| 04/24/2002 | Memo from and to Jan Baer re Gulf Pacific. | Krieger, A. | 0.5 |

| 04/25/2002 | Prepare memorandum to the Committee re National Union matter (3.9); office conference LK re National Union, Milberg Weiss, ZAI litigation, other (.5). | Krieger, A. | 4.4 |
|---|---|---|---|
| 04/26/2002 | Review, revise memorandum and review case law re National Union settlement (4.3); resignation by ABN Amro and office conference LK re same (.1). | Krieger, A. | 4.4 |
| 04/29/2002 | Revise National Union memorandum to reflect latest discussions on this matter and office conference LK re same and office conference MS re same (.5); correspondence from and memo to R. Douglas re Participant Confidentiality Agreement (.2); office conference LK re proposed correspondence to Judge Wolin and memo to Tom Maher re same (.3); memo to the Committee re stipulation with National Union (.3); finalize correspondence to Judge Wolin (.3); telephone call Bill Katchen re National Union matter and consideration by the count thereof (.3); memo to LK, KP, MS re substance of conversation with Bill Katchen and office conference LK re same (.3). | Krieger, A. | 1.9 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 62.5 | $ 475 | $ 29,687.50 |
| Kruger, Lewis | 6.3 | 695 | 4,378.50 |
| Sasson, Moshe | 4.5 | 395 | 1,777.50 |
| Wintner, Mark | 5.0 | 595 | 2,975.00 |

Total For Professional Services Rendered      $ 38,818.50

Total for this Matter      $ 38,818.50

RE:   **Fee Applications of Self**
      **699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/17/2002 | Review March 2002 time detail for SSL fee statement and memos to and from RS re same. | Krieger, A. | 0.7 |
| 04/18/2002 | Email with A. Krieger for status of review of time for fee application. | Cotto, L. | 0.1 |
| 04/18/2002 | Review of Grace bill for March discussing with accounting re same (1.1). | Serrette, R. | 1.1 |
| 04/25/2002 | review administrative fee order; prepare monthly fee applications for delivery; draft letter to Smith re: same. federal express same. | Cotto, L. | 4.0 |
| 04/26/2002 | prepare quarterly fee application and federal express same to Smith; draft letter. | Cotto, L. | 2.0 |
| 04/29/2002 | Attended to SSL time records for March 2002 and office conference RS re same (2.3). | Krieger, A. | 2.3 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|----------------------|-----------|----------|-----------|
| Cotto, Lisa | 6.1 | $ 170 | $ 1,037.00 |
| Krieger, Arlene | 3.0 | 475 | 1,425.00 |
| Serrette, Rosemarie | 1.1 | 170 | 187.00 |

Total For Professional Services Rendered   $ 2,649.00

**Total for this Matter**   $ 2,649.00

RE:    **Fee Applications of Others**
       **699843. 0020**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/01/2002 | Review Reed Smith fee application (.3). | Krieger, A. | 0.3 |
| 04/23/2002 | Conference with L. Cotto re Chambers reimbursement for January and February 2002 (.2). | Serrette, R. | 0.2 |
| 04/26/2002 | Conference with L. Hamilton (P&M) re amended administrative order and procedures outlined (.3). | Serrette, R. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 475 | $ 142.50 |
| Serrette, Rosemarie | 0.5 | 170 | 85.00 |

Total For Professional Services Rendered    $ 227.50

**Total for this Matter**    $ 227.50

**RE:**   **Employee Matters**
          **699843. 0021**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/02/2002 | Memos from and to M. Wintner re KERP proposal from the Company. | Krieger, A. | 0.5 |
| 04/04/2002 | Telephone call Jay Sakalo re Debtors' proposed modification of the KERP program (.2). | Krieger, A. | 0.2 |
| 04/05/2002 | Memos to and from J. Sakalo re retention program proposals (.1); office conference LK re above (.1); memo to MW re company employee programs (.1). | Krieger, A. | 0.3 |
| 04/09/2002 | Review proposal re: retention and severance plans. | Keppler, A. | 1.0 |
| 04/09/2002 | Telephone call S. Cunningham re Debtors' proposed revised KERP, LTIP programs (.3); extended conference call S. Cunningham re Debtors' proposed revised KERP, LTIP and Severance programs (1.1) and subsequent office conference with MW,  A. Keppler re same and case status (.4). | Krieger, A. | 1.8 |
| 04/09/2002 | Review FTI analysis of Debtor's compensation proposal (0.5); telephone conference with Sean Cunningham (FTI) and A. Krieger and A. Keppler to review proposal and analysis (1.1); follow-up with Krieger and Keppler (0.4). | Wintner, M. | 2.0 |
| 04/12/2002 | Review Company and P&M presentations and re severance and LTIP. | Keppler, A. | 1.0 |
| 04/15/2002 | Review materials re severance and LTIP. | Keppler, A. | 1.0 |
| 04/15/2002 | Review Debtor's proposal to modify LTIP, Retention Plan and severance Plan and FTI analysis thereof (1.0). | Wintner, M. | 1.0 |
| 04/24/2002 | Office conference MW re status of backup information for employee programs (.1); telephone call Sean Cunningham re employee programs, other (.5). | Krieger, A. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Keppler, Abbey | 3.0 | $ 450 | $ 1,350.00 |
| Krieger, Arlene | 3.4 | 475 | 1,615.00 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Wintner, Mark | 3.0 | 595 | 1,785.00 |

