UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2002 JUN -3 PM 12: 55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | Chapter 11 Case |
| § | Case No. 01-01139 |
| W.R. GRACE & CO. § | |
| DEBTOR § | |

## CORPUS CHRISTI GASKET & FASTENER, INC.'S RULE 2002 REQUEST TO RECEIVE ALL NOTICES AND FILING OF NOTICE OF APPEARANCE

Corpus Christi Gasket & Fastener, Inc. ("CCG"), a creditor of the above named debtor, pursuant to Bankruptcy Rule 2002, hereby requests that it receive all notices, pleadings, and orders filed or served in this bankruptcy case. Full protection of Corpus Christi Gasket & Fastener, Inc.'s interests requires that it be kept fully informed of all matters concerning this bankruptcy proceeding. All such notices, pleadings, and orders are hereby requested be sent to the bankruptcy attorney for Corpus Christi Gasket & Fastener, Inc., Timothy P. Dowling, of Gary, Thomasson, Hall & Marks Professional Corporation. It is requested that notices and pleadings be sent by email to the undersigned by sending the same to: bkcases@gthm.com (provided, however, that the undersigned requests that he receive a "hard" paper copy of any plan or disclosure statement filed in this case, and any other document he requests be provided by paper copy after receiving an email copy of the same)[1]. If the sender does not email the document, the document should be sent to: Timothy P. Dowling, Gary, Thomasson, Hall & Marks, P.C., 210 S. Carancahua, Corpus Christi, Texas 78401.

Pursuant to Bankruptcy Rule 9010(b), Timothy P. Dowling hereby files this Notice of Appearance in this case as counsel for Corpus Christi Gasket & Fastener, Inc. All plans and disclosure statements are hereby also requested to be served on the above counsel ("hard" paper copies) at or before the time they are filed with the Clerk of this Court.

---

[1] When sending documents by email, please send them in WordPerfect 8 format, or failing that, in Word 97 format.

250144.1/TPD/423

Respectfully submitted,

_____
Mr. Timothy P. Dowling
Attorney for Corpus Christi Gasket & Fastener, Inc.
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
P.O. Box 2888
Corpus Christi, Texas  78401
Telephone: (361) 884-1961
Fax: (361) 889-5100
Email: bkcases@gthm.com

## CERTIFICATE OF SERVICE

I certify that on May 31, 2002, a complete and correct copy of the foregoing Rule 2002 Request to Receive Notice was served by delivery to the following attorneys of record in the manner indicated below:

Certified Mail, Return Receipt Requested:
David W. Carickhoff, Jr
Pachulski Stang Ziehl Young & Jones
919 N. Market St., 16th Floor
Wilmington, DE 19899-8705

By First Class Mail:

William K. Harrington
Duane Morris LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801

Keavin D. McDonald
1221 McKinney, Ste. 4550
Houston, TX 77010

Christopher S. Sontchi
Ashby & Geddes
222 Delaware Ave., 17th Floor
Wilmington, DE 19899

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West St., Ste. 1410
Wilmington, DE 19801

Rick S. Miller
Ferry & Joseph
824 Market St., Ste. 904
Wilmington, DE 19899

Matthew G. Zaleski III
Campbell & Levine LLC
Chase Manhattan Center
1201 N. Market St., 15th Floor
Wilmington, DE 19899

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Frank J. Perch
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

_____
Timothy P. Dowling