# EXHIBIT 2

# Property Damage for WR Grace

**Total number of parties: 124**

## Exhibit 2
## Property Damage Counsel

| | | |
|---|---|---|
| ANDERSON, KILL, OLICK & OSHINSKY<br>666 THIRD AVE<br>NEW YORK, NY 10017 | ANDERSON, QUINN WYLAND, YOST & SCANLIN<br>811 GATEHOUSE RD<br>FALLS CHURCH, VA 22047 | ARTER & HADDEN<br>10 W BROAD ST<br>COLUMBUS, OH 43215 |
| ATTORNEY GENERAL OF IDAHO<br>700 W JEFFERSON ST<br>BOISE, ID 83720-0600 | BAGGETT, MCCALL & BURGESS<br>30006 COUNTRY CLUB ROAD<br>LAKE CHARLES, LA 70606-7820 | BAKER & HOSTETLER<br>P O BOX 70189-T<br>CLEVELAND, OH 44114-3485 |
| BARRET LAW OFFICES<br>404 COURT SQ N<br>PO BOX 987<br>LEXINGTON, MS 39095 | BARRETT LAW OFFICES<br>404 COURT SQ N<br>PO BOX 987<br>LEXINGTON, MS 39095 | BEARD & SUTHERLAND<br>1103 BECK BLDG<br>SHREVEPORT, LA 71101 |
| BLOOM & GREENE<br>2000 CENTRAL TRUST TOWER<br>201 E FIFTH<br>CINCINATTI, OH 45202 | BLUE, WILLIAMS & BUCKLEY<br>342 N CAUSEWAY BLVD STE 100<br>METAIRIE, LA 70002 | BOIES, SCHILLER & FLEXNER<br>80 BUSINESS PARK DR<br>ARMONK, NY 10504 |
| BOONE, KARLBERG & HADDON, PC<br>201 W MAIN ST<br>MISSOULA, MT 59807-9199 | BOONE, RICHARD W<br>2020 N 14TH ST<br>ARLINGTON, VA 22201 | BORRELLI, HUTTON & WILLIAMS<br>, MA 02478 |
| BRACEWELL & PATTERSON<br>2900 SOUTH TOWER PENNSOIL PLACE<br>HOUSTON, TX 77002-2781 | BRAULT, GRAHAM, SCOTT, & BRAULT<br>1314 19TH ST NW<br>WASHINGTON, DC 20036 | BRIGGS & MORGAN<br>2400 IDS CENTRE<br>MINNEAPOLIS, MN 55402 |
| BUNDA, STUTZ & DEWITT<br>ONE SEAGATE STE 650<br>TOLEDO, OH 43604 | CHARLES J JOHNSON & ASSOC<br>, MN 55112 | CHEATHAM & ACKER<br>5777 W MAPLE STE 130<br>W BLOOMFIELD, MI 48322 |
| CHESTNUT & CAMBRONNE<br>222 S 9TH ST<br>MINNEAPOLIS, MN 55402 | CLIFFORD & WARNKE<br>815 CONNECTICUT AVE NW<br>WASHINGTON, DC 20006 | COCHRANE & BRESNAHAN<br>24 E FOURTH ST<br>ST PAUL, MN 55101 |
| COHEN, MILSTEIN, HAUSFELD & TOLL<br>999 3RD AVE<br>SEATTLE, WA 98104 | COUSINEAU, MCGUIRE, & ANDERSON<br>1550 UTICA AVE S<br>MINNEAPOLIS, MN 55416-5318 | CRONQUIST, SMITH, MARSHALL, & WEAVER<br>500 NATIONAL CITY BANK BL 1965 E S<br>CLEVELAND, OH 44114 |
| CROWELL & MORING<br>1001 PENNSYLVANIA<br>WASHINGTON, DC 20004 | DAVIS & YOUNG<br>1700 MIDLAND BLDG<br>CLEVELAND, OH 44113 | DENECHAUD & DENECHAUD<br>1412 PERE MARQUETTE BLDG<br>NEW ORLEANS, LA 70112 |
| DEUTSCH, KERRIGAN, & STILES<br>755 MAGAZINE ST<br>NEW ORLEANS, LA 70130 | DIES & HILE, LP<br>1009 GREEN AVE<br>ORANGE, TX 77630 | DRINKER, BIDDLE & REATH<br>1752 N ST NW<br>WASHINGTON, DC 20036 |
| DUNNELLS, DUVAL, BENNET, & PORTER<br>1220 19TH ST<br>WASHINGTON, DC 20036 | EARL, WILLIAM J<br>DISTRICT BLDG, RM 326 1350<br>WASHINGTON, DC 20004 | ENVISION CLAIMS MANAGEMENT<br>, NJ 07960 |

