# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 24, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 29, 2002

Bill Number  42877
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through April 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/02 | ARA | Quality control documents in the Bosch and Baker personnel files re: in-house counsel's request for copies of these files. | 1.00 Hrs | $80.00 |
| 04/05/02 | RAM | Finalize fee application to send to Delaware local counsel for filing. | 0.20 Hrs | $42.00 |
| 04/26/02 | RAM | Read orders in several Massachusetts cases. | 0.10 Hrs | $21.00 |
| 04/28/02 | RAM | Read orders in several MA cases. | 0.10 Hrs | $21.00 |
| 04/29/02 | RAM | Work on fee application. | 0.20 Hrs | $42.00 |
| 04/30/02 | RAM | Work on fee application. | 0.60 Hrs | $126.00 |
| | | TOTAL LEGAL SERVICES | | $332.00 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
  With General Asbestos Matters

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.20 Hrs | 210/hr | $252.00 |
| ANGELA R. ANDERSON | 1.00 Hrs | 80/hr | $80.00 |
| | 2.20 Hrs | | $332.00 |

TOTAL THIS BILL        $332.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 29, 2002

Bill Number 42878
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through April 30, 2002

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/02 | DBM | Work on comprehensive memorandum on MK and other products. | 2.50 Hrs | $475.00 |
| 04/01/02 | MTM | Telephone call from ARA re: new information on addition to Grace counsel list for quick reference guide; email to Holme Roberts paralegal re: same (.3). Receipt and review of email re: status for month of March from Onsite (.2). Work on document review (2.4). | 2.90 Hrs | $522.00 |
| 04/01/02 | ARA | Oversee review of documents (3.1). Conference with temporary paralegal re: discovery of Grace attorney not on list in the Quick Reference Guide/training materials; telephone call to MTM re: same; add attorney's name to WRG attorney list; notify temporary paralegals of the change (.7). Confirm number of boxes for Onsite pick-up with MTM (.2). Reorganize and substitute documents in Quick Reference Guide (1.2). | 5.20 Hrs | $416.00 |
| 04/01/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/01/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/01/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/01/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/01/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/01/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/01/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/01/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/01/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/01/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/01/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | DBM | Work on comprehensive memorandum on MK and other products. | 0.50 Hrs | $95.00 |
| 04/02/02 | MTM | Work on document review (5.2). Conference with Holme Roberts attorney re: document wind-up issues and status of review re: meeting with Reed Smith attorney tomorrow (.3); conference with ARA and Holme Roberts paralegal re: same (.3). Telephone call from in-house counsel requesting copy of Zonolite acquisition bible at Winthrop Square; telephone call to ARA re: same (.2). | 6.00 Hrs | $1,080.00 |
| 04/02/02 | ARA | Oversee review of documents (3.0). Conference with Holme Roberts paralegal and temporary paralegals re: and oversee inventory of boxes for pickup by Onsite (1.0). Meeting with MTM re: wind-up issues/responsibilities re: document review (.3). Per MTM's request, locate and make arrangements for Merrill Corp. to copy the WRG Acquisition binder (1.4). Conference with MTM and temporary paralegals re: reviewing boxes of Libby documents received from Hoyle Morris to substitute complete versions of documents for redacted versions (.5). | 6.20 Hrs | $496.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/02/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/02/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.60 Hrs | $688.00 |
| 04/02/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/02/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/02/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/02/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 04/02/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 04/02/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/03/02 | MTM | Telephone call from Holme Roberts attorney re: scope of review for various categories not yet reviewed (.4). Work on document review (3.3). Draft status report for week ending March 29th, including number and categories of materials left to review (.4). Prepare for meeting with Reed Smith attorney re: status of review and wind-up issues (1.0); meeting with Reed Smith attorney re: same (1.2); telephone call to in-house counsel re: same (.2). | 6.50 Hrs | $1,170.00 |
| 04/03/02 | ARA | Oversee review of documents (2.7) Update Quick Reference Guide (.6). Quality control inventory list re: Onsite pick-up (.7). Request from MTM and Holme Roberts paralegal more documents for review (.3). Receipt of Acquisition binder from Merrill Corp; quality control (documents and copies); prepare copy that will be sent to in-house counsel; telephone call to MTM re: same | 6.50 Hrs | $520.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | (1.3). Answer questions of temporary paralegals re: reviewing of certain documents (.9). | | |
