# EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 29, 2002

Bill Number 42881
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through April 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 04/15/02 | MERRILL CORPORATION - copies of personnel files for 2 Libby employees requested by in-house counsel | 227.01 |
| | | $227.01 |

MISCELLANEOUS

| | | |
|---|---|---|
| 04/15/02 | RECORDKEEPER ARCHIVE - monthly storage fee (4/02) | 387.45 |
| | | $387.45 |
| | TOTAL DISBURSEMENTS | $614.46 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $614.46 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 29, 2002
Bill Number 42882
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through April 30, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 04/04/02 | 329 | 5613621533 | 0.18 |
| 04/04/02 | 365 | 3038660408 | 0.11 |
| 04/04/02 | 329 | 2158518232 | 0.18 |
| 04/04/02 | 329 | 9415143631 | 0.56 |
| 04/08/02 | 357 | 5613621583 | 11.54 |
| 04/08/02 | 357 | 3128612200 | 5.54 |
| 04/08/02 | 357 | 15613621583 | 0.12 |
| 04/10/02 | 329 | 2158518250 | 9.93 |
| 04/10/02 | 329 | 3038660479 | 9.61 |
| 04/10/02 | 329 | 2158518232 | 0.63 |
| 04/11/02 | 357 | 15613621583 | 0.12 |
| 04/11/02 | 357 | 3128612200 | 6.46 |
| 04/11/02 | 357 | 5613621583 | 11.54 |
| 04/12/02 | 329 | 2158518250 | 0.13 |
| 04/12/02 | 329 | 3038660479 | 0.15 |
| 04/12/02 | 329 | 2158660479 | 1.61 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 04/14/02 | | | 1.30 |
| 04/16/02 | 357 | 5613621583 | 0.92 |
| 04/18/02 | 329 | 3038660479 | 0.52 |
| 04/18/02 | 329 | 2158518232 | 0.29 |
| 04/19/02 | 329 | 5613621532 | 0.13 |
| 04/19/02 | 329 | 5613621532 | 0.20 |
| 04/22/02 | 357 | 5613621583 | 1.85 |
| 04/23/02 | 329 | 3035239020 | 0.62 |
| 04/24/02 | | | 2.77 |
| 04/24/02 | | | 1.20 |
| 04/25/02 | 329 | 5613621533 | 3.43 |
| 04/25/02 | 329 | 2158518250 | 0.10 |
| 04/25/02 | 329 | 2158518232 | 0.35 |
| 04/26/02 | 329 | 2123519043 | 0.11 |
| 04/29/02 | 329 | 2158518232 | 0.11 |
| 04/29/02 | 329 | 2158518204 | 0.23 |
| 04/29/02 | 329 | 3038660408 | 0.11 |

$72.65

EXCESS POSTAGE

| 04/08/02 | 1.60 |
|---|---|
| 04/11/02 | 3.44 |
| 04/22/02 | 0.57 |

$5.61

FEDERAL EXPRESS

04/19/02   To David W Carlckhoff Jr from RAM on 4/8/02     12.30

$12.30

OTHER DELIVERY SERVICES

04/15/02   WALSH MOVERS INC. - Shipping charges for 50 boxes from     445.50
           Cambridge to WSQ for review on 3/11/02

$445.50

OUTSIDE PHOTOCOPYING

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
 with Ch. 11 Cases

**DISBURSEMENTS**

OUTSIDE PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 04/15/02 | MERRILL CORPORATION - 3 copies of training materials for temporary paralegals | 200.43 |
| 04/15/02 | MERRILL CORPORATION - copies of red "stop" sheets for document review | 252.00 |
| 04/15/02 | MERRILL CORPORATION - 2 copies of employee exposure analyses for in-house counsel and Kirkland & Ellis attorney | 642.21 |
| 04/15/02 | MERRILL CORPORATION- copies of begin and end pink sheets for attachment range data for document review | 252.00 |
| 04/15/02 | MERRILL CORPORATION - Copy of Zonolite acquisition book from WSQ for in-house counsel. | 106.84 |
| 04/22/02 | MERRILL CORPORATION - 6000 red "stop" sheets for document review | 630.00 |
| | | $2,083.48 |

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 04/01/02 | 12 copies | 1.44 |
| 04/01/02 | 7 copies | 0.84 |
| 04/01/02 | 2 copies | 0.24 |
| 04/02/02 | 48 copies | 5.76 |
| 04/02/02 | 11 copies | 1.32 |
| 04/03/02 | 8 copies | 0.96 |
| 04/04/02 | 45 copies | 5.40 |
| 04/04/02 | 53 copies | 6.36 |
| 04/08/02 | 2 copies | 0.24 |
| 04/08/02 | 49 copies | 5.88 |
| 04/09/02 | 56 copies | 6.72 |
| 04/11/02 | 4 copies | 0.48 |
| 04/11/02 | 39 copies | 4.68 |
| 04/11/02 | 56 copies | 6.72 |
| 04/11/02 | 117 copies | 14.04 |
| 04/16/02 | 12 copies | 1.44 |
| 04/16/02 | 4 copies | 0.48 |
| 04/16/02 | 24 copies | 2.88 |
| 04/17/02 | 28 copies | 3.36 |
| 04/19/02 | 8 copies | 0.96 |
| 04/19/02 | 446 copies | 53.52 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---|
| 04/22/02 | 19 copies | 2.28 |
| 04/23/02 | 3 copies | 0.36 |
| 04/25/02 | 2 copies | 0.24 |
| 04/25/02 | 49 copies | 5.88 |
| 04/25/02 | 107 copies | 12.84 |
| 04/25/02 | 2 copies | 0.24 |
| 04/25/02 | 132 copies | 15.84 |
| 04/26/02 | 424 copies | 50.88 |
| 04/26/02 | 51 copies | 6.12 |
| 04/29/02 | 2 copies | 0.24 |
| 04/30/02 | 108 copies | 12.96 |

                                                                                                                                                                            $231.60

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 04/01/02 | Rent and utilities for document repository at One Winthrop Square - April 2002. | 13,437.93 |
| 04/30/02 | Rent and utilities for document repository at One Winthrop Square - May 2002. | 11,394.75 |

                                                                                                     $24,832.68

MISCELLANEOUS

| | | |
|---|---|---|
| 04/15/02 | WALSH MOVERS INC. - return 66 boxes of non-responsive materials to dead storage at Grace in Cambridge in connection with ongoing document review. | 445.50 |
| 04/15/02 | WALSH MOVERS INC. - Ship 60 boxes from Cambridge to WSQ for review | 495.00 |
| 04/23/02 | Overpayment on 9/30/01bill by W.R. Grace | -0.70 |

                                                                                 $939.80

                                         TOTAL DISBURSEMENTS      $28,623.62

David B. Siegel

|  | TOTAL THIS BILL | $28,623.62 |
|---|---|---|