IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 24, 2002 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**Matter 00000 - General**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
|      |          |             |       |            |
| Total |         |             | -     | -          |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ 26.00 |
| Long Distance Telephone | $ - |
| Outside Courier | $ 18.77 |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Velo Binding | $ - |
| **Total** | $ 44.77 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 04-06; Phillip T Goad Little Rock, Ar | $ | 18.77 |
| 04/30/02 | 26 | Facsimile | | 26.00 |
| | | **Total Disbursements:** | **$** | **44.77** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Facsimile | $ | | 26.00 |
| Outside Courier | | | 18.77 |
| **Total Disbursements:** | **$** | | **44.77** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | | *Outstanding Balance on Invoice 577748:* | *$* | *4,651.11* |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | | *Outstanding Balance on Invoice 579873:* | *$* | *0.12* |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth | Partner | $ 350.00 | 41.20 | $ 14,420.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 194.90 | $ 58,470.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.6 | $ 165.00 |
| | | | | |
| Total | | | 236.70 | 73,055.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 1,475.25 |
| Facsimiles | $ | 25.00 |
| Long Distance Telephone | $ | 43.47 |
| Outside Courier | $ | 34.59 |
| Postage | $ | 12.85 |
| Travel Expense | $ | 633.04 |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Other Expenses | $ | 3,647.91 |
| Westlaw | $ | 165.64 |
| Research Services | $ | - |
| Color Copies | $ | 3.90 |
| **Total** | $ | 6,041.65 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 8 |
| Invoice No.: | | 597443 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/02 | CLN | Confer with potential expert (.30); coordinate re interview of experts (.20). | 0.50 | $    150.00 |
| 04/02/02 | KWL | Review FOIA information received from ATSDR (3.40); telephone conference to Dori Kuchinsky re same (.30). | 3.70 | 1,295.00 |
| 04/02/02 | CLN | Work on identification of expert (1.50); conference with expert re NPL comments (.80); work on NPL comments (1.50); coordinate with nontestifying expert (.20). | 4.00 | 1,200.00 |
| 04/03/02 | KWL | Review current comments re NPL listing (3.00); telephone conference with expert re same (.30); telephone conference with Bill Corcoran re strategy and science issues (.70). | 4.00 | 1,400.00 |
| 04/03/02 | CLN | Work on identification of expert (1.20); review of materials provided by expert (1.0); conference with expert re December 2001 comments (.5); work on NPL comments (2.30). | 5.00 | 1,500.00 |
| 04/04/02 | CLN | Internal meeting re expert witnesses (1.0); conference with potential expert (.50); work on preparation for risk expert and prepare NPL comments (3.30); work on request by LSDecker to support brief (1.20). | 6.00 | 1,800.00 |
| 04/05/02 | CLN | Conference with experts (.80); coding of administrative record for purposes of risk experts (1.50); conference with experts re NPL comments (.70); work on NPL comments (4.70). | 7.70 | 2,310.00 |
| 04/06/02 | CLN | Work on NPL comments. | 1.00 | 300.00 |
| 04/07/02 | CLN | Work on NPL comments. | 1.50 | 450.00 |
| 04/08/02 | KWL | Review draft NPL issues and comments (4.00). | 4.00 | 1,400.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/02 | CLN | Work on NPL comments (3.50); work on expert preparation (1.0); confer with expert (.50). | 5.00 | 1,500.00 |
| 04/09/02 | CLN | Prepare comments to NPL (2.0); interview potential expert (1.70); internal conference after meeting re expert strategy (.80); work on NPL draft and code documents to prepare to work with risk expert (4.5). | 9.00 | 2,700.00 |
| 04/10/02 | KWL | Work on NPL comments and related issues (2.40); telephone conference with Bill Corcoran re same (.30); review fraudulent conveyance issues and documents (3.00). | 5.70 | 1,995.00 |
| 04/10/02 | CLN | Work on NPL comments and code documents to prepare to work with risk expert. | 5.00 | 1,500.00 |
