Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/02 | LSD | Telephone call to Michael Hutchinson for purposes of obtaining affidavit (.10); telephone conference with Alan Stringer updating and revising affidavit (.70); telephone call to Owens re affidavit (.10); telephone conference with KJCogggon re status of obtaining cost recovery package from government (.50); continue drafting and revising brief in supporting documentation (11.20); office conference with DPKunstle re KDC's structure (.20). | 12.80 | 3,840.00 |
| 04/05/02 | KJC | Conference with potential accounting expert (1.50). | 1.50 | 412.50 |
| 04/05/02 | EES | Meeting with an additional potential accounting expert (1.30); review Ramcor Services Group cost documentation (.30); review Parker residential displacement documentation (.40); review Medical Graphics documentation (.20); review Toshiba American Medical Systems documentation (.40); review Diagnostic Imaging Inc. documentation (.20); review MedStone Inc. cost documentation (.60); review cost proposals for medical surveillance program (.90); review Aeolus pricing documentation (.30 ); review Alert Security documentation (.60);  review contract negotiation memorandums re CDM contract negotiations (1.10); review IDT Company audit report (.80); review environmental consulting and technology company audit (.60). | 7.70 | 2,156.00 |
| 04/05/02 | JAH | Consider and prepare supplemental disclosures for United States' discovery requests. | 3.00 | 660.00 |
| 04/05/02 | DPK | Review KDC documents (.10); conference with LSDecker re same (.20). | 0.30 | 72.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/02 | TWK | Review documents at offices of EPA produced in response to Grace discovery (4.00); meet with CLNeitzel re coding of administrative record and site file (.50); research guidelines for coding documents into database (.70); prepare assignments for coding of EPA production documents (.30); review comments on Administrative Record for placing importance codes on scanned documents (.50); research information provided by ATSDR in response to FOIA requests (1.80). | 7.80 | 1,092.00 |
| 04/05/02 | MCL | Read and respond to e-mails re assignment of documents to lawyers and paralegals for coding purposes (.60). | 0.60 | 75.00 |
| 04/05/02 | MBF | Conference with CLNeitzel regarding issues to be considered when coding administrative record (.30); code EPA production documents in Lotus Notes database (4.50). | 4.80 | 432.00 |
| 04/06/02 | LSD | Continue drafting brief and supporting documents. | 10.30 | 3,090.00 |
| 04/07/02 | JDM | Review and revise Stringer declaration (0.6); review ATSDR health consultation (0.9); review community testing program report (0.8). | 2.30 | 690.00 |
| 04/07/02 | LSD | Continue drafting brief in opposition to motion for summary judgment as well as revisions to statement of facts, Hutchinson affidavit, Stringer affidavit, Owens affidavit, and discovery chronology affidavit. | 10.30 | 3,090.00 |
| 04/08/02 | LSD | Continue drafting and revising brief for comment to client. | 7.40 | 2,220.00 |
| 04/08/02 | KJC | Review and respond to email re discovery and document review (0.80). | 0.80 | 220.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/02 | EES | Review EMSL Analytical (CDM subcontractor) cost documentation (.70); telephone conferences with accounting experts re cost database issues (.40); telephone conference with potential accounting experts re retention issues (.30); review cost documentation of Fox Pacific Environmental Services (CDM subcontractor) (.40). | 1.80 | 504.00 |
| 04/08/02 | GMB | Edit draft memo on "arbitrary and capricious" under CERCLA (4.0); additional research on "arbitrary and capricious" under CERCLA (1.0). | 5.00 | 1,100.00 |
| 04/08/02 | JAH | Consider and review comments to the administrative record (1.50); consider and prepare correspondence to the DOJ re supplemental disclosures (.50); consider and prepare supplemental disclosures (.40). | 2.40 | 528.00 |
| 04/08/02 | DPK | Review KDC corporate documents (1.20); conference with HRO personnel re same (.30). | 1.50 | 360.00 |
| 04/08/02 | TWK | Review documents at EPA in response to Grace discovery (4.50); meet with MCLatuda re coding of EPA administrative record (.50); research FOIA appeal deadlines and process (2.30); prepare appeal of ATSDR FOIA denial re withholding death certificates (3.50); research documents produced by EPA and prepare assignments for coding of same (.50). | 11.30 | 1,582.00 |
| 04/08/02 | MCL | Conference with TWKorver re coding of EPA Production documents (.40); prepare Bates numbers list for CSBowen for coding of Paul Peronard emails (.30); review changes made to database (.60). | 1.30 | 162.50 |
| 04/08/02 | MBF | Code EPA production documents in Lotus Notes database. | 3.00 | 270.00 |
| 04/08/02 | ICM | Research treatises and secondary sources re privilege issues. | 3.00 | 330.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/09/02 | KWL | Prepare for meeting with risk expert (.60); interview potential risk expert (2.00); meet with JDMcCarthy and CLNeitzel re case status and strategy (.50); review Paul Peronard e-mail documents (2.30). | 5.40 | 1,890.00 |
