Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 51 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/09/02 | 1 | Photocopies | 0.15 |
| 04/10/02 | 15 | Facsimile | 15.00 |
| 04/10/02 | 3 | Facsimile | 3.00 |
| 04/10/02 | | Lexis | 96.53 |
| 04/10/02 | | Long Distance Telephone:  2537795588 | 3.32 |
| 04/10/02 | 6 | Photocopies | 0.90 |
| 04/10/02 | 2 | Photocopies | 0.30 |
| 04/10/02 | 1 | Photocopies | 0.15 |
| 04/11/02 | | Lexis | 373.10 |
| 04/11/02 | | Long Distance Telephone: nnifer Hall    TE: 4/11/2002 - | 13.00 |
| 04/11/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square Supplies. | 28.53 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 208.71 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 231.70 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 04-02; Richard Bartelt Chicago, IL | 8.77 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 04-04; Richard Finke Boca Raton, Fl | 14.97 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 52 |
| Invoice No.: | | 597443 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/11/02 | 18 | Photocopies | 2.70 |
| 04/11/02 | 69 | Photocopies | 10.35 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square<br>Airfare. | 654.50 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square<br>4/10/02  Hotel. | 1,062.65 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 34.00 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 35.77 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 81.00 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses.<br>3/18/2002 Airfare. | 701.50 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses.<br>3/2002.  Hotel | 548.00 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 43.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 25.55 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 49.00 |
| 04/12/02 | 6 | Facsimile | 6.00 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.07 |
| 04/12/02 | | Long Distance Telephone:  4105314751 | 0.56 |
| 04/12/02 | | Long Distance Telephone:  4062933964 | 0.16 |
| 04/12/02 | | Long Distance Telephone:  4062937345 | 0.13 |
| 04/12/02 | | Long Distance Telephone:  4062933964 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.16 |
| 04/12/02 | | Long Distance Telephone:  2537795588 | 0.13 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.09 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.14 |
| 04/12/02 | | Long Distance Telephone:  9492125123 | 1.10 |
| 04/12/02 | | Long Distance Telephone:  2537795588 | 0.10 |
| 04/12/02 | 2 | Photocopies | 0.30 |
| 04/13/02 | | Long Distance Telephone:  4067567681 | 0.12 |
| 04/13/02 | | Long Distance Telephone:  4067525666 | 0.12 |
| 04/13/02 | 6 | Photocopies | 0.90 |
| 04/13/02 | 3 | Photocopies | 0.45 |
| 04/13/02 | 13 | Photocopies | 1.95 |
| 04/15/02 | 4 | Facsimile | 4.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/15/02 | 5 | Facsimile | 5.00 |
| 04/15/02 | 2 | Facsimile | 2.00 |
| 04/15/02 | 3 | Facsimile | 3.00 |
| 04/15/02 | 14 | Facsimile | 14.00 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 1.04 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.09 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.17 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.18 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 1.12 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.36 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.34 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.01 |
| 04/15/02 | | Long Distance Telephone:  6178761400 | 0.58 |
