Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/10/02 | MCL | Conference with KWLund re status of Boston document review and various issues (.30); telephone conference with JLSherman re status of Cambridge document review (.10); participate in conference call with BATracy, KJCoggon, Andy Trevelise, Susan Haines, and Matt Murphy re status of Boston document review including discussion of documents that still need review (1.30). | 1.70 | 212.50 |
| 04/10/02 | JLS | Review and QC documents for EPA requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.20). | 10.20 | 1,275.00 |
| 04/10/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (10.20). | 10.20 | 1,275.00 |
| 04/11/02 | BAT | Complete draft of memo re status and decisions regarding medical files and transmit to co-counsel (.50); review EH&S microfilm rolls 8 and 9 for responsive information (4.20). | 4.70 | 1,128.00 |
| 04/11/02 | NKA | Review and code documents for responsiveness to EPA information request (10.60). | 10.60 | 1,166.00 |
| 04/11/02 | MCL | Draft chart detailing documents and files still to be reviewed in Cambridge including rationale for reviewing or not reviewing certain groups of files (4.40); continue comparison of boxes supposedly scanned by Lason and boxes for which we have images and data (2.20). | 6.60 | 825.00 |
| 04/11/02 | JLS | Review and QC documents for EPA requests for information, supplemental production and class action lawsuits including supervise temporary employees (9.50). | 9.50 | 1,187.50 |
| 04/11/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (5.00); return travel to Colorado Springs (3.80). | 8.80 | 1,100.00 |
| 04/11/02 | LCS | Maintenance to the WR Grace Historical Database; conference with DHengenmuhle re database manipulations. | 3.50 | 297.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/12/02 | KJC | Review and respond to email re follow up to conference call and review questions (0.20). | 0.20 | 55.00 |
| 04/12/02 | BAT | Telephone conference with Matt Murphy and Andy Trevelise re production schedule in fraudulent conveyance case (.30); telephone conference with KWLund re pending conference call re document production (.10). | 0.40 | 96.00 |
| 04/12/02 | NKA | Review and code documents for responsiveness to EPA information request (4.70); return travel from Boston to Denver (3.00)(3.00 N/C)(NWT 50%). | 7.70 | 847.00 |
| 04/12/02 | MCL | Telephone conference with JLSherman re status of Cambridge document review (.50). | 0.50 | 62.50 |
| 04/12/02 | JLS | Review and QC documents for EPA requests for information, supplemental production and class action lawsuits including supervise temporary employees (6.70); Travel to Denver from document review (3.00)(3.00N/C)(NWT 50%). | 9.70 | 1,212.50 |
| 04/14/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 04/14/02 | MBF | Travel to Boston (3.00) (3.00 N/C) (NWT 50%) | 3.00 | 270.00 |
| 04/15/02 | BAT | Review EH&S microfilm for responsive information (3.20); telephone conference with Richard Finke and other Grace outside counsel re expedited production deadlines (1.10); draft memo re status of medical records review (1.00); review and respond to questions re document review (.20). | 5.50 | 1,320.00 |
| 04/15/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.00); discussion with temps re responsiveness issues (.30); read and respond to e-mails re coding and responsiveness issues (.40). | 9.70 | 1,212.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/15/02 | LCS | Maintenance of specified fields in the Grace Historical Database per MCLatuda. | 7.50 | 637.50 |
| 04/15/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.0). | 10.00 | 900.00 |
| 04/16/02 | BAT | Review and respond to questions of reviewers (.50); e-mail exchange with MCLatuda and Matt Murphy re system to review research notebooks (.20). | 0.70 | 168.00 |
| 04/16/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.20). | 4.20 | 462.00 |
| 04/16/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.30); review list of Research Notebooks provided by Pauline Chan of Grace and assist MBFloyd in locating and pulling those deemed responsive in order to conduct further review (1.10). | 10.40 | 1,300.00 |
| 04/16/02 | LCS | Maintanence to specified fields in the Grace Historical Database per MCLatuda. | 7.80 | 663.00 |
| 04/16/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.00). | 10.00 | 900.00 |
| 04/17/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (3.50). | 3.50 | 385.00 |
| 04/17/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (10.10); read and respond to e-mails re scheduling and questions on document responsiveness (.60). | 10.70 | 1,337.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/17/02 | LCS | Maintanence to specified fields in the Grace Historical Database per MCLatuda. | 5.00 | 425.00 |
| 04/17/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.00). | 10.00 | 900.00 |
| 04/18/02 | BAT | Review and respond to questions of reviewers (.20); e-mail Brian O'Connell re additional microfilm rolls needed for review (.10); revise list of files remaining for review (.30); telephone conference with MCLatuda re same (.10). | 0.70 | 168.00 |
| 04/18/02 | MCL | Conference with Dave Croce of Grace re Penthouse microfilm boxes to be moved to Basement of Building 18 for review (.40); review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (8.20); draft spreadsheet comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (2.00). | 10.60 | 1,325.00 |
| 04/18/02 | JLS | Telephone conferences with MCLatuda re document review protocols (.80); review and respond to e-mail from MMurphy re status of production (.80). | 1.60 | 200.00 |
| 04/18/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 8.00 | 680.00 |
| 04/18/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (8.00). | 8.00 | 720.00 |
| 04/19/02 | KJC | Telephone conference with KWLund re revised deadline for completing review and plan to achieve (0.40). | 0.40 | 110.00 |
| 04/19/02 | MCL | Research database and box lists to determine imaging status of boxes sent to Lason and ONSS. | 8.10 | 1,012.50 |

