# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $350.00 | 139.90 | $48,965.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 150.70 | $45,210.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 194.90 | $58,470.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 46.20 | $13,860.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 5.30 | $1,457.50 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $275.00 | 63.40 | $17,435.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 97.80 | $23,472.00 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 65.30 | $14,366.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 165.70 | $46,396.00 |
| David Kunstle | Associate | Corporate | $240.00 | 1.80 | $432.00 |
| Jennifer Hall | Associate | Litigation | $220.00 | 40.70 | $8,954.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $140.00 | 122.90 | $17,206.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $125.00 | 188.70 | $23,587.50 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $125.00 | 130.10 | $16,262.50 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 128.70 | $14,157.00 |
| Loraine C. Street | Paralegal | Environmental | $85.00 | 70.80 | $6,018.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 32.30 | $3,391.50 |
| Johncie Wingard | Paralegal | Corporate | $125.00 | 53.40 | $6,675.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $90.00 | 134.10 | $12,069.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 40.20 | $4,422.00 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 2.10 | $262.50 |
| Cathy Bowen | Case Admin. | Environmental | $75.00 | 14.50 | $1,087.50 |
| **TOTAL** | | | | **1889.5** | **$384,156.00** |