IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| W.R. GRACE & CO., | BANKRUPTCY NO. 01-01139 JJF |
| Debtor. | (jointly administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Steven T. Davis, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Edmond M. George, Esquire, Obermayer Rebmann Maxwell & Hippel LLP, One Penn Center, 19th Floor, 1617 JFK Boulevard, Philadelphia, PA 19103, to represent the Unofficial Committee of Select Asbestos Claimants ("SAC") in this action. The Admittee is admitted, practicing, and in good standing of the Bar of the Commonwealth of Pennsylvania as well as the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit.

/s/ Steven T. Davis
Steven T. Davis, Esquire
Delaware Bar Number 2731
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
716 Tatnall Street, Wilmington, DE 19899
(302) 655-9094

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ Edmond M. George
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1617 JFK Boulevard, 19th Floor
Philadelphia, PA 19103
(215) 665-3140

MOTION GRANTED.

BY THE COURT:

Date: May 29, 2002

Judith K. Fitzgerald
~~Honorable Joseph J. Farnan, Jr.~~
United States District Court Judge

349622