## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **W.R. GRACE & CO.,** | : | |
| | : | **BANKRUPTCY NO. 01-01139 JJF** |
| **Debtor.** | : | **(jointly administered)** |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Steven T. Davis, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Elizabeth Wall Magner, Esquire, 228 St. Charles Avenue, Suite 1110, New Orleans, LA  70130, to represent the Unofficial Committee of Select Asbestos Claimants ("SAC") in this action.  The Admittee is admitted, practicing, and in good standing of the Bar of the State of Louisiana as well as the United States District Court for the Eastern, Middle and Western Districts of Louisiana, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court.

/s/ Steven T. Davis
Steven T. Davis, Esquire
Delaware Bar Number 2731
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
716 Tatnall Street
Wilmington, DE 19899
(302) 655-9094

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ Elizabeth Wall Magner
Elizabeth Wall Magner, Esquire
228 St. Charles Avenue, Suite 1110
New Orleans, LA  70130
(504) 528-9400

MOTION GRANTED.

BY THE COURT:

Date: May 29, 2002

*Judith K. Fitzgerald*

Honorable Joseph J. Farnan, Jr.
United States District Court Judge

349626