# B. OTHER CLAIMS OR LITIGATION

Have you ever brought or filed any worker's compensation claims against Grace?

☐ Yes   ☐ No

If yes, answer this section.

1. Describe the injury for which you sought compensation.

2. When was the claim filed? Date
   
   Month — Year

3. What was the result of the claim?
   ☐ Claim Paid          ☐ Pending
   ☐ Claim Denied        ☐ Other (please describe)

Have you ever filed any other claims or lawsuits against Grace?

☐ Yes   ☐ No

If yes, answer this section.

1. Please describe the claim or lawsuit.

2. When was the claim or lawsuit filed? Date
   
   Month — Year

3. Where was the claim or lawsuit filed (court or other claims authority)?
   Court or Claims Authority:
   
   Name
   
   City                                                                State/Province

4. What was the result of the lawsuit or claim?
   ☐ Judgement or Verdict Entered   ☐ Settled Not Paid   ☐ Other (please describe)
   ☐ Settled and Paid               ☐ Pending

3847106                                                                SERIAL #

## C. RELATED PARTY MEDICAL MONITORING CLAIM

*If you claim exposure to asbestos brought into your household by a family member who worked for Grace, list each Grace employee in your household and describe the time period of each such exposure, their job(s) and employment location(s).*

**Grace Employee Name:**

First Name     Middle Name     Last Name

1. **Asbestos Exposure dates:**
   From  Month — Year
   To    Month — Year

2. **Grace Employee Occupation:**
   description

3. **Employment Location:**

**Grace Employee Name:**

First Name     Middle Name     Last Name

1. **Asbestos Exposure dates:**
   From  Month — Year
   To    Month — Year

2. **Grace Employee Occupation:**
   description

3. **Employment Location:**

3847107     SERIAL #

## D. ZONOLITE ATTIC INSULATION EXPOSURE (LINCOLN COUNTY, MT)

Do you or did you have Zonolite Attic Insulation in your home during any period of time in which you lived in Lincoln County?

☐ Yes  ☐ No

Where was/is it located in your home?  ☐ Attic  ☐ Other (specify) [_____]

Did you personally install that insulation?  ☐ Yes  ☐ No

Has the Zonolite Attic Insulation ever been moved and/or disturbed by you?

☐ Yes  ☐ No

If yes, specify when and in what manner the Zonolite Attic Insulation was moved and/or disturbed.

Date [__]-[____]  Description [_____]
Month  Year

For incidents in which the Zonolite Attic Insulation was moved and/or disturbed, how long did you stay in close proximity to the insulation after you disturbed it?

☐ Less than 1 hour     ☐ 5-8 hours
☐ 1-4 hours            ☐ Other (please specify) [_____]

## E. ASBESTOS TESTING

Has there ever been any testing or sampling for the presence of asbestos on the property at which you reside or resided in Lincoln County?

☐ Yes  ☐ No

If yes, provide when, by whom, the type of testing or sampling, and the results (e.g. air, bulk and dust sampling).

If Yes, when?

Date: [__]-[__]-[____]
Month  Day  Year

Sample Location: [_____]

Who took the sample: [_____]

Sample results: [_____]

Continue on next page > > >

3847108                    SERIAL #

E. continued...

Date:

Month  Day  Year

Sample Location:

Who took the sample:

Sample results:

> If Yes, Attach To This Form All
> Documents Related To Any Testing
> Of The Property.

# PART IV: QUESTIONS APPLICABLE TO FORMER WORKERS AT W.R. GRACE EXPANSION PLANTS (OTHER THAN IN LIBBY, MONTANA)

Have you ever worked at a W.R. Grace vermiculite expansion plant other than in Libby, Montana?
If yes, answer the questions in this Part.

Name of Plant:

Plant Address:

Street Address

City                                                                                           State             Zip Code
                                                                                               /Province         /Postal Code

Employment Dates at this Plant:
From                         To

Month  Year              Month  Year

Occupation at this Plant:

Continue on next page > > >

3847109                                                              SERIAL #

**IV. continued...**

**Name of Plant:**

**Plant Address:**

*Street Address*

*City*  *State/Province*  *Zip Code/Postal Code*

**Employment Dates at this Plant:**
From  To
*Month  Year*  *Month  Year*

**Occupation at this Plant:**

Have you ever brought or filed any worker's compensation claims against Grace?

☐ Yes    ☐ No

If yes, answer this section.

1. Describe the injury for which you sought compensation.

2. When was the claim filed?  Date
   *Month  Year*

3. What was the result of the claim?   ☐ Claim Paid   ☐ Claim Denied   ☐ Pending   ☐ Other (please describe)

3847110    **SERIAL #**

# PART V: Questions Applicable To Persons Who Were Employed As Commercial Installers or Removers of Zonolite Attic Insulation

*This section should be completed by claimants who allege significant exposure to Zonolite Attic Insulation as a result of installing or removing that product in residences while employed by insulation contractors or construction businesses.*

Have you ever personally installed or removed Zonolite Attic Insulation as an employee of a commercial insulation business or other construction business?

☐ Yes ☐ No

If yes, answer the questions in this Part:

| During what time period(s) did you install or remove Zonolite Attic Insulation? | From Month - Year | To Month - Year |
|---|---|---|
| | From Month - Year | To Month - Year |
| | From Month - Year | To Month - Year |

List your employer(s) and job(s) and employment location(s) during each time period in which you installed or removed Zonolite Attic Insulation.

1. **Employment dates:**
   From Month - Year    To Month - Year

2. **Occupation:** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
   
   *description*

3. **Employer's Name:** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

4. **Employer's Address:**
   
   *Street Address*
   
   *City*    *State/Province*   *Zip Code/Postal Code*
   
   *Country (if not U.S.)*

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.

For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

**Percentage of time:** ⬚⬚ %    **Protective equipment used:**
☐ respirator  ☐ face mask  ☐ special clothing  ☐ other protective equipment  ☐ none

*Continue on next page >>>*

3 8 4 7 1 1 1    **SERIAL #**

V. continued...

1. **Employment dates:**
   From [Month]-[Year]    To [Month]-[Year]

2. **Occupation:**
   description

3. **Employer's Name:**

4. **Employer's Address:**
   Street Address
   City    State/Province    Zip Code/Postal Code
   Country (if not U.S.)

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.

For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

Percentage of time: ___%    Protective equipment used:
☐ respirator  ☐ face mask  ☐ special clothing  ☐ other protective equipment  ☐ none

1. **Employment dates:**
   From [Month]-[Year]    To [Month]-[Year]

2. **Occupation:**
   description

3. **Employer's Name:**

4. **Employer's Address:**
   Street Address
   City    State/Province    Zip Code/Postal Code
   Country (if not U.S.)

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.

For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

Percentage of time: ___%    Protective equipment used:
☐ respirator  ☐ face mask  ☐ special clothing  ☐ other protective equipment  ☐ none

3847112    SERIAL #

# PART VI: Other Exposures To Asbestos Materials or Products

*This section should be completed by all claimants. It asks for information about any additional exposure to asbestos or asbestos-containing products you have had in your lifetime. DO NOT repeat any of the information requested in the previous sections of this form.*

List all of the asbestos product(s) or material(s) you have been exposed to, describe how you were exposed to that product or material, and identify the time period of each exposure. A supplemental form is provided if you have been exposed to more than one additional asbestos product or material:

**Asbestos product or material:**

**Manufacturer or Source of the product or material:**

**Describe how exposure occurred:**

**If the exposure occurred while you were working, list your occupation, employer, and job location:**

Occupation

Employer

Job location

**If exposure occurred from work-related application of asbestos products, how close were you to the application or removal of the product?**

**Time period(s) of the exposure:**

From  Month Year    To  Month Year        From  Month Year    To  Month Year

**Have you ever made a claim relating to this exposure?**

☐ Yes   ☐ No

**If yes, answer this section:**

a. Please describe the claim or lawsuit.

b. When was the claim or lawsuit filed? Date  Month Year

c. Where was the claim or lawsuit filed (court or other claims authority)?
   Court or Claims Authority:
   Name
   City                                                                    State/Province

d. What was the result of the lawsuit or claim?

   ☐ Judgement or Verdict Entered   ☐ Settled Not Paid   ☐ Other (please describe)
   ☐ Settled and Paid               ☐ Pending

*Continue on next page >>>*

3847113                                                                  **SERIAL #**

Did your additional exposure occur because you shared a household with an occupationally exposed person (such as a spouse or a parent who worked in proximity to asbestos)?
☐ Yes   ☐ No

If yes, list the time period of that household exposure:   From [ ][ ] - [ ][ ][ ][ ]   To [ ][ ] - [ ][ ][ ][ ]
                                                                Month   Year              Month   Year

List the name of the occupationally exposed household member:

[                    ]  [                    ]  [                              ]
First Name             Middle Name              Last Name

List his or her occupation, employer and employment location, and describe how that person brought asbestos from the workplace into your household:

Occupation [                                                                          ]

Employer [                                                                            ]

Employment location [                                                                 ]

How it was brought home

[                                                                                     ]

## PART VII: SIGNATURE

All claims must be signed by the claimant or the person filing on his/her behalf
(such as the personal representative or attorney).

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. To the best of my knowledge, the information is accurate and complete.

[                                              ]   [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
                                                    Month    Day    Year
SIGNATURE OF CLAIMANT,
REPRESENTATIVE, OR ATTORNEY

Name of Signatory, if not the claimant
[                                                                                     ]

Relationship of Signatory to Claimant
[                                                                                     ]

IF THE SIGNATURE IS NOT THAT OF THE CLAIMANT,
PLEASE PRINT THE NAME OF THE SIGNATORY ABOVE AND INDICATE THE
RELATIONSHIP TO THE CLAIMANT

**THE PENALTY FOR SUBMITTING A FRAUDULENT CLAIM
IS A FINE OF UP TO $500,000 OR
IMPRISONMENT FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 3571**

3847114                                                                 SERIAL #