# EXHIBIT 2

# Medical Monitoring for WR Grace

Total number of parties: 7

*page 55 of 55*

## Exhibit 2
## Medical Monitoring Counsel

DARREL W SCOTT, ESQ
LUKINS & ANNIS, P.S
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVENUE
SPOKANE, WA 99201-0466

FREDERICK P FURTH, ESQ
THE FURTH FIRM
201 SANSOME STREET, SUITE 1000
SAN FRANCISCO, CA 94104

HARVEY N JONES, ESQ
SIEBEN, POLK, LAVERDIERE JONES
999 WESTVIEW DRIVE
HASTINGS, MN 55033

JOHN A COCHRANE, ESQ
COCHRANE & BRESNAHAN, PA
24 EAST FOURTH STREET
ST PAUL, MN 55101

JON L HERBERLING, ESQ
MCGARVEY, HEBERLING SULLIVAN
745 SOUTH MAIN
KALISPELL, MT 59901

KENNETH G GILMAN, ESQ
GILMAN AND PASTOR, LLP
ONE BOSTON PLACE, 28TH FLOOR
BOSTON, MA 02108

MARK C GOLDENBERG, ESQ
HOPKINS GOLDENBERG, PC
2132 PONTOON ROAD
GRANITE CITY, IL 62040

**Subtotal for this group: 7**