## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  **W. R. Grace & Co., et al**
Debtor

**Case No.  01-01139** Jointly Administered
**Reporting Period:  April 2002**

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_~Robert M. Tarola~ (signature)_
Signature of Authorized Individual*

_28 MAY 2002_
Date

Robert M. Tarola
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**W. R. Grace & Co.**
**Monthly Financial Report**
**April 30, 2002**

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**
Schedule of Cash Receipts and Disbursements ........................................................................... 1    MOR-1
Bank Reconciliations ................................................................................................................... 2    MOR-1
Combining Statement of Operations - Filing Entities Only ........................................................... 3    MOR-2
Combining Balance Sheet - Filing Entities Only .......................................................................... 4    MOR-3
Status of Postpetition Taxes ....................................................................................................... 5    MOR-4
Accounts Receivable Reconciliation and Aging ........................................................................... 6    MOR-5
Debtor Questionnaire ................................................................................................................... 7    MOR-5

**Combined Chapter 11 Filing Entity Statements**
Combined Statement of Operations .............................................................................................. 8
Combined Functional Basis Statement of Cash Flows ................................................................. 9
Combined Balance Sheet ............................................................................................................. 10
Notes to Combined Financial Statements .................................................................................... 11

**Bank Statements**

**Federal Income Tax Returns**

**Forward-Looking Information**
This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

**Statement of Confidentiality**
The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

MOR-1

2002

| | JP Morgan Chase Disbursement 9101013572 | Wachovia Lockbox 8619039102 | First Union Deposit Acct 2199500021812 | First Union Payroll 2079900003815 | First Union Money Market 6025296271 | First Union Depository 2000006910969 | Merrill Lynch Investment 3323735 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 112,166 | $ 648,500 | $ 518,423 | $ (122,629) | $ - | $ 3,744 | 144,530 |
| RECEIPTS | | No Activity | | | No Activity | No Activity | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | 20,153 |
| TRANSFERS IN - THIRD PARTIES | | | 2,788,940 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | 40,300,000 |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 155,000 | | | 2,335,631 | | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 155,000 | - | 2,788,940 | 2,335,631 | - | - | 40,320,153 |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 1,586,245 | | | |
| PAYROLL TAXES | | | | 761,728 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 182,255 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | 32,200,000 |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 3,297,363 | | | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL DISBURSEMENTS | 182,255 | - | 3,297,363 | 2,347,973 | - | - | 32,200,000 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (27,255) | - | (508,423) | (12,342) | - | - | 8,120,153 |
| CASH - END OF MONTH | 84,911 | 648,500 | 10,000 | (134,971) | - | 3,744 | 8,264,683 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**April 2002**

| | Merrill Lynch Investment 3343175 | JP Morgan Chase Holding 323223141 | First Union Daleen Deposit 2090002554779 | First Union SBA Deposit 2090003135045 | JP Morgan Chase Concentration 16001257 | Fleet Bank Payroll 44987004 | Bank of America Payroll 3750245235 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $      5,218 | $   710,977 | $    63,174 | $           - | $  13,872,646 | $         - | $         - |
| RECEIPTS | | | | | | | |
| | No Activity | No Activity | | No Activity | | No Activity | No Activity |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | 1,013,054 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | 11,463,295 | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 109,637,641 | | |
| MISCELLANEOUS | | | | | | | |
|     TOTAL RECEIPTS | - | - | - | - | 122,113,990 | - | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | | | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | 246,197 | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | 106,111 | | |
| TRANSFERS OUT - THIRD PARTIES | | | 63,174 | | 5,615,778 | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | 3,757,324 | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 125,782,131 | | |
| MISCELLANEOUS | | | | | | | |
|     TOTAL DISBURSEMENTS | - | - | 63,174 | - | 135,507,541 | - | - |
| ET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | (63,174) | - | (13,393,551) | - | - |
| | | | | | | | |
|     CASH - END OF MONTH | 5,218 | 710,977 | - | - | 479,094 | - | - |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**April 2002**

| | Bank of America Payroll 8188003115 | Bank of America Lockbox 8188203114 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Petty Cash 2079900005600 | Civic Bank Payroll 1550201536 | Fleet Bank Payroll 51217666 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 8,154 | $ 449,562 | $ 2,036,091 | $ (398,998) | $ 3,731 | $ 20,163 | $ 2,966 |
| RECEIPTS | | | | | | | |
| | No Activity | | | | | No Activity | No Activity |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 38,159,777 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | 582,043 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 2,655,384 | 75,700,000 | 5,287,588 | 9,621 | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | - | 41,397,204 | 75,700,000 | 5,287,588 | 9,621 | - | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 3,531,948 | | | |
| PAYROLL TAXES | | | | 1,786,728 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 2,682,751 | | | 8,969 | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | 38,094,505 | 73,507,273 | | | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL DISBURSEMENTS | - | 40,777,256 | 73,507,273 | 5,318,676 | 8,969 | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 619,948 | 2,192,727 | (31,088) | 652 | - | - |
| CASH - END OF MONTH | 8,154 | 1,069,510 | 4,228,818 | (430,086) | 4,383 | 20,163 | 2,966 |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | First Union Libby Medical 2079900065006 | First Union Accts Payable 2079920005761 | First Union Payroll 2079900067554 | Wachovia Lockbox 1866-082535 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | Allfirst Payroll 16298831 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 250,275 | $ (10,193,639) | $ (65,051) | $ 418,002 | $ (2,582,495) | $ - | 195,000 |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 34,953,762 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | 333,361 | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | 1,741,353 | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 130,010 | 39,471,082 | 1,413,401 | | 10,332,018 | 14,527,922 | 4,059,362 |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 130,010 | 39,471,082 | 1,413,401 | 37,028,476 | 10,332,018 | 14,527,922 | 4,059,362 |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | 919,092 | | | | 2,036,091 |
| PAYROLL TAXES | | | 428,363 | | | | 1,240,030 |
| TRADE PAYABLES - THIRD PARTIES | | 34,179,336 | | | 9,717,171 | 16,124,163 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 250,275 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 36,045,773 | | | |
| MISCELLANEOUS | | | | 34 | | | |
| TOTAL DISBURSEMENTS | 250,275 | 34,179,336 | 1,347,455 | 36,045,807 | 9,717,171 | 16,124,163 | 3,276,121 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (120,265) | 5,291,746 | 65,946 | 982,669 | 614,847 | (1,596,241) | 783,241 |
| CASH - END OF MONTH | 130,010 | (4,901,893) | (19,105) | 1,400,671 | (1,967,648) | (1,596,241) | 978,241 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | SunTrust Payroll 00000141309 | PNC 4002641360 | Hibernia Natl Disbursement 101391210 | Bank of America Payroll 0000 0002 2137 | Allfirst Payroll 16298657 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 45,000 | $ 25,000 | $ 10,000 | $ 25,000 | $ 208,003 | $ 40,778 | $ 18,058 |
| RECEIPTS | | | | | | | |
| | No Activity | No Activity | No Activity | No Activity | | No Activity | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 91,832 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 5,354,451 | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | - | - | - | - | 5,354,451 | - | 91,832 |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | 3,387,058 | | |
| PAYROLL TAXES | | | | | 1,967,393 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 101,748 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | | | 7,162 |
| TOTAL DISBURSEMENTS | - | - | - | - | 5,354,451 | - | 108,910 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | - | (17,078) |
| CASH - END OF MONTH | 45,000 | 25,000 | 10,000 | 25,000 | 208,003 | 40,778 | 980 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | Banco de Credito Operating Acct 1931125963172 | Banco de Credito Time Deposit | Bank of Boston Operating Acct 0154519 | Bank of Boston Operating Acct 0154424 | Cash in Transit | Cash on Hand | Other |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 134,269 | $ - | $ 8,431 | $ 849,061 | $ 2,655,568 | $ 48,025 | $ 147,474 |
| RECEIPTS | | | | | | | |
| | | | | | | No Activity | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 142,964 | | 7,616 | 357,907 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 10,000 | 52,882 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | | | 132,224 |
| TOTAL RECEIPTS | 142,964 | 10,000 | 60,498 | 357,907 | - | - | 132,224 |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | 9,373 | | | | |
| PAYROLL TAXES | | | 32,265 | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | 275,565 | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 92,604 | | | 63,000 | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | 2,655,384 | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | 40,559 | | 19,226 | 28,239 | | | |
| TOTAL DISBURSEMENTS | 133,163 | - | 60,864 | 366,803 | 2,655,384 | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 9,802 | 10,000 | (366) | (8,896) | (2,655,384) | - | 132,224 |
| CASH - END OF MONTH | 144,070 | 10,000 | 8,065 | 840,165 | 184 | 48,025 | 279,698 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | CURRENT MONTH | |
| --- | --- | --- |
| | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 10,295,176 | |
| RECEIPTS | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 73,622,027 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | 915,404 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | - | |
| DIP BORROWINGS | - | |
| TRANSFERS IN - THIRD PARTIES | 5,718,214 | |
| TRANSFERS IN - NONFILING ENTITIES | 11,463,295 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 311,369,112 | |
| MISCELLANEOUS | 132,224 | |
| TOTAL RECEIPTS | 403,220,276 | - |
| DISBURSEMENTS | | |
| PAYROLL | 11,469,807 | |
| PAYROLL TAXES | 6,216,508 | |
| TRADE PAYABLES - THIRD PARTIES | 60,542,432 | |
| TRADE PAYABLES - INTERCOMPANY | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | - | |
| DIP PRINCIPAL REPAYMENTS | - | |
| DIP INTEREST AND USAGE FEES | 106,111 | |
| TRANSFERS OUT - THIRD PARTIES | 9,060,554 | |
| TRANSFERS OUT - NONFILING ENTITIES | 6,412,708 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 308,927,046 | |
| MISCELLANEOUS | 95,218 | |
| TOTAL DISBURSEMENTS | 402,830,384 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 389,892 | - |
| CASH - END OF MONTH | 10,685,067 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co.**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**April 2002**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $         - | $         - | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 213,318 | 213,318 | |
| TOTAL RECEIPTS | 213,318 | 213,318 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 213,318 | 213,318 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 213,318 | 213,318 | - |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $         - | $         - | $         - |

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ - | $ (57,374) | $ (18,930) | $ (76,304) | |
| RECEIPTS | | | | | |
| | No Activity | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 213,318 | | 213,318 | |
| TOTAL RECEIPTS | - | 213,318 | - | 213,318 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 334,799 | | 334,799 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | (196) | (196) | |
| TOTAL DISBURSEMENTS | - | 334,799 | (196) | 334,603 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (121,481) | 196 | (121,285) | - |
| CASH - END OF MONTH | - | (178,855) | (18,734) | (197,589) | - |

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | Citibank Operating Acct 300153011 | Petty Cash | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 3,800,040 | $ 1,500 | $ (51,673) | $ 3,749,867 | |
| **RECEIPTS** | | | | | |
| | | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 107,201 | | | 107,201 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 273,205 | | | 273,205 | |
| TOTAL RECEIPTS | 380,406 | - | - | 380,406 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | 9,839 | | | 9,839 | |
| PAYROLL TAXES | 3,691 | | | 3,691 | |
| TRADE PAYABLES - THIRD PARTIES | 521,077 | | | 521,077 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 273,205 | | | 273,205 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 807,812 | - | - | 807,812 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (427,406) | - | - | (427,406) | - |
| CASH - END OF MONTH | 3,372,634 | 1,500 | (51,673) | 3,322,461 | - |

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | First Union Deposit Acct 2199500031602 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          - | $          - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $          - | $          - | $ |

**Kootenai Development Company**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**April 2002**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $        36,936 | $        36,936 | |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $        36,936 | $        36,936 | $ |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | Miscellaneous | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $        1,000 | $        1,000 | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION   PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW   (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $        1,000 | $        1,000 | $ |

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | Barclays Bank PLC | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          - | $          - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $          - | $          - | $          - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**April 2002**

| | Cash On Hand | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ 500 | $ 500 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| CASH - END OF MONTH | $ 500 | $ 500 | $ - |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | JP Morgan Chase Disbursement 9101013572 | Wachovia Lockbox 8619039102 | First Union Deposit Acct 2199500021812 | First Union Payroll 2079900003815 |
|---|---|---|---|---|
| Balance per books | $   112,166 | $   648,500 | $   518,423 | $   (122,629) |
| | | | | |
| Bank Balance | $   112,166 | $   648,500 | $   518,423 | $        - |
| (+) Deposits in transit | | | | |
| (-) Outstanding checks | | | | (204,276) |
| Other | - | | | 81,647 |
| Adjusted bank balance | 112,166 | 648,500 | 518,423 | (122,629) |
| | | | | |
| Deposits in Transit | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Outstanding Checks | | | | |
| 101521 | | | | (6,113) |
| 13480 | | | | (3,750) |
| 4642 | | | | (77) |
| 4870 | | | | (1,792) |
| 4888 | | | | (812) |
| 14085 | | | | (14,273) |
| 5297 | | | | (1,125) |
| 5307 | | | | (2,586) |
| 5308 | | | | (1,883) |
| 5356 | | | | (2,763) |
| 5383 | | | | (6,617) |
| 101 | | | | (92) |
| Various | | | | (131,201) |
| 5828 | | | | (1,106) |
| A36915 | | | | (105) |
| A37058 | | | | (1,098) |
| 5892 | | | | (1,031) |
| 5910 | | | | (1,038) |
| 6023 | | | | (2,191) |
| 5972 | | | | (228) |
| 5973 | | | | (1,038) |
| 6003 | | | | (832) |
| 6004 | | | | (1,613) |
| 6006 | | | | (1,136) |
| 6008 | | | | (1,038) |
| 6009 | | | | (1,504) |
| 6013 | | | | (1,857) |
| 6014 | | | | (1,878) |
| 6015 | | | | (1,945) |
| 6019 | | | | (3,483) |
| 6020 | | | | (3,220) |
| 6021 | | | | (3,210) |
| 6022 | | | | (1,136) |
| 6024 | | | | (505) |
| | | | | |
| Other | | | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | 51,958 |
| Unreconciled bank activity | | | | (1,292) |
| Unreconciled ledger activity | | | | 30,981 |
| Returned item adjustment | | | | |
| Payroll/other activity in transit | | | | |
| Petty cash funds | | | | |
| Unrecorded deposit | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First Union Money Market 8025296271 | | First Union Depository 2000006910969 | | Merrill Lynch Investment 3323735 | | Merrill Lynch Investment 31833431756 | | JP Morgan Chase Holding 323223141 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | 3,744 | $ | 144,530 | $ | 5,218 | $ | 710,977 |
| Bank Balance | $ | - | $ | 3,744 | $ | 144,530 | $ | 5,218 | $ | 710,977 |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | | | | | |
| Other | | | | | | | | | | |
| Adjusted bank balance | $ | - | $ | 3,744 | $ | 144,530 | $ | 5,218 | $ | 710,977 |
| | | | | | | | | | | |
| Deposits in Transit | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | | | | | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First Union Daleen Deposit 2090002554779 | | First Union SBA Deposit 2090003135045 | | JP Morgan Chase Concentration 16001257 | | Fleet Bank Payroll 44987004 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 63,174 | $ | - | $ | 13,872,646 | $ | - |
| | | | | | | | | |
| Bank Balance | $ | - | | | $ | 12,250,324 | $ | - |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | | | | | |
| Other | | 63,174 | | | | 1,622,322 | | |
| Adjusted bank balance | $ | 63,174 | $ | - | $ | 13,872,646 | $ | - |
| | | | | | | | | |
| Deposits in Transit | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Outstanding Checks | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Other | | | | | | | | |
| Transfers between bank accounts | | | | | | 1,622,322 | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | 63,174 | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | Bank of America Payroll 3750245235 | | Bank of America Payroll 8188003115 | Bank of America Lockbox 8188203114 | First Union Concentration 2000000282172 |
|---|---|---|---|---|---|
| Balance per books | $ - | | $ 8,154 | $ 449,562 | $ 2,036,091 |
| | | | | | |
| Bank Balance | $ - | | $ 8,154 | $ 2,071,884 | $ 2,036,091 |
| (+) Deposits in transit | | | | | |
| ( -) Outstanding checks | | | | | |
| Other | | | | (1,622,322) | |
| Adjusted bank balance | $ - | | $ 8,154 | $ 449,562 | $ 2,036,091 |
| | | | | | |
| Deposits in Transit | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Outstanding Checks | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Other | | | | | |
| Transfers between bank accounts | | | | (1,622,322) | |
| Accounting error | | | | | |
| Interest not recorded on books | | | | | |
| Bank fees not recorded on books | | | | | |
| Payroll tax payments not recorded | | | | | |
| Unreconciled bank activity | | | | | |
| Unreconciled ledger activity | | | | | |
| Returned item adjustment | | | | | |
| Payroll/other activity in transit | | | | | |
| Petty cash funds | | | | | |
| Unrecorded deposit | | | | | |

W. R. Grace & Co. - Conn
Bank Reconciliations
March 2002
MOR-1

| | First Union Payroll 2079900016741 | | First Union Petty Cash 2079900005600 | | Civic Bank Payroll 15502015736 | | Fleet Bank Payroll 51217666 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | (398,998) | $ | 3,731 | $ | 20,163 | $ | 2,966 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | $ | 20,163 | $ | 2,966 |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | (490,447) | | | | | | |
| Other | | 91,449 | | 3,731 | | | | |
| Adjusted bank balance | $ | (398,998) | $ | 3,731 | $ | 20,163 | $ | 2,966 |
| | | | | | | | | |
| Deposits in Transit | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Outstanding Checks | detail available | | | | | | | |
| | | | | | | | | |
| Other | | | | | | | | |
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | (8) | | | | | | |
| Unreconciled bank activity | | 277,199 | | 3,731 | | | | |
| Unreconciled ledger activity | | (185,742) | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First Union Libby Medical 2079900065006 | | First Union Accts Payable 2079920005761 | | First Union Payroll 2079900067554 | | Wachovia Lockbox 1866-082535 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 250,275 | $ | (10,193,639) | $ | (85,051) | $ | 418,002 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | | | $ | 379,863 |
| (+) Deposits in transit | | | | (9,686,463) | | (125,450) | | |
| ( - ) Outstanding checks | | 250,275 | | (507,176) | | 40,399 | | 38,139 |
| Other | | | | | | | | |
| Adjusted bank balance | $ | 250,275 | $ | (10,193,639) | $ | (85,051) | $ | 418,002 |
| | | | | | | | | |
| Deposits in Transit | | | | | | | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Outstanding Checks | | | | | | | Ck. # | Amount |
| | | | detail available | | detail available | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 63 |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | 250,275 | | (507,176) | | 8,901 | | |
| Unreconciled ledger activity | | | | | | 31,498 | | 37,183 |
| Returned item adjustment | | | | | | | | 893 |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ (2,582,495) | | $ - | | $ 195,000 | | $ 45,000 | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ 363,624 | | $ 45,245 | |
| (+) Deposits in transit | | | | | - | | | |
| ( - ) Outstanding checks | (2,581,905) | | | | (169,503) | | (291) | |
| Other | (590) | | | | 879 | | 46 | |
| Adjusted bank balance | $ (2,582,495) | | $ - | | $ 195,000 | | $ 45,000 | |
| | | | | | | | | |
| **Deposits in Transit** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Outstanding Checks** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | detail available | | | | detail available | | 74725 | (84) |
| | | | | | | | 74778 | (84) |
| | | | | | | | 74939 | (123) |

| **Other** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | 879 | | 46 |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | (470) | | | | | | |
| Returned item adjustment | | (120) | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | PNC 4002841360 | | Hibernia Natl Disbursement 101391210 | | Bank of America Payroll 0000 0002 2137 | | Allfirst Payroll 16298657 | | First Union Petty Cash 2040000016900 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ 25,000 | | $ 10,000 | | $ 25,000 | | $ 208,003 | | $ 40,778 | |
| | | | | | | | | | | |
| Bank Balance | $ 25,000 | | $ 9,830 | | $ 30,610 | | $ 225,734 | | $ 39,856 | |
| (+) Deposits in transit | | | | | | | | | | |
| ( -) Outstanding checks | | | | | (337) | | (12,700) | | | |
| Other | | | 170 | | (5,273) | | (5,031) | | 922 | |
| Adjusted bank balance | $ 25,000 | | $ 10,000 | | $ 25,000 | | $ 208,003 | | $ 40,778 | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 40820 | (337) | 4748 | (1,823) | | |
| | | | | | | | 4964 | (508) | | |
| | | | | | | | 4965 | (1,253) | | |
| | | | | | | | 4975 | (1,207) | | |
| | | | | | | | 4978 | (2,892) | | |
| | | | | | | | 4980 | (1,553) | | |
| | | | | | | | 4982 | (3,141) | | |
| | | | | | | | 4983 | (323) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | (5,383) | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | 112 | | | | | |
| Payroll tax payments not recorded | | | 170 | | | | | | | |
| unreconciled bank activity | | | | | | | | | | |
| unreconciled ledger activity | | | | | (2) | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | (5,031) | | | |
| Petty cash funds | | | | | | | | | 1,000 | |
| Unrecorded deposit | | | | | | | | | (78) | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | Banco de Credito Operating Acct 1931115122058 | | Banco de Credito Operating Acct 1931125963172 | | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 62,243 | (US$) | $ 134,269 | | $ - | (Soles) | S/. 29,059 | (US$) | $ 849,061 |
| | | | | | | | | | | |
| Bank Balance | | S/. 62,243 | | $ 133,767 | | | | S/. 30,475 | | $ 849,061 |
| (+) Deposits in transit | | - | | - | | | | - | | - |
| ( -) Outstanding checks | | - | | (1,778) | | | | (1,416) | | - |
| Other | | - | | 2,280 | | | | - | | - |
| Adjusted bank balance | | $ 62,243 | | $ 134,269 | | $ - | | $ 29,059 | | $ 849,061 |
| | | | | | | | | | | |
| Deposits in Transit | Date | | Date | | Date | | Date | | Date | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck. # | | Ck. # | | Ck. # | | Ck. # | | Ck. # | |
| | | | 2809235 | (528) | | | 551 | $ 1,416 | | |
| | | | 2809236 | (750) | | | | | | |
| | | | 2809237 | (500) | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
|    Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | 2,280 | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co.**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323881963 |
|---|---|
| | |
| Balance per books | $                - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $                - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Remedium Group, Inc.**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ - | | $ (57,374) | |
| | | | | |
| Bank Balance | - | | - | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | (116,885) | |
| Other | | | 59,511 | |
| Adjusted bank balance | $ - | | $ (57,374) | |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | 3738 | (150) |
| | | | 3744 | (531) |
| | | | 3761 | (556) |
| | | | 3807 | (500) |
| | | | 3818 | (60) |
| | | | 3819 | (1,500) |
| | | | 3823 | (4,223) |
| | | | 3828 | (190) |
| | | | 3836 | (49) |
| | | | 3837 | (177) |
| | | | 3844 | (99,937) |
| | | | 3845 | (24) |
| | | | 3846 | (3,862) |
| | | | 3847 | (5,126) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | 59,511 |
| Unreconciled ledger activity | | | | |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

**CC Partners**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ |
| | |
| Bank Balance | |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ |
| | |
| Deposits in Transit | |
| | |
| | |
| | |
| Outstanding Checks | |
| | |
| | |
| Other | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**March 2002**
**MOR-1**

|  | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 3,800,040 |
| | |
| Bank Balance | 3,909,688 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | (109,648) |
| Other | |
| Adjusted bank balance | $ 3,800,040 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | 15376 | (12,203) |
| | 15461 | (27) |
| | 15520 | (217) |
| | 15522 | (100) |
| | 15534 | (24,205) |
| | 15536 | (5,022) |
| | 15538 | (648) |
| | 15539 | (925) |
| | 15540 | (30) |
| | 15541 | (4,008) |
| | 15542 | (425) |
| | 15543 | (485) |
| | 15544 | (14,350) |
| | 15545 | (219) |
| | 15546 | (3,000) |
| | 15547 | (86) |
| | 15548 | (30) |
| | 15549 | (8,598) |
| | 15550 | (4,390) |
| | 15551 | (17,300) |
| | 15552 | (8,460) |
| | 15553 | (300) |
| | payroll | (4,620) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Kootenai Development Company**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 36,936 |
| | |
| Bank Balance | 33,124 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | 3,812 |
| Adjusted bank balance | $ 36,936 |
| | |
| Deposits in Transit | |
| | |
| | |
| | |
| Outstanding Checks | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Other | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | 3,812 |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**Grace Europe, Inc.**
**Bank Reconciliations**
**March 2002**
**MOR-1**

| | Barclays Bank PLC |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended April 30, 2002**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 72,788,505 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | 11,659,891 | - | - | - | - | - | - | - | |
| Net sales to filing entities | 197,719 | | - | - | - | - | - | - | |
| Interest and royalties from non-filing entities, net | 2,300,750 | | - | - | - | - | - | - | |
| Interest and royalties from filing entities, net | (5,523,278) | 4,040,656 | 706,392 | 19,173 | 845,233 | - | 2,602,915 | - | |
| Other income | 738,971 | | - | - | - | - | - | - | |
| | 82,162,558 | 4,040,656 | 706,392 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 45,935,428 | - | - | - | - | - | - | - | |
| Cost of goods sold to non-filing entities | 8,457,659 | - | - | - | - | - | - | - | |
| Cost of goods sold to filing entities | 142,427 | - | - | - | - | - | - | - | |
| Selling, general and administrative expenses | 20,734,186 | - | (2,257) | - | - | 968 | - | 3,463 | |
| Research and development expenses | 3,502,684 | - | - | - | - | - | - | - | |
| Depreciation and amortization | 5,022,948 | - | 2,257 | - | - | - | - | - | |
| Interest expense | 1,622,361 | - | - | - | - | - | - | - | |
| | 85,417,694 | - | - | - | - | 968 | - | 3,463 | |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (3,255,135) | 4,040,656 | 706,392 | 19,173 | 845,233 | (968) | 2,602,915 | (3,463) | - |
| Chapter 11 reorganization expenses, net | (1,694,960) | - | - | - | - | - | - | - | |
| (Provision for) benefit from income taxes | (552,796) | (1,414,229) | (247,237) | (6,711) | (295,832) | 339 | (911,021) | 1,212 | |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | |
| **Net Income** | $  (5,502,891) | $2,626,427 | $  459,155 | $   12,462 | $  549,401 | $   (629) | $1,691,894 | $  (2,251) | $       - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

1 of 7

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended April 30, 2002**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 375,529 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | 3,148 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,857,122 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,691,090) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (833,968) | 378,677 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 191,751 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 14,423 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 118,011 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 6,995 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 331,179 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (833,968) | 47,498 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 261,694 | (316,624) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ (572,274) | $ (269,126) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.