JPMorganChase Bank

Statement of Account

Account No:        016-001257
Statement Start Date:  01 MAR 2002
Statement End Date:   15 MAR 2002
Statement Code:     S00-USA-22
Statement No:       005

In US Dollars

Page 7 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | Ref | Ref | References | Debits | Credit/Debits | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debits | Description |
|---|---|---|---|---|
| 12MAR | 12MAR | USD YOUR: O/B WACHOVIA WIN OUR: 0162801071FF | 2,944,183.00 | ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/09.55 IMAD: 0312GIQFGY2C000224 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:32 IMAD: 0312EAQFTI1A000995 |
| 13MAR | 13MAR | USD YOUR: O/B FIRST UNION OUR: 0190503072FF | 462,468.87 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B FIRST UNION BBI=/TIME/12:48 IMAD: 0315F3QCAA1C000892 |
| 13MAR | 13MAR | USD YOUR: O/B WACHOVIA WIN OUR: 0141703072FF | 517,090.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:48 IMAD: 031EAQFTI1A000828 |
| 13MAR | 13MAR | USD YOUR: O/B BKAM IL CGO OUR: 0138301072FF | 1,566,759.48 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:36 IMAD: 0313GIQFGY2C000445 |

JPMorgan Chase Bank

**JPMorganChase**

**Statement** **Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005
Page 8 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Add Ledger Date | Value Date | E | References | Credit /Debit | Description | Closing Balance Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

13MAR

13MAR USD YOUR: MAESTRO
OUR: 0375302072FF
2,300,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000160001257 RFB=MAESTRO OBI=FUND
-318-P 1-S ML PREMIER FUND BBI=/T
IMA D: 0311A1Q002CC001299

14MAR

14MAR USD YOUR: O/B WACHOVIA WIN
OUR: 0224913073FF
499,304.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000160001257 RFB=O/B WACHOVIA WIN
-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/13:26.6
IMA D: 0314EAQFT11A001170

14MAR

14MAR USD YOUR: O/B BKAM IL CG0
OUR: 0154303073FF
1,122,193.56 FEDWIRE CREDIT
VIA: BANK OF AMERICA CHICAGO
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000160001257 RFB=O/B BKAM IL CG0
OBI=HOWT BBI=/TIME/11:52
IMA D: 0314QFGY2C000699

14MAR

14MAR USD YOUR: MAESTRO
OUR: 0379913073FF
3,700,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000160001257 RFB=MAESTRO OBI=FUND
-318-P 1-S1 ML PREMIER FUND BBI=/T
IMA D: 0314AIQ002GC001362

15MAR

15MAR USD YOUR: 0002430525
OUR: 0506103074FF
675,598.78 FEDWIRE CREDIT
VIA: THE BANK OF NOVA SCOTIA
/026002532
B/O: GRACE CANADA INC.

JPMorgan Chase Bank

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005

Page 9 of 17

```
W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140
```

| Ledger Date | Ad.Ledger Date | Value Date | F. | Reference # | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MISSISSAUGA, ONTARIOCANADA |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A |
| | | | | | | C-0001601257 RFB=000243O525 BBI=/ |
| | | | | | | TZME/16:54 |
| | | | | | | IMAD: 1315B1Q8332C000987 |
| 15MAR | 15MAR | USD | YOUR: O/B WACHOVIA WIN | OUR: 0123608074FF | 1,309,661.00 | FEDWIRE CREDIT |
| | | | | | | VIA: WACHOVIA BANK AND TRUST CO |
| | | | | | | /05310049 |
| | | | | | | B/O: W R GRACE & CO |
| | | | | | | COLUMBIA MD 21044 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A |
| | | | | | | C-0001601257 RFB=O/B WACHOVIA WIN |
| | | | | | | BBI=/TIME/10:59 |
| | | | | | | IMAD: 0315EAQFTI1A000919 |
| 15MAR | 15MAR | USD | YOUR: O/B BKAM IL CGO | OUR: 0157130074FF | 1,393,420.01 | FEDWIRE CREDIT |
| | | | | | | VIA: BANK OF AMERICA CHICAGO |
| | | | | | | /071000039 |
| | | | | | | B/O: W.R. GRACE & CO. |
| | | | | | | CAMBRIDGE MA 02140 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A |
| | | | | | | C-0001601257 RFB=O/B BKAM IL CGO |
| | | | | | | OBI=HOWT BBI=/TIME/10:42 |
| | | | | | | IMAD: 0315G1F6Y2C000400 |

### DEBITS

| | | | | | | |
|---|---|---|---|---|---|---|
| 01MAR | | USD | OUR: 0034290118XF | 147.65 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | | TO ACCOUNT 00032381963 |
| 01MAR | | USD | YOUR: SEE WIRE | OUR: 1386500060JB | 39,802.81 | BOOK TRANSFER DEBIT |
| | | | | | A/C: W R GRACE & CO  CONN (UHC FUNDI |
| | | | | | COLUMBIA MD 21044- |
| | | | | | REF: UHC PAYMENTS |
| 01MAR | | USD | YOUR: HOWT-FUCD | OUR: 1386400060JB | 3,500,000.00 | FEDWIRE DEBIT |
| | | | | | VIA: FIRST UNION NC |
| | | | | | /053000219 |
| | | | | | A/C: W.R. GRACE AND CO. |
| | | | | | CHARLOTTE NC |
| | | | | | REF: 0111 79 ATTN P. LAWING 704-374 |
| | | | | | 7544B/TIME/17:05 |
| | | | | | IMAD: 0301B1QG04C005108 |
| 01MAR | | USD | YOUR: SEE WIRE | OUR: 1020700060JB | 4,100,000.00 | FEDWIRE DEBIT |
| | | | | | VIA: STATE ST BOS |

JPMorganChase | Bank

# Statement Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005
Page 10 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS (CONTINUED)

| Value Date | | Reference | Credit/Debit | Description |
|---|---|---|---|---|

04MAR USD YOUR: SEE WIRE OUR: 1280700063JB — 3,259.20
/011000028
A/C: MERRILL GROUP
X
BEN: N/O W.R. GRACE + CO. - CONN
ATTN MERRILL GROUP
REF: FFCR PREMIER INSTITUTIONAL FUN
D/TIME/15:24
IMAD:0304B1QGC04C004066

04MAR USD OUR: 0032090114XF — 6,760.21
BOOK TRANSFER DEBIT
A/C: BANK OF NEW YORK AS TTEE & BAN
LIMA 12 PERU
REF: PAYMENT OF INVOICE 012-052956
/2955+-009-000151
AUTOMATIC DOLLAR/FLOAT TRANSFER

04MAR USD YOUR: SEE WIRE OUR: 1280200063JB — 10,091.40
FEDWIRE DEBIT ACCOUNT 0005223581963
VIA: STANDARD CHART
/026002561
A/C: BANCO DE GALICIA Y BUENOS AIRE
BUENOS AIRES ARGENTINA 1038 -
BEN: LOGINTER
REF: PAYMENT OF INVOICE 0001-000002
36 BEHALF OF GRACE DAVISON/TIME/17:
17
IMAD: 0304B1QGC05C004478

04MAR USD YOUR: HOWT-CHASE OUR: 1280000063JB — 62,967.30
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098
REF: HOWT

04MAR USD YOUR: SEE WIRE OUR: 1280100063JB — 67,004.12
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

04MAR USD YOUR: SEE WIRE OUR: 1280400063JB — 104,817.00
FEDWIRE DEBIT
VIA: BANKERS NYC
/021001033
A/C: AS HANSAPANK
SWIFT CODE HABA EE 2X
BEN: AS SILMET
X
REF: GRACE DAVISON PYMT OF INVOICES
DATED 01/28-30/02 + C/M 52500/3
IMAD: 0304B1QGC08C004941

JP Morgan Chase Bank

J P MorganChase    Statement    Account

In US Dollars

Account No:        016-001257
Statement Start Date:    01 MAR 2002
Statement End Date:    15 MAR 2002
Statement Code:    S00-USA-22
Statement No:    005

Page 11 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | F | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 04MAR | | | 04MAR | USD YOUR: SEE WIRE   OUR: 1281500063JB | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/17:13 IMAD: 0304B1QGC01C004759 |
| 04MAR | | | 04MAR | USD YOUR: HOWT-FUCD   OUR: 1281100063JB | 2,800,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:13 IMAD: 0304B1QGC03C004410 |
| 05MAR | | | | USD OUR: 0031610114XF | 14,768.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032581963 |
| 05MAR | | | 05MAR | USD YOUR: SEE WIRE   OUR: 1184800064JB | 41,722.04 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 05MAR | | | 05MAR | USD YOUR: SEE WIRE   OUR: 1184700064JB | 89,968.95 | FEDWIRE DEBIT VIA: FW12I000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: /TIME/17:04 IMAD: 0305B1QGC07C004180 |
| 05MAR | | | 05MAR | USD YOUR: SEE WIRE   OUR: 0101300064JB | 743,993.17 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/10:09 IMAD: 0305B1QGC02C001064 |
| 05MAR | | | 05MAR | USD YOUR: HOWT-FUCD   OUR: 1184900064JB | 3,650,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:04 |

JPMorgan Chase Bank

# JPMorganChase    Statement    Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005

Page 12 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | FR | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|

## DEBITS (CONTINUED)

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 06MAR | | USD OUR: 0031750114XF | 1,199.78 | IMAD: 0305B1Q6C02C004169 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 |
| 06MAR | | USD YOUR: SEE WIRE OUR: 0669900065JB | 42,067.98 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: BANK OF AMERICA - LONDON 37760564 BEN: GRACE COLLECTION INC. X REF: PAYMENT FOR USD GRACE COLL ACC T FORNETTING CYCLE 3/1/02 SSN: 0223324 |
| 06MAR | | USD YOUR: SEE WIRE OUR: 0669800065JB | 47,765.47 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 06MAR | | USD YOUR: HONT-FUCD OUR: 0849700065JB | 1,800,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: D111 79 ATTN P. LAWING 704-374 -3448/TIME/15:42 IMAD: 0306B1Q6C07C003458 |
| 06MAR | | USD YOUR: SEE WIRE OUR: 0849800065JB | 2,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:42 IMAD: 0306B1Q6C03C003303 |
| 07MAR | | USD YOUR: FPRS DEPOSITORY OUR: 1052600066JB | 710.00 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 FPRS DEPOSITORY A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE + CO WE EK ENDING 3/4/02 HOURLY SSN: 0249950 |

JPMorgan C▸ ⌐ Bank

⊓Jr ⫯organChase    Statement ⫯Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005

Page 13 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Value Date | Tr Code | References | Credit/Debit | Description |
|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 07MAR | 07MAR | USD | YOUR: SEE WIRE OUR: 1052500066JB | 8,086.75 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 2104- REF: UHC PAYMENTS |
| 07MAR | 07MAR | USD | YOUR: FPRS DEPOSITORY OUR: 1052400066JB | 155,700.66 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE + CO WE EK ENDING 3/4/02 CPD/DAVISON SSN: 0249963 |
| 07MAR | 07MAR | USD | YOUR: HOWT-FUCD OUR: 1052800066JB | 9,200,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:37 IMAD: 0307B1QGC07C004144 |
| 08MAR | | USD | OUR: 0031950114XF | 25.61 | AUTOMATIC DOLLAR/FLOAT TRANSFER AUTOMATIC ACCOUNT 0003238I963 |
| 08MAR | 08MAR | USD | YOUR: ACH OF 02/03/08 OUR: 0007800067HP | 7,250.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 08MAR | 08MAR | USD | YOUR: SEE WIRE OUR: 1002000067JB | 25,402.30 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 2104- REF: UHC PAYMENTS |
| 08MAR | 08MAR | USD | YOUR: HOWT-FUCD OUR: 1001900067JB | 1,200,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:19 IMAD: 0308B1QGC03C003725 |
| 08MAR | 08MAR | USD | YOUR: SEE WIRE OUR: 1002100067JB | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND |



JPMorganChase · Bank

**JP Morgan Chase** Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005

Page 14 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Credit/Debit Amount | Description |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 08MAR | 08MAR | USD | YOUR: SEE WIRE<br>OUR: 0325100067JB | 6,966,112.71 | BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:19<br>AMAD: 0308B1QGC01C003989<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11:31 |
| 11MAR | | USD | OUR: 0031670114XF - | 190.00 | IMAD: 0308B1QGC02C002035<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 11MAR | 11MAR | USD | YOUR: SEE WIRE<br>OUR: 1118500070JB | 52,752.43 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 11MAR | 11MAR | USD | YOUR: HOWT-FUCD<br>OUR: 1118700070JB | 12,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC.<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:08<br>IMAD: 0311B1QGC03C003774 |
| 11MAR | 11MAR | USD | YOUR: SEE WIRE<br>OUR: 1119000070JB | 14,400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:07<br>IMAD: 0311B1QGC04C003772 |
| 12MAR | 12MAR | USD | YOUR: SEE WIRE<br>OUR: 1108500071JB | 42,593.68 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 12MAR | 12MAR | USD | YOUR: SEE WIRE<br>OUR: 0302600071JB | 833,869.51 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:28 |

JPMorganChase ⟩ Bank

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2002
Statement End Date: 15 MAR 2002
Statement Code: S00-USA-22
Statement No: 005

Page 15 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Order Date | Add. Charge Date | Value Date | FX | Reference | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 12MAR | | 12MAR | USD | YOUR: HOWT-FUCD<br>OUR: 1108600071JB | 5,900,000.00 | IMAD: 0312B1QGC03C001544<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3648/TIME/17:21 | | |
| 13MAR | | 13MAR | USD | OUR: 003223011 4XF | 1,070.87 | IMAD: 0312B1QGC06C003874<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 3 | | |
| 13MAR | | 13MAR | USD | YOUR: SEE WIRE<br>OUR: 1115500072JB | 2,204.60 | CHIPS DEBIT<br>VIA: COMMERZBANK AKTIENGESELLSCHAFT<br>/0804<br>A/C: COMMERZBANK AG HAMBURG<br>SWIFT CODE COBADEHH<br>BEN: SASOL GERMANY GMBH<br>ATTN KAREN JURGENS<br>REF: GRACE DAVISON PMT INV 3021861<br>ATTN KAREN JURGENS<br>SSN: 0235564 | | |
| 13MAR | | 13MAR | USD | YOUR: ACH OF 02/03/13<br>OUR: 0068200072HP | 13,324.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 13MAR | | 13MAR | USD | YOUR: SEE WIRE<br>OUR: 1114000072JB | 34,408.38 | CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: FORTIS BANK (NEDERLAND) N.V.<br>300 AS ROTTERDAM, HOLLAND<br>BEN: MECOMIN DEVELOPMENT LTD<br>ATTN CAROLINE YATES<br>REF: GRACE DAVISON PMT INV 4392018<br>SSN: 0232572 | | |
| 13MAR | | 13MAR | USD | YOUR: SEE WIRE<br>OUR: 1112300072JB | 37,540.57 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 13MAR | | 13MAR | USD | YOUR: HOWT-CHASE<br>OUR: 1112800072JB | 63,312.25 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 13MAR | | 13MAR | USD | YOUR: HOWT-FUCD<br>OUR: 1275500072JB | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219 | | |

J.P.Morgan C・・ ● Bank

**J.P. JPMorganChase**    Statement    Account

In US Dollars

Account No:    016-001257
Statement Start Date:    01 MAR 2002
Statement End Date:    15 MAR 2002
Statement Code:    S00-USA-22
Statement No:    005

Page 16 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Posted Date | Value Date | | Credit/Debit | Reference | Description |
|---|---|---|---|---|---|

## DEBITS/CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| 13MAR | 13MAR USD YOUR: FPRS DEPOSITORY OUR: 1114600072JB | | 2,585,778.47 | | A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:04 IMAD: 0315B1QGC02C004303 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 3/7/02 AND 3/8/02 SALARIED SSN: 023570 |
| 14MAR | 14MAR USD OUR: 0031530114XF | | 3,690.16 | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 14MAR | 14MAR USD YOUR: SEE WIRE OUR: 1138400073JB | | 49,990.58 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 14MAR | 14MAR USD OUR: 0014550114XF | | 129,942.58 | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032313652 |
| 14MAR | 14MAR USD YOUR: HOWT-FUCD OUR: 1138500073JB | | 5,300,000.00 | | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:01 IMAD: 0314B1QGC02C004220 |
| 15MAR | 15MAR USD YOUR: FPRS DEPOSITORY OUR: 1004400074JB | | 8,858.18 | | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 3/11/02 AND 3/7/02 HOURLY AND SSN: 0238555 |
| 15MAR | 15MAR USD YOUR: SEE WIRE OUR: 1005300074JB | | 37,978.74 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- |

JP Morgan Chase Bank                                    Statement of Account

                                                                    In US Dollars

W.R. GRACE AND COMPANY                     Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                   Statement Start Date: 01 MAR 2002
ATT:MARY BOUCHARD                          Statement End Date:   15 MAR 2002
62 WHITTEMORE AVENUE                       Statement Code:       S00-USA-22
CAMBRIDGE MA  02140                        Statement No:         005

                                           Page 17 of 17

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|

## DEBITS CONTINUED

| 15MAR | | USD OUR: 0033710114XF | 122,660.31 | REF: UHC PAYMENTS |
| | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 00032381963 |
| 15MAR | 15MAR | USD YOUR: FPRS DEPOSITORY | 176,893.68 | CHIPS DEBIT |
| | | OUR: 1004800074JB | | VIA: BANKERS TRUST COMPANY |
| | | | | /0103 |
| | | | | A/C: FPRS DEPOSITORY |
| | | | | X |
| | | | | BEN: WR GRACE + CO. |
| | | | | X |
| | | | | REF: REFER TO WIRE WR GRACE WEEK EN |
| | | | | DING 3/11/02 CPD/DAVISON |
| | | | | /SSN: 0238591 |
| 15MAR | | USD YOUR: HOWT-FUCD | 1,000,000.00 | FEDWIRE DEBIT |
| | | OUR: 1269600074JB | | VIA: FIRST UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC |
| | | | | REF: 011E 79 ATTN P. LAWING 704-374 |
| | | | | -3448/TIME/16:29 |
| | | | | IMAD: 0315B1Q9C02C004590 |
| 15MAR | | USD YOUR: SEE WIRE | 1,200,000.00 | FEDWIRE DEBIT |
| | | OUR: 1269200074JB | | VIA: STATE ST BOS |
| | | | | /011000028 |
| | | | | A/C: MERRILL LYNCH PREMIER INSTITUT |
| | | | | FUND |
| | | | | BEN: N/O W.R. GRACE + CO - CONN |
| | | | | ATTN MERRILL GROUPS |
| | | | | REF: TRANSFER FUNDS/TIME/16:30 |
| | | | | IMAD: 0315B1Q9C05C004654 |

## CHECKS

*No Activity*

CHASE

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006
Page 1 of 1(

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 42 | 141,229,905.43 |
| Total Debits (incl. checks) | 61 | 130,199,229.03 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (16 MAR 2002) | | Closing (29 MAR 2002) | |
|---|---|---|---|---|
| | Ledger | 1,219,646.86 | Ledger | 12,250,323.26 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

| Date | LEDGER BALANCES |
|---|---|
| 18MAR | 491,199. |
| 19MAR | 498,394. |
| 20MAR | 535,74 |
| 21MAR | 455,42 |
| 24MAR | 481,50 |
| 25MAR | 493,72 |
| 26MAR | 580,29 |
| 27MAR | 501,69 |
| 28MAR | 30,221,59 |
| 29MAR | 12,250,323. |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|

18MAR

18MAR    USD YOUR: O/B WACHOVIA WIN    1,859,523.00    FEDWIRE CREDIT
         OUR: 0334913077FF    VIA: WACHOVIA BANK AND TRUST CO
                              /05310049
                              B/O: W R GRACE & CO
                              COLUMBIA MD 21044
                              REF: CHASE NYC/CTR/BNF=W.R. GRACE A
                              ND COMPANY COLUMBIA MD 21044-4098/A
                              C-00016001257 RFB=O/B WACHOVIA WIN
                              BBI=/TIME/15:24
                              IMAD: 0318EAQFT1IA001364

18MAR    USD YOUR: O/B BKAM IL CG0    5,334,528.99    FEDWIRE CREDIT
         OUR: 0137709077FF    VIA: BANK OF AMERICA CHICAGO
                              /071000039
                              B/O: W.R. GRACE & CO.
                              CAMBRIDGE MA 02140
                              REF: CHASE NYC/CTR/BNF=W.R. GRACE A
                              ND COMPANY COLUMBIA MD 21044-4098/A
                              C-00001601257 RFB=O/B BKAM IL CG0
                              OBX=HOWT BBI=/TIME/11:34
                              IMAD: 0318G1QFGY2C000336

19MAR    USD YOUR: O/B BKAM IL CG0    989,195.26    FEDWIRE CREDIT
         OUR: 0081409078FF    VIA: BANK OF AMERICA CHICAGO
                              /071000039
                              B/O: W.R. GRACE & CO.
                              CAMBRIDGE MA 02140
                              REF: CHASE NYC/CTR/BNF=W.R. GRACE A
                              ND COMPANY COLUMBIA MD 21044-4098/A
                              C-00001601257 RFB=O/B BKAM IL CG0

FT CODE:    USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS STATED IF NOT INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED ITEMS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006

Page 2 of 08

| Value Date | Post Ledger Date | PZ | References | Credit / Debit | Description | Closing Balance |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 19MAR | 19MAR | | USD YOUR: MAESTRO OUR: 0278007078FF | 1,800,000.00 | OBI=HOWT BBI=/TIME/10:38 /MAD: 0319G1QFGY2C000244 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=MAESTRO OBI=FUND -328-P-1-S 1 ML PREMIER FUND BBI=/T | |
| 19MAR | 19MAR | | USD YOUR: O/B WACHOVIA WIN OUR: 008620107078FF | 1,994,059.48 | /MAD: 0319A1Q02HC001477 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:47 | |
| 20MAR | 20MAR | | USD YOUR: O/B WACHOVIA WIN OUR: 0109109079FF | 8,529,258.83 | /MAD: 0319EAQFTIIA000594 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:51 | |
| 21MAR | 21MAR | | USD YOUR: O/B FIRST UNION OUR: 0270113080FF | 646,133.08 | /MAD: 0320EAQFTIIA000690 FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/14:28 | |
| 21MAR | 21MAR | | USD YOUR: O/B WACHOVIA WIN OUR: 0133114080FF | 1,633,499.00 | /MAD: 0321F3QCAA1C001198 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO | |

JPMorganChase
Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | Account No: | 016-001257 |
| --- | --- | --- |
| | Statement Start Date: | 16 MAR 2002 |
| | Statement End Date: | 29 MAR 2002 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 006 |

Page 3 of 18

| Ledger Date | A/C Ledger Date | Value Date | IF | References | Credit/Debit | Description | Closing Balance Date | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

## CREDITS CONTINUED

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 21MAR | | 21MAR | | USD YOUR: MAESTRO<br>OUR: 0339101080FF | 1,700,000.00 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001001257 RFB=D/B WACHOVIA WIN<br>BBI=/TIME/11.37<br>IMAD: 0321EAQTI1A000851 | | |
| 21MAR | | 21MAR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0133208080FF | 2,923,113.43 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001001257 RFB=MAESTRO OBI=FUND<br>-318-P1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0321A1Q002HC001846<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039 | | |
| 21MAR | | 21MAR | | USD YOUR: MAESTRO<br>OUR: 0057308080FF | 4,104,341.58 | B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001001257 RFB=D/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11.32<br>IMAD: 0321G1GFGY2C000538<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001001257 RFB=MAESTRO OBI=FUND<br>-318-P-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0321A1Q002BC000046 | | |
| 22MAR | | 22MAR | | USD YOUR: O/B FIRST UNION<br>OUR: 0192207081FF | 167,169.54 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

In U.S. Dollar
016-001257
16 MAR 2002
29 MAR 2002
S00-USA-22
006
Page  4  of 18

**Account No:** 016-001257
**Statement Start Date:** 16 MAR 2002
**Statement End Date:** 29 MAR 2002
**Statement Code:** S00-USA-22
**Statement No:** 006

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | IF | References | Credit/Debit | Description | Closing/Balance Date |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22MAR | | | | USD YOUR: 628308081453O0001 OUR: 0201900081FC | 188,949.35 | ND COMPANY COLUMBIA MD 21044-4098/A C-00001600I257 RFB=O/B FIRST UNION B3!=/TIME/12:38 IMAD: 0322F3CAA1C000974 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0059 B/O: W R GRACE AND CO. COLUMBIA MD 21044-4098 REF:NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=/000618017 COLUMBIA MD 2104 4-4098 OGB=BANK OF AMERICA NT SA (N SSN: 0015669 | |
| 22MAR | | | | USD YOUR: O/B BKAM IL CG0 OUR: 0124809081FF | 1,166,604.75 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W R GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600I257 RFB=O/B BKAM IL CGO OB!=HONT B3!=/TIME/11:24 IMAD:0322GI0FGY2C000441 | |
| 22MAR | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0214530708IFF | 1,787,438.19 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00901600I257 RFB=O/B WACHOVIA WIN B3!=/TIME/13:03 IMAD: 0322EAQFTI1A001111 | |
| 22MAR | | | | USD YOUR: 600807813205O0001 OUR: 0918700008IFC | 5,136,262.82 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0059 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0062063 | |

CHASE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  16 MAR 2002
Statement End Date:    29 MAR 2002
Statement Code:    S00-USA-22
Statement No:      006
Page 5 of 18

| Ledger Date | A/C Ledger Date | Value Date | RE | FT | References | Credit/Debit | Description | Closing Balance | Date |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 25MAR | 25MAR | | USD | | YOUR: MAESTRO OUR: 0413101084FF | 1,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P1=S1 ML PREMIER FUND BBI=/T /MAD: 0325A1Q002HC002057 | | |

| 25MAR | | | | | YOUR: O/B WACHOVIA WIN OUR: 0106813084FF | 1,847,391.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:50 | | |

| 25MAR | | | | | YOUR: 11689316 OUR: 0097707084FF | 1,882,124.26 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=11689316 OBI=DEA TH CLAIMS FOR MB038 AND MB039 BBI=/ /MAD: 0325A1QFI1A000673 | | |

| 25MAR | | | | | YOUR: O/B BKAM IL CGO OUR: 0083403084FF | 2,006,619.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:34 /MAD: 0325A1QF148C002164 | | |

| 25MAR | | | | | YOUR: MAESTRO OUR: 0095013084FF | 4,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN /MAD: 0325G1QFGYZC000283 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006

Page 6 of 18

| Ledger Date | Adj/Ledger Date | Value Date | References | Credit/Debit | Description | Closing Balance |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 26MAR | USD OUR: 0031720114XF | 44,351.84 | COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 032SA1000?CC00025?<br>AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 26MAR | USD YOUR: O/B BKAM IL C80<br>OUR: 0102530085FF | 2,858,866.73 | FROM ACCOUNT 0032388196?<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/07100003?<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11.16<br>IMAD: 0326GIGF6Y2C000354 |
| 26MAR | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0108307085FF | 3,205,200.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W.R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11.14<br>IMAD: 0326EAQFTIA000717 |
| 27MAR | USD YOUR: 11728195<br>OUR: 0060090086FF | 242,160.65 | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=11728195 OBI=DEA<br>TH CLAIMS FOR M8038 BBI=/TIME/09:41<br>IMAD: 0327AIQFI48C001445 |
| 27MAR | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0106008086FF | 388,214.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006
Page 7 of 11

```
W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140
```

| Ledger Date | Adj Ledger Date | Value Date | F/X | References | Credit/Debit | Description | Closing Balance/Date |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date / References | Credit/Debit | Description |
|---|---|---|---|
| 27MAR | 27MAR USD YOUR: O/B BKAM IL CGO<br>OUR: 0121801086FF | 1,647,940.26 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:50<br>MAD:/032/EAQFTIIA000832<br>FEDWIRE CREDIT<br>/071000039<br>VIA: BANK OF AMERICA CHICAGO<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOW/BBI=/TIME/11:10 |
| 27MAR | 27MAR USD YOUR: MAESTRO<br>OUR: 0054709086FF | 20,800,000.00 | MAD:/032/01QFGY2C000452<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-218=P 1-S-1 ML PREMIER FUND BBI=/T |
| 27MAR | 27MAR USD YOUR: PHN OF 02/03/27<br>OUR: 0023600086GP | 20,847,514.70 | MAD:/032/AIQO02GC000039<br>BOOK TRANSFER CREDIT<br>B/O W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140- |
| 28MAR | 28MAR USD YOUR: O/B WOODSTOWN NA<br>OUR: 0326008087FF | 9,729.56 | FEDWIRE CREDIT<br>/031205081<br>VIA: WOODSTOWN NATIONAL BANK<br>B/O: GLOUCESTER NEW COMMUNITIES CO<br>SWEDESBORO NJ 08085<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WOODSTOWN NA<br>BBI=/TIME/14:17 |
| 28MAR | 28MAR USD YOUR: O/B WOODSTOWN NA<br>OUR: 0325908087FF | 70,796.81 | MAD: 0328CIQVK01X000006<br>FEDWIRE CREDIT<br>VIA: WOODSTOWN NATIONAL BANK<br>/031205081<br>B/O: GLOUCESTER NEW COMMUNITIES CO<br>SWEDESBORO NJ 08085<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006

Page 8 of 1[

| Ledger Date | Adjusted Date | Value Date | F | References | Credit/Debit | Description | Closing Balance Date |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 28MAR | | 28MAR | | USD YOUR: O/B FIRST UNION OUR: 0359303087FF | 696,465.34 | C-00001601257 RFB=O/B WOODSTOWN NA OBI=TO CLOSE ACCOUNT BBI=/TIME/14: IMAD: 0328C1QVK01X000005 FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B FIRST UNION BBI=/TIME/14:52 | |
| 28MAR | | 28MAR | | USD YOUR: O/B WACHOVIA WIN OUR: 0170807087FF | 722,820.00 | IMAD: 0328F3QCAA1C001706 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:37 | |
| 28MAR | | 28MAR | | USD YOUR: O/B BKAM IL CGO OUR: 0146709087FF | 963,403.46 | IMAD: 0328EAQFTI1A001065 FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:10 | |
| 28MAR | | 28MAR | | USD YOUR: 11742908 OUR: 0133209087FF | 1,120,435.35 | IMAD: 0328G1QFGY2C000608 FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=11742908 OBI=DEA TH CLAIMS FOR MB039 BBI=/TIME/10:54 IMAD: 0328A1QF148C003214 | |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006

Page 9 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | CCY | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CREDITS CONTINUED** | | |
| 28MAR | | | | | | | | |
| 28MAR | | 28MAR | USD | OUR: 0019040116XF | 4,836,611.27 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 000323136524 | | |
| 28MAR | | 28MAR | USD | YOUR: MAESTRO OUR: 0230002087FF | 26,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-409 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -31B-P 1-15-1 ML PREMIER FUND BBI=/T IMAD: 0328AIQ002HC00992 | | |
| 29MAR | | 29MAR | USD | YOUR: TEBC OF 02/03/29 OUR: 0557200088JB | 67,510.30 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: GIH PAYMENT OF 1Q 2002 INTERES T TO CONN | | |
| 29MAR | | 29MAR | USD | YOUR: O/B FIRST UNION OUR: 0106601088FF | 90,608.73 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/11:02 IMAD: 0329F53QCAA1C000596 | | |
| 29MAR | | 29MAR | USD | YOUR: O/B BKAM IL CGO OUR: 0098202088FF | 763,487.68 | FEDWIRE CREDIT VIA: BANK OF AMERICA CHICAGO /071000059 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANV COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO BBI=HORT/BBI=/TIME/10:48 IMAD: 0329G1QFGY2C000466 | | |
| 29MAR | | 29MAR | USD | YOUR: O/B WACHOVIA WIN OUR: 0122614088FF | 1,969,900.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A | | |

Account No:        016-001257
Statement Start Date:   16 MAR 2002
Statement End Date:    29 MAR 2002
Statement Code:      S00-USA-22
Statement No:        006
Page 10 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | FX | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | |
| 29MAR | | 29MAR | USD | YOUR: TEBC OF 02/03/29<br>OUR: 10329000088JB | 2,287,677.20 | C-00011601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:27<br>IMAD: 0329EAQFTI1A000825<br>BOOK TRANSFER CREDIT<br>B/O: W R GRACE &CO (DELAWARE)<br>CAMBRIDGE MA 02140-<br>REF: GRACE DELAWARE TO CONN (PAYMEN<br>T DUE3/31/02) |
| **DEBITS** | | | | | | |
| 18MAR | | 18MAR | USD | YOUR: SEE WIRE<br>OUR: 1136600077JB | 33,341.36 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>BEN: /19306907351 29<br>PETROPOLIS S.A.<br>REF: /BNF/MARCH FEES AND SERVICES |
| 18MAR | | | USD | OUR: 0033410114XF | 35,249.26 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 18MAR | | 18MAR | USD | YOUR: SEE WIRE<br>OUR: 1136500077JB | 53,908.23 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 18MAR | | 18MAR | USD | YOUR: HOWT-FUCD<br>OUR: 1136700077JB | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:04<br>IMAD: 0318B1QGC01C004450 |
| 18MAR | | 18MAR | USD | YOUR: SEE WIRE<br>OUR: 1137100077JB | 5,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/17:05<br>IMAD: 0318B1QGC01C004453 |
| 19MAR | | | USD | OUR: 0030930114XF | 1,261.47 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 19MAR | | 19MAR | USD | YOUR: SEE WIRE<br>OUR: 0190700078JB | 26,098.26 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- |

CHASE

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:         016-001257
Statement Start Date:   16 MAR 2002
Statement End Date:     29 MAR 2002
Statement Code:        S00-USA-22
Statement No:          006

Page 11 of 18

| Ledger Date | Adj Ledger Date | V F | Value Date | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19MAR | | | 19MAR | USD YOUR: ACH OF 02/03/19<br>OUR: 0019700078HP | 72,417.00 | REF: UHC PAYMENTS<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 19MAR | | | 19MAR | USD YOUR: SEE WIRE<br>OUR: 0190800078JB | 289,089.17 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: /D50000000016439<br>X<br>BEN: W R GRACE + CO.<br>X | | |
| 19MAR | | | 19MAR | USD YOUR: SEE WIRE<br>OUR: 0173000078JB | 787,194.34 | REF: MARILYN RAMJOHN - CMG/BSG VA32<br>7L/TIME/11.09<br>IMAD: 0319B1QGC05C001307<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | | |
| 19MAR | | | 19MAR | USD YOUR: HOWT-FUCD<br>OUR: 0974700078JB | 3,600,000.00 | REF: HOURLY PAYROLL/TIME/10:57<br>IMAD: 0319B1QGC04C001239<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:07<br>IMAD: 0319B1QGC03C003497 | | |
| 20MAR | | | | USD OUR: 0033310114XF | 25,138.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 | | |
| 20MAR | | | 20MAR | USD YOUR: HOWT-CHASE<br>OUR: 0776900079JB | 50,000.00 | BOOK TRANSFER DEBIT<br>A/C: WR GRACE & CO<br>COLUMBIA MD 21044-4098 | | |
| 20MAR | | | 20MAR | USD YOUR: SEE WIRE<br>OUR: 0777000079JB | 181,012.50 | REF: HOWT<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- | | |
| 20MAR | | | 20MAR | USD YOUR: 0018201109996B<br>OUR: 0427600079JB | 1,504,680.04 | REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: BKAM IL CG0<br>/071000059<br>A/C: WR GRACE + CO-CONN<br>X | | |

# JPMorganChase

## Statement of Account

**W.R. GRACE AND COMPANY**
**SYRACUSE FUNDING ACCOUNT**
**ATT:MARY BOUCHARD**
**62 WHITTEMORE AVENUE**
**CAMBRIDGE   MA   02140**

| | | |
|---|---|---|
| Account No: | 016-001257 | |
| Statement Start Date: | 16 MAR 2002 | |
| Statement End Date: | 29 MAR 2002 | |
| Statement Code: | S00-USA-22 | |
| Statement No: | 006 | |

Page 12 of 18

| Ledger Date | A/C Ledger Date | Value Date | E. | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 20MAR | | 20MAR | USD | YOUR: HOWT-FUCD<br>OUR: 0777100079JB | 1,931,077.52 | REF: HOWT<br>IMAD: 0320B1QGC05C002083<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:30 |
|---|---|---|---|---|---|---|
| 20MAR | | 20MAR | USD | YOUR: SEE WIRE<br>OUR: 0777200079JB | 4,800,000.00 | IMAD: 0320B1QGC03C003547<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:31 |
| 21MAR | | 21MAR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1080200080JB | 650.00 | IMAD: 0320B1QGC02C003594<br>FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 3/18/02 HOURLY |
| 21MAR | | 21MAR | USD | YOUR: 2400-24<br>OUR: 1080000080JB | 2,519.11 | IMAD: 0321B1QGC07C004254<br>BOOK TRANSFER DEBIT<br>A/C: D002243060<br>XKALLAY (708)820-7742, GRPGUL<br>REF: EMPLOYEE GUL CONTRIBUTIONS FOR<br>FEB 2002 |
| 21MAR | | 21MAR | USD | YOUR: SEE WIRE<br>OUR: 1079900080JB | 10,207.85 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: AON CONSULTING<br>X<br>REF: NOV. 2001 PENSION ADMIN/TIME/1<br>7:25 |
| 21MAR | | 21MAR | USD | YOUR: SEE WIRE<br>OUR: 1079700080JB | 40,825.00 | IMAD: 0321B1QGC02C004140<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI |

The Chase Manhattan Bank

In US Dollars

Statement of Account

Account No: 016-001257
Statement Start Date: 16 MAR 2002
Statement End Date: 29 MAR 2002
Statement Code: S00-USA-22
Statement No: 006

Page 13 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Bal Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 21MAR | | USD | YOUR: 001802882200A<br>OUR: 107980008DJB | 67,013.18 | COLUMBIA MD 21044-<br>REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: CAROLINA FIR GRNVL<br>/053201885<br>A/C: THE METASA GROUP, INC. AGENCY<br>(803) 343-2112<br>REF: FSA MONTHLY EMPLOYEE CONTRIBUT<br>IONS<br>IMAD: 0321B1QGC08C004605 |
| 21MAR | | USD | YOUR: SEE WIRE<br>OUR: 108010008DJB | 161,801.88 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO<br>ATTN FPRS (HOURLY)<br>REF: WR GRACE WEEK ENDING 3/18/02 C<br>PD/DAVISON |
| 21MAR | | USD | YOUR: SEE WIRE<br>OUR: 108030008DJB | 4,104,341.58 | IMAD: 0321B1QGC03C004033<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO.-CONN<br>ATTN MERRILL GROUP<br>REF: FFCR PREMIER INSTITUTIONAL 334<br>3175N/O W.R. GRACE + CO.-CONN/TIME<br>IMAD: 0321B1QGC07C004253 |
| 21MAR | | USD | YOUR: HOWT-FUCD<br>OUR: 108040008DJB | 6,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:27<br>IMAD: 0321B1QGC04C004016 |
| 22MAR | | USD | YOUR: ACH OF 02/03/22<br>OUR: 000670008IHP | 2,598.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFT PRE-FUNDING CLEARING A<br>TAMPA FL 33634<br>AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 22MAR | | USD | OUR: 003271011AXF | 4,543.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388I963 |

016-001257
16 MAR 2002
29 MAR 2002
S00-USA-22
006

**Account No:**
**Statement Start Date:**
**Statement End Date:**
**Statement Code:**
**Statement No:**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|

## DEBITS CONTINUED

| 22MAR | | 22MAR | USD YOUR: SEE WIRE<br>OUR: 0465800081JB | 73,886.50 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 22MAR | | 22MAR | USD YOUR: ACH OF 02/03/22<br>OUR: 0006800081HP | 115,044.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 22MAR | | 22MAR | USD YOUR: HOWT-FUCD<br>OUR: 1035900081JB | 1,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:09<br>IMAD: 0322B1QGC07C003929 |
| 22MAR | | 22MAR | USD YOUR: SEE WIRE<br>OUR: 0465700081JB | 2,424,236.15 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11:37<br>IMAD: 0322B1QGC06C001854 |
| 22MAR | | 22MAR | USD YOUR: SEE WIRE<br>OUR: 1036200081JB | 4,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:09<br>IMAD: 0322B1QGC08C004210 |
| 25MAR | | | USD OUR: 0032710114XF | 19,561.10 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 25MAR | | 25MAR | USD YOUR: SEE WIRE<br>OUR: 0970500084JB | 40,400.09 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 25MAR | | 25MAR | USD YOUR: SUPP. PENSION<br>OUR: 0970100084JB | 364,028.28 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGD<br>/071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN MR. BRUCE HENIKEN<br>REF: SUPPL PENSION PMT FOR APRIL 20<br>02/TIME/14:58 |



JPMorganChase

Statement of Account

In US Dollars

Account No:         016-001257
Statement Start Date:   16 MAR 2002
Statement End Date:    29 MAR 2002
Statement Code:      S00-USA-22
Statement No:        006

Page 15 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj/Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balance Date/Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 25MAR | | 25MAR | USD | YOUR: SEE WIRE OUR: 1349200084JB | 4,000,000.00 | IMAD: 0325B1QGC07C003703 FEDWIRE DEBIT VIA: FIRSTUNION NJNYPA /031201467 A/C: ADDIMENT INCORPORATED REF: ACQUISITION | |
| 25MAR | | 25MAR | USD | YOUR: HOWT-FUCD OUR: 1297500084JB | 6,900,000.00 | IMAD: 0325B1QGC02C004484 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:17 | |
| 26MAR | | 26MAR | USD | YOUR: SEE WIRE OUR: 0549600085JB | 32,750.42 | IMAD: 0325B1QGC02C004320 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 26MAR | | 26MAR | USD | YOUR: SEE WIRE OUR: 0549500085JB | 789,125.03 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X | |
| 26MAR | | 26MAR | USD | YOUR: HOWT-FUCD OUR: 0932900085JB | 5,200,000.00 | REF: HOURLY PAYROLL/TIME/12:02 IMAD: 0326B1QGC08C002201 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:06 | |
| 27MAR | | 27MAR | USD | YOUR: SEE WIRE OUR: 1299100086JB | 13,392.81 | IMAD: 0326B1QGC01C003365 BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /193075645158 TERESOPOLIS S.A. REF: GRACE DAVISON SALES TAX PAYMEN | |
| 27MAR | | 27MAR | USD | YOUR: SEE WIRE OUR: 1298900086JB | 13,597.45 | FEDWIRE DEBIT VIA: ALLFIRST BANK | |

JPMorganChase

Bank

Statement

Account No:                  016-001257
Statement Start Date:        16 MAR 2002
Statement End Date:          29 MAR 2002
Statement Code:              S00-USA-22
Statement No:                006

Page 16 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | /052000113 |
| | | | | | A/C: SPECTERA, INC |
| 27MAR | 27MAR | USD | YOUR: SEE WIRE<br>OUR: 1184500086JB | 25,780.34 | REF: MARCH 2002 FEES/TIME/16:18<br>IMAD: 0327B1QGC08CO04698<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140- |
| 27MAR | 27MAR | USD | YOUR: SEE WIRE<br>OUR: 1299000086JB | 39,967.20 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X |
| 27MAR | 27MAR | USD | YOUR: SEE WIRE<br>OUR: 1298600086JB | 62,205.78 | REF: GRACE DAVISON PREPAY INV 10767<br>SSN: 0254122<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 27MAR | 27MAR | USD | YOUR: SEE WIRE<br>OUR: 1298800086JB | 140,932.42 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO<br>X |
| 27MAR | 27MAR | USD | YOUR: 240009<br>OUR: 1298700086JB | 304,482.18 | REF: MARCH 2002 FEES/TIME/16:17<br>IMAD: 0327B1QGC02CO04389<br>BOOK TRANSFER DEBIT<br>A/C: D002430680<br>X |
| 27MAR | 27MAR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1299300086JB | 856,579.11 | REF: MET LIFE PREM. MARCH PREMIUMS<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO. |
| 27MAR | 27MAR | USD | YOUR: HOWT-FUCD<br>OUR: 1299200086JB | 2,100,000.00 | REF: REFER TO WIRE SALARIED PLAN<br>SSN: 0254416<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219 |

JPMorganChase

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:              016-001257
Statement Start Date:    16 MAR 2002
Statement End Date:      29 MAR 2002
Statement Code:          S00-USA-22
Statement No:            006

## DEBITS (CONTINUED)

| Ledger Date | Value Date | | Credit/Debit | Reference | Description |
|---|---|---|---|---|---|
| 27MAR | 27MAR | USD YOUR: SEE WIRE OUR: 1299400086JB | 19,600,000.00 | | A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:17 IMAD: 0327B1QGC06C004336 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:26 |
| 27MAR | 27MAR | USD YOUR: SEE WIRE OUR: 0198400086JB | 20,847,514.70 | | IMAD: 0327B1QGC08C004763 BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: GRACE CONN SEMI ANNUAL INTERES T PMT;TO GRACE DELAWARE DUE 3-31-02 |
| 28MAR | 28MAR | USD OUR: 0038650114XF | 3,389.79 | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238819963 |
| 28MAR | 28MAR | USD YOUR: SEE WIRE OUR: 1749800087JB | 45,788.53 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 28MAR | 28MAR | USD YOUR: HOWT-CHASE OUR: 1749300087JB | 51,150.34 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-409B REF: HOWT |
| 28MAR | 28MAR | USD YOUR: HOWT-FUCD OUR: 1750200087JB | 4,900,000.00 | | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:14 IMAD: 0328B1QGC02C005256 |
| 29MAR | 29MAR | USD YOUR: SEE WIRE OUR: 0425700088JB | 20,211.58 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: EARLY FUNDING OF REMEDIUM DISB |
| 29MAR | 29MAR | USD YOUR: SEE WIRE OUR: 0425600088JB | 36,099.53 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI |