**Exhibit B**
November 2001 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.       I am a partner with the applicant firm, Wallace King Marraro & Branson,
PLLC and I am a member in good standing of the bars of the State of New Jersey and District of
Columbia.

2.       I have personally performed certain of, and overseen the legal services
rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 2nd day of January 2002.

_____
Notary Public

My Commission Expires: July 14, 2006

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF
WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2001 through November 30, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $61,187.44 for the period November 1, 2001 through November 30, 2001 (80% of $76,484.30, in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $13,513.96 for the period November 1, 2001 through November 30, 2001. |

This is a:      Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | No objections served on Counsel | No objections served on Counsel |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the eighth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

<u>Summary of Compensation Requested</u>

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Christopher Marraro | Partner | $420 | 81.3 | $34,146.00 |
| Angela Pelletier | Associate | $200 | 54.2 | $10,840.00 |
| William Hughes | Counsel | $305 | 154.2 | $47,031.00 |
| Tamara Parker | Associate | $260 | 15.0 | $3,900.00 |
| Barbara Banks | Paralegal | $130 | 96.1 | $12,493.00 |
| Natasha Bynum | Legal Clerk | $95 | 79.2 | $7,524.00 |
| Mahmoude Moasser | Paralegal | $130 | 60.8 | $7,904.00 |
| Rebecca Mitchell | Paralegal | $115 | 1.1 | $126.50 |
| Reilley L. Smith | Paralegal | $115 | 14.2 | $1,633.00 |

Total Fees          $125,597.500

Total Hours        556.10

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Outside Messenger | $37.86 |
| Copies- Internal and Outside | $10,447.92 |
| Facsimile | $111.75 |
| Lexis/Westlaw | $2,391.20 |
| Telephone | $116.14 |
| FedEx | $164.59 |
| Overtime Transportation | $244.50 |
| | |
| Total | $13,513.96 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE EIGHTH INTERIM PERIOD FROM NOVEMBER 1, 2001 THROUGH NOVEMBER 30, 2001

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below),

the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim

Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace King Marraro & Branson

PLLC ("WKMB") as special litigation and environmental counsel for the above-captioned debtors

and debtors in possession (collectively, "Debtors") in connection with their chapter 11 cases, hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

applies for an order allowing it (i) compensation in the amount of $76,484.30 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMB incurred in the amount of $13,513.96 (the ,"Application"), in each case for the period from November 1, through November 30, 2001 (the "Fee Period"). In support of this Application, WKMB respectfully states as follows:

**Retention of WKMB**

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee."). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee," collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.      By this Court's order dated June 21, 2001, the Debtors were authorized to retain WKMB as their special counsel, effective as of the Petition Date, with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to

-2-

compensate WKMB at hourly rates charged by WKMB for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

        *3.*      The Retention Order also allowed for a special fee arrangement with the Debtors in connection with a pending litigation matter, *Interfaith Community Organization v. Honeywell International, Inc. et al ('Honeywell litigation")*. By Agreement with the Debtors, WKMB was entitled to receive its full standard hourly rates until June 21, 2001 when its standard hourly rates billed for the Honeywell litigation was reduced by 40% in return for an interest in the outcome of the Honeywell litigation. Thus, a 40% discount is applied to all professional fees billed to the Honeywell matter (Matter 6) after June 21, 2001.

        4.      As disclosed in the following affidavit:

> Affidavit of Christopher H. Marraro in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Wallace King Marraro & Branson as Special Litigation and Environmental Counsel for the Debtors and Debtors in Possession (the "Original Affidavit"), filed June 4, 2001;

WKMB does not represent any interest adverse to the estates.

        5.      WKMB does not currently represent, but could in the future represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. WKMB will update the Affidavits when WKMB becomes aware of material new information.

        6.      WKMB performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor or other person.

-3-

7.    Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of WKMB, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

8.    This is the eighth application for interim compensation for services rendered that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

### Reasonable and Necessary Services Rendered by WKMB-- Generally

9.    The WKMB attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Christopher Marraro | Partner | 18 Years | Litigation | $420.00 | 81.30 | $34,146.00 |
| William Hughes | Counsel | 10 Years | Litigation | $305.00 | 154.20 | $47,031.00 |
| Tamara Parker | Associate | 8 Years | Litigation | $260.00 | 15.00 | $3,926.00 |
| Angela Pelletier | Associate | 3 Years | Litigation | $200.00 | 54.20 | $10,840.00 |

10.    The paraprofessionals of WKMB who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Barbara Banks | Paralegal | 4 Years | Litigation | $130.00 | 96.10 | $12,493.00 |
| Natasha Bynum | Legal Clerk | 1.5 Years | Litigation | $95.00 | 79.20 | $7,524.00 |

-4-

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Mahmoude Moasser | Paralegal | 10 Years | Litigation | $130.00 | 60.80 | $7,904.00 |
| Rebecca Mitchell | Paralegal | 1.5 Years | Litigation | $115.00 | 1.10 | $126.50 |
| Reilley L. Smith | Paralegal | 8 Months | Litigation | $115.00 | 14.20 | $1,633.00 |

Grand Total for Fees:                           $125,597.50
Less 40% Discount on Honeywell Matter 6:    ( 49,113.20)

Total Due                                    $ 76,484.30

11.     WKMB has advised and represented the Debtors in connection with certain

litigation and environmental matters. These matters include the Honeywell litigation, cost recovery

litigation against other private parties and representation of the Debtors before the U.S.

Environmental Protection Agency in connection with the Libby, Montana asbestos remediation

matter.

12.     The rates described above are WKMB 's hourly rates for services of this type.

Attached as Exhibit A is a detailed itemization and description of the services that WKMB rendered

during this Fee Period.  Based on these rates and the services performed by each individual, the

reasonable value of such services is $125,597.50.  The WKMB attorneys and paraprofessionals

expended a total of 556.10 hours for these cases during this Fee Period.  In accordance with the

factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and

reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services other

than in a case under the Bankruptcy Code.

-5-

13.     Further, Exhibit A (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each numbered tab in Exhibit A corresponds to the matter number that WKMB assigned to each Subject Matter. If a Subject Matter does not appear, then WKMB did not bill time or expenses for that Subject Matter during this Fee Period, but may bill time for that Subject Matter in the future.

## Reasonable and Necessary Services Rendered by WKMB

## Categorized by Matter

14.     The professional services that WKMB rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraphs 15-19 herein (the "Subject Matter(s)").

15.     Matter 6 – Honeywell litigation

(Fees: $122,783.00-49,113.20=$73,669.80, Hours: 548.60)

This Subject Matter involves time spent in litigation against Honeywell International, Inc. to recover substantial costs and damages and to compel Honeywell to clean up nearly a million tons of chromium process waste disposed of by a Honeywell predecessor, Mutual Chemical Company. Included is time preparing and filing motions, working on fact and expert discovery, undertaking factual and legal research and analysis and attending court hearings.

Matter 9 – Libby, Montana

(Fees: $2,814.50; Hours: 7.50)

This Subject Matter describes activities concerning the representation of the Debtors before the U.S. Environmental Protection Agency relating to EPA's enforcement action concerning asbestos at Libby, Montana. Included is time for meetings with EPA and strategic planning.

### Actual and Necessary Expenses

16.    It is WKMB's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is WKMB's policy to charge its clients only the amount actually incurred by WKMB in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals, and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

17.    WKMB charges: (a) $0.15 per page for duplication and (b) $0.75 per page for outgoing telecopier transmissions (plus related toll charges). WKMB does not charge its clients for incoming telecopier transmissions. WKMB has negotiated a discounted rate for Lexis and Westlaw computer assisted legal research, which is approximately $125/hour of online use of the standard Westlaw databases and approximately $3.00/minute for Lexis databases. Computer assisted legal research is used whenever the researcher determines that using Lexis/Westlaw is more cost effective than using traditional (non-computer-based legal research) techniques.

18.    A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by WKMB on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B. All of these disbursements comprise the requested sum for WKMB

-7-

out-of-pocket expenses, totaling $13,513.96. These disbursements are grouped in Exhibit B into the same numbered and titled categories of Subject Matters as the fees are grouped in Exhibit A. The numbered tabs within Exhibit B correspond to the numbers assigned to the matters described in Paragraphs 15-19 herein. Any missing Subject Matters merely indicate that no expenses were attributed to such Subject Matters during the Fee Period, although expenses may be attributable to such Subject Matters in the future. A summary of expenses by category for the entire Fee Period is also set forth in Exhibit B.

### Representations

19.    WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

20.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. WKMB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

21.    In summary, by the Application, WKMB requests compensation for fees and expenses in the total amount of $89,998.26, consisting of (a) $76,484.30 for reasonable and necessary professional services rendered and (b) $13,513.96 for actual and necessary costs and expenses.

WHEREFORE, WKMB respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the reasonable and necessary professional services WKMB has rendered to the Debtors during the Fee Period ($61,187.44 after a discount credit for the Honeywell Matter 6 of $49,113.20) and (ii) 100% of the reimbursement of actual and necessary costs

-8-

and expenses incurred by WKMB during the Fee Period ($13,513.96.); (b) that both fees and

expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant

such further relief as is equitable and just.

Washington, D.C.                       Respectfully submitted,
Dated: January 2, 2002

WALLACE KING MARRARO & BRANSON PLLC

Christopher H. Marraro
1050 Thomas Jefferson Street N.W.
Washington, D.C. 20007
(202) 204-1000

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12551

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | Hours |
|---|---|---|---|
| 11/01/01 | BB | Prepare expert binder for Ms. Pelletier (1.0 hrs.); continue reading, analyzing and incorporating new correspondence and documents into indexed case files and electronic files (4.0 hrs.); incorporate expert invoices into case files (.2 hrs.). | 5.20 |
| | CHM | Meeting with experts re development issues in Jersery City. | 8.20 |
| | WH | Conferences with Ms. Banks and selected Grace experts re obtaining invoices for deposition time and expenses (1.2 hrs.); review Grace experts' documents for designation as trial exhibits and confer with selected experts re same (6.4 hrs.); revise database re trial exhibits/materials (.8 hrs.); conference with Mr. Valera re status of his assignments (.4 hrs.); conference with Ms. Pelletier re assignments (.3 hrs.). | 8.90 |

W. R. Grace & Co.                                                                        Page      2

|            |     |                                                                                                                                                                                                                                                        | __Hours__ |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/01/01   | AP  | Review correspondence (.5 hrs.); review HH coded documents related to human health (2.3 hrs.).                                                                                                                                                              | 2.80  |
|            | MM  | Review recent correspondence (.3 hrs.); search various case material and Grace databases for additional material requested by Ms. Pelletier not previously located during recent production (3.6 hrs.).                                                      | 3.90  |
| 11/02/01   | MM  | Office conference with Ms. Banks and Ms. Manago re various case management issues (.7 hrs.); review recent correspondence and incorporate into case files (.5 hrs.); follow-up office conference with Ms. Banks re various assignments completed for Ms. Pelletier and Mr. Marraro and their status (.9 hrs.). | 2.10  |
|            | AP  | Designated deposition testimony for pretrial statement (1.5 hrs.); draft and revise statement of legal issues for pretrial submission (2.0 hrs.); research procedural and legal issues relating to pretrial statement including requirements for use of deposition testimony and timing of motions in limine (2.0 hrs.). | 5.50  |
|            | BB  | Consult with Ms. Manago and Moasser re bankruptcy case records (.7 hrs.); review, analyze, scan and incorporate new correspondence and letters to court into indexed case files and electronic case files, and create new files (3.7 hrs.).                 | 4.40  |
|            | CHM | Review and comment on Bankruptcy stipulation and consent order (.5 hrs.); conference with D. Carickhoff (.3 hrs.); review Chapman deposition (1.2 hrs.); prepare letter to Lowenstein re missing documents (.7 hrs.); conference with Dr. Chapman (1.0 hrs.). | 3.70  |
|            | WH  | Conferences with Ms. Banks and Ms. Pelletier re trial-prep assignments (.9 hrs.); review record for relevant documents to be used in challenging Honeywell's costs (3.2 hrs.); confer with Mr. Marraro re status of trial prep | 8.70  |

W. R. Grace & Co.                                                                                Page    3

|  | Hours |
|---|---|

(.4 hrs.); revise list of stipulated facts for pretrial order (.7 hrs.); review deposition transcript re trial designations for trial (3.5 hrs.).

| | | | |
|---|---|---|---|
| 11/05/01 | BB | Research case indices and collect and prepare pertinent document for Mr. Marraro (.2 hrs.); research production database for documents for trial exhibits document review and incorporate into review log (.8 hrs.); continue preparation of documents for trial exhibit review (2.4 hrs.); incorporate new case documents into electronic case files (.1 hrs.). | 4.50 |
| | AP | Review new Riverkeeper complaint and draft memo comparing allegations with ICO complaint (2.5 hrs.); review all case pleadings for allegations relating to owner or operator status of Grace (3.1 hrs.). | 5.60 |
| | WH | Review and analyze Mark Harris' letters to NJDEP re Kirk Brown, Peter Chapman, Elizabeth Anderson, Max Costa and Dr. Belsito (1.3 hrs.); conferences with Mr. Marraro and selected experts re Harris letters and rebuttal points (1.2 hrs.); confer with Ms. Banks re expert billing issues and review documentation re same (.6 hrs.); review correspondence from Lowenstein Sandler re production of Dr. Brown's documents and confer with Dr. Brown and staff re same (.8 hrs.); review Dr. Brown documents requested by Honeywell (.6 hrs.); review SI Group invoice re expert work and confer with Mr. Golliday re same (.4 hrs.); review amended complaint in Riverkeepers action (.3 hrs.); review and collect documents for use as trial exhibits (3.4 hrs.). | 8.60 |
| 11/06/01 | WH | Conference with Mr. Golliday re Harris letter, rebuttal points and other remediation issues at the site (.8 hrs.); review materials from Mr. Golliday (.3 hrs.); legal research re site remediation issue (.6 hrs.); conference with Ms. Parker re collecting/reviewing additional | 8.80 |

W. R. Grace & Co.                                                      Page    4

                                                              ___Hours

|            |    |                                                                 |       |
|------------|----|-----------------------------------------------------------------|-------|
|            |    | expert documents for production to Honeywell (.3 hrs.); review documents from Dr. Brown re MINTEC model (.4 hrs.); review new Deming documents produced by Honeywell and letter from counsel re same (2.2 hrs.); review new case correspondence and pleadings (.4 hrs.); conferences with Ms. Banks re preparing trial prep materials (.6 hrs.); work on database re trial/cross-examination materials (3.8 hrs.). | |
| 11/06/01 | AP | Review pleadings and draft memorandum regarding owner/operator status (3.4 hrs.); review "HH" coded documents (3.1 hrs.). | 6.50 |
|            | TP | Reviewed recent correspondence re requests for additional expert data (.6 hrs.); e-mails and phone conferences with Ms. Banks requesting information and gathering of other correspondence re production of expert materials (1.1 hrs.); reviewed deposition transcripts for experts where additional documents and computer models were requested to determine whether the expert had in fact testified that computer models were used, or data output was available to respond to requests for additional data (2.2 hrs.); e-mail to Mr. Lape of Dr. Anderson's office with questions re model used for data printout that was produced (.2 hrs.); e-mail to Messrs. Marraro and Hughes re status of issues with Grace expert computer model productions (.2 hrs.). | 4.30 |
|            | BB | Consult with Ms. Parker by telephone and email pertinent information in preparation for follow-up correspondence with plaintiff's request for expert's computer printout (.3 hrs.); research correspondence and expert's produced supporting documents re follow-up response (.8 hrs.); consult with Mr. Hughes re preparation of trial exhibit list (.2 hrs.); research production files, collect and prepare pertinent document for trial exhibit for Mr. Hughes (.3 hrs.); review, verify and prepare summary of Grace experts pre-petition | 4.70 |

W. R. Grace & Co.                                                         Page      5

|  |  | Hours |
|---|---|---|
| | invoices for Messrs. Marraro and Hughes and prepare email to client (1.1 hrs.); create new case files re pre- and post-petition invoices and incorporate into case files (1.2 hrs.); review, analyze, organize, and prepare new correspondence and case documents for incorporation into case files (.8 hrs.). | |
| 11/07/01 TP | Reviewed all digital images from Dr. Anderson's site visit to determine which ones were included with her declaration and to identify the ones that were missing from file copy (2.9 hrs.); phone conference with Mr. Galladay of Mr. Brown's office re data output and email to Mr. Hughes re same (.3 hrs.); phone conference and email with Mr. Lape in response to request for information re Dr. Anderson's computer data and emailed summary re same to Mr. Marraro (.4 hrs.); search for chart re Grace experts and emailed request to Ms. Banks to locate and send to me for purpose of making phone calls to experts for additional data for production (.3 hrs.). | 3.90 |
| BB | Research status of outstanding pre-petition bills re Grace experts for Mr. Marraro (.4 hrs.); place calls to client and to expert re same (.4 hrs.); consult with Mr. Morgan, Ms. Campbell and Ms. Rupp re same paid and outstanding invoices (1.0 hrs.); review expert's exhibit list for pertinent information for Mr. Hughes and report on same (.4 hrs.); collect and prepare pre-petition invoices and prepare cover letter and FedEx package to client (.8 hrs.); consult with Mr. Hughes re documents designated for trial exhibits (.2 hrs.); consult with Ms. Kelly re documents designated for trial exhibits (.3 hrs.); collect documents for Ms. Parker re follow up on requests for production of electronic files and research and verify responses to defendant's correspondence requesting documents (1.4 hrs.). | 4.90 |

W. R. Grace & Co.                                                                 Page    6

|            |      |                                                                                 | Hours |
|------------|------|---------------------------------------------------------------------------------|-------|
| 11/07/01   | AP   | Draft and revise Statement of Facts and Legal Issues for pretrial statement.    | 4.00  |
|            | WH   | Revise list of draft stipulations for review by Mr. Agnello (1.8 hrs.); review deposition transcripts from coverage case re designations for pretrial order (6.8 hrs.); confer with Dr. Goad's staff re trial prep issues and status of assignments (.7 hrs.). | 9.30 |
|            | RLS  | Office conference with Ms. Banks re scanned photographs (.1 hrs.); print scan pictures (.2 hrs.). | 0.30 |
|            | CHM  | Revise legal issues for pre-trial (2.2 hrs.); work on experts invoices with calls to experts (2.0 hrs.); review new cases on CERCLA section 113 contribution (.6 hrs.); conference with client (.5 hrs.). | 5.30 |
| 11/08/01   | BB   | Respond to request from Mr. Agnello re Bankruptcy documents, collect and prepare documents and prepare fax message (.5 hrs.); research U.S. Bankruptcy Court for District of Delaware PACER website for pertinent documents, download, prepare and incorporate into indexed case files (.7 hs.);  make calls to Mr. Senftleben and Mr. Chandler re expert's spreadsheet of outstanding pre- and post-petition invoices and arrange for email of spreadsheet to client and delivery of supporting documentation (.6 hrs.); consult with Mr. Hughes re designated trial exhibits (.2 hrs.); review, coordinate, organize and prepare designated trial exhibits for entry on exhibits list (2.1 hrs.); consult with Ms. Kelly re continuation of entries on trial exhibits list (.2 hrs.); research Mutual production documents for best copy of pertinent trial exhibit for Mr. Hughes prepare same and incorporate into collection of exhibits (.7 hrs.); review, sort, organize, and prepare new correspondence and documents for incorporation into indexed case file (1.5 hrs.). | 6.50 |

W. R. Grace & Co.                                                                     Page      7

                                                                              <u>**Hours**</u>

| | | | |
|---|---|---|---|
| 11/08/01 | WH | Conduct legal research and review expert reports and deposition transcripts in re motion to exclude Honeywell expert (6.4 hrs.); work on selected matters relating to draft pretrial order (1.4 hrs.), confer with Dr. Valera re review of new Deming documents (.4 hrs.); confer with non-testifying expert re sampling issue (.4 hrs.); review correspondence from Mr. Chandler re CEH payment issue (.2 hrs.). | 8.80 |
| | NAB | Incorporate case documents into electronic files and create hyperlink for same on the appropriate indices. | 2.00 |
| | AP | Finalize draft statements of facts and legal issues and forward to Carella Byrne for comment (4.9 hrs.); revise memorandum regarding owner/operator status per C. Marraro (3.7 hrs.). | 8.60 |
| | CHM | Review CLH comments to DEP re Belsito and Anderson (2.2 hrs.); conference call with Dr. Goad re possible response (2.0 hrs.); conference with R. Oslan re various issues (1.2 hrs.). | 5.40 |
| 11/09/01 | BB | Incorporate new correspondence and documents into electronic and case files and create new case files (4.7 hrs.); consult with Mr. Hughes re site document for trial exhibit (.1 hrs.); prepare additional trial exhibit documents (.8 hrs.). | 5.60 |
| | CHM | Work on stipulations (2.5 hrs.); conference with client re development (.7 hrs.); review letter to Lowenstein re meeting and conference re document discovery (.5 hrs.). | 3.70 |
| | WH | Conferences with Drs. Goad and Davis re swale upgrade and site sampling issues (.9 hrs.); review relevant DEP correspondence and other materials re sampling issue (1.4 hrs.); conferences with Ms. Banks re collecting documents for use at trial and review same (1.8 hrs.); review deposition transcript re | 9.40 |

W. R. Grace & Co.                                                        Page     8

|  |  |  | Hours |
|---|---|---|---|
|  |  | designations for trial (3.4 hrs.); confer with Mr. Golliday re Mark Harris letter and related site remediation issues (.7 hs.); review articles from Mr. Golliday re chromium remediation issue at site (1.2 hrs.). |  |
| 11/12/01 | CHM | Prepare October fee application. | 2.10 |
|  | CHM | Prepare letter to Lowenstein re document discovery (.8 hrs.); conference with client re development issues (.5 hrs.); review draft development plan documents (.5 hrs.); work on expert invoice issues (1.5 hrs.). | 3.30 |
|  | WH | Review deposition transcripts for selected Honeywell experts and work on cross-examination outline for same (5.3 hrs.); work on in limine motion (1.6 hrs.); legal research re in limine motion (.8 hrs.); review invoice from the Brattle Group and confer with Ms. Koch re status of assignments (.6 hrs.). | 8.30 |
|  | BB | Review, analyze, organize, prepare and incorporate new correspondence, court filing and case documents into electronic and indexed case files and create new case files (5.9 hrs.); collect and prepare email of pertinent bankruptcy information for Mr. Marraro (.2 hrs.). | 6.10 |
| 11/13/01 | BB | Continue incorporating new correspondence, court filing and case documents into indexed case files (5.3 hrs.); prepare email response to email request from case expert re review of deposition of rebuttal expert (.5 hrs.); prepare cover letter and FedEx package to expert (.5 hrs.); cross reference designated documents against existing exhibit list and verify undesignated documents for Mr. Hughes (.8 hrs.); cross reference case maps against expert supporting documents in preparation for trial exhibit review (.4 hrs.) | 7.40 |

W. R. Grace & Co.                                                                                    Page     9

|  |  |  | <u>Hours</u> |
|---|---|---|---|
| 11/13/01 | MM | Office conference with Ms. Pelletier re status of various matters, including to have keys cut for the Roosevelt Drive In site (.4 hrs.); travel to and from keysmith and had two sets of keys made for the stated site and travel to FedEx downtown to be forwarded overnight with cover letter to Polly Newbold (1.6 hrs.); review recently correspondence (.4 hrs.). | 2.40 |
|  | AP | Calls and correspondence with P. Newbold and M. Moasser regarding site sampling and authorization to enter site. | 1.40 |
|  | WH | Confer with Ms. Pelletier and Ms. Newbold re site access issue for Trillium (.2 hrs.); review new case correspondence and confer with Ms. Banks re same (.6 hrs.); review selected documents from CTEH and designate as trial exhibits (3.9 hrs.); revise trial database re same (.8 hrs.); work on in limine motion re expert (.4 hrs.). | 8.50 |
|  | NAB | Incorporate case documents into electronic files and create hyperlink for same on the appropriate indices. | 4.40 |
|  | CHM | Work on stipulation of fact (4.5 hrs.); conference with client re development issues (.7 hrs.); meeting with plaintiffs' counsel re RCRA issues (1.8 hrs.); dinner meeting with client (2.0 hrs.). | 9.00 |
| 11/14/01 | MM | Office conference with Ms. Banks re various issues relating to admissions (.2 hrs.); e-mail to Messrs. Marraro and Hughes, and Ms. Pelletier re various task to be handled (.1 hrs.); office conference with Ms. Pelletier re completing various task in preparation for pretrial (.3 hrs.); office conference with Mr. Hughes re same (.2 hrs.); office conference with Mr. Marraro re same (.1 hrs.); review case pleading files and produce copies of all admissions submitted by Allied (i.e. Honeywell) in preparation of creating a chart detailing their response per Mr. Hughes request (.8 hrs.); review deposition | 7.60 |

W. R. Grace & Co.                                                                    Page    10

__Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | abstracts re producing any that relate to prior knowledge of chrome at site (1.7 hrs.); preliminary review of depositions taken of Alotsius M. Sebian and Richard M. Cohen in preparation of preparing summaries of same per Ms. Pelletier's request (3.4 hrs.); case management (.8 hrs.). |  |
| 11/14/01 | BB | Confer with Ms. Kelly re trial exhibits entries (.4 hrs.); consult with Mr. Hughes on research of NJDEP/defendant correspondence re resolution of north swale issue (.1 hrs.); continue cross referencing undesignated documents against designated documents and verify undesignated documents for Mr. Hughes (2.8 hrs.); prepare and organize verified undesignated documents for attorney review (1.1 hrs.); research case files for pertinent correspondence re north swale issue for Mr. Hughes (2.0 hrs.); collect and prepare deposition transcripts and memo re same for Ms. Pelletier (2.4 hrs.). | 8.80 |
|  | WH | Conferences with Messrs. Marraro and Goad and staff re swale sampling issue (1.2 hrs.); review excerpts from Dr. Rifkin's deposition (.8 hrs.); review documents produced by Honeywell for designation as trial exhibits (4.4 hrs.); work on database re trial exhibits/cross-x materials (1.6 hrs.); conferences with Ms. Banks re collection and review of exhibits (.7 hrs.). | 8.70 |
|  | NAB | Discuss screening of exhibits with Ms. Banks (.5 hrs.); scan expert list of documents relied upon by various experts to in preparation for review (1.0 hrs.); review and cross reference expert's list of documents relied upon in preparing expert report to that of other experts to eliminate duplicate trial exhibits (6.1 hrs.); create reference list of duplicate documents to be pulled from boxes of potential exhibits (.9 hrs.). | 8.50 |

W. R. Grace & Co.                                                      Page   11

|                |       |                                                                                                                                                                                                                                                                                                                                                                                                        | Hours |
|----------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/14/01       | AP    | Conference with M. Moasser re assignment to abstract several depositions (.3 hrs.); review correspondence, including transcripts of 10/27 hearing and memo re damages (1.0 hrs.); review additional documents produced by Rifkin Assoc. (1.2 hrs.).                                                                                                                                                       | 2.50  |
| 11/15/01       | AP    | Calls with P. Newbold and M. Moasser re site access (.4 hrs.); review documents produced by Honeywell (2.0 hrs.).                                                                                                                                                                                                                                                                                       | 2.40  |
|                | CHM   | All-day meeting in New Jersey re trial preparation (8.0 hrs.) and site visit (1.4 hrs.).                                                                                                                                                                                                                                                                                                                | 9.40  |
|                | WH    | Confer with Mr. Marraro re Costa payment and prepare follow-up letter to Dr. Costa re same (.7 hrs.); conferences with Grace in-house counsel re payment of experts and related matters (.4 hrs.); work on cross-examination materials for experts (3.8 hrs.); work on in limine motions (1.3 hrs.); confer with Ms. Koch re NCP compliance issue and collect evidence in support of same (1.8 hrs.); confer with Mr. Golliday re site remediation issue (.4 hrs.); legal research re same (.4 hrs.). | 8.80  |
|                | MM    | Telephone conferences with Ms. Newbold re unable to open lock at Roosevelt Drive In site to take samples (.2 hrs.); office conferences with Ms. Pelletier re same (.3 hrs.); finalize review of case material re deposition abstracts of Joseph Szatmary and Daniel Swallick produced by Honeywell and forward same to Mr. Hughes with memorandum for review (1.6 hrs.); continue to review depositions of Alotsius M. Sebian and Richard M. Cohen produced by Honeywell in preparing deposition abstracts of same per Ms. Pelletier's request (1.4 hrs.); case management (.9 hrs.). | 4.40  |
|                | BB    | Collect and prepare pertinent document for Mr. Hughes (.2 hrs.); consult with Mr. Hughes re preparation of deposition designations (.3 hrs.); review and resolve issues re designated trial                                                                                                                                                                                                               | 2.70  |

W. R. Grace & Co.                                                                Page    12

|  |  |  | __Hours__ |
|---|---|---|---|
|  |  | exhibits for Mr. Hughes and consult with Ms. Kelly re same (2.2 hrs.). |  |
| 11/15/01 | NAB | Review and cross reference expert's list of documents relied upon in preparing expert report to that of other experts to eliminate duplicate trial exhibits (6.9 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.) | 5.20 |
|  | TP | Responded to email from Ms. Pellitier and provided research re NCP compliance. | 0.30 |
| 11/16/01 | BB | Research correspondence files and collect pertinent correspondence re expert invoices for Mr. Hughes (.6 hrs.); consult with Ms. Campbell re expert invoices (.1 hrs.); continue researching production and case files for NJDEP/defendant correspondence regarding improvement of the site North Swale, collect, organize and prepare for Mr. Hughes (1.8 hrs.). | 2.50 |
|  | WH | Review Geomega invoice and confer with Ms. Middlesworth re surface water discharge issue and other matters (.9 hrs.); review letter from Mr. Caffrey re production of Dr. Valera's files and confer with Dr. Valera re same (.7 hrs.); research re applicability of work product doctrine to work conducted by testifying expert (2.3 hrs.); review site photos to be provided to Ms. Flax (.3 hrs.); review and mark deposition transcripts re designations for trial (3.2 hrs.); review and collect evidence re Mutual knowledge issue (1.2 hrs.). | 8.60 |
|  | MM | Telephone conferences with Ms. Flax re producing all original photographs taken of various sites for her immediate review (.3 hrs.); office conference with Ms. Banks re same (.2 hrs.); search case material and produced all stated photos (1.1 hrs.); cross-reference original photos recovered to itemized list to assure all have been produced (.7 hrs.); draft letter with original photos and forward to Ms. Flax via FedEx (.6 hrs.); follow-up office | 5.90 |

W. R. Grace & Co.

| | | | Hours |
|---|---|---|---|
| | | conference with Ms. Bank re coverage of various case matters (.4 hrs.); continue to review the deposition of Alotsius M. Sebian and draft preliminary abstract for Ms. Pelletier (2.4 hrs.); office conference with Mr. Hughes re reviewing recently received videotapes and providing him with a brief overview of each (.2 hrs.). | |
| 11/16/01 | NAB | Review and cross reference expenses incurred in connection with expert's list of documents relied upon in preparing  expert report (5.8 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (1.5 hrs.) | 7.50 |
| 11/17/01 | MM | Finalize the review and abstract regarding the deposition taken of Alotsius M. Sebian per Ms. Pelletier's request (3.1 hrs.); preliminary review of all admissions submitted by Honeywell and begin to draft chart outlining their responses per Mr. Hughes request (3.4 hrs.). | 6.50 |
| | AP | Review documents produced by Honeywell for use in preparation of pre-trial. | 7.90 |
| 11/18/01 | AP | Review documents produced by Honeywell for use in preparation of pre-trial. | 4.50 |
| 11/19/01 | MM | Office conference with Ms. Marraro re various pending assignments (.6 hrs.); office conference with Mr. Smith re assigning task to be completed (.3 hrs.); forward memo to Mr. Smith with instructions re same (.2 hrs.); finalize the review and deposition abstract on Alotsius M. Sebian and draft memorandum to file re same (1.4 hrs.); preliminary review and abstract of Richard Martin Cohen, pending completion (4.3 hrs.); continue to prepare chart reflecting Honeywell's admissions per Mr. Hughes request (1.1 hrs.); case management (.2 hrs.). | 8.10 |

W. R. Grace & Co.                                                                Page    14

|  |  |  | Hours |
|---|---|---|---|
| 11/19/01 | RLS | Office conference with Ms. Manago regarding deposition summary project (.7 hrs.); office conference with Mr. Moasser regarding video tape review (.2 hrs.); retrieve and prepare materials (.9 hrs.). | 1.30 |
|  | WH | Conferences with Ms. Banks re collecting relevant documentation re swale discharges to Hackensack River and other site issues (.6 hrs.); review site-related correspondence and other documents provided by Ms. Banks and confer with Dr. Goad re same (1.8 hrs.); prepare letter to Dr. Costa re payment issue and confer with Ms. Banks re back-up documentation (.6 hrs.); review invoice from SI Group and confer with Mr. Golliday re status of projects (.5 hrs.); confer with Ms. Shelnutt re trial prep issues and status of assignment (.4 hrs.); review documents provided by Ms. Shelnutt re groundwater and toxicology issues (4.3 hrs.). | 8.20 |
|  | NAB | Confer with Ms. Banks regarding status of potential expert documents to be used as exhibits (.4 hrs.); review and cross reference expert's list of documents relied upon in preparing expert report (4.8 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.). | 6.50 |
| 11/20/01 | CHM | Conference with Chapman re various issues (1.2 hrs.); review CLH letters and outline re response (3.0 hrs.); conference with Goad re various sampling issues (.6 hrs.); conference with consultants re invoices (.6 hrs.). | 5.40 |
|  | MM | Review recent correspondence distributed by Ms. Campbell (.3 hrs.); preliminary review of Richard Martin Cohen's lengthy deposition and begin to abstract it accordingly (2.9 hrs.); office conference with Mr. Hughes re producing Peter Deming's 2/13/01 deposition and all preparation material (.1 hrs.); search case material re same and produce requested | 5.40 |

W. R. Grace & Co.                                                                      Page    15

|  |  | **Hours** |
|---|---|---|
|  | material to Mr. Hughes (.9 hrs.); follow-up office conference with Mr. Hughes re producing various deposition preparation material relating to Mr. Deming sent to Dr. Julio Varela (.1 hrs.); search case material re same (1.1 hrs.). |  |
| 11/20/01 NAB | Refer to reference list of duplicate documents and pull documents relied upon by experts that have already been referenced (2.7 hrs.); review and cross reference expert's list of documents relied upon in preparing expert report (4.7 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.4 hrs.). | 7.80 |
| WH | Conferences with Dr. Goad re swale issue, past sampling data and related matters (.7 hrs.); confer with Dr. Valera re documents prepared in connection with Deming deposition (.6 hrs.); review same and conduct legal research re privilege claim (1.2 hrs.); work on trial brief and in limine motions (4.8 hrs.); review documents re human health issue for designation as trial exhibits and revise database entries re same (1.8 hrs.). | 9.10 |
| 11/21/01 CHM | Work on stipulations (3.2 hrs.); conference call with Shelnutt re Belsito issues (1.0 hrs.). | 4.20 |
| MM | Review recent correspondence (.4 hrs.); finalize the review and deposition abstract on Richard Martin Cohen and draft memorandum to file re same (2.9 hrs.); case management (.8 hrs.). | 4.10 |
| TP | Office conference and email with Mrs. Manago, re document requested by Grace expert (Davis) (.3 hrs.); reviewed letter from consultant that suggested that this article be considered and advised Mrs. Manago re possible sources to obtain the document; searched prior emails to identify contact to obtain requested document and assisted Mrs. Manago in preparing email to Ms. Busbee with | 1.50 |

W. R. Grace & Co.                                                                    Page    16

|  |  |  | Hours |
|---|---|---|---|
|  |  | request to search for document (.8 hrs.); located and emailed electronic file of cases on NCP to Ms. Pelletier (.4 hrs.). |  |
| 11/25/01 | RLS | Review Lacey Alford deposition produced by Honeywell (1.5 hrs.); draft summary of deposition and review and edit summary (5.5 hrs.). | 7.00 |
| 11/26/01 | CHM | Lengthy conference with B. Hughes re production of Valera documents, deposition review and associated issues (1.2 hrs.); review first section of CLH's response (1.1 hrs.). | 2.30 |
|  | WH | Conference with Messrs. Goad and Marraro re payment matters and follow-up with client (1.2 hrs.); confer with Mr. Marraro re production of documents from litigation-related work conducted by Dr. Valera and conduct legal research re same (2.4 hrs.); confer with Mr. Marraro re production of expert documents (.3 hrs.); draft letter to Mr. Caffrey re production of Valera documents (1.7 hrs.); work on motion to compel (.8 hrs.); conferences with Ms. Banks and Ms. Bynam re collecting selected documents for use with experts (.8 hrs.); confer with Ms. Banks re FOIA request (.2 hrs.); legal research re evidentiary issue (.4 hrs.). | 7.80 |
|  | RLS | Conduct final review of deposition summary and make necessary changes (1.0 hrs.); office conference with Mr. Moasser regarding other videotapes to be reviewed (.1 hrs.); review other tapes (.5 hrs.); compose and edit summary of the tapes' content (2.3 hrs.); office conference with Mr. Moasser regarding project (.1 hrs.). | 4.00 |
|  | NAB | Review and cross reference expert's list of documents relied upon in preparing expert (5.8 hrs.); confer with Ms. Banks regarding conflict re above mentioned project (1.2 hrs.); add findings to reference list of duplicate | 7.70 |

W. R. Grace & Co.                                                    Page    17

|  |  | Hours |
|---|---|---|
|  | documents to be pulled from boxes of potential exhibits (.7 hrs.); |  |
| 11/26/01  MM | Draft memorandum to Ms. Pelletier attaching the depositions and abstracts of Alotsius M. Sebian and Richard M. Cohen for her review (.2 hrs.); office conference with Mr. Smith re status of completing review of various video tapes, pending (.1 hrs.); forward e-mail to Mr. Smith requesting him to review two additional videotapes and to complete abstracts on both (.2 hrs.); review memorandum received from Mr. Smith detailing all information contained on previously submitted videotapes to him for review (.3 hrs.); review faxed documents received from Julio E. Valera from Mr. Hughes and forward to Ms. Banks with memorandum re incorporating same into correspondence files (.3 hrs.); office conference with Mr. Hughes re status of compiling chart re Honeywell's admissions (.2 hrs.); preliminary review and set-up of chart re detailing Honeywell's admissions (1.4 hrs.); case management (.7 hrs.). | 3.40 |
|  TP | Office conference with Mr. Hughes re Chapman deposition testimony (.2 hrs.); reviewed correspondence for letter requesting document (.3 hrs.). | 0.50 |
| 11/27/01  BB | Consult with Mr. Hughes re trial preparation (.4 hrs.); consult with Ms. Bynum re trial exhibit preparation assignment (.4 hrs.); review and resolve issues re preparation of expert supporting document lists with Ms. Bynum (1.7 hrs.); research Server and consult with Ms. Rupp for pertinent documents re trial brief and prepare email re same for Mr. Hughes (.8 hrs.); make telephone call and prepare email in response to email from case expert re clarification of exhibits to deposition transcripts for preparation for trial (.5 hrs.); research case files to ascertain request for expert document referenced in expert deposition for Ms. Parker and Mr. Hughes, and | 7.70 |

W. R. Grace & Co.                                                                    Page    18

                                                                             __Hours__

|          |      |                                                                                                   |       |
|----------|------|---------------------------------------------------------------------------------------------------|-------|
|          |      | prepare email of results (1.3 hrs.);  consult with Mr. Hughes re FOIA  request assignment re response to expert rebuttal (.2 hrs.); meet with copy service representative and assist Ms. Bynum with review of duplicate copies of expert supporting documents in preparation for trial exhibit review (.6 hrs.); review and analyze new correspondence and documents and prepare for incorporation into indexed case files (1.3 hrs.); incorporate new case documents into indexed case files (.8 hrs.). |       |
| 11/27/01 | TP   | Summarize Chapman deposition testimony.                                                           | 3.90  |
|          | CHM  | Work on stipulations for pre-trial.                                                               | 1.80  |
|          | RLS  | Office conference with Ms. Manago and Ms. Banks regarding project (.6 hrs.); office conference with Ms. Banks regarding video tape review; review video tape of site and incorporate new material into memorandum to file re tapes' contents (.5 hrs.); incorporate deposition transcript of Alfrod Lacey into case file (.5 hrs.). | 1.60  |
|          | WH   | Confer with Ms. Pelletier and paralegals re production of documents from Dr. Chapman's expert files (.5 hrs.); review Chapman materials (.8 hrs.); work on trial brief (1.8 hrs.); confer with Mr. Moasser re review/analysis of Honeywell's discovery responses and preparation of chart re same (.4 hrs.); review memo from Mr. Moasser and revise same (.7 hrs.); review excerpts from site videotapes produced by Honeywell and confer with paralegal re summarizing same (.8 hrs.); confer with Mr. Agnello re expert discovery issue (.3 hrs.); finalize letter to Mr. Caffrey re production of Dr. Valera's documents and coordinate service of same (1.3 hrs.); review expert documents collected by Ms. Bynum (1.5 hrs.). | 8.40  |

W. R. Grace & Co.                                                                    Page    19

|  |  |  | **Hours** |
|---|---|---|---|
| 11/27/01 | NAB | Confer with Mr. Hughes regarding status of above project (.3 hrs.); review and cross reference expert's list of documents relied upon in preparing expert report (6.8 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.4 hrs.); | 7.50 |
|  | MM | Review and incorporate Mr. Smith's 11/26/01 memorandum into files and produce copy of same to Mr. Hughes for review (.3 hrs.); office conference with Ms. Banks re case matters (.2 hrs.); continue to review and set-up of chart re detailing Honeywell's admissions (1.2 hrs.); forward e-mail to Mr. Hughes re status of stated chart and guidance (.1 hrs.); case management (.6  hrs.). | 2.30 |
| 11/28/01 | WH | Confer with Messrs. Marraro and Nagy re PDM (.4 hrs.); collects and review documents produced by Honeywell and PDM re experimental treatment technology (1.8 hrs.); confer with Mr. Golliday re PDM technology (.6 hrs.); review invoices and confer with client re payment issues (.5 hrs.); conferences with Messrs. Senftleben and Goad and staff  re payment of CTEH's outstanding  invoices (1.2 hrs.); work on pretrial order issues (2.2 hrs.); review and revise database entries re trial exhibits (.6 hrs.). | 7.30 |
|  | BB | Consult with Mr. Hughes re outstanding expert invoices (.2 hrs.); conduct review of all communications re outstanding invoices and prepare collection of post-petition invoices (1.2 hrs.); prepare fax message and collection of invoices for client (.5  hrs.); research production database and document CDs for pertinent documents re PDM and case site for Mr. Hughes, collect and organize documents and prepare memo summarizing research results for Mr. Hughes (3.5 hrs.); research case files for pertinent discovery documents, collect, coordinate and prepare for Mr. Hughes (.9 hrs.); read, analyze, sort, organize, | 11.30 |

W. R. Grace & Co.

Page   20

<u>Hours</u>

| | | | |
|---|---|---|---|
| | | coordinate and incorporate new documents into indexed case files (1.5 hrs.); research case files for designated documents for trial exhibits, cross-reference and collect pertinent documents (2.1 hrs.); research the NJDEP web data system for 2001 Cr(VI) post-treatment remedial options article submitted to NJDEP for Mr. Hughes (1.6 hrs.). | |
| 11/28/01 | CHM | Conference call with A. Nagy and followup re PDM (1.0 hrs.); conference with experts re invoices (1.5 hrs.); conference call with CLH re DEP comments (.3 hrs.); conference with R. Senftleben (.2 hrs.). | 3.00 |
| | NAB | Review and cross reference expert's list of documents relied upon in preparing expert report (5.2 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.4 hrs.); refer to reference list of duplicate documents and pull documents relied upon that have already been referenced (1.9 hrs.). | 7.50 |
| | TP | Email and office conference with Ms. Banks and Manago re article requested by Mr. Brown's office. | 0.60 |
| | MM | Review e-mail from Mr. Hughes re incorporating additional information into chart re detailing Honeywell's admissions (.1 hrs.); finalize stated chart (2.7 hrs.); draft memorandum attaching stated chart and provide all to Mr. Hughes for review (.2 hrs.); case management (.4 hrs.). | 3.40 |
| 11/29/01 | WH | Conference with Mr. Brown re excavation issue and trial prep matters (.6 hrs.); review materials from Mr. Golliday re remediation issue (.6 hrs.); review and designate documents for use as trial exhibits (5.6 hrs.). | 6.80 |
| | BB | Research State of Georgia Corporation Division and place calls re same for certificate of good standing (.6 hrs.);  confer with Mr. | 9.90 |

W. R. Grace & Co.                                                                                  Page    21

                                                                                          ___ **Hours**

|            |     | Hughes re research results into defendant's site contractor issue and research for certificate of good standing (.2 hrs.); collect and prepare document re same for Mr. Hughes (.1 hrs.); prepare letter request for certificate of good standing (.4 hrs.); research Lexis for pertinent case re same for Mr. Hughes (4 hrs.); confer with Mr. Hughes re same (.1 hrs.); collect, verify and provide contact information for defendant's site contractor and client for Mr. Hughes (.4 hrs.); prepare letter and FedEx package of documents re PDM Environmental Svcs. to case expert for review for Mr. Hughes (.7 hrs.); incorporate same into case files (.2 hrs.); continue review, cross-reference, resolve issues and prepare documents for entry on designated trial exhibits list (7.1 hrs.). |          |
| 11/29/01   | MM  | Review recent correspondence distributed by Ms. Campbell (.2 hrs.); office conference with Mr. Hughes (i.e., via e-mail) re producing electronic various of Honeywell's Admissions chart to him for comments (.2 hrs.); case management (.3 hrs.). | 0.70 |
|            | NAB | Continue referring to reference list of duplicate documents and pull documents relied upon by experts (.3 hrs.); review and cross reference expert's list of documents relied upon in preparing expert report (6.6 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.). | 7.50 |
| 11/30/01   | CHM | Meeting with expert in New York (5.2 hrs.); meeting with investigator (2.1 hrs.); review stipulation re Bankruptcy Court draft (.3 hrs.); conference with Plaintiffs re amended complaint (.5 hrs.). | 8.10 |
|            | AP  | Review recent case law regarding owner/operator status under CERCLA. | 2.50 |
|            | BB  | Incorporate new case documents into case files (.5 hrs.); continue reviewing, cross-referencing and quality checking entry of designated | 3.90 |

W. R. Grace & Co.                                                                          Page    22

|  |  |  | **Hours** |
|---|---|---|---|
| | | documents on trial exhibit list (1.5 hrs.); collect and cross reference admissions in re trial preparation for Mr. Hughes (1.9 hrs.). | |
| 11/30/01 | NAB | Review and analyze expert documents in preparation for attorney review for potential trial exhibiats. | 7.10 |
| | MM | Review and incorporate all recently distributed memoranda into files (.2 hrs.); case management (.4 hrs.). | 0.60 |
| | WH | Collect trial exhibits and work on database of trial exhibits and cross-examination materials. | 1.20 |

|  |  | **Amount** |
|---|---|---|
| | Total Fees | 548.60 $122,783.00 |
| 11/30/2001 | Less Deduction of 40% of Fees Per Agreement | ($49,113.20) |
| | Balance Due | $73,669.80 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 96.10 | 130.00 |
| Natasha A. Bynum, Legal Clerk | 79.20 | 95.00 |
| William Hughes, Counsel | 154.20 | 305.00 |
| Christopher H. Marraro, Partner | 74.90 | 420.00 |
| Mahmoude Moasser, Paralegal | 60.80 | 130.00 |
| Tamara Parker, Associate | 15.00 | 260.00 |
| Angela Pelletier, Associate | 54.20 | 200.00 |
| Reilly L. Smith, Paralegal | 14.20 | 115.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12552

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 11/02/01 | RM | Update case files and indices as necessary. | 0.50 |
| 11/05/01 | RM | Review correspondence and update case files accordingly. | 0.60 |
|  | CHM | Review articles from client (.6 hrs.); conference with Spinello re status (.5 hrs.). | 1.10 |
| 11/08/01 | CHM | Meeting with R. Oslan and D. Cleary and Medlar. | 2.50 |
| 11/12/01 | CHM | Review articles from client (.3 hrs.); conference with EPA (.3 hrs.). | 0.70 |
| 11/14/01 | CHM | Review articles from client. | 0.60 |
| 11/27/01 | CHM | Review documents from client. | 0.60 |
| 11/29/01 | CHM | Review articles from Grace; conference with EPA. | 0.90 |

|  |  | Amount |
|---|---|---|
| Total Fees | 7.50 | $2,814.50 |

W. R. Grace & Co.

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 6.40 | 420.00 |
| Rebecca Mitchell, Paralegal | 1.10 | 115.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12551

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | Amount |
|---|---|
| Certificate of Good Standing for ECARG, Inc. | 10.00 |
| Copy Costs - Internal | 1,317.30 |
| Delivery Service | 37.86 |
| Facsimile Costs | 111.75 |
| FedEx Costs | 164.59 |
| Lexis Costs | 442.02 |
| Long Distance Charges | 116.14 |
| Outside Copies | 9,120.62 |
| Overtime Transportation | 244.50 |
| Westlaw | 1,949.18 |
| Total Disbursements | $13,513.96 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Outside Messenger | $37.86 |
| Copies- Internal and Outside | $10,447.92 |
| Facsimile | $111.75 |
| Lexis/Westlaw | $2,391.20 |
| Telephone | $116.14 |
| FedEx | $164.59 |
| Overtime Transportation | $244.50 |
| | |
| Total | $13,513.96 |

**Campbell, Kim**

| | |
|---|---|
| **From:** | Wallace, Rick |
| **Sent:** | Friday, December 28, 2001 5:57 PM |
| **To:** | Campbell, Kim |
| **Cc:** | Allen, Toni; Kelley, JaVonda |
| **Subject:** | Travel Arrangements |

Kim,

I'll be out of the office all next week. Meanwhile, I need to make travel arrangements for the following week. I want to go to San Francisco Sunday evening 1/6, returning Wednesday 1/9 departing San Francisco in the afternoon. I'd like to stay in the Park Hyatt at Embarcadero Center. I'll take the cheapest flight from either Dulles, BWI or National, preferably on Continental or US Air. With either of those airlines, I should get a free 1st Class upgrade (I have Conti Gold Elite, and US Air certificates).

I'll be calling in with a number where I can be reached next week. I'll also have my cell (202-744-1005) and will be on e-mail.

Thanks very much -- and Happy New Year!

Rick

PS: I am copying this to Toni and JoVanda just in case Kim isn't in Monday. If she's out and either of you are in, could you please call the travel agent and try to make these arrangements. Thanks to you both.

BWI
US airways -

Dulles
United US
2423.00