**Exhibit C**
December 2001 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 12th day of February 2002.

_____
Notary Public

My Commission Expires:

**Tonya Manago**
**Notary Public, District of Columbia**
My Commission Expires  03-14-05

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO NINTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2001 through December 31, 2001. |
| Amount of compensation sought as actual, reasonable and necessary | $46,954.80 for the period December 1, 2001 through December 31, 2001 (80% of $58,693.50 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $17,360.26 for the period December 1, 2001 through December 31, 2001. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the ninth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

<u>Summary of Compensation Requested</u>

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|

| | obtaining relevant license to practice | | | |
|---|---|---|---|---|
| Christopher Marraro | Partner | $420 | 55.3 | $23,226.00 |
| Angela Pelletier | Associate | $200 | 29.1 | $5,820.00 |
| William Hughes | Counsel | $305 | 109.8 | $33,489.00 |
| Tamara Parker | Associate | $260 | 28.2 | $7,332.00 |
| Letta Sneed | Associate | $215 | 2.7 | $580.50 |
| Barbara Banks | Paralegal | $130 | 102.0 | $13,260.00 |
| Natasha Bynum | Legal Clerk | $95 | 55.1 | $5,234.50 |
| Mahmoude Moasser | Paralegal | $130 | 19.9 | $2,587.00 |
| Reilley L. Smith | Paralegal | $115 | 22.1 | $2,541.50 |

Total Fees      $94,070.50

Total Hours      424.20

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Airfares | $5,759.25 |
| Amtrak | $1,523.00 |
| Auto Rental | $380.42 |
| Copies- Internal and Outside | $1,820.72 |
| Hotels | $3,132.71 |
| Facsimile | $17.25 |
| Lexis | $148.05 |
| Meals during Travel | $879.17 |
| Telephone | $459.84 |
| FedEx | $111.71 |
| Parking | $258.00 |
| Taxis/Miscellaneous Travel Expenses | $203.30 |
| Westlaw | $1,628.21 |
| Meals in D.C. for Meetings | $734.24 |
| Overtime Transportation | $147.80 |
| Postage | $5.96 |
| | |
| Total | $17,209.63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE NINTH INTERIM PERIOD FROM DECEMBER 1, 2001 THROUGH DECEMBER 31, 2001

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace King Marraro & Branson PLLC ("WKMB") as special litigation and environmental counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their chapter 11 cases, hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

applies for an order allowing it (i) compensation in the amount of $94,070.50 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMB incurred in the amount of $17,209.63 (the "Application"), in each case for the period from December 1, through December 31, 2001 (the "Fee Period"). In support of this Application, WKMB respectfully states as follows:

### Retention of WKMB

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee."). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee," collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.      By this Court's order dated June 21, 2001, the Debtors were authorized to retain WKMB as their special counsel, effective as of the Petition Date, with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to

-2-

compensate WKMB at hourly rates charged by WKMB for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

      *3.*      The Retention Order also allowed for a special fee arrangement with the Debtors in connection with a pending litigation matter, *Interfaith Community Organization v. Honeywell International, Inc. et al ("Honeywell litigation")*. By Agreement with the Debtors, WKMB was entitled to receive its full standard hourly rates until June 21, 2001 when its standard hourly rates billed for the Honeywell litigation was reduced by 40% in return for an interest in the outcome of the Honeywell litigation. Thus, a 40% discount is applied to all professional fees billed to the Honeywell matter (Matter 6) after June 21, 2001.

      4.      As disclosed in the following affidavit:

> Affidavit of Christopher H. Marraro in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Wallace King Marraro & Branson as Special Litigation and Environmental Counsel for the Debtors and Debtors in Possession (the "Original Affidavit"), filed June 4, 2001;

WKMB does not represent any interest adverse to the estates.

      5.      WKMB does not currently represent, but could in the future represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. WKMB will update the Affidavits when WKMB becomes aware of material new information.

      6.      WKMB performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor or other person.

7.      Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of WKMB, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

8.      This is the ninth application for interim compensation for services rendered that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

## Reasonable and Necessary Services Rendered by WKMB-- Generally

9.      The WKMB attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Christopher Marraro | Partner | 18 Years | Litigation | $420.00 | 55.30 | $23,226.00 |
| William Hughes | Counsel | 10 Years | Litigation | $305.00 | 109.80 | $33,489.00 |
| Tamara Parker | Associate | 8 Years | Litigation | $260.00 | 28.20 | $7,332.00 |
| Angela Pelletier | Associate | 3 Years | Litigation | $200.00 | 29.10 | $5,820.00 |
| Letta Sneed | Associate | 4 Years | Litigation | $215.00 | 2.70 | $580.50 |

10.     The paraprofessionals of WKMB who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Barbara Banks | Paralegal | 4 Years | Litigation | $130.00 | 102.00 | $13,260.00 |
| Natasha Bynum | Legal Clerk | 1.5 Years | Litigation | $95.00 | 55.10 | $5,234.50 |

-4-

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| | Clerk | | | | | |
| Mahmoude Moasser | Paralegal | 10 Years | Litigation | $130.00 | 19.90 | $2,587.00 |
| Reilley L. Smith | Paralegal | 9 Months | Litigation | $115.00 | 22.1 | $2,541.50 |

Grand Total for Fees:                                                    $94,070.50
Less 40% Discount on Honeywell Matter 6:                    ( 35,377.00)

                        Total Due                                 $ 58,693.50

11.      WKMB has advised and represented the Debtors in connection with certain litigation and environmental matters. These matters include the Honeywell litigation, cost recovery litigation against other private parties and representation of the Debtors before the U.S. Environmental Protection Agency in connection with the Libby, Montana asbestos remediation matter.

12.      The rates described above are WKMB 's hourly rates for services of this type. Attached as Exhibit A is a detailed itemization and description of the services that WKMB rendered during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $94,070.50. The WKMB attorneys and paraprofessionals expended a total of 424.20 hours for these cases during this Fee Period. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

13.    Further, Exhibit A (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each numbered tab in Exhibit A corresponds to the matter number that WKMB assigned to each Subject Matter. If a Subject Matter does not appear, then WKMB did not bill time or expenses for that Subject Matter during this Fee Period, but may bill time for that Subject Matter in the future.

## Reasonable and Necessary Services Rendered by WKMB

## Categorized by Matter

14.    The professional services that WKMB rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraphs 15-19 herein (the "Subject Matter(s)").

15.    Matter 6 – Honeywell litigation

(Fees: $88,442.50 less $35,377.00=$53,065.50, Hours: 410.80)

This Subject Matter involves time spent in litigation against Honeywell International, Inc. to recover substantial costs and damages and to compel Honeywell to clean up nearly a million tons of chromium process waste disposed of by a Honeywell predecessor, Mutual Chemical Company. Included is time preparing and filing motions, working on fact and expert discovery, undertaking factual and legal research and analysis and attending court hearings.

16.    Matter 9 – Libby, Montana

(Fees: $4,326.00; Hours: 10.30)

-6-

This Subject Matter describes activities concerning the representation of the Debtors before the U.S. Environmental Protection Agency relating to EPA's enforcement action concerning asbestos at Libby, Montana. Included is time for meetings with EPA and strategic planning.

17.    Matter 5 – Motorwheel Superfund Site

(Fees: $210.00; Hours: .50)

This Subject Matter involves time responding to issues relating to the amendment of a Consent Decree between the U. S. Environmental Protection Agency, the Debtors and other private parties concerning the Motorwheel Superfund Site located in Lansing, Michigan. Included is time related to advising the Debtors concerning the impact of the proposed amendment on their pending Third Circuit appeal and on future cost recovery actions against other responsible parties.

18.    Matter 10 - Fee Application

(Fees: $1,092.00; Hours: 2.60)

This Subject Matter is for time spent for the preparation of the fee applications for October and November 2001.

**Actual and Necessary Expenses**

19.    It is WKMB's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is WKMB's policy to charge its clients only the amount actually incurred by WKMB in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals,

and lodging. With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate with allowances for class upgrades.

20.     WKMB charges: (a) $0.15 per page for duplication and (b) $0.75 per page for outgoing telecopier transmissions (plus related toll charges). WKMB does not charge its clients for incoming telecopier transmissions. WKMB has negotiated a discounted rate for Lexis and Westlaw computer assisted legal research, which is approximately $125/hour of online use of the standard Westlaw databases and approximately $3.00/minute for Lexis databases. Computer assisted legal research is used whenever the researcher determines that using Lexis/Westlaw is more cost effective than using traditional (non-computer-based legal research) techniques.

21.     A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by WKMB on the Debtors' behalf during the Fee Period is attached hereto as Exhibit B. All of these disbursements comprise the requested sum for WKMB out-of-pocket expenses, totaling $17,209.63. These disbursements are grouped in Exhibit B into the same numbered and titled categories of Subject Matters as the fees are grouped in Exhibit A. The numbered tabs within Exhibit B correspond to the numbers assigned to the matters described in Paragraphs 15-19 herein. Any missing Subject Matters merely indicate that no expenses were attributed to such Subject Matters during the Fee Period, although expenses may be attributable to such Subject Matters in the future. A summary of expenses by category for the entire Fee Period is also set forth in Exhibit B.

## Representations

22.     WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

20.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  WKMB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

21.    In summary, by the Application, WKMB requests compensation for fees and expenses in the total amount of $111,280.13 consisting of (a) $94,070.50 for reasonable and necessary professional services rendered and (b) $17,209.63 for actual and necessary costs and expenses.

WHEREFORE, WKMB respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the reasonable and necessary professional services WKMB has rendered to the Debtors during the Fee Period ($46,954.80 after a discount credit for the Honeywell Matter 6 of $35,377.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by WKMB during the Fee Period ($17,209.63); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Washington, D.C.                    Respectfully submitted,
Dated: February 12, 2002

WALLACE KING MARRARO & BRANSON PLLC

_____

Christopher H. Marraro
1050 Thomas Jefferson Street N.W.
Washington, D.C. 20007
(202) 204-1000

# EXHIBIT A

# MATTER 6 - HONEYWELL

# FEES - DECEMBER 2001



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 12/03/01 | BB | Analyze and cross reference defendant's admissions against requests for admissions, proof chart and revise chart of admissions per request for Mr. Hughes (4.9 hrs.); prepare email memo to Mr. Hughes re analysis and prepared charts (1.0 hrs.); read, analyze and prepare outline of key 1992 deposition transcript for Mr. Hughes (2.4 hrs.). | 8.30 |
|  | NAB | Review and cross reference expert Brown's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (5.2 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Chapman, Costa, Coop, Schmiermund and Valera that have already been referenced by Brown (1.8 hrs.) | 7.50 |
|  | WH | Conferences with Dr. Goad and staff hydrogeologist re swale upgrade/sampling issue (.8 hrs.); prepare site access letter for Ms. | 7.30 |

W. R. Grace & Co.                                                          Page    2

                                                                           __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | Newbold and confer with her re same (.6 hrs.); collect trial exhibits and work on database of trial exhibits and cross-examination materials (5.5 hrs.); conferences with paralegals re collecting/reviewing documents (.8 hrs.). |  |
| 12/04/01 | BB | Collect and prepare 8/00 RI report for incorporation on designated trial exhibit list (.4 hrs.); continue preparation of outline of key information of 1992 Wong deposition transcript for Mr. Hughes (2.1 hrs.). | 2.50 |
|  | AP | Review D.N.J. and 3rd Circuit cases regarding privilege or work product protection for prior consulting work of litigation expert. | 1.00 |
|  | NAB | Review and cross reference expert Chapman's list of documents relied upon in preparing his expert report to that of experts Coop, Costa and Davis to eliminate duplicate trial exhibits (6.3 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.) | 6.60 |
|  | WH | Conference with Gayle Koch re payment issue and NCP trial prep matters (.5 hrs.); prepare message to Ms. Elder and Mr. Senftleben re Costa payment issue (.3 hrs.); conduct legal research and review transcripts in connection with preparing motions to exclude Honeywell experts (2.6 hrs.); work on selected matters relating to pretrial order (2.5 hrs.); work on cross-examination materials for Honeywell experts (2.3 hrs.). | 8.20 |
| 12/05/01 | CHM | Review and negotiate petition to lift stay; conference with client; meeting with ICO re Grace defendants' Answer. | 5.20 |
|  | BB | Collect, organize and prepare experts' outstanding invoices for Mr. Hughes (.8 hrs.); analyze correspondence between NJDEP and defendant re site sampling results and upgrade of north swale, and update and proof chart of analysis and collected correspondence for Mr. | 5.00 |

W. R. Grace & Co.                                                                 Page    3

|  |  |  | Hours |
|---|---|---|---|
|  |  | Hughes (3.9 hrs.); proof, verify and supplement chart of defendant's admissions (.5 hrs.). |  |
| 12/05/01 | AP | Research relating to privilege or work product protection for prior consulting work of testifying expert. | 2.00 |
|  | NAB | Review and cross reference expert Chapman's list of documents relied upon in preparing his expert report to that of experts Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (4.1 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Costa, Coop, Kanter, Schmiermund and Valera that have already been referenced by Chapman (1.8 hrs.). | 7.50 |
|  | WH | Conferences with Ms. Newbold, Dr. Goad and plaintiffs' counsel re site sampling issues (1.2 hrs.); review deposition transcripts and work on cross-examination materials re Honeywell experts in preparation for trial (6.6 hrs.); legal research re in limine motion (.6 hrs.); conference with Ms. Banks re assignments (.4 hrs.). | 8.80 |
| 12/06/01 | BB | Analyze chart of defendants' admissions, organize into categories and revise chart accordingly for Mr. Hughes (2.8 hrs.); continue cross-referencing and verification of designated trial exhibits against exhibits list (1.5 hrs.); review and verify designated trial exhibits and prepare for incorporation on exhibits list (2.2 hrs.); continue preparation of outline of pertinent information from key 1992 deposition transcript for Mr. Hughes (.5 hrs.). | 7.00 |
|  | NAB | Review and cross reference expert Costa's list of documents relied upon in preparing his expert report to that of experts Coop and Kanter to eliminate duplicate trial exhibits (4.3 hrs.); add findings to reference list of duplicate documents | 5.00 |

W. R. Grace & Co.                                                        Page      4

                                                                      __Hours__

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |     | to be pulled from boxes of potential exhibits (.7 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                                                               |        |
| 12/06/01   | WH  | Conference with Ms. Banks re preparing table reflecting all Honeywell admissions (.3 hrs.); review and revise draft table re admissions (.6 hrs.); review and designate deposition transcrips for pretrial order (6.3 hrs.); review materials from Mr. Golloday re site remediation/excavation issue (.7 hrs.); conference with Mr. Marraro and Ms. Pelletier re case issues (.5 hrs.).                                                                                                                                   | 8.40   |
| 12/07/01   | WH  | Conferences with Dr. Goad re swale discharge issue and review photos from Ms. Newbold re same (.9 hrs.); conference with Mr. Marraro re photos and site sampling issue (.3 hrs.); review correspondence from SI Group re payment and confer with Ms. Golliday re same (.5 hrs.); work on various matters re pretrial order and designation of trial exhibits (3.7 hrs.); conference with Dr. Goad's staff re trial prep issues and status of assignments (.7 hrs.); review and designate as exhibits selected documents received from Dr. Goad (2.2 hrs.). | 8.30   |
|            | CHM | Work on demonstrative exhibits (5.0 hrs.); conference with client (.6 hrs.); conference with Lowenstein (.5 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                    | 6.10   |
|            | NAB | Quality check copies of "Comments of ECARG, Inc. on Honeywell's Study..." (.9 hrs.); review and cross reference expert Costa's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (3.1 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Coop, Kanter, Schmiermund and Valera that have already been referenced by Costa (.8 hrs.); review and cross reference expert Coop's list of documents relied upon in preparing his expert report to that of experts | 6.80   |

W. R. Grace & Co.                                                                              Page    5

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (1.3 hrs.) |  |
| 12/07/01 | BB | Read and analyze new correspondence and prepare for incorporation into case files (.8 hrs.); collect and prepare 1986 letter for trial exhibit review for Mr. Hughes (.4 hrs.); research and resolve issues regarding collected documents reviewed for trial exhibits for Mr. Hughes (1.2 hrs.); verify and prepare additional designated documents for exhibits list (.8 hrs.). | 3.20 |
| 12/10/01 | RLS | Office conference with Mr. Hughes regarding review of depositions of Joseph Szatmary and Dan Swallick from AlliedSignal v. Abeille-Paix (.2 hrs.); begin review of depositions (3.5 hrs.). | 3.70 |
|  | BB | Continue cross-referencing documents designated as trial exhibits against draft exhibits list, quality checking entries, entering changes and prepare document copy as appropriate (9.3 hrs.); continue outlining 1992 deposition transcript for salient facts for Mr. Hughes (.5 hrs.). | 9.30 |
|  | WH | Work on database re trial exhibits/cross-x materials (2.8 hrs.); conferences with Ms. Banks re collection and review of exhibits (.8 hrs.); conference with Ms. Pelletier re in limine motion and review cases re same (1.2 hrs.). | 4.80 |
|  | CHM | Work on exhibits (3.0 hrs.); conference with plaintiffs re amended complaint (1.2 hrs.). | 4.20 |
|  | MM | Office conference with Ms. Pelletier re search case correspondence and produce all documents relating to expert, Peter Chapman (.2 hrs.); preliminary review of case correspondence files and flag all documents relating to Mr. Chapman (1.3 hrs.); review recent correspondence distributed by Ms. Campbell (.3 hrs.); case management (.6 hrs.). | 2.40 |

W. R. Grace & Co.

<u>Hours</u>

| | | | |
|---|---|---|---|
| 12/10/01 | NAB | Continue quality check of copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.5 hrs.); continue to review and cross reference expert Coop's list of documents relied upon in preparing his expert report to that of experts Kanter, Schmiermund and Valera to eliminate duplicate trial exhibits (.8 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.5 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Kanter, Schmiermund and Valera that have already been referenced by Coop (1.1 hrs.); review and cross reference expert Kanter's list of documents relied upon in preparing his expert report to that of experts  Schmiermund and Valera to eliminate duplicate trial exhibits (2.1 hrs.). | 6.00 |
| 12/11/01 | BB | Continue cross-referencing documents designated as trial exhibits against draft exhibits list, quality check entries, make corrections and prepare document copy as appropriate (3.6 hrs.); collect electronic message and expert information and forward to Mr. Marraro (.2 hrs.) prepare status email to Ms. Kelly re exhibit list (.2 hrs.); review, organize and prepare documents designated as trial exhibits (3.4 hrs.); continue outlining pertinent 1992 deposition transcript for salient facts for Mr. Hughes (.7 hrs.). | 8.10 |
| | RLS | Continue review and preparation of depositions for Mr. Hughes (4.0 hrs.); office conference with Ms. Banks regarding other depositions from Allied litigation (.6 hrs.). | 4.60 |
| | WH | Work on in limine motion re Honeywell NCP expert (3.8 hrs.); confer with Mr. Smith re summarizing selected deposition transcripts from related cases (.4 hrs.); review Wong deposition transcript and designate portions of same for use at trial (3.7 hrs.). | 7.90 |

W. R. Grace & Co.                                                                    Page    7

|                |      |                                                                 | Hours |
|----------------|------|-----------------------------------------------------------------|-------|
| 12/11/01 | TP | Office conference with Mr. Hughes re status of research re excluding Mr. Delaney, updated research and emailed to Mr. Hughes. | 2.80 |
| | NAB | Continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.3 hrs.); continue review and cross reference expert Kanter's list of documents relied upon in preparing his expert report to that of experts Schmiermund and Valera to eliminate duplicate trial exhibits (.6 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.6 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Schmiermund and Valera that have already been referenced by Kanter (1.1 hrs.); review and cross reference expert Schmiermund's list of documents relied upon in preparing his expert report to that of expert Valera to eliminate duplicate trial exhibits (1.0 hrs.); add findings to reference list of duplicate documents to be pulled from boxes of potential exhibits (.7 hrs.); refer to reference list of duplicate documents and pull documents relied upon by Valera that have already been referenced by Schmiermund (1.0hrs.). | 6.40 |
| | MM | Finalize the review and production of all correspondence relating to Dr. Chapman as well as his 6/26/01 deposition transcript with exhibits and forward all to Ms. Pelletier with memorandum re review (2.3 hrs.); case management (.6 hrs.). | 2.90 |
| 12/12/01 | BB | Research production database and case files and collect and prepare best version of documents designated as trial exhibits(1.8 hrs.); coordinate and prepare designated trial exhibits (2.3 hrs.); consult with Mr. Hughes re history and resolution of issues re case expert's post-petition invoices (.2 hrs.); research correspondence and case expert's case files for post-petition invoices (.7 hrs.); confer with Ms. Campbell and review records to verify payment status of collected invoices (.7 hrs.); organize and prepare relevant | 8.60 |

W. R. Grace & Co.

Page    8

|  |  |  | Hours |
|---|---|---|---|
|  |  | invoices per request for Mr. Hughes (1.1 hrs.); confer with Mr. Hughes re same (.3 hrs.); revise and update table of admissions with relevant term definitions for Mr. Hughes (.8 hrs.); collect and prepare interrogatory responses for Mr. Hughes (.7 hrs.). |  |
| 12/12/01 | WH | Confer with Ms. Parker re NCP and Daubert research and review selected cases re same (1.6 hrs.); review and designate documents received from Ms. Shelnutt for use in trial (5.4 hrs.); conferences with Ms. Banks re document collection issues (.5 hrs.). | 7.50 |
|  | LS | Legal research re exclusion of expert testimony. | 2.70 |
|  | RLS | Review and identify pertinent portion of Alford Lacey's deposition in Allied related litigation. | 1.30 |
|  | TP | Researched additional case law on National Contingency Plan issues (1.0 hrs.); prepared summary and emailed to Mr. Hughes (.7 hrs.). | 1.70 |
|  | NAB | Incorporate case documents into electronic files and create hyperlink for same on the appropriate indices. (2.4 hrs.); continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.7 hrs.); refer to reference list of duplicate documents and quality check to assure that all relevant documents have been pulled (2.2 hrs.). | 6.30 |
| 12/13/01 | WH | Collect and review expert invoices to be submitted to Honeywell for payment (1.2 hrs.); conferences with Messrs. Caffrey and German re same (.6 hrs.); work on cross-examination materials for experts (3.8 hrs.); work on in limine motions (1.3 hrs.). | 6.90 |
|  | CHM | Revise response on MET to DEP (3.8 hrs.); prepare response to privilege issues to Honeywell counsel (2.0 hrs.). | 5.80 |

W. R. Grace & Co.                                                                    Page    9

|  | | | Hours |
|---|---|---|---|
| 12/13/01 | BB | Continue cross-referencing and verifying designated trial exhibits, quality check exhibit list entries and make revisions as appropriate (7.0 hrs.); confer with Mr. Smith re deposition (.1 hrs.); research production database, CDs and case files for designated documents, collect, prepare and incorporate into exhibits list (1.7 hrs.); confer with Ms. Bynum and Kelly re trial exhibits review issues (.3 hrs.). | 9.10 |
| | RLS | Review and prepare Allied related litigation deposition. | 2.00 |
| | AP | Gather and prepare expert invoices for presentation to Lowenstein Sandler and conference with B. Hughes, B. Banks, J. Kelley re same. | 1.10 |
| 12/14/01 | WH | Confer with Mr. German re allocation of expert deposition fees (.4 hrs.); work on trial brief (1.8 hrs.); conferences with Mr. Moasser and Ms. Banks re review/analysis of documents for inclusion in pretrial order (.6 hrs.); review memo from Ms. Banks re DEP/Honeywell correspondence and revise same (1.5 hrs.); review letter from Honeywell's counsel re production of expert documents and confer with Ms. Banks and Ms. Parker re same (.8 hrs.); review selected expert documents collected by Ms. Banks (1.5 hrs.). | 6.60 |
| | BB | Coordinate and prepare designated trial exhibits per attorney request (1.3 hrs.); continue cross referencing designated trial exhibits against exhibits list, quality check entries and make required revisions (7.4 hrs.). | 8.70 |
| | AP | Research regarding NCP expert in preparation for motion in limine. | 4.00 |
| | TP | Reviewed statements of undisputed facts submitted with summary judgment briefs (3.0 hrs.); email to Ms. Pelletier re prior research on | 4.80 |

W. R. Grace & Co.                                                                    Page    10

|  |  |  | Hours |
|---|---|---|---|
|  |  | NCP (.2 hrs.); reviewing research file for cases related to NCP costs (1.6 hrs.). |  |
| 12/17/01 | NAB | Continue quality checking copies of "Comments of ECARG, Inc. on Honeywell's Study..." (1.0 hrs.); refer to reference list of duplicate documents and QC to assure that all relevant documents have been pulled (2.0 hrs.). | 3.00 |
|  | RLS | Continue review of deposition from AlliedSignal related litigation. | 4.70 |
|  | MM | Office conference with Ms. Pelletier re status of case matters (.2 hrs.); review recent correspondence distributed by Ms. Campbell (.4 hrs.); case management (.6 hrs.). | 1.20 |
|  | WH | Review Grace experts' documents for designation as trial exhibits and confer with selected experts re same (5.4 hrs.); revise database re trial exhibits/materials (.8 hrs.); conference with Mr. Valera re his review of newly-produced Deming documents and other assignments (.6 hrs.); review materials provided by Dr. Valera re heaving issue (.8 hrs.). | 7.60 |
|  | CHM | Prepare rebuttal comments to CLH (3.8 hrs.); conference call with plaintiffs and Dr. Goad re "swale samplling" (.8 hrs.); conference with client (.5 hrs.). | 5.10 |
|  | BB | Continue cross referencing designated trial exhibits against exhibits list and make appropriate revisions (5.7 hrs.); ersearch production CDs for best version of designated trial exhibits, download prepare and incorporate into collection of exhibits (1.6 hrs.); review, prepare and incorporate new correspondence and documents into indexed case files and create new case files as appropriate (1.1 hrs.). | 8.40 |
|  | AP | Research online and review cases regarding NCP consistency. | 4.00 |

W. R. Grace & Co.                                                                  Page    11

|              |      |                                                                                 | **Hours** |
|--------------|------|---------------------------------------------------------------------------------|-----------|
| 12/17/01 | TP | Legal research on NCP expert issue (3.7 hrs.); reviewed additional statements and other material that reflect undisputed facts and admissions (.8 hrs.). | 4.50 |
| 12/18/01 | MM | Review correspondence distributed by Ms. Campbell (.3 hrs.); office conference with Ms. Pelletier re pending case matters to be pursued (.2 hrs.); case management (.4 hrs.). | 0.90 |
|          | CHM | Meet with experts in New York. | 5.50 |
|          | BB | Collect and prepare pertinent case documents re admissions in preparation for trial for Ms. Parker (1.8 hrs.); organize collected documents per request and prepare list for Ms. Parker (.8 hrs.); continue cross referencing designated trial exhibits against exhibits list, checking list for duplicates, quality checking entries and making revisions as appropriate (5.3 hrs.); research production files and CDs for best version of designated trial exhibits, collect and prepare same (1.9 hrs.); revise designated documents as requested by Mr. Hughes (.8 hrs.). | 10.60 |
|          | TP | Westlaw research on NCP cost recovery standards and New Jersey Spill Act. | 6.20 |
|          | AP | Reseach and review New Jersey cases relating to expert witness testimony. | 4.30 |
|          | WH | Conferences with Dr. Goad re sampling and trial prep issues (.8 hrs.); confer with Mr. Crawford re results of sampling (.4 hrs.); review and designate selected technical documents received from Dr. Goad's staff for use at trial (4.6 hrs.). | 5.80 |
| 12/19/01 | CHM | Conference with J. Agnello (.5 hrs.); conference with Dr. Goad (.5 hrs.). | 1.00 |
|          | AP | Research relating to motion to excluse Delaney testimony. | 4.70 |

W. R. Grace & Co.                                                                  Page    12

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours |
|------------|-----|------|
| 12/19/01   | RLS | Review AlliedSignal related litigation.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.70  |
|            | MM  | Office conference with Ms. Pelletier re reviewing Section F (i.e., contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters are involved 20% or less, pending completion (.3 hrs.); preliminary review of stated sections and begin analysis of various cases (1.3 hrs.); case management (.7 hrs.).                                                                                                                                                                                         | 2.30  |
|            | BB  | Prepare public right to know request to NJDEP for recent lab testing records re treatment of Cr contaminated soils for Mr. Hughes (.7 hrs.); confer with Ms. Kelly re updates to trial exhibits list (.2 hrs.); consult with Mr. Hughes re new designated trial exhibits and status of preparation of exhibit list (.2 hrs.); review, analyze and prepare newly designated trial exhibits for inclusion on exhibits list (.8 hrs.); cross-reference new exhibits against existing exhibits to identify duplicates (.5 hrs.); incorporate new documents on exhibits list (.8 hrs.); create exhibit folders (.7 hrs.). | 3.90  |
|            | TP  | Westlaw searched on NCP and NJ Spill Act.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.70  |
| 12/20/01   | WH  | Review deposition transcripts and prepare deposition designations re former Mutual employees and other witnesses from Allied's insurance matter (6.6 hrs.); confer with Ms. Pelletier re work on pretrial order (.5 hrs.); review SI Group and Brattle Group invoices and approve for payment (.8 hrs.); conferences with Ms. Banks re status of assignments (.4 hrs.).                                                                                                                                                                                                                                  | 8.40  |
|            | MM  | Continue with project assigned from Ms. Pelletier pertaining to reviewing Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters (1.2 hrs.); office conference with Ms. Pelletier re same (.1 hrs.); office conference with Mr. Hughes re                                                                                                                                                                                                                                 | 1.70  |

W. R. Grace & Co.                                                                                          Page   13

|  |  | | Hours |
|---|---|---|---|
|  |  | miscellaneous projects to be completed, pending (.1 hrs.); case management (.4 hrs.). |  |
| 12/20/01 | BB | Review, identify and resolve various issues with designated trial exhibit documents (3.2 hrs.); review, cross reference and verify additional set of designated trial exhibits against exhibit list entries and make appropriate revisions to exhibits list (4.8 hrs.); confer with Mr. Hughes re case status and circumstance, and receive instructions on deposition designations project in preparation for trial (.5 hrs.); confer with Mr. Smith re review of Mueser Rutledge documents in re trial exhibits for Mr. Hughes (.1 hrs.); prepare table for deposition designations for Mr. Hughes (.7 hrs.). | 9.30 |
|  | AP | Review documents produced by Honeywell. | 5.90 |
| 12/21/01 | MM | Office conference with Ms. Pelletier re status of review of Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter (.1 hrs.); continue with project assigned from Ms. Pelletier pertaining to reviewing Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter and analysis all cases cites in stated sections and produce all relating to CERCLA matters are involved 20% or less, pending (1.7 hrs.); case management (.7 hrs.). | 2.50 |
|  | CHM | Conference with B. Hughes re discovery issues (.5 hrs.); revise stipulations (4.0 hrs.). | 4.50 |
|  | WH | Review deposition transcripts and prepare deposition designations re Mr. Faranca, Mr. Wong and other witnesses from Allied's insurance matter. | 8.10 |
|  | TP | Reviewed ALR re cost recovery actions and cases on NCP and NJ Spill Act and prepared memo on issue of cost recovery standard. | 7.50 |

W. R. Grace & Co.                                                                    Page    14

|          |      |                                                                                                                                                                                                        | Hours |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/26/01 | RLS  | Continue review of Mueser documents for relevant materials.                                                                                                                                              | 3.10  |
|          | MM   | Continue to search Lexis-Nexis re research projects assigned by Ms. Pelletier relating to Section F (i.e., Contribution allocation factors) of the Chemical Waste Litigation Reporter, pending (1.1 hrs.); case management (.6 hrs.). | 1.70  |
| 12/27/01 | CHM  | Work on amendment to stipulation (.5 hrs.); work on response to Harris letter (3.5 hrs.); conference with J. Agnello (.5 hrs.).                                                                           | 4.50  |
|          | WH   | Review selected documents from CTEH and designate as trial exhibits (4.4 hrs.); revise trial database re same (.8 hrs.).                                                                                  | 5.20  |
|          | MM   | Office conference with status of research project Pelletier relating to Section F (i.e., Contribution allocation factors) (.2 hrs.), continue to research same matter, pending (1.2 hrs.); case management (.8 hrs.). | 2.20  |
| 12/28/01 | AP   | Review cases relating to exclusion of NCP consistency experts.                                                                                                                                           | 2.10  |
|          | MM   | Continue research project for Ms. Pelletier relating to Section F (i.e., contribution allocation factors), pending (1.6 hrs.); case management (.5 hrs.).                                                 | 2.10  |
| 12/31/01 | RLS  | Review and analyze documents produced by Mueser Rutledge Consulting Engineers.                                                                                                                           | 2.00  |

|            |                                           |        | Amount        |
|------------|-------------------------------------------|--------|---------------|
|            | Total Fees                                | 410.80 | $88,442.50    |
| 12/31/2001 | Less Deduction of 40% of Fees Per Agreement |        | ($35,377.00)  |
|            | Balance Due                               |        | $53,065.50    |

W. R. Grace & Co.

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Barbara Banks, Paralegal | 102.00 | 130.00 |
| Natasha A. Bynum, Legal Clerk | 55.10 | 95.00 |
| William Hughes, Counsel | 109.80 | 305.00 |
| Christopher H. Marraro, Partner | 41.90 | 420.00 |
| Mahmoude Moasser, Paralegal | 19.90 | 130.00 |
| Tamara Parker, Associate | 28.20 | 260.00 |
| Angela Pelletier, Associate | 29.10 | 200.00 |
| Letta Sneed, Associate | 2.70 | 215.00 |
| Reilly L. Smith, Paralegal | 22.10 | 115.00 |

# MATTER 5 - MOTORWHEEL

# FEES - DECEMBER 2001



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Professional Services:

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/06/01 | CHM | Conference re LBWL. | 0.50 |  |

|  | Hours | Amount |
|---|---|---|
| Total Fees | 0.50 | $210.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 0.50 | 420.00 |

# MATTER 9 - LIBBY, MT.

# FEES - DECEMBER 2001



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

| | | | Hours |
|---|---|---|---|
| 12/11/01 | CHM | Review asbestos articles; reivew ATSDR screening study (2.0 hrs.) conference with Dr. Goad re background issues (.8 hrs.). | 2.80 |
| 12/12/01 | CHM | Review articles; conference with G. Davidson re B. Breen meeting; conference with Spinello; review techical articles. | 4.40 |
| 12/13/01 | CHM | Review articles from Grace; conference with client. | 0.80 |
| 12/18/01 | CHM | Review articles. | 0.50 |
| 12/19/01 | CHM | Review letter to G. Martz and articles from client. | 0.50 |
| 12/20/01 | CHM | Review articles from client. | 0.80 |
| 12/26/01 | CHM | Review articles from client. | 0.50 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 10.30 | $4,326.00 |

W. R. Grace & Co.                                                        Page    2

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 10.30 | 420.00 |

# MATTER 10 - FEE APPLICATION

# FEES - DECEMBER 2001



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #12634

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 12/06/01 | CHM | Prepare fee application (October). | 1.40 |
| 12/14/01 | CHM | Work on Second Interim fee application. | 1.20 |

| | | **Amount** |
|---|---|---|
| Total Fees | 2.60 | $1,092.00 |
| Balance Due | | $1,092.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.60 | 420.00 |

# EXHIBIT B

## EXPENSE SUMMARY

| | |
|---|---|
| Airfares | $5,759.25 |
| Amtrak | $1,523.00 |
| Auto Rental | $380.42 |
| Copies- Internal and Outside | $1,820.72 |
| Hotels | $3,132.71 |
| Facsimile | $17.25 |
| Lexis | $148.05 |
| Meals during Travel | $879.17 |
| Telephone | $459.84 |
| FedEx | $111.71 |
| Parking | $258.00 |
| Taxis/Miscellaneous Travel Expenses | $203.30 |
| Westlaw | $1,628.21 |
| Meals in D.C. for Meetings | $734.24 |
| Overtime Transportation | $147.80 |
| Postage | $5.96 |
| | |
| | |
| Total | $17,209.63 |

# MATTER 6 - HONEYWELL

# EXPENSES - DECEMBER 2001



Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Disbursements:

|  | **Amount** |
|---|---|
| Air Fare from NYC to DC - 8/14 | 202.75 |
| Air Fare to/from NYC - 10/10/01 | 351.00 |
| Air Fare to/from NYC - 10/15/01 | 427.00 |
| Air Fare to/from NYC - 11/1/01 | 394.00 |
| Air Fare to/from NYC - 11/14/01 | 470.00 |
| Air Fare to/from NYC - 8/28/01 | 351.00 |
| Air Fare to/from NYC 0- 10/22/01 | 427.00 |
| Air Fare to/from NYC/Houston - 10/2/01 | 998.25 |
| Air Fare to/from Newark - 8/17/01 | 503.00 |
| Air Fare to/from Newark - 8/24/01 | 262.25 |
| Amtrak from NYC to DC - 8/27/01 | 199.00 |
| Amtrak to Newark/NYC and PA - 9/14/01 and 9/16/01 | 906.00 |
| Amtrak to/from Newark - 9/12/01 | 418.00 |
| Auto Rental in NYC - 10/20/01 | 75.30 |
| Auto Rental in NYC - 11/14/01 | 83.20 |
| Auto Rental on trip to NYC - 10/15/01 | 67.77 |
| Auto Rental on trip to NYC - 8/28/01 | 80.19 |
| Auto Rental on trip to Newark - 8/24/01 | 73.96 |
| Copy Costs - Internal | 1,308.45 |
| Facsimile Costs | 17.25 |
| FedEx Costs | 111.71 |

W. R. Grace & Co.                                                   Page    2

|  | **Amount** |
|---|---:|
| Hotel in NYC - 10/15/01 | 365.14 |
| Hotel in NYC - 10/22/01 | 367.18 |
| Hotel in NYC - 11/1/01 | 391.26 |
| Hotel in NYC on 10/20/01 | 388.00 |
| Hotel in Newark - 10/18/01 | 319.16 |
| Hotel in Newark - 9/12/01 | 435.60 |
| Hotel on Trip to Newark/PA - 9/16/01 | 386.88 |
| Hotel on trip to NYC - 8/28/01 | 374.27 |
| Lexis Costs | 148.05 |
| Long Distance Charges | 456.08 |
| Meals in DC with Millian, Senftleben, Nagy, Agnello | 734.24 |
| Meals in NYC with Agnello, Shea, Nagy | 517.52 |
| Miscellaneous Travel Expenses | 203.30 |
| Outside Copies | 510.77 |
| Overtime Transportation | 147.80 |
| Parking at Airport | 221.00 |
| Postage | 5.96 |
| Westlaw | 1,628.21 |
| **Total Disbursements** | **$15,327.50** |

# MATTER 5 - MOTORWHEEL

# EXPENSES - DECEMBER 2001



**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with the Motor Wheel Site - Matter 5

Disbursements:

|  | Amount |
|---|---|
| Air Fare to/from Memphis - 11/6/01 | 1,373.00 |
| Hotel in Memphis on 11/6/01 | 105.22 |
| Long Distance Charges | 3.76 |
| Meals on trips | 361.65 |
| Parking at Airport | 37.00 |
| Total Disbursements | $1,880.63 |

# MATTER 9 - LIBBY, MT.

# EXPENSES - DECEMBER 2001



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12633

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Disbursements:

|                          | Amount |
|--------------------------|-------:|
| Copy Costs - Internal    | 1.50   |
| Total Disbursements      | $1.50  |