# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Lynn Hendrix | Partner | Int. Property | $365.00 | 0.30 | $109.50 |
| Robert Tuckman | Partner | Environmental | $375.00 | 0.40 | $150.00 |
| Kenneth W. Lund | Partner | Environmental | $325.00 | 232.30 | $75,497.50 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 131.70 | $39,510.00 |
| Jay D. McCarthy | Partner | Environmental | $250.00 | 184.30 | $46,075.00 |
| Colin Harris | Partner | Litigation | $250.00 | 4.30 | $1,075.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 48.70 | $14,610.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $265.00 | 10.70 | $2,835.50 |
| Katheryn J. Coggon | Sr. Associate | Environmental | $240.00 | 333.40 | $80,016.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 85.40 | $20,496.00 |
| Brent A. Tracy | Associate | Environmental | $225.00 | 51.10 | $11,497.50 |
| Edward Stevenson | Sr. Counsel | Environmental | $210.00 | 130.30 | $27,363.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 176.90 | $49,532.00 |
| Richard Rodriguez | Associate | Litigation | $210.00 | 46.50 | $9,765.00 |
| James Beasley | Associate | Corporate | $175.00 | 191.80 | $33,565.00 |
| Geoffrey Barry | Associate | Environmental | $220.00 | 366.20 | $80,564.00 |
| Jennifer Hall | Associate | Environmental | $220.00 | 289.10 | $63,602.00 |
| Michael Tognetti | Associate | Corporate | $225.00 | 233.80 | $52,605.00 |
| Bono, Eric | Associate | Corporate | $175.00 | 89.60 | $15,680.00 |
| Tygert, Travis | Associate | Corporate | $175.00 | 50.50 | $8,837.50 |
| Gino Maurelli | Associate | Corporate | $225.00 | 217.10 | $48,847.50 |
| Kellen Keaty | Contract Atty | Environmental | $110.00 | 13.60 | $1,496.00 |
| Kelly Matthews | Associate | Litigation | $230.00 | 250.90 | $57,707.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $110.00 | 234.10 | $25,751.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $125.00 | 114.40 | $14,300.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $90.00 | 156.50 | $14,085.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $125.00 | 295.50 | $36,937.50 |

| Joan M. Sherman | Sr. Paralegal | Environmental | $110.00 | 141.40 | $15,554.00 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $125.00 | 180.10 | $22,512.50 |
| Johncie Wingard | Paralegal | Corporate | $125.00 | 279.30 | $34,912.50 |
| Natalie Aberle | Paralegal | Environmental | $110.00 | 465.70 | $51,227.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 152.20 | $12,937.00 |
| Susan Haag | Paralegal | Bankruptcy | $ 85.00 | 55.60 | $4,726.00 |
| Corina Aschenbrenner | Paralegal | Environmental | $125.00 | 6.0 | $750.00 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 77.10 | $9,637.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 68.20 | $6,138.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $ 90.00 | 91.60 | $8,244.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 24.50 | $2,695.00 |
| Kellen Keaty | Paralegal | Environmental | $60.00 | 20.10 | $1,206.00 |
| Cathy Bowen | Case Admin. | Environmental | $75.00 | 31.50 | $2,362.50 |
| Theresa Enriquez | Info. Spec. | Environmental | $35.00 | 1.3 | $45.50 |
| William E. Payne | Info. Spec. | Environmental | $ 85.00 | 114.10 | $9,698.50 |
| **TOTAL** | | | | **5648.1** | **$1,015,155.50** |