# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $418.00 |
| Photocopies | $6,579.32 |
| Facsimiles | $649.00 |
| Long Distance Telephone | $388.98 |
| Outside Courier | $1,344.42 |
| Travel Expense | $91,064.55 |
| Lexis | $7,204.06 |
| Supplies | $21.49 |
| Meal Expenses | $12,540.75 |
| Tab Stock | $1.60 |
| Overtime | $15,257.50 |
| Other Expenses | $1,361.90 |
| Velo Binding | $6.00 |
| Color Copies | $101.40 |
| Research Services | $45.55 |
| TOTALS | $136,984.52 |