IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                       :      Chapter 11
                                             :
W.R. GRACE & CO., et al.,                    :      Case Nos. 01-01139 (JJF)
                                             :
                                             :      Jointly Administered
                    Debtors.                 :
---------------------------------------------------x

### ORDER GRANTING
### ADMISSION PRO HAC VICE

Upon the motion of David R. Hurst, dated June 3, 2002 (the "Motion"), for an order granting admission pro hac vice to Arthur H. Aizley to appear and participate in the above-captioned cases on behalf of Sealed Air Corporation in the above-captioned cases; and upon the certificate of Arthur H. Aizley in support of the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

Arthur H. Aizley is permitted to appear and participate in these cases and any proceeding therein before this Court in accordance with Rule 83.5(c) of the Local Rules of the District Court for the District of Delaware.

Dated: Wilmington, Delaware
       June 6, 2002

*Judith K. Fitzgerald*
~~Honorable Joseph J. Farnan, Jr.~~
~~United States District Judge~~

295713.02-Wilmington S1A