IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2002 THROUGH MARCH 31, 2002 (DOCKET NO. 2058)**

On May 16, 2002, Klett Rooney Lieber & Schorling ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application for Compensation and Reimbursement of Expenses for the Period from January 1, 2002 through March 31, 2002 (the "Quarterly Application"). The Quarterly Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 5, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Quarterly Application and that no answer, objection or any responsive pleading with respect to the Quarterly Application has been filed with the Court.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

Dated: June 6, 2002         Co-Counsel to the Official Committee of Equity Holders