| | | regarding December fee application. | | | |
|---|---|---|---|---|---|
| 01/23/02 | DWC | Review Wallace King second quarterly fee application (.4) and address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 01/23/02 | IDK | Teleconferences wtih HRR re 12/01 app status - issues and need for letter - client on 10/01 app | 0.20 | 480.00 | $96.00 |
| 01/23/02 | PEC | Draft Notice and Certificate of Service for Nelson Mullins Riley & Scarborough November Fee Application (.5); File and serve same (.5) | 1.00 | 120.00 | $120.00 |
| 01/23/02 | PEC | Draft Notice and Certificate of Service for Wallace King Marraro & Branson Second Quarterly Fee Application (.5). File and serve (.8) | 1.30 | 120.00 | $156.00 |
| 01/24/02 | DWC | Call with R. Higgins re: Amended Administrative Order | 0.20 | 280.00 | $56.00 |
| 01/24/02 | HRR | Draft ninth fee application. | 1.70 | 330.00 | $561.00 |
| 01/24/02 | HRR | Draft email to MaryRitchie Johnson regarding fee application. | 0.10 | 330.00 | $33.00 |
| 01/24/02 | PEC | File and serve PSZYJ December Monthly Fee Application (.4); Draft Affidavit of Service(.4) | 0.80 | 120.00 | $96.00 |
| 01/25/02 | DWC | Review Kirkland & Ellis December monthly fee application (.3) and address filing and service thereof (.2). | 0.50 | 280.00 | $140.00 |
| 01/25/02 | DWC | Review Casner & Edwards December monthly fee application (.3) and address filing and service thereof (.2). | 0.50 | 280.00 | $140.00 |
| 01/25/02 | DWC | Review Blackstone's November (.3), December (.3) and third quarterly fee application (.4); and address filing and service thereof (.3) | 1.30 | 280.00 | $364.00 |
| 01/25/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 01/25/02 | LAG | Review adminstrative order and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 01/27/02 | LDJ | Review and finalize interim fee app (Dec. 2001) | 0.30 | 550.00 | $165.00 |
| 01/28/02 | DWC | Finalize Amended Administrative Order as per Creditor Committee comments and co-counsel comments (.8); address circulation thereof (.2) | 1.00 | 280.00 | $280.00 |
| 01/28/02 | PEC | File and serve PSZYJ December Monthly Fee Application (.5); Draft Certificate of Service (.2) | 0.60 | 120.00 | $72.00 |
| 01/28/02 | PEC | Draft Notice and Certificate of Service for Kirkland & Ellis December Fee Application. | 0.40 | 120.00 | $48.00 |
| 01/29/02 | HRR | Review and analyze email regarding fee application. | 0.10 | 330.00 | $33.00 |
| 01/29/02 | HRR | Conference with Ira D. Kharasch regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 01/30/02 | DWC | Review Kirkland & Ellis December fee application (.4) and address filing and service thereof (.2). | 0.60 | 280.00 | $168.00 |
| 01/30/02 | PEC | Draft Notice and Certificate of Service for Blackstone Group's Sixth Monthly Fee Application (.4). Prepare for service (.1) | 0.50 | 120.00 | $60.00 |
| 01/30/02 | PEC | Draft Notice and Certificate of Service for Blackstone Group's Seventh Monthly Fee Application (.4). Prepare for service (.1) | 0.50 | 120.00 | $60.00 |
| 01/30/02 | PEC | Draft Notice and Certificate of Service for Blackstone Group's Third Quarterly Fee Application (.4). Prepare for service (.1) | 0.50 | 120.00 | $60.00 |
| 01/30/02 | PEC | Prepare Kirkland & Ellis December Fee Application for e-file | 0.30 | 120.00 | $36.00 |
| 01/30/02 | PEC | Draft Notice and Certificate of Service for Casner & Edward's December Monthly Fee Application (.4). Prepare for service (.1) | 0.50 | 120.00 | $60.00 |
| 01/31/02 | DWC | Draft e-mail to R. Higgins re: Kirkland & Ellis December fee application. | 0.10 | 280.00 | $28.00 |
| 01/31/02 | PEC | File Casner & Edwards December Fee Application. | 1.30 | 120.00 | $156.00 |

Case 01-01139-AMC    Doc 2182-2    Filed 06/06/02    Page 2 of 35

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | 39.00 | | $9,166.00 |

**EXECUTORY CONTRACTS [B185]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/02 | DWC | Review and revise motion to further extend time to assume or reject nonresidential real property leases (.6); draft notice re: same (.4); address filing and service thereof (.2). | 1.20 | 280.00 | $336.00 |
| 01/18/02 | DWC | Call with Stu Rombro re: lease extension agreement for Elkton, MD flex space. | 0.20 | 280.00 | $56.00 |
| 01/18/02 | PEC | Prepare Debtors' Motion for Order Extending Time to Assume, Assume & Assign, or Reject Unexpired Leases of Non-Residential Real Property for e-filing (.3); Draft Affidavit of Sevice (.2); File and serve same (.4) | 0.90 | 120.00 | $108.00 |
| 01/22/02 | DWC | Review proposed stipulation resolving motion to assume assign and sell prime lease | 0.30 | 280.00 | $84.00 |
| 01/29/02 | DWC | Call with Stace Frank re: lease rejection issue (.2); e-mail S. Scwartz re: same (.1) | 0.30 | 280.00 | $84.00 |
| 01/31/02 | PEC | File and serve Certification of Counel re: Docket No. 817 [Motion for Entry of an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing to Assume, Sell and Assign Leases for Real Property (.6); Draft Certificate of service (.2) | 0.80 | 120.00 | $96.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | 3.70 | | $764.00 |

**FINANCIAL FILINGS [B110]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/02 | DWC | Review and revise amendments to Statement of Financial Affairs of the following Debtors: W.R Grace & Co.; W.R. Grace & Co. - Conn.; Homco International, Inc.; Amicon, Inc.; ECARG, Inc.; Gloucester New Communities Company, Inc.; Grace Energy Corporation; Guanica-Caribe Land Development; Remediium Group, Inc.; and address filing and service thereof. | 4.70 | 280.00 | $1,316.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | 4.70 | | $1,316.00 |

**LITIGATION (NON-BANKRUPTCY]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/02 | DWC | Call with Jay Hughes re: tobacco litigation in Mississippi | 0.20 | 280.00 | $56.00 |
| 01/17/02 | DWC | Review proposed order staying tobacco litigation (.2); meet with Laura Jones re: same (.2) | 0.40 | 280.00 | $112.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | 0.60 | | $168.00 |

**OPERATIONS [B210]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/02 | PEC | Prepare November Operating Report for e-file (.3); Draft Certificate of Service (.2); File and serve November Operating Report (.6) | 1.10 | 120.00 | $132.00 |
| 01/29/02 | DWC | Review Debtors' letter to employees re: document retention policy and policy itself (.3); discuss the same with S. Schwartz (.2); Draft certification of counsel re: same (.4); address filing and service of the same (.2) | 1.10 | 280.00 | $308.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Task Code Total** | | 2.20 | | $440.00 |

### PLAN & DISCLOSURE STMT. [B320]

| 01/18/02 | DWC | Review and revise motion to further extend exclusive periods (.6); draft notice re: same (.4); address filing and service thereof (.2). | 1.20 | 280.00 | $336.00 |
|---|---|---|---|---|---|
| 01/18/02 | PEC | Prepare Debtors' Motion for Order Pursuant to 11 .S.C. § 1121(d) Extending Debtor's Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (.3); Draft Affidavit of Service (.2); File and serve same (.4) | 0.90 | 120.00 | $108.00 |

| **Task Code Total** | | | **2.10** | | **$444.00** |
|---|---|---|---|---|---|

### RETENTION OF PROF. [B160]

| 01/03/02 | LDJ | Telephone conference with James Sprayregen, Esq. re: retention of PWC | 0.20 | 550.00 | $110.00 |
|---|---|---|---|---|---|
| 01/08/02 | DWC | Review letter and proposed affidavit of John Agnello in connection with Carella Byrne's retention by Debtors. | 0.30 | 280.00 | $84.00 |
| 01/08/02 | DWC | Call with Sam Schwartz re: retention of Pricewaterhouse. | 0.20 | 280.00 | $56.00 |
| 01/09/02 | PEC | Prepare Affidavits of Disinterestedness for e-file and draft Affidavit of Service (.8); file and serve (.2) | 1.00 | 120.00 | $120.00 |
| 01/10/02 | DWC | Review and revise motion to retain Pricewaterhouse as ordinary course professional and to pay them for substantial contribution to these cases (.9); draft notice re: same (.4); meet with Phil Seamon re: same (.3); call with Sam Schwartz re: same (.2). | 1.80 | 280.00 | $504.00 |
| 01/10/02 | PEC | Draft Certificate of Service for Retention Application of PricewaterhouseCoopers (.2); Serve Application and prepare for e-filing (.6). | 0.80 | 120.00 | $96.00 |
| 01/10/02 | LDJ | Review Motion for Retention of PWC | 0.30 | 550.00 | $165.00 |
| 01/11/02 | PEC | File and serve Supplemental Affidavit of Anne E. Moran In Support of Application fo Debtors to Employ Steptoe & Johnson (.6); Draft Affidavit of Service (.2). | 0.80 | 120.00 | $96.00 |
| 01/25/02 | DWC | Review affidavits of ordinary course professionals (Vinson & Elkins; McDermott Will & Emery) (.2) and address filing and service thereof (.2) | 0.40 | 280.00 | $112.00 |
| 01/31/02 | DWC | Review amended list of ordinary course professionals (.2); draft notice re: same (.2); address filing and service of same (.2) | 0.60 | 280.00 | $168.00 |

| **Task Code Total** | | | **6.40** | | **$1,511.00** |
|---|---|---|---|---|---|

| **Total professional services:** | | | **247.60** | | **$48,356.50** |
|---|---|---|---|---|---|

### Costs Advanced:

| 01/04/2001 | CC | Conference Call--Genesys Conferencing [E105] | $1,167.62 |
|---|---|---|---|
| 08/21/2001 | FE | Federal Express [E108] | $212.05 |
| 08/31/2001 | DC | Delivery/ Courier Service [E107] | $12.36 |
| 10/01/2001 | PAC | Pacer - Court Research | $3.78 |
| 10/01/2001 | PAC | Pacer - Court Research | $3.71 |
| 10/01/2001 | PAC | Pacer - Court Research | $0.14 |
| 10/01/2001 | PAC | Pacer - Court Research | $3.78 |
| 10/02/2001 | PAC | Pacer - Court Research | $3.78 |
| 10/03/2001 | PAC | Pacer - Court Research | $3.78 |
| 10/03/2001 | PAC | Pacer - Court Research | $1.40 |
| 10/03/2001 | PAC | Pacer - Court Research | $0.07 |

| 10/20/2001 | DH | DHL- Worldwide Express | $333.10 |
| 10/27/2001 | DH | DHL- Worldwide Express | $368.18 |
| 11/03/2001 | DC | Delivery/ Courier Service--TSC [E107] | $705.00 |
| 11/03/2001 | DH | DHL- Worldwide Express | $655.62 |
| 11/05/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $87.40 |
| 11/05/2001 | IOM | In office meal--Cavanaugh's [E111] | $137.00 |
| 11/06/2001 | RS | Research--PACER [E106] | $0.35 |
| 11/08/2001 | FE | Federal Express [E108] | $210.71 |
| 11/10/2001 | DC | Delivery/ Courier Service--TSC [E107] | $287.50 |
| 11/10/2001 | DH | DHL- Worldwide Express | $652.69 |
| 11/12/2001 | FE | Federal Express [E108] | $139.90 |
| 11/12/2001 | RS | Research--PACER [E106] | $0.14 |
| 11/13/2001 | FE | Federal Express [E108] | $70.39 |
| 11/14/2001 | RS | Research--PACER [E106] | $3.50 |
| 11/16/2001 | RS | Research--PACER [E106] | $11.48 |
| 11/17/2001 | DC | Delivery/ Courier Service--TSC [E107] | $637.50 |
| 11/17/2001 | DH | DHL- Worldwide Express | $349.20 |
| 11/21/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $64.40 |
| 11/21/2001 | AT | Auto Travel Expense--Eagle Limo [E109] | $64.40 |
| 11/24/2001 | DC | Delivery/ Courier Service--TSC [E107] | $262.50 |
| 11/24/2001 | DH | DHL- Worldwide Express | $151.18 |
| 11/30/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $7.50 |
| 11/30/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $3.50 |
| 12/01/2001 | DC | Delivery/ Courier Service [E107] | $345.00 |
| 12/01/2001 | DH | DHL- Worldwide Express | $448.74 |
| 12/03/2001 | RS | Research--PACER [E106] | $5.25 |
| 12/04/2001 | RS | Research--PACER [E106] | $6.23 |
| 12/05/2001 | RS | Research--PACER [E106] | $2.52 |
| 12/08/2001 | DC | Delivery/ Courier Service [E107] | $450.00 |
| 12/08/2001 | DH | DHL- Worldwide Express | $412.39 |
| 12/10/2001 | DC | Delivery/ Courier Service--Parcels,Inc. [E107] | $7.50 |
| 12/15/2001 | DC | Delivery/ Courier Service [E107] | $855.00 |
| 12/15/2001 | DH | DHL- Worldwide Express | $706.19 |
| 12/16/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $7.50 |
| 12/18/2001 | FE | Federal Express [E108] | $80.12 |
| 12/18/2001 | RS | Research--PACER [E106] | $20.02 |
| 12/19/2001 | RS | Research--PACER [E106] | $0.42 |
| 12/20/2001 | RS | Research--PACER [E106] | $2.17 |
| 12/22/2001 | DC | Delivery/ Courier Service--Tristate [E107] | $172.50 |
| 12/22/2001 | DH | DHL- Worldwide Express | $541.26 |
| 12/23/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $15.94 |
| 12/23/2001 | DC | Delivery/ Courier Service--Parcels, Inc. [E107] | $98.40 |
| 12/28/2001 | RS | Research--PACER [E106] | $3.71 |
| 12/29/2001 | DC | Delivery/ Courier Service [E107] | $385.00 |
| 12/31/2001 | DC | Delivery/ Courier Service--DDI [E107] | $112.00 |
| 01/01/2002 | FE | Federal Express [E108] | $120.32 |
| 01/02/2002 | FX | (CORR 20 @1.00 PER PG) | $20.00 |
| 01/02/2002 | RE | Reproduction Expense. [E101] | $24.00 |
| 01/02/2002 | RE | Reproduction Expense. [E101] | $41.25 |
| 01/02/2002 | RE | (CORR 49 @0.15 PER PG) | $7.35 |
| 01/02/2002 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 01/02/2002 | RE | (CORR 683 @0.15 PER PG) | $102.45 |
| 01/02/2002 | RE | (CORR 797 @0.15 PER PG) | $119.55 |
| 01/02/2002 | RE | (CORR 1539 @0.15 PER PG) | $230.85 |
| 01/02/2002 | RE | (CORR 2369 @0.15 PER PG) | $355.35 |
| 01/02/2002 | RE | (CORR 310 @0.15 PER PG) | $46.50 |
| 01/02/2002 | RE | (CORR 432 @0.15 PER PG) | $64.80 |
| 01/02/2002 | RE | (CORR 288 @0.15 PER PG) | $43.20 |
| 01/02/2002 | RE | (CORR 15 @0.15 PER PG) | $2.25 |

| 01/02/2002 | RE | (CORR 349 @0.15 PER PG) | $52.35 |
| 01/03/2002 | AT | Auto Travel Expense--Cab fare to and from airport. (DWC) [E109] | $81.00 |
| 01/03/2002 | BM | Business Meal--(LDJ) [E111] | $3.09 |
| 01/03/2002 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 01/03/2002 | RE | (CORR 888 @0.15 PER PG) | $133.20 |
| 01/03/2002 | RE | (CORR 324 @0.15 PER PG) | $48.60 |
| 01/03/2002 | RE | (CORR 2796 @0.15 PER PG) | $419.40 |
| 01/03/2002 | RE | Reproduction Expense. [E101] | $3.45 |
| 01/03/2002 | TR | Transcript--J & J [E116] | $174.25 |
| 01/04/2002 | PO | Postage--DDI [E108] | $1.14 |
| 01/04/2002 | RE | (CORR 46 @0.15 PER PG) | $6.90 |
| 01/04/2002 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 01/04/2002 | SO | Secretarial Overtime--Rasheda Stewart | $26.54 |
| 01/07/2002 | DC | Delivery/ Courier Service--DDI [E107] | $35.00 |
| 01/07/2002 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 01/07/2002 | FX | (CORR 6 @1.00 PER PG) | $6.00 |
| 01/07/2002 | RE | Reproduction Expense. [E101] | $3.75 |
| 01/07/2002 | SO | Secretarial Overtime--Vanessa Preston | $36.15 |
| 01/08/2002 | FE | Federal Express [E108] | $104.82 |
| 01/08/2002 | RE | (CORR 179 @0.15 PER PG) | $26.85 |
| 01/08/2002 | RE | (CORR 197 @0.15 PER PG) | $29.55 |
| 01/08/2002 | RE | (CORR 629 @0.15 PER PG) | $94.35 |
| 01/08/2002 | RE | (CORR 743 @0.15 PER PG) | $111.45 |
| 01/08/2002 | RE | (CORR 1709 @0.15 PER PG) | $256.35 |
| 01/08/2002 | RE | (CORR 1284 @0.15 PER PG) | $192.60 |
| 01/08/2002 | RE | (CORR 1125 @0.15 PER PG) | $168.75 |
| 01/08/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 01/08/2002 | RE | (CORR 1488 @0.15 PER PG) | $223.20 |
| 01/08/2002 | SO | Secretarial Overtime--Vanessa Preston | $36.15 |
| 01/09/2002 | RE | Reproduction Expense. [E101] | $4.50 |
| 01/09/2002 | RE | (CORR 115 @0.15 PER PG) | $17.25 |
| 01/09/2002 | RE | (CORR 58 @0.15 PER PG) | $8.70 |
| 01/09/2002 | RE | (CORR 184 @0.15 PER PG) | $27.60 |
| 01/09/2002 | RE | (CORR 445 @0.15 PER PG) | $66.75 |
| 01/09/2002 | RE | (CORR 1012 @0.15 PER PG) | $151.80 |
| 01/09/2002 | RE | (CORR 3231 @0.15 PER PG) | $484.65 |
| 01/09/2002 | RE | (CORR 72 @0.15 PER PG) | $10.80 |
| 01/09/2002 | RE | (CORR 269 @0.15 PER PG) | $40.35 |
| 01/10/2002 | IOM | In office meal--Grotto's Pizza [E111] | $9.53 |
| 01/10/2002 | PO | Postage--DDI [E108] | $109.15 |
| 01/10/2002 | PO | Postage--DDI [E108] | $109.15 |
| 01/10/2002 | RE | Reproduction Expense. [E101] | $14.40 |
| 01/10/2002 | RE | Reproduction Expense--DDI  [E101] | $135.00 |
| 01/10/2002 | RE | Reproduction Expense--DDI [E101] | $130.80 |
| 01/10/2002 | RE | (CORR 576 @0.15 PER PG) | $86.40 |
| 01/10/2002 | RE | (CORR 430 @0.15 PER PG) | $64.50 |
| 01/10/2002 | RE | (CORR 587 @0.15 PER PG) | $88.05 |
| 01/10/2002 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 01/10/2002 | RE | (CORR 301 @0.15 PER PG) | $45.15 |
| 01/10/2002 | RE | (CORR 436 @0.15 PER PG) | $65.40 |
| 01/10/2002 | RE | (CORR 42 @0.15 PER PG) | $6.30 |
| 01/10/2002 | RE | (CORR 8983 @0.15 PER PG) | $1,347.45 |
| 01/10/2002 | RE | (CORR 8933 @0.15 PER PG) | $1,339.95 |
| 01/10/2002 | RE | (CORR 56 @0.15 PER PG) | $8.40 |
| 01/10/2002 | RE | (CORR 443 @0.15 PER PG) | $66.45 |
| 01/10/2002 | RE | (CORR 182 @0.15 PER PG) | $27.30 |
| 01/10/2002 | RE | (CORR 152 @0.15 PER PG) | $22.80 |
| 01/11/2002 | FE | Federal Express [E108] | $15.15 |

| | | | |
|---|---|---|---|
| 01/11/2002 | RE | (CORR 2505 @0.15 PER PG) | $375.75 |
| 01/11/2002 | RE | (CORR 98 @0.15 PER PG) | $14.70 |
| 01/11/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 01/11/2002 | RE | (CORR 675 @0.15 PER PG) | $101.25 |
| 01/11/2002 | RE | Reproduction Expense. [E101] | $4.95 |
| 01/14/2002 | DC | Delivery/ Courier Service--DDI [E107] | $53.70 |
| 01/15/2002 | FE | Federal Express [E108] | $103.71 |
| 01/16/2002 | RE | Reproduction Expense. [E101] | $75.00 |
| 01/16/2002 | RE | Reproduction Expense. [E101] | $41.25 |
| 01/16/2002 | RE | (CORR 1496 @0.15 PER PG) | $224.40 |
| 01/16/2002 | RE | (CORR 115 @0.15 PER PG) | $17.25 |
| 01/16/2002 | RE | (CORR 273 @0.15 PER PG) | $40.95 |
| 01/16/2002 | RE | (CORR 437 @0.15 PER PG) | $65.55 |
| 01/17/2002 | FX | Fax Transmittal. [E104] | $4.00 |
| 01/17/2002 | IOM | In office meal--Grotto's Pizza [E111] | $10.30 |
| 01/17/2002 | RE | (AGR 11 @0.15 PER PG) | $1.65 |
| 01/17/2002 | RE | (CORR 93 @0.15 PER PG) | $13.95 |
| 01/17/2002 | RE | (CORR 976 @0.15 PER PG) | $146.40 |
| 01/17/2002 | RE | (CORR 27 @0.15 PER PG) | $4.05 |
| 01/17/2002 | RE | Reproduction Expense. [E101] | $22.80 |
| 01/18/2002 | IOM | In office meal--Grotto's Pizza [E111] | $18.00 |
| 01/18/2002 | PO | Postage--DDI [E108] | $305.20 |
| 01/18/2002 | RE | Reproduction Expense. [E101] | $1,259.85 |
| 01/18/2002 | RE | Reproduction Expense--DDI [E101] | $445.50 |
| 01/18/2002 | RE | (CORR 29 @0.15 PER PG) | $4.35 |
| 01/18/2002 | RE | (CORR 495 @0.15 PER PG) | $74.25 |
| 01/18/2002 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 01/18/2002 | RE | (CORR 397 @0.15 PER PG) | $59.55 |
| 01/18/2002 | RE | (CORR 22827 @0.15 PER PG) | $3,424.05 |
| 01/18/2002 | RE | (CORR 1503 @0.15 PER PG) | $225.45 |
| 01/19/2002 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 01/19/2002 | RE | (CORR 2585 @0.15 PER PG) | $387.75 |
| 01/20/2002 | RE | (CORR 78 @0.15 PER PG) | $11.70 |
| 01/20/2002 | RE | (CORR 511 @0.15 PER PG) | $76.65 |
| 01/22/2002 | FE | Federal Express [E108] | $252.55 |
| 01/22/2002 | RE | (CORR 1340 @0.15 PER PG) | $201.00 |
| 01/22/2002 | RE | (CORR 534 @0.15 PER PG) | $80.10 |
| 01/23/2002 | FX | (CORR 10 @1.00 PER PG) | $10.00 |
| 01/23/2002 | PO | Postage--DDI [E108] | $1,008.80 |
| 01/23/2002 | RE | (CORR 165 @0.15 PER PG) | $24.75 |
| 01/23/2002 | RE | (CORR 1545 @0.15 PER PG) | $231.75 |
| 01/23/2002 | RE | (CORR 1838 @0.15 PER PG) | $275.70 |
| 01/23/2002 | RE | (CORR 40 @0.15 PER PG) | $6.00 |
| 01/23/2002 | RE | (CORR 1437 @0.15 PER PG) | $215.55 |
| 01/23/2002 | RE | Reproduction Expense--DDI [E101] | $5,107.50 |
| 01/23/2002 | RE | Reproduction Expense. [E101] | $13.65 |
| 01/24/2002 | RE | Reproduction Expense. [E101] | $34.65 |
| 01/24/2002 | RE | (CORR 679 @0.15 PER PG) | $101.85 |
| 01/25/2002 | FX | Fax Transmittal. [E104] | $848.00 |
| 01/25/2002 | RE | (CORR 3895 @0.15 PER PG) | $584.25 |
| 01/25/2002 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 01/26/2002 | DC | Delivery/ Courier Service--DDI [E107] | $23.82 |
| 01/26/2002 | DC | Delivery/ Courier Service--DDI [E107] | $12.50 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |

| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | FX | (AGR 16 @1.00 PER PG) | $16.00 |
| 01/28/2002 | RE | (CORR 2351 @0.15 PER PG) | $352.65 |
| 01/28/2002 | RE | (CORR 260 @0.15 PER PG) | $39.00 |
| 01/28/2002 | RE | (CORR 1909 @0.15 PER PG) | $286.35 |
| 01/28/2002 | RE | (CORR 16 @0.15 PER PG) | $2.40 |
| 01/28/2002 | RE | (CORR 390 @0.15 PER PG) | $58.50 |
| 01/28/2002 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 01/28/2002 | RE | (CORR 186 @0.15 PER PG) | $27.90 |
| 01/28/2002 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 01/28/2002 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 01/28/2002 | RE | (CORR 228 @0.15 PER PG) | $34.20 |
| 01/28/2002 | RE | (CORR 174 @0.15 PER PG) | $26.10 |
| 01/28/2002 | RE | (CORR 396 @0.15 PER PG) | $59.40 |
| 01/28/2002 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 01/28/2002 | RE | (CORR 99 @0.15 PER PG) | $14.85 |
| 01/28/2002 | RE | Reproduction Expense. [E101] | $58.50 |
| 01/28/2002 | RE | Reproduction Expense. [E101] | $71.10 |
| 01/28/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |
| 01/29/2002 | FE | Federal Express [E108] | $86.60 |
| 01/29/2002 | FX | (CORR 5 @1.00 PER PG) | $5.00 |
| 01/29/2002 | RE | Reproduction Expense. [E101] | $69.45 |
| 01/29/2002 | RE | (CORR 111 @0.15 PER PG) | $16.65 |
| 01/29/2002 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 01/29/2002 | RE | (CORR 456 @0.15 PER PG) | $68.40 |
| 01/29/2002 | RE | (CORR 432 @0.15 PER PG) | $64.80 |
| 01/29/2002 | RE | (CORR 72 @0.15 PER PG) | $10.80 |
| 01/29/2002 | RE | (CORR 410 @0.15 PER PG) | $61.50 |
| 01/29/2002 | SO | Secretarial Overtime--(V. Preston) | $36.15 |
| 01/30/2002 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 01/30/2002 | FX | (AGR 12 @1.00 PER PG) | $12.00 |
| 01/30/2002 | PO | Postage--DDI [E108] | $110.01 |
| 01/30/2002 | RE | (CORR 284 @0.15 PER PG) | $42.60 |
| 01/30/2002 | RE | (CORR 1257 @0.15 PER PG) | $188.55 |
| 01/30/2002 | RE | (CORR 3057 @0.15 PER PG) | $458.55 |
| 01/30/2002 | RE | Reproduction Expense. [E101] | $1.65 |
| 01/30/2002 | RE | Reproduction Expense--DDI [E101] | $90.80 |
| 01/31/2002 | FX | (AGR 11 @1.00 PER PG) | $11.00 |
| 01/31/2002 | RE | Reproduction Expense. [E101] | $1.80 |
| 01/31/2002 | RE | (CORR 322 @0.15 PER PG) | $48.30 |
| 01/31/2002 | RE | (CORR 160 @0.15 PER PG) | $24.00 |
| 01/31/2002 | RE | (CORR 446 @0.15 PER PG) | $66.90 |
| 01/31/2002 | SO | Secretarial Overtime--(R. Stewart) | $26.54 |

**Total Expenses:**                                    **$38,671.08**

## *Summary:*

| Total professional services | $48,356.50 |
| Total expenses | $38,671.08 |
| | ———————— |
| Net current charges | $87,027.58 |

| Net balance forward | $50,217.50 |
|---|---|

**Total balance now due**        $137,245.08

## Billing Summary

| CAK | Knotts, Cheryl A. | 0.10 | $120.00 | $12.00 |
|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | 6.50 | $40.00 | $260.00 |
| CMS | Shaeffer, Christina M. | 15.30 | $40.00 | $612.00 |
| DCC | Crossan, Donna C. | 11.50 | $55.00 | $632.50 |
| DWC | Carickhoff, David W | 9.40 | $140.00 | $1,316.00 |
| DWC | Carickhoff, David W | 94.20 | $280.00 | $26,376.00 |
| HRR | Rafatjoo, Hamid R. | 5.20 | $330.00 | $1,716.00 |
| IDK | Kharasch, Ira D. | 0.90 | $480.00 | $432.00 |
| JMG | Griffith, Jason M. | 0.40 | $40.00 | $16.00 |
| LAG | Gilbert, Laurie A. | 1.40 | $125.00 | $175.00 |
| LDJ | Jones, Laura Davis | 15.50 | $550.00 | $8,525.00 |
| MPM | Migliore, Michael P. | 1.00 | $215.00 | $215.00 |
| PEC | Cuniff, Patricia E. | 50.40 | $120.00 | $6,048.00 |
| RSL | Lowy, Rachel S. | 1.10 | $260.00 | $286.00 |
| VEM | Mobley, Violet E. | 34.70 | $50.00 | $1,735.00 |
| | | 247.60 | | $48,356.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 2.00 | $560.00 |
| BL | BANKRUPTCY LITIGATION [L430] | 132.10 | $29,680.00 |
| CA | CASE ADMINISTRATION [B110] | 52.30 | $3,831.50 |
| CO | CLAIMS ADMIN/OBJECTIONS [B310] | 2.50 | $476.00 |
| CP | COMPENSATION PROF. [B160] | 39.00 | $9,166.00 |
| EC | EXECUTORY CONTRACTS [B185] | 3.70 | $764.00 |
| FF | FINANCIAL FILINGS [B110] | 4.70 | $1,316.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 0.60 | $168.00 |
| OP | OPERATIONS [B210] | 2.20 | $440.00 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 2.10 | $444.00 |
| RP | RETENTION OF PROF. [B160] | 6.40 | $1,511.00 |
| | | 247.60 | $48,356.50 |

## Expense Code Summary

| Auto Travel Expense [E109] | $297.20 |
|---|---|
| Working Mealsl [E1 | $3.09 |
| Conference Call [E105] | $1,167.62 |
| Delivery/Courier Service | $4,489.72 |

| | |
|---|---:|
| DHL- Worldwide Express | $4,618.55 |
| Federal Express [E108] | $1,396.32 |
| Fax Transmittal. [E104] | $1,102.00 |
| Working Meals[e111] | $174.83 |
| Pacer - Court Research | $20.44 |
| Postage [E108] | $1,643.45 |
| Reproduction Expense. [E101] | $23,339.75 |
| Research [E106] | $55.79 |
| Overtime | $188.07 |
| Transcript [E116] | $174.25 |

$38,671.08

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 1st day of April 2002, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

1.    **Notice of Filing of Fee Application; and**

2.    **Tenth Monthly Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from January Through January 31, 2002.**

David W. Carickhoff, Jr. (DE Bar No. 3715)

---

1  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
07 – Hand Delivery
09 – Federal Express


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Hand Delivery***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

***Hand Delivery***
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

***Hand Delivery***
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

***Hand Delivery***
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Hand Delivery***
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

***Hand Delivery***
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

***Federal Express***
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Federal Express*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Federal Express*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Federal Express*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*Federal Express*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and Travelers Indemnity Insurance Co.


Notice of Electronic Filing

The following transaction was received from Carickhoff, David W. entered on 4/1/2002 at 4:23 PM EST and filed on 4/1/2002

**Case Name:**          W.R. GRACE & CO. and Travelers Indemnity Insurance Co.
**Case Number:**      01-01139-JKF
**Document Number:** 1885

**Docket Text:**
Application for Interim Professional Compensation *Tenth Monthly Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from January 1, 2002 Through January 31, 2002* Filed by W.R. GRACE & CO.. Objections due by 4/22/2002. (Attachments: # (1) Notice # (2) Verification# (3) Exhibit A# (4) Affidavit of Service# (5) Service List) (Carickhoff, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-0] [ 548ab70315b217165cc073b5635dbcc6dcf457ff124f66af8c8a7ec127af3d756bb93f 654118cec7665cdfbd7eb0e7d909ed834debd27a69ba7dca497a058080]]
**Document description:**Notice
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-1] [ 50953f04d2533cdf4c578c063f9e32cac15f5be6d5efa0048c4a386d8be92886cce53d 05debd84ddb3a4e95dbd5af51ac9e7e287de8a1ca0a7e9380002b99885]]
**Document description:** Verification
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Verification.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-2] [ 0123f5719b61f6be15471173df1d29866334bbb64d8fa0baa35231b7d5bc8dab1756a7 49244c9f878b351b90979f63523d448340d779278df5df28e97d7e4202]]
**Document description:**Exhibit A
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-3] [ 5243613f37421a33ab34ea19991bb56a9400c0ba3385b63456ef1202adbb049d2fbe7e 43fbb66e73f3ed6f0acf9d681ad23e664917189aef8f7063b94bb5d260]]
**Document description:** Affidavit of Service
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Affidavit of Service.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-4] [
1075449c7014c3aea924c310cca0eff193d06cde88fc3c68800e44cbafd289d54f8a29
e7bf266c2b6eaeee91442e82754f77003b0f401328e045a75ea00122e2]]
**Document description:**Service List
**Original filename:**//Pszy1_de/data/EFileDocuments/Coram/4-1-02/RSL/PSZYJ Fee App/Service
List.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/1/2002] [FileNumber=559294-5] [
a243a79b2a22a76e5095a9f07db0f5e298d8225b6b6770db1343a1d82c49fefebbcae3
f86e550c23c567874b59e43cc5e64d06611d5abb128080784491a3547d]]

**01-01139-JKF Notice will be electronically mailed to:**

Noel C. Burnham    nburnham@mmwr.com, bankruptcy@mmwr.com;iwehbe@mmwr.com

David W. Carickhoff    dcarickhoff@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Mark S. Chehi    mchehi@skadden.com,
debank@skadden.com;sfeld@skadden.com;egaspari@skadden.com;danfried@skadden.com

William E. Chipman Jr.    bankruptcydel@gtlaw.com

Scott D. Cousins    bankruptcydel@gtlaw.com

Teresa K.D. Currier    currier@klettrooney.com, tercurrier@aol.com

Steven T. Davis    delbkr@obermayer.com,

Kristi J. Doughty    bk.service@aulgur.com,

Peter James Duhig    pduhig@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Robert L. Eisenbach    reisenbach@cooley.com,

Brett Fallon    bfallon@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

David Earl Flowers    david.flowers@state.mn.us,

James Donald Freeman    james.freeman2@usdoj.gov,
jerry.l.ellington@usdoj.gov;corrine.christen@usdoj.gov

Barbara Fruehauf    bfruehauf@cattiefruehauf.com,

Joseph Grey    jg@stevenslee.com

Kurt F. Gwynne    kgwynne@reedsmith.com,

William K. Harrington    reorg@duanemorris.com

Bruce E. Jameson    Bkrjameson@prickett.com

Laura Davis Jones    ljones@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Christopher J. Kayser    christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Steven K. Kortanek    skortanek@klehr.com

Michael R. Lastowski    reorg@duanemorris.com

Nicholas J. LePore    nlepore@schnader.com,

Neal J. Levitsky    nlevitsky@aol.com,

Christopher James Lhulier    clhulier@pszyj.com,
hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com;efile@pszyj.com

Joseph Walter Lind    jlind@sierrafunds.com

Kathleen P. Makowski    kmakowski@klettrooney.com

Kevin J Mangan    kmangan@walmon.com,

Christina M. Maycen    cmaycen@morrisjames.com

Katharine L. Mayer    kmayer@mccarter.com

Richard M. Meth    bankruptcy@herrick.com

Kathleen M. Miller    kmiller@skfdelaware.com, mcm@skfdelaware.com

Rick S. Miller    rmiller@ferryjoseph.com,

Mark Minuti    mminuti@saul.com

Francis J. Murphy    hdooley@wc.com,

Ricardo Palacio    rpalacio@ashby-geddes.com

Joel L. Perrell Jr.    jperrell@milesstockbridge.com,

Allison E. Reardon    bankruptcy@state.de.us

Frederick B. Rosner    frosner@cozen.com, amiles@cozen.com

{SystemName}

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?795033182983398

Patrick Scanlon    pjs@dol.net

Scott Andrew Shail    sashail@hhlaw.com,

Christopher S. Sontchi    csontchi@ashby-geddes.com

Deborah E. Spivack    rbgroup@rlf.com

William H. Sudell    wsudell@mnat.com

Brian A. Sullivan    baslaw@dca.net, baslaw2@dca.net

William David Sullivan    bankruptcyemail@elzufon.com

Theodore J. Tacconelli    ttacconelli@ferryjoseph.com,

Sanjay Thapar    sthapar@phks.com,

Jeffrey R. Waxman    jwaxman@klettrooney.com, jwaxman@klettrooney.com

Janet M. Weiss    jweiss@gibsondunn.com, shaghighi@gibsondunn.com

Thomas G. Whalen Jr.    tgw@stevenslee.com

John J. Winter    jwinter@harvpenn.com,

Matthew G. Zaleski III    cl@del.camlev.com,

## 01-01139-JKF Notice will not be electronically mailed to:

David Baddley
,

Scott Baena
,

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

John B. Ballard
,

David T. Biderman
180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Barbara Billet
Deputy Commissioner and Counsel

4/1/2002 4:22 PM

Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

William B. Butler

,

Marvin E. Clements

,

Myron Cunningham

,

James G. Damon

,

Michael S Davis
575 LExington Avenue
New York, NY 10022

Michael S Davis
575 Lexington Avenue
New York, NY 10022

Stephen Donato
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ 85004

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Alan Hamilton
Four Times Square
New York, NY 10036

Brian L. Hansen
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Margaret A. Holland
,

Allan H. Ickowitz
,

Richard Allen Keuler
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
rkeuler@reedsmith.com

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Rachel Lehr
,

Shelley K. Mack
,

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Keavin D. McDonald
1221 McKinney   ,
Suite 4550
Houston, TX 77010

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?795033182983398

Christopher Momjian
Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA 19107

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Gerald Murphy

,

NOT YET APPOINTED

,

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Martha E Romero
7743 S Painter Ave
Ste E
Whittier, CA 90602

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Steven Sacks

,

Andrew Shirley

,

Craig A. Slater
One HSBC Center
Suite 3550

4/1/2002 4:22 PM

{SystemName}    https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?795033182983398

Buffalo, NY 14203-2884

Richard Specter

,

Robert F. Stewart
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Richard Truly
P.O. Box 344
Fayette, MS 39069

Jeffrey T. Wegner
1650 Farnam Street
Omaha, NE 68102-2186

Elizabeth Weller
2323 Bryan Street, Suite 1720
Dallas, TX 75201

4/1/2002 4:22 PM

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

EXCESS POSTAGE

| | | |
|---|---|---|
| 01/17/02 | | 4.56 |
| 01/17/02 | | 0.57 |
| 01/30/02 | | 1.03 |
| | | $6.16 |

OTHER DELIVERY SERVICES

| | | |
|---|---|---|
| 01/14/02 | WALSH MOVERS INC. - Ship 87 boxes from Cambridge to WSQ for review | 470.00 |
| | | $470.00 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/04/02 | 1 copy | 0.12 |
| 01/07/02 | 1 copy | 0.12 |
| 01/07/02 | 6 copies | 0.72 |
| 01/09/02 | 4 copies | 0.48 |
| 01/09/02 | 6 copies | 0.72 |
| 01/09/02 | 58 copies | 6.96 |
| 01/10/02 | 1 copy | 0.12 |
| 01/10/02 | 1 copy | 0.12 |
| 01/10/02 | 12 copies | 1.44 |
| 01/10/02 | 8 copies | 0.96 |
| 01/10/02 | 29 copies | 3.48 |
| 01/11/02 | 4 copies | 0.48 |
| 01/11/02 | 72 copies | 8.64 |
| 01/11/02 | 5 copies | 0.60 |
| 01/16/02 | 1 copy | 0.12 |
| 01/16/02 | 3 copies | 0.36 |
| 01/28/02 | 3 copies | 0.36 |
| 01/30/02 | 2 copies | 0.24 |
| 01/30/02 | 2 copies | 0.24 |
| | | $26.28 |

TOTAL DISBURSEMENTS        $517.24

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/22/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $525.00 |
| 01/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $622.50 |
| 01/22/02 | MD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $562.50 |
| 01/23/02 | RAM | Read emails re: whether certain photos of Libby are in Winthrop Square (.1); conference with MTM re: same (.1). Telephone conference with in-house counsel re: fee application which is OK; also discuss Libby EPA status with in-house counsel. | 0.30 Hrs | $58.50 |
| 01/23/02 | MTM | Receipt and review of air sampling documents from Holme Roberts attorney (.2). Receipt and review of fax from in-house counsel re: 10 Libby photos (.2); review list of Lovick photos in Libby common exhibits re: same (.5); email to in-house counsel re: same (.2); conference with RAM and telephone call to in-house counsel re: same (.2). Respond to questions re: documents from temporary paralegals at Winthrop Square (.7). Review and respond to emails re: Lason coding and attempts to obtain final disks (.3). | 2.30 Hrs | $379.50 |
| 01/23/02 | ARA | Review training materials with temporary paralegal; answer questions of temporary paralegals re: guidelines for responsive documents (.9); conference with MTM re: same (.1). Oversee review of documents (1.3). | 2.30 Hrs | $172.50 |
| 01/23/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |
| 01/23/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $585.00 |
| 01/23/02 | BRH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $660.00 |
| 01/23/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $600.00 |
| 01/23/02 | RP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $637.50 |

**EXHIBIT C**

## VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966. Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.      I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Monthly Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Monthly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  March 12, 2002

Robert A. Murphy

Robert A. Murphy

50000.0/207093

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 15th day of March 2002, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

1.  Notice of Filing of Monthly Fee Application; and

2.  **Verified Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Fourth Monthly Interim Period from January 1, 2002 through January 31, 2002.**

David W. Carickhoff, Jr. (DE Bar No. 3715)

---

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:29016.30
03/15/02

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
06 – Hand Delivery
07 – Federal Express


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Federal Express*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Federal Express*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Federal Express*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*Federal Express*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Federal Express*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*Federal Express*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Federal Express*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Federal Express*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Content-Type: text/html
MIME-Version: 1.0
From: BKECFLIVEDB@deb.uscourts.gov
Bknn.cami,les@wzzerf.pddrs,.dban,k.tap-rxzyr@riraw@acdm,poinyeltia@nxxxme.lddif,felxaryjxsesphy.ernmi,1@all.zuifan
Message-Id: <523846@deb.uscourts.gov>
Subject: 01-01139-JKF

"Interim Professional Compensation (B)"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

Notice of Electronic Filing

The following transaction was received from Carickhoff, David W. entered on 3/15/2002 at 8:31 PM EST and filed on 3/15/2002

**Case Name:**      W.R. GRACE & CO. and Travelers Indemnity Insurance Co.
**Case Number:**    01-01139-JKF
**Document Number:** 1822

**Docket Text:**
Application for Interim Professional Compensation *[Verified Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Fourth Monthly Interim Period from January 1, 2002 through January 31, 2002]* Filed by W.R. GRACE & CO.. Objections due by 4/4/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Certificate of Service # (6) Service List) (Carickhoff, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-0]
[a208319200e8074d4661819a05d4eaf1dbe540e1d2c4ace50ad5b9261ab370c22b21d
27b379270299bb324b23ddeb322beb0dfb87c8f7ef662b0bc57a32ddf37]]
**Document description:**Notice
**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-1]
[7daa670f4074fbb2e9acb1440982488aa279e7dcdec3f8b1a3abaa878fa4d48282e2c
3e7aaafd9e53912a5a78e2e01504d6244bce437e7a037fa2ffa4597dcd7]]
**Document description:**Exhibit A
**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-2]
[82f37c6b3b547eb332879353d1681a9213b0e5e40a77ce984af5214453d9e491362da
5276e0a2906379486713054182a65310eb5236d9b269d4224e6666f155f]]

**Document description:**Exhibit B

**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Exhibit B.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-3]
[29c09f97c66821c21fa048f2c4ab27843690e6e2c988043af7219046f6bdb3b9aee86
c0fc1d50e991121105482f68effe848427a2004eb535cfce4704b33ce1f]]

**Document description:**Exhibit C

**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Exhibit C.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-4]
[814b3c637ae0445f4da6341e116bcdca96f8ab12b96aa9f44437a81988caef568a660
f2b005fccc8e6a97b20dceaca12ce7ce5c6ec1994fc07724cf41bd5d7b6]]

**Document description:**Certificate of Service

**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Certificate of Service.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-5]
[5052e68c83106d9daa61098f549ec6e5453585ebb5d590a4c0252cdcc3f42e7de54dc
b2caf52b4d3c22450ea56ccbfe556e7dbe735317820a87ea70976993676]]

**Document description:**Service List

**Original filename:**//Pszy1_de/data/EFileDocuments/W.R. Grace/3-15-02/DWC/Canser January Fee App/Service List.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=3/15/2002] [FileNumber=523844-6]
[1ac5a9e614a8da3a7310e8c396ff5098f5b808b17cf718bb4bafea49fcfe479bbf5d1
ec967263679f6a404937245d862858162d383d6f980094a2174200d8d42]]

## 01-01139-JKF Notice will be electronically mailed to:

Noel C. Burnham    nburnham@mmwr.com, bankruptcy@mmwr.com;iwehbe@mmwr.com

Michael G. Busenkell    mbusenkell@mnat.com, rfusco@mnat.com

David W. Carickhoff    dcarickhoff@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

William E. Chipman Jr.    bankruptcydel@gtlaw.com

Scott D. Cousins    bankruptcydel@gtlaw.com

Teresa K.D. Currier    currier@klettrooney.com, tercurrier@aol.com

Steven T. Davis    delbkr@obermayer.com,

Kristi J. Doughty    bk.service@aulgur.com,

Peter James Duhig    pduhig@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Robert L. Eisenbach    reisenbach@cooley.com,

Brett Fallon    bfallon@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

David Earl Flowers    david.flowers@state.mn.us,

James Donald Freeman    james.freeman2@usdoj.gov,
jerry.l.ellington@usdoj.gov;corrine.christen@usdoj.gov

Barbara Fruehauf    bfruehauf@cattiefruehauf.com,

Joseph Grey    jg@stevenslee.com

Kurt F. Gwynne    kgwynne@reedsmith.com,

William Kevin Harrington    reorg@duanemorris.com

Bruce E. Jameson    Bkrjameson@prickett.com

Laura Davis Jones    ljones@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Christopher J. Kayser    christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Steven K. Kortanek    skortanek@klehr.com

Michael R. Lastowski    reorg@duanemorris.com, rserrette@stroock.com

Nicholas J. LePore    nlepore@schnader.com,

Neal J. Levitsky    nlevitsky@aol.com,

Christopher James Lhulier    clhulier@pszyj.com,
hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com;efile@pszyj.com

Joseph Walter Lind    jlind@sierrafunds.com

Kathleen P. Makowski    kmakowski@klettrooney.com

Kevin J Mangan    kmangan@walmon.com,

Christina M. Maycen    cmaycen@morrisjames.com

Katharine L. Mayer    kmayer@mccarter.com

Richard M. Meth    rmeth@herrick.com, mstee@herrick.com

Kathleen M. Miller   kmiller@skfdelaware.com, mcm@skfdelaware.com

Rick S. Miller   rmiller@ferryjoseph.com,

Mark Minuti   mminuti@saul.com

Francis J. Murphy   hdooley@wc.com,

Ricardo Palacio   rpalacio@ashby-geddes.com

Joel L. Perrell Jr.   jperrell@milesstockbridge.com,

Allison E. Reardon   bankruptcy@state.de.us

Frederick B. Rosner   frosner@cozen.com, amiles@cozen.com

Patrick Scanlon   pjs@dol.net

Scott Andrew Shail   sashail@hhlaw.com,

Christopher S. Sontchi   csontchi@ashby-geddes.com

Deborah E. Spivack   rbgroup@rlf.com

William H. Sudell   wsudell@mnat.com

Brian A. Sullivan   baslaw@dca.net, baslaw2@dca.net

William David Sullivan   bankruptcyemail@elzufon.com

Theodore J. Tacconelli   ttacconelli@ferryjoseph.com,

Sanjay Thapar   sthapar@phks.com,

Jeffrey R. Waxman   jwaxman@klettrooney.com, jwaxman@klettrooney.com

Janet M. Weiss   jweiss@gibsondunn.com, shaghighi@gibsondunn.com

Thomas G. Whalen Jr.   tgw@stevenslee.com

John J. Winter   jwinter@harvpenn.com,

Matthew G. Zaleski III   cl@del.camlev.com,

**01-01139-JKF Notice will not be electronically mailed to:**

David Baddley

'

Scott Baena

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

John B. Ballard

David T. Biderman
180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

William B. Butler

Marvin E. Clements

Myron Cunningham

James G. Damon

Michael S Davis
575 LExington Avenue
New York, NY 10022

Michael S Davis
575 Lexington Avenue
New York, NY 10022

Stephen Donato
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

03/15/2002 8:38 PM

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ 85004

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Alan Hamilton
Four Times Square
New York, NY 10036

Margaret A. Holland

,

Allan H. Ickowitz

,

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Rachel Lehr

,

Shelley K. Mack

,

Thomas Moers Mayer
919 Third Avenue

New York, NY 10022

Keavin D. McDonald
1221 McKinney
Suite 4550
Houston, TX 77010

Christopher Momjian
Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA 19107

Gerald Murphy

,

NOT YET APPOINTED

,

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Martha E Romero
7743 S Painter Ave
Ste E
Whittier, CA 90602

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Steven Sacks

,

Andrew Shirley

,

Craig A. Slater
One HSBC Center
Suite 3550
Buffalo, NY 14203-2884

Richard Specter

,

Robert F. Stewart
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Richard Truly
P.O. Box 344
Fayette, MS 39069

Jeffrey T. Wegner
1650 Farnam Street
Omaha, NE 68102-2186

Elizabeth Weller
2323 Bryan Street, Suite 1720
Dallas, TX 75201

03/15/2002 8:38 PM