UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Due by: June 27, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Hilsoft Notifications |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Certificate of Counsel regarding the Application for Employment was filed on March 19, 2002 |
| Period for which compensation and Reimbursement is sought: | April 1, 2002 through April 30, 2002 |
| Amount of Compensation sought as actual, reasonably and necessary: | $15,735.00 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary: | $28.54 |

This is a:____X_____monthly_____Interim_____final Application

All prior requests for compensation and reimbursement of expenses were included in the fee applications of counsel to the PD Committee as a line item expense. During the month of March, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. According, the Applicant submits this statement.

\74817\15543\ # 570229 v 1