May 30, 2002

FILED

2002 MAY 31 AM 11: 2 1

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States Bankruptcy Court
District Of Delaware
824 Market Street
Marine Midland Plaza
Wilmington, DE 19801

Re:      WITHDRAW OF NOTICE OF APPEARANCE

To Clerk of the Court:

This letter is to Withdraw the Notice of Apperance. Please remove Amroc Investments, LLC from your mailing list for the following bankruptcy cases:

| | CONTACT NAME | DEBTOR NAME | DEBTOR CASE NO. |
|---|---|---|---|
| 1. | Bill Wong | ICG COMMUNICATIONS | 00-4238 |
| 2. | Bill Wong | W.R. GRACE & CO. | 01-01139 |

If you have any questions regarding the above or enclosed documentation, please contact me at 212-850-7577.

Very truly yours,

David S. Leinwand
Senior Vice President

Amroc Investments, LLC
535 Madison Avenue, 15th Floor, New York, N.Y. 10022 • Tel. 212 - 850 - 7500 • Fax 212 - 850 - 7598