**Exhibit B**

February Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #1870 under Case No. 01-01139. Also available upon request from Kirkland & Ellis or Pachulski, Stang, Ziehl, Young & Jones.