# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | James W Kapp | 1.70 | Review correspondence from S. Ahern re potential acquisition and telephone conference re same and prepare for same (.7); telephone conference with S. Ahern re potential acquisition and attend to issues re same (.6); review correspondence from M. Shelnitz re proposed acquisition and attend to issues re same and review credit agreement re same (.4). |
| 4/03/02 | James W Kapp | 3.00 | Review correspondence from S. Ahern re Project Ulysses and attend to issues re same (.5); telephone conference with S. Ahern re Project Ulysses (.2); telephone conference with P. Zilly re potential acquisition (.3); participate in telephone conference with R. Papa, S. Ahern, P. Zilly, R. Schinder, E. Edmund, M. Forman, A. Johnson re Project Ulysses and attend to issues re same (2.0). |
| 4/04/02 | James W Kapp | 1.40 | Review correspondence from S. Ahern re Project Ulysses (.1); telephone conference with S. Ahern re Project Ulysses, consider strategies re structuring the transaction and attend to issues re same (1.3). |
| 4/07/02 | James W Kapp | 0.10 | Telephone conference with M. Shelnitz re possible transaction and ordinary course consequences. |
| 4/08/02 | James W Kapp | 1.00 | Telephone conference with J. Forgach and M. Shelnitz re proposed ordinary course transaction (.3); telephone conference with S. Ahern, E. Edmund and K. Meyers re Project Ulysses (.7). |
| 4/15/02 | James W Kapp | 1.30 | Telephone conference with J. Forgach re negotiations of union contracts and attend to issues re same (.4); telephone conference with J. McFarland re DMA transaction and attend to issues re same (.9). |
| 4/16/02 | James W Kapp | 0.70 | Review correspondence re potential Darex transaction and attend to issues re same and telephone conference with S. Ahern re same and prepare correspondence re same (.5); review relevant sections of DMA agreement and attend to issues re same (.2). |
| 4/17/02 | James W Kapp | 0.10 | Review correspondence from S. Ahern re Darex transaction. |
| 4/30/02 | Christian J Lane | 0.50 | Attention to issues related to insurance coverage. |

## Matter 17 – Automatic Stay Matters/Relief Proceeding -- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | James W Kapp | 0.20 | Telephone conference with W. Sparks re potential motion for relief from stay and attend to issues re same. |
| 4/02/02 | Christian J Lane | 1.00 | Draft Kellogg response to motion for relief from automatic stay. |
| 4/03/02 | Christian J Lane | 2.50 | Revise response to motion for relief from automatic stay (2.1); telephone conference J. Posner re same (.1); telephone conference with M. Hunter re same (.1); attend to matters re response to Kellog automatic stay relief motion (.2). |
| 4/04/02 | James W Kapp | 2.80 | Attend to issues re strategies and response re Kellogg motion for relief from automatic stay (.3); review and revise supplemental filing in opposition to Kellogg motion and attend to issues re same (2.5). |
| 4/04/02 | Christian J Lane | 2.00 | Draft and revise response to Kellog motion (1.5); attend to matters re same (.5). |
| 4/04/02 | Christian J Lane | 0.60 | Telephone conference with CNA counsel re insurance issues (.3); attend to matters re same (.3). |
| 4/05/02 | Christian J Lane | 1.50 | Revise response to Kellogg motion. |
| 4/06/02 | Janet Baer | 0.30 | Review correspondence re A. Caccavale lawsuit and attend to matters relating to automatic stay. |
| 4/07/02 | James W Kapp | 1.00 | Review and revise Debtors' supplemental response to Kellogg motion. |
| 4/08/02 | Christian J Lane | 0.80 | Revise response to Kellogg motion. |
| 4/09/02 | Janet Baer | 0.80 | Review Caccavale Complaint and injunction re same. |
| 4/10/02 | James W Kapp | 2.50 | Review and revise Debtors' supplemental response in opposition to Kellogg's Motion to annul the automatic stay and attend to issues re same. |
| 4/10/02 | Janet Baer | 0.80 | Confer with clients re Caccavale lawsuit and issues re chapter 11 stay and injunction. |
| 4/11/02 | James W Kapp | 0.30 | Review supplemental filing in opposition to Kellogg's motion to amend the automatic stay and attend to issues re same. |
| 4/11/02 | Christian J Lane | 1.80 | Revise supplemental response to Kellogg motion for relief from stay. |
| 4/12/02 | James W Kapp | 0.20 | Telephone conference with P. Scanlon re response to Kellogg motion and telephone conference with D. Carickhoff re same. |
| 4/15/02 | James W Kapp | 0.50 | Review supplemental response to Kellogg motion re relief from the automatic stay and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/02 | James W Kapp | 0.30 | Attend to issues re supplemental response to Kellogg's automatic stay motion. |
| 4/19/02 | Janet Baer | 0.80 | Attend to matters re Caccavale matter and stay issues. |
| 4/23/02 | James W Kapp | 0.60 | Attend to issues re automatic stay and contract obligations re same. |
| 4/23/02 | Janet Baer | 0.30 | Assemble and briefly review materials re employee stay re Caccavale suit. |
| 4/25/02 | James W Kapp | 0.50 | Review Kellogg's motion for reconsideration and attend to issues re same (.4); review correspondence from D. Siegel re Kellogg motion for reconsideration and attend to issues re same (.1). |
| 4/25/02 | Christian J Lane | 1.50 | Attention to issues related to Kellogg motion to reconsider. |
| 4/26/02 | James W Kapp | 0.20 | Attend to issues re Kellogg's motion for reconsideration. |
| 4/29/02 | Janet Baer | 0.50 | Conference with counsel for CNA and J. Posner re various insurance issues. |
| 4/30/02 | James W Kapp | 0.20 | Attend to issues re Kellogg motion for resolution. |
| 4/30/02 | Janet Baer | 0.30 | Attend to matters re insurance issues. |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | Shirley A Pope | 7.40 | Review correspondence and file same (1.0); review collateral estoppel legal research and file same (1.0); prepare Grace informational brief and other documents for attorney review (.50); organize Fresenius and Sealed Air legal research (1.0); review docket for newly filed pleadings, download and file (1.90); update Concordance database with newly filed pleadings (2.0). |
| 4/01/02 | Sabrina M Mitchell | 0.70 | Update the motion status chart (.5); respond to request for bar date order (.2). |
| 4/02/02 | James W Kapp | 1.30 | Review pleadings and correspondence and attend to issues re same (.9); review motion status chart (.1); review dockets and attend to issues re same (.1); review articles pertaining to Chapter 11 cases (.2). |
| 4/02/02 | Shirley A Pope | 6.80 | Review vendor's statement and request check for payment (.80); review docket for newly filed pleadings, download and file same (1.5); review Fresenius and Sealed Air adversarial proceedings pleadings and file same (1.5); update Concordance database with newly filed pleadings (2.0); download and organize electronic versions of Fresenius and Sealed Air briefs on I drive at attorney request (.5); review correspondence and file same (.5). |
| 4/02/02 | Roger J Higgins | 0.30 | Review motion status chart and attend to matters related thereto. |
| 4/02/02 | Sabrina M Mitchell | 2.50 | Respond to request for Reaud response in National Union Adversary (.6); download and review Sprayregen affidavits for disclosure information (1.9). |
| 4/03/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.2); review docket and attend to issues re same (.1); review article re dual service accounting to be challenged in Delaware Chapter 11 cases (.2). |
| 4/03/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); update Concordance database with newly filed Sealed Air adversarial pleadings (1.0); review correspondence and file same (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/03/02 | Sabrina M Mitchell | 0.90 | Retrieve and duplicate case management order for attorney review (.1); respond to request for retention of experts motion and order (.4); update the case file index with new documents and prepare for inclusion into central files (.2); respond to request for Kinsella retention motion and order (.2). |
| 4/04/02 | James W Kapp | 0.60 | Review critical date list and attend to issues re same (.3); review pleadings and correspondence and distribute same and attend to issues re same (.3). |
| 4/04/02 | Shirley A Pope | 6.80 | Review docket for newly filed pleadings, download and file (1.0); update Concordance database with newly filed pleadings (1.0); retrieve and duplicate Chakarian pleadings requested by attorney (.50); review correspondence and file same (1.5); review plaintiffs' document requests re Official Committee of Asbestos Personal Injury and Property Damage Claims v. Sealed Air adversary proceedings (1.0); review legal research materials and file same (.80); revise and edit Concordance pleading database (1.0). |
| 4/04/02 | Sabrina M Mitchell | 0.50 | Download adversary docket (.2); respond to request for March 18, 2002, hearing transcript and attend to matter re the same (.3). |
| 4/05/02 | David M Bernick, P.C. | 1.00 | Preparation for and attend internal team case status meeting. |
| 4/05/02 | Michelle H Browdy | 0.70 | Prepare for and participate in K&E team case status meeting. |
| 4/05/02 | James W Kapp | 1.00 | Attend litigation status/strategies meeting and attend to issues re same. |
| 4/05/02 | Shirley A Pope | 7.50 | Review correspondence and file same (1.0); prepare for and attend internal K&E litigation strategy meeting (1.0); prepare and forward documents from adversarial proceeding 02-2210 (1.0); review docket for newly filed pleadings, download and file (1.0); update Concordance database with newly filed pleadings (1.0); revise case file indices (.5); file legal research materials (1.0); edit adversarial proceedings entries re Concordance database (1.0). |
| 4/05/02 | Andrew R Running | 0.90 | Participate in internal Kirkland meeting to review status of litigation projects. |
| 4/05/02 | Christopher B Sullivan | 0.80 | Prepare for and attend internal K&E team meeting. |
| 4/05/02 | Kellye L Fabian | 1.00 | Prepare for and attend internal team case status meeting. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/02 | Janet Baer | 1.20 | Prepare for and attend internal K&E meeting re case status, strategy. |
| 4/05/02 | Sabrina M Mitchell | 0.20 | Attend to matters re March 18, 2002 transcript (.1); search online docket for Sprayregen affidavit filing dates (.1). |
| 4/06/02 | Shirley A Pope | 2.00 | Search fraudulent conveyance documents produced in response to document requests re tax sharing and indemnification agreements at attorney request. |
| 4/07/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 4/08/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.3); review docket and attend to issues re same (.1). |
| 4/08/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.5); update Concordance pleadings database (.50). |
| 4/08/02 | Sabrina M Mitchell | 0.10 | Respond to request for verified complaint filed in National Union adversary. |
| 4/09/02 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with D. Siegel re status of the case (.5). |
| 4/09/02 | James W Kapp | 0.10 | Review pleadings and correspondence and attend to issues re same. |
| 4/09/02 | Shirley A Pope | 5.00 | Review correspondence (1.0); review docket for newly filed pleadings, download and file (1.5); update Concordance pleadings database (1.0); attend fee assessments matters (1.5). |
| 4/10/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same (.2); telephone conference with D. Siegel re correspondence of J. Preefer (.2). |
| 4/10/02 | Shirley A Pope | 3.30 | Review correspondence and file same (1.25); review docket for newly filed pleadings, download and file same (2.00). |
| 4/10/02 | Bertha Serrano | 0.50 | Review case management order. |
| 4/11/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/11/02 | Shirley A Pope | 8.50 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0); update Concordance pleadings database (1.5); review RJR Nabsico adversary proceeding docket sheet (.50); retrieve and duplicate class action complaints related to Zonolite claimants (Barbanti, Harris, Hunter, Lindholm, McMurchie, Price, Walsh) for attorney review (1.0); prepare documents re ZAI claimants and forward to Pachulski, Stang for filing (2.0); review Chakarian adversarial proceeding docket re preliminary injunction motions at attorney request (.50). |
| 4/11/02 | Sabrina M Mitchell | 1.40 | Search online docket for affidavit of disinterestedness (.4); prepare Sprayregen affidavit for filing with the court and prepare transmittal of the same to D. Carickhoff (.3); retrieve and copy proposed interim compensation order (.1); respond to request for adversary preliminary injunction motions and orders (.6). |
| 4/12/02 | Shirley A Pope | 7.00 | Review docket for newly filed pleadings, download and file same (1.5); review correspondence and file same (1.5); review ZAI claimants proof of claims and forward to local counsel for filing (1.0); retrieve and duplicate preliminary injunction motions and orders in the Chakarain adversary proceedings at attorney request (.5); review March 8, 2002, hearing transcript re order entered by Judge Farnan at attorney request (.5); revise Concordance pleading database (2.0). |
| 4/12/02 | Sabrina M Mitchell | 1.60 | Attend to matters re adversary preliminary injunction motion and orders (.5); respond to request for January 3, 2002, transcript (.1); retrieve and duplicate committee member list (.1); update the critical dates list (.9). |
| 4/15/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 4/15/02 | Shirley A Pope | 3.50 | Review correspondence (1.0); review docket for newly filed pleadings, download and file same (2.0); update Concordance pleading database (.5). |
| 4/15/02 | Sabrina M Mitchell | 0.40 | Update the critical dates list. |
| 4/15/02 | Seth B Kutnick | 2.00 | Prepare W.R Grace binder for attorney review (1.0); file pleadings (1.0). |
| 4/16/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.3); review motion status chart and attend to issues re same (.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/16/02 | Shirley A Pope | 4.80 | Review docket for newly filed pleadings, download and file same (2.0); revise and update Concordance pleadings database (1.80); review correspondence and file same (1.0). |
| 4/16/02 | Sabrina M Mitchell | 1.70 | Update the motion status chart (.7); search proof of claim spreadsheet for certain companies (.2); respond to request for Blackstone retention order (.3); retrieve board resolutions and transmit to E. Burns (.3); respond to request for Grace press releases (.2). |
| 4/17/02 | James W Kapp | 0.40 | Review docket and attend to issues re same (.1); review pleadings and correspondence and attend to issues re same (.3). |
| 4/17/02 | Shirley A Pope | 3.50 | Review correspondence and file same (1.0); arrange team meeting and inform by e-mail Grace team (.5); revise and update Concordance pleadings database (2.0). |
| 4/17/02 | Sabrina M Mitchell | 0.60 | Respond to request for motion to strike (.2); prepare folders for central files (.4). |
| 4/18/02 | James W Kapp | 0.90 | Participate in strategy telephone conference re class certification/proof of claims issues. |
| 4/18/02 | Shirley A Pope | 1.00 | Update Concordance database with newly filed pleadings. |
| 4/18/02 | Shirley A Pope | 5.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.0); edit Concordance pleadings database (1.0); review scientific articles relating to asbestos and update media indices (1.0); file legal research materials re Zonolite (1.0). |
| 4/18/02 | Sabrina M Mitchell | 0.50 | Attend to matters re Grace reorganization press releases (.3); transmit affidavit of P. Trooboff to M. Sprinkle (.2). |
| 4/19/02 | Michelle H Browdy | 0.50 | Prepare for and attend internal K&E team call. |
| 4/19/02 | Mark E Grummer | 0.30 | Participate in team conference call. |
| 4/19/02 | James W Kapp | 1.70 | Review pleadings and correspondence and attend to issues re same (.1); attend internal K&E litigation strategy meeting and attend to issues re same (1.6). |
| 4/19/02 | Scott A McMillin | 0.80 | Prepare for and participate in internal K&E litigation strategy meeting. |
| 4/19/02 | Shirley A Pope | 7.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0); prepare for and attend internal K&E litigation strategy meeting (1.0); retrieve, duplicate and organize ZAI supporting documents re chronology at attorney request (2.0); prepare Houlihan documents re witness preparation at attorney request (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/02 | Andrew R Running | 1.30 | Participate in internal Kirkland meeting to review the status of pending litigation assignments. |
| 4/19/02 | Christopher B Sullivan | 1.30 | Attend team meeting. |
| 4/19/02 | Kellye L Fabian | 0.80 | Prepare for and attend internal K&E team meeting. |
| 4/19/02 | Sabrina M Mitchell | 0.50 | Update motion status chart (.2); respond to request for motions re Zonolite adversary dismissal (.3). |
| 4/19/02 | Seth B Kutnick | 1.00 | Prepare documents for 4/22 hearing. |
| 4/21/02 | Shirley A Pope | 4.00 | Prepare chart re ZAI POC claimants at attorney request (.5); retrieve, duplicate correspondence re ZAI cases at attorney request (.5); prepare pleadings re adversary proceeding no. 01-08810 (1.0); search Concordance database re motions to lift automatic stay (Price, Kane, Smolkers) and duplicate pleadings at attorney request (1.0); update Concordance pleading database (1.0). |
| 4/22/02 | Shirley A Pope | 6.00 | Review correspondence and file same (1.0); review and file docket for newly filed pleadings, download and file same (1.5); update and revise Concordance pleading database (1.5); review and file expert materials (1.0); update file indices (1.0). |
| 4/23/02 | James W Kapp | 1.60 | Review pleadings and correspondence and distribute same and attend to issues re same (.7); review press release and telephone conference with B. Corcoran and D. Siegel re same (.7); review Bankruptcy Review article re motion to intervene (.1); review first quarter earnings release (.1). |
| 4/23/02 | Shirley A Pope | 6.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.5); update Concordance pleadings database (1.5); update file indices re media and scientific articles (1.0); update file indices re legal memoranda (1.0). |
| 4/23/02 | Sabrina M Mitchell | 0.70 | Attend to matters re case status (.2); prepare correspondence to Rust re proof of claim index (.1); update the case file index with new documents and prepare for inclusion into central files (.4). |
| 4/24/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 4/24/02 | Shirley A Pope | 2.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/02 | Sabrina M Mitchell | 1.10 | Assist with hearing transcript check request (.6); respond to request for orders re employee matters (.5). |
| 4/24/02 | Seth B Kutnick | 1.00 | Retrieve and duplicate selected documents from Abner production. |
| 4/25/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.3); review and revise critical date list (.2). |
| 4/25/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.0); update Concordance pleadings database (1.0). |
| 4/25/02 | Sabrina M Mitchell | 1.40 | Attend to matters re April 22, 2002, hearing transcript (.3); update order binders (1.1). |
| 4/25/02 | Seth B Kutnick | 7.00 | Retrieve and duplicate estimation documents from Abner production for expert view for attorney review. |
| 4/26/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 4/26/02 | Shirley A Pope | 6.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download same (1.0); review and organize pleadings re Concordance database entry (2.0); assist with filing and service by FedEx of Debtors' Notice of ZAI Claim Filings (2.0). |
| 4/29/02 | Shirley A Pope | 4.50 | Review correspondence and file same (1.50); review docket for newly flied pleadings and download (1.50); assist with A. Running with filing of the Notice of ZAI Claims (1.50). |
| 4/29/02 | Janet Baer | 0.40 | Attend to matters re 4/29 pleadings. |
| 4/30/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same (.2); review and revise motion status chart and attend to issues re same (.1). |
| 4/30/02 | Shirley A Pope | 6.80 | Review correspondence and file same (1.5); review docket for newly filed pleadings, download (2.0); enter pleadings on Concordance database (2.0); review legal research materials and file same (1.3). |
| 4/30/02 | Sabrina M Mitchell | 0.80 | Update motion status chart (.4); attend to matters re request for April 22, 2002, transcript (.4); retrieve and transmit Will & Emery affidavit to S. Cooke (.2). |

## Matter 21 – Claim Estimate, Objection and Resolution – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | Seth B Kutnick | 6.50 | Enter data into Montana employee database. |
| 4/02/02 | Christian J Lane | 0.80 | Telephone conference with J. McFarland re Rowe claims (.5); review correspondence re same (.3). |
| 4/02/02 | Janet Baer | 1.90 | Review PD Committee and UCC comments to bar date materials (.5); internal conference re bar date status and related matters (.5); conference with counsel for PI Committee re Bar Date materials for Judge Wolin (.3); conference with R. Finke re OCF claims issues (.3); conference with K. Kinsella re bar date plan status (.3). |
| 4/02/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/03/02 | Christian J Lane | 1.40 | Telephone conference J. McFarland, B. Meddler, local counsel re Rose settlement agreement (.9); telephone conference with J. McFarland (.3); attend to matters re open claims issues (.2). |
| 4/03/02 | Janet Baer | 2.00 | Review PI committee draft motion on record re PI bar date, review docket and conference with PI Committee counsel re same (1.5); review comments by PD Committee to bar date plan (.5). |
| 4/03/02 | Janet Baer | 0.20 | Review draft Owens Corning proof of claim. |
| 4/03/02 | Sabrina M Mitchell | 1.00 | Update the proof of claims spreadsheet and include the same into central files. |
| 4/03/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/04/02 | Shirley A Pope | 1.00 | Edit Montana employee database. |
| 4/04/02 | Janet Baer | 4.00 | Further review PD Committee comments to bar date materials and revise same (.5); review hearing transcript and notes re outstanding issues (.5); conference with J. Sackalo re status of bar date plan and PD proof of claims (.3); revise PD proof of claim (1.0); review UC Committee comments on bar date materials and revise same (1.0); conference with K. Kinsella re revisions to notice plan (.4); review revised bar date notices (.3). |
| 4/04/02 | Seth B Kutnick | 6.00 | Enter data in Montana employee database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/02 | Janet Baer | 3.30 | Conference with K. Kinsella re revised notices for bar date plan (.3); review and revise same (.3); conference with J. Sackalo re revisions to bar date notices, plan and PD proof of claims (several times) (.5); further revise same (1.); review 3-18 transcript re litigation and settlement issues for proof of claims form (1.0); review correspondence re ZAI claims (.2). |
| 4/05/02 | Seth B Kutnick | 7.00 | Enter data in Montana employee database. |
| 4/06/02 | Janet Baer | 0.80 | Review Rust draft on proof of claims processing. |
| 4/08/02 | Janet Baer | 1.10 | Conference with K. Kinsella re publication notice plan timing and related matters (.4); conference with A. Krieger re status of bar date matters (.3); conference with J. Freeman re ZAI status (.2); conference with A. Krieger re same (.2). |
| 4/08/02 | Janet Baer | 0.30 | Review motion re record on PI committee bar date matters and order. |
| 4/08/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/09/02 | James W Kapp | 0.10 | Telephone conference with S. Ahern re case management order. |
| 4/09/02 | Janet Baer | 3.30 | Conference with J. Sakalo re revised bar date materials and outstanding issues (.3); conference with K. Kinsella (several times) re same (1.); assemble final bar date package for filing and make final revisions to same (1.5); review revised bar date notices re Hilsee comments and conference with K. Kinsella re same (.5). |
| 4/09/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/10/02 | Janet Baer | 1.50 | Review revised bar date notices and conference with J. Sakalo re same (.4); review revised PD proof of claim form, revise and conference with K. Hughes re same (.5); review draft ZAI claim form (.3); review in Bankruptcy Code claims rules (.3). |
| 4/10/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/11/02 | James W Kapp | 0.50 | Review Debtors' motion filing certain ZAI claims and attend to issues re same. |
| 4/11/02 | Janet Baer | 2.70 | Conference with K. Kinsella several times re final bar date notice plan (.5); conference with Delaware counsel re coordinating bar date filings (.3); final revisions to bar date order (.4); attend to issues re ZAI proof of claim form (.5); final review, assembly and preparation of transmittals re bar date materials (1.0). |
| 4/11/02 | Seth B Kutnick | 6.00 | Enter data into Montana employee database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/02 | James W Kapp | 0.40 | Attend to issues re revisions to proof of claim form and filing of same. |
| 4/12/02 | Andrew R Running | 3.00 | Revise ZAI claim filings based on client and other comments (2.2); attend to matters re claim filing arrangements (.8). |
| 4/12/02 | Janet Baer | 3.50 | Conference with R. Finke re comments to PD proof of claim (.4); conference with Rust Consulting (several times) re same (.6); prepare transmittal of bar date package materials for filing and further review and revise same (2.5). |
| 4/12/02 | Seth B Kutnick | 6.00 | Enter data into Montana employee database. |
| 4/15/02 | Janet Baer | 1.10 | Follow up on bar date claims material for 4/22 hearing (.3); follow up on business issues re Kinsella bar date program (.3); preparation of transmittals re same (.5). |
| 4/15/02 | Seth B Kutnick | 5.00 | Enter data into Montana employee database. |
| 4/16/02 | Janet Baer | 1.00 | Attend to matters re bar date hearing and related matters (.5); prepare correspondence to consultants re same (.5). |
| 4/17/02 | Janet Baer | 5.20 | Conference with F. Zaremby re Rust/BMC meeting on bar date and related matters (.3); review draft status report from Canadian counsel (.3); conference with Canadian counsel re same (.3); circulate information about meeting on bar date and related status (.5); review correspondence re bar date notice plan (.3); attend to matters re same (.5); prepare letter to the Court re PD committee objections to notice plan, revise same and conference with K. Kinsella re same (3.0). |
| 4/18/02 | James W Kapp | 0.60 | Telephone conference with D. Siegel re Zonolite response to Bernick correspondence and attend to issues re same. |
| 4/18/02 | Janet Baer | 6.40 | Attend to matters re Claims bar date hearing and outstanding issues re same (.5); revise letter to court re recent PD Committee issues on bar date plan (.3); conference with RR Donnelly representatives re status of bar date and related issues (1.0); conference with D. Siegel re status of bar dateand ZAI matters (.3); prepare chronology and review and assemble back up documentation for hearing on bar date (4.3). |
| 4/18/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/19/02 | James W Kapp | 1.10 | Review applicable authority governing ability of debtor to file proofs of claim and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/02 | Janet Baer | 6.70 | Attend to matters in preparation for 4/22 hearing on bar date and related matters (1.5); revise and supplement chronology re same (1.5); assemble hearing materials (2.0); review ZAI letter on claims approach (.2); participate in meeting re hearing preparation, discovery, ZAI class issues and related matters (1.5). |
| 4/19/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/21/02 | Janet Baer | 1.50 | Review various materials in preparation for hearing on bar date matters. |
| 4/22/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/23/02 | James W Kapp | 0.20 | Attend to issues re proofs of claim and distribution of claims to relevant entities. |
| 4/23/02 | Janet Baer | 4.70 | Conference with various parties re results of bar date hearing and issues re ZAI claims approach (.5); conference with D. Siegel re issues from bar date hearing and related matters (.3); conference with F. Zaremby re same (.2); review materials in preparation for meeting on bar date implementation (.8); participate in conferences re notice of bar date, 800 # protocol, website and related matters (2.); review materials for transmittal on final bar date and followup re same (1.4). |
| 4/23/02 | Sabrina M Mitchell | 0.70 | Participate in telephone conference re proof of claims and bar date. |
| 4/23/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |
| 4/24/02 | James W Kapp | 0.10 | Address issues re bar claim notice. |
| 4/24/02 | Janet Baer | 3.60 | Final review of changes and transmittals re bar date materials (1.5); conference with A. Running re ZAI order and notice on claims (.3); attend to matters re bar date notices and claims process (1.0); follow up on website issues (.3); review draft ZAI notice and order and confer re same (.5). |
| 4/24/02 | Sabrina M Mitchell | 0.90 | Update the proof of claim spreadsheet and include the same into central files. |
| 4/24/02 | Seth B Kutnick | 6.00 | Enter data into Montana employee database. |
| 4/25/02 | Janet Baer | 1.80 | Attend to matters re bar date and ZAI order (1.0); review draft bar date package and revise same (.8). |
| 4/25/02 | Seth B Kutnick | 2.00 | Enter data into Montana employee database. |
| 4/26/02 | James W Kapp | 0.10 | Review correspondence from D. Siegel re proof of claim forms and attend to matters re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/02 | Andrew R Running | 0.50 | Review property damage claimants notice information (.3); review property damage bar date order (.2). |
| 4/26/02 | Janet Baer | 2.00 | Review draft website materials and K&E phone protocol (.7); prepare transmittal and discuss with parties re same (.3); attend to various matters re bar date, website and related matters (1.). |
| 4/26/02 | Seth B Kutnick | 4.00 | Enter data into Montana employee database. |
| 4/29/02 | Janet Baer | 2.60 | Attend to matters re bar date and notification plan (.5); conference with K. Kinsella and review website, telephone and claims protocol drafts (.8); participate in status meeting re bar date process (1.0); further conference re environmental notice issues (.3). |
| 4/29/02 | Seth B Kutnick | 5.00 | Enter data into Montana employee database. |
| 4/30/02 | Janet Baer | 0.80 | Follow up on bar date issues (.5); conference with K. Kinsella re same (.3). |
| 4/30/02 | Seth B Kutnick | 7.00 | Enter data into Montana employee database. |

## Matter 22 – Contested Matters/Adversary Proceedings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | David M Bernick, P.C. | 0.80 | Revise fraudulent conveyance proceedings intervention pleadings. |
| 4/01/02 | Michelle H Browdy | 2.80 | Revise/edit fraudulent conveyance proceedings intervention pleadings. |
| 4/01/02 | Christian J Lane | 1.50 | Research re issues in National Union adversary proceeding. |
| 4/01/02 | Scott A McMillin | 6.20 | Review and revise motion to intervene in fraudulent conveyance proceedings and related pleadings (3.5); internal conferences re same (.8); conferences with client and local counsel re same (.4); review and revise Sealed Air and Fresenius factual outlines (1.5). |
| 4/01/02 | Andrew R Running | 1.30 | Review M. Corn materials forwarded by Reed Smith. |
| 4/01/02 | Roger J Higgins | 0.50 | Attend to matters re intervention in adversary proceedings. |
| 4/02/02 | Timothy S Hardy | 0.50 | Review and circulate ASTM Program; telephone conference with D. Kuchinsky re ATSDR letter. |
| 4/02/02 | James W Kapp | 2.80 | Attend to matters re answers of Fresenius and Sealed Air to adversary complaint and distribute same (.1); review correspondence re Maryland Casualty request to be heard re Gerard motion to clarify scope of injunction (.1); attend to issues re response to National Union objection to preliminary injunction motion (1.9); review Reaurd Morgan answer to complaint and attend to issues re same (.4); review order vacating Gerard decision and distribute same and attend to issues re same (.3). |
| 4/02/02 | Christian J Lane | 1.20 | Attention to issues related to National Union Adversary Proceeding (.3); review response of RMQ to National Union's counterclaim (.5); telephone conference with RMQ attorney re same (.4). |
| 4/02/02 | Scott A McMillin | 0.90 | Work on document production issues (.5); attend to issues re defense of fraudulent transfer claims (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | Andrew R Running | 3.80 | Review correspondence from D. Cameron re ZAI litigation (.3); participate in telephone conference with D. Cameron and R. Finke re ZAI litigation schedule (.8); revise draft ZAI schedule (.4); draft correspondence to W. Sparks re MK-3 and High-Temperature Cement factual investigation (.9); attend to issues re ZAI litigation (.2); telephone conversation with W. Sparks re witness interviews (.3); draft letter to T. Sobel and D. Scott re ZAI litigation proposals (.7); draft correspondence to R. Finke, J. Restivo and others re same (.2). |
| 4/03/02 | Michelle H Browdy | 2.60 | Meeting with Fresenius counsel re fraudulent conveyance allegations. |
| 4/03/02 | Timothy S Hardy | 0.50 | Edit Science Outline. |
| 4/03/02 | James W Kapp | 0.60 | Review Sealed Air motion to join motion to intervene in adversary proceedings (.1); address issues re retention of particular expert (.2); attend to issues re potential drawdown on letter of credit and potential injunction (.3). |
| 4/03/02 | Christian J Lane | 6.20 | Attend to matters re National Union counter claim issues (.2); draft, research and response reply to National Union counterclaim (6.0) |
| 4/03/02 | Scott A McMillin | 2.00 | Prepare for and participate in joint defense meeting with Fresenius counsel. |
| 4/03/02 | Janet Baer | 0.30 | Attend to issues re CNA settlement payouts. |
| 4/04/02 | David M Bernick, P.C. | 0.90 | Review S. Baena document production request (.3); revise letter re DAI litigation (.3) conduct telephone conference with D. Siegel re Milberg Weiss (.3). |
| 4/04/02 | Michelle H Browdy | 1.10 | Attend to matters concerning plaintiff's document production request re fraudulent conveyance issues (.7); follow up on factual issues for fraudulent conveyance claims, including questions on Zonolite (.4). |
| 4/04/02 | James W Kapp | 0.10 | Review discovery notice on Sealed Air and distribute same. |
| 4/04/02 | Christian J Lane | 9.80 | Attend to matters re National Union counterclaim issues (1.3); draft response to National Union counterclaim (7.5); telephone conference with J. Hughes re same (.5); telephone conference with National Union counsel re same (.3); telephone conference with local counsel re same (.1). |
| 4/04/02 | Christian J Lane | 0.20 | Telephone conference with client re MCNIC settlement. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/04/02 | Andrew R Running | 0.70 | Attend to matters re ZAI schedule (.2); telephone conference with D. Cameron re same (.1); draft correspondence to R. Finke and W. Sparks re ZAI issues (.4). |
| 4/04/02 | Christopher B Sullivan | 1.40 | Attend to matters re knowledge of ZAI liability (.2); research same (1.0); telephone calls with W. Sparks re same (.2). |
| 4/04/02 | Kellye L Fabian | 3.00 | Review fraudulent transfer materials and research potential grounds for lawsuit. |
| 4/05/02 | James W Kapp | 4.90 | Review and revise Debtors' reply to answer to motion for preliminary injunction and TRO and attend to issues re same (4.7); review order re Court appointed advisor and distribute same (.2). |
| 4/05/02 | Christian J Lane | 3.00 | Revise response to National Union counter claim (1.6); attend to matters re same (.8); research re National Union counter claim issues (.6). |
| 4/05/02 | Elli Leibenstein | 0.50 | Attend to matters re estimation (.2); analyze estimation issues (.3). |
| 4/05/02 | Andrew R Running | 3.80 | Telephone conference with D. Bernick, D. Cameron and R. Finke re ZAI schedule (.5); revise letter to ZAI claimants' counsel (.8); telephone conference with D. Cameron re same (.2); review analysis of Libby jurisdictional issues and attend to matters re same (2.3). |
| 4/05/02 | Christopher B Sullivan | 0.50 | Telephone conference with W. Sparks re report of ZAI liability (.5). |
| 4/06/02 | Christian J Lane | 5.50 | Research re National Union counter claim issues and revise response. |
| 4/07/02 | James W Kapp | 5.00 | Review Personal Injury Committee motion to correct court order re transferring personal injury claims and distribute same (.2); review and revise reply to National Union's opposition to preliminary injunction motion and attend to issues re same (4.0); review and revise response to National Union's counterclaims (.8). |
| 4/07/02 | Christian J Lane | 7.50 | Research re National Union counter claims and revise response. |
| 4/07/02 | Kellye L Fabian | 6.00 | Research and draft memorandum re collateral estoppel, appellate process of fraudulent transfer cases, and potential for lawsuits. |
| 4/08/02 | Michelle H Browdy | 1.80 | Follow up on legal research issues re fraudulent transfer litigation (.7); prepare for fact witness meeting on fraudulent transfer (.8). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/08/02 | James W Kapp | 5.10 | Respond to D. Carickhoff correspondence re fraudulent conveyance pre-trial conference and attend to issues re same (.2); attend to issues re preparation of response to National Union opposition to TRO and review and revise same (3.3); review and revise response to National Union counterclaims and attend to issues re same (1.6). |
| 4/08/02 | Christian J Lane | 8.00 | Revise National Union counter claim response (4.5); research re same (2.); discuss response with client and attend to matters re same (1.5). |
| 4/08/02 | Elli Leibenstein | 1.80 | Attend to matters re estimation (.4); analyze historical estimations (1.4). |
| 4/08/02 | Andrew R Running | 0.80 | Review National Union complaint and counterclaim adversary case and comment on draft response. |
| 4/08/02 | Andrew R Running | 2.20 | Telephone interview of P. Korenberg (1.6); telephone conference with W. Sparks re Korenberg interview (.1); telephone conference with G. Bragg, R. Finke and D. Cameron re expert issues (.3); follow-up telephone conversation with G. Bragg re same (.2). |
| 4/08/02 | Christopher B Sullivan | 0.20 | Telephone conference with W. Sparks re board reports on ZAI. |
| 4/08/02 | Kellye L Fabian | 0.50 | Attend to matters re research and memorandum re fraudulent transfer legal issues. |
| 4/08/02 | Janet Baer | 1.00 | Respond to numerous inquiries re Gulf Pacific settlement (.5); prepare response memo re same (.5). |
| 4/09/02 | Timothy S Hardy | 1.30 | Review scheduling letter (.3); review memo re MSHA (.2); review memo re suing EPA (.3); review draft letter to EPA (.2); telephone conference with D. Kuchinsky, R. Finke re same (.3). |
| 4/09/02 | James W Kapp | 6.90 | Review correspondence to T. Sobol and D. Scott re ZAI claim proposal (.1); review and revise reply to opposition to preliminary injunction motion and attend to issues re same (6.8). |
| 4/09/02 | Christian J Lane | 6.90 | Telephone conference with J. Hughes re National Union counter claim issue (.1) research re same (2.0); revise response to National Union counter claim (4.8). |
| 4/09/02 | Elli Leibenstein | 0.70 | Telephone conference with F. Dunbar re estimation (.2); attend to matters re estimation (.2); review document requests (.3). |