| Date | Name | Hours | Description |
|---|---|---|---|
| 4/09/02 | Shirley A Pope | 2.00 | Retrieve and duplicate pleadings and legal research related to the Fresenius and Sealed Air adversarial proceedings for attorney review. |
| 4/09/02 | Christopher B Sullivan | 1.80 | Review of ZAI documents re knowledge prior to Fresnius and Sealed Air transactions (1.5); telephone conference with W. Sparks re same (.3). |
| 4/09/02 | Janet Baer | 0.30 | Follow up on Gulf Pacific and Caccavale matters. |
| 4/10/02 | Michelle H Browdy | 2.80 | Telephone conference with R. Beber and F. Zaremby re fraudulent conveyance litigation request for production responses and witness disclosures, and follow up. |
| 4/10/02 | Michelle H Browdy | 2.70 | Work on list of witnesses responsive to 4/15 scheduling order disclosure and draft order of proof for 9/30 trial re fraudulent conveyance claims. |
| 4/10/02 | Michelle H Browdy | 1.30 | Work on draft response to request to production re fraudulent conveyance claims. |
| 4/10/02 | James W Kapp | 1.60 | Review and revise reply to opposition to preliminary injunction and attend to issues re same. |
| 4/10/02 | Christian J Lane | 5.30 | Review and revise response to National Union counter claims (3.5); attend to various issues related to National Union adversary proceeding (1.8). |
| 4/10/02 | Elli Leibenstein | 0.50 | Analyze data report (.2); telephone conference with F. Dunbar re estimation (.3). |
| 4/10/02 | Andrew R Running | 5.50 | Telephone conferences with W. Sparks and J. McDougall re next week's witness interviews (.4); telephone conference with G. Bragg, D. Cameron and J. Hughes re expert preparation (.8); follow-up telephone conference with G. Bragg re same (.3); review ZAI pleadings and prepare ZAI claim filing (3.8); telephone conference with D. Cameron re same (.2). |
| 4/10/02 | Christopher B Sullivan | 1.20 | Draft/edit summaries of ZAI witness interviews. |
| 4/11/02 | Michelle H Browdy | 1.60 | Follow up on 4/15 witness disclosure issues re 9/30 fraudulent conveyance trial. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/11/02 | James W Kapp | 3.50 | Review and revise plaintiff's answer to defendant's counterclaim and attend to issues re same (.8); review and revise reply to opposition to motion for preliminary injunction and attend to issues re same (1.5); telephone conference with K. McDonald re National Union adversary proceeding and attend to issues re same (.2); telephone conference with J. Hughes re National Union adversary proceeding and attend to issues re same (.7); review Personal Injury Committee response to motion to intervene and distribute same (.3). |
| 4/11/02 | Christian J Lane | 5.70 | Revise response to National Union counter claims and attend to matters related thereto. |
| 4/11/02 | Elli Leibenstein | 3.30 | Review fact outline (2.8); review fraudulent conveyance complaint (.5). |
| 4/11/02 | Andrew R Running | 4.30 | Complete first draft of ZAI claim filing (3.6); review and comment on draft response to National Union counterclaim response (.6); attend to matters re same (.1). |
| 4/12/02 | David M Bernick, P.C. | 1.60 | Telephone conference with D. Siegel re fraudulent conveyance litigation (.5); conduct telephone conference with E. Wolforth re fraudulent conveyance litigation (.3); consider fraudulent claims litigation strategy for issues (.8). |
| 4/12/02 | Michelle H Browdy | 3.10 | Work on witness disclosure and order of proof issues re 9/30 fraudulent conveyance trial, including coordinate with joint defendants. |
| 4/12/02 | Michelle H Browdy | 1.80 | Follow up on factual issues re fraudulent conveyance trial, including telephone conference with D. Siegel on ZAI issues (1.2); work on KPMG/Asbestos issues re fraudulent conveyance trial (.6). |
| 4/12/02 | Timothy S Hardy | 1.50 | Edit Science Outline. |
| 4/12/02 | James W Kapp | 5.10 | Review and revise response to opposition to preliminary injunction and attend to issues and strategies re same (3.9); review and revise answer and counterclaim and attend to issues re filing (1.2). |
| 4/12/02 | Christian J Lane | 4.00 | Revise response to National Union counter claims. |
| 4/12/02 | Elli Leibenstein | 2.60 | Attend to matters re Fresenius fraudulent conveyance proceedings (.6); review Sealed Air outline (1.8). |
| 4/12/02 | Shirley A Pope | 1.00 | Prepare and fax key pleadings and orders (adversary proceeding 2-2210) to PriceWaterhouseCoopers. |
| 4/12/02 | Andrew R Running | 0.80 | Write memorandum re MK-3 air dispersion modeling. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/02 | Christopher B Sullivan | 1.00 | Telephone conference with J. Bentz re outline of ZAI factual story (.2); telephone conferences with D. Cameron re ZAI document scan project (.3); telephone conferences with M. Murphy re same (.2); telephone conferences with R. Finke re same (.3). |
| 4/12/02 | Janet Baer | 0.50 | Follow up on Montana Vermiculite matters with several parties. |
| 4/13/02 | Michelle H Browdy | 3.80 | Work on reply brief re Grace intervention on fraudulent conveyance (1.1); work on WRG document request response on fraudulent conveyance (2.7). |
| 4/13/02 | Michelle H Browdy | 0.80 | Revise witness disclosures for Grace and other fraudulent conveyance trial defendants. |
| 4/13/02 | Timothy S Hardy | 2.30 | Edit Science Outline. |
| 4/13/02 | Elli Leibenstein | 4.00 | Review estimation documents re Fresenius and Sealed Air transactions. |
| 4/14/02 | Michelle H Browdy | 5.90 | Draft WRG document request response re fraudulent conveyance (4.8); attend to matters re KPMG/PW asbestos estimation methodology re fraudulent conv eyance (1.1). |
| 4/14/02 | Elli Leibenstein | 1.80 | Attend to matters re KPMG/PW asbestos estimation methodology (1.0); review materials re same (.8). |
| 4/15/02 | Michelle H Browdy | 2.20 | Meeting with R. Beber on witness issues, 4/15 disclosure and follow up (re fraudulent conveyance trials). |
| 4/15/02 | Timothy S Hardy | 2.20 | Edit Science Outline. |
| 4/15/02 | James W Kapp | 0.50 | Review correspondence from J. McFarland re National Union adversary proceeding and attend to issues re same (.2); telephone conference with J. Hughes re National Union adversary proceeding (.2); review Sealed Air interim disclosures and distribute same (.1). |
| 4/15/02 | Elli Leibenstein | 2.30 | Review key documents re estimation (1.5); review outlines re estimation (.5); attend to matters re same (.3). |
| 4/15/02 | Scott A McMillin | 7.80 | Review and analyze oppositions to motion to intervene (2.0); outline and draft reply brief in support of motion to intervene (3.5); review document requests and subpoenas to ARPC (1.0); attend to matters re same (.3); conference with F. Zaremby re document requests (.4); work on defense of fraudulent transfer claims (.6). |
| 4/15/02 | Shirley A Pope | 4.00 | Retrieve, duplicate and organize supporting documents re Fresenius legal research memoranda. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/15/02 | Kellye L Fabian | 1.00 | Research intervention law and whether Grace can intervene in fraudulent transfer actions as an interested party. |
| 4/16/02 | Michelle H Browdy | 2.30 | Work on fact witness issues re fraudulent conveyance trial (1.0); meet with W. Sparks on same (1.0); meet with F. Zaremby re document issues (.3). |
| 4/16/02 | James W Kapp | 1.00 | Telephone conferences with M. Hunter and J. McFarland re National Union adversary proceeding and strategies re same and attend to issues re same (.8); telephone conference with K. McDonald re National Union adversary proceeding (.2). |
| 4/16/02 | Elli Leibenstein | 2.50 | Telephone conference with F. Dunbar re Fresenius (.4); conference with M. Browdy re projects (.3); review PWC memoranda (.3); review documents from outline re estimation (1.5). |
| 4/16/02 | Scott A McMillin | 8.40 | Review and revise responses to document requests (.7); conferences with F. Zaremby and R. Finke re same (.4); internal conferences re defense of fraudulent transfer claims (1.0); conference with V. Finkelstein re Acton lawsuit (.3); conferences with J. Hughes re CNA insurance lawsuit (.2); conference with W. Sparks re Zonolite claims (1.0); research and draft reply brief in support of motion to intervene (4.6); attend to matters re same (.2). |
| 4/16/02 | Shirley A Pope | 3.00 | Retrieve, duplicate and organize supporting documents re Sealed Air legal research memoranda at attorney request. |
| 4/16/02 | Andrew R Running | 0.80 | Review revised science outline (.4); prepare for next day's witness interviews (.4). |
| 4/16/02 | Kellye L Fabian | 7.00 | Research case law re methods intervention in proceedings under the federal rules. |
| 4/16/02 | Janet Baer | 1.40 | Review correspondence on Gulf Pacific matter (.3); review new complaint re Pennock v. Maryland Casualty (.3); conference with counsel for Maryland re same (.3); follow up re CNA settlement payments issues (.2); prepare follow up re Gulf Pacific matter (.3). |
| 4/16/02 | Seth B Kutnick | 8.50 | Retrieve, duplicate and organize supporting documents for Sealed Air legal research memoranda. |
| 4/17/02 | David M Bernick, P.C. | 1.00 | Review response to Grace's motion to intervene. |
| 4/17/02 | Timothy S Hardy | 0.50 | Review G. Bragg Modeling (.3); review Libby articles (.2). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/17/02 | James W Kapp | 2.30 | Participate in telephone conference with B. Tarola, D. Siegel, J. McFarland and J. Hughes re strategies re TRO/preliminary injunction and attend to issues re same (.8); telephone conferences with M. Davis and K. McDonald re National Union TRO (.5); review and revise modified order re National Union preliminary injunction and attend to issues re same (.9); review discovery order re fraudulent conveyance proceedings (.1). |
| 4/17/02 | Christian J Lane | 2.00 | Attention to issues related to National Union matter (1.2); draft agreed order (.8). |
| 4/17/02 | Elli Leibenstein | 4.60 | Telephone conference with D. Rourke re estimation (.3); review WLRK documents (1.5); review key documents (1.0); draft charts for D. Rourke (.8); prepare for meeting with D. Rourke (1.0). |
| 4/17/02 | Scott A McMillin | 7.30 | Research and draft reply in support of motion to intervene (6.0); attend to matters re same (.8); conferences with client re document production, collateral litigation (.5). |
| 4/17/02 | Shirley A Pope | 5.50 | Retrieve, duplicate and organize supporting documents re Sealed Air legal research memoranda (2.0); cite check Grace's reply to Asbestos PI Claimants' response to motion to intervene (3.5). |
| 4/17/02 | Andrew R Running | 7.20 | Participate in interview of J. McDougal with W. Sparks and J. Bentz (5.1); participate in meeting with W. Sparks, J. Bentz and J. Hamilton (.9); participate in meeting with W. Sparks, C. Sullivan and J. Bentz re ZAI document and witness issues (.7); conference with W. Sparks re next day's interview (.2); prepare for next day's interview (.3). |
| 4/17/02 | Christopher B Sullivan | 4.30 | Telephone conference with M. Murphy re ZAI document production (.5); telephone conferences with R. Finke re same (.3); interview of J. McDougal re knowledge of Zonolite products (2.5); meet with J. Bentz and A. Running re fact outline of Zonolite product (.5); meet with W. Sparks re ZAI document production (.5). |
| 4/17/02 | Kellye L Fabian | 3.00 | Research intervention by party in interest and draft memorandum re same. |
| 4/17/02 | Seth B Kutnick | 7.50 | Retrieve, duplicate, and organize supporting documents for Sealed Air legal research memoranda. |
| 4/18/02 | David M Bernick, P.C. | 2.10 | Telephone conference with D. Siegel re telephone conference with D. Rosenbloom (.5); revise intervention brief (.8); review Curd article (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/02 | James W Kapp | 3.90 | Review March 18, 2002, transcript re class certification/test group issues (1.2); telephone conferences with K. McDonald re First National adversary proceeding (.3); review and revise modified injunction order (.3); review orders dismissing Zonolite and Medical Monitoring adversary proceedings and attend to issues re same (.3); telephone conference with M. Davis re National Union claim and attend to issues re same (.5); review J. McFarland's comments to National Union order and attend to issues re same and incorporate other counsel's comments to the order (.6); review statute and case law re ability for Debtor to file claims on behalf of creditors and time period for doing so (.7). |
| 4/18/02 | Christian J Lane | 2.90 | Attention to issues related to National Union matter (1.6); revise agreed order (1.3). |
| 4/18/02 | Elli Leibenstein | 1.20 | Review key Rourke documents (1.0); telephone conference with D. Rourke re meeting (.2). |
| 4/18/02 | Scott A McMillin | 8.60 | Review document requests and draft responses (4.00); conferences with client re same (1.20); review Zonolite documents (0.40); analyze subpoena to ARPC and draft objections (2.20); conference with M. Sasson re joinder in motion to intervene and draft proposed language re same (0.40); conference with L. Ellberger re fraudulent transfer case (0.40). |
| 4/18/02 | Andrew R Running | 5.30 | Review E. Perrine documents in preparation for his interview (.6); participate in meeting with E. Perrine and W. Sparks (3.1); attend to matters re ZAI claim filings (.5); telephone conference with D. Bernick re hearing preparations (.5); begin review of March 18, 2002, hearing transcript (.6). |
| 4/18/02 | Christopher B Sullivan | 3.10 | Meet with W. Sparks re ZAI document production (.2); telephone conferences with W. Sparks, M. Murphy and B. Murphy re same (.5); telephone conferences with R. Finke re same (.2); meet with W. Sparks re interview of B. Walsh (.2); interview of Eugene Perine (2.0). |
| 4/18/02 | Janet Baer | 0.50 | Conference with V. Finkelstein re Gulf Pacific matter (.3); conference with G. Furst (Gulf Pacific) re same (.2). |
| 4/19/02 | James W Kapp | 0.50 | Attend to issues re National Union adversary proceeding (.3); review correspondence from T. Sobol and D. Scott re ZAI litigation and attend to issues re same (.2). |
| 4/19/02 | Christian J Lane | 1.80 | Attention to finalizing agreement resolving National Union matter. |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/02 | Elli Leibenstein | 0.50 | Review materials re estimation. |
| 4/19/02 | Scott A McMillin | 7.00 | Revise reply brief in support of motion to intervene and prepare for filing (2.0); attend to matters re same (.2); draft objections to ARPC subpoena (1.2); conference with D. Rourke re same (.2); revise responses to document requests (2.0); conferences with client re same (.6); attend to matters re same (.3); conference with E. Decristofaro re CNA lawsuit (.3); atttend to matters re Price lawsuit (.2). |
| 4/19/02 | Shirley A Pope | 1.00 | Review docket re adversary proceeding 02-02013 (RJR Nabisco) at attorney request (.5); update Concordance pleading database (.5). |
| 4/19/02 | Andrew R Running | 1.00 | Complete review of March 18th hearing transcript (.9); exchange e-mail messages with A. Kreiger re ZAI issues (.1). |
| 4/19/02 | Christopher B Sullivan | 1.00 | Telephone conferences with A. Trevelise and S. Haynes re ZAI document production (.7); conference with R. Finke and W. Sparks re same (.2). |
| 4/19/02 | Kellye L Fabian | 0.80 | Research case law re sufficieney of class certification. |
| 4/19/02 | Janet Baer | 0.50 | Review U.S. Trustee's Statement re record issues (.2); conference with clients re Bettacchi case issues (.3). |
| 4/20/02 | Elli Leibenstein | 3.20 | Review materials on KPMG estimation for Rourke meeting. |
| 4/21/02 | Michelle H Browdy | 0.80 | Prepare for 4/22 meetings with Houlihan Lokey & Bill Weitzel re fraudulent conveyance claims. |
| 4/21/02 | Timothy S Hardy | 0.80 | Review Browne and Hodgson Risk Assessments. |
| 4/21/02 | Elli Leibenstein | 2.30 | Review ARPC production (.3); outline issues for meeting with D. Rourke (1.0); review chronology of D. Rourke documents (1.0). |
| 4/21/02 | Scott A McMillin | 3.40 | Review Houlihan Lokey documents and prepare for meeting with K. Collins (3.2); attend to matters re response to document production requests (.2). |
| 4/22/02 | Michelle H Browdy | 8.90 | Review/edit draft document responses re fraudulent litigation due 4/22, and follow up with Beber and McMillin on same (2.4); meeting with K. Collins of Houlihan Lokey re fraudulent transfer litigation, and preparation (2.8); meeting with W. Weitzel re fraudulent transfer litigation, preparation and follow up (3.8). |
| 4/22/02 | Timothy S Hardy | 0.50 | Review OSHA Short Fibers memo; telephone conference with D. Kuchinsky re same; telephone conference with G. Marsh re 3/26 call. |
| 4/22/02 | Elli Leibenstein | 8.00 | Review documents for meeting with D. Rourke. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/22/02 | Scott A McMillin | 8.40 | Prepare for and meet with K. Collins re Houlihan Lokey solvency opinion (5.2); draft memorandum re same (.5); revise responses to document requests (2.0); attend to matters re same (.3); conferences with client re same (.4). |
| 4/22/02 | Shirley A Pope | 1.00 | Review docket for newly filed adversary proceeding number 2-2210 (.50); update adversary proceedings pleadings indices (.50). |
| 4/22/02 | Christopher B Sullivan | 0.20 | Telephone conference with R. Finke re ZAI production (.1); telephone conferences with W. Sparks re same (.1). |
| 4/23/02 | Michelle H Browdy | 2.10 | Revise/edit written response to plaintiff document request in fraudulent conveyance (.8); review/analyze plaintiff identification of fact witnesses re fraudulent conveyance, and telephone conference with R. Beber and D. Siegel, and additional follow up on same (.9); follow up on items from 4/22 meeting with W. Weitzel (.4). |
| 4/23/02 | James W Kapp | 0.40 | Telephone conference with M. Davis re National Union stipulation and attend to issues re same (.2); telephone conference with K. McDonald re same (.2). |
| 4/23/02 | Christian J Lane | 3.20 | Prepare for and participate in telephone conference with client re Acton Massachusetts litigation (1.8); follow up on issues raised in phone conference re Acton (1.4). |
| 4/23/02 | Elli Leibenstein | 8.20 | Conference with D. Rourke re estimations (6.5); prepare for meeting with D. Rourke (.5); outline projects for D. Rourke (1.2). |
| 4/23/02 | Scott A McMillin | 8.00 | Review and revise responses to document requests (2.0); review and revise responses to ARPC subpoena (1.0); conference with D. Rourke and E. Liebenstein re same (.2); draft memorandum re K. Collins interview (2.2); review K. Collins articles (.5); attend to matters re potential motion to compel (.4); conference with client re document production (.3); conference with A. Aizley re responses to document requests (.2); conference with A. Nagy, V. Finkelstein and L. Levine re strategy for Acton lawsuit (1.2). |
| 4/23/02 | Shirley A Pope | 0.50 | Prepare request to library re fraudulent conveyance articles at attorney request. |
| 4/23/02 | Andrew R Running | 2.50 | Telephone conference with W. Sparks re expert invoices (.1); review Libby epidemiological studies and expansion plant industrial hygiene data (2.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/02 | Christopher B Sullivan | 1.20 | Telephone conference with J. Restivo re ZAI document production (.8); attend to matters re same (.3); conference with R. Finke and W. Sparks re same (.1). |
| 4/23/02 | Kellye L Fabian | 0.50 | Attend to matters re research of privileged documents in response to document requests from plaintiffs in fraudulent transfer cases. |
| 4/23/02 | Janet Baer | 0.30 | Conference with CNA re new Maryland/CNA suit. |
| 4/24/02 | Michelle H Browdy | 0.60 | Edit objections to ARPC subpoena re fraudulent conveyance documents. |
| 4/24/02 | Michelle H Browdy | 2.10 | Draft response to proposed special counsel budget re fraudulent conveyance claims. |
| 4/24/02 | Timothy S Hardy | 0.50 | Telephone conference with D. Kuchinsky re EPA and review newly published vermiculite studies. |
| 4/24/02 | James W Kapp | 1.40 | Attend to strategy issues re class certification arising from April 22, 2002 hearing (.2); attend to issues re First National preliminary injunction and Alabama protocol (.6); attend to issues re retention of experts (.1); attend to issues re Gerard motion for relief from injunction and subsequent lawsuits filed against insurance companies and review correspondence re same (.3); review correspondence to Judge Wolin re special counsel proposal and attend to issues re same (.2). |
| 4/24/02 | Christian J Lane | 2.50 | Respond to commercial committee issues related to National Union settlement. |
| 4/24/02 | Elli Leibenstein | 0.40 | Attend to matters re ARPC production (.2); attend to matters re experts (.2). |
| 4/24/02 | Scott A McMillin | 3.50 | Draft memorandum re interview of K. Collins (.8); review and revise response to ARPC subpoena (1.5); internal conferences re same (.3); work on ALS billing issue (.3); conferences with client re document gathering (.3); internal conferences re meeting with Walsh (.3). |
| 4/24/02 | Shirley A Pope | 1.00 | Retrieve and duplicate legal memoranda re Fresenius and Sealed Air transactions. |
| 4/24/02 | Andrew R Running | 3.50 | Attend to matters re April 22nd hearing (.2); draft proposed ZAI scheduling order and notice of Section 501(c) claim filings (2.3); attend to matters re same (.2); revise the draft order and notice and forward to client for comments (.6); attend to S. Pope re filing arrangements (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/02 | Christopher B Sullivan | 1.10 | Telephone conference with W. Sparks re ZAI production (.1); telephone conferences with R. Finke and W. Sparks re same (.5); review document review process by J. Restho (.5). |
| 4/24/02 | Janet Baer | 2.30 | Attend to matters re new suit against Maryland and CNA (1.2); complete Canadian status report (.6); attend to matters re Gulf Pacific and prepare transmittals re same (.5). |
| 4/25/02 | Michelle H Browdy | 0.50 | Follow up on issues re fraudulent conveyance litigation. |
| 4/25/02 | Elli Leibenstein | 0.70 | Telephone conference with F. Dunbar re estimation (.2); attend to matters re estimation documents (.5). |
| 4/25/02 | Scott A McMillin | 4.00 | Review documents selected by plaintiffs for inclusion in database (2.5); review Cahill asbestos memorandum (1.0); work on ALS billing issue (.2); attend to matters re document production (.3). |
| 4/25/02 | Shirley A Pope | 4.50 | Retrieve selected documents from the Abner production at attorney request (2.5); organize same for expert review (2.0). |
| 4/25/02 | Andrew R Running | 0.80 | Telephone conferences with R. Finke re draft ZAI order (.5); revise same (.3). |
| 4/25/02 | Janet Baer | 1.30 | Review 3-18 transcript re Gerard matter and effect on new Maryland/CNA Complaint in Montana (.8); draft various correspondence re same (.5). |
| 4/26/02 | David M Bernick, P.C. | 1.00 | Review proposed order in Grace and attend to matters re same (.5); attend to matters re Maryland Casualty and reviewing new complaint (.5). |
| 4/26/02 | Michelle H Browdy | 1.30 | Initial meeting and conference on document production issue re fraudulent conveyances and follow up with R. Beber and D. Siegel on potential response. |
| 4/26/02 | Timothy S Hardy | 1.20 | Telephone conference with G. Marsh, L. Flatley, D. Kuchinsky re Libby studies; send more articles to Dr. Marsh; post mortem with D. Kuchinsky. |
| 4/26/02 | Elli Leibenstein | 0.60 | Attend to matters re D. Rourke (.2); review binders re estimation (.4). |
| 4/26/02 | Scott A McMillin | 4.50 | Review Sealed Air document request responses (1.0); work on document production issues (1.5); conferences with Millberg Weiss re same (1.0); conferences with client re same (.4); attend to matters re same (.6). |
| 4/26/02 | Shirley A Pope | 1.50 | Organize additional Abner production documents for expert review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/02 | Andrew R Running | 0.60 | Attend to matters re draft ZAI order (.1); revise same (.1); attend to matters re filing and service arrangements (.2); telephone conference with D. Carickhoff re same (.1); review e-mails from D. Cameron and W. Sparks re ZAI order (.1). |
| 4/26/02 | Janet Baer | 3.40 | Prepare notice pleading re Pennock v. Maryland Casualty matter, revise same and prepare transmittal re same (2.5); conference with Continental Casualty's counsel re Pennock matter and discussions with Maryland Casualty (.4); attend to matters re Pennock case (.5). |
| 4/26/02 | Seth B Kutnick | 3.50 | Retrieve and duplicate Estimation Documents from Abner production. |
| 4/27/02 | Timothy S Hardy | 0.40 | Review draft brief opposing NPL listing. |
| 4/28/02 | Elli Leibenstein | 0.60 | Review binders for D. Rourke. |
| 4/28/02 | Kellye L Fabian | 2.00 | Research whether production of privileged documents under protective order waives attorney-client privilege or attorney work product, for fraudulent transfer cases. |
| 4/29/02 | Michelle H Browdy | 1.20 | Follow up on document production issues re fraudulent conveyance litigation, including telephone conferences with R. Beber and F. Zaremby, and initiate follow up meet and conference with Milberg Weiss. |
| 4/29/02 | Timothy S Hardy | 0.30 | Telephone conference with D. Kuchinsky and S. McGuire re Dr. Marsh. |
| 4/29/02 | Elli Leibenstein | 0.20 | Telephone conference with D. Rourke re estimation. |
| 4/29/02 | Scott A McMillin | 8.40 | Research re waiver of work product protection (5.2); attend to matters re same (.4); conferences with client re document production (.8); attend to matters re document production (.4); review B. Walsh deposition transcript (1.6). |
| 4/29/02 | Shirley A Pope | 4.00 | Prepare memo re Abner production documents retrieved for expert review (1.0); revise index to Abner documents forwarded for expert review at attorney's instructions (1.0); prepare Abner documents and forward by FedEx to expert (2.0). |
| 4/29/02 | Andrew R Running | 0.40 | Review GSA specifications and other materials re historic use of MK-3. |
| 4/29/02 | Christopher B Sullivan | 1.80 | Prepare and review materials in preparation for B. Walsh interview (1.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/02 | Kellye L Fabian | 4.30 | Research whether production of privileged documents under protective order waives the privilege (3.0); telephone conference with R. Beber re privilege issues in fraudulent transfer cases re reserve analyses (.8); attend to matters re research of privilege issues and waiver re reserve analyses in fraudulent transfer cases (.5). |
| 4/29/02 | Janet Baer | 0.90 | Finalize pleading re Pennock/Gerard matter and transmit same for filing (.5); review Continental filing re same and confer with CNA re same (.4). |
| 4/29/02 | Seth B Kutnick | 2.00 | Copy check Estimation Documents for expert review at Attorney's request. |
| 4/30/02 | Michelle H Browdy | 1.10 | Prepare for and meet and conference with Milberg Weiss re document production for fraudulent conveyance trial. |
| 4/30/02 | James W Kapp | 0.30 | Review objections to Gerard's motion to clarify stay and attend to issues re same. |
| 4/30/02 | Scott A McMillin | 7.80 | Prepare for R. Walsh interview (1.0); review R. Walsh deposition transcript (3.0); attend to matters re R. Walsh interview (.5); legal research re privilege of reserve analysis (2.3); conference with Millberg Weiss re document production (.5); internal conferences and conferences with client re same (.5). |
| 4/30/02 | Shirley A Pope | 1.00 | Bates number Grace insurance documents for production to committees. |
| 4/30/02 | Andrew R Running | 1.20 | Review transcript of April 22, 2002 hearing before Judge Fitzgerald. |
| 4/30/02 | Christopher B Sullivan | 4.00 | Prepare notebook and materials for B. Walsh interview (1.5); review transcripts and documents for same (2.5) |
| 4/30/02 | Janet Baer | 0.50 | Review Maryland pleading re Gerard matter (.3); conference with Continental's counsel re same (.2). |

A-31

## Matter 24 – Creditors/Noteholders Committee – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | James W Kapp | 0.40 | Telephone conference with M. Zaleski re outstanding issues and attend to same. |
| 4/10/02 | Christian J Lane | 0.30 | Attend to confidentiality agreement issues. |
| 4/10/02 | Janet Baer | 0.90 | Conference with creditors' committee and counsel for Gulf Pacific re rejection damage claim. |
| 4/12/02 | James W Kapp | 0.30 | Review A. Krieger correspondence re new committee proposal and respond to same. |
| 4/12/02 | Christian J Lane | 0.80 | Attention to confidentiality agreement issues. |
| 4/16/02 | James W Kapp | 0.30 | Review correspondence from A. Krieger re formation of new malignant committee and telephone conference with D. Siegel re same (.2); telephone conference with A. Krieger re new committee proposal and attend to issues re same (.1). |
| 4/17/02 | James W Kapp | 1.50 | Telephone conferences with D. Siegel re inquiries from Commercial Committee re formation of additional committee (.7); review correspondence from E. Meyer re additional committee (.3); telephone conferences with A. Krieger re same (.4); review D. Siegel correspondence re malignancy committee (.1). |
| 4/18/02 | James W Kapp | 0.50 | Telephone conference with A. Krieger re proposal for separate committee (.2); review correspondence from A. Krieger re creation of new committee and attend to issues re same (.3). |
| 4/19/02 | James W Kapp | 0.40 | Telephone conference with A. Krieger re National Union adversary and attend to issues re same. |
| 4/24/02 | James W Kapp | 0.80 | Telephone conferences with A. Krieger re National Union and other outstanding issues. |
| 4/25/02 | James W Kapp | 0.40 | Review correspondence from A. Krieger re National Union stipulation and attend to issues re same. |

## Matter 25 – Creditors/Shareholders Inquiries – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | Andrew R Running | 0.20 | Telephone conversation with J. Hughes re USG inquiries. |
| 4/03/02 | James W Kapp | 0.50 | Review correspondence from J. Nagy re insurance policies and attend to issues re same. |
| 4/04/02 | James W Kapp | 0.40 | Telephone conference with J. Novatney re status of Chapter 11 cases. |
| 4/05/02 | Janet Baer | 0.30 | Conference with Zaleski re revising record re PI documents before J. Wolin. |
| 4/11/02 | James W Kapp | 0.70 | Telephone conference with K. Butler re status of chapter 11 cases (.5); telephone conference with L. Miller re USM proceedings (.2). |
| 4/17/02 | James W Kapp | 0.30 | Review correspondence from P. Spielman re tax appeals and attend to issues re same (.1); telephone conference with J. Preefer re April 1, 2002, correspondence and review same (.2). |
| 4/18/02 | James W Kapp | 0.10 | Telephone conference with J. Novotney re status of chapter 11 cases. |
| 4/19/02 | James W Kapp | 0.30 | Respond to correspondence of D. Rosenbloom re status of adversary proceedings (.1); telephone conference with J. Novatney re status of chapter 11 cases (.2). |
| 4/25/02 | James W Kapp | 0.20 | Telephone conference with creditors re status of chapter 11 cases. |
| 4/26/02 | James W Kapp | 0.20 | Telephone conference with K. James re proof of claim bar date. |

A-33

## Matter 27 – Employee Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | Roger J Higgins | 2.30 | Revise revised compensation programs motion. |
| 4/02/02 | James W Kapp | 0.40 | Attend to issues re motion to approve revised employment compensation programs. |
| 4/02/02 | Roger J Higgins | 1.80 | Revise revised compensation programs motion. |
| 4/03/02 | James W Kapp | 1.90 | Review and revise motion to implement revised compensation programs and attend to issues re same. |
| 4/03/02 | Roger J Higgins | 1.30 | Revise revised compensation programs motion (1.0); telephone conference with D. Blechman re same (.3). |
| 4/04/02 | James W Kapp | 0.20 | Attend to B. McGowan's revisions to motion seeking to approve revised employment compensation programs. |
| 4/04/02 | Roger J Higgins | 0.80 | Telephone conference with B. McGowan re revised compensation programs motion (.5); attend to matters re same (.3). |
| 4/05/02 | James W Kapp | 0.50 | Telephone conference with B. McGowan re employment compensation programs (.2); telephone conference with M. Shelnitz and J. Forgach re stay compensation programs (.3). |
| 4/08/02 | James W Kapp | 0.90 | Telephone conference with B. McGowan re proposed changes to certain employment agreements and review correspondence re same (.6); telephone conference with P. Zilly re amendments to certain employment agreements (.3). |
| 4/08/02 | Roger J Higgins | 0.30 | Attend to matters re revised compensation programs. |
| 4/09/02 | James W Kapp | 0.10 | Attend to issues re motion for revised employment programs and communication to committees re same (.1). |
| 4/10/02 | James W Kapp | 1.00 | Telephone conference with B. Weitzel and B. McGowan re revisions to certain employee programs and employees. |
| 4/12/02 | James W Kapp | 0.30 | Attend to issues re negotiating collective bargaining agreements. |
| 4/12/02 | Roger J Higgins | 0.30 | Revise compensation programs motion. |
| 4/18/02 | James W Kapp | 0.40 | Telephone conference with B. McGowan re modified employee compensation program motion and attend to issues re same. |
| 4/24/02 | James W Kapp | 1.30 | Telephone conference with J. Forgach re certain employee plans and attend to issues re same and review relevant pleadings re same, including wage motions and orders. |

A-34

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/26/02 | James W Kapp | 0.10 | Telephone conference with J. Forgach re ability to fund certain employee obligations under the applicable wage orders and attend to issues re same. |
| 4/29/02 | James W Kapp | 0.60 | Telephone conference with J. Forgach re particular employee programs and review applicable orders re same. |

A-35

## Matter 28 – Environmental Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/04/02 | Lauren Mitchell-Dawson | 0.50 | Attend to matters re EPA's formal proposal that Libby be made an NPL site. |
| 4/02/02 | Mark E Grummer | 3.70 | Continue legal research and begin drafting memorandum re legal bases to challenge possible Environmental Protection Agency determination re existence of public health emergency due to Libby attic insulation (2.7); attend to matters re same (.2); prepare internal memorandum summarizing key results of research to date (.8). |
| 4/02/02 | Janet Baer | 0.30 | Confer with D. Siegel and W. Corcoran re EPA/Remedium issues (.30). |
| 4/03/02 | Mark E Grummer | 9.20 | Continue research and drafting of memorandum re legal bases to challenge public health emergency determination by EPA or Libby attic fill. |
| 4/04/02 | Mark E Grummer | 6.90 | Attend to matters re results of research related to potential challenge to Environmental Protection Agency public health emergency determination re Libby attic fill (.5); finalize research and drafting of memorandum re same (6.4). |
| 4/04/02 | Timothy S Hardy | 0.30 | Telephone conference with D. Kuchinsky re EPA status. |
| 4/04/02 | Steven M Wellner | 1.00 | Review and revise memorandum re Libby asbestos liability. |
| 4/05/02 | David M Bernick, P.C. | 1.90 | Draft internal correspondence re EPA litigation (.8); attend to matters re same (.8); attend to matters re schedule for DAI litigation (.3). |
| 4/05/02 | Mark E Grummer | 3.80 | Review D. Bernick correspondence evaluating issues re filing suit to challenge possible Environmental Protection Agency public health emergency determination re Libby attic fill and prepare response to issues raised by same (.9); attend to matters re same (.2); review W. Corcoran email re same and prepare response to same (1.1); exchange further correspondence with W. Corcoran and A. Running re same (.3); evaluate issues raised by all participants (.7). prepare internal memorandum re same (.6). |
| 4/10/02 | Timothy S Hardy | 0.30 | Edit letter to EPA (.2); telephone conference with D. Kuchinsky re same (.1). |
| 4/10/02 | Janet Baer | 0.20 | Review memo on former facilities for status of issues. |

A-36

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/11/02 | Mark E Grummer | 1.00 | Draft internal correspondence re claims arising issue and need to prepare further response to client re same (.4); perform legal research re same (.3); review letter to Environmental Protection Agency Administrator re Libby attic fill (.3). |
| 4/12/02 | Mark E Grummer | 0.90 | Review Grace letter to Environmental Protection Agency Administrator re Libby (.2); research re issue of when claims arise under CERCLA for bankruptcy purposes (.7). |
| 4/18/02 | Mark E Grummer | 1.00 | Legal research re legal test re time of arising of a claim for environmental cleanup. |
| 4/19/02 | Mark E Grummer | 1.80 | Perform case law research re time of environmental claim arising for bankruptcy discharge purposes. |
| 4/22/02 | Mark E Grummer | 0.20 | Review recent materials re Libby. |
| 4/23/02 | Timothy S Hardy | 1.80 | Draft letter to EPA re 1%. |
| 4/26/02 | Mark E Grummer | 0.20 | Begin review of claims arising cases for purposes of evaluating nature and extent of notice to be given by Grace to current owners of former Grace facilities and others potentially holding environmental claims. |
| 4/27/02 | Mark E Grummer | 1.70 | Continue legal research and review of claims arising cases for purposes of advising Grace of extent of notice. |
| 4/28/02 | Mark E Grummer | 2.20 | Continue legal research and review of claims arising cases. |
| 4/29/02 | Mark E Grummer | 1.90 | Continue legal research and review of claims arising cases (1.1); attend to matters re same (.4); telephone conference with L. Duff re results of research and guidelines re extent of notice (.5). |
| 4/29/02 | Janet Baer | 1.00 | Confer with L. Duff re environmental issues/fair contemplation/discovery of claims and other issues and attend to matters re same. |
| 4/30/02 | Mark E Grummer | 0.10 | Review and make notes of L. Duff email re guidelines for extent of notice to potential environmental creditors. |

A-37

### Matter 29 – File, Docket, Calendar Maintenance – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/02 | Bertha Serrano | 1.00 | Review and organize e-file notifications (.5); receive, review, and distribute incoming pleadings and correspondence (.5). |
| 4/01/02 | Sabrina M Mitchell | 2.30 | Review the online dockets and distribute (.4); identify new pleadings using the court's website and include the same into central files (1.9). |
| 4/02/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 4/03/02 | Bertha Serrano | 0.80 | Receive and review incoming e-file notifications (.5); review and distribute incoming pleadings and correspondence (.3). |
| 4/03/02 | Sabrina M Mitchell | 2.40 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.1). |
| 4/04/02 | Bertha Serrano | 0.90 | Review incoming e-file notifications (.6); review and distribute incoming documents (.3). |
| 4/04/02 | Sabrina M Mitchell | 0.20 | Review online dockets and distribute. |
| 4/05/02 | Sabrina M Mitchell | 0.20 | Review the online dockets and distribute. |
| 4/08/02 | Bertha Serrano | 2.20 | Receive, review, and organize incoming e-file notifications (.8); update critical dates list (.8); receive and review incoming pleadings (.5); distribute same (.1). |
| 4/08/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 4/09/02 | Bertha Serrano | 1.60 | Receive, review and organize incoming e-file notifications (.7); update critical dates list (.5); receive, review, and distribute incoming pleadings (.4). |
| 4/09/02 | Sabrina M Mitchell | 0.20 | Review online dockets and distribute. |
| 4/10/02 | Bertha Serrano | 2.00 | Update critical dates list re same (1.5); receive, review, and organize incoming e-file notifications (.5). |
| 4/10/02 | Sabrina M Mitchell | 2.90 | Review the online dockets and distribute (.4); identify new pleadings using the court's website and include the same into central files (2.2); update the case file index with new documents and prepare for inclusion into central files (.3). |
| 4/11/02 | Sabrina M Mitchell | 0.70 | Review the online dockets and distribute (.4); organize grace pleadings (.3). |
| 4/12/02 | Bertha Serrano | 1.20 | Attend to matters re critical dates list (.2); update same (.5); receive and review incoming e-file notifications (.5). |
| 4/12/02 | Sabrina M Mitchell | 2.00 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (1.7). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/15/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 4/16/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 4/17/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 4/18/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 4/19/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 4/22/02 | Bertha Serrano | 0.50 | Receive and review e-file notifications. |
| 4/22/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 4/23/02 | Sabrina M Mitchell | 3.00 | Review the online dockets and distribute (.5); identify new pleadings using the court's website and include the same into central files (2.5). |
| 4/24/02 | Bertha Serrano | 3.30 | Organize voicemail box setup re bar date and proofs of claim (.8); draft voicemail greeting (.5); attend to matters re message maintenance (.4); prepare check request for 4/22/02 transcripts (.3); receive, review, and organize e-file notifications (.7); update critical dates list (.6). |
| 4/24/02 | Sabrina M Mitchell | 1.20 | Review the online dockets and distribute (.4); identify new pleadings using the court's website and include the same into central files (.8). |
| 4/25/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 4/26/02 | Bertha Serrano | 0.80 | Receive and review all incoming e-file notifications. |
| 4/29/02 | Bertha Serrano | 1.50 | Review e-file notifications (1.0); update critical dates list (.5). |
| 4/29/02 | Sabrina M Mitchell | 1.40 | Review dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (1.1). |
| 4/30/02 | Bertha Serrano | 0.50 | Review and distribute incoming documents re central files. |
| 4/30/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |