### Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/09/02 | James W Kapp | 0.80 | Review and revise agenda for April 22, 2002 hearing and attend to issues re same (.7); telephone conference with D. Carickhoff re April 22, 2002, agenda (.1). |
| 4/09/02 | Janet Baer | 0.90 | Revise and supplement 4/22 hearing agenda (.6); attend to matters re same (.3). |
| 4/10/02 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re April 22, 2002, agenda and attend to issues re same. |
| 4/11/02 | James W Kapp | 0.60 | Review and revise April 22, 2002 agenda and attend to issues re same (.4); telephone conference with D. Carickhoff re April 22, 2002, agenda (.2). |
| 4/15/02 | Michelle H Browdy | 2.50 | Preparation for, attend and follow-up on hearing on fraudulent conveyance issues. |
| 4/15/02 | James W Kapp | 0.30 | Review revised April 22, 2002, agenda and correspondence to chambers re same and attend to issues re same. |
| 4/17/02 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re Trustee's request for agenda and related issues. |
| 4/18/02 | James W Kapp | 0.70 | Review and compile materials in preparation of April 22, 2002, hearing and attend to issues re same. |
| 4/18/02 | Sabrina M Mitchell | 1.10 | Retrieve and duplicate documents for April 22, 2002, hearing. |
| 4/19/02 | David M Bernick, P.C. | 1.50 | Prepare for 4/22 hearing. |
| 4/19/02 | Andrew R Running | 4.20 | Review ZAI motions and briefs and prepare outline for the April 22nd hearing (3.9); review hearing materials prepared by J. Baer (.3). |
| 4/20/02 | James W Kapp | 4.50 | Prepare for April 22, 2002, hearing and review relevant pleadings re same. |
| 4/21/02 | David M Bernick, P.C. | 3.00 | Preparation for 4/22 hearing. |
| 4/22/02 | David M Bernick, P.C. | 5.50 | Preparation for hearing (1.5); attend hearing and post hearing meeting (4.0). |
| 4/22/02 | James W Kapp | 8.50 | Prepare for and attend omnibus hearing and attend to issues re same. |
| 4/22/02 | Janet Baer | 5.00 | Review materials in preparation for hearing on bar date and related matters (2.0); attend and participate in hearing on bar date and related matters (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/02 | James W Kapp | 0.70 | Telephone conference with D. Siegel and B. Corcoran re April 22, 2002, hearing and attend to issues re same (.2); attend to issues related to April 22, 2002, hearing (.5). |
| 4/25/02 | James W Kapp | 0.30 | Review orders from April 22, 2002, hearing and distribute same. |
| 4/30/02 | James W Kapp | 0.20 | Review correspondence and respond to same from D.Carickhoff re April 22, 2002, transcript and telephone conference with D. Carickhoff re same. |

## Matter 32 – K&E Fee Application, Preparation of – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/29/02 | Reed S Oslan | 2.00 | Attend to billing issues. |
| 4/04/02 | James W Kapp | 0.30 | Attend to issues re modifications to fee applications arising from interim compensation order (.1); attend to issues re preparation of supplemental affidavit (.2). |
| 4/08/02 | James W Kapp | 0.20 | Attend to issues re certificate of no objection for January 2002 fee application. |
| 4/08/02 | Roger J Higgins | 0.30 | Attend to matters re collection of pending accounts receivable. |
| 4/09/02 | Roger J Higgins | 7.10 | Prepare March K&E fee application detail. |
| 4/10/02 | Roger J Higgins | 0.50 | Prepare March K&E fee application detail. |
| 4/10/02 | Sabrina M Mitchell | 0.40 | Attend to matters re March fee application. |
| 4/14/02 | Roger J Higgins | 4.00 | Revise March K&E fee application detail. |
| 4/15/02 | Roger J Higgins | 0.60 | Revise K&E March fee application detail and attend to matters re same. |
| 4/15/02 | Sabrina M Mitchell | 2.90 | Attend to matters re March time entries (.3); review March billing information (.8); prepare pleadings and exhibits for March billing information (1.8). |
| 4/17/02 | Sabrina M Mitchell | 0.80 | Review March billing information. |
| 4/24/02 | James W Kapp | 1.60 | Review and revise March 2002 fee application and attend to issues re same. |
| 4/24/02 | Sabrina M Mitchell | 0.60 | Review March billing information. |
| 4/25/02 | James W Kapp | 0.60 | Review and revise March 2002 fee application and attend to issues re same. |
| 4/26/02 | James W Kapp | 1.00 | Review and revise March 2002 fee application and attend to issues re same. |
| 4/26/02 | Sabrina M Mitchell | 1.30 | Review March billing information and attend to matters re same. |
| 4/29/02 | Sabrina M Mitchell | 4.50 | Prepare pleadings and exhibits for March fee application and attend to matters re same. |
| 4/30/02 | James W Kapp | 0.10 | Attend to issues re quarterly fee application. |
| 4/30/02 | Roger J Higgins | 1.30 | Revise March K&E fee application (.8); telephone conference with D. Carickhoff re fee auditor requirements pursuant to the amended interim compensation order (.3); attend to matters re same (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/30/02 | Sabrina M Mitchell | 3.70 | Update fee application in accordance with interim compensation rules (.3); prepare March fee application for filing with court and transmit the same to D. Carickhoff and P. Cuniff (.8); respond to internal request for fee application (.2); retrieve Grace fee applications and prepare for duplication by reprographics (.8); download fee detail from each fee application to diskettes and attend to matters re same (1.6). |

## Matter 33 – Lease Rejection Claims – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | James W Kapp | 0.30 | Review GE Capital stipulation and attend to issues re same. |
| 4/04/02 | James W Kapp | 1.00 | Review correspondence to A. Krieger re Gulf Pacific Settlement (.1); attend to issues re resolution of Caterpillar motion and review stipulation re same and attend to issues re same (.5); attend to issues re resolution of MCNIC matter (.2); attend to issues re resolution of GE motion to compel assumption or rejection of lease (.2). |
| 4/09/02 | James W Kapp | 0.20 | Attend to issues re resolution of MCNIC motion for relief from automatic stay. |
| 4/10/02 | James W Kapp | 0.30 | Review and revise GE stipulation and attend to issues re same. |
| 4/11/02 | James W Kapp | 0.10 | Review correspondence to committee counsel re GE stipulation. |
| 4/12/02 | James W Kapp | 0.80 | Review and revise motion ruling assumption of lease and attend to issues re same. |
| 4/15/02 | James W Kapp | 0.90 | Review motion for authority to assume and assign leases and attend to issues re same and review applicable case law re same. |
| 4/16/02 | James W Kapp | 0.40 | Attend to issues re Delaware lease. |
| 4/25/02 | James W Kapp | 0.20 | Attend to issues re Union Tank's motion to compel assumption or rejection of leases and review same. |
| 4/30/02 | James W Kapp | 0.20 | Attend to issues re Tank Car's motion to assume/reject. |

## Matter 38 – Retention of Professionals/Fees – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | James W Kapp | 0.40 | Attend to issues re preparation of supplemental affidavit. |
| 4/02/02 | James W Kapp | 2.20 | Review correspondence from F. Perch re PricewaterhouseCoopers retention and attend to issues same and telephone conference with J. Goodchild re same (1.6); telephone conference with S. Ahern re McDermott Will & Emery and ordinary course motion (.1); attend to issues re BMC retention and telephone conference with S. Ahern re same (.5). |
| 4/02/02 | Christian J Lane | 2.10 | Attention to PWC retention issues (1.2); attentionto Steptoe & Johnson fee issues (.4); telephone conference with Grace re Casner & Steptoe (.2); telephone conference with A. Moran (Steptoe) (.3). |
| 4/02/02 | Janet Baer | 2.00 | Confer with R. Emmett, M. Shelnitz and K. Lund re PWC/Dale Jensen retention issues (.30); internal conferences re same (.50); confer with S. Ahern and internally re BMC retention agreement and indemnity issues (.50); confer with S. Allen (BMC) re same (.20); review other BMC retention orders re indemnity issue (.50). |
| 4/02/02 | Roger J Higgins | 3.80 | Attend to matters re potential conflict of interest. |
| 4/03/02 | James W Kapp | 1.30 | Address issues raised by F. Perch correspondence re PricewaterhouseCoopers application (.6); telephone conference with J. Stegenga re PricewaterhouseCoopers retention application and telephone conference with J. Goodchild re same (.2); telephone conference with M. Shelnitz re F. Perch correspondence re PricewaterhouseCoopers and attend to issues re same (.5). |
| 4/03/02 | Janet Baer | 0.50 | Attend to matters re finalizing BMC agreement. |
| 4/03/02 | Roger J Higgins | 1.00 | Attend to matters re potential conflict of interest. |
| 4/04/02 | James W Kapp | 0.40 | Telephone conference with J. Stegenga re letter from United States Trustee and attend to issues re same (.2); telephone conference with S. Ahern re retention of BMC consultants and attend to issues re same (.2). |
| 4/04/02 | Roger J Higgins | 1.50 | Draft seventh supplemental affidavit (.8); draft reply to 4/1/02 F. Perch letter (.7). |
| 4/05/02 | James W Kapp | 0.50 | Review and revise seventh supplemental affidavit and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/02 | James W Kapp | 0.60 | Telephone conference with J. Goodchild re retention of PricewaterhouseCoopers and preparation of Section 327 affidavit (.2); review and revise correspondence to F. Perch re PricewaterhouseCoopers retention and attend to issues re same (.4). |
| 4/08/02 | James W Kapp | 0.10 | Review and revise correspondence to F. Perch re PricewaterhouseCoopers retention. |
| 4/08/02 | Roger J Higgins | 0.50 | Attend to matters re reply letter to 4/1/02 F. Perch letter. |
| 4/09/02 | James W Kapp | 0.20 | Review and revise correspondence to F. Perch re retention of PricewaterhouseCoopers and attend to issues re same. |
| 4/09/02 | James W Kapp | 0.10 | Review and revise seventh supplemental affidavit to Kirkland & Ellis fee application. |
| 4/09/02 | Christian J Lane | 1.20 | Attend to issues related to OCP (.9); telephone conference with J. McFarland re retention issues (.3). |
| 4/09/02 | Roger J Higgins | 1.10 | Attend to matters re J. Sprayregen comments to letter to F. Perch (.3); revise letter to F. Perch (.3); revise seventh supplemental affidavit (.5). |
| 4/10/02 | James W Kapp | 1.00 | Review and revise application to employ BMC and attend to issues re same. |
| 4/10/02 | Christian J Lane | 2.40 | Attend to preparation of BMC retention application (2.); attend to OCP report (.4). |
| 4/10/02 | Janet Baer | 0.80 | Review draft BMC retention application (.3); prepare transmittal re same and correspondence conflicts information (.3); attend to matters re BMC retention agreement and fee issues (.2). |
| 4/10/02 | Roger J Higgins | 0.30 | Revise letter to F. Perch (.2); revise seventh supplemental affidavit (.1). |
| 4/11/02 | James W Kapp | 0.10 | Review response to F. Perch re PricewaterhouseCoopers retention and attend to issues re same. |
| 4/11/02 | Janet Baer | 0.30 | Attend to finalization of BMC application and affidavit. |
| 4/12/02 | James W Kapp | 0.60 | Review revisions by J. Goodchild to PricewaterhouseCoopers retention application and attend to issues re same. |
| 4/12/02 | Christian J Lane | 3.30 | Revise PWC application (1.5); telephone conference with M. Shelnitz re PWC application (.4); telephone conference with J. Goodchild re PWC application (.6); attention to BMC application (.8). |
| 4/12/02 | Janet Baer | 0.80 | Review revised BMC affidavit (.3); confer with S. Allen and forward transmittals re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/15/02 | James W Kapp | 1.70 | Telephone conference with J. Goodchild re PricewaterhouseCoopers retention issues (.3); telephone conference with M. Shelnitz re PricewaterhouseCoopers retention and attend to issues re same (.5); review J. Goodchild revisions to retention pleadings and attend to issues re same (.2); review revised PricewaterhouseCoopers retention application and attend to issues re same (.7). |
| 4/15/02 | Christian J Lane | 6.00 | Attend to preparation of retention application for PWC (4.5); attend to completion of retention application for BMC (1.5). |
| 4/15/02 | Janet Baer | 0.70 | Review final BMC application and affidavit for filing and confer with C. Lane re same (.7). |
| 4/16/02 | James W Kapp | 0.40 | Attend to issues re filing of seventh supplemental affidavit (.1); attend to potential conflict issues and potential eighth supplemental affidavit (.3). |
| 4/16/02 | Roger J Higgins | 0.60 | Attend to matters re disclosure in eighth supplemental Sprayregen affidavit. |
| 4/17/02 | James W Kapp | 0.30 | Review and revise eighth supplemental affidavit and attend to issues re same. |
| 4/26/02 | James W Kapp | 0.20 | Attend to issues re eighth supplemental affidavit. |
| 4/26/02 | James W Kapp | 0.10 | Review interim compensation order and attend to issues re same. |

**Matter 39 -- Schedules/Statement of Financial Affairs – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/02 | Christian J Lane | 1.00 | Attention to quarterly report revisions and filing. |

## Matter 40 – Subsidiaries/Non-Debtor Affiliates – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 4/12/02 | Christian J Lane | 0.80 | Attention to issues related to overseas subsidiaries. |

## **Matter 41 – Tax Matters – Fees**

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 4/08/02 | James W Kapp | 1.00 | Attend to issues re NOL carrybacks and telephone conference with E. Filon re same. |

## Matter 42 – Travel – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/15/02 | Michelle H Browdy | 3.00 | Travel from Newark, New Jersey hearing to Chicago. (billed at 1/2 time) |
| 4/15/02 | Michelle H Browdy | 3.00 | Travel from Chicago to Newark hearing. (billed at 1/2 time) |
| 4/21/02 | David M Bernick, P.C. | 2.00 | Travel to Pittsburgh for hearing. (billed at 1/2 time) |
| 4/21/02 | Janet Baer | 2.00 | Travel to Pittsburgh for hearing on same. (billed at 1/2 time) |
| 4/22/02 | David M Bernick, P.C. | 1.50 | Travel to Chicago. (billed at 1/2 time) |
| 4/22/02 | Michelle H Browdy | 2.80 | Travel from Connecticut to Chicago. (billed at 1/2 time) |
| 4/22/02 | Scott A McMillin | 5.60 | Travel to and from New York for meeting with K. Collins re Houlihan Lokey solvency opinion. (billed at 1/2 time) |
| 4/22/02 | Janet Baer | 2.00 | Travel from Pittsburgh back to Chicago after hearing on bar date and related matters. (billed at 1/2 time) |
| 4/30/02 | Scott A McMillin | 4.30 | Travel to New Hampshire for Walsh interview. (billed at 1/2 time) |

## Matter 43 – Use, Sale, Lease/Abandonment of Property – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | Christian J Lane | 0.60 | Research re joint venture in 363(f). |
| 4/02/02 | Christian J Lane | 0.20 | Telephone conference with V. Finkelstein re Florida property sale (0.2). |
| 4/02/02 | Janet Baer | 0.40 | Review Gulf Pacific Lease and related documents and prepare letter to A. Krieger re same. |
| 4/03/02 | Christian J Lane | 0.40 | Attend to matters re sale of property. |
| 4/04/02 | Christian J Lane | 1.30 | Attend to matters re sale of property (.3); telephone conference with L. Beanux re same (.5); telephone conference with K. Mangan re same (.1); revise invoices from Caterpillar (.4). |
| 4/09/02 | Christian J Lane | 1.00 | Attend to Lease assumption issues (.4); draft assumption motion (.6). |
| 4/10/02 | Christian J Lane | 3.30 | Attention to completion of stipulated settlement of GECC motion (.9); attend to Caterpillar issues (.6); draft motion to assign Lilburn GA lease (1.8). |
| 4/11/02 | Christian J Lane | 1.50 | Attention to completion of motion to assign Lilburn GA lease (1.); attend to issues related to stipulation with GECC (.3); attend to settlement of Caterpillar motion (.2). |
| 4/15/02 | Christian J Lane | 2.50 | Revise and complete motion for assignment of Lilburn GA lease (1.5); attend to Lancaster PA lease issues (.5); attend to issue related to proposed sale of assets (.5). |
| 4/16/02 | Christian J Lane | 1.00 | Attention to issues related to Delaware office lease (.6); attention to Lancaster, PA lease issues (.4). |
| 4/19/02 | Christian J Lane | 1.50 | Attention to miscellaneous real property issues. |
| 4/26/02 | Christian J Lane | 1.80 | Attention to issues related to proposed sale of assets (1.0); attention to miscellaneous real estate issues (.8). |
| 4/29/02 | Christian J Lane | 0.50 | Telephone conference with V. Finkelstein re lease issues. |
| 4/30/02 | Christian J Lane | 1.30 | Attend to miscellaneous real estate issues (.6); attention to issues related to motions to compel assumption or rejection of leases (.7). |

**Matter 44 – U.S. Trustee – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/11/02 | James W Kapp | 0.30 | Attend to issues re request for additional committee (.2); telephone conference with D. Siegel re Trustee letter re formation of new committee (.1). |
| 4/12/02 | James W Kapp | 0.20 | Attend to issues re new committee proposal and attend to issues re same. |

A-53

## Matter 46 – IRS Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/02/02 | Todd F Maynes | 0.50 | Telephone calls with C. Finke re settlement issues. |
| 4/04/02 | James W Kapp | 0.10 | Telephone conference with E. Filon re tax litigation issues and attend to issues re same. |
| 4/05/02 | James W Kapp | 2.00 | Attend to tax litigation issues raised by E. Filon and prepare for telephone conference re same (1.2); review memorandum from E. Filon re COLI analysis (.2); telephone conference with E. Filon re same (.6). |
| 4/05/02 | Todd F Maynes | 0.80 | Telephone calls with C. Finke re possible settlement (.3); review of first-day order (.3); attend to matters re same (.2). |
| 4/05/02 | Roger J Higgins | 5.00 | Prepare for call with E. Napoli re various tax litigation issues (.3); legal research related thereto (.7); participate in telephone call with E. Napoli (.5); follow up on matters re same (1.0); legal research re various issues arising from E. Napoli call (2.5). |
| 4/06/02 | Roger J Higgins | 3.50 | Legal research re issues arising from 4/5 telephone conference with E. Napoli. |
| 4/07/02 | Roger J Higgins | 2.50 | Legal research re issues arising from 4/5 telephone conference with E. Napoli. |
| 4/08/02 | James W Kapp | 0.30 | Telephone conference with P. Zilly re tax litigation issues and planned April 9, 2002, telephone conference re same. |
| 4/08/02 | Todd F Maynes | 0.80 | Telephone calls re status reports; review of proposed status report. |
| 4/08/02 | Roger J Higgins | 3.30 | Attend to matters re issues from 4/5 E. Napoli call (.7); legal research re same (2.6). |
| 4/09/02 | James W Kapp | 2.00 | Participate in telephone conference with E. Filon, P. Norris, P. Zilly, B. McGowan, R. Tarola and other representatives of Grace re tax litigation issues and attend to issues re same. |
| 4/09/02 | Roger J Higgins | 1.50 | Prepare for and participate in telephone conference with R. Tarola, B. McGowan, E. Napoli, P. Zilly et al. re various ongoing tax controversy issues. |
| 4/10/02 | Todd F Maynes | 0.30 | Telephone calls re status report. |
| 4/17/02 | James W Kapp | 1.40 | Review memorandum re Coli tax issues and attend to issues re same and prepare response re same. |
| 4/17/02 | Todd F Maynes | 0.80 | Revisions to status report (.6); attend to matters re same (.2). |
| 4/17/02 | Roger J Higgins | 3.00 | Legal research on and draft correspondence to E. Filon re application of post-petition interest on prepetition tax liabilities. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 4/18/02 | James W Kapp | 0.50 | Review correspondence from E. Filon re tax litigation issues and attend to issues re same. |
| 4/26/02 | Todd F Maynes | 1.00 | Review of IRS stipulations of facts. |
| 4/29/02 | Todd F Maynes | 2.00 | Review stipulation of facts. |
| 4/30/02 | Todd F Maynes | 0.80 | Review stipulation of facts. |

## Matter 47 – Eminent Domain Proceedings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/02 | Christian J Lane | 0.30 | Telephone conference with local counsel re Florida environment domain proceeding. |