# EXHIBIT B

## Matter 16 - Asset Analysis and Recovery - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $5.60 |
| Secretarial Overtime | $130.62 |
| **Total** | **$136.22** |

## Matter 16 – Asset Analysis and Recovery – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/21/02 | 0.62 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/28/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/29/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 4/02/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 4/03/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/04/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/08/02 | 2.70 | Telephone call to:  COLUMBIA,MD  410-531-4236 |

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Expenses

| Service Description | Amount |
|---------------------|--------|
| Telephone | $7.06 |
| Secretarial Overtime | $104.06 |
| **Total** | **$111.12** |

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/20/02 | 2.91 | Telephone call to:  SE PART,FL  954-590-3454 |
| 4/08/02 | 38.75 | Wilk, K. - Secretarial Overtime |
| 4/10/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/12/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 4/25/02 | 0.83 | Telephone call to:  DOVER,DE  302-734-1137 |
| 4/25/02 | 1.04 | Telephone call to:  SE PART,FL  954-590-3454 |
| 4/25/02 | 1.66 | Telephone call to:  SE PART,FL  954-590-3454 |

## **Matter 20 – Case Administration – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Telephone | $219.16 |
| Facsimile Charges | $69.40 |
| Standard Copies | $1,171.80 |
| Binding | $26.25 |
| Tabs/Indexes/Dividers | $32.80 |
| Color Copies | $154.50 |
| Scanned Images | $0.15 |
| Postage | $16.25 |
| Overnight Delivery | $80.05 |
| Outside Copy/Binding Services | $86.40 |
| Local Transportation | $6.00 |
| Court Reporter Fee/Deposition | $91.75 |
| Computer Database Research | $647.89 |
| Overtime Transportation | $23.50 |
| Overtime Meals | $171.00 |
| Secretarial Overtime | $2,049.30 |
| **Total** | **$4,846.20** |

## Matter 20 – Case Administration – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/01/01 | 188.72 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Baer, 9.01 |
| 2/28/02 | 113.95 | GLOBAL SECURITIES INFORMATION, INC. - Computer Database Research, TA(107.50)Livedgar database usage February 2002 |
| 3/01/02 | 1.60 | Standard Copies |
| 3/01/02 | 4.70 | Standard Copies |
| 3/01/02 | 4.80 | Standard Copies |
| 3/01/02 | 9.60 | Standard Copies |
| 3/04/02 | 0.15 | Scanned Images |
| 3/04/02 | 0.60 | Standard Copies |
| 3/04/02 | 3.80 | Standard Copies |
| 3/05/02 | 50.80 | Standard Copies |
| 3/07/02 | 1.80 | Tabs/Indexes/Dividers |
| 3/07/02 | 14.80 | Standard Copies |
| 3/08/02 | 110.40 | Standard Copies |
| 3/11/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/11/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/12/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/13/02 | 0.40 | Tabs/Indexes/Dividers |
| 3/13/02 | 1.60 | Tabs/Indexes/Dividers |
| 3/13/02 | 1.75 | Binding |
| 3/13/02 | 7.00 | Binding |
| 3/13/02 | 7.80 | Standard Copies |
| 3/13/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/13/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/13/02 | 66.40 | Standard Copies |
| 3/14/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/14/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/15/02 | 0.83 | Telephone call to:  CENTRAL,MA  978-952-6790 |
| 3/15/02 | 2.70 | Tabs/Indexes/Dividers |
| 3/15/02 | 3.50 | Binding |

B-6

| Date | Amount | Description |
|------|--------|-------------|
| 3/15/02 | 5.25 | Binding |
| 3/15/02 | 9.00 | Overtime Meals    KUTNICK, SETH |
| 3/15/02 | 12.00 | Overtime Meals    KNOX,EMILY J |
| 3/15/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 3/15/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 3/15/02 | 24.70 | Tabs/Indexes/Dividers |
| 3/15/02 | 34.20 | Standard Copies |
| 3/15/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/15/02 | 277.50 | Standard Copies |
| 3/16/02 | 9.00 | Overtime Meals    KUTNICK, SETH |
| 3/16/02 | 12.00 | Overtime Meals    HEISE JR,FREDERICK J |
| 3/16/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 3/16/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 3/16/02 | 145.98 | HEISE JR,FR. - Secretarial Overtime |
| 3/16/02 | 326.55 | CRABB,BA. - Secretarial Overtime |
| 3/17/02 | 9.00 | Overtime Meals    KUTNICK, SETH |
| 3/17/02 | 12.00 | Overtime Meals    CLASSEN,JANICE D |
| 3/17/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 3/17/02 | 270.57 | CLASSEN,JA. - Secretarial Overtime |
| 3/18/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/18/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/18/02 | 86.40 | IKON OFFICE SOLUTIONS - Outside Copy/Binding Services, Copy PO A436 |
| 3/19/02 | 0.80 | Tabs/Indexes/Dividers |
| 3/19/02 | 1.75 | Binding |
| 3/19/02 | 3.50 | Binding |
| 3/19/02 | 3.50 | Binding |
| 3/19/02 | 8.24 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 3/19/02 | 10.00 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/19/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 3/19/02 | 33.20 | Standard Copies |
| 3/19/02 | 48.20 | Standard Copies |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 3/19/02 | 85.20 | Standard Copies |
| 3/19/02 | 112.20 | Standard Copies |
| 3/20/02 | 6.68 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 3/20/02 | 8.89 | Fed Exp to: ,MONMOUTH JUNCTION,NJ from:MAILROOM |
| 3/20/02 | 11.26 | Fed Exp to: ,DOVER,DE from:MAILROOM |
| 3/20/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/20/02 | 38.80 | Standard Copies |
| 3/20/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/20/02 | 190.00 | Standard Copies |
| 3/21/02 | 7.19 | Fed Exp from:LEWIS PARHAM,CHICAGO,IL to:SHIRLEY POPE |
| 3/22/02 | 0.80 | Tabs/Indexes/Dividers |
| 3/22/02 | 7.80 | Standard Copies |
| 3/22/02 | 44.40 | Standard Copies |
| 3/22/02 | 154.50 | Color Copies |
| 3/23/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 3/23/02 | 233.25 | CRABB,BA. - Secretarial Overtime |
| 3/25/02 | 7.54 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 3/26/02 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4212 |
| 3/26/02 | 23.20 | Standard Copies |
| 3/29/02 | 1.45 | Fax phone charge to 410-531-4783 |
| 3/29/02 | 15.00 | Fax page charge to 410-531-4783 |
| 4/01/02 | 16.25 | Postage-TRACKING ID# 1109053927795 |
| 4/01/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/01/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/03/02 | 1.50 | Fax page charge to 410-531-4783 |
| 4/05/02 | 9.75 | Fed Exp to: ,STAMFORD,CT from:MAILROOM |
| 4/06/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 4/06/02 | 12.00 | Overtime Meals    POPE,SHIRLEY A |
| 4/06/02 | 326.55 | CRABB,BA. - Secretarial Overtime |
| 4/08/02 | 2.25 | Fax page charge to 212-806-6006 |
| 4/10/02 | 20.72 | PACER SERVICE CENTER - Computer Database Research, W.R. Grace/Case Admin |

B-8

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 4/10/02 | 47.53 | PACER SERVICE CENTER - Computer Database Research, Documents Retrieved from Miscellaneous Bankruptcy Websites, 3/31/02 |
| 4/10/02 | 47.67 | PACER SERVICE CENTER - Computer Database Research, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |
| 4/10/02 | 418.02 | PACER SERVICE CENTER - Computer Database Re search, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |
| 4/11/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 4/11/02 | 1.50 | Fax page charge to 302-573-6497 |
| 4/11/02 | 1.50 | Fax page charge to 410-531-4783 |
| 4/11/02 | 1.50 | Fax page charge to 410-531-4783 |
| 4/11/02 | 3.95 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 4/11/02 | 10.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/15/02 | 9.68 | SHIRLEY A POPE - Telephone, AT&T 3.18.02 |
| 4/16/02 | 1.25 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 4/16/02 | 6.00 | SHIRLEY A POPE - Local Transportation, 3.19.02 |
| 4/16/02 | 12.00 | SHIRLEY A POPE - Overtime Transportation, 4.6, 4.15.02 |
| 4/17/02 | 1.50 | Fax page charge to 202-293-6961 |
| 4/17/02 | 2.25 | Fax page charge to 212-806-6006 |
| 4/17/02 | 2.25 | Fax page charge to 410-531-4783 |
| 4/17/02 | 2.25 | Fax page charge to 212-806-6006 |
| 4/17/02 | 4.50 | Fax page charge to 212-446-4900 |
| 4/18/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 4/18/02 | 3.00 | Fax page charge to 410-531-4783 |
| 4/23/02 | 0.83 | Telepho ne call to:  COLUMBIA,MD  410-531-4170 |
| 4/23/02 | 4.16 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 4/23/02 | 11.50 | SHIRLEY A POPE - Overtime Transportation, 4.21.02 |
| 4/24/02 | 0.83 | Fax phone charge to 410-531-4783 |
| 4/24/02 | 0.83 | Fax phone charge to 410-531-4783 |
| 4/24/02 | 1.35 | Standard Copies NY |
| 4/24/02 | 6.75 | Fax page charge to 410-531-4783 |
| 4/24/02 | 6.75 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/25/02 | 0.62 | Telephone call to: MERCERVL,NJ 609-586-2311 |
| 4/25/02 | 1.04 | Fax phone charge to 410-531-4783 |
| 4/25/02 | 10.50 | Fax page charge to 410-531-4783 |
| 4/26/02 | 0.75 | Fax page charge to 412-553-5250 |
| 4/26/02 | 1.04 | Telephone call to: STATE OF,DE 302-559-3409 |
| 4/26/02 | 1.50 | Fax page charge to 410-531-4545 |
| 4/29/02 | 0.45 | Standard Copies NY |
| 4/29/02 | 91.75 | J&J COURT TRANSCRIBERS, INC. - Court Reporter Fee/Deposition, Transcript heard on 4/22/02 |
| 4/30/02 | 0.62 | Telephone call to: NEW HOPE,PA 215-862-1115 |
| 4/30/02 | 1.04 | Telephone call to: MERCERVL,NJ 609-586-2311 |
| 4/30/02 | 1.45 | Telephone call to: MERCERVL,NJ 609-586-2311 |
| 4/30/02 | 1.45 | Telephone call to: NEW HOPE,PA 215-862-1115 |
| 4/30/02 | 1.66 | Telephone call to: E CENTRAL,FL 561-362-1554 |

## Matter 21 – Claim Estimate Objection and Resolution – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $476.02 |
| Facsimile Charge s | $29.75 |
| Standard Copies | $17.00 |
| Scanned Images | $1.80 |
| Postage | $1.03 |
| Overnight Delivery | $92.26 |
| Outside Messenger | $10.25 |
| Overtime Transportation | $6.12 |
| Secretarial Overtime | $770.78 |
| **Total** | **$1405.01** |

## Matter 21 – Claim Estimate Objection and Resolution – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/01/01 | 444.68 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Baer, 9.01 |
| 3/07/02 | 17.00 | Standard Copies |
| 3/13/02 | 1.80 | Scanned Images |
| 3/13/02 | 37.32 | ELBAOR,DE. - Secretarial Overtime |
| 3/13/02 | 121.29 | ELBAOR,DE. - Secretarial Overtime |
| 3/13/02 | 121.29 | ELBAOR,DE. - Secretarial Overtime |
| 3/14/02 | 155.00 | Cooper, K. - Secretarial Overtime |
| 3/21/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 3/21/02 | 7.54 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 3/22/02 | 0.62 | Telephone call to:  SOUTHERN,MN  507-333-4396 |
| 3/22/02 | 0.62 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 3/22/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-490-3000 |
| 3/22/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-686-4111 |
| 3/22/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/22/02 | 0.83 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/22/02 | 1.45 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/22/02 | 2.29 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 3/22/02 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 3/22/02 | 7.54 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 3/22/02 | 17.54 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 3/22/02 | 19.70 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 3/22/02 | 21.86 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/22/02 | 37.32 | ELBAOR,DE. - Secretarial Overtime |
| 3/22/02 | 121.29 | ELBAOR,DE. - Secretarial Overtime |
| 3/22/02 | 139.95 | ELBAOR,DE. - Secretarial Overtime |
| 4/02/02 | 1.45 | Telephone call to:  WILMINGTON,DE  302-426-1900 |
| 4/02/02 | 1.45 | Telephone call to:  BEVERLYHLS,CA  310-277-6910 |
| 4/02/02 | 2.49 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 4/02/02 | 7.58 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 4/08/02 | 1.03 | Postage-TRACKING ID# 1109768772632 |
| 4/08/02 | 1.50 | Fax page charge to 303-312-7331 |
| 4/08/02 | 37.32 | ELBAOR,DE. - Secretarial Overtime |
| 4/10/02 | 1.50 | Fax page charge to 305-374-7593 |
| 4/11/02 | 10.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/12/02 | 0.62 | Telephone call to: SOUTHERN,MN 507-333-4324 |
| 4/12/02 | 0.83 | Telephone call to: SOUTHERN,MN 507-333-4324 |
| 4/12/02 | 1.66 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 4/16/02 | 1.50 | Fax page charge to 212-806-6006 |
| 4/16/02 | 1.50 | Fax page charge to 410-531-4783 |
| 4/18/02 | 0.75 | Fax page charge to 410-531-4783 |
| 4/23/02 | 2.25 | Fax page charge to 302-652-5338 |
| 4/23/02 | 2.49 | Telephone call to: NEWYORKCTY,NY 212-269-4900 |
| 4/23/02 | 3.95 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/23/02 | 4.16 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 4/24/02 | 0.62 | Telephone call to: PHILADELPH,PA 215-988-2700 |
| 4/24/02 | 3.00 | Fax page charge to 507-333-4330 |
| 4/25/02 | 1.25 | Fax phone charge to 212-344-4294 |
| 4/25/02 | 10.25 | Comet Messenger Services to: JOHN DONAHUE |
| 4/25/02 | 16.50 | Fax page charge to 212-344-4294 |
| 4/29/02 | 6.12 | Overtime Transportation, M Neihouser, 1/16/02 |

B-13

## Matter 22 – Contested Matters / Adversary Proceedings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $1,417.96 |
| Facsimile Charges | $719.87 |
| Standard Copies | $389.80 |
| Binding | $28.00 |
| Tabs/Indexes/Dividers | $1.30 |
| Postage | $0.79 |
| Outside Copy/Binding Services | $0.40 |
| Overnight Delivery | $108.79 |
| Outside Messenger Services | $13.96 |
| Local Transportation | $11.00 |
| Investigators | $425.00 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $1,343.71 |
| Overtime Transportation | $111.50 |
| Overtime Meals | $12.00 |
| Overtime Meals - Attorney | $47.50 |
| Secretarial Overtime | $920.06 |
| **Total** | **$5,561.64** |

**Matter 22 – Contested Matters / Adversary Proceedings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/01/01 | 41.52 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, M. Browdy, 9.01 |
| 10/01/01 | 438.98 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, D. Bernick, 9.01 |
| 10/01/01 | 619.69 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, D. Bernick, 9.01 |
| 2/18/02 | 18.26 | UPS Dlvry to:Claire Chappell  ,Wachtell Lipton Rose,New York,NY from:Suspense/Chicago |
| 2/28/02 | 51.68 | GLOBAL SECURITIES INFORMATION, INC. - Computer Database Research, TA(48.75)Livedgar database usage February 2002 |
| 3/01/02 | 0.30 | Standard Copies |
| 3/01/02 | 1.10 | Standard Copies |
| 3/01/02 | 12.50 | Standard Copies |
| 3/03/02 | 3.59 | Telephone call to:  HINSDALE,IL  630-654-9318 |
| 3/04/02 | 0.92 | Telephone call to:  IRVING,TX  214-915-7100 |
| 3/04/02 | 3.65 | West Publishing-TP,Database Usage  3.02 |
| 3/04/02 | 4.20 | Standard Copies |
| 3/05/02 | 0.20 | Standard Copies |
| 3/05/02 | 1.20 | Standard Copies |
| 3/05/02 | 1.60 | Standard Copies |
| 3/05/02 | 2.03 | West Publishing-TP,Database Usage  3.02 |
| 3/05/02 | 3.90 | Standard Copies |
| 3/06/02 | 0.20 | Standard Copies |
| 3/06/02 | 0.20 | Standard Copies |
| 3/06/02 | 5.90 | West Publishing-TP,Database Usage  3.02 |
| 3/07/02 | 1.80 | Standard Copies |
| 3/07/02 | 2.11 | West Publishing-TP,Database Usage  3.02 |
| 3/07/02 | 9.64 | West Publishing-TP,Database Usage  3.02 |
| 3/08/02 | 0.30 | Standard Copies |
| 3/08/02 | 0.60 | Standard Copies |
| 3/08/02 | 1.20 | Standard Copies |
| 3/08/02 | 10.70 | Standard Copies |
| 3/08/02 | 17.50 | Binding |

| Date | Amount | Description |
|------|--------|-------------|
| 3/11/02 | 21.30 | Standard Copies |
| 3/12/02 | 3.40 | Standard Copies |
| 3/12/02 | 5.20 | Standard Copies |
| 3/12/02 | 18.66 | THOMPSON,SU. - Secretarial Overtime |
| 3/12/02 | 57.80 | West Publishing-TP,Database Usage  3.02 |
| 3/13/02 | 0.10 | Standard Copies |
| 3/13/02 | 0.20 | Standard Copies |
| 3/13/02 | 0.20 | Standard Copies |
| 3/13/02 | 0.60 | Standard Copies |
| 3/13/02 | 0.80 | Standard Copies |
| 3/13/02 | 5.30 | Standard Copies |
| 3/13/02 | 10.00 | Library Document Procurement - 91 Chest 802 (1987); 110 Chest 417 (1996). |
| 3/13/02 | 12.00 | Overtime Meals     THOMPSON,SUSAN L |
| 3/13/02 | 18.66 | THOMPSON,SU. - Secretarial Overtime |
| 3/14/02 | 0.60 | Standard Copies |
| 3/14/02 | 1.80 | Standard Copies |
| 3/14/02 | 2.10 | Standard Copies |
| 3/14/02 | 2.99 | Telephone call to:  NEW YORK,NY  212-735-3550 |
| 3/14/02 | 83.97 | THOMPSON,SU. - Secretarial Overtime |
| 3/15/02 | 1.50 | Standard Copies |
| 3/15/02 | 2.40 | Standard Copies |
| 3/15/02 | 3.20 | Standard Copies |
| 3/15/02 | 7.00 | Standard Copies |
| 3/19/02 | 0.10 | Standard Copies |
| 3/19/02 | 0.20 | Standard Copies |
| 3/19/02 | 0.30 | Standard Copies |
| 3/19/02 | 0.40 | Standard Copies |
| 3/19/02 | 1.90 | Standard Copies |
| 3/19/02 | 3.60 | Standard Copies |
| 3/19/02 | 8.40 | Standard Copies |
| 3/19/02 | 14.20 | Standard Copies |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/19/02 | 15.38 | Fed Exp to: ,STAMFORD,CT from:MAILROOM |
| 3/19/02 | 49.16 | West Publishing-TP,Database Usage 3.02 |
| 3/20/02 | 0.20 | Standard Copies |
| 3/20/02 | 0.89 | West Publishing-TP,Database Usage 3.02 |
| 3/20/02 | 1.66 | Telephone call to: MISSOULA,MT 406-523-2500 |
| 3/20/02 | 1.92 | Telephone call to: BOCA RATON,FL 561-362-1959 |
| 3/20/02 | 2.08 | Telephone call to: MISSOULA,MT 406-523-2543 |
| 3/20/02 | 2.29 | Telephone call to: WASHINGTON,DC 202-862-2317 |
| 3/20/02 | 2.49 | Telephone call to: NORTH WEST,NJ 973-560-9000 |
| 3/21/02 | 0.20 | Standard Copies |
| 3/21/02 | 1.66 | Telephone call to: NEWYORKCTY,NY 212-490-3000 |
| 3/21/02 | 1.87 | Telephone call to: MISSOULA,MT 406-523-2500 |
| 3/21/02 | 3.30 | West Publishing-TP,Database Usage 3.02 |
| 3/21/02 | 3.83 | West Publishing-TP,Database Usage 3.02 |
| 3/21/02 | 7.00 | Binding |
| 3/21/02 | 8.31 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 3/21/02 | 47.97 | West Publishing-TP,Database Usage 3.02 |
| 3/21/02 | 161.00 | Standard Copies |
| 3/22/02 | 2.08 | Telephone call to: KALISPELL,MT 406-752-5566 |
| 3/24/02 | 181.48 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 0.20 | Standard Copies |
| 3/25/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 3/25/02 | 1.34 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 5.31 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 13.00 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 50.37 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 64.53 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 68.09 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 71.16 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 154.82 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 205.26 | THOMPSON,SU. - Secretarial Overtime |

| Date | Amount | Description |
|------|--------|-------------|
| 3/26/02 | 8.73 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 3/26/02 | 10.21 | DAVID M BERNICK, P.C. - Telephone Expense, Verizon Wireless stmt dtd 3.26.02 |
| 3/26/02 | 21.50 | SUSAN L THOMPSON - Overtime Transportation, 3.25.02 |
| 3/26/02 | 33.45 | West Publishing-TP,Database Usage  3.02 |
| 3/26/02 | 60.56 | West Publishing-TP,Database Usage  3.02 |
| 3/26/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/27/02 | 1.48 | Telephone call to:  CHICAGO,IL  312-984-6492 |
| 3/27/02 | 1.55 | Telephone call to:  NEW YORK,NY  212-735-3550 |
| 3/27/02 | 1.58 | Telephone call to:  NEW YORK,NY  212-735-3533 |
| 3/27/02 | 2.16 | Telephone call to:  NORTHBROOK,IL  847-370-4616 |
| 3/27/02 | 3.07 | Telephone call to:  NORTHBROOK,IL  847-370-4616 |
| 3/27/02 | 5.70 | Standard Copies |
| 3/27/02 | 25.08 | West Publishing-TP,Database Usage  3.02 |
| 3/27/02 | 200.10 | West Publishing-TP,Database Usage  3.02 |
| 3/28/02 | 0.62 | Telephone call to:  MIAMI,FL  305-349-2333 |
| 3/28/02 | 0.92 | Telephone call to:  WHITEPLAIN,NY  914-686-7975 |
| 3/28/02 | 1.37 | Fax phone charge to 203-351-4535 |
| 3/28/02 | 2.25 | Fax page charge to 561-362-1583 |
| 3/28/02 | 2.25 | Fax page charge to 561-362-1970 |
| 3/28/02 | 2.70 | Standard Copies |
| 3/28/02 | 8.46 | ALPHA MAIL DELIVERY, INC. - Outside Messenger Services - 3/13/2002 |
| 3/28/02 | 9.04 | Fed Exp to:DR. GARY MARSH,CANONSBURG,PA from:TIM HARDY/S.CAPPELLO |
| 3/28/02 | 9.05 | Fed Exp to:DORI KUCHINSKY,LEESBURG,VA from:TIM HARDY/S.CAPPELLO |
| 3/28/02 | 15.00 | Fax page charge to 203-351-4535 |
| 3/29/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-735-3000 |
| 3/29/02 | 0.75 | Fax page charge to 561-362-1970 |
| 3/29/02 | 0.79 | Fax phone charge to 203-351-4535 |
| 3/29/02 | 0.98 | Fax phone charge to 203-351-4535 |
| 3/29/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-3533 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/29/02 | 1.30 | Tabs/Indexes/Dividers |
| 3/29/02 | 1.60 | Standard Copies |
| 3/29/02 | 2.70 | Telephone call to:  E CENTRAL,FL 561-362-1959 |
| 3/29/02 | 3.50 | Binding |
| 3/29/02 | 5.05 | West Publishing-TP,Database Usage  3.02 |
| 3/29/02 | 9.75 | Fax page charge to 203-351-4535 |
| 3/29/02 | 9.75 | Fax page charge to 212-735-2000 |
| 3/29/02 | 9.75 | Fax page charge to 561-362-1970 |
| 3/29/02 | 11.25 | Fax page charge to 203-351-4535 |
| 3/29/02 | 11.82 | SCOTT MCMILLIN - Cingular Wireless, 02.08.2002 |
| 3/29/02 | 12.04 | West Publishing-TP,Database Usage  3.02 |
| 3/29/02 | 13.00 | SCOTT MCMILLIN - Overtime Transportation, 03.25.2002 |
| 3/29/02 | 19.19 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/29/02 | 39.40 | Standard Copies |
| 3/29/02 | 54.26 | West Publishing-TP,Database Usage  3.02 |
| 3/29/02 | 89.40 | West Publishing-TP,Database Usage  3.02 |
| 3/30/02 | 6.94 | West Publishing-TP,Database Usage  3.02 |
| 4/01/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY 212-557-2546 |
| 4/01/02 | 0.83 | Telephone call to:  E CENTRAL,FL 561-362-1959 |
| 4/01/02 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 4/01/02 | 1.40 | Standard Copies |
| 4/01/02 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 4/01/02 | 3.75 | Fax page charge to 703-729-8587 |
| 4/02/02 | 0.20 | Standard Copies |
| 4/02/02 | 0.40 | Standard Copies |
| 4/02/02 | 0.40 | Standard Copies |
| 4/02/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY 212-407-4000 |
| 4/02/02 | 0.62 | Telephone call to:  E CENTRAL,FL 561-362-1959 |
| 4/02/02 | 0.70 | Standard Copies |
| 4/02/02 | 0.75 | Fax page charge to 410-531-4783 |
| 4/02/02 | 0.83 | Telephone call to:  COLUMBIA,MD 410-531-4000 |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 4/02/02 | 1.04 | Telephone call to:  NORTH WEST,NJ  973-560-9000 |
| 4/02/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 4/02/02 | 1.45 | Fax phone charge to 410-531-4461 |
| 4/02/02 | 1.45 | Fax phone charge to 561-362-1583 |
| 4/02/02 | 1.45 | Fax phone charge to 410-531-4783 |
| 4/02/02 | 2.29 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 4/02/02 | 2.49 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 4/02/02 | 3.12 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 4/02/02 | 3.12 | Telephone call to:  HOUSTON,TX  713-651-1221 |
| 4/02/02 | 5.50 | Comet Messenger Services to:  DAVID KOSENBLOOM |
| 4/02/02 | 11.00 | David A Codevilla - Local Transportation-03/24/02-Taxi to Rosslyn metro |
| 4/02/02 | 14.50 | David A Codevilla - Overtime Meals-Attorney-03/24/02-Lunch-D. Codevilla |
| 4/02/02 | 18.75 | Fax page charge to 410-531-4461 |
| 4/02/02 | 18.75 | Fax page charge to 561-362-1583 |
| 4/02/02 | 18.75 | Fax page charge to 410-531-4783 |
| 4/03/02 | 0.10 | Standard Copies |
| 4/03/02 | 0.34 | Postage-TRACKING ID# 1109246797224 |
| 4/03/02 | 0.40 | Standard Copies |
| 4/03/02 | 0.40 | Standard Copies |
| 4/03/02 | 1.90 | Standard Copies |
| 4/05/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/08/02 | 0.62 | Telephone call to:  LICKING,MO  314-674-2989 |
| 4/08/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-557-2546 |
| 4/08/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 4/08/02 | 3.37 | Telephone call to:  KTCHNR WTL,ON  519-884-6764 |
| 4/08/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/08/02 | 155.00 | Wilk, K. - Secretarial Overtime |
| 4/09/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/09/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/10/02 | 0.75 | Fax page charge to 302-652-5338 |