| Date | Amount | Description |
|------|--------|-------------|
| 4/10/02 | 1.75 | PACER SERVICE CENTER - Computer Database Research, Pacer services for period 1/01/02-3/31/02 |
| 4/10/02 | 1.80 | Standard Copies |
| 4/10/02 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 4/10/02 | 7.02 | PACER SERVICE CENTER - Computer Database Research, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |
| 4/10/02 | 7.50 | Fax page charge to 561-362-1584 |
| 4/10/02 | 7.50 | Fax page charge to 703-729-8587 |
| 4/10/02 | 9.29 | Fed Exp to: ,CAMBRIDGE,MA from:MAILROOM |
| 4/11/02 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-407-4000 |
| 4/11/02 | 0.90 | Standard Copies |
| 4/11/02 | 1.25 | Telephone call to: HOUSTON,TX 713-651-1221 |
| 4/11/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/12/02 | 0.50 | Standard Copies |
| 4/12/02 | 0.62 | Telephone call to: S SAN,CA 650-592-8337 |
| 4/12/02 | 0.62 | Telephone call to: MISSOULA,MT 406-523-2500 |
| 4/12/02 | 0.75 | Fax page charge to 302-657-4901 |
| 4/12/02 | 0.75 | Fax page charge to 302-652-4400 |
| 4/12/02 | 0.75 | Fax page charge to 212-715-8000 |
| 4/12/02 | 0.75 | Fax page charge to 202-429-3301 |
| 4/12/02 | 0.75 | Fax page charge to 302-652-4400 |
| 4/12/02 | 0.75 | Fax page charge to 305-374-7593 |
| 4/12/02 | 0.75 | Fax page charge to 302-575-1714 |
| 4/12/02 | 0.75 | Fax page charge to 212-806-6006 |
| 4/12/02 | 0.75 | Fax page charge to 302-573-6497 |
| 4/12/02 | 0.80 | Standard Copies |
| 4/12/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-735-3550 |
| 4/12/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 4/12/02 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-735-2324 |
| 4/12/02 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 4/12/02 | 1.40 | Standard Copies |
| 4/12/02 | 1.50 | Fax page charge to 561-362-1583 |

B-21

| Date | Amount | Description |
|------|--------|-------------|
| 4/12/02 | 1.50 | Fax page charge to 302-426-9947 |
| 4/12/02 | 1.50 | Fax page charge to 561-362-1583 |
| 4/12/02 | 1.66 | Fax phone charge to 410-531-4783 |
| 4/12/02 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 4/12/02 | 1.66 | Fax phone charge to 561-362-1970 |
| 4/12/02 | 1.66 | Telephone call to: E CENTRAL,FL  561-362-1533 |
| 4/12/02 | 1.70 | Standard Copies |
| 4/12/02 | 1.87 | Fax phone charge to 919-688-0105 |
| 4/12/02 | 2.25 | Fax page charge to 412-288-3063 |
| 4/12/02 | 2.25 | Fax page charge to 561-362-1583 |
| 4/12/02 | 2.29 | Telephone call to: S SAN,CA  650-592-8337 |
| 4/12/02 | 2.29 | Telephone call to: NEWYORKCTY,NY  212-735-3550 |
| 4/12/02 | 2.49 | Telephone call to: BOSTON,MA  617-426-5900 |
| 4/12/02 | 2.80 | Standard Copies |
| 4/12/02 | 3.20 | Standard Copies |
| 4/12/02 | 5.25 | Fax page charge to 561-362-1583 |
| 4/12/02 | 7.10 | Standard Copies |
| 4/12/02 | 14.34 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 4/12/02 | 14.55 | Telephone call to: NEWYORKCTY,NY  212-595-8992 |
| 4/12/02 | 19.50 | Fax page charge to 410-531-4783 |
| 4/12/02 | 19.50 | Fax page charge to 561-362-1970 |
| 4/12/02 | 24.00 | Fax page charge to 919-688-0105 |
| 4/12/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/12/02 | 48.00 | Fax page charge to 646-394-6717 |
| 4/12/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/13/02 | 1.77 | Fax phone charge to 203-351-4535 |
| 4/13/02 | 19.50 | Fax page charge to 203-351-4535 |
| 4/16/02 | 0.83 | Telephone call to: DOWNTN LA,CA  213-830-6422 |
| 4/16/02 | 1.04 | Fax phone charge to 203-351-4535 |
| 4/16/02 | 1.66 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 4/16/02 | 1.87 | Telephone call to: NEWYORKCTY,NY  212-735-3000 |

| Date | Amount | Description |
|---|---|---|
| 4/16/02 | 2.16 | Fax phone charge to 561-362-1583 |
| 4/16/02 | 2.25 | Fax page charge to 412-288-3063 |
| 4/16/02 | 2.25 | Fax page charge to 302-652-5338 |
| 4/16/02 | 2.25 | Fax page charge to 561-362-1583 |
| 4/16/02 | 3.00 | Fax page charge to 212-868-1229 |
| 4/16/02 | 3.00 | Fax page charge to 212-806-6006 |
| 4/16/02 | 3.00 | Fax page charge to 305-374-7593 |
| 4/16/02 | 3.00 | Fax page charge to 212-735-2000 |
| 4/16/02 | 3.00 | Fax page charge to 202-429-3301 |
| 4/16/02 | 3.74 | Telephone call to:  WASHINGTON,DC  202-736-8556 |
| 4/16/02 | 4.50 | Fax page charge to 212-351-4035 |
| 4/16/02 | 6.75 | Fax page charge to 713-651-0020 |
| 4/16/02 | 9.75 | Fax page charge to 212-351-4035 |
| 4/16/02 | 9.75 | Fax page charge to 203-351-4535 |
| 4/16/02 | 15.00 | Fax page charge to 862-7177 |
| 4/16/02 | 25.50 | Fax page charge to 561-362-1583 |
| 4/16/02 | 33.00 | CHRISTIAN J. LANE - Overtime Meals - Attorney, 04.01, 04.02.2002 |
| 4/16/02 | 38.00 | CHRISTIAN J. LANE - Overtime Trans - Attorney, 04.02, 04.05.2002 |
| 4/17/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 4/17/02 | 0.62 | Telephone call to:  NEW YORK,NY  212-223-0400 |
| 4/17/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 4/17/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 4/17/02 | 2.49 | Telephone call to:  FREEPORT,NY  516-378-7750 |
| 4/17/02 | 2.49 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 4/17/02 | 2.91 | Telephone call to:  WASHINGTON,DC  202-955-1279 |
| 4/17/02 | 5.61 | Telephone call to:  BOSTON,MA  617-426-5900 |
| 4/17/02 | 12.00 | Fax page charge to 773-248-2087 |
| 4/17/02 | 12.27 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 4/17/02 | 17.67 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 4/17/02 | 28.89 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 4/17/02 | 39.00 | Overtime Transportation, R Higgins, 12/14/01 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/18/02 | 0.45 | Postage-TRACKING ID# 1110758930760 |
| 4/18/02 | 0.83 | Telephone call to: HOUSTON,TX 713-651-1221 |
| 4/18/02 | 0.83 | Fax phone charge to 212-403-2000 |
| 4/18/02 | 1.04 | Telephone call to: DENVER,CO 303-312-7376 |
| 4/18/02 | 1.50 | Fax page charge to 703-729-8587 |
| 4/18/02 | 1.87 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 4/18/02 | 2.25 | Fax page charge to 212-351-4035 |
| 4/18/02 | 2.25 | Fax page charge to 203-351-4535 |
| 4/18/02 | 2.91 | Telephone call to: NEWYORKCTY,NY 212-806-6015 |
| 4/18/02 | 3.53 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 4/18/02 | 3.73 | Fax phone charge to 212-344-4294 |
| 4/18/02 | 3.74 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 4/18/02 | 7.02 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 4/18/02 | 7.27 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 4/18/02 | 8.52 | Telephone call to: BOSTON,MA 617-426-5900 |
| 4/18/02 | 9.29 | Fed Exp to: ,VOORHEES,NJ from:MAILROOM |
| 4/18/02 | 12.00 | Fax page charge to 212-403-2000 |
| 4/18/02 | 12.26 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 4/18/02 | 39.00 | Fax page charge to 212-344-4294 |
| 4/19/02 | 0.75 | Fax page charge to 212-753-0396 |
| 4/19/02 | 0.75 | Fax page charge to 212-753-0396 |
| 4/19/02 | 1.04 | Fax phone charge to 212-557-2522 |
| 4/19/02 | 2.25 | Fax page charge to 212-806-6006 |
| 4/19/02 | 2.25 | Fax page charge to 212-753-0396 |
| 4/19/02 | 2.25 | Fax page charge to 412-288-3063 |
| 4/19/02 | 3.00 | Fax page charge to 212-753-0396 |
| 4/19/02 | 3.00 | Fax page charge to 212-753-0396 |
| 4/19/02 | 3.00 | Fax page charge to 713-651-0020 |
| 4/19/02 | 10.50 | Fax page charge to 212-557-2522 |
| 4/19/02 | 425.00 | TOM JONES D/B/A/ INTERNATIONAL - Investigators, Service re Russell Werby |
| 4/23/02 | 0.62 | Telephone call to: HOUSTON,TX 713-651-1221 |

| Date | Amount | Description |
|------|-------|-------------|
| 4/23/02 | 0.70 | Standard Copies |
| 4/23/02 | 0.79 | Fax phone charge to 212-351-5233 |
| 4/23/02 | 0.79 | Fax phone charge to 212-403-2000 |
| 4/23/02 | 0.79 | Fax phone charge to 203-351-4535 |
| 4/23/02 | 0.98 | Fax phone charge to 561-362-1583 |
| 4/23/02 | 0.98 | Fax phone charge to 410-531-4545 |
| 4/23/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-557-2546 |
| 4/23/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 4/23/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-826-5311 |
| 4/23/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-3550 |
| 4/23/02 | 1.25 | Fax phone charge to 561-362-1583 |
| 4/23/02 | 1.50 | Fax page charge to 212-868-1229 |
| 4/23/02 | 3.00 | Fax page charge to 410-531-4783 |
| 4/23/02 | 3.00 | Fax page charge to 561-362-1970 |
| 4/23/02 | 3.75 | Fax page charge to 203-351-4535 |
| 4/23/02 | 5.25 | Fax page charge to 703-729-8587 |
| 4/23/02 | 7.90 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 4/23/02 | 9.00 | Fax page charge to 203-351-4535 |
| 4/23/02 | 9.00 | Fax page charge to 212-403-2000 |
| 4/23/02 | 9.00 | Fax page charge to 646-394-6717 |
| 4/23/02 | 9.00 | Fax page charge to 410-531-4545 |
| 4/23/02 | 9.00 | Fax page charge to 212-661-6278 |
| 4/23/02 | 9.00 | Fax page charge to 212-351-5233 |
| 4/23/02 | 9.00 | Fax page charge to 561-362-1970 |
| 4/23/02 | 11.25 | Fax page charge to 561-362-1583 |
| 4/23/02 | 14.25 | Fax page charge to 561-362-1583 |
| 4/24/02 | 1.04 | Fax phone charge to 202-429-3301 |
| 4/24/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 4/24/02 | 1.25 | Fax phone charge to 561-362-1583 |
| 4/24/02 | 1.45 | Fax phone charge to 212-557-2522 |
| 4/24/02 | 2.08 | Telephone call to:  E CENTRAL,FL  561-362-1532 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/24/02 | 2.25 | Fax page charge to 561-362-1970 |
| 4/24/02 | 2.25 | Fax page charge to 302-652-5338 |
| 4/24/02 | 2.55 | Fax phone charge to 561-362-1583 |
| 4/24/02 | 12.00 | Fax page charge to 212-557-2522 |
| 4/24/02 | 12.00 | Fax page charge to 561-362-1583 |
| 4/24/02 | 12.00 | Fax page charge to 202-429-3301 |
| 4/24/02 | 17.36 | SCOTT MCMILLIN - Cingular Wireless, 03.12 - 04.11.2002 |
| 4/24/02 | 27.00 | Fax page charge to 561-362-1583 |
| 4/25/02 | 0.40 | PETTY CASHIER, HELEN S. RUHNKE - Outside Copy/Binding Services, Copies for S. Pope, 4.23.02 |
| 4/25/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1533 |
| 4/25/02 | 0.75 | Fax page charge to 202-293-6961 |
| 4/25/02 | 3.00 | Fax page charge to 302-426-9947 |
| 4/25/02 | 3.00 | Fax page charge to 302-652-4400 |
| 4/25/02 | 3.00 | Fax page charge to 305-374-7593 |
| 4/25/02 | 3.75 | Fax page charge to 561-362-1583 |
| 4/25/02 | 3.75 | Fax page charge to 410-531-4783 |
| 4/25/02 | 4.50 | Fax page charge to 302-652-5338 |
| 4/25/02 | 5.25 | Fax page charge to 561-362-1583 |
| 4/25/02 | 5.25 | Fax page charge to 302-652-5338 |
| 4/26/02 | 0.62 | Telephone call to:  STATE OF,DE  302-559-3409 |
| 4/26/02 | 0.75 | Fax page charge to 561-362-1970 |
| 4/26/02 | 0.75 | Fax page charge to 410-531-4545 |
| 4/26/02 | 27.20 | Standard Copies |
| 4/29/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 4/29/02 | 3.61 | Telephone call to:  UK  011-442074938181 |
| 4/29/02 | 3.74 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 4/30/02 | 6.03 | Telephone call to:  NYC BRONX,NY  212-946-9440 |

## Matter 24 – Creditors/Noteholders Committee – Expenses

| **Service Description** | **Amount** |
| --- | --- |
| Telephone | $3.12 |
| **Total** | **$3.12** |

## Matter 24 – Creditors/Noteholders Committee – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/16/02 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 4/17/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 4/17/02 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4170 |

## Matter 27 – Employee Matters – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $1.04 |
| Secretarial Overtime | $102.63 |
| **Total** | **$103.67** |

## Matter 27 – Employee Matters – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/25/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/03/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/10/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4191 |

## Matter 28 – Environmental Issues – Expenses

| Service Description | Amount |
|---|---|
| Computer Database Research | $121.76 |
| **Total** | **$121.76** |

## Matter 28 – Environmental Issues – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/04/02 | 5.25 | West Publishing-TP,Database Usage 3.02 |
| 3/21/02 | 21.04 | West Publishing-TP,Database Usage 3.02 |
| 3/25/02 | 71.14 | West Publishing-TP,Database Usage 3.02 |
| 3/26/02 | 24.33 | West Publishing-TP,Database Usage 3.02 |

## Matter  29 – File, Docket, Calendar Maintenance – Expenses

| Service Description | Amount |
|---|---|
| Computer Database Research | $597.32 |
| **Total** | **$597.32** |

**Matter  29 – File, Docket, Calendar Maintenance – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 4/10/02 | 41.09 | PACER SERVICE CENTER - Computer Database Research, Printouts of Pleadings filed online re W.R. Grace Bankruptcy (01-1139) and Adversary proceedings |
| 4/10/02 | 187.32 | PACER SERVICE CENTER - Computer Database Research, Documents Retrieved from Miscellaneous Bankruptcy Websites, 3/31/02 |
| 4/10/02 | 368.91 | PACER SERVICE CENTER - Computer Database Research, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |

## Matter 30 – Hearings – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $1.25 |
| **Total** | **$1.25** |

## Matter 30 – Hearings – Itemized Expenses

**Date**       **Amount**    **Description**
4/10/02         1.25   Telephone call to:  STATE OF,DE  302-778-6464

## Matter 32 – K&E Fee Application Preparation of – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $0.83 |
| Computer Database Research | $144.84 |
| Overtime Meals | $12.00 |
| **Total** | **$157.67** |

## Matter 32 – K&E Fee Application Preparation of – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/22/02 | 12.00 | Overtime Meals     WALLACE,TONI L |
| 4/10/02 | 10.29 | PACER SERVICE CENTER - Computer Database Research, Documents Retrieved from Miscellaneous Bankruptcy Websites, 3/31/02 |
| 4/10/02 | 134.55 | PACER SERVICE CENTER - Computer Database Research, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |
| 4/30/02 | 0.83 | Telephone call to:  STATE OF,DE  302-778-6464 |

## Matter 38 – Retention of Professionals / Fees – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $4.15 |
| Overnight Delivery | $17.38 |
| Computer Database Research | $4.50 |
| Secretarial Overtime | $187.32 |
| **Total** | **$213.35** |

## Matter 38 – Retention of Professionals / Fees – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/19/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 3/19/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 3/20/02 | 2.70 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 3/20/02 | 19.38 | Janisse, M. - Secretarial Overtime |
| 3/27/02 | 9.25 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/02/02 | 1.45 | Telephone call to:  WASHINGTON,DC  202-429-6449 |
| 4/02/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/04/02 | 8.13 | Fed Exp to: ,EL SEGUNDO,CA from:MAILROOM |
| 4/10/02 | 4.50 | PACER SERVICE CENTER - Computer Database Research, Pacer Court docket research services for January 1, 2002 through March 31, 2002 |

## Matter 41 – Tax Matters – Expenses

| Service Description | Amount |
| --- | ---: |
| Telephone | $3.53 |
| Library Document Procurement | $20.00 |
| Computer Database Research | $38.82 |
| Secretarial Overtime | $37.32 |
| **Total** | **$99.67** |

## Matter 41 – Tax Matters – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/14/02 | 10.00 | Library Document Procurement - Federal Registers: 49 FR 1361; 55 FR 48424; 60 FR 31920. |
| 3/15/02 | 5.52 | West Publishing-TP,Database Usage  3.02 |
| 3/15/02 | 10.00 | Library Document Procurement - 99 Dickinson Law Review 645. |
| 3/15/02 | 29.60 | West Publishing-TP,Database Usage  3.02 |
| 3/21/02 | 3.70 | West Publishing-TP,Database Usage  3.02 |
| 4/05/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/08/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-583-5388 |
| 4/08/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-583-5388 |

## Matter 42 – Travel – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $2,169.48 |
| Airfare | $9,046.27 |
| Transportation to/from airport | $348.95 |
| Travel Meals | $226.33 |
| Other Travel Expenses | $33.00 |
| **Total** | **$11,824.03** |

## Matter 42 – Travel – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/08/02 | 64.00 | Crown Coach - Transportation to/from airport, Janet Baer |
| 3/12/02 | 56.05 | Crown Coach - Transportation to/from airport, Janet Baer |
| 3/14/02 | 58.40 | Crown Coach - Transportation to/from airport, Janet Baer |
| 3/18/02 | 56.05 | Crown Coach - Transportation to/from airport, Shirley A Pope |
| 3/18/02 | 56.05 | Crown Coach - Transportation to/from airport, Emily J Knox |
| 3/18/02 | 58.40 | Crown Coach - Transportation to/from airport, Emily J Knox |
| 3/28/02 | 1,070.00 | SHIRLEY A POPE - Airfare f/E. Knox, Wilmington, DE 3.18.02 (Hearing) |
| 3/29/02 | 16.91 | SCOTT MCMILLIN - Meals, Boston, MA, 03.28.2002, (Court hearing on Action matter) |
| 3/29/02 | 144.08 | SCOTT MCMILLIN - Travel Expense, Boston, MA, 03.28.2002, (Court hearing on Action matter) |
| 3/29/02 | 785.03 | SCOTT MCMILLIN - Airfare, Boston, MA, 03.28.2002, (Court hearing on Action matter) |
| 4/03/02 | 53.17 | MICHELLE H BROWDY - Meal Expense, Stamford,CT, 3.26 to 3.27.02, (Mtg w/Bill Weitzel) |
| 4/03/02 | 102.00 | MICHELLE H BROWDY - Airfare Expense, Stamford,CT, 3.26 to 3.27.02, (Mtg w/Bill Weitzel) |
| 4/03/02 | 368.30 | MICHELLE H BROWDY - Travel Expense, Stamford,CT, 3.26 to 3.27.02, (Mtg w/Bill Weitzel) |
| 4/12/02 | 18.31 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 1.31 to 2.01.02, (Supplement report additional charges from hotel) |
| 4/18/02 | 76.00 | MICHELLE H BROWDY - Travel Expense, Newark,NJ, 4.15.02, (Hearing) |
| 4/18/02 | 1,141.86 | MICHELLE H BROWDY - Airfare Expense, Newark,NJ, 4.15.02, (Hearing) |
| 4/22/02 | 33.00 | ANDREW R RUNNING - Parking, Chicago, IL 4.16.02 (Mtg) |
| 4/22/02 | 240.14 | ANDREW R RUNNING - Hotel Expense, Chicago, IL 4.16.02 (Mtg) |
| 4/23/02 | 18.41 | SCOTT MCMILLIN - Meals, New York, NY, 04.22.2002, (Meet w/K. Kollins @ Houlihan-Lokey) |
| 4/23/02 | 40.00 | SCOTT MCMILLIN - Travel Expense, New York, NY, 04.22.2002, (Meet w/K. Kollins @ Houlihan-Lokey) |
| 4/23/02 | 80.12 | JANET BAER - Meal Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Hearing) |
| 4/23/02 | 224.35 | JANET BAER - Travel Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Hearing) |
| 4/23/02 | 942.16 | JANET BAER - Airfare Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Hearing) |
| 4/23/02 | 1,116.54 | SCOTT MCMILLIN - Airfare, New York, NY, 04.22.2002, (Meet w/K. Kollins @ Houlihan-Lokey) |

| Date | Amount | Description |
|------|--------|-------------|
| 4/24/02 | 18.00 | MICHELLE H BROWDY - Meal Expense, New York,NY/Connecticut, 4.22.02, (Mtg re: fraudulent conveyance claims) |
| 4/24/02 | 301.50 | MICHELLE H BROWDY - Travel Expense, New York,NY/Connecticut, 4.22.02, (Mtg re: fraudulent conveyance claims) |
| 4/24/02 | 1,270.62 | MICHELLE H BROWDY - Airfare Expense, New York,NY/Connecticut, 4.22.02, (Mtg re: fraudulent conveyance claims) |
| 4/26/02 | 17.72 | DAVID M BERNICK, P.C. - Meal Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Attend pretrial conference) |
| 4/26/02 | 22.00 | ELLI LEIBENSTEIN - Meals, New York, NY, 04.22 - 04.23.2002, (Meet w/expert) |
| 4/26/02 | 355.98 | DAVID M BERNICK, P.C. - Travel Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Attend pretrial conference) |
| 4/26/02 | 400.82 | ELLI LEIBENSTEIN - Travel Expense, New York, NY, 04.22 - 04.23.2002, (Meet w/expert) |
| 4/26/02 | 1,224.50 | ELLI LEIBENSTEIN - Airfare, New York, NY, 04.22 - 04.23.2002, (Meet w/expert) |
| 4/26/02 | 1,393.56 | DAVID M BERNICK, P.C. - Airfare Expense, Pittsburgh,PA, 4.21 to 4.22.02, (Attend pretrial conference) |

### Matter 43 – Use, Sale, Lease/Abandonment of Property – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $6.23 |
| Facsimile Charge | $10.58 |
| **Total** | **$16.81** |

## Matter 43 – Use, Sale, Lease/Abandonment of Property – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/02/02 | 4.78 | Telephone call to: COLUMBIA,MD  410-531-4222 |
| 4/11/02 | 2.25 | Fax page charge to 302-426-9947 |
| 4/12/02 | 0.83 | Telephone call to: PHLADELPHA,PA  610-644-3786 |
| 4/25/02 | 0.83 | Fax phone charge to 410-531-4783 |
| 4/25/02 | 7.50 | Fax page charge to 410-531-4783 |
| 4/30/02 | 0.62 | Telephone call to: COLUMBIA,MD  410-531-4075 |

## Matter 44 – U.S. Trustee – Expenses

| Service Description | Amount |
| --- | --- |
| Facsimile Charges | $8.48 |
| **Total** | **$8.48** |

## Matter 44 – U.S. Trustee – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/08/02 | 0.98 | Fax phone charge to 212-446-4900 |
| 4/08/02 | 7.50 | Fax page charge to 212-446-4900 |

## Matter 46 – IRS Tax Litigation – Expenses

| Service Description | Amount |
|---|---:|
| Facsimile Charges | $50.20 |
| Overnight Delivery | $7.22 |
| Computer Database Research | $21.31 |
| **Total** | **$78.73** |

## Matter 46 – IRS Tax Litigation – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/04/02 | 21.31 | West Publishing-TP,Database Usage  3.02 |
| 4/17/02 | 1.50 | Fax page charge to 202-514-9440 |
| 4/18/02 | 7.22 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 4/23/02 | 1.50 | Fax page charge to 561-362-1323 |
| 4/26/02 | 0.79 | Fax phone charge to 202-452-7074 |
| 4/26/02 | 0.98 | Fax phone charge to 561-912-9068 |
| 4/26/02 | 1.18 | Fax phone charge to 561-362-1323 |
| 4/26/02 | 13.50 | Fax page charge to 561-362-1323 |
| 4/26/02 | 13.50 | Fax page charge to 561-912-9068 |
| 4/26/02 | 17.25 | Fax page charge to 202-452-7074 |