IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 18, 2002 AT 1:00 P.M.**

**CONTINUED MATTERS**

1. *Complaint for Declaratory Judgment and Turnover of Non-Estate Property by MCNIC Pipeline & Processing Company against W.R. Grace & Co.-Conn. (Docket No. 1003)*

    **Related Documents:** None.

    **Response Deadline:** December 13, 2001 (extended for the Debtors to July 5, 2002)

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** This matter has been continued until July 22, 2002 at 10:00 a.m.

2. *Motion of Wesconn Co., Inc. for Relief from Stay Regarding Certain Construction Contracts (Docket No. 2048)*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Related Documents:**

a. [Proposed] Order Modifying Stay [Docket No. 2048]

**Response Deadline:** May 31, 2002 at 4:00 p.m. (extended for the Debtors to July 5, 2002)

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter has been continued until July 22, 2002 at 10:00 a.m.

## UNCONTESED MATTERS

3. *Debtors' Motion to Pay Stay Bonuses in Connection with the Consolidation of the Customer Service Functions of Grace Performance Chemicals (Docket No. 2049)*

    **Related Documents:**

    a. [Proposed] Order Approving the Debtors' Payment of Stay Bonuses in Connection with the Consolidation of the Customer Service Functions of Grace Performance Chemicals (Docket No. 2049)

    b. Certification of No Objection Regarding Docket No. 2049 (Docket No. 2144)

    **Response Deadline:** May 31, 2002 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

## CONTESTED MATTERS

4. *Motion for Reconsideration re: Motion to Annul the Automatic Stay [filed by Edythe Kellogg] (Docket No. 1968)*

    **Related Documents:**

    a. Motion to Annul the Automatic Stay [filed by Edythe Kellogg] (Docket No. 1651)

    b. [Proposed] Order re: Motion to Annul the Automatic Stay (Docket No. 1651)

    c. Debtors' Opposition to Edythe Kellogg's Motion to Annul the Automatic Stay (Docket No. 1785)

    d.    Debtors' Supplemental Filing in Opposition to Edythe Kellogg's Motion to Annul the Automatic Stay (Docket No. 1924)

    e.    Supplemental Filing of Edythe Kellogg in Response to Debtors' Supplemental Filing in Opposition to Her Motion to Annul the Automatic Stay (Docket No. 1928)

**Response Deadline:** June 10, 2002 at 4:00 p.m.

**Responses Received:**

    a.    Debtors' Response to Edythe Kellogg's Motion for Reconsideration (Docket No. 2130)

**Status:** This matter will go forward.

5. *Amended Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§327(a) and 328 and Fed.R.Bankr.P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to November 11, 2001 (Docket No. 1934)*

    **Related Documents:**

    a.    [Proposed] Order Pursuant to 11 U.S.C. §§327(a) and 328 and Fed.R.Bankr.P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to November 11, 2001 (Docket No. 1934)

    b.    Application of the Debtors for the Entry of an Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent and Accountants and Auditors to the Debtors and Debtors in Possession (Docket No. 1488)

    c.    United States Trustee's Amended Objection to Debtors' Application for Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Accountants and Auditors to the Debtors (Docket No. 1590)

    d.    United States Trustee's Objection to Debtors' Application for Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Accountants and Auditors to the Debtors (Docket No. 1619)

**Response Deadline:** May 3, 2002 at 4:00 p.m.

**Responses Received:**

a.  United States Trustee's Objection to Debtors' Amended Application for Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants *Nunc Pro Tunc* to November 11, 2001 (Docket No. 2012)

b.  Joint Reply of Debtors and PricewaterhouseCoopers LLP to United States Trustee's Objection to Debtors' Amended Application for Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants *Nunc Pro Tunc* to November 11, 2001 (Docket No. 2041)

**Status:** This matter will be going forward.

Dated: June 11, 2002

KIRKLAND & ELLIS
David M. Bernick
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet Baer
Christian J. Lane
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

_/s/ David W. Carickhoff_
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:47734.3            4