IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref: Docket No. 2189** |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 11, 2002, the Official Committee of Asbestos Property Damage Claimants, by and through the undersigned counsel, filed the attached Affidavit of Edward J. Westbrook and Affidavit of Allan M. McGarvey with the United States Bankruptcy Court for the District of Delaware, regarding Docket No. 2189.

      FERRY, JOSEPH & PEARCE, P.A.

      /s/ Theodore J. Tacconelli
      Theodore J. Tacconelli (#2678)
      Rick S. Miller (#3418)
      824 Market Street, Suite 904
      P.O. Box 1351
      Wilmington, DE 19899
      (302) 575-1555

      -and-

      Scott L. Baena
      Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
      2500 First Union Financial Center
      200 South Biscayne Boulevard
      Miami FL 33131-2336

      Attorneys for the Official Committee of Asbestos Property Damage Claimants

Dated: June 11, 2002