IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 1 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF ALLAN M. MCGARVEY

| | |
|---|---|
| STATE OF MONTANA | ) |
| | ) ss. |
| COUNTY OF FLAT HEAD | ) |

Allan McGarvey, Esq., being duly sworn, deposes and says:

1.      I am an attorney at law admitted to practice in the State of Montana, among other jurisdictions and courts. I am a member of the firm McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHS&M"), which is currently located at 745 South Main, Kalispell, Montana 59901. I am familiar with the matters set forth herein and make this affidavit in support of the response and motion of the Official Committee of Asbestos-Related Property Damage Claimants (the "PD Committee") of the above captioned debtors (the "Debtors") seeking to retain specified lawyers and law firms, effective as of June 7, 2002, as Special Counsel to the Zonolite Asbestos Insulation claimants ("ZAI Claimants") pursuant to 11 U.S.C. §§ 1103(a).

2.      MHS&M represents approximately 300 individual claimants with claims for personal injury and or property damage arising from exposure to asbestos from debtor Grace's vermiculite mine near Libby Montana (herein "individual asbestos claimants").

Among these clients is Mr. Royce Ryan, an individual suffering personal injury from asbestos exposure, who serves as a member of the Official Committee of Asbestos Personal Injury Claimants in this bankruptcy.

3. To the best of my knowledge and information, except in connection with the above-described individual asbestos claimants individually represented, MHS&M neither holds nor represents any interest adverse to the PD Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in this case. In order to make this determination, I requested that a search be made of the firm's clients to determine if it represents or has represented: (i) the Debtor, W.R. Grace & Co., or the 62 entities affiliated with W.R. Grace & Co., as they appear in the chapter 11 petition of W.R. Grace; (ii) the members of the Official Committee of Unsecured Creditors; (iii) the Officiate Committee of Asbestos Personal Injury Claimants; (iv) significant stockholders of the Debtors' parent company; (v) senior officers and directors of the Debtors; (vi) other estate professionals retained in the cases; and (vii) the Debtors insurers.

4. Based upon information currently available to me, other than with respect to individual asbestos claimants as set forth above, MHS&M has no connection with the Debtors, their creditors, or any other party in interest herein, or their respective attorneys or accountants, or the United States Trustee.

5. No agreement exists, nor will any be made, to share any compensation received by MHS&M for its services in this engagement with any other person or firm.

6. MHS&M is willing to be retained by the Property Damage Committee as

Special Counsel to the ZAI Claimants and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with section 503 of Title 11, the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and any Orders of the Court entered in these cases.

_____
Allan M. McGarvey, Esq.

Sworn to before me this
____ day of June, 2002

Notary Public _Judy A. O'Haire_

My commission expires: _7/18/02_