IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors


THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors

Date of Retention:                              June 21, 2001

Period for which compensation and               April 1, 2002 through
reimbursement is sought:                        April 30, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $102,314.00):      $81,851.20

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                    $ 4,657.40

This is an: _X____ interim  _____ final application

The total time expended for fee application preparation is approximately 40.1 hours and
corresponding compensation requested is approximately $14,132.50. The time expended
included time spent on preparation of the twelfth interim fee application, the fourth
quarterly fee application and conversion of prior fee applications and data to formats for
the fee auditor in compliance with the revised case administrative order.

This is the THIRTEENTH application filed. Disclosure for prior periods and current
period is as follows:

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 | $4,657.40 |

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 12.1 | $6,655.00 |
| S. Cunningham | $440 | 32.6 | $14,344.00 |
| C. Whitney | $375 | 42.9 | $16,087.50 |
| W. Gilligan | $375 | 69.5 | $26,062.50 |
| L. Hamilton | $350 | 92.1 | $32,235.00 |
| J. Schwendeman | $325 | 12.0 | $3,900.00 |
| M. Hakoun | $150 | 20.2 | $3,030.00 |
| | | | |
| Grand Total: | | 281.4 | $102,314.00 |
| Blended Rate: | $364 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 2.6 | $910.00 |
| 12 | Business Analysis | 200.3 | $72,058.50 |
| 17 | Committee Matters and Creditor Meetings | 30.5 | $12,448.00 |
| 18 | Compensation of Professionals | 40.1 | $14,132.50 |
| 47 | Tax/General | 7.9 | 2,765.00 |
| | | | |
| | Total | 281.4 | $102,314.00 |

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $222.20 |
| Telecommunications | $918.88 |
| Postage, Express Delivery | $14.32 |
| Travel Expenses | $547.00 |
| Word Processing Services | $15.00 |
| Document Preparation and Handling Services | $900.00 |
| Seminar Costs | $2,040.00 |
|  |  |
| Total | $4,657.40 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period April 1, 2002 through April 30, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 12.1 | $ 550 | $ 6,655.00 |
| S. Cunningham | 32.6 | $ 440 | 14,344.00 |
| C. Whitney | 42.9 | $ 375 | 16,087.50 |
| W. Gilligan | 69.5 | $ 375 | 26,062.50 |
| L. Hamilton | 92.1 | $ 350 | 32,235.00 |
| J. Schwendeman | 12.0 | $ 325 | 3,900.00 |
| M. Hakoun | 20.2 | $ 150 | 3,030.00 |
| TOTAL | 281.4 |  | $ 102,314.00 |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Category
For the period April 1, 2002 through April 30, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | $ - | $ - | $ - | $ - | $ 910.00 | $ - | $ - | $ 910.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 5,665.00 | 8,976.00 | 14,100.00 | 21,862.50 | 14,525.00 | 3,900.00 | 3,030.00 | 72,058.50 |
| 17 | Committee Matters and Creditor Meetings | 770.00 | 5,368.00 | 1,987.50 | 3,937.50 | 385.00 | - | - | 12,448.00 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 220.00 | - | - | 262.50 | 13,650.00 | - | - | 14,132.50 |
| 47 | Tax/General | - | - | - | - | 2,765.00 | - | - | 2,765.00 |
| | TOTAL | $ 6,655.00 | $ 14,344.00 | $ 16,087.50 | $ 26,062.50 | $ 32,235.00 | $ 3,900.00 | $ 3,030.00 | $ 102,314.00 |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | $ 150 | |

1 of 1

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Professional
For the period April 1, 2002 through April 30, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Halcoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 2.6 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 10.3 | 20.4 | 37.6 | 58.3 | 41.5 | 12.0 | 20.2 | 200.3 |
| 17 | Committee Matters and Creditor Meetings | 1.4 | 12.2 | 5.3 | 10.5 | 1.1 | 0.0 | 0.0 | 30.5 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 0.4 | 0.0 | 0.0 | 0.7 | 39.0 | 0.0 | 0.0 | 40.1 |
| 47 | Tax/General | 0.0 | 0.0 | 0.0 | 0.0 | 7.9 | 0.0 | 0.0 | 7.9 |
| | TOTAL | 12.1 | 32.6 | 42.9 | 69.5 | 92.1 | 12.0 | 20.2 | 281.4 |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Apr | 12 | Read motions and other data regarding fraudulent conveyance issues. | 1.8 |
| 4-Apr | 12 | Read and analyzed revised KERP proposals. | 0.8 |
| 5-Apr | 12 | Read and analyzed data regarding fraudulent conveyance issues. | 1.4 |
| | 17 | Called counsel to discuss fraudulent conveyance issues. | 0.5 |
| | 12 | Prepared and edited report for Committee regarding KERP proposal. | 2.9 |
| 10-Apr | 12 | Prepared and edited report for the Committee regarding Debtors' business plan. | 1.5 |
| 12-Apr | 12 | Prepared and reviewed presentation material for April 15th meeting with the Committee. | 1.9 |
| 15-Apr | 17 | Prepared outline of next steps for discussion with Committee. | 0.4 |
| 17-Apr | 17 | Participated in conference call with Committee member to discuss case status. | 0.5 |
| 22-Apr | 18 | Prepared fee application. | 0.4 |
| | | **Total Hours - April** | 12.1 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Sean Cunningham
### For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Researched fraudulent conveyance motions pertaining to Sealed Air and Fresenius. | 1.3 |
| | 17 | Discussed outline of proposed agenda for 4/15 meeting with Debtors and Committee. | 0.2 |
| 4-Apr | 12 | Prepared hypothetical recovery analyses utilizing various asbestos and fraudulent conveyance recovery assumptions. | 2.4 |
| | 17 | Discussed fraudulent conveyance issues with counsel. | 0.4 |
| | 17 | Read and discussed various Committee motions with counsel. | 0.4 |
| 5-Apr | 12 | Prepared analysis pertaining to the Debtors' proposed LTIP and retention plans. | 2.2 |
| | 12 | Reviewed and edited draft report of findings to be presented to Committee on 4/15. | 1.1 |
| 8-Apr | 12 | Finalized analysis of peer group (asbestos companies) KERP plans. | 0.5 |
| 9-Apr | 17 | Participated in conference call with counsel to review findings pertaining to modifications to the existing KERP plan proposed by Debtors. | 1.4 |
| 11-Apr | 12 | Read and analyzed February 2002 operating results, Q4 2001and full year results in preparation for meeting of Committee and Debtors scheduled for 4/15. | 2.6 |
| 12-Apr | 12 | Finalized analysis related to 2002 business plan prepared by Debtors. | 1.2 |
| | 12 | Finalized report to Committee pertaining to FY 2002 business plan. | 1.2 |
| 14-Apr | 12 | Read and analyzed information pertaining to Debtors' KERP proposal. | 1.1 |
| | 12 | Read and analyzed information submitted to Committee in preparation for 4/15 meeting with Debtors. | 1.4 |
| 15-Apr | 17 | Participated in meeting of Committee prior to presentation of business plan update by Debtors. | 0.6 |

| | 17 | Participated in Debtors' presentation of FY 2002 business plan and KERP proposal | 4.5 |
|---|---|---|---|
| | 17 | Participated in followup meeting and presented observations regarding FY 2002 business plan and KERP Proposal. | 1.4 |
| 17-Apr | 12 | Prepared follow up information request list regarding salary information supporting KERP. | 0.5 |
| | 17 | Discussed KERP proposal with Blackstone. | 0.2 |
| 18-Apr | 12 | Read and analyzed update prepared by Stroock regarding fraudulent conveyances. | 1.0 |
| | 12 | Read and analyzed update regarding establishment of bar date and related procedures. | 0.3 |
| 22-Apr | 12 | Read and analyzed Hewitt memo regarding KERP. | 0.2 |
| | 17 | Discussed KERP information request with Blackstone. | 0.4 |
| 24-Apr | 12 | Analyzed industry data regarding comparative salaries at competitors. | 0.4 |
| | 12 | Analyzed information regarding KERP structures at other asbestos liability companies. | 0.4 |
| 25-Apr | 12 | Analyzed information regarding KERP structures at other asbestos liability companies and at competitors. | 0.6 |
| | 17 | Discussed fraudulent conveyance information with counsel. | 0.4 |
| 26-Apr | 17 | Discussed status of information request regarding KERP proposal with Blackstone. | 0.7 |
| | 17 | Discussed pending acquistion with counsel. | 0.2 |
| 28-Apr | 12 | Prepared questions related to KERP proposal in advance of conference call with Blackstone and Debtors. | 0.4 |
| | 12 | Reviewed information pertaining to KERP proposal received from Blackstone. | 1.2 |
| 30-Apr | 17 | Participated in conference call with Blackstone and Debtors' management to review KERP proposal and other matters. | 1.4 |
| | 12 | Prepared summary of KERP discussion. | 0.4 |
| | | **Total Hours - April** | 32.6 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Apr | 12 | Finalized and distributed report to Committee on 4th Quarter performance. | 4.5 |
| 5-Apr | 12 | Performed an analysis of gross margin by division and drafted message to Blackstone with follow-up questions. | 2.0 |
| 7-Apr | 12 | Prepared draft of report on Debtors' 2002 business plan. | 8.0 |
| 8-Apr | 12 | Continued to prepare draft of report on Debtors' 2002 business plan. | 3.6 |
| 9-Apr | 12 | Discussed draft of 2002 business plan report with case manager and updated report to reflect edits. | 3.4 |
| | 12 | Prepared EBITDA sensitivity analysis. | 3.0 |
| 10-Apr | 12 | Updated 2002 business plan report to reflect edits. | 5.6 |
| 11-Apr | 12 | Reviewed updated 2002 business plan report. | 1.5 |
| 12-Apr | 12 | Updated 2002 business plan report for final changes. | 2.3 |
| | 17 | Coordinated Committee meeting logistics with counsel and Blackstone. | 1.4 |
| | 17 | Discussed 2002 business plan report with agent. | 0.4 |
| | 12 | Discussed follow-up questions on the 2002 business plan with Debtors and reviewed updated 2002 operating plan files. | 1.3 |
| | 12 | Distributed 2002 business plan report to the Committee. | 0.1 |
| 15-Apr | 12 | Prepared handouts for distribution at Committee meeting. | 1.5 |
| | 12 | Met with team prior to Committee meeting to discuss case status. | 0.8 |
| | 17 | Attended Committee meeting. | 3.5 |
| | | **Total Hours – April** | 42.9 |

**Invoice**

WR Grace
Professional Services Rendered by Walter Gilligan
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Prepared presentation regarding proposed KERP changes. | 5.8 |
| 2-Apr | 12 | Prepared working capital analysis of long-term financial plan. | 2.1 |
| | 12 | Prepared presentation regarding proposed changes to the KERP. | 3.1 |
| 3-Apr | 17 | Participated in conference call with Blackstone regarding KERP proposal. | 0.6 |
| | 12 | Read and analyzed post-transaction proforma financial statements regarding fraudulent conveyance issues. | 0.9 |
| 4-Apr | 12 | Revised presentation on proposed KERP. | 4.3 |
| | 12 | Read and edited competitor analysis regarding specialty chemical peer companies. | 1.7 |
| 5-Apr | 12 | Read and edited presentation regarding proposed changes to KERP. | 2.7 |
| | 12 | Prepared gross margin sensitivity analysis for 2002 business plan. | 6.3 |
| 8-Apr | 12 | Read and edited revised presentation regarding proposed changes to KERP. | 2.1 |
| | 12 | Continued to prepare gross margin sensitivity analysis for 2002 business plan. | 2.9 |
| | 12 | Continued to prepare gross margin sensitivity analysis for 2002 business plan. | 6.2 |
| 9-Apr | 12 | Read and edited 2002 operating business plan presentation. | 4.5 |
| | 17 | Participated in conference call with counsel to review changes to KERP. | 3.5 |
| 10-Apr | 12 | Read and analyzed Debtors' monthly financial report and prepared first quarter variance analysis. | 4.2 |
| | 12 | Read and edited revised presentation regarding proposed changes to KERP. | 1.8 |
| 11-Apr | 12 | Read and edited 2002 business plan presentation. | 4.0 |

| 12-Apr | 12 | Continued to read and edit 2002 business plan presentation. | 1.9 |
| | 12 | Read and analyzed asbestos litigation research information. | 1.1 |
| 15-Apr | 17 | Participated in Committee meeting regarding 2002 business plan and revised KERP. | 5.0 |
| 16-Apr | 12 | Prepared information request for KERP including followup questions from Committee meeting. | 1.3 |
| | 18 | Read and edited fee application. | 0.7 |
| 23-Apr | 12 | Prepared memo to Committee Chair regarding KERP. | 1.2 |
| 29-Apr | 12 | Prepared information for conference call with Blackstone regarding KERP. | 0.2 |
| 30-Apr | 17 | Participated in conference call with Blackstone regarding KERP. | 1.4 |
| | | **Total Hours - April** | 69.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 2 | Prepared draft memorandum regarding status of asbestos issues. | 2.6 |
| | 12 | Updated court docket listing. | 0.9 |
| | 17 | Prepared monthly report for distribution to Committee. | 1.1 |
| | 12 | Read and analyzed information regarding fraudulent conveyances. | 0.4 |
| 2-Apr | 12 | Updated fourth quarter report. | 0.3 |
| | 18 | Prepared information regarding past fee applications for fee auditor. | 1.7 |
| | 12 | Prepared memorandum regarding fraudulent conveyances. | 4.5 |
| 3-Apr | 18 | Prepared information regarding past fee applications for fee auditor. | 2.2 |
| | 12 | Continued to prepare memorandum regarding fraudulent conveyances. | 4.8 |
| 4-Apr | 18 | Prepared information regarding past fee applications for fee auditor. | 1.0 |
| | 12 | Revised fraudulent conveyance memo for comments. | 3.0 |
| 5-Apr | 12 | Finalized fraudulent conveyance memo. | 2.1 |
| | 18 | Prepared twelfth interim fee application. | 1.9 |
| 8-Apr | 12 | Prepared information regarding asbestos issues for inclusion in business plan report. | 2.8 |
| | 18 | Continued to prepare twelfth interim fee application. | 2.2 |
| 9-Apr | 12 | Reviewed changes to notice parties per the new case administrative order. | 0.4 |

1 of 3

| | | | |
|---|---|---|---|
| | 12 | Read and edited the 2002 business plan report. | 3.6 |
| | 12 | Researched confidentiality agreement at request of counsel. | 2.0 |
| 10-Apr | 18 | Continued to prepare twelfth interim fee application. | 4.3 |
| 11-Apr | 12 | Prepared KERP report for distribution. | 1.0 |
| | 18 | Continued to prepare twelfth interim fee application. | 2.2 |
| | 12 | Updated court docket listing. | 0.4 |
| 15-Apr | 12 | Updated court docket listing. | 0.3 |
| | 18 | Continued to prepare twelfth interim fee application. | 0.7 |
| | 47 | Read and analyzed tax return information. | 4.5 |
| 16-Apr | 18 | Continued to prepare twelfth interim fee application. | 2.8 |
| | 47 | Prepared memo summarizing review of tax return information. | 3.4 |
| | 12 | Read court order and prepared memo regarding bar dates. | 1.2 |
| 17-Apr | 12 | Read and analyzed information regarding executive compensation. | 1.5 |
| | 18 | Continued to prepare twelfth interim fee application. | 3.5 |
| | 12 | Updated court docket listing. | 0.2 |
| 23-Apr | 18 | Prepared fourth quarterly fee application. | 4.1 |
| | 18 | Continued to prepare twelfth interim fee application. | 0.9 |
| 25-Apr | 18 | Continued to prepare fourth quarterly fee application. | 3.0 |
| | 18 | Discussed new administrative order with counsel staff. | 0.5 |
| 26-Apr | 18 | Continued to prepare fourth quarterly fee application. | 1.4 |
| | 18 | Discussed new administrative order with counsel staff. | 0.6 |
| | 18 | Prepared information regarding past fee applications for fee auditor. | 4.2 |
| | 12 | Prepared distribution of Debtors' first quarter earnings report to Committee. | 2.3 |

| 29-Apr | 12 | Updated contact list information after discussion with counsel. | 0.2 |
| | 18 | Prepared summary of changes due to revised administrative order. | 1.8 |
| | 12 | Updated court docket listing. | 0.5 |
| 30-Apr | 12 | Prepared analysis of executive compensation from proxy data. | 9.1 |
| | | **Total Hours - April** | 92.1 |

Invoice

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Prepared analysis of recent news and industry trade reports related to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 4-Apr | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 1.1 |
| 8-Apr | 12 | Prepared analysis of current asbestos litigation news and status of cases. | 1.2 |
| 22-Apr | 12 | Commenced preparation of senior management compensation analysis for comparison to current Debtors' compensation structure. | 3.3 |
| 23-Apr | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 0.9 |
| 24-Apr | 12 | Prepared senior management compensation analysis for industrial construction companies. | 2.1 |
| 25-Apr | 12 | Prepared senior management compensation analysis for industrial construction companies. | 1.0 |
| 24-Apr | 12 | Finalized analysis of senior management compensation for industrial construction companies | 1.5 |
| | | **Total Hours - April** | 12.0 |

Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Met with case team members regarding compensation analysis work to be performed and began gathering filings made with bankruptcy courts regarding retention of key employees. | 1.0 |
| 2-Apr | 12 | Continued gathering employee retention plans for asbestos-related bankruptcies. | 2.0 |
| | 12 | Gathered long term Incentive plan information for analysis. | 1.5 |
| 11-Apr | 12 | Gathered information and prepared schedule of employment rates for top tier employees at selected specialty chemical and asbestos manufacturers. | 1.7 |
| 17-Apr | 12 | Reviewed preliminary compensation model template with case team members. | 0.3 |
| | 12 | Entered compensation data into model, including bonus, retention bonus, stock options and other long term incentives. | 1.0 |
| 18-Apr | 12 | Reviewed status of the compensation analysis with case team members and made selected adjustments. | 1.1 |
| 19-Apr | 12 | Gathered analysts' reports on specialty chemical and asbestos manufacturers and distributed to group members. | 2.1 |
| 23-Apr | 12 | Distributed quarterly financial statements that were filed with the SEC to case team. | 0.5 |
| | 12 | Discussed fees charged by independent accountants and auditors to selected peer group companies with case team members. Began accessing filings in which terms and descriptions of fees were disclosed. | 1.5 |
| 24-Apr | 12 | Revised compensation analysis in response to manager comments. | 4.0 |
| 25-Apr | 12 | Prepared compensation analysis based upon 2001 long term incentive payments to tier level participants. | 2.0 |
| 26-Apr | 12 | Gathered specified articles related to asbestos litigation and liabilities. | 0.5 |
| | 12 | Updated database with selected bankruptcy court motions and orders. | 1.0 |
| | | **Total Hours - April** | 20.2 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2002 through April 30, 2002

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 222.20 |
| External | | - |
| Telecommunications: | | |
| Telephone | | 262.50 |
| Toll Charges | | 376.38 |
| Facsimile | | 280.00 |
| Postage, Federal Express | | 14.32 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | 547.00 |
| Meals | | - |
| Word Processing Services | | 15.00 |
| Document Preparation and Handling Services | | 900.00 |
| Seminar Costs | | 2,040.00 |
| | | |
| Total Expenses | $ | 4,657.40 |

1 of 1

**Invoice**

CE & CO. ET. AL.
nses by Type of Expense
1, 2002 through April 30, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,111 | pages @ $0.20/page: | | $ 222.20 |
| Facsimile Charges: | 224.00 | pages @ $1.25/page: | | 280.00 |
| Telephone Charges: | | | | |
| NY | | | 5.17 | |
| Saddle Brook | | | 257.33 | |
| | | Subtotal | | 262.50 |
| Toll Charges: | Online research fees | | 376.38 | |
| | | Subtotal | | 376.38 |
| Postage, Federal Express: | Airborne | 29-Apr | 14.32 | |
| | | Subtotal | | 14.32 |
| Transportation, lodging, tolls and parking: | | | | |
| S. Cunningham | Milage | 16-Apr | 10.80 | |
| S. Cunningham | Parking | 16-Apr | 25.00 | |
| C. Whitney | Car rental | 19-Mar | 104.00 | |
| C. Whitney | Car rental | 29-Mar | 205.50 | |
| C. Whitney | Car rental | 10-Apr | 201.70 | |
| | | Subtotal | | 547.00 |
| Meals: | | | | - |
| Word Processing Services: | | | | |
| P. Foose | | 0.20 hours @ $75/hour: | 15.00 | |
| | | Subtotal | | 15.00 |
| Document Preparation and Handling Services: | | | | |
| N. Backer | | 11.5 hours @ $75/hour: | 862.50 | |
| E. Polukord | | 0.5 hours @ $75/hour: | 37.50 | |
| | | Subtotal | | 900.00 |
| Seminar Costs | | | | |
| 24-Apr | | Asbestos Conference | | 2,040.00 |
| | | Total | | 4,657.40 |