# Warren H. Smith & Associates, P.C.

900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 11, 2002

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10095

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2002 | DTW | Review and draft summary for Stroock June Fee Application (1.1); finish drafting and revising Stroocks June application (2.0); make additional entry to Stroock June application (.2); Begin review of Stroock April fee application (1.1). | 4.40 | 594.00 |
|  | WHS | receive, review, and respond to e-mail from Paul Mauseret | 0.20 | 55.00 |
|  | GGR | Draft e-mail to CM and WS re Wallace King July - September application (.1) | 0.10 | 13.50 |
|  | CM | receive and review emails with attachment files from applicants | 0.50 | 37.50 |
| 5/2/2002 | DTW | Continue review and markup of April Stroock fee application (.5); begin drafting summary of Stroock fee application (1.5); continue drafting summary of Stroock fee application (1.8); research on PACER re "Reconsideration Motion" (.5); conference with W. Smith re same (.1); continue draft of Stroock April fee summary (1.0). | 5.40 | 729.00 |
|  | WHS | receive, review, and respond to e-mail from Lisa Coggins re categories | 0.30 | 82.50 |
|  | WHS | receive, review, and respond to e-mail from Andy Muha re older applications | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                           Page        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2002 | WHS | receive and review 1 miscellaneous notice | 0.10 | 27.50 |
|  | WHS | conference with Doreen Williams re Stroock &  Stroock | 0.30 | 82.50 |
|  | CM | receive and review emails with attachment files from applicants | 0.25 | 18.75 |
|  | JAW | detailed review of Bilzin September 2001 monthly invoice (.7); draft summary of same (1.3) | 2.00 | 270.00 |
|  | JAW | detailed review of Ferry & Joseph June 2001 monthly invoice (.4); draft summary of same (.1) | 0.50 | 67.50 |
|  | JAW | detailed review of Wallace King September 2001 monthly invoice (1.2); draft summary of same (.7) | 1.90 | 256.50 |
|  | JAW | detailed review of Official Committee of Asbestos Property Damage Claimants Expense Reimbursement Request for August 1, 2001 to September 30,  2001 (.2); draft summary of same (.2) | 0.40 | 54.00 |
|  | JAW | detailed review of Official Committee of Asbestos Property Damage Claimants Expense Reimbursement Request for April 9, 2001 to May 31, 2001 (.1); draft summary of same (.1) | 0.20 | 27.00 |
|  | JAW | detailed review of Campbell & Levine September 2001 monthly inovice (.5); draft summary of same (.1) | 0.60 | 81.00 |
|  | JAW | detailed review of Blackstone April 2, 2001 to June 30, 2001 interim application (2.0) | 2.00 | 270.00 |
|  | DTW | Review of several e-mails from W. Smith regarding revised instructions for reviewing fee application. | 0.30 | 40.50 |
| 5/3/2002 | BM | Update database with fee applications received 5/3/02 for Wallace 3/02, Nelson 1/02, Holme 3/02, Carella 3/02, Bilzin 2/02, Legal 9/01 & 11/01 - 1/02, Tersigni 3/02, and Campbell 3/02. | 1.40 | 56.00 |
|  | BM | Update database with fee applications received 5/3/02 for Pitney 4/01, 5/01, 6/01, 7/01, 9/01, 10/01, 11/01, 12/01,  1/02 amd 2/02. Reed Smith 4/01 - 7/01, 8/01, 9/01, 4/01-9/01, 10/01, 11/01, 12/01, 1/02 and 2/02. Casner 9/18/01 - 10/31/01, 11/01, 12/01, 9/18/01 - 12/31/01, 1/02, and 2/02. Steptoe 7/01, 9/01, 11/01, 12/01. | 1.40 | 56.00 |

W.R. Grace & Co.                                                                                      Page      3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/3/2002 | DTW | Complete draft of summary for Stroock Stroock & Lavon for April 2001 fee application (.5); begin review of Stroock May fee application (2.1); Begin drafting summary of Stroock May fee application (2.2). | 4.80 | 648.00 |
|  | DTW | Telephone conference with W. Smith re Caplin fee applications and review by A. Nation (.1); conference with A. Nation regarding Caplin review (.4); conference with A. Nation regarding revisions of Caplin review (.4). | 0.90 | 121.50 |
| 5/4/2002 | BM | Update files with correct interim format. | 0.80 | 32.00 |
| 5/6/2002 | WHS | receive and review 5 certificates | 0.10 | 27.50 |
|  | WHS | receive, review, and respond to e-mail from Kevin Heiser | 0.20 | 55.00 |
|  | WHS | receive, review, and forward e-mails from Kevin Heiser | 0.20 | 55.00 |
|  | WHS | receive, review, and forward e-mails from Susan Haag | 0.20 | 55.00 |
|  | BM | Update database with fee applications received 5/6/02 for Campbel 4/01 - 3/02, Caplin 7/01 - 3/02 and Kramer 7/18/01 - 3/31/02. | 3.00 | 120.00 |
|  | BM | Update database with fee applications received 5/6/02 for Kirkland 4/01 - 3/02 and Wallace 4/01 - 3/02. | 2.20 | 88.00 |
|  | DTW | Continue and complete summary of the May 2001 fee application of Stroock Stroock & Lavon. | 2.50 | 337.50 |
|  | JAW | draft summary of Blackstone April 2, 2001 to June 30, 2001 interim application (4.3) | 4.30 | 580.50 |
|  | JAW | detailed review of Holme Roberts December 2001 monthly invoice (1.3); draft summary of same (1.5) | 2.80 | 378.00 |
|  | JAW | detailed review of Holme Roberts October 2001 monthly invoice (1.1); draft summary of same (.8) | 1.90 | 256.50 |
| 5/7/2002 | WHS | receive and review application for employment re Kinsella | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                           Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/7/2002 | WHS | telephone conference with Jay Sakalo re Bilzen historical apps | 0.20 | 55.00 |
|  | WHS | receive and review CNO re Klett | 0.10 | 27.50 |
|  | BM | Update database with fee applications received 5/7/02 for Reed Smith 4/01 - 3/02, Pachulski 4/01 - 3/02, Blackstone 4/01 - 3/02, Casner 4/01 - 2/02, Nelson 5/01 - 12/01, Pitney 4/01 - 2/02, Bilzin 4/09/01 - 1/31/02 | 4.00 | 160.00 |
|  | DTW | Conference with A. Nation and review of fee application for Caplin (.8); conference with W. Smith re same (.2). | 1.00 | 135.00 |
|  | GGR | Receive, review, and respond to e-mail from BM and CM re electronic data and contingency fee agreement (.1). | 0.10 | 13.50 |
|  | BM | Update database with fee applications received 5/7/02 for Caplin 1/17/02 - 1/31/02,  1/1/02 - 3/31/02; Morris 7/01, 4/17/01 - 6/30/01, 8/01 - 9/30/01, 10/01 - 12/01; Klett 1/02, 2/02, 10/26/01 - 12/31/01. | 2.50 | 100.00 |
|  | JAW | draft summay of Holme October 2001 monthly invoice (1.6) | 1.60 | 216.00 |
|  | JAW | detailed review of Holme November 2001 monthly invoice (2.1); draft summary of same (1.3) | 3.40 | 459.00 |
|  | JAW | detailed review of Holme February 2001 monthly invoice (2.6); draft summary of same (1.6) | 4.20 | 567.00 |
| 5/8/2002 | WHS | receive, review, and forward e-mail with applications | 0.10 | 27.50 |
|  | WHS | receive, review, and forward Klett application | 0.10 | 27.50 |
|  | BM | Update database with fee applications received 5/8/02 for Bilzin 9/01, Blackstone 4/01 - 6/01, Campbell 9/01, Official Committee 4/01 - 5/01, 8/01 - 9/01, Ferry 6/01, Holme 10/01, 11/01, 2/02 and Wallace 9/01. | 2.60 | 104.00 |
|  | CM | receive and review emails with attachment files from applicants | 0.45 | 33.75 |
|  | CM | draft  monthly invoice for April 2002 fee and expenses | 0.45 | 33.75 |

W.R. Grace & Co.                                                                                          Page        5

|            |     |                                                                                           | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------|-------|--------|
| 5/8/2002   | CM  | draft  monthly invoice for March 2002 fee and expenses                                    | 0.45  | 33.75  |
|            | JAW | detailed review of Holme March 2002 monthly invoice (2.3); draft summary of same (3.7)     | 6.00  | 810.00 |
|            | JAW | detailed review of Ferry January 2002 monthly invoice (0.3); draft summary of same (0.2)   | 0.50  | 67.50  |
|            | JAW | detailed review of Ferry February 2002 monthly invoice (0.6); draft summary of same (1.0)  | 1.60  | 216.00 |
|            | JAW | detailed review of Ferry March 2002 monthly invoice (0.6); draft summary of same (1.3)     | 1.90  | 256.50 |
|            | GGR | Receive and review e-mail from BM re Pitney (.1).                                          | 0.10  | 13.50  |
| 5/9/2002   | WHS | receive and review 4 miscellaneous notices                                                | 0.10  | 27.50  |
|            | DTW | Conference with A. Nation re Caplin fee application.                                       | 0.30  | 40.50  |
|            | WHS | receive and review 8 miscellaneous notices                                                | 0.10  | 27.50  |
|            | JAW | detailed review of Casner January 2002 monthly invoice (0.7); draft summary of same (0.4)  | 1.10  | 148.50 |
|            | JAW | detailed review of Campbell January 2002 monthly invoice (0.5); draft summary of same (0.2)| 0.70  | 94.50  |
|            | JAW | detailed review of Campbell March 2002 monthly invoice (0.4); draft summary of same (0.1)  | 0.50  | 67.50  |
|            | CM  | File monthly invoice for April 2002 fee and expenses                                       | 0.50  | 37.50  |
|            | CM  | File monthly invoice for March 2002 fee and expenses                                       | 0.50  | 37.50  |
|            | BM  | Update database to show balance of monthly invoices that need to be summarized.            | 1.70  | 68.00  |

W.R. Grace & Co.                                                                                      Page        6

|            |     |                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/10/2002  | DTW | Conference withM. Stier re Pachulski January 2002 fee application.                                                                                                                                    | 0.70  | 94.50  |
|            | WHS | receive, review, and forward 4 electronic monthly invoices                                                                                                                                            | 0.20  | 55.00  |
|            | WHS | receive and review 3 miscellaneous pleading                                                                                                                                                           | 0.10  | 27.50  |
|            | WHS | receive and review 1 miscellaneous notice                                                                                                                                                             | 0.10  | 27.50  |
|            | BM  | Update database with fee applications received 5/10/02 for Morris 7/01 - 9/01, Bilzin 1/02 & 2/02 summaries, Campbell 1/02 summary, Casner 1/02 summary, Ferry 1/02, 2/02, & 3/02 summaries, Holme 3/02 summary and Kirkland 3/02 summary. | 2.50  | 100.00 |
|            | PB  | Detailed review and draft summary of January 2002 fee app of Reed Smith law firm (4.5).                                                                                                               | 4.50  | 540.00 |
|            | MS  | receive and review Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for January 2002.                                                                                                      | 2.20  | 440.00 |
|            | MS  | Draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for January 2002.                                                                                                       | 1.50  | 300.00 |
|            | MS  | receive and review Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for April 2001.                                                                                                        | 1.20  | 240.00 |
| 5/11/2002  | JAW | detailed review of Blackstone January 2002 monthly invoice (0.8); draft summary of same (3.2)                                                                                                         | 4.00  | 540.00 |
|            | JAW | detailed review of Blackstone February 2002 monthly invoice (0.4); draft summary of same (1.3)                                                                                                        | 1.70  | 229.50 |
|            | JAW | detailed review of Blackstone March 2002 monthly invoice (0.5); draft summary of same (1.2)                                                                                                           | 1.70  | 229.50 |
|            | PB  | Detailed review and draft summary of February 2002 fee app of Reed Smith law firm (3.0); detailed review and draft summary of March 2002 fee app of Reed smith law firm (2.5).                         | 5.50  | 660.00 |

W.R. Grace & Co.                                                                                      Page      7

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 5/12/2002  | JAW | detailed review of Bilzin February 2002 monthly invoice (0.8); draft summary of same (1.1)           | 1.90  | 256.50 |
|            | JAW | detailed review of Bilzin January 2002 monthly invoice (0.3)                                         | 0.30  | 40.50  |
|            | JAW | detailed review of L. Tersigni March 2002 monthly invoice (0.3); draft summary of same (.6)          | 0.90  | 121.50 |
|            | JAW | detailed review of L. Tersigni February 2002 monthly invoice (0.1); draft summary of same (0.1)      | 0.20  | 27.00  |
|            | JAW | detailed review of L. Tersigni January 2002 monthly invoice (0.1); draft summary of same (0.1)       | 0.20  | 27.00  |
|            | JAW | detailed review of Stroock March 2002 monthly invoice (0.7); draft summary of same (0.3)             | 1.00  | 135.00 |
|            | JAW | detailed review of Stroock February 2002 monthly invoice (0.9); draft summary of same (1.0)          | 1.90  | 256.50 |
| 5/13/2002  | WHS | receive and review 2 miscellaneous notices                                                           | 0.10  | 27.50  |
|            | WHS | receive and review 2 miscellaneous pleadings                                                         | 0.10  | 27.50  |
|            | BM  | Update database with fee applications received 5/13/02 for Pachulski 4/01 summary & 1/02 summary, REed 1/02 & 3/02 monthly applications. | 0.50  | 20.00  |
|            | JAW | detailed review of Stroock January 2002 monthly invoice (1.3); draft summary of same (2.5)           | 3.80  | 513.00 |
|            | JAW | detailed review of FTI March 2002 monthly invoice (0.6); draft summary of same (1.6)                 | 2.20  | 297.00 |
|            | JAW | detailed review of FTI February 2002 monthly invoice (0.3); draft summary of same (0.3)              | 0.60  | 81.00  |
|            | JAW | detailed review of FTI January 2002 monthly invoice (0.3); draft summary of same (1.1)               | 1.40  | 189.00 |
|            | PB  | Detailed review and draft summary of January 2002 fee app of WKMB law firm (2.5); detailed review and draft summary of February 2002 fee app of WKMB law firm (2.0); detailed review and draft summary of the March | 5.50  | 660.00 |

W.R. Grace & Co.                                                                                    Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | 2002 fee app of WKMB law firm (1.0). |  |  |
| 5/13/2002 | MS | Draft summary of Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for April 2001. | 1.50 | 300.00 |
|  | MS | Continue review of Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for April 2001. | 0.80 | 160.00 |
|  | MS | Revise summary for Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for January 2002 per comments of Warren H. Smith. | 0.70 | 140.00 |
|  | MS | Detailed review of Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for May 2001. | 0.80 | 160.00 |
|  | MS | Detailed review of Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for June 2001. | 0.90 | 180.00 |
|  | MS | Draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for May 2001. | 1.40 | 280.00 |
|  | MS | Draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for June 2001. | 1.20 | 240.00 |
| 5/14/2002 | BM | Draft pleading file on Amended Admin Order | 0.50 | 20.00 |
|  | BM | telephone conference with Jay Sakalo re exh A and B for the January 2002 monthly invoice. | 0.10 | 4.00 |
|  | BM | Update database with fee applications received 5/14/02 Official Committee 3/02, Hamilton 3/02 and Bilzin 3/02 | 0.80 | 32.00 |
|  | BM | Update database with summaries of fee applications received 5/14/02 for Wallace 1/02, 2/02 and 3/02. | 0.50 | 20.00 |
|  | WHS | receive and review 1 miscellaneous notice | 0.10 | 27.50 |
|  | JAW | detailed review of Pitney February 2002, monthly invoice (1.0); draft summary of same (.4) | 1.40 | 189.00 |
|  | JAW | detailed review of Nelson January 2002, monthly invoice (0.4); draft summary of same (.8) | 1.20 | 162.00 |

W.R. Grace & Co.                                                                                                    Page      9

|            |      |                                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/14/2002  | JAW  | detailed review of Kramer January 2002, monthly invoice (0.3); draft summary of same (0.4)                                                                                                                                                                                                                                                 | 0.70  | 94.50  |
|            | JAW  | detailed review of Kramer March 2002, monthly invoice (0.3); draft summary of same (0.2)                                                                                                                                                                                                                                                   | 0.50  | 67.50  |
|            | JAW  | detailed review of Klett January 2002, monthly invoice (0.3); draft summary of same (0.2)                                                                                                                                                                                                                                                  | 0.50  | 67.50  |
|            | JAW  | detailed review of Klett February 2002, monthly invoice (0.2); draft summary of same (0.2)                                                                                                                                                                                                                                                 | 0.40  | 54.00  |
|            | JAW  | detailed review of Kirkland Ellis March 2002, monthly invoice (2.6)                                                                                                                                                                                                                                                                       | 2.60  | 351.00 |
|            | GGR  | Receive, review, and respond to e-mail from BM re electronic data (.2); detailed review of March monthly of Hamilton Rabinowits (.5). (.7)                                                                                                                                                                                                  | 0.70  | 94.50  |
|            | PB   | Detailed review and summary of the March 2002 fee app of Carella Byrne law firm (.4); same re the March 2002 fee app of Casner & Edwards law firm (2.0); same re the January 2002 fee app of Steptoe & Johnson (.5); same re the February 2002 fee app of Steptoe & Johnson (.4); detailed review of the January 2002 fee app of Kirkland & Ellis law firm (2.0). | 5.30  | 636.00 |
|            | MS   | Detailed review of Pachulski, Stang, Ziehl, Young & Jones P.C. second quarterly fee application for July-September 2001 and compare same to corresponding monthly applications.                                                                                                                                                              | 0.20  | 40.00  |
|            | MS   | Detailed review of Pachulski, Stang, Ziehl, Young & Jones P.C. first quarterly fee application for April-June 2001 and compare same to corresponding monthly applications.                                                                                                                                                                   | 0.20  | 40.00  |
|            | MS   | draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C. second quarterly fee application for July-September 2001.                                                                                                                                                                                                                      | 0.30  | 60.00  |
|            | MS   | Draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C. first quarterly fee application for April - June 2001.                                                                                                                                                                                                                         | 0.20  | 40.00  |
|            | MS   | detailed review of Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for September 2001.                                                                                                                                                                                                                                          | 0.50  | 100.00 |
|            | MS   | review Pachulski, Stang, Ziehl, Young & Jones P.C.  fee application for October 2001.                                                                                                                                                                                                                                                        | 0.30  | 60.00  |

W.R. Grace & Co.                                                                                          Page    10

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/14/2002 | MS | draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C. fee application for September 2001. | 0.60 | 120.00 |
| | MS | draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C. fee application for October 2001. | 0.70 | 140.00 |
| | MS | draft summary for Pachulski, Stang, Ziehl, Young & Jones P.C. fee application for September 2001. | 0.40 | 80.00 |
| | MS | review Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. fee application for March 2002. | 1.70 | 340.00 |
| 5/15/2002 | BM | Draft email distribution list for WR Grace. | 0.20 | 8.00 |
| | CM | receive and review emails with attachment files from applicants | 0.20 | 15.00 |
| | JAW | draft summary of Kirkland Ellis March 2002, monthly invoice (4.5) | 4.50 | 607.50 |
| | GGR | Draft summary of 1st (March) monthly of Hamilton, Rabinovits et al (1.0); e-mail CM and WS re same (.1).  (1.1) | 1.10 | 148.50 |
| | PB | Revise summary of December 2001 fee app of Dykema law firm (.3); revise summary of the October 2001 fee app of Sonnenschein law firm (.4); revise summary December 2001 fee app of Sonnenschein law firm (2.0). | 4.20 | 504.00 |
| | MS | Finish reviewing Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. fee application for March 2002. | 0.90 | 180.00 |
| | MS | draft summary of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. fee application for March 2002. | 2.20 | 440.00 |
| | MS | Review and finalize summary of Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP fee application for March 2002. | 0.30 | 60.00 |
| 5/16/2002 | BM | Update database with summaries on fee applications received  5/16/02 for Stroock 1/02, 2/02 and 3/02; Policano 1/02, 2/02 and 3/02; fee applications received 5/16/02 for Klett 1/02 and 2/02; Kramer 1/02 and 3/02; Nelson 1/02; Pitney 2/02. | 1.30 | 52.00 |
| | BM | Review and print summaries for Tersigni 1/02, 2/02 and 3/02; Blackstone 1/02, 2/02 and 3/02; Bilzin 2/02. | 1.80 | 72.00 |

W.R. Grace & Co.                                                                            Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/16/2002 | WHS | receive, review, and forward electronic monthly invoice | 0.10 | 27.50 |
| | WHS | receive and review application and order re PWC in ordinary course | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Klett | 0.10 | 27.50 |
| | WHS | telephone conference with Dean Gramlich re request for administrative expense | 0.30 | 82.50 |
| | GGR | Draft e-mail to BM re Ptiney contingency agreement (.1) ; receive, review, and respond to several e-mail from BM re same (.2). | 0.30 | 40.50 |
| | CM | receive and review emails with attachment files from applicants | 1.00 | 75.00 |
| | MS | Detailed review of all summaries prepared to determine conformity to current standards of analysis in view of approaching deadline for preparation of interim report of fee auditor for first quarter of 2002. | 2.80 | 560.00 |
| | MS | Receive and review February 2002 fee application of Casner & Edwards, LLP | 0.20 | 40.00 |
| | MS | Receive and review January 2002 fee application of Holme Roberts & Owen LLP. | 0.90 | 180.00 |
| | MS | Receive and review February 2002 fee application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. | 0.20 | 40.00 |
| | MS | Receive and review January 2002 fee application of Duane Morris LLP. | 0.10 | 20.00 |
| | MS | Receive and review March 2002 fee application of Stroock & Stroock & Lavan, LLP. | 0.30 | 60.00 |
| | MS | draft addendum to summary regarding February 2002 fee application of Casner & Edwards, LLP. | 0.10 | 20.00 |
| | MS | draft addendum to summary regarding January 2002 fee application of Holme Roberts & Owen, LLP | 0.20 | 40.00 |

W.R. Grace & Co.                                                                                          Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/16/2002 | MS | draft addendum to summary regarding January 2002 fee application of Duane Morris LLP | 0.10 | 20.00 |
| | DTW | Review Caplin January fee application. | 1.10 | 148.50 |
| | DTW | Review Caplin summary. | 0.20 | 27.00 |
| | DTW | Review and revise Pitney Hardin summary summary (1.4); finalize same (.3). | 1.70 | 229.50 |
| | JAW | draft summary of Kirkland Ellis March 2002 monthly invoice (3.7) | 3.70 | 499.50 |
| | JAW | detailed review of Bilzin January 2002 monthly invoice (0.8); draft summary of same (0.9). | 1.70 | 229.50 |
| | LH | meet with Doreen Williams and review fee audit instructions and trustee guidelines. | 1.50 | 180.00 |
| 5/17/2002 | WHS | receive and review 2 miscellaneous pleadings | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Lisa Coggins re Ferry apps | 0.10 | 27.50 |
| | WHS | telephone conference with Lisa Coggin re Ferry apps | 0.20 | 55.00 |
| | WHS | receive and review response re leave to appeal | 0.10 | 27.50 |
| | BM | Update database with fee application received 5/17/02 for Pachulski 4/01-6/01, 7/01-9/01, 9/01, 10/01; Pitney 3/02; Bilzin 3/02; Carella 1/02-3/02,4/02; Blackstone 1/02-3/02; Kramer 1/02-3/02; Casner 1/02-3/02. | 1.30 | 52.00 |
| | MS | review October - December 2001 fee application for Caplin & Drysdale, Chartered | 0.70 | 140.00 |
| | MS | Draft addendum to summary regarding October - December 2001 fee application for Caplin & Drysdale, Chartered | 0.70 | 140.00 |

W.R. Grace & Co.                                                                          Page    13

|            |     |                                                                                                                                                                                                                         | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 5/17/2002  | MS  | review October - December 2001 fee application for Campbell & Levine, LLC                                                                                                                                                  | 0.50      | 100.00     |
|            | MS  | review December 2001 fee application for Kramer, Levin, Naftalis & Frankel, L.L.P.                                                                                                                                         | 0.30      | 60.00      |
|            | MS  | review December 2001 fee application for Pachulski, Stang, Ziehl, Young & Jones P.C.                                                                                                                                       | 0.20      | 40.00      |
|            | MS  | review December 2001 fee application for Pitney, Hardin, Kipp & Szuch, LLP                                                                                                                                                 | 0.20      | 40.00      |
|            | MS  | review November 2001 fee application for Pachulski, Stang, Ziehl, Young & Jones P.C.                                                                                                                                       | 0.20      | 40.00      |
|            | MS  | Draft addendum to summary regarding October - December 2001 fee application of Campbell & Levine, LLC                                                                                                                      | 0.40      | 80.00      |
|            | MS  | Draft addendum to summary regarding December 2001 fee application of Kramer, Levin, Naftalis & Frankel, L.L.P.                                                                                                             | 0.20      | 40.00      |
|            | MS  | Draft addendum to summary regarding December 2001 fee application of Pachulski, Stang, Ziehl, Young & Jones P.C.                                                                                                           | 0.30      | 60.00      |
|            | MS  | Draft addendum to summary regarding November 2001 fee application of Pachulski, Stang, Ziehl, Young & Jones P.C.                                                                                                           | 0.10      | 20.00      |
|            | MS  | Draft addendum to summary regarding February 2002 fee application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P.                                                                                                     | 0.10      | 20.00      |
|            | MS  | Draft addendum to summary regarding March 2002 fee application of Stroock & Stroock & Lavan LLP                                                                                                                            | 0.10      | 20.00      |
|            | DTW | Review draft of Casner summary and revise same (.7); review draft and revise Steptoe January 2002 summary (.6).                                                                                                            | 1.30      | 175.50     |
| 5/18/2002  | PB  | Revised summary Carella March 2002 (.2); revised summary Steptoe Jan. 2002 (.2); revised summary Steptoe Feb. 2002 (.2); revised summary Steptoe March 2002 (.2); revised summary WKMB Jan. 2002 (.5); revised summary WKMB Feb. 2002 (.5); revised summary WKMB March 2002 (.5). | 1.90      | 228.00     |

W.R. Grace & Co.                                                                                           Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2002 | BM | Update database with fee applications received 5/20/02 for Morris 2/02 & 3/02; Klett 1/02 - 3/02; summaries for Steptoe 1/02, 2/02 & 3/02; Hamilton 3/02; Carella 3/02; Bilzin 1/02 - 3/02. | 1.30 | 52.00 |
| | MS | review December 2001 fee application of Pitney, Hardin, Kipp & Szuch, LLP | 1.00 | 200.00 |
| | MS | Draft addendum to summary regarding December 2001 fee application of Pitney, Hardin, Kipp & Szuch, LLP | 0.60 | 120.00 |
| | MS | Draft addendum to summary regarding October - December 2001 fee application of L. Tersigni Consulting | 0.40 | 80.00 |
| | MS | review October - December 2001 fee application of L. Tersigni Consulting | 0.30 | 60.00 |
| | MS | review July - September 2001 fee application of Caplin & Drysdale, Chartered | 0.50 | 100.00 |
| | MS | review July - August 2001 fee application of Kramer, Levin, Naftalis & Frankel, L.L.P. | 0.50 | 100.00 |
| | MS | Draft addendum to summary regarding July - August 2001 fee application of Kramer, Levin, Naftalis & Frankel, L.L.P. | 1.70 | 340.00 |
| | MS | Draft addendum to summary regarding July - September 2001 fee application of Caplin & Drysdale, Chartered | 0.30 | 60.00 |
| | MS | Draft addendum to summary regarding September 2001 fee application of Kramer, Levin, Naftalis & Frankel, L.L.P. | 0.30 | 60.00 |
| | MS | review September 2001 fee application of Kramer, Levin, Naftalis & Frankel, L.L.P. | 0.30 | 60.00 |
| | MS | review August 2001 fee application of Nelson, Mullins, Riley & Scarborough, LLP | 0.30 | 60.00 |
| | JAW | detailed review of Campbell June 16 to June 30, 2001, monthly invoice (0.3); draft summary of same (0.1). | 0.40 | 54.00 |
| | JAW | detailed review of Campbell  July, 2001 monthly invoice (0.5); draft summary of same (0.4). | 0.90 | 121.50 |

W.R. Grace & Co.                                                                                          Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/20/2002 | JAW | detailed review of Campbell  August, 2001 monthly invoice (0.3); draft summary of same (0.2). | 0.50 | 67.50 |
|  | JAW | detailed review of Campbell  October, 2001 monthly invoice (0.3); draft summary of same (0.1). | 0.40 | 54.00 |
|  | JAW | detailed review of Campbell November, 2001 monthly invoice (0.3); draft summary of same (0.2). | 0.50 | 67.50 |
|  | JAW | detailed review of Stroock 1st Quarterly Interim Fee Application (.3) | 0.30 | 40.50 |
|  | JAW | detailed review of Holme April 2, 2001, to September 30, 2001 Application (2.0) | 2.00 | 270.00 |
|  | GGR | Review Notice of Special Fee Application of Pitney, Hardin et al. (.3); draft e-mail, receive and respond to e-mail from BM re same (.1).  (.4) | 0.40 | 54.00 |
|  | PB | Detailed review fee application Kirkland Jan. 2002 (5.0); detailed review fee application Casner March 2002 (1.5). | 6.50 | 780.00 |
|  | PB | Continue to review fee application Kirkland Jan. 2002 (5.0); continue to review fee application Casner March 2002 (1.0). | 6.00 | 720.00 |
| 5/21/2002 | WHS | receive, review, and forward electronic monthly invoice re Carella | 0.10 | 27.50 |
|  | BM | Update database and print summaries for applications received 5/21/02: Campbell 6/01, 7/01, 8/01, 10/01 and 11/01; Kirkland 3/02; and Bilzin 1/02. | 1.30 | 52.00 |
|  | MS | Finish review of August 2001 fee application of Nelson, Mullins, Riley & Scarborough, LLP | 1.00 | 200.00 |
|  | MS | Draft addendum to summary of August 2001 fee application of Nelson, Mullins, Riley & Scarborough, LLP | 0.50 | 100.00 |
|  | DTW | Review draft summaries of Steptoe for February, 2002 (.5); Steptoe March, 2001 (.6) and Carella March, 2002 (.5). | 1.60 | 216.00 |
|  | JAW | detailed review of Holme April 2, 2001, to September 30, 2001 Application (1.1); draft summary of same (7.0). | 8.10 | 1,093.50 |
| 5/22/2002 | WHS | receive, review, and forward electronic monthly invoices re Wallace | 0.10 | 27.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/22/2002 | WHS | conference with Doreen re calculations in Wallace application | 0.20 | 55.00 |
| | WHS | receive and review application and order re PWC as ordinary course | 0.10 | 27.50 |
| | BM | Update database with electronic data received. | 0.70 | 28.00 |
| | MS | draft addendum to summary of July 2001 fee application of Pachulski, Stang, Ziehl, Young & Jones P.C. | 0.30 | 60.00 |
| | MS | review January 2002 fee application of Caplin & Drysdale, Chartered | 0.80 | 160.00 |
| | MS | Draft summary of January 2002 fee application of Caplin & Drysdale, Chartered | 1.00 | 200.00 |
| | MS | Draft summary of February 2002 fee application of Caplin & Drysdale, Chartered | 0.90 | 180.00 |
| | MS | Review summary of February 2002 fee application of Caplin & Drysdale, Chartered | 1.40 | 280.00 |
| | MS | detailed review of February 2002 fee application for Duane Morris LLP | 0.30 | 60.00 |
| | MS | Draft addendum to summary re: February 2002 fee application for Duane Morris LLP | 0.30 | 60.00 |
| | MS | Draft addendum to summary re: March 2002 fee application for Duane Morris LLP | 0.30 | 60.00 |
| | MS | Detailed review of March 2002 fee application for Duane Morris LLP | 0.20 | 40.00 |
| | MS | detailed review of August 2001 fee application for Pitney, Hardin, Kipp & Szuch, LLP | 0.60 | 120.00 |
| | MS | detailed review of September 2001 fee application for Reed Smith LLP | 0.90 | 180.00 |
| | MS | detailed review of September 2001 fee application for Stroock & Stroock & Lavan LLP | 0.50 | 100.00 |

W.R. Grace & Co.                                                                                                     Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/22/2002 | JAW | draft summary of Holme April 2, 2001, to September 30, 2001 Application (2.3). | 2.30 | 310.50 |
| 5/23/2002 | WHS | receive and review lift stay motion | 0.10 | 27.50 |
|  | MS | Draft addendum to summary re: September 2001 fee application for Stroock & Stroock & Lavan LLP | 0.40 | 80.00 |
|  | MS | Draft addendum to summary re: September 2001 fee application for Reed Smith LLP | 1.30 | 260.00 |
|  | MS | Draft addendum to summary re: August 2001 fee application for Pitney, Hardin, Kipp & Szuch, LLP | 0.50 | 100.00 |
|  | MS | draft e-mail to J. Sakalo of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. re: pass-through of fees of other professionals | 0.20 | 40.00 |
|  | MS | Telephone conference with J. Sakalo of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. re: pass-through of fees of other professionals | 0.10 | 20.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period | 3.50 | 700.00 |
|  | JAW | detailed review of Stroock July 2001, monthly invoice (1.2); draft summary of same (1.7). | 2.90 | 391.50 |
|  | PB | Revised summary Steptoe Jan. 2002 (.1); revised summary Steptoe Feb. 2002 (.1); revised summary Steptoe March 2002 (.1); revised summary Carella March 2002 (.1). | 0.40 | 48.00 |
| 5/24/2002 | WHS | receive and review 2 miscellaneous pleadings | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice of Caplin | 0.10 | 27.50 |
|  | WHS | detailed review of summaries and revise initial report | 0.40 | 110.00 |

W.R. Grace & Co.                                                                                                    Page     18

|            |     |                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/24/2002  | MS  | Further review of Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period | 0.80  | 160.00 |
|            | MS  | draft initial report re: Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P.                                                                                 | 6.50  | 1,300.00 |
| 5/26/2002  | PB  | Draft summary WKMB Jan. 2002 (1.8); draft summary Kirkland Jan. 2002 (2.3).                                                                                                                           | 4.10  | 492.00 |
| 5/27/2002  | LH  | Draft Summary of Pitney, Hardin, Kpp & Szuch's March, 2002 fee application.                                                                                                                          | 1.70  | 204.00 |
|            | JAW | detailed review of Stroock October 2001 monthly invoice (1.0); draft summary of same (1.8).                                                                                                          | 2.80  | 378.00 |
|            | JAW | detailed review of Stroock November 2001 monthly invoice (1.5); draft summary of same (2.0).                                                                                                         | 3.50  | 472.50 |
|            | LH  | review Pitney, Hardin, Kipp & Szuch March 2002 Fee Application.                                                                                                                                      | 0.50  | 60.00  |
| 5/28/2002  | WHS | receive, review, and forward electronic monthly invoice of Caplin                                                                                                                                    | 0.10  | 27.50  |
|            | WHS | conference with Mark Steirer re financial advisors                                                                                                                                                   | 0.20  | 55.00  |
|            | WHS | receive and review 3 miscellaneous pleadings                                                                                                                                                         | 0.10  | 27.50  |
|            | WHS | detailed review ofsummary re Pitney                                                                                                                                                                  | 0.10  | 27.50  |
|            | WHS | detailed review of summary re Wallace                                                                                                                                                                | 0.40  | 110.00 |
|            | WHS | revise initial report re Bilzen                                                                                                                                                                      | 0.30  | 82.50  |
|            | BM  | Receive and review emails with attachment files from applicants.                                                                                                                                     | 0.10  | 4.00   |

W.R. Grace & Co.                                                                                          Page    19

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/28/2002 | MS | Revise initial report re: Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. per comments of Warrane H. Smith | 0.50 | 100.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application for The Blackstone Group L.P. | 2.90 | 580.00 |
|  | MS | draft initial report re: Fourth Interim Quarterly Fee Application for The Blackstone Group L.P. | 2.70 | 540.00 |
|  | MS | draft initial report re: Fourth Interim Quarterly Fee Application for Ferry, Joseph & Pearce, P.A. | 0.80 | 160.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period | 0.60 | 120.00 |
|  | JAW | detailed review of Stroock December 2001 monthly invoice (0.9); draft summary of same (1.3). | 2.20 | 297.00 |
|  | JAW | detailed review of Kirkland Ellis July 2001 monthly invoice (3.2); draft summary of same (3.5). | 6.70 | 904.50 |
|  | PB | Draft fee app summary Kirkland Jan. 2002 (2.0); draft summary WKMB Feb. (1.8); draft summary Casner March 2002 (3.6). | 7.40 | 888.00 |
| 5/29/2002 | BM | Update database with corrected information according to the court order. | 1.20 | 48.00 |
|  | BM | Update database with summaries received 5/29/02 for Carella 3/02; Casner 3/02; HOlme 4/01-9/01; Kirkland 1/02; Steptoe 1/02, 2/02 and 3/02; Stroock 7/01, 10/01, 11/01 and 12/01; Wallace 1/02 and 2/02. | 1.80 | 72.00 |
|  | WHS | conference with Mark Steirer re Kramer Levin | 0.30 | 82.50 |
|  | WHS | receive and review 2 miscellaneous pleadings | 0.10 | 27.50 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel, L.L.P. in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period | 1.30 | 260.00 |

W.R. Grace & Co.                                                                                    Page    20

|            |     |                                                                                                                                                                              | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 5/29/2002  | MS  | draft initial report re: Fourth Interim Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel, L.L.P.                                                                | 1.60      | 320.00     |
|            | MS  | detailed review of Fourth Interim Quarterly Fee Application of Duane Morris LLP in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period | 0.40      | 80.00      |
|            | MS  | draft initial report re: Fourth Interim Quarterly Fee Application of Duane Morris LLP                                                                                         | 0.70      | 140.00     |
|            | JAW | draft summary of Kirland Ellis July 2001, monthly invoice (3.3)                                                                                                             | 3.30      | 445.50     |
|            | JAW | detailed review of Kirkland & Ellis August 2001, monthly invoice (3.7).                                                                                                      | 3.70      | 499.50     |
|            | PB  | Draft summary WKMB March 2002 (2.0); revised summary Reed Smith Jan. 2002 (2.3); revised summary Reed Smith Feb. 2002 (1.8); revised summary Reed Smith March 2002 (1.8).    | 7.60      | 912.00     |
| 5/30/2002  | JAW | draft summary of Kirkland & Ellis August 2001, monthly invoice (4.7).                                                                                                        | 4.70      | 634.50     |
|            | JAW | detailed review of Blackstone July 2001, monthly invoice (.8); draft summary of same (1.6)                                                                                   | 2.40      | 324.00     |
|            | JAW | detailed review of Blackstone September 2001, monthly invoice (.3); draft summary of same (1.5)                                                                              | 1.80      | 243.00     |
|            | JAW | detailed review of Blackstone October 2001, monthly invoice (.6); draft summary of same (2.0)                                                                                | 2.60      | 351.00     |
|            | BM  | Receive and file for April 2002 from WHS.                                                                                                                                    | 0.10      | 4.00       |
|            | BM  | Research and update database with electronic data.                                                                                                                           | 1.70      | 68.00      |
|            | PB  | Draft summary Spriggs April 2002 (.3).                                                                                                                                       | 6.30      | 756.00     |
|            | MS  | Revise initial report re: The Blackstone Group L.P. for fourth quarterly application period.                                                                                 | 0.60      | 120.00     |

W.R. Grace & Co.                                                                                                  Page    21

|            |     |                                                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/30/2002  | MS  | Research re: standard for review of flat-fee applicants in conjunction with drafting of initial report re: The Blackstone Group L.P. for fourth quarterly application period.                                                            | 0.50  | 100.00 |
|            | MS  | Review Fourth Interim Quarterly Fee Application of FTI Policano & Manzo for January - March 2002.                                                                                                                                        | 1.80  | 360.00 |
|            | MS  | Draft initial report re: Fourth Interim Quarterly Fee Application of FTI Policano & Manzo for January - March 2002.                                                                                                                      | 4.00  | 800.00 |
| 5/31/2002  | BM  | Update database with fee applications received 5/31/02 for Campbell 1/1/02 - 3/31/02 and summaries for Kirkland 7/01 & 8/01 and Blackstone 7/01, 9/01 & 10/01.                                                                           | 0.50  | 20.00  |
|            | WHS | draft e-mail to Will Sparks re Wallace King                                                                                                                                                                                             | 0.30  | 82.50  |
|            | WHS | receive, review, and forward electronic monthly invoice re Casner                                                                                                                                                                       | 0.10  | 27.50  |
|            | WHS | telephone conference with Will Sparks re Wallace King                                                                                                                                                                                   | 0.10  | 27.50  |
|            | WHS | receive, review, and forward electronic monthly invoice re Reed Smith                                                                                                                                                                   | 0.10  | 27.50  |
|            | WHS | receive, review, and forward electronic monthly invoice Campbell & Levine                                                                                                                                                               | 0.10  | 27.50  |
|            | WHS | receive, review, and forward electronic monthly invoice of Stroock                                                                                                                                                                      | 0.10  | 27.50  |
|            | MS  | Finish drafting initial report re: Fourth Interim Quarterly Fee Application of FTI Policano & Manzo for January - March 2002.                                                                                                            | 1.10  | 220.00 |
|            | MS  | Cross-reference Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. Fourth Interim Quarterly Fee Application with firm's February monthly fee and expense invoice in USG case to determine duplication or allocation of time between the two cases with respect to 2/20/02 multi-case hearing before Judge Wolin. | 0.30  | 60.00  |

W.R. Grace & Co.                                                                                    Page    22

|            |    | | **Hours** | **Amount** |
|------------|----|-|-----------|------------|
| 5/31/2002 | MS | Revise initial report re: Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. Fourth Interim Quarterly Fee Application to address allocation of firm's time between Grace and USG cases with respect to 2/20/02 multi-case hearing before Judge Wolin. | 0.20 | 40.00 |
| | MS | Draft e-mail to D. Carickhoff of Pachulski, Stang, Ziehl, Young & Jones P.C. requesting submission of Fourth Interim Quarterly Fee Application and monthly invoices for February and March 2002; draft subsequent e-mail confirming receipt of February invoice. | 0.30 | 60.00 |
| | MS | Draft e-mail to Ros Serrette of Stroock & Stroock & Lavan LLP requesting submission of Fourth Interim Quarterly Fee Application; receipt & review of e-mail enclosing electronic files for all fee applications. | 0.20 | 40.00 |
| | MS | Draft e-mail to James Kapp of Kirkland & Ellis requesting submission of Fourth Interim Quarterly Fee Application. | 0.10 | 20.00 |
| | MS | Draft e-mail to Susan Haag of Holme Roberts & Owen, LLP requesting submission of Fourth Interim Quarterly Fee Application; telephone conference with Ms. Haag re: same. | 0.20 | 40.00 |
| | MS | Draft e-mail to M. Zaleski of Campbell & Levine, LLC requesting submission of Fourth Interim Quarterly Fee Application and February 2002 monthly invoice. | 0.10 | 20.00 |
| | MS | Draft e-mail to Mr. Heiser of Nelson, Mullins, Riley & Scarborough, LLP requesting submission of Fourth Interim Quarterly Fee Application and February and March 2002 monthly invoices. | 0.10 | 20.00 |
| | MS | Draft e-mail to Anne Moran of Steptoe & Johnson, LLP, requesting submission of Fourth Interim Quarterly Fee Application; subsequent exchange of e-mails re: same. | 0.30 | 60.00 |
| | MS | Draft e-mail to Sanajy Thapar of Pitney, Hardin, Kipp & Szuch, LLP requesting submission of Fourth Interim Quarterly Fee Application; subsequent exchange of e-mails re: same. | 0.20 | 40.00 |
| | MS | Detailed review of March 2002 time entries in preparation for drafting initial report re: Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered. | 2.50 | 500.00 |
| | MS | Draft summary re: March 2002 fee application of Caplin & Drysdale, Chartered. | 2.80 | 560.00 |

W.R. Grace & Co.                                                                                    Page    23

|  |  | Hours | Amount |
|---|---|---|---|
| 5/31/2002 MS | Detailed review of Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered in preparation for drafting initial report. | 0.40 | 80.00 |

**For professional services rendered**                                            **362.40 $50,706.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| Copying cost for 1 copy | 0.15 | 0.15 |
| Copying cost | 0.15 | 7.80 |
| Postage | 2.93 | 2.93 |
| Copying cost | 0.15 | 1.80 |

**Total costs**                                                                                   **$12.68**

**Total amount of this bill**                                                        **$50,718.68**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beth S. Miller | 37.80 | 40.00 | $1,512.00 |
| Cheryl A McKinnon | 4.30 | 75.00 | $322.50 |
| Doreen T Williams | 26.20 | 135.00 | $3,537.00 |
| Gail G Russell | 2.80 | 135.00 | $378.00 |
| James A Wehrmann | 129.10 | 135.00 | $17,428.50 |
| Lisa M Hamm | 3.70 | 120.00 | $444.00 |
| Mark W Steirer | 85.30 | 200.00 | $17,060.00 |
| Pam Buchmeyer | 65.20 | 120.00 | $7,824.00 |
| WHS | 8.00 | 275.00 | $2,200.00 |