## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection Deadline: July 2, 2002 at 4:00 p.m.** |
| | : | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

## SUMMARY COVERSHEET TO THIRTEENTH MONTHLY FEE APPLICATION
## OF PITNEY, HARDIN, KIPP & SZUCH
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR APRIL 1, 2002 THROUGH APRIL 30, 2002

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **April 1, 2002 – April 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$33,180.00** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$1,119.59** |

This is a: **X** monthly __ quarterly interim __ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087. 60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270. 00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263. 20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Volun-tarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943. 20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084. 00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 – 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871 (Objections due 4/16/02) | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Pending | Pending |

3

| Date Filed<br>Docket No. | Period<br>Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002<br>#1938<br>CNO filed 5/9/02<br>#2031 | 2/1/02 –<br>2/28/02 | $67,270.10 | $8,972.08 | Approved<br>@ 80%<br>($53,816.<br>08) | Approved @<br>100% |
| May 6, 2002<br>#2061<br>(Objections due<br>June 5, 2002) | 3/1/02 –<br>3/31/02 | $30,424.00 | $6,076.45 | Pending | Pending |
| Pending | 1/1/02 –<br>3/31/02 | $136,517.10 | $26,231.48 | Pending | Pending |
| Pending | 4/1/02 –<br>4/30/02 | $33,180.00 | $1,119.59 | Pending | Pending |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD**
**APRIL 1, 2002 THROUGH APRIL 30, 2002**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 12.4 | $5,084.00 |
| Robert G. Rose | 1974 | 350.00 | 24.60 | $8,610.00 |
| Lawrence F. Reilly | 1965 | 335.00 | 6.3 | $2,110.50 |
| Scott A. Zuber | 1987 | 295.00 | 10.4 | $2,655.00 |
| **COUNSEL** | | | | |
| John P. Scordo | 1988 | 270.00 | 10.8 | $2,916.00 |
| William S. Hatfield | 1993 | 240.00 | 30.0 | $7,200.00 |
| **ASSOCIATES** | | | | |
| Steven J. Sheldon | 2000 | 160.00 | 2.8 | $448.00 |
| Kristen M. Jasket | 2000 | 155.00 | 19.5 | $3,022.50 |
| **PARAPROFESSIONALS** | | | | |
| Douglas S. Florence | N/A | 90.00 | 2.3 | $207.00 |
| Sandra L. Purrington | N/A | 90.00 | 10.3 | $927.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period April 1, 2002 through April 30, 2002** | | | **128.00 Hours**<br><br>**TOTAL** | **$33,180.00** |

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## APRIL 1, 2002 THROUGH APRIL 30, 2002

| TYPE OF EXPENSE | |
|---|---|
| | |
| Computer-Assisted Research | $98.19 |
| Duplicating | $154.98 |
| Telephone | $48.69 |
| Postage | $0.91 |
| Express Delivery | $33.22 |
| Travel and Miscellaneous Expense | $53.26 |
| Vendor: Merrill Corp. for services rendered | $709.14 |
| Vendor: NJ Law Journal | $21.20 |
| **Grand Total Expenses for the Fee Period April 1, 2002 through April 30, 2002** | **$1,119.59** |