IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 25, 2002 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP and SZUCH LLP'S THIRTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## APRIL 1, 2002 THROUGH APRIL 30, 2002

Client: 082910 W.R. GRACE and CO.
Matter: 069254 Carteret Warehouse Subleases

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/02/02 | Review new subtenant's comments on sublease and telephone conference with Finkelstein, Nagy and Honig regarding Gemini.<br>L. Reilly | 0.6 | 201.00 |
| 04/04/02 | Telephone conference with Finkelstein and send fully signed copy of the Gemini termination agreement to Honig.<br>L. Reilly | 0.2 | 67.00 |
| 04/08/02 | Telephone call with client regarding status and follow up with L. Reilly regarding same.<br>A. Marchetta | 0.2 | 82.00 |
| 04/17/02 | Review and analysis of issues related to proposed sublease and landlord's refusal to consent to sublease because proposed sublessee is in bankruptcy, including legal research and discussions with A. Marchetta and L. Reilly.<br>S. Zuber | 1.2 | 354.00 |
| 04/17/02 | Confer A. Marchetta and S. Zuber. Review prime lease and brief research.<br>L. Reilly | 0.5 | 167.50 |
| 04/17/02 | Telephone call with client and follow up regarding research on lease issue.<br>A. Marchetta | 1.0 | 410.00 |
| 04/17/02 | Legal research concerning whether it is unreasonable for a landlord to withhold consent to tenant subletting property because sublessee is in Chapter 11; draft memorandum to L. Reilly regarding the same.<br>S. Sheldon | 2.6 | 416.00 |
| 04/18/02 | Confer with S. Sheldon and review his memo. Telephone conference with Nagy and Finkelstein with A. Marchetta regarding proposed sublease.<br>L. Reilly | 0.7 | 234.50 |
| 04/18/02 | Work with S. Sheldon, L. Reilly and S. Zuber and telephone conference with client regarding issue of landlord "consent."<br>A. Marchetta | 0.9 | 369.00 |
| 04/18/02 | Meeting with L. Reilly to discuss factors to be considered in determining |  |  |

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| | reasonableness of landlord refusing to consent to sublease. S. Sheldon | 0.2 | 32.00 |
| 04/19/02 | Confer with A. Marchetta and draft/transmit to clients form of letter to landlord regarding sublease. L. Reilly | 0.6 | 201.00 |
| 04/19/02 | Conference with L. Reilly and follow up regarding letter to landlord; work on letter to landlord with L. Reilly; telephone call with client regarding same. A. Marchetta | 1.1 | 451.00 |
| 04/20/02 | Follow up regarding form of letter to landlord. A. Marchetta | 0.2 | 82.00 |
| 04/22/02 | E-mails regarding landlord dispute and conference call. A. Marchetta | 0.2 | 82.00 |
| 04/23/02 | Follow up regarding landlord letter. A. Marchetta | 0.1 | 41.00 |
| 04/24/02 | E-mails regarding letter. A. Marchetta | 0.1 | 41.00 |
| 04/26/02 | Follow up regarding landlord letter. A. Marchetta | 0.2 | 82.00 |
| 04/30/02 | Review letter and conference with L. Reilly regarding same; follow up with client regarding same. A. Marchetta | 0.4 | 164.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.40 | 410.00 | 1,804.00 |
| L. Reilly | 2.60 | 335.00 | 871.00 |
| S. Zuber | 1.20 | 295.00 | 354.00 |
| S. Sheldon | 2.80 | 160.00 | 448.00 |
| TOTALS | 11.00 | | 3,477.00 |

3

Client: 082910 W.R. GRACE and CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 04/06/02 | Reviewed and updated docket. Drafted correspondence to D. Carickhoff regarding Certificates of No Objections. Continued drafting February Fee Application.<br>K. Jasket | 1.1 | 170.50 |
| 04/07/02 | Continued drafting February 2002 Fee Application.<br>K. Jasket | 2.4 | 372.00 |
| 04/08/02 | Responded to email of S. Bruinooge regarding payments.<br>K. Jasket | 0.2 | 31.00 |
| 04/09/02 | Continued drafting Fee Application for February 2002.<br>K. Jasket | 3.8 | 589.00 |
| 04/10/02 | Review and revise February, 2002 monthly fee application.<br>S. Zuber | 0.3 | 88.50 |
| 04/11/02 | Prepared cover letter to D. Carickhoff enclosing February 2002 Fee Application. Updated docket. Attention to filing February 2002 Fee Application with local counsel.<br>K. Jasket | 1.6 | 248.00 |
| 04/12/02 | Review regarding additional expenses to be included in the Fee Applications.<br>K. Jasket | 0.1 | 15.50 |
| 04/17/02 | Conferred with J. Barretti regarding invoices for March 2002.<br>K. Jasket | 0.2 | 31.00 |
| 04/18/02 | Updated docket. Began drafting March 2002 Fee Application. Sent letter to D. Carickhoff regarding Certificate of No Objection for January 2002 Fee Application.<br>K. Jasket | 4.7 | 728.50 |
| 04/19/02 | Prepared March 2002 Fee Application. Obtained copies of Certificate of No Objections for November, December, and January and forwarded to S. Zuber and A. Marchetta.<br>K. Jasket | 1.4 | 217.00 |
| 04/29/02 | Conferred with S. Zuber regarding new administrative order entered and March 2002 Fee Application. Reviewed Amended Order and prepared | | |

4

|  |  |  |  |
|---|---|---|---|
|  | memo to A. Marchetta and S. Zuber regarding same. Placed call to P. Cuniff regarding Amended Order. | | |
|  | K. Jasket | 3.1 | 480.50 |
| 04/30/02 | Conferred with P. Cuniff regarding filing fee applications under Amended Order. Prepared documents to be sent to the fee auditor. Updated the docket. | | |
|  | K. Jasket | 0.9 | 139.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 295.00 | 88.50 |
| K. Jasket | 19.50 | 155.00 | 3,022.50 |
| TOTALS | 19.80 |  | 3,111.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 072757 Intercat, Inc. et al.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/01/02 | Telephone conversation with J. Geron regarding warrant agreement.<br>S. Zuber | 0.4 | 118.00 |
| 04/01/02 | Correspondence to J. Geron regarding warrant agreement.<br>S. Zuber | 0.3 | 88.50 |
| 04/02/02 | Update the case file and database.<br>D. Florence | 2.3 | 207.00 |
| 04/04/02 | Work with S. Zuber regarding final agreement.<br>A. Marchetta | 0.5 | 205.00 |
| 04/04/02 | Receipt, review and analysis of Intercat Inc.'s proposed changes to Escrow Agreement.<br>S. Zuber | 0.9 | 265.50 |
| 04/04/02 | Communications with M. Zelenty regarding Escrow Agreement.<br>S. Zuber | 0.3 | 88.50 |
| 04/04/02 | Meeting with A. Marchetta regarding Escrow Agreement.<br>S. Zuber | 0.5 | 147.50 |
| 04/04/02 | Revise Escrow Agreement.<br>S. Zuber | 0.6 | 177.00 |
| 04/08/02 | Telephone conversation with I. Greene regarding Escrow Agreement.<br>S. Zuber | 0.3 | 88.50 |
| 04/09/02 | Telephone conversation with G. Overman regarding Escrow Agreement.<br>S. Zuber | 0.2 | 59.00 |
| 04/09/02 | Telephone conversation with R. Talisman regarding Escrow Agreement and post-confirmation issues.<br>S. Zuber | 0.5 | 147.50 |
| 04/09/02 | Further revision of Escrow Agreement.<br>S. Zuber | 0.5 | 147.50 |
| 04/09/02 | Several telephone conversations with J. Geron regarding modifications to Escrow Agreement.<br>S. Zuber | 0.5 | 147.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/11/02 | Receipt and review of various notices regarding B. Roach's request for additional compensation, and telephone conversation with J. Drake regarding same.<br>S. Zuber | 0.3 | 88.50 |
| 04/12/02 | Follow up regarding warrants issues.<br>A. Marchetta | 0.5 | 205.00 |
| 04/15/02 | Receipt and review of Trustee's fee application, telephone conversation with I. Greene regarding same; and prepare correspondence to N. Alt regarding application.<br>S. Zuber | 0.5 | 147.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 | 410.00 | 410.00 |
| S. Zuber | 5.80 | 295.00 | 1,711.00 |
| D. Florence | 2.30 | 90.00 | 207.00 |
| TOTALS | 9.10 |  | 2,328.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 092159 Lampetr Joint Venture/WRG

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/08/02 | Follow up regarding details on arranging settlement; conference with client and J. Scordo regarding settlement.<br>A. Marchetta | 0.5 | 205.00 |
| 04/09/02 | Follow up with J. Scordo regarding settlement.<br>A. Marchetta | 0.3 | 123.00 |
| 04/09/02 | Work with A. Marchetta on issues relating to settlement; review documents regarding same.<br>J. Scordo | 0.8 | 216.00 |
| 04/10/02 | Confer with J. Scordo regarding settlement.<br>L. Reilly | 0.1 | 33.50 |
| 04/11/02 | Review lease and sublease, confer J. Scordo and begin to draft termination agreement.<br>L. Reilly | 1.1 | 368.50 |
| 04/11/02 | Review file for materials needed by L. Reilly to document settlement agreement; confer with L. Reilly regarding same; telephone call to A. Frank.<br>J. Scordo | 1.2 | 324.00 |
| 04/12/02 | Draft lease termination agreement.<br>L. Reilly | 1.3 | 435.50 |
| 04/12/02 | Review and revise Termination of Lease and Assignment of Sublease agreement, and prepare memo regarding same.<br>S. Zuber | 0.8 | 236.00 |
| 04/15/02 | Continued work on settlement of litigation, including discussions with A. Marchetta and J. Scordo; and further review of lease termination agreement.<br>S. Zuber | 0.6 | 177.00 |
| 04/15/02 | Conference with S. Zuber regarding rejection of lease issues; work with J. Scordo regarding same.<br>A. Marchetta | 0.3 | 123.00 |
| 04/15/02 | Work with S. Zuber regarding settlement agreement; review settlement agreement drafted by L. Reilly; review correspondence; e-mail to L. Reilly regarding same. | | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | J. Scordo | 1.0 | 270.00 |
| 04/16/02 | Conference call with J. Scordo and C. Lane of Kirkland and Ellis regarding lease rejection or assumption and assignment.<br>S. Zuber | 0.3 | 88.50 |
| 04/16/02 | Follow up regarding revised agreement.<br>A. Marchetta | 0.3 | 123.00 |
| 04/16/02 | Conference call with C. Lane and S. Zuber on various documents needed for settlement; leave voicemail for M. Kemp; telephone call to E. Frank; leave voicemail for L. Reilly; additional telephone call to C. Lane.<br>J. Scordo | 1.2 | 324.00 |
| 04/17/02 | Confer with J. Scordo, review documents, and draft assignment agreement for lease.<br>L. Reilly | 1.0 | 335.00 |
| 04/17/02 | Review file and documents for information needed; draft and revise settlement agreement; e-mails regarding same.<br>J. Scordo | 3.0 | 810.00 |
| 04/18/02 | Review draft assignment.<br>L. Reilly | 0.1 | 33.50 |
| 04/18/02 | Review assignment of lease and revise; review complaint; draft and revise settlement agreement; leave voicemail for L. Reilly; confer with A. Marchetta regarding above.<br>J. Scordo | 2.4 | 648.00 |
| 04/19/02 | Revise and finalize first draft of settlement documents; e-mail to C. Nagey, V. Finkelstein, C. Lane.<br>J. Scordo | 1.2 | 324.00 |
| 04/20/02 | Review settlement documents.<br>A. Marchetta | 0.3 | 123.00 |
| 04/25/02 | Follow up regarding settlement.<br>A. Marchetta | 0.3 | 123.00 |
| 04/26/02 | Review Finkelstein comments on documents.<br>L. Reilly | 0.1 | 33.50 |
| 04/27/02 | Work on issues regarding settlement.<br>A. Marchetta | 0.2 | 82.00 |

9

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 410.00 | 902.00 |
| L. Reilly | 3.70 | 335.00 | 1,239.50 |
| S. Zuber | 1.70 | 295.00 | 501.50 |
| J. Scordo | 10.80 | 270.00 | 2,916.00 |
| TOTALS | 18.40 | | 5,559.00 |

10

Client: 082910 W.R. GRACE and CO.
Matter: 062416 Prudential, et al.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/05/02 | Review and forward decision; telephone call to client regarding same.<br>A. Marchetta | 0.5 | 205.00 |
| 04/08/02 | Follow up regarding court opinion with client and USG.<br>A. Marchetta | 0.5 | 205.00 |
| 04/10/02 | Telephone call with client; telephone call with USG counsel regarding Prudential letter on Rule 84 certification; correspondence regarding same.<br>A. Marchetta | 1.2 | 492.00 |
| 04/11/02 | Review supplemental statement from U.S. Minerals and follow up with USG counsel.<br>A. Marchetta | 0.6 | 246.00 |
| 04/12/02 | Telephone call with co-counsel regarding Chapter 11 motions to lift stay.<br>A. Marchetta | 0.7 | 287.00 |
| 04/22/02 | Calendar and follow up regarding motions.<br>A. Marchetta | 0.4 | 164.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.90 | 410.00 | 1,599.00 |
| TOTALS | 3.90 | | 1,599.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 04/01/02 | Review summation and discuss reorganization of same with W. Hatfield. <br> R. Rose | 3.8 | 1,330.00 |
| 04/01/02 | Attend to closing argument issues; meeting with R. Rose on strategy and issues for closing; revise outline on same - redraft second portion for chronological purposes. <br> W. Hatfield | 7.0 | 1,680.00 |
| 04/02/02 | Review and revise summation and exhibits to be used in summation; discuss with W. Hatfield. <br> R. Rose | 7.0 | 2,450.00 |
| 04/02/02 | Revise Closing Argument for R. Rose based on comments; attend to third to fifth section of argument; meeting with R. Rose on matter; attend to Table of Contents for outline; attend to exhibits for trial with R. Rose; meeting with R. Rose on closing issues and exhibits; additional revisions to outline of argument. <br> W. Hatfield | 7.7 | 1,848.00 |
| 04/02/02 | Phone calls to court house regarding exhibits for closing arguments as requested by W. Hatfield. Prepare documents for closing arguments. Prepare table of contents for W. Hatfield's outline. <br> S. Purrington | 3.6 | 324.00 |
| 04/03/02 | Prepare for closing summation. <br> R. Rose | 5.8 | 2,030.00 |
| 04/03/02 | Attend to closing argument preparations; revise outline per R. Rose; attend to supplemental documents and Table of Contents; review Weja revisions to findings of fact on Overlord issues; confer with R. Rose on case issues and strategy; review sustained objections; prepare for closing argument. <br> W. Hatfield | 3.3 | 792.00 |
| 04/03/02 | Edit table of contents for closing argument outline as requested by W. Hatfield. Prepare all exhibits for closing arguments and set them up at Jersey City Court House as requested by W. Hatfield. <br> S. Purrington | 3.8 | 342.00 |
| 04/04/02 | Travel to Hudson County Court House; present closing summation. <br> R. Rose | 7.3 | 2,555.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/04/02 | Appearance in Court - Final Closing Arguments before Judge McLaughlin.<br>W. Hatfield | 7.0 | 1,680.00 |
| 04/04/02 | Pick-up closing arguments exhibits at Jersey City courthouse as requested by W. Hatfield.<br>S. Purrington | 2.9 | 261.00 |
| 04/05/02 | Conference with R. Rose regarding closings; follow up with client.<br>A. Marchetta | 0.3 | 123.00 |
| 04/05/02 | Discuss closing argument; Weja positions and potential response to attorneys fees letter brief; and settlement issues with R. Rose.<br>W. Hatfield | 0.2 | 48.00 |
| 04/08/02 | Telephone call with client regarding status and closing.<br>A. Marchetta | 0.3 | 123.00 |
| 04/16/02 | Call with B. Miller on case closing arguments.<br>W. Hatfield | 0.3 | 72.00 |
| 04/17/02 | Call with J. Trella on case closing arguments.<br>W. Hatfield | 0.3 | 72.00 |
| 04/19/02 | Review Weja response brief to Court.<br>W. Hatfield | 0.3 | 72.00 |
| 04/22/02 | Review Weja letter brief to court; research on same; draft reply brief to court; memo to R. Rose.<br>W. Hatfield | 2.9 | 696.00 |
| 04/24/02 | Attend to filing letter with Court concerning attorney fees and contribution issues.<br>R. Rose | 0.7 | 245.00 |
| 04/24/02 | Review and revise letter to Court with R. Rose comments - attend to same.<br>W. Hatfield | 0.8 | 192.00 |
| 04/25/02 | Attend to R. Rose letter to court.<br>W. Hatfield | 0.2 | 48.00 |
| 04/29/02 | Follow up regarding court conference.<br>A. Marchetta | 0.3 | 123.00 |

14

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 410.00 | 369.00 |
| R. Rose | 24.60 | 350.00 | 8,610.00 |
| W. Hatfield | 30.00 | 240.00 | 7,200.00 |
| S. Purrington | 10.30 | 90.00 | 927.00 |
| TOTALS | 65.80 | | 17,106.00 |