IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-01139 (JJF) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

    Please note our new address effective as of June 10, 2002:

>Mary M. MaloneyHuss, Esquire (I.D. No. 2960)
>Wolf, Block, Schorr and Solis-Cohen, LLP
>Wilmington Trust Center
>1100 N. Market Street
>Suite 1001
>Wilmington, DE 19801
>Telephone: 302-777-0305
>Direct Fax No.: 302-778-7805
>mmaloneyhuss@wolfblock.com

    WOLF, BLOCK, SCHORR and SOLIS-COHEN, LLP

    /s/ Mary M. MaloneyHuss
    Mary M. MaloneyHuss, Esquire

    Attorneys for General Electric Company

Dated: June 12, 2002

DSW:41997.1

## CERTIFICATE OF SERVICE

    I, Mary M. MaloneyHuss, do hereby certify that I copies of the foregoing document have been served via Electronic Notification, upon those parties listed as receiving Electronic Notice from the Bankruptcy Court, on June 12, 2002.

                                        /s/Mary M. MaloneyHuss
                                        Mary M. MaloneyHuss

DSW:41997.1