IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. 1664 |

**ORDER CONCERNING BRIEFING SCHEDULE IN CONNECTION WITH PROPOSALS OF DEBTORS AND OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR ESTABLISHMENT OF BAR DATE AND NOTICE PROGRAM CONCERNING ASBESTOS PERSONAL INJURY CLAIMS**

This matter having been transferred to this Court by the Honorable Judith K. Fitzgerald; and the Court having requested counsel for the official committees appointed in these chapter 11 cases (the "Official Committees") to appear before it at a case management conference on May 22, 2002, in order to discuss case management issues in these cases concerning asbestos personal injury claims; and counsel for the Debtors and the Official

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Committees having duly appeared before the Court at the May 22, 2002 case management conference; and sufficient cause appearing therefore;

NOW THEREFORE, IT IS HEREBY ORDERED THAT THE FOLLOWING BRIEFING SCHEDULE SHALL CONTROL BRIEFING IN CONNECTION WITH THE PROPOSALS OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE ESTABLISHMENT OF A BAR DATE AND NOTICE PROGRAM CONCERNING ASBESTOS PERSONAL INJURY CLAIMS AGAINST THE DEBTORS:

1. The Debtors are to submit a brief not to exceed 45 pages in length concerning their proposal for the establishment of a bar date and notice program concerning asbestos personal injury claims against the Debtors by June 21, 2002.

2. The Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") is to submit a response to the Debtors' brief not to exceed 45 pages in length by July 22, 2002, incorporating its proposal for the establishment of a bar date and notice program concerning asbestos personal injury claims against the Debtors.

3. To the extent that they choose to reply, all other Official Committees are to submit briefs concerning the proposals of the Debtors and the PI Committee not to exceed 15 pages in length by August 6, 2002.

4. The PI Committee and Debtors are each to submit final replies to the others' proposals not to exceed 15 pages in length by August 21, 2002.

3

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: _____, 2002.

_____
The Honorable Alfred M. Wolin
United States District Court Judge