8/22/01

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al. | ) | Case No. 01-1139 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## AFFIDAVIT UNDER 11 U.S.C. 327(e)

STATE OF NEW HAMPSHIRE)
) ss:
COUNTY OF ROCKINGHAM)

**Craig E. Jameson**, being duly sworn, upon his oath, deposes and says:

1. I am an individual attorney (admitted to practice in New York only) engaged in a limited legal consulting practice, located at 305 Middle Road, Brentwood, New Hampshire 03833 (the "Firm").

2. The Debtors have requested that I provide legal consulting services on general corporate and finance matters to the Debtors, and I have consented to provide such services.

3. I have performed services in the past, and may perform services in the future, in matters unrelated to these chapter 11 cases, for the Debtors.

4. As part of my practice, I have not been, but might in the future be, retained in cases, proceedings and transactions involving parties other than the Debtors, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5. I have not agreed to share or will share any portion of the compensation to be received from the Debtors with any other person.

6. Insofar as I have been able to ascertain, I do not hold or represent any interest adverse to the Debtors or their estates.

7. The Debtors owe me $4577.59 for prepetition services (including $43.59 of related expenses).

8. I will, if I should at any time be retained by any person other than the Debtors, determine if such person is a creditor of or otherwise has an interest adverse to the Debtors, and upon conclusion of that inquiry, or at any time during the period of my engagement, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

Executed on August 22, 2001
[Date of Signature]

Craig E. Jameson

Attorney (admitted to practice in New York only)

Sworn to and subscribed before me
this 22 day of August, 2001

Laurie Inman         (Notarization in state where signed)
Notary Public         LAURIE A. INMAN, Notary Public
My Commission expires: My Commission Expires July 21, 2004