IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (___) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

6/6/01
mbe

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss: |
| COUNTY OF COOK | ) | |

James A. Foster, being duly sworn, upon his/her oath, deposes and says:

1. I am a partner of Cassiday, Schade & Gloor located at 20 N. Wacker Dr., #1040, Chicago, IL 60606 (the Firm).

2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.   The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4.   As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5.   Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.   Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.   The Debtors owe the Firm $ __880.50__ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on [ June 6 ], 2001.

James A. Foster

Sworn to and subscribed before me
this ___ day of _____, 2001

Notary Public
My Commission expires 9/12/04



CASSIDAY
SCHADE
& GLOOR

ATTORNEYS
AT LAW

Client ID 08308

RSKCo
3500 Lacey Road
Downers Grove, IL 60615
Attn: Ms. Lisa Konen

May 21, 2001
Invoice: 131589

For Legal Service Rendered in Connection With:

18882/JAF

Insured: W.R. Grace & Co. - Conn.
Claimant: Allen & Beverly Russell, d/b/a Russell Farms Partnership
File No.:
D/A: 4/18/97
Attn: Ms. Lisa Konen
Tel. No.: 630-719-3176

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/24/01 | Kyle R. Burkhardt | 0.2 | Telephone discussion with co-defendant regarding status and mediation. |
| 01/31/01 | Kyle R. Burkhardt | 1.0 | Telephone discussion with local counsel regarding mediation (.1); correspondence to company regarding enclosing Sheffer bill for payment (.1); research regarding mediation rules and procedure (.8) |
| 01/31/01 | James A. Foster | 0.3 | Review of file materials and telephone discussion with Lisa Clegg-Konan regarding whether to file a counterclaim against Mason |
| 02/01/01 | James A. Foster | 0.1 | Telephone discussion with Lisa Clegg-Konan regarding whether to file a counterclaim against Mason |
| 02/09/01 | Kyle R. Burkhardt | 0.3 | Telephone discussion with plaintiff regarding mediation and status of discovery. |
| 02/14/01 | Kyle R. Burkhardt | 0.2 | Correspondence to company regarding mediation. |

Client ID: 08308
RSKCo

Page: 2
May 21, 2001

Russell vs W.R. Grace & Co. - Conn.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/24/01 | James A. Foster | 0.1 | Revise and edit correspondence to the company regarding mediation |
| 02/26/01 | James A. Foster | 0.4 | Review of file regarding bills generated in case (0.2); Telephone discussion with L. Konan of CNA regarding same (0.1); Correspond with W.R. Grace regarding same (0.1); |
| 02/27/01 | James A. Foster | 0.3 | Telephone discussion with W.R. Grace regarding file information and review of file to compile same |
| 03/01/01 | Kyle R. Burkhardt | 0.2 | Telephone discussion with plaintiff regarding scheduling mediation (.1); telephone discussion with Mr. Brooks regarding mandatory hearing (.1). |
| 03/02/01 | Kyle R. Burkhardt | 0.6 | Analysis of file regarding mediation strategy (.4); telephone discussion with co-defendant regarding strategy (.2). |
| 03/02/01 | James A. Foster | 0.7 | Telephone discussion with Lisa Clegg-Konen regarding mediation (0.1); Extensive telephone conferences with M. Cohan of W.R. Grace regarding same (0.3); Review and analysis of photographs of subject property to prepare for mediation (0.3); |
| 03/06/01 | James A. Foster | 0.2 | Correspond with company sending photographs |
| 03/12/01 | Kyle R. Burkhardt | 0.5 | Draft litigation budget. |
| 03/13/01 | James A. Foster | 0.3 | Revise and edit budget |
| 03/13/01 | James A. Foster | 0.1 | Correspondence with company regarding budget |
| 03/21/01 | James A. Foster | 0.2 | Telephone conference with Lisa Klegg-Conan regarding mediation and budget |
| 03/27/01 | Kyle R. Burkhardt | 0.3 | Telephone discussion with plaintiff regarding photographs to be used at mediation (.2); telephone discussion with co-defendant regarding mediation. |
| 03/28/01 | James A. Foster | 0.2 | Report to company regarding mediation and the issue of settlement |

Total Hours  6.20
Total for Services  $ 880.50

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/05/2001 | 5 item(s) at $.05 each; Photocopy | .75 |
| 02/05/2001 | 16 item(s) at $.05 each; Photocopy | 2.40 |

CHICAGO   20 N. WACKER DRIVE   312-641-3100
WHEATON   SUITE 1040   FAX:312-444-1669
WAUKEGAN   CHICAGO, ILLINOIS   I.R.S. ID NO. 36-3041539
60606-1289

MAY-23-2002 14:02   W R GRACE   4105231478   P.17

Client ID: 08308
RSKCo

May,

Russell vs W.R. Grace & Co. - Conn.

| Date | Description | Amount |
|---|---|---|
| 02/06/2001 | 4 item(s) at $.05 each; Photocopy | .60 |
| 02/26/2001 | 2 item(s) at $.05 each; Photocopy | .30 |
| 03/21/2001 | 7 item(s) at $.05 each; Photocopy | 1.05 |
| **Total** | | **$ 5.10** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| Prior unpaid invoice(s) | .00 | .00 | 542.55 |
| Less payment received | | | 542.55 |
| Current Charges | 880.50 | 5.10 | 885.60 |
| Current plus prior unpaid(s) if any | 880.50 | 5.10 | 885.60 |

## Summary By Attorney

| Attorney | Billed Per Hour | Hours Worked | Bill Amount |
|---|---|---|---|
| Kyle R. Burkhardt | 135.00 | 3.30 | 445.50 |
| James A. Foster | 150.00 | 2.90 | 435.00 |
| **Total all Attorneys** | 142.02 | 6.20 | 880.50 |

**Total This Statement**        **$ 885.60**

CHICAGO         20 N. WACKER DRIVE        312-641-3100
WHEATON              SUITE 1040           FAX:312-444-1669
WAUKEGAN       CHICAGO, ILLINOIS          I.R.S. ID NO. 36-3041539
                  60606-1289