**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: June 13, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 2107**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Interim Application of Conway, Del Genio, Gries & Co., LLC ("Applicant") For Compensation For Services Rendered And Reimbursement of Actual And Necessary Expenses Incurred as Financial Advisor For The Official Committee of Asbestos Property Damage Claimants For The Period From January 1, 2002 Through March 31, 2002.(the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 13, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $360,000.00 which represents 80% of the fees ($450,000.00) and $4,809.71, which

represents 100% of the expenses requested in the Application for the period January 1, 2002 through March 31, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application.

                                        FERRY, JOSEPH & PEARCE, P.A.

                                        /s/ Theodore J. Tacconelli
                                        Michael B. Joseph (#392)
                                        Theodore J. Tacconelli (#2678)
                                        Rick S. Miller (#3418)
                                        824 Market Street, Suite 904
                                        P.O. Box 1351
                                        Wilmington, DE. 19899
                                        (302) 575-1555
                                        Local Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

                                        -and-

                                        Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                                        Scott L. Baena, Esq.
                                        2500 First Union Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, FL 33131-2336
                                        Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

Dated: June 14, 2002