01-1139

JUSTICE COURT LINCOLN COUNTY      JUDICIAL
COMPLAINT
STATE OF MT      JULY 1, 2002
MARLENE A. HERREID
JUSTICE OF THE PEACE

*June 11 2002*

*Not Charlotte Schauss will get copy her own attorney*

Dear Marlene,

    You expressed concern for Charlotte Schauss, indeed she does need your help. You advised her to get an attorney. You do understand that she has never contacted an attorney in her life and is not confident to do so now, and cannot afford one. She needs your help. As you know I am in poor health. I am a diabetic with glaucoma. I have Asbestosis with 50 % of my lung capacity and a spot on my right lung. I have another C-Scan next month. I know that my condition does not concern you, however the following reasons should obligate you to help her.

    Discrimination with extreme prejudice.

    You suggested to Charlotte Schauss that I was nothing more than a drunken con artist. She states to me that she does not believe you. You pulled up a computer print out of a police record and suggested to her that it was a criminal record going back over 40 years, not so. You advised her that I did not help her refinance her home. She has in her possession two letters to Senator Baucaus and she visited him in person on two occasions for help against predictor banks. He promised to help as he is the Chairman of the Senate Banking Committee. As you know you are not liable without giving informed consent to contract. She could not and Will Schauss had a brain tumor the last 10 years of his life. You debunked my efforts to help her in your court.

    As you know a Class Action takes a long time for a resolution. It is hoped that you will refer her case on consignment. Regarding your reference to Charlotte suggesting me being a con artist, I can refer to personal letters between myself and the Governor in which I tried to get assistance for all Asbestos victims. A con artist? Your signature of marching a prisoner through town in jail uniform and shackles is reminiscent of a couple hundred years ago when prisoners were put in the stocks for public display. You slipped Charlotte Schauss into the back of your court behind my back and then attempted to badger me from your bench into making negative statements about Charlotte. You seemed disappointed that this blame game did not work. I do not believe it is within your right for you to use your court and its assets to destroy a domestic relationship. A couple of discreet phone calls would have informed you of all in this statement of fact, but then this would have upset your pre-judgement of events

    Temporary order of Protection

    I believe this order was improperly given as it was issued based on a phone call from a Welfare Daughter living in California made to an ex-boyfriend on the Libby Police force. I am sure there was phone calls between mother and daughter. I am sure

that our relationship was embellished by Charlotte, however there has never been domestic violence in this house. Charlotte did not ask her to call, nor did she call herself. There has never been any report of domestic disturbance reported from this residence. I believe you and your court acted on a phone call that was far out of the jurisdiction of Lincoln County. You did this without question or investigation. I am glad though that you did not persecute Charlotte with your order. If your order was improper, my arrest was as was my conviction. This will not be resolved until a future date before a civil court.

Charlotte's signature and statement after the fact. She was not advised at her home the following day and did not know that she did not have to sign or make a statement so she did not give informed consent in her signature. Again on the day after I was removed from my home, one of your court staff and a police officer came to her home for a statement from her. Charlotte thought she had to comply as she was not advised that it was within her right to refuse. As a Special person, she has limited ability to read and write so your staff and Police helped her with her statement. Again she thought that she had to comply with an out-of-state complaint not made by her. She immediately tried to withdraw her complaint after on the second day and the third day of forced separation. At this time you would not consider it as you had her signature, an out-of-state complaint, and the ability to entrap me in violation of your order. This in order to defame my character and destroy our relationship. The only other relationships she had with authority was under Hitler, Russians, and East Germans.

I personally have to withdraw as her Pro Se representative. I could not give her proper service since my character has been defamed by you and your court. I will send a copy of this letter to the Federal Bankruptcy Court as my withdrawal of representing Charlotte Schauss so they do hold my past efforts as frivolous. I will name you as her contact until you can get her competent help. I will also send a copy to her son in Washington State and her daughter in Kalispell, MT. As her family, they have a direct interest in her class action against Grace and Co. and might wish to contact you.

It is my intent to file a formal complaint with the Montana State Bar Association. It is hoped that this will give me a Statue of Limitation in which to file a civil action and also protect me from your Police and Court. I have an appointment with your Recovery people on the 28th. I will make them privy to my intent in case you have made my evaluation for me.

A confession of my limited responsibility

On May 1st I did not realize the depth of Charlotte's depression. She was argumentative all day because it was the 3rd anniversary of the death of her late husband and I should have been more attentive and consolatory and I was not, I forgot. Regarding verbal abuse, the worst I ever did when she was in this state of mind was threaten to leave her, which to her is probably an abusive threat.

I request a transcript of all stated before your court, in your order its violation and my pleading and conviction. When I started helping Charlotte Schauss 2 ½ years ago, she was a grieving widow about to lose her home of over 40 years and was suicidal. It is hoped that your efforts have note returned her to that state of mind. I did not come into

her home through the back door without the full knowledge of her family, I came through the front door.

Your motive is speculation, I have become a nuisance to Grace and Co. because of my efforts for Charlotte. I have been in contact with the Governor, Senator Baucus , and others. They have billions in assets to protect themselves from liability. However I do not believe you are their agent as it implies intelligence on your part. I do know though for a fact of your gender discrimination and prejudice, also your ego.

Because of your national jurisdiction, I will send a full copy of all that is here for publication to "Judicial Watch", The O"Reilly Factor, and No Spin Zone Ect. It is my hope that your unique form of Justice might generate help for Charlotte Schauss.

In closing, you should know that the Rule of Law without Justice Civil or Constitutional rights is totalitarian and Un-American.

Sincerely,

Edward L Perley

Edward L Perley

*June 7th 2002*

Dear Andy,

Please go through this material carefully.  You might get legal help for your mother.  I have requested help from the judge but I don't think her ego allows for social justice.

Your mother has become self-destructive and I do not know how much, if any, of the evidence that she has destroyed in the wrongful death class action.  As an example, she did not have a normal retirement from the plywood plant.  She has a Disability Retirement.  This would have allowed her to go directly onto Social Security Disability.  As a personal concept of pride, this has directly cost her over $100,000.  Over the past 11 years and easily could have paid off all liabilities.

Your mother get depressed and argumentative two or three times a month and now that she has a prejudice judge on her side, I can go to jail at any time for verbal abuse.  I am too old for this life style.

I made a commitment to help her, but she relieved me of it as it did not include protecting myself from the courts, police, jail and your sister in California.

Your mother is in poor health with her feet, legs and back.  It is painful for her to get around.  She cannot mow the lawn or remove snow or in any way take care of her property.  She worked under Asbestos in the plywood plant and needs a full check-up, C-scans and all.  I can not force her to take care of herself.

I did paint the house in case you have to sell it in the future.  I will stay with her as long as I can, but she needs more help than I can give.

Sincerely,

*Edward L Perley*

Edward L. Perley

p.s. Andy, you might want to check a federal law called the Disability Act.  A person is allowed employment, as your mother was in the plywood plant.  However, they are limited in their ability to contract as in real estate.  As the victim  is easily led and is unable to give informed consent to a contract. I believe your mother has over paid about $35,000 since your dad's death, these predator lenders are self insured so long as they can make the victim pay, they will.  Charlotte should get Simple Fee Title to her property and the $35,000 plus damages and expenses.  I think this also applies to credit card debt.

The system is set up to take advantage of those that can not help themselves.  That includes the Court.

US Bankruptcy
District of Delaware
c/o Ms Lil Lewis
824 Market St 5th Floor
Welmington DE 19801

Jan 24 2002

Re: Schaus pro se Claim WR Grace & Co

Dear Ms Lewis

I sent a letter for procedual information. It is hoped that eny mistakes I have made will not effect her Claim unless they substantuly alter the facts of her Claim, Thankyou.

All facts listed in the Complaint as Exhibits are in her posession should She send this material now or will thair be some future evedentiy Heaving, please advise.

I have enclosed my last contact with my Law Firm. If thair is eny other information needed let me know. Charlotte Schaus is a elderly Lady with limited ability

Thankyou

Edward P Perley
153 Weylawood Dr
Libby MT 58923

*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566

1-800-345-1763 (in State)
1-800-406-7544 (out of State)

*Fax:* (406) 752-7124

January 14, 2002

*Emails:*

dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

U.S. Bankruptcy Court
District of Delaware
c/o Ms. Lil Lewis
824 Market Street, 5th Floor
Wilmington, DE 19801

  Re: Schauss pro se complaint v. W.R. Grace & Co.

Dear Ms. Lewis,

  We are in receipt of the wrongful death complaint filed in the name of Charlotte Schauss v. W.R. Grace. This letter is in response to your request for documentation from this firm regarding this pro se filing of Charlotte Schauss and Ed Perley with the court.

  As we discussed over the phone on today's date, this firm represents Ed Perley in claims related to his own asbestos disease. Pursuant to that representation, he has contacted me on occasion to discuss alternative claims and avenues that we might pursue against W.R. Grace and others on his behalf, and on behalf of Charlotte Schauss. In response to those inquiries, I have sent him multiple letters, each of which advises Mr. Perley that we are not in a position to pursue the action he suggests. The August 27, 2001, letter which was recently filed with the court represents one of those letters.

  Please note that the complaint which was filed with the August 27, 2001, letter was filed pro se by Edward Perley and Charlotte Schauss. This firm is not at all associated with the complaint filed by Mr. Perley and Mrs. Schauss with the Bankruptcy Court. I do not know why my August 27, 2001, letter was filed by Mr. Perley and Mrs. Schauss, nor do I believe that it is related to the case that they seek to pursue. However, I trust that this letter serves to disassociate this office from the present action that they may be pursuing as pro se plaintiffs. This disassociation does not affect our continued representation of Mr. Perley in relation to his own asbestos related disease.

January 14, 2002
Page 2


Please feel free to contact me with any questions or concerns.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JOHN F. LACEY

cc:    Ed Perley & Charlotte Schauss