IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **July 8, 2002 @ 4:00 p.m.** |

**NINTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002**

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *April 1, 2002 through and
including April 30, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$28,794.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$2,669.24*

This is a(n):   **x**   monthly        __   interim application

KL2:2159885.1

**Prior Applications:**

| Date Files and Docket No. | Period Covered | Requested Fees/ Expenses | Paid Fees[1]/ Expenses |
|---|---|---|---|
| January 25, 2002 | December 1, 2001 - December 31, 2002 | $32,467.50 $2,338.23 | $25,974.00 $2,338.23 |
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | pending |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2002 THROUGH APRIL 30, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 10.90 | $5,177.50 |
| Becker, Gary M. | 400.00 | 28.80 | $11,520.00 |
| Clark, Robert | 300.00 | 25.70 | $7,710.00 |
| Mangual, Kathleen | 175.00 | 22.70 | $3,972.50 |
| Lane, Joanne | 180.00 | 2.30 | $414.00 |
| **Total** | | **90.40** | **$28,794.00** |

---

[1] For the monthly January, February and March this represents the 80% paid by the Debtor. The remaining 20% of each amount was requested in the May 15, 2002 Quarterly Application.

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/02 through 4/30/02 | Total Fees for the Period 4/1/02 through 4/30/02 |
|---|---|---|
| Asbestos Claims Issues | 16.20 | $8,001.35 |
| Case Administration | 50.50 | $15,463.97 |
| Fee Applications | 10.60 | $2,477.50 |
| Fraudulent Conveyance Issues | 13.10 | $5,465.00 |
| **Total** | **90.40** | **$28,794.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 4/1/02 through 4/30/02 |
|---|---|
| Telecopier | $9.00 |
| Tabs | $4.00 |
| Photocopying | $105.00 |
| Messenger Service | $558.45 |
| Manuscript Service | $249.00 |
| Document Prep. | $12.00 |
| Postage | $0.91 |
| Long-Distance Tel. | $3.41 |
| Tel Credit Card | $3.57 |
| Westlaw On-Line Research | $80.65 |
| Lexis / Nexis On-Line Research | $419.50 |
| Legal Search Fees | $224.62 |
| Cab Fares | $83.02 |
| Meals | $16.09 |
| Out-of-Town-Travel | $900.00 |
| **Total** | **$2,669.24** |

KL2:2159885.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: June 14, 2002

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.30 | 475.00 | 142.50 |
| BECKER, GARY M. | CR | 8.10 | 400.00 | 3,240.00 |
| CLARK, ROBERT | CR | 25.70 | 300.00 | 7,710.00 |
| MANGUAL, KATHLEEN | CR | 14.10 | 175.00 | 2,467.50 |
| LANE, JOANNE | OTHER | 2.30 | 180.00 | 414.00 |
| | Subtotal | 50.50 | $ | 13,974.00 |

### FEE APPS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.50 | 475.00 | 237.50 |
| BECKER, GARY M. | CR | 2.10 | 400.00 | 840.00 |
| MANGUAL, KATHLEEN | CR | 8.00 | 175.00 | 1,400.00 |
| | Subtotal | 10.60 | $ | 2,477.50 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 5.30 | 475.00 | 2,517.50 |
| BECKER, GARY M. | CR | 10.90 | 400.00 | 4,360.00 |
| | Subtotal | 16.20 | $ | 6,877.50 |

### FRAUDULENT CONVEYANCE ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 4.80 | 475.00 | 2,280.00 |
| BECKER, GARY M. | CR | 7.70 | 400.00 | 3,080.00 |
| MANGUAL, KATHLEEN | CR | 0.60 | 175.00 | 105.00 |
| | Subtotal | 13.10 | $ | 5,465.00 |
| | Total | 90.40 | $ | 28,794.00 |

KL4:2051211.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 10.90 | 475.00 | 5,177.50 |
| BECKER, GARY M. | CR | 28.80 | 400.00 | 11,520.00 |
| CLARK, ROBERT | CR | 25.70 | 300.00 | 7,710.00 |
| MANGUAL, KATHLEEN | CR | 22.70 | 175.00 | 3,972.50 |
| LANE, JOANNE | OTHER | 2.30 | 180.00 | 414.00 |
| | Total | 90.40 | | $28,794.00 |

KL4:2051211.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | $9.00 |
| TABS | 4.00 |
| PHOTOCOPYING | 105.00 |
| MESSENGER SERVICE | 558.45 |
| MANUSCRIPT SERVICE | 249.00 |
| DOCUMENT PREP. | 12.00 |
| POSTAGE | 0.91 |
| LONG-DISTANCE TEL. | 3.41 |
| TEL CREDIT CARD | 3.57 |
| WESTLAW ON - LINE RESEARCH | 80.65 |
| LEXIS / NEXIS ON -LINE RESEARCH | 419.50 |
| LEGAL SEARCH FEES | 224.62 |
| CAB FARES | 83.02 |
| MEALS | 16.09 |
| OUT-OF-TOWN TRAVEL | 900.02 |
| Subtotal | $2,669.24 |

KL4:2051211.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
FOR THE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 4.50 |
| PHOTOCOPYING | <u>56.00</u> |
| Subtotal | $<u>60.50</u> |

KL4:2051211.1