alp_132c: Billed Charges Analysis

Run Date & Time: 06/13/2002 10:22:05

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

```
-------------------------------------------------------------------------------
                            PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------

     UNBILLED TIME FROM:   01/01/1901          TO:  04/30/2002
     UNBILLED DISB FROM:   01/01/1901          TO:  04/30/2002

                              FEES                        COSTS
                              ----                        -----

GROSS BILLABLE AMOUNT:     28,794.00                    2,669.24
AMOUNT WRITTEN DOWN:
            PREMIUM:
 ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:       04/30/2002                   04/30/2002
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------------------------------------
                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
-------------------------------------------------------------------------------
             FEES:         108,985.70       UNIDENTIFIED RECEIPTS:      0.00
     DISBURSEMENTS:          4,776.88        PAID FEE RETAINER:         0.00
     FEE RETAINER:               0.00        PAID DISB RETAINER:        0.00
    DISB RETAINER:               0.00       TOTAL AVAILABLE FUNDS:      0.00
  TOTAL OUTSTANDING:      113,762.58         TRUST BALANCE:
                                             BILLING HISTORY
-------------------------------------------------------------------------------
DATE OF LAST BILL:     06/10/02                    LAST PAYMENT DATE:  05/31/02
LAST BILL NUMBER:       352100                   FEES BILLED TO DATE:  299,452.50
LAST BILL THRU DATE:   04/30/02      FEES WRITTEN OFF TO DATE:         105,862.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
          (1) Exceeded Fixed Fee           (6) Summer Associate
          (2) Late Time & Costs Posted     (7) Fixed Fee
          (3) Pre-arranged Discount        (8) Premium
          (4) Excessive Legal Time         (9) Rounding
          (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE   2
Run Date & Time: 06/13/2002 10:22:08                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
```

B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Dept/Group | Oldest Entry | Latest Entry | Total Billed Hours | Total Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | Cre PARTNER | 04/02/02 | 04/30/02 | 10.90 | 5,177.50 |
| 05292 | BECKER, GARY M. | Cre ASSOCIATE | 04/01/02 | 04/30/02 | 28.80 | 11,520.00 |
| 05443 | CLARK, ROBERT | Cre ASSOCIATE | 04/15/02 | 04/25/02 | 25.70 | 7,710.00 |
| 05208 | MANGUAL, KATHLEEN | Cre PARALEGAL | 04/03/02 | 04/30/02 | 22.70 | 3,972.50 |
| 03691 | LANE, JOANNE | Ima OTHER TKPR | 04/03/02 | 04/08/02 | 2.30 | 414.00 |
|  | Total: |  |  |  | 90.40 | 28,794.00 |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 04/24/02 | 04/29/02 | 9.00 |
| 0817 | TABS | 04/26/02 | 04/26/02 | 4.00 |
| 0820 | PHOTOCOPYING | 04/09/02 | 04/29/02 | 105.00 |
| 0835 | INSIDE MESSENGER | 04/26/02 | 04/26/02 | 12.00 |
| 0840 | MANUSCRIPT SERVICE | 04/04/02 | 04/30/02 | 249.00 |
| 0842 | DOCUMENT PREP. | 04/25/02 | 04/25/02 | 12.00 |
| 0880 | POSTAGE | 04/16/02 | 04/24/02 | 0.91 |
| 0885 | LONG-DISTANCE TEL. | 03/13/02 | 04/11/02 | 3.41 |
| 0895 | TEL CREDIT CARD | 04/24/02 | 04/24/02 | 3.57 |
| 0917 | WESTLAW ON - LINE RESEARCH | 04/18/02 | 04/24/02 | 80.65 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 04/17/02 | 04/25/02 | 419.50 |
| 0930 | MESSENGER/COURIER | 04/26/02 | 04/30/02 | 546.45 |
| 0935 | LEGAL SEARCH FEES | 04/26/02 | 04/26/02 | 224.62 |
| 0940 | CAB FARES | 04/05/02 | 04/23/02 | 83.02 |
| 0943 | IN-HOUSE/MEALS | 04/03/02 | 04/03/02 | 16.09 |
| 0950 | OUT-OF-TOWN TRAVEL | 03/19/02 | 04/29/02 | 900.02 |
|  | Total |  |  | 2,669.24 |
|  | Grand Total |  |  | 31,463.24 |

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 06/13/02 10:22:08)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 |  | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 28,934.50 | 5,945.49 |  | 28,236.29 | 12/18/01 | 6,643.70 |
| 11/27/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 |  | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 |  | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 24,041.50 | 2,338.23 |  | 19,886.23 | 03/22/02 | 6,493.50 |
| 02/26/02 | 01/31/02 | 347311 | 20,210.00 | 1,961.58 |  | 17,410.08 | 04/26/02 | 4,761.50 |
| 03/27/02 | 02/28/02 | 348979 | 31,715.00 | 2,894.44 |  | 27,332.94 | 05/31/02 | 7,276.50 |
| 04/25/02 | 03/31/02 | 350555 | 32,575.00 | 2,107.64 |  | .00 |  | 34,682.64 |
| 05/31/02 | 04/30/02 | 352100 | 28,794.00 | 2,669.24 |  | .00 |  | 31,463.24 |

```
alp_132c: Billed Charges Analysis                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                             PAGE   3
Run Date & Time: 06/13/2002 10:22:08                                        *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 06/13/02 10:22:08)
                                    Applied        ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA  Disbursement   From OA   Total         Date         Balance Due

        Total:              273,120.00   28,051.76             187,409.18                 113,762.58
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE    1
Run Date & Time: 06/13/2002 10:22:02

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:    04/01/2002                            TO: 04/30/2002
         UNBILLED DISB FROM:    03/19/2002                            TO: 04/30/2002

                                       FEES                                    COSTS
                                       ----                                    -----
   GROSS BILLABLE AMOUNT:           13,974.00                                1,489.97
   AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
         THRU DATE:             04/30/2002                               04/30/2002
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------
                                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                 FEES:           22,734.00           UNIDENTIFIED RECEIPTS:     0.00
        DISBURSEMENTS:            2,366.33               PAID FEE RETAINER:     0.00
        FEE RETAINER:                 0.00              PAID DISB RETAINER:     0.00
       DISB RETAINER:                 0.00             TOTAL AVAILABLE FUNDS:   0.00
    TOTAL OUTSTANDING:           25,100.33                   TRUST BALANCE:
                                                            BILLING HISTORY
                                                            ---------------
      DATE OF LAST BILL:        06/10/02           LAST PAYMENT DATE:        05/31/02
      LAST BILL NUMBER:           352100           FEES BILLED TO DATE:    113,677.50
      LAST BILL THRU DATE:      04/30/02           FEES WRITTEN OFF TO DATE: 47,936.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
      (1) Exceeded Fixed Fee              (6) Summer Associate
      (2) Late Time & Costs Posted        (7) Fixed Fee
      (3) Pre-arranged Discount           (8) Premium
      (4) Excessive Legal Time            (9) Rounding
      (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    2
Run Date & Time: 06/13/2002 10:22:02                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                        Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:  1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                 Status    : ACTIVE

       B I L L E D   T I M E   S U M M A R Y  --------------------------------- Total ----------------
Emp Id  Employee Name          Dept/Group              Oldest        Latest         Hours       Amount
-----   -------------          ----------              ------        ------         -----       ------
02495   BENTLEY, PHILIP        Cre PARTNER             04/12/02      04/12/02        0.30       142.50
05292   BECKER, GARY M.        Cre ASSOCIATE           04/09/02      04/30/02        8.10     3,240.00
05443   CLARK, ROBERT          Cre ASSOCIATE           04/26/02      04/25/02       25.70     7,710.00
05208   MANGUAL, KATHLEEN      Cre PARALEGAL           04/04/02      04/29/02       14.10     2,467.50
03691   LANE, JOANNE           Ima OTHER TKPR          04/05/02      04/08/02        2.30       414.00

                   Total:                                                           50.50    13,974.00

Sub-Total Hours :    0.30 Partners    0.00 Counsels    33.80 Associates    14.10 Legal Assts    2.30 Others

       B I L L E D   C O S T S   S U M M A R Y ------------------- Total Billed ---------------
Code    Description                             Oldest         Latest            Total
                                                Entry          Entry             Amount
-----   -----------                             ------         ------            ------
0817   TABS                                     04/26/02       04/26/02           4.00
0820   PHOTOCOPYING                             04/09/02       04/29/02          63.45
0835   INSIDE MESSENGER                         04/26/02       04/26/02          12.00
0840   MANUSCRIPT SERVICE                       04/04/02       04/04/02           6.00
0842   DOCUMENT PREP.                           04/25/02       04/25/02          12.00
0880   POSTAGE                                  04/24/02       04/24/02           0.57
0885   LONG-DISTANCE TEL.                       04/03/02       04/11/02           3.11
0917   WESTLAW ON -LINE RESEARCH                04/18/02       04/18/02          80.65
0921   LEXIS / NEXIS ON -LINE RESEAR            04/18/02       04/25/02         325.50
0930   MESSENGER/COURIER                        04/26/02       04/30/02         546.45
0935   LEGAL SEARCH FEES                        04/26/02       04/26/02         224.62
0940   CAB FARES                                04/05/02       04/05/02          10.60
0950   OUT-OF-TOWN TRAVEL                       03/19/02       04/29/02         201.02

       Total                                                                   1,489.97

       Grand Total                                                            15,463.97
                                                                            ============

A C C O U N T S    R E C E I V A B L E     (Reflects Payments As of 06/13/02 10:22:02)
Bill Date Thru Date Bill#     Fee & OA      Billed          Applied     Collections ----           Balance
                                            Disbursement    From OA         Total         Date     Due
---------- --------- -----    --------      ------------    ----------      -----         ----     -------
09/27/01 08/31/01 339400     35,884.50      4,154.07                     40,038.57    11/30/01
10/29/01 09/30/01 341359     15,920.50      1,491.63                     17,412.13    12/18/01
11/27/01 10/31/01 342994     10,001.50      1,059.00                     11,060.50    01/22/02
12/27/01 11/30/01 344503      9,230.00      1,455.48                     10,685.48    03/05/02
01/18/02 12/31/01 345477      8,017.00      1,134.54                      9,151.54    03/22/02
02/26/02 01/31/02 347311      5,370.00      1,638.70                      7,008.70    04/26/02
03/27/02 02/28/02 348979      6,520.00        909.36                      7,429.36    05/31/02
04/25/02 03/31/02 350555      8,760.00        876.36                          .00
                                                                                               9,636.36
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    3
Run Date & Time: 06/13/2002 10:22:02

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 06/13/02 10:22:02)
                                 ------- Billed -------        ---- Collections ----         Balance
Bill Date Thru Date  Bill#    Fee & OA      Disbursement      Applied    Total    Data        Due
                                                              From OA
05/31/02  04/30/02  352100   13,974.00       1,489.97            .00                        15,463.97

                    Total:  113,677.50      14,209.11                 102,786.28            25,100.33
```

```
alp_132r: Billed Charges Analysis                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
Run Date & Time: 06/13/2002 10:22:02                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name          Work Date    Description                                                       Hours         Amount     Index#      Batch Date
-------------          ---------    -----------                                                       -----         ------     ------      ----------

BENTLEY, PHILIP        04/12/02     Prepare memo to Committee and draft letter to                      0.30         142.50     4110646     04/18/02
                                    U.S. Trustee re potential new committee.

        Total For BENTLEY P - 02495                                                                    0.30         142.50

BECKER, GARY M.        04/01/02     Screen new pleadings (0.6).                                        0.60         240.00     4095300     04/04/02
BECKER, GARY M.        04/02/02     Attention to issue re draft admin order.                           0.20          80.00     4095679     04/05/02
BECKER, GARY M.        04/03/02     Review proposed new admin order for fees (0.5);                    0.90         360.00     4095295     04/04/02
                                    exchange emails and calls with P. Bentley re
                                    various case issues (0.4)
BECKER, GARY M.        04/04/02     Screen newly filed pleadings (0.6).                                0.60         240.00     4100145     04/09/02
BECKER, GARY M.        04/05/02     Screen new pleadings                                               0.50         200.00     4098996     04/08/02
BECKER, GARY M.        04/10/02     Screen new pleadings (0.3); fax to equity                          0.50         200.00     4103708     04/11/02
                                    committee (0.2)
BECKER, GARY M.        04/11/02     Review new letters and pleadings received                          0.90         360.00     4105135     04/12/02
                                    (0.5); conf. with Bentley re asbestos committee
                                    issues (0.3); conf. with Milberg Weiss re
                                    status conference (0.1)
BECKER, GARY M.        04/12/02     Conf. with P. Bentley re recent case                               0.90         360.00     4106584     04/15/02
                                    developments (0.4); screen new pleadings (0.5)
BECKER, GARY M.        04/17/02     Conf. with Bentley re various case issues                          0.80         320.00     4111993     04/18/02
                                    (0.3); call local counsel re agenda for 4/22
                                    meeting (0.1); call debtors counsel re agenda
                                    (0.1); review agenda (0.3).
BECKER, GARY M.        04/18/02     Conf. with Bentley re various case issues                          1.20         480.00     4120544     04/29/02
                                    (0.3); revise and distribute memo to committee
                                    re fraudulent conveyance action (0.5); call
                                    courtroom deputy re hearing on 4/22 (0.1);
                                    prepare for 4/22 hearing (0.3).
BECKER, GARY M.        04/29/02     Conf. with P. Bentley re various case issues                       0.30         120.00     4127073     05/01/02
                                    (.3).
BECKER, GARY M.        04/30/02     Review new pleadings (.4); conf. with local                        0.70         280.00     4127062     05/01/02
                                    counsel re filing pleadings and email re same
                                    (.3).

        Total For BECKER G - 05292                                                                     8.10        3,240.00

CLARK, ROBERT          04/15/02     Conference with Philip Bentley and Tom Mayer                       0.20          60.00     4110394     04/17/02
                                    regarding corporate law issues.
CLARK, ROBERT          04/17/02     Researched corporate law issues                                    4.00        1,200.00    4114975     04/23/02
CLARK, ROBERT          04/18/02     Researched corporate law issues; drafted memo                      7.00        2,100.00    4114982     04/23/02
                                    regarding same
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    5
Run Date & Time: 06/13/2002 10:22:02                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975                                    Proforma Number:  1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495                                Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                        Status     : ACTIVE

B I L L E D    T I M E    D E T A I L
Employee Name              Work Date   Description                                               Hours       Amount     Index#   Batch Date
----------------------------------------------------------------------------------------------------------------------------------------------

CLARK, ROBERT              04/19/02    Attended Carnahan deposition; prepared summary             4.50     1,350.00    4114978   04/23/02
                                       of Carnaham deposition
CLARK, ROBERT              04/19/02    Researched corporate law issues                            1.50       450.00    4114979   04/23/02
CLARK, ROBERT              04/23/02    Researched corporate law issues; memo regarding            1.50       450.00    4177457   04/24/02
                                       same
CLARK, ROBERT              04/24/02    Researched corporate law issues.                           5.50     1,650.00    4132044   05/02/02
CLARK, ROBERT              04/25/02    Researched corporate law issues.                           1.50       450.00    4132040   05/02/02

   Total For CLARK R - 05443                                                                     25.70     7,710.00

MANGUAL, KATHLEEN          04/05/02    organization of office files and working files             1.10       192.50    4100297   04/09/02
                                       (1.1)
MANGUAL, KATHLEEN          04/09/02    organization of documents for purposes of                  4.10       717.50    4130375   05/01/02
                                       sending to records (4.1)
MANGUAL, KATHLEEN          04/16/02    organization of documents for purposes of                  4.80       840.00    4130377   05/01/02
                                       sending to records (4.8)
MANGUAL, KATHLEEN          04/19/02    doc retrieval per GB (.20)                                 0.20        35.00    4116708   04/24/02
MANGUAL, KATHLEEN          04/23/02    review amended admin order (.30)                           0.30        52.50    4130378   05/01/02
MANGUAL, KATHLEEN          04/29/02    organization of documents for purposes of                  3.60       630.00    4130379   05/01/02
                                       sending to records (3.6)

   Total For MANGUAL K - 05208                                                                   14.10     2,467.50

LANE, JOANNE               04/03/02    Telephone conversation with ALS re formatting              0.20        36.00    4098300   04/08/02
                                       of images/coding (.1); Telephone conversation
                                       with HG re same (.1)
LANE, JOANNE               04/04/02    Email to/from LR of ALS re imaging project                 0.10        18.00    4098295   04/08/02
                                       specs.
LANE, JOANNE               04/05/02    Email to/from ALS re imaging project (.1);                 0.40        72.00    4098286   04/08/02
                                       Email to GB, PB, TM re same (.3)
LANE, JOANNE               04/08/02    Reviewing, formatting and importing images and             1.60       288.00    4102294   04/10/02
                                       data received from ALS (1.5); Email to/from GB
                                       re same (.1).

   Total For LANE J - 03691                                                                       2.30       414.00

                                                                        Fee Total                50.50    13,974.00

B I L L E D    C O S T S    D E T A I L
Description/Code                                                   Employee               Date       Amount    Index#   Batch No  Batch Date
----------------------------------------------------------------------------------------------------------------------------------------------
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    6
Run Date & Time: 06/13/2002 10:22:03

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:  1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

              B I L L E D   C O S T S   D E T A I L
Description/Code            Employee              Date          Amount        Index#     Batch No    Batch Date
-----------------           ---------             -------       ---------     --------   --------    ----------

TABS                0817
  TABS                      MANGUAL, K M          04/26/02        4.00        5521023    75513       04/30/02
    Joy James

                                        0817 TABS Total :        4.00

PHOTOCOPYING        0820
  PHOTOCOPYING              BENTLEY, P            04/09/02        0.90        5496539    74675       04/10/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        0.90        5499856    74812       04/12/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        1.80        5499857    74812       04/12/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        1.20        5499858    74812       04/12/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        0.75        5499859    74812       04/12/02
  PHOTOCOPYING              MANGUAL, K M          04/11/02        2.10        5500986    74858       04/15/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        0.75        5500984    74858       04/15/02
  PHOTOCOPYING              BENTLEY, P            04/11/02        7.20        5500985    74858       04/15/02
  PHOTOCOPYING              BENTLEY, P            04/12/02        0.60        5500987    74858       04/15/02
  PHOTOCOPYING              BENTLEY, P            04/15/02        1.80        5500988    74858       04/15/02
  PHOTOCOPYING              BENTLEY, P            04/15/02       16.50        5503530    74941       04/16/02
  PHOTOCOPYING              MANGUAL, K M          04/15/02        0.15        5503532    74941       04/16/02
  PHOTOCOPYING              MANGUAL, K M          04/15/02        3.60        5503531    74941       04/16/02
  PHOTOCOPYING              MANGUAL, K M          04/15/02        0.30        5503533    74941       04/16/02
  PHOTOCOPYING              BECKER, G M           04/24/02        2.70        5518173    75406       04/26/02
  PHOTOCOPYING              CLARK, R C            04/25/02        8.10        5518174    75406       04/26/02
  PHOTOCOPYING              BENTLEY, P            04/26/02        1.80        5519675    75468       04/29/02
  PHOTOCOPYING              MANGUAL, K M          04/26/02        0.60        5521504    75534       04/30/02
  PHOTOCOPYING              BENTLEY, P            04/29/02        6.60        5521505    75534       04/30/02
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

```
alp_132r: Billed Charges Analysis                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                        PAGE    7
Run Date & Time: 06/13/2002 10:22:03                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                       Orig Prtnr  : CRED. RGTS   - 06975                      Proforma Number:    1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495                    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status      : ACTIVE

                  B I L L E D   C O S T S   D E T A I L
Description/Code                Employee              Date           Amount              Index#    Batch No     Batch Date
-----------------               ----------            ------         --------            ------    --------     ----------

INSIDE MESSENGER        0835
  INSIDE MESSENGER
    Clark Robert                CLARK, R C            04/26/02         12.00             5522565    75544       04/30/02

0835 INSIDE MESSENGER Total :                                         12.00

MANUSCRIPT SERVICE      0840
  MANUSCRIPT SERVICE
    04/04/2002                  SEAWRIGHT, J          04/04/02          6.00             5494826    74623       04/09/02

0840 MANUSCRIPT SERVICE Total :                                        6.00

DOCUMENT PREP.          0842
  DOCUMENT PREP.
    04/25/2002                  BLYTH, B B            04/25/02         12.00             5528027    76026       05/06/02

0842 DOCUMENT PREP. Total :                                           12.00

POSTAGE                 0880
  POSTAGE
    Danny Rivera                BECKER, G M           04/24/02          0.57             5517846    75396       04/25/02

0880 POSTAGE Total :                                                   0.57

LONG-DISTANCE TEL.      0885
  LONG-DISTANCE TEL.
    954819423                   LANE, J               04/03/02          1.77             5492880    74573       04/08/02
    302524221                   MANGUAL, K M          04/08/02          0.59             5495456    74626       04/09/02
    302524221                   MANGUAL, K M          04/08/02          0.30             5495457    74626       04/09/02
    302524421
    LONG-DISTANCE TEL.          BENTLEY, P            04/11/02          0.45             5501421    74859       04/15/02
    302524220

0885 LONG-DISTANCE TEL. Total :                                        3.11

WESTLAW ON              0917
  WESTLAW ON - LINE RE          CLARK, R C            04/18/02         68.43             5520786    75501       04/29/02
  WESTLAW ON - LINE RE          CLARK, R C            04/24/02         12.22             5525615    75655       05/01/02

0917 WESTLAW ON - LINE RE Total :                                     80.65

LEXIS / NEXIS ON -L     0921
  LEXIS / NEXIS ON -L
  LEXIS / NEXIS ON -LINE RESEARCH     CLARK, R C      04/18/02         39.25             5520884    75504       04/29/02
```

(Partial top entries:)

```
PHOTOCOPYING
  BENTLEY
    BENTLEY PHILIP              BENTLEY, P            04/29/02          2.55             5521506    75534       04/30/02
  PHOTOCOPYING
    BENTLEY PHILIP              BENTLEY, P            04/29/02          2.55             5521507    75534       04/30/02

0820 PHOTOCOPYING Total :                                             63.45
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    8
Run Date & Time: 06/13/2002 10:22:03

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee              Date        Amount       Index#   Batch No   Batch Date
-----------------                      --------              ----        ------       ------   --------   ----------

MESSENGER/COURIER              0930
FEDERAL EXPRESS CORPORAT               MANGUAL, K M          04/26/02      10.45      5522661     75545    04/30/02
PARCELS INC. - DDR                     MANGUAL, K M          04/30/02     536.00      5522150     75540    04/30/02
MESSENGER/COURIER - VENDOR-PARCELS INC. - DDR

                                                 0930 MESSENGER/COURIER Total :        546.45

LEGAL SEARCH FEES              0935
DOW JONES INTERACTIVE                  PELLETIER, D          04/26/02     224.62      5519205     75435    04/29/02
LEGAL SEARCH FEES - VENDOR-DOW JONES
INTERACTIVE
                                                 0935 LEGAL SEARCH FEES Total :        224.62

CAB FARES                      0940
MARIANNE FERGUSON, CASHI               BECKER, G M           04/05/02      10.60      5491427     74513    04/05/02
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
03/18/02
                                                 0940 CAB FARES Total :                 10.60

OUT-OF-TOWN TRAVEL             0950
CITICORP DINERS CLUB                   BECKER, G M           03/19/02     241.00      5459834     73286    03/19/02
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB 1/29/02 Wilmington
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CITICORP DINERS CLUB                   BECKER, G M           04/16/02     -87.00      5504247     74951    04/16/02
CLUB
MARIANNE FERGUSON, CASHI               BECKER, G M           04/29/02      47.02      5520275     75482    04/30/02
OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
CASHIER 04/24/02
                                                 0950 OUT-OF-TOWN TRAVEL Total :       201.02

                                                 Costs Total :                       1,489.97
```

```
alp_132r: Billed Charges Analysis                                                                                                              PAGE    9
Run Date & Time: 06/13/2002 10:22:03

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                          Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:    1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status      : ACTIVE

              B I L L E D   T I M E   S U M M A R Y
Employee Name                          Hours       Amount               Bill             W/o / W/u           Transfer To       Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------                  -----------         -----------       --------    -------------

BENTLEY, PHILIP                         0.30        142.50
BECKER, GARY M.                         8.10      3,240.00
CLARK, ROBERT                          25.70      7,710.00
MANGUAL, KATHLEEN                      14.10      2,467.50
LANE, JOANNE                            2.30        414.00
                                      ------    ----------
              Total:                   50.50     13,974.00

              B I L L E D   C O S T S   S U M M A R Y
Code Description                                   Amount               Bill             W/o / W/u           Transfer To       Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------                  -----------         -----------       --------    -------------

0817 TABS                                            4.00
0820 PHOTOCOPYING                                   63.45
0835 INSIDE MESSENGER                               12.00
0840 MANUSCRIPT SERVICE                              6.00
0842 DOCUMENT PREP.                                 12.00
0880 POSTAGE                                         0.57
0885 LONG-DISTANCE TEL.                              3.11
0917 WESTLAW ON - LINE RESEARC                      80.65
0921 LEXIS / NEXIS ON -LINE R                      325.50
0930 MESSENGER/COURIER                             546.45
0935 LEGAL SEARCH FEES                             224.62
0940 CAB FARES                                      10.60
0950 OUT-OF-TOWN TRAVEL                            201.02
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   10
Run Date & Time: 06/13/2002 10:22:03

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1559602
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

               B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount          Bill          W/o / W/u          Transfer To   Clnt/Mtr   Carry Forward
-----------------                ---------        ------        -----------         -----------   --------   -------------

                Costs Total :     1,489.97
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   11
Run Date & Time: 06/13/2002 10:22:03

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                     Orig Prtnr : CRED. RGTS   - 06975     Proforma Number:   1559603
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRSP.                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   04/03/2002               TO:            04/29/2002
           UNBILLED DISB FROM:                            TO:            04/29/2002

                                     FEES                            COSTS

           GROSS BILLABLE AMOUNT:    0.00                            25.84
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                           04/29/2002
      CLOSE MATTER/FINAL BILLING?          YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

           FEES:                    4,167.50    UNIDENTIFIED RECEIPTS:        0.00
           DISBURSEMENTS:             119.10    PAID FEE RETAINER:             0.00
           FEE RETAINER:                0.00    PAID DISB RETAINER:            0.00
           DISB RETAINER:               0.00    TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:      4,286.60     TRUST BALANCE:
                                                BILLING HISTORY

           DATE OF LAST BILL:      06/10/02    LAST PAYMENT DATE:          05/31/02
           LAST BILL NUMBER:         352100    FEES BILLED TO DATE:        21,437.50
           LAST BILL THRU DATE:    04/30/02    FEES WRITTEN OFF TO DATE:   15,079.00


FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee              (6) Summer Associate
      (2) Late Time & Costs Posted        (7) Fixed Fee
      (3) Pre-arranged Discount           (8) Premium
      (4) Excessive Legal Time            (9) Rounding
      (5) Business Development           (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    12
Run Date & Time: 06/13/2002 10:22:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS   - 06975      Proforma Number: 1559603
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

             B I L L E D    C O S T S    S U M M A R Y  ------------ Total Billed ------------
Code  Description                                  Oldest       Latest         Total
                                                   Entry        Entry          Amount
                                                   ------       ------         ------
0815  TELECOPIER                                   04/24/02     04/29/02         9.00
0820  PHOTOCOPYING                                 04/18/02     04/18/02         0.75
0943  IN-HOUSE/MEALS                               04/03/02     04/03/02        16.09
                                                                               ------
             Total                                                              25.84

             Grand Total                                                        25.84
                                                                               ======

A C C O U N T S    R E C E I V A B L E          (Reflects Payments As of 06/13/02 10:22:03)
                                                      Billed      ------    Applied  ---- Collections ----    Balance
Bill Date Thru Date Bill#          Fee & OA     Disbursement       Total    From OA    Total      Date        Due
---------- ---------- -----        --------     ------------       -----    -------    -----      ----        -------
09/27/01   08/31/01  339400        5,226.00          997.34                            6,223.34   11/30/01
10/29/01   09/30/01  341359        1,300.00             .00                            1,300.00   12/18/01
11/27/01   10/31/01  342994        3,507.50          434.03                            3,941.53   01/22/02
12/27/01   11/30/01  344503        1,080.00          197.20                            1,277.20   03/05/02
01/18/02   12/31/01  345477        2,111.50          302.15                            2,413.65   03/22/02
02/26/02   01/31/02  347311              .00             .00                                 .00
03/27/02   02/28/02  348979        4,045.00        1,423.03                            5,468.03   05/31/02
04/25/02   03/31/02  350555        4,167.50           93.26                                  .00              4,260.76
05/31/02   04/30/02  352100              .00           25.84                                 .00                 25.84
                                   ---------      ---------                           ---------              --------
             Total:               21,437.50        3,472.85                           20,623.75              4,286.60
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE    13
Run Date & Time: 06/13/2002 10:22:03                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                       Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1559603
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee           Date          Amount          Index#    Batch No   Batch Date
-----------------             --------           ----          ------          ------    --------   ----------

TELECOPIER                       0815
  TELECOPIER                   BECKER, G M      04/24/02         5.00         5517425    75360      04/25/02
  rodcast to 5
  TELECOPIER                   BECKER, G M      04/29/02         4.00         5522110    75538      04/30/02
  roadcast to 6 nu
                                              0815 TELECOPIER Total :         9.00

PHOTOCOPYING                     0820
  PHOTOCOPYING                 BECKER, G M      04/18/02         0.75         5508393    75108      04/19/02
  BECKER  GARY M.
                                             0820 PHOTOCOPYING Total :        0.75

IN-HOUSE/MEALS                   0943
  IN-HOUSE/MEALS               FINNERTY, C E    04/03/02        16.09         5492789    74572      04/08/02
                                          0943 IN-HOUSE/MEALS Total :        16.09

                                      Costs Total :                          25.84
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   14
Run Date & Time: 06/13/2002 10:22:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1559603
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

       B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount              Bill          W/o / W/u         Transfer To      Clnt/Mtr      Carry Forward
-------------------------   -------------     ---------------   ---------------   ---------------  --------------  -------------
0815 TELECOPIER                       9.00
0820 PHOTOCOPYING                     0.75
0943 IN-HOUSE/MEALS                  16.09
                            -------------
            Costs Total :            25.84
```