```
alp_132r: Billed Charges Analysis                                                                                        PAGE  15
Run Date & Time: 06/13/2002 10:22:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1559604
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

Special Billing Instructions:

                                                PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:     04/08/2002                       TO:    04/30/2002
           UNBILLED DISB FROM:     04/23/2002                       TO:    04/23/2002

                                          FEES                                COSTS
                                         ------                              -------
    GROSS BILLABLE AMOUNT:              2,477.50                                29.58
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
              THRU DATE:             04/30/2002                             04/23/2002
    CLOSE MATTER/FINAL BILLING?     YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                                ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                    FEES:                 3,947.50
           DISBURSEMENTS:                     33.28           UNIDENTIFIED RECEIPTS:        0.00
           FEE RETAINER:                       0.00              PAID FEE RETAINER:        0.00
          DISB RETAINER:                       0.00             PAID DISB RETAINER:        0.00
       TOTAL OUTSTANDING:                 3,980.78           TOTAL AVAILABLE FUNDS:        0.00
                                                                    TRUST BALANCE:
                                                 BILLING HISTORY
           DATE OF LAST BILL:            06/10/02           LAST PAYMENT DATE:      05/31/02
           LAST BILL NUMBER:              352100            FEES BILLED TO DATE:   21,519.00
           LAST BILL THRU DATE:         04/30/02       FEES WRITTEN OFF TO DATE:        0.00

    FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee             (6) Summer Associate
            (2) Late Time & Costs Posted       (7) Fixed Fee
            (3) Pre-arranged Discount          (8) Premium
            (4) Excessive Legal Time           (9) Rounding
            (5) Business Development          (10) Client Arrangement

    BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    16
Run Date & Time: 06/13/2002 10:22:03                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975                        Proforma Number:    1559604
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495                    Bill Frequency: M
Matter Name : FEE APPS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status       : ACTIVE

     B I L L E D    T I M E    S U M M A R Y  -------------- Total -------------
Emp Id  Employee Name               Dept/Group      Oldest       Latest       Billed      Amount
                                                                              Hours
02495  BENTLEY, PHILIP              Cre PARTNER     04/30/02     04/30/02      0.50       237.50
05292  BECKER, GARY M.              Cre ASSOCIATE   04/26/02     04/30/02      2.10       840.00
05208  MANGUAL, KATHLEEN            Cre PARALEGAL   04/08/02     04/30/02      8.00     1,400.00
                                                                              -----     --------
                                Total:                                        10.60     2,477.50

Sub-Total Hours :    0.50 Partners      0.00 Counsels    2.10 Associates    8.00 Legal Assts    0.00 Others


     B I L L E D    C O S T S    S U M M A R Y  -------------- Total Billed --------------
Code  Description                                   Oldest       Latest        Total
                                                    Entry        Entry         Amount

0940  CAB FARES                                     04/23/02     04/23/02       29.58
                                                                              --------
                                Total                                           29.58
                                                                              ========
                                Grand Total                                  2,507.08
                                                                             =========


A C C O U N T S    R E C E I V A B L E          (Reflects Payments As of 06/13/02 10:22:03)
                                                   Billed      Applied       ------- Collections -------    Balance
Bill Date  Thru Date  Bill#      Fee & OA       Disbursement   From OA       Total          Date              Due

09/27/01   08/31/01  339400          357.50          .00                      357.50    11/30/01
10/29/01   09/30/01  341359        3,919.00         76.11                   3,995.11    12/18/01
11/27/01   10/31/01  342994        3,356.00         51.69                   3,407.69    01/22/02
12/27/01   11/30/01  344503        2,532.50         63.68                   2,596.18    03/05/02
01/18/02   12/31/01  345477        1,816.50         29.58                   1,846.08    03/22/02
02/26/02   01/31/02  347311        3,877.50         94.17                   3,971.67    04/26/02
03/27/02   02/28/02  348979        1,712.50          3.00                   1,715.50    05/31/02
04/25/02   03/31/02  350555        1,470.00          3.70                                                   1,473.70
05/31/02   04/30/02  352100        2,477.50         29.58                       .00                         2,507.08
                                  ---------       -------                                                   --------
                     Total:       21,519.00        351.51                   17,889.73                       3,980.78
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    17
Run Date & Time: 06/13/2002 10:22:03

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1559604
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPS                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status  : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                        Hours      Amount    Index#   Batch Date
-------------         ---------   -----------                                                        -----      ------    ------   ----------

BENTLEY, PHILIP       04/30/02    Review recently filed fee apps.; review our                         0.50      237.50    4129162  05/01/02
                                  draft monthly fee app., and discs. GB and KM re
                                  same.

 Total For BENTLEY P - 02495                                                                          0.50      237.50

BECKER, GARY M.       04/26/02    Attention to fee application issue with Trustee                     0.30      120.00    4121485  04/29/02
BECKER, GARY M.       04/29/02    Review and revise March monthly fee application                     1.00      400.00    4127072  05/01/02
                                  and direction to K. Mangual re same.
BECKER, GARY M.       04/30/02    Attention to March fee application and conf.                        0.80      320.00    4127061  05/01/02
                                  with Bentley and Mangual re same.

 Total For BECKER G - 05292                                                                           2.10      840.00

MANGUAL, KATHLEEN     04/08/02    several telephone&email/c/w M. Zickgraf, G.                         0.80      140.00    4130374  05/01/02
                                  Becker and S. Baena re: Feb fee app exhibit D
                                  (.50); coordination w/ accounting re: same
                                  (.30).
MANGUAL, KATHLEEN     04/09/02    coordination w/ accounting re: supplemental                         0.80      140.00    4130380  05/01/02
                                  exhibit D for Feb fee app (.20); review of same
                                  (.30); coordination w/ M. Zickgraf (Klett) re:
                                  filing of supplement exhibit, attend to email
                                  of same (.30)
MANGUAL, KATHLEEN     04/19/02    review of time details for monthly and interim                      1.80      315.00    4116707  04/24/02
                                  fee app (1.8)
MANGUAL, KATHLEEN     04/24/02    trade emails w/ local counsel re: amend admin                       0.40       70.00    4123340  04/30/02
                                  order and monthly fee app (.40)
MANGUAL, KATHLEEN     04/24/02    draft monthly fee app (1.1); draft interim                          1.90      332.50    4123390  04/30/02
                                  application (.80)
MANGUAL, KATHLEEN     04/26/02    attend to request of us trustee re: Kramer                          0.60      105.00    4123572  04/30/02
                                  Levin's Feb Monthly Fee App, draft ltr re: same
                                  (.60)
MANGUAL, KATHLEEN     04/26/02    update monthly fee app to reflect changes in                        0.80      140.00    4123584  04/30/02
                                  admin order (.80)
MANGUAL, KATHLEEN     04/30/02    disc/w PB and GB re: fee app (.20); revision of                     0.90      157.50    4130381  05/01/02
                                  application (.70)

 Total For MANGUAL K - 05208                                                                         8.00     1,400.00

                                                                    Fee Total                       10.60     2,477.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   18
Run Date & Time: 06/13/2002 10:22:03

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                               Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1559604
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                  Employee                Date            Amount        Index#  Batch No  Batch Date

CAB FARES                0940
 DIAL CAR INC.                    MANGUAL, K M          04/23/02          29.58       5513129   75244     04/23/02
 CAB FARES - VENDOR-DIAL CAR INC. 2/27/02
                                                0940 CAB FARES Total :    29.58

B I L L E D   C O S T S   D E T A I L

Description/Code                  Employee                Date            Amount        Index#  Batch No  Batch Date

                                                    Costs Total :         29.58
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE   19
Run Date & Time: 06/13/2002 10:22:03

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1559604
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPS                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours       Amount        Bill       W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward
-----------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            0.50       237.50
BECKER, GARY M.            2.10       840.00
MANGUAL, KATHLEEN          8.00     1,400.00
                         ------    ---------
      Total:              10.60     2,477.50

      B I L L E D   C O S T S   S U M M A R Y
Code Description                     Amount        Bill       W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                        29.58
                                    --------
      Costs Total :                   29.58
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    20
Run Date & Time: 06/13/2002 10:22:03                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

Special Billing Instructions:

===================================================================================================================================
                                        PRE-BILLING SUMMARY REPORT
===================================================================================================================================

          UNBILLED TIME FROM:   04/02/2002              TO:    04/25/2002
          UNBILLED DISB FROM:   03/13/2002              TO:    04/30/2002

                                      FEES                                         COSTS
                                    --------                                      ------

  GROSS BILLABLE AMOUNT:             6,877.50                                      1,123.85
  AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:                04/25/2002                                    04/30/2002
 CLOSE MATTER/FINAL BILLING?   YES  OR  NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:

                               BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:




===================================================================================================================================
                                       ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH
===================================================================================================================================

              FEES:           63,182.70    UNIDENTIFIED RECEIPTS:          0.00
     DISBURSEMENTS:            2,258.17         PAID FEE RETAINER:         0.00
     FEE RETAINER:                 0.00    PAID DISB RETAINER:             0.00
     DISB RETAINER:                0.00
  TOTAL OUTSTANDING:          65,440.87    TOTAL AVAILABLE FUNDS:          0.00
                                                 TRUST BALANCE:

                                                BILLING HISTORY
                                           -------------------------
  DATE OF LAST BILL:          06/10/02          LAST PAYMENT DATE:       05/31/02
  LAST BILL NUMBER:             352100       FEES BILLED TO DATE:       99,261.00
  LAST BILL THRU DATE:        04/30/02    FEES WRITTEN OFF TO DATE:      6,895.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee             (6) Summer Associate
       (2) Late Time & Costs Posted       (7) Fixed Fee
       (3) Pre-arranged Discount          (8) Premium
       (4) Excessive Legal Time           (9) Rounding
       (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    21
Run Date & Time: 06/13/2002 10:22:03                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:   1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                               Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ---------------------  Total Billed -----------------
Emp Id Employee Name                 Dept/Group           Oldest       Latest          Hours           Amount
                                                          Entry        Entry
02495  BENTLEY, PHILIP               Cre PARTNER          04/02/02     04/25/02         5.30         2,517.50
05292  BECKER, GARY M.               Cre ASSOCIATE        04/21/02     04/24/02        10.90         4,360.00

                       Total:                                                          16.20         6,877.50

Sub-Total Hours :      5.30 Partners     0.00 Counsels    10.90 Associates    0.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
Code  Description                        Oldest       Latest          Total
                                         Entry        Entry           Amount
0820  PHOTOCOPYING                       04/16/02     04/24/02         40.80
0840  MANUSCRIPT SERVICE                 04/11/02     04/30/02        243.00
0880  POSTAGE                            04/16/02     04/16/02          0.34
0885  LONG-DISTANCE TEL.                 03/13/02     03/13/02          0.30
0895  TEL CREDIT CARD                    04/24/02     04/24/02          3.57
0921  LEXIS / NEXIS ON-LINE RESEAR       04/17/02     04/17/02         94.00
0940  CAB FARES                          04/23/02     04/23/02         42.84
0950  OUT-OF-TOWN TRAVEL                 04/16/02     04/16/02        699.00

                       Total                                                           1,123.85
                       Grand Total                                                     8,001.35
                                                                                      ===========

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 06/13/02 10:22:03)
                                             Billed               Applied              ---- Collections ----
Bill Date  Thru Date Bill#                Fee & OA      Disbursement   From OA         Total       Date                 Balance Due
09/27/01   08/31/01  339400              16,485.50            46.22                  5,639.52   11/30/01              10,892.20
10/29/01   09/30/01  341359               7,795.00         4,230.00                  5,381.30   12/18/01               6,643.70
11/27/01   10/31/01  342994               9,720.00           119.17                  4,522.17   01/22/02               5,317.00
12/27/01   11/30/01  344503               7,256.50         1,315.26                  4,551.96   03/05/02               4,019.80
01/18/02   12/31/01  345477              12,096.50           871.96                  6,474.96   03/22/02               6,493.50
02/26/02   01/31/02  347311              10,962.50           228.71                  6,429.71   04/26/02               4,761.50
03/27/02   02/28/02  348979               9,890.00           559.05                 10,449.05   05/31/02
04/25/02   03/31/02  350555              18,177.50         1,134.32                       .00
05/31/02   04/30/02  352100               6,877.50         1,123.85                       .00                         19,311.82
                                                                                                                       8,001.35

            Total:                       99,261.00         9,628.54                 43,448.67                         65,440.87
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    22
Run Date & Time: 06/13/2002 10:22:03                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                               Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                                Hours      Amount      Index#     Batch No  Batch Date
-------------              ---------   -----------                                                -----      ------      ------     --------  ----------

BENTLEY, PHILIP            04/02/02    Review pleadings.                                           0.10       47.50      4110611    04/18/02
BENTLEY, PHILIP            04/10/02    Review recent articles; exchange email memos.              0.40      190.00      4110627    04/18/02
BENTLEY, PHILIP            04/11/02    Review U.S. Trustee's letter re potential new              2.10      997.50      4110631    04/18/02
                                       committee; prepare memo to Committee re same,
                                       and discs. T. Weschler, K. Pasquale, TM and
                                       voicemail re same.
BENTLEY, PHILIP            04/15/02    Discs. TM and RC re corporate law issues;                   0.60      285.00      4110649    04/18/02
                                       review pleadings.
BENTLEY, PHILIP            04/24/02    Prepare memo to Committee re Monday's omnibus               1.90      902.50      4128305    05/01/02
                                       hearing and discs. GB re same.
BENTLEY, PHILIP            04/25/02    Review recent pleadings and discs. GB re same.              0.20       95.00      4129189    05/01/02

     Total For BENTLEY P - 02495                                                                   5.30    2,517.50

BECKER, GARY M.            04/21/02    Travel time to omnibus hearing in Pittsburgh                2.00      800.00      4118373    04/25/02
                                       (4.0).
BECKER, GARY M.            04/22/02    Prepare for and attendance at omnibus hearing               5.50    2,200.00      4118371    04/25/02
                                       in Pittsburgh (5.0); travel time returning from
                                       hearing (6.0).
BECKER, GARY M.            04/23/02    Prepare memo for committee re April 22 hearing              1.50      600.00      4118366    04/25/02
                                       (1.5).
BECKER, GARY M.            04/24/02    Conf. with P. Bentley re April 22 hearing                   1.90      760.00      4122536    04/29/02
                                       (0.5); revise and circulate memo to committee
                                       re 4/22 hearing (1.4).

     Total For BECKER G - 05292                                                                   10.90    4,360.00

                                                  Fee Total                                       16.20    6,877.50

B I L L E D   C O S T S   D E T A I L
Description/Code                  Employee            Date       Amount         Index#   Batch No  Batch Date
----------------                  --------            ----       ------         ------   --------  ----------

PHOTOCOPYING
       PHOTOCOPYING          0820
                 BENTLEY, P                        04/16/02        2.70        5504969             75001    04/17/02
                 BENTLEY, P                        04/16/02       30.60        5504970             75001    04/17/02
                 BENTLEY, P                        04/24/02        7.50        5516711             75357    04/25/02

       0820 PHOTOCOPYING Total :                                  40.80
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE    23
Run Date & Time: 06/13/2002 10:22:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                           Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/11/02 | 75.00 | 5502758 | 74909 | 04/15/02 |
| 04/11/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/11/02 | 33.00 | 5502759 | 74909 | 04/15/02 |
| 04/11/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/12/02 | 24.00 | 5502760 | 74909 | 04/15/02 |
| 04/12/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/15/02 | 36.00 | 5506154 | 75031 | 04/17/02 |
| 04/15/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/16/02 | 12.00 | 5506155 | 75031 | 04/17/02 |
| 04/16/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/26/02 | 3.00 | 5520958 | 75511 | 04/29/02 |
| 04/26/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/29/02 | 54.00 | 5522850 | 75561 | 04/30/02 |
| 04/29/2002 | | | | | | | |
| MANUSCRIPT SERVICE | | SEAWRIGHT, J | 04/30/02 | 6.00 | 5524314 | 75604 | 05/01/02 |
| 04/30/2002 | | | | | | | |
| | | | 0840 MANUSCRIPT SERVICE Total : | 243.00 | | | |
| POSTAGE | 0880 | | | | | | |
| POSTAGE | | BENTLEY, P | 04/16/02 | 0.34 | 5508108 | 75096 | 04/19/02 |
| Edith Pabon | | | | | | | |
| | | | 0880 POSTAGE Total : | 0.34 | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 03/13/02 | 0.30 | 5567491 | 77012 | 05/31/02 |
| 3128612000 | | | | | | | |
| | | | 0885 LONG-DISTANCE TEL. Total : | 0.30 | | | |
| TEL CREDIT CARD | 0895 | | | | | | |
| TEL CREDIT CARD | | BENTLEY, P | 04/24/02 | 3.57 | 5514758 | 75332 | 04/24/02 |
| | | | 0895 TEL CREDIT CARD Total : | 3.57 | | | |
| LEXIS / NEXIS ON -L | 0921 | | | | | | |
| LEXIS / NEXIS ON -L | | CLARK, R C | 04/17/02 | 94.00 | 5520885 | 75504 | 04/29/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | | | | | | | |
| | | | 0921 LEXIS / NEXIS ON -L Total : | 94.00 | | | |
| CAB FARES | 0940 | | | | | | |
| AYK ENTERPRISES, INC. | | SEAWRIGHT, J | 04/23/02 | 42.84 | 5512520 | 75244 | 04/23/02 |
| CAB FARES - VENDOR-AYK ENTERPRISES, INC. | | | | | | | |
| 3/20/02 | | | | | | | |
| | | | 0940 CAB FARES Total : | 42.84 | | | |

```
alp_132r: Billed Charges Analysis                                                                                               PAGE    24
Run Date & Time: 06/13/2002 10:22:03

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee           Date         Amount       Index#    Batch No   Batch Date
----------------                               --------           ----         ------       ------    --------   ----------
OUT-OF-TOWN TRAVEL               0950
CITICORP DINERS CLUB                           BENTLEY, P         04/16/02     217.00       5504205   74951      04/16/02
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
  CLUB 2/24/02 Wilmington
CITICORP DINERS CLUB                           BENTLEY, P         04/16/02     241.00       5504235   74951      04/16/02
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
  CLUB 3/18/02 Wilmington
CITICORP DINERS CLUB                           BECKER, G M        04/16/02     241.00       5504236   74951      04/16/02
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
  CLUB 3/18/02 Wilmington

                                                     0950 OUT-OF-TOWN TRAVEL Total :         699.00

                                                                     Costs Total :         1,123.85
```

```
alp_132r: Billed Charges Analysis                                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    25
Run Date & Time: 06/13/2002 10:22:03                                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                              Orig Prtnr : CRED. RGTS - 06975                                Proforma Number:  1559606
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                      Bill Prtnr : BENTLEY PHILIP - 02495                            Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                         Status     : ACTIVE

      B I L L E D     T I M E   S U M M A R Y
Employee Name                          Hours       Amount        Bill      W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                         5.30     2,517.50
BECKER, GARY M.                        10.90     4,360.00
  Total:                               16.20     6,877.50

      B I L L E D     C O S T S   S U M M A R Y
Code Description                          Amount                  Bill      W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                          40.80
0840 MANUSCRIPT SERVICE                   243.00
0880 POSTAGE                                0.34
0885 LONG-DISTANCE TEL.                     0.30
0895 TEL CREDIT CARD                        3.57
0921 LEXIS / NEXIS ON-LINE R               94.00
0940 CAB FARES                             42.84
0950 OUT-OF-TOWN TRAVEL                   699.00

  Costs Total :                        1,123.85
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE  26
Run Date & Time: 06/13/2002 10:22:04

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    1559607
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    04/03/2002                   TO:    04/30/2002
UNBILLED DISB FROM:                                 TO:

                                FEES                                  COSTS
                               ------                                -------

GROSS BILLABLE AMOUNT:          5,465.00                                0.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
DEDUCTED FROM PAID RETAINER:
  ON ACCOUNT BILLED:
      AMOUNT BILLED:
          THRU DATE:           04/30/2002
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                                                                     --------------

        FEES:                  14,954.00    UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:              0.00    PAID FEE RETAINER:            0.00
        FEE RETAINER:               0.00    PAID DISB RETAINER:           0.00
        DISB RETAINER:              0.00    TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:     14,954.00    TRUST BALANCE:

                                           BILLING HISTORY

DATE OF LAST BILL:      06/10/02            LAST PAYMENT DATE:       05/31/02
LAST BILL NUMBER:        352100             FEES BILLED TO DATE:    17,225.00
LAST BILL THRU DATE:    04/30/02            FEES WRITTEN OFF TO DATE:    1,200.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6)  Summer Associate
    (2) Late Time & Costs Posted      (7)  Fixed Fee
    (3) Pre-arranged Discount         (8)  Premium
    (4) Excessive Legal Time          (9)  Rounding
    (5) Business Development         (10)  Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                               KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    27
Run Date & Time: 06/13/2002 10:22:04                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS        - 06975            Proforma Number:   1559607
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP    - 02495            Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

   B I L L E D     T I M E    S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name                  Dept/Group     Oldest      Latest       Hours        Amount
------ --------------------           ------------   --------    --------     --------     ----------
02495  BENTLEY, PHILIP                Cre PARTNER    04/16/02    04/30/02         4.80       2,280.00
05292  BECKER, GARY M.                Cre ASSOCIATE  04/15/02    04/30/02         7.70       3,080.00
05208  MANGUAL, KATHLEEN              Cre PARALEGAL  04/03/02    04/15/02         0.60         105.00

                                   Total:                                       13.10       5,465.00

Sub-Total Hours :   4.80 Partners     0.00 Counsels     7.70 Associates    0.60 Legal Assts    0.00 Others


A C C O U N T S    R E C E I V A B L E           (Reflects Payments As of 06/13/02 10:22:04)
                                                Billed     ---------- Collections ----       Balance
Bill Date Thru Date Bill#        Fee & OA       Disbursement   Applied     Total  Date         Due
------------------------------- -----------     -----------   From OA     -------  --------  ----------
09/27/01 08/31/01   339400       2,212.50            242.00                242.00 11/30/01    2,212.50
10/29/01 09/30/01   341359            .00            147.75                147.75 12/18/01
03/27/02 02/28/02   348979       9,547.50               .00              2,271.00 05/31/02    7,276.50
05/31/02 04/30/02   352100       5,465.00               .00                   .00             5,465.00

         Total:                 17,225.00            389.75              2,660.75            14,954.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    28
Run Date & Time: 06/13/2002 10:22:04                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1559607
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

       B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                                              Hours       Amount      Index#   Batch Date
----------------       ---------    -------------------------------------------------------                  -------    ---------   -------- -----------

BENTLEY, PHILIP        04/16/02     Discs. GB re fraudulent conveyance suit.                                   0.30       142.50     4110654  04/18/02
BENTLEY, PHILIP        04/17/02     Prepare memo to Committee re recent status                                 1.50       712.50     4128339  05/01/02
                                    conf. in fraudulent conveyance suit; discs. GB
                                    re same and re upcoming hearing.
BENTLEY, PHILIP        04/18/02     Review pleadings; additional work on memo to                               0.40       190.00     4128332  05/01/02
                                    Committee re fraudulent conveyance status
                                    conf., and discs. GB re same.
BENTLEY, PHILIP        04/26/02     Work on response in support of debtors'                                    2.20     1,045.00     4129180  05/01/02
                                    intervention motion, review motion and
                                    objections to it, and discs. GB re same (1.3);
                                    review recent pleadings (0.5); review materials
                                    re shareholder rights issues, and prepare short
                                    memo to TW re same (0.4).
BENTLEY, PHILIP        04/29/02     Discs. GB.                                                                 0.10        47.50     4129170  05/01/02
BENTLEY, PHILIP        04/30/02     Discs. M. Sasson and GB re fraudulent                                      0.30       142.50     4129163  05/01/02
                                    conveyance litigation.

Total For BENTLEY P - 02495                                                                                    4.80     2,280.00

BECKER, GARY M.        04/15/02     Prepare for and attend hearing on fraudulent                               3.00     1,200.00     4108970  04/16/02
                                    conveyance action in Newark (3.0);travel time
                                    to.from hearing (3.0)
BECKER, GARY M.        04/25/02     Research and prepare pleading in support of                                3.20     1,280.00     4120655  04/29/02
                                    debtors' motion to intervene in adversary
                                    proceeding (2.9); conf. with Bentley re
                                    pleading (0.3)
BECKER, GARY M.        04/26/02     Conf. with Bentley re pleading in support of                               0.40       160.00     4121486  04/29/02
                                    debtors motion to intervene
BECKER, GARY M.        04/29/02     Revise response to Debtors motion to intervene                             0.60       240.00     4127071  05/01/02
                                    in fraudulent conveyance proceedings and fax to
                                    committee.
BECKER, GARY M.        04/30/02     Finalize response to motion to intervene and                               0.50       200.00     4127060  05/01/02
                                    send to local counsel and conf. with Bentley re
                                    same.

Total For BECKER G - 05292                                                                                     7.70     3,080.00

MANGUAL, KATHLEEN      04/03/02     doc retrieval per GB re: complaint of Sealed                               0.30        52.50     4100299  04/09/02
                                    Air and Fresenius (.30)
MANGUAL, KATHLEEN      04/15/02     online doc retrieval of adv proc per G. Becker                             0.30        52.50     4130376  05/01/02
                                    (.30)

Total For MANGUAL K - 05208                                                                                    0.60       105.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    29
Run Date & Time: 06/13/2002 10:22:04

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1559607
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name                  Work Date       Description                      Hours       Amount      Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------

                                                          Fee Total             13.10     5,465.00
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE   30
Run Date & Time: 06/13/2002 10:22:04

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1559607
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 06975      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

      B I L L E D   T I M E    S U M M A R Y               -------- Bill --------   ----- W/o / W/u -----   -- Transfer To --
Employee Name                       Hours      Amount                                                       Clnt/Mtr   Carry Forward

BENTLEY, PHILIP                      4.80    2,280.00
BECKER, GARY M.                      7.70    3,080.00
MANGUAL, KATHLEEN                    0.60      105.00

       Total:                       13.10    5,465.00
```

alp_l32rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 06/13/02 10:22:09
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 05/31/02

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 50.50 | 13,974.00 | 1,489.97 | 15,463.97 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | COMITTEE & CREDITOR COR | 0.00 | 0.00 | 25.84 | 25.84 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPS | 10.60 | 2,477.50 | 29.58 | 2,507.08 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 16.20 | 6,877.50 | 1,123.85 | 8,001.35 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 13.10 | 5,465.00 | 0.00 | 5,465.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 90.40 | 28,794.00 | 2,669.24 | 31,463.24 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE