# Exhibit A

## The 2003-2004 General Retention Program

# W.R. Grace & Co. Revised Compensation Program
## 2003-2004 General Retention Plan

| | Current and New General Retention Plans[1] | | | |
|---|---|---|---|---|
| | Current Plan (2001–2002) | | New Plan (2003–2004) | |
| Target payout: | $ million | % of salary | $ million | % of salary |
| Tier 1 | 2.1 | 50 | — | A single tier with individually tailored awards ranging from 15% to 65% per annum |
| Tier 2 | 1.7 | 25 | — | |
| Tier 3 | 0.8 | 12.5 | — | |
| Annual Total | 4.6[2] | | 6.7[3] | |
| Average Annual Award | $40,000 | | $56,000 | |
| Payout Timing | Tier 1 lump sum was paid at the start of the year; Tiers 2 and 3 pay out in regular payroll intervals | | Payment in arrears at end of either each calendar year or each six month period. | |

---

(1) Excludes CEO
(2) The 2001-2002 General Retention Program currently pays retention bonuses to approximately 116 Key Employees.
(3) The 2003-2004 General Retention Program anticipates providing retention bonuses to approximately 120 Key Employees. The plan cost of $6.7 million is estimated by applying the revised payout percentages to the existing tiers, notwithstanding the authority to determine individual payouts, within the plan limits.