

Cathy Flowers
Bankruptcy Specialist
Xerox Capital Services LLC


May 13, 2002


Clerk of the Court
U.S. Bankruptcy Court
844 King Street  ⟶ Wrong Address
Wilmington, DE 19801


Re:    Case #: 01-1139 through 01-1200 (JJF)

       Debtor: W.R. Grace & Companies et al

       Xerox Customer #: 098464431


Dear Sir or Madam:

Attached is the Proof of Claim of Xerox Corporation for the above captioned matter. Copies of collateral document(s) which form the basis of this claim are attached herewith.

Please be advised that the enclosed claim does not replace, amend or otherwise supersede any other claims previously filed by Xerox Corporation. We request that the matrix of Creditors, papers and all pleadings be served upon the Corporation at the following address:

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, Fl. 33716-9876

Please acknowledge receipt of the Proof of Claim by affixing your time-stamp on the enclosed copy and return it to my attention in the enclosed, self-addressed postage paid envelope.

Thank you for your courtesy and cooperation.

Sincerely,

*Cathy Flowers*

Cathy Flowers


Xerox Capital Services LLC
800 Carillon Parkway, 1st Floor
St. Petersburg, FL 33716
Telephone (727) 540-3809
Facsimile (727) 556-1101