# The Foster Law Firm P.L.L.C.

*A PROFESSIONAL LIMITED LIABILITY COMPANY*
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713-236-2900  Fax: 713-236-0566
Toll Free: 1-866-722-9288

June 12, 2002

**Via U. S. First Class Mail**

David D. Bird
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   In re: W.R. Grace & Co., et al., No. 01-01139

Dear Mr. Bird:

I am writing to request your office include this firm in all future notices to creditors for proceedings before the court that involve the above-mentioned case. The address for mailing is noted in the letterhead.

Thank you for your attention to this matter. Please call me if you have any questions.

Best regards,

**The Foster Law Firm P.L.L.C.**

Kim French, CLA
Certified Legal Assistant to Ryan A. Foster

/kdf