U  0436#994524#1302 P.04

00.2v
994524



P.O. Box 946600 Maitland, Florida 32794-6600
2600 Lucien Way (Suite 150) Maitland, Florida 32751

**Twila Walburn**
Claims Adjuster

Telephone  407-919-2357
Toll Free    877-371-5121 x2357
Facsimile   407-919-2473

May 24, 2000

Stuart E. Cohen
Conroy Simberg & Ganon, P.A.
3440 Hollywood Blvd. - Second Floor
Hollywood, FL 33021

Re:   Our File:        2G083325 M5
      Our Insured:   W. R. Grace & Co.
      Your File:       994524
      Your Client:    Timothy Kane
      D/L:             07/19/99

Dear Mr. Cohen:

Your letter dated May 9, 2000 and addressed to our insured has been referred to this office for response.

Coverage information is as follows:

Insurer:              Continental Casualty Company
Insured:             W. R. Grace & Co.
Limit of Liability:   $10,000,000 per occurrence, $15,000,000 aggregate

There are no policy defenses or coverage issues known at this time. A copy of the policy can be provided if you need to review it. There will be a copy fee.

Your letter of representation is our insured's first notice of this occurrence. Please advise if we may be allowed the opportunity to interview your client concerning the circumstances of this accident and the nature and extent of his injuries.

Please also forward damage documentation at your earliest opportunity.

Very truly yours,

*Twila Walburn*

Twila Walburn

Claims Service and Information Services are provided by Transcontinental Technical Services, Inc., Loss Control Services are provided by Ctek, Inc. and Smith System Driver Improvement Institute, Inc., Cost Management Services are provided by Continental Resources, Inc., RSKCo. member companies.