IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JJF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | Docket No. 1034 |

### ORDER WITH RESPECT TO TIMOTHY KANE'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This case came on for an Omnibus hearing on January 3, 2002 pursuant to the Amended Notice of Agenda of Matters Scheduled for Hearing (Docket No. 1415) and Timothy Kane's Motion for Relief from the Automatic Stay (Docket No. 1034).

After due deliberation and cause appearing therefore, accordingly:

IT IS HEREBY ORDERED that Timothy Kane's Motion for Relief from the Automatic Stay is granted solely to allow depositions to be taken by Kane in the action entitled Kane v. Walt Disney World Co., et al., Case No. CI-00-6803 (Cir. Ct. Orange City, Florida) (the "Kane action") of four previously designated employees of the Debtor, namely:

a) Robert Wiercinski, Cambridge, MA
b) Dr. R. F. Jenkins, Cambridge, MA
c) Keith Bartlett, Cambridge MA
d) Pete DiGiovani, Cambridge MA

The remainder of the Motion is denied and the Kane action against the Debtors is stayed.

Dated: January 25, 2002

Judith K. Fitzgerald

THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE