IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 8, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                  April 19, 2002
ATTN: Lydia Duff, Esq.                                  Invoice 499687  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 03/31/02 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 03/19/02 | Review incoming file materials on various Grace files and forward same to files. | | | |
| | L.K. THOMAS | 0.60 hrs. | 95.00/hr | $57.00 |
| 03/27/02 | Review financial assurance procedures with Paralegal Brown per request of Mr. Emmett. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/27/02 | Meet with Attorney Cleary to report the conversation with Mr. Emmett regarding the financial assurance process (0.3); review Attorney Cleary's files for the 2000 financial assurance packet for the operating units (0.4); prepare correspondence regarding in-house financial assurance process and key personnel and attached the environmental financial assurance worksheets dated February 28, 2001 and e-mail same to Mr. Emmett and Attorney Cleary (1.0). | | | |
| | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 03/27/02 | Review correspondence from Mr. Emmett (0.2); forward correspondence to Attorney Cleary (0.1); telephone conference with Attorney Cleary regarding Mr. Emmett's request to call to discuss the USTs financial assurance process (0.3); review files for financial assurance documents; review the documents; telephone conference with Mr. Emmett to discuss the process (1.2). | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 03/28/02 | Research files for financial assurance documents for permit RCRA facilities and USTs (3.2); prepare correspondence summarizing the file review and e-mail to Attorney Cleary for his review (0.4). | | | |
| | K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |

**Fees for Legal Services**................................................................................................... **$1,031.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| L.K. THOMAS | 0.60 | 95.00 | 57.00 |

W. R. Grace & Co.

April 19, 2002
Invoice 499687  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 7.10 | 125.00 | 887.50 |
| TOTAL | 8.00 | $128.94 | $1,031.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2002 | Telephone 1-410-531-4210 | 6.54 |
| 03/08/2002 | Photocopies 1 Page(s) | 0.05 |
| 03/21/2002 | VENDOR: United Parcel Service; INVOICE#: 000041X483082; DATE: 03/21/2002 - Shipper Number: 41X483 | 6.13 |
| 03/26/2002 | Telephone 1-410-531-4129 | 0.86 |
| 03/26/2002 | Telephone 1-302-652-5340 | 3.44 |
| 03/26/2002 | Telephone 1-410-531-4129 | 1.73 |
| 03/26/2002 | Telephone 1-410-531-4195 | 0.21 |
| 03/27/2002 | Telephone 1-410-531-4000 | 5.23 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$24.19**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| Outside Services | 6.13 |
| Telephone | 18.01 |
| TOTAL | $24.19 |

**Net current billing for this invoice** .................................................................................... **$1,055.69**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| | | A/R BALANCE | $7,522.81 |

W. R. Grace & Co.

April 19, 2002
Invoice 499687  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,031.50 |
| Charges for Other Services Provided/Expenses Incurred | $24.19 |

**Net current billing for this invoice ...............................................................**  **$1,055.69**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| | TOTAL A/R BALANCE | | $7,522.81 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499688  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 03/31/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/08/02 | Review question from Mr. English regarding available insurance coverage at Beaco Road site and request for clarification on issues. | | | |
| | B.F. HAWKINS | 0.20 hrs. | 240.00/hr | $48.00 |
| 03/20/02 | Review incoming correspondence and update subfile of same to reflect new material; update reports subfile. | | | |
| | M.V. WADDELL | 0.50 hrs. | 85.00/hr | $42.50 |
| 03/21/02 | Review request concerning confirmation of information on possible insurance available for Beaco Road site (0.4); pose question regarding confirmation to Ms. Duff (0.2). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

Fees for Legal Services...................................................................................................... **$268.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.80 | 240.00 | 192.00 |
| M.V. WADDELL | 0.90 | 85.00 | 76.50 |
| TOTAL | 1.70 | $157.94 | $268.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/13/2002 | Photocopies 66 Page(s) | 3.30 |
| 03/14/2002 | Telephone 1-901-820-2065 | 0.12 |
| 03/14/2002 | Telephone 1-410-531-4210 | 0.32 |
| 03/15/2002 | Photocopies 9 Page(s) | 0.45 |
| 03/18/2002 | Telephone 1-617-967-0413 | 0.11 |

W. R. Grace & Co.

April 19, 2002
Invoice 499688  Page 2

| | | |
|---|---|---:|
| 03/18/2002 | Telephone 1-901-820-2065 | 0.11 |
| 03/18/2002 | Telephone 1-617-498-4594 | 1.56 |
| 03/19/2002 | Telephone 1-617-498-4594 | 0.12 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$6.09**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 3.75 |
| Telephone | 2.34 |
| TOTAL | $6.09 |

**Net current billing for this invoice** ..................................................................................... **$274.59**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---:|---:|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | | A/R BALANCE | $4,180.02 |

W. R. Grace & Co.

April 19, 2002
Invoice 499688  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $268.50 |
| Charges for Other Services Provided/Expenses Incurred | $6.09 |

Net current billing for this invoice .................................................................    **$274.59**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | TOTAL A/R BALANCE | | $4,180.02 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID NO. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499689  Page 1

| Our Matter # | 02399/06012 | For Services Through 03/31/02 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

03/01/02   Review and systematize incoming correspondence and update subfile of same.
M.V. WADDELL                           0.40 hrs.    85.00/hr          $34.00

03/06/02   Initial review of amendments to 40 CFR Part 63, Subparts A and B and impact on
requirements for submitting 112(j) application by May 15, 2002 (1.3); discussion with state
representatives concerning potential ramifications on permit requirements based on
communications with EPA (0.9); communicate information to Owensboro representatives,
Ms. Duff and Mr. O'Connell (0.4).
B.F. HAWKINS                            2.60 hrs.   240.00/hr         $624.00

03/07/02   Review documents associated with EPA's amendments of 40 CFR Part 63, Subparts A and
B (2.2); review information with Ms. Duff (0.4); review information from Mr. Melliere and
check citation reference (0.4); review email from Ms. Duff (0.2).
B.F. HAWKINS                            3.20 hrs.   240.00/hr         $768.00

03/08/02   Discussion with state officials concerning latest developments on implementing 112(j)
changes (0.9); review information from corporate counsel network on proposed approaches
for dealing with 112(j) issue (0.7).
B.F. HAWKINS                            1.60 hrs.   240.00/hr         $384.00

03/19/02   Review research assignment with Attorney Ternes concerning "once-in-always-in" policy for
112 applicability and concerning review of amendments to Subpart B of 40 CFR Part 63,
allowing submission of full blown application for proposed case-by-
case MACT standard (0.5); review information on proposed MACT for Miscellaneous
Organic NESHAP sources provided under proposed 40 CFR Part 63, Subpart MMMM (4.2).
B.F. HAWKINS                            4.70 hrs.   240.00/hr       $1,128.00

03/19/02   Discuss with Attorney Hawkins issues regarding final MACT standards and draft refined
statement of issues (0.5); locate the final MACT amendments on EPA's website (0.8); review
final MACT amendments signed on March 3, 2002 to determine (1) whether final rule
addressed the issue of "once-in-always-in"; (2) determine if submittal of the Part 1
application triggered "once-in-always-in"; (3) determine what elements need to be submitted
with the Part 2 application, and whether Part 2 requires MACT proposal; (4) determine
whether entering into an enforceable condition prior to the rule's effective date would
preclude application of the rule; (5) determine how much time and resources needs to be
invested in Part 2 application (3.5).

W. R. Grace & Co.

April 19, 2002
Invoice 499689  Page 2

|  | | M.E. TERNES | 4.80 hrs. | 220.00/hr | $1,056.00 |

03/20/02    Preparation for conference call to review amendments to 40 CFR Part 63, Subpart B and impact on preparation of documents that are implicated by 112(j) hammer date and its impact on applicability of Subpart FFFF (2.8); participate in conference call on issues (0.8); follow-up call to Steve Frugh at EPA's Office of Air Quality, Planning and Standards regarding status of "once-in-always-in" interpretation for applicability of NESHAP standards in light of amendments to Subpart B (1.0).
B.F. HAWKINS                                    4.60 hrs.    240.00/hr        $1,104.00

03/20/02    Contact EPA to determine "once-in-always-in" (0.5); discuss review of final MACT amendments with Attorney Hawkins (0.6); tab and highlight the final MACT amendments for Attorney Hawkins' use in conference call with client (0.9).
M.E. TERNES                                    2.00 hrs.    220.00/hr         $440.00

03/21/02    Work on obtaining clarification of "once-in-always-in" policy from EPA representatives (1.8); summarize results of review to Ms. Duff (0.5).
B.F. HAWKINS                                    2.30 hrs.    240.00/hr         $552.00

03/25/02    Work on approach to confirming EPA positions on 112(j) and "once-in-always-in" policy issues with regard to possible impacts to operations at Owensboro facility.
B.F. HAWKINS                                    1.30 hrs.    240.00/hr         $312.00

03/26/02    Discussion with Ms. Duff regarding strategy for moving forward with documenting 112(j) outcome (0.3); begin drafting strategy for documenting 112(j) position for EPA (0.3).
B.F. HAWKINS                                    0.60 hrs.    240.00/hr         $144.00

03/29/02    Draft memorandum to confirm "once-in-always-in" policy for verification by EPA.
B.F. HAWKINS                                    1.30 hrs.    240.00/hr         $312.00

**Fees for Legal Services**............................................................................................... **$6,858.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 22.20 | 240.00 | 5,328.00 |
| M.E. TERNES | 6.80 | 220.00 | 1,496.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| TOTAL | 29.40 | $233.27 | $6,858.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/20/2002 | Telephone 1-954-797-1944 | 6.69 |
| 03/20/2002 | Telephone 1-919-541-2837 | 4.66 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$11.35**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 11.35 |

W. R. Grace & Co.

April 19, 2002
Invoice 499689  Page 3

TOTAL                                                    $11.35

**Net current billing for this invoice** .................................................................................. **$6,869.35**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| | | A/R BALANCE | $4,326.30 |

W. R. Grace & Co.

April 19, 2002
Invoice 499689  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---:|
| Fees for Professional Services | $6,858.00 |
| Charges for Other Services Provided/Expenses Incurred | $11.35 |
| **Net current billing for this invoice** ................................................................ | **$6,869.35** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| | TOTAL A/R BALANCE | | $4,326.30 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499679 Page 1

| Our Matter # | 02399/06023 | For Services Through 03/31/02 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/07/02 | Review and profile document. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 03/08/02 | Review, organize and profile Final Report Asbestos Sampling Program at St. Thomas, Ontario, Canada dated February 28, 2002. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 03/26/02 | Discussion with Mr. Sparks regarding Kootenai Development Corporation purchase and shareholders. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/29/02 | Review memo and article regarding proposed new MSHA exposure standards for asbestos. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**..................................................................................................... **$495.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| K. BROWN | 2.30 | 125.00 | 287.50 |
| TOTAL | 3.30 | $150.15 | $495.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

02/27/2002    Telephone 1-859-288-4607                                                    0.73

W. R. Grace & Co.

April 19, 2002
Invoice 499679  Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.73**


### DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Telephone | 0.73 |
| TOTAL | $0.73 |


**Net current billing for this invoice** .................................................................................. **$496.23**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| | | A/R BALANCE | $51,652.01 |

W. R. Grace & Co.

April 19, 2002
Invoice 499679  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $495.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.73 |

**Net current billing for this invoice** ...............................................................    **$496.23**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| | TOTAL A/R BALANCE | | $51,652.01 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499680 Page 1

| Our Matter # | 02399/06027 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/01/02 | Discussion regarding EPA allocation assignment from Ms. Duff and Mr. Emmett with Paralegal Brown (0.2); discussion clarifying instructions with Ms. Duff. (0.2). D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 03/01/02 | Telephone conference with Ms. Duff and Mr. Emmett regarding its alleged liability to EPA at the various superfund sites. K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 03/01/02 | Telephone conference with Mrs. Duff and Attorney Cleary to discuss the superfund research assignment. K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 03/01/02 | Review the Federal Superfund Sites chart (0.2); review superfund files (1.3). K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same; create subfolder for research. M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/03/02 | Review docket for latest changes that may impact NMRS representation of Grace. G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 03/04/02 | Review and comment on table of Superfund allocations produced by Paralegal Brown. D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/04/02 | Review various files for superfund information (0.5); edit Federal Superfund Sites chart (0.5); e-mail revised chart to Attorney Cleary for his review and comments (0.2); meet with Attorney Cleary to discuss revisions (0.3); prepare e-mail correspondence attached with revised Federal Superfund Sites chart to Mr. Emmett, Mrs. Duff and Attorney Cleary (0.2). K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 03/05/02 | Review and update correspondence subfile; create subfolder for permits and various waste water reports and charts. M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 03/08/02 | Organize and profile files. | | | |

W. R. Grace & Co.

| | | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
|---|---|---|---|---|---|

03/12/02    Review docket for changes that may affect NMRS representation of debtor.
G.B. CAUTHEN                                   0.30 hrs.    270.00/hr              $81.00

03/14/02    Memo to Attorneys Cleary and Hawkins on debtor status.
G.B. CAUTHEN                                   0.20 hrs.    270.00/hr              $54.00

03/20/02    Review docket; check for activity that may impact NMRS representation of debtor.
G.B. CAUTHEN                                   0.20 hrs.    270.00/hr              $54.00

03/22/02    Access PACER online service to obtain case status and monitor deadlines, hearing dates.
D.B. GREEN                                     0.10 hrs.    85.00/hr                $8.50

03/25/02    Review docket; check for items that may impact NMRS representation of debtor.
G.B. CAUTHEN                                   0.30 hrs.    270.00/hr              $81.00

03/26/02    Telephone conference with Ms. Gettier regarding assistance in determining the status of
outstanding invoices; prepare correspondence with attachment a detailed listing of the
outstanding invoices to Ms. Gettier, Mrs. Duff, and Attorney Cleary.
K. BROWN                                       0.40 hrs.    125.00/hr              $50.00

03/26/02    Telephone conference with Ms. Gettier regarding e-mail request for assistance in
determining the status of outstanding invoices (0.2); fax to Ms. Gettier a detailed listing of
outstanding invoices (0.1).
K. BROWN                                       0.30 hrs.    125.00/hr              $37.50

**Fees for Legal Services**.................................................................................................... **$1,161.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.70 | 290.00 | 203.00 |
| G.B. CAUTHEN | 1.20 | 270.00 | 324.00 |
| M.V. WADDELL | 0.60 | 85.00 | 51.00 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| D.B. GREEN | 0.10 | 85.00 | 8.50 |
| TOTAL | 7.20 | $161.32 | $1,161.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/19/2002 | Photocopies 10 Page(s) | 0.50 |
| 03/27/2002 | Photocopies 21 Page(s) | 1.05 |
| 03/29/2002 | Photocopies 11 Page(s) | 0.55 |
| 03/29/2002 | Photocopies 4 Page(s) | 0.20 |
| 03/29/2002 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$2.35**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|