W. R. Grace & Co.

April 19, 2002
Invoice 499680  Page 3

| Photocopies | 2.35 |
|---|---|
| TOTAL | $2.35 |

**Net current billing for this invoice** ..................................................................................... **$1,163.85**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| | | A/R BALANCE | $20,347.45 |

W. R. Grace & Co.

April 19, 2002
Invoice 499680  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06027
Project Allen

---

| | | |
|---|---|---|
| Fees for Professional Services | $1,161.50 | |
| Charges for Other Services Provided/Expenses Incurred | $2.35 | |

**Net current billing for this invoice ..................................................................**    **$1,163.85**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| | TOTAL A/R BALANCE | | $20,347.45 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 22, 2002
Invoice 499681  Page 1

| | | For Services Through 03/31/02 |
|---|---|---|
| Our Matter # | 02399/06030 | |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| 03/05/02 | Review and update correspondence subfile; create subfolders for permits and various waste water reports and charts. | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 03/25/02 | Discussion with Mr. Fishel regarding review of industrial landfill question. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 03/27/02 | Review information from Mr. Fishel regarding industrial landfill (0.3); review research assignment with Attorney Carlisle (0.3); review additional documentation forwarded from Mr. Fishel (0.2). | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 03/27/02 | Research regarding industrial waste landfill regulations and applicability of current regulations, as well as question regarding closure plan (1.7); memorandum to Attorney Hawkins regarding same (1.5). | | | |
| | R.T. CARLISLE | 3.20 hrs. | 220.00/hr | $704.00 |

**Fees for Legal Services**..................................................................................................... **$1,041.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.30 | 240.00 | 312.00 |
| R.T. CARLISLE | 3.20 | 220.00 | 704.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| TOTAL | 4.80 | $216.98 | $1,041.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/26/2002 | Photocopies 6 Page(s) | 0.30 |
|---|---|---|
| 03/26/2002 | Photocopies 6 Page(s) | 0.30 |

W. R. Grace & Co.

April 22, 2002
Invoice 499681  Page 2

| 03/27/2002 | Photocopies 2 Page(s) | 0.10 |
| 03/27/2002 | Telephone 1-803-648-9575 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................** **$0.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.70 |
| Telephone | 0.10 |
| TOTAL | $0.80 |

**Net current billing for this invoice ...................................................................................** **$1,042.30**

| ACCOUNTS RECEIVABLE RECAP | | | |
| --- | --- | --- | --- |
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| | | A/R BALANCE | $1,787.23 |

W. R. Grace & Co.

April 22, 2002
Invoice 499681  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

---

| | |
|---|---|
| Fees for Professional Services | $1,041.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.80 |

**Net current billing for this invoice** ................................................................. **$1,042.30**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| | TOTAL A/R BALANCE | | $1,787.23 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 23, 2002
Invoice 499682  Page 1

| Our Matter # | 02399/06031 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

03/01/02   Discussion regarding preservation of Mr. Becker-Fluegel's testimony with Ms. Duff and possible impact on bankruptcy stay.

D.M. CLEARY                    0.30 hrs.    290.00/hr          $87.00

03/05/02   Review and update correspondence subfile; create subfolder for permits and various waste water reports and charts.

M.V. WADDELL                   0.40 hrs.    85.00/hr           $34.00

03/08/02   Review emails regarding update to Li Tungsten and status of legal actions.

B.F. HAWKINS                   0.50 hrs.    240.00/hr         $120.00

03/08/02   Review electronic mail memorandum from Ms. McAndrews (Teledyne counsel) regarding comments from GE and others requesting changes to draft agreement with federal agencies; review Mr. Sommer's (counsel for GE) reply to Ms. McAndrews.

R.T. CARLISLE                  0.10 hrs.    220.00/hr          $22.00

03/11/02   Review electronic mail memorandum from Ms. Duff relating to information from Mr. Becker-Fluegel and confer with Attorney Cleary regarding same.

R.T. CARLISLE                  0.10 hrs.    220.00/hr          $22.00

03/20/02   Review incoming correspondence and update subfile of same to reflect new material; create subfile for International Strategic Mineral Issues Summary Report-Tungsten and literature for the Milling and Processing of Tungsten.

M.V. WADDELL                   0.70 hrs.    85.00/hr           $59.50

**Fees for Legal Services**.................................................................................................... **$344.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.50 | 240.00 | 120.00 |
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| R.T. CARLISLE | 0.20 | 220.00 | 44.00 |

W. R. Grace & Co.

April 23, 2002
Invoice 499682  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 1.10 | 85.00 | 93.50 |
| TOTAL | 2.10 | $164.05 | $344.50 |

**Net current billing for this invoice** .................................................................................... **$344.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
|  | A/R BALANCE | | $8,250.92 |

W. R. Grace & Co.

April 23, 2002
Invoice 499682  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06031
Li Tungsten

---

| | |
|---|---|
| Fees for Professional Services | $344.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice ..............................................................**   **$344.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| | TOTAL A/R BALANCE | | $8,250.92 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                              April 19, 2002
ATTN: Lydia Duff, Esq.                                            Invoice 499683  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 03/31/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Gather recent materials concerning telephone conferences and distribute same to file. | | | |
| | L.K. THOMAS | 0.80 hrs. | 95.00/hr | $76.00 |
| 03/03/02 | Review email information from Mr. English regarding developments on PRP Group's challenge to DHEC demands for Feasibility Study and remedy selection issues in evaluation of how arguments assist situation at Charleston. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 03/05/02 | Review and update correspondence subfile; create subfolder for permits and various wastewater reports and charts. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/07/02 | Discussion with Ms. Duff to review strategy for moving forward with DHEC in light of comments (0.3); discussion with Mr. Bucens to discuss review of comments from DHEC on proposed removal remedy and strategy for site and response to DHEC's positions (0.4); participate in Beaco Road conference call to review positions taken with DHEC on similar issues (1.9); discussion with Mr. Obradovic concerning options for responding to DHEC options (0.4). | | | |
| | B.F. HAWKINS | 3.00 hrs. | 240.00/hr | $720.00 |
| 03/07/02 | Review and prepare Attorney Notes regarding the Feasibility Study-Technical Memorandum. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 03/08/02 | Review information regarding Mr. Obradovic's discussions with DHEC (0.5); discussion with Mr. English at Beaco Road site concerning participation at meeting with DHEC on remedy issues relevant to strategy at that site (0.2). | | | |
| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |
| 03/08/02 | Review information from Mr. Bucens regarding communication with DHEC (0.2); review information available on Records of Decision cited by DHEC as supporting position on remedy selection (0.8). | | | |
| | B.F. HAWKINS | 1.00 hrs. | 240.00/hr | $240.00 |
| 03/08/02 | Gather information concerning the Records of Decision for several companies including Shuron NPL, Calhoun Park, Parachem, Bear Property and Dale Owen Property per Attorney Hawkins; discuss same with Attorney Hawkins. | | | |

W. R. Grace & Co.

| | L.K. THOMAS | 1.80 hrs. | 95.00/hr | $171.00 |

03/11/02    Attend meeting with DHEC on Beaco Road site to review management response to various arguments on why various environmental options should be considered by the Department.

| | B.F. HAWKINS | 4.80 hrs. | 240.00/hr | $1,152.00 |

03/14/02    Review notes of meeting with DHEC on approach to Feasibility Study and disputes concerning same for Beaco Road site (0.3); provide information to Mr. Obradovich concerning meeting with DHEC on Monday, March 11 and potential implications for DHEC approach to Feasibility Study for Charleston (03); provide update to Mr. Bucens concerning results of meeting with DHEC (0.2); provide same information to Ms. Duff (0.2).

| | B.F. HAWKINS | 1.00 hrs. | 240.00/hr | $240.00 |

03/14/02    Prepare for Steering Committee conference call by reviewing redline/strikethrough of Feasibility Study showing projected changes to respond to DHEC's comments in Monday's meeting at DHEC (0.4); participate in conference call (1.1); confer with Attorney Hawkins regarding outcome of call to review how developments might impact and or benefit situation at Charleston (0.2).

| | R.T. CARLISLE | 1.70 hrs. | 220.00/hr | $374.00 |

03/15/02    Draft memorandum to Attorney Hawkins regarding yesterday's conference call with Steering Committee.

| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

03/18/02    Review revised Feasibility Study and notes from Beaco Road site and conference call on same in preparation for meeting with DHEC to resolve issues and gauge reaction to arguments in an effort to resolve Charleston issues.

| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |

03/19/02    Attend meeting with DHEC to seek to resolve issues on Feasibility Study for Beaco Road to gauge possible arguments to resolve disputes on Charleston site (2.6); report results to Mr. Obradovic and discuss possible strategies for moving forward at Charleston site (0.4).

| | B.F. HAWKINS | 3.00 hrs. | 240.00/hr | $720.00 |

03/21/02    Participate in conference call regarding Beaco Road site to review DHEC resolution of issues potentially relevant for addressing items at Charleston site concerning Feasibility Study and remedy selection.

| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |

03/24/02    Review and revise information on response to DHEC for preferred remedy.

| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |

03/25/02    Review information forwarded from Mr. Bucens concerning response to DHEC on preferred remedy for Charleston site (0.5); discussion with Mr. Bucens regarding same (0.4); review of revised letter regarding preferred remedy selection (0.4).

| | B.F. HAWKINS | 1.30 hrs. | 240.00/hr | $312.00 |

03/27/02    Review and revise responsive document to DHEC responding to Feasibility Study issues.

| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |

03/27/02    Review draft letter by Mr. Bucens regarding Feasibility Study and revise.

| | M.E. TERNES | 0.50 hrs. | 220.00/hr | $110.00 |

03/27/02    Review and suggest revisions to draft letter to Ms. Conova responding to DHEC's concerns as to remedial alternatives presented in current draft Feasibility Study.

| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |

W. R. Grace & Co.

April 19, 2002
Invoice 499683  Page 3

**Fees for Legal Services**............................................................................................................. **$5,478.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 18.80 | 240.00 | 4,512.00 |
| M.E. TERNES | 0.50 | 220.00 | 110.00 |
| R.T. CARLISLE | 2.50 | 220.00 | 550.00 |
| M.V. WADDELL | 0.70 | 85.00 | 59.50 |
| L.K. THOMAS | 2.60 | 95.00 | 247.00 |
| TOTAL | 25.10 | $218.27 | $5,478.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/06/2002 | Telephone 1-803-255-9089 | 0.24 |
| 03/18/2002 | Telephone 1-978-952-6847 | 3.62 |
| 03/25/2002 | Telephone 1-617-498-2667 | 0.97 |
| 03/27/2002 | Photocopies 2 Page(s) | 0.10 |
| 03/29/2002 | Photocopies 5 Page(s) | 0.25 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$5.18**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.35 |
| Telephone | 4.83 |
| TOTAL | $5.18 |

**Net current billing for this invoice** .................................................................................. **$5,483.68**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| | | A/R BALANCE | $48,193.70 |

W. R. Grace & Co.

April 19, 2002
Invoice 499683  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $5,478.50 |
| Charges for Other Services Provided/Expenses Incurred | $5.18 |

**Net current billing for this invoice** ............................................................. **$5,483.68**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| | TOTAL A/R BALANCE | | $48,193.70 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499684  Page 1

Our Matter #            02399/06047              For Services Through 03/31/02
WR Grace #            001-KL-721400-00-800028
Name of Matter:       Libby Expansion Plants/Phoenix

| | | | |
|---|---|---|---|
| 03/08/02 | Review, organize and profile files.<br>K. BROWN | 1.70 hrs.  125.00/hr | $212.50 |

Fees for Legal Services.................................................................................................. **$212.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.70 | 125.00 | 212.50 |
| TOTAL | 1.70 | $125.00 | $212.50 |

Net current billing for this invoice ................................................................................. **$212.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| | | A/R BALANCE | $12,606.32 |

W. R. Grace & Co.

April 19, 2002
Invoice 499684  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | |
|---|---|
| Fees for Professional Services | $212.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice .................................................................** **$212.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| | TOTAL A/R BALANCE | | $12,606.32 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 19, 2002
Invoice 499685  Page 1

| Our Matter # | 02399/06089 | For Services Through 03/31/02 |
|---|---|---|
| Name of Matter: | FOIA Request | |

| 03/07/02 | Review and update correspondence and subfile of same to reflect new materials. | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 03/19/02 | Telephone conference with Mr. Fulton of Jefferson County Health Services regarding FOIA request made in January (0.3); telephone conference with Mr. O'Connell regarding same (0.4); discuss findings with Attorney Hawkins (0.2). | | | |
| | L.K. THOMAS | 0.90 hrs. | 95.00/hr | $85.50 |

**Fees for Legal Services**.......................................................................................................... **$111.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| L.K. THOMAS | 0.90 | 95.00 | 85.50 |
| TOTAL | 1.20 | $92.50 | $111.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/19/2002 | Telephone 1-205-930-1211 | 0.93 |
|---|---|---|
| 03/19/2002 | Telephone 1-617-498-4594 | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$1.53**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.53 |
| TOTAL | $1.53 |

W. R. Grace & Co.

**Net current billing for this invoice ...................................................................................**          **$112.53**

W. R. Grace & Co.

April 19, 2002
Invoice 499685  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $111.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.53 |

**Net current billing for this invoice** ................................................................. **$112.53**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this _15_ day of ___June___, 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _11-14-2007_