IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline: July 8, 2002 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## SUMMARY OF THE EIGHTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **February 1, 2002 through February 28, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    **$19,917.60 (80% of $24,897.00)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$122.30 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ _1,300.00_ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $220.00 | 9.80 | $2,156.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | 2.30 | $621.00 |
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 0.70 | $203.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 70.10 | $16,824.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $180.00 | 2.40 | $432.00 |
| E. D. Barnhill | Partner | 23 years | Bankruptcy | $260.00 | 0.20 | $52.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $220.00 | 12.60 | $2,772.00 |

Grand Total for Fees:  $23,060.00
Blended Rate:          $261.16

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 11.60 | $1,450.00 |
|---|---|---|---|---|---|---|
| Lisa D. McInnis | Paralegal | 2 years | Bankruptcy | $ 95.00 | 0.60 | $57.00 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 95.00 | 0.70 | $66.50 |
| Martha V. Waddell | Paralegal | 8 months | Environmental | $ 85.00 | 3.10 | $263.50 |

Grand Total for Fees: $  1,837.00
Blended Rate:            $114.81

3

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 11.30 | 1,573.50 |
| 02399/06003 | Beaco Road Site | 2.60 | 546.00 |
| 02399/06011 | Enoree Site Management | 46.60 | 10,806.00 |
| 02399/06012 | Owensboro Site Management | 17.10 | 4,104.00 |
| 02399/06017 | Sierra Facility | .20 | 52.00 |
| 02399/06023 | Libby, MT – General Environmental | .60 | 63.00 |
| 02399/06027 | Project Allen | 5.90 | 1,177.00 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 7.70 | 1,758.00 |
| 02399/06031 | Li Tungsten | 6.00 | 1.287.50 |
| 02399/06032 | Charleston | 15.00 | 3,396.50 |
| 02399/06047 | Libby Expansion Plants/Phoenix | 1.10 | 133.50 |
| TOTAL | | 114.10 | $24,897.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $   13.58 |
| Standard Copies | 35.75 |
| Lexis | 11.24 |
| Outside Delivery Service | 20.23 |
| Outside Services | 38.75 |
| Postage | 2.75 |
| Total | $   122.30 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 8, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                      April 16, 2002
ATTN: Lydia Duff, Esq.                                          Invoice 498375  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06000 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| 02/05/02 | Review files for 104(e) responses to EPA Region 1 for various facilities in Massachusetts, Nashua and Hudson, New Hampshire per Ms. Antar's request. | | | |
|---|---|---|---|---|
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 02/06/02 | Continue review of files for 104(e) responses from various facilities in Massachusetts, Nashua and Hudson, New Hampshire to EPA Region 1. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 02/06/02 | Research and retrieve information on J. M. Mills Landfill (actual site name is Peterson/Puritan, Inc.) in Rhode Island located in Region 1 of EPA from internet. | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 02/06/02 | Review files for documents regarding J. M. Mills Landfill. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 02/07/02 | Continue research for environmental documents on J. M. Mills Landfall located in Rhode Island. | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 02/07/02 | Prepare correspondence regarding the result of my search for information on J. M. Mills Landfill in Rhode Island and e-mail same to Ms. Antar and Attorney Cleary. | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 02/08/02 | Prepare correspondence regarding the result of the search for environmental information on Owens Corning. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/13/02 | Research on definition of "coatings" for purposes of potential coverage under 40 CFR Part 63, FFFF (1.1); discussion with EPA concerning same (0.3). | | | |
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |
| 02/22/02 | Review, profile and organize document. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**.......................................................................   **$1,573.50**

W. R. Grace & Co.

April 16, 2002
Invoice 498375  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.40 | 240.00 | 336.00 |
| K. BROWN | 9.90 | 125.00 | 1,237.50 |
| TOTAL | 11.30 | $139.25 | $1,573.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/01/2002 | Telephone 1-617-498-4594 | 0.23 |
| 02/14/2002 | Telephone 1-617-498-4594 | 0.25 |
| 02/15/2002 | Photocopies 3 Page(s) | 0.15 |
| 02/15/2002 | Telephone 1-410-531-4129 | 0.24 |
| 02/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 02/19/2002 | Telephone 1-770-653-3379 | 0.15 |
| 02/20/2002 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$1.22**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.35 |
| Telephone | 0.87 |
| TOTAL | $1.22 |

**Net current billing for this invoice** ................................................................................. **$1,574.72**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| | | A/R BALANCE | $5,948.09 |

W. R. Grace & Co.

April 16, 2002
Invoice 498375  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,573.50 |
| Charges for Other Services Provided/Expenses Incurred | $1.22 |

Net current billing for this invoice ................................................................    **$1,574.72**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| | TOTAL A/R BALANCE | | $5,948.09 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 13, 2002
Invoice 498376  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 02/28/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 02/14/02 | Discussion with Mr. English regarding request for information on whether insurance coverage exists for Beaco Road site. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 02/15/02 | Review incoming correspondence and update correspondence subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |
| 02/18/02 | Review agenda for Beaco Road conference call (0.2); forward request to Ms. Duff regarding status of insurance coverage for Beaco Road site and concerning site update (0.3). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 02/19/02 | Review Ms. Duff's and Mr. Medler's response on insurance question posed by PRP Group. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 02/20/02 | Participate in conference call with Steering Committee. | | | |
| | R.T. CARLISLE | 0.80 hrs. | 220.00/hr | $176.00 |
| 02/21/02 | Review incoming correspondence and update subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

**Fees for Legal Services**.............................................................................................. **$546.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.40 | 240.00 | 336.00 |
| R.T. CARLISLE | 0.80 | 220.00 | 176.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| TOTAL | 2.60 | $210.00 | $546.00 |

W. R. Grace & Co.

April 13, 2002
Invoice 498376  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/21/2002 | Telephone 1-901-820-2024 | 0.14 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$0.14**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.14 |
| TOTAL | $0.14 |

Net current billing for this invoice ..................................................................................... **$546.14**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | | A/R BALANCE | $4,180.02 |

W. R. Grace & Co.

April 13, 2002
Invoice 498376  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I 1009
COLUMBIA, SOUTH CAROLINA  2921 I-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $546.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.14 |

Net current billing for this invoice ...............................................................    **$546.14**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | TOTAL A/R BALANCE | | $4,180.02 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 13, 2002
Invoice 498377 Page 1

| Our Matter # | 02399/06011 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

02/08/02    Review electronic mail memorandum from Attorney Hawkins regarding draft letter to DHEC responding to John Wright's (DHEC) letter to Mr. Baird regarding groundwater monitoring around process water ponds at client's facility.
R.T. CARLISLE                    0.10 hrs.    220.00/hr              $22.00

02/13/02    Review and comment on letter to DHEC responding to Department letter dealing with groundwater testing at site around process ponds (0.4); forward comments to Mr. O'Connell (0.1).
B.F. HAWKINS                    0.50 hrs.    240.00/hr              $120.00

02/13/02    Review and comment on draft letter responding to DHEC's letter addressing groundwater monitoring (0.2); convey to Attorney Hawkins suggested minor revisions (0.1).
R.T. CARLISLE                    0.30 hrs.    220.00/hr              $66.00

02/15/02    Review information from Mr. O'Connell regarding NSPS provisions at Enoree facility and relation to Title V permit and state regulatory provisions in preparation for conference call on issues (2.8); conference call with Mr. O'Connell, plant and management representatives to review possible NSPS issues (1.3); follow-up review of permit provisions, NSPS provisions and state regulatory requirements (1.2).
B.F. HAWKINS                    5.30 hrs.    240.00/hr              $1,272.00

02/15/02    Prepare for conference call (0.9); discuss with Attorney Hawkins (0.2); attend conference call (1.3).
M.E. TERNES                    2.40 hrs.    220.00/hr              $528.00

02/15/02    Review incoming correspondence and update subfile of same to reflect new material.
M.V. WADDELL                    0.10 hrs.    85.00/hr              $8.50

02/18/02    Review information from Mr. O'Connell regarding emission characterization at Enoree facility (0.6); review research issues with Attorney Ternes (0.4); review information regarding NSPS provisions and implementation of tests procedures (0.5).
B.F. HAWKINS                    1.50 hrs.    240.00/hr              $360.00

02/18/02    Review faxed flow diagram and prior emission data (0.7); legal research regarding implementation of Method 5 for Subpart OOO sources (0.8); draft e-mail to Mr. O'Connell with guidance document attached (0.3).

W. R. Grace & Co.

April 13, 2002
Invoice 498377 Page 2

| | M.E. TERNES | 1.80 hrs. | 220.00/hr | $396.00 |
|---|---|---|---|---|

02/19/02    Review information from Mr. O'Connell regarding NSPS question.
B.F. HAWKINS                                    0.50 hrs.    240.00/hr                $120.00

02/20/02    Review information from Mr. O'Connell regarding emission characterization (0.8); review
technical analysis with Attorney Ternes (0.3).
B.F. HAWKINS                                    1.10 hrs.    240.00/hr                $264.00

02/20/02    Telephone conference with Mr. O'Connell regarding technical issues arising from emission
characterization (0.3); review technical analysis with Attorney Hawkins (0.3).
M.E. TERNES                                    0.60 hrs.    220.00/hr                $132.00

02/21/02    Review information in preparation for conference call with client and consultants concerning
NSPS provisions (0.9); conference call with Mr. O'Connell, Mr. Haase, Attorney Ternes and
division representatives to review NSPS matters (0.6);  review EPA polices related to NSPS
questions (0.5);  review NSPS questions with Mr. O'Connell and need to review with Mr.
Emmett (0.3).
B.F. HAWKINS                                    2.30 hrs.    240.00/hr                $552.00

02/21/02    Telephone conference call with Attorney Ternes, Mr. O'Connell and other Grace
representatives regarding evaluation issues arising from stack emission characterization
attempt (0.8); telephone conference with Attorney Ternes regarding strategy moving forward
with characterization issues (0.6).
B.F. HAWKINS                                    1.40 hrs.    240.00/hr                $336.00

02/21/02    Telephone conference with Mr. O'Connell and Mr. Haase regarding technical issues arising
from stack emission characterization attempt (0.6); telephone conference call with Attorney
Hawkins, Mr.  O'Connell and other Grace representatives regarding stack characterization
information (0.8); telephone conference with Attorney Hawkins regarding characterization
(0.6); legal research regarding NSPS questions (0.8); draft e-mail to Attorney Hawkins
regarding stack characterization issues (0.4).
M.E. TERNES                                    3.20 hrs.    220.00/hr                $704.00

02/21/02    Review incoming correspondence and update subfile of same to reflect new material; create
subfolder for installation package information.
M.V. WADDELL                                    0.30 hrs.    85.00/hr                $25.50

02/22/02    Review research regarding NSPS issues (3.2); review research questions on response with
Attorney Carlisle (0.3); review NSPS issues with Attorney Ternes (0.3); review status of
sampling information and response to DHEC with Mr. O'Connell (0.3); review status of water
quality issues with Attorney Carlisle (0.2) and Mr. O'Connell (0.2).
B.F. HAWKINS                                    4.50 hrs.    240.00/hr                $1,080.00

02/22/02    Telephone conference with Attorney Hawkins regarding emission characterization issues.
M.E. TERNES                                    0.50 hrs.    220.00/hr                $110.00

02/22/02    Research regarding EPA implementation policies relevant to emission characterization
questions (1.0); electronic mail memorandum to Attorney Hawkins regarding basic features
that would suggest that response to policies (0.7).
R.T. CARLISLE                                    1.70 hrs.    220.00/hr                $374.00

02/22/02    Review with Attorney Hawkins status of water quality issues.
R.T. CARLISLE                                    0.20 hrs.    220.00/hr                $44.00

02/23/02    Review information concerning NSPS provisions and DHEC and EPA polices concerning
same.
B.F. HAWKINS                                    2.10 hrs.    240.00/hr                $504.00

W. R. Grace & Co.

| 02/23/02 | Review draft letter by Mr. O'Connell regarding emission characterization issues (0.3); revise draft letter (0.6); discuss with Attorney Hawkins changes to the draft letter (0.3); revise draft letter based upon EPA policy discussion (0.4). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 1.60 hrs. | 220.00/hr | $352.00 |

| 02/24/02 | Continue review of information concerning application and implication of NSPS provisions and EPA information on NSPS provisions (2.7); review focus of letter to DHEC on NSPS issues with Attorney Ternes (0.4); revise letter to DHEC (0.6). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 3.70 hrs. | 240.00/hr | $888.00 |

| 02/24/02 | Discussions with Attorney Hawkins regarding response and approach with DHEC regarding operating conditions during emissions characterization for the grinder and the furnace. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 2.50 hrs. | 220.00/hr | $550.00 |

| 02/25/02 | Review NSPS provisions and EPA and state polices as related to Enoree facility (2.5); review and revise letter to DHEC on issues (0.8); review research issues on application of EPA polices with Attorney Carlisle (0.4); conference call with Mr. O'Connell and Mr. Emmett to discuss approach to handling polices on review of NSPS questions (0.8). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 4.50 hrs. | 240.00/hr | $1,080.00 |

| 02/25/02 | Conference with Mr. O'Connell regarding DHEC response policies, follow-up conference with Attorney Hawkins regarding same. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.30 hrs. | 220.00/hr | $66.00 |

| 02/25/02 | Confer with Attorney Hawkins regarding DHEC and EPA policies relevant to emission characterization (0.3); identify for Attorney Hawkins documents relevant to same (0.3). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

| 02/26/02 | Complete draft letter to respond to DHEC on emission characterization data (0.8); review comments from Mr. Emmett (0.3); review approach to letter and questions regarding letter with Mr. O'Connell (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |

| 02/27/02 | Review and finalize letter to DHEC regarding emission characterization response (0.8); review with Mr. O'Connell (0.3); follow-up discussions with Mr. O'Connell regarding discussion with DHEC and comments on restarting various units and concerning considerations for additional emission characterization (0.3); review information from Mr. O'Connell concerning discussions with DHEC (0.2). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |

**Fees for Legal Services**..................................................................................................... **$10,806.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 30.40 | 240.00 | 7,296.00 |
| M.E. TERNES | 12.60 | 220.00 | 2,772.00 |
| R.T. CARLISLE | 3.20 | 220.00 | 704.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| TOTAL | 46.60 | $231.89 | $10,806.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

April 13, 2002
Invoice 498377  Page 4

| | | |
|---|---|---:|
| 02/14/2002 | Photocopies 6 Page(s) | 0.30 |
| 02/15/2002 | Photocopies 38 Page(s) | 1.90 |
| 02/18/2002 | Service: LEXIS PUBLICATIONS; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.60 |
| 02/18/2002 | Service: LEXIS PUBLICATIONS; Charge Type: SEARCHES; Quantity: 1.00 | 6.45 |
| 02/18/2002 | Service: LEXIS SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.60 |
| 02/18/2002 | Service: LEXIS SERVICE; Charge Type: LEXSEE SEARCHES; Quantity: 6.00 | 3.59 |
| 02/18/2002 | Photocopies 150 Page(s) | 7.50 |
| 02/21/2002 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 013102; DATE: 02/21/2002 | 9.45 |
| 02/25/2002 | Photocopies 1 Page(s) | 0.05 |
| 02/25/2002 | Telephone 1-617-498-4594 | 1.24 |
| 02/26/2002 | Telephone 1-617-498-4594 | 1.13 |
| 02/27/2002 | Telephone 1-617-498-4594 | 0.18 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................**    **$32.99**


### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| CopyOut | 9.45 |
| Photocopies | 9.75 |
| Lexis | 11.24 |
| Telephone | 2.55 |
| TOTAL | $32.99 |

**Net current billing for this invoice ...................................................................................**    **$10,838.99**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| | | A/R BALANCE | $22,881.69 |

W. R. Grace & Co.

April 13, 2002
Invoice 498377  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $10,806.00 |
| Charges for Other Services Provided/Expenses Incurred | $32.99 |

**Net current billing for this invoice** ................................................................. **$10,838.99**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| | TOTAL A/R BALANCE | | $22,881.69 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                            April 16, 2002
ATTN: Lydia Duff, Esq.                                          Invoice 498378  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06012 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

02/02/02   Review information concerning MACT Hammer date and potential ramifications of EPA
missing May 15 112(j) deadline and how Kentucky air requirements for anything addressing
impact from state-perspective.
B.F. HAWKINS                                  3.90 hrs.    240.00/hr           $936.00

02/04/02   Review issues with Ms. Duff concerning possible implications of 112(j) NESHAP deadline
and obligation of Owensboro site to comply with same (0.6); check on status of Kentucky Air
Division and approach to 112(j) issues including how they will implement changes to
Subpart B, allowing notice of intent (0.8); discussion with Mr. O'Connell addressing 112(j)
issues (0.5).
B.F. HAWKINS                                  1.90 hrs.    240.00/hr           $456.00

02/08/02   Research concerning status of 112(j) hammer date implementation and impact on state
requirements to set case-by-case MACT standards and impact of effective requirements to
implement Part 63 MON standard at Owensboro facility.
B.F. HAWKINS                                  1.40 hrs.    240.00/hr           $336.00

02/11/02   Research 112(j), status of amendments to general Subpart B requirements and status of
implementation for changes to case-by-case MACT with reference to possible requirements
to comply with MON NESHAP provisions at Owensboro facility (3.1); review items with EPA
office of Air Quality Planning and Standards and Office of Enforcement and Compliance to
determine positions on implementation (1.2).
B.F. HAWKINS                                  4.30 hrs.    240.00/hr         $1,032.00

02/12/02   Continue review of status of 112(j) developments and potential ramifications on application
of 40 CFR Subpart FFFF to Owensboro facility (2.2); conference call with Ms. Duff, Mr.
O'Connell, Mr. Bender and plant management and environmental staff to review possible
ramifications of 112(j) "hammer" falling on application of Subpart FFFF and concerning how
EPA and Kentucky are expected to respond given current status of regulations (0.5);
discussions with EPA staff concerning Subpart FFFF status and on position with respect to
once-in-always-in policy and implementation of amendments to general provisions (Subpart
A and B) of Part 63 (0.9).
B.F. HAWKINS                                  3.60 hrs.    240.00/hr           $864.00

02/25/02   Review of proposed MON rule for implications on Owensboro site.
B.F. HAWKINS                                  0.70 hrs.    240.00/hr           $168.00

W. R. Grace & Co.

April 16, 2002
Invoice 498378 Page 2

02/27/02   Review information concerning 40 CFR Part 63, Subpart FFFF proposal with Mr. O'Connell
           (0.3); review applicability question with Mr. Bender (0.2); discussion with state contacts
           regarding status of revisions to 40 CFR Part 63, Subpart B and ability to implement notice of
           intent as opposed to submission of full application (0.8);
           B.F. HAWKINS                              1.30 hrs.   240.00/hr            $312.00

**Fees for Legal Services**............................................................................................... **$4,104.00**

### BILLING SUMMARY

|              | Hours | Rate/Hr  | Dollars    |
|--------------|-------|----------|------------|
| B.F. HAWKINS | 17.10 | 240.00   | 4,104.00   |
| TOTAL        | 17.10 | $240.00  | $4,104.00  |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/02/2002 | Telephone 1-859-253-6400 | 0.21 |
|------------|--------------------------|------|
| 02/04/2002 | Telephone 1-859-288-4684 | 1.56 |
| 02/04/2002 | Telephone 1-617-498-4594 | 0.16 |
| 02/08/2002 | Telephone 1-919-541-5402 | 0.13 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$2.06**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Telephone  | 2.06    |
| TOTAL      | $2.06   |

**Net current billing for this invoice** ................................................................................ **$4,106.06**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 464582                  | 09/12/2001   | 0.10        | 0.10        |
| 464597                  | 09/12/2001   | 84.20       | 16.50       |
| 466681                  | 09/21/2001   | 187.00      | 37.40       |
| 469742                  | 10/09/2001   | 88.00       | 88.00       |
| 484316                  | 01/11/2002   | 78.24       | 78.24       |
|                         |              | A/R BALANCE | $220.24     |

W. R. Grace & Co.

April 16, 2002
Invoice 498378  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $4,104.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.06 |
| **Net current billing for this invoice** ............................................................... | **$4,106.06** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| | TOTAL A/R BALANCE | | $220.24 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           April 13, 2002
ATTN: Lydia Duff, Esq.                          Invoice 498379  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06017 | For Services Through 02/28/02 |
| WR Grace # | 001-KL-721200-00-400110 | |
| Name of Matter: | Sierra Facility | |

02/15/02   Telephone conference with Ms. Kalin regarding site status.
           E.D. BARNHILL                    0.20 hrs.    260.00/hr          $52.00

**Fees for Legal Services**........................................................................................   **$52.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E.D. BARNHILL | 0.20 | 260.00 | 52.00 |
| TOTAL | 0.20 | $260.00 | $52.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

02/15/2002   Telephone 1-617-498-4972                                      0.72

**Total Charges for Other Services Provided/Expenses Incurred** .....................................   **$0.72**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.72 |
| TOTAL | $0.72 |

**Net current billing for this invoice** ...................................................................   **$52.72**

### ACCOUNTS RECEIVABLE RECAP

W. R. Grace & Co.

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464598 | 09/12/2001 | 1,758.28 | 350.80 |
| | | A/R BALANCE | $350.80 |

W. R. Grace & Co.

April 13, 2002
Invoice 498379  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06017
Sierra Facility

| | |
|---|---|
| Fees for Professional Services | $52.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.72 |

**Net current billing for this invoice** .................................................................. **$52.72**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464598 | 09/12/2001 | 1,758.28 | 350.80 |
| | TOTAL A/R BALANCE | | $350.80 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2002
Invoice 498380 Page 1

| Our Matter # | 02399/06023 | For Services Through 02/28/02 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| 02/01/02 | Review, profile and file document. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/21/02 | Review incoming correspondence and update subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

**Fees for Legal Services**......................................................................................................... **$63.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 0.60 | $105.00 | $63.00 |

**Net current billing for this invoice** ...................................................................................... **$63.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| | | A/R BALANCE | $51,589.01 |

W. R. Grace & Co.

April 16, 2002
Invoice 498380  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $63.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$63.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| | TOTAL A/R BALANCE | | $51,589.01 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2002
Invoice 498381 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06027 | For Services Through 02/28/02 |
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 02/01/02 | Review, profile and organize document.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 02/04/02 | Review incoming file documents and arrange same; update correspondence file and create subfolders to reflect recent information.<br>M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 02/05/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/06/02 | Check docket for recent activity that may impact NMRS representation of debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/11/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/12/02 | Review docket for items that may impact NMRS work for debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/13/02 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/18/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/19/02 | Review latest law on post-petition impact of stay; memo to Attorneys Hawkins and Cleary on same.<br>G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 02/19/02 | Review docket; follow up on entries that may impact NMRS representation of debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/19/02 | Draft fee application for fees and expenses for December 2001.<br>K.J. HEISER | 1.60 hrs. | 180.00/hr | $288.00 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 2

| 02/21/02 | Retrieve data on Grace environmental matters - Atlanta - memo to Attorney Hawkins on same. | | | |
|---|---|---|---|---|
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/21/02 | Assist with bankruptcy aspects of Remedial Design Group and federal agencies and Li Tungsten. | | | |
| | G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 02/21/02 | Revise fee application for fees and expenses for December 2001. | | | |
| | K.J. HEISER | 0.80 hrs. | 180.00/hr | $144.00 |
| 02/22/02 | Review, profile and organize document. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 02/22/02 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile. | | | |
| | L.D. MCINNIS | 0.20 hrs. | 95.00/hr | $19.00 |
| 02/26/02 | Review data on extension of exclusivity; memo to Attorney Hawkins on same. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |

**Fees for Legal Services**.......................................................................................................... **$1,177.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| G.B. CAUTHEN | 2.30 | 270.00 | 621.00 |
| K.J. HEISER | 2.40 | 180.00 | 432.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| L.D. MCINNIS | 0.60 | 95.00 | 57.00 |
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | 5.90 | $199.49 | $1,177.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/05/2002 | Photocopies 92 Page(s) | 4.60 |
|---|---|---|
| 02/06/2002 | Photocopies 17 Page(s) | 0.85 |
| 02/06/2002 | Postage | 2.75 |
| 02/19/2002 | Photocopies 8 Page(s) | 0.40 |
| 02/22/2002 | Fed Ex | 20.23 |
| 02/22/2002 | Photocopies 2 Page(s) | 0.10 |
| 02/22/2002 | Photocopies 26 Page(s) | 1.30 |
| 02/22/2002 | Photocopies 98 Page(s) | 4.90 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$35.13**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 12.15 |
| Fed Ex | 20.23 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 3

| Description | Dollars |
|---|---|
| Postage | 2.75 |
| TOTAL | $35.13 |

**Net current billing for this invoice** ...................................................................................... **$1,212.13**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| | | A/R BALANCE | $19,135.32 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $1,177.00 |
| Charges for Other Services Provided/Expenses Incurred | $35.13 |

Net current billing for this invoice ................................................................. **$1,212.13**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| | TOTAL A/R BALANCE | | $19,135.32 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 13, 2002
Invoice 498382  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 02/28/02 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| | | | | |
|---|---|---|---|---|
| 02/06/02 | Discussion with Mr. Bucens regarding industrial landfill requirements and application date to landfill that was closed in 1997 (0.4); research requirements applicable to facility closed in 1997 (1.2). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 02/07/02 | Continue research on applicability of industrial waste landfill requirements to source that ceased operations and closed in 1997. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 02/08/02 | Continue research concerning requirements for industrial solid waste landfill closure. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 02/13/02 | Research concerning requirements for industrial solid waste landfills (1.2); summarize relevant points and forward information to Mr. Bucens (0.4). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 02/14/02 | Continue research on status of industrial and sanitary landfill requirements. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 02/15/02 | Discussion with Mr. Bucens regarding implementation of industrial and sanitary solid waste landfill requirements to site that closed in 1997 (0.5); review information regarding requirements (0.6). | | | |
| | B.F. HAWKINS | 1.10 hrs. | 240.00/hr | $264.00 |
| 02/19/02 | Review policy issues with Mr. Bucens regarding South Carolina solid waste management provisions | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
| 02/21/02 | Review incoming correspondence and update subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 02/25/02 | Locate file information for Attorney Carlisle. | | | |
| | L.K. THOMAS | 0.30 hrs. | 95.00/hr | $28.50 |

Fees for Legal Services................................................................................................    **$1,758.00**

W. R. Grace & Co.

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 7.10 | 240.00 | 1,704.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| L.K. THOMAS | 0.30 | 95.00 | 28.50 |
| TOTAL | 7.70 | $228.31 | $1,758.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/24/2002 | Telephone 1-609-860-3432 | 0.13 |
| 02/15/2002 | Photocopies 34 Page(s) | 1.70 |
| 02/21/2002 | Telephone 1-505-766-5458 | 4.81 |
| 02/21/2002 | Telephone 1-617-498-4594 | 1.24 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................**  **$7.88**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.70 |
| Telephone | 6.18 |
| TOTAL | $7.88 |

**Net current billing for this invoice ...................................................................................**  **$1,765.88**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| | | A/R BALANCE | $21.35 |

W. R. Grace & Co.

April 13, 2002
Invoice 498382  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $1,758.00 |
| Charges for Other Services Provided/Expenses Incurred | $7.88 |

**Net current billing for this invoice** ................................................................. **$1,765.88**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| | TOTAL A/R BALANCE | | $21.35 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             April 16, 2002
ATTN: Lydia Duff, Esq.                              Invoice 498384  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/06031 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 02/01/02 | Prepare and finish master index to file documents. | | | |
| | M.V. WADDELL | 0.90 hrs. | 85.00/hr | $76.50 |
| 02/14/02 | Briefly review draft agreement for participation of federal agencies in funding of Remedial Design work at site; forward Ms. Duff a copy of the document. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/18/02 | Review information requesting comments on Remedial Design cost sharing agreement (0.3); review request with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 02/18/02 | Confer wtih Attorney Hawkins regarding request for cost-sharing agreement on Remedial Design. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/18/02 | Review electronic mail memorandum from Mr. Sommer (counsel for General Electric) transmitting his comments on draft agreement with federal agencies for their participation in funding Remedial Design work at site. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 02/19/02 | Review proposal information from Teledyne concerning federal PRP's offer to enter into agreement concerning funding of Remedial Design work (0.8); review potential issues with Attorney Carlisle and need to verify with Ms. Duff Grace's response (0.3). | | | |
| | B.F. HAWKINS | 1.10 hrs. | 240.00/hr | $264.00 |
| 02/19/02 | Review electronic mail messages relating to participation by federal agencies (0.1); electronic mail memorandum to Ms. Duff forwarding comments of other members of Joint Defense Group to draft agreement for participation by federal agencies in funding Remedial Design work (0.1). | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/20/02 | Follow up with Attorney Carlisle regarding determination of whether to submit any comments on proposal for federal government entering into agreement for funding Remedial Design work. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.

| 02/20/02 | Review draft agreement for federal agencies to participate in Remedial Design funding (0.2); draft e-mail to Ms. Duff regarding same (0.5); detailed voice mail message to Ms. Duff regarding alternatives (0.1). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 220.00/hr | $176.00 |
| 02/20/02 | Draft redline/strikethrough of draft agreement between Remedial Design Group and federal agencies to incorporate and endorse GE's comments and clarification that contribution is unrelated to liability for Remedial Design (0.4); confer with Attorney Hawkins regarding same (0.1). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 220.00/hr | $110.00 |
| 02/21/02 | Correspondence with Attorneys Carlisle and Cauthen regarding procedure for preserving witness testimony and potential conflict with bankruptcy stay. | | | |
| | D.M. CLEARY | 0.70 hrs. | 290.00/hr | $203.00 |
| 02/21/02 | Confer with Attorney Cleary regarding contacting Mr. Becker-Fluegel to schedule video deposition in Charleston. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services**.......................................................................................................... **$1,287.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.00 | 240.00 | 480.00 |
| D.M. CLEARY | 0.70 | 290.00 | 203.00 |
| R.T. CARLISLE | 2.40 | 220.00 | 528.00 |
| M.V. WADDELL | 0.90 | 85.00 | 76.50 |
| TOTAL | 6.00 | $214.58 | $1,287.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/20/2002 | Telephone 1-410-531-4210 | 0.17 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$0.17**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.17 |
| TOTAL | $0.17 |

**Net current billing for this invoice** .................................................................................. **$1,287.67**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |

W. R. Grace & Co.

| | | | |
|---|---|---|---|
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| | | A/R BALANCE | $6,963.25 |

W. R. Grace & Co.

April 16, 2002
Invoice 498384  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $1,287.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.17 |

**Net current billing for this invoice ...................................................................**  **$1,287.67**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| | TOTAL A/R BALANCE | | $6,963.25 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 16, 2002
Invoice 498385  Page 1

| Our Matter # | 02399/06032 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

02/04/02    Review incoming file documents and classify same to update correspondence file and create subfolders to reflect recent information.

| | M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |
|---|---|---|---|---|

02/05/02    Prepare for meeting with Ms. Duff, Mr. Obradovic, Mr. Bucens and RMT representatives to plan response to DHEC on revised feasibility study (1.3); meeting with above individuals to prepare for meeting with DHEC for  review of revised feasibility study (2.7); attend meeting at DHEC to review feasibility study and participate in follow-up discussions (2.6).

| | B.F. HAWKINS | 6.60 hrs. | 240.00/hr | $1,584.00 |
|---|---|---|---|---|

02/05/02    Gather documents needed per Attorney Hawkins for meeting with DHEC.

| | L.K. THOMAS | 0.40 hrs. | 95.00/hr | $38.00 |
|---|---|---|---|---|

02/06/02    Review results of meeting with DHEC on February 5 with Mr. Bucens with reference to response to DHEC on preferred remedial options.

| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
|---|---|---|---|---|

02/07/02    Review results of Beaco Road meeting with PRP committee, particularly with reference to feasibility study issues to determine usefulness of positions for Charleston site.

| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
|---|---|---|---|---|

02/07/02    Review correspondence from Scott Wilson (DHEC) regarding draft feasibility study (0.1); review draft letter in response to Mr. Wilson's letter (0.1); participate in conference call of site steering committee (0.8); verify timing for filing claims against client (0.1); draft memorandum summarizing outcome of conference call for purpose in determining usefulness to arguments for Charleston site (0.3).

| | R.T. CARLISLE | 1.40 hrs. | 220.00/hr | $308.00 |
|---|---|---|---|---|

02/08/02    Review information from meeting with DHEC and information concerning options with DHEC in preparation for conference call with Ms. Duff, Mr. Medler, Mr. Obradovic and  Mr. Bucens (1.1); conference call with Ms. Duff, Mr. Medler, Mr. Bucens and Mr. Obradovic to review possible approaches with DHEC concerning remedy selection (0.8).

| | B.F. HAWKINS | 1.90 hrs. | 240.00/hr | $456.00 |
|---|---|---|---|---|

02/08/02    Partricipate in conference call with client and Attorney Hawkins regarding remedial action options.

W. R. Grace & Co.

April 16, 2002
Invoice 498385  Page 2

| | | | | |
|---|---|---|---|---|
| R.T. CARLISLE | 1.10 hrs. | 220.00/hr | | $242.00 |

02/15/02   Review incoming correspondence and update correspondence subfile to reflect new material.

| | | | | |
|---|---|---|---|---|
| M.V. WADDELL | 0.10 hrs. | 85.00/hr | | $8.50 |

02/21/02   Participate in conference call of steering committee for site (0.6); draft memorandum regarding information discussed during call for purposes of determining usefulness for Charleston positions (0.3).

| | | | | |
|---|---|---|---|---|
| R.T. CARLISLE | 0.90 hrs. | 220.00/hr | | $198.00 |

02/21/02   Review incoming correspondence and update subfile of same to reflect new material; create subfile for documents from Attorney Hawkins.

| | | | | |
|---|---|---|---|---|
| M.V. WADDELL | 0.30 hrs. | 85.00/hr | | $25.50 |

02/25/02   Review information on costs of various response options (0.4); review options for proceeding with various remedies with Mr. Bucens, Mr. Obradovic and RMT representatives (1.1).

| | | | | |
|---|---|---|---|---|
| B.F. HAWKINS | 1.50 hrs. | 240.00/hr | | $360.00 |

**Fees for Legal Services**..................................................................................................... **$3,396.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 10.70 | 240.00 | 2,568.00 |
| R.T. CARLISLE | 3.40 | 220.00 | 748.00 |
| M.V. WADDELL | 0.50 | 85.00 | 42.50 |
| L.K. THOMAS | 0.40 | 95.00 | 38.00 |
| TOTAL | 15.00 | $226.43 | $3,396.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/05/2002 | Photocopies 42 Page(s) | 2.10 |
| 02/05/2002 | Telephone 1-225-751-5253 | 0.37 |
| 02/07/2002 | Photocopies 2 Page(s) | 0.10 |
| 02/08/2002 | VENDOR: Cafe Maxx; INVOICE#: 297932; DATE: 02/08/2002 - Meals | 35.75 |
| 02/11/2002 | VENDOR: Guy Emory/Petty Cash; INVOICE#: 021102; DATE: 02/11/2002 - Reimburse Petty Cash - Drink Charges | 3.00 |
| 02/11/2002 | Photocopies 1 Page(s) | 0.05 |
| 02/11/2002 | Telephone 1-410-531-4210 | 0.19 |
| 02/11/2002 | Telephone 1-901-398-9211 | 0.33 |
| 02/25/2002 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$41.99**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.35 |

W. R. Grace & Co.

April 16, 2002
Invoice 498385  Page 3

| Description | Dollars |
|---|---|
| Outside Services | 38.75 |
| Telephone | 0.89 |
| TOTAL | $41.99 |

**Net current billing for this invoice** ..................................................................................... **$3,438.49**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| | | A/R BALANCE | $44,755.21 |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $3,396.50 |
| Charges for Other Services Provided/Expenses Incurred | $41.99 |

**Net current billing for this invoice** ................................................................. **$3,438.49**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| | TOTAL A/R BALANCE | | $44,755.21 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                April 16, 2002
ATTN: Robert A. Emmett, Esq.                          Invoice 498386 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06047                    For Services Through 02/28/02
WR Grace #           001-KL-721400-00-800028
Name of Matter:     Libby Expansion Plants/Phoenix

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/02 | Review incoming file documents and classify same; update correspondence file and create subfolders to reflect recent information.<br>M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |
| 02/13/02 | Review, profile and organize URS Final Report.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

**Fees for Legal Services**......................................................................................... **$133.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.10 | 85.00 | 8.50 |
| K. BROWN | 1.00 | 125.00 | 125.00 |
| TOTAL | 1.10 | $121.36 | $133.50 |

**Net current billing for this invoice** ................................................................. **$133.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
|  | A/R BALANCE |  | $12,472.82 |

W. R. Grace & Co.

April 16, 2002
Invoice 498386  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | |
|---|---|
| Fees for Professional Services | $133.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice .................................................................  **$133.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| | TOTAL A/R BALANCE | | $12,472.82 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this _13_ day of ___June___, 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _11 - 14 - 2007_

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 18th day of June, 2002 she caused a copy

of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

**1.   SUMMARY OF THE EIGHTH MONTHLY VERIFIED
APPLICATION OF NELSON MULLINS RILEY & SCRBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:20485.28
06/18/02 3:48 PM

OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002; AND

2.     FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002.

Dated: June 18, 2002

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 18th day of June, 2002

_____
Notary Public
My Commission Expires: 02/11/04

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

dcarickhoff@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP