# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 13, 2002
Invoice 498379  Page 1

| Our Matter # | 02399/06017 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-400110 | |
| Name of Matter: | Sierra Facility | |

| 02/15/02 | Telephone conference with Ms. Kalin regarding site status. | | | |
|---|---|---|---|---|
| | E.D. BARNHILL | 0.20 hrs. | 260.00/hr | $52.00 |

**Fees for Legal Services**.......................................................................................................... **$52.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E.D. BARNHILL | 0.20 | 260.00 | 52.00 |
| TOTAL | 0.20 | $260.00 | $52.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/15/2002 | Telephone 1-617-498-4972 | 0.72 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$0.72**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.72 |
| TOTAL | $0.72 |

**Net current billing for this invoice** ................................................................................... **$52.72**

### ACCOUNTS RECEIVABLE RECAP

W. R. Grace & Co.

April 13, 2002
Invoice 498379  Page 2

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464598 | 09/12/2001 | 1,758.28 | 350.80 |
| | | A/R BALANCE | $350.80 |

W. R. Grace & Co.

April 13, 2002
Invoice 498379  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06017
Sierra Facility

| | |
|---|---|
| Fees for Professional Services | $52.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.72 |

**Net current billing for this invoice** ............................................................... **$52.72**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464598 | 09/12/2001 | 1,758.28 | 350.80 |
| | TOTAL A/R BALANCE | | $350.80 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2002
Invoice 498380 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06023 | For Services Through 02/28/02 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 02/01/02 | Review, profile and file document. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/21/02 | Review incoming correspondence and update subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

**Fees for Legal Services**......................................................................................................... **$63.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 0.60 | $105.00 | $63.00 |

**Net current billing for this invoice** ................................................................................... **$63.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| | | A/R BALANCE | $51,589.01 |

W. R. Grace & Co.

April 16, 2002
Invoice 498380  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $63.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$63.00** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| | TOTAL A/R BALANCE | | $51,589.01 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2002
Invoice 498381 Page 1

| Our Matter # | 02399/06027 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 02/01/02 | Review, profile and organize document.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 02/04/02 | Review incoming file documents and arrange same; update correspondence file and create subfolders to reflect recent information.<br>M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 02/05/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/06/02 | Check docket for recent activity that may impact NMRS representation of debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/11/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/12/02 | Review docket for items that may impact NMRS work for debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/13/02 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/18/02 | Access Pacer online service to obtain case status and monitor deadlines, hearing dates.<br>L.D. MCINNIS | 0.10 hrs. | 95.00/hr | $9.50 |
| 02/19/02 | Review latest law on post-petition impact of stay; memo to Attorneys Hawkins and Cleary on same.<br>G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 02/19/02 | Review docket; follow up on entries that may impact NMRS representation of debtor.<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/19/02 | Draft fee application for fees and expenses for December 2001.<br>K.J. HEISER | 1.60 hrs. | 180.00/hr | $288.00 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 2

| 02/21/02 | Retrieve data on Grace environmental matters - Atlanta - memo to Attorney Hawkins on same. | | | |
|---|---|---|---|---|
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/21/02 | Assist with bankruptcy aspects of Remedial Design Group and federal agencies and Li Tungsten. | | | |
| | G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 02/21/02 | Revise fee application for fees and expenses for December 2001. | | | |
| | K.J. HEISER | 0.80 hrs. | 180.00/hr | $144.00 |
| 02/22/02 | Review, profile and organize document. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 02/22/02 | Review and analyze incoming/outgoing documents for case status and assignment to appropriate issue subfile. | | | |
| | L.D. MCINNIS | 0.20 hrs. | 95.00/hr | $19.00 |
| 02/26/02 | Review data on extension of exclusivity; memo to Attorney Hawkins on same. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |

**Fees for Legal Services**...................................................................................................... **$1,177.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| G.B. CAUTHEN | 2.30 | 270.00 | 621.00 |
| K.J. HEISER | 2.40 | 180.00 | 432.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| L.D. MCINNIS | 0.60 | 95.00 | 57.00 |
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | 5.90 | $199.49 | $1,177.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/05/2002 | Photocopies 92 Page(s) | 4.60 |
| 02/06/2002 | Photocopies 17 Page(s) | 0.85 |
| 02/06/2002 | Postage | 2.75 |
| 02/19/2002 | Photocopies 8 Page(s) | 0.40 |
| 02/22/2002 | Fed Ex | 20.23 |
| 02/22/2002 | Photocopies 2 Page(s) | 0.10 |
| 02/22/2002 | Photocopies 26 Page(s) | 1.30 |
| 02/22/2002 | Photocopies 98 Page(s) | 4.90 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$35.13**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 12.15 |
| Fed Ex | 20.23 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 3

| Description | Dollars |
|---|---|
| Postage | 2.75 |
| TOTAL | $35.13 |

Net current billing for this invoice ...................................................................................... **$1,212.13**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| | | A/R BALANCE | $19,135.32 |

W. R. Grace & Co.

April 16, 2002
Invoice 498381  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $1,177.00 |
| Charges for Other Services Provided/Expenses Incurred | $35.13 |

Net current billing for this invoice ................................................................. **$1,212.13**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| | TOTAL A/R BALANCE | | $19,135.32 |



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                        April 13, 2002
ATTN: Lydia Duff, Esq.                          Invoice 498382  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06030                    For Services Through 02/28/02
WR Grace #            032-KL-721400-00-5250472
Name of Matter:       Aiken-Title V Permit App. Iss

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/06/02 | Discussion with Mr. Bucens regarding industrial landfill requirements and application date to landfill that was closed in 1997 (0.4); research requirements applicable to facility closed in 1997 (1.2). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 02/07/02 | Continue research on applicability of industrial waste landfill requirements to source that ceased operations and closed in 1997. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 02/08/02 | Continue research concerning requirements for industrial solid waste landfill closure. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 02/13/02 | Research concerning requirements for industrial solid waste landfills (1.2); summarize relevant points and forward information to Mr. Bucens (0.4). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 02/14/02 | Continue research on status of industrial and sanitary landfill requirements. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 02/15/02 | Discussion with Mr. Bucens regarding implementation of industrial and sanitary solid waste landfill requirements to site that closed in 1997 (0.5); review information regarding requirements (0.6). | | | |
| | B.F. HAWKINS | 1.10 hrs. | 240.00/hr | $264.00 |
| 02/19/02 | Review policy issues with Mr. Bucens regarding South Carolina solid waste management provisions | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
| 02/21/02 | Review incoming correspondence and update subfile of same to reflect new material. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 02/25/02 | Locate file information for Attorney Carlisle. | | | |
| | L.K. THOMAS | 0.30 hrs. | 95.00/hr | $28.50 |

Fees for Legal Services........................................................................................   $1,758.00

W. R. Grace & Co.

April 13, 2002
Invoice 498382  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 7.10 | 240.00 | 1,704.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| L.K. THOMAS | 0.30 | 95.00 | 28.50 |
| TOTAL | 7.70 | $228.31 | $1,758.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/24/2002 | Telephone 1-609-860-3432 | 0.13 |
| 02/15/2002 | Photocopies 34 Page(s) | 1.70 |
| 02/21/2002 | Telephone 1-505-766-5458 | 4.81 |
| 02/21/2002 | Telephone 1-617-498-4594 | 1.24 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................** **$7.88**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.70 |
| Telephone | 6.18 |
| TOTAL | $7.88 |

**Net current billing for this invoice ...................................................................................** **$1,765.88**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| | | A/R BALANCE | $21.35 |

W. R. Grace & Co.

April 13, 2002
Invoice 498382  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | | |
|---|---|---|
| Fees for Professional Services | $1,758.00 | |
| Charges for Other Services Provided/Expenses Incurred | $7.88 | |

**Net current billing for this invoice** ...............................................................   **$1,765.88**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| | TOTAL A/R BALANCE | | $21.35 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2002
Invoice 498384  Page 1

| Our Matter # | 02399/06031 | For Services Through 02/28/02 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| 02/01/02 | Prepare and finish master index to file documents. | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.90 hrs. | 85.00/hr | $76.50 |
| 02/14/02 | Briefly review draft agreement for participation of federal agencies in funding of Remedial Design work at site; forward Ms. Duff a copy of the document. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/18/02 | Review information requesting comments on Remedial Design cost sharing agreement (0.3); review request with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 02/18/02 | Confer wtih Attorney Hawkins regarding request for cost-sharing agreement on Remedial Design. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/18/02 | Review electronic mail memorandum from Mr. Sommer (counsel for General Electric) transmitting his comments on draft agreement with federal agencies for their participation in funding Remedial Design work at site. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 02/19/02 | Review proposal information from Teledyne concerning federal PRP's offer to enter into agreement concerning funding of Remedial Design work (0.8); review potential issues with Attorney Carlisle and need to verify with Ms. Duff Grace's response (0.3). | | | |
| | B.F. HAWKINS | 1.10 hrs. | 240.00/hr | $264.00 |
| 02/19/02 | Review electronic mail messages relating to participation by federal agencies (0.1); electronic mail memorandum to Ms. Duff forwarding comments of other members of Joint Defense Group to draft agreement for participation by federal agencies in funding Remedial Design work (0.1). | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/20/02 | Follow up with Attorney Carlisle regarding determination of whether to submit any comments on proposal for federal government entering into agreement for funding Remedial Design work. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.

April 16, 2002
Invoice 498384 Page 2

02/20/02   Review draft agreement for federal agencies to participate in Remedial Design funding (0.2);
           draft e-mail to Ms. Duff regarding same (0.5); detailed voice mail message to Ms. Duff
           regarding alternatives (0.1).
           R.T. CARLISLE                              0.80 hrs.   220.00/hr          $176.00

02/20/02   Draft redline/strikethrough of draft agreement between Remedial Design Group and federal
           agencies to incorporate and endorse GE's comments and clarification that contribution is
           unrelated to liability for Remedial Design (0.4); confer with Attorney Hawkins regarding same
           (0.1).
           R.T. CARLISLE                              0.50 hrs.   220.00/hr          $110.00

02/21/02   Correspondence with Attorneys Carlisle and Cauthen regarding procedure for preserving
           witness testimony and potential conflict with bankruptcy stay.
           D.M. CLEARY                                0.70 hrs.   290.00/hr          $203.00

02/21/02   Confer with Attorney Cleary regarding contacting Mr. Becker-Fluegel to schedule video
           deposition in Charleston.
           R.T. CARLISLE                              0.30 hrs.   220.00/hr           $66.00

**Fees for Legal Services**.......................................................................................................   **$1,287.50**

### BILLING SUMMARY

|                | Hours | Rate/Hr  | Dollars   |
|----------------|-------|----------|-----------|
| B.F. HAWKINS   | 2.00  | 240.00   | 480.00    |
| D.M. CLEARY    | 0.70  | 290.00   | 203.00    |
| R.T. CARLISLE  | 2.40  | 220.00   | 528.00    |
| M.V. WADDELL   | 0.90  | 85.00    | 76.50     |
| TOTAL          | 6.00  | $214.58  | $1,287.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

02/20/2002   Telephone 1-410-531-4210                                                     0.17

**Total Charges for Other Services Provided/Expenses Incurred** ....................................   **$0.17**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Telephone   | 0.17    |
| TOTAL       | $0.17   |

**Net current billing for this invoice** ..................................................................................   **$1,287.67**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |

W. R. Grace & Co.

| 469744 | 10/09/2001 | 388.25 | 388.25 |
|--------|------------|--------|--------|
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| | | A/R BALANCE | $6,963.25 |

W. R. Grace & Co.

April 16, 2002
Invoice 498384  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $1,287.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.17 |

**Net current billing for this invoice .................................................................**  **$1,287.67**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| | TOTAL A/R BALANCE | | $6,963.25 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 16, 2002
Invoice 498385  Page 1

| Our Matter # | 02399/06032 | For Services Through 02/28/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 02/04/02 | Review incoming file documents and classify same to update correspondence file and create subfolders to reflect recent information. | | | |
| | M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |
| 02/05/02 | Prepare for meeting with Ms. Duff, Mr. Obradovic, Mr. Bucens and RMT representatives to plan response to DHEC on revised feasibility study (1.3); meeting with above individuals to prepare for meeting with DHEC for  review of revised feasibility study (2.7); attend meeting at DHEC to review feasibility study and participate in follow-up discussions (2.6). | | | |
| | B.F. HAWKINS | 6.60 hrs. | 240.00/hr | $1,584.00 |
| 02/05/02 | Gather documents needed per Attorney Hawkins for meeting with DHEC. | | | |
| | L.K. THOMAS | 0.40 hrs. | 95.00/hr | $38.00 |
| 02/06/02 | Review results of meeting with DHEC on February 5 with Mr. Bucens with reference to response to DHEC on preferred remedial options. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
| 02/07/02 | Review results of Beaco Road meeting with PRP committee, particularly with reference to feasibility study issues to determine usefulness of positions for Charleston site. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 02/07/02 | Review correspondence from Scott Wilson (DHEC) regarding draft feasibility study (0.1); review draft letter in response to Mr. Wilson's letter (0.1); participate in conference call of site steering committee (0.8); verify timing for filing claims against client (0.1); draft memorandum summarizing outcome of conference call for purpose in determining usefulness to arguments for Charleston site (0.3). | | | |
| | R.T. CARLISLE | 1.40 hrs. | 220.00/hr | $308.00 |
| 02/08/02 | Review information from meeting with DHEC and information concerning options with DHEC in preparation for conference call with Ms. Duff, Mr. Medler, Mr. Obradovic and  Mr. Bucens (1.1); conference call with Ms. Duff, Mr. Medler, Mr. Bucens and Mr. Obradovic to review possible approaches with DHEC concerning remedy selection (0.8). | | | |
| | B.F. HAWKINS | 1.90 hrs. | 240.00/hr | $456.00 |
| 02/08/02 | Partriicipate in conference call with client and Attorney Hawkins regarding remedial action options. | | | |

W. R. Grace & Co.

April 16, 2002
Invoice 498385  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.10 hrs. | 220.00/hr | $242.00 |

02/15/02   Review incoming correspondence and update correspondence subfile to reflect new material.

| | M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |

02/21/02   Participate in conference call of steering committee for site (0.6); draft memorandum regarding information discussed during call for purposes of determining usefulness for Charleston positions (0.3).

| | R.T. CARLISLE | 0.90 hrs. | 220.00/hr | $198.00 |

02/21/02   Review incoming correspondence and update subfile of same to reflect new material; create subfile for documents from Attorney Hawkins.

| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |

02/25/02   Review information on costs of various response options (0.4); review options for proceeding with various remedies with Mr. Bucens, Mr. Obradovic and RMT representatives (1.1).

| | B.F. HAWKINS | 1.50 hrs. | 240.00/hr | $360.00 |

**Fees for Legal Services**.......................................................................................................... **$3,396.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 10.70 | 240.00 | 2,568.00 |
| R.T. CARLISLE | 3.40 | 220.00 | 748.00 |
| M.V. WADDELL | 0.50 | 85.00 | 42.50 |
| L.K. THOMAS | 0.40 | 95.00 | 38.00 |
| TOTAL | 15.00 | $226.43 | $3,396.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/05/2002 | Photocopies 42 Page(s) | 2.10 |
| 02/05/2002 | Telephone 1-225-751-5253 | 0.37 |
| 02/07/2002 | Photocopies 2 Page(s) | 0.10 |
| 02/08/2002 | VENDOR: Cafe Maxx; INVOICE#: 297932; DATE: 02/08/2002 - Meals | 35.75 |
| 02/11/2002 | VENDOR: Guy Emory/Petty Cash; INVOICE#: 021102; DATE: 02/11/2002 - Reimburse Petty Cash - Drink Charges | 3.00 |
| 02/11/2002 | Photocopies 1 Page(s) | 0.05 |
| 02/11/2002 | Telephone 1-410-531-4210 | 0.19 |
| 02/11/2002 | Telephone 1-901-398-9211 | 0.33 |
| 02/25/2002 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$41.99**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.35 |

W. R. Grace & Co.

April 16, 2002
Invoice 498385  Page 3

| Description | Dollars |
|---|---|
| Outside Services | 38.75 |
| Telephone | 0.89 |
| TOTAL | $41.99 |

**Net current billing for this invoice** .................................................................................... **$3,438.49**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| | | A/R BALANCE | $44,755.21 |

W. R. Grace & Co.

April 16, 2002
Invoice 498385  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06032
Charleston

---

| | |
|---|---|
| Fees for Professional Services | $3,396.50 |
| Charges for Other Services Provided/Expenses Incurred | $41.99 |

**Net current billing for this invoice** ................................................................. **$3,438.49**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| | TOTAL A/R BALANCE | | $44,755.21 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                               April 16, 2002
ATTN: Robert A. Emmett, Esq.                         Invoice 498386 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06047 | For Services Through 02/28/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Phoenix | |

| | | | | |
|---|---|---|---|---|
| 02/04/02 | Review incoming file documents and classify same; update correspondence file and create subfolders to reflect recent information. | | | |
| | M.V. WADDELL | 0.10 hrs. | 85.00/hr | $8.50 |
| 02/13/02 | Review, profile and organize URS Final Report. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

**Fees for Legal Services**..................................................................................... **$133.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.10 | 85.00 | 8.50 |
| K. BROWN | 1.00 | 125.00 | 125.00 |
| TOTAL | 1.10 | $121.36 | $133.50 |

**Net current billing for this invoice** ................................................................. **$133.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| | | A/R BALANCE | $12,472.82 |

W. R. Grace & Co.

April 16, 2002
Invoice 498386  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 02/28/02

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | |
|---|---|
| Fees for Professional Services | $133.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................ **$133.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| | TOTAL A/R BALANCE | | $12,472.82 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this _13_ day of ___June___ , 2002

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: _11 - 14 - 2007_