IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| W. R. GRACE & CO., | * Case No. 01-01139 JKF |
| | * Chapter 11 |
| Debtor(s). | * |
| Edythe Kellogg, | * |
| Movant, | * Objections Due: March 11, 2002 |
| v. | * Hearing Date: March 18, 2002 |
| | * Hearing Time: 10:00 a.m. |
| W. R. Grace & Co., | * |
| Respondent. | * |

## ORDER

AND NOW, to wit, this __18__ day of __June__, 2002, having heard and considered the Motion for Relief from Stay filed by KELLOGG, IT IS HEREBY ORDERED, _for the reasons expressed on the record, that the_ ~~that the stay pursuant to 11 U.S.C., Section 362(d) shall be~~ _motion_ _is denied. Movant_ ~~has filed~~ _has filed a proof of claim._ _to ~~modify~~_ ~~modified to permit the Movant to~~ _validate the_ ~~filing of the Litigation and to allow KELLOGG to~~ _The litigation initiated by Movant in state court was_ ~~exercise any and all rights she has under applicable state law against the Debtor's insurance~~ _commenced in violation of the automatic stay and_ ~~policy coverage for this event.~~ _will not be permitted to proceed at this time. Movant's waiver of the $250,000 deductible is not sufficient, in the circumstances of this case, to permit the action to go forward without prejudice to other unsecured creditors in this estate for the reasons stated in Debtor's pleadings & briefs and as further expressed on the record by the court, which record is incorporated herein as part of the court's findings & conclusions._

_Debtor shall commence any objection to the proof of claim within 30 days._

Judge /s/ JK Fitzgerald

#1651 2/8/02

cc SEE SERVICE LIST ATTACHED.