IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: July 9, 2002 @ 4 p.m.** |

**THIRD MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD FEBRUARY 1, 2002 THROUGH APRIL 30, 2002**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2002 through April 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $41,833.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $517.49 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | Pending | Pending |

{D0002762:1}

| | | | | | |
|---|---|---|---|---|---|
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $00.00 | Pending | Pending |
| 4/30/02 | September, 2001 | $8,578.00 | $00.00 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD FEBRUARY 1, 2002 TO APRIL 30, 2002

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 56.30 | $500.00 | $28,150.00 |
| Dan Relles, Statistician, 28+ years | 39.20 | $330.00 | $12,936.00 |
| Patricia Ebener, Senior Researcher, 25+ years | 2.30 | $240.00 | $552.00 |
| Marygail Brauner, Senior Researcher, 12 years | 0.30 | $185.00 | $55.50 |
| William Brelsford, Senior Statistician, 30+ years | 0.70 | $200.00 | $140.00 |
| **Total** | **98.80** | **$291.00** | **$41,833.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/1/02 through 4/30/02 | Total Fees for the Period 2/1/02 through 4/30/02 |
|---|---|---|
| Committee Matters (17) | 6.0 | $2,847.00 |
| Asbestos: Claims Analysis & Valuations (02) | 72.20 | $30,266.00 |
| Compensation of Professionals (18) | 4.0 | $1,739.00 |
| Plan/Disclosure Statement/Voting Issue (36) | 16.6 | $6,981.50 |
| **Grand totals** | **98.80** | **$41,833.50** |

{D0002762:1 }    2

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period November 1, 2001 through January 31, 2002 |
|---|---|---|
| Coding | Kathleen M. Silverman | $517.49 |
| **Total:** | | **$517.49** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Dated: June 18, 2002

{D0002762:1 }    3