```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 1



                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                     HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 02/03/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
 #7001      Modified plaintiff attorney code list               240.00

 02/09/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
 #7002      Check coding production                              240.00

 02/14/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
 #7003      Meet with Peterson re collection of verdict data    240.00

 02/14/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
 #6518      Meet with Ebener re: collection of verdict data     500.00

 02/16/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
 #7004      Reconcile coder hours                                240.00

 02/17/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
 #7005      Inventory completed cases; missing issues of         240.00
            reporter

 02/24/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
 #7006      Review coding problems                               240.00

 03/05/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.0   1000.00
 #6525      Prepare for meeting with Inselbuch; review analyses  500.00
            and documents

 03/10/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
 #6717      archive and extract data from disks                  330.00

 03/11/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
 #6527      Telephone Relles; discuss status of work             500.00

 03/11/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.1     33.00
 #6718      telephone Peterson re: discuss status of work        330.00

 03/12/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
 #6528      Review documents re: KPMG                            500.00

 03/12/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.5    165.00
 #6719      memo to Lockwood on WR Grace data                    330.00
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
 #6529     Review documents re: KPMG                               500.00

 03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.6    300.00
 #6530     Telephone calls Relles (2); Finch (2), send memo re:    500.00
           data

 03/13/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
 #6720     telephone Peterson re: data                             330.00

 03/18/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.4    792.00
 #6721     read in data from Caplin-Drysdale; fix problems with    330.00
           Grace98; review information on the various cd-roms

 03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
 #6532     Review files, plan further analyses                     500.00

 03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
 #6533     Telephone Relles re: data                               500.00

 03/19/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.5    495.00
 #6723     find and print ARPC reports from cdroms; begin to       330.00
           review reports

 03/20/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  4.1   2050.00
 #6534     Review ARPC materials                                   500.00

 03/22/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
 #6535     telephone Relles re: ARPC models                        500.00

 03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
 #6724     read Rourke letters and reports on Grace                330.00

 03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.1     33.00
 #6725     telephone Peterson re: various ARPC models              330.00

 03/23/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
 #7007     Resolve coding problems                                 240.00

 03/24/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
 #7008     Resolve coding problems                                 240.00

 03/26/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
 #6726     telephone Peterson and Finch re: review cdroms          330.00
           received, discuss general strategy for proceeding
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 3

                       W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 03/27/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 5.8   2900.00
 #6538     Review materials on Debtors' estimations              500.00

 04/05/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation 0.4     96.00
 #7009     Resolve coding problems                               240.00

 04/12/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 3.7   1850.00
 #6540     Review prior affidavit; draft affidavit               500.00

 04/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 3.9   1950.00
 #6541     Review Florence documents; draft notes on analyses    500.00

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 3.0    990.00
 #6731     review all datasets on ARPC's cdroms to obtain WR     330.00
           Grace datasets and documentation for them

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 4.8   1584.00
 #6732     process WR Grace data, build datasets to use as the   330.00
           basis for projections

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 2.8    924.00
 #6733     aggregate datasets to obtain filing and settlement    330.00
           statistics

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 2.2    726.00
 #6734     project number of claims and liabilities as of 1995,  330.00
           1997, and 1998

 04/16/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 7.3   3650.00
 #6542     Review Florence documents; review data; telephone     500.00
           Relles (several 2.2 hours)

 04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 2.2    726.00
 #6736     telephone Peterson (several) re: review preliminary   330.00
           results

 04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 2.5    825.00
 #6737     read Florence report; modify prediction methods to    330.00
           get closer to Florence's results

 04/17/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 2.5   1250.00
 #6543     Review analysis files; memo to attorneys; telephone   500.00
           Relles re: conference call
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 4

                     W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
04/17/02    Relles    / (02) Asbestos: Claims Analysis & Valuation  2.0   660.00
#6738       prepare data shipment for conference call, send to     330.00
            Finch and Swett

04/17/02    Relles    / (02) Asbestos: Claims Analysis & Valuation  0.5   165.00
#6739       telephone Peterson re: review materials for            330.00
            conference call

04/17/02    Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2   396.00
#6740       prepare additional materials for conference call       330.00

04/17/02    Relles    / (02) Asbestos: Claims Analysis & Valuation  1.6   528.00
#6741       participation in conference call                       330.00

04/20/02    Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7010       Annotate coding specs based on coding problem          240.00
            resolution

04/21/02    Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7011       Meeting Peterson to review coding problem              240.00
            resolutions

04/21/02    Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2   100.00
#6547       Meet with Ebener to review questions                   500.00

04/22/02    Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7012       Assign new cases; review specs w/ coder                240.00

03/06/02    Peterson  / (17) Committee Matters & Creditor Mtgs     0.4    200.00
#6526       Meet with Inselbuch; discuss analyses                  500.00

03/19/02    Peterson  / (17) Committee Matters & Creditor Mtgs     0.2    100.00
#6531       Telephone Finch & Relles re: analysis                  500.00

03/19/02    Relles    / (17) Committee Matters & Creditor Mtgs     0.5    165.00
#6722       telephone Finch (.2) re: schedule; telephone           330.00
            Peterson (.3) re: figuring out the information
            provided

03/26/02    Peterson  / (17) Committee Matters & Creditor Mtgs     1.0    500.00
#6537       Telephone Conference Finch and Relles; prepare for     500.00
            call

04/16/02    Relles    / (17) Committee Matters & Creditor Mtgs     0.1     33.00
#6735       reply to Finch email                                   330.00
```

{D0002563:1 }

```
Date: 05/02/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 5

                     W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
04/17/02   Peterson  / (17) Committee Matters & Creditor Mtgs    3.0     1500.00
#6544      Conference call with Finch, Swett, Relles; followup 500.00
           conversation with Relles

04/25/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.3      150.00
#6549      Conference call, Relles and Finch re: ARPC          500.00

04/25/02   Relles    / (17) Committee Matters & Creditor Mtgs    0.3       99.00
#6750      conference call, Finch and Peterson, re: ARPC models 330.00

04/29/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.2      100.00
#6551      Telephone Inselbuch                                 500.00

02/10/02   Peterson  / (18) Compensation of Professionals        1.0      500.00
#6513      Billing, preparation of fee applications            500.00

02/11/02   Peterson  / (18) Compensation of Professionals        1.0      500.00
#6514      Billing, preparation of fee applications            500.00

04/24/02   Brelsford / (18) Compensation of Professionals        0.7      140.00
#7201      develop software revisions to billing programs to  200.00
           accommodate new reporting requirements

04/28/02   Peterson  / (18) Compensation of Professionals        1.0      500.00
#6550      Billing and fee application                        500.00

04/28/02   Relles    / (18) Compensation of Professionals        0.3       99.00
#6751      revise billing programs to comply with new         330.00
           bankruptcy reporting requirements

02/01/02   Brauner   / (36) Plan/Disclosure Statement/Voting Issu 0.3      55.50
#6901      work on graphics describing state by state         185.00
           variations in settlement amounts; meet with Relles

02/01/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.1      50.00
#6501      telephone Relles re: state by state variations and 500.00
           graphics

02/01/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.8     400.00
#6502      Prepare tables for meeting; memo on TDP suggestions 500.00

02/01/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu 0.3      99.00
#6701      revise tables and graphics on state by state       330.00
           variations
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 6

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/01/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6702     meet with Brauner re: graphics                         330.00

 02/02/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6503     Prepare tables for meeting; memo on TDP suggestions    500.00

 02/03/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6703     investigate alternative definitions of states to       330.00
           focus on by disease

 02/04/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.7   350.00
 #6504     Meet with Relles, review status of projects            500.00

 02/04/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
 #6505     Telephone Inselbuch and Relles; run alternative TDP    500.00
           and send results to Inselbuch

 02/04/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.7   231.00
 #6704     meeting Peterson re: review status of projects         330.00

 02/04/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6705     develop tables, run revised TDP for Inselbuch; tel     330.00
           Peterson re: output

 02/05/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6506     Analyses of TDP; analyses of individual review; memo   500.00
           and phone calls to Relles

 02/05/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6706     telephone Peterson re: responding to Inselbuch         330.00
           requests

 02/05/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6707     perform follow-up computations for memo to Inselbuch   330.00

 02/06/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
 #6507     Review files; memo to Slocombe re: testimony           500.00

 02/06/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6508     Analyses of TDP; analyses of individual review; memo   500.00
           and phone calls to Relles

 02/07/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.8   400.00
 #6509     Analyses of TDP; analyses of individual review; memo   500.00
           and phone calls to Relles
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 7

                    W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/07/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6510      Review files; memo to Slocombe re: testimony         500.00

 02/07/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6708      develop distribution of settlement values for         330.00
            various proposed lower and upper bound trust
            payments; telephone Peterson re: modifications and
            results

 02/08/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
 #6511      Analysis and draft memo to Inselbuch re: individual   500.00
            review

 02/08/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6512      Review files; memo to Slocombe re: testimony         500.00

 02/12/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
 #6515      Telephone Inselbuch; Davis                           500.00

 02/12/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
 #6516      Review TDP documents                                 500.00

 02/13/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6517      Work on revisions to TDP                             500.00

 02/14/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
 #6519      telephone Relles re: payments and use of             500.00
            extraordinary values

 02/14/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6520      Review latest version of TDP                         500.00

 02/14/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6709      compute new payment parameters, run additional       330.00
            simulations, summarize and send to Peterson

 02/14/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6710      telephone Peterson re: computing mean payments when  330.00
            extraordinary values are allowed

 02/14/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6711      plan additional simulation variations with payment   330.00
            for extraordinary values
```

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 8

                   W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/15/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6521     Telephone Inselbuch; Relles                        500.00

 02/15/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6712     compute and analyze how the percent of payments to 330.00
           cancer and severe asbestosis changes over time;
           telephone Peterson re: trends in percent payments

 02/21/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6522     Analysis of TDP                                    500.00

 02/21/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6713     analysis of trends in percent cancer over time    330.00

 02/23/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.5   165.00
 #6714     rerun Trust simulations and produce output        330.00
           sufficient for analyzing trends in percent cancer;
           analyze trends in numbers and values of claims

 02/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6523     telephone Relles re: percent cancer trends         500.00

 02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6715     telephone Peterson re: trends in percent cancers, 330.00
           graphical and tabular summaries of trends

 02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6716     produce summaries of percent cancer trends for    330.00
           Peterson memo

 03/02/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6524     Analysis of payments to future claimants           500.00

 03/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.5   250.00
 #6536     Review memos and simulations of TDP; review latest 500.00
           TDP draft

 03/29/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.6   198.00
 #6727     review old Trust simulation programs for multiple 330.00
           defendants; integrate into single system of programs

 03/30/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.4   132.00
 #6728     finish development and testing of integrated Trust 330.00
           simulation software; check results
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 9

                       W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 03/31/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6539     Meet with Relles re: Washington meeting            500.00

 03/31/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6729     Peterson meeting re: review status of methods for  330.00
           Washington meeting

 03/31/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6730     read 3/20/02 draft TDP; telephone Peterson re:     330.00
           correspondence between draft language and Trust
           simulation parameters

 04/17/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6742     telephone Peterson re: paying interest for         330.00
           liquidated claims, defining significant occupational
           exposure

 04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6743     consolidate computer code for different defendants, 330.00
           redo exposure estimates, projections; summarize
           results and send to Peterson

 04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6744     telephone Peterson re: results of projections and  330.00
           TDP simulations

 04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6745     revise exposure distribution logic to conform with 330.00
           new TDP; rerun projections

 04/19/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6545     Prepare for Lederer meeting                        500.00

 04/19/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
 #6546     Meet with Lederer and Relles re: TDP analysis      500.00

 04/19/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6746     prepare materials for meeting with Mark Lederer to 330.00
           discuss TDP

 04/19/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6747     meeting: Lederer and Peterson re: TDP              330.00
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 10

                        W. R. Grace (continued)


Date/Slip#  Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
04/21/02    Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.4   132.00
#6748       prepare several tables summarizing results across       330.00
            all clients

04/22/02    Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
#6548       telephone Relles re: review projections and TDP for     500.00
            several clients

04/22/02    Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6749       telephone Peterson re: review of projections and TDP    330.00
            for all clients
-------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 11

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                          February 2002 - April 2002

 MONTH        ACTIVITY                                         HOURS    AMOUNT
 ------------------------------------------------------------------------------
 February  - (02) Asbestos: Claims Analysis & Valuations        1.3     338.00
 February  - (18) Compensation of Professionals                 2.0    1000.00
 February  - (36) Plan/Disclosure Statement/Voting Issue       12.0    5208.50
 February  - (99) Total                                        15.3    6546.50

 March     - (02) Asbestos: Claims Analysis & Valuations       29.8   13436.00
 March     - (17) Committee Matters & Creditor Mtgs             2.1     965.00
 March     - (36) Plan/Disclosure Statement/Voting Issue        2.4     945.00
 March     - (99) Total                                        34.3   15346.00

 April     - (02) Asbestos: Claims Analysis & Valuations       41.1   16492.00
 April     - (17) Committee Matters & Creditor Mtgs             3.9    1882.00
 April     - (18) Compensation of Professionals                 2.0     739.00
 April     - (36) Plan/Disclosure Statement/Voting Issue        2.2     828.00
 April     - (99) Total                                        49.2   19941.00

 Total     - (02) Asbestos: Claims Analysis & Valuations       72.2   30266.00
 Total     - (17) Committee Matters & Creditor Mtgs             6.0    2847.00
 Total     - (18) Compensation of Professionals                 4.0    1739.00
 Total     - (36) Plan/Disclosure Statement/Voting Issue       16.6    6981.50
 Total     - (99) Total                                        98.8   41833.50
 ------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 12

                         W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Person
                          February 2002 - April 2002

  MONTH         PERSON                                           HOURS     AMOUNT
  ------------------------------------------------------------------------------
  February   - Relles                                              4.1    1353.00
  February   - Peterson                                            9.7    4850.00
  February   - Brauner                                             0.3      55.50
  February   - Ebener                                              1.2     288.00
  February   - Total                                              15.3    6546.50

  March      - Relles                                             10.0    3300.00
  March      - Peterson                                           23.9   11950.00
  March      - Ebener                                              0.4      96.00
  March      - Total                                              34.3   15346.00

  April      - Relles                                             25.1    8283.00
  April      - Peterson                                           22.7   11350.00
  April      - Ebener                                              0.7     168.00
  April      - Brelsford                                           0.7     140.00
  April      - Total                                              49.2   19941.00

  Total      - Relles                                             39.2   12936.00
  Total      - Peterson                                           56.3   28150.00
  Total      - Brauner                                             0.3      55.50
  Total      - Ebener                                              2.3     552.00
  Total      - Brelsford                                           0.7     140.00
  Total      - Total                                              98.8   41833.50
  ------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                             Page 13

                          W. R. Grace (continued)

              Summary Of Time Charges, By Activity, Month, and Person
                           February 2002 - April 2002

MONTH       PERSON                                      HOURS    RATE    AMOUNT
-------------------------------------------------------------------------------
(02) Asbestos: Claims Analysis & Valuations

February  - Peterson                                      0.1    500.      50.00
February  - Ebener                                        1.2    240.     288.00
March     - Relles                                        8.0    330.    2640.00
March     - Peterson                                     21.4    500.   10700.00
March     - Ebener                                        0.4    240.      96.00
April     - Relles                                       22.8    330.    7524.00
April     - Peterson                                     17.6    500.    8800.00
April     - Ebener                                        0.7    240.     168.00

(17) Committee Matters & Creditor Mtgs

March     - Relles                                        0.5    330.     165.00
March     - Peterson                                      1.6    500.     800.00
April     - Relles                                        0.4    330.     132.00
April     - Peterson                                      3.5    500.    1750.00

(18) Compensation of Professionals

February  - Peterson                                      2.0    500.    1000.00
April     - Relles                                        0.3    330.      99.00
April     - Peterson                                      1.0    500.     500.00
April     - Brelsford                                     0.7    200.     140.00

(36) Plan/Disclosure Statement/Voting Issues

February  - Relles                                        4.1    330.    1353.00
February  - Peterson                                      7.6    500.    3800.00
February  - Brauner                                       0.3    185.      55.50
March     - Relles                                        1.5    330.     495.00
March     - Peterson                                      0.9    500.     450.00
April     - Relles                                        1.6    330.     528.00
April     - Peterson                                      0.6    500.     300.00
-------------------------------------------------------------------------------
```

```
Date: 05/02/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 14

                    W. R. Grace (continued)



                Total Expenses    --   $517.49


         Coding Asbestos Verdict Data        $517.49
--------------------------------------------------------------------------
```

{D0002563:1 }