# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2001 THROUGH SEPTEMBER 30, 2001 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses[3] | Holdback Fees[4] |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $ 3,135.22 | $46,034.00 | 3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.40 | $ 4,130.52 | $60,568.40 | 4,077.17 | $15,142.10 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 5.70 | $ 1,995.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 33.00 | $ 13,310.00 |
| 46 | IRS Tax Litigation | 344.00 | $117,948.00 |
| | **Total** | 382.70 | $133,253.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 169.21 |
| Copies – Matter 32 | $ 1.65 |
| Copies – Matter 46 | $ 456.45 |
| Computer Database Research | $ 3,758.00 |
| Duplicating Supplies | $ |
| Federal Express/Overnight Messenger | $ 13.76 |
| Facsimile | $ 25.00 |
| Hotel | $ 1,370.39 |
| Travel Meals & Expenses | $ 556.22 |
| Local Transportation/Parking | $ 397.11 |
| Airfare | $ 361.50 |
| **Total** | **$ 7,109.29** |

---

[3] S&J inadvertently charged more than the allowable amounts for copying and fax costs. The approved expenses reflect a reduction for the overcharges. The cumulative expense summary listed herein also reflects the reduced expenses.

[4] For July, S&J was already paid $50,000. 80% of July fees plus expenses exceeded $50,000. Thus, S&J requested no interim payment for July. The S&J hold-back amount was therefore 100% of Fees, plus expenses, minus $50,000, or $10,574.62.