## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2001 THROUGH DECEMBER 31, 2001 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses[3] | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.00 |
| 05/09/02 | 10/01/01 - 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 4.30 | $1,505.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 207.40 | $67,208.00 |
|  | Total | 211.70 | $68,713.00 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 77.27 |
| Copies – Matter 32 | $ 24.40 |
| Copies – Matter 46 | $ 238.10 |
| Computer Database Research | $ 464.21 |
| Duplicating Supplies | $ 1.25 |
| Federal Express/Overnight Messenger | $ 159.49 |
| Facsimile | $ 2.00 |
| Hotel | $ .00 |
| Travel Meals & Expenses | $ .00 |
| Local Transportation/Parking | $ .00 |
| Airfare | $ .00 |
| Total | $ 966.72 |

---

[3] S&J inadvertently charged more than the allowable amounts for copying and fax costs in its March 29, 2002 applications. The approved expenses reflect a reduction for the overcharge. The cumulative expense summary listed herein also reflects the reduced expenses.