# EXHIBIT C

EXHIBIT C

**EXPENSES FOR THE FEE PERIOD JANUARY 1, 2002 THROUGH MARCH 31, 2002**

**EXPENSES FOR THE FEE PERIOD**
**JANUARY 1, 2002 THROUGH JANUARY 31,2002**

Engagement Costs – Carteret Warehouse Subleases

| | | |
|---|---|---|
| Express Delivery | | 10.00 |
| Telephone | | 2.03 |
| | Matter Total Engagement Cost | 12.03 |

Engagement Costs – Gahrs, Inc., et. al.

| | | |
|---|---|---|
| Duplicating | | 7.00 |
| Express Delivery | | 233.60 |
| Telephone | | 5.81 |
| | Matter Total Engagement Cost | 246.41 |

Engagement Costs – Intercat, Inc., et. al.

| | | |
|---|---|---|
| Computer Assisted Research | | 86.13 |
| Computer Assisted Research | | 39.00 |
| Document Access Facility - January 2002 | | 716.00 |
| Duplicating | | 93.24 |
| Express Delivery | | 83.14 |
| Postage | | 128.18 |
| Telephone | | 131.38 |
| Travel and Miscellaneous Expense | | 1774.26 |
| | Matter Total Engagement Cost | 3,051.33 |

Engagement Costs – Lampetr Joint Venture/WRG

| | | |
|---|---|---|
| Telephone | | 0.59 |
| | Matter Total Engagement Cost | 0.59 |

Engagement Costs – Commercial Union Ins. Co. v. Swiss Reinsurance America Corp.

| | | |
|---|---|---|
| Duplicating | | 22.26 |

| | |
|---|---|
| Express Delivery | 124.68 |
| Facility Copying Expense | 1873.76 |
| Telephone | 19.56 |
| Matter Total Engagement Cost | 2,040.26 |

Engagement Costs – NY Superfund Action

| | |
|---|---|
| Computer Assisted Research | 35.31 |
| Document Access Facility | 5140.88 |
| Duplicating | 9.52 |
| Express Delivery | 76.26 |
| Facility Copying Expense | 168.28 |
| Telephone | 35.40 |
| Matter Total Engagement Cost | 5,465.65 |

Engagement Costs – Asbestos Issues Before Bankruptcy Court

| | |
|---|---|
| Duplicating | 53.20 |
| Express Delivery | 8.06 |
| Vendor: Paid Gann Law Books for service | 305.42 |
| Matter Total Engagement Cost | 366.68 |

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2002 THROUGH FEBRUARY 28,2002

Engagement Costs – NY Superfund Action

| | |
|---|---|
| Document Access Facility | 4296.00 |
| Postage | 11.85 |
| Telephone | 5.70 |
| Matter Total Engagement Cost | 4,313.55 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---|
| Postage | 1.02 |
| Matter Total Engagement Cost | 1.02 |

Engagement Costs - Asbestos Issues Before Bankruptcy Court

| | | |
|---|---|---:|
| | Express Delivery | 9.26 |
| | Travel and Miscellaneous Expense | 136.95 |
| | **Matter Total Engagement Cost** | 146.21 |

Engagement Costs - Weja, Inc.

| | | |
|---|---|---:|
| | Duplicating | 251.30 |
| | Postage | 2.38 |
| | Telephone | 15.07 |
| | **Matter Total Engagement Cost** | 268.75 |

Engagement Costs - Carteret Warehouse Subleases

| | | |
|---|---|---:|
| | Duplicating | 9.24 |
| | Postage | 0.57 |
| | Telephone | 2.28 |
| | **Matter Total Engagement Cost** | 12.09 |

Engagement Costs - Intercat, Inc. et al.

| | | |
|---|---|---:|
| | Computer Assisted Research | 8.00 |
| | Document Access Facility | 1432.00 |
| | Duplicating | 96.18 |
| | Telephone | 41.26 |
| | Travel and Miscellaneous Expense | 2273.12 |
| | **Matter Total Engagement Cost** | 3,850.56 |

Engagement Costs - West Deptford Property

| | | |
|---|---|---:|
| | Telephone | 0.57 |
| | **Matter Total Engagement Cost** | 0.57 |

3

| | | |
|---|---|---:|
| 01/02/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 13.23 |
| 01/02/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 13.23 |
| 01/03/02 | PD UPS TO CHICAGO IL;AJM;CK# 230355 | 9.16 |
| 01/03/02 | PD UPS TO BOCA RATON FL;AJM;CK# 230355 | 9.32 |
| 01/03/02 | PD UPS TO COLUMBIA MD;AJM;CK# 230355 | 7.74 |
| 01/04/02 | PD UPS TO CHICAGO IL;AJM;CK# 230355 | 20.54 |
| 02/15/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 231641 | 9.84 |
| | Computer Assisted Research | 40.00 |
| | Duplicating | 205.26 |
| | Express Delivery | 19.98 |
| | Postage | 3.95 |
| | Telephone | 27.08 |

Matter Total Engagement Cost     379.33

## EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2002 THROUGH MARCH 31, 2002

Engagement Costs – Chapter 11 Administration

| | |
|---|---:|
| Duplicating | $91.70 |
| Express Delivery | $55.94 |
| Telephone | $1.14 |

Matter Total Engagement Cost     $148.78

Engagement Costs - Gemini Sound Products Corp.

| | |
|---|---:|
| Postage | $0.57 |
| Telephone | $11.40 |

Matter Total Engagement Cost     $11.97

Engagement Costs - Intercat, Inc. et al.

| | |
|---|---:|
| Computer Assisted Research | $8.25 |
| Document Access Facility | $1432.00 |
| Duplicating | $9.94 |
| Telephone | $51.78 |
| Travel and Miscellaneous Expense | $61.45 |

Matter Total Engagement Cost     $1,563.42

4

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---:|
| Telephone | $9.39 |
| Matter Total Engagement Cost | $9.39 |

Engagement Costs - NY Superfund Action

| | |
|---|---:|
| Computer Assisted Research | $9.26 |
| Document Access Facility | $4296.00 |
| Matter Total Engagement Cost | $4,305.26 |

Engagement Costs - Phenix City, Alabama Lease

| | |
|---|---:|
| Postage | $2.98 |
| Matter Total Engagement Cost | $2.98 |

Engagement Costs - Weja, Inc.

| | |
|---|---:|
| Computer Assisted Research | $10.51 |
| Duplicating | $1.40 |
| Telephone | $22.74 |
| Matter Total Engagement Cost | $34.65 |