Fourth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Application. Accordingly, it is hereby

ORDERED that the Fourth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Pitney, Hardin the sum of $136,517.10 as compensation and $26,231.48 as reimbursement of expenses, for a total of $162,748.58 for services rendered and disbursements incurred by Pitney, Hardin for the period January 1, 2002 through March 31, 2002, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court