UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE:                          :    Chapter 11
                                :    Case Nos. 01-1139 through 01-1200
W.R. GRACE & CO., et al.,:
                                :
      Debtors.                  :
------------------------------

### ORDER CONCERNING BRIEFING OF MOTION
### FOR ENTRY OF A CASE MANAGEMENT ORDER
### GOVERNING ASBESTOS PERSONAL INJURY CLAIMS

This matter having been opened by the Court upon its own motion in the above-captioned Chapter 11 case, and the Court having requested counsel for the interested parties to appear before it at a case management conference on May 22, 2002 in order to discuss case management issues in the case, and counsel for the Debtors, Unsecured Creditors' Committee, Asbestos Personal Injury Claimants' Committee, and Asbestos Property Damage Claimants' Committee having duly appeared before the Court at the May 22, 2002 case management conference, and Debtors having moved for the entry of a case management order with respect to asbestos personal injury claims and other parties representing that they wish to advance competing proposals for case management regarding personal injury claims, and the Court having put the parties on notice that it would order briefing of the various proposals in accordance with the schedule set forth below,

It is on this 19th day of June, 2002

ORDERED that Debtors are to submit a brief not to exceed

forty-five (45) pages in length by June 21, 2002, concerning their proposal for case management of asbestos personal injury claims to determine Debtors' liability to asbestos personal injury claimants; and it is further

ORDERED that the Asbestos Personal Injury Claimants' Committee is to submit a response to the Debtors' brief including, if desired, a counter-proposal for case management of asbestos personal injury claims to determine Debtors' liability to asbestos personal injury claimants, not to exceed forty-five (45) pages in length by July 22, 2002; and it is further

ORDERED that the Asbestos Property Damage Claimants' Committee and the Unsecured Creditors' Committee may submit briefs concerning the proposals of the Debtors and the Asbestos Personal Injury Claimants' Committee not to exceed fifteen (15) pages in length by August 6, 2002; and it is further

ORDERED that the Asbestos Personal Injury Claimants' Committee and Debtors are each to submit final replies to the others' proposals not to exceed fifteen (15) pages in length by August 21, 2002.

ALFRED M. WOLIN, U.S.D.J.