IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NO ORDER REQUIRED
### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 2140

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirteenth Monthly Interim Application of Wallace King Marraro & Branson PLLC ("WKMB") for Compensation and for Reimbursement of Expenses for April 1, 2002 through April 30, 2002 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 20, 2002.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and

331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors

are authorized to pay WKMB $63,704.72 which represents 80% of the fees ($79,630.90), and

$6,584.06 which represents 100% of the expenses requested in the Application for the period

April 1, 2002 through April 30, 2002, upon the filing of this Certification and without the need

for entry of a Court order approving the Application.

Dated: June  21 , 2002

                  KIRKLAND & ELLIS
                  James H.M. Sprayregen, P.C.
                  James W. Kapp III
                  Christian J. Lane
                  Roger J. Higgins
                  200 East Randolph Drive
                  Chicago, Illinois 60601
                  Telephone:    (312) 861-2000
                  Facsimile:    (312) 861-2200

                  and

                  PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                  Laura Davis Jones (Bar No. 2436)
                  Hamid R. Rafatjoo (California Bar No. 181564)
                  David W. Carickhoff, Jr. (Bar No. 3715)
                  919 N. Market Street, 16th Floor
                  P.O. Box 8705
                  Wilmington, Delaware 19899-8705
                  Telephone:    (302) 652-4100
                  Facsimile:    (302) 652-4400

                  Co-Counsel to Debtors and Debtors-in-Possession