IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly-Administered |
| | ) | |
| | ) | **Objections due by: 7/5/02 @ 4:00 p.m.** |
| | ) | **Hearing Date: 7/22/02 @ 10:00 a.m.** |

## NOTICE OF MOTION

TO:   All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed the attached Motion of The Official Committee of Asbestos Property Damage Claimants For (A) Modification of the Order Establishing Case Management Procedures and Hearing Schedule (B) Clarification of Order as to All Non-asbestos Claims, Asbestos Property Damage Claims, And Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms And (III) Approving Notice Program And, (C) to Extend or Abate Deadlines For Submission of Information or Certification by "Counsel of Record" Until Clarification Thereof ("Motion").

Objections or responses, if any, to the attached motion must be filed on or before **July 5, 2002 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware and at the same time served upon the undersigned counsel and the parties listed on the attached service list.

HEARING ON THE MOTION WILL BE HELD ON   **July 22, 2002 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 21, 2002                                            FERRY, JOSEPH & PEARCE, P.A.


                                                                                 /s/ Theodore J. Tacconelli
                                                                                Theodore J. Tacconelli, Esq. (No.2678)
                                                                                Rick S. Miller, Esq.  (No. 3418)
                                                                                824 Market Street, Suite 904
                                                                                P.O. Box 1351
                                                                                Wilmington, DE 19899
                                                                                (302) 575-1555
                                                                                Local Counsel for the Official Committee
                                                                                of Asbestos Property Damage Claimants

                                                                                -and-

Scott L. Baena, Esq. (admitted pro hac vice)
Jay M. Sakalo, Esq. (admitted pro hac vice)
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants

F:\Meredith\TJT\WRGraceCommittee\motion.for.clarification.notice.wpd