IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| W. R. GRACE & CO., et al., | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## ORDER

AND NOW, to wit, this _____ day of _____, 2002, the Court having heard and considered the MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS (A) FOR MODIFICATION OF THE COURT'S ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE (B) CLARIFICATION OF ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS: (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM AND, (C) TO EXTEND OR ABATE DEADLINES FOR SUBMISSION OF INFORMATION OR CERTIFICATION BY "COUNSEL OF RECORD" UNTIL CLARIFICATION THEREOF ("The Motion"), IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. This Court's Order dated April 24, 2002 Establishing Case Management Procedures and Hearing Scheduled (Dkt. No. 1909) is hereby modified to permit the Motion to be heard on its merits at the July 22, 2002 omnibus hearing.

3. This Court's Bar Date Order dated April 25, 2002 (Dkt. No. 1963) is clarified and the deadlines therein extended as stated by the Court on the record at the hearing of this matter.

4. The parties to shall submit a form of order consistent therewith.

_____

Judith K. Fitzgerald
United States Bankruptcy Judge