UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., Debtors. | : Chapter 11<br>: Case Nos. 00-4471, 00-4469,<br>:             00-4470 |
| IN RE: W. R. GRACE & CO., et al., Debtors. | : Chapter 11<br>: Case Nos. 01-1139 through 01-1200 |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., Debtors. | : Chapter 11<br>: Case Nos. 01-10578, et al. |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., Debtors. | : Chapter 11<br>: Case Nos. 01-2094 through 01-2104 |
| IN RE: OWENS CORNING, et al., Debtors. | : Chapter 11<br>: Case Nos. 00-3837 through 00-3854 |

IN RE:    GENERAL ASBESTOS

**FIRST INTERIM ORDER ALLOWING FEES AND EXPENSES TO
THE COURT APPOINTED ADVISOR C. JUDSON HAMLIN**

This matter having been opened before the Court upon the first application of the Court Appointed Advisor, C. Judson

Hamlin; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtors' estates and not duplicative of any other services rendered and for other good cause shown

IT IS on this 14TH day of JUNE, 2002,

ORDERED that the first application of C. Judson Hamlin for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $11,174.20; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be allocated among the debtors as follows:

$2,232.00 in fees and $2.84 in expenses against Federal Mogul, Inc.;

$2,232.00 in fees and $2.84 in expenses against W.R. Grace & Co.;

$2,232.00 in fees and $2.84 in expenses against Armstrong World Industries, Inc.;

$2,232.00 in fees and $2.84 in expenses against Owens Corning; and

$2,232.00 in fees and $2.84 in expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to C. Judson Hamlin the amounts as set forth herein; and it is further

ORDERED that amounts received by C. Judson Hamlin pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

ALFRED M. WOLIN, U.S.D.J.

387078

3