IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly-Administered |
| | ) | |
| | ) | **Objections due by: 7/5/02 @ 4:00 p.m.** |
| | ) | **Hearing Date: 7/22/02 @ 10:00 a.m.** |

## NOTICE OF MOTION

TO:   All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed the attached Motion of The Official Committee of Asbestos Property Damage Claimants (A) For Clarification of Order as to All Non-asbestos Claims, Asbestos Property Damage Claims, And Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms And (III) Approving Notice Program, (B) To Extend or Abate Deadlines For Submission of Information or Certification by "Counsel of Record" Until Clarification Thereof and, (C) For Modification of the Court's Order Establishing Case Management Procedures and Hearing Schedule ("Motion").

Objections or responses, if any, to the attached motion must be filed on or before **July 5, 2002 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware and at the same time served upon the undersigned counsel and the parties listed on the attached service list.

HEARING ON THE MOTION WILL BE HELD ON  **July 22, 2002 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 21, 2002                    FERRY, JOSEPH & PEARCE, P.A.

                         /s/ Theodore J. Tacconelli
                        Theodore J. Tacconelli, Esq. (No.2678)
                        Rick S. Miller, Esq. (No. 3418)
                        824 Market Street, Suite 904
                        P.O. Box 1351
                        Wilmington, DE 19899
                        (302) 575-1555
                        Local Counsel for the Official Committee
                        of Asbestos Property Damage Claimants

        -and-

Scott L. Baena, Esq. (admitted <u>pro</u> <u>hac</u> <u>vice</u>)
Jay M. Sakalo, Esq. (admitted <u>pro</u> <u>hac</u> <u>vice)</u>
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants

F:\Meredith\TJT\WRGraceCommittee\new.motion.for.clarification.notice.wpd