**CERTIFICATE OF SERVICE**

  I, Theodore J. Tacconelli, Esquire, hereby certify that on this 21st day of June, 2002, I caused one copy of the foregoing Motion of The Official Committee of Asbestos Property Damage Claimants (A) For Clarification of Order as to All Non-asbestos Claims, Asbestos Property Damage Claims, And Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms And (III) Approving Notice Program, (B) To Extend or Abate Deadlines For Submission of Information or Certification by "Counsel of Record" Until Clarification Thereof and, (C) For Modification of the Court's Order Establishing Case Management Procedures and Hearing Schedule, to be served upon the following parties in the manner indicated:

  SEE ATTACHED 2002 SERVICE LIST

  Upon penalty of perjury I declare that the foregoing is true and correct.

                /s/ Theodore J. Tacconelli
                Theodore J. Tacconelli, Esquire (#2678)