Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      12

Costs and Expenses

PREVIOUS BALANCE                                      $5,109.77

| | | |
|---|---|---|
| 05/03/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 05/03/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 05/03/02 | FAX to Robert C. Spohn - 4 pages | 2.00 |
| 05/03/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 05/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 199.50 |
| 05/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 234.17 |
| 05/06/02 | FAX to 18 Parties of Record - 8 pages | 72.00 |
| 05/10/02 | Federal Express to Warren Smith on 5/3/02 | 49.31 |
| 05/12/02 | FAX to Russell Budd - 19 pages | 9.50 |
| 05/12/02 | FAX to Perry Weitz - 19 pages | 9.50 |
| 05/12/02 | FAX to Larry Tersigni - 19 pages | 9.50 |
| 05/12/02 | Parcels, Inc. - Delaware Document Retrieval | 7.50 |
| 05/14/02 | Eagle Limousine Service, New Castle, DE on 4/23/02 to attend hearings (1/3 cost) | 47.43 |
| 05/16/02 | FAX to Peter Van N. Lockwood - 10 pages (Notice of Agenda) | 5.00 |
| 05/16/02 | AT&T Long Distance Phone Calls | 18.92 |
| 05/21/02 | FAX to 18 Parties of Record - 14 pages | 126.00 |
| 05/21/02 | Photocopying - Three copies of Committee Calendar (14 pages) | 4.20 |
| 05/23/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 05/23/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 05/23/02 | FAX to Robert Spohn - 4 pages | 2.00 |
| 05/23/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 05/24/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 05/24/02 | FAX to Robert C. Spohn - 3 pages | 1.50 |
| 05/24/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 05/24/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 05/27/02 | Federal Express to Matthew Zaleski on 4/22/02 | 10.61 |
| 05/28/02 | Postage | 9.30 |

```
                                                      Page: 2
        W.R. Grace                                   05/31/02
                                       ACCOUNT NO:  3000-00D
                                       STATEMENT NO:      12
        Costs and Expenses
```

```
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                     234.17
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                      54.56
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                     230.55
05/29/02 Photocopying - One copy of Financials (14 pages)  1.40
05/30/02 FAX to Peter Van N. Lockwood - 2 pages         1.00
05/30/02 FAX to Nathan D. Finch - 2 pages               1.00
05/30/02 FAX to Elyssa Strug - 2 pages                  1.00
05/30/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                      50.13
05/30/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                      80.74
05/31/02 FAX to 18 Parties of Record - 12 pages       108.00
                                                    --------
         TOTAL EXPENSES                              1,596.99

         TOTAL CURRENT WORK                          1,596.99


         BALANCE DUE                                $6,706.76
                                                    =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/02
Wilmington  DE                              ACCOUNT NO: 3000-01D
                                            STATEMENT NO:      12

Asset Analysis and Recovery

PREVIOUS BALANCE                                          $6,874.70

                                              HOURS
05/01/02
    MGZ Telephone conference with R. Flax re:
        Cross Country Staffing                0.20      58.00
    MGZ Telephone conference with N. Finch re:
        same                                  0.10      29.00
    MGZ Telephone conference with M. Birkin re:
        same                                  0.20      58.00
    MGZ Draft correspondence to N. Finch re: same   0.10   29.00

05/02/02
    MGZ Review correspondence from and draft
        correspondence to T. Swett re: service
        list issue                            0.10      29.00
    MGZ Telephone conference with T. Swett re:
        same                                  0.10      29.00
    MGZ Review correspondence and analysis
        materials from M. Berkin re: cross
        country staffing                      0.10      29.00
    MGZ Review correspondence from and draft
        correspondence to N. Finch re: same   0.10      29.00
    MGZ Review correspondence from T. Swett re:
        equity committee request for alteration
        to service list                       0.10      29.00
    MGZ Review Equity Committee's Response to
        Debtors' Motion to Intervene in Adversary
        Proceeding                            0.10      29.00
    MK  Attention to document coordination    0.20      18.00

05/09/02
    MGZ Telephone conference with T. Taconelli
        re: Millberg Weiss Retention Application   0.20   58.00
    MGZ Telephone conference with T. Swett re:

```
                                                          Page: 2
       W.R. Grace                                        05/31/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:       12
       Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 0.10 | 29.00 |
| MGZ | Telephone conference with Lockwood re: | | |
|  | same | 0.10 | 29.00 |
| MGZ | Telephone conference with J. Sakalo re: | | |
|  | same | 0.10 | 29.00 |
| MGZ | Review draft application to retain | | |
|  | Millberg Weiss | 0.10 | 29.00 |
| MK | Update internal case files | 0.10 | 9.00 |
| | | | |
| **05/13/02** | | | |
| MGZ | Review corr. from T. Taconnelli re: | | |
|  | motion to compel discovery | 0.10 | 29.00 |
| MGZ | Draft corr. to T. Swett and N. Finch and | | |
|  | review corr. from N. Finch re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Taconelli | | |
|  | re: same | 0.10 | 29.00 |
| MGZ | Review motion to compel | 0.30 | 87.00 |
| | | | |
| **05/18/02** | | | |
| MTH | Review Grace's Objection to the Asbestos | | |
|  | Committee's Application for Approval of | | |
|  | Special Counsel and Withdrawal of | | |
|  | Reference with Respect to Attorney's fees | | |
|  | and Expenses for the Fraudulent Transfer | | |
|  | litigation | 0.20 | 53.00 |
| MTH | Review Grace's Opposition to Plaintiff's | | |
|  | Motion to Compel | 0.20 | 53.00 |
| | | | |
| **05/22/02** | | | |
| MGZ | Review Notice of Argument on Debtors' | | |
|  | Motion to Intervene | 0.10 | 29.00 |
| MGZ | Draft corr. to and review corr. from N. | | |
|  | Finch re: Notice of Argument | 0.10 | 29.00 |
| SLP | Docketing (.3); update Fresenius | | |
|  | adversary file (.2) | 0.50 | 45.00 |
| MTH | Review Response of the Equity Security | | |
|  | Holders Committee to the Debtors' Motion | | |
|  | to Intervene | 0.20 | 53.00 |
| | | | |
| **05/30/02** | | | |
| MGZ | Review corr. from T. Taconnelli re: Reply | | |
|  | Brief | 0.10 | 29.00 |
| MGZ | Review Reply Brief on Intervention Motion | 0.30 | 87.00 |
| MGZ | Telephone conference with T. Swett re: | | |
|  | Reply Brief | 0.10 | 29.00 |
| MGZ | Draft corr. to and review corr. from T. | | |
|  | Taconnelli re: Changes to Reply Brief | 0.10 | 29.00 |

```
                                                         Page: 3
      W.R. Grace                                        05/31/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:       12
      Asset Analysis and Recovery
```

```
                                              HOURS
05/31/02
     MGZ Review corr. from T. Taconelli re:
         Revised Reply Brief                  0.10    29.00
     MGZ Review of Revised Reply Brief        0.20    58.00
                                              ----  --------
         FOR CURRENT SERVICES RENDERED        4.90  1,246.00

                       RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski            3.50    $290.00  $1,015.00
     Stephanie L. Peterson         0.50      90.00      45.00
     Michele Kennedy               0.30      90.00      27.00
     Mark T. Hurford               0.60     265.00     159.00


         TOTAL CURRENT WORK                         1,246.00


         BALANCE DUE                               $8,120.70
                                                   =========
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/02 |
| Wilmington  DE | ACCOUNT NO: 3000-02D |
|  | STATEMENT NO:      12 |

Asset Disposition


| PREVIOUS BALANCE | $959.40 |
|---|---|


| BALANCE DUE | $959.40 |
|---|---|
|  | ======= |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                          05/31/02
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:       7

Business Operations


PREVIOUS BALANCE                                                 $513.50


                                                  HOURS
05/07/02
     PEM Review WR Grace monthly operating report    1.50     397.50

05/30/02
     PEM Review financial report from Tersigni       0.30      79.50
                                                     ----    ------
     FOR CURRENT SERVICES RENDERED                   1.80     477.00

                           RECAPITULATION
     TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
     Philip E. Milch                  1.80   $265.00    $477.00


     TOTAL CURRENT WORK                                      477.00


     BALANCE DUE                                          $990.50
                                                          =======


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    05/31/02
Wilmington  DE                            ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      12

Case Administration

PREVIOUS BALANCE                                      $11,461.10

                                              HOURS

05/01/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (5)                               1.00      90.00
    MGZ Telephone conference with N. Davis re:
        case status issues                          0.20      58.00
    MTH Review report re: pleadings filed April
        30, 2002                                    0.10      26.50

05/02/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)                              0.50      45.00
    MTH Review report re: pleadings filed May 1,
        2002                                        0.10      26.50

05/03/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);
        docketing (.3)                              0.80      72.00
    MTH Review report re: pleadings filed May 2,
        2002                                        0.10      26.50

05/06/02
    SLP Review pleadings electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)                              0.50      45.00
    MTH Review report re: pleadings filed May 5,

{D0003143:1 }

W.R. Grace
                                            ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      12

Case Administration


|  |  | HOURS |  |
|---|---|---|---|
| | 2002 | 0.10 | 26.50 |

05/07/02
| MK | Distribute documents from national counsel; update attorney case binders | 0.20 | 18.00 |
| MGZ | Review corr. from F. Perch re: Judge Wolin Status Conference | 0.10 | 29.00 |
| SLP | Review pleadings electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.3) | 0.60 | 54.00 |
| MTH | Review report re: pleadings filed May 6, 2002 | 0.10 | 26.50 |

05/08/02
| SLP | Review pleadings electronic filing notices (.1); preparation and distribution of daily memo (.1); docketing (.1) | 0.30 | 27.00 |
| MTH | Review report re: pleadings filed May 7, 2002 | 0.10 | 26.50 |

05/09/02
| SLP | Review pleadings electronic filing notices (.5); preparation and distribution of daily memo (.2); docketing (.7) | 1.40 | 126.00 |
| MTH | Review report re: pleadings filed May 8, 2002 | 0.10 | 26.50 |

05/10/02
| SLP | Review pleadings and electronic filing notices (.2); download and print electronically filed fee applications (.5); preparation and distribution of daily memo (.2); docketing (.2) | 1.10 | 99.00 |
| MTH | Review report re: pleadings filed May 9, 2002 | 0.10 | 26.50 |

05/13/02
| SLP | Review pleadings and electronic filing notices (.3); download and print electronically filed fee applications (.3);  preparation and distribution of daily memo (.2); docketing (.3) | 1.10 | 99.00 |

                                                          Page: 3
W.R. Grace                                              05/31/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:       12

      Case Administration

|                                                          | HOURS |        |
|----------------------------------------------------------|-------|--------|

05/14/02
    SLP Review pleadings and electronic filing
        notices (.2); download and print Zonolite
        motion (.2); preparation and distribution
        of daily memo (.1); docketing (.1)   0.60   54.00
    MTH Review report re: pleadings filed May 13,
        2002                                  0.10   26.50

05/16/02
    SLP Review pleadings and electronic filing
        notices for 5/14 and 5/15(.3);
        preparation and distribution of daily
        memo (.2)                             0.50   45.00
    MTH Review report re: pleadings file May
        15-16, 2002                           0.10   26.50

05/20/02
    DMC Document retrieval in preparation for
        hearing                               0.30   27.00
    SLP Review pleadings and electronic filing
        notices (.3); download and print
        electronically filed fee applications,
        hearing transcript and joinders to strike
        proofs of claim (.7);  preparation and
        distribution of daily memo (.2);
        docketing (.3)                        1.40  126.00
    MTH Review report re: pleadings filed May
        16-17, 2002                           0.20   53.00

05/21/02
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)       0.20   18.00
    MTH Review report re: pleadings filed May 20,
        2002                                  0.10   26.50

05/23/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);
        docketing (.2)                        0.50   45.00
    MTH Review report re: pleadings filed May 22,
        2002                                  0.10   26.50
    MK  Update internal case files            0.10    9.00

05/24/02
    SLP Review pleadings and electronic filing

```
                                                          Page: 4
     W.R. Grace                                         05/31/02
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:       12
     Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| | notices (.2); preparation and distribution of daily memo (.1); docketing (.1) | 0.40 | 36.00 |
| MTH | Review report re: pleadings filed May 24, 2002 | 0.10 | 26.50 |
| **05/28/02** | | | |
| SLP | Review pleadings and electronic filing notices (.2); download and print electronically filed fee application of Conway Del Genio (.3); preparation and distribution of daily memo (.2); docketing (.3) | 1.00 | 90.00 |
| MTH | Review report re: pleadings filed May 24, 2002 | 0.10 | 26.50 |
| **05/29/02** | | | |
| SLP | Review pleadings and electronic filing notices (.2); download and print electronically filed motion of BMW Constructors for Relief from Stay (.3); preparation and distribution of daily memo (.2); update 2002 service list (.1) | 0.80 | 72.00 |
| MTH | Review report re: pleadings filed May 28, 2002 | 0.10 | 26.50 |
| **05/30/02** | | | |
| SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1) | 0.20 | 18.00 |
| MTH | Review report re: pleadings filed May 29, 2002 | 0.10 | 26.50 |
| **05/31/02** | | | |
| SLP | Review pleadings and electronic filing notices (.1); download and print electronically filed Pachulski Stang February 2002 application (.2); preparation and distribution of daily memo (.1); docketing (.3) | 0.70 | 63.00 |
| MTH | Review report re: pleadings filed May 30, 2002 | 0.10 | 26.50 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 16.40 | 1,868.50 |

W.R. Grace                                          05/31/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      12

Case Administration


                      RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 0.30 | $290.00 | $87.00 |
| Stephanie L. Peterson | 13.60 | 90.00 | 1,224.00 |
| Michele Kennedy | 0.30 | 90.00 | 27.00 |
| Mark T. Hurford | 1.90 | 265.00 | 503.50 |
| Darlene M. Chilelli | 0.30 | 90.00 | 27.00 |

       TOTAL CURRENT WORK                        1,868.50


       BALANCE DUE                            $13,329.60
                                              ==========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    05/31/02
Wilmington  DE                              ACCOUNT NO: 3000-05D
                                            STATEMENT NO:      12

Claims Administration and Objections



PREVIOUS BALANCE                                    $7,515.90



                                              HOURS
05/07/02
    MGZ Review PD Committee's Appeal Materials
        re: Bar Date Order                    0.10      29.00
    MGZ Draft corr. to P. Lockwood re: same   0.10      29.00

05/08/02
    MGZ Review corr. from and draft corr. to
        Lockwood re: PD Bar Date Order Appeal 0.10      29.00
    MGZ Review corr. from C. Lane and attachment
        re: stipulation with Caterpillar      0.10      29.00

05/14/02
    MGZ Review Zonolite plaintiffs motion to
        strike proofs of claim                0.20      58.00

05/17/02
    MGZ Review of Debtors' Response to Zonolite
        Plaintiffs' Motion to Strike          0.10      29.00
    MGZ Review of Equity Committee's Reply on
        Zonolite Motion to Strike             0.10      29.00

05/18/02
    MTH Review Motion of the Asbestos PD
        Committee re: Leave to Appeal Order
        setting Bar Date, Proof of Claim Forms
        and Notice procedure                  0.20      53.00
    MTH Review Stipulation and Agreed Order
        Resolving the Motion of Caterpillar
        Financial Services                    0.10      26.50

05/20/02
    MGZ Review corr. from Lockwood and J. Baer

{D0003143:1 }

```
                                                          Page: 2
        W.R. Grace                                       05/31/02
                                         ACCOUNT NO: 3000-05D
                                         STATEMENT NO:      12
        Claims Administration and Objections




                                               HOURS
              re: contact person for bar date inquiries    0.10     29.00
        MGZ Draft corr. to J. Baer re: same                0.10     29.00

05/28/02
        MTH Review Debtors' Response in Opposition to
            the Motion of the Official Committee of
            Asbestos Property Damage Claimants for
            Leave to Appeal Bar Date Order                 0.30     79.50
        MTH Review Claimants' Motion to Strike Proofs
            of Claim and Response to Debtors'
            Proposed Initial Scheduling Order re: ZAI
            (reviewed after the hearing)                   1.60    424.00
                                                           ----    ------
            FOR CURRENT SERVICES RENDERED                  3.20    873.00

                         RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
        Matthew G. Zaleski            1.00   $290.00      $290.00
        Mark T. Hurford              2.20    265.00       583.00


        TOTAL CURRENT WORK                                873.00


        BALANCE DUE                                     $8,388.90
                                                        =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                           05/31/02
Wilmington  DE                       ACCOUNT NO: 3000-06D
                                     STATEMENT NO:     12

Employee Benefits/Pensions

        PREVIOUS BALANCE                              $834.00

                                          HOURS
05/03/02
     MGZ Telephone conference with S. Plotzky re:
         Employee Compensation Issues           0.10     29.00

05/07/02
     MGZ Telephone conference with L. Tersigni re:
         employee compensation programs         0.30     87.00

05/09/02
     MGZ Review corr. and memo from S. Plotzky re:
         compensation programs                  0.20     58.00
     MGZ Telephone conference with L. Tersigni re:
         same                                   0.20     58.00
     MGZ Telephone conference with Lockwood re:
         same                                   0.10     29.00
     MGZ Telephone conference with Inselbuch re:
         same                                   0.10     29.00

05/10/02
     MGZ Telephone conference with R. Budd re:
         teleconference on employee compensation
         issues                                 0.10     29.00
     MGZ Telephone conference with L. Tersigni re:
         same                                   0.10     29.00
     MGZ Draft corr. to and review corr. from R.
         Budd re: same                          0.10     29.00

05/13/02
     MGZ Review Tersigni materials and analysis
         re: preparation for telephone conference
         on employee issues                     0.50    145.00
     MGZ Telephone conference with R. Budd,

{D0003143:1 }

```
                                                    Page: 2
W.R. Grace                                         05/31/02
                                    ACCOUNT NO: 3000-06D
                                    STATEMENT NO:        12
Employee Benefits/Pensions
```

```
                                            HOURS
        Tersigni, M. Berkin, S. Plotzky re:
        employee compensation issues           0.70    203.00
   MGZ  Review corr. from and telephone
        conference with M. Berkin re: same     0.10     29.00
   MGZ  Telephone conference with Tersigni re:
        same                                   0.20     58.00

05/16/02
   MTH  Review debtors' motion to pay stay
        bonuses in connection with the
        consolidation of the customer service
        functions of Grace performance chemicals  0.20   53.00

05/30/02
   MGZ  Review corr. from Tersigni re: employee
        compensation issues                    0.10     29.00
   MGZ  Review Tersigni recommendation memo re:
        same                                   0.20     58.00
                                               ----   ------
        FOR CURRENT SERVICES RENDERED          3.30    952.00
```

```
                        RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
   Matthew G. Zaleski            3.10    $290.00    $899.00
   Mark T. Hurford               0.20     265.00      53.00


        TOTAL CURRENT WORK                            952.00


        BALANCE DUE                                $1,786.00
                                                   =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      12

Fee/Employment Applications


    PREVIOUS BALANCE                           $9,032.60


    BALANCE DUE                                $9,032.60
                                               =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             05/31/02
Wilmington  DE                         ACCOUNT NO: 3000-08D
                                       STATEMENT NO:      11


Fee/Employment Objections




     PREVIOUS BALANCE                               $1,847.20



                                        HOURS
05/01/02
     MGZ Review multiple corr. from P. Cuniff,
         including attachments re: debtors'
         professionals fee applications          0.50    145.00
     MGZ Review correspondence from L. Coggins and
         attachments thereto re: PD committee's
         fee applications                        0.20     58.00

05/02/02
     MGZ Review correspondence and attachments
         from P. Cuniff re: Casner & Edwards Fee
         Application                             0.20     58.00
     MGZ Review correspondence and attachments
         from P. Cuniff re: Blackstone Group Fee
         Application                             0.20     58.00
     MGZ Review correspondence and attachments
         from P. Cuniff re: Kirkland & Ellis Fee
         Application                             0.40    116.00
     MGZ Review correspondence and attachments
         from P. Lykens re: Reed Smith Fee
         Application                             0.20     58.00

05/06/02
     MGZ Review special masters fee applications
         (1/5th Total Time)                      0.10     29.00

05/08/02
     MGZ Review corr. and attachments from R.
         Serrette re: Strook Fee Application     0.20     58.00
     MGZ Review corr. and attachments from M.
         Zickgraff re: Klett Rooney Fee
         Application                             0.10     29.00

{D0003143:1 }

```
                                                          Page: 2
      W.R. Grace                                         05/31/02
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:        11

      Fee/Employment Objections




                                              HOURS
          MGZ Review Warren Smith Fee Application        0.10     29.00

05/09/02
          MGZ Review corr. and attachments from P.
              Cuniff re: Multiple Steptoe & Johnson Fee
              Application                                 0.30     87.00
          MGZ Review corr. and attachments from P.
              Cuniff re: Casner Fee Application          0.10     29.00

05/10/02
          MGZ Review multiple corr. and attachments
              from L. Coggins re: PD Committee's
              Professional Fee Applications              0.40    116.00

05/15/02
          MGZ Review Kramer Levin fee application        0.10     29.00

05/16/02
          MGZ Review FTI Policano Fee Application        0.20     58.00
          MGZ Review Stroock Fee Application             0.20     58.00
          MGZ Review Klett Rooney Fee Application        0.10     29.00
          MGZ Review various corr. and attachments for
              debtors professional fee applications      0.20     58.00

05/17/02
          MTH Review US Trustee's Objection to Debtor's
              Amended Application for Order Authorizing
              the Employment and Retention of PWC as
              Auditors and Tax Consultants Nunc Pro
              Tunc to November 11, 2001                   0.20     53.00

05/18/02
          MTH Review Joint Reply of the Debtors and PWC
              to the US Trustee's Objection to the
              Debtor's Amended Application for Order
              Authorizing the Employment and Retention
              of PWC                                     0.30     79.50

05/20/02
          MGZ Review Bilzin Sumberg Fee Application      0.20     58.00

05/28/02
          MGZ Review Conway Del Genio Fee Application    0.10     29.00

05/30/02
          MGZ Review Pachulski Stang Fee Application     0.20     58.00
```

```
                                                        Page: 3
W.R. Grace                                            05/31/02
                                            ACCOUNT NO: 3000-08D
                                            STATEMENT NO:      11
     Fee/Employment Objections
```

```
                                                 HOURS
05/31/02
     MGZ Review Steptoe & Johnson Fee Application    0.30      87.00
     MGZ Review Casner Fee Application               0.10      29.00
     MGZ Review Wallace King Fee Application          0.10      29.00
     MGZ Review Stroock Fee Application              0.20      58.00
                                                     ----  --------
          FOR CURRENT SERVICES RENDERED             5.50  1,582.50
```

```
                          RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski         5.00    $290.00   $1,450.00
     Mark T. Hurford            0.50     265.00      132.50


          TOTAL CURRENT WORK                        1,582.50


          BALANCE DUE                              $3,429.70
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-09D
                                      STATEMENT NO:        2

Financing


    PREVIOUS BALANCE                              $132.50


    BALANCE DUE                                   $132.50
                                                  =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

```
                      Campbell & Levine, LLC
                       1700 Grant Building
                       Pittsburgh, PA  15219
                          412-261-0310
```

```
                                                     Page: 1
W.R. Grace                                          05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      12


    Litigation




    PREVIOUS BALANCE                               $8,447.50



                                        HOURS
05/02/02
    MTH Review Response of the Official Committee
        of Equity Security Holders to Debtors'
        Motion to Intervene                    0.20     53.00

05/08/02
    MGZ Draft corr. to and review corr. from
        Lockwood re: status conference with Judge
        Wolin                                  0.10     29.00

05/14/02
    MGZ Review agenda for 5/20/02 omnibus hearing  0.10     29.00

05/20/02
    MGZ Review Agenda and Pending Pleadings re:
        Preparation for Omnibus Hearing        0.50    145.00
    MGZ Attend Omnibus Hearing, including
        Multiple Meetings with Various Counsel 4.60  1,334.00

05/22/02
    MTH Review notice of filing of exhibit 1 by
        the asbestos property damage committee 0.10     26.50
                                               ----  --------
        FOR CURRENT SERVICES RENDERED          5.60  1,616.50

                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski            5.30    $290.00  $1,537.00
    Mark T. Hurford               0.30     265.00      79.50
```

{D0003143:1 }

```
                                                      Page: 2
W.R. Grace                                          05/31/02
                                        ACCOUNT NO:  3000-10D
                                        STATEMENT NO:      12
Litigation



     TOTAL CURRENT WORK                         1,616.50

     BALANCE DUE                               $10,064.00
                                               ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                             05/31/02
Wilmington  DE                           ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      10

Plan and Disclosure Statement


    PREVIOUS BALANCE                                   $110.50


    BALANCE DUE                                        $110.50
                                                       =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        05/31/02
Wilmington  DE                       ACCOUNT NO: 3000-12D
                                     STATEMENT NO:      10

Relief From Stay Proceedings



PREVIOUS BALANCE                                   $286.50



                                      HOURS
05/09/02
     MTH Review Edythe Kellogg's Motion to
         Reconsider the Motion to Annul the
         Automatic Stay                    0.10    26.50

05/16/02
     MTH Review motion of Wesconn Co., Inc. for
         Relief from Stay regarding certain
         construction contracts            0.20    53.00
                                           ----    -----
         FOR CURRENT SERVICES RENDERED     0.30    79.50

                      RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
     Mark T. Hurford             0.30    $265.00    $79.50


     TOTAL CURRENT WORK                             79.50


     BALANCE DUE                                  $366.00
                                                  =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    05/31/02
Wilmington  DE                     ACCOUNT NO: 3000-14D
                                   STATEMENT NO:      10


Valuation



    PREVIOUS BALANCE                              $31.50


    BALANCE DUE                                   $31.50
                                                  ======







    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        05/31/02
Wilmington  DE                       ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      12


Committee Administration



PREVIOUS BALANCE                             $12,108.70



                                          HOURS
05/01/02
    CJB Update weekly recommendation memo        0.10      12.50

05/02/02
    MGZ Review and edit weekly recommendation
        memo for committee members              0.20      58.00
    CJB Update weekly recommendation memo        0.20      25.00
    MTH Prepare weekly recommendation memo for
        committee members                       1.00     265.00

05/03/02
    MGZ Draft corr. to co-counsel re: weekly
        recommendation memo                     0.10      29.00

05/06/02
    MGZ Telephone conference with F. Perch re:
        possible meeting dates for committee
        issues                                  0.10      29.00
    MGZ Finalize Weekly Recommendation Memo      0.10      29.00
    MGZ Telephone conference with P. Lockwood re:
        Identity of Committee Chair             0.10      29.00
    CJB Set-up and update weekly recommendation
        memo                                    0.30      37.50
    PEM Review memo, recommendations and status
        from counsel to committee               0.30      79.50

05/10/02
    MGZ Tend to Arranging and Confirming Meeting
        with US Trustee, including multiple
        telephone conferences and review of corr.
        re: Committee Composition Issues (1/6th
        Total Time)                             0.10      29.00

```
                                                        Page: 2
W.R. Grace                                            05/31/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      12

     Committee Administration



                                              HOURS
05/13/02
     MGZ Mult. telephone conference with committee
         chairs and E. Inselbuch re: trustees
         proposal for meeting (1/6th total time)     0.10      29.00
     MTH Prepare weekly recommendation memo for
         committee members                           0.30      79.50

05/16/02
     MTH Prepare weekly recommendation memo for
         committee members                           2.20     583.00
     MGZ Meeting with MTH re: weekly
         recommendation memo                         0.10      29.00

05/17/02
     MTH Prepare weekly recommendation memo for
         committee members                           1.60     424.00
     MGZ Review and edits to draft weekly
         recommendation memo                         0.20      58.00

05/18/02
     MTH Prepare weekly recommendation memo for
         committee members                           0.80     212.00
     MTH Review Notice of Agenda                      0.10      26.50

05/20/02
     MTH Prepare weekly recommendation memo for
         committee members                           0.40     106.00
     MGZ Review corr. from Lockwood re: weekly
         recommendation memo                         0.10      29.00
     MGZ Review and finalize weekly recommendation
         memo                                        0.10      29.00

05/21/02
     PEM Review calendar and recommendations to
         committee                                   0.30      79.50
     MTH Review corr from Lockwood re: weekly
         recommendation calendars                    0.10      26.50
     MTH Revise weekly recommendation calendars      0.20      53.00

05/22/02
     MTH Prepare weekly recommendation memo for
         committee members                           0.30      79.50

05/23/02
     MK  Update attorney case binders                0.10       9.00
```

```
                                                      Page: 3
        W.R. Grace                                   05/31/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      12
        Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| **05/24/02** | | | |
| PEM | Review memo from counsel re: conference with US Trustee | 0.30 | 79.50 |
| **05/28/02** | | | |
| AFM | Prepare Application for Reimbursement of Expenses | 0.20 | 40.00 |
| PEM | Review memo from counsel re: 5/22 status conference | 0.20 | 53.00 |
| MTH | Review Professional Fee and Expense Applications and Prepare Weekly Recommendation Memo | 0.50 | 132.50 |
| DAC | Review 5/24 memo re: U.S. Trustee conference | 0.10 | 35.00 |
| **05/29/02** | | | |
| MTH | Review professional fee and expense applications and prepare weekly recommendation memo | 1.50 | 397.50 |
| **05/30/02** | | | |
| MTH | Review correspondence from Lockwood re: recommendations re: motions, filings | 0.10 | 26.50 |
| MGZ | Review and Edit Weekly Recommendation Memo for Committee Members | 0.30 | 87.00 |
| MGZ | Review memo from S. Kazan; telephone conference with P. Lockwood, and tend to issues raised by Kazan memo re: committee member inquiry (1/5 total time) | 0.20 | 58.00 |
| MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| **05/31/02** | | | |
| PEM | Review memo and recommendations to committee | 0.30 | 79.50 |
| MGZ | Review corr. from Lockwood re: Weekly Recommendation Memo | 0.10 | 29.00 |
| MGZ | Finalize Weekly Recommendation Memo | 0.10 | 29.00 |

```
                                                 -----  --------
        FOR CURRENT SERVICES RENDERED            13.80  3,601.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 1.40 | 265.00 | 371.00 |
| Matthew G. Zaleski | 2.00 | 290.00 | 580.00 |
| Cathie J. Boyer | 0.60 | 125.00 | 75.00 |
| Michele Kennedy | 0.10 | 90.00 | 9.00 |

W.R. Grace                                              05/31/02
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      12
Committee Administration


Aileen F. Maguire                    0.20     200.00      40.00
Mark T. Hurford                      9.40     265.00   2,491.00


      TOTAL CURRENT WORK                                3,601.00


      BALANCE DUE                                    $15,709.70
                                                     ==========


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-71D
                                        STATEMENT NO:        1


Applicant's Fee Application




                                              HOURS
05/01/02
     MGZ Review memo from CJB re: fee application
         and fee auditor procedures (1/4th total
         time)                                  0.10      29.00
     CJB Update fee application and payment status
         chart                                  0.10      12.50

05/03/02
     CJB Finish assembling monthly and interim fee
         applications to send to fee auditor per
         the fee auditor order                  0.50      62.50

05/06/02
     CJB Review data and begin entering
         outstanding payment data into missing
         payment chart in preparation for writing
         to Debtors' counsel re: same           0.50      62.50

05/07/02
     CJB Set-up e-mail group service list for
         submission of fee applications in PDF
         format only (.1); submit fee application
         Fee Auditor and Notice Parties (.1)    0.20      25.00

05/22/02
     MGZ Review corr. from W. Smith's office re:
         request for fee detail in specified
         format                                 0.10      29.00

05/24/02
     DMC Review docket re: objections to C&L's 9th
         fee application (.1); preparation of CNO
         re: C&L's 9th fee application (.2);
         preparation of C&L's third interim fee

{D0003143:1 }

```
                                                    Page: 2
          W.R. Grace                              05/31/02
                                      ACCOUNT NO: 3000-71D
                                      STATEMENT NO:        1
          Applicant's Fee Application
```

```
                                        HOURS
          application (.7)               1.00     90.00

05/28/02
     DMC Complete preparation of C&L's 4th interim
         fee application (.9); preparation of
         notice for same (.1); preparation of
         C&L's 4th interim fee application for
         electronic filing (.1); electronic filing
         of same (.2); hard copy service of same
         (.2); update fee application status chart
         (.1)                            1.60    144.00

05/29/02
     DMC Preparation of CNO for 9th monthly fee
         application for electronic filing (.1);
         electronic filing of same (.1); review
         April billing statement (.1)     0.30     27.00

05/31/02
     DMC Preparation of 10th fee application (.7);
         preparation of COS for same (.1); review
         e-mail from M. Steirer re: 8th fee
         application and 4th interim fee
         application (.1); e-mail W. Smith re:
         same (.1)                        1.00     90.00
     MGZ Review corr. from DMC re: fee application
         materials                        0.10     29.00
                                          ----    ------
         FOR CURRENT SERVICES RENDERED    5.50    600.50
```

```
                       RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski         0.30    $290.00      $87.00
     Cathie J. Boyer            1.30     125.00      162.50
     Darlene M. Chilelli        3.90      90.00      351.00


         TOTAL CURRENT WORK                          600.50


         BALANCE DUE                                $600.50
                                                    =======
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        1


Fee Application of Others




                                              HOURS
05/01/02
    CJB Update fee application and payment status
        chart                                 0.10    12.50

05/03/02
    CJB Review case management and revised
        interim compensation orders and revise
        notice of interim application form for
        Caplin's fourth interim fee application
        (.4); review first monthly application of
        Professor Elizabeth Warren (.1); prepare
        certificates of service and service lists
        (.2); finish assembling monthly and
        interim fee applications to send to fee
        auditor per the fee auditor order (1.0);
        prepare letter to W. Smith enclosing same
        (.2); forward same (.1); prepare
        affidavit of service for Caplin's interim
        application and electronically file same
        due to filing error with original
        certificate of service (.3); prepare hard
        copy service of applications and notices
        (.2); update fee application and payment
        status chart (.1)                     2.60   325.00

05/06/02
    CJB Review data and begin entering
        outstanding payment data into missing
        payment chart in preparation for writing
        to debtors' counsel re: same (2.0);
        telephone conference with E. Strugg re:
        clarification of amounts due (.2); office
        conference with MGZ re: same (.1)      2.30   287.50

{D0003143:1 }

```
                                                            Page: 2
         W.R. Grace                                       05/31/02
                                          ACCOUNT NO: 3000-72D
                                          STATEMENT NO:        1

         Fee Application of Others
```

|  |  | HOURS |  |
|---|---|---|---|
| 05/07/02 |  |  |  |
| CJB | Telephone conference with E. Strugg re: clarification of amount of missing payments (.1); set-up e-mail group service list for submission of fee applications in PDF format only (.2); submit fee applications for Tersigni and LAS to Fee Auditor and Notice Parties (.3) | 0.60 | 75.00 |
| 05/08/02 |  |  |  |
| CJB | Continue e-mail service of LAS's and Elizabeth Warren's fee application | 0.50 | 62.50 |
| 05/09/02 |  |  |  |
| CJB | Telephone conference with E. Strugg re: fee auditor's request for copy of March 2002 application | 0.10 | 12.50 |
| 05/13/02 |  |  |  |
| DMC | Review April invoice for LAS | 0.10 | 9.00 |
| 05/21/02 |  |  |  |
| DMC | Prepare LAS' fee application (Feb-Apr) | 0.20 | 18.00 |
| 05/22/02 |  |  |  |
| DMC | E-mail previously filed fee applications for LAS to D. Relles (.2); prepare third fee application for LAS and e-mail same to D. Relles for review and signature (.3) | 0.50 | 45.00 |
| 05/23/02 |  |  |  |
| DMC | Preparation of exhibits to Caplin's 7th fee application for electronic filing (.2); preparation of Caplin's 7th fee application (new format) (1.9); e-mail same to E. Strug (.1) | 2.20 | 198.00 |
| 05/24/02 |  |  |  |
| DMC | Telephone conference with E. Strug re: fee application figures (.1); review e-mail from E. Strug re: 7th fee application (.1); prepare same for electronic filing (.2); preparation of COS for same (.1) | 0.50 | 45.00 |

{D0003143:1 }

Page: 3
05/31/02
ACCOUNT NO: 3000-72D
STATEMENT NO:        1

W.R. Grace

Fee Application of Others


                                                      HOURS
05/28/02
      DMC Review docket re: objections to
          Tersigni's 8th fee application (.1);
          preparation of COS re: same (.1);
          electronic filing and service of C&D's
          7th fee application (.4); hard copy
          service of same (.2); update fee
          application status chart (.1); update
          missing payment chart (.1); prepare CNO
          for Tersigni's 8th fee application for
          electronic filing (.1); electronic filing
          of same (.2); update status chart (.1);
          preparation of Tersigni's 4th interim fee
          application (1.2); e-mail same to D.
          Collins for review and signature (.1);
          preparation of notice of application for
          same (.1); preparation of order re: same
          (.1); preparation of CNO for LAS' Sept.
          fee application (.1); preparation of COS
          re: same (.1); preparation of CNO for
          LAS' second interim fee application (.1);
          preparation of COS re: same (.1);
          preparation of CNO for Caplin's 4th
          interim fee application (.1); preparation
          of COS re: same (.1)                        3.50    315.00

05/29/02
      DMC Preparation of CNO for C&D's 4th fee
          application for electronic filing (.1);
          electronic filing of same (.1); hard copy
          service of same (.1); preparation of CNO
          for LAS' September, 2001 fee application
          for electronic filing (.1); electronic
          filing of same (.1); hard copy service of
          same (.1); preparation of CNO for LAS'
          second interim fee application for
          electronic filing (.1); electronic filing
          of same (.1); update status charts (.1);
          preparation of CNO for Warren's first fee
          application (.2); preparation of COS re:
          same (.1); preparation of CNO for
          Warren's first fee application for
          electronic filing (.1); electronic filing
          of same (.1); hard copy service of same
          (.1)                                        1.50    135.00
      MGZ Review corr. from D. Collins re: Tersigni
          Fee Materials                               0.10     29.00

```
                                                        Page: 4
        W.R. Grace                                     05/31/02
                                        ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        1
        Fee Application of Others




                                         HOURS
05/30/02
      DMC Preparation of Tersigni's ninth fee
          application                          0.30    27.00

05/31/02
      DMC Further preparation of Tersigni's 9th fee
          application (.1); e-mail same to D.
          Collins for review and signature (.1);
          preparation of COS for Tersigni's 4th
          interim fee application (.1); preparation
          of Tersigni's 4th interim fee application
          for electronic filing (.1)                0.40    36.00
                                                -----  --------
          FOR CURRENT SERVICES RENDERED         15.50  1,632.00

                         RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Matthew G. Zaleski          0.10    $290.00    $29.00
        Cathie J. Boyer             6.20    125.00     775.00
        Darlene M. Chilelli         9.20     90.00     828.00


        TOTAL CURRENT WORK                           1,632.00


        BALANCE DUE                                 $1,632.00
                                                    =========
```

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-73D
                                        STATEMENT NO:        1

Applicant's Retention Application




                                              HOURS
05/01/02
     MTH Continue preparing Application to Employ
         CEN Corp. and related documents          3.00    795.00
                                                  ----    ------
         FOR CURRENT SERVICES RENDERED            3.00    795.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
     Mark T. Hurford               3.00    $265.00    $795.00


     TOTAL CURRENT WORK                               795.00


     BALANCE DUE                                     $795.00
                                                     =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    05/31/02
Wilmington  DE                              ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 5,109.77 | 0.00 | 1,596.99 | 0.00 | 0.00 | $6,706.76 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 6,874.70 | 1,246.00 | 0.00 | 0.00 | 0.00 | $8,120.70 |
| 3000-02 Asset Disposition | | | | | |
| 959.40 | 0.00 | 0.00 | 0.00 | 0.00 | $959.40 |
| 3000-03 Business Operations | | | | | |
| 513.50 | 477.00 | 0.00 | 0.00 | 0.00 | $990.50 |
| 3000-04 Case Administration | | | | | |
| 11,461.10 | 1,868.50 | 0.00 | 0.00 | 0.00 | $13,329.60 |
| 3000-05 Claims Administration and Objections | | | | | |
| 7,515.90 | 873.00 | 0.00 | 0.00 | 0.00 | $8,388.90 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 834.00 | 952.00 | 0.00 | 0.00 | 0.00 | $1,786.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,032.60 | 0.00 | 0.00 | 0.00 | 0.00 | $9,032.60 |
| 3000-08 Fee/Employment Objections | | | | | |
| 1,847.20 | 1,582.50 | 0.00 | 0.00 | 0.00 | $3,429.70 |
| 3000-09 Financing | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | 0.00 | $132.50 |
| 3000-10 Litigation | | | | | |
| 8,447.50 | 1,616.50 | 0.00 | 0.00 | 0.00 | $10,064.00 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |

W.R. Grace

Page: 2
05/31/02
ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 286.50 | 79.50 | 0.00 | 0.00 | 0.00 | $366.00 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 12,108.70 | 3,601.00 | 0.00 | 0.00 | 0.00 | $15,709.70 |
| 3000-71 Applicant's Fee Application | | | | | |
| 0.00 | 600.50 | 0.00 | 0.00 | 0.00 | $600.50 |
| 3000-72 Fee Application of Others | | | | | |
| 0.00 | 1,632.00 | 0.00 | 0.00 | 0.00 | $1,632.00 |
| 3000-73 Applicant's Retention Application | | | | | |
| 0.00 | 795.00 | 0.00 | 0.00 | 0.00 | $795.00 |
| --------- | --------- | -------- | ---- | ---- | ---------- |
| 65,265.37 | 15,323.50 | 1,596.99 | 0.00 | 0.00 | $82,185.86 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }