IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 20, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## <u>FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001</u>

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469786  Page 1

| Our Matter # | 02399/06000 | For Services Through 09/30/01 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/05/01 | Review modified extranet and e-mail Information Technology Director, Attorneys Cleary and Hawkins, and Paralegal Thomas requesting additional changes to the extranet and site home diagram.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/07/01 | Review, profile and organize files.<br>K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 09/09/01 | Review, profile and organize files.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/10/01 | Continue to review and organize files on workstation.<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 09/10/01 | Continue to review, profile and organize files.<br>K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 09/10/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/11/01 | Organize folders on server and files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 09/11/01 | Distribute profile sheets of files to Administrative Assistant and instruct Administrative Assistant to process to server.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/17/01 | Instruct Administrative Assistant to process the profiled files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469786  Page 2

| 09/17/01 | Review profile files with Attorney Cleary.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/17/01 | Review and profile documents for management project.<br>L.K. THOMAS | 1.00 hrs. | 85.00/hr | $85.00 |
| 09/26/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**

**$2,472.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.K. THOMAS | 1.00 | 85.00 | 85.00 |
| K. BROWN | 19.10 | 125.00 | 2,387.50 |
| TOTAL | 20.10 | $123.01 | $2,472.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/07/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/10/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/10/2001 | Telephone 1-617-498-4968 | 0.07 |
| 09/12/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/12/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/12/2001 | Photocopies 4 Page(s) | 0.20 |
| 09/12/2001 | Photocopies 5 Page(s) | 0.25 |
| 09/12/2001 | Photocopies 396 Page(s) | 19.80 |
| 09/13/2001 | Photocopies 6 Page(s) | 0.30 |
| 09/13/2001 | Photocopies 65 Page(s) | 3.25 |
| 09/14/2001 | Fed Ex | 23.97 |
| 09/14/2001 | Photocopies 50 Page(s) | 2.50 |
| 09/14/2001 | Telephone 1-617-498-4968 | 4.94 |
| 09/19/2001 | Photocopies 160 Page(s) | 8.00 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$63.53**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 34.55 |
| Fed Ex | 23.97 |
| Telephone | 5.01 |
| TOTAL | $63.53 |

W. R. Grace & Co.

**Net current billing for this invoice**

**$2,536.03**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| 499687 | 04/19/2002 | 1,055.69 | 1,055.69 |
| | | A/R BALANCE | $8,578.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469786  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $2,472.50 |
| Charges for Other Services Provided/Expenses Incurred | $63.53 |
| **Net current billing for this invoice** | **$2,536.03** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| 499687 | 04/19/2002 | 1,055.69 | 1,055.69 |
| | TOTAL A/R BALANCE | | $8,578.50 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469740  Page 1

| Our Matter # | 02399/06003 | For Services Through 09/29/01 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | Attorney | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| 09/04/01 | Review documents received from Beaco Road PRP Group and sent to Ms. Duff, requesting guidance from Grace. | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 09/05/01 | Review e-mails regarding status of Grace vote on litigation and resend to Ms. Duff. | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/07/01 | Review submission of response to Beaco Road Steering Committee on consent to group suit against Mr. Groce and potential insurers and concerning follow-up approach in dealing with PRP Group. | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 09/20/01 | Review status of PRP meetings with Ms. Duff and review whether to have someone participate in conference call to stay advised of progress on negotiations with DHEC on feasibility study issues (0.4); brief Attorney Melchers on monitoring of conference (0.3). | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |
| 09/20/01 | Prepare for and participate in conference call with Steering Committee (1.3); prepare memo regarding issues discussed and next steps (0.3). | J.M. MELCHERS | 1.60 hrs. | 220.00/hr | $352.00 |
| 09/25/01 | Discussion with Attorney Melchers regarding results of Beaco Road PRP conference call. | B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services**

**$973.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|

W. R. Grace & Co.

October 9, 2001
Invoice 469740  Page 2

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 1.60 | 220.00 | 352.00 |
| B.F. HAWKINS | 1.40 | 220.00 | 308.00 |
| D.M. CLEARY | 1.10 | 285.00 | 313.50 |
| TOTAL | 4.10 | $237.44 | $973.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/05/2001 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 8/27/01; DATE: 09/05/2001 - Travel to Greenville to attend meeting | 79.90 |
| 09/12/2001 | Photocopies 21 Page(s) | 1.05 |
| 09/20/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$81.00**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.10 |
| Travel | 79.90 |
| TOTAL | $81.00 |

**Net current billing for this invoice**

**$1,054.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| | | A/R BALANCE | $4,454.61 |

W. R. Grace & Co.

October 9, 2001
Invoice 469740  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $973.50 |
| Charges for Other Services Provided/Expenses Incurred | $81.00 |

**Net current billing for this invoice**                          **$1,054.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| | TOTAL A/R BALANCE | | $4,454.61 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469742 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06012 | For Services Through 09/29/01 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

09/10/01   Discussion with Mr. Bender concerning status of state and federal regulation of air toxics as could potentially impact operation of Owensboro facility.
B.F. HAWKINS / Partner                     0.40 hrs.    220.00/hr                  $88.00

**Fees for Legal Services**                                                                        **$88.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.40 | 220.00 | 88.00 |
| TOTAL | 0.40 | $220.00 | $88.00 |

**Net current billing for this invoice**                                                     **$88.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| | | A/R BALANCE | $11,195.65 |

W. R. Grace & Co.

October 9, 2001
Invoice 469742  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06012
Owensboro Site Management

Fees for Professional Services                                     $88.00
Charges for Other Services Provided/Expenses Incurred             $0.00

   **Net current billing for this invoice**                      **$88.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| | TOTAL A/R BALANCE | | $11,195.65 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 9, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 469787  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06018 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501660 | |
| Name of Matter: | Western Mineral Products Site | |

| | | | | |
|---|---|---|---|---|
| 09/13/01 | Review and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 09/17/01 | Prepare and organize files on server.<br>K. BROWN | 5.80 hrs. | 125.00/hr | $725.00 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

**Fees for Legal Services**

**$1,175.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 9.40 | 125.00 | 1,175.00 |
| TOTAL | 9.40 | $125.00 | $1,175.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/20/2001 | To: Federal Express for shipping charge on 8/8/01 | 13.10 |

**Total Charges for Other Services Provided/Expenses Incurred**   **$13.10**

W. R. Grace & Co.

October 9, 2001
Invoice 469787  Page 2

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 13.10 |
| TOTAL | $13.10 |

**Net current billing for this invoice**

**$1,188.10**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466683 | 09/27/2001 | 6,245.89 | 1,246.60 |
| 469521 | 10/09/2001 | 22.40 | 4.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| 478909 | 11/29/2001 | 5,392.50 | 5,392.50 |
| | | A/R BALANCE | $7,831.60 |

W. R. Grace & Co.

October 9, 2001
Invoice 469787  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06018
Western Mineral Products Site

| | |
|---|---|
| Fees for Professional Services | $1,175.00 |
| Charges for Other Services Provided/Expenses Incurred | $13.10 |

**Net current billing for this invoice**                           **$1,188.10**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466683 | 09/27/2001 | 6,245.89 | 1,246.60 |
| 469521 | 10/09/2001 | 22.40 | 4.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| 478909 | 11/29/2001 | 5,392.50 | 5,392.50 |
| | TOTAL A/R BALANCE | | $7,831.60 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 17, 2001
Invoice 469788 Page 1

| Our Matter # | 02399/06023 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 09/04/01 | Discussion with Mr. Stout regarding Millwork West compensation issue (.5); e-mail request for guidance from Grace/K & E. (.2); discuss with Mr. Grummer and review his e-mail approving the option to compensate Millwork as a post-petition obligation (.5). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 09/04/01 | Telephone discussion with Mr. Stringer regarding National Historic Preservation issue (.3); review letter and research NHPA (1.9). | | | |
| | D.M. CLEARY | 2.20 hrs. | 285.00/hr | $627.00 |
| 09/04/01 | Review articles regarding Libby School district, HHS visit. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/05/01 | Discussion with Mr. Stringer regarding reimbursement for Millwork West materials. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.0 |
| 09/05/01 | Review Libby articles regarding Health Center and Gov. Whitman visit. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/06/01 | Discussion with Mr. Marriam regarding status of negotiations and ASTM D 6821. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/07/01 | Discussion with Mr. Marriam regarding EPA draft AOC and procedures to obtain Grace approval. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/11/01 | Discussion with Mr. Marriam concerning lack of EPA generator IDs in Libby and manifests. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/11/01 | Review and organize files. | | | |
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 09/12/01 | Review Libby articles from past several days. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |

W. R. Grace & Co.

October 17, 2001
Invoice 469788  Page 2

| | | | | |
|---|---|---|---|---|
| 09/12/01 | Review RAND report regarding asbestos litigation.<br>D.M. CLEARY | 1.90 hrs. | 285.00/hr | $541.50 |
| 09/12/01 | Review and organize files.<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 09/13/01 | Telephone conference with Mr. Stout regarding status of buildings and Millwork West demands.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/14/01 | Telephone conference with Mr. Stringer regarding status of discussions with Millwork West, and their latest demands (.3); draft e-mail to Mr. Corcoran (.4), and discussion with Mr. Stringer regarding  EPA comments in Western News regarding Region 8 expertise of  Grace products to assist WTC recovery/cleanup efforts (.2).<br>D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 09/14/01 | Review and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 09/16/01 | Review, profile and organize files.<br>K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 09/17/01 | Commence comparison of  ISO 10312 counting methodology with ASTM 6812.<br>D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 09/17/01 | Review Libby articles.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.5 |
| 09/18/01 | Discussion with Mr. Stout regarding URS and split sample storage.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/18/01 | Discussion with Mr. Finke regarding methodology and analysis by RJ Lee of all methods used by EPA (.4); assign Paralegal Brown to create a new CD of analytical methods for this purpose (.2).<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 09/18/01 | Revised analytical methodologies spreadsheet (.4); e-mail same to Attorney Cleary for review (.1)<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.5 |
| 09/19/01 | Review articles regarding asbestos risk and measurement.<br>D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 09/19/01 | Send email to Mr. Marriam and Mr. Emmett regarding split samples and URS storage issue.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/19/01 | Review, analyze and revise analytical spreadsheet for RJ Lee.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 09/19/01 | Review revised Non-Grace Analytical Methodologies and EPA Analytical Methodologies spreadsheets.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 09/20/01 | Review and organize files. | | | |

W. R. Grace & Co.

October 17, 2001
Invoice 469788 Page 3

|  |  |  |  |  |
|---|---|---|---|---|
|  | K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |

09/21/01  Obtain approval for split sample storage from Mr. Marriam (.1); provide directions to Mr. Stout regarding chain of custody, etc. (.2).
D.M. CLEARY                                    0.30 hrs.    285.00/hr         $85.50

09/21/01  Discussion with Paralegal Brown regarding modifications EPA made to ISO 10312 - and items to modify on analytical method spreadsheet.
D.M. CLEARY                                    0.40 hrs.    285.00/hr        $114.00

09/21/01  Discuss with Attorney Cleary the revised analytical methodology spreadsheets for asbestos final draft versions.
K. BROWN                                       0.40 hrs.    125.00/hr         $50.00

09/21/01  Continue work on the analytical methodology spreadsheets for asbestos.
K. BROWN                                       5.90 hrs.    125.00/hr        $737.50

09/24/01  Revise the analytical methodology spreadsheets for asbestos.
K. BROWN                                       5.20 hrs.    125.00/hr        $650.00

09/24/01  E-mail Word Processing Specialist the information to burn a CD containing the analytical methodology spreadsheet.
K. BROWN                                       0.20 hrs.    125.00/hr         $25.00

09/24/01  Discuss with Attorney Cleary the status of the revised analytical methodology spreadsheets.
K. BROWN                                       0.30 hrs.    125.00/hr         $37.50

09/24/01  Prepare transmittal letter to Mr. Finke regarding the CD containing Non-Grace analytical methodology spreadsheet for asbestos (.3); instruct administrative assistant to send transmittal letter and CD to Mr. Finke via Federal Express (.1).
K. BROWN                                       0.40 hrs.    125.00/hr         $50.00

09/24/01  Edit the final draft versions of the analytical methodology spreadsheets.
K. BROWN                                       0.40 hrs.    125.00/hr         $50.00

09/24/01  Review the CD containing the Non-Grace analytical methodology spreadsheet with Attorney Cleary.
K. BROWN                                       0.20 hrs.    125.00/hr         $25.00

09/25/01  Review, profile and organize files.
K. BROWN                                       1.30 hrs.    125.00/hr        $162.50

09/26/01  Review,  profile and organize files.
K. BROWN                                       1.00 hrs.    125.00/hr        $125.00

09/27/01  Review, profile and organize files.
K. BROWN                                       1.90 hrs.    125.00/hr        $237.50

**Fees for Legal Services**

**$7,551.50**

**BILLING SUMMARY**

W. R. Grace & Co.

October 17, 2001
Invoice 469788 Page 4

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 12.90 | 285.00 | 3,676.50 |
| K. BROWN | 31.00 | 125.00 | 3,875.00 |
| TOTAL | 43.90 | $172.02 | $7,551.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/04/2001 | VENDOR: Federal Express; INVOICE#: 585746964; DATE: 09/04/2001 - Acct.#1420-0507-7 on 6/28 | 1.50 |
|---|---|---|
| 09/10/2001 | Telephone 1-901-820-2023 | 0.05 |
| 09/18/2001 | Telephone 1-406-293-3964 | 0.08 |
| 09/18/2001 | Telephone 1-901-820-2023 | 0.63 |
| 09/19/2001 | Telephone 1-303-866-0409 | 0.16 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/6/01 | 13.94 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/29/01 | 20.81 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/30/01 | 20.81 |
| 09/21/2001 | Telephone 1-901-820-2023 | 0.21 |
| 09/21/2001 | Telephone 1-303-882-5271 | 2.08 |

**Total Charges for Other Services Provided/Expenses Incurred**                    **$60.27**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 57.06 |
| Telephone | 3.21 |
| TOTAL | $60.27 |

**Net current billing for this invoice**

**$7,611.77**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
|  | A/R BALANCE | | $52,148.24 |

W. R. Grace & Co.

October 17, 2001
Invoice 469788  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $7,551.50 |
| Charges for Other Services Provided/Expenses Incurred | $60.27 |

**Net current billing for this invoice**      **$7,611.77**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| | TOTAL A/R BALANCE | | $52,148.24 |

# Nelson
### Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 9, 2001
ATTN: Lydia Duff, Esq.                          Invoice 469789  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06027 | For Services Through 09/30/01 |
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 09/05/01 | Review docket (0.2); revise memo on billing procedures and U.S. Trustee compliance (0.5). | | | |
| | G.B. CAUTHEN | 0.70 hrs. | 250.00/hr | $175.00 |
| 09/05/01 | Revise memo pertaining to the procedures for drafting and filing fee applications with the bankruptcy court. | | | |
| | K.J. HEISER | 0.30 hrs. | 170.00/hr | $51.00 |
| 09/06/01 | Follow up on billing memos. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/10/01 | Assist on billing procedure issue. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/11/01 | Review docket. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/13/01 | Follow up on docket entry. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/13/01 | Conference call with Attorney Duff, Attorney Emmett, Mr. Obradovic and Mr. Medler to discuss approach outlined by Owens Corning to approach dealing with PRP Committees on potential environmental liabilities. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 09/18/01 | Review docket. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/24/01 | Review information with Attorney Duff and Emmett concerning payment of invoices under bankruptcy procedures for April, May, June and July, pre-dating appointment as special counsel (0.3); discussion of issues with Attorney Cleary (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |
| 09/26/01 | Assist on fee application. | | | |