W. R. Grace & Co.

October 9, 2001
Invoice 469789  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

09/26/01  Review previous court orders regarding billing for special counsel (0.5); conference with Attorney Cleary regarding billing procedures (0.2).
K.J. HEISER          0.70 hrs.    170.00/hr          $119.00

09/26/01  Review, profile and organize files.
K. BROWN             0.80 hrs.    125.00/hr          $100.00

09/27/01  Review docket; memo to Attorneys Cleary and Hawkins on exclusivity extension.
G.B. CAUTHEN         0.20 hrs.    250.00/hr          $50.00

09/27/01  Assist on fee application preparation.
G.B. CAUTHEN         0.30 hrs.    250.00/hr          $75.00

09/27/01  Review and revise fee application.
K.J. HEISER          1.30 hrs.    170.00/hr          $221.00

09/27/01  Review and organize files.
K. BROWN             3.20 hrs.    125.00/hr          $400.00

09/28/01  Draft fee application for fees accrued as special counsel.
K.J. HEISER          2.30 hrs.    170.00/hr          $391.00

**Fees for Legal Services**

**$2,290.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.40 | 220.00 | 308.00 |
| G.B. CAUTHEN | 2.80 | 250.00 | 700.00 |
| K.J. HEISER | 4.60 | 170.00 | 782.00 |
| K. BROWN | 4.00 | 125.00 | 500.00 |
| TOTAL | 12.80 | $178.91 | $2,290.00 |

| | | |
|---|---|---|
| 09/02/2001 | VENDOR: United States Environmental Protection A; INVOICE#: 3RIN-1160-01; DATE: 09/02/2001 - CD-Rom for Moyers Landfill Superfund Site De Minimis | 21.00 |
| 09/07/2001 | Photocopies 207 Page(s) | 10.35 |
| 09/07/2001 | Photocopies 199 Page(s) | 9.95 |
| 09/07/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/10/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/12/2001 | VENDOR: Parcels, Inc.; INVOICE#: 15496; DATE: 09/12/2001 - Copying Expense | 4.83 |
| 09/14/2001 | Telephone 1-410-531-4210 | 0.14 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/31/01 | 20.81 |
| 09/26/2001 | Photocopies 256 Page(s) | 12.80 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$80.08**

W. R. Grace & Co.

October 9, 2001
Invoice 469789  Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 4.83 |
| Photocopies | 33.30 |
| Federal Express | 20.81 |
| Outside Services | 21.00 |
| Telephone | 0.14 |
| TOTAL | $80.08 |

**Net current billing for this invoice**

**$2,370.08**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| | A/R BALANCE | | $21,511.30 |

W. R. Grace & Co.

October 9, 2001
Invoice 469789  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $2,290.00 |
| Charges for Other Services Provided/Expenses Incurred | $80.08 |
| **Net current billing for this invoice** | **$2,370.08** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| | TOTAL A/R BALANCE | | $21,511.30 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                    October 9, 2001
ATTN: Lydia Duff, Esq.                                       Invoice 469744  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06031 | For Services Through 09/29/01 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 09/12/01 | Review and organize files. | | | |
| | K. BROWN / Paralegal | 2.70 hrs. | 125.00/hr | $337.50 |
| 09/26/01 | Review, profile and organize files. | | | |
| | K. BROWN / Paralegal | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**

**$387.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 3.10 | 125.00 | 387.50 |
| TOTAL | 3.10 | $125.00 | $387.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/17/2001 | Photocopies 15 Page(s) | 0.75 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$0.75**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.75 |

W. R. Grace & Co.

October 9, 2001
Invoice 469744  Page 2

TOTAL                                                    $0.75

**Net current billing for this invoice**

**$388.25**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| | | A/R BALANCE | $8,595.42 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 17, 2001
Invoice 469747  Page 1

| Our Matter # | 02399/06032 | For Services Through 09/29/01 |
| --- | --- | --- |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| 09/06/01 | Review draft report for bench-scale treatability testing (0.5); confer with Attorney Hawkins regarding comments to same (0.2). | | | |
| --- | --- | --- | --- | --- |
| | R.T. CARLISLE | 0.70 hrs. | 200.00/hr | $140.00 |

| 09/07/01 | Finalize comments to the report to DHEC on results of bench-scale oxidation testing (0.6); finalize comments on Target Area Supplemental Investigation Data Report (0.4); telephone discussion with Mr. Bucens providing comments on above-referenced documents (0.4). | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 1.40 hrs. | 220.00/hr | $308.00 |

| 09/18/01 | Begin preparation for RMT meeting on Thursday concerning issues to be addressed in responding to DHEC on proposed feasibility study. | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |

| 09/18/01 | Review file material for information regarding groundwater for Attorney Hawkin's meeting on September 20, 2001. | | | |
| --- | --- | --- | --- | --- |
| | M.V. WADDELL | 0.90 hrs. | 85.00/hr | $76.50 |

| 09/19/01 | Prepare for meeting on feasibility study. | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS | 2.80 hrs. | 220.00/hr | $616.00 |

| 09/19/01 | Prepare for meeting tomorrow by reviewing research conducted to date and review CERCLA provisions relating to requirements for ARARs and guidance documents pertinent to ARARs for groundwater and surface water (2.6); review industrial landfill regulation analysis (0.3); confer with Attorney Hawkins regarding reclassification of groundwater and problems with DHEC's analysis in denying reclassification for Chevron (0.3); review notes on application of tap water standards to surface water (0.3). | | | |
| --- | --- | --- | --- | --- |
| | R.T. CARLISLE | 3.50 hrs. | 200.00/hr | $700.00 |

| 09/19/01 | Gather information needed for Attorneys Hawkins and Carlisle for meeting in Greenville. | | | |
| --- | --- | --- | --- | --- |
| | L.K. THOMAS | 1.00 hrs. | 85.00/hr | $85.00 |

| 09/19/01 | Review and organize file materials for information pertinent to 9/20/01 Grace meeting regarding groundwater issues. | | | |
| --- | --- | --- | --- | --- |

W. R. Grace & Co.

October 17, 2001
Invoice 469747  Page 2

| | M.V. WADDELL | 2.20 hrs. | 85.00/hr | $187.00 |

09/20/01   Complete preparations for meeting in Greenville at RMT with Ms. Duff, Mr. Bucens, Ms. Saucier, Attorney Carlisle, and RMT representatives concerning feasibility study alternatives, ARARs and state and local requirements that could impact the cleanup options that are required to be listed for the site in the Feasibility Study (1.2); participate in meeting on above issues and return to Columbia with follow-up discussions with Attorney Carlisle (8.5).

| | B.F. HAWKINS | 9.70 hrs. | 220.00/hr | $2,134.00 |

09/20/01   Prepare for and participate in meeting with Ms. Duff, Mr. Bucens, Mr. Obradovic, Attorney Hawkins and RMT representatives (8.5); follow-up discussion with Attorney Hawkins regarding action items (1.2).

| | R.T. CARLISLE | 9.70 hrs. | 200.00/hr | $1,940.00 |

09/21/01   Review information from meeting for preparation of follow-up items/tasks.

| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

09/27/01   Review and comment on letter to DHEC regarding radiological survey at Charleston Site (0.3); review comments back from other parties (0.3).

| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |

**Fees for Legal Services**

**$6,670.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 16.10 | 220.00 | 3,542.00 |
| R.T. CARLISLE | 13.90 | 200.00 | 2,780.00 |
| M.V. WADDELL | 3.10 | 85.00 | 263.50 |
| L.K. THOMAS | 1.00 | 85.00 | 85.00 |
| TOTAL | 34.10 | $195.62 | $6,670.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/04/2001 | Photocopies 3 Page(s) | 0.15 |
| 09/04/2001 | Photocopies 8 Page(s) | 0.40 |
| 09/05/2001 | Photocopies 35 Page(s) | 1.75 |
| 09/18/2001 | Photocopies 38 Page(s) | 1.90 |
| 09/18/2001 | Photocopies 4 Page(s) | 0.20 |
| 09/18/2001 | Photocopies 6 Page(s) | 0.30 |
| 09/19/2001 | Photocopies 412 Page(s) | 20.60 |
| 09/19/2001 | Photocopies 5 Page(s) | 0.25 |
| 09/19/2001 | Photocopies 8 Page(s) | 0.40 |

**Total Charges for Other Services Provided/Expenses Incurred**        **$25.95**

### DISBURSEMENT SUMMARY

W. R. Grace & Co.

October 17, 2001
Invoice 469747  Page 3

| Description | Dollars |
|---|---|
| Photocopies | 25.95 |
| TOTAL | $25.95 |

**Net current billing for this invoice**

**$6,696.45**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| | | A/R BALANCE | $53,677.38 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                October 17, 2001
ATTN: Robert A. Emmett, Esq.                          Invoice 471446  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06036 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby EPA Cost Recovery | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 09/12/01 | Review and organize files.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

**Fees for Legal Services**

**$437.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 3.50 | 125.00 | 437.50 |
| TOTAL | 3.50 | $125.00 | $437.50 |

**Net current billing for this invoice**

**$437.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464606 | 09/12/2001 | 22.05 | 4.40 |
| 466692 | 09/21/2001 | 826.50 | 826.50 |
| 469749 | 10/17/2001 | 142.50 | 142.50 |

W. R. Grace & Co.

October 17, 2001
Invoice 471446  Page 2

| 471446 | 10/17/2001 | 437.50 | 437.50 |
|--------|------------|--------|--------|
|        |            | A/R BALANCE | $1,410.90 |

W. R. Grace & Co.

October 17, 2001
Invoice 471446  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

| | |
|---|---:|
| Fees for Professional Services | $437.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$437.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464606 | 09/12/2001 | 22.05 | 4.40 |
| 466692 | 09/21/2001 | 826.50 | 826.50 |
| 469749 | 10/17/2001 | 142.50 | 142.50 |
| 471446 | 10/17/2001 | 437.50 | 437.50 |
| | TOTAL A/R BALANCE | | $1,410.90 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469751  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06042 | For Services Through 09/29/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Newark, CA | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 09/05/01 | Review and organize files.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/10/01 | Research and draft letter responding to Steeler, Inc. demand for Grace to respond to EPA cleanup demand.<br>D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 09/14/01 | Review and organize files.<br>K. BROWN | 6.10 hrs. | 125.00/hr | $762.50 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

**Fees for Legal Services**

**$2,225.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 1.80 | 285.00 | 513.00 |
| K. BROWN / Paralegal | 13.70 | 125.00 | 1,712.50 |
| TOTAL | 15.50 | 143.58 | 2,225.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469751  Page 2

**Net current billing for this invoice**

**$2,225.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467975 | 09/27/2001 | 451.50 | 90.30 |
| 469751 | 10/09/2001 | 2,225.50 | 2,225.50 |
| 478655 | 11/27/2001 | 125.00 | 125.00 |
| | | A/R BALANCE | $2,440.80 |

W. R. Grace & Co.

October 9, 2001
Invoice 469751  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

Fees for Professional Services                               $2,225.50
Charges for Other Services Provided/Expenses Incurred        $0.00

**Net current billing for this invoice**                     **$2,225.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467975 | 09/27/2001 | 451.50 | 90.30 |
| 469751 | 10/09/2001 | 2,225.50 | 2,225.50 |
| 478655 | 11/27/2001 | 125.00 | 125.00 |
| | TOTAL A/R BALANCE | | $2,440.80 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                         October 9, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 469753  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06044 | For Services Through 09/29/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Portland | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files. K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 09/13/01 | Review and organize files. K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/26/01 | Review, profile and organize files. K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

**Fees for Legal Services**

**$500.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 4.00 | 125.00 | 500.00 |
| TOTAL | 4.00 | 125.00 | 500.00 |

**Net current billing for this invoice**

**$500.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 469753 | 10/09/2001 | 500.00 | 500.00 |
| | | A/R BALANCE | $500.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469753  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06044
Libby Expansion Plants/Portland

| | |
|---|---|
| Fees for Professional Services | $500.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$500.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469753 | 10/09/2001 | 500.00 | 500.00 |
| | TOTAL A/R BALANCE | | $500.00 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 9, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 469790  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06046 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Dallas | |

| | | | | |
|---|---|---|---|---|
| 09/18/01 | Review and organize files. K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 09/27/01 | Review and organize files. K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

**Fees for Legal Services**

**$287.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 2.30 | 125.00 | 287.50 |
| TOTAL | 2.30 | 125.00 | 287.50 |

**Net current billing for this invoice**

**$287.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466695 | 09/21/2001 | 318.85 | 63.50 |
| 469524 | 10/09/2001 | 1,465.00 | 293.00 |
| 469790 | 10/09/2001 | 287.50 | 287.50 |
| 481804 | 12/14/2001 | 759.15 | 759.15 |
| | | A/R BALANCE | $1,403.15 |

W. R. Grace & Co.

October 9, 2001
Invoice 469790  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | |
|---|---|
| Fees for Professional Services | $287.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                                    **$287.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466695 | 09/21/2001 | 318.85 | 63.50 |
| 469524 | 10/09/2001 | 1,465.00 | 293.00 |
| 469790 | 10/09/2001 | 287.50 | 287.50 |
| 481804 | 12/14/2001 | 759.15 | 759.15 |
| | TOTAL A/R BALANCE | | $1,403.15 |

# Nelson

### Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              October 17, 2001
ATTN: Robert A. Emmett, Esq.                      Invoice 471447  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06047 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Phoenix | |

| | | | | |
|---|---|---|---|---|
| 09/04/01 | Discuss status of negotiations with Mr. Marriam (.4); order ASTM Ambient Air Methodology via internet (.2). | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 09/04/01 | Telephone conference with Ms. Antar regarding location of documents relating to this site (.6); search for transactional documents relating to acquisition of Zonolite (2.3). | | | |
| | K. BROWN | 2.90 hrs. | 125.00/hr | $362.50 |
| 09/05/01 | Telephone conference with Ms. Antar regarding real estate deed for this location (.3); review the reorganization documents between Grace and Zonolite for the deed to this site (2.0). | | | |
| | K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/05/01 | Continue to search for deeds for Ms. Antar. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/07/01 | Continue to review reorganization documents of Zonolite for deed and telephone Ms. Antar with result of search. | | | |
| | K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |
| 09/10/01 | Review and discuss EPA draft with Mr. Marriam (2.1); contact EPA to send clean copy of draft for internal distribution and review (.2) | | | |
| | D.M. CLEARY | 2.30 hrs. | 285.00/hr | $655.50 |
| 09/10/01 | Telephone conference with Ms. Antar regarding deeds (Santa Fe Company conveyance to Ari-Zonolite and Ari-Zonolite conveyance to Grace) (0.4); profile deeds (0.1). | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/12/01 | Review and transmit final EPA draft AOC to Grace team for approval. | | | |
| | D.M. CLEARY | 2.10 hrs. | 285.00/hr | $598.50 |
| 09/13/01 | Discussions with Mr. Marriam regarding Mr. Finke's concerns (.5); review Mr. Finke's concerns and develop response strategy (.5). | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |

W. R. Grace & Co.

October 17, 2001
Invoice 471447  Page 4

| | | | |
|---|---|---|---|
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| 499684 | 04/19/2002 | 212.50 | 212.50 |
| | | A/R BALANCE | $12,818.82 |

W. R. Grace & Co.

October 17, 2001
Invoice 471447  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | |
|---|---|
| Fees for Professional Services | $6,416.50 |
| Charges for Other Services Provided/Expenses Incurred | $164.15 |

**Net current billing for this invoice**                    **$6,580.65**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| 499684 | 04/19/2002 | 212.50 | 212.50 |
| | TOTAL A/R BALANCE | | $12,818.82 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469791  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06087 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby-Expansion Plants-Glendale, AZ | |

| | | | | |
|---|---|---|---|---|
| 09/25/01 | Review and organize files. | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/26/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**

**$150.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.20 | 125.00 | 150.00 |
| TOTAL | 1.20 | $125.00 | $150.00 |

**Net current billing for this invoice**

**$150.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | A/R BALANCE | | $551.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469791  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06087
Libby-Expansion Plants-Glendale, AZ

| | |
|---|---|
| Fees for Professional Services | $150.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                                    **$150.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | TOTAL A/R BALANCE | | $551.50 |