IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 20, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE ELEVENTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

Name of Applicant:    **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to:    **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:    **July 19, 2001**

Period for which compensation and reimbursement is sought:    **April 1, 2002 through April 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:   **$14,261.60  (80% of $17,827.00)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:   **$345.71 for the period**

This is a __x__ monthly ___ interim ___ final application.

    The total time expended for the preparation of this application is approximately __6.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__900.00__.

Prior fee applications:

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $13,762.50 | $2,155.05 | $11,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 14, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | Pending | Pending |
| June 14, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | Pending | Pending |
| June 14, 202 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | Pending | Pending |
| June 17, 2002 | September 1, 2001-September 30, 2001 | $31,625.50 | $488.83 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $220.00 | 11.90 | $2,618.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | 1.10 | $297.00 |
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 8.00 | $2,320.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 36.80 | $8,832.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $220.00 | .60 | $132.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $180.00 | 6.70 | $1,206.00 |

Grand Total for Fees:  $15,405.00
Blended Rate:          $236.64

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 7.40 | $925.00 |
| D. B. Green | Paralegal | 2 years | Bankruptcy | $ 85.00 | .40 | $34.00 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 95.00 | 15.40 | $1,463.00 |

Grand Total for Fees: $ 2,422.00
Blended Rate:         $105.30

3

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road Site | 5.00 | 1,365.00 |
| 02399/06011 | Enoree Site Management | 18.80 | 3,587.00 |
| 02399/06012 | Owensboro Site Management | 14.60 | 3,504.00 |
| 02399/06023 | Libby, MT – General Environmental | .50 | 145.00 |
| 02399/06027 | Project Allen | 16.60 | 2,732.00 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 4.00 | 930.00 |
| 02399/06032 | Charleston | 27.80 | 5,352.00 |
| 02399/06033 | Weedsport, NY | .60 | 174.00 |
| 02399/06089 | FOIA Request | .40 | 38.00 |
| TOTAL | | 88.30 | $17,827.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 14.34 |
| Standard Copies | 61.55 |
| Outside Services | 235.59 |
| Federal Express | 32.74 |
| Postage | 1.49 |
| Total | $ 345.71 |