IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 20, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

EXHIBIT A

# Nelson Mullins

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

May 10, 2002  
Invoice 502852  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 04/30/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

04/08/02   Review information concerning revised cost estimates for site and proposal by Owens-Corning to settle out with PRP Group in the bankruptcy process (0.4); forward information to Ms. Duff and Mr. Medler (0.1).
B.F. HAWKINS                      0.50 hrs.   240.00/hr            $120.00

04/10/02   Review Beaco Road documents regarding potential for outstanding insurance (0.8); research documented Grace insurance settlement history (0.4); draft response letter to Beaco Road Steering Committee (0.6); e-mail Attorney Hawkins regarding draft response, and factual issues that require further confirmation from Grace (0.4); subsequent telephone discussion with Attorney Hawkins regarding Grace 10-Q information (0.4).
D.M. CLEARY                       2.60 hrs.   290.00/hr            $754.00

04/11/02   Review e-mail and attached draft letter to Ms. Duff regarding insurance availability.
D.M. CLEARY                       0.30 hrs.   290.00/hr             $87.00

04/18/02   Review and comment on newly revised letter to Beaco Road Steering Committee.
D.M. CLEARY                       0.40 hrs.   290.00/hr            $116.00

04/18/02   Review and revise letter addressing insurance question to be provided to Beaco Road PRP Group.
B.F. HAWKINS                      0.40 hrs.   240.00/hr             $96.00

04/19/02   Revisions to letter responding to insurance question and forward to client (0.4).
B.F. HAWKINS                      0.40 hrs.   240.00/hr             $96.00

04/24/02   Finalize and forward letter dealing with response on request for information concerning insurance coverage for Beaco Road Site.
B.F. HAWKINS                      0.40 hrs.   240.00/hr             $96.00

**Fees for Legal Services**

$1,365.00

W. R. Grace & Co.
May 10, 2002
Invoice 502852  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.70 | 240.00 | 408.00 |
| D.M. CLEARY | 3.30 | 290.00 | 957.00 |
| TOTAL | 5.00 | $273.00 | $1,365.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/03/2002 | Photocopies 29 Page(s) | 1.45 |
| 04/09/2002 | Photocopies 13 Page(s) | 0.65 |
| 04/30/2002 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** **$2.25**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.25 |
| TOTAL | $2.25 |

**Net current billing for this invoice**

**$1,367.25**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| | | A/R BALANCE | $5,821.86 |

W. R. Grace & Co.

May 10, 2002
Invoice 502852   Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $1,365.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.25 |
| **Net current billing for this invoice** | **$1,367.25** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| | TOTAL A/R BALANCE | | $5,821.86 |

# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502853  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

04/01/02   Review Title V permit amendment (0.4); discuss permit amendment with Attorney Hawkins (0.2)
M.E. TERNES                                  0.60 hrs.   220.00/hr            $132.00

04/17/02   Review issues with Attorney Carlisle regarding questions raised by DHEC regarding WET history at Enoree facility (0.3); review results of information determined concerning DHEC request (0.2).
B.F. HAWKINS                                 0.50 hrs.   240.00/hr            $120.00

04/17/02   Confer with Messrs. O'Connell and Emmet regarding call from Ms. Ramos requesting meeting to discuss whole effluent toxicity testing and oil and grease issue (0.4); confer with environmental team colleagues regarding background information on Ms. Ramos (0.3); follow-up conference with Mr. O'Connell (0.1).
R.T. CARLISLE                                0.80 hrs.   220.00/hr            $176.00

04/18/02   Follow-up conference with Messrs. Emmet and O'Connell to discuss strategy for addressing request for enforcement conference and regarding NOV that has been issued by DHEC (0.3); additional review of file information on toxicity issues (0.3).
R.T. CARLISLE                                0.60 hrs.   220.00/hr            $132.00

04/23/02   Review information with Mr. Favorito concerning regulatory site assessment (0.4); review legal issues identified for regulatory site assessment (0.5).
B.F. HAWKINS                                 0.90 hrs.   240.00/hr            $216.00

04/24/02   Review April 22, 2002 Notice of Violation relating to wastewater discharges from mill (0.2); confer with Mr. O'Connell regarding same (0.4).
R.T. CARLISLE                                0.60 hrs.   220.00/hr            $132.00

04/25/02   Confer with Mr. O'Connell regarding scheduling internal meeting to discuss Notice of Violation issues tomorrow (0.1); review outline received today from Mr. O'Connell (0.7).
R.T. CARLISLE                                0.80 hrs.   220.00/hr            $176.00

W. R. Grace & Co.
May 10, 2002
Invoice 502853   Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 04/26/02 | Review Notice of Violation forwarded to Enoree facility (0.4); review facts and approach to response with Attorney Carlisle (0.3).<br>B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |
| 04/26/02 | Prepare for conference call to discuss data underlying whole effluent toxicity test results (0.9); participate in conference call with Mr. O'Connell, Mr. Balcer, Mr. Scott, Mr. Kelly and other representatives of client and consultants retained by client (0.9).<br>R.T. CARLISLE | 1.80 hrs. | 220.00/hr | $396.00 |
| 04/28/02 | Begin reviewing WET information in preparation for enforcement conference on Thursday.<br>R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 04/29/02 | Review file information to identify any additional documents to be included in notebooks to be given to DHEC at Thursday's enforcement conference on water issues (0.5); confer with Mr. O'Connell regarding same (0.2); revise outline on points to be presented to DHEC at conference (1.2).<br>R.T. CARLISLE | 1.90 hrs. | 220.00/hr | $418.00 |
| 04/29/02 | Discuss materials needed for Enforcement Conference with Attorney Carlisle; locate same.<br>L.K. THOMAS | 1.30 hrs. | 95.00/hr | $123.50 |
| 04/30/02 | Review issues and assignments with Attorney Cleary concerning regulatory site assessment.<br>B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |
| 04/30/02 | Discussion with Attorney Hawkins regarding assignment (0.2); draft e-mail to Mr. Favorito (0.2).<br>D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 04/30/02 | Review documents sent by Mr. O'Connell by Federal Express to be included in notebook for Thursday's enforcement conference with DHEC (0.2); draft response to be included in file (building on document created by Mr. O'Connell (3.1); assign to Paralegal Thomas task of preparing notebooks (0.2); transmit to Mr. O'Connell draft response and re-worked outline of talking points and electronic mail memorandum regarding same (0.2).<br>R.T. CARLISLE | 3.70 hrs. | 220.00/hr | $814.00 |
| 04/30/02 | Discuss materials needed for enforcement conference with Attorney Carlisle; gather information for enforcement conference per Attorney Carlisle; receive and edit attachments for notebook for enforcement conference; begin to create notebooks for same.<br>L.K. THOMAS | 3.70 hrs. | 95.00/hr | $351.50 |

**Fees for Legal Services**

$3,587.00

**BILLING SUMMARY**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.40 | 240.00 | 576.00 |
| D.M. CLEARY | 0.40 | 290.00 | 116.00 |
| M.E. TERNES | 0.60 | 220.00 | 132.00 |
| R.T. CARLISLE | 10.40 | 220.00 | 2,288.00 |
| L.K. THOMAS | 5.00 | 95.00 | 475.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502853  Page 3

| | | | |
|---|---:|---:|---:|
| TOTAL | 18.80 | $190.80 | $3,587.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 04/17/2002 | Telephone 1-617-498-4594 | 0.10 |
| 04/18/2002 | Telephone 1-617-498-4594 | 0.21 |
| 04/24/2002 | Telephone 1-617-498-4594 | 0.10 |
| 04/30/2002 | Photocopies 18 Page(s) | 0.90 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$1.31**

### DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---:|
| Photocopies | 0.90 |
| Telephone | 0.41 |
| TOTAL | $1.31 |

**Net current billing for this invoice**

**$3,588.31**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---:|---:|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| | | A/R BALANCE | $26,470.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502853  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---:|
| Fees for Professional Services | $3,587.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.31 |
| **Net current billing for this invoice** | **$3,588.31** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| | TOTAL A/R BALANCE | | $26,470.00 |

# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502854  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06012 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

| | | | | |
|---|---|---|---|---|
| 04/02/02 | Review information concerning "once in, always in" policy in light of amendments to 40 CFR Part 63, Subparts A and B. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 04/05/02 | Discussion with EPA and state representatives (and obtain additional documentation) regarding confirmation on treatment of 112(j) requirements for Part 1 application under revisions of 40 CFR Part 63, Subpart B and regarding impact of "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/21/02 | Work on confirmation position for "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |
| 04/23/02 | Work on draft of letter to EPA confirming position on "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/24/02 | Complete draft of memorandum to EPA to confirm position on "once in, always in" policy and application of policy in light of amendments to MACT hammer provisions of 40 CFR Part 63, Subpart B. | | | |
| | B.F. HAWKINS | 2.50 hrs. | 240.00/hr | $600.00 |
| 04/29/02 | Discussion with Ms. Duff regarding approach to verification for "once in, always in" guidance (0.3); prepare confirmation document for EPA (0.5); follow-up call to EPA (0.2); review email from Mr. O'Connell concerning impact of Earthjustice suit involving amended 112(j) procedures (0.3); discussion with EPA, state and trade representatives to attempt to determine impact on requirement to submit Part 1 application on May 15 (1.4); review information concerning potential emergency stay of 112(j) regulations and potential implication of same (0.8); research and review possible approaches for satisfying 112(j) requirements with various state and EPA officials (1.2). | | | |
| | B.F. HAWKINS | 4.70 hrs. | 240.00/hr | $1,128.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502854   Page 2

04/30/02   Research options for responding to requirements to submit case-by-case MACT determination under 112(j) requirements of Clean Air Act (1.6); discussion with Mr. Colyer of EPA concerning how companies could respond to 112(j) requirements in light of lawsuit filed by Earthjustice (0.4); review options based on discussion with Mr. Colyer (0.7); draft response to client (0.4).
B.F. HAWKINS                             3.10 hrs.   240.00/hr              $744.00

**Fees for Legal Services**

$3,504.00

## BILLING SUMMARY

|              | Hours | Rate/Hr  | Dollars    |
|--------------|-------|----------|------------|
| B.F. HAWKINS | 14.60 | 240.00   | 3,504.00   |
| TOTAL        | 14.60 | $240.00  | $3,504.00  |

**Net current billing for this invoice**

**$3,504.00**

| ACCOUNTS RECEIVABLE RECAP |||| 
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
|  |  | A/R BALANCE | $14,699.65 |

W. R. Grace & Co.

May 10, 2002
Invoice 502854   Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---:|
| Fees for Professional Services | $3,504.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$3,504.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
| | TOTAL A/R BALANCE | | $14,699.65 |

# Nelson Mullins

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

May 10, 2002  
Invoice 502855 Page 1

Our Matter #         02399/06023                          For Services Through 04/30/02
WR Grace #           001-KL-721400-00-800027
Name of Matter:      Libby, MT -General Environmen

| | | | | |
|---|---|---|---|---|
| 04/09/02 | Discussion of status of EPA investigation with Mr. Marriam. | | | |
| | D.M. CLEARY | 0.20 hrs. | 290.00/hr | $58.00 |
| 04/11/02 | Review letter to EPA Administrator Whitman regarding attic fill. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**

$145.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 290.00 | 145.00 |
| TOTAL | 0.50 | $290.00 | $145.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/09/2002 | Telephone 1-901-820-2023 | 3.3 |

**Total Charges for Other Services Provided/Expenses Incurred**         $3.31

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 3.31 |

W. R. Grace & Co.

May 10, 2002  
Invoice 502855  Page 2

TOTAL $3.31

**Net current billing for this invoice**

$148.31

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |
| | | A/R BALANCE | $52,296.55 |

W. R. Grace & Co.

May 10, 2002
Invoice 502855  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $145.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.31 |
| **Net current billing for this invoice** | **$148.31** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |
| | TOTAL A/R BALANCE | | $52,296.55 |



# Nelson Mullins

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

May 10, 2002  
Invoice 502856  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06027 | For Services Through 04/30/02 |
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 04/01/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/02/02 | Check docket for any impact on NMRS representation of debtor. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/03/02 | Telephone Mr. Emmett and left message regarding financial assurance. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 04/03/02 | E-mail correspondence to Ms. Gettier, Attorneys Cleary and Hawkins, and Administrative Assistant Johnson regarding the status of the outstanding invoices. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 04/03/02 | Telephone conference with Mr. Emmett regarding financial assurance documents and the metaframe (0.4); meet with Attorney Cleary to report the conversation with Mr. Emmett regarding the financial assurance documents and metaframe (0.3). | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 04/08/02 | Review docket for entries impacting NMRS representation of client; memo on January and February fee applications. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 04/08/02 | Review billing invoices and calculate fees and expenses for fee application; draft fee application for month of January 2002. | | | |
| | K.J. HEISER | 1.60 hrs. | 180.00/hr | $288.00 |
| 04/08/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/09/02 | Revise billing statements and interim fee application for January 2002. | | | |
| | K.J. HEISER | 2.30 hrs. | 180.00/hr | $414.00 |

W. R. Grace & Co.
May 10, 2002
Invoice 502856  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 04/10/02 | Review correspondence regarding status of outstanding invoices; prepare correspondence and e-mail same to Ms. Gettier, Ms. Duff, Mr. Emmett, and Attorneys Cleary and Hawkins, and Administrative Assistant Johnson requesting assistance in determining the status of the payment for the outstanding invoices. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/14/02 | Follow up on January Fee Application. | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/14/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/15/02 | Check docket for changes that might impact NMRS representation of client. | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/15/02 | Prepare correspondence regarding status of October and November approved payment and inquire on the payment status for July and September which were previously approved by the court and environmental attorneys and e-mail to Ms. Gettier and Attorney Cleary. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 04/17/02 | Review correspondence regarding outstanding invoices. | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 04/18/02 | Revise fee application for period of January 2002. | K.J. HEISER | 0.80 hrs. | 180.00/hr | $144.00 |
| 04/18/02 | Review revised spreadsheet of outstanding invoices dating July through December 2001. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/19/02 | Discussion with Attorney Hawkins regarding notification of potential natural resource damages creditors. | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 04/19/02 | Review and revise fee applications. | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/19/02 | Make final revisions to fee application for period of January 2002. | K.J. HEISER | 0.40 hrs. | 180.00/hr | $72.00 |
| 04/21/02 | Review docket to check on impact on NMRS representation of debtor. | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/21/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/22/02 | Review final draft of fee application and prepare for filing; draft letter to bankruptcy counsel regarding filing of fee application. | K.J. HEISER | 0.20 hrs. | 180.00/hr | $36.00 |
| 04/22/02 | Telephone conference with Administrative Assistant Johnson regarding the procedures involved prior to the submission of invoices to the court (0.4); review draft letter (0.1); review the 8th month application (0.4); draft memo to Attorney Heiser (0.3); prepare draft letters to Ms. Duff, Mr. Emmett, Attorneys Cleary and Hawkins regarding February 2002 invoices (0.5). | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |