W. R. Grace & Co.

May 10, 2002
Invoice 502856  Page 3

04/23/02    Edit memo to Attorney Heiser regarding fees application for February 2002 invoices (0.2);
            edit letters to Ms. Duff and Mr. Emmett regarding February 2002 invoices (0.4); telephone
            conference with Administrative Assistant Johnson regarding preliminary procedures prior to
            fee application submission (0.4); e-mail draft letters to Attorney Cleary for his review and
            comments (0.2); prepare correspondence for Attorney Heiser and file (1.0); meet with
            Administrative Assistant Swider to discuss distribution instructions of correspondence to Ms.
            Duff, Mr. Emmett and Attorney Heiser (0.2).
            K. BROWN                                    2.40 hrs.    125.00/hr          $300.00

04/23/02    Review correspondence from Attorney Hawkins regarding checks without invoice and/or
            matter number and discuss with Administrative Assistant Johnson (0.3); e-mail same to
            Attorney Cleary (0.1); telephone conference with A/R Specialist regarding checks without
            invoice reference and/or matter number (0.2); meet with Attorney Cleary to discuss same
            (0.2); review fax from A/R Specialist and prepare correspondence to Ms. Bartley requesting
            assistance in obtaining the missing information for the two checks (0.3).
            K. BROWN                                    1.10 hrs.    125.00/hr          $137.50

04/25/02    Review cover letter of new fee application order.
            D.M. CLEARY                                 0.20 hrs.    290.00/hr           $58.00

04/25/02    Review administrative order regarding new fee application procedure; review billing invoices
            for February and March 2002.
            K.J. HEISER                                 1.40 hrs.    180.00/hr          $252.00

**Fees for Legal Services**

                                                        **$2,732.00**

### BILLING SUMMARY

|               | Hours | Rate/Hr  | Dollars   |
|---------------|-------|----------|-----------|
| B.F. HAWKINS  | 0.40  | 240.00   | 96.00     |
| D.M. CLEARY   | 0.60  | 290.00   | 174.00    |
| G.B. CAUTHEN  | 1.10  | 270.00   | 297.00    |
| K.J. HEISER   | 6.70  | 180.00   | 1,206.00  |
| K. BROWN      | 7.40  | 125.00   | 925.00    |
| D.B. GREEN    | 0.40  | 85.00    | 34.00     |
| TOTAL         | 16.60 | $164.58  | $2,732.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description                                                                                          | Amount |
|------------|------------------------------------------------------------------------------------------------------|--------|
| 03/29/2002 | Postage                                                                                              | 1.49   |
| 04/03/2002 | Telephone 1-410-531-4000                                                                             | 4.81   |
| 04/16/2002 | Telephone 1-410-531-4129                                                                             | 0.90   |
| 04/22/2002 | Fed Ex                                                                                               | 12.32  |
| 04/24/2002 | VENDOR: PACER Service Center; INVOICE#: NM0003-4/24/02; DATE: 04/24/2002 - Access to Court Docket System | 0.84   |
| 04/28/2002 | Photocopies 8 Page(s)                                                                                | 0.40   |

**Total Charges for Other Services Provided/Expenses Incurred**          **$20.76**

W. R. Grace & Co.

May 10, 2002
Invoice 502856  Page 4

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.40 |
| Fed Ex | 12.32 |
| Outside Services | 0.84 |
| Postage | 1.49 |
| Telephone | 5.71 |
| TOTAL | $20.76 |

**Net current billing for this invoice**

**$2,752.76**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| | | A/R BALANCE | $24,264.06 |

W. R. Grace & Co.

May 10, 2002
Invoice 502856  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I 1009
COLUMBIA, SOUTH CAROLINA 2921 1-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $2,732.00 |
| Charges for Other Services Provided/Expenses Incurred | $20.76 |

**Net current billing for this invoice**              **$2,752.76**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| | TOTAL A/R BALANCE | | $24,264.06 |

# Nelson

### Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                         May 10, 2002
ATTN: Lydia Duff, Esq.                          Invoice 502857  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 04/30/02 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

04/17/02    Review memorandum from Attorney Carlisle regarding analysis of industrial landfill history
(0.5); review analysis with Attorney Carlisle (0.3); message from Mr. Fishel (0.1).
B.F. HAWKINS                    0.90 hrs.    240.00/hr              $216.00

04/17/02    Confer with Attorney Hawkins regarding advice to be given to Mr. Fishel relating to industrial
landfill (0.3); file review in preparation for call with Mr. Fishel (0.1).
R.T. CARLISLE                   0.40 hrs.    220.00/hr               $88.00

04/18/02    Review issues with Attorney Carlisle regarding industrial landfill research (0.3); discussion
with Mr. Fishel regarding same (0.3); review and revise e-mail outlining analysis of landfill
question and proposing options on same (0.6).
B.F. HAWKINS                    1.20 hrs.    240.00/hr              $288.00

04/18/02    Conference with Mr. Fishel and Attorney Hawkins regarding post-closure issues for industrial
waste landfill (0.6); draft electronic mail memorandum to Mr. Fishel for Attorney Hawkins to
forward outlining options for addressing issue (0.5).
R.T. CARLISLE                   1.10 hrs.    220.00/hr              $242.00

04/29/02    Discussion with Ms. Duff regarding industrial landfill question and approaches for same.
B.F. HAWKINS                    0.40 hrs.    240.00/hr               $96.00

**Fees for Legal Services**

**$930.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.50 | 240.00 | 600.00 |
| R.T. CARLISLE | 1.50 | 220.00 | 330.00 |
| TOTAL | 4.00 | $232.50 | $930.00 |

W. R. Grace & Co.

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/05/2002 | Telephone 1-617-498-2667 | 0.10 |
| 04/18/2002 | Telephone 1-803-648-9575 | 2.05 |
| 04/23/2002 | Telephone 1-617-498-4861 | 1.10 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$3.25**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 3.25 |
| TOTAL | $3.25 |

**Net current billing for this invoice**

**$933.25**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| 499681 | 04/22/2002 | 1,042.30 | 1,042.30 |
| 502857 | 05/10/2002 | 933.25 | 933.25 |
| | | A/R BALANCE | $3,762.78 |

W. R. Grace & Co.

May 10, 2002
Invoice 502857  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $930.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.25 |

**Net current billing for this invoice**                                    **$933.25**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| 499681 | 04/22/2002 | 1,042.30 | 1,042.30 |
| 502857 | 05/10/2002 | 933.25 | 933.25 |
| | TOTAL A/R BALANCE | | $3,762.78 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID No. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502858  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 04/30/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

04/01/02    Review information related to approval of Feasibility Study in light of communication with Ms. Canova (0.4); review status of activity at other sites dealing with similar Feasibility Study issues (0.4); efforts to expedite FOIA requests for information concerning remedial measures taken at other sites referred to by DHEC as support for their remedy selection (0.4).
B.F. HAWKINS                    1.20 hrs.    240.00/hr              $288.00

04/01/02    Draft FOIA requests for Shuron, Inc, Parchem, Dale Owen Property, Bear Property, Calhoun Park; discuss same with Attorney Hawkins.
L.K. THOMAS                     0.90 hrs.    95.00/hr               $85.50

04/02/02    Continue efforts to locate information on Feasibility Study and ROD material in support for positions with DHEC.
B.F. HAWKINS                    1.00 hrs.    240.00/hr              $240.00

04/05/02    Check on status of FOIA request for various sites cited by DHEC as support for its position on remedy selection (0.4); status update to Mr. Bucens (0.2).
B.F. HAWKINS                    0.60 hrs.    240.00/hr              $144.00

04/08/02    Review information from Mr. Bucens regarding Feasibility Study issues (0.4); review summaries of cleanup actions and request information regarding same for evaluation of DHEC decisions on remedies and cost of same (0.8).
B.F. HAWKINS                    1.20 hrs.    240.00/hr              $288.00

04/09/02    Receive and review information from Ms. Saucier regarding Shuron, Inc, Para-Chem, Dale Owen Property, Bear Property, Calhoun Park; discuss and forward same to Attorney Hawkins; draft Freedom of Information Request for Helena Chemical.
L.K. THOMAS                     0.70 hrs.    95.00/hr               $66.50

04/10/02    Review file to locate information regarding Helena Chemicals; discuss same with Attorney Hawkins.
L.K. THOMAS                     0.40 hrs.    95.00/hr               $38.00

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 2

| | | | | |
|---|---|---|---|---|
| 04/11/02 | Instructions to paralegal concerning what types of documents and information need to be identified and copied from files cited by DHEC as supporting their position on required remedy selection (0.4); review questions regarding information needed (0.3); discussion with paralegal and Mr. Bucens regarding needed information (0.3); follow-up with paralegal on progress of items identified and types of information provided (0.3); forward various documents to client (0.2). | | | |
| | B.F. HAWKINS | 1.50 hrs. | 240.00/hr | $360.00 |
| 04/11/02 | Attend FOIA review for Shuron, Bear Property, Dale Owen Property, ParaChem and Calhoun Park Site. | | | |
| | L.K. THOMAS | 3.80 hrs. | 95.00/hr | $361.00 |
| 04/12/02 | Complete FOIA review for Shuron, Bear Property, Dale Owen Property, ParaChem and Calhoun Park site and gather documents concerning Helena Chemicals for Attorney Hawkins' review. | | | |
| | L.K. THOMAS | 2.30 hrs. | 95.00/hr | $218.50 |
| 04/17/02 | Check on status of collecting information on various sites that might support remedy analysis for Grace. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/18/02 | Discussion with Mr. Bucens regarding collection of documents that could support Grace's position for Feasibility Study and remedy selection (0.3); participate in Beaco Road conference call to gather information about discussions with DHEC that might be useful to support Charleston site (0.6). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 04/19/02 | Receive, review and distribute documents reviewed at the Freedom of Information office regarding Shuron, Calhoun Park, Dale Owen Property, Bear Property and ParaChem. | | | |
| | L.K. THOMAS | 0.60 hrs. | 95.00/hr | $57.00 |
| 04/21/02 | Review information from other environmental sites that could further support proposed remedial design solution at Charleston site. | | | |
| | B.F. HAWKINS | 2.20 hrs. | 240.00/hr | $528.00 |
| 04/22/02 | Research concerning other potential sites that support Grace's position on remedy selection (2.0); review information forwarded from DHEC on various sites (0.9). | | | |
| | B.F. HAWKINS | 2.90 hrs. | 240.00/hr | $696.00 |
| 04/22/02 | Review and organize materials received from Freedom of Information office and discuss same with Attorney Hawkins. | | | |
| | L.K. THOMAS | 1.30 hrs. | 95.00/hr | $123.50 |
| 04/23/02 | Review information from DHEC regarding sites the Department contends support their position on remedy selection. | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 04/24/02 | Continue review of information addressing various sites and cleanup of those sites as related to selection of remedy for Charleston site (1.2); prepare information form Mr. Bucens (0.2). | | | |
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |
| 04/29/02 | Discussion with Mr. Bucens to review possible approaches with DHEC on finalizing Feasibility Study and selection of final remedy. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 3

04/30/02    Review natural resource damage rules for appropriate notice parties. (2.2).  discussion with
Attorney Smith regarding local contacts (0.2); call to US Fish and Wildlife Service to obtain
local contacts and Trustee information (0.2).

D.M. CLEARY                                    2.60 hrs.    290.00/hr              $754.00

**Fees for Legal Services**

**$5,352.00**

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars   |
|----------------|-------|---------|-----------|
| B.F. HAWKINS   | 15.20 | 240.00  | 3,648.00  |
| D.M. CLEARY    | 2.60  | 290.00  | 754.00    |
| L.K. THOMAS    | 10.00 | 95.00   | 950.00    |
| TOTAL          | 27.80 | $192.52 | $5,352.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/01/2002 | Photocopies 18 Page(s) | 0.90 |
| 04/01/2002 | Photocopies 2 Page(s) | 0.10 |
| 04/01/2002 | Photocopies 3 Page(s) | 0.15 |
| 04/04/2002 | Photocopies 4 Page(s) | 0.20 |
| 04/05/2002 | Photocopies 1 Page(s) | 0.05 |
| 04/09/2002 | Photocopies 12 Page(s) | 0.60 |
| 04/10/2002 | Photocopies 1 Page(s) | 0.05 |
| 04/25/2002 | Fed Ex | 40.42 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013685-3; DATE: 04/26/2002 - Payment of Invoice #Q013685-3, Request #0204018 | 113.25 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013684-6; DATE: 04/26/2002 - Payment for invoice Q013684-6, Request #0204018 | 86.75 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013683-8; DATE: 04/26/2002 - Payment for Invoice Q013683-8, Request #0204011 | 22.00 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013682-0; DATE: 04/26/2002 - Payment for Invoice #Q013682-0, Request #0204018 | 12.75 |
| 04/30/2002 | Photocopies 1119 Page(s) | 55.95 |

**Total Charges for Other Services Provided/Expenses Incurred**

**$333.17**

### DISBURSEMENT SUMMARY

| **Description**  | **Dollars** |
|------------------|-------------|
| Photocopies      | 58.00       |
| Fed Ex           | 40.42       |
| Outside Services | 234.75      |
| TOTAL            | $333.17     |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 4

**Net current billing for this invoice**

**$5,685.17**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| | | A/R BALANCE | $59,362.55 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $5,352.00 |
| Charges for Other Services Provided/Expenses Incurred | $333.17 |
| **Net current billing for this invoice** | **$5,685.17** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| | TOTAL A/R BALANCE | | $59,362.55 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

May 10, 2002
Invoice 502859  Page 1

| Our Matter # | 02399/06033 | For Services Through 04/30/02 |
| --- | --- | --- |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Weedsport, NY | |

| 04/03/02 | Review Weedsport sampling summary. | | | |
| --- | --- | --- | --- | --- |
| | D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |

**Fees for Legal Services**

**$174.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| TOTAL | 0.60 | $290.00 | $174.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 04/04/2002 | Telephone 1-901-820-2023 | 1.66 |
| --- | --- | --- |

**Total Charges for Other Services Provided/Expenses Incurred**  **$1.66**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Telephone | 1.66 |
| TOTAL | $1.66 |

W. R. Grace & Co.

**Net current billing for this invoice**

**$175.66**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464603 | 09/12/2001 | 142.55 | 28.50 |
| 502859 | 05/10/2002 | 175.66 | 175.66 |
| | | A/R BALANCE | $204.16 |

W. R. Grace & Co.

May 10, 2002
Invoice 502859  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06033
Weedsport, NY

| | |
|---|---|
| Fees for Professional Services | $174.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.66 |

**Net current billing for this invoice**                                   **$175.66**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464603 | 09/12/2001 | 142.55 | 28.50 |
| 502859 | 05/10/2002 | 175.66 | 175.66 |
| | TOTAL A/R BALANCE | | $204.16 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                      May 10, 2002
ATTN: Lydia Duff, Esq.                    Invoice 502860  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06089 | For Services Through 04/30/02 |
| Name of Matter: | FOIA Request | |

04/17/02   Telephone conference with Mr. Fulton of Jefferson County Health Department to discuss
materials previously requested; discuss same with Attorney Hawkins.
L.K. THOMAS                          0.40 hrs.   95.00/hr              $38.00

**Fees for Legal Services**                                                          **$38.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.K. THOMAS | 0.40 | 95.00 | 38.00 |
| TOTAL | 0.40 | $95.00 | $38.00 |

**Net current billing for this invoice**                                          **$38.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 499685 | 04/19/2002 | 112.53 | 112.53 |
| 502860 | 05/10/2002 | 38.00 | 38.00 |
|  |  | A/R BALANCE | $150.53 |

W. R. Grace & Co.

May 10, 2002
Invoice 502860  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $38.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                                                **$38.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 499685 | 04/19/2002 | 112.53 | 112.53 |
| 502860 | 05/10/2002 | 38.00 | 38.00 |
| | TOTAL A/R BALANCE | | $150.53 |