IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. (01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATION

1. STEVEN E. CRICK, of Humphrey, Farrington, McClain & Edgar, P.C., counsel to asbestos claimants/creditors in these cases, having received Debtors' Bar Date Notice and Order and related materials including the court-approved Proofs of Claim forms in these cases, do hereby certify that this office has contacted or attempted to contact and provide notice to all applicable claimants/creditors represented by this office regarding their right to assert a claim against the "Grace" debtors as listed herein and the need to file a proof of claim on the applicable court-approved forms by the Bar Date.

Signed this 19th day of June 2002.

HUMPHREY, FARRINGTON, McCLAIN, & EDGAR, P.C.
Kenneth B. McClain
Steven E. Crick
Scott A. Britton-Mehlisch
221 West Lexington, Suite 400
P. O. Box 900
Independence, Missouri 64051
(816) 836-5050
(816) 836-8966 FAX

ROBERT E. SWEENEY CO., L.P.
MARK WINTERING
Suite 1500 Illuminating Building
55 Public Square
Cleveland, Ohio 44113

ATTORNEYS FOR CLAIMANT, TRUMBULL
MEMORIAL HOSPITAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2002, a copy of the foregoing was mailed, postage prepaid, via Federal Express to:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
(312) 616-6202

Attention: Bertha Serrano

_____
ATTORNEY FOR CLAIMANT, TRUMBULL
MEMORIAL HOSPITAL