IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 2143** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTH INTERIM APPLICATION OF L TERSIGNI CONSULTING P.C., FOR SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2002 THROUGH MARCH 31, 2002 (DOCKET NO. 2143)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), L Tersigni Consulting P.C., submitted on June 3, 2002 a fourth interim application ("Application") [Docket No. 2143] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before June 23, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Administrative Order, upon the filing of this Certificate of No

{D0003159:1 }

Objection, the Debtors are authorized to pay L Tersigni Consulting P.C. the fees and expenses requested in the Application.

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        399 Park Avenue
        New York, NY  10022
        (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        - and -

        CAMPBELL & LEVINE, LLC


        /s/ Aileen F. Maguire
        Matthew G. Zaleski, III (I.D. #3557)
        Aileen F. Maguire (I.D. #3756)
        1201 N. Market Street
        15th Floor
        Wilmington, DE  19899
        (302) 426-1900

        Counsel for the Official Committee
          of Asbestos Personal Injury Claimants

Dated: June 26, 2002

{D0003159:1 }