## EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due:  July 5, 2002 at 4:00 p.m. |
| | | Hearing date:  To be scheduled, only if objections are |
| | | timely filed and served. |

**SUMMARY OF THE NINTH MONTHLY VERIFIED
APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM
<u>PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002</u>**

Name of Applicant: **<u>Nelson Mullins Riley & Scarborough,
L.L.P.</u>**

Authorized to Provide Professional Services to: **<u>W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession</u>**

Date of Retention: **<u>July 19, 2001</u>**

Period for which compensation and
reimbursement is sought: **<u>March 1, 2002 through March 31, 2002</u>**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    **$13,602.40  (80% of $17,003.00)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$52.22 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ __1,300.00__ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 14, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of- Counsel | 18 years | Environmental | $220.00 | 5.90 | $1,298.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | 1.20 | $324.00 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 1.90 | $551.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 43.60 | $10,464.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $220.00 | 7.30 | $1,606.00 |

Grand Total for Fees:  $14,243.00
Blended Rate:          $238.78

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 15.70 | $1,962.50 |
|---|---|---|---|---|---|---|
| D. B. Green | Paralegal | 2 years | Bankruptcy | $ 85.00 | .10 | $8.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 95.00 | 4.10 | $389.50 |
| Martha V. Waddell | Paralegal | 8 months | Environmental | $ 85.00 | 4.70 | $399.50 |

Grand Total for Fees:  $ 2,760.00
Blended Rate:          $112.20

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 8.00 | 1,031.50 |
| 02399/06003 | Beaco Road Site | 1.70 | 268.50 |
| 02399/06012 | Owensboro Site Management | 29.40 | 6,858.00 |
| 02399/06023 | Libby, MT – General Environmental | 3.30 | 495.50 |
| 02399/06027 | Project Allen | 7.20 | 1,161.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 4.80 | 1,041.50 |
| 02399/06031 | Li Tungsten | 2.10 | 344.50 |
| 02399/06032 | Charleston | 25.10 | 5,478.50 |
| 02399/06047 | Libby Expansion Plants/Phoenix | 1.70 | 212.50 |
| 02399/06089 | FOIA Request | 1.20 | 111.00 |
| TOTAL | | 84.50 | $17,003.00 |

## Expense Summary

| Description | Amount |
| --- | --- |
| Telephone | $  38.89 |
| Standard Copies | 7.20 |
| Outside Services | 6.13 |
| Total | $  52.22 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: July 5, 2002 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**NINTH VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM MARCH 1, 2002 THROUGH MARCH 31, 2002**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR2016-2, the law firm of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $17,003.00 for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $52.22 (the "Application"), in each case for the period from March 1, 2002 through March 31, 2002 (the "Fee Period"). In support of this Application, NMRS respectfully states as follows:

### Retention of NMRS

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.   Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee"). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.      By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

3.      As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

4.      NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

5.      NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

6.      Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel , associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

7.      This is the ninth application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11

Cases.  NMRS previously filed applications for interim compensation for the periods of May

1, 2001 through June 30, 2001; July 19, 2001 through July 31, 2001; and August 1, 2001

through August 31, 2001 on October 17, 2001; October 1, 2001 through October 31, 2001 on

December 19, 2001; November 1, 2001 through November 30, 2001 on January 23, 2002;

December 1, 2001 through December 31, 2001 on February 26, 2002; January 1, 2002

through January 31, 2002 on May 1, 2002; and February 1, 2002 through February 28, 2002

on June 14, 2002.

### Reasonable and Necessary Services Rendered by NMRS - Generally

8.     The NMRS attorneys who rendered professional services during this Fee

Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $220.00 | 5.90 | $1,298.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | 1.20 | $324.00 |
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 1.90 | $551.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 43.60 | $10,464.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $220.00 | 7.30 | $1,606.00 |

9. The paraprofessionals of NMRS who have rendered professional services in these cases during this Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 15.70 | $1,962.50 |
|---|---|---|---|---|---|---|
| D. B. Green | Paralegal | 2 years | Bankruptcy | $ 85.00 | .10 | $8.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 95.00 | 4.10 | $389.50 |
| Martha V. Waddell | Paralegal | 8 months | Environmental | $ 85.00 | 4.70 | $399.50 |

NMRS has advised and represented the Debtors in connection with certain litigation and environmental matters. These matters include: General W.R. Grace Environmental Matters; Beaco Road Site; Owensboro Site Management; Libby, MT General Environment; Project Allen; Aiken-Title V Permit App. Iss.; Li Tungsten; Charleston; Libby Expansion Plants-Phoenix; and FOIA Request.

10. The rates described in the above list of attorneys and paraprofessionals are NMRS's hourly rates for services of this type. Attached as **Exhibit A**, and arranged by Subject Matter, is a detailed itemization and description of the services that NMRS rendered during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $17,003.00. The NMRS attorneys and paraprofessionals expended a total of 84.50 hours for these cases during the Fee Period. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

11. Further, **Exhibit A** (a) identifies the individuals that rendered services in each Subject Matter, as defined and described herein, (b) describes each activity or service that

each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. The Subject Matters addressed in this Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

12.    The professional services that NMRS rendered during the Fee Period are grouped into the titled categories of subject matters described in Paragraph 10 herein (the "Subject Matter").

13.    It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

14.    NMRS charges (a) $.05 per page for duplication as Special Counsel in this case. NMRS does not charge its clients for incoming telecopier transmissions.

15.    A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**. All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $52.22.

### Representations

16.    NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

17.    The fees and expenses addressed in this Application have been presented to the Debtor prior to the filing of this application.

18.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  NMRS reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

19.    In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $17,055.22 consisting of (a) $17,003.00 for reasonable and necessary professional services rendered and (b) $52.22 for actual and necessary costs and expenses.

WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above, for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.

Respectfully submitted,

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
Wilmington, DE 19889-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (301) 652-4400

and

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: _____
Newman Jackson Smith (SC Fed. Bar No. 4962)
151 Meeting Street – Suite 600
Charleston, South Carolina  29401
Telephone: (843) 534-4368
Facsimile: (843) 722-8700

Dated: _6/13/02_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.     I have personally performed certain of, and oversee the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                     David M. Cleary

SWORN to and subscribed before me

this __13__ day of ___June___, 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: __11-14-2007__

**EXHIBIT A**



# NELSON
## MULLINS
Nelson Mullins Riley & Scarborough, L.L.P.

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499687  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 03/31/02 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 03/19/02 | Review incoming file materials on various Grace files and forward same to files. | | | |
| | L.K. THOMAS | 0.60 hrs. | 95.00/hr | $57.00 |
| 03/27/02 | Review financial assurance procedures with Paralegal Brown per request of Mr. Emmett. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/27/02 | Meet with Attorney Cleary to report the conversation with Mr. Emmett regarding the financial assurance process (0.3); review Attorney Cleary's files for the 2000 financial assurance packet for the operating units (0.4); prepare correspondence regarding in-house financial assurance process and key personnel and attached the environmental financial assurance worksheets dated February 28, 2001 and e-mail same to Mr. Emmett and Attorney Cleary (1.0). | | | |
| | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 03/27/02 | Review correspondence from Mr. Emmett (0.2); forward correspondence to Attorney Cleary (0.1); telephone conference with Attorney Cleary regarding Mr. Emmett's request to call to discuss the USTs financial assurance process (0.3) ; review files for financial assurance documents; review the documents; telephone conference with Mr. Emmett to discuss the process (1.2). | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 03/28/02 | Research files for financial assurance documents for permit RCRA facilities and USTs (3.2); prepare correspondence summarizing the file review and e-mail to Attorney Cleary for his review (0.4). | | | |
| | K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |

**Fees for Legal Services**..................................................................................................... **$1,031.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| L.K. THOMAS | 0.60 | 95.00 | 57.00 |

W. R. Grace & Co.

April 19, 2002
Invoice 499687  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 7.10 | 125.00 | 887.50 |
| TOTAL | 8.00 | $128.94 | $1,031.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2002 | Telephone 1-410-531-4210 | 6.54 |
| 03/08/2002 | Photocopies 1 Page(s) | 0.05 |
| 03/21/2002 | VENDOR: United Parcel Service; INVOICE#: 000041X483082; DATE: 03/21/2002 - Shipper Number: 41X483 | 6.13 |
| 03/26/2002 | Telephone 1-410-531-4129 | 0.86 |
| 03/26/2002 | Telephone 1-302-652-5340 | 3.44 |
| 03/26/2002 | Telephone 1-410-531-4129 | 1.73 |
| 03/26/2002 | Telephone 1-410-531-4195 | 0.21 |
| 03/27/2002 | Telephone 1-410-531-4000 | 5.23 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$24.19**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| Outside Services | 6.13 |
| Telephone | 18.01 |
| TOTAL | $24.19 |

**Net current billing for this invoice** ..................................................................................... **$1,055.69**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| | | A/R BALANCE | $7,522.81 |

W. R. Grace & Co.

April 19, 2002
Invoice 499687  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,031.50 |
| Charges for Other Services Provided/Expenses Incurred | $24.19 |

**Net current billing for this invoice** .................................................................. **$1,055.69**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| | TOTAL A/R BALANCE | | $7,522.81 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499688  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 03/31/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/08/02 | Review question from Mr. English regarding available insurance coverage at Beaco Road site and request for clarification on issues. | | | |
| | B.F. HAWKINS | 0.20 hrs. | 240.00/hr | $48.00 |
| 03/20/02 | Review incoming correspondence and update subfile of same to reflect new material; update reports subfile. | | | |
| | M.V. WADDELL | 0.50 hrs. | 85.00/hr | $42.50 |
| 03/21/02 | Review request concerning confirmation of information on possible insurance available for Beaco Road site (0.4); pose question regarding confirmation to Ms. Duff (0.2). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

**Fees for Legal Services**.................................................................................................... **$268.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.80 | 240.00 | 192.00 |
| M.V. WADDELL | 0.90 | 85.00 | 76.50 |
| TOTAL | 1.70 | $157.94 | $268.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/13/2002 | Photocopies 66 Page(s) | 3.30 |
| 03/14/2002 | Telephone 1-901-820-2065 | 0.12 |
| 03/14/2002 | Telephone 1-410-531-4210 | 0.32 |
| 03/15/2002 | Photocopies 9 Page(s) | 0.45 |
| 03/18/2002 | Telephone 1-617-967-0413 | 0.11 |

W. R. Grace & Co.

April 19, 2002
Invoice 499688  Page 2

| 03/18/2002 | Telephone 1-901-820-2065 | 0.11 |
| 03/18/2002 | Telephone 1-617-498-4594 | 1.56 |
| 03/19/2002 | Telephone 1-617-498-4594 | 0.12 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................**  **$6.09**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 3.75 |
| Telephone | 2.34 |
| TOTAL | $6.09 |

**Net current billing for this invoice ....................................................................................**  **$274.59**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | | A/R BALANCE | $4,180.02 |

W. R. Grace & Co.

April 19, 2002
Invoice 499688  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06003
Beaco Road Site

---

| | |
|---|---|
| Fees for Professional Services | $268.50 |
| Charges for Other Services Provided/Expenses Incurred | $6.09 |

**Net current billing for this invoice** ................................................................ **$274.59**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| | TOTAL A/R BALANCE | | $4,180.02 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499689 Page 1

| Our Matter # | 02399/06012 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

03/01/02    Review and systematize incoming correspondence and update subfile of same.
M.V. WADDELL                          0.40 hrs.    85.00/hr                $34.00

03/06/02    Initial review of amendments to 40 CFR Part 63, Subparts A and B and impact on
requirements for submitting 112(j) application by May 15, 2002 (1.3); discussion with state
representatives concerning potential ramifications on permit requirements based on
communications with EPA (0.9); communicate information to Owensboro representatives,
Ms. Duff and Mr. O'Connell (0.4).
B.F. HAWKINS                          2.60 hrs.    240.00/hr               $624.00

03/07/02    Review documents associated with EPA's amendments of 40 CFR Part 63, Subparts A and
B (2.2); review information with Ms. Duff (0.4); review information from Mr. Melliere and
check citation reference (0.4); review email from Ms. Duff (0.2).
B.F. HAWKINS                          3.20 hrs.    240.00/hr               $768.00

03/08/02    Discussion with state officials concerning latest developments on implementing 112(j)
changes (0.9); review information from corporate counsel network on proposed approaches
for dealing with 112(j) issue (0.7).
B.F. HAWKINS                          1.60 hrs.    240.00/hr               $384.00

03/19/02    Review research assignment with Attorney Ternes concerning "once-in-always-in" policy for
112 applicability and concerning review of amendments to Subpart B of 40 CFR Part 63,
allowing submission of Notice of Intent versus full blown application for proposed case-by-
case MACT standard (0.5); review information on proposed MACT for Miscellaneous
Organic NESHAP sources provided under proposed 40 CFR Part 63, Subpart MMMM (4.2).
B.F. HAWKINS                          4.70 hrs.    240.00/hr               $1,128.00

03/19/02    Discuss with Attorney Hawkins issues regarding final MACT standards and draft refined
statement of issues (0.5); locate the final MACT amendments on EPA's website (0.8); review
final MACT amendments signed on March 3, 2002 to determine (1) whether final rule
addressed the issue of "once-in-always-in"; (2) determine if submittal of the Part 1
application triggered "once-in-always-in"; (3) determine what elements need to be submitted
with the Part 2 application, and whether Part 2 requires MACT proposal; (4) determine
whether entering into an enforceable condition prior to the rule's effective date would
preclude application of the rule; (5) determine how much time and resources needs to be
invested in Part 2 application (3.5).

W. R. Grace & Co.

|  |  |  |  |
|---|---|---|---|
| M.E. TERNES | 4.80 hrs. | 220.00/hr | $1,056.00 |

03/20/02   Preparation for conference call to review amendments to 40 CFR Part 63, Subpart B and impact on preparation of documents that are implicated by 112(j) hammer date and its impact on applicability of Subpart FFFF (2.8); participate in conference call on issues (0.8); follow-up call to Steve Frugh at EPA's Office of Air Quality, Planning and Standards regarding status of "once-in-always-in" interpretation for applicability of NESHAP standards in light of amendments to Subpart B (1.0).

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS | 4.60 hrs. | 240.00/hr | $1,104.00 |

03/20/02   Contact EPA to determine "once-in-always-in" (0.5); discuss review of final MACT amendments with Attorney Hawkins (0.6); tab and highlight the final MACT amendments for Attorney Hawkins' use in conference call with client (0.9).

|  |  |  |  |
|---|---|---|---|
| M.E. TERNES | 2.00 hrs. | 220.00/hr | $440.00 |

03/21/02   Work on obtaining clarification of "once-in-always-in" policy from EPA representatives (1.8); summarize results of review to Ms. Duff (0.5).

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS | 2.30 hrs. | 240.00/hr | $552.00 |

03/25/02   Work on approach to confirming EPA positions on 112(j) and "once-in-always-in" policy issues with regard to possible impacts to operations at Owensboro facility.

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS | 1.30 hrs. | 240.00/hr | $312.00 |

03/26/02   Discussion with Ms. Duff regarding strategy for moving forward with documenting 112(j) outcome (0.3); begin drafting strategy for documenting 112(j) position for EPA (0.3).

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

03/29/02   Draft memorandum to confirm "once-in-always-in" policy for verification by EPA.

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS | 1.30 hrs. | 240.00/hr | $312.00 |

**Fees for Legal Services**.................................................................................................... **$6,858.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 22.20 | 240.00 | 5,328.00 |
| M.E. TERNES | 6.80 | 220.00 | 1,496.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| TOTAL | 29.40 | $233.27 | $6,858.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/20/2002 | Telephone 1-954-797-1944 | 6.69 |
| 03/20/2002 | Telephone 1-919-541-2837 | 4.66 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$11.35**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 11.35 |

W. R. Grace & Co.

April 19, 2002
Invoice 499689  Page 3

TOTAL $11.35

**Net current billing for this invoice** .................................................................................... **$6,869.35**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| | | A/R BALANCE | $4,326.30 |

W. R. Grace & Co.

April 19, 2002
Invoice 499689  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $6,858.00 |
| Charges for Other Services Provided/Expenses Incurred | $11.35 |
| **Net current billing for this invoice** ............................................................... | **$6,869.35** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| | TOTAL A/R BALANCE | | $4,326.30 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499679  Page 1

| | | For Services Through 03/31/02 |
|---|---|---|
| Our Matter # | 02399/06023 | |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/07/02 | Review and profile document. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 03/08/02 | Review, organize and profile Final Report Asbestos Sampling Program at St. Thomas, Ontario, Canada dated February 28, 2002. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 03/26/02 | Discussion with Mr. Sparks regarding Kootenai Development Corporation purchase and shareholders. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/29/02 | Review memo and article regarding proposed new MSHA exposure standards for asbestos. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**.......................................................................................... **$495.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| K. BROWN | 2.30 | 125.00 | 287.50 |
| TOTAL | 3.30 | $150.15 | $495.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/27/2002 | Telephone 1-859-288-4607 | 0.73 |

W. R. Grace & Co.

April 19, 2002
Invoice 499679 Page 2

**Total Charges for Other Services Provided/Expenses Incurred ....................................** **$0.73**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.73 |
| TOTAL | $0.73 |

**Net current billing for this invoice ...................................................................................** **$496.23**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| | | A/R BALANCE | $51,652.01 |

W. R. Grace & Co.

April 19, 2002
Invoice 499679  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $495.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.73 |

**Net current billing for this invoice** ................................................................ **$496.23**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| | TOTAL A/R BALANCE | | $51,652.01 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499680  Page 1

| Our Matter # | 02399/06027 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Discussion regarding EPA allocation assignment from Ms. Duff and Mr. Emmett with Paralegal Brown (0.2); discussion clarifying instructions with Ms. Duff. (0.2). | | | |
| | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 03/01/02 | Telephone conference with Ms. Duff and Mr. Emmett regarding its alleged liability to EPA at the various superfund sites. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 03/01/02 | Telephone conference with Mrs. Duff and Attorney Cleary to discuss the superfund research assignment. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 03/01/02 | Review the Federal Superfund Sites chart (0.2); review superfund files (1.3). | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 03/01/02 | Review and systematize incoming correspondence and update subfile of same; create subfolder for research. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/03/02 | Review docket for latest changes that may impact NMRS representation of Grace. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 03/04/02 | Review and comment on table of Superfund allocations produced by Paralegal Brown. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/04/02 | Review various files for superfund information (0.5); edit Federal Superfund Sites chart (0.5); e-mail revised chart to Attorney Cleary for his review and comments (0.2); meet with Attorney Cleary to discuss revisions (0.3); prepare e-mail correspondence attached with revised Federal Superfund Sites chart to Mr. Emmett, Mrs. Duff and Attorney Cleary (0.2). | | | |
| | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 03/05/02 | Review and update correspondence subfile; create subfolder for permits and various waste water reports and charts. | | | |
| | M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 03/08/02 | Organize and profile files. | | | |

W. R. Grace & Co.

| | | | |
|---|---|---|---|
| K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |

03/12/02 Review docket for changes that may affect NMRS representation of debtor.
G.B. CAUTHEN — 0.30 hrs. — 270.00/hr — $81.00

03/14/02 Memo to Attorneys Cleary and Hawkins on debtor status.
G.B. CAUTHEN — 0.20 hrs. — 270.00/hr — $54.00

03/20/02 Review docket; check for activity that may impact NMRS representation of debtor.
G.B. CAUTHEN — 0.20 hrs. — 270.00/hr — $54.00

03/22/02 Access PACER online service to obtain case status and monitor deadlines, hearing dates.
D.B. GREEN — 0.10 hrs. — 85.00/hr — $8.50

03/25/02 Review docket; check for items that may impact NMRS representation of debtor.
G.B. CAUTHEN — 0.30 hrs. — 270.00/hr — $81.00

03/26/02 Telephone conference with Ms. Gettier regarding assistance in determining the status of outstanding invoices; prepare correspondence with attachment a detailed listing of the outstanding invoices to Ms. Gettier, Mrs. Duff, and Attorney Cleary.
K. BROWN — 0.40 hrs. — 125.00/hr — $50.00

03/26/02 Telephone conference with Ms. Gettier regarding e-mail request for assistance in determining the status of outstanding invoices (0.2); fax to Ms. Gettier a detailed listing of outstanding invoices (0.1).
K. BROWN — 0.30 hrs. — 125.00/hr — $37.50

**Fees for Legal Services**............................................................................................... **$1,161.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.70 | 290.00 | 203.00 |
| G.B. CAUTHEN | 1.20 | 270.00 | 324.00 |
| M.V. WADDELL | 0.60 | 85.00 | 51.00 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| D.B. GREEN | 0.10 | 85.00 | 8.50 |
| TOTAL | 7.20 | $161.32 | $1,161.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/19/2002 | Photocopies 10 Page(s) | 0.50 |
| 03/27/2002 | Photocopies 21 Page(s) | 1.05 |
| 03/29/2002 | Photocopies 11 Page(s) | 0.55 |
| 03/29/2002 | Photocopies 4 Page(s) | 0.20 |
| 03/29/2002 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$2.35**

### DISBURSEMENT SUMMARY

**Description**                                                                                                        **Dollars**

W. R. Grace & Co.

April 19, 2002
Invoice 499680  Page 3

Photocopies                                                      2.35

TOTAL                                                          $2.35

**Net current billing for this invoice** ..................................................................................    **$1,163.85**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| | | A/R BALANCE | $20,347.45 |

W. R. Grace & Co.

April 19, 2002
Invoice 499680  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $1,161.50 |
| Charges for Other Services Provided/Expenses Incurred | $2.35 |

**Net current billing for this invoice** ................................................................ **$1,163.85**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| | TOTAL A/R BALANCE | | $20,347.45 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 22, 2002
Invoice 499681  Page 1

| Our Matter # | 02399/06030 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/05/02 | Review and update correspondence subfile; create subfolders for permits and various waste water reports and charts.<br>M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 03/25/02 | Discussion with Mr. Fishel regarding review of industrial landfill question.<br>B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 03/27/02 | Review information from Mr. Fishel regarding industrial landfill (0.3); review research assignment with Attorney Carlisle (0.3); review additional documentation forwarded from Mr. Fishel (0.2).<br>B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |
| 03/27/02 | Research regarding industrial waste landfill regulations and applicability of current regulations, as well as question regarding closure plan (1.7); memorandum to Attorney Hawkins regarding same (1.5).<br>R.T. CARLISLE | 3.20 hrs. | 220.00/hr | $704.00 |

**Fees for Legal Services**.................................................................................................... **$1,041.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.30 | 240.00 | 312.00 |
| R.T. CARLISLE | 3.20 | 220.00 | 704.00 |
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| TOTAL | 4.80 | $216.98 | $1,041.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/26/2002 | Photocopies 6 Page(s) | 0.30 |
| 03/26/2002 | Photocopies 6 Page(s) | 0.30 |

W. R. Grace & Co.

April 22, 2002
Invoice 499681  Page 2

| | | |
|---|---|---|
| 03/27/2002 | Photocopies 2 Page(s) | 0.10 |
| 03/27/2002 | Telephone 1-803-648-9575 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$0.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Telephone | 0.10 |
| TOTAL | $0.80 |

**Net current billing for this invoice ...................................................................................** **$1,042.30**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| | | A/R BALANCE | $1,787.23 |

W. R. Grace & Co.

April 22, 2002
Invoice 499681  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

---

| | |
|---|---|
| Fees for Professional Services | $1,041.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.80 |

**Net current billing for this invoice** ................................................................. **$1,042.30**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| | TOTAL A/R BALANCE | | $1,787.23 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                   April 23, 2002
ATTN: Lydia Duff, Esq.                                    Invoice 499682  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 03/31/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 03/01/02 | Discussion regarding preservation of Mr. Becker-Fluegel's testimony with Ms. Duff and possible impact on bankruptcy stay. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/05/02 | Review and update correspondence subfile; create subfolder for permits and various waste water reports and charts. | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 03/08/02 | Review emails regarding update to Li Tungsten and status of legal actions. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 03/08/02 | Review electronic mail memorandum from Ms. McAndrews (Teledyne counsel) regarding comments from GE and others requesting changes to draft agreement with federal agencies; review Mr. Sommer's (counsel for GE) reply to Ms. McAndrews. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 03/11/02 | Review electronic mail memorandum from Ms. Duff relating to information from Mr. Becker-Fluegel and confer with Attorney Cleary regarding same. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 03/20/02 | Review incoming correspondence and update subfile of same to reflect new material; create subfile for International Strategic Mineral Issues Summary Report-Tungsten and literature for the Milling and Processing of Tungsten. | | | |
| | M.V. WADDELL | 0.70 hrs. | 85.00/hr | $59.50 |

**Fees for Legal Services**.................................................................................................... **$344.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.50 | 240.00 | 120.00 |
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| R.T. CARLISLE | 0.20 | 220.00 | 44.00 |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $344.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$344.50**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| | TOTAL A/R BALANCE | | $8,250.92 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499683 Page 1

| Our Matter # | 02399/06032 | For Services Through 03/31/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

03/01/02    Gather recent materials concerning telephone conferences and distribute same to file.
     L.K. THOMAS      0.80 hrs.    95.00/hr      $76.00

03/03/02    Review email information from Mr. English regarding developments on PRP Group's challenge to DHEC demands for Feasibility Study and remedy selection issues in evaluation of how arguments assist situation at Charleston.
     B.F. HAWKINS      0.50 hrs.    240.00/hr      $120.00

03/05/02    Review and update correspondence subfile; create subfolder for permits and various wastewater reports and charts.
     M.V. WADDELL      0.40 hrs.    85.00/hr      $34.00

03/07/02    Discussion with Ms. Duff to review strategy for moving forward with DHEC in light of comments (0.3); discussion with Mr. Bucens to discuss review of comments from DHEC on proposed removal remedy and strategy for site and response to DHEC's positions (0.4); participate in Beaco Road conference call to review positions taken with DHEC on similar issues (1.9); discussion with Mr. Obradovic concerning options for responding to DHEC options (0.4).
     B.F. HAWKINS      3.00 hrs.    240.00/hr      $720.00

03/07/02    Review and prepare Attorney Notes regarding the Feasibility Study-Technical Memorandum.
     M.V. WADDELL      0.30 hrs.    85.00/hr      $25.50

03/08/02    Review information regarding Mr. Obradovic's discussions with DHEC (0.5); discussion with Mr. English at Beaco Road site concerning participation at meeting with DHEC on remedy issues relevant to strategy at that site (0.2).
     B.F. HAWKINS      0.70 hrs.    240.00/hr      $168.00

03/08/02    Review information from Mr. Bucens regarding communication with DHEC (0.2); review information available on Records of Decision cited by DHEC as supporting position on remedy selection (0.8).
     B.F. HAWKINS      1.00 hrs.    240.00/hr      $240.00

03/08/02    Gather information concerning the Records of Decision for several companies including Shuron NPL, Calhoun Park, Parachem, Bear Property and Dale Owen Property per Attorney Hawkins; discuss same with Attorney Hawkins.

W. R. Grace & Co.

|  |  |  |  |  |
|---|---|---|---|---|
|  | L.K. THOMAS | 1.80 hrs. | 95.00/hr | $171.00 |

03/11/02   Attend meeting with DHEC on Beaco Road site to review management response to various arguments on why various environmental options should be considered by the Department.

| | B.F. HAWKINS | 4.80 hrs. | 240.00/hr | $1,152.00 |

03/14/02   Review notes of meeting with DHEC on approach to Feasibility Study and disputes concerning same for Beaco Road site (0.3); provide information to Mr. Obradovich concerning meeting with DHEC on Monday, March 11 and potential implications for DHEC approach to Feasibility Study for Charleston (03); provide update to Mr. Bucens concerning results of meeting with DHEC (0.2); provide same information to Ms. Duff (0.2).

| | B.F. HAWKINS | 1.00 hrs. | 240.00/hr | $240.00 |

03/14/02   Prepare for Steering Committee conference call by reviewing redline/strikethrough of Feasibility Study showing projected changes to respond to DHEC's comments in Monday's meeting at DHEC (0.4); participate in conference call (1.1); confer with Attorney Hawkins regarding outcome of call to review how developments might impact and or benefit situation at Charleston (0.2).

| | R.T. CARLISLE | 1.70 hrs. | 220.00/hr | $374.00 |

03/15/02   Draft memorandum to Attorney Hawkins regarding yesterday's conference call with Steering Committee.

| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

03/18/02   Review revised Feasibility Study and notes from Beaco Road site and conference call on same in preparation for meeting with DHEC to resolve issues and gauge reaction to arguments in an effort to resolve Charleston issues.

| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |

03/19/02   Attend meeting with DHEC to seek to resolve issues on Feasibility Study for Beaco Road to gauge possible arguments to resolve disputes on Charleston site (2.6); report results to Mr. Obradovic and discuss possible strategies for moving forward at Charleston site (0.4).

| | B.F. HAWKINS | 3.00 hrs. | 240.00/hr | $720.00 |

03/21/02   Participate in conference call regarding Beaco Road site to review DHEC resolution of issues potentially relevant for addressing items at Charleston site concerning Feasibility Study and remedy selection.

| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |

03/24/02   Review and revise information on response to DHEC for preferred remedy.

| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |

03/25/02   Review information forwarded from Mr. Bucens concerning response to DHEC on preferred remedy for Charleston site (0.5); discussion with Mr. Bucens regarding same (0.4); review of revised letter regarding preferred remedy selection (0.4).

| | B.F. HAWKINS | 1.30 hrs. | 240.00/hr | $312.00 |

03/27/02   Review and revise responsive document to DHEC responding to Feasibility Study issues.

| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |

03/27/02   Review draft letter by Mr. Bucens regarding Feasibility Study and revise.

| | M.E. TERNES | 0.50 hrs. | 220.00/hr | $110.00 |

03/27/02   Review and suggest revisions to draft letter to Ms. Conova responding to DHEC's concerns as to remedial alternatives presented in current draft Feasibility Study.

| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |

W. R. Grace & Co.

April 19, 2002
Invoice 499683  Page 3

**Fees for Legal Services**.........................................................................................................  **$5,478.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 18.80 | 240.00 | 4,512.00 |
| M.E. TERNES | 0.50 | 220.00 | 110.00 |
| R.T. CARLISLE | 2.50 | 220.00 | 550.00 |
| M.V. WADDELL | 0.70 | 85.00 | 59.50 |
| L.K. THOMAS | 2.60 | 95.00 | 247.00 |
| TOTAL | 25.10 | $218.27 | $5,478.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/06/2002 | Telephone 1-803-255-9089 | 0.24 |
| 03/18/2002 | Telephone 1-978-952-6847 | 3.62 |
| 03/25/2002 | Telephone 1-617-498-2667 | 0.97 |
| 03/27/2002 | Photocopies 2 Page(s) | 0.10 |
| 03/29/2002 | Photocopies 5 Page(s) | 0.25 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$5.18**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.35 |
| Telephone | 4.83 |
| TOTAL | $5.18 |

**Net current billing for this invoice** ..................................................................................  **$5,483.68**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| | | A/R BALANCE | $48,193.70 |

W. R. Grace & Co.

April 19, 2002
Invoice 499683  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $5,478.50 | |
| Charges for Other Services Provided/Expenses Incurred | $5.18 | |
| **Net current billing for this invoice** ............................................................... | | **$5,483.68** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| | TOTAL A/R BALANCE | | $48,193.70 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                               April 19, 2002
ATTN: Robert A. Emmett, Esq.                      Invoice 499684  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06047              For Services Through 03/31/02
WR Grace #           001-KL-721400-00-800028
Name of Matter:    Libby Expansion Plants/Phoenix

| 03/08/02 | Review, organize and profile files. | | | |
|----------|-------------------------------------|---|---|---|
| | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |

**Fees for Legal Services**...................................................................................................... **$212.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.70 | 125.00 | 212.50 |
| TOTAL | 1.70 | $125.00 | $212.50 |

Net current billing for this invoice ................................................................................... **$212.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| | | A/R BALANCE | $12,606.32 |

W. R. Grace & Co.

April 19, 2002
Invoice 499684  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | |
|---|---|
| Fees for Professional Services | $212.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ...............................................................  **$212.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| | TOTAL A/R BALANCE | | $12,606.32 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 19, 2002
Invoice 499685 Page 1

| Our Matter # | 02399/06089 | For Services Through 03/31/02 |
|---|---|---|
| Name of Matter: | FOIA Request | |

03/07/02   Review and update correspondence and subfile of same to reflect new materials.
M.V. WADDELL                          0.30 hrs.    85.00/hr          $25.50

03/19/02   Telephone conference with Mr. Fulton of Jefferson County Health Services regarding FOIA request made in January (0.3); telephone conference with Mr. O'Connell regarding same (0.4); discuss findings with Attorney Hawkins (0.2).
L.K. THOMAS                           0.90 hrs.    95.00/hr          $85.50

**Fees for Legal Services**.....................................................................................................   **$111.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.V. WADDELL | 0.30 | 85.00 | 25.50 |
| L.K. THOMAS | 0.90 | 95.00 | 85.50 |
| TOTAL | 1.20 | $92.50 | $111.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/19/2002 | Telephone 1-205-930-1211 | 0.93 |
|---|---|---|
| 03/19/2002 | Telephone 1-617-498-4594 | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................   **$1.53**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.53 |
| TOTAL | $1.53 |

W. R. Grace & Co.

April 19, 2002
Invoice 499685  Page 2

**Net current billing for this invoice** ..................................................................................    **$112.53**

W. R. Grace & Co.

April 19, 2002
Invoice 499685  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 03/31/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $111.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.53 |

**Net current billing for this invoice** ................................................................. **$112.53**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC