**BANKEMPER & JACOBS**
Attorneys & Counsellors-At-Law
THE SHAW HOUSE
26 AUDUBON PLACE
P.O. BOX 70
FORT THOMAS, KENTUCKY 41075-0070
859-781-2444
FAX 859-781-3159
E-mail: bankemper@fusenet.com

FILED

'02 JUN 24

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EDWARD L. JACOBS

OF COUNSEL
JOHN A. BANKEMPER

June 20, 2002

Mr. Robert A. Emmett
7500 Grace Drive
Columbia, Maryland 21044

Re:  W.R. Grace Bankruptcy
     United States Bankruptcy Court
     For The District of Delaware
     01-1139 through 01-1200

Dear Mr. Emmett,

This office represents, James Grau and Anna Grau, his wife, as well as, Harry Grau & Sons, Inc. a Kentucky Corporation. My clients are creditors in the above Bankruptcy action. The purpose of this correspondence is to request that you add my name to your service list for future pleadings. By copy of this correspondence, I am also requesting that the Clerk at the Bankruptcy Courts do likewise.

Very truly yours,

Edward L. Jacobs

ELJ/lmh
cc: United States Bankruptcy Court
    District of Delaware