**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Jointly Administered |
| ESPIRE COMMUNICATIONS, INC., et al.,: | Case No. 01-00974 (RAB) |
| | : | |
| Debtors. | : | Chapter 11 |
| | : | |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED FOR REVIEW**

Prime Link Systems, Inc., Future Telecom, Inc., McDaniel Technical Services, Inc. and SWP Consultants, LLC (hereinafter, collectively, the "Mechanic's Lien Claimants"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this (I) Statement of issues to be presented on appeal, and (II) Designation of items to be included in this record on appeal:

**I.     STATEMENT OF ISSUES TO BE PRESENTED FOR REVIEW.**

Whether the Bankruptcy Court erred in entering a Sale Order approving the sale of substantially all of the assets of the Debtor, pursuant to 11 U.S.C. §363(f), which (1) allows for the Debtor's assets against which the Mechanic's Lien Claimants have asserted liens to pass to the purchaser free and clear of those liens, and (2) enjoins and prohibits the Mechanic's Lien Claimants from asserting such liens against the Debtor's assets after the sale.

II. **DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL**.

| Docket No. | Date | Document |
|---|---|---|
| 1221 | 4/17/02 | Debtor's Motion to Sell Free and Clear of Liens |
| 1248 | 4/248/02 | Motion of Prime Link Systems, Inc., to Compel Immediate Payment for an Administrative Claim |
| 1347 | 5/17/02 | Motion of McDaniel Technical Services, Inc., to Compel Immediate Payment for an Administrative Claim |
| 1348 | 5/17/02 | Motion of SWP Consultants, LLC to Compel Immediate Payment for an Administrative Claim |
| 1350 | 5/17/02 | Motion of Future Telecom, Inc., to Compel Immediate Payment for an Administrative Claim |
| 1385 | 5/21/02 | Objection to Sale filed by AAMPS Utility Contractors |
| 1409 | 5/21/02 | Joint Objection of Prime Link Systems, Inc., McDaniel Technical Services, Inc., Future Telecom, Inc. and SWP Consultants, LLC to Debtor's Motion for Sale Free and Clear of All Liens, Claims and Encumbrances and Notice of Joinder to Objection to Sale filed by AAMPS Utility Contractors |
|  | 5/23/02 | Transcript of Hearing held on 5/23/02 (Hearing held in the United States Bankruptcy Court District of Delaware) |
| 1468 | 5/28/02 | Amended Objection to Debtor's Motion for Sale Free and Clear of Liens, Claims and Encumbrances of Prime Link Systems, Inc., McDaniel Technical Services, Inc., Future Telecom, Inc. and SWP Consultants, LLC |
|  | 5/29/02 | Transcript of Hearing held on 5/29/02 (Hearing held in the United States Bankruptcy Court Northern District Eastern Division of Illinois) |
| 1546 | 6/5/02 | Order signed on 6/5/02 Approving Asset Contribution Agreement & Related Agreements with Thermo Telecom Partners LLC & Xspedius Management Co., LLC (B) Contribution of Certain Assets to Xspedius Management Co LLC Free & Clear of Liens, Claims, Encumbrances & Interests (C) Sale by the Debtors Of a Certain Put Right |
| 1597 | 6/17/02 | Notice of Appeal |
| 1627 | 6/24/02 | Motion for Stay Pending Appeal |

DATED: June 27, 2002
       Wilmington, DE

                ELZUFON, AUSTIN, REARDON,
                TARLOV & MONDELL, P.A.

                /s/ *Charles J. Brown*
                William D. Sullivan (No. 2820)
                Charles J. Brown (No. 3368)
                300 Delaware Avenue, 17th Floor
                P.O. Box 1630
                Wilmington, DE  19899
                (302) 428-3181

                Attorneys for Prime Link Systems, Inc., McDaniel Technical Services, Inc., Future Telecom, Inc. and SWP Consultants, LLC

**CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, certify that I am not less than 18 years of age, and that service of the foregoing was made electronically and via first class mail on June 27, 2002, upon:

Domenic Pacitti, Esquire
Saul Ewing, LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Tim Miller, Esquire
Taft, Stettinius & Hollister, LLP
1800 Firstar Tower
425 Walnut Street
Cincinnati, OH 45202-3957

Frederic L. Ragucci, Esquire
Schulte, Roth & Zabel, LLP
900 Third Avenue
New -York, NY 10022

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard Mason, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Francis A. Monaco, Esquire
Walsh, Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Thomas Kent, Esquire
Orrick Harrington & Sutcliffe
666 Fifth Avenue
New York, NY 10103-0001

Mark Kenney, Esq.
Office of the United States Trustee
Dept. of Justice
844 King Street, Suite 2313
Wilmington, DE 19801


Dated: 6/27/02                              /s/ Charles J. Brown, III
                                                          Signature