# WR Grace PD Committee Fee Detail
## April 01, 2002 - April 30, 2002

Professional Services Rendered:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| Apr-05-02TJT | Asbestos: Claims Litigation - Review e-mail from S. Baena re: notice procedures re: PD Bar Date | 0.10 |
| Apr-11-02RSM | Asbestos: Claims Litigation - E-mail to Mr. Baena re: Daubert Hearings | 0.10 |
| Apr-11-02RSM | Asbestos: Claims Litigation - Review correspondence from US Trustee re: Malignancy Committee | 0.10 |
| Apr-11-02RSM | Asbestos: Claims Litigation - Review correspondence from Mr. Bernick re: Daubert Hearings | 0.10 |
| Apr-12-02TJT | Asbestos: Claims Litigation - Review e-mail from D. Speights re: Notice Program | 0.10 |
| Apr-12-02TJT | Asbestos: Claims Litigation - Review e-mail from S. Baena to D. Speights re: Notice Program | 0.10 |
| Apr-25-02RSM | Asbestos: Claims Litigation - Review Court Orders | 0.20 |
| Apr-26-02TJT | Asbestos: Claims Litigation - Review e-mail from D. Speights re: Asbestos claims | 0.10 |
| Apr-04-02LLC | Case Administration - Review docket re: objections to #1773 | 0.20 |
| Apr-05-02TJT | Case Administration - Review Order re: Dreier | 0.10 |
| Apr-05-02TJT | Case Administration - Prepare e-mail to S. Baena and J. Sakalo re: Order re: Dreier | 0.10 |
| Apr-05-02TJT | Case Administration - Review pleading re: PI Motion to Modify Transfer Order | 0.10 |
| Apr-05-02TJT | Case Administration - Prepare e-mail to J. Sakalo re: PI Committee's Motion to Amend Transfer Order | 0.10 |
| Apr-05-02LLC | Case Administration - E-mail pleadings to R. Bello at Bankruptcy Court | 0.20 |
| Apr-08-02LLC | Case Administration - Review docket re: amended administrative order | 0.30 |
| Apr-08-02LLC | Case Administration - Review order appointing Fee Auditor | 0.10 |
| Apr-09-02TJT | Case Administration - Review e-mail from J. Sakalo re: new Motion Procedure Rules | 0.10 |
| Apr-09-02TJT | Case Administration - Review new proposed Order re: Motion Procedures | 0.10 |

| | | |
|---|---|---|
| Apr-09-02 TJT | Case Administration - Prepare e-mail to J. Sakalo re: new Motion Procedures | 0.10 |
| Apr-12-02 TJT | Case Administration - Review correspondence from F. Perch to Committees re: Malignancy Committee | 0.10 |
| Apr-12-02 TJT | Case Administration - Review proposed PD Bar Date Order | 0.20 |
| Apr-12-02 TJT | Case Administration - Review correspondence re: letter from D. Bernick to F. Perch re: Malignancy Committee | 0.10 |
| Apr-12-02 TJT | Case Administration - Review correspondence re: letter from J. Sakalo to Committee re: Malignancy Committee | 0.10 |
| Apr-12-02 LLC | Case Administration - Review docket re: amended administrative order | 0.20 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Pitney Hardin January 2002 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Kirkland and Ellis February 2002 Fee Application | 0.20 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Wallace King February 2002 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Duane Morris January 2002 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Steptoe and Johnson July 2001 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Steptoe and Johnson September 2001 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Steptoe and Johnson November 2001 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Steptoe and Johnson December 2001 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Pachulski Stang Ziehl Young & Jones January 2002 Fee Application | 0.10 |
| Apr-15-02 TJT | Case Administration - Review pleading re: Reed Smith February 2002 Fee Application | 0.10 |
| Apr-17-02 TJT | Case Administration - Prepare e-mail to J. Sakalo re: Malignancy Committee | 0.10 |
| Apr-18-02 TJT | Case Administration - Review agenda for 4/22/02 hearing | 0.10 |
| Apr-19-02 RSM | Case Administration - Confer with T. Tacconelli re: scheduling matters | 0.20 |
| Apr-19-02 TJT | Case Administration - Review memo from CDG re: Debtors' Proposed Employee Retention/Severance Programs | 0.10 |
| Apr-19-02 TJT | Case Administration - Review memo from CDG re: 2001 Operating Results | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Apr-19-02 TJT | Case Administration - Review memo from CDG re: 2002 Operating Plan | 0.10 |
| Apr-19-02 TJT | Case Administration - prepare e-mail to J. Sakalo re: 4/22/02 hearing | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: L. Tersigni February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Caplan Drysdale's February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Campbell Levine February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review Order re: Appointment of Fee Auditor | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Kramer Levin February 2002 Fee Application | 0.20 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Blackstone's February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Holme Roberts February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Klett Rooney February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: FTI Policano February 2002 Fee Application | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Casner Edwards February 2002 Fee Application | 0.20 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Debtors' Supplement in Opposition to E. Kellogg's Motion to Annul Automatic | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Debtors' Amended Application to Employer and Retain PriceWaterhouseCoopers | 0.10 |
| Apr-22-02 TJT | Case Administration - Review pleading re: Debtors' Application to Employ and Retain Bankruptcy Management Corporation as Claims Agent | 0.20 |
| Apr-22-02 LLC | Case Administration - Retrieve and review signed amended administrative order | 0.30 |
| Apr-22-02 LLC | Case Administration - Retrieve former fee applications to send to Fee examiner | 0.60 |
| Apr-23-02 LLC | Case Administration - Call to information re: phone no. for Warren Smith | 0.10 |
| Apr-23-02 LLC | Case Administration - Call to Warren Smith re: previous Fee Applications | 0.10 |
| Apr-23-02 LLC | Case Administration - Retrieve and copy prior Fee Applications and send to Fee Examiner | 1.20 |

| | | |
|---|---|---|
| Apr-24-02TJT | Case Administration - Review letter from D. Carickhoff re: new procedure re: fee applications | 0.10 |
| Apr-24-02TJT | Case Administration - Review Debtors' Monthly Operating Report for February 2002 | 0.10 |
| Apr-24-02TJT | Case Administration - Review pleading re: Pitney Hardin February 2002 Fee Application | 0.10 |
| Apr-24-02TJT | Case Administration - Review pleading re: Debtors' Motion to Assume and Assign Real Estate Property Leases re: Liburn, GA | 0.10 |
| Apr-24-02TJT | Case Administration - Review pleadings re: E. Kellogg's Response to Debtors' Supplemental Reply to Motion to Lift Stay | 0.10 |
| Apr-24-02TJT | Case Administration - Review pleading re: Stroock Stroock February 2002 Fee Application | 0.20 |
| Apr-24-02TJT | Case Administration - Review Case Management Procedures Hearing Scheduling Order | 0.10 |
| Apr-24-02LLC | Case Administration - Conform fee details and billing procedures with amended admin order | 0.70 |
| Apr-24-02LLC | Case Administration - Update and revise service list | 0.50 |
| Apr-27-02TJT | Case Administration - Review pleading re: Motion of Union Tank Company to Compel Assumption/Rejection of Lease | 0.10 |
| Apr-30-02TJT | Case Administration - Review pleading re: Debtors' Notices of filings of ZAI Proof of Claim and Notice of Hearing | 0.10 |
| Apr-30-02TJT | Case Administration - Review Order re: Correcting Transfer of PI Claims to Judge Wolin | 0.10 |
| Apr-30-02TJT | Case Administration - Review pleading re: E. Kellogg's Motion for Reconsideration | 0.10 |
| Apr-30-02TJT | Case Administration - Review Order Requiring Debtors' Counsel to Submit Copies of ZAI Proofs of Claim to Judge Fitzgerald | 0.10 |
| Apr-30-02TJT | Case Administration - Review Order re: PD Claims Bar Date | 0.10 |
| Apr-04-02RSM | Mtgs of Creditors (Committee Meetings) - Attend Committee Teleconference | 1.20 |
| Apr-04-02TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with Committee | 1.80 |
| Apr-09-02TJT | Mtgs of Creditors (Committee Meetings) - Review e-mail from K. Dennis re: cancellation of weekly Committee conference call | 0.10 |
| Apr-12-02TJT | Mtgs of Creditors (Committee Meetings) - Review e-mail from J. Sakalo re: Committee meeting | 0.10 |
| Apr-16-02RSM | Mtgs of Creditors (Committee Meetings) -Attend Committee Teleconference | 0.80 |
| Apr-16-02TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with Committee | 0.90 |

| | | |
|---|---|---|
| Apr-25-02 RSM | Mtgs of Creditors (Committee Meetings) - Attend Committee Teleconference | 0.40 |
| Apr-25-02 TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with Committee | 0.40 |
| Apr-04-02 RSM | Compensation of FJ&P - Review CNO for Fee Application | 0.10 |
| Apr-04-02 LLC | Compensation of FJ&P - Draft Certificate of No Objections re: #1773 and Certificate of Service | 0.30 |
| Apr-04-02 LLC | Compensation of FJ&P - E-file and serve CNO re: #1773 and Certificate of Service | 0.80 |
| Apr-05-02 RSM | Compensation of Other Professionals - Review 6th Interim Application for Reimbursement; e-mail to Mr. Sakalo | 0.30 |
| Apr-05-02 LLC | Compensation of Other Professionals - Finalize 6th Committee Fee Application and Notice for filing | 0.30 |
| Apr-05-02 LLC | Compensation of Other Professionals - Draft Certificate of Service re: Committee 6th Fee Application | 0.10 |
| Apr-05-02 LLC | Compensation of Other Professionals - E-file and serve Committee 6th Fee Application | 0.70 |
| Apr-05-02 LLC | Compensation of Other Professionals - Call to Co-counsel re: 6th Committee Fee Application | 0.10 |
| Apr-26-02 TJT | Compensation of FJ&P - Review February 2002 Time Records for Fee Application | 0.50 |
| Apr-26-02 TJT | Compensation of FJ&P - Review March 2002 Time Records for Fee Application | 0.30 |
| Apr-27-02 TJT | Compensation of Other Professionals - Review e-mail from J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 |
| Apr-27-02 TJT | Compensation of Other Professionals - Prepare e-mail to J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 |
| Apr-29-02 LLC | Compensation of Other Professionals - Review e-mail and attachments re: Bilzin Fee Application | 0.20 |
| Apr-29-02 LLC | Compensation of Other Professionals - Call to J. Sakalo re: Bilzin Fee Application | 0.10 |
| Apr-29-02 LLC | Compensation of Other Professionals - Draft Certificate of Service re: Bilzin Fee Application | 0.50 |
| Apr-29-02 LLC | Compensation of Other Professionals - E-file and serve Bilzin February 2002 Fee Application | 0.80 |
| Apr-30-02 TJT | Compensation of Other Professionals - Prepare letter to J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 |
| Apr-30-02 TJT | Compensation of Other Professionals - Review docket re: CNO re: Bilzin 2002 Fee Application | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Apr-30-02 TJT | Compensation of Other Professionals - Review pleading re: CNO re: Committee's Sixth Interim Application for Reimbursement of Expenses | 0.10 |
| Apr-30-02 LLC | Compensation of FJ&P - Prepare 10th Fee Application and attachments | 0.60 |
| Apr-30-02 LLC | Compensation of FJ&P - Prepare 11th Fee Application and attachments | 0.20 |
| Apr-30-02 LLC | Compensation of Other Professionals - Review docket re: objections to docket nos. 1842 & 1901 | 0.20 |
| Apr-30-02 LLC | Compensation of Other Professionals - Draft CNO re: docket no. 1842 and Certificate of Service | 0.40 |
| Apr-30-02 LLC | Compensation of Other Professionals - Draft CNO re: docket no. 1901 and Certificate of Service | 0.30 |
| Apr-30-02 LLC | Compensation of Other Professionals - E-file and serve CNO re: Docket no. 1901 and Certificate of Service | 0.50 |
| Apr-30-02 LLC | Compensation of Other Professionals - E-file and serve CNO re: docket no. 1842 and Certificate of Service | 0.50 |
| Apr-01-02 TJT | Litigation/Fraudulent Conveyance - Review Fresenics Answer | 0.30 |
| Apr-02-02 TJT | Litigation/Fraudulent Conveyance - Review Sealed Air Answer to Complaint | 0.30 |
| Apr-02-02 TJT | Litigation/Fraudulent Conveyance - Review Defendant's Motion to Intervene and Memorandum In Support Thereof | 0.30 |
| Apr-02-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to S. Baena and R. Turken re: Sealed Air Answer and Debtor's Motion to Intervene | 0.10 |
| Apr-02-02 TJT | Litigation/Fraudulent Conveyance - Review e-mail from R. Turken re: Sealed Air Answer and Debtor's Motion to Intervene | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: Request for Production of Documents to Sealed Air and Cryovac, Inc. | 0.20 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: discovery to Sealed Air Corporation and Cryovac, Inc. | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski, Esquire re: discovery to Sealed Air and Cryovac | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom and N. Finch re: discovery to Sealed Air and Cryovac | 0.30 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Request for Production of Documents to Sealed Air | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Request for Production of Documents to Cryovac | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Prepare Notice of Service of Request for Production of Documents to Sealed Air Corporation | 0.30 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Prepare Notice of Service re: Request for Production of Documents to Cryovac, Inc. | 0.30 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: discovery to Sealed Air and Cryovac | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: discovery to Sealed Air Corporation and Cryovac | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review re: e-mail from M. Zaleski re: Consolidation Order re: Fraudulent Transfer cases | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review Consolidation Order | 0.20 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski, Esquire re: Consolidation Order | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: Consolidation Order | 0.10 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review and revise Request for Production of Documents to Sealed Air Corporation | 1.00 |
| Apr-03-02 TJT | Litigation/Fraudulent Conveyance - Review and revise Request for Production of Documents to Cryovac | 1.00 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Widom re: discovery to Sealed Air and Cryovac | 0.20 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Telephone conference with M. Widom's secretary re: discovery to Sealed Air and Cryovac | 0.10 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Widom's secretary re: discovery to Sealed Air and Cryovac | 0.10 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Review and revise Request for Production of Documents to Sealed Air Corp. | 0.50 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Review and revise Request for Production of Documents to Sealed Air Corp. | 0.50 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Review and revise Request for Production of Documents to Cryovac | 0.50 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski, Esquire re: discovery to Sealed Air and Cryovac | 0.10 |
| Apr-04-02 TJT | Litigation/Fraudulent Conveyance - Prepare Notice of Service of Request for Production of Documents to Sealed Air Corp. for e-filing | 0.10 |

| | | |
|---|---|---|
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Prepare Notice of Service of Request for Production of Documents to Cryovac for e-filing | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - File Notice of Service and complete service of Request for Production of Documents to Sealed Air Corporation | 0.50 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - File Notice of Service and serve Request for Production of Documents to Cryovac | 0.50 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Teleconference with C. Christen re: Request for Production of Documents to Sealed Air Corporation and Cryovac | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Review pleading re: Sealed Air Corp. and Cryovac, Inc.'s Joinder in Debtors Motion to Intervene | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Prepare letter to local counsel for debtors and committees re: discovery to Sealed Air Corporation and Cryovac | 0.20 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo and T. Swett re: request by DOJ for copies of discovery | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from J. Sakalo re: DOJ's request for copies of discovery | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Prepare Notice of Service of Request for Production of Documents to Cryovac for e-filing | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Correspondence re: letter dated April 4, 2002 from M. Widom to M. Browdy with enclosures re: discovery to W.R. Grace | 0.10 |
| Apr-04-02TJT | Litigation/Fraudulent Conveyance - Retrieve voice mail message from M. Widom re: service of subpoena on debtors re: discovery and fraudulent transfer litigation | 0.10 |
| Apr-05-02RSM | Litigation/Fraudulent Conveyance - Review Court Order re: Special Master | 0.20 |
| Apr-05-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from J. Sakalo to committee re: discovery | 0.10 |
| Apr-05-02TJT | Litigation/Fraudulent Conveyance - Telephone call to M. Widom re: subpoena | 0.10 |
| Apr-05-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: subpoena | 0.10 |
| Apr-08-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from M. Widom re: subpoena | 0.10 |
| Apr-08-02TJT | Litigation/Fraudulent Conveyance - Telephone call to M. Widom re: subpoena | 0.10 |
| Apr-08-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: subpoena | 0.10 |
| Apr-09-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from M. Widom re: subpoena | 0.10 |
| Apr-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Hurford re: service of papers in fraudulent transfer litigation | 0.10 |

| | | |
|---|---|---|
| Apr-10-02TJT | Litigation/Fraudulent Conveyance - Review subpoena to Analysis Research Planning Corp. | 0.10 |
| Apr-10-02TJT | Litigation/Fraudulent Conveyance - Download Certificate of Service re: subpoena to Analysis Research Planning Corp. | 0.10 |
| Apr-10-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: service of subpoena to Analysis Research Planning Corp. | 0.10 |
| Apr-10-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: Debtors' Motion to Intervene | 0.10 |
| Apr-10-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from B. Friedman to Committee Council re: meeting with Judge Wolin | 0.10 |
| Apr-11-02RSM | Litigation/Fraudulent Conveyance - Teleconference with Mr. Sakalo re: Response to Motion to Intervene | 0.10 |
| Apr-11-02RSM | Litigation/Fraudulent Conveyance - Teleconference with Mr. Sakalo re: Motion to Intervene | 0.20 |
| Apr-11-02RSM | Litigation/Fraudulent Conveyance - Prepare, file and serve Response to Motion to Intervene | 1.30 |
| Apr-11-02TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Miller re: Consolidation Order | 0.10 |
| Apr-12-02RSM | Litigation/Fraudulent Conveyance - Confer with T. Tacconelli re: Fraudulent Transfer Matters | 0.30 |
| Apr-12-02RSM | Litigation/Fraudulent Conveyance - Review correspondence from Mr. Friedman re: scheduling conference | 0.10 |
| Apr-12-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: B. Friedman to Judge Wolin re: 4/15/02 Status Conference | 0.10 |
| Apr-13-02TJT | Litigation/Fraudulent Conveyance - Review PI's Objection to Debtors' Motion to Intervene | 0.10 |
| Apr-13-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: 4/15/02 Status Conference | 0.20 |
| Apr-14-02TJT | Litigation/Fraudulent Conveyance - Prepare for 4/15/02 Status Conference | 1.00 |
| Apr-15-02RSM | Litigation/Fraudulent Conveyance - Review Court filings; e-mail to Mr. Sakalo | 0.20 |
| Apr-15-02TJT | Litigation/Fraudulent Conveyance - Teleconference with Judge Wolin's chambers re: 4/15/02 Status Conference | 0.10 |
| Apr-15-02TJT | Litigation/Fraudulent Conveyance - Confer with B. Friedmand, R. Fleishman, R. Turkin, M. Widom, N. Finch and P. Lockwood | 0.50 |

| Date | Description | Hours |
|---|---|---|
| Apr-15-02 TJT | Litigation/Fraudulent Conveyance - Status Conference with Judge Wolin | 0.60 |
| Apr-15-02 TJT | Litigation/Fraudulent Conveyance - Confer with B. Friedmand, R. Fleishman, R. Turkin, M. Widom, N. Finch and P. Lockwood | 0.50 |
| Apr-16-02 RSM | Litigation/Fraudulent Conveyance - Confer with T. Tacconelli re: scheduling matters | 0.30 |
| Apr-16-02 TJT | Litigation/Fraudulent Conveyance - Review Witness Disclosure by Sealed Air Corporation | 0.10 |
| Apr-16-02 TJT | Litigation/Fraudulent Conveyance - Review Witness Disclosure by W.R. Grace | 0.10 |
| Apr-17-02 RSM | Litigation/Fraudulent Conveyance - Review Court's Discovery Order | 0.10 |
| Apr-17-02 TJT | Litigation/Fraudulent Conveyance - Retrieve voice mail from Barron's reporter | 0.10 |
| Apr-17-02 TJT | Litigation/Fraudulent Conveyance - Return call to Barron's reporter re: no comment | 0.10 |
| Apr-17-02 TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: discovery | 0.10 |
| Apr-18-02 TJT | Litigation/Fraudulent Conveyance - Review letter from B. Friedman to Judge Wolin re: budget | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Review pleading re: Notice of Service of discovery re: Responses by Sealed Air and Cryovac to Plaintiff's First Set of Requests for Production of Documents | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Review Debtors' Reply in Support of Motion to Intervene | 0.50 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to S. Baena and J. Sakalo re: Debtors' Reply in Support of Motion to Intervene | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Debtors' Reply in Support of Motion to Intervene | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Review Debtors' Reply in Support of Motion to Intervene | 0.50 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Review Sealed Air/Cryovac's Response to First Set of Request for Production of Documents | 0.60 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Sealed Air/Cryovac's Response to First Set of Request for Production | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Sealed Air/Cryovac's Responses to First Set of Request for Production of Documents | 0.10 |
| Apr-19-02 TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Debtors' Reply in Support of Motion to Intervene and discovery responses | 0.10 |

| Date | Description | Hours |
|---|---|---|
| Apr-20-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Witness Disclosures | 0.10 |
| Apr-21-02TJT | Litigation/Fraudulent Conveyance - Review letter from California State Board of Equalization re: tax appeal case | 0.10 |
| Apr-22-02TJT | Litigation/Fraudulent Conveyance - Telephone call to M. Widom re: witness designations | 0.10 |
| Apr-22-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Widom re: witness designation | 0.10 |
| Apr-22-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from M. Widom re: Debtors' Response to Request for Production of Documents | 0.10 |
| Apr-23-02TJT | Litigation/Fraudulent Conveyance - Review pleading re: Witness Disclosure | 0.10 |
| Apr-24-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from M. Widom re: Debtors' Response to First Request for Production of Documents | 0.10 |
| Apr-24-02TJT | Litigation/Fraudulent Conveyance - Review Debtors' Responses to First Set of Request for Production of Documents | 0.50 |
| Apr-25-02TJT | Litigation/Fraudulent Conveyance - Teleconference with B. Friedman re: discovery/Motion to Compel | 0.10 |
| Apr-25-02TJT | Litigation/Fraudulent Conveyance - Review letter from B. Friedman to Judge Wolin re: oral argument on Debtors' Motion to Intervene | 0.10 |
| Apr-26-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from J. Sakalo to B. Friedman re: retention of Milberg Weiss | 0.10 |
| Apr-27-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Retention of Milberg Weiss | 0.10 |
| Apr-29-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Affidavit of B. Friedman In Support of Retention of Milberg Weiss | 0.20 |
| Apr-29-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Application to Retain Milberg Weiss | 0.10 |
| Apr-29-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: Application to Retain Milberg Weiss | 0.10 |
| Apr-15-02TJT | Non-Working Travel Time - Travel to Newark | 1.80 |
| Apr-15-02TJT | Non-Working Travel Time - Travel from Newark | 1.80 |

| SUMMARY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Rick S. Miller | $175.00 | 6.30 | $1,102.50 |

| | | | |
|---|---|---|---|
| Theodore J. Tacconelli | $100.00 | 1.80 | $180.00 |
| Theodore J. Tacconelli | $200.00 | 31.50 | $6,300.00 |
| Legal Assistant - LLC | $80.00 | 11.10 | $888.00 |
| **Totals** | | **50.70** | **$8,470.50** |

DISBURSEMENTS

| | | |
|---|---|---|
| Apr-01-02 | Cost Advance - Parcel's, Inc. | 4,331.95 |
| Apr-01-02 | Cost Advance - Parcel's, Inc. | 20.55 |
| Apr-01-02 | Cost Advance - TriState Courier & Carriage | 30.00 |
| Apr-02-02 | Cost Advance - Federal Express | 18.92 |
| Apr-02-02 | Cost Advance - Fax to R. Turken, Esquire | 44.00 |
| Apr-02-02 | Cost Advance - Fax to R. Turken, Esquire | 17.00 |
| Apr-05-02 | Cost Advance - Copying cost (512 @ .15) | 76.80 |
| Apr-05-02 | Cost Advance - Postage (9 @ 1.49) | 13.41 |
| Apr-08-02 | Cost Advance - Reliable Copy Service | 221.08 |
| Apr-10-02 | Cost Advance - PACER Service Center | 30.73 |
| Apr-12-02 | Cost Advance - Federal Express | 15.64 |
| Apr-17-02 | Cost Advance - TriState Courier & Carriage | 55.00 |
| Apr-17-02 | Cost Advance - Fax to B. Friedman, Esquire | 4.00 |
| Apr-17-02 | Cost Advance - Fax to J. Sakalo, Esquire and S. Baena, Esquire | 19.00 |
| Apr-19-02 | Cost Advance - Fax to J. Sakalo, Esquire | 19.00 |
| Apr-19-02 | Cost Advance - Fax to B. Friedman, Esquire | 32.00 |
| Apr-19-02 | Cost Advance - Fax to B. Friedman, Esquire | 19.00 |
| Apr-19-02 | Cost Advance - Fax to J. Sakalo, Esquire | 32.00 |
| Apr-22-02 | Cost Advance - TriState Courier & Carriage | 45.00 |
| Apr-24-02 | Cost Advance - PACER Service Center | 1.54 |
| Apr-25-02 | Cost Advance - Federal Express | 22.75 |
| Apr-26-02 | Cost Advance - Federal Express | 75.82 |
| Apr-30-02 | Cost Advance - Federal Express | 15.64 |
| Apr-30-02 | Cost Advance - Copying cost 210 @ .15 | 31.50 |
| Apr-30-02 | Cost Advance - Postage 8 @ .80 | 6.40 |
| | **Totals** | **$5,198.73** |

**TOTAL FEE & DISBURSEMENTS** $13,669.23