# UNITED STATES BANKRUPTCY COURT
### District of Delaware

IN RE: WR Grace & Co., Inc

TC REF # 0451003

Case Number: 01-1139
Chapter: 11

## CLAIM FOR EXPENSES OF ADMINISTRATION

1. The undersigned makes this claim in the above-entitled bankruptcy as a priority tax claim for expenses of administration under 11 U.S.C., 503(b)(1)(B)(I), and 503(b)(1)(C) in the sum of $ 44.13 . As of 09/3/02 for 2002 assessments will become delinquent, penalties, interest, fees and county cost will accrue and continue to attach to the claim until paid in full. Government Code Section 43001. Itemization of penalties and fees are attached.

2. This claim is for taxes due under the Revenue and Taxation code of the State of California Sections 2191.3, 2191.4 & 2193.

3. The amount of all payments, if any, on this claim has been credited and deducted for the purpose of making this proof of claim.

   - **Interest attaches pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.**
   - **The amount of claim may be subject to amendment after mandatory audit by the County Assessor pursuant to California Revenue & Taxation Code, Section 469.**

Executed under penalty of perjury at Orange County, California, June 24, 2002.

John M.W. Moorlach
Treasurer-Tax Collector
County of Orange, State of California

By: _Faith Matuschek_
Faith Matuschek, Deputy Tax Collector

Orange County Tax Collector, P.O. Box 1438, Santa Ana, California 92702-1438, 714/834-2682, FAX:714/834-6229

```
Page: 1 Document Name: A. Phillips, Deputy Tax Collector

UNPAID
06/24/02                    ASSESSMENT TAX SYSTEM            MULT   CURR PE11
TCUSI01                  UNSECURED TAX BILL INFORMATION     ASMNTS  NEXT PE10
REF# 0451003   TAX-YR 2002 ASMNT 096436   ACCT 09036566 STM 001     RETN PA11
ASSESSEE WR GRACE & CO INC                               DUE             44.13
SITUS 101 E LINCOLN AV SUITE 240 ANAHEIM                 UNTIL       09/03/02
ENROLL-DATE 06/22/02   REV DATE 06/22/02                 THEN            96.54
INFO AVAIL   NAD EVE                                     ADDL/MTH         0.66
---------------- UNSECURED BILL INFORMATION --------------   BILLED 06/21/02
ASM TYP BB1   BUSINESS ASSESSMENTS
PROP DESC                              DBA
-------VALUES--------|-------------TAXES------------|--------OTHER----------
   LAND         0    | TAX           44.13          | COLL            0.00
   AIRCR        0    |BAS/DTE         4.41 09/03/02 | 9450            0.00
   IMPS         0    |ADL/DTE         0.00 10/31/02 | 8170            0.00
   OTHS         0    |INTERST         0.00          |    TRA 01-028
   PERS     3,969    |FEES/CST        0.00          |RATE TRA 01-028
    XMP         0    | TOTAL         44.13          | EFF YR 02
   NET      3,969    |------------------------------|TRA RATE 1.01122
 PENAL       396     STM P   PEN-ACT-CDE            |PRO DAYS    0 FAC  .0000
 BOR DTE      ON             RSN CDE
 MISC MSG 2002 ESC PER R&T 501,506,463                     MAIL-CDE
 PF KEYS: 3:END        5:FEES                           9:AGENCY 12:RETURN
                                                            0451003 *WR GR*
```



6-24-02

I CERTIFY THIS TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL ENTRY ON THE UNSECURED
PROPERTY TAX ROLL

COUNTY TREASURER-TAX COLLECTOR
BY_____ DEPUTY

Date: 6/24/ 2 Time: 10:47:28 AM