IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11 |
|  |  | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al. |  | (Jointly Administered) |
| Debtors. |  | Hearing Date: TBD |
| _____ |  | **Ref: Docket No. 2242** |

## NOTICE OF APPEAL

Marco Barbanti, Ralph Busch, John and Margery Prebil, Paul Price, and James and Doris McMurchie , ZAI Claimants, pursuant to 28 U.S.C. §158(a), and Bankruptcy Rule 8003, move for leave to appeal the Order (A) Denying Claimants' Motion to Strike Proofs of Claim Filed by the Debtors on Behalf of ZAI Claimants; and (B) Scheduling Matters in Connection with ZAI Proofs of Claim, entered on June 18, 2002, being Docket No. 2242.

The names of all parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| W.R. Grace – Debtors | David M. Bernick, Esq. |
|  | James H.M. Sprayregen |
|  | Kirkland & Ellis |
|  | 200 East Randolph Drive |
|  | Chicago, IL  60601 |
|  |  |
|  | -and- |
|  |  |
|  | Laura Davis Jones, Esq. |
|  | Pachulski, Stang, Ziehl, Young |
|  |   & Jones P.C. |
|  | 919 North Market Street, 16th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE  19899-8705 |

|  |  |
|---|---|
|  | -and- |
|  | David B. Siegel<br>W.R. Grace & co.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| Office of the United States<br>Trustee | Frank J. Perch, III, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |
| Counsel for ZAI Claimants<br>James and Doris McMurchie | Harvey N. Jones, Esq.<br>Sieben, Polk, LaVerdiere, Jones & Hawn<br>999 Westview Drive<br>Hastings, MN  55033 |
| Counsel for ZAI Claimants<br>Edward Lindholm and John Sufnarowski | Kenneth G. Gilman, Esq.<br>Gilman and Pastor, LLP<br>One Boston Place, 28th Floor<br>Boston, MA  02108 |
| Counsel for ZAI Claimants Marco Barbanti,<br>Ralph Busch, Paul Price, and John and<br>Margery Prebil |  |
|  | Darrell Scott<br>Burke D. Jackowich<br>Lukins & Annis PS<br>717 W. Sprague Ave. Suite 1600<br>Spokane WA 99201<br>Telephone: (509) 455-955<br>Facsimile:  (509) 747-2323<br>         -and-<br>Elizabeth J. Cabraser<br>Fabrice N. Vincent<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile:  (415) 956-1008<br>              -and- |

Thomas Sobol
Hagens Berman
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel. 617-482-3700
Fax 617-482-3003

    -and-

Edward J. Westbrook
Richardson, Patrick, Westbrook & Brickman
28 Bridgeside Blvd
Mt Pleasant SC 29464
843-216-9113

    -and-

Robert M. Turkewitz
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

    -and-

Allan M. McGarvey
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main
Kalispell, MT 59901
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

    -and-

William D. Sullivan
Charles J. Brown, III
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Dated: June 28, 2002

                                        ELZUFON AUSTIN REARDON,

                                        TARLOV & MONDELL, P.A.

                                        /s/ Charles J. Brown, III
                                        William D. Sullivan, Esq. #2820
                                        Charles J. Brown, III, Esq. #3368
                                        300 Delaware Avenue, Suite 1700
                                        P.O. Box 1630
                                        Wilmington, DE 19899-1630
                                        (302) 428-3181

                                                 -and-

Darrell Scott
Burke D. Jackowich
Lukins & Annis PS
717 W. Sprague Ave. Suite 1600
Spokane WA 99201
Telephone: (509) 455-955
Facsimile:  (509) 747-2323


                      -and-

Elizabeth J. Cabraser
Fabrice N. Vincent
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008


                      -and-

Thomas Sobol
Hagens Berman
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel. 617-482-3700
Fax 617-482-3003

-and-

Edward J. Westbrook
Richardson,Patrick, Westbrook & Brickman
28 Bridgeside Blvd
Mt Pleasant  SC 29464
843-216-9113

-and-

Robert M. Turkewitz
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile:  (843) 216-9440

-and-

Allan M. McGarvey
McGarvey, Heberling, Sullivan &
McGarvey, P.C.
745 South Main
Kalispell, MT  59901
Telephone:  (406) 752-5566
Facsimile:  (406) 752-7124

-and-

Harvey N. Jones, Esq.
Sieben, Polk, LaVerdiere, Jones & Hawn
999 Westview Drive
Hastings, MN  55033

Counsel for the Zonolite Claimants, Barbanti, Busch, Prebil, Price and McMurchie