### HAGENS BERMAN LLP
**Attorneys at Law**

BOSTON   LOS ANGELES   PHOENIX   SEATTLE

June 28, 2002

**VIA E-MAIL:** JUDGE_JUDITH_FITZGERALD@PAWB.USCOURTS.GOV
**VIA FACSIMILE:** 412-644-5448
**VIA OVERNIGHT COURIER**

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
District of Delaware
Suite 5490, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Re:    In the Matter of W.R. Grace, Bankruptcy Court No. 01-1139

Dear Judge Fitzgerald:

Enclosed please find courtesy copies of the Motion of Zonolite Attic Insulation Property Damage Claimants, Barbanti, Busch, Price, Prebil and McMurchie for Leave to Appeal Order (a) Denying Claimants' Motion to Strike Proofs of Claim Filed by the Debtors on Behalf of ZAI Claimants; and (b) Scheduling Matters in Connection with ZAI Proofs of Claim [Docket No. 2242] and a Notice of Appeal that have been filed in connection with the order denying the motion to strike the Zonolite Attic Insulation claims filed by the Debtors in the above-referenced matter.

On behalf of the ZAI claimants, I wish to advise you that we are continuing to move forward with the process that Your Honor has ordered for the litigation of certain ZAI matters, and that we are continuing to attempt to meet and confer with counsel for the Debtors in preparation for the conference and hearing to be held July 22, 2002. Because of the unique circumstances of this case and the issues it poses, we felt constrained to preserve the rights of the claimants. Nothing in this effort, however, should be read to in any way detract from our commitment and enthusiasm to move forward with the process this Court has ordered, and we will do so in the best interests of our clients, judicial economy and the interests in administering this Chapter 11 case.

Thank you.

Very truly yours,

/s/ Thomas M. Sobol
Thomas M. Sobol

/s/ Darrell W. Scott
Darrell W. Scott

Enclosures
TMS:jam

G:\Docs\CLIENT\220305\11221\let\00128988.DOC