IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: July 18, 2002** |

**EIGHTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2002 through May 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $87,733.60 (80% of $109,667.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $9,853.93 |

This is a:    **X**    monthly    ____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |

{D0003195:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 – (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | Pending | Pending |
| 5/3/02 Fourth Interim | 1/01/02 through 3/31/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | Pending | Pending |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | Pending | Pending |
| | **05/01/02 through 05/31/02** | **$87,733.60 (80% of $109,667.00)** | **$9,853.93** | | |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD MAY 1, 2002 THROUGH MAY 31, 2002
## <u>CAPLIN & DRYSDALE, CHARTERED</u>

| **Name, Position, Years in Position** | **Position** | **Years** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 10.7 | $675 | $7,222.50 |
| Peter V. Lockwood (PVL) | Member | 33 | 13.6/2.5 | $560/280 | $8,316.00 |
| Walter B. Slocombe (WBS) | Member | 32 | 1.1 | $500 | $550.00 |
| Bernard S. Bailor (BSB) | Member | 26 | 0.2 | $450.00 | $90.00 |
| Albert G. Lauber (AGL) | Member | 25 | 1.1 | $445.00 | $489.50 |
| Trevor W. Swett (TWS) | Member | 20 | 24.7 | $425.00 | $10,497.50 |
| Julie W. Davis (JWD) | Member | 22 | .3 | $425.00 | $127.50 |

| Nathan D. Finch (NDF) | Member | 9 | 61.5/16.2 | $350/175 | $24,360.00 |
|---|---|---|---|---|---|
| Kimberly N. Brown (KNB) | Associate | 8 | 11.6 | $300.00 | $3,480.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 6.5 | $300.00 | $1,950.00 |
| Neal M. Kochman (NMK) | Associate | 6 | .2 | $245.00 | $49.00 |
| Max C. Heerman (MCH) | Associate | 6 | 17.8 | $230.00 | $4,094.00 |
| John P. Cunningham (JPC) | Associate | 1 | 129.9/5.6 | $215/107.50 | $28,530.50 |
| Brian A. Skretny (BAS) | Associate | 1 | .2 | $215.00 | $43.00 |
| Trista E. Schroeder (TES) | Law Clerk | 1 | 33.3 | $150.00 | $4,995.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 45.1 | $145.00 | $6,539.50 |
| Stacie M. Evans (SME) | Paralegal | 2 | 22.1 | $135.00 | $2,983.50 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 18.7 | $135.00 | $2,524.50 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 13.4 | $125.00 | $1,675.00 |
| Samira A Taylor (SAT) | Paralegal | 2 | 9.2 | $125.00 | $1,150.00 |
| **Total** | | | **445.5** | | **$109,667.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 05/01/02 through 05/31/02 | Total Fees for the Period 05/01/02 through 05/31/02 |
|---|---|---|
| Asbestos: Claims Analysis & Valuations | 43.4 | $10,601.50 |
| Asbestos: $524(6) Matters/Futures Rep | .4 | $270.00 |
| Bank Claims & Litigation Matters | .0 | $.00 |
| Business Operations | .3 | $136.00 |
| Case Administration | 86.4 | $13,728.50 |
| Committee Matters & Creditor Mtgs. | 1.9 | $1,156.00 |
| Compensation of Professionals | 20.8 | $3,833.50 |
| Employee Matters | .4 | $258.50 |
| Environmental Matters | .3 | $160.00 |
| Insurance | .1 | $67.50 |
| Litigation/Fraudulent Conveyance | 259.4 | $70,412.00 |
| Non-Working Travel Time | 24.3 | $4,137.00 |
| Preparation & Attendance at Hearings | 4.2 | $2,605.00 |
| Retention of Professionals | .2 | $112.00 |
| U.S. Trustee Matters & Mtgs | 3.4 | $2,189.50 |
| **Grand totals** | **445.5** | **$109,667.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period May 1, 2002 through May 31, 2002 |
|---|---|---|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $1,755.00 |

| | | |
|---|---|---:|
| Facsimile ($0.15 per page) | | $47.10 |
| Federal Express | | $186.88 |
| Long Distance Telephone Calls | | $169.68 |
| Air & Train Transportation | | $3,265.50 |
| Meal Expense | | $269.26 |
| Messenger Service | | $33.04 |
| Local Transportation | | $14.75 |
| Miscellaneous Exp | | $80.00 |
| Conference Meals | | $36.10 |
| Postage | | $5.20 |
| Research Material | | $191.77 |
| Westlaw/Lexis | | $2,475.36 |
| Travel – Ground Transportation | | $448.09 |
| Travel – Hotel Charges | | $869.01 |
| Travel - Miscellaneous | | $7.19 |
| **Total:** | | **$9,853.93** |

CAPLIN & DRYSDALE, CHARTERED

/s/ Elihu Inselbuch
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
(212) 319-7125

and

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

and

CAMPBELL & LEVINE, LLC
Matthew G. Zaleski, III (I.D. #3557)
Mark T. Hurford (I.D. #3299)
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 426-1900

Counsel for the Official Committee of
Asbestos Personal Injury Claimants

Dated: June 25, 2002