## EXHIBIT A

### Asbestos: Claims Analysis & Valuations (43.40 Hours; $ 10,601.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|----------------|--------------|-------|
| Peter V. Lockwood | 3.90 | $560 | 2,184.00 |
| Walter B. Slocombe | .70 | $500 | 350.00 |
| Albert G. Lauber | .90 | $445 | 400.50 |
| Trevor W. Swett | 1.00 | $425 | 425.00 |
| Kimberly N. Brown | 10.90 | $300 | 3,270.00 |
| Max C. Heerman | 2.10 | $230 | 483.00 |
| Brian A. Skretny | .10 | $215 | 21.50 |
| Trista E. Schroeder | 17.30 | $150 | 2,595.00 |
| Stacie M. Evans | 6.00 | $135 | 810.00 |
| Samira A. Taylor | .50 | $125 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|-----------|-----------|-----------|---------------|----------------|
| 05/06/02 | PVL | 560.00 | 1.90 | Teleconference Bernick (.3); teleconference Rosenbloom (.2); confer NDF re PD claims (.2); confer KNB re same (.1); teleconference Bernick, Siegal, TWS, NDF and KNB re ZAI claims (1.0); confer Peterson and EI (.1). |
| 05/06/02 | KNB | 300.00 | 1.20 | Conference call with D.Bernick, D.Segal, TWS, PNVL and NDF re Zonolite claims (1.1); confer with PVNL re same (.1) |
| 05/06/02 | TWS | 425.00 | .10 | TC PVNL to schedule conf call |
| 05/06/02 | TWS | 425.00 | .90 | Conf call PVNL, NDF, KNB, D.Bernick and D.Segal |
| 05/07/02 | PVL | 560.00 | .40 | Review Corcoran memo and exhibits re ZAI. |
| 05/07/02 | KNB | 300.00 | 2.00 | Review Grace letter to EPA re Zonolite and attachments (1.0); research on EPA website re same (.9); e-mail to PVNL re same (.1) |
| 05/08/02 | PVL | 560.00 | .10 | Review PD appeal motion. |

{D0003196:1 }

| | | | | |
|---|---|---|---|---|
| 05/10/02 | KNB | 300.00 | 3.00 | Review pleadings re PD Claims (2.5); draft memo to EI re same (.5) |
| 05/13/02 | KNB | 300.00 | 2.60 | Confer with TS re assignment re PD claims analysis (.1); draft memo to EI re status of PD claims (.4); review PD pleadings (1.7); take notes on same (.4) |
| 05/13/02 | SME | 135.00 | 2.30 | Assist KNB in research regarding asbestos property damage by compiling and organizing relevant pleadings and hearing transcripts. |
| 05/13/02 | TES | 150.00 | 2.00 | Research property damage claims (asbestos) science/regulation |
| 05/14/02 | KNB | 300.00 | 1.30 | Review hearing transcript (.3); draft memo to EI re PD claims (1.0) |
| 05/14/02 | SME | 135.00 | 2.90 | Assist KNB in research regarding asbestos property damage by compiling and organizing relevant pleadings and hearing transcripts in order to create a consolidated binder. |
| 05/14/02 | TES | 150.00 | 4.00 | Research property damage claims and regulatory information |
| 05/15/02 | PVL | 560.00 | 1.10 | Review Anderson Memorial Hospital case orders (.6); review ZAI claimants motion to strike (.5). |
| 05/15/02 | TES | 150.00 | 1.00 | Research memorandum re property damages claims |
| 05/17/02 | TES | 150.00 | 2.00 | Continue research/reading on property damage claims |
| 05/18/02 | PVL | 560.00 | .20 | Review Grace reply re ZAI claims (.1); review object to PD appeal (.1). |
| 05/21/02 | KNB | 300.00 | .80 | Review incoming pleadings |
| 05/21/02 | SME | 135.00 | .80 | Assist KNB in research regarding asbestos property damage by examining relevant law journals and asbestos reporters. |

- 3 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/23/02 | MCH | 230.00 | 2.10 | Research choice of law for fraud. conv. actions |
| 05/28/02 | TES | 150.00 | 4.00 | Asbestos floor tile/insulation/property damage claims research "science backgrounder" |
| 05/28/02 | BAS | 215.00 | .10 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next 3 months. (.1). |
| 05/29/02 | PVL | 560.00 | .20 | Teleconference Friedman. |
| 05/29/02 | TES | 150.00 | 3.50 | Asbestos floor tile/insulation/property damage claims research "science backgrounder" |
| 05/30/02 | TES | 150.00 | .80 | Reading/research for science backgrounder memorandum - new material uncovered |
| 05/31/02 | AGL | 445.00 | .90 | Conference with WBS and NDF re research project on claims estimation and preparation of brief on same |
| 05/31/02 | WBS | 500.00 | .70 | Meeting with NDF and AGL re claims estimation briefs issues and work organization (.4); rev prior briefs on estim process (.3). |
| 05/31/02 | SAT | 125.00 | .50 | Search for informational brief as per MCH request. |

**Total Task Code .02        43.40**

## Asbestos: §524(g) Matters/Futures Rep (.40 Hours; $ 270.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $675 | 270.00 |

{D0003196:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/22/02 | EI | 675.00 | .20 | Conference Ct. re: need for futures rep |
| 05/24/02 | EI | 675.00 | .20 | T/c P. Weitz re: futures rep. |
| **Total Task Code .06** | | | **.40** | |

### Business Operations (.30 Hours; $ 136.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $675 | 67.50 |
| Peter V. Lockwood | .10 | $560 | 56.00 |
| Karen A. Albertelli | .10 | $125 | 12.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/07/02 | KAA | 125.00 | .10 | Forwarded copy of monthly operating report to L. Tersigni. |
| 05/15/02 | PVL | 560.00 | .10 | Confer Tersigni et al re status. |
| 05/15/02 | EI | 675.00 | .10 | Review with Tersigni of all his projects. |
| **Total Task Code .13** | | | **.30** | |

### Case Administration (86.40 Hours; $ 13,728.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $675 | 405.00 |
| Peter V. Lockwood | 2.20 | $560 | 1,232.00 |
| Walter B. Slocombe | .10 | $500 | 50.00 |
| Bernard S. Bailor | .10 | $450 | 45.00 |
| Albert G. Lauber | .10 | $445 | 44.50 |

| | | | |
|---|---|---|---|
| Julie W. Davis | .20 | $425 | 85.00 |
| Trevor W. Swett | .30 | $425 | 127.50 |
| Nathan D. Finch | .30 | $350 | 105.00 |
| Kimberly N. Brown | .70 | $300 | 210.00 |
| Rita C. Tobin | .70 | $300 | 210.00 |
| Max C. Heerman | .20 | $230 | 46.00 |
| John P. Cunningham | .20 | $215 | 43.00 |
| Robert C. Spohn | 45.10 | $145 | 6,539.50 |
| Elyssa J. Strug | 3.80 | $135 | 513.00 |
| Stacie M. Evans | 9.80 | $135 | 1,323.00 |
| Karen A. Albertelli | 13.30 | $125 | 1,662.50 |
| Samira A. Taylor | 8.70 | $125 | 1,087.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/02 | PVL | 560.00 | .20 | Review Nat'l Union et al. stipulation (.1); review UCC letter and docket (.1). |
| 05/01/02 | EJS | 135.00 | .50 | Updated EI, PVNL, JWD agenda files. |
| 05/01/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 4/30/02 (.4). |
| 05/01/02 | EI | 675.00 | .10 | Review of file and schedule. |
| 05/01/02 | SME | 135.00 | .90 | Review and index various documents, including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 02-2210, fee applications, and recent correspondence. |
| 05/01/02 | SAT | 125.00 | .50 | Assessed and indexed pleadings. |
| 05/01/02 | SAT | 125.00 | 1.20 | Search for discovery pleadings as per JPC request. |
| 05/01/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/01/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 05/02/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 05/02/02 | RCS | 145.00 | 1.70 | Review and index correspondence and pleadings received 5/1/02 (.4). Gather documents requested by attorney (.7). Review case docket to insure specific motion had not been filed (.6). |

{D0003196:1 }

| | | | | |
|---|---|---|---|---|
| 05/02/02 | SME | 135.00 | .80 | Review and index various documents, including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 02-2210, and recent correspondence. |
| 05/02/02 | KAA | 125.00 | 2.80 | Updated Ct doc & Orders indexes (01-1139). |
| 05/02/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/03/02 | PVL | 560.00 | .20 | Review 6 miscellaneous filings; review draft calendar and docket (.1). |
| 05/03/02 | EJS | 135.00 | 1.00 | Updated players list. |
| 05/03/02 | RCS | 145.00 | .90 | Review and index correspondence and pleadings received 5/2/02 (.4). Download and review dockets for adversary proceedings (.5). |
| 05/03/02 | SME | 135.00 | .60 | Review and index various documents, including pleadings filed in adversary proceeding 02-2210, fee applications, and recent correspondence. |
| 05/03/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/04/02 | PVL | 560.00 | .10 | Review agenda letter. |
| 05/06/02 | PVL | 560.00 | .20 | Review 4 miscellaneous filings (.1); review email from NDF (.1). |
| 05/06/02 | RCS | 145.00 | 2.20 | Review and index correspondence and pleadings received 5/3/02 (.4). Review CD-Rom database received from outside vender (.4). Set up database template in Summation to match image (1.4) |
| 05/06/02 | TWS | 425.00 | .10 | Incoming correspondence |
| 05/07/02 | RCT | 300.00 | .20 | Review weekly schedules and status reports. |

| 05/07/02 | RCS | 145.00 | 5.40 | Review and index correspondence and pleadings received 5/7/02 (.3). Complete transfer of database data form CD-Rom to network Summation files (2.7). Begin transfer of 18,000 plus images and OCR text files to network summation database (2.4). |
| 05/07/02 | SME | 135.00 | .50 | Review and index various documents, including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 02-1657, pleadings filed in adversary proceeding 02-2210, and recent correspondence. |
| 05/07/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/08/02 | PVL | 560.00 | .30 | Review Bernick email (.1); review 3 miscellaneous filings (.1); teleconference Budd re status (.1). |
| 05/08/02 | RCS | 145.00 | 3.20 | Review and index correspondence and pleadings received 5/7/02 (.3). Change image address parameters database associated images files and OCR text files after loading into database (2.9). |
| 05/08/02 | SME | 135.00 | 1.10 | Review and index various documents, including pleadings filed in the main bankruptcy, pleadings filed in adversary proceeding 01657, pleadings filed in adversary proceeding 02-2210, fee applications, and recent correspondence. |
| 05/08/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 05/09/02 | RCS | 145.00 | 3.70 | Review and index correspondence and pleadings received 5/8/02 (.4). Download cases per attorney request (.5). Continue re-addressing directory parameters of database image files (2.8). |
| 05/09/02 | EI | 675.00 | .10 | Review file and mail and make to-do list. |

- 8 -

| 05/09/02 | SME | 135.00 | .30 | Review and index various documents, including expert witness materials, fee applications, and recent correspondence. |
| 05/09/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/10/02 | RCS | 145.00 | 4.60 | Review and index correspondence and pleadings received 5/9/02 (.3). Have new CD-Rom burned from outside vender CD (.2). Reload images and OCR text files contained on new CD (.6). Re-address images and text files in network summation database (1.8). Recheck integrity of database, images and OCR text files (1.7). |
| 05/10/02 | EI | 675.00 | .10 | Conference McGovern to review status. |
| 05/10/02 | SME | 135.00 | .40 | Review and index various documents, including pleadings and fee applications. |
| 05/13/02 | PVL | 560.00 | .20 | Confer EI re status. |
| 05/13/02 | RCS | 145.00 | 3.80 | Review and index correspondence and pleadings received 5/10/02 (.3). Telephone call to outside vendor in FL regarding missing data from database (.2). Second telephone call to outside vendor in FL regarding missing data (.2). Update database to include data regarding document issues and attorney notes (3.1). |
| 05/13/02 | SME | 135.00 | .50 | Review and index various documents, including pleadings filed in the main case and in adversary proceeding 02-2210 and recent correspondence (.4). Review pleadings received in NYO distribution (.1). |
| 05/13/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/14/02 | RCS | 145.00 | .40 | Review and index correspondence, pleadings and specific issue documents received 5/13/02 (.4). |

| | | | | |
|---|---|---|---|---|
| 05/14/02 | SME | 135.00 | .20 | Create new file for hearing transcripts and privilege logs. |
| 05/14/02 | KAA | 125.00 | .10 | Updated Monthly Operating Reports index. |
| 05/14/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 05/14/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/14/02 | KAA | 125.00 | .20 | T/C w/Stephanie (C&L) re: dates for Ct docs and request search for missing Ct docs. |
| 05/14/02 | KAA | 125.00 | .30 | Updated Ct doc index (02-1657). |
| 05/15/02 | RCT | 300.00 | .10 | Attend Tersigni review/discussion of status of business operations, all bankruptcies. |
| 05/15/02 | RCS | 145.00 | 2.40 | Review and index correspondence, pleadings and specific issue documents received 5/14/02 (.5). Format and load database files into summation (1.9). |
| 05/15/02 | SME | 135.00 | .50 | Review and index various documents, including 1 pleading filed in the main bankruptcy, 1 pleading filed in adversary proceeding 02-2210, 5 fee applications and recent correspondence. |
| 05/15/02 | KAA | 125.00 | .30 | Updated Ct doc index (02-2013). |
| 05/15/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2211). |
| 05/15/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2210). |
| 05/15/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 05/15/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/16/02 | PVL | 560.00 | .10 | Review amended agenda letter. |
| 05/16/02 | EJS | 135.00 | .60 | Updated EI hearing files. |

| 05/16/02 | RCS | 145.00 | 1.60 | Review and index pleadings and correspondence received 5/15/02 (.4). Review OCR and image files for completeness and matching to document database summaries (1.2). |
| 05/16/02 | SME | 135.00 | .20 | Review and index 1 pleading filed in adversary proceeding 02-2210 and recent correspondence. |
| 05/16/02 | KAA | 125.00 | .10 | T/C w/Stephanie (C&L) re: e-mail - forwarded to DC. |
| 05/17/02 | RCT | 300.00 | .20 | Review schedules and status reports. |
| 05/17/02 | RCS | 145.00 | 3.40 | Review and index pleadings and correspondence received 5/16/02 (.4). Gather documents requested by attorneys (.6). Download and review court dockets for specific documents attorneys required (.6). Review documents database for mismatch errors between summaries and images (1.8). |
| 05/17/02 | EI | 675.00 | .10 | Conference McGovern re: status. |
| 05/17/02 | SME | 135.00 | .40 | Review and index 2 pleadings, 3 fee applications and recent correspondence. |
| 05/17/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/20/02 | PVL | 560.00 | .20 | Review draft calendar and email Zaleski re same. |
| 05/20/02 | RCS | 145.00 | 2.60 | Review and index pleadings and correspondence received 5/17/02 (.5). Add issue codes to document database (2.1). |
| 05/20/02 | SME | 135.00 | .20 | Create new file for hearing transcripts. File relevant materials accordingly. |
| 05/20/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/21/02 | PVL | 560.00 | .10 | Review 5 miscellaneous filings. |

| | | | | |
|---|---|---|---|---|
| 05/21/02 | RCS | 145.00 | 2.30 | Review and index correspondence and pleadings received 5/20/02 (.3). Discussion of pending case issues and analysis of legal research/brief tasks necessary to be completed in the next 3 months (.2). Update database to include attorney note (1.8). |
| 05/21/02 | SME | 135.00 | .60 | Review and index 1 pleading filed in adversary proceeding 02-2210, 6 fee applications, and recent correspondence (.6). |
| 05/21/02 | SAT | 125.00 | 1.50 | Search for hearing transcripts as per KNB request. |
| 05/22/02 | PVL | 560.00 | .10 | Review 2 miscellaneous motions |
| 05/22/02 | KNB | 300.00 | .40 | Confer with NDF re briefs due this summer |
| 05/22/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 5/21/02 (.2). Retrieve documents requested by attorney (.2). |
| 05/22/02 | SME | 135.00 | .70 | Review and index various documents, including 9 pleadings filed in the main bankruptcy, 1 pleading filed in adversary proceeding 02-2210, and recent correspondence. |
| 05/22/02 | SAT | 125.00 | 5.00 | Grace summation document production project. |
| 05/22/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/22/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 05/23/02 | PVL | 560.00 | .10 | Confer WBS and NDF. |
| 05/23/02 | EJS | 135.00 | .50 | Created EI files (attendance sheet & documents) in preparation of June 4 committee meeting. |
| 05/23/02 | RCS | 145.00 | 2.90 | Review and index correspondence and pleadings received 5/22/02 (.5). Generate 7 reports from summation |

|          |     |        |     | database based on issue codes and designated hot documents (1.7). Work with CD-Rom database received from debtor regarding personal injury records (.7). |
|----------|-----|--------|-----|---|
| 05/23/02 | SME | 135.00 | .40 | Review and index various documents, including 2 pleadings filed in adversary proceeding 02-2210, 3 fee applications and recent correspondence. |
| 05/23/02 | SAT | 125.00 | .50 | Grace summation document production project. |
| 05/24/02 | EJS | 135.00 | .20 | Searched & retrieved various meeting minutes for LK. |
| 05/24/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/26/02 | EI  | 675.00 | .10 | All agenda review of folders. |
| 05/28/02 | BSB | 450.00 | .10 | Discussion of pending case issues and analysis of legal research to be completed in next three months |
| 05/28/02 | AGL | 445.00 | .10 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next 3 months |
| 05/28/02 | PVL | 560.00 | .10 | Conference asbestos practice group re pending case issues and management. |
| 05/28/02 | PVL | 560.00 | .10 | Review 3 miscellaneous filings. |
| 05/28/02 | WBS | 500.00 | .10 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next 3 months. |
| 05/28/02 | RCT | 300.00 | .10 | Review overview of asbestos litigation and pending bankruptcy. |
| 05/28/02 | EJS | 135.00 | .30 | Updated EI files and minute files. |
| 05/28/02 | JWD | 425.00 | .20 | Discuss pending case issues and legal research/analysis to be done in near future |

| 05/28/02 | RCS | 145.00 | 1.40 | Review and index correspondence and pleadings received 5/23/02 through 5/24/02 (.5). Gather pleadings required by attorney (.5). Download pleadings from ECT court system (.4). |
| 05/28/02 | TWS | 425.00 | .10 | Discussion of pending matters and projects to be carried out in the next phase |
| 05/28/02 | EI | 675.00 | .10 | Review agenda memo for assignments. |
| 05/28/02 | MCH | 230.00 | .20 | Discussion of pending case issues and analysis of legal research/briefing tasks for next three months |
| 05/28/02 | KAA | 125.00 | .20 | Updated Ct doc & Orders index (01-771). |
| 05/28/02 | KAA | 125.00 | .20 | Updated Ct doc & Orders indexes (02-2210). |
| 05/28/02 | KAA | 125.00 | .20 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/28/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders index (01-1139). |
| 05/28/02 | JPC | 215.00 | .20 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in next three months |
| 05/28/02 | NDF | 350.00 | .20 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next 3 months. (.2) |
| 05/29/02 | RCT | 300.00 | .10 | Review Kazan memo re: status. |
| 05/29/02 | RCS | 145.00 | .50 | Review and index correspondence and pleadings received 5/28/02 (.5). |
| 05/30/02 | PVL | 560.00 | .20 | Review 3 miscellaneous filings (.1); confer NDF (.1). |
| 05/30/02 | EJS | 135.00 | .20 | Searched and retrieved documents for EI re 02-2210. |

| 05/30/02 | KNB | 300.00 | .30 | Confer with NDF re case (.1); read memo from EI re case (.1); take notes re same (.1) |
| 05/30/02 | RCS | 145.00 | .80 | Review and index correspondence and pleadings received 5/29/02 (.4). Gather pleadings regarding case management motion and responses per attorney request (.4). |
| 05/30/02 | SME | 135.00 | 1.50 | Review and index various documents, including 12 pleadings filed in the main bankruptcy, 8 pleadings filed in adversary proceeding 02-2210, 5 fee applications, and recent correspondence. |
| 05/31/02 | RCS | 145.00 | .50 | Review and index correspondence and pleadings received 5/30/02 (.2). Gather documents regarding dismissal motions per attorney request (.3). |
| 05/31/02 | TWS | 425.00 | .10 | Discuss with EI, others re status of environ claims issues |
| 05/31/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 05/31/02 | KAA | 125.00 | 1.30 | Updated Ct doc & Orders index (02-2210). |
| 05/31/02 | NDF | 350.00 | .10 | Discussion with EI and others re: status of environmental claims issues. |

**Total Task Code .14**        **86.40**


## Committee Matters and Creditor Meetings (1.90 Hours; $ 1,156.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $675 | 540.00 |
| Peter V. Lockwood | 1.10 | $560 | 616.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/02 | EI | 675.00 | .10 | Addressed constituency meeting with Weitz, Rice, Cooney, Baron, Kazan. |
| 05/21/02 | PVL | 560.00 | 1.10 | Conferences EI and Weitz re UST meeting (3.2); conferences Rice, Cooney, Rich, Weitz and EI re same (3.6) (1/6 each case) |
| 05/23/02 | EI | 675.00 | .20 | Report to Committees on meeting with SAC and U.S. Trustee (1.0); t/c Budd re: same (.2). [time divided among 5 Delaware cases] |
| 05/23/02 | EI | 675.00 | .50 | Report on status conference and agenda for meeting. |

**Total Task Code .17       1.90**


**Compensation of Professionals (Fee Applications of self & others)(20.80 Hours; $ 3,833.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Rita C. Tobin | 5.70 | $300 | 1,710.00 |
| Elyssa J. Strug | 14.90 | $135 | 2,011.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/02 | EJS | 135.00 | .50 | Emailed fee auditor all previously filed fee applications in accordance with Debtor's instructions. |
| 05/01/02 | EJS | 135.00 | .50 | Reviewed exhibit C to monthly fee applications that RCS put into PDF for fee auditor. |
| 05/07/02 | EJS | 135.00 | .60 | Reviewed payments received, missing payments and holdbacks with C. Boyer. |
| 05/08/02 | RCT | 300.00 | 1.20 | Review April pre-bills. |

| 05/09/02 | RCT | 300.00 | .60 | Review and reply to ES memo re: fee auditor request (.2); review Grace order and amended order (.2); memo (e-mail) to fee auditor to be forwarded by ES (.2). |
|---|---|---|---|---|
| 05/09/02 | EJS | 135.00 | 1.00 | Reviewed new order re fee app procedures and emailed response to Beth Miller at W. Smith's office re her request. |
| 05/09/02 | EJS | 135.00 | .50 | Emailed/P/C with TB and Cathie Boyer re new quarterly fee app procedures. |
| 05/10/02 | EJS | 135.00 | 1.00 | Worked on monthly fee application. |
| 05/13/02 | PVL | 560.00 | .10 | Review 3 fee applications. |
| 05/14/02 | RCT | 300.00 | .10 | Review and reply to KNB request re: procedures. |
| 05/17/02 | RCT | 300.00 | .20 | Conference with ES/TB re: new procedures. |
| 05/18/02 | PVL | 560.00 | .10 | Review 3 fee applications. |
| 05/20/02 | EJS | 135.00 | 1.20 | Worked on Monthly Fee Application. |
| 05/21/02 | RCT | 300.00 | 1.60 | Review and revise exhibits to fee application (1.5); telecon with ES re: same (.1). |
| 05/21/02 | EJS | 135.00 | .50 | Worked on Monthly Fee Application. |
| 05/21/02 | EJS | 135.00 | .00 | Updated payment schedule. |
| 05/23/02 | RCT | 300.00 | 1.80 | Conference with ES re: April fee app (.5); review fee app (.8); revisions to same (.5). |
| 05/23/02 | EJS | 135.00 | 4.00 | Worked on Notice to monthly fee application. |
| 05/24/02 | EJS | 135.00 | 4.60 | Worked on and completed Notice to monthly fee application. |
| 05/24/02 | EJS | 135.00 | .50 | Sent Warren Smith monthly fee application via email & Federal Express. |

| 05/30/02 | RCT | 300.00 | .20 | Review June fee schedules and preliminary reports (.1); conference with TB/ES re: same (.1). |
|---|---|---|---|---|

**Total Task Code .18        20.80**

### Employee Matters (.40 Hours; $ 258.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $675 | 202.50 |
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/09/02 | PVL | 560.00 | .10 | Review Tersigni memo re exec comp. |
| 05/09/02 | EI | 675.00 | .30 | T/c M. Zaleski re: KERP proposal. |

**Total Task Code .21        .40**

### Environmental Matters/Regulation/Litigation (.30 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $675 | 67.50 |
| Walter B. Slocombe | .10 | $500 | 50.00 |
| Julie W. Davis | .10 | $425 | 42.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/31/02 | WBS | 500.00 | .10 | Discuss with EI, others re status of environ claims issues |
| 05/31/02 | JWD | 425.00 | .10 | Discuss with EI, others re status of environ claims issues |
| 05/31/02 | EI | 675.00 | .10 | Conference PVNL, WBS, TWS, NDF, JWD (on phone); re: status of environ. claims issues. |

**Total Task Code .22          .30**

**Insurance (.10 Hours; $ 67.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $675 | 67.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/10/02 | EI | 675.00 | .10 | Conference Chris Hughes of KWELM to discuss possible commutation of policies. |

**Total Task Code .28          .10**

**Litigation/Fraudulent Conveyance (259.40 Hours; $ 70,412.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.50 | $675 | 2,362.50 |
| Peter V. Lockwood | 3.10 | $560 | 1,736.00 |
| Walter B. Slocombe | .20 | $500 | 100.00 |
| Bernard S. Bailor | .10 | $450 | 45.00 |
| Albert G. Lauber | .10 | $445 | 44.50 |
| Trevor W. Swett | 23.30 | $425 | 9,902.50 |
| Nathan D. Finch | 61.20 | $350 | 21,420.00 |
| Neal M. Kochman | .20 | $245 | 49.00 |
| Rita C. Tobin | .10 | $300 | 30.00 |
| John P. Cunningham | 129.70 | $215 | 27,885.50 |
| Max C. Heerman | 15.50 | $230 | 3,565.00 |
| Brian A. Skretny | .10 | $215 | 21.50 |
| Trista E. Schroeder | 16.00 | $160 | 2,400.00 |
| Stacie M. Evans | 6.30 | $135 | 850.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/02 | PVL | 560.00 | .70 | Review draft brief re standards for insolvency (.3); confer TWS re same |

| | | | | (.3); review Equity comm. brief re Grace intervention (.1). |
|---|---|---|---|---|
| 05/01/02 | TWS | 425.00 | 3.10 | Legal research and analysis of solvency issues |
| 05/01/02 | TWS | 425.00 | .10 | TC M.Widom re Millberg engagement |
| 05/01/02 | TWS | 425.00 | .20 | TC R.Turken and M.Widom re Millberg engagement |
| 05/01/02 | TWS | 425.00 | .10 | TC B.Friedman re Millberg engagement |
| 05/01/02 | TWS | 425.00 | .20 | TC R.Turken, M.Widom and NDF re insolvency issues |
| 05/01/02 | TWS | 425.00 | .40 | TC B.Friedman, R.Turken, M.Widom and NDF re solvency issues and discovery update |
| 05/01/02 | TWS | 425.00 | .30 | Conf PVNL re draft brief on solvency issues |
| 05/01/02 | TWS | 425.00 | .20 | Conf NDF re revisions to draft brief on solvency issues |
| 05/01/02 | TES | 150.00 | 2.00 | LATE ENTRY FOR APRIL 29 - Research on fiduciary duties and fraudulent transfers |
| 05/01/02 | TES | 150.00 | 2.00 | LATE ENTRY FOR APRIL 26 - Research on fiduciary duties and fraudulent transfers for TWS |
| 05/01/02 | JPC | 215.00 | 8.20 | Review materials re asbestos litigation history (7.8); gather documents re: Grace discovery notebook (.3); conference with RCS re: same (.1) |
| 05/01/02 | NDF | 350.00 | 3.50 | Reading Dunbar's book Estimating Future Claims (3.5). |
| 05/01/02 | MCH | 230.00 | .30 | Review materials for research project on Daubert |
| 05/02/02 | TWS | 425.00 | .20 | TCs and e-mail to M.Zaleski to follow up on requests for service |
| 05/02/02 | TWS | 425.00 | .10 | Conf NDF re solvency issues |

| | | | | |
|---|---|---|---|---|
| 05/02/02 | TWS | 425.00 | .20 | TC B.Friedman re solvency issues |
| 05/02/02 | TWS | 425.00 | .20 | TC R.Fleishmann re solvency issues |
| 05/02/02 | TWS | 425.00 | .40 | Read claims estimation treatise |
| 05/02/02 | TWS | 425.00 | 2.50 | Analysis of legal authorities on solvency issues |
| 05/02/02 | TWS | 425.00 | .20 | Conf NDF re ongoing research on constructive fraud issues |
| 05/02/02 | TWS | 425.00 | .10 | Read Stroock letter to Judge Wolin re Milberg retention |
| 05/02/02 | TWS | 425.00 | .10 | Correspondence from Stroock and Kramer, Levin re requests for service |
| 05/02/02 | JPC | 215.00 | 8.10 | Continue review of asbestos litigation cliams history (7.1); charting results of litigation survey (1.0) |
| 05/02/02 | NDF | 350.00 | 3.50 | Drafting and revising Standards brief re: intent issues only (2.3); revising facts memo and case strategy memo in prep for meeting with Peterson (1.2). |
| 05/03/02 | TWS | 425.00 | .50 | Study insolvency issues |
| 05/03/02 | TWS | 425.00 | .40 | Review tasks memo and discuss with NDF |
| 05/03/02 | SME | 135.00 | 1.40 | Assist NDF and JPC in the review of documents regarding fraudulent conveyance litigation by compiling and organizing relevant materials produced by the debtors. Prepare appropriate materials to be produced to expert witness. |
| 05/03/02 | JPC | 215.00 | 9.00 | Continue researching asbestos litigation history (3.4); finish drafting memo and chart of litigation survey (3.0); contact document scanning company in an attempt to track down summation CDs for NDF (.4); conduct westlaw key cite research re: evidentiary issue (1.5); |

| | | | | draft memo for TWS re: evidentiary issue (.7) |
|---|---|---|---|---|
| 05/03/02 | NDF | 350.00 | 4.90 | Drafting and revising standards brief re: intent issues only (2.5); reviewing ARPC analysis for Peterson meeting next week (2.4). |
| 05/06/02 | TWS | 425.00 | .30 | Read proposed motion to compel |
| 05/06/02 | TWS | 425.00 | .30 | Note to NDF re proposed motion to compel (.2); conf NDF re same (.1) |
| 05/06/02 | JPC | 215.00 | 3.20 | Update data and document files in preparation for Boca Raton document review (1.1); update and revise chart re: litigation survey (.7); run background case and secondary materials re: current asbestos litigation and fraudulent transfers (1.4) |
| 05/06/02 | NDF | 350.00 | 1.70 | T/c Friedman re: current claims data (.3); t/c Mark Peterson re: current claims data (.3); review of litigation history analysis (.2); t/c Mitch Widom, Brad Friedman re: Sealed Air production (.4); t/c Widom re: doc. review (.2); t/c Friedman re: Motion to Compel/insurance analysis/Peterson (.3). |
| 05/06/02 | NDF | 350.00 | 1.40 | T/c PVNL, David Bernick and others re: ZAI litigation (1.0); read Grace letter to EPA re: ZAI (.4). |
| 05/06/02 | MCH | 230.00 | 3.20 | Draft memo re: burden of proof (1.8); legal research re: same (1.4) |
| 05/07/02 | TWS | 425.00 | .20 | Note to B.Friedman |
| 05/07/02 | TWS | 425.00 | .60 | Conf NDF, B.Friedman, R.Fleishman, S.Gilbert, and J.Miller re insurance matters |
| 05/07/02 | TWS | 425.00 | .40 | Conf B.Friedman, R.Fleishman |
| 05/07/02 | TWS | 425.00 | .40 | Conf NDF re factual research |

| | | | | |
|---|---|---|---|---|
| 05/07/02 | TWS | 425.00 | 3.90 | Conf NDF, Brad Friedman, R.Fleishman, M.Peterson (EI in attendance for part of the meeting) |
| 05/07/02 | EI | 675.00 | 2.50 | Conference Milburg Weiss, TWS, NDF, and Peterson re: fraudulent conveyance case. |
| 05/07/02 | SME | 135.00 | .70 | Assist NDF and JPC in the review of documents regarding fraudulent conveyance litigation by compiling and organizing relevant materials produced by the debtors. Prepare appropriate materials to be produced to expert witness. |
| 05/07/02 | JPC | 215.00 | 9.10 | Prepare for document review in Boca Raton Repository (1.4); email and various correspondence with co-counsel re: Boca Raton document run (.8); travel from DC to Boca Raton for follow up document review in FT matter (6.9) |
| 05/07/02 | NDF | 350.00 | 5.80 | Prepare for meeting w/Peterson, et al (.6); meeting with Friedman, EI, Peterson, et al re: claims valuation (3.5); meeting with TWS, Friedman, Fleishman re: case issues, discovery, documents (.5); meeting w/ Friedman, Scott Gilbert et al re: insurance (.5);t/c Tersigni re: leftover Grace enterprise valuation (.4); read 1995 article re: insurance reserves (.3). |
| 05/07/02 | MCH | 230.00 | 4.00 | Legal research re: burden of proof in fraudulent transfer actions (1.9); draft memo re: same (2.1) |
| 05/08/02 | PVL | 560.00 | .10 | Confer TWS re joint application. |
| 05/08/02 | TWS | 425.00 | .20 | Conf MCH re research results on fraudulent conveyance topics |
| 05/08/02 | MCH | 230.00 | 2.50 | Legal research re: fraud conv. burden of proof |
| 05/08/02 | SME | 135.00 | .50 | Assist NDF and JPC in the review of document regarding fraudulent |

| | | | | |
|---|---|---|---|---|
| | | | | conveyance litigation by compiling and organizing relevant materials produced by the debtors. |
| 05/08/02 | JPC | 215.00 | 8.10 | Conduct document review of items provided by Sealed Air in Boca Raton repository, including analysis of documents and categorized note taking |
| 05/08/02 | NDF | 350.00 | .30 | Review Friedman retention final draft (.2); t/c message to Fleishman re: discovery issue (.1). |
| 05/09/02 | TWS | 425.00 | .20 | Conf MCH re results of research on fraudulent conveyance topics |
| 05/09/02 | TWS | 425.00 | .20 | Legal research on fraudulent conveyance topics |
| 05/09/02 | JPC | 215.00 | 9.00 | Conduct document review of items provided by sealed air in Boca Raton repository, including analysis of documents and categorized note taking |
| 05/09/02 | NDF | 350.00 | .70 | Reading Dunbar book on claims estimation (.7). |
| 05/09/02 | MCH | 230.00 | .40 | Conference with BWS re: burden of proof. |
| 05/09/02 | MCH | 230.00 | .30 | Conference with T. Swett re: burden of proof. |
| 05/10/02 | TWS | 425.00 | .70 | Choice of law analysis |
| 05/10/02 | TWS | 425.00 | .20 | Note to legal team and choice of law analysis |
| 05/10/02 | TWS | 425.00 | .40 | Review results of database search |
| 05/10/02 | EI | 675.00 | 1.00 | Memo re: issues in fraudulent conveyance case. |
| 05/10/02 | TES | 150.00 | 2.00 | Research fiduciary duty/fraudulent conveyance |
| 05/10/02 | JPC | 215.00 | 3.00 | Conduct document review of items provided by sealed air in Boca Raton repository, including analysis of |

| | | | | documents and categorized notetaking (3.0) |
|---|---|---|---|---|
| 05/10/02 | NDF | 350.00 | 2.10 | Review Eric Stallard Report (1.5); t/c Friedman re: actuarial expert (.3); review draft 30b^ notices (.3). |
| 05/13/02 | TWS | 425.00 | .10 | Review draft Rule 30(b)(6) notice |
| 05/13/02 | TWS | 425.00 | .10 | Conf NDF re proposed Rule 30(b)(6) notice |
| 05/13/02 | MCH | 230.00 | .20 | Supervise key document project |
| 05/13/02 | TES | 150.00 | 1.00 | Research fiduciary duty/fraudulent conveyance |
| 05/13/02 | JPC | 215.00 | 2.80 | Conference with RCS and scanning co re: subjective coding of document run documents (.3); telephone conference with PD attorneys re: subjective coding of Grace documents and scanned doc. (.3); run Grace document review spreadsheet with subject coding and attorney notes for synthesizing with scanned docs (1.1); read and analyze fraudulent transfer background materials for use in FT litigation (1.1) |
| 05/13/02 | NDF | 350.00 | 2.10 | Edit and revise 30b6 notices; conf. w/ TWS; (.5); t/c Friedman et al re: 30b6 and discovery plan (.8); review motion to compel (.4); review docs produced by Sealed Air privilege list (.2); draft new insert for 30b6 (.2). |
| 05/14/02 | TWS | 425.00 | .10 | Conf Ellen Mahar re results of factual research |
| 05/14/02 | JPC | 215.00 | 1.10 | Conference with NDF and RCS re: Grace claims database glitches and possible remedies (.6); coordinate processing and service of Grace claims database to experts (.5) |
| 05/14/02 | NDF | 350.00 | .30 | Review motion to compel as filed and corresp. re: databases (.3). |

| | | | | |
|---|---|---|---|---|
| 05/14/02 | NDF | 350.00 | 2.10 | Reading Georgine opinions, Manville bankr. opinion, CCR briefs (2.1). |
| 05/15/02 | PVL | 560.00 | .10 | Review ACC motion to compel. |
| 05/15/02 | TWS | 425.00 | .20 | Review results of literature search |
| 05/15/02 | TWS | 425.00 | .10 | Conf E.Mahar re literature search |
| 05/15/02 | TWS | 425.00 | .10 | Discuss literature search with NDF |
| 05/15/02 | TES | 150.00 | 2.50 | Research memorandum re fiduciary duties/fraudulent conveyance |
| 05/15/02 | JPC | 215.00 | .40 | Conference with NDF re: Grace claims database and claims organization |
| 05/15/02 | NDF | 350.00 | 1.20 | Draft email to Peterson et al re: database issues (.3); read Browdy ltr (.1); reviewing docs selected by Boca reviewers for use in asbestos depositions (.5); t/c Peterson re: database issues and actuary (.3). |
| 05/16/02 | PVL | 560.00 | .30 | Confer NDF re case prep. |
| 05/16/02 | TWS | 425.00 | .20 | Conf NDF re valuation issues |
| 05/16/02 | TWS | 425.00 | .20 | Conf NDF re upcoming depositions |
| 05/16/02 | TWS | 425.00 | .40 | Read legal memorandum on choice of law issues |
| 05/16/02 | TES | 150.00 | 2.00 | Draft memorandum for fiduciary duties and fraudulent conveyance remedies (second round research) |
| 05/16/02 | NDF | 350.00 | 2.40 | Preparing outline for Florence deposition (2.4). |
| 05/17/02 | TWS | 425.00 | .20 | Read correspondence |
| 05/17/02 | JPC | 215.00 | 4.30 | Conference with NDF re: document projects for FT depositions and trial prep (.5); run and analyze docs for use in pretrial document projects (2.1); organize and outline notes for pretrial document projects (1.7) |

| 05/17/02 | NDF | 350.00 | .70 | T/c Tersigni et al re: leftover Grace valuation (.7). |
| 05/18/02 | PVL | 560.00 | .20 | Review opposition to motion to compel (.1); review opposition to Milberg retention (.1). |
| 05/19/02 | TWS | 425.00 | .20 | Read MCH legal research memo on privilege issues |
| 05/20/02 | TWS | 425.00 | .30 | Read Grace responses to retention application and motion to compel |
| 05/20/02 | TWS | 425.00 | .40 | Review discovery requests and responses |
| 05/20/02 | JPC | 215.00 | 6.20 | Organize document review docs, key documents and asbestos-related articles for NDF projects relating to claims increases(2.4); analyze asbestos-related articles and commentary supplied by NDF for inclusion in FT project (3.8) |
| 05/20/02 | NDF | 350.00 | 3.30 | Doc. review for deposition prep. (3.3). |
| 05/21/02 | SME | 135.00 | 1.30 | Assist JPC in the review of documents regarding fraudulent transfer litigation by updating index of documents received from the debtor. |
| 05/21/02 | JPC | 215.00 | 8.10 | Conduct follow-up document run of Grace FT transfer key docs, taking detailed notes on those documents to be utilized in depositions and witness examinations of trial |
| 05/21/02 | NDF | 350.00 | 2.80 | Review key docs set for use in depositions (2.8). |
| 05/22/02 | TWS | 425.00 | .30 | Read discovery papers and motion to compel |
| 05/22/02 | SME | 135.00 | 2.40 | Assist JPC in the review of documents regarding fraudulent transfer litigation by updating index of documents received from the debtor. |
| 05/22/02 | TES | 150.00 | 2.50 | Redraft memorandum re fiduciary duty |

| 05/22/02 | JPC | 215.00 | 7.50 | Continue follow-up document run of Grace FT key docs, taking detailed notes on those docs to be used in depositions and witness examinations at trial |
| 05/22/02 | NDF | 350.00 | 1.50 | Waiting time in Court (.5); status conf. (.8); conf. EI and PVNL re: brief (.2). |
| 05/23/02 | WBS | 500.00 | .10 | Conference NDF/PVNL re sch/work alloc for estim brief. |
| 05/23/02 | TWS | 425.00 | .10 | Conf NDF re status and developments |
| 05/23/02 | TES | 150.00 | 2.00 | Complete proof and submit final draft memorandum re fiduciary duties |
| 05/23/02 | JPC | 215.00 | 8.00 | Continue follow-up document run of Grace FT key docs, taking detailed notes on those docs to be used in depositions and witness examinations at trial |
| 05/24/02 | TWS | 425.00 | .20 | Conf NDF re discovery update |
| 05/24/02 | JPC | 215.00 | 7.40 | Continue follow-up document run of Grace FT key docs, taking detailed notes on those docs to be used in depositions and witness examinations |
| 05/24/02 | NDF | 350.00 | 1.60 | Draft letter/motion to compel to Bernick (1.1); t/c Friedman et al re: doc. produced (.5). |
| 05/27/02 | TWS | 425.00 | .30 | Read news accounts re asbestos litigation |
| 05/28/02 | BSB | 450.00 | .10 | Discussion of pending case issues and analysis of legal research to be completed in next phase |
| 05/28/02 | AGL | 445.00 | .10 | FT case: Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next phase |
| 05/28/02 | PVL | 560.00 | .10 | Conference asbestos practice group re pending case issues and management. |

| 05/28/02 | PVL | 560.00 | .40 | Confer WBS and NDF (.2); review draft Milberg reply (.1); research (.1). |
| 05/28/02 | WBS | 500.00 | .10 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the phase. |
| 05/28/02 | NMK | 245.00 | .20 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the phase |
| 05/28/02 | TWS | 425.00 | .10 | Note to JPC re research request |
| 05/28/02 | TWS | 425.00 | .10 | Read recent correspondence |
| 05/28/02 | TWS | 425.00 | .10 | Discussion of pending matters and projects to be carried out in the next phase |
| 05/28/02 | JPC | 215.00 | 7.00 | Research Norfolk Rwy. case at state court and US supreme court levels (1.9); prepare discussion packet for TWS (.4); draft chart of selected key documents for run by NDF as part of fraudulent transfer witness examination/deposition project (4.2); run and analyze periodic and legislative materials re: claims increases for witness examination/deposition project (.5) |
| 05/28/02 | NDF | 350.00 | 3.70 | T/c Friedman/Fleishman re: deposition letter and standards brief (.4); legal rs re: cases re "subsequent events" admissibility (.6); review docs for use in depositions (1.7); review prelim. expert report Tersigni (.5); review Houlihan report (.2); draft outline of Florence methodology (.3). |
| 05/28/02 | RCT | 300.00 | .10 | Review Wall Street Journal re: spin-off liabilities. |
| 05/28/02 | BAS | 215.00 | .10 | Discussion of pending case issues and analysis of legal research/briefing tasks necessary to be completed in the next 3 months. (.1). |
| 05/29/02 | TWS | 425.00 | .30 | Conf NDF re status and developments |

| 05/29/02 | TWS | 425.00 | .20 | Review and edit proposed letter to DOJ |
|---|---|---|---|---|
| 05/29/02 | TWS | 425.00 | .20 | TCs to/from R.Fleishman and B.Friedman re proposed letter |
| 05/29/02 | JPC | 215.00 | 6.80 | Run newly filed Grace pleadings in FT matter (.6); continue research projects per NDF by collecting, analyzing and organizing articles, legislative materials (6.2) |
| 05/29/02 | NDF | 350.00 | 8.50 | Review of docs produced by Grace in 2nd Production (8.5). |
| 05/29/02 | MCH | 230.00 | 3.60 | Legal research re: choice of law (2.5); conference with TWS re: same (.1); draft memo re: same (1.0) |
| 05/30/02 | MCH | 230.00 | 1.00 | Draft changes to memo re: choice of law (.5); legal research re: same (.5) |
| 05/30/02 | TWS | 425.00 | .10 | Note to NDF re EPA intervention |
| 05/30/02 | TWS | 425.00 | .10 | Travel arrangements |
| 05/30/02 | TWS | 425.00 | .10 | TC Zaleski re reply in support of retention motion |
| 05/30/02 | TWS | 425.00 | .10 | Note to legal team re retention motion |
| 05/30/02 | TWS | 425.00 | .60 | Read and edit reply in support of retention motion |
| 05/30/02 | JPC | 215.00 | 5.60 | Continue research projects by collecting, organizing and analyzing articles, legislative materials |
| 05/30/02 | NDF | 350.00 | 5.30 | Revise and edit memo to committee re: science experts (2.0); review letters re: discovery dispute and finalize response to same (0.5); review documents received from Milberg (2.8). |
| 05/31/02 | PVL | 560.00 | 1.20 | Review draft EPA intervention (.1); review US motion to intervene (.2); confer EI, TWS, NDF, WBS and JWD re status (.1); confer TWS and NDF re case prep (.5); teleconference Wolhforth |

| | | | | (.1); teleconference EI (.1); review correspondence (.1). |
|---|---|---|---|---|
| 05/31/02 | TWS | 425.00 | .30 | Conf NDF and PVNL re claim valuation issues |
| 05/31/02 | JPC | 215.00 | 6.80 | Conduct review of asbestos litigation history and legislative history (4.7); finalize project outlining document run and discovery documents to be utilized in deposition and cross-examinations in FT matter (2.1) |
| 05/31/02 | NDF | 350.00 | 1.20 | Telephone conference with Widom, Friedman et al re: discovery dispute and deposition dates (0.7); review documents received from Milberg (0.5). |
| 05/31/02 | NDF | 350.00 | .60 | Conference with AGL, WBS re: estimation briefs and issues. |

**Total Task Code .34          259.40**


## Non-Working Travel Time (24.30 Hours; $ 4,137.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.50 | $280.00 | 700.00 |
| Nathan D. Finch | 16.20 | $175.00 | 2,835.00 |
| John P. Cunningham | 5.60 | $107.50 | 602.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/10/02 | JPC | 107.50 | 5.60 | Travel from Boca Raton to DC |
| 05/21/02 | PVL | 280.00 | .40 | Travel to and from Philadelphia for UST meeting (2.0). (1/6 each case) |
| 05/22/02 | PVL | 280.00 | 2.10 | Travel to Newark and return to DC (1/2). |
| 05/22/02 | NDF | 175.00 | 7.70 | Travel to Newark from DC and return (7.7). |

| | | | | |
|---|---|---|---|---|
| 05/29/02 | NDF | 175.00 | 8.50 | Travel from DC/NY and return with train delay (8.5). |

**Total Task Code .35**     **24.30**

### Preparation for & Attendance at Hearings (4.20 Hours; $ 2,605.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.20 | $675 | 1,485.00 |
| Peter V. Lockwood | 2.00 | $560 | 1,120.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/22/02 | PVL | 560.00 | 2.00 | Attend status conference before J. Wolin (1.0); prep for same (1.0) (.1). |
| 05/22/02 | EI | 675.00 | 2.20 | Status conference at Court (1.1); travel to NJ with PVNL discussing agendas (1.1) |

**Total Task Code .37**     **4.20**

### Retention of Professionals (.20 Hours; $ 112.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/13/02 | PVL | 560.00 | .20 | Review motion re PWC retention. |

**Total Task Code .40          .20**


## U.S. Trustee Matters & Meetings (3.40 Hours; $ 2,189.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.60 | $675 | 1,755.00 |
| Peter V. Lockwood | .70 | $560 | 392.00 |
| Trevor W. Swett | .10 | $425 | 42.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/06/02 | EI | 675.00 | .10 | Conference PVNL re: Trustee meeting (Delaware bankruptcies .5). |
| 05/09/02 | PVL | 560.00 | .10 | Teleconference Zaleski re Trustees meeting |
| 05/09/02 | EI | 675.00 | .10 | Scheduling for Perch meeting. |
| 05/18/02 | PVL | 560.00 | .20 | Teleconference EI re status (.1); prep for status conference (.1). |
| 05/18/02 | EI | 675.00 | .10 | Rev status with PVNL. |
| 05/20/02 | EI | 675.00 | .10 | Conference PVNL re: Perch meeting (.1); t/c Cooney re: Perch meeting (.1); conference Perch (.1). [time divided among Delaware cases] |
| 05/21/02 | PVL | 560.00 | .40 | Attend UST meeting with Walton, DeAngelis, Perch, Golden, George, Magner, Kazan, Iola, Siegal, Bergmann, Rice, Weitz, Rich, Cooney and EI (2.4)(1/6 each case) |
| 05/21/02 | EI | 675.00 | 2.20 | Conference with U.S. Trustee et al. re: committee composition issues; travel to Philadelphia with PVNL and P. Weitz reviewing issues and travel back reviewing status (11.0). [time divided among 5 Delaware cases] |

- 33 -

| 05/24/02 | TWS | 425.00 | .10 | Review EI memo re meeting with U.S. Trustee |

**Total Task Code .49**     **3.40**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 3,265.50 |
| Air Freight & Express Mail | 186.88 |
| Charge of Cell and/or Home Phone Useage | 92.28 |
| Conference Meals | 36.10 |
| Database Research | 2,475.36 |
| Local Transportation – DC | 14.75 |
| Long Distance Telephone Chge-Credit Card | 24.07 |
| Long Distance Telephone - Equitrac In-House | 32.32 |
| Meals Related to Travel | 269.26 |
| Miscellaneous: Client Advances | 80.00 |
| NYO Long Distance Telephone | 20.15 |
| Outside Local Deliveries | 33.04 |
| Postage | 5.20 |
| Research Material | 191.77 |
| Telecopier | 47.10 |
| Travel Expenses – Ground Transportation | 448.09 |
| Travel Expenses – Hotel Charges | 869.01 |
| Travel Expenses – LD Calls on Hotel Bill | .86 |
| Travel Expenses – Miscellaneous | 7.19 |
| Duplicating | 1,755.00 |
| | |
| Total: | $ 9,853.93 |