**EXHIBIT B**

**Claims Analysis & Valuations (43.4 Hours; $ 10,601.50)**

    Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .02**     43.4

**Asbestos: §524(g) Matters/Futures Representatives (.4 Hours; $ 270.00)**

    Services rendered in this category pertain to the selection and appointment of a Representative for future claimants.

**Total Task Code .06**     .4

**Business Operations (.3 Hours; $ 136.00)**

  Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .13**     .3

**Case Administration (86.4 Hours; $ 13,728.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14**    86.4

**Committee Matters & Creditor Mtgs (1.9 Hours; $ 1,156.00)**

{D0003197:1 }
DOC#151898

- 2 -

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17          1.9**

**Compensation of Professionals (Fee Applications of self & others) (20.8 Hours; $ 3,833.50)**

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18          20.8**

**Employee Matters (.4 Hours; $ 258.50)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .21              .4**

**Environmental Matters/Regulators/Litigation (.3 Hours; $ 160.00)**

Services rendered in this category pertain to environmental claims regulating the Debtors' assets.

**Total Task Code .22              .3**

**Insurance (.1 Hours; $ 67.50)**

Services rendered in this category pertain to the Debtors' insurance coverage.

**Total Task Code .28              .1**

**Litigation/Fraudulent Conveyance (259.4 Hours; $ 70,412.00)**

Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

{D0003197:1 }

**Total Task Code .34          259.4**


**Non-Working Travel Time (24.3 Hours; $ 4,137.00)**

  Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35          24.3**


**Preparation for & Attendance at Hearings (4.2 Hours; $ 2,605.00)**

  Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .37          4.2**


**Retention of Professionals (.2 Hours; $ 112.00)**

  Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .40          .2**


**U.S. Trustee Matters & Mtgs. (3.4 Hours; $ 2,189.50)**

  Services rendered in this category pertain to efforts to formulate, analyze and effect confirmation of a reorganization plan.

**Total Task Code .49          3.4**

{D0003197:1 }