# EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 3,265.50 |
| Air Freight & Express Mail | 186.88 |
| Charge of Cell and/or Home Phone Useage | 92.28 |
| Conference Meals | 36.10 |
| Database Research | 2,475.36 |
| Local Transportation – DC | 14.75 |
| Long Distance Telephone Chge-Credit Card | 24.07 |
| Long Distance Telephone - Equitrac In-House | 32.32 |
| Meals Related to Travel | 269.26 |
| Miscellaneous: Client Advances | 80.00 |
| NYO Long Distance Telephone | 20.15 |
| Outside Local Deliveries | 33.04 |
| Postage | 5.20 |
| Research Material | 191.77 |
| Telecopier | 47.10 |
| Travel Expenses – Ground Transportation | 448.09 |
| Travel Expenses – Hotel Charges | 869.01 |
| Travel Expenses – LD Calls on Hotel Bill | .86 |
| Travel Expenses – Miscellaneous | 7.19 |
| Duplicating | 1,755.00 |
| Total: | $ 9,853.93 |