```
06/14/2002                                        Prebill Control Report
Page 1
15:34:07


Prebill 000001   Subpage     1
Client: 4642             Matter: 000_____
Bill Attn To        Attn:


Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                     Opened: 04/16/01_____Client 4642
Grace Asbestos Personal Injury Claimants       Old Ref:
Opened: 04/16/01
Primary Contact



Matter 000                                                            Old
Ref:                     Opened: 04/16/01_____Matter 000
Old Ref:                 Opened: 04/16/01
Disbursements



Bill Cycle: 01  Style: it i1    Start: 04/16/01  Last Billed:   05/25/02
Trans Date Range: 01/01/50 to 05/31/02
Client Retainer Available:        .00    Committed to invoices:        .00
Remaining:        .00
Client Credits  Available:        .00    Committed to invoices:        .00
Remaining:        .00
Matter Retainer Available:        .00    Committed to invoices:        .00
Remaining:        .00
Matter Credits  Available:        .00    Committed to invoices:        .00
Remaining:        .00
Budget Fees        .00                   Billed Fees        .00
Resp Empl: Elihu Inselbuch
Budget Exp         .00                   Billed Exp    68,874.69
Bill Empl: Elihu Inselbuch
Budget Tot         .00                   Total         68,874.69
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                         ----------A C T U A L---------
----------B I L L I N G---------     Value At
Empl Init  Name                          T/E  Avg Rate    Hours      Amount
Avg Rate     Hours        Amount    Calc RateEmpl Init  Name
T/E  Avg Rate    Hours       Amount    Avg Rate     Hours      Amount    Calc
Rate_____
_____
0020 PVL    Peter Van N. Lockwood          E                    1,840.38
1,840.38
0096 KNB    Kimberly N. Brown              E                       30.00
30.00
0120 EI     Elihu Inselbuch                E                       91.68
91.68
0122 SME    Stacie M. Evans                E                       61.34
61.34
```

```
0149 JPC   John P. Cunningham            E                      2,322.33
2,322.33
0187 NDF   Nathan D. Finch               E                        825.47
825.47
0999 C&D   Caplin &. Drysdale            E                      4,682.73
4,682.73
                           Total Fees:                 .00          .00
.00          .00          .00
                           Total Expenses:                    9,853.93
9,853.93          .00
                           Total Fee+Exp:              .00     9,853.93
.00     9,853.93          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                              W/E  Trans.  Work      --------A C T U A
L-------- --------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- --------------B I L L I N G--
-----------
    Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount   Rate   Hours       Amount  Cumulative  Trans Transaction Description
Code  Date   Empl       Rate    Hours         Amount   Rate   Hours      Amount
Cumulative_____
_____
1310,182 Long Distance-Equitrac      E 64 05/01/02 0999 C&D
5.91                        5.91       5.91
         In-House
1310,365 Equitrac - Photocopy        E 54 05/01/02 0999 C&D
25.05                      25.05      30.96
         charges
1310,366 Xeroxing                    E 54 05/01/02 0999 C&D
15.15                      15.15      46.11
1310,367 Xeroxing                    E 54 05/01/02 0999 C&D
24.90                      24.90      71.01
1310,368 Equitrac - Photocopy        E 54 05/01/02 0999 C&D
.75                          .75      71.76
         charges
1310,369 Equitrac - Photocopy        E 54 05/01/02 0999 C&D
5.10                        5.10      76.86
         charges
```

{D0003198:1 }

```
06/14/2002                                    Prebill Control Report
Page 2
15:34:08


Prebill 000001   Subpage     2
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work     --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date  Empl     Rate    Hours
Amount  Rate    Hours        Amount  Cumulative   Trans Transaction Description
Code  Date   Empl       Rate    Hours        Amount  Rate   Hours        Amount
Cumulative_____
_____
1310,380 Telecopier/Equitrac        E 62 05/01/02 0999 C&D
9.00                       9.00      85.86
1310,381 Telecopier/Equitrac        E 62 05/01/02 0999 C&D
.60                        .60       86.46
1310,183 Equitrac - Long Distance   E 64 05/02/02 0999 C&D
1.19                       1.19      87.65
1310,370 Xeroxing                   E 54 05/02/02 0999 C&D
8.25                       8.25      95.90
1310,371 Equitrac - Photocopy       E 54 05/02/02 0999 C&D
1.20                       1.20      97.10
         charges
1310,372 Equitrac - Photocopy       E 54 05/02/02 0999 C&D
3.60                       3.60      100.70
         charges
1310,373 Equitrac - Photocopy       E 54 05/02/02 0999 C&D
.60                        .60       101.30
         charges
1310,374 Equitrac - Photocopy       E 54 05/02/02 0999 C&D
4.20                       4.20      105.50
         charges
1310,006 Petty Cash; Phone calls    E 12 05/03/02 0149 JPC
63.67                      63.67     169.17
         made by JPC while in Miami
         working on Grace documents
         on 3/12-22
         From Petty Cash
         005317 AUDIT *
         AP-0071,338:0027  Date:
         05/03/02
1310,184 Long Distance-Equitrac     E 64 05/03/02 0999 C&D
.25                        .25       169.42
         In-House
1310,375 Xeroxing                   E 54 05/03/02 0999 C&D
2.40                       2.40      171.82
1310,376 Xeroxing                   E 54 05/03/02 0999 C&D
299.70                     299.70    471.52
1310,377 Xeroxing                   E 54 05/03/02 0999 C&D
10.95                      10.95     482.47
1310,378 Equitrac - Photocopy       E 54 05/03/02 0999 C&D
9.90                       9.90      492.37
         charges
```

```
1310,379 Equitrac - Photocopy        E 54 05/03/02 0999 C&D
185.40                       185.40       677.77
          charges
1310,382 Equitrac - Fax charges       E 62 05/03/02 0999 C&D
.30                             .30      678.07
1310,780 Long Distance-Equitrac       E 64 05/06/02 0999 C&D
2.45                           2.45      680.52
          In-House
1310,848 Equitrac - Photocopy        E 54 05/06/02 0999 C&D
3.15                           3.15      683.67
          charges
1310,849 Equitrac - Photocopy        E 54 05/06/02 0999 C&D
1.80                           1.80      685.47
          charges
1311,332 Long Distance-Equitrac       E 64 05/07/02 0999 C&D
1.24                           1.24      686.71
          In-House
1311,396 Equitrac - Photocopy        E 54 05/07/02 0999 C&D
2.10                           2.10      688.81
          charges
1311,397 Equitrac - Photocopy        E 54 05/07/02 0999 C&D
37.50                         37.50       726.31
          charges
1311,398 Equitrac - Photocopy        E 54 05/07/02 0999 C&D
2.25                           2.25      728.56
          charges
1311,599 Asbestos in public and      E 27 05/08/02 0096 KNB
30.00                         30.00       758.56
          commercial buildings for
          KNB
          From Health Effects
          Institute      003457
```

06/14/2002                                    Prebill Control Report
Page 3
15:34:08

Prebill 000001   Subpage    3
Client: 4642              Matter: 000_____
                                  W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work   --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date  Empl     Rate    Hours
Amount  Rate    Hours      Amount   Cumulative  Trans Transaction Description
Code  Date   Empl      Rate    Hours       Amount  Rate   Hours      Amount
Cumulative_____
_____
          AUDIT * AP-0071,426:0002
          Date: 05/08/02
1311,553 Federal Express to Mark    E 01 05/08/02 0122 SME
52.27               52.27     810.83
          Peterson from SME on 5/3
          From Federal Express
          002001 AUDIT *
          AP-0071,397:0005  Date:
          05/08/02
1311,595 Cancellation penalty on NDF E 32 05/08/02 0187 NDF
152.90             152.90     963.73
          hotel in Boca Raton on 3/28
          From Rita Tower
          000234 AUDIT *
          AP-0071,422:0002  Date:
          05/08/02
1311,750 Long Distance-Equitrac     E 64 05/08/02 0999 C&D
1.16                1.16     964.89
          In-House
1311,819 Xeroxing                    E 54 05/08/02 0999 C&D
3.00                3.00     967.89
1311,944 ADA Travel PVNL 4/21 travel E 15 05/09/02 0020 PVL
1,024.50          1,024.50   1,992.39
          to Pittsburgh (coach fare
          $824.50)
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0071,430:0006  Date:
          05/09/02
1311,945 ADA Travel Agency fee on    E 15 05/09/02 0020 PVL
40.00               40.00    2,032.39
          PVNL 4/21 travel to
          Pittsburgh
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0071,430:0007  Date:
          05/09/02
1312,312 Xeroxing                    E 54 05/09/02 0999 C&D
1.80                1.80     2,034.19
1312,313 Equitrac - Photocopy        E 54 05/09/02 0999 C&D
5.70                5.70     2,039.89
          charges

{D0003198:1 }

```
1312,314 Equitrac - Photocopy        E 54 05/09/02 0999 C&D
3.00                        3.00    2,042.89
         charges
1312,315 Equitrac - Photocopy        E 54 05/09/02 0999 C&D
.60                          .60    2,043.49
         charges
1312,526 NYO Long Distance           E 65 05/10/02 0999 C&D
7.98                        7.98    2,051.47
         Telephone-Long distance
         call made in the month of
         March
1312,653 Database Research-Westlaw   E 50 05/10/02 0999 C&D
233.30                    233.30    2,284.77
         research  by JPC on 05/03
1312,654 Database Research-Westlaw   E 50 05/10/02 0999 C&D
1,594.66                1,594.66    3,879.43
         research by TWS on
         04/29-05/03
1312,743 Long Distance               E 52 05/10/02 0999 C&D
20.81                      20.81    3,900.24
         Charges-Credit Cards-Long
```

06/14/2002                                              Prebill Control Report
Page 4
15:34:08


Prebill 000001    Subpage    4
Client: 4642                Matter: 000_____
                                      W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description        Code  Date   Empl      Rate    Hours
Amount  Rate    Hours        Amount    Cumulative   Trans Transaction Description
Code  Date   Empl       Rate   Hours          Amount   Rate    Hours        Amount
Cumulative_____
_____
          distance call made in the
          month of April
1312,744 Long Distance            E 52 05/10/02 0999 C&D
3.26                    3.26    3,903.50
          Charges-Credit Cards-Long
          distance call made in the
          month of April
1312,851 Equitrac - Photocopy     E 54 05/10/02 0999 C&D
41.25                  41.25   3,944.75
          charges
1312,852 Equitrac - Photocopy     E 54 05/10/02 0999 C&D
1.05                    1.05   3,945.80
          charges
1312,853 Equitrac - Photocopy     E 54 05/10/02 0999 C&D
1.50                    1.50   3,947.30
          charges
1312,854 Telecopier/Equitrac      E 62 05/10/02 0999 C&D
1.80                    1.80   3,949.10
1312,995 Federal Express to Cathie E 01 05/13/02 0120 EI
7.08                    7.08   3,956.18
          Boyer from EI on 4/26
          From Federal Express
          002001 AUDIT *
          AP-0071,456:0005  Date:
          05/13/02
1312,998 Federal Express to       E 01 05/13/02 0120 EI
3.85                    3.85   3,960.03
          Elizabeth Warren from EI on
          4/26
          From Federal Express
          002001 AUDIT *
          AP-0071,456:0008  Date:
          05/13/02
1312,999 Federal Express to Warren E 01 05/13/02 0120 EI
52.14                  52.14   4,012.17
          Smith from EI on 4/26
          From Federal Express
          002001 AUDIT *
          AP-0071,456:0009  Date:
          05/13/02
1313,027 JPC expenses in Boca Raton E 21 05/13/02 0149 JPC
80.29                  80.29   4,092.46

```
                for document review on
                5/7-10 for snacks and room
                service
                From John P. Cunningham
                003422 AUDIT *
                AP-0071,474:0002  Date:
                05/13/02
1313,028 JPC expenses in Boca Raton   E 32 05/13/02 0149 JPC
392.70                        392.70    4,485.16
                for document review on
                5/7-10 for Radisson Hotel
                From John P. Cunningham
                003422 AUDIT *
                AP-0071,474:0003  Date:
                05/13/02
1313,029 JPC expenses in Boca Raton   E 33 05/13/02 0149 JPC
325.62                        325.62    4,810.78
                for document review on
```

06/14/2002                                        Prebill Control Report
Page 5
15:34:08


Prebill 000001   Subpage    5
Client: 4642                 Matter: 000_____
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- -------------B I L L I N G--
-----------
     Trans Transaction Description     Code  Date  Empl     Rate   Hours
Amount  Rate   Hours        Amount  Cumulative   Trans Transaction Description
Code  Date  Empl      Rate   Hours        Amount   Rate   Hours      Amount
Cumulative_____

_____
          5/7-10 for Cab from airport
          and Avis car rental and gas
          From John P. Cunningham
          003422 AUDIT *
          AP-0071,474:0004  Date:
          05/13/02
1313,030 JPC expenses in Boca Raton   E 35 05/13/02 0149 JPC
.86                        .86     4,811.64
          for document review on
          5/7-10 for phone call made
          from roon
          From John P. Cunningham
          003422 AUDIT *
          AP-0071,474:0005  Date:
          05/13/02
1313,031 JPC expenses in Boca Raton   E 34 05/13/02 0149 JPC
7.19                      7.19     4,818.83
          for document review on
          5/7-10 for gift shop
          toiletries
          From John P. Cunningham
          003422 AUDIT *
          AP-0071,474:0006  Date:
          05/13/02
1313,443 Xeroxing                     E 54 05/13/02 0999 C&D
13.50                    13.50     4,832.33
1313,444 Xeroxing                     E 54 05/13/02 0999 C&D
87.60                    87.60     4,919.93
1313,445 Xeroxing                     E 54 05/13/02 0999 C&D
37.95                    37.95     4,957.88
1313,446 Equitrac - Photocopy         E 54 05/13/02 0999 C&D
34.20                    34.20     4,992.08
          charges
1313,447 Xeroxing                     E 54 05/13/02 0999 C&D
8.55                      8.55     5,000.63
1313,448 Equitrac - Photocopy         E 54 05/13/02 0999 C&D
.45                        .45     5,001.08
          charges
1313,738 Long Distance-Equitrac       E 64 05/13/02 0999 C&D
5.22                      5.22     5,006.30
          In-House

```
1313,821 EI rental and use of mobile  E 12 05/14/02 0120 EI
28.61                         28.61    5,034.91
         phone during European
         vacation to stay in touch
         w/clients,C&D
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0071,488:0011  Date:
         05/14/02
1313,381 Petty Cash; Lunch for NDF   E 22 05/14/02 0187 NDF
36.10                         36.10    5,071.01
         on 5/7
         From Petty Cash
         005317 AUDIT *
         AP-0071,476:0023  Date:
         05/14/02
1313,956 Equitrac - Photocopy        E 54 05/14/02 0999 C&D
3.00                          3.00   5,074.01
         charges
1313,957 Xeroxing                    E 54 05/14/02 0999 C&D
35.25                        35.25    5,109.26
```

{D0003198:1 }

```
06/14/2002                                    Prebill Control Report
Page 6
15:34:08
```

Prebill 000001   Subpage    6
Client: 4642              Matter: 000_____
                                   W/E  Trans.  Work    ---------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount  Rate   Hours       Amount  Cumulative   Trans Transaction Description
Code  Date   Empl       Rate   Hours         Amount  Rate   Hours       Amount
Cumulative_____

_____
1313,958 Equitrac - Photocopy       E 54 05/14/02 0999 C&D
1.80                        1.80   5,111.06
         charges
1313,959 Xeroxing                   E 54 05/14/02 0999 C&D
45.00                      45.00   5,156.06
1314,946 Xeroxing                   E 54 05/15/02 0999 C&D
19.20                      19.20   5,175.26
1314,947 Equitrac - Photocopy       E 54 05/15/02 0999 C&D
15.15                      15.15   5,190.41
         charges
1314,948 Equitrac - Photocopy       E 54 05/15/02 0999 C&D
7.80                        7.80   5,198.21
         charges
1315,178 Federal Express delivery to E 01 05/16/02 0187 NDF
24.78                      24.78   5,222.99
         M. Peterson on 5/10
         From Federal Express
         002001 AUDIT *
         AP-0071,519:0006  Date:
         05/16/02
1315,192 Federal Express delivery to E 01 05/16/02 0187 NDF
26.14                      26.14   5,249.13
         D. Relles & M. Peterson on
         5/14
         From Federal Express
         002001 AUDIT *
         AP-0071,522:0006  Date:
         05/16/02
1315,321 2 asbestos studies from    E 27 05/16/02 0187 NDF
50.00                      50.00   5,299.13
         A.B. Best Co for NDF
         From American Express
         000519 AUDIT *
         AP-0071,543:0002  Date:
         05/16/02
1315,344 Equitrac - Long Distance   E 64 05/16/02 0999 C&D
.70                          .70   5,299.83
1315,410 Equitrac - Photocopy       E 54 05/16/02 0999 C&D
16.50                      16.50   5,316.33
         charges
1315,411 Equitrac - Photocopy       E 54 05/16/02 0999 C&D
13.20                      13.20   5,329.53
```

```
            charges
1315,412 Equitrac - Photocopy      E 54 05/16/02 0999 C&D
1.05                       1.05    5,330.58
            charges
1315,861 Long Distance-Equitrac    E 64 05/17/02 0999 C&D
2.66                       2.66    5,333.24
            In-House
1315,946 Equitrac - Photocopy      E 54 05/17/02 0999 C&D
4.95                       4.95    5,338.19
            charges
1315,947 Equitrac - Photocopy      E 54 05/17/02 0999 C&D
.15                         .15    5,338.34
            charges
1315,948 Xeroxing                  E 54 05/17/02 0999 C&D
20.40                     20.40    5,358.74
1315,949 Equitrac - Photocopy      E 54 05/17/02 0999 C&D
8.10                       8.10    5,366.84
            charges
1316,162 Database Research-Lexis   E 50 05/20/02 0999 C&D
69.27                     69.27     5,436.11
            research by TWS/NDF on
            05/09
1316,197 Database Research-Westlaw E 50 05/20/02 0999 C&D
113.46                   113.46     5,549.57
            research by TWS/NDF on
            05/07
```

06/14/2002                                          Prebill Control Report
Page 7
15:34:08

Prebill 000001   Subpage      7
Client: 4642               Matter: 000_____
                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date   Empl     Rate    Hours
Amount  Rate   Hours        Amount  Cumulative  Trans Transaction Description
Code  Date   Empl       Rate   Hours         Amount  Rate   Hours      Amount
Cumulative_____

| | | | | | |
|---|---|---|---|---|---|---|
| 1316,341 | Long Distance-Equitrac | E 64 | 05/20/02 | 0999 | C&D | |
| .86 | | | .86 | 5,550.43 | | |
| | In-House | | | | | |
| 1316,413 | Xeroxing | E 54 | 05/20/02 | 0999 | C&D | |
| 5.85 | | | 5.85 | 5,556.28 | | |
| 1316,414 | Equitrac - Photocopy | E 54 | 05/20/02 | 0999 | C&D | |
| 3.75 | | | 3.75 | 5,560.03 | | |
| | charges | | | | | |
| 1316,922 | Velocity Express delivery | E 03 | 05/21/02 | 0999 | C&D | |
| 33.04 | | | 33.04 | 5,593.07 | | |
| | on 5/1 & 5/3 | | | | | |
| | From Velocity Express | | | | | |
| | 002986 AUDIT * | | | | | |
| | AP-0071,587:0004  Date: | | | | | |
| | 05/21/02 | | | | | |
| 1316,958 | Long Distance-Equitrac | E 64 | 05/21/02 | 0999 | C&D | |
| 2.46 | | | 2.46 | 5,595.53 | | |
| | In-House | | | | | |
| 1317,032 | Equitrac - Photocopy | E 54 | 05/21/02 | 0999 | C&D | |
| 8.40 | | | 8.40 | 5,603.93 | | |
| | charges | | | | | |
| 1317,033 | Equitrac - Photocopy | E 54 | 05/21/02 | 0999 | C&D | |
| 6.90 | | | 6.90 | 5,610.83 | | |
| | charges | | | | | |
| 1317,034 | Equitrac - Photocopy | E 54 | 05/21/02 | 0999 | C&D | |
| 28.65 | | | 28.65 | 5,639.48 | | |
| | charges | | | | | |
| 1317,035 | Equitrac - Photocopy | E 54 | 05/21/02 | 0999 | C&D | |
| 13.50 | | | 13.50 | 5,652.98 | | |
| | charges | | | | | |
| 1317,036 | Xeroxing | E 54 | 05/21/02 | 0999 | C&D | |
| 4.05 | | | 4.05 | 5,657.03 | | |
| 1317,037 | Equitrac - Fax charges | E 62 | 05/21/02 | 0999 | C&D | |
| .30 | | | .30 | 5,657.33 | | |
| 1317,174 | LexisNexis Courtlink | E 06 | 05/22/02 | 0999 | C&D | |
| 16.92 | | | 16.92 | 5,674.25 | | |
| | research service in April | | | | | |
| | 2002 | | | | | |
| | From LexisNexis Courtlink | | | | | |
| | Inc.     003463 AUDIT * | | | | | |
| | AP-0071,643:0005  Date: | | | | | |
| | 05/22/02 | | | | | |

```
1317,180 LexisNexis Academic &      E 06 05/22/02 0999 C&D
157.35                     157.35   5,831.60
         Library document retrieval
         From LexisNexis Academic &
         Library  003464 AUDIT *
         AP-0071,644:0003  Date:
         05/22/02
1317,296 Long Distance-Equitrac     E 64 05/22/02 0999 C&D
.10                           .10   5,831.70
         In-House
1317,364 Xeroxing                   E 54 05/22/02 0999 C&D
19.80                       19.80   5,851.50
1317,365 Equitrac - Photocopy       E 54 05/22/02 0999 C&D
.75                           .75   5,852.25
         charges
1317,366 Equitrac - Photocopy       E 54 05/22/02 0999 C&D
.60                           .60   5,852.85
         charges
1317,367 Equitrac - Photocopy       E 54 05/22/02 0999 C&D
.30                           .30   5,853.15
         charges
1317,368 Telecopier/Equitrac        E 62 05/22/02 0999 C&D
.30                                 5,853.45
1317,369 Equitrac - Fax charges     E 62 05/22/02 0999 C&D
.15                                 5,853.60
1317,633 Federal Express delivery to E 01 05/23/02 0122 SME
9.07                         9.07   5,862.67
         M. Peterson on 5/3
```

06/14/2002                                      Prebill Control Report
Page 8
15:34:08


Prebill 000001   Subpage   8
Client: 4642            Matter: 000_____
                              W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work   --------A C T U A L-------- -------------B I L L I N G--
-----------
    Trans Transaction Description     Code Date  Empl     Rate   Hours
Amount  Rate    Hours       Amount  Cumulative   Trans Transaction Description
Code Date   Empl      Rate   Hours        Amount  Rate    Hours        Amount
Cumulative_____
_____
         From Federal Express
         002001 AUDIT *
         AP-0071,658:0004  Date:
         05/23/02
1317,621 Cab from Union Station to   E 33 05/23/02 0187 NDF
12.00                 12.00    5,874.67
         office on 5/22
         From Nathan D. Finch
         000326 AUDIT *
         AP-0071,654:0001  Date:
         05/23/02
1317,642 Red Top car service - car   E 33 05/23/02 0999 C&D
71.42                 71.42    5,946.09
         service from One Thomas
         Circle to Dulles airport on
         5/7
         From Red Top Executive
         Sedan       001899 AUDIT *
         AP-0071,660:0001  Date:
         05/23/02
1317,645 Red Top car service from    E 37 05/23/02 0999 C&D
14.75                 14.75    5,960.84
         office to National Airport
         on 5/7
         From Red Top Executive
         Sedan       001899 AUDIT *
         AP-0071,661:0004  Date:
         05/23/02
1317,665 Purchase                    E 06 05/23/02 0999 C&D
17.50                 17.50    5,978.34
         Environmental/asbestos
         liability
         From American Express
         000519 AUDIT *
         AP-0071,685:0002  Date:
         05/23/02
1317,699 Long Distance-Equitrac      E 64 05/23/02 0999 C&D
1.04                  1.04    5,979.38
         In-House
1317,764 Xeroxing                    E 54 05/23/02 0999 C&D
62.85                 62.85    6,042.23

```
1317,765 Equitrac - Photocopy        E 54 05/23/02 0999 C&D
5.25                        5.25     6,047.48
         charges
1317,766 Xeroxing                     E 54 05/23/02 0999 C&D
2.55                        2.55     6,050.03
1317,767 Telecopier/Equitrac          E 62 05/23/02 0999 C&D
9.60                        9.60     6,059.63
1318,367 Long Distance-Equitrac       E 64 05/24/02 0999 C&D
1.23                        1.23     6,060.86
         In-House
1318,436 Equitrac - Photocopy         E 54 05/24/02 0999 C&D
.60                          .60    6,061.46
         charges
1318,437 Xeroxing                     E 54 05/24/02 0999 C&D
40.35                      40.35     6,101.81
1318,438 Equitrac - Photocopy         E 54 05/24/02 0999 C&D
1.50                        1.50     6,103.31
         charges
1318,439 Xeroxing                     E 54 05/24/02 0999 C&D
51.00                      51.00     6,154.31
1318,440 Telecopier/Equitrac          E 62 05/24/02 0999 C&D
11.55                      11.55     6,165.86
1318,620 PVNL expenses re status      E 21 05/28/02 0020 PVL
33.94                      33.94     6,199.80
```

```
06/14/2002                                    Prebill Control Report
Page 9
15:34:08


Prebill 000001   Subpage    9
Client: 4642              Matter: 000_____
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description      Code  Date   Empl      Rate   Hours
Amount   Rate    Hours        Amount  Cumulative   Trans Transaction Description
Code  Date   Empl      Rate    Hours        Amount   Rate    Hours      Amount
Cumulative_____
```
_____

```
              conference in Newark on
              5/22 for lunch with EI
              From Peter Van N. Lockwood
              000020 AUDIT *
              AP-0071,692:0002  Date:
              05/28/02
1318,625 PVNL expenses re status     E 21 05/28/02 0020 PVL
88.63                        88.63   6,288.43
              conference in Philadelphia
              on 5/21 for lunch with
              Rice, Weitz, Rich, Cooney
              and EI
              From Peter Van N. Lockwood
              000020 AUDIT *
              AP-0071,693:0005  Date:
              05/28/02
1318,631 PVNL expenses for meetings  E 21 05/28/02 0020 PVL
66.40                        66.40   6,354.83
              and status conference on
              5/19 in New York for meals
              From Peter Van N. Lockwood
              000020 AUDIT *
              AP-0071,696:0005  Date:
              05/28/02
1318,635 PVNL expenses for meetings  E 32 05/28/02 0020 PVL
323.41                      323.41   6,678.24
              and status conference on
              5/19 in New York for The
              Waldorf Astoria hotel
              From Peter Van N. Lockwood
              000020 AUDIT *
              AP-0071,696:0009  Date:
              05/28/02
1318,842 Equitrac - Long Distance    E 64 05/28/02 0999 C&D
1.78                                 6,680.02
1318,908 Equitrac - Photocopy        E 54 05/28/02 0999 C&D
1.35                         1.35    6,681.37
              charges
1318,909 Equitrac - Photocopy        E 54 05/28/02 0999 C&D
1.20                         1.20    6,682.57
              charges
```

```
1318,910 Xeroxing                    E 54 05/28/02 0999 C&D
42.30                       42.30    6,724.87
1318,911 Xeroxing                    E 54 05/28/02 0999 C&D
15.00                       15.00    6,739.87
1318,912 Equitrac - Photocopy        E 54 05/28/02 0999 C&D
3.00                        3.00    6,742.87
         charges
1318,913 Xeroxing                    E 54 05/28/02 0999 C&D
9.00                        9.00    6,751.87
1319,100 Database Research-Westlaw   E 50 05/29/02 0999 C&D
127.75                     127.75    6,879.62
         research by TWS/NDF on
         05/13
1319,101 Database Research-Westlaw   E 50 05/29/02 0999 C&D
153.44                     153.44    7,033.06
         research by BSH on 05/09
1319,125 Database Research-Westlaw   E 50 05/29/02 0999 C&D
183.48                     183.48    7,216.54
         research by TWS/NDF on
         05/13
1319,218 Long Distance-Equitrac      E 64 05/29/02 0999 C&D
.18                          .18    7,216.72
```

```
06/14/2002                                    Prebill Control Report
Page 10
15:34:08

Prebill 000001   Subpage   10
Client: 4642               Matter: 000_____
                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- -------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date  Empl     Rate    Hours
 Amount  Rate    Hours       Amount   Cumulative  Trans Transaction Description
 Code  Date  Empl      Rate   Hours        Amount   Rate   Hours       Amount
Cumulative_____
_____
         In-House
1319,282 Equitrac - Photocopy      E 54 05/29/02 0999 C&D
2.40                      2.40    7,219.12
         charges
1320,498 ADA Trave; PVNL 5/22 travel  E 15 05/30/02 0020 PVL
233.00                  233.00    7,452.12
         to Newark (coach 162.50)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,715:0038  Date:
         05/30/02
1320,499 ADA Trave; AGency fee on    E 15 05/30/02 0020 PVL
20.00                    20.00    7,472.12
         PVNL 5/22 travel to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,715:0039  Date:
         05/30/02
1320,478 ADA Trave; JPC 5/7 coach    E 15 05/30/02 0149 JPC
1,412.00                1,412.00    8,884.12
         travel to Miami
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,715:0018  Date:
         05/30/02
1320,479 ADA Trave; Agency fee on    E 15 05/30/02 0149 JPC
40.00                    40.00    8,924.12
         JPC 5/7 travel to Miami
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,715:0019  Date:
         05/30/02
1320,507 ADA Trave; NDF 5/22 travel  E 15 05/30/02 0187 NDF
456.00                  456.00    9,380.12
         to Newark (coach fare
         290.00)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,715:0047  Date:
         05/30/02
1320,508 ADA Trave; Agency fee on    E 15 05/30/02 0187 NDF
40.00                    40.00    9,420.12
```

```
            NDF 5/22 travel to Newark
            From ADA Travel, Inc.
            000534 AUDIT *
            AP-0071,715:0048  Date:
            05/30/02
1320,538 Federal Express to Mark      E 01 05/30/02 0187 NDF
10.20                         10.20    9,430.32
            Peterson from NDF on 5/10
            From Federal Express
            002001 AUDIT *
            AP-0071,733:0005  Date:
            05/30/02
1320,539 Federal Express to Mark      E 01 05/30/02 0187 NDF
1.35                          1.35    9,431.67
            Peterson from NDF on 5/14
            From Federal Express
```

06/14/2002                                        Prebill Control Report
Page 11
15:34:09


Prebill 000001   Subpage    11
Client: 4642            Matter: 000_____
                                W/E Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description     Code  Date  Empl     Rate   Hours
Amount  Rate   Hours       Amount   Cumulative   Trans Transaction Description
Code  Date  Empl      Rate   Hours        Amount  Rate   Hours       Amount
Cumulative_____

_____
          002001 AUDIT *
          AP-0071,733:0006  Date:
          05/30/02
1320,131 Long Distance-Equitrac     E 64 05/30/02 0999 C&D
3.50                     3.50    9,435.17
          In-House
1320,197 Equitrac - Photocopy       E 54 05/30/02 0999 C&D
3.60                     3.60    9,438.77
          charges
1320,198 Xeroxing                   E 54 05/30/02 0999 C&D
5.70                     5.70    9,444.47
1320,199 Equitrac - Photocopy       E 54 05/30/02 0999 C&D
142.20                   142.20    9,586.67
          charges
1320,200 Xeroxing                   E 54 05/30/02 0999 C&D
30.00                    30.00    9,616.67
1320,201 Xeroxing                   E 54 05/30/02 0999 C&D
12.90                    12.90    9,629.57
1320,202 Equitrac - Photocopy       E 54 05/30/02 0999 C&D
12.75                    12.75    9,642.32
          charges
1320,203 Telecopier/Equitrac        E 62 05/30/02 0999 C&D
9.00                     9.00    9,651.32
1320,204 Telecopier/Equitrac        E 62 05/30/02 0999 C&D
4.50                     4.50    9,655.82
1320,816 Petty Cash; PVNL expenses  E 33 05/31/02 0020 PVL
10.50                    10.50    9,666.32
          in Newark and NY on 5/20-22
          From Petty Cash
          005317 AUDIT *
          AP-0071,745:0026  Date:
          05/31/02
1320,832 Petty Cash; Cab expenses   E 33 05/31/02 0187 NDF
16.00                    16.00    9,682.32
          for NDF t/f Union Station
          on 5/29
          From Petty Cash
          005317 AUDIT *
          AP-0071,745:0042  Date:
          05/31/02
1320,953 Long Distance-Equitrac     E 64 05/31/02 0999 C&D
.39                      .39    9,682.71

```
          In-House
1321,012 Equitrac - Photocopy        E 54 05/31/02 0999 C&D
59.40                        59.40   9,742.11
          charges
1321,013 Xeroxing                    E 54 05/31/02 0999 C&D
30.00                        30.00   9,772.11
1321,014 Xeroxing                    E 54 05/31/02 0999 C&D
24.30                        24.30   9,796.41
1321,015 Xeroxing                    E 54 05/31/02 0999 C&D
13.35                        13.35   9,809.76
1321,016 Equitrac - Photocopy        E 54 05/31/02 0999 C&D
14.25                        14.25   9,824.01
          charges
1322,370 Postage from NY office for  E 56 05/31/02 0999 C&D
5.20                         5.20    9,829.21
          month of April
1322,592 NYO Long Distance           E 65 05/31/02 0999 C&D
1.36                         1.36    9,830.57
          Telephone-Long distance
          phone call made in the
          month of April
1322,593 NYO Long Distance           E 65 05/31/02 0999 C&D
10.81                        10.81   9,841.38
          Telephone-Long distance
          call made in the month of
          April
1322,725 Travel Expenses-Ground      E 33 05/31/02 0999 C&D
12.55                        12.55   9,853.93
```

06/14/2002                                          Prebill Control Report
Page 12
15:34:09


Prebill 000001   Subpage    12
Client: 4642              Matter: 000_____
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work    --------A C T U A L-------- -------------B I L L I N G--
-----------
   Trans Transaction Description      Code  Date  Empl      Rate    Hours
Amount   Rate   Hours        Amount   Cumulative   Trans Transaction Description
Code  Date   Empl        Rate   Hours        Amount   Rate    Hours      Amount
Cumulative_____

_____
            Transporation EI trip on
            5/21 to Philadelphia for
            U.S. Trustee meeting NYO PC
            JV#129

            Total Expense Cards
9,853.93                     9,853.93       Total Expense Cards
9,853.93                     9,853.93



            Matter Total Fee                                         .00
.00            .00        .00
            Matter Total Exp                                        .00
9,853.93          .00    9,853.93
            Matter Total                                            .00
9,853.93          .00    9,853.93


            Prebill Total Fee                                       .00
.00            .00        .00
            Prebill Total Exp                                       .00
9,853.93          .00    9,853.93
            Prebill Total                                           .00
9,853.93          .00    9,853.93


Previous Billings:

Invoice Date   Orig. Amount  Late Charge      Credits  Balance
Due_____
033688 10/20/01    3,066.39          .00          .00    3,066.39
034710 01/23/02    2,055.09          .00          .00    2,055.09
035800 04/20/02   21,719.11          .00          .00   21,719.11
036043 05/25/02   15,771.34          .00          .00   15,771.34
032913 07/27/01  100,755.00          .00    80,604.00   20,151.00
033035 08/15/01   83,781.00          .00    67,024.80   16,756.20
033284 09/14/01   32,159.00          .00    25,727.20    6,431.80
033688 10/20/01   26,941.00          .00          .00   26,941.00
034006 11/21/01   14,570.50          .00    11,656.40    2,914.10
034265 12/14/01   25,377.50          .00    20,302.00    5,075.50
034710 01/23/02   54,682.50          .00          .00   54,682.50

```
034883 02/11/02    43,355.00         .00    34,684.00     8,671.00
035306 03/18/02    73,861.00         .00    59,008.80    14,852.20
035800 04/20/02   164,837.25         .00         .00    164,837.25
036043 05/25/02   120,565.75         .00         .00    120,565.75

Subtotal:         783,497.43         .00   299,007.20   484,490.23
```

06/14/2002                                        Prebill Control Report
Page 13
15:34:09

Prebill 000001    Subpage    13
Client: 4642                    Matter: 000_____
                                        W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
W/E  Trans.  Work      --------A C T U A L-------- -------------B I L L I N G--
-----------
    Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours        Amount    Cumulative    Trans Transaction Description
Code  Date    Empl        Rate    Hours          Amount    Rate    Hours        Amount
Cumulative_____

_____

          Run Total Fee                                          .00
.00          .00        .00
          Run Total Exp                                          .00
9,853.93          .00      9,853.93
          Run Total                                              .00
9,853.93          .00      9,853.93