**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF
W. R. GRACE & CO., ET AL.
FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid | Amount of Expenses Paid | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|
| July, 2001 | $100,755.00 | $ 8,195.21 | | $80,604.00 | $8195.21 | $20,151.00 |
| October, 2001 | $142,881.00 | $13,524.60 | | $114,304.80 | $13,524.60 | $28,576.20 |
| January, 2002 | $94,630.50 | $3,768.08 | | $75,704.40 | $3,768.08 | $18,926.10 |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 5/1/02 – 5/31/02 | Total Hours From The Petition Date | Total Fees For The Period 5/1/02 – 5/31/02 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.0 | 1.0 | $      .00 | $      406.00 |
| Asset Dispostion | 0.0 | 0.0 | $      .00 | $      .00 |
| Claims Administration & Objections | 0.0 | 33.8 | $      .00 | $ 13,639.00 |
| Employee Benefits/Pensions | 0.0 | 4.8 | $      .00 | $  2,400.00 |
| Fee/Employment Applications | 0.0 | 50.0 | $      .00 | $ 12,283.00 |
| Fee/Employment Objections | 0.0 | .4 | $      .00 | $      158.00 |
| Financing | 0.0 | 0.0 | $      .00 | $      .00 |
| Litigation | 0.0 | 458.9 | $      .00 | $ 143,294.00 |
| Plan and Disclosure Statement | 0.0 | 1.9 | $      .00 | $      713.00 |
| Relief from Stay Proceedings | 0.0 | 0.7 | $      .00 | $      350.00 |
| Tax Issues | 0.0 | 4.3 | $      .00 | $  1,569.50 |
| Valuation | 0.0 | 0.0 | $      .00 | $      .00 |
| Committee Meetings/ Conferences | 0.0 | 45.7 | $      .00 | $ 23,330.50 |
| Docket Review & Control | 0.0 | 279.9 | $      .00 | $ 34,207.50 |
| Asbestos: Claims Analysis & Valuations | 43.4 | 47.6 | $ 10,601.50 | $ 11,313.50 |
| Asbestos: Claims Litigation | 0.0 | 25.5 | $      .00 | $  9,419.00 |

| | | | | |
|---|---|---|---|---|
| Asbestos: Co-Def Issues & Bankruptcies | 0.0 | 4.6 | $ .00 | $ 1,915.00 |
| Asbestos: Settlement Matters | 0.0 | 2.7 | $ .00 | $ 1,512.00 |
| Asbestos: S524(6) Matters/Future Rep | .4 | .4 | $ 270.00 | $ 270.00 |
| Bank Claims & Litigation Matters | 0.0 | 0.0 | $ .00 | $ .00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | 0.0 | .5 | $ .00 | $ 280.00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .1 | $ .00 | $ 56.00 |
| Business Operations | .3 | .5 | $ 136.00 | $ 242.00 |
| Case Administration | 86.4 | 655.1 | $ 13,728.50 | $ 192,224.00 |
| Committee Matters & Creditor Mtgs | 1.9 | 9.4 | $ 1,156.00 | $ 3,645.00 |
| Compensation of Professionals (Fee Applications of self & others) | 20.8 | 58.0 | $ 3,833.50 | $ 11,746.50 |
| Creditor Inquiries | 0.0 | .9 | $ .00 | $ 382.50 |
| Employee Matters | .4 | .4 | $ 258.50 | $ 258.50 |
| Environmental Matters | .3 | .3 | $ 160.00 | $ 160.00 |
| Insurance | .1 | .1 | $ 67.50 | $ 67.50 |
| Litigation (Non-bankruptcy/General) | .0 | 1.0 | $ .00 | $ 412.50 |
| Litigation/Fraudulent Conveyance | 259.4 | 1,125.9 | $ 70,412.00 | $ 337,318.50 |
| Non-Working Travel | 24.3 | 160.0 | $ 4,137.00 | $ 33,173.00 |
| Plan/Disclosure Statement/Voting Issues | 0.0 | 2.2 | $ .00 | $ 681.00 |
| Preparation for & Attendance at Hearings | 4.2 | 7.6 | $ 2,605.00 | $ 4,509.00 |
| Retention of Professionals | .2 | 13.2 | $ 112.00 | $ 5,927.00 |
| Stay Litigation (Section362) | .0 | 1.0 | $ .00 | $ 500.00 |
| U.S. Trustee Matters & Mtgs | 3.4 | 3.4 | $ 2,189.50 | $ 2,189.50 |
| **TOTAL** | **445.5** | **3,001.8** | **$ 109,667.00** | **$ 850,552.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 5/1/02 – 5/31/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 2,475.36 | $ 24,089.89 |
| Research Materials | $ 191.77 | $ 300.60 |
| Air Freight & Express Mail | $ 186.88 | $ 2,759.49 |
| Outside Local Deliveries | $ 33.04 | $ 84.70 |
| Filing Fees | $ .00 | $ .00 |

| | | | | |
|---|---|---|---|---|
| Outside Fax Service | $ | .00 | $ | .00 |
| Conference Meals | $ | 36.10 | $ | 327.49 |
| Outside Photocopy Service | $ | .00 | $ | 5,485.15 |
| Miscellaneous Client Advances | $ | 80.00 | $ | 685.57 |
| Air & Train Transportation | $ | 3,265.50 | $ | 20,765.45 |
| Meals Related to Travel | $ | 269.26 | $ | 1,389.07 |
| Travel Expenses – Hotel Charges | $ | 869.01 | $ | 4,234.49 |
| Travel Expenses – Ground Transportation | $ | 448.09 | $ | 2,675.06 |
| Travel Expenses – Miscellaneous | $ | 7.19 | $ | 46.81 |
| Travel Expenses – LD Calls on Hotel Bill | $ | .86 | $ | 280.52 |
| Local Transportation – DC | $ | 14.75 | $ | 14.75 |
| Local Transportation – NY | $ | .00 | $ | 144.14 |
| Xeroxing | $ | 1,755.00 | $ | 12,923.10 |
| Postage | $ | 5.20 | $ | 102.92 |
| Overtime Expenses | $ | .00 | $ | .00 |
| Overtime Meals | $ | .00 | $ | .00 |
| Telecopier | $ | 47.10 | $ | 622.20 |
| Use of Personal Cell/Home Phone | $ | 92.28 | $ | 119.71 |
| Long Distance – Credit Card | $ | 24.07 | $ | 724.06 |
| Long Distance Telephone – DC | $ | 32.32 | $ | 815.08 |
| NYO Long Distance Telephone | $ | 20.15 | $ | 138.37 |
| **TOTAL** | **$** | **9,853.93** | **$** | **78,728.62** |