## HAGENS BERMAN LLP
**Attorneys at Law**

BOSTON   LOS ANGELES   PHOENIX   SEATTLE

June 28, 2002

**VIA E-MAIL: JUDGE_JUDITH_FITZGERALD@PAWB.USCOURTS.GOV**
**VIA FACSIMILE: 412-644-5448**
**VIA OVERNIGHT COURIER**

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
District of Delaware
Suite 5490, USX Tower
600 Grant Street
Pittsburgh, PA 15219

       Re:    In the Matter of W.R. Grace, Bankruptcy Court No. 01-1139

Dear Judge Fitzgerald:

    Enclosed please find a courtesy copy of the Notice and Motion for Leave to Appeal that has been filed in connection with the order denying the motion to strike the ZAI claims filed by the Debtors in the above-referenced matter.

    On behalf of the ZAI claimants, I wish to reaffirm we are continuing to move forward with the process that Your Honor has ordered for the litigation of certain ZAI matters, and that we are continuing to attempt to meet and confer with counsel for the Debtors in preparation for the conference and hearing to be held July 22, 2002.

    Because of the unresolved and important issues to be considered at the July 22 hearing, and the unfortunate intervening lapse of the period within which to seek appeal on an underlying order, we felt constrained to preserve the rights of the claimants. Please know that we remain committed to the Court's present effort to craft an appropriate framework within which to proceed with a trial on central ZAI liability issues

    Thank you.

                    Very truly yours,

                    */s/ Thomas M. Sobol*
                    Thomas M. Sobol

                    */s/ Darrell W. Scott*
                    Darrell W. Scott

Enclosures
TMS:jam

C:\Documents and Settings\BSullivan\Local Settings\Temp\WORLDOX\WDTEMP\00128999.DOC