IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Re: Docket No. 1665 |
| Debtors. | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**
**AND FIRM AFFILIATION**

     Thomas M. Sobol, attorney of record in the above-reference matter, hereby notifies the Court of a change in firm affiliation as well as a change in mailing address and other contact information.

     All correspondence, orders and other material related to the above-referenced matter directed to attorney Sobol should be addressed to:

Thomas M. Sobol, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone (617) 482-3700
Facsimile (617) 482-3003

Dated: <u>July 1, 2002</u>

                                          ELZUFON AUSTON REARDON
                                          TARLOV & MONDELL, P.A.

                                          /s/ Charles J. Brown, III
                                          William D. Sullivan (No. 2820)
                                          Charles J. Brown (No. 3368)
                                          300 Delaware Avenue, Suite 1700
                                          P.O. Box 1630
                                          Wilmington, DE 19899-1630
                                          (302) 428-3181

                                                       and

                                          Thomas M. Sobol
                                          HAGENS BERMAN LLP
                                          225 Franklin Street, 26th Floor
                                          Boston, MA 02110
                                          Telephone: (617) 482-3700
                                          Facsimile: (617) 482-3003

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a copy of the foregoing Notice of Change of Address on the parties on the attached service list.

/s/ Charles J. Brown, III
Charles J. Brown, III