IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| W.R. GRACE & CO., et., al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case Nos. 01-1139(JKF) |
| | ) | Jointly Administered |
| | ) | |
| | | RE: DOCKET # 2300 |

## ORDER REQUIRING A RESPONSE TO THE MOTION FOR LEAVE TO APPEAL THE ORDER DATED JUNE 18, 2002 AND SETTING A DATE FOR ARGUMENT

AND NOW, to-wit, this 1st day of July, 2002, IT IS HEREBY ORDERED that on or before **July 15, 2002** a Response to the Motion shall be filed.

IT IS FURTHER ORDERED that argument on the motion shall be held on **July 22, 2002** at **10:00 a.m.**

IT IS FURTHER ORDERED that the movant shall immediately serve a copy of this order on all parties in interest and file **proof of service** with the Clerk of the Bankruptcy Court in Delaware no later than **July 2nd 2002**.

*Judith K. Fitzgerald*
_____
Judith K. Fitzgerald
United States Bankruptcy Judge