IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on July 1, 2002, I caused a copy of the foregoing to be served on all parties appearing in these cases and/or requesting notice pursuant to Federal Rule of Bankruptcy Procedure 2002 via First Class United States Mail, unless otherwise indicated.

/s/Mark T. Hurford
Mark T. Hurford

Dated:  July 1, 2002

{D0003220:1 }