REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL    33486 | Invoice Number      952812<br>Invoice Date    06/26/02<br>Client Number      172573 |

=============================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

    Fees                                    186,811.50


               TOTAL BALANCE DUE UPON RECEIPT      $ 186,811.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                                Invoice Number      952812
One Town Center Road                           Invoice Date      06/26/02
Boca Raton, FL    33486                        Client Number       172573
                                               Matter Number        60026


========================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2002

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 05/01/02 | Atkinson | Reviewing W. R. Grace documents in Boston. | 8.70 |
| 05/01/02 | Bentz | Preparation of memorandum regarding news articles on Grace and ZAI. | 1.20 |
| 05/01/02 | Butcher | Review Grace historical case defense | 8.50 |
| 05/01/02 | Cameron | Review materials relating to consultant's submissions in the administrative record. | 1.90 |
| 05/01/02 | Haines | Multi memos re: attorney review for production (0.5); memos re: production of Boulder documents (0.3); two telephone calls with Trevelise (0.4); memos re: conference call to finalize recommendation list for Finke (0.3); telephone call with On-Site re: pick-up (0.2); memos re: same (0.2); memo re: scanning status (0.1). | 2.00 |
| 05/01/02 | Lord | Review amended fee procedures (.1); various e-correspondence with Mr. Muha and Ms. Lykens re same (.4). | .50 |

```
172573  W. R. Grace & Co.                    Invoice Number  952812
60026   Special Abestos Counsel              Page    2
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/01/02 | Muha | Review guidelines for submitting monthly fee applications and contact P. Lykens and J. Lord to plan upcoming filing. | .30 |
| 05/01/02 | Muha | Revise and edit draft of Grace historical case defense outline. | 5.50 |
| 05/01/02 | Trevelise | Review correspondence re: status of document review and issues pertaining to same (.2); preparation of correspondence re: document review issues (.2). | .40 |
| 05/02/02 | Atkinson | Reviewing W. R. Grace documents in Boston (4.8); 50% travel time from Boston (1.9). | 6.70 |
| 05/02/02 | Bentz | Work on Grace historical case defense. | 2.50 |
| 05/02/02 | Haines | Two memos re: production status and "to do" list, issues to consider (0.3); telephone call with Trevelise (0.1); telephone call with Murphy (0.1). | .50 |
| 05/02/02 | Keuler | Reviewed fee application for compliance with new procedures. | .30 |
| 05/02/02 | Lord | Review and edit 9th fee application summary (.2); discuss same with RKeuler (.2); various e-correspondence with Ms. Lykens re: same (.3). prepare certificate of service and service list for same (.7); coordinate e-filing and service of same (.2). | 1.60 |
| 05/02/02 | Muha | Review fee application procedures and review submissions to fee auditor and court for current monthly and quarterly applications (3.3); call from D. Carickhoff re: fee application procedures (.2). | 3.50 |
| 05/02/02 | Trevelise | Review correspondence. | .10 |
| 05/03/02 | Bagnell | Document Review. | 2.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  952812
60026  Special Abestos Counsel              Page    3
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/03/02 | Butcher | Document review | 3.00 |
| 05/03/02 | Haines | Memo re: conference call (0.1); telephone call with Murphy; telephone call with Trevelise re: same (0.2). | .30 |
| 05/03/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 05/04/02 | Trevelise | Conference with D. Cameron re: document production issues. | .40 |
| 05/06/02 | Atkinson | Documents to associates to review re: trade secret privilege, medical confidential (.6); e-mails re: questions concerning review (.2). | .80 |
| 05/06/02 | Bentz | Preparation of historical case defense. | 4.00 |
| 05/06/02 | Cameron | Review e-mails and correspondence from R. Finke. | .80 |
| 05/06/02 | Haines | Telephone call with On-Site re: status of CDs (0.3); memos re: status conference call (0.3); review revised list of boxes ready to be reviewed (0.6); conference call with Murphy, Trevelise, Coggon re: status of review and production (1.0); memos to On-Site re: status of CD production and scanning (0.4); telephone calls with On-Site re: scanning status (0.3); memos re: boxes requested back by On-Site (0.2). | 3.10 |
| 05/06/02 | Muha | Review Grace bankruptcy docket and docket entries and review quarterly fee application procedure. | .60 |
| 05/06/02 | Muha | W.R. Grace document review. | 5.00 |
| 05/06/02 | Slade | Review and code W.R. Grace documents. | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  952812
60026  Special Abestos Counsel                  Page    4
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/06/02 | Trevelise | Review correspondence re: document review and production issues and conference with S. Haines re: same (.4); Prepare for and participate in conference call with M. Murphy, S. Haines and K. Coggon re: completion of document review and attorney review issues (1.0). | 1.40 |
| 05/07/02 | Atkinson | Meeting with K. Hindman re: deleting Target Sheets from Summation database (.3); updating memo listing Target Sheets to be deleted (.4). | .70 |
| 05/07/02 | Bentz | Preparation of Grace historical case defense regarding ZAI. | 6.10 |
| 05/07/02 | Butcher | Document review | 2.50 |
| 05/07/02 | Cindrich | Privilege review. | 4.60 |
| 05/07/02 | DeMarchi Sleigh | Document review | 3.50 |
| 05/07/02 | Haines | Multi memos to Atkinson re: deletion of target sheet images (0.2); memos re: missing data load file (0.3). | .50 |
| 05/07/02 | Litigation Suppor | Created a new Summation database, Test Load 2. Imported the corrected summaries for CD's 1 through 12. | 1.00 |
| 05/07/02 | Lord | E-correspondence with Ms. Lykens re: filing of quaterly fee applications (.2); review amended administrative order (.1). | .30 |
| 05/07/02 | Muha | W.R. Grace document review. | 7.50 |
| 05/07/02 | Muha | Finalize and review current quarterly fee application. | .30 |
| 05/07/02 | Slade | Review and code W.R. Grace documents. | 8.00 |
| 05/07/02 | Trevelise | Review correspondence re: status of document review and completion of project (.3). | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  952812
60026  Special Abestos Counsel                  Page    5
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 05/08/02 | Atkinson | Summation searches re: Trade Secret documents and re: Target Sheets. | .70 |
| 05/08/02 | Bentz | Preparation of historical case defense (2.9); review of news articles regarding Grace and attic insulation (0.7). | 3.60 |
| 05/08/02 | Butcher | Revise Grace historical case defense and meeting with J. Bentz regarding same | 8.00 |
| 05/08/02 | Cindrich | Privilege review. | 4.30 |
| 05/08/02 | DeMarchi Sleigh | Document review | .60 |
| 05/08/02 | Haines | Multi memos re: image count discrepancy in new data provided (0.4); memo to Coggon re: conference call (0.1); memo to Atkinson re: coding of R&D materials (0.2); telephone call with Trevelise, Murphy re: conference call (0.2); conference call with Finke re: document review status (1.1). | 2.00 |
| 05/08/02 | Keuler | Met with J. Lord regarding fee application requirements for Quarterly fee applications (0.3); reviewed and revised quarterly fee application (0.4); met with J. Lord to review changes and additional requirements (0.2). | .90 |
| 05/08/02 | Lord | Review and review quarterly fee application (1.2); prepare verification and certificate of service for insertion (.4); discuss same with R. Keuler (.3); various e-correspondence and telephone calls with P.Lykens re: service and fee application preparation (.5); review amended order re: same (.2); prepare service for same (.8). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  952812
60026  Special Abestos Counsel              Page   6
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/08/02 | Muha | Meet with J. Bentz and J. Butcher re: Grace Historical Case Defense outline (.2); revise and edit historical case defense outline (5.3). | 5.50 |
| 05/08/02 | Muha | W.R. Grace document review. | 2.90 |
| 05/08/02 | Slade | Review and code W. R. Grace documents. | 6.00 |
| 05/08/02 | Trevelise | Conference call with R. Finke, K. Coggon, M. Murphy and S. Haines re: document review issues (1.1); telephone call with S. Haines re: document review issues (.2). | 1.30 |
| 05/09/02 | Atkinson | Meeting with D. Cameron re: new associates' review of documents (.2); summation searches re: accuracy of coding documents for Trade Secret and privilege (1.9); e-mails to/from S. Haines (PHL) and new associates re: review of documents (.6); arrangements for review of Phase II scanned documents and sample searches (1.0). | 3.70 |
| 05/09/02 | Bentz | Preparation of Grace historical case (.5); conference with R. Finke regarding availability of Zonolite Attic insulation (.4). | .90 |
| 05/09/02 | Brady | Meeting with Scott Cindrich regarding guidelines for document review for Trade Secrets, Medical Records review (.40); review of W.R. Grace documents (6.70). | 7.10 |
| 05/09/02 | Butcher | Revise Grace historical case defense | 6.40 |
| 05/09/02 | Cameron | Meet with M. Atkinson regarding document review issues (.8); E-mail to and telephone conference with R. Finke regarding same (.4); Telephone call with R. Finke regarding EPA issues (.6). | 1.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  952812
60026  Special Abestos Counsel                  Page    7
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/09/02 | Cindrich | Document review. | 6.00 |
| 05/09/02 | DeMarchi Sleigh | Document review | 2.00 |
| 05/09/02 | Haines | Multi memos re: document review (0.3); memos re: resheet boxes; telephone call with Latuda re: same (0.2); memos re: weekly pick-up (0.3); telephone calls re: same (0.3); conferences with Anderson re: same and resheet boxes (0.5); memos re: On-Site status report (0.2); review status report (0.2); memos re: CDs - Vols. 13 and 14 (0.2); memos re: document review questions (0.4); document review (6.0). | 8.60 |
| 05/09/02 | Litigation Suppor | Deleted target sheets from the Defense of Resident Class Action database.  Copied CD's 13 and 14 to the Litigation server. Imported the summaries and loaded the images for each. | 2.00 |
| 05/09/02 | Lord | Edit notice of filing fee application (.2); complete service and coordinate e-filing of quarterly fee application (.4); e-correspondence with P.Lykens re: finalization and service of fee application (.1). | .70 |
| 05/09/02 | Muha | Revise and edit Grace historical case defense outline. | 9.30 |
| 05/09/02 | Sweet | Document review. | 1.60 |
| 05/09/02 | Trevelise | Review correspondence re: document review and production issues (.2); telephone call with D. Cameron re: document review issues (.3). | .50 |
| 05/10/02 | Atkinson | Meeting with D. Cameron re: associates' review of "old documents" and review of newly scanned documents (.3); summation searches re: trade secret documents (.9); e-mails to associates re: review of summation (.6). | 1.80 |

172573  W. R. Grace & Co.                           Invoice Number  952812
60026   Special Abestos Counsel                     Page    8
        June 26, 2002

| Date | Name | | Hours |
|------|------|--|-------|

05/10/02 Bentz          Review of news articles regarding     1.00
                        EPA and attic insulation.

05/10/02 Brady          Review of W.R. Grace documents.       8.20

05/10/02 Butcher        Revise Grace historical case          7.50
                        defense

05/10/02 Cameron        Meet with M. Atkinson regarding       1.50
                        document review (.3); Telephone
                        call with R. Finke regarding EPA
                        press release and related issues
                        (.6); Review materials for
                        consultant meeting (.6).

05/10/02 Cindrich       Document review.                      7.00

05/10/02 DeMarchi Sleigh  Document review                     4.00

05/10/02 Haines         Telephone call with Trevelise re:      .90
                        attorney review issues (0.2);
                        memos to Atkinson and Hindman re:
                        same (0.3); memos re: missing data
                        (0.4).

05/10/02 Muha           Review and edit W.R. Grace            8.40
                        Historical Case defense outline.

05/10/02 Sweet          Document review re:  privilege,        .60
                        medical confidential or trade
                        secret.

05/10/02 Trevelise      Review correspondence re: status       .40
                        of document review (.2); telephone
                        call with S. Haines re: document
                        review issues (.2).

05/11/02 Bentz          Work on Grace historical case         3.00
                        regarding ZAI.

05/11/02 Cameron        Review materials for fee             1.10
                        applications.

05/12/02 Cameron        Continued review of fee               .70
                        application materials.

05/12/02 Sweet          Document review.                      2.10

172573 W. R. Grace & Co.                        Invoice Number  952812
60026  Special Abestos Counsel                  Page    9
       June 26, 2002


     Date   Name                                                    Hours
     --------  -----------                                          -----

   05/13/02 Atkinson        50% travel time to Boston (1.9);        6.40
                            reviewing W.R. Grace documents in
                            Boston (4.5).

   05/13/02 Bentz           Preparation of Grace historical        5.80
                            case defense (5.1); conference
                            with J. Butcher and A. Muha
                            regarding preparation of
                            historical case defense (.5);
                            conference with C. Sullivan
                            regarding witness interview (.2).

   05/13/02 Brady           Review of W.R. Grace documents.        5.70

   05/13/02 Butcher         Revise Grace historical case           4.20
                            defense, document review and
                            meeting with J. Bentz re same

   05/13/02 Cameron         Telephone call with R. Finke           4.10
                            regarding recent press release in
                            Libby and reactions (.8); Review
                            various publications and press
                            releases (.9); Telephone call with
                            J. Restivo regarding same (.4);
                            Review outstanding discovery
                            issues (1.2); Telephone call with
                            A. Trevelise and R. Finke
                            regarding document review and
                            production issues and e-mails
                            regarding same (.8).

   05/13/02 Cindrich        Document review.                       8.00

   05/13/02 DeMarchi Sleigh  Document review                       2.70

   05/13/02 Haines          Multi memos to Atkinson re:            5.60
                            printing of images for Trevelise's
                            review (0.6); conference with
                            Trevelise (0.1); telephone call
                            with On-Site re: cost of blowback
                            (0.3); conference with Trevelise
                            re: document review in Boca Raton
                            (0.2); begin search for missing
                            data in Vols. 13 and 14 (0.3);
                            memos re: same (0.2); memos re:
                            target sheets (0.2); revisions to
                            mis-coded invoices (3.7).

```
172573 W. R. Grace & Co.                         Invoice Number  952812
60026  Special Abestos Counsel                   Page   10
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

05/13/02 Litigation Suppor Removed target sheets from the WR    3.50
Grace Defense of Resident Class
Action Summation database.

05/13/02 Muha     W.R. Grace document review (3.5);    6.30
meet with J. Butcher and J. Bentz
re: historical case defense
outline (.3); revise and edit
historical case defense outline
(2.2).

05/13/02 Sweet     Discussion with S. Brady regarding    .20
trade secret determinations.

05/13/02 Trevelise     Review correspondence re: status    1.00
of document review and document
production and related issues
(.3); telephone calls with D.
Cameron re: Grace legal department
document review (.2); telephone
call with K. Coggon re: Grace
legal department document review
(.1); conference with S. Haines
re: document review and production
issues (.4).

05/14/02 Atkinson     Reviewing W.R. Grace documents in    9.20
Boston.

05/14/02 Bentz     Reviewing and summarizing news    4.60
articles on Grace and EPA action
(2.0); preparation of historical
case defense (2.3); conference
call regarding procurement of
certain ZAI (.3).

05/14/02 Brady     Review of W.R. Grace documents.    3.60

05/14/02 Butcher     Document review.    2.50

05/14/02 Cameron     Telephone call with R. Finke    3.50
regarding multiple issues (.6);
Review document review issues
(.7); Review discovery requests
and draft revisions (1.3); Review
consultant summaries (.9).

05/14/02 Cindrich     Document review.    8.00

172573 W. R. Grace & Co.                          Invoice Number  952812
60026  Special Abestos Counsel                    Page  11
       June 26, 2002


| Date | Name | | Hours |
|------|------|--|-------|

05/14/02 Haines              Memos re: pick-up this week (0.4);    2.10
                             telephone call with Atkinson re:
                             same (0.2); revisions to mis-coded
                             invoices (0.8); memos re: images
                             for Vols. 13 and 14 (0.2);
                             research re: same (1.3).


05/14/02 Litigation SupporRemoved target sheets from the WR      3.45
                             Grace Defense of Resident Class
                             Action Summation database.

05/14/02 Muha                W.R.Grace document review.           7.00

05/14/02 Sweet               Document review.                      .20

05/14/02 Trevelise           Review correspondence re: document   3.10
                             review and production issues (.2);
                             telephone call with K. Coggin re:
                             meeting in Boca (.2); conference
                             call with S. Haines re: document
                             issues (.2); 50% of travel time
                             from Philadelphia to Boca Raton
                             for meeting with R. Finke and K.
                             Coggin re: Grace legal department
                             document review (2.5).


05/15/02 Atkinson            Reviewing W.R. Grace documents in    8.80
                             Boston.

05/15/02 Bentz               Preparation of historical case       3.20
                             defense.

05/15/02 Brady               Review of W.R. Grace documents.      2.90

05/15/02 Cameron             E-mails and telephone calls with     1.60
                             M. Atkinson regarding document
                             review issues and Phase II of
                             project (.7); Review discovery
                             requests and potential revisions
                             (.9).

05/15/02 Cindrich            Document review.                     4.00

05/15/02 DeMarchi Sleigh     Document review                      1.50

05/15/02 Haines              Multi memos re: document blowback    2.10
                             for Phase II attorney review
                             (0.4); memos re: pick-up for this
                             week (0.2); 50% of travel time to
                             Boston re: document review (1.5).

| Date | Name | | Hours |
|------|------|--|-------|

| 05/15/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. | 5.00 |
| 05/15/02 | Lord | E-correspondence with PLykens and DCameron re: upcoming hearing. | .20 |
| 05/15/02 | Muha | W.R. Grace document review. | 3.30 |
| 05/15/02 | Sweet | Document review. | 6.60 |
| 05/15/02 | Trevelise | Meetings with K. Coggon, R. Finke and J. Hughes at Grace legal department in Boca Raton re: document review and production (5.5); 50% of travel time from Boca Raton to Philadelphia (2.0). | 7.50 |
| 05/16/02 | Atkinson | Reviewing W.R. Grace documents in Boston (7.2); 50% travel time from Boston (1.8). | 9.00 |
| 05/16/02 | Bentz | Work on historical case defense. | 2.40 |
| 05/16/02 | Brady | Review of W.R. Grace documents. | 6.30 |
| 05/16/02 | Butcher | Document review | 1.50 |
| 05/16/02 | Cameron | Meet with J. Restivo regarding open issues and prepare for 5/20 hearing (.8); E-mails regarding open issues (.4); Review draft outline of Grace historical case defense (1.4). | 2.60 |
| 05/16/02 | Cindrich | Document review. | 6.00 |
| 05/16/02 | DeMarchi Sleigh | Document review. | 3.40 |
| 05/16/02 | Haines | Document review (6.0); boxes for pick-up (0.6); telephone call with On-Site re: status (0.1); memo re: same (0.1); memos re: trade secret review (0.3); conference with Atkinson re: same (0.2); conference with Murphy re: Ehlers files (0.1). | 7.40 |

```
172573  W. R. Grace & Co.                    Invoice Number  952812
60026   Special Abestos Counsel              Page   13
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/16/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. | 2.50 |
| 05/16/02 | Muha | W.R. Grace document review. | 2.10 |
| 05/16/02 | Restivo | Preparation for 5/20 hearing | 1.50 |
| 05/16/02 | Sweet | Document review. | 6.60 |
| 05/16/02 | Trevelise | Review correspondence re: document review. | .20 |
| 05/17/02 | Atkinson | Memos, e-mails re: associates' review of non-relevant documents for trade secret (.6); searches on Summation for documents pulled by associates as trade secret, med/confidential, privilege (1.8); arrangements to begin printing documents for associates' review for "hot facts" and printing several batches of documents from Summation (2.7). | 5.10 |
| 05/17/02 | Brady | Review of W.R. Grace documents. | 2.30 |
| 05/17/02 | Butcher | Document review | 1.00 |
| 05/17/02 | Cameron | Multiple e-mails regarding document review project (.9); Review materials relating to Grace historical case defense (1.3); Review materials relating to litigation schedule and 5/20 hearing e-mails regarding same (.9). | 3.10 |
| 05/17/02 | Cindrich | Document review. | 6.00 |
| 05/17/02 | DeMarchi Sleigh | Document review | 6.30 |
| 05/17/02 | Haines | Multi memos re: trade secret issues (0.2); research re: missing data Vols. 13 and 14 (0.8); memos re: ONSS status report (0.1). | 1.10 |
| 05/17/02 | Haines | 50% of travel time from Boston, Massachusetts re: W.R. Grace document production. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  952812
60026  Special Abestos Counsel                    Page  14
       June 26, 2002


   Date   Name                                              Hours
  -------- -----------                                      -----

05/17/02 Lord              Assist JRestivo with preparation      .50
                           of materials for upcoming hearing
                           (.4); e-correspondence with PGH
                           re: same (.1).

05/17/02 Sweet             Document review.                     3.20

05/17/02 Trevelise         Review correspondence re:status of    .30
                           document review.

05/18/02 Cameron           Review materials for 5/20 hearing.    .80

05/20/02 Atkinson          Printing documents from Summation    2.10
                           for associates' review (1.2);
                           arrangements re: associates'
                           review of documents re: trade
                           secret (.9).

05/20/02 Atkinson          Meeting with D. Cameron and new       .60
                           associates re: review of documents
                           for production.

05/20/02 Bentz             Review of documents in preparation   2.00
                           of historical case defense.

05/20/02 Brady             Review of W.R Grace documents.       6.30

05/20/02 Butcher           Meeting with D. Cameron re           .70
                           document review

05/20/02 Cameron           Telephone call with J. Restivo       2.30
                           regarding preparation for hearing
                           and report regarding same (.4);
                           Review summary of ZAI defense
                           (1.9).

05/20/02 Cindrich          Document review.                     6.50

05/20/02 DeMarchi Sleigh   Document review; meeting with D.     8.30
                           Cameron.

05/20/02 Devine            Conference with D. Cameron to        .70
                           discuss Phase 2 of document review.

05/20/02 Haines            Research to complete spreadsheet     2.10
                           re: missing data for Vol. 13
                           (1.0); memo to On-Site re: same
                           (0.1); review On-Site status
                           report (0.3); memos re: boxes for
                           re-review (0.2); memo re: May
                           scanning invoice (0.1); memos re:

```
172573  W. R. Grace & Co.                    Invoice Number  952812
60026   Special Abestos Counsel             Page   15
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | problem boxes for ONSS (0.1); memos re: loading of Vols. 15-19 (0.1); memos re: printing documents for attorney review (0.2). | |
| 05/20/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. | 5.50 |
| 05/20/02 | Lord | E-correspondence with P.Lykens re: research of docket for CNO information (.1); research same and report results to PLykens (.4). | .50 |
| 05/20/02 | Muha | Review Grace dockets and review fee application status (.1); meet with D. Cameron and Grace document review team re: next phase of document review (.6). | .70 |
| 05/20/02 | Muha | Review new Grace Vermiculite documents for Grace historical case defense outline and draft outline. | 3.00 |
| 05/20/02 | Rea | Compiled testing documents for J. Bentz | .30 |
| 05/20/02 | Restivo | Bankruptcy hearing in Wilmington | 8.00 |
| 05/20/02 | Sweet | Document review re: medical confidential, privilege and trade secret (7.4); meeting with D. Cameron and M. Atkinson re: same (.7). | 8.10 |
| 05/20/02 | Trevelise | Review correspondence re: document review and production. | .10 |
| 05/21/02 | Atkinson | Arrangements to have CD's made to paper copies by vendor, for associates' review (.6); printing documents for associates' review (.8); reviewing documents provided by associates for trade secret, privilege, medical confidential (.7). | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  952812
60026  Special Abestos Counsel                    Page  16
       June 26, 2002


| Date | Name | | Hours |
|------|------|------|-------|
| 05/21/02 | Bentz | Preparation of historical case defense (1.3); review of medical articles (.8). | 2.10 |
| 05/21/02 | Brady | Review of W.R. Grace documents. | 6.50 |
| 05/21/02 | Butcher | Document review | 4.40 |
| 05/21/02 | Cameron | Prepare for and meet with J. Restivo and L. Flatley regarding strategy meeting and update on same (1.7); Telephone call with R. Finke regarding same (.3); E-mails regarding same (.4); Prepare for 5/22 meeting in Chicago with consultant (1.1); Review materials from 5/20 hearing (.6). | 4.10 |
| 05/21/02 | Cindrich | Document review. | 8.00 |
| 05/21/02 | DeMarchi Sleigh | Document review | 8.00 |
| 05/21/02 | Flatley | Meeting with J. Restivo and D. Cameron (1.30); with J. Bentz (.10). | 1.40 |
| 05/21/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. Copied CD's 15 through 19 to the Litigation server.  Created a backup of the Summation database Test Load.  Imported the summaries for each CD and loaded the .dii image file for each CD.  Ran queries on each CD's coded data to determine if information is missing from the Document Sensitivity and Document Type fields. | 5.00 |
| 05/21/02 | Lord | Update service lists and labels. | .50 |
| 05/21/02 | Lord | Various e-correspondence with A. Muha re: CNO for eighth monthly fee application (.2); review amended administrative order re: same (.1); review and revise eighth monthly CNO previously prepared (.3); discuss same with R. Keuler (.1); coordinate | 1.20 |

172573 W. R. Grace & Co.                    Invoice Number  952812
60026  Special Abestos Counsel             Page  17
       June 26, 2002


| Date | Name | | Hours |
|------|------|---|-------|
| | | e-filing and complete service of same (.5). | |
| 05/21/02 | Muha | Draft outline for Grace historical case defense. | 5.40 |
| 05/21/02 | Muha | W.R. Grace document review. | .80 |
| 05/21/02 | Restivo | Meeting with D. Cameron and L. Flatley and telephone calls with R. Finke and e-mails re bankruptcy hearing | 2.00 |
| 05/21/02 | Sweet | Document review. | 2.80 |
| 05/21/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 05/22/02 | Bentz | Review of claimants' opposition papers in asbestos bankruptcy (.7); preparation of historical case defense (.5). | 1.20 |
| 05/22/02 | Brady | Review of W.R. Grace documents. | 4.80 |
| 05/22/02 | Butcher | Document review | 1.00 |
| 05/22/02 | Cameron | Prepare for and attend meeting with A. Running, J. Hughes and consultant and return to Pittsburgh. | 8.00 |
| 05/22/02 | Cindrich | Document review. | 7.00 |
| 05/22/02 | DeMarchi Sleigh | Document review | 7.40 |
| 05/22/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. | 3.00 |
| 05/22/02 | Muha | Revise/incorporate document into Grace historical case defense outline. | 2.00 |
| 05/22/02 | Muha | W.R. Grace document review. | 6.20 |
| 05/22/02 | Sweet | Document review. | 3.80 |
| 05/22/02 | Trevelise | Review correspondence re: status of document review. | .20 |

```
172573 W. R. Grace & Co.                      Invoice Number  952812
60026  Special Abestos Counsel                Page   18
       June 26, 2002
```

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 05/23/02 | Atkinson | E-mails re: document review in Boston (.2); meeting with Clicks re: printing documents from CDs (.3); printing documents from Summation to check accuracy of coding (1.3). | 1.80 |
| 05/23/02 | Bentz | Review of documents in preparation of historical case defense. | 2.20 |
| 05/23/02 | Brady | Review of W.R. Grace documents. | 3.20 |
| 05/23/02 | Butcher | Document review | 1.50 |
| 05/23/02 | Cameron | Review materials from 5/22 meeting (.7); Telephone call and e-mail with J. Restivo regarding strategy issues (.4). | 1.10 |
| 05/23/02 | Cindrich | Document review. | 7.70 |
| 05/23/02 | DeMarchi Sleigh | Document review | 6.20 |
| 05/23/02 | Devine | Work on document review. | 5.10 |
| 05/23/02 | Haines | Memo re: pick-up (0.1); memos re: review status (0.3); memo re: On-Site invoice (0.2); memo re: missing data Vols. 15-19 (0.2); two telephone calls with Murphy re: document review (0.3). | 1.10 |
| 05/23/02 | Litigation Suppor | Removed target sheets from the WR Grace Defense of Resident Class Action Summation database. | 1.50 |
| 05/23/02 | Lord | Research docket and draft ninth monthly Reed Smith CNO (.5); e-correspondence with A. Muha and P.Lykens re: filing of new fee application (.2). | .70 |
| 05/23/02 | Muha | Review and incorporate documents into W.R.Grace historical case defense outline. | 7.80 |
| 05/23/02 | Rea | Met with A. Muha on testing documents. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  952812
60026  Special Abestos Counsel                  Page   19
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/23/02 | Restivo | Telephone calls to R.  Finke et al re: teleconference call. | 1.00 |
| 05/23/02 | Sweet | Document review. | 2.10 |
| 05/23/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 05/24/02 | Bentz | Preparation of historical case defense. | 1.30 |
| 05/24/02 | Butcher | Revise Grace historical case defense | 4.50 |
| 05/24/02 | Cameron | Review materials for 5/29 conference call (.6); Review EPA action plan memo (.5). | 1.10 |
| 05/24/02 | Cindrich | Document review. | 6.50 |
| 05/24/02 | DeMarchi Sleigh | Document review | 3.90 |
| 05/24/02 | Devine | Work on document review. | 5.50 |
| 05/24/02 | Muha | Revise and edit W.R. Grace historical case defense outline. | .70 |
| 05/24/02 | Sweet | Document review. | 5.20 |
| 05/24/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 05/26/02 | Atkinson | Printing documents from Summation for associates' review (2.3); reviewing documents from Summation for proper coding (1.9). | 4.20 |
| 05/26/02 | Cameron | Review materials in preparation for 5/28 strategy meeting. | 1.70 |
| 05/27/02 | Cameron | Memos regarding hearings and strategy issues. | .80 |
| 05/28/02 | Atkinson | Organizing documents pulled by associates for trade secret review and medical/confidential (1.2); 50% travel time to Boston for document review for production (1.8); reviewing W.R. Grace documents in Boston (4.8). | 7.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  952812
60026  Special Abestos Counsel              Page   20
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/28/02 | Bentz | Review of ZAI claimants' motion to strike proofs of claims and brief in support (1.0); review of historical documents (2.5); meeting with J. Restivo and D. Cameron regarding EPA decision (1.0). | 4.50 |
| 05/28/02 | Brady | Review of W.R. Grace documents. | 2.60 |
| 05/28/02 | Butcher | Revise Grace historical case defense; draft organizational chart | 6.00 |
| 05/28/02 | Cameron | Prepare for and meet with J. Restivo regarding preparation for 5/29 conference call and open issues (.8); Telephone call with R. Finke regarding same (.3); Meet with J. Restivo and J. Bentz regarding same (.9). | 2.00 |
| 05/28/02 | Cindrich | Document review. | 4.30 |
| 05/28/02 | DeMarchi Sleigh | Document review | 1.00 |
| 05/28/02 | Devine | Work on document review. | 7.60 |
| 05/28/02 | Flatley | With J. Bentz re: status (.20); review EPA document in preparation for conference call (1.50). | 1.70 |
| 05/28/02 | Haines | Memos re: weekly pick-up (0.1); memo re: document review status (0.2); memos re: CD loading and missing data Vols. 15-19 (0.3); memo re: May ONSS invoices (0.1); telephone calls with On-Site re: weekly pick-up and document review status (0.4). | 1.10 |
| 05/28/02 | Lord | Review docket and edit Reed Smith ninth monthly CNO (.3); prepare service and coordinate e-filing of same (.9); e-correspondence to A.Muha re: tenth monthly (.1). | 1.30 |
| 05/28/02 | Muha | Meet with J. Restivo re: review of Grace hearing transcripts. | .20 |

```
172573  W. R. Grace & Co.                        Invoice Number  952812
60026   Special Abestos Counsel                  Page   21
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/28/02 | Muha | Review Grace fee application (10th monthly) for filing; arrange for incorporation of additional scanning invoice. | .50 |
| 05/28/02 | Muha | Incorporate and gather documents into Grace historical case defense and review additional documents. | 6.40 |
| 05/28/02 | Restivo | Preparation and meeting regarding EPA Action Memo. | 2.00 |
| 05/28/02 | Sweet | Document review. | 9.10 |
| 05/28/02 | Trevelise | Review correspondence re: document review (.2); telephone call with M. Murphy re: document issues (.1). | .30 |
| 05/29/02 | Atkinson | Reviewing W.R. Grace documents in Boston for production. | 9.20 |
| 05/29/02 | Bentz | Meeting with J. Restivo and L. Flatley regarding EPA action (.8); conference with D. Cameron regarding discovery requests (.3); attending meeting with various Grace counsel (2.0); memo regarding summarizing meeting (.7); review of EPA action memo (1.0); preparation of historical case defense (.4). | 5.20 |
| 05/29/02 | Brady | Review of W.R. Grace documents. | 2.20 |
| 05/29/02 | Butcher | Revise Grace historical case defense | 8.10 |
| 05/29/02 | Cameron | Telephone call with J. Bentz and J. Restivo regarding conference call (.4); Telephone call with R. Finke regarding same (.3). | .70 |
| 05/29/02 | Cindrich | Document review. | 4.10 |
| 05/29/02 | DeMarchi Sleigh | Document review | 5.90 |
| 05/29/02 | Devine | Work on document review. | 5.20 |

172573 W. R. Grace & Co.                          Invoice Number  952812
60026  Special Abestos Counsel                    Page  22
       June 26, 2002


| Date | Name | | Hours |
|------|------|--|-------|

05/29/02 Flatley          Preparation for conference call,        6.50
                          including review of EPA document
                          and related memoranda (2.50); with
                          J. Restivo and J. Bentz re:
                          preparation for call (1.20);
                          conference call with D. Siegel, et
                          al. and follow up (1.60);
                          reviewing correspondence and
                          organizing (1.20).

05/29/02 Haines           Two telephone calls to Byrne re:        1.80
                          pick-up and status report (0.3);
                          memos to Latuda re: same (0.3);
                          conference with Raytik, research
                          re: missing data (0.7); memos to
                          On-Site re: same (0.2); review
                          Finke correspondence re: trade
                          secret status (0.3).

05/29/02 Litigation Suppor Removed target sheets from the WR      3.00
                          Grace Defense of Resident Class
                          Action Summation database. Copied
                          CD's 20, 22-25 to the Litigation
                          server. Imported the summaries for
                          each CD into the WR Grace Test
                          Load Summation database.

05/29/02 Muha             Revise and edit Grace historical        7.30
                          case defense outline and assemble
                          document binders for outline.

05/29/02 Raytik           Conference with S. Haines                .70
                          regarding missing data procedure.

05/29/02 Restivo          Preparation for and participation       4.00
                          in teleconference (3.0); telephone
                          calls regarding same to R. Finke,
                          J. Bentz, D. Cameron (1.0).

05/29/02 Sweet            Document review.                        6.80

05/29/02 Trevelise        Review correspondence re: document       .20
                          review and production (.1);
                          conference with S. Haines re: same
                          (.1).

05/30/02 Atkinson         Reviewing W.R. Grace documents in       9.50
                          Boston for production.

```
172573  W. R. Grace & Co.                    Invoice Number   952812
60026   Special Abestos Counsel             Page   23
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/30/02 | Bentz | Analyzing EPA publication (1.0); preparation of discovery requests (1.3). | 2.30 |
| 05/30/02 | Brady | Review of W.R. Grace documents. | 3.60 |
| 05/30/02 | Butcher | Document review | 1.70 |
| 05/30/02 | Cameron | Review draft comments to EPA Action Memo. | .90 |
| 05/30/02 | Cindrich | Document review. | 6.10 |
| 05/30/02 | DeMarchi Sleigh | Document review | 1.60 |
| 05/30/02 | Flatley | Review plaintiffs' brief (1.50); reviewing correspondence and organizing follow-up (1.70). | 3.20 |
| 05/30/02 | Haines | Memo to Murphy re: privileged images (0.1); telephone call re: same (0.1); review missing data from Raytik (0.5); multi memos re: same (0.3); memos to On-Site re: missing data (0.3); memo to Atkinson re: status of review (0.1). | 1.40 |
| 05/30/02 | Litigation Suppor | Loaded the .dii files for D's 20, 22 through 25. Ran the Summation utilities, Check, Pack and Blaze on the Test Load Summation database. | 2.50 |
| 05/30/02 | Lord | E-correspondence with A.Muha re: status of tenth monthly application. | .10 |
| 05/30/02 | Muha | Review revised expense detail for 10th monthly fee application. | .20 |
| 05/30/02 | Raytik | E-mail to S. Haines regarding questions regarding missing data. | .10 |
| 05/30/02 | Raytik | Research missing data. | 1.00 |
| 05/30/02 | Raytik | Research missing data. | .70 |
| 05/30/02 | Raytik | Updated spreadsheet regarding same. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  952812
60026  Special Abestos Counsel              Page  24
       June 26, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/30/02 | Raytik | Updated spreadsheet for document review. | .30 |
| 05/30/02 | Raytik | Updated spreadsheet regarding missing data. | .30 |
| 05/30/02 | Raytik | Research missing data. | .70 |
| 05/30/02 | Restivo | Research factual/legal errors in EPA Action Memorandum. | 2.70 |
| 05/30/02 | Sweet | Document review. | 6.20 |
| 05/30/02 | Trevelise | Review correspondence re: status of document review (.1); telephone call with K. Coggon re: status of document review and Columbia review(.2). | .30 |
| 05/31/02 | Atkinson | Reviewing W.R. Grace documents in Boston for production (7.8); 50% travel time from Boston (2.2). | 10.00 |
| 05/31/02 | Bentz | Drafting discovery requests (2.5); reviewing EPA Action Memorandum (2.4); work on historical case defense (1.8). | 6.70 |
| 05/31/02 | Brady | Review of W.R. Grace documents. | .70 |
| 05/31/02 | Butcher | Document review | 4.90 |
| 05/31/02 | Cameron | Review and revise draft comments to EPA Action Memo (.80); meet with J. Restivo re: same (.40); review and revise draft discovery (.60). | 1.80 |
| 05/31/02 | Cindrich | Document review. | 7.10 |
| 05/31/02 | DeMarchi Sleigh | Document review | .50 |
| 05/31/02 | Flatley | Review draft (.70); with D. Cameron to discuss J. Restivo draft (.10). | .80 |
| 05/31/02 | Haines | Memos re: missing data and CD shipments (0.3); memos to On-Site, Raytik re: completed spreadsheets (0.2); research re: same (0.4); conference call re: document | 3.10 |

```
172573  W. R. Grace & Co.                    Invoice Number  952812
60026   Special Abestos Counsel              Page  25
        June 26, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | review status (0.7); telephone call with On-Site re: same and projected deadlines (0.6); conference with Trevelise (0.1) memo re: same (0.4); memos to Cameron, Atkinson re: attorney review status (0.4). | |
| 05/31/02 | Lord | Review and edit summary and certificate of service for Reed Smith's tenth fee application (.4); e-correspondence with A.Muha re: e-filing of same (.1); prepare e-service and regular service of same to Notice parties (.8); coordinate e-filing of application summary (.1). | 1.40 |
| 05/31/02 | Lord | Update service lists and labels with withdrawal information. | .40 |
| 05/31/02 | Muha | Final revisions to 10th Monthly Fee application (.7); Grace document review (.6). | 1.30 |
| 05/31/02 | Raytik | Updated spreadsheet | .10 |
| 05/31/02 | Raytik | Updated spreadsheet | .10 |
| 05/31/02 | Raytik | Review of data. | .25 |
| 05/31/02 | Raytik | Email to Suan Haines re: questions. | .10 |
| 05/31/02 | Raytik | Review of data. | .25 |
| 05/31/02 | Restivo | Comments on EPA Action Plan | 1.00 |
| 05/31/02 | Trevelise | Review correspondence concerning document review issues. | .90 |

```
                                             ------
                                TOTAL HOURS   929.65
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Trevelise | 19.50 | at | $ 360.00 | = | 7,020.00 |
| James J. Restivo Jr. | 22.20 | at | $ 430.00 | = | 9,546.00 |
| Lawrence E. Flatley | 13.60 | at | $ 400.00 | = | 5,440.00 |
| Douglas E. Cameron | 48.00 | at | $ 385.00 | = | 18,480.00 |
| James W Bentz | 65.80 | at | $ 300.00 | = | 19,740.00 |

| | | | | | |
|---|---|---|---|---|---|
| Scott W. Brady | 66.00 | at | $ | 185.00 | = | 12,210.00 |
| Scott M. Cindrich | 111.20 | at | $ | 185.00 | = | 20,572.00 |
| Lisa D. DeMarchi Sleigh | 66.80 | at | $ | 185.00 | = | 12,358.00 |
| Bryan C. Devine | 24.10 | at | $ | 185.00 | = | 4,458.50 |
| Jayme L. Butcher | 77.90 | at | $ | 185.00 | = | 14,411.50 |
| Andrew J. Muha | 110.00 | at | $ | 185.00 | = | 20,350.00 |
| Traci Sands Rea | .50 | at | $ | 265.00 | = | 132.50 |
| Nicolle Snyder Bagnell | 2.30 | at | $ | 185.00 | = | 425.50 |
| Benjamin J. Sweet | 65.20 | at | $ | 180.00 | = | 11,736.00 |
| Richard A. Jr. Keuler | 1.20 | at | $ | 240.00 | = | 288.00 |
| M. Susan Haines | 48.30 | at | $ | 150.00 | = | 7,245.00 |
| John B. Lord | 13.30 | at | $ | 145.00 | = | 1,928.50 |
| Maureen L. Atkinson | 108.90 | at | $ | 120.00 | = | 13,068.00 |
| Carey E. Raytik | 4.90 | at | $ | 75.00 | = | 367.50 |
| Valerie Slade | 22.00 | at | $ | 130.00 | = | 2,860.00 |
| Litigation Support | 37.95 | at | $ | 110.00 | = | 4,174.50 |

                      CURRENT FEES                              186,811.50


                                                            ------------
                      TOTAL BALANCE DUE UPON RECEIPT         $ 186,811.50
                                                            ============