REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      953305
One Town Center Road                     Invoice Date      06/26/02
Boca Raton, FL    33486                  Client Number      172573


=============================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel

    Expenses                        88,641.73


            TOTAL BALANCE DUE UPON RECEIPT      $ 88,641.73
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 953305 |
| Invoice Date | 06/26/02 |
| Client Number | 172573 |
| Matter Number | 60026 |

=============================================================================

Re: Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Miscellaneous | 2.30 |
| Telephone Expense | 34.77 |
| Duplicating/Printing | 2,459.75 |
| Postage Expense | 132.05 |
| Express Mail Service | 9.16 |
| Courier Service | 278.18 |
| Secretarial Overtime | 2,362.50 |
| Lodging | 3,535.58 |
| Transportation | 79.00 |
| Air Travel Expense | 3,110.00 |
| Rail Travel Expense | 3.00 |
| Taxi Expense | 1,015.38 |
| Mileage Expense | 103.31 |
| Meal Expense | 804.01 |
| Telephone - Outside | 64.29 |
| General Expense | 74,648.45 |

CURRENT EXPENSES                        88,641.73

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    953305
One Town Center Road                     Invoice Date    06/26/02
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60026


==============================================================================

Re: (60026)  Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 03/14/02 | Telephone Expense | 18.48 |
| 03/24/02 | Courier Service parcels inc inv 11307 3/24/02 | 90.00 |
| 03/24/02 | Courier Service parcels inc inv 11389 3/31/02 | 145.00 |
| 03/24/02 | Courier Service parcels inc inv 11389 3/31/02 | 35.00 |
| 04/09/02 | Express Mail Service fedex inv 4/9/02 | 9.16 |
| 04/12/02 | 617-426-5900/BOSTON, MA/11 | .68 |
| 04/15/02 | Secretarial Overtime PRINT SUMMATION DOCS. | 120.00 |
| 04/18/02 | Secretarial Overtime NUMBER SUMMATION SHEETS | 82.50 |
| 04/19/02 | 302-652-5340/WILMINGTON, DE/2 | .17 |
| 04/21/02 | Secretarial Overtime TAPE REVISIONS | 90.00 |
| 04/23/02 | 312-861-2000/CHICAGO, IL/49 | 2.79 |
| 04/23/02 | 617-236-2000/BOSTON, MA/2 | .11 |
| 04/23/02 | Air Travel Expense ATKINSON/MAUREEN L 26APR PIT BOS PIT | 976.50 |
| 04/24/02 | ATTY # 0701: 20 COPIES | 3.00 |
| 04/25/02 | 561-362-1533/BOCA RATON, FL/9 | .51 |
| 04/26/02 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 04/26/02 | 212-252-9700/NEW YORK, NY/1 | .11 |

172573 W. R. Grace & Co.                         Invoice Number  953305
60026  Special Abestos Counsel                   Page   2
       June 26, 2002


| 04/26/02 | Air Travel Expense ROSSI/M SUSAN 28APR PHL BOS PHL | 820.00 |
|---|---|---|
| 04/29/02 | Courier Service FEDEX | 8.18 |
| 04/29/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/02 | ATTY # 0701: 6 COPIES | .90 |
| 04/29/02 | ATTY # 0349: 1 COPIES | .15 |
| 04/29/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/02 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 04/29/02 | 202-624-2801/WASHINGTON, DC/4 | .29 |
| 04/29/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 04/29/02 | 412-288-4148/PITTSBURGH, PA/9 | .58 |
| 04/30/02 | Secretarial Overtime PRINT CHECK SUMMATION DOCS | 112.50 |
| 04/30/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 04/30/02 | ATTY # 0710: 31 COPIES | 4.65 |
| 04/30/02 | ATTY # 0710: 64 COPIES | 9.60 |
| 04/30/02 | ATTY # 0710: 34 COPIES | 5.10 |
| 04/30/02 | ATTY # 0710: 37 COPIES | 5.55 |
| 04/30/02 | Secretarial Overtime ENTER DOCS INTO SUMMATION | 75.00 |
| 05/01/02 | ATTY # 0856; 72 COPIES | 10.80 |
| 05/01/02 | ATTY # 0559; 163 COPIES | 24.45 |
| 05/01/02 | ATTY # 0856; 30 COPIES | 4.50 |
| 05/01/02 | ATTY # 0349; 312 COPIES | 31.20 |
| 05/01/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/01/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/01/02 | ATTY # 0710: 8 COPIES | 3.30 |

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page   3
       June 26, 2002


05/01/02    ATTY # 0559: 1 COPIES                                .15

05/01/02    ATTY # 0559: 7 COPIES                               1.05

05/01/02    ATTY # 0710: 47 COPIES                              7.05

05/01/02    ATTY # 0559: 4 COPIES                                .60

05/01/02    ATTY # 0559: 3 COPIES                                .45

05/01/02    ATTY # 0710: 71 COPIES                             10.65

05/01/02    ATTY # 0559: 6 COPIES                                .90

05/01/02    ATTY # 0710: 57 COPIES                              8.55

05/01/02    ATTY # 0559: 7 COPIES                               1.05

05/01/02    ATTY # 0710: 1 COPIES                                .15

05/01/02    ATTY # 0856: 5 COPIES                                .75

05/01/02    ATTY # 0559: 14 COPIES                              2.10

05/01/02    ATTY # 0559: 4 COPIES                                .60

05/01/02    ATTY # 0559: 7 COPIES                               1.05

05/01/02    ATTY # 0710: 26 COPIES                              3.90

05/01/02    ATTY # 0559: 4 COPIES                                .60

05/01/02    ATTY # 0559: 4 COPIES                                .60

05/01/02    ATTY # 0559: 4 COPIES                                .60

05/01/02    ATTY # 0559: 7 COPIES                               1.05

05/01/02    ATTY # 0710: 30 COPIES                              4.50

05/01/02    ATTY # 3254: 1 COPIES                                .15

05/01/02    ATTY # 3254: 1 COPIES                                .15

05/01/02    SLADE/VALERIE                                     670.00
            06MAY PHL BOS PHL

05/02/02    302-652-4100/WILMINGTON, DE/2                        .11

05/02/02    302-652-4100/WILMINGTON, DE/1                        .11

05/02/02    ATTY # 0559; 41 COPIES                              6.15

172573 W. R. Grace & Co.                        Invoice Number  953305
60026  Special Abestos Counsel                  Page   4
       June 26, 2002


05/02/02   ATTY # 0559; 98 COPIES                        14.70

05/02/02   ATTY # 0856; 3 COPIES                           .45

05/02/02   ATTY # 0349; 80 COPIES                        12.00

05/02/02   ATTY # 0559; 590 COPIES                       88.50

05/02/02   ATTY # 0559; 4 COPIES                           .60

05/02/02   ATTY # 3254; 13 COPIES                         1.30

05/02/02   ATTY # 0718; 96 COPIES                        14.40

05/02/02   ATTY # 0559; 4 COPIES                           .60

05/02/02   ATTY # 0559; 4 COPIES                           .60

05/02/02   ATTY # 0856: 2 COPIES                           .30

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 7 COPIES                          1.05

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 5 COPIES                           .75

05/02/02   ATTY # 0559: 7 COPIES                          1.05

05/02/02   ATTY # 0559: 7 COPIES                          1.05

05/02/02   ATTY # 0559: 7 COPIES                          1.05

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0701: 22 COPIES                         3.30

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

05/02/02   ATTY # 0559: 4 COPIES                           .60

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page    5
       June 26, 2002

| 05/02/02 | ATTY # 0559: 3 COPIES | .45 |
|---|---|---|
| 05/02/02 | ATTY # 0559: 1 COPIES | .15 |
| 05/02/02 | ATTY # 0349: 1 COPIES | .15 |
| 05/02/02 | ATTY # 0349: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0349: 1 COPIES | .15 |
| 05/02/02 | ATTY # 0349: 2 COPIES | .30 |
| 05/02/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 05/02/02 | ATTY # 0885: 2 COPIES | .30 |
| 05/02/02 | ATTY # 0349: 2 COPIES | .30 |
| 05/02/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/02/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 05/02/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 05/02/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 05/02/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/02/02 | ATTY # 0701: 23 COPIES | 3.45 |
| 05/02/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 05/02/02 | Postage Expense | 3.90 |
| 05/03/02 | MEALS RE: W.R. GRACE DOCUMENT PRODUCTION IN BOSTON 4/23- 4/25/02- SUSAN HAINES - | 50.77 |
| 05/03/02 | LODGING RE: W.R. GRACE DOCUMENT PRODUCTION IN BOSTON 4/23- 4/25/02- SUSAN HAINES | 425.06 |

172573 W. R. Grace & Co.                          Invoice Number   953305
60026  Special Abestos Counsel                    Page    6
       June 26, 2002

| | | |
|---|---|---:|
| 05/03/02 | TAXI'S RE: W.R. GRACE DOCUMENT PRODUCTION IN BOSTON 4/23- 4/25/02- SUSAN HAINES - | 93.00 |
| 05/03/02 | MEALS RE: TRAVEL TO BOSTON 4/22- 4/25/02- MELODY JONES - Meal Expense - | 99.01 |
| 05/03/02 | LODGING RE: TRAVEL TO BOSTON 4/22- 4/25/02- MELODY JONES - | 513.00 |
| 05/03/02 | TAXI'S RE: TRAVEL TO BOSTON 4/22- 4/25/02- MELODY JONES - | 31.00 |
| 05/03/02 | HOTEL DOORMAN AND CHAMBERMAID TIPS RE: TRAVEL TO BOSTON 4/22- 4/25/02- MELODY JONES - | 6.00 |
| 05/03/02 | SUBWAY TOKENS RE: TRAVEL TO BOSTON 4/22- 4/25/02- MELODY JONES - | 2.00 |
| 05/03/02 | ATTY # 0701; 11 COPIES | 1.65 |
| 05/03/02 | ATTY # 3254; 2 COPIES | .30 |
| 05/06/02 | ATTY # 0885; 24 COPIES | 3.60 |
| 05/06/02 | Telephone - Outside - 3/25 THRU 4/24 | 43.78 |
| 05/06/02 | 202-756-8000/WASHINGTON, DC/1 | .11 |
| 05/06/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 05/06/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 05/06/02 | Secretarial Overtime PRINT CHECK SUMMATION DOCS | 270.00 |
| 05/06/02 | ATTY # 0701: 12 COPIES | 1.80 |
| 05/06/02 | ATTY # 0885: 2 COPIES | .30 |
| 05/06/02 | ATTY # 0701: 12 COPIES | 1.80 |
| 05/06/02 | ATTY # 0885: 1 COPIES | .15 |
| 05/06/02 | ATTY # 0701: 12 COPIES | 1.80 |
| 05/07/02 | ATTY # 0349; 729 COPIES | 72.90 |
| 05/07/02 | ATTY # 0701; 108 COPIES | 16.20 |
| 05/07/02 | ATTY # 0349; 2482 COPIES | 248.20 |
| 05/07/02 | ATTY # 0559; 500 COPIES | 75.00 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
       June 26, 2002

Invoice Number  953305
Page   7

| Date | Description | Amount |
|---|---|---|
| 05/07/02 | ATTY # 0349; 180 COPIES | 27.00 |
| 05/07/02 | ATTY # 0559; 100 COPIES | 15.00 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/07/02 | ATTY # 0349: 15 COPIES | 2.25 |
| 05/07/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/07/02 | ATTY # 0559: 1 COPIES | .15 |
| 05/07/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 05/07/02 | ATTY # 0559: 1 COPIES | .15 |
| 05/07/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/07/02 | ATTY # 0349: 146 COPIES | 21.90 |
| 05/07/02 | ATTY # 0349: 4 COPIES | .60 |
| 05/07/02 | ATTY # 0349: 3 COPIES | .45 |
| 05/07/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/07/02 | ATTY # 0559: 2 COPIES | .30 |
| 05/07/02 | ATTY # 0559: 15 COPIES | 2.25 |
| 05/07/02 | ATTY # 0856: 5 COPIES | .75 |
| 05/07/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 05/08/02 | 412-288-3123/PITTSBURGH, PA/11 | 4.44 |
| 05/08/02 | ATTY # 0349; 692 COPIES | 69.20 |
| 05/08/02 | ATTY # 0349; 280 COPIES | 28.00 |
| 05/08/02 | ATTY # 0701; 21 COPIES | 3.15 |
| 05/08/02 | ATTY # 0349; 400 COPIES | 40.00 |

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page    8
       June 26, 2002

05/08/02   ATTY # 0718; 312 COPIES                            46.80

05/08/02   ATTY # 0885: 4 COPIES                                .60

05/08/02   ATTY # 0559: 1 COPIES                                .15

05/08/02   ATTY # 0885: 2 COPIES                                .30

05/08/02   ATTY # 0559: 14 COPIES                              2.10

05/08/02   ATTY # 0710: 120 COPIES                            18.00

05/08/02   ATTY # 0559: 4 COPIES                                .60

05/08/02   ATTY # 0885: 2 COPIES                                .30

05/08/02   ATTY # 0559: 4 COPIES                                .60

05/08/02   ATTY # 0685: 36 COPIES                              5.40

05/08/02   561-362-1533/BOCA RATON, FL/2                        .11

05/09/02   Postage Expense                                    43.89

05/09/02   Postage Expense                                    40.47

05/09/02   Postage Expense                                    39.50

05/09/02   ATTY # 0856; 24 COPIES                              3.60

05/09/02   ATTY # 0349; 6 COPIES                                .90

05/09/02   ATTY # 0349; 1068 COPIES                          106.80

05/09/02   ATTY # 0885; 24 COPIES                              3.60

05/09/02   ATTY # 0349; 2981 COPIES                          298.10

05/09/02   ATTY # 0687; 22 COPIES                              3.30

05/09/02   ATTY # 0718; 6 COPIES                                .90

05/09/02   ATTY # 0710: 53 COPIES                              7.95

05/09/02   ATTY # 0559: 4 COPIES                                .60

05/09/02   ATTY # 0885: 1 COPIES                                .15

05/09/02   ATTY # 0559: 14 COPIES                              2.10

05/09/02   ATTY # 3254: 1 COPIES                                .15

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page   9
       June 26, 2002

05/09/02   ATTY # 3254: 1 COPIES                                    .15

05/09/02   ATTY # 3254: 1 COPIES                                    .15

05/09/02   ATTY # 3254: 2 COPIES                                    .30

05/09/02   561-362-1533/BOCA RATON, FL/11                           .63

05/09/02   561-362-1533/BOCA RATON, FL/3                            .23

05/09/02   ATTY # 1971: 11 COPIES                                  1.65

05/10/02   Taxi Expense - - VENDOR: YELLOW CAB CO.                25.86

05/10/02   LODGING IN BOSTON FOR DOCUMENT PREPARATION            461.06
           (VALERIE  SLADE) Lodging - - VENDOR: OMNI
           PARKER HOUSE

05/10/02   CONFERENCE CALL BETWEEN, HAINES, TREVELISE AND        20.51
           CHRIS SULLIVAN ON 4/22/02- Telephone - Outside
           - - VENDOR: CHORUS CALL, INC.

05/10/02   ATTY # 0856; 2 COPIES                                    .30

05/10/02   ATTY # 0701; 4 COPIES                                    .60

05/10/02   ATTY # 3254; 3 COPIES                                    .45

05/10/02   ATTY # 0701: 97 COPIES                                 14.55

05/10/02   ATTY # 0710: 1 COPIES                                    .15

05/10/02   ATTY # 0701: 45 COPIES                                  6.75

05/10/02   ATTY # 0710: 53 COPIES                                  7.95

05/10/02   ATTY # 0559: 7 COPIES                                   1.05

05/10/02   ATTY # 0701: 99 COPIES                                 14.85

05/10/02   ATTY # 0701: 45 COPIES                                  6.75

05/10/02   ATTY # 0701: 4 COPIES                                    .60

05/10/02   ATTY # 0710: 194 COPIES                                29.10

05/10/02   561-362-1533/BOCA RATON, FL/25                         1.43

05/13/02   215-851-8250/PHILA, PA/9                                 .52

05/13/02   312-861-2000/CHICAGO, IL/2                               .11

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page  10
       June 26, 2002

| Date | Description | Amount |
|---|---|---|
| 05/13/02 | 215-851-8250/PHILA, PA/8 | .46 |
| 05/13/02 | ATTY # 0701: 97 COPIES | 14.55 |
| 05/13/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/13/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/13/02 | ATTY # 0701: 97 COPIES | 14.55 |
| 05/13/02 | ATTY # 0701: 97 COPIES | 14.55 |
| 05/13/02 | ATTY # 0701: 4 COPIES | .60 |
| 05/13/02 | ATTY # 0701: 8 COPIES | 1.20 |
| 05/13/02 | ATTY # 0701: 97 COPIES | 14.55 |
| 05/13/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/14/02 | ATTY # 3254; 8 COPIES | 1.20 |
| 05/14/02 | ATTY # 3254; 1 COPIES | .15 |
| 05/14/02 | 703-276-1123/ARLINGTON, VA/2 | .17 |
| 05/14/02 | 617-725-1649/BOSTON, MA/5 | .34 |
| 05/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 05/14/02 | ATTY # 0885: 5 COPIES | .75 |
| 05/14/02 | ATTY # 0349: 1 COPIES | .15 |
| 05/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/02 | ATTY # 0885: 5 COPIES | .75 |
| 05/15/02 | TRAVEL TO BOSTON, REVIEW W.R. GRACE DOCUMENTS 4/16 - 4/18/02 (VALERIE SLADE) | 72.64 |
| 05/15/02 | Taxi Expense | 194.00 |
| 05/15/02 | TRAVEL TO BOSTON, REVIEW W.R. GRACE DOCUMENTS 4/16 - 4/18/02 (VALERIE SLADE) | 25.00 |
| 05/15/02 | 703-276-1123/ARLINGTON, VA/9 | .51 |
| 05/15/02 | Secretarial Overtime PRINT CHECK TARGET SHEETS SUMMATION | 427.50 |
| 05/15/02 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                           Invoice Number  953305
60026  Special Abestos Counsel                     Page  11
       June 26, 2002


05/15/02   ATTY # 0885: 5 COPIES                                  .75

05/15/02   ATTY # 0349: 1 COPIES                                  .15

05/15/02   ATTY # 0885: 1 COPIES                                  .15

05/16/02   Postage Expense                                      3.95

05/16/02   410-531-4000/COLUMBIA, MD/1                            .11

05/16/02   ATTY # 0349; 321 COPIES                              48.15

05/16/02   ATTY # 0885; 540 COPIES                              54.00

05/16/02   ATTY # 0349; 107 COPIES                              16.05

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   ATTY # 0349: 2 COPIES                                  .30

05/16/02   ATTY # 0349: 2 COPIES                                  .30

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   ATTY # 0349: 1 COPIES                                  .15

05/16/02   Duplicating/Printing                                 -3.80

05/17/02   ATTY # 0856; 67 COPIES                               10.05

05/18/02   Secretarial Overtime PRINTING DOC FOR SUMMATION     195.00

05/18/02   ATTY # 0856; 4 COPIES                                  .60

05/19/02   Secretarial Overtime PRINTING DOCS. FROM            390.00
           SUMMATION

05/20/02   Transportation -PARKING - M. LASZCZYNSKI              3.00
           05/19/02

05/20/02   Meal Expense -  M. LASZCZYNSKI 05/19/02               6.64

05/20/02   Mileage Expense - 36 MILES - M. LASZCZYNSKI          13.14
           05/19/02

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page  12
       June 26, 2002


05/20/02   Mileage Expense -  36 MILES - M. LASZCZYNSKI        13.14
           05/18/02

05/20/02   Transportation - PARKING - M. LASZCZYNSKI            3.00
           05/18/02

05/20/02   Meal Expense -  M. LASZCZNSKI 05/18/02               5.33

05/20/02   ATTY # 0856; 1 COPIES                                 .15

05/20/02   ATTY # 0349; 10 COPIES                               1.50

05/20/02   ATTY # 0349; 7 COPIES                                1.05

05/20/02   ATTY # 0856: 1 COPIES                                 .15

05/20/02   ATTY # 0396: 1 COPIES                                 .15

05/20/02   Secretarial Overtime PRINT SUMMATION DOCS. FOR      600.00
           REVIEW BY ATTORNEYS

05/21/02   TRAVEL TO BOSTON, REVIEW W.R. GRACE DOCUMENTS        98.76
           5/6 - 5/8/02 (VALERIE SLADE)

05/21/02   TRAVEL TO BOSTON, REVIEW W.R. GRACE DOCUMENTS        30.00
           5/6 - 5/8/02 (VALERIE SLADE)

05/21/02   Taxi Expense-Boston Doc. Review 5/6-5/8/02          171.00

05/21/02   General Expense -VENDOR: ON SITE SOURCING INC      5247.17
           DOC SCANNING 12/21/01 INVOICE

05/21/02   Meal Expense -  S. HELBLING 05/18/02                 6.25

05/21/02   Transportation -  PARKING - S. HELBLING              3.00
           05/18/02

05/21/02   Mileage Expense -  S. HELBLING 05/18/02              8.03

05/21/02   MEALS RE: TRAVEL EXPENSES / W.R. GRACE DOCUMENT     54.46
           PRODUCTION IN BOSTON, MA. 5/8- 5/10/02- SUSAN
           HAINES -

05/21/02   LODGING RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT    515.02
           PRODUCTION IN BOSTON, MA. 5/8- 5/10/02- SUSAN
           HAINES -

05/21/02   TAXI'S RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT      99.00
           PRODUCTION IN BOSTON, MA. 5/8- 5/10/02- SUSAN
           HAINES - Taxi

05/21/02   ATTY # 0856; 5 COPIES                                 .75

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page  13
       June 26, 2002


05/21/02   ATTY # 0871; 36 COPIES                              5.40

05/21/02   ATTY # 0856: 1 COPIES                                .15

05/21/02   ATTY # 0349: 1 COPIES                                .15

05/21/02   ATTY # 0856: 1 COPIES                                .15

05/21/02   ATTY # 0349: 3 COPIES                                .45

05/21/02   ATTY # 0710: 22 COPIES                              3.30

05/21/02   ATTY # 0685: 18 COPIES                              2.70

05/21/02   ATTY # 0685: 2 COPIES                                .30

05/22/02   Taxi Expense -W R GRACE OMNIBUS HEARING IN         63.00
           WILMINGTON, DE 5/20

05/22/02   Mileage Expense - W R GRACE OMNIBUS HEARING IN     16.00
           WILMINGTON, DE 5/20   PARKING

05/22/02   ATTY # 0701: 4 COPIES                                .60

05/22/02   ATTY # 0718; 36 COPIES                             5.40

05/23/02   Miscellaneous 04/22/02 SODAS/CHIPS IN 9C           2.30
           CAMERON

05/23/02   ATTY # 0701: 103 COPIES                           15.45

05/23/02   ATTY # 0856: 1 COPIES                                .15

05/23/02   ATTY # 0559; 2 COPIES                                .30

05/23/02   ATTY # 0856; 2 COPIES                                .30

05/24/02   Meal Expense - W.R. GRACE CLIENT/CONSULTANT        15.00
           MEETINGS IN DENVER, CO 5/22   1 BREAKFAST 1
           LUNCH

05/24/02   Taxi Expense -  W.R. GRACE CLIENT/CONSULTANT       82.00
           MEETINGS IN DENVER, CO 5/22

05/24/02   ATTY # 0701: 59 COPIES                             8.85

05/26/02   ATTY # 0856; 8 COPIES                              1.20

05/27/02   ATTY # 0559: 2 COPIES                                .30

05/27/02   ATTY # 0559: 1 COPIES                                .15

172573  W. R. Grace & Co.                          Invoice Number  953305
60026   Special Abestos Counsel                    Page   14
        June 26, 2002


05/27/02    ATTY # 0559: 4 COPIES                              .60

05/27/02    ATTY # 0559: 2 COPIES                              .30

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 2 COPIES                              .30

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 2 COPIES                              .30

05/27/02    ATTY # 0559: 1 COPIES                              .15

05/27/02    ATTY # 0559: 4 COPIES                              .60

05/27/02    ATTY # 0559: 4 COPIES                              .60

05/27/02    ATTY # 0559: 4 COPIES                              .60

05/27/02    ATTY # 0559: 4 COPIES                              .60

05/27/02    ATTY # 0559; 1074 COPIES                        161.10

05/27/02    ATTY # 0559; 5 COPIES                              .75

05/27/02    ATTY # 0559; 114 COPIES                          17.10

05/27/02    ATTY # 0856; 61 COPIES                            9.15

05/27/02    ATTY # 0559; 675 COPIES                          101.25

05/28/02    Meal Expense -  DOUGLAS E. CAMERON              183.33

05/28/02    Air Travel Expense -  DOUGLAS E. CAMERON DENVER   15.00
            4/17-18/02  TICKET SURCHARGE

05/28/02    Transportation -S HELBLING - PARKING 5/27         3.00

05/28/02    Transportation -  S HELBLING - PARKING 5/25       3.00

05/28/02    Mileage Expense - S HELBLING 5/25                 8.03

05/28/02    Mileage Expense -  S HELBLING 5/27                8.03

05/28/02    Meal Expense -  S HELBLING 5/27                   5.34

172573 W. R. Grace & Co.                          Invoice Number  953305
60026  Special Abestos Counsel                    Page  15
       June 26, 2002

| | | |
|---|---|---|
| 05/28/02 | Meal Expense - S HELBLING 5/25 | 6.41 |
| 05/28/02 | ATTY # 0559: 3 COPIES | .45 |
| 05/28/02 | ATTY # 0559: 2 COPIES | .30 |
| 05/28/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0701: 2 COPIES | .30 |
| 05/28/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0856: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0856: 1 COPIES | .15 |
| 05/28/02 | ATTY # 0685: 18 COPIES | 2.70 |
| 05/28/02 | ATTY # 0701; 2 COPIES | .20 |
| 05/28/02 | ATTY # 0701; 449 COPIES | 44.90 |
| 05/28/02 | ATTY # 0856; 8 COPIES | 1.20 |
| 05/28/02 | ATTY # 0559; 1 COPIES | .15 |
| 05/28/02 | ATTY # 0856; 8 COPIES | 1.20 |
| 05/28/02 | ATTY # 0701; 156 COPIES | 15.60 |
| 05/28/02 | ATTY # 0701; 1587 COPIES | 158.70 |
| 05/28/02 | ATTY # 0701; 4 COPIES | .40 |
| 05/28/02 | 703-276-1123/ARLINGTON, VA/4 | .29 |
| 05/29/02 | Meal Expense -MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 54.40 |
| 05/29/02 | Lodging - MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 447.00 |
| 05/29/02 | Air Travel Expense - MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 100.00 |
| 05/29/02 | Rail Travel Expense -MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 2.00 |

172573 W. R. Grace & Co.
60C26  Special Abestos Counsel
       June 26, 2002

Invoice Number  953305
Page  16

| | | |
|---|---|---|
| 05/29/02 | Taxi Expense -  MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 27.00 |
| 05/29/02 | Mileage Expense  MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 11.90 |
| 05/29/02 | Transportation -  MAUREEN ATKINSON BOSTON 4/29-5/2/02 | 36.00 |
| 05/29/02 | General Expense - MAUREEN ATKINSON BOSTON 4/29-5/2/02 TIPS | 8.00 |
| 05/29/02 | Meal Expense - MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 88.18 |
| 05/29/02 | Lodging -MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 502.00 |
| 05/29/02 | Rail Travel Expense - MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 1.00 |
| 05/29/02 | Taxi Expense - MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 28.00 |
| 05/29/02 | Mileage Expense - MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 11.90 |
| 05/29/02 | Transportation -  MAUREEN ATKINSON BOSTON 5/13-5/16/02 | 23.00 |
| 05/29/02 | General Expense -MAUREEN ATKINSON BOSTON 5/13-5/16/02 TIPS | 7.00 |
| 05/29/02 | Air Travel Expense - DOUGLAS E. CAMERON CHICAGO 5/22/02 | 528.50 |
| 05/29/02 | Transportation -  PARKING - M LASZCYNSKI 5/28 | 3.00 |
| 05/29/02 | Mileage Expense -  PETTY CASH CUSTODIAN 36 MI M LASZCYNSKI 5/28 | 13.14 |
| 05/29/02 | Meal Expense - m laszcynski 5/28 | 4.98 |
| 05/29/02 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/29/02 | ATTY # 0701: 1 COPIES | .15 |
| 05/29/02 | ATTY # 0701: 135 COPIES | 20.25 |
| 05/29/02 | ATTY # 0701: 2 COPIES | .30 |
| 05/29/02 | ATTY # 0701: 4 COPIES | .60 |

172573 W. R. Grace & Co.                    Invoice Number  953305
60026  Special Abestos Counsel              Page  17
       June 26, 2002

| | | |
|---|---|---:|
| 05/29/02 | ATTY # 0235: 1 COPIES | .15 |
| 05/29/02 | ATTY # 0701; 96 COPIES | 14.40 |
| 05/29/02 | ATTY # 0349; 35 COPIES | 5.25 |
| 05/29/02 | ATTY # 0856; 1 COPIES | .15 |
| 05/29/02 | ATTY # 0559; 2 COPIES | .30 |
| 05/29/02 | ATTY # 0710; 283 COPIES | 42.45 |
| 05/29/02 | ATTY # 0235; 7 COPIES | 1.05 |
| 05/29/02 | ATTY # 0718; 41 COPIES | 6.15 |
| 05/30/02 | ATTY # 0885: 4 COPIES | .60 |
| 05/30/02 | ATTY # 0885: 4 COPIES | .60 |
| 05/30/02 | ATTY # 0235: 2 COPIES | .30 |
| 05/30/02 | ATTY # 0235: 2 COPIES | .30 |
| 05/30/02 | ATTY # 0235: 1 COPIES | .15 |
| 05/30/02 | ATTY # 0235: 2 COPIES | .30 |
| 05/30/02 | ATTY # 0235: 2 COPIES | .30 |
| 05/30/02 | ATTY # 0235: 1 COPIES | .15 |
| 05/30/02 | ATTY # 0856; 1 COPIES | .15 |
| 05/31/02 | Postage Expense | .34 |
| 05/31/02 | ATTY # 0885: 5 COPIES | .75 |
| 05/31/02 | ATTY # 0885: 1 COPIES | .15 |
| 05/31/02 | ATTY # 0885: 5 COPIES | .75 |
| 05/31/02 | ATTY # 0885: 4 COPIES | .60 |
| 05/31/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/31/02 | ATTY # 0559: 4 COPIES | .60 |
| 05/31/02 | ATTY # 0885: 5 COPIES | .75 |

```
172573 W. R. Grace & Co.                      Invoice Number  953305
60026  Special Abestos Counsel                Page  18
       June 26, 2002
```

| | | |
|---|---|---|
| 05/31/02 | MEALS RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT PRODUCTION IN BOSTON, MA. 5/15- 5/17/02- SUSAN HAINES - | 52.51 |
| 05/31/02 | LODGING RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT PRODUCTION IN BOSTON, MA. 5/15- 5/17/02- SUSAN HAINES - | 672.44 |
| 05/31/02 | TAXI'S RE: TRAVEL EXPENSES/W.R. GRACE DOCUMENT PRODUCTION IN BOSTON, MA. 5/15-5/17/02- SUSAN HAINES - | 99.00 |
| 05/31/02 | ATTY # 0885; 16 COPIES | 2.40 |
| 05/31/02 | ATTY # 0718; 182 COPIES | 27.30 |
| 05/31/02 | Taxi Expense -  YELLOW CAB CO. 05/09/02 Doc Review | 25.40 |
| 05/31/02 | Taxi Expense - YELLOW CAB CO. 05/16/02 Doc. Review | 25.40 |
| 05/31/02 | Taxi Expense - YELLOW CAB CO. 05/23/02 Doc. Review | 25.63 |
| 05/31/02 | Taxi Expense -  YELLOW CAB CO. 05/22/02 Doc. Review | 26.09 |
| 06/28/02 | General Expense - - VENDOR: ON SITE SOURCING INC DOCUMENT SCANNING JUNE 2002 | 69325.28 |

```
                          CURRENT EXPENSES              88,641.73
                                                     -------------
                          TOTAL BALANCE DUE UPON RECEIPT  $ 88,641.73
                                                     =============
```