IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached **Limited Objection of the Official Committee of Unsecured Creditors to the Response and Motion of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim (Docket No. 2189)** was made July 1, 2002, upon:

Via Hand Delivery

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Via Facsimile and First Class Mail

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Facsimile: (305) 374-7580

Dated: July 1, 2002

Ralph N. Sianni (DE I.D. No. 4151)
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4942
Facsimile: (302) 657-4901
Email: rnsianni@duanemorris.com

WLM\162676.1