IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-001139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 2122 |
| | ) | |
| | ) | Hearing: July 22, 2002 - 10:00 a.m. |

**DEBTORS' RESPONSE TO THE MOTION OF ANTHONY JAMES MCMAHON AND THOMAS ALEXANDER RIDDEL OF KPMG, IN THEIR CAPACITY AS SCHEME ADMINISTRATORS OF ENGLISH AND AMERICAN INSURANCE CO. LIMITED, FOR AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016**

The Motion of the Scheme Administrators to Compel the Production of documents is premature and should be denied. The Motion requests disclosure of documents with respect to a potential claim. The discovery should be deferred until the Debtors file an objection, if any, to a claim filed in accordance the Court's Bar Date Order of April 22, 2002. Further, most of the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

documents which the Scheme Administrators have requested of the Debtors, are subject to a confidentiality restriction and the Debtors are not at liberty to produce the documents at this time. In further support of this response, the Debtors state as follows:

1. The Scheme Administrators request discovery with respect to a potential claim they may have against the Debtors. The bar date for filing claims in the nature of those which the Debtors anticipate the Scheme Administrators may seek to assert, is March 31, 2003. No date has been set by the Court by which objections to such claims must be filed by the Debtors. Discovery is not appropriate until the bar date passes, claims are filed and the Debtors determine which claims they will oppose. Any discovery related to an individual claim at this time is premature and a needless demand on the Debtors' resources.

2. In addition, most of the documents which the Scheme Administrators have requested of the Debtors are subject to a confidentially provision prohibiting Grace from producing those documents to the Scheme Administrators without the consent of Gerling-Lonzern Allegemeine Versicherungs -AG ("Gerling").[2] Thus far, Gerling has not consented to the production of the documents. Therefore, the Debtors cannot comply with the Scheme Administrator's request.

---

[2] The Debtors acknowledge that the first paragraph of the Scheme Administrators' document request may not call for confidential information. However, as outlined above, the request for production of such information at this time is premature.

WHEREFORE, the Debtors respectfully request that the Scheme Administrators Motion to Compel Production be denied.

July 1, 2002

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL YOUNG & JONES P.C.

_/s/ David W. Carickhoff, Jr._
Laura Davis Jones (#2436)
David W. Carickhoff, Jr. (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier)
Tel: (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession