**CT** CORPORATION

June 26, 2002

W.R. Grace & Co.
Return Mail Processing
P.O. Box 913
El Segundo, CA 90245-0913

SUBJECT:   RETURN OF SERVICE

   MESA PETROLEUM CO.

   BANKRUPTCY OF W.R. GRACE & CO., ET AL.
   CASE NO. 01-01139 (JKF)

According to our records and the records of the Montana Secretary of State's office, **Mesa Petroleum Co.** is no longer registered to do business in the state of Montana. Accordingly, we are returning the *Claims Bar Date Notice Materials* received by our office.

Sincerely,

Amy D. Christensen

fd:Return.D

Enclosures

c:   Clerk of Court
     CT New York #4593220

40 West Lawrence, Suite A
PO Box 1166
Helena, MT 59624
Tel. 406 442 3690
Fax 406 449 4849

A CCH LEGAL INFORMATION SERVICES COMPANY