## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: July 23, 2002 @ 4:00 p.m.** |

## SEVENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 1, 2002 through May 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $6,957.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $688.60 |

This is a(n):      _x_ interim      ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:35105.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| December 28, 2001 1426 | October 26 through November 30, 2001 | $5,518.00 $2,028.76 | $4,414.40 $2,028.76 | 1541 |
| January 25, 2002 1548 | December 1 through December 31, 2001 | $4,119.50 $ 940.67 | $3,295.60 $ 940.67 | 1689 |
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2002 THROUGH MAY 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K. D. Currier | $395.00 | 8.1 | $3,199.50 |
| Jeffrey R. Waxman | $160.00 | 9.9 | $1,584.00 |
| Victoria J.A. Dye | $120.00 | 3.7 | $444.00 |
| Raelena T. Taylor | $120.00 | 1.0 | $120.00 |
| Susan L. Patterson | $110.00 | 7.0 | $770.00 |
| Maryann Zickgraf | $80.00 | 10.5 | $840.00 |
| TOTAL | | 40.2 | $6,957.50 |

KRLSWIL:35105.1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### MAY 1, 2002 THROUGH MAY 31, 2002

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.6 | $213.50 |
| Business Operations | 0.4 | $158.00 |
| Case Administration | 17.9 | $2,718.50 |
| Claims Administration & Objections | 2.3 | $603.00 |
| Employee Benefits/Pensions | 0.3 | $118.50 |
| Fee/Employment Applications | 5.4 | $771.00 |
| Klett Rooney Fee/Employment Applications | 10.4 | $1,300.00 |
| Litigation | 2.9 | $1,075.00 |
| **TOTAL** | 40.2 | $6,957.50 |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### MAY 1, 2002 THROUGH MAY 31, 2002

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $335.40 |
| Telecopy expenses | $33.20 |
| Express/Certified Mail | $40.88 |
| Federal Express | $78.38 |
| Professional Services | $27.72 |
| Computer Research | $2.50 |
| Messenger Services | $72.50 |
| Duplicating Services | $98.02 |
| **TOTAL** | **$688.60** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
        Teresa K. D. Currier (No. 3080)
        Jeffrey R. Waxman (No. 4159)
        1000 West Street, Suite 1410
        Wilmington, DE  19801
        (302) 552-4200

        Co-Counsel to the Official Committee of
        Equity Holders

Dated: July 2, 2002

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 19, 2002
                                              MATTER :  W9600-001
                                              INVOICE : 139491


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

      RE:  IN RE: W.R. GRACE & CO., ET AL.
```

|  | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 05/01/02 | REPRODUCTION OF DOCUMENTS | 2.70 |
| 05/01/02 | REPRODUCTION OF DOCUMENTS | 3.60 |
| 05/01/02 | REPRODUCTION OF DOCUMENTS | 2.55 |
| 05/02/02 | FEDERAL EXPRESS - INV 4-196-27271 - FEDERAL EXPRESS CORPORATION | 9.26 |
| 05/03/02 | PROFESSIONAL SERVICES - PACER | 27.72 |
| 05/03/02 | REPRODUCTION OF DOCUMENTS | 36.90 |
| 05/03/02 | TELECOPY EXPENSES | 2.47 |
| 05/08/02 | TELECOPY EXPENSES | 5.60 |
| 05/08/02 | REPRODUCTION OF DOCUMENTS | 168.75 |
| 05/08/02 | REPRODUCTION OF DOCUMENTS | 12.60 |
| 05/08/02 | REPRODUCTION OF DOCUMENTS | 8.25 |
| 05/10/02 | REPRODUCTION OF DOCUMENTS | 3.45 |
| 05/13/02 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 98.02 |
| 05/15/02 | EXPRESS/CERTIFIED MAIL | 11.20 |
| 05/15/02 | REPRODUCTION OF DOCUMENTS | 10.50 |
| 05/15/02 | TELECOPY EXPENSES | 12.57 |
| 05/16/02 | REPRODUCTION OF DOCUMENTS | 6.90 |
| 05/16/02 | REPRODUCTION OF DOCUMENTS | 10.20 |
| 05/17/02 | REPRODUCTION OF DOCUMENTS | .30 |
| 05/19/02 | REPRODUCTION OF DOCUMENTS | 16.50 |
| 05/23/02 | MESSENGER SERVICES - 11916 - PARCELS, INC.-D R | 72.50 |
| 05/23/02 | EXPRESS/CERTIFIED MAIL | 29.68 |
| 05/23/02 | FEDERAL EXPRESS - 4-197-74599 - FEDERAL EXPRESS CORPORATION | 59.86 |
| 05/23/02 | FEDERAL EXPRESS - INV 4-197-35547 - FEDERAL EXPRESS CORPORATION | 9.26 |
| 05/25/02 | EMPLOYEE EXPENSES | .00 |
| 05/25/02 | COMPUTER RESEARCH - WAXMAN, 4/30 | 2.50 |
| 05/29/02 | REPRODUCTION OF DOCUMENTS | 52.20 |
| 05/29/02 | TELECOPY EXPENSES | 10.09 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 19, 2002
MATTER :  W9600-001
INVOICE : 139491

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

05/29/02 TELECOPY EXPENSES                          2.47

                    TOTAL EXPENSE ADVANCES :        688.60

                    TOTAL DUE  :                    688.60

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 19, 2002
                                              MATTER : W9600-003
                                              INVOICE : 139492
```

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

        RE:  ASSET DISPOSITION


```
DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
----  ----   -------------------------------                      -----

05/03/02 TC    REVIEWED MOTION OF UNION TANK CAR FOR AN ORDER        .30
               COMPELLING ASSUMPTION OR REJECTION OF LEASE

05/10/02 JRW   REVIEW MOTION OF UNION TANK CAR CO. FOR MOTION        .10
               TO ASSUME/REJECT UNEXPIRED LEASE

05/24/02 TC    REVIEWED CATERPILLAR STIPULATION                      .20
```


```
                  T I M E   S U M M A R Y
                  -----------------------

                       RATE    HOURS         TOTALS
                       ----    -----         ------

    J R WAXMAN          160.00   .10          16.00
    T CURRIER           395.00   .50         197.50
                 TOTALS          .60         213.50


                 TOTAL FEES :                      213.50


                 TOTAL DUE  :                      213.50
```


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 19, 2002
                                            MATTER : W9600-004
                                            INVOICE : 139493


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

     RE:  BUSINESS OPERATIONS



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED            HOURS
   ----  ----   -------------------------------            -----

   05/01/02 TC    REVIEWED REPORT OF BUSINESS OPERATIONS       .40


                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

       T CURRIER           395.00     .40      158.00
                   TOTALS         .40      158.00


                    TOTAL FEES :                158.00


                    TOTAL DUE  :                158.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 19, 2002
MATTER : W9600-005
INVOICE : 139494

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/02 | RTT | PREPARE FILING RE: RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO DEBTORS MOTION TO INTERVENE | 1.00 |
| 05/03/02 | SLP | UPDATING AND INDEXING PLEADINGS; MATCHING IMAGED DOCS TO SUMMATION ENTRIES | 3.70 |
| 05/06/02 | SLP | ORGANIZING, INDEXING AND LINKING IMAGES FOR PLEADINGS | 1.90 |
| 05/06/02 | VJD | RETRIEVE UPDATES FROM DOCKET AND IMPORT INTO SUMMATION | .80 |
| 05/07/02 | TC | REVIEWED AGENDA LETTER FOR HEARING 5/20 | .40 |
| 05/08/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .10 |
| 05/15/02 | MMZ | REVIEW OF NUMEROUS PLEADINGS AND UPDATING OF DOCKET | .80 |
| 05/16/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 5/20 | .40 |
| 05/16/02 | VJD | RETRIEVE DOCKET UPDATES FROM CM/ECF SYSTEM | .30 |
| 05/18/02 | TC | REVIEWED AGENDA OF ITEMS FOR HEARING 5/20 | .40 |
| 05/19/02 | JRW | REVIEW DOCKET; PREPARE FOR MAY 20, 2002 HEARING | 1.20 |
| 05/20/02 | JRW | ATTEND HEARING | 4.90 |
| 05/20/02 | SLP | GENERATING DOCKET REPORT; LOADING DOCKET REPORT INTO SUMMATION; UPDATING AND INDEXING PLEADINGS | 1.40 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 19, 2002
MATTER :  W9600-005
INVOICE : 139494

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/20/02 | TC | CONF WITH JEFF WAXMAN RE ATTENDANCE AT HEARING TODAY AND PARALEGAL USE | .30 |
| 05/29/02 | JRW | CONFERENCE WITH MZICKGRAF RE: REIMBURSEMENT OF EXPENSES FOR COMMITTEE MEMBERS; EMAIL FROM LSPIETH AND EMAIL TO MZICKGRAF RE: SAME; REVIEW DOCKET AND REVIEW, REVISE AND SIGN CNOS RE: KRLS AND KRAMER FEE APPLICATIONS (.2) | .30 |

## T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| J R WAXMAN | | 160.00 | 6.50 | 1040.00 |
| M M ZICKGRAF | | 80.00 | .80 | 64.00 |
| R T TAYLOR | | 120.00 | 1.00 | 120.00 |
| S L PATTERSON | | 110.00 | 7.00 | 770.00 |
| T CURRIER | | 395.00 | 1.50 | 592.50 |
| V J DYE | | 120.00 | 1.10 | 132.00 |
| | TOTALS | | 17.90 | 2718.50 |

TOTAL FEES :              2,718.50

TOTAL DUE  :              2,718.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 19, 2002
MATTER :  W9600-006
INVOICE : 139495

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

RE:  CLAIMS ADMINISTRATION & OBJECTIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/03/02 | TC | REVIEWED BAR DATE ORDER ON ALL NON-ASBESTOS CLAIMS | .30 |
| 05/08/02 | TC | REVIEWED ORDER RETAINING BANKRUPTCY CLAIMS CONSULTANT FOR CLAIMS RECONCILIATION | .20 |
| 05/16/02 | TC | REVIEWED DEBTORS' RESPONSE TO MOTION TO ASBESTOS PROPERTY DAMAGE COMMITTEE TO APPEAL BAR DATE ORDER | .30 |
| 05/17/02 | JRW | REVIEW DEBTORS' RESPONSE TO ASBESTOS PROPERTY MOTION FOR LEAVE TO APPEAL BAR DATE ORDER | .10 |
| 05/17/02 | JRW | TELEPHONE CALLS TO AND FROM GBECKER RE:FILING OBJECTION TO ZAI MOTION TO STRIKE CLAIMS (.3); EMAILS FROM GBECKER RE: SAME (.1); REVIEW DOCKET AND REVIEW AND EDIT MOTION (.5); PREPARE MOTION FOR SERVICE AND FILING (.3) | 1.20 |
| 05/24/02 | TC | REVIEWED JOINDER TO MOTION TO STRIKE PROOFS OF CLAIM | .20 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| J R WAXMAN | 160.00 | 1.30 | 208.00 |
| T CURRIER | 395.00 | 1.00 | 395.00 |
| TOTALS |  | 2.30 | 603.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JUNE 19, 2002
                                             MATTER :  W9600-006
                                             INVOICE : 139495


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

    RE:   CLAIMS ADMINISTRATION & OBJECTIONS


                         TOTAL FEES :                    603.00

                         TOTAL DUE  :                    603.00


PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 19, 2002
                                            MATTER : W9600-007
                                            INVOICE : 139496


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

     RE:  EMPLOYEE BENEFITS/PENSIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

05/16/02 TC    REVIEWED MOTION OF DEBTORS TO STAY BONUSES          .30



               T I M E   S U M M A R Y
               -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  T CURRIER              395.00    .30         118.50
                  TOTALS           .30         118.50


               TOTAL FEES :                            118.50


               TOTAL DUE  :                            118.50
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 19, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 139497


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

      RE:   FEE/EMPLOYMENT APPLICATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/08/02 | JRW | REVIEW FEE ORDER AND FEE APPLICATIONS OF OTHER PROFESSIONALS TO ENSURE CONFORMITY WITH NEW RULES | .30 |
| 05/08/02 | MMZ | REVISIONS TO CNO FOR KRAMER LEVIN 7TH FEE APP. (FEB. 2002)(0.2); ELECTRONICALLY FILE SAME (0.3); SERVICE OF SAME (0.2); CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1). | .80 |
| 05/08/02 | MMZ | DRAFTING OF SUMMARIES FOR KRAMER LEVIN 8TH FEE APP. (0.6); PREPARATION FOR AND ELECTRONICALLY FILE KRAMER LEVIN 8TH FEE APP. (MARCH 2002) (0.6); SERVICE OF SAME (0.2); CORRESPONDENCE TO CORE GROUP RE SAME (0.2). | 1.60 |
| 05/08/02 | TC | REVIEWED CNO FOR KRAMER LEVIN FEE APP | .20 |
| 05/13/02 | TC | REVIEWED DEBTORS AND PWC'S JOINT REPLY TO USTRUSTEE OBJECTION | .30 |
| 05/15/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE KRAMER LEVIN QUARTERLY FEE APP. (0.3); CORRESPONDENCE TO/FROM CO-COUNSEL RE SAME (0.2); SERVICE OF SAME (0.3). | .80 |
| 05/17/02 | TC | REVIEWED INTERIM FEE REQUEST | .30 |
| 05/24/02 | TC | REVIEWED SUPPLEMENTAL AFFIDAVIT OF JAMES SPRAYRAGEN | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 19, 2002
                                            MATTER : W9600-008
                                            INVOICE : 139497

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

     RE:   FEE/EMPLOYMENT APPLICATIONS


05/29/02 MMZ    REVIEW OF COURT'S DOCKET RE OBJECTIONS TO 8TH          .90
                MONTHLY FEE APP. OF KRAMER LEVIN (0.2);
                PREPARATION FOR AND ELECTRONICALLY FILE CNO RE
                SAME (0.4); SERVICE OF SAME (0.2);
                CORRESPONDENCE TO CO-COUNSEL RE SAME (0.1).



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------
     J R WAXMAN           160.00    .30            48.00
     M M ZICKGRAF          80.00   4.10           328.00
     T CURRIER            395.00   1.00           395.00
                 TOTALS           5.40            771.00


            TOTAL FEES :                    771.00


            TOTAL DUE  :                    771.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 19, 2002
MATTER : W9600-011
INVOICE : 139498

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02    T C

RE:  LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/02 | JRW | LETTERS FROM BFRIEDMAN AND CHAMBERS OF JUDGE WOLIN RE: DEBTORS' MOTION TO INTERVENE | .10 |
| 05/01/02 | JRW | CONFERENCE WITH FPANCHAK AND RGRANDE RE: FILING RESPONSE TO MOTION TO INTERVENE | .10 |
| 05/01/02 | TC | REVIEWED NOTICE OF APPROVED SETTLEMENTS | .30 |
| 05/01/02 | TC | CONF WITH JEFF WAXMAN RE FILINGS OF RESPONSES TO MOTION TO INTERVENE IN TWO ADVERSARIES | .30 |
| 05/06/02 | TC | REVIEWED NOTICE OF APPEAL OF ASBESTOS PROPERTY COMMITTEE | .20 |
| 05/06/02 | TC | REVIEWED ASBESTOS PROPERTY COMMITTEE MOTION FOR LEAVE TO APPEAL | .30 |
| 05/07/02 | TC | REVIEWED LETTER TO JUDGE RE INTERVENTION BY COMMITTEE | .20 |
| 05/10/02 | JRW | LETTER FROM CREDITORS' COMMITTEE TO JUDGE WOLIN RE: DEBTORS' MOTION TO INTERVENE | .10 |
| 05/15/02 | TC | REVIEWED MOTION TO STRIKE PROOF OF CLAIM BY ZONOLITE ATTIC INSULATION CLASS | .40 |
| 05/16/02 | TC | REVIEWED WESCONN MOTION FOR RELIEF FROM STAY | .30 |
| 05/29/02 | TC | REVIEWED RICHARD RACINE AFFIDAVIT | .40 |
| 05/30/02 | TC | REVIEWED HONEYWELL RELIEF FROM STAY STIPULATION | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 19, 2002
MATTER :  W9600-011
INVOICE : 139498

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02   T C

RE:  LITIGATION

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .30 | 48.00 |
| T CURRIER | 395.00 | 2.60 | 1027.00 |
| TOTALS | | 2.90 | 1075.00 |

TOTAL FEES :          1,075.00

TOTAL DUE  :          1,075.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 19, 2002
MATTER : W9600-017
INVOICE : 139748

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02   T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/03/02 | JRW | EMAIL AND CONFERENCE WITH MZICKGRAF RE: FEE APPLICATIONS | .10 |
| 05/06/02 | JRW | TELEPHONE CALLS AND EMAIL TO AND FROM VDYE RE: FEE APPLICATIONS; REVIEW FEE APPLICATION AND COVER SHEET IN WORD PERFECT FORMAT | .30 |
| 05/07/02 | MMZ | COMPILE KRL&S MONTHLY AND INTERIM FEE APPS. FOR FORWARDING TO FEE AUDITOR (0.8); CONVERSION OF FEE DETAILS TO WORDPERFECT FORMAT (0.4); CONVERSATIONS WITH CO-COUNSEL RE SAME (0.2); CORRESPONDENCE TO FEE AUDITOR ENC. MONTHLY AND INTERIM FEE APPS. (0.2). | 1.60 |
| 05/08/02 | MMZ | DRAFTING OF SUMMARIES FOR KRL&S 5TH MONTHLY FEE APP. (MARCH 2002) (0.8); PREPARATION FOR AND ELECTRONICALLY FILE KRL&S 5TH MONTHLY FEE APP. (0.6); SERVICE OF SAME (0.2); CORRESPONDENCE TO FEE AUDITOR AND CORE GROUP RE SAME (0.2). | 1.80 |
| 05/08/02 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .40 |
| 05/15/02 | MMZ | DRAFTING OF KRL&S QUARTERLY FEE APP., INCLUDING REVIEW OF PRIOR 3 MONTHS APPLICATIONS (1.2); CONFERENCES WITH J. WAXMAN RE SAME (0.2). | 1.40 |
| 05/16/02 | JRW | REVIEW QUARTERLY FEE APPLICATION (.1); EMAILS TO AND FROM TKDCURRIER RE: SAME (.1) | .20 |
| 05/16/02 | TC | REVIEWED INTERIM FEE APPLICATION REQUEST PRIOR TO FILING | .40 |

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
                                    DATE :   JUNE 19, 2002
                                    MATTER : W9600-017
                                    INVOICE : 139748
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/02   T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


05/29/02 MMZ   REVIEW OF COURT'S DOCKET RE OBJECTIONS TO 5TH          .80
               MONTHLY FEE APP. OF KLETT ROONEY (0.2);
               PREPARATION FOR AND ELECTRONICALLY FILE CNO RE
               5TH MONTHLY FEE APP. OF KLETT ROONEY (0.4);
               SERVICE OF SAME (0.2).

05/31/02 JRW   TELEPHONE CALL TO TDYE RE: FEE APPLICATION            .80
               (.1); REVIEW FEE APPLICATION (.1); EMAIL TO
               TDYE RE: FEE APPLICATION REVISIONS (.1);
               TELEPHONE CALL TO JDELLER RE: SAME (.1); REVIEW
               AND REVISE FEE APPLICATION (.3); CONFERENCE
               WITH TKDCURRIER RE: APPLICATION (.1)

05/31/02 VJD   REVIEW TIME ENTRIES FOR APRIL AND PREPARE SIXTH      2.60
               MONTHLY FEE APPLICATION OF KRLS


```
                T I M E   S U M M A R Y
                -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

    J R WAXMAN           160.00    1.40          224.00
    M M ZICKGRAF          80.00    5.60          448.00
    T CURRIER            395.00     .80          316.00
    V J DYE              120.00    2.60          312.00
                TOTALS           10.40          1300.00


                    TOTAL FEES :              1,300.00


                    TOTAL DUE  :              1,300.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**