IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: July 22, 2002 at 4:00 p.m.** |
| | **Hearing Date : TDB only if necessary** |

## SUMMARY COVERSHEET TO THIRD MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2002 THROUGH MAY 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | May 1, 2002 through May 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $10,476.80 for the period May 1, 2002 through May 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,952.06 for the period of April 1, 2002 through April 30, 2002 |

This is a:					Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Application Pending | Application Pending |

As indicated above, this is the second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 26.80 | $8,710.00 |
| Melissa E. Flax | Partner | $215 | 20.40 | $4,386.00 |

Total Fees          $13,096.00

Total Hours         47.20

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $25.00 |
| Westlaw | $10.43 |
| Telephone | $14.09 |
| Faxes | $1,181.00 |
| FedEx | $22.44 |
| Travel | $571.60 |
| Messenger | $127.50 |
| | |
| Total | $1,952.06 |