IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: July 22, 2002 at 4:00 p.m.** |
| | **Hearing Date : TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM MAY 1, 2002 THROUGH MAY 31, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                              June 18, 2002
Client No.              734680                                    Page      3
INVOICE NO.             15892

For Professional Services Rendered through   04/30/02

Matter #        734680.1         VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/02 | JMA | Phone - C. Marraro re: receipt and review letter from plaintiffs' attorneys to DEP | 1.00 | 325.00 |
| 05/02/02 | JMA | Receipt and review letter from B. Mueller to Clerk | .20 | 65.00 |
| 05/02/02 | JMA | Receipt and review Roned defendants' Answer and Crossclaims in Riverkeepers' Case | .50 | 162.50 |
| 05/02/02 | JMA | Phone - C. Marraro and B. Hughes re: receipt and review letter from F. Boenning to S. German | .60 | 195.00 |
| 05/02/02 | MEF | Receipt and review filed fee application for March 2002 time | .30 | 64.50 |
| 05/03/02 | JMA | Receipt and review letter from M. Caffrey to B. Hughes; conference with MEF re: trial exhibits | .40 | 130.00 |
| 05/04/02 | JMA | Receipt and review correspondence from D. Carickhoff re: compensation procedures; receipt and review Amended Administration Order revising professional fees procedures | .70 | 227.50 |
| 05/04/02 | JMA | Conference with MEF re: complying with revised procedures for reimbursement of professional fees | .30 | 97.50 |
| 05/04/02 | MEF | Conference with JMA regarding amended order regarding fee applications in bankruptcy proceeding | .30 | 64.50 |
| 05/06/02 | JMA | Receipt and review letter from M. Caffrey; receipt and review proposed Stipulation by Honeywell; receipt and review Honeywell's proposed Amended Crossclaims in Riverkeepers' case | 1.00 | 325.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    June 18, 2002
Client No.            734680                            Page       4
INVOICE NO.           15892
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/02 | JMA | Phone - C. Marraro voice mail; receipt and review letter from W. Mueller to Clerk; receipt and review Roned's Answer to Honeywell Crossclaims - Riverkeepers case | .80 | 260.00 |
| 05/06/02 | MEF | Prepare First Quarterly Interim Fee Application including summary cover sheet, verification, verified application and order; email to D. Carrickhoff regarding same | 3.30 | 709.50 |
| 05/07/02 | JMA | Conference with C. Marraro and MEF re: trial strategy issues | 2.00 | 650.00 |
| 05/07/02 | MEF | Revise and finalize First Quarterly Fee Application | 1.00 | 215.00 |
| 05/07/02 | MEF | Prepare second monthly fee application (April); review April bill | 1.00 | 215.00 |
| 05/07/02 | MEF | Receipt and review letter from Caffrey with Stipulation and proposed amended cross-claims; review same | .60 | 129.00 |
| 05/07/02 | MEF | Conference with JMA and C. Marraro regarding trial preparation | 2.00 | 430.00 |
| 05/08/02 | MEF | Prepare list of questions to plaintiff regarding Riverkeeper action | .50 | 107.50 |
| 05/08/02 | MEF | Telephone call with D. Carrickhoff regarding form of order; emails to/from D. Carrickhoff regarding same | .30 | 64.50 |
| 05/10/02 | JMA | Receipt and review letter from C. Marraro with DEP letter; phone - C. Marraro re: DEP issues | 1.10 | 357.50 |
| 05/10/02 | MEF | Finalize second monthly Fee Application (April 2002) | .30 | 64.50 |
| 05/13/02 | JMA | Phone C. Marraro re: DEP and trial strategy issues | .40 | 130.00 |
| 05/13/02 | JMA | Review memo re: issues relating to Riverkeepers' action | .20 | 65.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.    734680  
INVOICE NO.   15892  

June 18, 2002  
Page    5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/13/02 | JMA | Conference call with C. Marraro and attorneys for plaintiffs | 1.00 | 325.00 |
| 05/13/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/15/02 | JMA | Review of and preliminary comments to facts for Pretrial Order | 1.50 | 487.50 |
| 05/15/02 | JMA | Conference with C. Marraro and MEF re: facts for Pretrial Order | 8.00 | 2600.00 |
| 05/15/02 | MEF | Conference with JMA and C. Marraro regarding final pretrial preparation | 6.50 | 1397.50 |
| 05/17/02 | MEF | Final pretrial - revise proposed stipulation of facts | 2.00 | 430.00 |
| 05/17/02 | MEF | Telephone call with Beth Miller regarding Quarterly Fee Application | .20 | 43.00 |
| 05/20/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/20/02 | JMA | Phone - C. Marraro; phone - C. Marraro and K. Millian re: pending summary judgment motions | .70 | 227.50 |
| 05/20/02 | JMA | Phone - C. Marraro re: pre-trial legal issues; conference with MEF re: pre-trial legal issues | .70 | 227.50 |
| 05/20/02 | MEF | Conference with JMA regarding request for admission and use in consolidated cases | .30 | 64.50 |
| 05/21/02 | MEF | Research - RFA's in consolidated action | .90 | 193.50 |
| 05/21/02 | MEF | Emails to/from D. Carickhoff regarding fee application | .20 | 43.00 |
| 05/21/02 | MEF | Email W. H. Smith regarding April 2002 fee detail | .20 | 43.00 |
| 05/22/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/23/02 | JMA | Phone - C. Marraro | .20 | 65.00 |
| 05/23/02 | JMA | Review Fee application procedure; conference with MEF re: Fee Application | .40 | 130.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                      June 18, 2002
Client No.              734680                            Page       6
INVOICE NO.             15892
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/02 | MEF | Receipt and review additional deeds re: Mutual Chemical Company | .30 | 64.50 |
| 05/30/02 | JMA | Phone - C. Marraro; conference with MEF re: legal issues relating to trial strategy; review of prior rulings by Judge Cavanaugh re: discovery and summary judgment; phone - C. Marraro | 3.20 | 1040.00 |
| 05/30/02 | JMA | Phone - C. Marraro | .40 | 130.00 |
| 05/31/02 | JMA | Phone - C. Marraro re: correspondence to Judge Cavanaugh | .60 | 195.00 |
| 05/31/02 | MEF | E-mail from B. Hughes er: answer in Riverkeeper; review file; e-mail to B. Hughes re: same. | .20 | 43.00 |

Total Fees:                                                           13,096.00

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 04/30/02 | Messenger | 52.50 |
| 04/30/02 | Photocopies | 25.00 |
| 04/30/02 | Faxes | 1181.00 |
| 04/30/02 | Telephone | 14.09 |
| 04/30/02 | Travel Expense | 571.60 |
| 04/30/02 | Computer Searches | 10.43 |
| 04/30/02 | Federal Express | 22.44 |
| 04/30/02 | Messenger - In House | 75.00 |

Total Costs                                                            1,952.06

Total Due this Matter                                                 15,048.06
==============

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                June 18, 2002
Client No.              734680                      Page         7
INVOICE NO.             15892


SUMMARY OF FEES:

*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
J M AGNELLO                       325.00    26.80        8710.00
M E FLAX                          215.00    20.40        4386.00
                       TOTALS               47.20       13096.00
```