UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:  July 22, 2002 at 4:00 p.m.** |
|  |  | **Hearing Date:  TBD only if necessary** |

**SUMMARY COVERSHEET TO FOURTEENTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
<u>MAY 1, 2002 THROUGH MAY 31, 2002</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2002 through May 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $57,060.32 for the period May 1, 2002 through May 31, 2002 (80% of $71,325.40 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,946.79 for the period May 1, 2002 through May 31, 2002. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 80% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 80% Paid | 100% Paid |

| | | | | | |
|---|---|---|---|---|---|
| | through 3/31/02 | | | | |
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | No objections served on Counsel | No objections served on Counsel |

As indicated above, this is the fourteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 72.0 | $31,680.00 |
| Angela Pelletier | Associate | $225 | 9.1 | $2,047.50 |
| William Hughes | Counsel | $350 | 148.8 | $52,080.00 |
| Tamara Parker | Associate | $270 | .6 | $162.00 |
| Barbara Banks | Paralegal | $135 | 131.5 | $17,752.50 |
| Natasha Bynum | Legal Clerk | $100 | 92.8 | $9,280.00 |
| Mahmoude Moasser | Paralegal | $135 | 5.8 | $783.00 |
| Reilley L. Smith | Paralegal | $120 | 19.2 | $2,304.00 |

Total Fees                           $116,089.00
Less 40% Discount for Allied    $(44,763.60)

Balance Due                        $71,325.40

Total Hours                         479.80

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| | |
| Copies- Internal and Outside | $1,983.75 |
| Facsimile | $127.50 |
| Telephone | $92.63 |
| Lexis/Westlaw Costs | 2,742.91 |
| | |
| Total | $4,946.79 |