# EXHIBIT A

## REPORT OF EXPENSES

## FOR

## MEMBERS OF THE OFFICIAL COMMITTEE OF
## PERSONAL INJURY CLAIMANTS

**APPLICANT:**
John D. Cooney
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
Telephone: (312) 236-6166
Facsimile: (312) 236-3029

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/12/01 | American Trans Air | 516.00 |
| 4/12/01 | National Car Rental | 74.04 |
| 5/16/01 | American Airlines (Chicago – Dallas) | 250.75 |
| 5/16/01 | American Airlines (Dallas – Ft.Lauderdale) | 720.55 |
| 7/18/01 | United Airlines | 262.84 |
| 12/14/01 | Peninsula Hotel | 159.57 |
| 12/21/01 | Peninsula Hotel | 123.70 |
| 1/16/02 | The Breakers | 218.94 |
| | | |
| | | |
| | **TOTAL:** | **2,326.39** |

340 Des Plaines Ave., Suite 110
es Plaines, IL 60018
 47) 699-7700 • (888) 890-6669
 AX (847) 699-7815

**INDEPENDENTLY OWNED**
Means Better Personal Service
through more than 1,100 locations worldwide.

# UNIGLOBE
Professional Travel, Inc.

DEL/TO CKV
MR JOHN COONEY
120 N LASALLE 30TH FL
CHICAGO IL 60602

UNIGLOBE LOCATOR SDDCNC   01

**PASSENGER NAMES**

COONEY/JOHN

*WR Grace*

00000662        INVOICE:   4005964
 HWCV           ISSUE DATE: APR 04 2001

7*24 EMERGENCY ASSISTANCE: 1-800-787-1042
SOS CODE: A6M9

---

12 APR 01 - THURSDAY
 TA                588  COACH CLASS   CONFIRMED
LV: CHICAGO/MDWAY        630A NONSTOP       BOEING 727 JET
AR: PHILADELPHIA         932A
 EAT-23C                                                          MILES  668
NEXT LATER FLT- TZ/248  MDWPHL 1258P   400P

NATIONAL CAR                  1 INTERMED CAR/4DR   DROP-12APR   CONFIRMED
PICKUP-PHILADELPHIA           PHILADELPHIA AIRPORT
RATE-       59.00             DAILY         QUOTED
MILEAGE-UNL/FM                              CODE-D915
                              CONFIRMATION-905916605AISLE
EMERALD CLUB AISLE SERVICE CONFIRMED

 TA                595  COACH CLASS   CONFIRMED
LV: PHILADELPHIA         540P NONSTOP       BOEING 727 JET
AR: CHICAGO/MDWAY        648P
 EAT- 7E                                                          MILES  668
ONLY CENTER SEAT AVAILABLE-PLEASE CHECK AT GATE


PRICE INC TAX AND  AND  FEE $456.00
 OUR ELECTRONIC TICKET CONFIRMATION IS:VGZLUS
 RAVEL ARRANGEMENTS MADE BY CAROL KRAK-VENTRELLA X114
 * BEST ON OUT OF OHARE -UA-1158.28 INC. DISCOUNT
 * PLEASE NOTE SLIGHT INCREASE FARE CHANGED PRIOR TO
 * TKTING
 EW FARE 441.00/PLUS 75.00 AIRLINE CHGE FEE/LESS VALUE
 LD TKT OF 317.50 OLD 1/25 XLDED DEN TRIP./ADDTL
 OLLECTION 198.50


TICKET NUMBER/S:
 ONEY/JOHN                        3662774884304      AX CARD        516.00
 ECTRONIC                                                           573.87
                                                                   ───────
 XCHANGED FOR TICKET NUMBER/S:
                                  7739587992         BA CARD      - 317.50

   AIR TRANSPORTATION     398.13   TAX        42.87  TTL            441.00
                                   SERVICE FEE                       15.00
                                   SUB TOTAL                        213.50
                                   CREDIT CARD PAYMENT              213.50-
                                   AMOUNT DUE                         0.00



```
                                                    Rental Agreement #: 902864897
                                                    Invoice #          : 90002326664
                                                    Contract ID        : 5706016
                                                    VALUED COMMERCIAL ACCOUNT 6-2
Rental Location                  Return Location
PHILADELPHIA ARPT                PHILADELPHIA ARPT
PHILADELPHIA INTL ARPT
PHILADELPHIA, PA 19153
Phone: (215)492 2750

    12-APR-2001 10:51 AM         12-APR-2001 03:51 PM   WR Grace

                                                    Vehicle #        Y6287530
  JOHN COONEY                                       Model            MALIBU LS 4D
  2238 N FREMONT ST                                 Class Driven     FCAR
  CHICAGO, IL 60614-3614                            Class Charged    ICAR
                                                    License #        YNM6963
                                                    State/Province   VIRGINIA
                                                    M/Kms Driven     13
                                                    M/Kms Out        23587
                                                    M/Kms In         23600
```

Rate Info

| rges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE |  | Days | 59.00 | 59.00 * |
| UNLIMITED MILES/KM - TIME & DIST |  | M/Kms |  | 0.00 * |
| CONCESSION RECOUPMENT FEE 10% |  |  | 59.00 | 5.90 * |
| PA RENTAL TAX 2 PCT |  |  | 64.90 | 1.30 |
| RENTAL MOTOR VEHCLE FEE |  | Days | 2.00 | 2.00 |
| PHIL VEHICLE RENTAL TAX 2% |  |  | 64.90 | 1.30 |
| SALES TAX @7.000 % |  |  | 64.90 | 4.54 |

Total Charges                                       USD           74.04

| Payments | | AUTH | DATE | AUTH AMT | |
|---|---|---|---|---|---|
| Paid By | Visa  4912 | 012112 | 12-APR-2001 | 74.04 | -74.04 |

Amount Due  (Subject to Audit)                      USD            0.00
Message     * Taxable Items

*[handwritten]* Paid to gpc 5/9/0  
v# 74695

```
340 Des Plaines Ave., Suite 110
es Plaines, IL 60018
47) 699-7700 • (888) 890-6669
AX (847) 699-7815
   INDEPENDENTLY OWNED
  Means Better Personal Service
hrough more than 1,100 locations worldwide.
```

**UNIGLOBE Professional Travel, Inc.**

UNIGLOBE LOCATOR M6DC04   01

PASSENGER NAMES

COONEY/JOHN

```
DEL/TO CKV
MR JOHN COONEY
120 N LASALLE 30TH FL
CHICAGO IL 60602


00000662      INVOICE:   4006274
DHWCV         ISSUE DATE: MAY 11 2001
```

7*24 EMERGENCY ASSISTANCE: 1-800-787-1042
SOS CODE: A6M9

```
16 MAY 01 - WEDNESDAY
AMERICAN       2393 COACH CLASS    CONFIRMED
  LV: CHICAGO/MDWAY       705A NONSTOP       FOKKER JET
  AR: DALLAS/FT WOR       947A
                                  SNACK                          MILES  797
  FREQUENT FLYER-AA    CVX9232
  SEAT SELECTION UNDER AIRPORT CONTROL.WILL CONTINUE TO MONITOR


YOUR ELECTRONIC TICKET CONFIRMATION IS:TNNKZS
MDW/DFW-PRICE INC TAX AND TRANSACTION FEE $250.75
DFW/FLL-PRICE INC TAX/DISCOUNT/TRANSACTION FEE $720.55
BEST AA 1049.50
TRAVEL ARRANGEMENTS MADE BY CAROL KRAK-VENTRELLA X114
REFERENCE- WRGRACE


TICKET NUMBER/S:
OONEY/JOHN                         00117753767417      AX CARD        235.75
LECTRONIC

   AIR TRANSPORTATION     213.95  TAX       21.80  TTL            235.75
                                    SERVICE FEE                    15.00
                                    SUB TOTAL                     250.75
                                    CREDIT CARD PAYMENT           250.75-
                                    AMOUNT DUE                      0.00

ICKETS ARE NONREFUNDABLE
EES APPLY TO *ALL* CHANGES-PLEASE CALL FOR AMOUNT
O CAR OR HOTEL REQUESTED
URRENT FAA REQUIREMENTS-DOMESTIC CHECK-IN AT LEAST 1 1/2 HOURS
RIOR TO DEPARTURE WITH STATE/FEDERAL PICTURE I.D. THAT MATCHES TICKET
HANK YOU FOR CALLING UNIGLOBE PROFESSIONAL TRAVEL
LEASE NOTE - OUR NEW 800 NUMBER IS 888-890-6669
```

340 Des Plaines Ave., Suite 110
ae Plaines, IL 60018
(47) 699-7700 • (888) 890-6669
AX (847) 699-7815
**INDEPENDENTLY OWNED**
Means Better Personal Service
through more than 1,100 locations worldwide.

# UNIGLOBE
Professional Travel, Inc.

UNIGLOBE LOCATOR M6DC04  01
PASSENGER NAMES
COONEY/JOHN

DEL/TO CKV
MR JOHN COONEY
120 N LASALLE 30TH FL
CHICAGO IL 60602

00000662        INVOICE:    4006275           7*24 EMERGENCY ASSISTANCE: 1-800-787-1042
DHWCV           ISSUE DATE: MAY 11 2001                 SOS CODE: A6M9

16 MAY 01 - WEDNESDAY
AMERICAN        600 COACH CLASS   CONFIRMED
  LV: DALLAS/FT WOR      715P NONSTOP         BOEING 727 JET
  AR: FT LAUDERDALE      1057P
                                 SNACK                              MILES 1113
  FREQUENT FLYER-AA      CVX9232
  SEAT SELECTION UNDER AIRPORT CONTROL.WILL CONTINUE TO MONITOR


YOUR ELECTRONIC TICKET CONFIRMATION IS:TNNKZS
MDW/DFW-PRICE INC TAX AND TRANSACTION FEE $250.75
DFW/FLL-PRICE INC TAX/DISCOUNT/TRANSACTION FEE $720.55
BEST AA 1049.50
TRAVEL ARRANGEMENTS MADE BY CAROL KRAK-VENTRELLA X114
REFERENCE- WRGRACE

TICKET NUMBER/S:
COONEY/JOHN                        0011775376741B      AX CARD        695.55
ELECTRONIC

    AIR TRANSPORTATION    641.67   TAX          53.88  TTL            695.55
                                   SERVICE FEE                         25.00
                                   SUB TOTAL                          720.55
                                   CREDIT CARD PAYMENT                720.55-
                                   AMOUNT DUE                           0.00

TICKETS ARE NONREFUNDABLE
FEES APPLY TO *ALL* CHANGES-PLEASE CALL FOR AMOUNT
NO CAR OR HOTEL REQUESTED
CURRENT FAA REQUIREMENTS-DOMESTIC CHECK-IN AT LEAST 1 1/2 HOURS
PRIOR TO DEPARTURE WITH STATE/FEDERAL PICTURE I.D. THAT MATCHES TICKET
THANK YOU FOR CALLING UNIGLOBE PROFESSIONAL TRAVEL
PLEASE NOTE - OUR NEW 800 NUMBER IS 888-890-6669

2340 Des Plaines Ave., Suite 110
Des Plaines, IL 60018
(847) 699-7700 • (888) 890-6669
FAX (847) 699-7815

**UNIGLOBE**
Professional Travel, Inc.

INDEPENDENTLY OWNED
Means Better Personal Service
Through more than 1,100 locations worldwide.

UNIGLOBE LOCATOR RBX2CQ  01
PASSENGER NAMES
COONEY/JOHN

wlbrace  262.82

E-TKT
MR JOHN COONEY
120 N LASALLE 30TH FL
CHICAGO IL 60602

7*24 EMERGENCY ASSISTANCE: 1-800-787-1042
SOS CODE: A6M9

00000662       INVOICE:   7037085
DHWCV          ISSUE DATE: JUL 17 2001

```
18 JUL 01 - WEDNESDAY
UNITED          676 COACH CLASS  CONFIRMED
  LV: CHICAGO/OHARE    500P NONSTOP      BOEING 757 JET
  AR: NYC/LAGUARDIA    808P
                                SNACK                         MILES  73
SEAT-19D
  FREQUENT FLYER UA 0012430599
  MOST FORWARD AISLE PLEASE CHECK AT ARPT

21 JUL 01 - SATURDAY
UNITED          691 COACH CLASS  CONFIRMED
  LV: NYC/LAGUARDIA    900A NONSTOP      BOEING 737 JET
  AR: CHICAGO/OHARE   1033A
                                SNACK-AUDIO                   MILES  73
SEAT- 7C
  FREQUENT FLYER UA 0012430599

BILLING REFERENCE - ALL BANK SPLIT
YOUR ELECTRONIC TICKET CONFIRMATION IS: RBX2CQ
PRICE INC TAX/DISCOUNT/TRANSACTION FEE $1314.18
BEST PUBLISHED UNITED FARE $1426.00
TRAVEL ARRANGEMENTS MADE BY CAROL KRAK-VENTRELLA X114


TICKET NUMBER                    0162708108638     AX CARD    1289
COONEY/JOHN
ELECTRONIC
                                                              1289.18
     AIR TRANSPORTATION   1187.15  TAX    102.03  TTI            25.00
                                   SERVICE FEE                1314.18
                                   SUB TOTAL                  1314.18-
                                   CREDIT CARD PAYMENT            0.00
                                   AMOUNT DUE
```

FEES APPLY TO *ALL* CHANGES-PLEASE CALL FOR AMOUNT
CURRENT FAA REQUIREMENTS-DOMESTIC CHECK-IN AT LEAST 1 1/2 HOURS
PRIOR TO DEPARTURE WITH STATE/FEDERAL PICTURE I.D. THAT MATCHES TICKET
THANK YOU FOR CALLING UNIGLOBE PROFESSIONAL TRAVEL
FOR EMERGENCY OR AFTER HOURS CORPORATE TRAVEL ASSISTANCE
VIEW YOUR ITINERARY ONLINE AT: WWW.VIEWTRIP.COM

# CHECK REQUEST

John D. Cooney

DATE:      February 1, 2002

FROM:      JDC/jaj

AMOUNT:    $1370.67

CASE:      OCF/Arm/WR Grace/USG - even split $342.67 to OCF/USG/ARM
                                              $342.66 to WR Grac

Travel Expenses

| 12/21/01 | Peninsula Hotel | 494.80 |
| 1/16/02  | The Breakers    | 875.77 |



Customer Service  Page 1 of 10
800-525-3355
(24 hours / 7 days)
www.americanexpress.com

# Platinum Card® Statement of Account

Prepared For  
JOHN D COONEY

Closing Date  
January 17, 2002

Account Number  
3712-911845-11000

| Previous Card Balance $ | Card Payments/Credits $ | New Card Charges $ | New Card Balance $ |
|---|---|---|---|
| 5,924.30 | 5,924.30 | 8,993.11 | 8,993.11 |

Please Pay By February 2, 2002

* Indicates posting date.

Terms - Payable in full upon receipt of statement.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404.

For automatic balance information, please call 1-800-525-3355 and press option 1-1

Please refer to page 6 for important information regarding your account

### Card Transactions for JOHN D COONEY
Card 3712-911845-11000

| | Amount $ |
|---|---|
| **January 3, 2002*** PAYMENT RECEIVED - THANK YOU | -5,924.30 |
| **December 19, 2001** UNITED AIRLINES  CHICAGO  IL  Routing Details Not Available  Ticket Number: 01640733840781  Passenger Name: COONEY/JOHN  Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | 125.00 |
| **December 19, 2001** MODERN TUXEDO RENTAL CHICAGO  IL  APPAREL/ACCESSORIES  Reference: CS0000A27   Roc Number: 0000005486 | 86.57 |
| NEW YORK   NY  Departure Date  No of Nights  12/21/01  2 | 479.74 |

Avoid no-show charges - Get a cancellation number when canceling hotel reservations.

Continued on reverse ⇒

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number  
3712-911845  1000

Please Pay By:  
February 2, 2002

Total Amount Due  
$8,993.11

JOHN D COONEY  
2238 N FREMONT  
CHICAGO  IL  60614

Mail Payment to:

AMERICAN EXPRESS  
SUITE 0001  
CHICAGO IL 60679-000

Please enter account number on all checks and correspondence. Payable in U.S. Dollars upon receipt with a bank in the U.S. or money order, processable through the U.S. banking system.

To Pay by Phone call 1-800-I-PAY-AXP or 1-800-472-9297.

Check here if address or telephone number has changed. Note changes on reverse side.

☐

0000371291184511000 0008993110008993l1 17dd

| | Prepared For<br>JOHN D COONEY | Account Number<br>3712-911845-11000<br>Closing Date<br>January 17, 2002 | Page 3 of 10 |
|---|---|---|---|
| **Cards** | | | |

**Transactions Continued**                                              Amount $

**December 30, 2001**                                                    70.00
AMERICAN TRANS AIR   CHICAGO    IL
From:                 To:                       Carrier   Class
MIDWAY ARPT IL        FT MYERS FLORIDA          TZ        QJ
                      MIDWAY ARPT IL            TZ        QJ
Ticket Number: 36621260168252    Date of Departure: 12/30
Passenger Name: COONEY/ELIZABETH
Document Type: PASSENGER TICKET

**December 30, 2001**                                                    170.00
AMERICAN TRANS AIR   CHICAGO    IL
From:                 To:                       Carrier   Class
MIDWAY ARPT IL        FT MYERS FLORIDA          TZ        QJ
                      MIDWAY ARPT IL            TZ        QJ
Ticket Number: 36621260168263    Date of Departure: 12/30
Passenger Name: COONEY/J DEVITT
Document Type: PASSENGER TICKET

**December 30, 2001**                                                    70.00
AMERICAN TRANS AIR   CHICAGO    IL
From:                 To:                       Carrier   Class
MIDWAY ARPT IL        FT MYERS FLORIDA          TZ        QJ
                      MIDWAY ARPT IL            TZ        QJ
Ticket Number: 36621260168274    Date of Departure: 12/30
Passenger Name: COONEY/ROBERT
Document Type: PASSENGER TICKET

**December 31, 2001**                                                    332.03
SAM'S WINES & SPIRIT CHICAGO   IL
PACKAGE STORE/LIQUOR
Reference: CV000059F    Roc Number: 0000009812

**January 4, 2002**                                                      192.69
OLD CHICAGO SMOKE SH CHICAGO   IL
CIGAR
Reference: 02540010

**January 10, 2002**                                                     369.48
CHARLESTON PLACE HOT CHARLESTON   SC
LODGING
Reference: 001154336   Roc Number: 00702245

**January 12, 2002**                                                     260.46
BROOKS BROTHERS 054  CHICAGO   IL
HOSIERY
ADDITIONAL PURCHASES
Reference: 000063799

**January 16, 2002**                                                     867.29
THE BREAKERS      PALM BEACH    FL
Arrival Date       Departure Date    No of Nights
01/14/02           01/16/02           2
LODGING
ASSURED RESERVATION
Reference: 376334675

**January 16, 2002**                                                     8.48
THE BREAKERS      PALM BEACH    FL
Arrival Date       Departure Date    No of Nights
01/14/02           01/16/02           2
LODGING
ASSURED RESERVATION
Reference: 376334675

| **Activity for JOHN D COONEY** | New Charges | 4,489.35 |
| | Payments/Credits | -5,924.30 |

Continued on reverse

| | | |
|---|---|---|
| **Cards** | Prepared For<br>JOHN D COONEY | Account Number<br>3712-911845-11000  Page 3 of 10<br>Closing Date<br>January 17, 2002 |

**Transactions Continued**                                                                 Amount $

**December 30, 2001**                                                                        170.00
AMERICAN TRANS AIR  CHICAGO   IL
From:              To:                        Carrier:   Class:
MIDWAY ARPT IL     FT MYERS FLORIDA           TZ         QJ
                   MIDWAY ARPT IL             TZ         QJ
Ticket Number: 36621260168252     Date of Departure: 12/30
Passenger Name: COONEY/ELIZABETH
Document Type: PASSENGER TICKET

**December 30, 2001**                                                                        170.00
AMERICAN TRANS AIR  CHICAGO   IL
From:              To:                        Carrier:   Class:
MIDWAY ARPT IL     FT MYERS FLORIDA           TZ         QJ
                   MIDWAY ARPT IL             TZ         QJ
Ticket Number: 36621260168263     Date of Departure: 12/30
Passenger Name: COONEY/J DEVITT
Document Type: PASSENGER TICKET

**December 30, 2001**                                                                        170.00
AMERICAN TRANS AIR  CHICAGO   IL
From:              To:                        Carrier:   Class
MIDWAY ARPT IL     FT MYERS FLORIDA           TZ         QJ
                   MIDWAY ARPT IL             TZ         QJ
Ticket Number: 36621260168274     Date of Departure: 12/30
Passenger Name: COONEY/ROBERT
Document Type: PASSENGER TICKET

**December 31, 2001**                                                                        332.03
SAM'S WINES & SPIRIT CHICAGO   IL
PACKAGE STORE/LIQUOR
Reference: CV000059F   Roc Number: 0000009812

**January 4, 2002**                                                                          192.69
OLD CHICAGO SMOKE SH CHICAGO   IL
CIGAR
Reference: 02540010

**January 10, 2002**                                                                         369.48
CHARLESTON PLACE HOT CHARLESTON   SC
LODGING
Reference: 001154336   Roc Number: 00702245

**January 12, 2002**                                                                         260.46
BROOKS BROTHERS 054 CHICAGO   IL
HOSIERY
ADDITIONAL PURCHASES
Reference: 000063799

**January 16, 2002**                                                                         867.29
THE BREAKERS    PALM BEACH    FL
Arrival Date       Departure Date      No of Nights
01/14/02           01/16/02             2
LODGING
ASSURED RESERVATION
Reference: 376334675

*USG/Arm 10/10/06*

**January 16, 2002**                                                                         8.48
THE BREAKERS    PALM BEACH    FL
Arrival Date       Departure Date      No of Nights
01/14/02           01/16/02             2
LODGING
ASSURED RESERVATION
Reference: 376334675

**Activity for JOHN D COONEY**                        New Charges         4,489.35
                                                       Payments/Credits   -5,924.30

Continued on reverse ⇨

# CHECK REQUEST

**TO:**      John D. Cooney

**DATE:**    January 2, 2002

**FROM:**    JDC/jaj

**AMOUNT:**  $1956.37

**CASE:**    None

**FOR:**     reimbursement of various expenses

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 11/19/01 | Peninsula Hotel | OC/Arm/USG | 588.69 |
| 12/4/01 | Hugos Frog Bar | Dinner w/Galiher & Co. | 498.49 |
| 12/5/01 | United Airlines | Mealey's | 125.00 |
| 12/7/01 | Ritz Carlton | Mealey's | 105.91 |
| 12/14/01 | Peninsula Hotel | OC/Ann Grace | 638.28 |

59.57



| Prepared For | Account Number | Page 3 of 10 |
|---|---|---|
| JOHN D COONEY | 3712-911845-11000 | |
| | Closing Date December 17, 2001 | |

## Transactions Continued

| | Amount $ |
|---|---|
| **December 4, 2001** <br> HUGOS FROG BAR   CHICAGO   IL <br> FOOD/BEVERAGE <br> FOOD-BEV          413.49 <br> WAITER             85.00 <br> Reference: 76566294 | 498.49 |
| **December 5, 2001** <br> UNITED AIRLINES   CHICAGO   IL <br> Routing Details Not Available <br> Ticket Number: 01640737553010 <br> Passenger Name: COONEY/JOHN <br> Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | 125.00 |
| **December 7, 2001** <br> THE RITZ CARLTON HUN PASADENA   CA <br> Arrival Date      Departure Date    No of Nights <br> 12/05/01          12/07/01                2 <br> LODGING <br> Reference: 034535564 | 105.91 |
| **December 14, 2001** <br> PENINSULA HOTEL   NEW YORK   NY <br> Arrival Date      Departure Date    No of Nights <br> 12/12/01          12/14/01                2 <br> PENINSULA HOTELS <br> LODGING <br> Reference: 034845675 | 638.28 |
| **December 14, 2001** <br> CHALET WINE & CHEESE GLENCOE   IL <br> PACKAGE STORES-BEER, WI <br> Reference: 056519751 | 166.22 |
| **Activity for JOHN D COONEY**   New Charges <br>                                 Payments/Credits | 4,496.67 <br> -1,953.13 |

Handwritten annotations: "Gary Salerno", "Ron Mc...", "John ...", JDC, JDC, JDC, JDC

---

### Card Transactions for BARBARA C COONEY
Card 3712-911845-11026

| | Amount $ |
|---|---|
| **November 16, 2001** <br> K*B TOYS, #1237   CHICAGO   IL <br> TOYS <br> Reference: 00104477 | 21.74 |
| **November 16, 2001** <br> ORIGINS@ LINCOLN PARC HICACO   IL <br> WOMEN'S ACCESSORY <br> Reference: 032347920 | 38.06 |
| **November 19, 2001** <br> BARNES & NOBLE   CHICAGO   IL <br> BOOKS <br> Reference: 27801120 | 28.21 |
| **November 19, 2001** <br> PARKWAY DRUGS   CHICAGO   IL <br> PERSCRIPTIONS/SUNDRIES <br> Reference: 0000-1120 | 118.51 |
| **November 19, 2001** <br> COSTCO WHOLESAL 0993 CHICAGO   IL <br> GROCERY STORE/SUPERMRKT <br> Reference: 181855550   Roc Number: 0010235550 | 107.37 |
| **November 20, 2001** <br> BEST VACUUM   CHICAGO   IL <br> VACUUMS/SVC/PARTS <br> Reference: A101001A9   Roc Number: 0000000003 | 54.33 |

Continued on reverse ⟹

Prepared For
JOHN D COONEY

Account Number
3712-911845-11000    Page 2 of 10

## Transactions Continued

| Date | Description | Amount | |
|---|---|---|---|
| November 20, 2001 | PENINSULA HOTEL  NEW YORK  NY<br>Arrival Date  Departure Date  No of Nights<br>11/19/01  11/20/01  1<br>PENINSULA HOTELS<br>LODGING<br>Reference: 032598914 | 588.69 | Avoid no-show charges Get a cancellation numb when canceling hotel reservations.<br><br>JDC |
| November 21, 2001 | MEZZALUNA ASPEN CO<br>FOOD AND BEVERAGE<br>TIP 00003000<br>Reference: 000000016 | 185.45 | |
| November 22, 2001 | MONTAGNA  800-5256200  CO<br>FOOD/BEVERAGE<br>Reference: 860012060 | 617.75 | |
| November 23, 2001 | THE GROG SHOP ASPEN CO<br>LIQUOR<br>Reference: 000399347 | 136.80 | |
| November 23, 2001 | SAM GOODY  ASPEN  CO<br>MUSIC/ACCESSORIES<br>Reference: 09720024 | 105.29 | |
| November 23, 2001 | ASPEN WINE & SPIRIT ASPEN  CO<br>52/LIQUOR<br>Reference: 095753472 | 204.93 | |
| November 23, 2001 | BUTCHERS BLOCK  ASPEN  CO<br>FREEZER/LOCKER MEAT<br>Reference: FC000001D4  Roc Number: 0000000009 | 222.92 | |
| November 25, 2001 | BOOGIE'S  ASPEN  CO<br>01/FOOD AND BEVERAGE<br>Reference: 517010891  Roc Number: 231335 | 22.33 | |
| November 27, 2001 | LIGHTNING LIMOUSINE ASPEN CO<br>GENERAL MDSE<br>Reference: 000308743 | 670.00 | |

Continued on next page



Change of Address
If correct on front
do not use

Name
Company Name
Street Address
City, State
Zip Code
Area Code and Home Phone
Area Code and Work Phone
Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.