# EXHIBIT B

# REPORT OF EXPENSES

# FOR

# MEMBERS OF THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS

**APPLICANT:**
Steven Kazan
Kazan, McCalin, Edises, Abrams,
Fernandez, Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| April 4-5, 2002 | Airfare – United | 661.13 |
| | Hotel – Peninsula | 128.01 |
| | Car Service – New Family | 17.50 |
| | Car Service – Green Dispatch | 5.00 |
| | Car Service – Miles Limo | 17.25 |
| | Skypark | 9.81 |
| | Mileage | |
| | Toll | |
| Jan. 30 – Feb. 5, 2002 | Airfare – United SF to NYC (1/30) Ft.Lauderdale to Chi to SF (2/5) | |
| Jan. 30, 2002 | Hotel – Plaza (NYC) | 100.00 |
| Jan. 30, 2002 | Amtrak NYC to Phi | |
| Feb. 1, 2002 | Amtrak Phi to NYC | |
| Feb. 4, 2002 | Hotel – Brazilian Court Hotel | |
| Feb. 5, 2002 | Taxi | 32.50 |
| | **TOTAL:** | **1,435.05** |

# KAZAN, McCLAIN, EDISES, ABRAMS, FERNANDEZ, LYONS & FARRISE

*A Professional Law Corporation*

Steven Kazan
David M. McClain
Victoria Edises
Denise Abrams
Francis E. Fernandez
Dianna Lyons
Simona A. Farrise

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 465-7728 • (510) 893-7211
FAX: (510) 835-4913
e-mail: postmaster@kazanlaw.com
www.kazanlaw.com

Frances C. Schreiberg
Terry N. Gross
Gordon D. Greenwood
James L. Oberman*
Andrea Huston
Diana Esquivel
Anthony D. Prince
Petra DeJesus
Karen L. Creech
Wes Wagnon
Anya Fuchs
Ronald K. Herron
Yvonne Huggins-McLea

May 21, 2002

Campbell & Levine LLC
Attention: Cathie J. Boyer
Chase Manhattan Centre
1201 North Market Street, 15th Floor
Wilmington, DE 19801

Re:    **Armstrong Asbestos Personal Injury Claimants Committee**
**Federal Mogul Asbestos Personal Injury Claimants Committee**
**USG Asbestos Personal Injury Claimants Committee**
**W.R. Grace Asbestos Personal Injury Claimants Committee**

**Expenses for the period February 16, 2002 through April 30, 2002**

## Travel Expenses

**Trip of Steven Kazan to New York, NY**
**April 4-5, 2002**

| | | |
|---|---:|---|
| Airfare (Coach) | $2,644.50 | 661.13 |
| Hotel | 512.03 | 128.00 |
| New Family Car & Limo Service | 70.00 | 17.50 |
| Green Dispatch Service, Inc. | 20.00 | 5.00 |
| Miles Limo | 69.00 | 17.25 |
| Skypark | 39.24 | 9.81 |
| Mileage (23.3 x 2 x $0.365) | 17.01 | 4.25 |
| Toll | 2.00 | .50 |
| TOTAL | $3,373.78 | $843.45 |

SKAZAN/179780.

*Certified Appellate Specialist, The State Bar of California Board of Legal Specialization

ISSUED BY UNITED

NOT TRANSFERABLE

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPON(S) FOR RELATED CHARGES DESCRIBED HEREON AND AM AWARE OF APPLICABLE RESTRICTIONS AND/OR PENALTIES AS SHOWN ON SUCH TICKET(S) AND/OR COUPON(S).

SIGNATURE OF CARDHOLDER X

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT ON REVERSE SIDE

ETKT PASSENGER RECEIPT SITI

DUPLICATE 7266862873

AIRLINE CODE A03531500

PLACE OF ISSUE 0Z8B DATE OF ISSUE 29MAR02

NAME OF PASSENGER KAZAN/STEVEN

PNR/CARRIER CODE P45DGG7UA YUA

FCI 0

NOT VALID FOR TRANSPORTATION

THIS IS YOUR RECEIPT

ISSUING AGENT ID *XX

ENDORSEMENTS/RESTRICTIONS

FP AX378365985531004 EXP0204 / 129490 FC 29MAR SFO UA NYC Q18.60 1202.79YUA/-EWR UA SFO Q18.60 1202.79YUA 2442.78 END ZPSFOEWRXT5.00AY7.50XFSFO4.5EWR3

FARE USD2442.78

TAX US183.22

TAX XT18.50

TOTAL USD2644.50

CONTROL NO 02079369482

ALLOW PCS WT UNCKD **********

CPN DOCUMENT NUMBER CK
0 016 7266862873 5

WRITE IN THE AREA ABOVE

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
INSERT

ISSUED BY UNITED

BOARDING PASS

7266862873

NAME OF PASSENGER KAZAN/STEVEN

FREQUENT FLYER NUMBER

FROM SFOJFKUA 956 Y 4APR

EWRSFOUA 907 Y 5APR

******************

NOT VALID FOR TRAVEL

0 016 7266862873 5

# IE PENINSULA
## NEW YORK



700 Fifth Avenue at 55th Street, New York, NY 10019
Telephone: (212) 956-2888   Facsimile: (212) 903-3949

Mr Steven Kazan
Kazan Law Corporation
171 Twelfth Street
3 Floor
Oakland, CA 94607
UNITED STATES

| | |
|---|---|
| Room | 0408 |
| Arrival | 04/04/02 |
| Departure | 04/05/02 |
| Person(s) | 1 |
| Res. Number | 405723 |
| Room Rate | 399.00 |
| Cashier | 24 CHRISTIE |
| Page | 1 |

N V O I C E  N O. 237593-1
The Peninsula New York, 04/05/02 08  3

| Date | Text | | Amount |
|---|---|---|---|
| 04/04 | Gotham Dinner | | 66.46 |
| 04/04 | Package Room charge | | 399.00 |
| 04/04 | Room Sales Tax 8.25% | | 27.75 |
| 04/04 | City Room Tax 5.0% | | 16.82 |
| 04/04 | City Occupancy Tax | | 2.00 |
| 04/05 | AX Card 378365985531004 | 02/04 | -512.03 |

| | | |
|---|---|---|
| | Balance | 0.00 USD |

Thank you for staying at The Peninsula New York
We look forward to your next visit.

*I agree that my liability for this bill is not waived and agree to
be held personally liable in the event that the indicated person,
company or association fails to pay for any part or the full
amount of these charges.*

_____
Signature

**NF**
★ NEW FAMILY ★
(212) 749-7777
Car & Limo Service

Tel.: (212) 665-5189
WELCOME ALL MAJOR
CREDIT CARDS

VISA

**212 749-7777**   FAX: (212) 665-5190

## RECEIPT

DATE: 4/5 _____ CAR# _____

FROM: NYC _____

TO: USDCT - NEWARK _____

AMOUNT: $ 70 _____

DRIVER'S SIG.: _____

## Green Dispatch Service, Inc.

53 BADGER   ⊢         643-4100        NEWARK

Date _____         ⌐

M

_____

_____

Pick Up Point   USDCT _____

Time _____

Destination   Newark Airport

Drop Off Time _____

Tolls $   20 _____   Total Fare $ _____

Driver _____

Cab No. _____

# CREDIT CARD AUTHORIZATION

Miles Limo 3472 Bailey Avenue, Bronx, New York 10463

Driver # _7467_   Car # _____   Date _4/4/002_

Clients Name (Print) _S7E    N    GH 7Aa_

Card Type _Jonly_   Expir. Date ___

Card # _3 - 5985    2_   _____

I hereby acknowledge to have ridden Miles Limo on the above date and authorize said ride to be charged to my credit card according to issuer agreement. Adding a 20% Service Charge and a $5.00 Reservation Fee.

X _____   _____

Authorized Signature

RATE _3 ._

SERVICE CHARGE @ 20%

RESERVATION FEE

**$5.00**

TOLLS

EXTRA

TOTAL

_0 / ._

ьK   ARY

Avenue

Member Parking Invo

Membe                                          '5&

arkint

63:24

Charged +
        378       98
exp.
Author zation

available



USG Meeting in San Francisco, CA
     January 30, 2002

| | |
|---|---|
| Parking | 14.00 |
| Mileage | 7.30 |
| Toll | 2.00 |
| TOTAL | $23.30 |

**AWI/FMO/USG/WRG Trip of Steven Kazan to New York, NY & Chicago, IL — (Feb 5)**
**January 30, 2002 through February 5, 2002    (Jan 30)**

| | |
|---|---|
| Airfare (Coach) | $1,314.00 ✓ |
| Hotel (NYC) | 400.00 ✓ |
| Hotel (Florida) | 344.27 |
| Transportation (Amtrak) | 93.00 |
| | 85.00 |
| Taxis | 130.00 |
| TOTAL | $2,366.27 |



**T I C K E T**

## URGENT ITINERARY FOR:

STEVEN MR KAZAN
FAX (510) 547 3817

### THIS DOCUMENT IS FOR REFERENCE ONLY

- Your airline ticket is electronic, stored in our computer system
- As with all airline tickets, your electronic ticket is not transferable
- Bring the CREDIT CARD used for purchase and a PHOTO ID to check-in
- Please note that all Seat Assignments are subject to release if unclaimed
  20 minutes prior to departure (30 minutes to/from Hawaii)
- If your travel plans change call UNITED Reservations at 1-800-241-6522

*Thank you for choosing United Airlines!*

```
ITINERARY  -  RESER    ION NUMBER:  KCPGMQ

KAZAN/STEVEN MR        ILEAGE PLUS NO. 00094 493 03

UNITED     6             NONSTOP - UNITED FIRST/CONFIRMED      MP MILES   2586
DEPART: WED  30 JAN  3:45P   SAN FRANCISCO              EQUIP  767
ARRIVE: WED  30 JAN  1:56P   NYC/KENNEDY                SEATS  1C
                             DINNER  MOVIE
                                                             NON-SMOKING FLIGHT

UNITED  1477             NONSTOP - UNITED FIRST/CONFIRMED      MP MILES   1182
DEPART  TUE   5 FEB  5:57P   FT LAUDERDALE              EQUIP: 757
ARRIVE  TUE   5 FEB  8:08P   CHICAGO/OHARE              SEATS: 3B
                             DINNER
                                                             NON-SMOKING FLIGHT

UNITED   139             NONSTOP - UNITED FIRST/CONFIRMED      MP MILES   1846
DEPART: TUE   5 FEB  9:15P   CHICAGO/OHARE              EQUIP  757
ARRIVE: TUE   5 FEB  1:43P   SAN FRANCISCO              SEATS  5B
                             DINNER  MOVIE
                                                             NON-SMOKING FLIGHT
```

# UNITED AIRLINES

GUEST FOLIO



The Plaza

KAZAN, STEVEN
AMEX FINE HOTELS AND RESORT
2421 WEST PEORIA AVENUE 3RD FL
PHOENIX, AZ
85029

| | |
|---|---|
| Arrival | 1/30/02 |
| Departure | 2/04/02 |
| Room Number | 632 |
| Account Number | 2552661 |
| Page | 1 |

*(handwritten notes: 2 cuts @ 400 to Bow ... nite @ 400 to ... = 1/38/0 ... Fla trip ... AW1, USG, WRG ... Continued)*

| Date | Description | | | | | Amount |
|------|-------------|--|--|--|--|--------|
| A-GUEST FOLIO | | | | | | |
| 1/30/02 | LOCAL PHONE | 405 | 1313190045 | 01:29 | 18882963892 | $1.00 |
| 1/30/02 | AMEX PLATINUM PKG | 405 | 1849 | AMEX PLATINUM | | $350.00 |
| 1/30/02 | SALES/OCCUPANCY TAX | 405 | 1854 | AMEX PLATINUM | | $46.38 |
| 1/30/02 | OCCUPANCY TAX | 405 | 1856 | AMEX PLATINUM | | $2.00 |
| 1/31/02 | LOCAL PHONE | 632 | 1315213034 | 17:48 | 18773347371 | $1.00 |
| 1/31/02 | LOCAL PHONE | 632 | 1315913005 | 23:18 | 18773347371 | $1.00 |
| 1/31/02 | LOCAL PHONE | 632 | 1315958022 | 23:40 | 18882963892 | $1.00 |
| 1/31/02 | AMEX PLATINUM PKG | 632 | 2064 | AMEX PLATINUM | | $350.00 |
| 1/31/02 | SALES/OCCUPANCY TAX | 632 | 2069 | AMEX PLATINUM | | $46.38 |
| 1/31/02 | OCCUPANCY TAX | 632 | 2071 | AMEX PLATINUM | | $2.00 |
| 2/01/02 | LOCAL PHONE | 632 | 2017219032 | 14:44 | 18882963892 | $1.00 |
| 2/01/02 | LOCAL PHONE | 632 | 2017423088 | 15:17 | 18773347371 | $1.00 |
| 2/01/02 | LOCAL PHONE | 632 | 2028129002 | 00:34 | 18773347371 | $1.00 |
| 2/01/02 | LOCAL PHONE | 632 | 2028189008 | 02:19 | 18882963892 | $1.00 |
| 2/01/02 | AMEX PLATINUM PKG | 632 | 2107 | AMEX PLATINUM | | $350.00 |
| 2/01/02 | SALES/OCCUPANCY TAX | 632 | 2112 | AMEX PLATINUM | | $46.38 |
| 2/01/02 | OCCUPANCY TAX | 632 | 2114 | AMEX PLATINUM | | $2.00 |
| 2/02/02 | LOCAL PHONE | 632 | 2029308008 | 18:37 | 18882963892 | $1.00 |
| 2/02/02 | LOCAL PHONE | 632 | 2029334014 | 18:45 | 18773347371 | $1.00 |
| 2/02/02 | OYSTER BAR | 632 | 6307 | 19:47 | | $68.00 |
| 2/02/02 | AMEX PLATINUM PKG | 632 | 2332 | AMEX PLATINUM | | $350.00 |
| 2/02/02 | SALES/OCCUPANCY TAX | 632 | 2337 | AMEX PLATINUM | | $46.38 |
| 2/02/02 | OCCUPANCY TAX | 632 | 2339 | AMEX PLATINUM | | $2.00 |
| 2/02/02 | GUEST ROOM MOVIES | 632 | 412 | 2-3/02:05/MOVIE 27 | | $11.90 |
| 2/03/02 | LOCAL PHONE | 632 | 2030892090 | 22:10 | 18773347371 | $1.00 |
| 2/03/02 | AMEX PLATINUM PKG | 632 | 1706 | AMEX PLATINUM | | $350.00 |
| 2/03/02 | SALES/OCCUPANCY TAX | 632 | 1711 | AMEX PLATINUM | | $46.38 |
| 2/03/02 | OCCUPANCY TAX | 632 | 1713 | AMEX PLATINUM | | $2.00 |
| 2/04/02 | LOCAL PHONE | 632 | 2041149003 | 07:10 | 18773347371 | $1.00 |
| 2/04/02 | AMERICAN EXPRESS | 632 | 15613007240 | 378365985531004 | | $2,083.80CR |

Continued




FIFTH AVENUE AT CENTRAL PARK SOUTH, NEW YORK  0019
TELEPHONE 212 759-3000•FAX 212 759-3167

GUEST FOLIO



*The Plaza*

KAZAN, STEVEN
AMEX FINE HOTELS AND RESORT
2421 WEST PEORIA AVENUE 3RD FL
PHOENIX, AZ
85029

| | |
|---|---|
| Arrival | 1/30/02 |
| Departure | 2/04/02 |
| Room Number | 632 |
| Account Number | 2552661 |
| Page | |

| Date | Description | Amount |
|---|---|---|
| A-GUEST FOLIO | | |

C/O Clerk-SY    Time- 7:21              * BALANCE DUE        *            $.00
Voice Mail Check-Out is available by dialing 5555.
CrCard: AX 378365985531004        Exp: 02/04

I agree that my liability for this bill
is not waived, and I agree to be held
personally liable in the event that the
indicated person, company or other
association fails to pay for any part
of the full amount of these charges.

The
Leading
Hotels
of the
World

FIFTH AVENUE AT CENTRAL PARK SOUTH, NEW YORK 10019
TELEPHONE 212 759-3000•FAX 212 759-3167



*Brazilian Court Hotel*
*301 Australian Ave*
*Palm Beach, FL 33480*
*56 ) 655-7740 Fax: (561) 655-080.*

all หา า

| est Name: | Steve Kazan | | Room #: | 245 |
| | Ness Motley Law Firm | | Folio #: | R095CD- 1 |
| | 171 12 Street | | Group #: | 1596 |
| | Oakland, CA 94611 | | Guests # | |
| | | | | |
| | | | Clerk | AMOUR |

Arrive: 02/04,          2:59      Depart  02/05/02      ime  14:13:27    Statu  HIST

| te | Description | Reference | Comments | Charges | Credits |
|----|-------------|-----------|----------|---------|---------|
| 02/(4/02 | LONG DISTANCE CALL | 59:30 | 877-33 -7371 00:07 | 1.00 | |
| 02/(4/02 | COUNTY TAX | | 877334 371 00:07 | 0.09 | |
| 02/(4/02 | LONG DISTANCE CALL | 3:04 | 877-33 -7371 00:04 | 1.00 | |
| 02/(4/02 | COUNTY TAX | | 877334 371 00:04 | 0.09 | |
| 02/(4/02 | LONG DISTANCE CALL | 02:12:0 | 888-29 -3892 00:08 | 1.00 | |
| 02/C4/02 | COUNTY TAX | | 888296 892 00:08 | v.vͻ | |
| 02/C4/02 | ROOM CHARGE | | | 310.0C | |
| 02/C4/02 | STATE TAX | | STATE TAX | 18.6C | |
| 02/C4/02 | COUNTY TAX | | COUNTY TAX | 12.4C | |
| 02/C5/02 | PAY AMEX | Check Out | 378365985531004 0204 | | 344.27 |

**Folio Balance: 0.00**

Signature: _____   _____



RUSH _____    RETURN TO_____
BY

REQUEST FOR CHECK

PAY TO: <u>Steven Kazan</u> _____    $ <u>30.00</u>

ADDRESS:_____

_____

FED.ID OR SOC  SEC.#  UNLESS INC.):

IN RE: <u>Florida Meeting</u>        REASON: <u>Taxis to 2/5/02 Mtg</u>
                                    <u>from airport to Hotel</u>

MAIL?: _____

REQUESTED BY:

                                        APPROVED:__
                                        POST TO :_____

★ ★ YELLOW CAB 689-2222 ★ ★

Driver _____    Phone # _____

| AIRLINE | PHONE | AIRLINE | PHONE |
|---------|-------|---------|-------|
| AMERICAN | 800-433-7300 | TWA | 800-893-5436 |
| CONTINENTAL | 800-525-0280 | UNITED | 800-241-6522 |
| DELTA | 800-221-1212 | U.S. AIR | 800-428-4322 |
| NORTHWEST | 800-225-2525 | CANADIAN AIR | 800-426-7000 |

Date 2/5/02    Amount $ 130-
From _____    To _____