# EXHIBIT C

## REPORT OF EXPENSES

## FOR

## MEMBERS OF THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS

**APPLICANT:**
Jon L. Heberling
McGarvey, Heberling, Sullivan & McGarvey, PC
745 South Main
Kalispell, MT 59901
406-752-5566

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/11/01 | Airfare-Delta Air (COACH) to PHI | 1,300.00 |
| 4/11/01 – 4/13/01 | Rental Car | 118.53 |
| 4/12/01 – 4/13/01 | Hotel – Ramada Inn | 194.24 |
| 4/30/01 | Airfare – Northwest to DC | 1074.50 |
| 4/30/01 – 5/1/01 | Hotel – Holiday Inn | 184.55 |
| | **TOTAL:** | **2,871.82** |

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5299

*Telephone*
(406) 752-5566
1-800-345-1763
*Fax* (406) 752-7124

June 19, 2002

E-mail: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

### SENT VIA FACSIMILE - (302) 426-9947

Aileen Maguire
Campbell & Levine

### SUBMISSION FOR EXPENSE REIMBURSEMENT
### W.R. Grace & Co., et al., Chapter 11 Bankruptcy (Case No. 01-01139 (JJF)
### JON L. HEBERLING
### April 11, 2001 THROUGH May 1, 2001

| | |
|---|---:|
| Airfare, Delta Air (COACH) to Philadelphia 4/11/01 | $1,300.00 |
| Rental Car 4/11 - 4/13/2001 | $ 118.53 |
| Hotel 4/12 - 4/13/01 | $ 194.24 |
| Airfare, NWA Air (COACH) to Washington D.C. 4/30 - 5/1/2001 | $1,074.50 |
| Hotel Holiday Inn 4/30 - 5/1/2001 | $ 184.55 |
| Total | $2,871.82 |

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

Jon L. Heberling

JLH:joh
Enclosures

| MHS&M TRAVEL VOUCHER ||
|---|---|
| CLIENT: | Grace Bankruptcy |
| DATE: | 4/11/01 |
| PURPOSE: | Bankruptcy Hearing |
| ATTORNEY: | Jon Heberling |
| TRAVEL: | Flight costs to PA |
| MOTEL: | |
| MEALS: | |
| OTHER: | |
| | |

Total $ 1,300.00

Signature: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For Accounting Purposes Only

DATE ATTORNEY REIMBURSED:
CHECK NO.:     _____
ACCOUNT:       _____

Forms\travel voucher



### TRANSACTION RECORD

```
PHILADELPHIA AIRPORT
RENTAL RECORD:           AY2389914
HEBERLING      JON
COMPLETED BY:            301846
RENTED:   PHILADELPHIA AIRPORT
RENTAL:   04-11-01    2354
RETURN:   04-13-01    0614
MILES IN: 8186   OUT:   8140
MILES DRIVEN:    46
PLAN IN/OUT:         SPC    /LEV1C
CLS: ICAR

  2 DAYS        42.00        84.00
SUBTOT                       86.00
CONCFEEREC                    9.55
TAXABLE TOT                  95.55
Sales Tax    7.000            6.69
FUEL         4.290            8.47
VEHLICFEE                     1.91
STATE SRG                     4.00
RENTALTAX                     1.91
NET DUE                     118.53
PAYMENTS                   -118.53
PAID BY:  VI
CREDIT CARD #:       SWIPED


          DOLLAR MAKES SENSE
```

THANK YOU FOR CHOOSING DOLLAR RENT A CAR



**Linsco/Private Ledger**
Member NASD/SIPC
9785 Towne Centre Drive, San Diego, CA 92121-1968
155 Federal Street, 14th Floor, Boston, MA 02110-1727

**Investment Account Statement**
Premier Plus

Account Number:
2865-7582

Statement Period:
April 1, 2001 to April 30, 2001

## Premier Plus Account Summary

### Debit Activity

| Date | Merchant | Location | Debit Amount | Credit Amount | Reference Number |
|---|---|---|---|---|---|
| 04/02/01 | GLACIER EYE CLINIC P C | | | | HKEFLY6042 |
| 04/03/01 | CONOCO | | | | RRKSGG5542 |
| 04/03/01 | WASABI SUSHI BAR | | | | 91Q0BZ5812 |
| 04/05/01 | TRUBY'S | | | | 8PWF535812 |
| 04/06/01 | THE KNEAD CAFE | | | | 9WSDPS5812 |
| 04/06/01 | GEOGRAPHIC EXPEDITION | | | | 1PTE7P7999 |
| 04/09/01 | THE KNEAD CAFE | | | | 44YN8T5812 |
| 04/09/01 | M & S MEATS & SAUSAGE | | | | FGH5JJ5422 |
| 04/09/01 | NWA AIR   012103861886 | | | | 1ZYYJN3060 |
| 04/09/01 | AGENT FEE   890812724371 | | | | 2098ZB4511 |
| 04/10/01 | WAL MART | | | | H44E6D5310 |
| 04/10/01 | SAGES CONOCO | | | | J1VFNM5542 |
| 04/11/01 | DUKE CATALOG / CONCESSIO | | | | 71J5WS5965 |
| 04/12/01 | WW *CELLULARONE  RC | | | | F074MV4814 |
| 04/16/01 | THE KNEAD CAFE | | | | 3985JM5812 |
| 04/16/01 | DELTA AIR   006215009375 | | | | E8AX743058 |
| 04/16/01 | NWA AIR   012103950677 | | | | 3ESQ7N3060 |
| 04/16/01 | AGENT FEE   890812724377 | | | | 3F4RTM4511 |
| 04/16/01 | AGENT FEE   890812724379 | | | | 3F4RV74511 |
| 04/16/01 | DELTA AIR   006103861886 | | | | 6HF0MV3058 |
| 04/17/01 | DOLLAR R-A-C PHILADELPHA | | | | A6VAEA3390 |
| 04/18/01 | WAL MART | | | | TQJT905310 |
| 04/18/01 | RAMADA INNS | | | | P8S8AG3637 |
| 04/20/01 | THE BIG MNTN SKI RESORT | | | | H076VV7011 |
| 04/23/01 | ZIERER VISA SERVICE, INC | | | | WY499F7399 |

Your Account Executive:   Rex Harris  (406)862-4400
404 E First Street #B  •  Whitefish, MT 59937

Page 15 of 26
028657582   ( in/01E24209118027



093057 ITINERARY

*Grace Bankruptcy*

*Attn: Jon*

*Ticket will be d/lvred Today!*

TRAVELER HEBERLING/JON

| AGENT | BRANCH | CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|---|---|
| GAIL | | | 4068621532 | 17APR01 |

| | Time | Carrier | Flight - Class Status | Service Amount |
|---|---|---|---|---|
| | 1235P | NORTHWEST | 708Y OK | 1STOP D9S |
| | 516P | | | |
| | SEAT | 05-E **RESERVED** | | |
| | | HEBERLING/JON | | |
| A MO 30APR LV MINNEAPOLS/STPAUL | 640P | NORTHWEST | 614Y OK | DINNER |
| AR WAS/R.REAGAN NATL | 959P | | | 0STOP JET |
| | SEAT | 14-D **RESERVED** | | |
| | | HEBERLING/JON | | |
| A TU 01MAY LV WAS/R.REAGAN NATL | 540P | NORTHWEST | 165Y OK | DINNER |
| AR MINNEAPOLS/STPAUL | 726P | | | 0STOP 757 |
| | SEAT | 34-F **RESERVED** | | |
| | | HEBERLING/JON | | |
| A TU 01MAY LV MINNEAPOLS/STPAUL | 830P | NORTHWEST | 709Y OK | 1STOP D9S |
| AR KALISPELL | 1127P | | | |
| | SEAT | 06-B **RESERVED** | | |
| | | HEBERLING/JON | | |

```
TICKET NUMBER(S):    0121040163970
SERVICE FEE MCO:     8908127243877

                     AIR FARE         956.27
                     TAX              103.23
                     TOTAL AIR FARE  1059.50
                     SERVICE FEE       15.00
                     AMOUNT CHARGED  1074.50
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX

THANK YOU FOR YOUR BUSINESS



**HOLIDAY INN DOWNTOWN**
1155 14TH STREET NW
WASHINGTON, DC 20005
Phone: (202) 737-1200
Fax: (202) 783-5733

**Name & Address**

JON HERBERLING
745 S MAIN

KALISPELL MT 59901

| Room | 1002 |
|---|---|
| Arrive Date | 04/30/01 |
| Dept. Date | 05/01/01 |
| Folio# | 1-1 |

Owned by WASHINGTON DC HOTEL PARTNERS, LP and operated by HOTEL MANAGEMENT, INC.

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/30 | 114 | 0430000 | SAL | DISCOUNT ROOM | $ 149.00 | $ .00 | $ 149.00 |
| 04/30 | 811 | 0430001 | SAL | ROOM TAX | $ 21.61 | $ .00 | $ 170.61 |
| 05/01 | 211 | 34 | ZZ1 | FILIBUSTERS | $ 13.94 | $ .00 | $ 184.55 |
| 05/01 | 913 | 0501000 | ALH | VISA/MASTERCARD | $ .00 | $ -184.55 | $ .00 |
|  |  |  |  | ***TOTAL*** |  |  | $ .00 |

| ACCOUNT NO. | DATE OF CHARGE | I.D. |
|---|---|---|
| VS 4388285438012057 0603 | 05/01/01 | ALH |

| CARD MEMBER NAME | FOLIO NO./CHECK NO. |
|---|---|
| JON HEBERLING | HI- 59160-0/ |

ESTABLISHMENT NO. & LOCATION  ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT

| AUTHORIZATION | | |
|---|---|---|
| BASS HOTELS & RESORTS | 030909 | $ 146.00 |
| 3 RAVINIA DRIVE, SUITE 24 | 001778 | $ 75.00 |
| ATLANTA, GEORGIA 30346 | | $ .00 |

| PURCHASE & SERVICES | $ 184.55 |
|---|---|

| CARD MEMBERS SIGNATURE | TOTAL AMOUNT |
|---|---|
| X | $ 184.55 |