# EXHIBIT D

## REPORT OF EXPENSES

### FOR

### MEMBERS OF THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS

**APPLICANT:**
Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219
412-471-3980

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/12/01 – 4/15/01 | Airfare – US Airways (COACH) to PHI | 564.00 |
| | Rental Car – Hertz | 81.07 |
| | Airport Parking | 8.50 |
| | | |
| 5/1/01 | Airfare – US Airways (COACH) to DC | 714.50 |
| | Airport Parking | 8.50 |
| | Taxi | 14.00 |
| | Taxi | 17.00 |
| | | |
| | | |
| | TOTAL: | 1,407.57 |

# GOLDBERG, PERSKY, JENNINGS & WHITE, P.C.

**ATTORNEYS AT LAW**

1030 FIFTH AVENUE, THIRD FLOOR
PITTSBURGH, PENNSYLVANIA 15219-6295

FACSIMILE (412) 471-8308
TELEPHONE (412) 471-3980
EMAIL ADDRESS: gpjw@gpjw.com
WEB SITE: www.gpjw.com

THEODORE GOLDBERG (PA, WV, MI & DC)
JOEL PERSKY (PA & MI)
ROBERT L. JENNINGS, JR. (PA & DC)
THOMAS W. WHITE (PA)
CRAIG L. VANDERGRIFT (PA & WV)
PETER T. PALADINO, JR. (PA, MI & NY)
DAVID P. CHERVENICK (PA & WV)
TERRENCE M. O'BRIEN (PA, MI & WV)
JANICE M. SAVINIS (PA)
MARK C. MEYER (PA & MI)
JAMES J. BEDORTHA (PA & MI)
LANE A. CLACK (PA & MI)
BRUCE E. MATTOCK (PA & WV)
DAVID B. RODES (PA)
JOSEPH J. CIRILANO (PA & MI)
CHRISTINE L. SALON (PA)

CARLA GUTTILLA (PA)
CHARLES J. McLEIGH (PA & WV)
CINDY STINE (PA & WV)
DIANA N. JACOBS (PA)
ANTHONY J. D'AMICO (PA)
BRIAN ALAN PRIM (WV)
LEE W. DAVIS (PA & MI)
AARON J. DeLUCA (PA))
JOHN T. TIERNEY III (PA, DC & AZ)
JOHN N. KELSEY (MI)
DARREN K. PARR (PA & IN)
ROBIN M. GRAZIANO (PA)
JOHN R. KANE (PA)
JOHN R. POMERVILLE (MI)
JASON E. LUCKASEVIC (PA)
JASON T. SHIPP (PA)

Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
(412) 471-3980
February 7, 2002

Re:  W.R. Grace & Co.
     Chapter 11 – Case Nos. 01-1139 (MFW)

**Expenses for the period ending January 31, 2002**

**Bankruptcy Meeting – June 18-19, 2001 (Philadelphia, PA)**

| | |
|---|---|
| Mealey's Bankruptcy Conference | $ 199 |


— remove
not reimbursable

**Bankruptcy Meeting – May 1, 2001 (Washington, D.C.)**

| | |
|---|---|
| Airfare | $ 714.50 |
| Taxi | $  17.00 |
| Taxi | $  14.00 |
| Parking | $   8.50 |

**Bankruptcy Meeting – April 12, 2001 (Wilmington, DE)**

| | |
|---|---|
| Airfare | $ 564.00 |
| Rental Car | $  81.07 |
| Airport Parking | $   8.50 |

**TOTAL EXPENSES TO BE REIMBURSED:**       $1,606.57

JOHNSTOWN OFFICE:
132 JACKSON STREET
JOHNSTOWN, PA 15901-2134
FAX (814) 539-3981
TELEPHONE (814) 539-4007

GREENSBURG OFFICE:
140 SOUTH MAIN STREET,
THIRD FLOOR
GREENSBURG, PA 15601-3102
FAX (724) 832-8747
TELEPHONE (724) 836-3305 (GSBG)
TELEPHONE (724) 834-7690 (PGH)

MICHIGAN OFFICE:
4800 FASHION SQUARE BLVD.,
SUITE 260
SAGINAW, MI 48604-2602
FAX (989) 799-5727
TELEPHONE (989) 799-4848

WEST VIRGINIA OFFICE:
THE RIVER TOWER
1108 THIRD AVENUE, SUITE 602
HUNTINGTON, WV 25701-1568
FAX (304) 522-1089
TELEPHONE (304) 522-1087

# Memo

TO:     Accounting
FROM:   Mark C. Meyer
DATE:   April 27, 2001
RE:     Reimbursement of Business Expenses

---

Please reimburse me for the following business expenses:

**W.R. Grace Organizational Meeting, April 12, 2001, Wilmington, DE**

| | | |
|---|---|---|
| Airfare | $564.00 | |
| Rental Car | $ 81.07 | |
| Airport Parking | $   8.50 | $653.57 |

Post to: W2000-01-24

```
PHILADELPHIA A/P
RENTAL RECORD:        650468173
MARK MEYER
COMPLETED BY:              6956
RENTED:  PHILADELPHIA A/P
RENTAL:   04/12/01   11:25
RETURN:   04/15/01   15:12
MILES IN: 01304  OUT: 01009
MILES DRIVEN:  295
PLAN IN/OUT: MCLS   /MCLS
CLS: F

 4 DAYS       63.99    255.96
 SUBTOTAL              255.96ff
 CONCESSION FEE RECOVERY 28.41
 7.5% EXC TAX ON FF MI   0.58
 TX 11.000% ON  284.95  31.35
 PA SURCHARGE            8.00
 NET DUE               324.30
 PAID BY:  VISA
 CREDIT CARD #: XXXXXXXXXXXX3868
 FF# US 4461426
 FF MILES AWARDED  512

  Thank you for renting from
         H e r t z
```

$1.07
O. Lace

```
           Pittsburgh
           Intl. Airport
              Parking

ENTRY TIME:
04/12/01         06:12
EXIT TIME:
04/15/01         17:44
PARK-DUR.: HRS:MIN
                3:11:32
AMOUNT:
              $ 34.00

CASHIER 39 H35

THANK YOU FOR YOUR
       VISIT
```

WR Grace $8.50
4/12/01 Organizational Meeting

# Travel King

ESTABLISHED 1968

**TRAVEL KING OF PITTSBURGH, INC.**
TWO GATEWAY CENTER • SUITE 1627 • PITTSBURGH, PA 15222-1425
TELEPHONE: (412) 471-6686 • FAX: (412) 471-0907 • E.MAIL: TVLKING@MSN.COM

ASTA

MEYER/MAR

W.R. Grace

```
GOLDBERG PERSKY JENNINGS AND HITE    471-3980-B
1030 FIFTH AVENUE                     471-3308-FA
PITTSBURGH PA    15219


           APR 09 20(        9910569      XXJFH2     GPJW      AL5KW

 2 APR 01 - THURSDAY
 US AIRWAYS       292 COACH CLASS     EQUIP-AIRBUS A319 JET
 LV: PITTSBURGH              700A     NONSTOP         MILES-  267     CONFIRMED
 AR: PHILADELPHIA            810A     ELAPSED TIME- 1:10
                                      SEAT- 6D
 FREQ FLYER US       4461426

 HERTZ                                1 FULL SIZE2/4 DR    DROP- 5APR   CONFIRMED
 PICKUP-PHILADELPHIA                  PHILADELPHIA INTL AP
 RATE-       63.99                    DAILY         GUARANTEED    EXTRA HR
 MILEAGE-UNL/MI                       CODE-MCLS
                                      CONFIRMATION-B42224B1899

 MARRIOTT                             01 NT/S - OUT 13APR                CONFIRMED
 MARRIOTT PHILADELPHI                 1 CORPORATE ROOM/S   GUARANTEE-CREDIT CARD
 ONE ARRIVALS ROAD                    RATE-      204.00   GUARANTEED
 PHILADELPHIA PA 19153                PHONE-215 492-9000
 FAX-215 492-6799                                          CANCEL BY 6PM
                                                           DAY OF ARRIVAL
                                      NAME-MEYER MARK
                                      CONFIRMATION-81 6989

 5 APR 01 - SUNDAY
 US AIRWAYS         9 COACH CLASS     EQUIP-AIRBUS A319 JET
 LV: PHILADELPHIA            655P     NONSTOP         MILES-  267     CONFIRMED
 AR: PITTSBURGH              820P     ELAPSED TIME- 1:25
                                      SEAT- 7C
 FREQ FLYER           446 42


 YOUR FREQUENT FLYER NUMBER HAS BEEN ENTERED
 PLEASE RETAIN COPY OF TKT UNTIL MILEAGE HAS BEE  CRE  TED
 THANK YOU FOR CALLING TRAVEL KING.

 COMPARED     THE F      FARE THIS REPRESENTS A SA  NGS

 TICKET NUMBER/S
 MEYER/MARK                           7751250383       BA CARD         564
                                      ELECTRONIC


             SUBTOTAL        515      TAX         48          564.0
                                      SUB TOTAL               564.0
                                      CREDIT CARD P   ME      564.00
                                      AMOUNT DUE                0.00
```

This invoice represents an immediate transfer of funds from our agency to the participating air carriers upon issuance

# Memo

TO: Accounting
FROM: Mark C. Meyer
DATE: May 2, 2001
RE: Reimbursement of Business Expenses

---

Please reimburse me for the following business expenses:

**W.R. Grace (W2000-01-24)** – Asbestos Claimants' Committee Meeting, **Washington, D.C. – May 1, 2001**

| | |
|---|---:|
| Airfare | 714.50 |
| Taxi | 17.00 |
| Taxi | 14.00 |
| Airport Parking | 8.50 |

```
       Pittsburgh
       Intl. Airport
         Parking         Club

  ENTRY TIME:
  05/01/01       06:38
  EXIT TIME:
  05/01/01       17:40
  PARK-DUR.: HRS:MIN
                 0:11:02
  AMOUNT:
                 $ 8.50

  CASHIER 33 H34

  THANK YOU FOR YOUR
            VISIT
```

**TAXICAB RECEIPT**

Date: 5/1/01

Origin of trip: N. Airport

Destination: _____

Fare: 14.00   Sign: CF

**Taxi Cab Receipts**   Olica Mwtws D.C.

DATE: _____ TIME: _____

TRIP ORIGIN:

DESTINATION:

FARE: $ 17.00  SIGNATURE.



# TRAVEL KING OF PITTSBURGH, INC.
TWO GATEWAY CENTER • SUITE 1627 • PITTSBURGH, PA 15222-1425
TELEPHONE: (412) 471-6686 • FAX: (412) 471-0907 • E.MAIL: TVLKING@MSN.COM

MEYER/MARK

GOLDBERG PERSKY JENNINGS AND WHITE    471-3980-B
1030 FIFTH AVENUE                     471-8808-FAX
PITTSBURGH PA    15219

            APR 25 2001      9910808      RBLLT4   GPJW       AL5JG

01 MAY 01 - TUESDAY
  US AIRWAYS       112 COACH CLASS    EQUIP-BOEING 757 JET
  LV: PITTSBURGH            745A      NONSTOP        MILES- 205   CONFIRMED
  AR: WASH/REAGAN           845A      ELAPSED TIME- 1:00
                                      SEAT-11F
  FREQ FLYER US    4461426

  US AIRWAYS       151 COACH CLASS    EQUIP-BOEING 757 JET
  LV: WASH/REAGAN           400P      NONSTOP        MILES- 205   CONFIRMED
  AR: PITTSBURGH            508P      ELAPSED TIME- 1:08
                                      SEAT-21F
  FREQ FLYER US    4461426

YOUR FREQUENT FLYER NUMBER HAS BEEN ENTERED
PLEASE RETAIN COPY OF TKT UNTIL MILEAGE HAS BEEN CREDITED
THANK YOU FOR CALLING TRAVEL KING.

TICKET NUMBER/S:
MEYER/MARK                         7752790847     SA CARD        71A
                                   ELECTRONIC

    AIR TRANSPORTATION    656.76    TAX         57.74    TTL       714.50
                                    SUB TOTAL                      714.50
                                    CREDIT CARD PAYMENT            714.50-
                                    AMOUNT DUE                       0.00

This invoice represents an immediate transfer of funds from our agency to the participating air carriers upon issuance of tickets. Your prompt remittance will be appreciated. Service Charge of 1½% per month on all accounts over 14 days.