## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: July _22_, 2002, at 4:00 |
| | | p.m. (prevailing eastern time) |

## SUMMARY APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND MONTHLY INTERIM PERIOD, FROM MAY 1, 2002 THROUGH MAY 31, 2002, FOR THE QUARTER OF APRIL-JUNE, 2002

Name of Applicant:                                          **Kirkland & Ellis**

Authorized to Provide Professional Services to:    **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:                                          **Retention Order entered May 3, 2001, effective as of April 2, 2001.**

Period for which compensation and reimbursement    **May 1, 2002 through May 31, 2002**
is sought:

Amount of Compensation sought as actual,    **$360,837.33**
reasonable and necessary:

This is a **X** monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 40 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $10,000.00.

This is the second monthly application for interim compensation of services for the April -June 2002 quarter that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases.[2] The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | pending | pending |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | pending | pending |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | pending | pending |
| July 31, 2001 | April - June, 2001 | $1,753,799.50 | $155,393.83 | pending | pending |
| August 28, 2001 | 7/1-7/31/01 | $476,582.50 | $25,312.13 | pending | pending |
| September 28, 2001 | 8/1-8/31/01 | $472,334.50 | $29,022.59 | pending | pending |
| October 30, 2001 | 9/1-9/30/01 | $443,617.50 | $27,147.47 | pending | pending |
| November 7, 2001 | July - September, 2001 | $1,392,534.50 | $81,482.19 | pending | pending |
| December 11, 2001 | 10/1-10/31/01 | $493,074.00 | $27,724.54 | pending | pending |
| December 29, 2001 | 11/1-11/30/01 | $524,980.00 | $29,678.21 | pending | pending |
| January 31, 2002 | 12/1-12/31/01 | $405,278.50 | $27,276.95 | pending | pending |
| February 7, 2002 | October-December, 2001 | $1,423,332.50 | $84,679.70 | pending | pending |
| March 4, 2002 | 1/1-1/31/02 | $439,056.00 | $32,279.54 | pending | pending |
| March 27, 2002 | 2/1-2/28/02 | $412,304.00 | $18,475.64 | pending | pending |
| May 2, 2002 | 3/1-3/31/02 | $430,342.50 | $51,759.20 | pending | pending |
| June 10, 2002 | 4/1-4/30/02 | $410,702.50 | $25,286.05 | pending | pending |
| June 10, 2002 | January-March, 2002 | $1,281,702.50 | $102,514.38 | pending | pending |

K&E has filed certificates of no objection with respect to the interim monthly Applications for April 2001 through March 2002, respectively, because no objections were filed within the respective objection periods. The Quarterly Applications for the interim periods from April 2, 2001, through June 31, 2001, July 1, 2001, through September 30, 2001, and October 1, 2001, through December 31, 2001, have been scheduled for hearing on September 23, 2002. The Quarterly Application for the interim period from January 1, 2002, through March 31, 2002, has been scheduled for hearing on August 26, 2002.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the First Monthly Interim Period from April 1, 2002, through April 30, 2002, for the Quarter of April - June, 2002.

The K&E attorneys who rendered professional services in these cases during the Fee
Period are:

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet Baer | Of Counsel | 20 Years | Bankruptcy | $580.00 | 78.60 | $45,588.00 |
| James W Kapp | Partner | 8 Years | Bankruptcy | $470.00 | 49.00 | $23,030.00 |
| Christian J. Lane | Associate | 4 Years | Bankruptcy | $350.00 | 79.20 | $27,720.00 |
| David M Bernick, P.C. | Partner | 24 Years | Litigation | $665.00 | 36.80 | $24,472.00 |
| Michelle H Browdy | Partner | 12 Years | Litigation | $420.00 | 56.70 | $23,814.00 |
| Kellye L Fabian | Associate | 2 Years | Litigation | $265.00 | 14.50 | $3,842.50 |
| Mark E. Grummer | Partner | 26 Years | Environmental | $420.00 | 32.40 | $13,608.00 |
| Timothy S Hardy | Partner | 29 Years | Environmental | $470.00 | 6.00 | $2,820.00 |
| Natalie Keller | Associate | 5 Years | Taxation | $390.00 | 16.00 | $6,240.00 |
| Elli Leibenstein | Partner | 10 Years | Litigation | $430.00 | 66.10 | $28,423.00 |
| Todd F Maynes | Partner | 15 Years | Taxation | $600.00 | 11.70 | $7,020.00 |
| Scott A McMillin | Associate | 6 Years | Litigation | $380.00 | 147.70 | $56,126.00 |
| Andrew R Running | Partner | 20 Years | Litigation | $480.00 | 11.90 | $5,712.00 |
| Pratibha Shenoy | Associate | 1 Year | Taxation | $235.00 | 19.60 | $4,606.00 |
| Nara Sugino | Associate | 1 Year | Taxation | $235.00 | 24.80 | $5,828.00 |
| Christopher B Sullivan | Partner | 7 Years | Litigation | $390.00 | 32.70 | $12,753.00 |

The paraprofessionals of K&E who rendered professional services in these cases during
the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years in that position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bertha Serrano | Legal Assistant | 11 Months | Bankruptcy | $140.00 | 28.00 | $3,920.00 |
| Sabrina M Mitchell | Project Assistant | 1 Year | Bankruptcy | $85.00 | 38.50 | $3,272.50 |
| Emily J Knox | Project Assistant | 1 Year | Litigation | $95.00 | 23.30 | $2,213.50 |
| Seth B Kutnick | Project Assistant | 3 Months | Litigation | $90.00 | 116.60 | $10,494.00 |
| Shirley A Pope | Legal Assistant | 17 Years | Litigation | $180.00 | 132.10 | $23,778.00 |

Grand Total for Fees:     $335,280.50
Blended Rate:              $328.00

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|:---:|:---|---:|---:|
| 16 | Asset Analysis and Recovery | 6.60 | $3,102.00 |
| 17 | Automatic Stay Matters/Relief Proceeding | 15.40 | $5,942.00 |
| 20 | Case Administration | 163.80 | $29,646.50 |
| 21 | Claim Estimate, Objection and Resolution | 126.00 | $31,736.00 |
| 22 | Contested Matters/Adversary Proceedings | 429.40 | $163,843.00 |
| 24 | Creditors/Noteholders Committee | 2.00 | $880.00 |
| 25 | Creditors/Shareholders Inquiries | 0.80 | $304.00 |
| 27 | Employee Matters | 10.20 | $3,834.00 |
| 28 | Environmental Issues | 35.00 | $15,349.50 |
| 29 | File, Docket, Calendar Maintenance | 34.30 | $3,949.50 |
| 30 | Hearings | 39.30 | $21,559.00 |
| 32 | K&E Fee Application, Preparation of | 16.80 | $1,780.00 |
| 33 | Lease Rejection Claims | 0.90 | $423.00 |
| 38 | Retention of Professionals/Fees | 21.10 | $7,877.00 |
| 39 | Schedules/Statement of Financial Affairs | 0.50 | $42.50 |
| 41 | Tax Matters | 0.70 | $329.00 |
| 42 | Travel | 27.70 | $14,060.50 |
| 43 | Use, Sale or Lease/Abandonment Property | 19.60 | $6,929.00 |
| 46 | IRS Tax Litigation | 72.10 | $23,694.00 |
|  | **Total** | **1022.20** | **$335,280.50** |

## Expense Summary

| Description | Amount |
| --- | ---: |
| Telephone | $1,789.07 |
| Facsimile Charges | $483.37 |
| Standard Copies | $1,308.80 |
| Binding | $24.50 |
| Tabs/Indexes/Dividers | $15.70 |
| Scanned Images | $8.40 |
| Postage | $4.58 |
| Overnight Delivery | $389.61 |
| Outside Messenger Services | $6.20 |
| Local Transportation | $57.63 |
| Travel Expense | $3,858.69 |
| Airfare | $11,289.33 |
| Transportation to/from airport | $606.75 |
| Travel Meals | $384.20 |
| Other Travel Expenses | $513.98 |
| Working Meals | $471.50 |
| Information Broker Doc/Svcs | $69.76 |
| Library Document Procurement | $20.00 |
| Computer Database Research | $3,216.67 |
| Overtime Transportation | $173.10 |
| Overtime Meals | $21.00 |
| Secretarial Overtime | $843.99 |
| **Total** | **$25,556.83** |

**WHEREFORE**, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $335,280.50 for reasonable and necessary professional, services K&E has rendered to the Debtors during the Fee Period ($268,224.40) and (ii) 100 % of he reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period ($25,556.83); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: June 28, 2002

Respectfully submitted,

KIRKLAND & ELLIS

James H. M. Sprayregen
James W. Kapp III
Christian J. Lane
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000