IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 22, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE
## APPLICATION FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.20 | Telephone conference with D. Siegel re indemnification issues. |
| 5/06/02 | James W Kapp | 1.30 | Telephone conference with M. Hunter and J. McFarland re potential letter of credit/indenture issues and attend to issues re same. |
| 5/08/02 | James W Kapp | 0.10 | Telephone conference with J. McFarland re letter of credit issues. |
| 5/10/02 | James W Kapp | 1.60 | Review and revise motion to wind-down LMI and attend to issues re same and telephone conference with S. Ahern (.6); review and revise motion seeking consolidation of customer services businesses and attend to issues re same (1.0). |
| 5/13/02 | James W Kapp | 2.00 | Review revised motion to liquidate LMI and attend to issues re same (1.3); telephone conference with S. Ahern re LMI motion and attend to issues re same (.4); review J. McFarland's comments to LMI motion and attend to issues re same (.3). |
| 5/14/02 | James W Kapp | 0.90 | Telephone conference with S. Ahern re consolidation motion and attend to issues re same (.1); attend to issues re LMI motion and review S. Ahern correspondence re same (.2); review and revise consolidation motion and attend to issues re same (.6). |
| 5/15/02 | James W Kapp | 0.20 | Review correspondence from D. Blechman re sale transaction and attend to issues re same. |
| 5/28/02 | James W Kapp | 0.20 | Telephone conference with M. Shelnitz and S. Ahern re possible acquisition. |
| 5/29/02 | James W Kapp | 0.10 | Telephone conference with M. Shelnitz re potential acquisition. |

## Matter 17 – Automatic Stay Matters/Relief Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.40 | Telephone conference with D. Siegel re Kellogg motion for reconsideration and strategies re same and attend to issues re same. |
| 5/01/02 | Christian J Lane | 1.50 | Review Kellogg motion to reconsider and draft response. |
| 5/15/02 | James W Kapp | 1.30 | Review Wesconn Inc., motion for relief from stay and attend to issues re same (.7); review Debtors'response to Kellogg's motion for reconsideration and attend to issues re same (.6). |
| 5/16/02 | Christian J Lane | 0.40 | Attend to matters re Wesconn Inc., motion for relief from stay (.2); telephone conference with M. Cohan re same (.2). |
| 5/20/02 | Christian J Lane | 1.00 | Draft response to Kellogg motion to reconsider. |
| 5/21/02 | James W Kapp | 0.20 | Attend to issues re Wesconn motion for relief from automatic stay. |
| 5/21/02 | Christian J Lane | 1.40 | Telephone conferences with client re Wesconn motion for relief from stay (.5); review April hearing transcript re relief from stay (.2); attention to issues re Wesconn motion for relief from stay (.3); telephone conference with Wesconn counsel (.4). |
| 5/23/02 | James W Kapp | 1.80 | Attend to issues re Wesconn's motion for relief from the automatic stay (.3); review and revise Debtor's response to Kellogg's motion for reconsideration and attend to issues re same (1.5). |
| 5/23/02 | Christian J Lane | 3.10 | Revise response to Kellogg motion to reconsider (1.2); review hearing transcript re same (.5); office conference re same (.5); attention to issues related to Wesconn motion for relief from stay (.7); telephone conference with Wesconn counsel re same (.2). |
| 5/24/02 | Christian J Lane | 1.50 | Revise response to Kellogg motion to reconsider. |
| 5/25/02 | James W Kapp | 0.50 | Review and revise response to Kellogg's motion for reconsideration and attend to issues re same. |
| 5/28/02 | James W Kapp | 0.30 | Review BMW motion for relief from automatic stay and attend to issues re same. |
| 5/29/02 | James W Kapp | 0.10 | Review D. Siegel correspondence re Kellogg response. |
| 5/29/02 | Christian J Lane | 1.00 | Attention to issues related to response to Kellogg motion to reconsider. |
| 5/30/02 | Christian J Lane | 0.60 | Attend to finalizing response to Kellogg motion to reconsider. |
| 5/31/02 | Christian J Lane | 0.30 | Telephone conference with J. McFarland re motion for relief from stay. |

### Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.40 | Review pleadings and correspondence and distribute same (.3); review docket and attend to issues re same (.1). |
| 5/01/02 | Shirley A Pope | 4.50 | Organize Chakarian pleadings for entry on Concordance database (2.0); enter RJR Nabisco pleadings on Concordance database (.5); enter asbestos PI and PD Committees v. Sealed Air pleadings on Concordance database (2.0). |
| 5/01/02 | Shirley A Pope | 2.80 | Review correspondence and file same (1.8); review docket for newly filed pleadings, download and file same (1.0). |
| 5/02/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 5/02/02 | Shirley A Pope | 2.80 | Review docket for newly filed pleadings, download and file same (1.8); review correspondence and file same (1.0). |
| 5/02/02 | Sabrina M Mitchell | 0.30 | Download adversary docket for case 01-00771. |
| 5/03/02 | James W Kapp | 0.10 | Review motion status chart and attend to issues re same. |
| 5/03/02 | Shirley A Pope | 2.00 | Review Chakarian pleadings and compare to docket to ensure completeness of file (1.0); review pleadings re Sealed Air adversary proceeding 02-2210 (1.0). |
| 5/03/02 | Shirley A Pope | 4.50 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file (1.5); update Concordance pleading database (1.0); organize documents forwarded to expert and file same (1.0). |
| 5/03/02 | Sabrina M Mitchell | 1.30 | Update motion status chart (.4); respond to request for National Union complaint (.1); supplement the orders index (.5); update the case file index with new documents and prepare for inclusion into central files (.3). |
| 5/06/02 | James W Kapp | 0.10 | Review pleadings and correspondence and attend to issues re same. |
| 5/06/02 | Shirley A Pope | 6.80 | Review correspondence and file same (1.5); review docket for newly filed pleading, download and file (1.3); enter pleadings in Concordance database (2.0); revise and edit Concordance pleadings database (2.0). |
| 5/06/02 | Sabrina M Mitchell | 1.10 | Respond to request for retention motions (.2); retrieve and distribute PricewaterhouseCoopers retention motions (.4); supplement central file binders with new orders (.5). |
| 5/06/02 | Seth B Kutnick | 1.00 | File bankruptcy related documents in Grace main files. |
| 5/07/02 | David M Bernick, P.C. | 1.00 | Prepare for and attend team meeting. |
| 5/07/02 | Michelle H Browdy | 0.80 | Prepare for and attend team call on Grace issues and preparation. |
| 5/07/02 | Mark E Grummer | 0.30 | Prepare for and participate in team conference call. |

| 5/07/02 | James W Kapp | 1.20 | Prepare for and participate in litigation strategy meeting and attend to issues re same (1.0); review pleadings and correspondence and attend to issues re same (.2). |
| 5/07/02 | Shirley A Pope | 7.30 | Prepare for and attend internal K&E litigation strategy meeting (1.0); retrieve and organize Gerard filings at attorney request (1.3); review docket for newly filed pleadings, download and file same (2.0); review docket to ensure completeness of Chakarian pleadings file (1.0); enter newly filed pleadings on Concordance database (1.0); revise Concordance database re adversarial proceedings (1.0). |
| 5/07/02 | Andrew R Running | 0.90 | Prepare for and participate in internal Kirkland meeting to review status of litigation projects. |
| 5/07/02 | Christopher B Sullivan | 1.00 | Prepare for and attend internal K&E team meeting. |
| 5/07/02 | Kellye L Fabian | 0.80 | Prepare for and attend team meeting. |
| 5/07/02 | Janet Baer | 1.00 | Prepare for and attend Grace team status meeting. |
| 5/07/02 | Sabrina M Mitchell | 1.00 | Update motion status chart (.6); retrieve and duplicate wages motion and order (.2); respond to request for DIP motion and order (.2). |
| 5/08/02 | Sabrina M Mitchell | 0.10 | Respond to request for cash management motion and order. |
| 5/09/02 | Shirley A Pope | 1.80 | Review docket for newly filed pleadings, download and file same (1.0); update Concordance pleadings database (.8). |
| 5/09/02 | Sabrina M Mitchell | 0.40 | Update the motion status chart. |
| 5/10/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.4); review motion status chart and attend to issues re same (.1). |
| 5/10/02 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download (2.5); review correspondence and file same (1.5); review media and scientific articles and file same (2.0). |
| 5/10/02 | Sabrina M Mitchell | 0.60 | Retrieve W. R. Grace proof of claims and prepare for transmittal to M. Dalsin (.3); respond to request for settlement procedures motion and order (.3). |
| 5/13/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.2); review Daily Bankruptcy Review article relevant to Chapter 11 proceedings and attend to issues re same (.2). |
| 5/13/02 | Shirley A Pope | 5.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0); update Concordance pleadings database (1.0); review and file legal research materials (1.0). |
| 5/13/02 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files. |

| 5/13/02 | Seth B Kutnick | 5.50 | Prepare Grace documents produced to Committees on May 10, 2002, for inclusion in document production files (5.0); file pleadings related to bankruptcy issues (.5). |
| 5/14/02 | Shirley A Pope | 5.50 | Review and prepare graphics for attorney review (2.5); review legal memoranda and prepare exhibits at attorney request (1.0); review docket for newly filed pleadings, download and file same (2.0). |
| 5/14/02 | Emily J Knox | 2.00 | Research documents re fraudulent transfers. |
| 5/14/02 | Sabrina M Mitchell | 0.40 | Retrieve and distribute Sprayregen affidavit (.2); respond to request for sale procedures motion and order (.2). |
| 5/14/02 | Seth B Kutnick | 6.50 | File pleadings related to Bankruptcy issues (.5); prepare Grace documents produced to Committees for inclusion in document production files (2.0); Prepare exhibits attached to Analysis of ARPC Assumptions legal memorandum at attorney's request (4.0). |
| 5/15/02 | James W Kapp | 0.40 | Review pleadings and correspondence and distribute same. |
| 5/15/02 | Shirley A Pope | 5.50 | Review docket for newly filed pleadings, download and file same (2.0); review correspondence (1.5); enter newly filed pleadings to Concordance pleading database (1.0); file legal research memoranda (1.0). |
| 5/15/02 | Emily J Knox | 1.00 | Research documents re fraudulent transfers. |
| 5/15/02 | Sabrina M Mitchell | 1.20 | Update motion status chart (.2); download cash management and DIP motions (.4); download motions to be included in central files (.6). |
| 5/15/02 | Seth B Kutnick | 6.50 | Prepare Grace documents produced to Committees on May 10, 2002, for inclusion in document production files. |
| 5/16/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to same. |
| 5/16/02 | Shirley A Pope | 4.00 | Prepare Barbanti November 2000 hearing transcripts before Judge O'Connor to be forwarded to Committees (1.0); prepare Price v. Grace class certification briefs for review (1.5); prepare Barbanti deposition transcripts and forward to Committees (1.5). |
| 5/16/02 | Sabrina M Mitchell | 0.20 | Respond to request for Union Tank motion. |
| 5/16/02 | Seth B Kutnick | 7.00 | File pleadings related to Bankruptcy issues (1.0); check quotes in cases referenced in Grace's response to Asbestos Committee's motion to compel (1.0); copy check document production (2.0); create index to materials sent to Caplin Drysdale (3.0). |
| 5/17/02 | James W Kapp | 0.10 | Review pleadings and correspondence and attend to same. |

| 5/17/02 | Shirley A Pope | 7.50 | Review correspondence (2.0); review docket for newly filed pleadings, download and file same (2.0); prepare materials to be faxed to Committees at attorney request (.5); update legal research files (2.0); review media articles re asbestos and file same (1.0). |
| 5/17/02 | Seth B Kutnick | 4.00 | Prepare Adversary Proceedings binder (1.0); create index for and label Skadden/SAC boxes (3.0). |
| 5/20/02 | Shirley A Pope | 4.30 | Review correspondence (1.0); fax Rule 30(b)(6) deposition notice to Grace to various parties (.3); review docket for newly filed pleadings, download and file same (2.0); update attorney work product files (1.0). |
| 5/20/02 | Sabrina M Mitchell | 0.30 | Update the case file index with new documents and prepare for inclusion into central files. |
| 5/20/02 | Seth B Kutnick | 4.50 | File pleadings related to Bankruptcy issues (.5); prepare exhibits attached to Expert Analyses legal memorandum (2.0); create index to and label attorney's work files (2.0). |
| 5/21/02 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with D. Siegel re case strategy. |
| 5/21/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same. |
| 5/21/02 | Shirley A Pope | 4.50 | Prepare personal injury/bar date documents for attorney review (2.0); review correspondence and file same (1.5); review docket for newly filed pleadings, download and file same (1.0). |
| 5/21/02 | Bertha Serrano | 0.20 | Attend to matters re central files. |
| 5/21/02 | Sabrina M Mitchell | 0.30 | Attend to matters re central files and fee applications. |
| 5/22/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same. |
| 5/22/02 | Shirley A Pope | 4.50 | Review correspondence and file same (1.5); organize expert materials and distribute at attorney request (1.0); review docket for newly filed pleadings and file same (1.0); revise entries of pleadings in Concordance database (1.0). |
| 5/23/02 | Shirley A Pope | 8.00 | Review correspondence and file same (1.0); organize legal research and file same (1.5); review docket for newly filed pleadings and file same (2.0); enter pleadings in Concordance database (2.0); organize attorney work product and file same (1.5). |
| 5/24/02 | David M Bernick, P.C. | 0.50 | Prepare for and attend internal K&E team meeting. |
| 5/24/02 | Michelle H Browdy | 0.70 | Prepare for and attend K&E team meeting. |
| 5/24/02 | Timothy S Hardy | 1.00 | Prepare for and participate in team conference call. |

| | | | |
|---|---|---|---|
| 5/24/02 | Elli Leibenstein | 0.30 | Prepare for and attend team meeting. |
| 5/24/02 | Scott A McMillin | 0.80 | Prepare for and attend asbestos litigation strategy meeting. |
| 5/24/02 | Andrew R Running | 0.50 | Participate in internal Kirkland meeting to review status of litigation assignments. |
| 5/24/02 | Kellye L Fabian | 0.50 | Prepare for and attend K&E internal team meeting. |
| 5/29/02 | Shirley A Pope | 4.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0); update file indices re documents forwarded to experts (1.0). |
| 5/29/02 | Seth B Kutnick | 1.00 | File pleadings related to bankruptcy issues (1.0). |
| 5/30/02 | Shirley A Pope | 5.00 | Review correspondence and file same (1.5); review docket for newly filed pleadings and download same (1.5); review pleadings indices against docket to ensure completeness (1.0); update legal research files (1.0). |
| 5/30/02 | Sabrina M Mitchell | 2.50 | Organize new documents into central files (.8); update the case file index with new documents and prepare for inclusion into central files (1.7). |
| 5/31/02 | Shirley A Pope | 2.30 | Review docket for newly filed pleadings and download (1.0); prepare exhibits and documents related to Debtors' Consolidated Reply brief (.3); review correspondence and file same (1.0). |
| 5/31/02 | Sabrina M Mitchell | 0.30 | Review the motion status chart. |

## Matter 21 – Claim Estimate, Objection and Resolution – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | Emily J Knox | 1.00 | Enter data into Montana employees database. |
| 5/01/02 | Seth B Kutnick | 7.10 | Enter data into Montana employees database. |
| 5/02/02 | Emily J Knox | 5.00 | Enter data into Montana employees database. |
| 5/02/02 | Janet Baer | 1.90 | Attend to bar date matters (.5); review final claim forms and circulate (.4); review recent drafts of bar date notice package and claim forms and confer with various parties re same (.5); attend to matters re bar date notice program (.5). |
| 5/02/02 | Seth B Kutnick | 7.50 | Enter data into Montana employees database. |
| 5/03/02 | Emily J Knox | 2.00 | Enter data into Montana employees database. |
| 5/03/02 | Janet Baer | 1.00 | Attend to bar date issues (.5); review Kinsella press release and updated web site (.5). |
| 5/03/02 | Seth B Kutnick | 2.00 | Enter data into Montana employees database. |
| 5/06/02 | Emily J Knox | 1.00 | Enter data into Montana employees database. |
| 5/06/02 | Janet Baer | 5.10 | Review and revise bar date Q & A for website (.8); attend to bar date matters (.5); revise Press Releases and transmit comments re same (.5); review and revise web-site entries (.5); outline checklist for notice team meeting (.3); assemble information re service issues (.5); review notice data base information (.5); follow up re various bar date notice matters (1.5). |
| 5/06/02 | Seth B Kutnick | 6.50 | Enter data into Montana employees database. |
| 5/07/02 | James W Kapp | 1.00 | Review appeal of Property Damage Committee of bar date order (.4); develop strategies re response to Property Damage committee motion for leave to appeal (.6). |
| 5/07/02 | Christian J Lane | 3.50 | Research re Bar Date issue. |
| 5/07/02 | Janet Baer | 4.80 | Review PD claim re Libby issues (.2); review telephone script for Rust 800 number (.3); review Motion for Leave to Appeal re Bar Date Order (.3); attend to matters re Bar Date Order Appeal (1.5); review updated website and links, revise same and transmit comments re same (1.5); attend to various bar date matters (1.0). |
| 5/07/02 | Seth B Kutnick | 7.50 | Enter data into Montana employees database. |
| 5/08/02 | Christian J Lane | 1.80 | Revision to and research for response to appeal of bar date. |

| | | | |
|---|---|---|---|
| 5/08/02 | Janet Baer | 5.00 | Review materials and conduct legal research re bar date order appeal (1.0); numerous conferences with Rust and Kinsella re website and 800 number (1.0); attend to various matters re website and 800 number (1.0); prepare response re bar date appeal motion (2.0). |
| 5/08/02 | Seth B Kutnick | 5.00 | Enter data into Montana employees database. |
| 5/09/02 | Janet Baer | 2.20 | Follow up and attend to various bar date matters (1.0); review and revise Rust script re live operators and follow up on several Rust related issues (1.2). |
| 5/09/02 | Seth B Kutnick | 6.00 | Enter data into Montana employees database. |
| 5/10/02 | Christian J Lane | 0.30 | Attention to matters re Debtors' response to bar date appeal. |
| 5/10/02 | Janet Baer | 0.60 | Attend to bar date matters, specifically re press release, printing and attorney listings. |
| 5/10/02 | Janet Baer | 0.80 | Further revise bar date appeal motion. |
| 5/10/02 | Seth B Kutnick | 5.50 | Enter data into Montana employee database. |
| 5/13/02 | David M Bernick, P.C. | 0.30 | Attend to matters re bar date appeal. |
| 5/13/02 | Emily J Knox | 3.00 | Enter data into Montana employee database. |
| 5/13/02 | Janet Baer | 4.10 | Attend to bar date matters (2.0); attend to matters re objection to bar date appeal (.3); revise same (1.0); attend bar date status conference (.8). |
| 5/13/02 | Seth B Kutnick | 2.00 | Enter data into Montana employee database. |
| 5/14/02 | Emily J Knox | 1.00 | Enter data into Montana employee database. |
| 5/14/02 | Janet Baer | 1.00 | Attend to bar date related matters (.4); review new draft of script for live operators (.6). |
| 5/15/02 | Janet Baer | 1.00 | Attend to bar date matters. |
| 5/16/02 | James W Kapp | 0.30 | Review Debtors' response to PD committee motion for leave to appeal the bar date order. |
| 5/16/02 | Emily J Knox | 2.00 | Enter data into Montana employee database. |
| 5/16/02 | Janet Baer | 0.80 | Attend to matters re bar date appeal (.3); finalize response on appeal and prepare for filing (.5). |
| 5/16/02 | Janet Baer | 1.60 | Attend to bar date matters (1.0); review transcript for live operators (.3); correspondence re PI and UCC referrals on live calls (.3). |
| 5/17/02 | James W Kapp | 0.80 | Review record of appeal of bar date order and telephone conference with D. Carickhoff re same (.4); review Debtors' reply to motion to strike proofs of claim (.4). |
| 5/17/02 | Emily J Knox | 1.30 | Enter data into Montana employees database. |
| 5/18/02 | James W Kapp | 0.40 | Review reply of Equity Committee to strike proofs of claim and review relevant caselaw re same. |

| | | | |
|---|---|---|---|
| 5/20/02 | Emily J Knox | 4.00 | Enter data into Montana employees database. |
| 5/20/02 | Seth B Kutnick | 1.50 | Enter data into Montana employees database. |
| 5/21/02 | Janet Baer | 1.20 | Prepare for conference on bar date matters (.3); attend conference with BMC, Rust Consulting, F. Zaromby and H. Shelnitz on bar date matters and status (.9). |
| 5/21/02 | Seth B Kutnick | 6.00 | Enter data into Montana employees database. |
| 5/22/02 | Janet Baer | 0.80 | Follow up re Bar Date matters including Rust live script, committee contact information and related matters. |
| 5/22/02 | Seth B Kutnick | 2.00 | Enter data into Montana employees database. |
| 5/23/02 | James W Kapp | 0.20 | Review correspondence from F. Zaremby re notice program and attend to issues re same. |
| 5/23/02 | Seth B Kutnick | 2.50 | Review problem entries in Montana employees database re exposure level. |
| 5/30/02 | Janet Baer | 3.20 | Attend to matters re bar date notice on employee and COLI issues (.5); confer with W. Sparks re de minimis settlement procedures (.2); follow up on employee notice issues (.5);review PI bar date deadlines and confer re same (.5); follow up on PI bar date issues (.5). |
| 5/31/02 | Janet Baer | 0.90 | Review information from K. Kinsella re publication programs (.2); review revised live telephone script (.2); confer with W. Corcoran and K. Kinsella re notice to employees (.3); confer with S. Ahern re employee pension plan notice issues (.2). |

## Matter 22 – Contested Matters/Adversary Proceedings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.40 | Review and distribute equity committee response to Debtors' motion to intervene (.2); telephone conference with D. Carickhoff re correspondence from E. Wahlferth and attend to issues re same (.2). |
| 5/01/02 | Elli Leibenstein | 0.20 | Attend to matters re ARPC discovery issues. |
| 5/01/02 | Scott A McMillin | 8.20 | Prepare for and meet with R. Walsh re Zonolite (5.0); conferences with C. Sullivan and W. Sparks re Walsh (2.0); attend to matters re ARPC discovery issues (.2); legal research re privilege of reserve analysis (1.0). |
| 5/01/02 | Andrew R Running | 1.50 | Telephone conference with G. Bragg re expert preparation matters (.5); draft e-mail correspondence to client re scheduling of next meeting with G. Bragg and other matter (.4); continue review of Judge Fitzgerald hearing transcript (.6). |
| 5/01/02 | Christopher B Sullivan | 8.00 | Prepare for interview of and interview B. Walsh. |
| 5/01/02 | Kellye L Fabian | 2.00 | Research attorney eyes only protective orders for fraudulent transfer case. |
| 5/02/02 | David M Bernick, P.C. | 1.00 | Conduct two telephone conferences with D. Siegel re case development. |
| 5/02/02 | Michelle H Browdy | 0.40 | Follow up on document production issues re fraudulent transfer trial. |
| 5/02/02 | Timothy S Hardy | 0.20 | Telephone conference with D. Cameron re Science case. |
| 5/02/02 | Elli Leibenstein | 1.40 | Telephone conference with D. Rourke re meeting and discovery (.3); attend to matters re SAC request (.4); attend to matters re estimate (.2); analyze potential Florence and Rourke testimony (.5). |
| 5/02/02 | Scott A McMillin | 3.50 | Review and analyze protective orders (1.5); outline protective order for fraudulent transfer litigation (.5); attend to matters re same (.4); attend to matters re document production (.4); conference with Milberg Weiss re same (.1); review supplemental pleadings on motion to intervene (.3); work on ARPC discovery issues (.3). |
| 5/02/02 | Shirley A Pope | 1.00 | Prepare produced fraudulent conveyance documents (adv. proceeding 2-2210) and serve same on committees. |
| 5/02/02 | Andrew R Running | 0.60 | Exchange correspondence with R. Finke re G. Bragg (.3); complete review of April 22nd hearing transcript (.3). |
| 5/02/02 | Kellye L Fabian | 3.80 | Attend to matters re drafting protective order in fraudulent transfer cases and trial schedule and potential witnesses (.8); draft protective order to govern documents produced in fraudulent transfer cases (3.0). |

| | | | |
|---|---|---|---|
| 5/03/02 | Michelle H Browdy | 3.20 | Telephone conference with R. Beber re document production issues re fraudulent transfer trial (.6); attend to matters re same (.2); prepare for meeting with M. Weiss re same (2.4). |
| 5/03/02 | James W Kapp | 0.20 | Review correspondence from A. Krieger re National Union stipulation and attend to issues re same. |
| 5/03/02 | Elli Leibenstein | 1.20 | Review materials re claims estimate (.5); factual investigation re same (.7). |
| 5/03/02 | Scott A McMillin | 2.40 | Review and revise protective order (1.0); attend to matters re same (.2); work on document production issues (.5); attend to matters re same (.4); conferences with client re same (.3). |
| 5/03/02 | Christopher B Sullivan | 3.50 | Organize core document index for fraudulent conveyance trial (1.5); summarize core documents (2.0). |
| 5/03/02 | Kellye L Fabian | 0.30 | Review revised protective order. |
| 5/06/02 | David M Bernick, P.C. | 1.60 | Conduct telephone conference with P. Lockwood re ZAI claims (.3); conduct telephone conference with D. Siegel and P. Lockwood re case strategy (1.3). |
| 5/06/02 | Michelle H Browdy | 1.90 | Work on fraudulent transfer trial ARPC document production issues (.2); telephone conference with ARPC re same (.6); attend to matters re same (.4); meet and confer with M. Weiss on document production issues re fraudulent transfer and follow up (.7). |
| 5/06/02 | Timothy S Hardy | 0.90 | Telephone conference with D. Kuchinsky, G. Marsh; send materials to G. Marsh. |
| 5/06/02 | James W Kapp | 0.40 | Telephone conference with D. Rosenbloom re Zonolite adversary proceeding and attend issues re same (.2); telephone conference with D. Carickhoff re same (.2). |
| 5/06/02 | Elli Leibenstein | 1.30 | Telephone conference with T. Florence re ARPC document production and discovery issues (.6); prepare for same (.5); attend to matters re same (.2). |
| 5/06/02 | Scott A McMillin | 5.70 | Work on document production issues (1.0); conferences with client re supplemental document production (1.5); attend to matters re same (.7); conference with Milberg Weiss re same (.5); attend to matters re ARPC document production (.3); conference with T. Florence and D. Rourke re same (.4); revise protective order (1.3). |
| 5/06/02 | Christopher B Sullivan | 1.50 | Draft memorandum of B. Walsh interview (1.0); draft index of core documents (.5). |
| 5/06/02 | Janet Baer | 0.70 | Conference with W. Sparks re retention of various former officers as witnesses (.3); conference with counsel for insurance carrier in Gulf Pacific matter and assemble materials re same (.4). |
| 5/07/02 | Michelle H Browdy | 2.90 | Edit draft protective order (1.0); coordinate with Sealed Air and Fresenius counsel on document production issues and experts (1.9). |

| | | | |
|---|---|---|---|
| 5/07/02 | James W Kapp | 0.40 | Review Armstrong precedent re committees' ability to retain experts to establish claims. |
| 5/07/02 | Elli Leibenstein | 5.90 | Attend to matters re F. Dunbar expert tesitomy (.3); telephone conference with F. Dunbar re expert testimony (.4); telephone conference with P. Brown and scheduling (.2); draft memo re ARPC document production issues (5.0). |
| 5/07/02 | Scott A McMillin | 5.70 | Work on document production issues (.7); conferences with A. Aizley, J. Smith, F. Zaremby, et al., re same (1.4); review Stallard report (.8); review Beber documents (2.0); review Georgine documents (.8). |
| 5/07/02 | Andrew R Running | 0.60 | Review PD Committee's motion for interlocutory appeal of bar date ruling (.2); write e-mails to client and co-counsel re expert and fact witness interviews (.4). |
| 5/07/02 | Christopher B Sullivan | 1.50 | Draft fact/document outline for ZAI/Vermiculite defense. |
| 5/07/02 | Kellye L Fabian | 2.00 | Legal research re decertifying class action (1.0); research elements of a claim under the Washington Unfair and Deceptive Practices Act referenced in Barbanti complaint (1.0). |
| 5/07/02 | Janet Baer | 1.00 | Review motion, order and draft re customer warranties and Monokote Fireproofing matter (.5); confer with counsel for CNA in Michigan re payment issues (.3); attend to matters re Monokote Fireproofing issues and motion (.3). |
| 5/08/02 | Michelle H Browdy | 0.40 | Follow up on document production issues and edit letter re same. |
| 5/08/02 | Timothy S Hardy | 0.40 | Telephone conference with D. Kuchinsky re B. Price (.2); telephone conference with B. Price re case status (.2). |
| 5/08/02 | Elli Leibenstein | 3.80 | Review deposition schedule (.3); telephone conference with F. Dunbar re expert work (.5); review ARPC memorandum (3.0). |
| 5/08/02 | Scott A McMillin | 9.00 | Review Georgine documents (1.5); prepare for J. Posner interview (1.8); conferences with F. Zaremby and J. Posner re insurance issues and document production issues (3.5); work on document production issues (.5); draft memorandum re Posner interview (1.7). |
| 5/08/02 | Christopher B Sullivan | 3.50 | Draft interview outline of B. Walsh interview (1.2); develop binder of core documents (.8); draft outline summary of ZAI documents (1.5). |
| 5/09/02 | Michelle H Browdy | 0.20 | Consider issues re fraudulent transfer document production. |
| 5/09/02 | Elli Leibenstein | 3.70 | Review PW report (1.5); review Stallard analysis (2.2); telephone conference with S. Handler re NERA (.6); telephone conference with T. Florence re meeting (.2). |
| 5/09/02 | Scott A McMillin | 6.00 | Review documents for supplemental production and conferences with client re same. |

| | | | |
|---|---|---|---|
| 5/09/02 | Andrew R Running | 1.10 | Telephone conference with W. Sparks re witness interviews (.2); participate with W. Sparks in telephone interview of an MK-3 installation witness (.9). |
| 5/09/02 | Christopher B Sullivan | 2.00 | Prepare materials and finder of documents for meeting with B. Walsh (1.0); review status of ZAI fact/document outline (1.0). |
| 5/09/02 | Janet Baer | 1.60 | Attend to matters re Gulf Pacific and ZAI claims (.3); review draft response re Bar Date appeal (1.0); review and revise draft motion re Monokote Fireproofing matter (.3). |
| 5/10/02 | James W Kapp | 0.30 | Telephone conference with K. McDonald and D. Carickhoff re National Union stipulation and attend to issues re same (.2); review and distribute Gerard response to Maryland Casualty (.1). |
| 5/10/02 | Elli Leibenstein | 0.30 | Draft correspondence re S. Handler. |
| 5/10/02 | Scott A McMillin | 5.50 | Draft memorandum re Posner interview (1.0); review motion to appoint special counsel (.5); work on document production issues (.7); conferences with F. Zaremby re same (.8); review Sealed Air documents (2.5). |
| 5/10/02 | Janet Baer | 0.80 | Follow up re various new pleadings in fraudulent conveyance matter (.4); review C. Gerard response to Maryland Casualty and CNA (.4). |
| 5/11/02 | Elli Leibenstein | 3.50 | Draft ARPC document production memorandum. |
| 5/12/02 | David M Bernick, P.C. | 0.80 | Develop litigation project list for K&E team. |
| 5/12/02 | Elli Leibenstein | 1.50 | Revise ARPC document production memorandum. |
| 5/13/02 | David M Bernick, P.C. | 0.50 | Conduct update telephone conference with D. Siegel. |
| 5/13/02 | Michelle H Browdy | 11.70 | Work on meet and confer, document production and protective order issues with Milberg, Weiss (3.0); follow up re same with F. Zaremby (1.5); prepare for meeting with R. Walsh on ZAI issues for fraudulent transfer trial (7.2). |
| 5/13/02 | James W Kapp | 0.90 | Review further response of Continental Casualty to Gerard response and distibute same (.1); attend to motion to strike claims filed by Property Damage Committee (.8). |
| 5/13/02 | Christian J Lane | 1.70 | Review draft notice for proposed sale of GBT division (1.0); draft comments re same (.3); attention to various issues re same (.4). |
| 5/13/02 | Elli Leibenstein | 2.70 | Revise memo re ARPC document production work (2.5); attend to matters re same (.2). |

| | | | |
|---|---|---|---|
| 5/13/02 | Scott A McMillin | 8.40 | Review Sealed Air documents (2.3); attend to matters re document production, motion to compel (1.4); conferences with Milberg Weiss re same (.8); conferences with client re same (1.0); draft letter objecting to special counsel's scope of work (1.2); draft opposition to motion to compel (.4); draft order on motion to compel (.3); review and revise protective order (1.0). |
| 5/13/02 | Shirley A Pope | 3.00 | Review fraudulent conveyance documents produced in second production to committees (2.0); update document production database (1.0). |
| 5/13/02 | Christopher B Sullivan | 4.70 | Attend to matters re ZAI/Vermiculite background (.2); prepare materials for R. Walsh interview (1.0); prepare for R. Walsh interview (1.5); review/edit ZAI fact document outline (2.0). |
| 5/13/02 | Kellye L Fabian | 2.50 | Research and draft memorandum re Washington state Consumer Protection Act. |
| 5/13/02 | Janet Baer | 0.30 | Review Continental Casualty Response to Gerard response. |
| 5/14/02 | Michelle H Browdy | 0.40 | Telephone conference with Milberg, Weiss and E. Wohlforth re motion to compel and follow up with S. McMillin. |
| 5/14/02 | Michelle H Browdy | 7.80 | Meeting with R. Walsh, preparation and follow up re ZAI issues. |
| 5/14/02 | Timothy S Hardy | 0.50 | Telephone conference with J. Silverman re low dose issues (.3); review EPA/ZAI stories (.2). |
| 5/14/02 | James W Kapp | 1.80 | Review motion to strike proofs of claim and attend to issues re same. |
| 5/14/02 | Elli Leibenstein | 0.50 | Revise memo re ARPC document production issues. |
| 5/14/02 | Scott A McMillin | 6.30 | Draft opposition to application to retain special counsel (2.2); attend to matters re document production issues (.5); conferences with client re same (.7); conference with R. Fleishman and E. Wohlforth re motion to compel (.5); revise protective order (.3); review insurance procedures documents (.4); review Sealed Air documents (1.7). |
| 5/14/02 | Christopher B Sullivan | 7.00 | Prepare materials and outline for meeting with R. Walsh (1.5); attend meeting with R. Walsh, W. Sparks and D. Siegel re ZAI (5.5). |
| 5/14/02 | Janet Baer | 2.80 | Review ZAI motion to strike and response on litigation proposal (.5); further revise Bar Date Appeal Response (.5); attend to matters re fraudulent transfer matter and expert retention (.3); attend to matters re ZAI Motion/Response (1.0); review materials re same (.5). |
| 5/15/02 | Michelle H Browdy | 2.90 | Preparation for witness meetings re environmental and asbestos reserve analysis for fraudulent transfer trial (2.7); send environmental issues materials packet to Drew Berry (.2). |

| 5/15/02 | Michelle H Browdy | 2.10 | Finalize and send letter to Milberg Weiss re planned meeting and confer process re fraudulent transfer litigation (1.2); identify Rule 30(b)(6) responsive deponents for fraudulent transfer litigation (.7); update R. Beber re same (.2). |
|---------|-------------------|------|------|
| 5/15/02 | Christian J Lane | 4.10 | Research re section 501(c) claims filing for response to ZAI motion to strike (1.8); draft insert to response to ZAI motion re same (1.4); attend to various issues re same (.9). |
| 5/15/02 | Elli Leibenstein | 3.90 | Review ARPC documents (1.8); telephone conference with M. Browdy re T. Florence and discovery (.3); prepare for meeting with D. Rourke (1.5); telephone conference with D. Rourke re meeting (.3). |
| 5/15/02 | Scott A McMillin | 6.80 | Review Sealed Air documents (1.5); review motion to compel (.5); research and draft opposition to motion to compel (2.5); review deposition notice (.3); attend to matters re litigation strategy (.5); draft opposition to joint application to retain special counsel (1.0); review discovery correspondence (.3); conference with client re document production (.2). |
| 5/15/02 | Shirley A Pope | 1.00 | Prepare pleadings (adversary proceeding no. 2-2210) for attorney review (.5); prepare selected Sealed Air documents (produced to the Committees by Skadden Arps) for attorney review (.5). |
| 5/15/02 | Kellye L Fabian | 1.50 | Review fraudulent transfer pleadings. |
| 5/15/02 | Janet Baer | 5.80 | Draft response to ZAI Motion to Strike and revise same (2.5); review hearing transcripts for matters re response to ZAI Motion (1.0); attend to matters re same (.5); further revise Response to ZAI Motion and prepare transmittal and attend to other matters re same (1.5); review objection on fraudulent transfer counsel matter (.3). |
| 5/16/02 | Timothy S Hardy | 0.50 | Send materials re low-dose/NOEL's to J. Silverman. |
| 5/16/02 | James W Kapp | 0.40 | Attend to issues re retention of experts. |
| 5/16/02 | Christian J Lane | 1.00 | Review response to ZAI motion. |
| 5/16/02 | Elli Leibenstein | 1.40 | Attend to matters re F. Dunbar (.2); telephone conference with D. Rourke meeting (.2); revise memo (1.0). |
| 5/16/02 | Scott A McMillin | 4.80 | Draft opposition to motion to compel (2.0); legal research re waiver of work product protection (2.0); conferences with A. Aizley, F. Zaremby and R. Fleishman re depositions and document production (.8). |
| 5/16/02 | Shirley A Pope | 6.00 | Cite check Grace's response to Committee's Motion to Compel production of documents (4.0); update Concordance pleading database with newly filed adversary proceedings 02-2210 pleadings (2.0). |

| | | | |
|---|---|---|---|
| 5/16/02 | Janet Baer | 4.50 | Attend to matters re response to ZAI motion (.2); revise and supplement response re ZAI Motion and conference with various parties re same (4.3). |
| 5/17/02 | Michelle H Browdy | 1.30 | Follow up on document discovery and witness issues re fraudulent transfer. |
| 5/17/02 | Michelle H Browdy | 3.10 | Edit/revise pleadings due 5/17 (opposition to motion to compel, to fee application, protective order, draft disclosure order) in fraudulent transfer case. |
| 5/17/02 | James W Kapp | 0.10 | Review and distribute PI Committee's motion to compel documents from the Debtors. |
| 5/17/02 | Christian J Lane | 2.80 | Research re filing of proofs of claim by debtor (2.3); research re accrual of interest post-petition (.5). |
| 5/18/02 | Michelle H Browdy | 2.70 | Prepare for Rule 30(b)(6) depositions, including drafting and circulating memorandum on same. |
| 5/18/02 | Timothy S Hardy | 0.50 | Review lung cancer and mesothelioma data in case control study summaries and Canadian chrysotile symposium re low dose NOEL's. |
| 5/19/02 | Elli Leibenstein | 1.10 | Review M. Browdy emails re scheduling (.8); prepare for meeting with ARPC (.3). |
| 5/20/02 | Elli Leibenstein | 5.40 | Draft internal corrspondence re depositions (.6); attend to matters re Rule 30 (B)(6) witness (.3); review ARPC memorandum (1.5); conference with legal assistants re exhibits (.5); outline for Rourke meeting (1.5); draft outline of Dunbar tasks (1.0). |
| 5/20/02 | Scott A McMillin | 7.50 | Review fraudulent transfer pleadings (1.2); work on Rule 30(b)(6) deposition issues (.7); review Sealed Air documents (2.0); attend to matters re same (.2); review subpoena to WLRK and draft responses and objections (2.8); conferences with client re document production issues (.6). |
| 5/20/02 | Shirley A Pope | 4.00 | Organize and duplicate Sealed Air key documents (1.5): copy check exhibits attached to legal memorandum at attorney request (1.5); update witness files at attorney request (1.0). |
| 5/20/02 | Andrew R Running | 0.30 | Draft correspondence re May 22nd expert preparation meeting. |
| 5/20/02 | Seth B Kutnick | 2.00 | Check redactions to audit committee documents produced to committees. |
| 5/21/02 | Michelle H Browdy | 0.60 | Follow up on document production issues re fraudulent transfer trial. |
| 5/21/02 | James W Kapp | 0.90 | Review and respond to D. Rosenbloom correspondence re ZAI adversary proceeding (.3); review and revise Gerard order denying motion to modify preliminary injunction (.2); review and revise scheduling order re ZAI proofs of claim and attend to issues re same (.4). |

| 5/21/02 | Elli Leibenstein | 6.60 | Conference with D. Rourke re estimation (4.5); prepare for meeting (.6); draft memorandum re meeting (.8); revise memo re assumptions (.5); exchange voicemails with S. Handler re Dunbar (.2). |
| 5/21/02 | Scott A McMillin | 6.20 | Review ARPC analysis and related documents (1.5); review environmental reserve analysis documents (1.5); work on document production issues (1.2); internal conferences re same (0.4); conferences with client re same (0.8); review order compelling production (0.3); revise objections to WLRK subpoena (0.5). |
| 5/21/02 | Shirley A Pope | 4.00 | Organize expert documents and file same (2.0); enter adversary pleadings in Concordance database (2.0). |
| 5/21/02 | Janet Baer | 2.30 | Follow up on ZAI, Gerard and other related matters from 5/20 hearing (.5); review Gulf Pacific correspondence (.3); prepare order re Gerard Reply and revise (1.0); attend to matters re Gerard Reply (.5). |
| 5/21/02 | Seth B Kutnick | 1.50 | Prepare index of audit committee minutes produced to committees. |
| 5/22/02 | Michelle H Browdy | 2.60 | Work on responses to Rule 30(b)(6) notice and document production issues re fraudulent transfer trial. |
| 5/22/02 | Timothy S Hardy | 0.30 | Telephone conference with D. Kuchinsky re EPA memo and G. Marsh. |
| 5/22/02 | James W Kapp | 0.50 | Review and revise ZAI scheduling order and attend to issues re same (.4); review and distribute United States DOJ motion to intervene in fraudulent transfer trial (.1). |
| 5/22/02 | Christian J Lane | 1.40 | Revise ZAI Scheduling order (.7); telephone conferences re same (.3); attend to matters re same (.4). |
| 5/22/02 | Elli Leibenstein | 3.30 | Review SAC documents (1.8); telephone conference with S. Handler and F. Dunbar re litigation issues (.2); attend to matters re discovery issues (.3); review ARPC documents (.5); draft correspondence re project status (.5). |
| 5/22/02 | Scott A McMillin | 6.80 | Review environmental reserve documents and create key document set (3.0); work on document production issues (1.4); attend to matters re supplemental document production (.4); conferences with client re same (1.2); draft correspondence to R. Fleishman re document production (.5); revise objections to WLRK subpoena (.3). |
| 5/22/02 | Shirley A Pope | 3.00 | Organize key documents from Skadden Arps Sealed Air production (1.0); review docket for newly filed pleadings, download and file same (1.0); enter pleadings ( adversary proceeding 2-2210) in Concordance database (1.0). |
| 5/22/02 | Andrew R Running | 3.50 | Prepare for and participate in meeting with G. Bragg, D. Cameron and J. Hughes re litigation issues. |

| 5/22/02 | Janet Baer | 1.30 | Attend to matters re ZAI order and Gerard order (.5); attend to matters re research on witness counsel issue for fraudulent conveyance matter (.3); confer with counsel for Maryland and CNA re Gerard orders (.5). |
| 5/22/02 | Seth B Kutnick | 0.50 | Update pleadings re PI and PD Claimants v. Sealed Air (02-2210). |
| 5/22/02 | Seth B Kutnick | 1.00 | Organize working copies of documents selected from Sealed Air document production to the committee. |
| 5/23/02 | Michelle H Browdy | 0.80 | Prepare, participate in and follow up in issues re telephone conference with client on discovery response re market share for fraudulent transfer trial. |
| 5/23/02 | James W Kapp | 0.20 | Review and revise scheduling order re ZAI claims and attend to issues re same. |
| 5/23/02 | Christian J Lane | 2.30 | Telephone conferences with client and opposing counsel re status of MCNIC settlement discussions (.6); attend to issues re same (.4); revise ZAI scheduling order motion (.8); attention to issues re same (.3); telephone conferences re entry of agreed order resolving National Union issue (.2). |
| 5/23/02 | Elli Leibenstein | 2.40 | Revise memorandum re ARPC and attend to matters related thereto (1.9); review SAC documents (.5). |
| 5/23/02 | Scott A McMillin | 6.00 | Review EPA's intervention papers (1.0); review fraudulent transfer pleadings (1.0); work on document production issues (2.0); attend to matters re same (.5); conferences with client re same (1.5). |
| 5/23/02 | Bertha Serrano | 0.50 | Organize westlaw cases re professionals fees and distribute for attorney review. |
| 5/23/02 | Janet Baer | 1.10 | Attend to matters re bar date, Gerard and ZAI (.8); conference with counsel for Gerard and CNA re Gerard order (.3). |
| 5/24/02 | David M Bernick, P.C. | 1.00 | Telephone conference with Steve Neal re strategy issues. |
| 5/24/02 | Michelle H Browdy | 0.90 | Work on document discovery response issues on environmental issues and potential response to DOJ intervention re fraudulent transfer trial. |
| 5/24/02 | Timothy S Hardy | 1.20 | Confer with J. Silverman re low dose issues. |
| 5/24/02 | Elli Leibenstein | 4.10 | Review analysis re estimates (.8); prepare for meeting with D. Rourke re estimates (1.5); review D. Rourke charts (.8). |
| 5/24/02 | Scott A McMillin | 5.20 | Review documents produced by Grace (2.0); review EPA's motion to intervene and outline opposition brief (2.0); legal research re right to intervene (.4); conferences with J. Kadisch, A. Aizley, R. Fleishman, A. King and F. Zaremby re document production (.8). |
| 5/24/02 | Kellye L Fabian | 0.30 | Attend to matters re motion to intervene by U.S. DOJ. |

| 5/28/02 | Michelle H Browdy | 1.20 | Work on environmental reserve issues re fraudulent transfer litigation, including follow up with counsel at Skadden Arps. |
| 5/28/02 | Mark E Grummer | 2.00 | Attend to matters re environmental issues in fraudulent conveyance litigation and DOJ motion to intervene in same (.9); prepare notes re same (.2); telephone conference with K. Berlin and D. Frost re environmental issues in fraudulent conveyance litigation (.9). |
| 5/28/02 | James W Kapp | 0.20 | Attend to issues re preliminary injunction/TRO orders in relevant proceedings. |
| 5/28/02 | Scott A McMillin | 6.40 | Research ability to recover fees in fraudulent transfer litigation and draft memorandum re same (3.2); attend to matters re environmental issues in fraudulent transfer litigation (1.0); conferences with client re environmental issues document production (.4); conferences with A. Aizley re document production, intervention (.5); attend to matters re EPA's proposed intervention (.5); work on document production issues (.8). |
| 5/28/02 | Bertha Serrano | 1.10 | Search for preliminary injunctions and TRO's re Honeywell and Harvest Walker. |
| 5/28/02 | Seth B Kutnick | 4.00 | Prepare fraudulent transfer documents for attorney review. |
| 5/29/02 | David M Bernick, P.C. | 1.30 | Attend to matters re discussions with S. Baena on ZAI schedule (.8); attend to matters re fraudulent conveyance litigation (.5). |
| 5/29/02 | Michelle H Browdy | 4.30 | Meet with Milberg Weiss on various document and witnesses re fraudulent transfer discovery (3.0); follow up with client re same (.8); attend to matters re same (.5). |
| 5/29/02 | Mark E Grummer | 1.20 | Review internal K&E memorandum re environmental issues in fraudulent conveyance litigation (.3); prepare internal correspondence re DOJ role (.9). |
| 5/29/02 | Elli Leibenstein | 4.30 | Telephone conference with D. Rourke re scheduling (.5); review D. Rourke charts (1.3); draft correspondence re scheduling D. Rourke deposition (.7); analyzing estimation documents (.3); review key documents re estimation (1.5). |
| 5/29/02 | Scott A McMillin | 8.00 | Review supplemental documents produced by Grace and draft memorandum re same (6.6); attend to matters re document production issues (.5); conferences with client re document production, depositions (.4); review Babcock briefs (.5). |
| 5/29/02 | Shirley A Pope | 2.00 | Organize documents produced to committees re motion to compel. |
| 5/29/02 | Bertha Serrano | 2.00 | Research re preliminary injunctions and TRO's re Honeywell and Harvest Walker. |
| 5/29/02 | Seth B Kutnick | 7.00 | Prepare fraudulent transfer documents for attorney review (4.5); prepare Grace documents produced to committees for inclusion in document production files (2.5). |

| 5/30/02 | David M Bernick, P.C. | 1.50 | Update D. Siegel on fraudulent conveyance issues (.5); attend to matters re U.S. DOJ intervention (.5); conduct telephone conference with D. Rosenbloom and D. Handler re F. Dunbar (.5). |
|---|---|---|---|
| 5/30/02 | Michelle H Browdy | 1.00 | Follow up on issues re fraudulent transfer discovery from 5/29 conferences with Milberg. |
| 5/30/02 | Mark E Grummer | 2.30 | Review news story re DOJ intervention motion in fraudulent conveyance action (.1); review fraudulent conveyance pleadings and Dept. of Justice motion to intervene and supporting memorandum (2.0); organize and file various Libby materials (.2). |
| 5/30/02 | Elli Leibenstein | 1.60 | Telephone conference with D. Rourke re scheduling (.3); attend to matters re scheduling (.2); prepare for meeting with D. Rourke (.8); attend to matters re estimation (.3). |
| 5/30/02 | Scott A McMillin | 7.80 | Outline and draft opposition to EPA's motion to intervene (3.3); review supplemental documents produced by Grace (1.2); research and outline motion for protective order (2.3); attend to matters re document production issues (.3); conferences with client re same (.3); research on articles re EPA intervention (.4). |
| 5/30/02 | Shirley A Pope | 2.50 | Review pleadings filed in adversary proceedings, 02-2210 (1.0); enter pleadings on Concordance database and file in subset (1.0); revise table of contents to bound notebook of pleadings related to June 6 hearing at attorney request (.5). |
| 5/30/02 | Kellye L Fabian | 0.80 | Legal research re stay of third party litigation proceedings in bankruptcy cases. |
| 5/30/02 | Bertha Serrano | 1.10 | Research re preliminary injunctions and TRO's re Honeywell & Harvest Walker. |
| 5/30/02 | Janet Baer | 0.90 | Attend to matters re Monokote Fireproofing matter (.4); attend to other matters re insurance issues with CNA and AIG (.5). |
| 5/30/02 | Seth B Kutnick | 3.50 | Create index of selected fraudulent transfer documents for attorney review (1.5); prepare Grace documents produced to Committees for inclusion in document production files (2.0). |
| 5/31/02 | David M Bernick, P.C. | 2.30 | Attend to matters re status of fraudulent conveyance litigation (.5); conduct telephone conference with Birnbaum re DOJ motion intervene (.5); conduct telephone conference with D. Smith re outline for 6/21 brief (.8); prepare outline for 6/21 brief (.5). |
| 5/31/02 | Mark E Grummer | 0.50 | Attend to matters re results of review to date of issues re environmental reserves in fraudulent conveyance action and DOJ role in same. |
| 5/31/02 | Elli Leibenstein | 5.70 | Conference with D. Rourke re estimation and deposition issues (5.0); attend to matters re meeting with D. Rosenbloom (.2); review document re estimation (.5). |

| 5/31/02 | Scott A McMillin | 9.30 | Draft motion for protective order (3.8); revise opposition to EPA intervention (.8); review discovery correspondence (.4); attend to matters re discovery (.6); review document designations challenged by plaintiffs (3.0); conferences with client re document production (.3); draft letter to R. Fleishman re discovery issues (.4). |
| 5/31/02 | Shirley A Pope | 5.00 | Retrieve discovery correspondence relating to document production to the committees (1.0); organize documents cited in Caplin & Drysdale letter, attachment A for attorney review (1.5); review production indices of documents produced to the committees for information (1.0); review docket and download specific documents for attorney review (1.0); retrieve documents cited in letter brief (.5). |
| 5/31/02 | Andrew R Running | 2.90 | Review legal precedent and Babcock brief re estimation issues (1.3); confer with D. Smith re estimation issues (.9); meet with D. Smith to discuss outline of arguments for 6/21 case management brief on personal injury claims (.7). |
| 5/31/02 | Janet Baer | 1.00 | Review memo re paying counsel fees for testifying witnesses (.3); review correspondence on COLI matter (.3); conference with S. Ahern re Libby administrative order payments (.2); attend to matter re IRS payment issue (.2). |