Total For Professional Services Rendered        $ 4,750.00

Total for this Matter        $ 4,750.00

RE:    **Environmental Matters/Regulations/Litigation**
        **699843. 0022**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/02/2002 | Review Chambers Inc. Environmental Memo; e-mails to Kruger. | Berg, M. | 0.7 |
| 04/02/2002 | Memo from and to M. Berg re Chambers analysis on asbestos-related environmental liabilities. | Krieger, A. | 0.2 |
| 04/03/2002 | Memo from and to KP, and then with M. Berg re EPA action in Libby (.2). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Berg, Madelaine | 0.7 | $ 415 | $ 290.50 |
| Krieger, Arlene | 0.4 | 475 | 190.00 |
| | | | |
| Total For Professional Services Rendered | | | $ 480.50 |

**Total for this Matter**    $ 480.50

RE:    **Expenses**
        **699843. 0024**

Total For Professional Services Rendered    $ 0.00

**Total for this Matter**    $ 0.00

**RE:     Litigation/Fraudulent Conveyance**
**699843. 0034**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/01/2002 | Memos from and to M. Bowen re data from Automated Legal Solution and telephone call L. Robinson re system information and contact (.5); memos from and to LK, KP re debtors participation and the Committee's participation in the litigation (.7). | Krieger, A. | 1.2 |
| 04/01/2002 | Office conference with A. Krieger and K. Pasquale regarding issues in fraudulent transfer matter and possible retention of Milberg Weiss (.4). | Kruger, L. | 0.4 |
| 04/01/2002 | Telephone conference M. Browdy re company's position in case (.2) | Pasquale, K. | 0.2 |
| 04/02/2002 | Review sample IPRO and Concordance data (.5); create Concordance database and load test data (0.6); tel. conf. with L. Robinson (ALS) re deficiencies in data format and delivery schedule for future data shipments (0.3). | Bowen, M. | 1.4 |
| 04/03/2002 | Create IPRO imagebase, import image index file and copy images to IPRO server (0.8); edit design of Concordance database and import coding for first CD (0.6). | Bowen, M. | 1.4 |
| 04/03/2002 | Attended to Judge Wolin order consolidating adversaries (.1). | Krieger, A. | 0.1 |
| 04/04/2002 | Review Grace motion and related pleadings to intervene in the fraudulent conveyance adversaries (.8). | Krieger, A. | 0.8 |
| 04/05/2002 | Update Concordance database to incorporate security and edit design. | Bowen, M. | 0.4 |
| 04/05/2002 | Memos from and to KP re Grace's intervention motion and review of complaints and answers. | Krieger, A. | 0.3 |
| 04/05/2002 | Review, print and distribute documents received via e-mail by Vaughn Dfreitas and add to file. | Mariano, C. | 3.3 |
| 04/05/2002 | Conference call with KCI, A. Krieger re recovery issues | Pasquale, K. | 0.4 |
| 04/08/2002 | Review prior correspondence, e-mails, filings. | Sasson, M. | 1.5 |

| 04/09/2002 | Load new document images to IPRO server. | Bowen, M. | 0.2 |
| 04/09/2002 | Review, print and distribute several e-mails from Vaughan Defreitas. | Mariano, C. | 1.1 |
| 04/09/2002 | O/c C. Mariano re: pleadings in fraudulent transfer actions(1.0); review same.(.5) | Sasson, M. | 1.5 |
| 04/10/2002 | Review and reply to e-mail from L. Robinson re corrections to coding data. | Bowen, M. | 0.2 |
| 04/10/2002 | Attended to correspondence from Milberg Weiss and office conference LK and KP re same (.3); telephone call Brad Friedman re proposed retention of Milberg Weiss and removal of McKool Smith (.2); telephone call LK re same (.1); memo from KP re Chambers review of documentation (.1) | Krieger, A. | 0.7 |
| 04/10/2002 | Office conference with A. Krieger regarding Milberg Weiss' letter regarding meeting with Judge Wolin regarding fraudulent transfer. | Kruger, L. | 0.3 |
| 04/10/2002 | Draft summary of pleading (2.9); t/c A. Krieger re: same.(.6) | Sasson, M. | 3.5 |
| 04/11/2002 | Tel. conf. with J. Porter (ALS) re corrections to existing data and schedule for future deliveries (0.2); correct image index files for existing CD-ROM's and re-load (0.3). | Bowen, M. | 0.5 |
| 04/11/2002 | Memo to KP re substance of conversation with Brad Friedman (.1); telephone conference  LK re proposed substitution of McKool Smith as counsel (.2); memo to J. Sakalo re substitution of counsel (.1);  office conference KP re substance of conversation with PD Committee counsel (.2); correspondence from Brad Friedman re agenda for April 15, 2002 status conference before Judge Wolin (.2). | Krieger, A. | 0.8 |
| 04/11/2002 | T/c A. Krieger re: summary of pleadings(.9) revise same(3); review agenda(.5) | Sasson, M. | 1.7 |
| 04/12/2002 | Office conference M. Sassower re case management schedule for ZAI litigation, and Milberg Weiss correspondence re fraudulent conveyance litigation (.5); telephone conference LK re above (.1); review objections by PD Committee and by PI Committee to Grace intervention motion (1.0). | Krieger, A. | 1.6 |
| 04/12/2002 | Review memo to committee, agenda, Berrick letter re: ZAI test cases(2.5); motions to intervene(1.0) objections thereto(.5) | Sasson, M. | 4.0 |

| 04/15/2002 | Review new CD received from ALS, copy images to IPRO server and update imagebase (0.9); review new coding data and import to Concordance database (0.6). | Bowen, M. | 1.5 |
| 04/15/2002 | Office conference LK re conference before Judge Wolin re new counsel and conduct of litigation | Krieger, A. | 0.1 |
| 04/15/2002 | Attend conference before Judge Wolin regarding fraudulent transfer litigation to be led by Milberg Weiss. | Kruger, L. | 1.3 |
| 04/17/2002 | Extended office conference MS re discovery, intervention, other issues (.6); memos to and from MS re discovery request by local counsel (.2). | Krieger, A. | 0.8 |
| 04/17/2002 | Review production for solvency opinions, e-mail B. Katchen re: same (2.5); o/c A. Krieger re: status (.7); t/c M. Bowen re: document production. | Sasson, M. | 3.2 |
| 04/18/2002 | Attended to correspondence from Milberg Weiss (.2); office conference LK re above and inquiry regarding hourly rates and office conferences RS and M. Sasson re same (.5). | Krieger, A. | 0.7 |
| 04/18/2002 | T/c Scott McMillan re: Debtors' Motion to Intervene; draft letter in support; t/c A. Krieger re: same, review e-mails, filings, etc. | Sasson, M. | 1.5 |
| 04/19/2002 | Memo from MS re Grace's intervention motion and Committee's position thereon (.2). | Krieger, A. | 0.2 |
| 04/19/2002 | Draft letter to Wolin; o/c A. Kreiger re: same, litigation (.5). | Sasson, M. | 0.5 |
| 04/22/2002 | Conf. with M. Sasson re use of IPRO and Concordance to search for documents (1.8); inspect IPRO imagebase for discrepancies (0.2). | Bowen, M. | 2.0 |
| 04/22/2002 | O/c M. Bowen, review Grace documents produced in fraudulent transfer litigation. | Sasson, M. | 4.0 |
| 04/23/2002 | Continued review of Grace documents in F.T. actions. | Sasson, M. | 6.0 |
| 04/24/2002 | Office conference MS re intervention discussions (.1) | Krieger, A. | 0.1 |
| 04/24/2002 | Review 9 boxes to send to Mr. Chipman to determine which doucments need to be copied. Meet with Skyline Duplication re: copying boxes. | Mariano, C. | 3.5 |
| 04/24/2002 | T/c A. Krieger re: B. Katchen, solvency opinions (.3); t/c, e-mail B. Chipman re: documents (.5); IPRO review of Grace documents for asbestos liability, | Sasson, M. | 8.3 |

| | | | |
|---|---|---|---|
| | insurance and Steward economics (5.5); o/c C. Mariano re: documents to B. Chipman, fedex same (.5); o/c K. Pasquale, A. Krieger re: status (1.5). | | |
| 04/25/2002 | Review and import new coding data to Concordance database (0.4); copy images to IPRO server and udpate imagebase (.2). | Bowen, M. | 0.6 |
| 04/25/2002 | Prepare correspondence to Judge Wolin re Milberg Weiss budget (1.6). | Krieger, A. | 1.6 |
| 04/25/2002 | Office conferences RS re Milberg Weiss budget (.4); office conference B. Katchen re solvency analysis (.5). | Krieger, A. | 0.9 |
| 04/25/2002 | Office conference with A. Krieger and W. Katchen regarding strategy, Judge Wolin's approach to fraudulent transfer and settlement issue (.3). | Kruger, L. | 0.3 |
| 04/25/2002 | Review 9 boxes being forward to B. Chipman (3.5). Draft cover letter to Mr. Chipman (.3). Review docket received from Vaughn Defreitas (.5). Print all attachments from e-mails received by Mr. Defreitas (.7). | Mariano, C. | 5.0 |
| 04/25/2002 | Continued review of Grace documents; create index of important documents (4.0); o/c C. Mariano, send docurnents to B. Chipman; e-mail same (.70). | Sasson, M. | 4.7 |
| 04/26/2002 | Review and revise proposed correspondence to Judge Wolin re Milberg Weiss letter (.6). | Krieger, A. | 0.6 |
| 04/29/2002 | Review and load new coding data to Concordance database (0.4), copy images to IPRO server and update imagebase (0.5). | Bowen, M. | 0.9 |
| 04/29/2002 | Finalize correspondence to Judge Wolin (.3). | Krieger, A. | 0.3 |
| 04/29/2002 | Revise letter to Wolin, serve/file same (1.5); review library research, memo to KP, AK re: same (1.2); review Prudential cases re: Weiss fees (1.2). | Sasson, M. | 3.9 |
| 04/30/2002 | Attended to correspondence to Judge Wolin re Debtors' intervention motion and correspondence to parties and office conference MS re same  (.5). | Krieger, A. | 0.5 |
| 04/30/2002 | Review documents and prepare binders for Moshe Sasson and Arlene Krieger with documents relating to potential asbestos litigation. | Mariano, C. | 3.0 |
| 04/30/2002 | T/c S. McMillan, M. Browdy, A. Krieger, P. Bentley re: fraudulent conveyance atctions, intervention (1.5); review document production for additional insurance documents (2.0). | Sasson, M. | 3.5 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Bowen, Mark | 9.1 | $ 175 | $ 1,592.50 |
| Krieger, Arlene | 11.3 | 475 | 5,367.50 |
| Kruger, Lewis | 2.3 | 695 | 1,598.50 |
| Mariano, Christine | 15.9 | 155 | 2,464.50 |
| Pasquale, Kenneth | 0.6 | 495 | 297.00 |
| Sasson, Moshe | 47.8 | 395 | 18,881.00 |

Total For Professional Services Rendered   $ 30,201.00

**Total for this Matter**   $ 30,201.00

RE:     **Non-Working Travel Time**
        **699843. 0035**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/22/2002 | Return to New York from Pittsburgh court hearing. | Krieger, A. | 2.8 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.8 | $ 475 | $ 1,330.00 |

|  | Total For Professional Services Rendered | $ 1,330.00 |
|--|------------------------------------------|------------|

|  | **Total for this Matter** | $ 1,330.00 |
|--|---------------------------|------------|

RE:    **Preparation for and Attendance at Hearings**
       **699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/18/2002 | Review agenda for April 22, 2002 hearings and office conference V. DeFreitas re pleadings to be obtained (.3); office conference LK re 4/22/02 hearings (.2). | Krieger, A. | 0.5 |
| 04/19/2002 | Memos to and from Jan Baer re National Union, ZAI litigation matters, bar date order (.3); memo to and from D. Carickhoff re hearing on Kellogg motion(.1); memos to and from Jay Kapp re National Union and Telephone call Jay Kapp re same (.5); telephone call Andrew Running re Sobol correspondence on the ZAI litigation (.1); attended to Sobol correspondence and to and from A. Running re same (.2); review transcript from 3//18/02 hearing re ZAI discussion (2.6); office conference MS re National Union pleading and ZAI counsel response (1.0); memo to and from A. Running re ZAI response to Barnick letter (.1). | Krieger, A. | 4.9 |
| 04/21/2002 | Office conferences LK re agenda, National Union, ZAI, other (.4); prepared for hearing (3.5). | Krieger, A. | 3.9 |
| 04/22/2002 | To Pittsburgh to represent the Committee at court hearing before Judge Fitzgerald and attendance at court hearing (5.8). | Krieger, A. | 5.8 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 15.1 | $ 475 | $ 7,172.50 |
| | | Total For Professional Services Rendered | $ 7,172.50 |

**Total for this Matter**    $ 7,172.50

RE:    **Retention of Professionals**
       **699843. 0040**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/24/2002 | Telephone call Jay Kapp re amended application to retain PWC (.1). | Krieger, A. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.1 | $ 475 | $ 47.50 |
| | Total For Professional Services Rendered | | $ 47.50 |

| | | |
|---|---|---|
| **Total for this Matter** | | $ 47.50 |

RE:    **Stay Litigation (Section 362)**
       **699843. 0041**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/19/2002 | Attended to stipulation modifying prior Honeywell stipulation; memo to D. Carickh off re same (.4). | Krieger, A. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.4 | $ 475 | $ 190.00 |
| Total For Professional Services Rendered | | | $ 190.00 |

**Total for this Matter**    $ 190.00

RE:    **Tax/General**
       **699843. 0047**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/01/2002 | Research re:net operating loss carrybacks under alternative minimum tax structure (0.9). | Brandes, R. | 0.9 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 0.9 | $ 185 | $ 166.50 |
| | Total For Professional Services Rendered | | $ 166.50 |

**Total for this Matter**    $ 166.50

Total For Professional Services Rendered     97,916.50

**Total Bill**     **$ 97,916.50**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

May 28, 2002
Invoice: 261851

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**EXPENSES INCURRED** during the period through April 30, 2002, including:

| Date | Description | Amount |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 04/03/2002 | Federal Express T#829433678604 R SERRETTE to: SHELLEY A HOLLINGHEAD WILMINGTON,D | 8.87 |
| 04/24/2002 | Federal Express T#829407416246 SASSON to: BO CHIPMAN WASHINGTON,DC | 9.81 |
| 04/25/2002 | NYC Two Ways Inc.Packages KRUGER 04/12/02 17:35 M from 180 MAIDEN LA to 257 W 86 | 29.70 |
| 04/25/2002 | Federal Express T#829406988297 M SASSON to: BO CHIPMAN WASHINGTON,DC | 19.12 |
| 04/25/2002 | Federal Express T#829406988301 M SASSON to: BO CHIPMAN WASHINGTON,DC | 29.68 |
| 04/25/2002 | Federal Express T#829407421337 COTTO. to: WARREN H SMITH DALLAS,TX | 30.45 |
| 04/25/2002 | Federal Express T#831137276240 M SASSON to: BO CHIPMAN WASHINGTON,DC | 27.56 |
| 04/25/2002 | Federal Express T#831137276251 M SASSON to: BO CHIPMAN WASHINGTON,DC | 19.12 |
| 04/25/2002 | Federal Express T#831137276262 M SASSON to: BO CHIPMAN WASHINGTON,DC | 27.56 |
| 04/25/2002 | Federal Express T#831137276273 M SASSON to: BO CHIPMAN WASHINGTON,DC | 31.80 |
| 04/25/2002 | Federal Express T#831137276284 M SASSON to: BO CHIPMAN WASHINGTON,DC | 24.38 |

| | | |
|---|---|---|
| 04/25/2002 | Federal Express T#831137276295 M SASSON to: BO CHIPMAN WASHINGTON,DC | 28.62 |
| 04/25/2002 | Federal Express T#831137276300 M SASSON to: BO CHIPMAN WASHINGTON,DC | 29.68 |
| 04/25/2002 | Federal Express T#831137276321 M SASSON to: BO CHIPMAN WASHINGTON,DC | 12.69 |
| 04/26/2002 | Federal Express T#824338812382 COTTO to: WARREN H SMITH DALLAS,TX | 28.08 |
| | **Outside Messenger Service Total** | **357.12** |

**Overtime**

| | | |
|---|---|---|
| 02/26/2002 | Cr card calls12/01 | -4.91 |
| | **Overtime Total** | **-4.91** |

**Local Transportation**

| | | |
|---|---|---|
| 04/08/2002 | NYC Two Ways Inc. KRIEGER 03/26/02 20:00 M from 180 MAIDEN LA to E 86 ST M | 24.60 |
| 04/11/2002 | NYC Two Ways Inc. KRIEGER 03/18/02 9:04 M from 10 EAST END A to 343 7 AVE M | 22.64 |
| 04/11/2002 | VENDOR: Petty Cash; INVOICE#: 04/11/02; DATE: 4/11/02 - 04/09/02  NY PETTY CASH  M.SASSON | 8.00 |
| 04/17/2002 | VENDOR: Petty Cash; INVOICE#: 04/17/02; DATE: 4/17/02 - 04/14/02  NY PETTY CASH  A.KRIEGER | 14.00 |
| 04/25/2002 | NYC Two Ways Inc. KRUGER 04/15/02 8:52 M from 257 W 86 ST M to E 48 ST M | 27.36 |
| | **Local Transportation Total** | **96.60** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 04/01/2002 | EXTN.5544, TEL.954-481-9423, S.T.09:43, DUR.01:18 | 0.65 |
| 04/01/2002 | EXTN.5544, TEL.201-556-4040, S.T.14:49, DUR.07:36 | 2.59 |
| 04/01/2002 | EXTN.5562, TEL.312-861-2460, S.T.13:24, DUR.05:12 | 1.94 |
| 04/03/2002 | EXTN.5562, TEL.202-429-2992, S.T.10:24, DUR.00:24 | 0.32 |
| 04/03/2002 | EXTN.6689, TEL.201-556-4021, S.T.09:41, DUR.00:24 | 0.32 |
| 04/03/2002 | EXTN.6689, TEL.201-556-4021, S.T.10:12, DUR.01:30 | 0.65 |
| 04/05/2002 | EXTN.3544, TEL.201-556-4040, S.T.15:03, DUR.01:42 | 0.65 |
| 04/05/2002 | EXTN.3544, TEL.201-556-4040, S.T.15:54, DUR.01:06 | 0.65 |
| 04/05/2002 | EXTN.3544, TEL.267-321-6682, S.T.17:54, DUR.01:54 | 0.65 |

| 04/05/2002 | EXTN.5544, TEL.201-556-4040, S.T.12:09, DUR.01:06 | 0.65 |
| 04/05/2002 | EXTN.5544, TEL.201-556-4040, S.T.12:46, DUR.01:30 | 0.65 |
| 04/08/2002 | EXTN.5562, TEL.305-358-9900, S.T.12:27, DUR.01:48 | 0.65 |
| 04/08/2002 | EXTN.5562, TEL.305-358-9900, S.T.17:16, DUR.02:18 | 0.97 |
| 04/08/2002 | EXTN.5562, TEL.305-358-5191, S.T.18:12, DUR.08:42 | 2.92 |
| 04/09/2002 | VENDOR: Lewis Kruger; INVOICE#: 04/03/02; DATE: 4/9/02 - 02/08 - 03/08   PHONE CHARGES | 0.30 |
| 04/09/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:00, DUR.05:36 | 1.94 |
| 04/09/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:45, DUR.00:06 | 0.32 |
| 04/09/2002 | EXTN.5492, TEL.954-583-0773, S.T.20:54, DUR.02:18 | 0.74 |
| 04/09/2002 | EXTN.5492, TEL.954-583-0773, S.T.21:24, DUR.40:18 | 10.13 |
| 04/09/2002 | EXTN.6406, TEL.201-556-4040, S.T.14:11, DUR.55:06 | 18.14 |
| 04/10/2002 | EXTN.5544, TEL.312-861-2162, S.T.10:00, DUR.02:54 | 0.97 |
| 04/10/2002 | EXTN.5544, TEL.201-556-4040, S.T.16:01, DUR.01:24 | 0.65 |
| 04/10/2002 | EXTN.5544, TEL.312-861-2000, S.T.17:24, DUR.02:06 | 0.97 |
| 04/11/2002 | EXTN.5562, TEL.202-862-5081, S.T.12:20, DUR.01:00 | 0.32 |
| 04/12/2002 | EXTN.3544, TEL.312-861-3268, S.T.15:02, DUR.02:54 | 0.97 |
| 04/12/2002 | EXTN.3544, TEL.312-861-3268, S.T.15:32, DUR.05:00 | 1.62 |
| 04/12/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:47, DUR.02:06 | 0.97 |
| 04/12/2002 | EXTN.5544, TEL.312-861-3268, S.T.14:52, DUR.02:24 | 0.97 |
| 04/12/2002 | EXTN.5544, TEL.201-843-4900, S.T.15:29, DUR.01:30 | 0.65 |
| 04/15/2002 | EXTN.5003, TEL.302-651-3000, S.T.12:50, DUR.00:30 | 0.32 |
| 04/15/2002 | EXTN.5004, TEL.302-651-3160, S.T.09:58, DUR.04:12 | 1.62 |
| 04/15/2002 | EXTN.5488, TEL.845-629-4900, S.T.16:28, DUR.01:18 | 0.56 |
| 04/15/2002 | EXTN.5492, TEL.954-583-0773, S.T.10:19, DUR.24:42 | 8.10 |
| 04/16/2002 | EXTN.5544, TEL.312-861-2124, S.T.12:37, DUR.01:48 | 0.65 |
| 04/17/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:17, DUR.01:48 | 0.65 |
| 04/17/2002 | EXTN.5492, TEL.757-575-0584, S.T.18:44, DUR.00:30 | 0.32 |

| | | |
|---|---|---|
| 04/17/2002 | EXTN.5544, TEL.312-861-2124, S.T.10:49, DUR.08:00 | 2.59 |
| 04/18/2002 | EXTN.3544, TEL.302-573-6491, S.T.10:18, DUR.02:12 | 0.97 |
| 04/18/2002 | EXTN.5492, TEL.757-575-0584, S.T.11:22, DUR.00:06 | 0.32 |
| 04/18/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:44, DUR.00:06 | 0.32 |
| 04/18/2002 | EXTN.5544, TEL.312-861-2124, S.T.10:11, DUR.03:30 | 1.30 |
| 04/18/2002 | EXTN.5544, TEL.215-597-4411, S.T.10:17, DUR.00:48 | 0.32 |
| 04/18/2002 | EXTN.6689, TEL.302-652-4100, S.T.16:49, DUR.04:06 | 1.62 |
| 04/19/2002 | EXTN.3544, TEL.312-861-2412, S.T.17:31, DUR.01:00 | 0.32 |
| 04/19/2002 | EXTN.5544, TEL.312-861-2412, S.T.11:04, DUR.00:48 | 0.32 |
| 04/19/2002 | EXTN.6689, TEL.302-652-4100, S.T.12:21, DUR.02:24 | 0.97 |
| 04/19/2002 | EXTN.6689, TEL.302-252-2900, S.T.12:24, DUR.02:36 | 0.97 |
| 04/19/2002 | EXTN.6689, TEL.302-252-2928, S.T.12:27, DUR.00:48 | 0.32 |
| 04/19/2002 | EXTN.6689, TEL.412-644-2700, S.T.12:33, DUR.03:18 | 1.30 |
| 04/23/2002 | EXTN.3492, TEL.954-818-9700, S.T.12:34, DUR.14:12 | 4.86 |
| 04/23/2002 | EXTN.5492, TEL.201-556-4021, S.T.16:26, DUR.02:48 | 0.97 |
| 04/23/2002 | EXTN.6689, TEL.302-573-5018, S.T.09:39, DUR.01:00 | 0.32 |
| 04/24/2002 | EXTN.5544, TEL.201-556-4040, S.T.11:01, DUR.00:36 | 0.32 |
| 04/24/2002 | EXTN.5544, TEL.312-861-2124, S.T.11:19, DUR.32:48 | 10.69 |
| 04/24/2002 | EXTN.5544, TEL.973-424-2000, S.T.16:54, DUR.02:00 | 0.65 |
| 04/24/2002 | EXTN.5544, TEL.201-981-1125, S.T.17:26, DUR.00:24 | 0.32 |
| 04/24/2002 | EXTN.6015, TEL.202-371-9770, S.T.10:07, DUR.08:06 | 2.92 |
| 04/24/2002 | EXTN.6015, TEL.202-454-6617, S.T.12:05, DUR.00:24 | 0.32 |
| 04/24/2002 | EXTN.6015, TEL.202-454-6617, S.T.14:33, DUR.00:18 | 0.32 |
| 04/25/2002 | EXTN.3430, TEL.312-861-2000, S.T.14:09, DUR.01:06 | 0.65 |
| 04/25/2002 | EXTN.5492, TEL.201-843-4900, S.T.16:02, DUR.02:36 | 0.97 |
| 04/26/2002 | EXTN.5004, TEL.312-861-2248, S.T.17:27, DUR.05:36 | 1.94 |
| 04/26/2002 | EXTN.5492, TEL.201-556-4021, S.T.11:41, DUR.13:12 | 4.54 |
| 04/26/2002 | EXTN.5492, TEL.757-575-0584, S.T.12:48, DUR.21:48 | 7.13 |

| | | |
|---|---|---|
| 04/29/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:17, DUR.00:06 | 0.32 |
| 04/29/2002 | EXTN.5492, TEL.201-384-1279, S.T.15:58, DUR.00:54 | 0.32 |
| 04/30/2002 | Cr card calls 2/02-3/02 | 1.84 |
| 04/30/2002 | EXTN.5492, TEL.954-818-9700, S.T.13:10, DUR.04:00 | 1.30 |
| 04/30/2002 | EXTN.5544, TEL.973-424-2000, S.T.18:34, DUR.01:00 | 0.32 |
| 04/30/2002 | EXTN.5760, TEL.973-424-2000, S.T.10:32, DUR.01:48 | 0.65 |
| 04/30/2002 | EXTN.5760, TEL.973-645-2580, S.T.10:34, DUR.01:24 | 0.65 |
| 04/30/2002 | EXTN.6015, TEL.312-861-2000, S.T.16:33, DUR.12:36 | 4.21 |
| | **Long Distance Telephone Total** | **124.31** |

**Duplicating Costs-in House**

| | |
|---|---|
| 04/01/2002 | 1.60 |
| 04/01/2002 | 0.20 |
| 04/01/2002 | 0.20 |
| 04/02/2002 | 1.10 |
| 04/02/2002 | 2.20 |
| 04/02/2002 | 0.40 |
| 04/03/2002 | 3.50 |
| 04/08/2002 | 1.20 |
| 04/11/2002 | 0.30 |
| 04/11/2002 | 0.30 |
| 04/11/2002 | 0.10 |
| 04/11/2002 | 0.70 |
| 04/11/2002 | 0.50 |
| 04/11/2002 | 0.80 |
| 04/12/2002 | 3.00 |
| 04/15/2002 | 7.60 |
| 04/15/2002 | 5.80 |
| 04/16/2002 | 0.60 |
| 04/16/2002 | 1.80 |

| 04/16/2002 | 14.50 |
| 04/17/2002 | 1.20 |
| 04/17/2002 | 0.60 |
| 04/17/2002 | 0.30 |
| 04/17/2002 | 2.00 |
| 04/17/2002 | 5.60 |
| 04/18/2002 | 1.50 |
| 04/18/2002 | 0.60 |
| 04/18/2002 | 1.70 |
| 04/18/2002 | 0.50 |
| 04/19/2002 | 21.10 |
| 04/19/2002 | 0.60 |
| 04/19/2002 | 4.80 |
| 04/19/2002 | 1.50 |
| 04/19/2002 | 1.50 |
| 04/22/2002 | 3.70 |
| 04/23/2002 | 0.40 |
| 04/23/2002 | 0.10 |
| 04/24/2002 | 3.20 |
| 04/24/2002 | 8.90 |
| 04/24/2002 | 22.00 |
| 04/25/2002 | 38.70 |
| 04/25/2002 | 25.70 |
| 04/25/2002 | 13.70 |
| 04/25/2002 | 19.20 |
| 04/25/2002 | 66.40 |
| 04/25/2002 | 46.90 |
| 04/25/2002 | 0.30 |

| | | |
|---|---|---:|
| 04/25/2002 | | 0.10 |
| 04/26/2002 | | 0.40 |
| 04/26/2002 | | 18.90 |
| 04/26/2002 | | 1.20 |
| 04/26/2002 | | 20.60 |
| 04/29/2002 | | 1.20 |
| 04/29/2002 | | 0.10 |
| 04/29/2002 | | 5.20 |
| 04/30/2002 | | 0.10 |
| 04/30/2002 | | 7.00 |
| 04/30/2002 | | 75.10 |

| **Duplicating Costs-in House Total** | **469.00** |
|---|---:|

**Postage**

| 04/23/2002 | Postage Charged by  on 04/16/2002 | 10.44 |
|---|---|---:|

| **Postage Total** | **10.44** |
|---|---:|

**In House Messenger Service**

| 04/12/2002 | Early Bird Messenger Vehicle Rush from  to  STROOCK & STROOCK & LAVAN, 767 3RD A | 30.45 |
|---|---|---:|

| **In House Messenger Service Total** | **30.45** |
|---|---:|

**Lexis/Nexis**

| 04/25/2002 | | 80.18 |
|---|---|---:|

| **Lexis/Nexis Total** | **80.18** |
|---|---:|

**Facsimile Charges**

| 04/11/2002 | FAX # 455-2502 | 2.00 |
|---|---|---:|
| 04/11/2002 | FAX # 312-660-0623 | 4.00 |
| 04/17/2002 | FAX # 622-3783 | 4.00 |
| 04/18/2002 | FAX # 305-374-7593 | 4.00 |
| 04/18/2002 | FAX # 622-3783 | 4.00 |
| 04/18/2002 | FAX # 622-3783 | 6.00 |

| **Facsimile Charges Total** | **24.00** |
|---|---:|

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 04/11/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 040102; DATE: 4/1/02 - Visa charge 1/29/02 L Kruger Penn Station to Wilmington | -194.00 |
| 04/11/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 040102; DATE: 4/1/02 - Visa charge 11/19/01 L Kruger | -67.00 |
| 04/16/2002 | AMEX KRIEGER/ARLENE NYP WIL NYP on 03/13/2002 | 194.00 |
| 04/16/2002 | AMEX SASSON/MOSHE NYP WIL NYP on 03/14/2002 | 194.00 |
| | **Travel Expenses - Transportation Total** | **127.00** |

**Westlaw**

| | | |
|---|---|---:|
| 04/03/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 284.00 |
| 04/15/2002 | ; Duration 0:00:00; By COTTO LISA | 10.00 |
| 04/25/2002 | ; Duration 0:13:53; By JONES MARGARET | 108.30 |
| 04/26/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 100.00 |
| | **Westlaw Total** | **502.30** |

### Bill Disbursement Summary

| | | |
|---|---:|---:|
| Outside Messenger Service | $ 357.12 | |
| Overtime | -4.91 | |
| Local Transportation | 96.60 | |
| Long Distance Telephone | 124.31 | |
| Duplicating Costs-in House | 469.00 | |
| Postage | 10.44 | |
| In House Messenger Service | 30.45 | |
| Lexis/Nexis | 80.18 | |
| Facsimile Charges | 24.00 | |
| Travel Expenses - Transportation | 127.00 | |
| Westlaw | 502.30 | $1,816.49 |
| Chambers Associates Incorporated | | $9,772.37 |
| **Total Disbursements** | | **$11,588.86** |

WLM\161343.1

SSL-DOCS1 1226226v1