# Exhibit 2
## Property Damage Counsel

| | | |
|---|---|---|
| FRUTIG, TRAVIS & ZAPKA<br>1142 HANNA BLDG<br>CLEVELAND, OH 44115-2073 | FULLER & HENRY<br>ONE SEAGATE STE 1700<br>TOLEDO, OH 43603-2088 | GALLAGHER, SHARP, FULTON, & NORMAN<br>1501 EUCLID AVE<br>CLEVELAND, OH 44115 |
| GILMAN & PASTOR<br>1 BOSTON PLACE 28TH FLR<br>BOSTON, MA 02108 | GRANT & BARROW<br>238 HUEY P LONG AVE<br>GRETNA, LA 70054 | GRAVENS, TERRANCE P<br>1630 STANDARD BLDG<br>CLEVELAND, OH 44113 |
| HAMMONDS & SILLS<br>QUAD ONE SUITE C<br>1111 S FOSTER DR<br>BATON ROUGE, LA 70896 | HERMANN, CAHN & SCHNEIDER<br>1301 E 9TH ST STE 500<br>CLEVELAND, OH 44114 | HOPKINS GOLDENDBERG, PC<br>400 NE JEFFERSON AVE<br>PEORIA, IL 61603 |
| HOUSE, LOONEY, GOTTEN, KINGSMILL, & RIESS<br>1100 POYDRAS 2100 ENERGY CTR<br>NEW ORLEANS, LA 70163 | HOWREY & SIMON<br>1730 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | HUMPHREY, FARRINGTON, & MCCLAIN<br>123 WEST KANSAS<br>INDEPENDENCE, MO 64051 |
| JULIEN & SCHLESINGER<br>2 LAFAYETTE STREET<br>NEW YORK, NY 10007 | KAUFMAN & CUMBERLAND<br>1404 E NINTH ST STE 300<br>CLEVELAND, OH 44115-1000 | KLAMANN, JOHN M<br>11000 KING #200/C<br>OVERLAND PARK, KS 66210-12333 |
| KRAMON & GRAHAM<br>SUN-LIFE BLDG CHARLES CTR<br>One S St #2600<br>BALTIMORE, MD 21202 | LAW OFFICES OF BRUCE F STANFORD<br>, AK 99501 | LAW OFFICES OF MARTIN DIES<br>1009 WEST GREEN<br>ORANGE, TX 77630 |
| LAW OFFICES OF THOMAS J BRANDI<br>44 MONTGOMERY ST, STE 900<br>SAN FRANCISCO, CA 94104 | LEATH, BOUCH, & CRAWFORD<br>134 MEETING ST<br>CHARLESTON, SC 29401 | LEWIS, TOM F<br>PO BOX 2325<br>GREAT FALLS, MT |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 BATTERY ST<br>SAN FRANCISCO, CA 94111 | LOWENSTEIN, SANDLER, BROCHIN, KOHL & FISH<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | LUKINS & ANNIS<br>WASHINGTON TRUST FIN<br>717 W. Sprague Av #1600<br>SPOKANE, WA 99201-0466 |
| MAGEE & GRAHAM<br>1937 RTE 35 @ ALLAIRE RD<br>WALL TOWNSHIP, NJ 07719 | MAGEE, PAGANO & ISHERWOOD<br>, NJ 07719 | MAHNGHAM, HARDY, & ROLFS<br>600 JEFFERSON ST STE 1400<br>LAFAYETTE, LA 70509 |
| MAHONEY, HOGAN, HEFFLER, & HEALD<br>777 14TH ST NW<br>WASHINGTON, DC 20005 | MANSOUR, GAVIN, GERLACK & MANOS<br>2150 ILLUMINATING BLDG<br>CLEVELAND, OH 44113-1994 | MCCARTHY & DURRETTE<br>700 E MAIN ST<br>RICHMOND, VA 23219 |
| MCCASLIN, IMBUS & MCCASLIN<br>1200 GWYNNE BLDG 602 MAIN ST<br>CINCINATTI, OH 45202-2442 | MCELROY, DEUTSCH & MULVANEY<br>218 RIDGEDALE AVE<br>MORRISTOWN, NJ 07962-2075 | MCGARVEY, HEBERLING, SULLIVAN & MCGARVEY<br>745 SOUTH MAIN<br>KALISPELL, MT 59901 |
| MILBERG, WEISS, BERSHAD, HYNES & LERACH<br>600 W BROADWAY<br>SAN DIEGO, CA 92101-3356 | MILES & STOCKBRIDGE<br>10 LIGHT ST<br>BALTIMORE, MD 21202 | MILES & STOCKBRIDGE<br>1701 PENNSYLVANIA NW<br>WASHINGTON, DC 20006 |
| MILLING, BENSON, WOODWARD, HILLYER & PIERSON<br>909 POYDRAS ST STE 2300<br>NEW ORLEANS, LA 70112-1017 | MONTGOMERY, BARNETT, BROWN, REED, HAMMOND<br>1100 POYDRAS 2300 ENERGY CTR<br>NEW ORLEANS, LA 70163-3200 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS<br>THREE PARKWAY 20TH FLR<br>PHILADELPHIA, PA 19102 |

# Exhibit 2
## Property Damage Counsel

| | | |
|---|---|---|
| MOORE & VAN ALLEN<br>40 CALHOUN ST<br>PO BOX 22828<br>CHARLESTON, SC 29413-2828 | MORGAN, LEWIS & BOCKIUS<br>2000 ONE LOGAN SQ<br>PHILADELPHIA, PA 19103 | MORGAN, LEWIS & BROCKIUS<br>1800 M ST NW<br>WASHINGTON, DC 20036 |
| MORGAN, LEWIS & BROKIUS, LLP<br>502 CARNEGIE CENTER<br>PRINCETON, NJ 08540-6289 | NELSON, MULLINS, RILEY & SCARBOROUGH<br>THIRD FLR KEENAN BLDG<br>1330 LADY ST<br>COLUMBIA, SC 29211 | NESS, MOTLEY, LOADHOLT, RICHARDSON, & POOLE<br>151 MEETING STREET STE 600<br>CHARLESTON, SC 29402 |
| ODONNELL, KENNEDY, VESPOLE & PIECHTA<br>414 EAGLE ROCK AVE<br>W ORANGE, NJ 07051 | OFFICE OF THE CORPORATION COUNSEL<br>DISTRICT OF COLUMBIA GOVERNMENT<br>ECONOMIC DEVELOPMENT<br>WASHINGTON, DC 20001 | On 5-23-02<br>Speights & Runyan<br>200 Jackson Av E<br>PO Box 685<br>Hampton SC 29924 |
| ONEBANE, DONOHUE, BERNARD, TORIAN, DIAZ, MCNAMARA<br>PO BOX 3507<br>LAFAYETTE, LA 70502 | PAINE, HAMBLEN, COFFIN, BROOKE & MILLER<br>717 W SPRAGUE AVE STE 1200<br>SPOKANE, WA 99201-3505 | PARKS, HANSEN, & DITCH<br>MERCANTILE TOWSON BLDG<br>TOWSON, MD 21204 |
| PAYNE & JONES<br>BUILDING C COMMERCE TERR<br>11000 KING ST<br>OVERLAND PARK, KS 66210-1233 | PERKINS COIE<br>1201 THIRD AVE 40TH FLR<br>SEATTLE, WA 98101-3099 | PHELPS, DUNVBAR, MARKS, CLAVERIA & SIMS<br>TEXACO CTR 30TH FLR<br>400 POYDRAS ST<br>NEW ORLEANS, LA 70130 |
| PORTER, WRIGHT, MORRIS & ARTHUR<br>925 EUCLID AVE STE 1500<br>CLEVELAND, OH 44115-1405 | QUANDT, GIFFELS, BUCK & RODGERS<br>800 THE LEADER BLDG<br>CLEVELAND, OH 44114-1460 | RIKER, DANZIG, SCHERER, HYLAND, & PERRETTI<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962 |
| ROBERT HOOD & ASSOC<br>172 MEETING ST<br>CHARLESTON, SC 29401 | ROBERT SWEENEY CO, THE<br>ILLUMINATING BLDG<br>55 PUBLIC SQ, STE 950<br>CLEVELAND, OH 44113-1998 | ROETZEL & ANDRESS<br>37 W BROAD ST STE 800<br>COLUMBUS, OH 43215 |
| ROY & HATTAN<br>556 JEFFERSON STREET 4TH FLR<br>LAFAYETTE, LA 70502 | SCHIFF, HARDIN & WAITE<br>7200 SEARS TOWER<br>233 S WALKER DR<br>CHICAGO, IL 60606 | SCHNADER, HARRISON, SEGAL & LEWIS<br>1600 MARKET ST STE 3600<br>PHILADELPHIA, PA 19103 |
| SCHWALB, DONNENFELD, BRAY & GILBERT<br>1025 THOMAS JEFFERSON ST NW<br>WASHINGTON, DC 20007 | SEEGER, WEISS, LLP<br>1 WILLIAM ST<br>NEW YORK, NY 10004 | SEELEY, SAVIDGE & AUSSEM CO<br>800 BANK ONE CTR<br>600 SUPERIOR AVE E<br>CLEVELAND, OH 44114 |
| SHEA & GARDNER<br>1800 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20036 | SICILIANO, ELLIS, SHERIDAN, DYER & BOCCAROSSE<br>10521 JUDICIARY DR<br>FAIRFAX, VA 22030 | SIEBEN, POLK, LAVERDIERE, JONES & HAWN<br>999 WESTVIEW DRIVE<br>HASTINGS, MN 55033-2495 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>1 BEACON ST<br>BOSTON, MA 02108 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>333 W WACKER DR<br>CHICAGO, IL 60600 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>919 THIRD AVE<br>NEW YORK, NY 10022 |

## Exhibit 2
## Property Damage Counsel

| | | |
|---|---|---|
| SPEIGHTS & RUNYAN<br>THE STANLEY BLDG<br>304 LEE AVENUE<br>HAMPTON, SC 29924 | ST JOHN, OBERDORF, WILLIAMS,<br>EDINGTON & CURTIN<br>1 GATEWAY CTR<br>NEWARK, NJ 07102-5311 | STICH, ANGELL, KRIEDLER & MUTH<br>THE CROSSINGS STE 120 250 SE<br>MINNEAPOLIS, MN 55401 |
| STRAUSS & TROY<br>2100 CENTRAL TRUST CTR<br>201 E FIFTH ST<br>CINCINATTI, OH 45202-4018 | STROOCK & STROOCK & LAVAN<br>7 HANOVER SQUARE<br>NEW YORK, NY 10038-4982 | THE FURTH FIRM<br>201 SANSOME ST<br>SAN FRANCISCO, CA 94104 |
| THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA<br>745 BROAD ST<br>NEWARK, NJ 07101 | THOMPSON, HINE & FLORY<br>1100 NATIONANAL CITY BANK<br>CLEVELAND, OH 44114 | THOMPSON, HINE & FLORY<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |
| TURNER, PADGETT, GRAHAM, & LANEY<br>1901 MAIN ST 17TH FLR<br>COLUMBIA, SC 20202 | TURNER, YOUNG, HEBBLER & BABIN<br>424 GRAVIER STREET<br>NEW ORLEANS, LA 70130 | TYDINGS & ROSENBERG<br>100 EAST PRATT STREET<br>BALTIMORE, MD 21202 |
| WESTON, HURD, FALLON, PAISLEY, &<br>HOWLEY<br>2500 TERMINAL TOWER 55 P<br>CLEVELAND, OH 44113-2241 | WHITEFORD, TAYLOR, PRESTON,<br>TRIMBLE & JOHNSON<br>25 S CHARLES STREET<br>BALTIMORE, MD 21201 | WILLIAM J COYNE & ASSOC<br>1240 STANDARD BLDG<br>CLEVELAND, OH 44113 |
| WISE & COLE<br>151 MEETING STREET<br>PO DRAWER O<br>CHARLESTON, SC 29402 | **Subtotal for this group: 124** | |