| 04/03/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.30 Hrs | $584.00 |
| 04/03/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/03/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 04/03/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/03/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/03/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/03/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/03/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/03/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 04/04/02 | RAM | Telephone conference with MTM to advise him where he will most likely find Walsh memos. | 0.10 Hrs | $21.00 |
| 04/04/02 | MTM | Work on document review (5.2). Receipt and review of email from Kirkland Ellis attorney requesting copies of certain Walsh memos in mid-1980's (.1); telephone conference with RAM re: same (.1); review document binder and other sources to obtain copies of same (.8). | 6.20 Hrs | $1,116.00 |
| 04/04/02 | ARA | Oversee review of documents (.9). Meeting with MTM re: review issues (.4). Meeting with temporary paralegals re: review of Cambridge Lab notebooks (.4); produce inventory and prepare lab notebook boxes for review (.6). Per MTM's instructions, inventory consolidated boxes (.6); telephone call to Holme Roberts paralegal re: same | 5.20 Hrs | $416.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | (.2). Inventory Hoyle Morris boxes so that complete documents can be substituted for redacted ones (2.1). | | |
| 04/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |
| 04/04/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/04/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.90 Hrs | $552.00 |
| 04/04/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/04/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/04/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/04/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/05/02 | RAM | Finalize fee application to send to Delaware local counsel for filing. | 0.40 Hrs | $84.00 |
| 04/05/02 | MTM | Work on document review. | 1.60 Hrs | $288.00 |
| 04/05/02 | ARA | Oversee review of documents (3.4). Conference with Reed Smith paralegals re: project (.5). Update MTM's inventory list to show location of Hoyle Morris boxes (2.5). | 6.40 Hrs | $512.00 |
| 04/05/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/05/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/05/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/05/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 5.60 Hrs | $448.00 |
| 04/05/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/05/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $280.00 |
| 04/05/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 04/05/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/05/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/05/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 2.50 Hrs | $200.00 |
| 04/05/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 04/08/02 | MTM | Work on document review (6.4). Email to Holme Roberts and Reed Smith attorneys re: conference call on status and wind-up issues on Wednesday (.1). Email weekly status report for Winthrop Square review (.1). Receipt and review of email from Holme Roberts attorney re: library material and review (.2). Send email to Reed Smith and Holme Roberts attorneys re: start of review of laboratory notebooks at Winthrop Square (.2). | 7.00 Hrs | $1,260.00 |
| 04/08/02 | ARA | Oversee review of documents (1.6). Organize lab notebook boxes for temporary paralegals to review (.5). Prepare weekly box count status report, per MTM's request (1.4). Per MTM's instructions, search for and locate Libby boxes received from Hoyle Morris; further discussions and questions with MTM re: other Hoyle Morris boxes (2.7). | 6.20 Hrs | $496.00 |
| 04/08/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/08/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/08/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 04/08/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/08/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/08/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | MTM | Work on document review (2.1). Email questions on privileged documents to Holme Roberts and Reed Smith attorneys (.2). | 2.30 Hrs | $414.00 |
| 04/09/02 | ARA | Oversee review of documents (4.4). Organize and review documents re: project (2.0). | 6.40 Hrs | $512.00 |
| 04/09/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/09/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/09/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.60 Hrs | $528.00 |
| 04/09/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/09/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 04/09/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/09/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 04/10/02 | MTM | Receipt and review of revised Grace legal names list for review guidelines (.1). Telephone call to Reed Smith paralegal re: Hoyle Morris boxes and conference call today (.2). Work on document review (1.8). Review discovery requests from all class action cases re: conference call (.5). Conference call with Reed Smith and Holme Roberts personnel re: wind-up of document review (1.4). | 4.00 Hrs | $720.00 |
| 04/10/02 | ARA | Oversee review of documents (3.0). Conferences with Holme Roberts paralegal re: and oversee pick-up of documents by Onsite (1.5). Oversee delivery of boxes from Cambridge by Walsh Movers for review (1.4). Obtain count of number of boxes of ledgers for MTM (.5). | 6.40 Hrs | $512.00 |
| 04/10/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/10/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/10/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/10/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/10/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/10/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/10/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 04/10/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/11/02 | RAM | Conference with MTM re: all aspects of document review (1.2). Read memos re: review of lab notebooks and status of overall document review (.1). Locate two Walsh memoranda for MTM (.2). | 1.50 Hrs | $315.00 |
| 04/11/02 | MTM | Work on document review (2.3). Draft memo re: conference call yesterday re: review wind-up (.9). Email Holme Roberts paralegal re: confirming a specific box re: possible review (.2). Review and respond to email from Holme Roberts attorney re: status of review of medical files (.2). Review email from Holme Roberts attorney re: privileged Hoyle Morris boxes in Boulder; review file and respond to same (.3). Telephone call to in-house counsel re: contents of legal department vault (.1). Conference with RAM re: document review (1.2). Receipt and review of new Grace attorney list from Holme Roberts (.1). Letter to Kirkland & Ellis attorney re: Walsh memos (.1). | 5.40 Hrs | $972.00 |
| 04/11/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/11/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/11/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.70 Hrs | $536.00 |
| 04/11/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.70 Hrs | $856.00 |
| 04/11/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/11/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/11/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/12/02 | RAM | Conferences with MTM re: his telephone conference with Kirkland & Ellis attorney re: need to be ready to produce ZAI documents in fraudulent conveyance case (.2). Read selected documents filed in bankruptcy court (1.3). Conference with MTM re: earliest date to select to review lab notebooks (.1). | 1.60 Hrs | $336.00 |
| 04/12/02 | MTM | Telephone call from Grace staff re: inventories of contents of legal department vault (.1). Work on document review (1.3). Telephone call from Kirkland Ellis attorney re: review status and fraudulent conveyance action discovery schedule (.4); conferences with RAM re: same (.2). Prepare for conference call on Monday re: discovery schedule in fraudulent conveyance action and status of review; telephone call to Holme Roberts and Reed Smith personnel (1.2). | 3.20 Hrs | $576.00 |
| 04/12/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/12/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/12/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/12/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/12/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 04/12/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 2.00 Hrs | $160.00 |
| 04/12/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.30 Hrs | $264.00 |
| 04/12/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/12/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/12/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 04/12/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.30 Hrs | $344.00 |
| 04/12/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 04/15/02 | RAM | Conference call with in-house counsel, Reed Smith attorney, MTM and others re: status of document review and what documents can be produced when necessary. | 0.90 Hrs | $189.00 |
| 04/15/02 | MTM | Prepare for conference call re: document review status today (.2); conference call re: document review status with RAM, in-house counsel, Reed Smith and Holme Roberts personnel (.8). | 1.00 Hrs | $180.00 |
| 04/15/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/15/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/15/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/15/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/15/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 04/15/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $608.00 |
| 04/15/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/15/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/15/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/15/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/15/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/15/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | RAM | Telephone conference with in-house counsel re: previous lab testing of MK-3 for work being done by expert.; locate documents and fax them to in-house counsel (.2). Conference with MTM re: preparing to respond to discovery requests in fraudulent conveyance case (.2). Review MTM's letter to in-house counsel, enclosing correspondence between T. Sobol and me re: previous responses to discovery requests in ZAI class action cases (.1). | 0.50 Hrs | $105.00 |
| 04/16/02 | MTM | Work on document review (4.1). Receipt and review of various inventories to legal department vault re: anticipated review (.7). Telephone call from in-house counsel re: response to attic insulation document request in fraudulent conveyance action and request for letters exchanged with class action plaintiffs in 2001 re: production of documents on disk; conferences with RAM (.3) and letter to in-house counsel re: same (.6). Respond to email from Holme Roberts paralegal re: review of laboratory notebooks in Cambridge (.2). | 5.90 Hrs | $1,062.00 |
| 04/16/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/16/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.10 Hrs | $648.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/16/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/16/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 04/17/02 | RAM | Telephone conference with in-house counsel re: status of document review; anticipated completion date, etc. advise MTM (.5). Telephone call to in-house counsel re: EPA's comments about safe air quality at World Trade Center to suggest obtaining air sampling results for comparison purposes (.1). | 0.60 Hrs | $126.00 |
| 04/17/02 | MTM | Work on document production (4.6). Review and respond to email re: fiber counting and laboratory notebooks (.1). Review and respond to email and Onsite spreadsheet re: documents with mandatory data missing (.2).  Receipt and review of additional inventories of legal vault re: possible review (.9). Review and respond to email from Reed Smith paralegal re: documents concerning asbestos testing (.2). | 6.00 Hrs | $1,080.00 |
| 04/17/02 | ARA | Oversee review of documents (1.2). Per MTM's request, search for and locate particular box of Libby documents received from Hoyle Morris (.8). Update and distribute Quick Reference Guide to temporary paralegals (1.1). | 3.10 Hrs | $248.00 |
| 04/17/02 | JKW | Update bankruptcy court docket entries for RAM (.3); download and print selected documents filed in bankruptcy court for RAM (1.3). | 1.60 Hrs | $128.00 |
| 04/17/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/17/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/17/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/17/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/17/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/17/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/17/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/17/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/17/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/17/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/17/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/17/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/18/02 | RAM | Telephone conference with in-house counsel, Kirkland & Ellis attorney and MTM re: various aspects of the document review (.3). Check which documents were sent to Reed Smith earlier (.1). Read selected documents filed in bankruptcy court (1.3). Read updated entries on the bankruptcy court docket to select documents to read (.4). | 2.10 Hrs | $441.00 |
| 04/18/02 | MTM | Work on document review (4.4). Review notes re: call from in-house counsel re: document review status (.8). Receive and respond to email from Holme Roberts attorney re: categories of documents being reviewed in Boulder (.4). Conference call with in-house counsel, Kirkland & Ellis attorney and RAM re: status of review (.3); follow up work re: same (.8). Telephone call to Holme Roberts personnel re: Boulder scanning project (.3). Telephone call to in-house counsel re: earlier call on status of review wind up (.2). | 7.20 Hrs | $1,296.00 |
| 04/18/02 | ARA | Oversee review of documents(6.1). Give MTM report re: Hoyle Morris box list (.4). Receive messages and emails and telephone calls to Holme Roberts paralegal re: project (.5). | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/18/02 | JKW | Download and print court document for RAM. | 0.20 Hrs | $16.00 |
| 04/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.40 Hrs | $672.00 |
| 04/18/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/18/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 04/18/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/18/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/18/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/18/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/19/02 | RAM | Conference with MTM re: Horn/Servicised issues (.1) and re: completion of document review for fraudulent conveyance trial (.1). Read emails re: review of library materials and retention of everything that refers to asbestos or vermiculite, etc. (.1). Read selected documents filed in bankruptcy court re: new procedures re: fee applications (.3); telephone conference with D. Carickhoff re: same (.2). | 0.80 Hrs | $168.00 |
| 04/19/02 | MTM | Work on document review (2.0). Telephone calls from and to in-house counsel re: sales outside U.S. documents and background information on Servicised product sales in Europe (.3); conference with ARA re: locate Servicised product binders (.2); review briefing books and document binder re: same (1.0); review | 6.40 Hrs | $1,152.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | product binders re: same (.9); review boxes of memo and correspondence binders from 1983-1985 with ARA re: same (1.7). Email to Holme Roberts attorney re: library materials; letter to librarian re: same (.3) | | |
| 04/19/02 | ARA | Oversee review of documents (2.6). Gather information and discussion with temporary paralegals for status report (.6). Per MTM"s request, search for and locate Horn Servicized product binders; review binders and produce them to MTM (2.0). Review correspondence and memo binders with MTM re: Horn Servicized products (1.7). Per telephone call from MTM, search for and locate Sales Outside U.S. box of documents; instruct temporary paralegal how to review same (.8). | 7.70 Hrs | $616.00 |
| 04/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $504.00 |
| 04/19/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 04/19/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $416.00 |
| 04/19/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/19/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/19/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/19/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/19/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/22/02 | RAM | Read MTM's memo re: Servicised products (.1). Telephone conference with Reed Smith attorney re: documents he received from me (.2). Conference with MTM re: same (.1). | 0.40 Hrs | $84.00 |
| 04/22/02 | MTM | Work on document review (3.1). Review and respond to email from Holme Roberts paralegal re: various Lason boxes not on database (.4). Draft weekly status report (.2). Conference with ARA re: Lason boxes returned in October 2001 re: possible re-review (.1). Receipt and review of spreadsheet from Holme Roberts paralegal re: Lason box issue (.2). | 4.00 Hrs | $720.00 |
| 04/22/02 | ARA | Oversee review of documents (5.0). Update MTM on Sales Outside U.S. review project (.1). Share updated information for Quick Reference Guide with Reed Smith paralegal (.3). Discussion with Holme Roberts paralegal re: Onsite pick-up, etc. (.3). Prepare weekly box count for status report (1.4). | 7.10 Hrs | $568.00 |
| 04/22/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 1.60 Hrs | $128.00 |
| 04/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/22/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/22/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/22/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/22/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/22/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/22/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |
| 04/22/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 04/22/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.30 Hrs | $824.00 |
| 04/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/22/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/22/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/22/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/23/02 | RAM | Read documents re: document review to prepare for meeting with MTM (.3); meet with MTM to discuss scope of document review; what needs to be reviewed and timetable (1.0). | 1.30 Hrs | $273.00 |
| 04/23/02 | MTM | Receipt and review of email chart from Holme Roberts attorney  re: remaining documents and areas needing review (4.1); conference with RAM re: same (1.0). Review and respond to email from Holme Roberts paralegal re: review of microfilm (invoices) at Winthrop Square; telephone call from ARA re: same (.2). Work on document review (2.0). | 7.30 Hrs | $1,314.00 |
| 04/23/02 | ARA | Oversee review of documents (5.7). Conferences with Holme Roberts paralegal re: rereviewing Lason boxes of documents for rescanning; identify boxes; prepare for their review (2.9). Telephone conference with MTM re: number and sequence of boxes to be reviewed (.2). Conference with MTM re: reviewing boxes of Libby documents from Hoyle Morris (.1); conference with paralegals re: same (.2). | 9.10 Hrs | $728.00 |
| 04/23/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/23/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/23/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 04/23/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/23/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/23/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 10.10 Hrs | $808.00 |
| 04/23/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/23/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/23/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.20 Hrs | $816.00 |
| 04/23/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 04/23/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 04/23/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/23/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/24/02 | RAM | Work on fee application (.8). Read selected documents filed in bankruptcy court (.8). Conferences with MTM re: review of documents (.2). | 1.80 Hrs | $378.00 |
| 04/24/02 | MTM | Work on document review (3.7). Review and reply to email re: microfilm review (.3); review and respond to Holme Roberts attorney's memo re: same (.2). Receipt and review of memo from Reed Smith re: document review (.3); conference with RAM re: same (.2). Receipt and review of letter re: attic insulation discovery schedule (.1). Letter to Reed Smith and Holme Roberts attorneys re: library vault indices (.2). | 5.00 Hrs | $900.00 |
| 04/24/02 | ARA | Oversee review of documents (3.8). Return Horn Servicized product binders to their location (1.0). Conference with MTM and work with temporary paralegal on resheeting Hoyle Morris boxes (1.0). Inventory and oversee pick-up of documents by Onsite (2.0). | 7.80 Hrs | $624.00 |
| 04/24/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/24/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/24/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/24/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/24/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/24/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/24/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 04/24/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 04/24/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/24/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/24/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/24/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/24/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/25/02 | RAM | Conference with MTM re: document review issues in ZAI and fraudulent conveyance cases (.2). Telephone call from in-house counsel who wants a couple of depositions and key documents of R. Walsh to prepare K&E attorneys who will meet with Mr. Walsh; begin to review documents (1.0). Meet with paralegal to give him instructions re: assembling documents (.2). Telephone call to in-house counsel; leave message re: status of assembling documents (.1). | 1.50 Hrs | $315.00 |
| 04/25/02 | MTM | Work on document review (2.3). Telephone call to in-house counsel re: document review and Reed Smith memo (.6); conference with RAM re: same (.2). Review and respond to email re: penthouse review including several boxes of bills of lading (.9). Review revised list of Lason boxes with no images; telephone call to Holme Roberts paralegal re: same (.3). | 4.30 Hrs | $774.00 |
| 04/25/02 | ARA | Oversee review of documents (7.9). Assist temporary paralegal with resheeting Hoyle Morris boxes (.7). | 8.60 Hrs | $688.00 |
| 04/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/25/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA (8.5). Review documents re: R. Walsh for RAM (2.0). | 10.50 Hrs | $840.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/25/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/25/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/25/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.60 Hrs | $608.00 |
| 04/25/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 04/25/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 04/25/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/25/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 04/25/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/25/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/26/02 | RAM | Telephone conference with in-house counsel re: Walsh documents (.3). Review, select and assemble Walsh documents and have them sent to in-house counsel and Kirkland & Ellis attorney (6.5). | 6.80 Hrs | $1,428.00 |
| 04/26/02 | MTM | Work on document review project (5.5). Work on draft chart of remaining materials to be reviewed; email to Holme Roberts attorneys re: same (.4). Receipt of email re: Onsite deadline issues (.1). Review and respond to emails from Holme Roberts and Reed Smith attorneys re: scanning microfilm, etc. (.7). Telephone call to microfilm vendors re: copy cost estimates (.3). | 7.00 Hrs | $1,260.00 |
| 04/26/02 | ARA | Oversee review of documents (3.5). Per MTM's request, review list of boxes Lason did not scan (1.5). | 5.00 Hrs | $400.00 |
| 04/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/26/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/26/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA (8.3). Review documents re: R. Walsh for RAM (1.5). | 9.70 Hrs | $776.00 |
| 04/26/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 04/26/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/26/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/26/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/26/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 04/26/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 04/26/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/26/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/26/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 04/26/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 04/26/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 04/28/02 | RAM | Read notes re: NYT meeting for Walsh references for in-house counsel. | 0.10 Hrs | $21.00 |
| 04/29/02 | RAM | Conferences with MTM re:cost of copying rather than reviewing microfilm (.2) and what documents still have to be reviewed (1.0). Read updated entries on bankruptcy court docket to select documents to be reviewed (.1). | 1.30 Hrs | $273.00 |
| 04/29/02 | MTM | Work on document review project (1.3). Work on estimates for microfilm copying charges vs. cost of review (.5). Prepare for conference call today re: wind up of review (.9). Conference call with Reed Smith and Holme Roberts personnel re: wind up of review (2.5); conferences with RAM re: documents still to be reviewed and re: microfilm issue (1.2). Review and respond to email from Reed Smith paralegal re: status of Boulder document review (.5). | 6.90 Hrs | $1,242.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/29/02 | ARA | Oversee review of documents (3.9). Per MTM's request, search for additional boxes Lason did not scan (2.0). Per MTM's telephone call, instruct temporary paralegals to review Hoyle Morris boxes; answer their questions re: same (1.0). Prepare weekly status report (.5). | 7.40 Hrs | $592.00 |
| 04/29/02 | JKW | Update bankruptcy court docket entries for RAM (.3); download and print selected documents filed in bankruptcy court for RAM (.5). | 0.80 Hrs | $64.00 |
| 04/29/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/29/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 04/29/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 04/29/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/29/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/29/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/29/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 04/29/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/29/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 04/29/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/29/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/29/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 04/29/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/29/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 04/29/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/30/02 | RAM | Conference with MTM re: documents located in dead storage area in Cambridge (.1). Read selected documents filed in bankruptcy court (.4). Work on fee application (3.0). | 3.50 Hrs | $735.00 |
| 04/30/02 | MTM | Work on document review project (4.7). Draft weekly status report for week ending April 26 (.1). Telephone call to Grace re: Cambridge telephone list (.1); receipt and review of Cambridge telephone list to identify additional active office searches (.6). Email Holme Roberts paralegal re: Lason box list update (.1). Telephone call from Holme Roberts paralegal re: notebook; conference with RAM re: same (.2). Review and respond to emails from Reed Smith paralegal re: status of Onsite scanning project (.2). | 6.00 Hrs | $1,080.00 |
| 04/30/02 | ARA | Oversee review of documents (5.9). Per MTM's request, search for and review Hoyle Morris boxes (.7); conference with temporary paralegal re: reviewing same (.2). Distribute updated "helpful hints" to temporary paralegals and discuss same with them (.9). Meeting with temporary paralegals and MTM re: quality control procedures (.3). Conference with Holme Roberts paralegal re: pick up of documents by Onsite (.4). Conferences with Reed Smith paralegals re: status of review of documents (.5). | 8.90 Hrs | $712.00 |
| 04/30/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $16.00 |
| 04/30/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/30/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/30/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 04/30/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/30/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/30/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 04/30/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 10.30 Hrs | $824.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/30/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |
| 04/30/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 04/30/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 04/30/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 04/30/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 04/30/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 04/30/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 1.80 Hrs | $144.00 |
| 04/30/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |

TOTAL LEGAL SERVICES $222,600.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 25.20 Hrs | 210/hr | $5,292.00 |
| DONNA B. MACKENNA | 3.00 Hrs | 190/hr | $570.00 |
| MATTHEW T. MURPHY | 112.10 Hrs | 180/hr | $20,178.00 |
| ANGELA R. ANDERSON | 120.20 Hrs | 80/hr | $9,616.00 |
| JOSEPH K. WINRICH | 4.40 Hrs | 80/hr | $352.00 |
| GARY R. BELLINGER | 174.00 Hrs | 80/hr | $13,920.00 |
| FRANK O. ASHENUGA | 193.50 Hrs | 80/hr | $15,480.00 |
| EUGENE D. KRASS | 41.10 Hrs | 80/hr | $3,288.00 |
| MARIA PATRACEA SCIALLA | 98.80 Hrs | 80/hr | $7,904.00 |
| EDWARD K. LAW | 170.00 Hrs | 80/hr | $13,600.00 |
| JAMES D. LEAVER | 172.00 Hrs | 80/hr | $13,760.00 |
| AMY PREBLE | 179.30 Hrs | 80/hr | $14,344.00 |
| A. BROCK EDMUNDS | 158.30 Hrs | 80/hr | $12,664.00 |
| CHRISTINE DISAIA | 152.00 Hrs | 80/hr | $12,160.00 |
| JOSHUA D. PAULIN | 174.60 Hrs | 80/hr | $13,968.00 |
| W. DOUG HOEY | 180.50 Hrs | 80/hr | $14,440.00 |
| CHRIS BROWN | 182.80 Hrs | 80/hr | $14,624.00 |
| TOM MOUNTAIN | 127.40 Hrs | 80/hr | $10,192.00 |
| CHRISTIAN HOMSI | 152.10 Hrs | 80/hr | $12,168.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES SUMMARY

| JOHN FORGIONE | 176.00 Hrs | 80/hr | $14,080.00 |
|---|---|---|---|
| | 2,597.30 Hrs | | $222,600.00 |

|  | TOTAL THIS BILL | $222,600.00 |
|---|---|---|