| 04/11/02 | CLN | Confer with KWLund re draft comments (.30); multiple conferences with various experts, work on comments, and code documents for risk expert (6.50). | 6.80 | 2,040.00 |
| 04/12/02 | KWL | Review draft NPL comments (2.00); confer with CLNeitzel re same (.30). | 2.30 | 805.00 |
| 04/12/02 | CLN | Work on NPL comment draft. | 5.50 | 1,650.00 |
| 04/12/02 | KJC | Draft email response to KWLund re documents available for attic insulation issues (0.20); review correspondence re public health emergency issue (0.40). | 0.60 | 165.00 |
| 04/13/02 | CLN | Code documents to prepare to work with risk expert. | 3.00 | 900.00 |
| 04/14/02 | CLN | Review of documents for purposes of organizing documents for risk expert. | 2.80 | 840.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 10 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/02 | KWL | Prepare for meeting with Reed Smith attorneys re document production issues (3.0); telephone conference with Richard Finke and Reed Smith attorneys re document production issues (1.6); conference with KJCoggon re same (.40); review fraudulent conveyance discovery (1.0); telephone conference to Richard Finke re same (.30). | 6.30 | 2,205.00 |
| 04/15/02 | CLN | Assist LSDecker in drafting certain sections in Brief (.30); coordinate with expert re meeting (.20); code documents for risk expert (6.0); review LSDecker brief and provide comments (2.0). | 8.50 | 2,550.00 |
| 04/16/02 | CLN | Evaluate documents relating to risk and prepare NPL comments. | 9.30 | 2,790.00 |
| 04/17/02 | CLN | Prepare for meeting with expert (1.80); meeting with expert (3.70); follow up re expert (.50); coordinate with expert (1.0); work on NPL comments (3.0). | 10.00 | 3,000.00 |
| 04/18/02 | KWL | Review document issues re fraudulent conveyance claims (2.0); attend internal meeting re expert witnesses (1.0). | 3.00 | 1,050.00 |
| 04/18/02 | CLN | Conference with expert (1.5); attend internal meeting re expert witnesses (1.0); gather specific documents to send to client for review (1.0); conferences with expert (.80); coordinate with expert (.70); work on risk issues (4.5). | 9.50 | 2,850.00 |
| 04/19/02 | CLN | Conference with expert and work on comments (2.5); conference with expert re mortality study (.30); work on NPL comments (7.20). | 10.00 | 3,000.00 |
| 04/20/02 | CLN | Prepare NPL comments. | 8.30 | 2,490.00 |
| 04/21/02 | CLN | Prepare NPL comments. | 4.80 | 1,440.00 |
| 04/22/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/02 | KWL | Work on NPL issues and review draft comments (3.40); review ZAI materials received from Doug Cameron (3.00); telephone conference with Richard Finke re ZAI issues (.40). | 6.80 | 2,380.00 |
| 04/23/02 | CLN | Prepare NPL comments. | 10.50 | 3,150.00 |
| 04/24/02 | KWL | Review draft NPL comments (1.80). | 1.80 | 630.00 |
| 04/24/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |
| 04/25/02 | KWL | Work on ZAI issues with Richard Finke and Doug Cameron. | 2.00 | 700.00 |
| 04/25/02 | CLN | Prepare NPL comments and coordinate with experts. | 6.80 | 2,040.00 |
| 04/26/02 | CLN | Prepare NPL comments incuding conferences with experts. | 9.30 | 2,790.00 |
| 04/28/02 | KWL | Review draft NPL comments. | 1.60 | 560.00 |
| 04/28/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |
| 04/29/02 | CLN | Finalize NPL comments (3.5); meeting with expert (1.80); meeting with client (2.0); file comments (1.0). | 8.30 | 2,490.00 |
| 04/30/02 | CLN | Meeting with Grace representatives and experts. | 2.30 | 690.00 |

**Total Fees Through April 30, 2002:**  **236.70**  **$  73,055.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 41.20 | $  14,420.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 194.90 | 58,470.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.60 | 165.00 |

**Total Fees:**  **236.70**  **$  73,055.00**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 03/25/02 | | Long Distance Telephone: 9146867975 | $ | 3.11 |
| 03/27/02 | | Long Distance Telephone: 5012587133 | | 3.34 |
| 03/27/02 | | Long Distance Telephone: 5016142834 | | 4.96 |
| 03/27/02 | | Long Distance Telephone: 5016142834 | | 4.86 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - airfare | | 729.00 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - Hotel | | 781.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - meals | | 266.89 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - taxis/tips | | 80.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - mileage | | 67.53 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - parking | | 143.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - faxes | | 50.00 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace subway tokens | | 10.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/31/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: A835577; DATE: 3/31/2002  -  Storage to 3/31/02 | 184.99 |
| 04/02/02 | | Long Distance Telephone: 7037298543 | 1.29 |
| 04/02/02 | | Westlaw | 51.76 |
| 04/04/02 | | Long Distance Telephone: 7036840123 | 1.47 |
| 04/04/02 | | Long Distance Telephone: 9146867975 | 1.74 |
| 04/04/02 | | Long Distance Telephone: 9146867975 | 1.11 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02  -  Courier, Acct. 0802-0410-8 03-25; Bert Price White Plains, NY | 27.04 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02  -  Courier, Acct. 0802-0410-8 03-27; Bert Price White Plains, NY | 7.55 |
| 04/04/02 | 26 | Photocopies | 3.90 |
| 04/04/02 | 40 | Photocopies | 6.00 |
| 04/04/02 | 108 | Photocopies | 16.20 |
| 04/05/02 | | Long Distance Telephone: 7243251776 | 3.71 |
| 04/05/02 | | Long Distance Telephone: 5012587135 | 1.64 |
| 04/05/02 | | Long Distance Telephone: 5012587135 | 1.08 |
| 04/05/02 | | Long Distance Telephone: 5016142834 | 6.49 |
| 04/05/02 | | Long Distance Telephone: 5016142834 | 5.72 |
| 04/05/02 | 201 | Photocopies | 30.15 |
| 04/08/02 | | Long Distance Telephone: 7243251776 | 2.95 |
| 04/09/02 | 108 | Photocopies | 16.20 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle Hotel | 1,006.40 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002 - Lodging expenses for period of April 1 - April 12, 2002 in Boston for Natalie Aberle - taxi | 28.00 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002 - Lodging expenses for period of April 1 - April 12, 2002 in Boston for Natalie Aberle - mileage to and from DIA Airport | 15.32 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002 - Lodging expenses for period of April 1 - April 12, 2002 in Boston for Natalie Aberle - meals | 258.98 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002 - Lodging expenses for period of April 1 - April 12, 2002 in Boston for Natalie Aberle - snacks for staff | 25.30 |
| 04/15/02 | 61 | Photocopies | 9.15 |
| 04/15/02 | 422 | Photocopies | 63.30 |
| 04/16/02 | 85 | Photocopies | 12.75 |
| 04/17/02 | 199 | Photocopies | 29.85 |
| 04/18/02 | 25 | Photocopies | 3.75 |
| 04/18/02 | | Travel Expense: VENDOR: Magnolia, The; INVOICE#: 177540; DATE: 4/18/2002 - Denver, #85673, Room Charges for Doug Cameron, 4/16-4/17/02, D. Cameron | 633.04 |
| 04/19/02 | 4 | Facsimile | 4.00 |
| 04/19/02 | 2 | Facsimile | 2.00 |
| 04/19/02 | 1 | Photocopies | 0.15 |
| 04/19/02 | 3 | Photocopies | 0.45 |
| 04/22/02 | 6 | Photocopies | 0.90 |
| 04/22/02 | | Westlaw | 56.94 |
| 04/22/02 | | Westlaw | 56.94 |
| 04/23/02 | 45 | Photocopies | 6.75 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/24/02 | 18 | Photocopies | 2.70 |
| 04/24/02 | 437 | Photocopies | 65.55 |
| 04/25/02 | 6 | Color Photocopies: 6 Color Photocopies | 3.90 |
| 04/26/02 | 13 | Facsimile | 13.00 |
| 04/29/02 | 3 | Facsimile | 3.00 |
| 04/29/02 | 3 | Facsimile | 3.00 |
| 04/29/02 | 54 | Photocopies | 8.10 |
| 04/29/02 | 278 | Photocopies | 41.70 |
| 04/29/02 | 6,921 | Photocopies | 1,038.15 |
| 04/29/02 | 80 | Photocopies | 12.00 |
| 04/29/02 | 54 | Photocopies | 8.10 |
| 04/29/02 | 231 | Photocopies | 34.65 |
| 04/29/02 | 270 | Photocopies | 40.50 |
| 04/29/02 | 81 | Photocopies | 12.15 |
| 04/29/02 | | Postage | 12.85 |
| 04/30/02 | 81 | Photocopies | 12.15 |

**Total Disbursements:**     $ **6,041.65**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 1,475.25 |
| Facsimile | | 25.00 |
| Long Distance Telephone | | 43.47 |
| Outside Courier | | 34.59 |
| Travel Expense | | 633.04 |
| Postage | | 12.85 |
| Westlaw | | 165.64 |
| Other Expenses | | 3,647.91 |
| Color Photocopies | | 3.90 |
| **Total Disbursements:** | **$** | **6,041.65** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$ 88,335.39* |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | *Outstanding Balance on Invoice 579873:* | | *$ 14,330.32* |
| 583055 | 12/27/01 | Bill | 41,549.74 |
| | 02/28/02 | Cash Receipt | -34,558.94 |

## Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth W. | Partner | $ 350.00 | 98.7 | $ 34,545.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 150.7 | $ 45,210.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 46.2 | $ 13,860.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 45.7 | $ 12,567.50 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 165.7 | $ 46,396.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 65.3 | $ 14,366.00 |
| Hall, Jennifer | Associate | $ 220.00 | 40.7 | $ 8,954.00 |
| Kunstle, David | Associate | $ 240.00 | 1.8 | $ 432.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 66.8 | $ 7,348.00 |
| Korver, Thomas | Senior Paralegal | $ 140.00 | 122.9 | $ 17,206.00 |
| Haag, Susan | Paralegal | $ 105.00 | 1.2 | $ 126.00 |
| Latuda, Carla | Senior Paralegal | $ 125.00 | 20.1 | $ 2,512.50 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 59.1 | $ 5,319.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 40.2 | $ 4,422.00 |
| Bowen, Cathy | Case Admin. | $ 75.00 | 14.5 | $ 1,087.50 |
| Total | | | 939.60 | $ 214,351.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 87.00 |
| Photocopies | $ 889.75 |
| Facsimiles | $ 198.00 |
| Long Distance Telephone | $ 102.16 |
| Outside Courier | $ 164.15 |
| Travel Expense | $ 6,110.22 |
| Other Meal Expenses | $ 565.78 |
| Supplies | $ 8.40 |
| Lexis | $ 2,724.24 |
| Westlaw | $ 121.64 |
| Research Services | $ 40.00 |
| Velo Binding | $ 6.00 |
| Tab Stock | $ 0.30 |
| Other Expenses | $ 409.03 |
| Color Copies | $ 23.40 |
| **Total** | $ 11,450.07 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/02 | KWL | Telephone conference with Richard Finke re risk assessment issues (.40); review CVs for risk experts (1.00); coordinate strategy for expert opinion development and review (4.00); review EPA compliance documents and related Libby documentation (2.00). | 7.40 | $  2,590.00 |
| 04/01/02 | JDM | Meet with KWLund re experts and case management issues (0.5). | 0.50 | 150.00 |
| 04/01/02 | LSD | Research re and draft response in opposition to Government's motion for summary judgment on liability and affirmative defenses. | 10.00 | 3,000.00 |
| 04/01/02 | KJC | Review letter from H. Kukis re cost recovery document production (.30); conferences with JAHall re document review (.30); review edits and revise declaration of A. Stringer in support of response to Motion for Summary Judgment (1.00); review database issues (.50); draft internal discovery schedule (2.20); Telephone conference with EEStevenson re internal discovery schedule and expert interviews (.20) . | 4.30 | 1,182.50 |
| 04/01/02 | EES | Review Marcor monthly cost reports (1.70); compare cost reports with Marcor's progress reports (3.10); telephone conferences with accounting experts (.80); review accounting expert's audit schedules re Navy cost documentation (1.10); review CDM bidding documentation (2.40). | 9.10 | 2,548.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 21 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/02 | JAH | Receive and evaluate correspondence from Heidi Kukis at DOJ re discovery issues (.10); consider and prepare correspondence to KJCoggon re same (.20); consider and prepare correspondence to KJCoggon re Weiss document review (.20); consider and review documents produced by the United States in response to defendant's discovery requests (4.00). | 4.50 | 990.00 |
| 04/02/02 | KWL | Meeting with EEStevenson re cost and NCP expert issues (.50); review EPA documents supporting risk assessment analysis (4.00). | 4.50 | 1,575.00 |
| 04/02/02 | JDM | Review and comment on draft summary judgment brief (0.5). | 0.50 | 150.00 |
| 04/02/02 | LSD | Continue research re response in opposition to motion for summary judgement and continue drafting same. | 7.80 | 2,340.00 |
| 04/02/02 | KJC | Address database issues (.50); review draft response to Motion for Summary Judgment (1.00); review and revise M. Owens declaration (.30); telephone conference with expert re ATSDR (.20); draft and revise internal discovery schedule (2.30); telephone conference with LSDecker re Motion for Summary Judgment response (.30). | 4.60 | 1,265.00 |
| 04/02/02 | EES | Continue review of CDM bidding materials (2.60); review numerous CDM Scope of Work documents and related amendments (1.90); continue review of Marcor progress reports (1.20); review cost expert's audit workpapers re Department of Justice costs (2.10). | 7.80 | 2,184.00 |
| 04/02/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.20); review outline and legal materials re: coding of new set of EPA documents (2.00). | 6.00 | 660.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/02/02 | TWK | Revise retainer agreements with ARCADIS and Hein & Associates (.80); meet with EEStevenson re same (.20); meet with KJCoggon re coding of documents and review of EPA production (.40); research ATSDR guidance for public health assessments (.80); prepare revisions and additions to response to motion for summary judgment (5.20). | 7.40 | 1,036.00 |
| 04/02/02 | MBF | Conduct computer research for KJCoggon on Chris Weis (2.0); write memo regarding same (3.30). | 5.30 | 477.00 |
| 04/02/02 | ICM | Complete background research on witness and transmit to counsel. | 1.30 | 143.00 |
| 04/03/02 | JDM | Review and comment on draft response to summary judgment motion (2.8); conference with EEStevenson re accountant deadline issues (0.4); telephone conference with accounting experts re deadlines (0.4); conference with KWLund re expert issues, discovery and status (0.3); telephone conference with EEStevenson re expert contract issues (0.2); meet with LSDecker re issues in brief (0.8); review and comment on affidavits and statement of facts (1.0); meet with LSDecker re legal arguments and other summary judgment issues (1.6). | 7.50 | 2,250.00 |
| 04/03/02 | LSD | Continue drafting response in opposition to motion for summary judgment and affidavits of Hutchinson, Stringer, and Owens. | 10.00 | 3,000.00 |
| 04/03/02 | KJC | Conference with LSDecker re response to Motion for Summary Judgment (1.20); telephone conference with M. Owens re declaration (.70); revise M. Owens declaration (1.80); review draft response to Motion for Summary Judgment (1.10); revise A. Stringer declaration (.60); review database issues (.20); telephone conference with EEStevenson re documents for expert (.20); review and respond to e-mail re document review (.30); conference with scan vendor re progress and issues re EPA production documents (.70). | 6.80 | 1,870.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page           23
Invoice No.:   597443
Client  No.:   04339
Matter  No.:   00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/02 | EES | Conference calls with cost experts (.70); review cost accountants' deliverable schedule (.60); telephone calls with accounting experts re deliverable dates (1.10); review extensive CDM cost documents/progress reports (4.20). | 6.60 | 1,848.00 |
| 04/03/02 | GMB | Review and code documents produced by EPA for use in cost recovery case (4.5); conference with CLNeitzel re research on arbitrary and capricious standard (.20); Lexis research on "arbitrary and caprious" standard (2.0). | 6.70 | 1,474.00 |
| 04/03/02 | JAH | Receive and evaluate correspondence from LSDecker re motion for summary judgment documentation; conferences with LSDecker re same (.80); consider and review documents in support of motion for summary judgment (8.30); telephone conference with KJCoggon re same (.10); telephone conference with KATrammel re same (.10); telephone conferences with Corrine Christensen at DOJ re review of defendant's response to United States discovery requests (.20); consider and follow-up on same (.30). | 9.80 | 2,156.00 |
| 04/03/02 | TWK | Research status of EPA public emergency declaration (.30); draft affidavit in support of opposition to motion for summary judgment (2.00); research EPA actions re withdrawal of affirmative defenses (.80). | 3.10 | 434.00 |
| 04/03/02 | MCL | Read and respond to e-mails received from KJCoggon re coding of documents produced by EPA (.60). | 0.60 | 75.00 |
| 04/03/02 | MBF | Call E.D. Ky. to obtain indictment for EEStevenson (.40); perform quality control/quality assessment and issue coding for documents in Lotus Notes/Trial Director database (4.80) | 5.20 | 468.00 |
| 04/04/02 | KWL | Attend trial team meeting re case status and strategy (1.20); telephone conferences with LSDecker re Summary Judgment issues (.30); review and edit Summary Judgment brief (1.70). | 3.20 | 1,120.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/04/02 | JDM | Telephone conference with LSDecker re brief status (0.2); prepare for team meeting (0.3); review memo re discovery plan (0.3); telephone conference with G. Graham re discovery issues (0.3); telephone conference with J. Freeman re motion for extension of time (0.3); telephone conference with LSDecker re brief and extension of time (0.1); prepare for meeting with accounting experts (0.5); meet with accounting experts (2.0); meet with EEStevenson re accountants (0.3). | 4.30 | 1,290.00 |
| 04/04/02 | LSD | Various office conferences with KWLund and JDMcCarthy re motion response (.70); prepare and revise motion for extension of time to file an opposition (1.00); continue drafting brief and supporting affidavits and statement of fact in opposition to motion for summary judgment (9.30). | 11.00 | 3,300.00 |
| 04/04/02 | KJC | Review proposed internal schedule (.20); revise A. Stringer declaration (.40); telephone conference with A. Stringer re affidavit (.30); conference with team re schedule, expert progress, and document issues (1.20); conference with TWKorver re document review (.30); review and respond to e-mail re assignment of legal assistants to particular EPA document review (.20). | 2.50 | 687.50 |
| 04/04/02 | EES | Attend Grace team strategy meeting with KWLund, JDMcCarthy, GMBarry, JAHall, and TWKorver (1.20); prepare for meeting with additional potential accounting experts (1.50); attend meeting with potential accounting experts (2.90); review revised and expanded cost accounting workpapers (1.60); revise expert retention document (.40); telephone conference with cost expert (.20); review Apex Security cost documentation (.90); review bidding material from Environmental Chemical (.60). | 9.30 | 2,604.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/04/02 | GMB | Continue research on "arbitrary and caprious" standard of review of EPA's actions (1.0); review of cases on "arbitrary and caprious" standard (1.5); draft memo re "arbitrary and caprious" standard (1.5); grace team meeting (1.2); meeting with possible expert witness, A. Marvin Strait, JDMcCarthy and EEStevenson (1.5). | 6.70 | 1,474.00 |
| 04/04/02 | JAH | Conference with KJCoggon re review of United States' document production (.20); attend Grace team meeting (1.20). | 1.40 | 308.00 |
| 04/04/02 | NKA | Telephone meeting with MCLatuda and MBFloyd re Cost Recovery coding assignments and deadlines (.30); review and code EPA documents for Cost Recovery issues codes and category (5.80). | 6.10 | 671.00 |
| 04/04/02 | TWK | Meeting with CLNeitzel, GMBarry, KJCoggon, JDMcCarthy, EEStevenson, JAHall, and KWLund re case status and tasks (1.20); prepare chart of discovery served by Grace and connection to affirmative defenses (1.20); meet with KJCoggon re document coding priorities (.20); review coding guidelines and categories to be coded (.40); research documents for use by consultants (1.30); review CDs contained in USGS production (2.30); assist with preparation of opposition to motion for summary judgment (1.00). | 7.60 | 1,064.00 |
| 04/04/02 | MBF | Review and perform issue coding on Paul Perronard e-mails located in Lotus Notes database. | 5.00 | 450.00 |
| 04/05/02 | KWL | Telephone conference with accounting expert re retention and cost strategy issues (1.20); review EPA cost outline and backup documents (2.00). | 3.20 | 1,120.00 |