| 04/09/02 | JDM | Prepare for expert interview (1.0); expert interview (2.2); meet with KWLund and CLNeitzel re expert interview and toxicologist/risk experts (0.5). | 3.70 | 1,110.00 |
| 04/09/02 | LSD | Telephone conference with Bob Emmett re revisions to and comments on draft response to motion for summary judgment (.50); continue drafting statements of facts and collecting background information pertinent to same (3.60). | 4.10 | 1,230.00 |
| 04/09/02 | KJC | Review and respond to email re discovery and document review (0.30). | 0.30 | 82.50 |
| 04/09/02 | EES | Review EMSL Analytical cost documentation (1.30); review CDM Consultants contracting documentation (.90); review KUO Environmental contract/scope of work documentation (2.20); review evaluation of KUO Environmental overhead structure (1.40); review KUO Environmental contract "Protege" agreement (.50); review Defense Contract Audit Agency audit of KUO Environmental accounting system (1.60); review Eky Inc. accounting system audit report prepared by the Defense Contract Audit Agency (1.20); review KUO Environmental monthly progress reports (.20). | 9.30 | 2,604.00 |
| 04/09/02 | TWK | Revise appeal to ATSDR re denial of FOIA request (1.00); review CDs of USGS information produced by EPA in response to Grace discovery (4.50). | 5.50 | 770.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/09/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (3.20); conferences with SMHaag, CSGraham, and TThomas re entry of attorney comments into EPA Production database (.40); conference with MThompson and WBrown re database issues (.20); read and respond to emails with KJCoggon re database issues (.30). | 4.10 | 512.50 |
| 04/09/02 | MBF | Cite-check summary judgement response brief for LSDecker (3.40); code EPA production documents in Lotus Notes database (2.40) | 5.80 | 522.00 |
| 04/09/02 | ICM | Conduct research re privilege issues in Washington State. | 4.00 | 440.00 |
| 04/10/02 | KWL | Telephone conference with Bob Emmett and Bill Corcoran re case status and strategy (1.00); review risk assessment issues and develop issue outline (2.00). | 3.00 | 1,050.00 |
| 04/10/02 | LSD | Office conference with JAHall re discovery and facts to support statement of facts (.20); office conference with CLNeitzel re naturally occurring documentation (.3); draft statement of facts (2.3); telephone conference with Michael Hutchinson, former CDM employee re potential declaration and revise declaration in accordance with conversation (1.8); continue drafting and revising brief (.6). | 5.20 | 1,560.00 |
| 04/10/02 | KJC | Review and respond to email re discovery, document review, and expert schedules (0.30). | 0.30 | 82.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/10/02 | EES | Review additional KUO Environmental progress billing status reports and contract documentation (2.80); extended phone conferences with accounting experts re deliverables, contractor documentation and cost database issues (1.30); extended phone conferences with potential accounting experts re transition issues, overhead cost issues and documentation criteria (1.80); review additional Marcor documents involving Task Order 22 (school remediation) (2.70); review additional Marcor cost documentation re Task Order 21 (mine and Rainy Creek Road areas) (1.20). | 9.80 | 2,744.00 |
| 04/10/02 | GMB | Conference with EEStevenson on research concerning medical costs (.30); Lexis research re recovery of medical costs under CERCLA (2.20); review cases concerning recovery of medical costs under CERCLA (2.00). | 4.50 | 990.00 |
| 04/10/02 | JAH | Conference with LSDecker re supplemental disclosures (.30); consider and revise correspondence to DOJ re supplemental disclosures (.20). | 0.50 | 110.00 |
| 04/10/02 | TWK | Research production of documents from ATSDR in response to FOIA request and litigation discovery (1.00); research risk spreadsheets used by EPA in support of endangerment assessment (.80); prepare list of USGS documents to be scanned from production of CDs by EPA in response to discovery (1.00); telephone conference with DOJ re production of USGS records (.20). | 3.00 | 420.00 |
| 04/10/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues. | 1.10 | 137.50 |
| 04/10/02 | MBF | Code EPA production documents in Lotus Notes database. | 6.00 | 540.00 |
| 04/10/02 | ICM | Case law research and review re discovery of out of state medical records. | 3.80 | 418.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/11/02 | KWL | Review key documents in preparation for expert depositions and case management outline. | 6.00 | 2,100.00 |
| 04/11/02 | JDM | Exchange voice mails with LSDecker re affidavit (0.1); telephone conference with EEStevenson re accounting expert (0.1); meet with KWLund re case status meeting with client (0.2). | 0.40 | 120.00 |
| 04/11/02 | LSD | Continue drafting  and revising brief in opposition to motion for summary judgment on liability and affirmative defenses. | 4.50 | 1,350.00 |
| 04/11/02 | KJC | Review and respond to email re discovery and document review (0.30). | 0.30 | 82.50 |
| 04/11/02 | EES | Prepare for meeting with accounting experts (1.80); extended meeting with accounting experts (3.30); review additional Marcor documentation, including Task Order 5 (removal activities in excess of $3.5 million) (3.80). | 8.90 | 2,492.00 |
| 04/11/02 | GMB | Additional Lexis research on the recovery of medical costs under CERCLA (2.00); review cases on the recovery of medical costs under CERLCA (4.50); reviewing and coding of EPA production of documents provided by Chris Weiss e-mails data base (1.2). | 7.70 | 1,694.00 |
| 04/11/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (.50); conferences with TJThomas and CSGraham re adding attorney comments to EPA Production database (.40). | 0.90 | 112.50 |
| 04/11/02 | MBF | Code EPA production documents in Lotus Notes database. | 6.40 | 576.00 |
| 04/11/02 | ICM | Follow up with EEStevenson re expert issues (1.50); answer administrative record questions (0.80); prepare memo re privileged medical records issues (5.80); coding documents in response to EPA information request (2.00). | 9.00 | 990.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/11/02 | CB | Review and code electronic documents produced by EPA to Cost Recovery issues (4.00) | 4.00 | 300.00 |
| 04/12/02 | KWL | Review and revise draft responses to United States' Summary Judgment motion (2.70); provide comments to LSDecker re same (.30). | 3.00 | 1,050.00 |
| 04/12/02 | JDM | Review and comment on summary judgment response brief (2.0); meet with LSDecker re summary judgment brief comments (1.1); telephone conference with EEStevenson re protective order (0.3); telephone conference with EEStevenson and accounting expert re protective order (0.3). | 3.70 | 1,110.00 |
| 04/12/02 | LSD | Office conference with JDMcCarthy re comments to brief and revisions to same (1.8), revise declaration re discovery issues (.4); revise Stringer affidavit (.5); revise Owens declaration (.7); revise Hutchinson declaration (.1); continue drafting statement of facts (1.2); continue drafting and revising brief and of statement of facts (9.1). | 13.00 | 3,900.00 |
| 04/12/02 | KJC | Review and respond to email re discovery and document review (0.20); review and revise declaration and facts in support of opposition to motion for summary judgment (0.70); telephone conference with LSDecker re same (0.30). | 1.20 | 330.00 |
| 04/12/02 | EES | Phone conferences with accounting experts re deliverables, cost database and upcoming strategy meeting (.90); review additional Medical Graphics Corporation bidding/cost documentation (1.10); review Imaging Solutions cost documentation (.60); conference with accounting experts re workpaper/audit issues (1.30); review additional medical surveillance program bidding documentation (3.30). | 7.20 | 2,016.00 |
| 04/12/02 | JAH | Consider and review documents in EPA administrative record and site file (1.00); conference with MCLatuda re same (.40). | 1.40 | 308.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/12/02 | TWK | Meet with MCLatuda re coding of administrative record documents (.20); research status of headquarters endangerment decision (.30). | 0.50 | 70.00 |
| 04/12/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (2.40); conference with TWKorver re assignment of documents to individuals for coding purposes (.30); conference with JAHall re procedures for reviewing electronic documents and coding of same (.50); conference with CSGraham re same (.20); conference with WDBrown re procedures for loading of EPA Administrative Record and Site File images into Document Director and LotusNotes database (.60); locate and provide documents from Cost Recovery Package documents for LSDecker (.60). | 4.60 | 575.00 |
| 04/12/02 | MBF | Code EPA production documents in Lotus Notes (2.4); send letter to E.D. Kentucky to obtain indictment for EEStevenson (.20). | 2.60 | 234.00 |
| 04/12/02 | ICM | Conduct case law research re Public Disclosure Act as per KJCoggon's request (2.00); draft memorandum re same (3.50). | 5.50 | 605.00 |
| 04/13/02 | LSD | Draft and revise affidavit of Alan Stringer and telephone conference with him re same (4.4); draft and revise declaration of Mark Owens (.7); draft and revise statement of facts, including additional document research on naturally occurring issues (7.5); continue drafting and revising substantive brief in opposition to motion for summary judgment (3.0). | 15.60 | 4,680.00 |
| 04/13/02 | TWK | Research documents produced by EPA in response to Grace discovery re attic insulation (2.00); research EPA activities at Screen Plant re archaeology investigation (.50); research EPA deficiencies in data production and in response to discovery (2.00); prepare chart of same (.80). | 5.30 | 742.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 35 |
| Invoice No.: | | 597443 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/14/02 | LSD | Draft and revise statement of facts and draft and revise brief in opposition to motion for summary judgment (16.3) | 16.30 | 4,890.00 |
| 04/15/02 | KWL | Conference call with B. Corcoran. | 1.00 | 350.00 |
| 04/15/02 | JDM | Review and revise modifications to protective order (0.2); meet with EEStevenson re protective order modifications (0.2); telephone conference with J. Freeman re modification of protective order confidentiality agreement (0.2); outline issues for April 30 client meeting (0.6); review statement of facts (0.5). | 1.70 | 510.00 |
| 04/15/02 | LSD | Continue drafting and revising brief in opposition to Motion for Summary Judgment (11.00); finalize same and file same (various telephone and office conferences with JDMcCarthy, CLNeitzel, Lisa Driscoll re content and revisions to same (.80). | 11.80 | 3,540.00 |
| 04/15/02 | EES | Review and revise accounting workpaper retention disclosure provisions (.70); telephone conference with cost expert (.40); review Marcor Task Order 5 cost documentation (3.60); telephone conference with Jim Freeman re revisions to workpaper disclosure provisions (.30); conference call with accounting experts re cost database documentation issues (.80). | 5.80 | 1,624.00 |
| 04/15/02 | GMB | Review cases re medical testing under CERCLA (2.0); coding and reviewing EPA production for use in cost recovery case (5.5). | 7.50 | 1,650.00 |
| 04/15/02 | NKA | Review and code electronic documents in WR Grace - EPA Production database (5.30). | 5.30 | 583.00 |
| 04/15/02 | TWK | Prepare coding of documents from Administrative Record and site file (5.60); research images available from Administrative Record (.50); assist with preparation of response to motion for summary judgment (.50). | 6.60 | 924.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 36 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/02 | MCL | Telephone conference with TWKorver re procedures for electronic coding of EPA Production documents (.30); telephone conference with CSGraham re same (.20). | 0.50 | 62.50 |
| 04/15/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (3.50) | 3.50 | 262.50 |
| 04/16/02 | KWL | Work on cost recovery defense issues (2.0); prepare expert witness report to client (4.0); meeting with JDMcCarthy re case status and strategy (1.2). | 7.20 | 2,520.00 |
| 04/16/02 | JDM | Prepare for and meet with KWLund re discovery and motions (1.2). | 1.20 | 360.00 |
| 04/16/02 | LSD | Follow up on Motion for Summary Judgment Response. | 0.30 | 90.00 |
| 04/16/02 | KJC | Review response to Motion for Summary Judgment (1.50). | 1.50 | 412.50 |
| 04/16/02 | EES | Review Environmental Chemical Corporation's cost documentation (2.90); review additional Environmental Chemical Corporation audit information (2.10); review additional EPA indirect cost methodology documentation (.80); extended phone conferences with accounting experts re status/progress report, cost database and other deliverables (.90). | 6.70 | 1,876.00 |
| 04/16/02 | NKA | Review and code electronic documents in Grace Historical database for responsiveness to Cost Recovery issues and category rank (1.50). | 1.50 | 165.00 |
| 04/16/02 | TWK | Prepare coding of documents from Administrative Record and site file (.80); research updates to Screening/Export Plant Administrative Record (1.50); research coding of document categories and auxiliary codes (1.00); review CDs of Administrative Record re differences in supplements (.50). | 3.80 | 532.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 37 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/16/02 | ICM | Conduct EPA administrative record research for CLNeitzel; update memo re Washington public records issues. | 6.00 | 660.00 |
| 04/16/02 | CB | review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (1.00). | 1.00 | 75.00 |
| 04/17/02 | KWL | Meeting with potential risk experts (4.0);  meeting with Richard Finke and Doug Cameron re same (2.0); telephone conference with Phil Good re risk and data issues; (.60); conference with Richard Finke re same (.60). | 7.20 | 2,520.00 |
| 04/17/02 | JDM | Prepare for meeting with potential expert (1.0); meet with potential expert (2.3); meet with team to discuss expert (0.4); telephone conference with sampling and analysis expert (0.3); telephone conference with EEStevenson re accounting expert issues (0.1). | 4.10 | 1,230.00 |
| 04/17/02 | EES | Review Marcor cost documentation workpapers prepared by accounting experts (3.70); prepare for strategy meeting with accounting experts (1.30); extended strategy meeting with accounting experts (4.40). | 9.40 | 2,632.00 |
| 04/17/02 | GMB | Coding and reviewing EPA production for use in cost recovery case (6.6). | 6.60 | 1,452.00 |
| 04/17/02 | NKA | Review and code electronic documents in Grace Historical database for responsiveness to EPA Cost Recovery issues and category rank (1.30). | 1.30 | 143.00 |
| 04/17/02 | SH | Review background information and issues on cost recovery case for document review. | 1.20 | 126.00 |
| 04/17/02 | TWK | Coding of documents produced by EPA in Administrative Record and site file (4.50); research issues in database re cross-referencing of coded documents (.80); obtain documents for use by experts in Administrative Record review (.50); meet with IT Department re coding issues in Administrative Record database (.50). | 6.30 | 882.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/17/02 | ICM | Conduct research re hazardous ranking system and several CERCLA regulatory questions as per CLNeitzel's request. | 2.60 | 286.00 |
| 04/17/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (4.00). | 4.00 | 300.00 |
| 04/18/02 | KWL | Coordinate trial team meeting (.9); review various strategic issues re trial strategy (3.0). | 4.00 | 1,400.00 |
| 04/18/02 | JDM | Prepare for team meeting (0.2); team meeting (0.9); conference with EEStevenson re accountant issues (0.1); draft letters to toxicology experts (0.2); meet with CLNeitzel re expert issues (0.1). | 1.50 | 450.00 |
| 04/18/02 | KJC | Telephone conference with team re status of expert preparation (0.60). | 0.60 | 165.00 |
| 04/18/02 | EES | Case strategy meeting with KWLund, JDMcCarthy, GMBarry, TWKorver and KJCoggon (.90); phone conferences with accounting experts re workpaper and EPA overhead issues (1.10); review additional workpapers prepared by accounting experts (2.30); revise draft retention letter for additional accounting experts (.40). | 4.70 | 1,316.00 |
| 04/18/02 | GMB | Grace team meeting (.90); Lexis research on medical surveillance under CERCLA (1.6); coding and reviewing EPA production for use in cost recovery case (4.50) | 7.00 | 1,540.00 |
| 04/18/02 | NKA | Review and code electronic documents in database for responsiveness to cost recovery issues (7.30). | 7.30 | 803.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/18/02 | TWK | Meeting with KWLund, EEStevenson, CLNeitzel, GMBarry and JDMcCarthy re status of action items and future tasks (.90); research data information used by EPA in endangerment assessment (2.50); obtain and transmit documents for use by cost experts (.80); research EPA data disks submitted as part of Administrative Record (1.00); research maps of sampling locations for residences sampled in Libby (.80); research air samples contained in Administrative Record (2.80). | 8.80 | 1,232.00 |
| 04/19/02 | KWL | Work on strategic case development. | 7.00 | 2,450.00 |
| 04/19/02 | JDM | Conference with EEStevenson re Daubert issues. | 0.50 | 150.00 |
| 04/19/02 | LSD | Telephone call and email to Michael Hutchinson, former CDM employee, re face-to-face meeting to determine information he may have available. | 0.30 | 90.00 |
| 04/19/02 | EES | Extended conferences with accounting experts re upcoming strategy meeting (1.30); telephone conference with cost experts re status of remaining deliverables (.60); telephone conference with cost expert re witness/deposition issues (.80); case strategy meeting with JDMcCarthy (.50); conference calls with accounting experts re task authorization documentation issues (.60). | 3.80 | 1,064.00 |
| 04/19/02 | NKA | Review and code electronic documents in database for responsiveness to cost recovery issues (6.30). | 6.30 | 693.00 |
| 04/19/02 | ICM | Conduct research on EPA data quality criteria for CLNeitzel in preparation for response to EPA re administrative record. | 2.00 | 220.00 |
| 04/20/02 | JDM | Exchange e-mails with CLNeitzel re risk expert issues. | 0.10 | 30.00 |
| 04/20/02 | TWK | Prepare USGS CDs produced by EPA for scanning and coding (.50); research EPA status of decision on endangerment assessment (.50). | 1.00 | 140.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/22/02 | KWL | Review draft NPL comments (1.60); telephone conference with Bill Corcoran re same (.80); telephone conference with CLNeitzel re same (.60). | 3.00 | 1,050.00 |
| 04/22/02 | KJC | Telephone conferences with EEStevenson and expert re progress and preparation for meeting with client (1.80); telephone conferences with EEStevenson re preparation for expert meetings with client (0.40); review U.S. responses to discovery (0.60); conference with TWKorver re status issues re review of EPA production documents (0.60); telephone conference with H. Kukis re recently produced documents (0.20); follow up with coding vendor re status of project (0.30). | 3.90 | 1,072.50 |
| 04/22/02 | EES | Review additional Marcor cost workpapers, task orders, and related schedules (2.60); review additional NORC cost documentation workpapers (1.90); extended phone conferences with accounting experts re documentation issues and other deliverables (.80); review CDM cost workpapers and supporting audit database information (3.80). | 9.10 | 2,548.00 |
| 04/22/02 | JAH | Conferences with TWKorver re document review (.50); evaluate and prepare comments on discovery materials obtained from the EPA (5.75). | 6.30 | 1,386.00 |
| 04/22/02 | NKA | Review and code electronic documents in WRGrace - EPA Production database for responsiveness to cost recovery issues (7.40). | 7.40 | 814.00 |
| 04/22/02 | TWK | Review ATSDR draft Public Health Assessment Guidance Manual (.50); prepare coding of documents produced by EPA in response to Grace discovery (6.30); review USGS documents produced by EPA in response to Grace discovery (1.50). | 8.30 | 1,162.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/22/02 | MBF | Conduct Lexis and Westlaw research to find caselaw for CLNeitzel for comments on Libby NPL listing (1.00); call EPA to learn if any new information was added to NPL listing docket (.20); go to EPA to look at NPL docket and obtain new information for CLNeitzel (1.00); research and print-out documents regarding Libby site from the ATSDR website for CLNeitzel (.80). | 3.00 | 270.00 |
| 04/23/02 | KJC | E-mail re U.S. response to discovery (0.30); review and quaity control coding of EPA production documents including e-mail team re suggested changes (0.40); conference with accounting experts re preparation for meeting with client and progress on schedule of deliverables (3.50); telephone conferences with EEStevenson re expert deliverables and prep for meeting with client (0.30). | 4.50 | 1,237.50 |
| 04/23/02 | EES | Review extensive Marcor task 5 documentation (1.70); review draft presentation materials (2.40); extended meeting with accounting experts (3.70); telephone conference with defense counsel in another cost recovery case re indirect cost issues (.40); review revised accounting documents (1.90). | 10.10 | 2,828.00 |
| 04/23/02 | GMB | Continue drafting of memo on ATSDR's medical monitoring costs (4.5); additional Lexis research re ATSDR's medical monitoring costs (2.2). | 6.70 | 1,474.00 |
| 04/23/02 | NKA | Review and code electronic documents in EPA Production database for responiveness to cost recovery issues and category (6.60). | 6.60 | 726.00 |
| 04/23/02 | TWK | Document review of USGS documents produced by EPA in response to Grace discovery (2.30); prepare coding of documents produced by EPA (1.50); letter to DOJ re production of USGS documents (.50); research documents for use and review by RJLEE (.80); review documents produced by EPA in response to Grace second set of discovery (1.00). | 6.10 | 854.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 42 |
| Invoice No.: | | 597443 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/23/02 | MBF | Code EPA production documents (1.40). | 1.40 | 126.00 |
| 04/24/02 | KWL | Meeting with Dale Jensen and Kurt Fessler re expert issues (2.00); meet with JDMcCarthy, KJCoggon and EEStevenson re expert issues (1.00); review cost documentation package (2.40). | 5.40 | 1,890.00 |
| 04/24/02 | JDM | Prepare for meeting re depositions and additional written discovery (0.5); meeting re depositions and additional discovery (1.2); review vermiculite exposure articles (0.5); telephone conference with J. Freeman re extension of time (0.1); review and respond to memos re discovery issues (0.2); prepare for meeting with accounting experts (0.5); meet with accounting experts (2.1); meet with team re meeting with client and discovery issues (0.5). | 5.60 | 1,680.00 |
| 04/24/02 | KJC | Conference with EEStevenson and JDMcCarthy re deposition schedule (1.20); conference with KWLund, JDMcCarthy, EEStevenson and expert re meeting with client (2.70); conference with EEStevenson re expert preparation (0.40). | 4.30 | 1,182.50 |
| 04/24/02 | EES | Telephone conferences with accounting experts re cost documentation issues, document deficiencies and pending action  items (1.30); review revised accounting workpapers (2.80); extended conference with cost expert re administrative record documentation issues (.70); strategy meeting re depositions (1.40); strategy meeting with accounting experts (2.40); strategy meeting with KJCoggon (.40); conference call with defense counsel in another case re indirect cost issues (.90). | 9.90 | 2,772.00 |
| 04/24/02 | GMB | Continue drafting of memo on ATSDR's medical monitoring costs (2.3); additional Lexis research re ATSDR's medical monitoring costs (1.5); edit final of memo re ATSDR's medical monitoring costs (3.1). | 6.90 | 1,518.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/24/02 | JAH | Conference with TWKorver re comments to discovery production by EPA (.50); review and prepare comments to EPA discovery production (1.00); review Grace's comments to administrative record and supplemental administrative record (1.80). | 3.30 | 726.00 |
| 04/24/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 04/24/02 | TWK | Meet with JAHall re coding of Administrative Record documents (.50); obtain documents for use by technical experts (1.50); prepare coding of documents produced by EPA in response to Grace discovery (7.80). | 9.80 | 1,372.00 |
| 04/24/02 | MBF | Code administrative record documents in Lotus Notes database. | 4.00 | 360.00 |
| 04/25/02 | KWL | Work on strategy in preparation for meeting with Bill Corcoran (3.50); conference with KJCoggon and JDMcCarthy re same (.50). | 4.00 | 1,400.00 |
| 04/25/02 | JDM | Review U.S. response to second set of discovery (0.2); telephone conference with KJCoggon re meeting with client (0.2). | 0.40 | 120.00 |
| 04/25/02 | KJC | Telephone conference with EEStevenson re preparation of expert for meeting with client (0.40); telephone conference with JDMcCarthy re overview presentation (0.20). | 0.60 | 165.00 |
| 04/25/02 | EES | Extended conference call with cost expert re case strategy issues and deliverables (1.20); review cost documentation schedules and workpapers (3.30); review revised cost documentation analysis (2.70); conference call with defense counsel in another cost recovery case re EPA indirect cost issues (.40). | 7.60 | 2,128.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 44 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/25/02 | NKA | Review and code electronic documents in Historical database for EPA cost recovery issues (.50); Review and code electronic documents in EPA Production database for cost recovery issues and category (5.50). | 6.00 | 660.00 |
| 04/25/02 | TWK | Prepare coding of Administrative Record and documents produced by EPA in response to Grace discovery (6.80). | 6.80 | 952.00 |
| 04/25/02 | MBF | Meet with TWKorver regarding instructions for coding administrative record (.40); code administrative record documents (3.6). | 4.00 | 360.00 |
| 04/25/02 | ICM | Review and update memo re Washington medical records as per KJCoggon's request. | 3.00 | 330.00 |
| 04/26/02 | KWL | Work on strategy preparation issues. | 2.80 | 980.00 |
| 04/26/02 | JDM | Review and respond to draft Powerpoint presentation on discovery issues. | 0.30 | 90.00 |
| 04/26/02 | KJC | Prepare overview presentation including telephone conferences with EEStevenson and conference with KWLund re same (3.10); telephone conference with expert re revisions to presentation (0.30); telephone conference with accounting expert re documents for review, presentation, and related issues (0.70); follow up with vendors re producing blowbacks for accounting expert (0.80); prepare for meeting with clients (0.90). | 5.80 | 1,595.00 |
| 04/26/02 | EES | Conference call with KJCoggon re documentation issues. | 0.20 | 56.00 |
| 04/26/02 | JAH | Review and prepare comments on discovery production by EPA. | 5.00 | 1,100.00 |
| 04/26/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (6.00).. | 6.00 | 660.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/26/02 | TWK | Prepare coding of documents in Administrative Record and site file (2.80); review contracts provided by EPA as supplemental production (.50); review and transmit cost documents to experts (.50). | 3.80 | 532.00 |
| 04/26/02 | MBF | Code documents in administrative record database. | 2.60 | 234.00 |
| 04/27/02 | KJC | Telephone conference with KWLund re meeting with clients (0.20); telephone conference with experts re meeting with clients (0.30). | 0.50 | 137.50 |
| 04/27/02 | TWK | Prepare coding of documents produced by EPA in Administrative Record and site file (2.30). | 2.30 | 322.00 |
| 04/28/02 | KWL | Review key documents re expert witnesses (3.00); telephone conference with CLNeitzel re risk issues (.30); conference with JDMcCarthy re same (.30). | 3.60 | 1,260.00 |
| 04/28/02 | JDM | Conference with KWLund re new discovery from U.S., experts, discovery schedule and meeting with client. | 0.60 | 180.00 |
| 04/28/02 | KJC | Revise overview presentation (1.00); telephone conference with EEStevenson re same (0.40). | 1.40 | 385.00 |
| 04/28/02 | EES | Review and draft comments re case strategy meeting issues (1.20); conference call with KJCoggon re case strategy issues and presentation issues (.30); review cost expert workpapers (1.90). | 3.40 | 952.00 |
| 04/29/02 | KWL | Prepare for case strategy meeting with Bill Corcoran, Bob Emmett and David Siegel (4.0); attend case strategy meeting with same (6.0). | 10.00 | 3,500.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/29/02 | EES | Strategy meeting with KWLund and KJCoggon (1.20); review accounting and cost expert documentation (1.70); attend client case strategy meeting (3.90); extended meeting with cost expert (1.40); extended conference call with accounting experts (.80); review revised accounting materials (1.30). | 10.30 | 2,884.00 |
| 04/29/02 | JAH | Conference with TKorver re document review (.50); consider, review and comment on EPA discovery production (2.60). | 3.10 | 682.00 |
| 04/29/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (.80). | 0.80 | 88.00 |
| 04/29/02 | TWK | Review supplemental database disk provided by EPA (.80); review USGS, ATSDR and Toerock productions from EPA (1.00); prepare coding of documents produced by EPA in Administrative Record and site file (3.00). | 4.80 | 672.00 |
| 04/29/02 | MCL | Conference with TWKorver re procedures for coding of electronic documents produced by EPA (.20); review documents provided as background reading material (1.20). | 1.40 | 175.00 |
| 04/29/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (2.00). | 2.00 | 150.00 |
| 04/30/02 | KWL | Meeting with Corcoran, Siegel and Emmett re case strategy (1.4); meeting with various case experts re case preparation and defense (5.0); meeting with JDMcCarthy and EEStevenson re case strategy development (1.4). | 7.80 | 2,730.00 |
| 04/30/02 | JDM | Prepare for meeting with client (0.9); review memo re VAI liability under CERCLA (0.3); meet with client and experts (4.7); meet with KWLund and EEStevenson re expert issues, potential motions and legal theories (1.4). | 7.30 | 2,190.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/30/02 | EES | Meeting with accounting experts re cost documentation issues (1.90); attend client case strategy meeting (3.10); attend expert strategy meeting with KWLund and JDMcCarthy (1.40); extended phone conference with accounting experts re cost review action items (.80). | 7.20 | 2,016.00 |
| 04/30/02 | TWK | Research agreements between EPA and Parkers for Price Waterhouse (1.20); coding of documents produced by EPA in Administrative Record and site file (1.80). | 3.00 | 420.00 |
| 04/30/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (5.00). | 5.00 | 625.00 |

**Total Fees Through April 30, 2002:**    **939.60**    **$ 214,351.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 98.70 | $   34,545.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 150.70 | 45,210.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 46.20 | 13,860.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 45.70 | 12,567.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 165.70 | 46,396.00 |
| DPK | David P. Kunstle | Associate | 240.00 | 1.80 | 432.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 65.30 | 14,366.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 40.70 | 8,954.00 |
| TWK | Thomas W. Korver | Paralegal | 140.00 | 122.90 | 17,206.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 20.10 | 2,512.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 66.80 | 7,348.00 |
| SH | Susan Haag | Paralegal | 105.00 | 1.20 | 126.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 40.20 | 4,422.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 59.10 | 5,319.00 |
| CB | Cathy Bowen | Fileroom | 75.00 | 14.50 | 1,087.50 |
| | | **Total Fees:** | | **939.60** | **$ 214,351.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/07/02 | | Travel Expense: VENDOR: Brown Palace Hotel, The; INVOICE#: 88209; DATE: 2/7/2002  -  Denver, #90012864, Room Charges, R. Emmett | $ | 397.08 |
| 03/06/02 | | Other Expenses: VENDOR: U.S. Department of Treasury; INVOICE#: 041502; DATE: 4/15/2002  -  Document production - ATSDR | | 380.50 |
| 03/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17005; DATE: 3/22/2002  -  Airfare, 4/7-4/14/02, Denver Boston Boston Newark Neward Denver, G. Barry | | 684.50 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02  -  Courier, Acct. 0802-0410-8 03-18; Spencer Mollertven Broomfield, Co | | 6.58 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02  -  Courier, Acct. 0802-0410-8 03-19; William Corcoran Columbia, Md | | 14.89 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02  -  Courier, Acct. 0802-0410-8 03-19; Robert Emmett Columbia, Md | | 14.89 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02  -  Courier, Acct. 0802-0410-8 03-21; Marvin Strait Colorado Springs, Co | | 11.61 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 49 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02  -  Courier, Acct. 0802-0410-8 03-21; Karyl M Misrack Houston, Tx | 15.94 |
| 04/01/02 | 5 | Facsimile | 5.00 |
| 04/01/02 | 6 | Facsimile | 6.00 |
| 04/01/02 | | Long Distance Telephone: 9798465175 | 0.36 |
| 04/02/02 | | Lexis | 105.59 |
| 04/02/02 | | Long Distance Telephone: 9146867975 | 0.26 |
| 04/02/02 | | Long Distance Telephone: 4062936848 | 0.12 |
| 04/02/02 | | Outside Courier | 6.50 |
| 04/02/02 | 14 | Photocopies | 2.10 |
| 04/03/02 | 4 | Facsimile | 4.00 |
| 04/03/02 | | Lexis | 151.85 |
| 04/03/02 | | Long Distance Telephone: 6172250810 | 0.14 |
| 04/03/02 | | Long Distance Telephone: 4062933964 | 0.13 |
| 04/03/02 | | Long Distance Telephone: 3124254103 | 3.68 |
| 04/03/02 | 4 | Photocopies | 0.60 |
| 04/03/02 | 314 | Photocopies | 47.10 |
| 04/03/02 | 1 | Photocopies | 0.15 |
| 04/03/02 | 9 | Photocopies | 1.35 |
| 04/03/02 | | Research Services: VENDOR: Imelda C. Mulholland; INVOICE#: 040102; DATE: 4/3/2002  -  Search for Expertr on cost recovery through D.R. I. | 40.00 |
| 04/04/02 | 3 | Facsimile | 3.00 |
| 04/04/02 | | Long Distance Telephone: 4065232500 | 0.23 |
| 04/04/02 | | Long Distance Telephone: 4062933964 | 0.14 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 0.69 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 50 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/04/02 | | Long Distance Telephone: 6178761400 | 0.05 |
| 04/04/02 | | Long Distance Telephone: 4065232500 | 0.16 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02 - Courier, Acct. 0802-0410-8 03-29; Jason Richard Raleigh, NC | 6.20 |
| 04/04/02 | 24 | Photocopies | 3.60 |
| 04/04/02 | 249 | Photocopies | 37.35 |
| 04/04/02 | 10 | Photocopies | 1.50 |
| 04/05/02 | 5 | Facsimile | 5.00 |
| 04/05/02 | | Long Distance Telephone: 6178761400 | 0.07 |
| 04/05/02 | 3 | Photocopies | 0.45 |
| 04/05/02 | 44 | Photocopies | 6.60 |
| 04/05/02 | 276 | Photocopies | 41.40 |
| 04/08/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 04/08/02 | | Lexis | 1,035.30 |
| 04/08/02 | 195 | Photocopies | 29.25 |
| 04/08/02 | 57 | Photocopies | 8.55 |
| 04/08/02 | 105 | Photocopies | 15.75 |
| 04/08/02 | | Photocopies | 14.50 |
| 04/08/02 | 61 | Photocopies | 9.15 |
| 04/09/02 | 24 | Color Photocopies: 24 Color Photocopies | 15.60 |
| 04/09/02 | | Lexis | 229.29 |
| 04/09/02 | | Long Distance Telephone: 4105314751 | 0.15 |
| 04/09/02 | 22 | Photocopies | 3.30 |
| 04/09/02 | 13 | Photocopies | 1.95 |
| 04/09/02 | 114 | Photocopies | 17.10 |