| 04/15/02 | | Long Distance Telephone:  4065232526 | 0.14 |
| 04/15/02 | 10 | Photocopies | 1.50 |
| 04/15/02 | 29 | Photocopies | 4.35 |
| 04/16/02 | 8 | Facsimile | 8.00 |
| 04/16/02 | 45 | Facsimile | 45.00 |
| 04/16/02 | | Long Distance Telephone:  6178761400 | 0.06 |
| 04/16/02 | 514 | Photocopies | 77.10 |
| 04/16/02 | 22 | Photocopies | 3.30 |
| 04/17/02 | 38 | Photocopies | 5.70 |
| 04/17/02 | 12 | Photocopies | 1.80 |
| 04/17/02 | 1 | Photocopies | 0.15 |
| 04/18/02 | 55 | Facsimile | 55.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 55 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/18/02 | | Lexis | 155.87 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 0.03 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 1.18 |
| 04/18/02 | | Long Distance Telephone: an L. Sherm    DATE: 4/18/2002 | 1.00 |
| 04/18/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 125.37 |
| 04/18/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 87.00 |
| 04/18/02 | 108 | Photocopies | 16.20 |
| 04/18/02 | 174 | Photocopies | 26.10 |
| 04/18/02 | 2 | Photocopies | 0.30 |
| 04/18/02 | 312 | Photocopies | 46.80 |
| 04/18/02 | 64 | Photocopies | 9.60 |
| 04/18/02 | | Supplies: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 8.40 |
| 04/18/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 1,793.67 |
| 04/19/02 | | Long Distance Telephone: 2537795588 | 0.19 |
| 04/19/02 | 6 | Photocopies | 0.90 |
| 04/19/02 | 3 | Photocopies | 0.45 |
| 04/22/02 | | Lexis | 185.29 |
| 04/22/02 | 48 | Photocopies | 7.20 |
| 04/22/02 | 901 | Photocopies | 135.15 |
| 04/22/02 | 2 | Photocopies | 0.30 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 56 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/22/02 | 83 | Photocopies | 12.45 |
| 04/22/02 | 459 | Photocopies | 68.85 |
| 04/22/02 | 32 | Photocopies | 4.80 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 683 | Photocopies | 102.45 |
| 04/22/02 | 19 | Photocopies | 2.85 |
| 04/22/02 | | Westlaw | 60.82 |
| 04/22/02 | | Westlaw | 60.82 |
| 04/23/02 | | Lexis | 359.99 |
| 04/23/02 | 9 | Photocopies | 1.35 |
| 04/23/02 | 2 | Photocopies | 0.30 |
| 04/23/02 | 2 | Photocopies | 0.30 |
| 04/23/02 | 60 | Photocopies | 9.00 |
| 04/23/02 | 11 | Photocopies | 1.65 |
| 04/23/02 | 1 | Photocopies | 0.15 |
| 04/23/02 | 7 | Photocopies | 1.05 |
| 04/24/02 | 7 | Facsimile | 7.00 |
| 04/24/02 | 2 | Facsimile | 2.00 |
| 04/24/02 | | Lexis | 31.43 |
| 04/24/02 | | Long Distance Telephone: ent A. Trac   DATE: 4/24/2002  - | 65.63 |
| 04/24/02 | 7 | Photocopies | 1.05 |
| 04/25/02 | 2 | Facsimile | 2.00 |
| 04/25/02 | 1 | Photocopies | 0.15 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/25/02 | 2 | Photocopies | 0.30 |
| 04/25/02 | 6 | Tab Stock: 6 Tab Stock | 0.30 |
| 04/25/02 | 6 | Velo Binding: 6 Velo Binding | 6.00 |
| 04/26/02 | | Long Distance Telephone:  3122636703 | 4.24 |
| 04/26/02 | | Long Distance Telephone:  8478648403 | 0.11 |
| 04/26/02 | | Outside Courier | 6.50 |
| 04/26/02 | | Outside Courier | 6.50 |
| 04/26/02 | 1 | Photocopies | 0.15 |
| 04/26/02 | 2 | Photocopies | 0.30 |
| 04/27/02 | | Long Distance Telephone:  8478648403 | 0.16 |
| 04/29/02 | 2 | Facsimile | 2.00 |
| 04/29/02 | 263 | Photocopies | 39.45 |
| 04/29/02 | 15 | Photocopies | 2.25 |
| 04/29/02 | 1 | Photocopies | 0.15 |
| 04/29/02 | 63 | Photocopies | 9.45 |
| 04/29/02 | 190 | Photocopies | 28.50 |
| 04/30/02 | 2 | Facsimile | 2.00 |
| 04/30/02 | | Outside Courier | 6.50 |
| 04/30/02 | 34 | Photocopies | 5.10 |
| 04/30/02 | 3 | Photocopies | 0.45 |

**Total Disbursements:**          **$   11,450.07**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 87.00 |
| Photocopies | | 889.75 |
| Facsimile | | 198.00 |
| Long Distance Telephone | | 102.16 |
| Outside Courier | | 164.15 |
| Travel Expense | | 6,110.22 |
| Lexis | | 2,724.24 |
| Westlaw | | 121.64 |
| Other Meal Expenses | | 565.78 |
| Supplies | | 8.40 |
| Research Services | | 40.00 |
| Other Expenses | | 409.03 |
| Color Photocopies | | 23.40 |
| Velo Binding | | 6.00 |
| Tab Stock | | 0.30 |
| **Total Disbursements:** | **$** | **11,450.07** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | *Outstanding Balance on Invoice 577764:* | | *$ 5,425.00* |
| 577905 | 10/31/01 | Bill | 64,445.24 |
| | *Outstanding Balance on Invoice 577905:* | | *$ 64,445.24* |

**Matter 00350 - Freedom of Information Act Request**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
|      |          |             |       |            |
|      |          |             |       |            |
|      | Total    |             | -     | -          |

Expenses

**Matter 00320 - Kootenai Development**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 16.14 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Meal Expenses | $ | - |
| **Total** | $ | 16.14 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00320 |

**Regarding: Kootenai Development**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/03/02 | 4 | Photocopies | $ | 0.60 |
| 04/04/02 | 16 | Photocopies | | 2.40 |
| 04/05/02 | | Photocopies | | 11.64 |
| 04/08/02 | 9 | Photocopies | | 1.35 |
| 04/24/02 | 1 | Photocopies | | 0.15 |
| | | **Total Disbursements:** | $ | **16.14** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 16.14 |
| **Total Disbursements:** $ | | **16.14** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577746 | 10/30/01 | Bill | | 2,628.81 |
| | *Outstanding Balance on Invoice 577746:* | | $ | *2,628.81* |
| 577905 | 10/31/01 | Bill | | 12,989.00 |
| | *Outstanding Balance on Invoice 577905:* | | $ | *12,989.00* |
| 579873 | 11/20/01 | Bill | | 565.04 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
| Kinnear, Karen | Paralegal | $   125.00 | 2.10 | $      262.50 |
| Sherman, Joan | Paralegal | $   125.00 | 12.40 | $   1,550.00 |
| | Total | | 14.50 | 1,812.50 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $        - |
| Facsimiles | $        - |
| Long Distance Telephone | $        - |
| Outside Courier | $        - |
| Travel Expense | $        - |
| Lexis | $        - |
| Westlaw | $        - |
| Meal Expenses | $        - |
| Overtime | $        - |
| Word Processing | $        - |
| **Total** | $        - |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/02/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 1.80 | $ | 225.00 |
| 04/02/02 | JLS | Review and QC documents for discovery responses (3.20). | 3.20 | | 400.00 |
| 04/04/02 | JLS | Review and QC documents for discovery responses (4.00); telephone conference with CCotts re revisions to box tracking database and edit same (.80). | 4.80 | | 600.00 |
| 04/15/02 | JLS | Review and QC documents for EPA  request for information, supplemental production and class action lawsuits (2.80). | 2.80 | | 350.00 |
| 04/17/02 | KLK | Confer with J. Sherman re cost recovery. | 0.30 | | 37.50 |
| 04/17/02 | JLS | Review and QC documents for EPA  request for information, supplemental production and class action lawsuits (1.10); conference with KKinnear re document review protocols (.5). | 1.60 | | 200.00 |

**Total Fees Through April 30, 2002:**    **14.50**  **$**  **1,812.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KLK | Karen L. Kinnear | Paralegal | $ 125.00 | 2.10 | $ | 262.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 12.40 | | 1,550.00 |

**Total Fees:**    **14.50**  **$**  **1,812.50**

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | | April | Total | Comp |
|------|----------|-------------|---|-------|-------|------|
| Flaagan, Elizabeth K. | Partner | $ | 275.00 | 5.3 | $ | 1,457.50 |
| Haag, Susan | Paralegal | $ | 105.00 | 31.1 | $ | 3,265.50 |
| | Total | | | 36.4 | $ | 4,723.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 232.50 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | 35.31 |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Word Processing | $ | - |
| **Total** | $ | 267.81 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 72 |
| Invoice No.: | | 597443 |
| Client No.: | | 04339 |
| Matter No.: | | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/03/02 | EKF | Review bankruptcy court docket re HRO's applications and CNOs; conference with SMHaag and follow up e-mail re February fee application and fee spreadsheets. | 0.40 | $ 110.00 |
| 04/03/02 | SH | Review prebills for March fee statement. | 1.30 | 136.50 |
| 04/05/02 | EKF | Review and revise March invoice/pre-bills. | 1.80 | 495.00 |
| 04/09/02 | SH | Research Pacer re information on fee applications (.30); update fee application tracking chart (.20). | 0.50 | 52.50 |
| 04/18/02 | SH | Review amended administrative order (.50); begin drafting fee application charts for March fee statement (2.80). | 3.30 | 346.50 |
| 04/19/02 | SH | Finalize charts and draft fee application for March. | 5.00 | 525.00 |
| 04/22/02 | EKF | Review and revise monthly fee application and supporting documents for March 2002. | 0.50 | 137.50 |
| 04/22/02 | SH | Review fee procedures order. | 0.30 | 31.50 |
| 04/23/02 | EKF | Review revised monthly fee application for March 2002 (.2); review bankruptcy court docket and recent pleadings/orders relating to compensation of professionals and claims bar date (.6); telephone conference with KWLund re same (.2); e-mail to and from David Carickhoff, Esq., re same (.3). | 1.30 | 357.50 |
| 04/23/02 | SH | Compile March fee application and send to Delaware counsel for filing (.50); conference with EKFlaagan re new fee procedures order (.20); compile all prior fee applications for fee auditor (.60). | 1.30 | 136.50 |
| 04/24/02 | EKF | Review 4/23/02 letter from David Carickhoff and amended fee order (.3); conference with SMHaag re same (.2). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/02 | EKF | Review and revise letter to Warren Smith re HRO Fee Applications filed prior to April 2002 (.2). | 0.20 | 55.00 |
| 04/25/02 | SH | Compile and send fee applications and certificates of no objection to fee auditor (1.60); revise lid charts for third quarterly fee application (1.00); begin calculating charts for third quarterly fee application (1.50). | 4.40 | 462.00 |
| 04/26/02 | SH | Continue calculating charts for third quarterly fee application. | 5.00 | 525.00 |
| 04/27/02 | SH | Finalize calculation of charts for third quarterly fee application. | 3.00 | 315.00 |
| 04/29/02 | EKF | Review and revise quarterly fee application [Jan 2002 through March 2002] (.6). | 0.60 | 165.00 |
| 04/29/02 | SH | Draft and calculate summary of third quarterly fee application (4.50); draft third quarterly fee application with exhibits (1.50)). | 6.00 | 630.00 |
| 04/30/02 | SH | Revise fee application (1.00). | 1.00 | 105.00 |

**Total Fees Through April 30, 2002:    36.40   $   4,723.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 5.30 | $  1,457.50 |
| SH | Susan Haag | Paralegal | 105.00 | 31.10 | 3,265.50 |
| | | **Total Fees:** | | **36.40** | **$   4,723.00** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/09/02 | 2 | Photocopies | $    0.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-27; Kelly Bates Denver, Co | 18.72 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-28; David W Carickhoff, Jr Wilmington, De | 16.59 |
| 04/18/02 | 14 | Photocopies | 2.10 |
| 04/23/02 | 530 | Photocopies | 79.50 |
| 04/23/02 | 514 | Photocopies | 77.10 |
| 04/23/02 | 214 | Photocopies | 32.10 |
| 04/24/02 | 14 | Photocopies | 2.10 |
| 04/24/02 | 248 | Photocopies | 37.20 |
| 04/25/02 | 12 | Photocopies | 1.80 |
| 04/29/02 | 2 | Photocopies | 0.30 |

| | |
|---|---|
| **Total Disbursements:** | **$    267.81** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 232.50 |
| Outside Courier | | 35.31 |
| **Total Disbursements:** | **$** | **267.81** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577655 | 10/26/01 | Bill | 10,008.00 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
| Coggon, Katheryn J | Senior Associate | $    275.00 | 17.1 | $    4,702.50 |
| Tracy, Brent A. | Associate | $    240.00 | 97.8 | $    23,472.00 |
| Wingard, Johncie | Paralegal | $    125.00 | 53.4 | $    6,675.00 |
| Aberle, Natalie | Paralegal | $    110.00 | 61.9 | $    6,809.00 |
| Floyd, Mary Beth | Info. Specialist | $    90.00 | 75 | $    6,750.00 |
| Sherman, Joan L. | Senior Paralegal | $    125.00 | 117.7 | $    14,712.50 |
| Latuda, M. Carla | Senior Paralegal | $    125.00 | 168.6 | $    21,075.00 |
| Street, Loraine C. | Paralegal | $    85.00 | 70.8 | $    6,018.00 |
| Total | | | 662.30 | 90,214.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ 168.00 |
| Photocopies | $ 10.35 |
| Facsimiles | $ 6.00 |
| Long Distance Telephone | $ 378.65 |
| Outside Courier | $ 14.97 |
| Travel Expense | $ 10,477.68 |
| Lexis | $ - |
| Research Services | $ - |
| Meal Expenses | $ 1,245.91 |
| Overtime | $ 9,631.25 |
| Tab Stock | $ 2.40 |
| Other Expenses | $ 3,795.91 |
| **Total** | $ 25,731.12 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/02 | KJC | Review and respond to e-mail re scanning issues, coding questions, and progress reports (.30). | 0.30 | $    82.50 |
| 04/01/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.20 | 2,448.00 |
| 04/01/02 | MCL | Conduct review of box tracking lists of boxes that were sent to Lason for scanning in order to determine the number of boxes of which data was not received (5.40); begin drafting chart of same comparing the "missing data" boxes with those that were ultimately sent to ONSS for scanning (4.10). | 9.50 | 1,187.50 |
| 04/01/02 | LCS | Input and maintain data in the Cambridge / Winthrop Box Tracking Database | 2.50 | 212.50 |
| 04/02/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.40 | 2,496.00 |
| 04/02/02 | MCL | Continue drafting chart comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (3.60); draft list of boxes to be picked up by ONSS on 4/3/02 (.60); conference with Angela Anderson of Casner & Edwards re status of document production at Winthrop Square (.70); prepare Winthrop Square boxes for pickup by ONSS (.60); draft list of same (1.20); conference with Matt Murphy re status of document review and other issues (.30); prepare non-responsive boxes at Winthrop Square for return to Cambridge (3.40). | 10.40 | 1,300.00 |
| 04/02/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.20 | 272.00 |
| 04/03/02 | KJC | Review and respond to e-mail re document review schedule and progress (.20). | 0.20 | 55.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 78 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.80 | 2,592.00 |
| 04/03/02 | MCL | Finalize list of boxes to be picked up by ONSS (.40); draft list of non-responsive boxes to be returned to Cambridge from Winthrop Square (1.30); continue drafting chart comparing the "missing data" Lason boxes with those that there ultimately sent to ONSS for scanning (6.30); log in boxes returned by ONSS (.30); draft list of same and determine Cambridge location for re-shelving purposes (1.40). | 9.70 | 1,212.50 |
| 04/03/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 2.00 | 170.00 |
| 04/04/02 | KJC | Review and respond to e-mail re document review schedule and progress (.20) | 0.20 | 55.00 |
| 04/04/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.00 | 2,400.00 |
| 04/04/02 | MCL | Continue drafting chart comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (8.20); read and respond to e-mail re boxes with data problems that ONSS would like to be returned for quality control purposes (.20); begin drafting list of same re current Cambridge location to facilitate retrieval of boxes for pick-up (1.70). | 10.10 | 1,262.50 |
| 04/04/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 0.50 | 42.50 |
| 04/05/02 | KJC | Review and respond to email re progress of document review (0.30). | 0.30 | 82.50 |
| 04/05/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery (4.90); travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.90 | 1,896.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.20); travel to Denver (3.00) (3.00 N/C) (NWT  50%). | 8.20 | 1,025.00 |
| 04/06/02 | JW | Travel to Boston for document review (3.8)(3.8 N/C)(50%NWT). | 3.80 | 475.00 |
| 04/07/02 | NKA | Travel to Boston for document review (3.00)(3.00 N.C)(NWT 50%). | 3.00 | 330.00 |
| 04/07/02 | JLS | Travel to Boston for document review (3.00)(3.00N/C)( NWT 50%). | 3.00 | 375.00 |
| 04/07/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,250.00 |
| 04/08/02 | KJC | Telephone conference with KWLund and BATracy re active and other remaining files for review (0.70). | 0.70 | 192.50 |
| 04/08/02 | BAT | Telephone conference with JLSherman re review questions (.20); telephone conference with KWLund and KJCoggon re additional documents to be reviewed at Cambridge and potential streamlining of same (.70); draft memo re status and decisions for reviewing medical files (.80); review EH&S microfilm for responsive information (.70). | 3.40 | 816.00 |
| 04/08/02 | NKA | Review and code documents for responsiveness to EPA information request (9.80). | 9.80 | 1,078.00 |
| 04/08/02 | MCL | Telephone conference with JLSherman re status of Cambridge document review (.30); conference with BATracy re conference call to be held concerning review of active files (.10). | 0.40 | 50.00 |
| 04/08/02 | JLS | Review and QC documents for EPA  requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.80). | 10.80 | 1,350.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (10.40). | 10.40 | 1,300.00 |
| 04/09/02 | BAT | Telephone conference with JLSherman re review questions. | 0.10 | 24.00 |
| 04/09/02 | NKA | Review and code documents for responsiveness to EPA information request (9.50). | 9.50 | 1,045.00 |
| 04/09/02 | MCL | Research Historical database and printout list of boxes that have been scanned in preparation for 4/10/02 conference call (1.30). | 1.30 | 162.50 |
| 04/09/02 | JLS | Review and QC documents for EPA  requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.00). | 10.00 | 1,250.00 |
| 04/09/02 | JW | Review and code documents at Cambridge for responsivenss to EPA information requests (10.20). | 10.20 | 1,275.00 |
| 04/10/02 | KJC | Review status of document review (0.50); telephone conference with M. Murphy and A. Trevelise re document production progress and remaining tasks (1.50); draft email to R. Emmett re status based on conference call (0.50). | 2.50 | 687.50 |
| 04/10/02 | BAT | Telephone conference with KJCoggon, Matt Murphy and Andy Trevelise re discussing remaining files to be reviewed (1.40); conference with MCLatuda re developing table of remaining files for review (.10); review EH&S microfilm for responsive information (5.00); review and respond to review question (.10). | 6.80 | 1,632.00 |
| 04/10/02 | NKA | Review and code documents for responsiveness to EPA information request (10.20). | 10.20 | 1,122.00 |