May 28, 2002

| | | | Page | 85 |
|---|---|---|---|---|
| W.R. Grace | | | Invoice No.: | 597443 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/19/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 7.50 | 637.50 |
| 04/19/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (5.00); travel to Denver from Boston (3.00) (3.00 N/C) (NWT 50%). | 8.00 | 720.00 |
| 04/21/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |
| 04/22/02 | KJC | Address staffing issues to meet June 1 deadline including e-mail and conferences with potential reviewers (2.80); review and revise chart of remaining documents to review (0.40); telephone conference with R. Marriam re Remedium documents (0.30). | 3.50 | 962.50 |
| 04/22/02 | KJC | E-mail exchange and telephone conference with MCLatuda re status of document review and related issues (0.70). | 0.70 | 192.50 |
| 04/22/02 | BAT | Review EH&S microfilm for potentially responsive information (2.00); telephone conference with Kay Lamm re time frame for current e-mail system implementation (.30); draft chart re status of Cambridge review and distribute to Reed Smith and Casner & Edwards (.40). | 2.70 | 648.00 |
| 04/22/02 | MCL | Research databases and box lists to determine imaging status of boxes sent to Lason and ONSS (7.90); conference with JLSherman re status of document review including staffing issues and boxes/files remaining to be reviewed (1.20); review imaging status spreadsheet to determine location of boxes needing re-review (2.90). | 12.00 | 1,500.00 |
| 04/22/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (12.00). | 12.00 | 1,500.00 |

Holme Roberts & Owen LLP

May 28, 2002

| | |
|---|---|
| W.R. Grace | Page 86 |
| | Invoice No.: 597443 |
| | Client No.: 04339 |
| | Matter No.: 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/22/02 | LCS | Maintanence to specified fields in the Grace Historical Database per CLatuda. | 5.00 | 425.00 |
| 04/23/02 | KJC | Address staffing and plan to meet June 1 review deadline (0.80); review and revise chart of remaining documents to review (1.10); conference with BATracy re schedule (1.00); conference with KWLund re approach to meeting deadline, staffing and related issues (0.70). | 3.60 | 990.00 |
| 04/23/02 | BAT | Review and respond to questions of reviewers (.30); conference with KJCoggon re issues for expedited completion of Boston review (1.00); telephone conference with Matt Murphy re chart of items remaining for review (.50); telephone conference with MCLatuda re same (.30); review EH&S microfilm for responsive information (3.30). | 5.40 | 1,296.00 |
| 04/23/02 | MCL | Prepare spreadsheets of Cambridge and Winthrop square boxes needing re-sheeting and potential re-review (3.70); prepare boxes at Winthrop Square for pick-up by ONSS (1.20); prepare tracking list of same (.90); conference with Matt Murphy re status of document review including Cambridge and Winthrop Square staffing issues and volume of document remaining to be reviewed (1.00); telephone conference with BATracy re status of document review (.30); review boxes at Winthrop Square to locate those needing re-sheeting and/or re-review (3.90); conference with JLSherman re staffing issues at Cambridge (.30). | 11.30 | 1,412.50 |
| 04/23/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (3.30). | 3.30 | 412.50 |
| 04/23/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 6.50 | 552.50 |
| 04/23/02 | MBF | Assist Brent Tracy with printing out attic insulation file from microfilm. | 3.00 | 270.00 |

Holme Roberts & Owen LLP

May 28, 2002

| W.R. Grace | | |
|---|---|---|
| Page | 87 | |
| Invoice No.: | 597443 | |
| Client No.: | 04339 | |
| Matter No.: | 00400 | |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/24/02 | KJC | Telephone conference with MCLatuda re priorities for document review and status (0.40); address staffing for completing document review including e-mail exchanges and conferences for training and related preparation (1.90). | 2.30 | 632.50 |
| 04/24/02 | BAT | Telephone conference with KJCoggon re strategies for reviewing remaining documents and microfilm. | 0.20 | 48.00 |
| 04/24/02 | NKA | Review and code electronic documents in Historical database for responsiveness to EPA information request. | 1.20 | 132.00 |
| 04/24/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (6.90); log in boxes received from ONSS and update tracking lists re same (3.60); edit spreadsheets of Cambridge and Winthrop Square boxes needing re-sheeting and potential re-review (.80); telephone conference with KJCoggon re status of document review (.30). | 11.60 | 1,450.00 |
| 04/24/02 | JLS | Review and code electronic documents for responsiveness to EPA information request (2.30). | 2.30 | 287.50 |
| 04/24/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 4.30 | 365.50 |
| 04/25/02 | BAT | Review EH&S microfilm for potentially responsive information (3.80); telephone conference with Matt Murphy re types of remaining files (0.50); review indices of files in Cambridge legal vault (0.20). | 4.50 | 1,080.00 |
| 04/25/02 | NKA | Review and code electronic documents in Historical database for responsiveness to EPA information request (2.20). | 2.20 | 242.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/02 | MCL | Deliver spreadsheets re boxes remaining to be completed to Winthrop Square pursuant to Matt Murphy's request (.50); telephone conferences with Matt Murphy re status of document review and responsiveness issues (.40); review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (9.20). | 10.10 | 1,262.50 |
| 04/25/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (10.00). | 10.00 | 1,250.00 |
| 04/26/02 | KJC | Revise and e-mail chart of remaining files for review (2.20) | 2.20 | 605.00 |
| 04/26/02 | BAT | Telephone conference with KJCoggon re remaining items for review in Cambridge. | 0.20 | 48.00 |
| 04/26/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (1.80); edit tracking spreadsheets to reflect boxes sent to and received from ONSS (3.60); conference with JLSherman re locations of files remaining to be reviewed (.50); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.90 | 1,112.50 |
| 04/26/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (4.70); travel to Denver from document production (3.00)(3.00 N/C)(NWT 50%). | 7.70 | 962.50 |
| 04/28/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |
| 04/28/02 | MBF | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%) | 3.00 | 270.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | BAT | Review revised table on items remaining to be reviewed in Boston (.20); telephone conference with Reed Smith and Casner & Edwards re strategies to complete review by end of May (1.50); conference with MCLatuda re extent of missing invoices from active file reviews (.40); review and respond to questions (.30); review EH&S microfilm for potentially responsive documents (2.70). | 5.10 | 1,224.00 |
| 04/29/02 | MCL | Conference with BATracy re status of Boston document review including discussion of files remaining to be reviewed (.40); telephone conferences with JLSherman re review of priority files and other issues (.60); read and respond to various e-mails concerning scanning, document review, staffing in May (1.30). | 2.30 | 287.50 |
| 04/29/02 | JLS | Review and QC documents in Cambridge for EPA requests for information, supplemental production and class action lawsuits including train and supervise temporary employees (10.20). | 10.20 | 1,275.00 |
| 04/29/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.50 | 127.50 |
| 04/29/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |
| 04/30/02 | BAT | Review EH&S microfilm for potentially responsive information. | 8.10 | 1,944.00 |
| 04/30/02 | MCL | Telephone conferences with JLSherman re Cambridge document review issues (.40); conference with KJCoggon re status of document review including May staffing issues (.30); read and respond to e-mails re coding, scanning, and deadline issues (.80). | 1.50 | 187.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/30/02 | JLS | Review and QC documents in Cambridge for EPA requests for information, supplemental production and class action lawsuits including train and supervise temporary employees (7.0); prepare boxes at Winthrop Square for pick-up by ONSS (1.9); prepare tracking list of same (.9); conferences with MMurphy re status of document review including current deadline and staffing issues (.8); conferences with MMurphy re Walsh files found in Cambridge and review of same (.5); review and respond to e-mails re document review protocols (.3). | 11.40 | 1,425.00 |
| 04/30/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.00 | 510.00 |
| 04/30/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through April 30, 2002:** | **662.30** | **$ 90,214.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 17.10 | $ 4,702.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 97.80 | 23,472.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 168.60 | 21,075.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 117.70 | 14,712.50 |
| JW | Johncie Wingard | Paralegal | 125.00 | 53.40 | 6,675.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 61.90 | 6,809.00 |
| LCS | Loraine C. Street | Other | 85.00 | 70.80 | 6,018.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 75.00 | 6,750.00 |
| | | **Total Fees:** | | **662.30** | **$ 90,214.00** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 91 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - hotel | $ 2,165.75 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - meals | 403.99 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - long distance telephone | 5.30 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - Taxis and tips | 146.50 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - mileage | 20.45 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - office supplies | 69.95 |
| 03/28/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17077; DATE: 3/28/2002 - Airfare: 5/12-5/19/02, Denver Boston Boston Newark Newark Denver, G. Barry | 78.00 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 04/08/02 | | Long Distance Telephone: 6178761400 | 0.74 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - Hotel expense | 1,062.65 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - meals | 302.71 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - taxis | 23.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - mileage | 24.45 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - parking | 87.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - toll tokens | 19.95 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - Hotel | 1,062.65 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - meals | 219.85 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - telephone | 50.08 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - taxis | 34.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - mileage | 24.45 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - parking | 90.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 93 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - toll tokens | 10.00 |
| 04/09/02 | | Long Distance Telephone: ent A. Trac    ATE: 4/9/2002 - | 3.00 |
| 04/09/02 | | Long Distance Telephone: ent A. Trac    02; DATE: 4/9/2002 | 147.30 |
| 04/09/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 287.29 |
| 04/09/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 198.44 |
| 04/09/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 87.00 |
| 04/09/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 81.00 |
| 04/09/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 1,119.58 |
| 04/09/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 1,042.10 |
| 04/10/02 | | Long Distance Telephone: 6178761400 | 0.67 |
| 04/10/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17239; DATE: 4/10/2002 - Airfare, 5/5-5/9/02, Denver Boston Boston Denver, C. Latuda | 150.00 |
| 04/11/02 | | Long Distance Telephone: talie Aberl    DATE: 4/11/2002 - | 36.22 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 94 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/11/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Subway. | 20.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002 - Document review - Boston MA 04/06/02-04/11/02 - - meals | 125.47 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002 - Document review - Boston MA 04/06/02-04/11/02 - travel expense - hotel | 781.50 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002 - Document review - Boston MA 04/06/02-04/11/02 - travel expense - telephone | 5.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002 - Document review - Boston MA 04/06/02-04/11/02 - travel expense - taxis, tips | 42.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002 - Document review - Boston MA 04/06/02-04/11/02 - travel expense - subway | 10.00 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Meal expenses | 459.77 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 04-04; Loraine Street Boulder, Co | 14.97 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Hotel expenses. | 2,125.30 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page 95
Invoice No.: 597443
Client No.: 04339
Matter No.: 00400

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 15.33 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 192.00 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 78.00 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.33 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 1.40 |
| 04/15/02 | | Long Distance Telephone: 2158518100 | 0.18 |
| 04/17/02 | 2 | Facsimile | 2.00 |
| 04/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17159; DATE: 4/17/2002 - Airfare, 4/19-4/22/02, Boston Philadelphis Philadelphia Boston, C. Latuda | 230.50 |
| 04/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17403; DATE: 4/17/2002 - Airfare, 5/1-5/10/02, Denver Boston Boston Denver, C. Bowen | 49.00 |
| 04/18/02 | 2 | Facsimile | 2.00 |
| 04/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17422; DATE: 4/18/2002 - Airfare, 5/12-5/17/02, Denver Boston Boston Denver, N. Aberle | 568.50 |
| 04/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17426; DATE: 4/18/2002 - Airfare, 5/5-5/10/02, Denver Boston Boston Denver, B. Tracy | 588.50 |
| 04/22/02 | 2 | Facsimile | 2.00 |
| 04/22/02 | | Long Distance Telephone: 6178761400 | 1.36 |
| 04/22/02 | | Long Distance Telephone: 9018202023 | 0.17 |
| 04/22/02 | | Long Distance Telephone: 5613622723 | 1.22 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/22/02 | | Long Distance Telephone: ry E. Floyd   ATE: 4/22/2002 - | 147.53 |
| 04/22/02 | | Other Meal Expenses: VENDOR: Mary E. Floyd; INVOICE#: 4/22/02; DATE: 4/22/2002 - Denver, 4/13-4/19/02, Boston, MA, Travel to Work at Client's Reviewing Production Documents, M. Floyd | 290.91 |
| 04/22/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 4/22/02; DATE: 4/22/2002 - Denver, 4/13-4/19/02, Boston, MA, Travel to Work at Client's Reviewing Production Documents, M. Floyd | 1,230.08 |
| 04/23/02 | | Long Distance Telephone: 6174265900 | 0.07 |
| 04/23/02 | | Long Distance Telephone: 6175423025 | 4.43 |
| 04/23/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 4/23/02; DATE: 4/23/2002 - Denver, 3/3-7/02, Boston, MA, Breakfast at W.R. Grace Document Review, B. Tracy | 9.50 |
| 04/24/02 | | Long Distance Telephone: 6178761400 | 2.09 |
| 04/24/02 | | Long Distance Telephone: 4062933964 | 0.14 |
| 04/26/02 | | Long Distance Telephone: 6178761400 | 0.90 |
| 04/26/02 | | Long Distance Telephone: 5613621533 | 1.30 |
| 04/26/02 | | Long Distance Telephone: 6178761400 | 0.68 |
| 04/26/02 | 51 | Photocopies | 7.65 |
| 04/29/02 | | Long Distance Telephone: 2158518205 | 13.09 |
| 04/29/02 | | Long Distance Telephone: 2158518205 | 13.03 |
| 04/29/02 | | Long Distance Telephone: 6178761400 | 0.15 |
| 04/29/02 | | Long Distance Telephone: 6178761400 | 0.37 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02  NA | 1,088.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02  TK | 747.50 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02  CL | 563.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02  JS | 2,583.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/30/2002 NA | 893.75 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page 97
Invoice No.: 597443
Client No.: 04339
Matter No.: 00400

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/30/02 | | Legal Assistant Overtime: LA overtime 4/30/2002 CL | 687.50 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime 4/30/2002 JS | 2,323.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime 4/30/2002 JW | 742.50 |
| 04/30/02 | 18 | Photocopies | 2.70 |
| 04/30/02 | 48 | Tab Stock: 48 Tab Stock | 2.40 |

**Total Disbursements:** $ 25,731.12

### Disbursement Summary

| | |
|---|---|
| Parking | $ 168.00 |
| Photocopies | 10.35 |
| Facsimile | 6.00 |
| Long Distance Telephone | 378.65 |
| Outside Courier | 14.97 |
| Travel Expense | 10,477.68 |
| Other Meal Expenses | 1,245.91 |
| Other Expenses | 3,795.91 |
| Legal Assistant Overtime | 9,631.25 |
| Tab Stock | 2.40 |

**Total Disbursements:** $ 25,731.12

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |