## Matter 24 – Creditors/Noteholders Committee – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/02/02 | Christian J Lane | 0.50 | Attend to issues related to confidentiality agreement. |
| 5/03/02 | James W Kapp | 0.20 | Review and respond to correspondence from A. Krieger re PricewaterhouseCoopers retention application. |
| 5/06/02 | James W Kapp | 0.40 | Telephone conference with A. Krieger re PricewaterhouseCoopers retention application. |
| 5/10/02 | James W Kapp | 0.20 | Review A. Krieger correspondence re PricewaterhouseCoopers order and respond to same and attend to issues re same. |
| 5/28/02 | James W Kapp | 0.60 | Review correspondence from S. Baena and attend to issues re same and respond to same (.4); telephone conference with D. Carickhoff re same (.2). |
| 5/29/02 | James W Kapp | 0.10 | Telephone conference with S. Baena re ZAI scheduling order. |

## Matter 25 – Creditors/Shareholders Inquiries – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/14/02 | Christian J Lane | 0.50 | Several telephone conferences re confidentiality agreement for non-committee member lenders (.3); attend to issues re same (.2). |
| 5/23/02 | James W Kapp | 0.20 | Review correspondence from J. O'Brien re Zonolite claim and attend to issues re same. |
| 5/30/02 | Christian J Lane | 0.10 | Telephone conference with creditor re claims process. |

## Matter 27 – Employee Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.20 | Attend to issues re revisions to employee compensation motion. |
| 5/03/02 | James W Kapp | 0.40 | Telephone conference with B. McGowan re revisions to employee programs. |
| 5/05/02 | James W Kapp | 0.10 | Telephone conference B. McGowan re modifications to certain employee contracts. |
| 5/06/02 | James W Kapp | 0.10 | Telephone conference with B. McGowan re modifications to certain employee agreements. |
| 5/09/02 | Christian J Lane | 1.00 | Attention to motion issues to pay severance benefits related to GPC consolidation. |
| 5/13/02 | James W Kapp | 1.30 | Review and revise motion to approve severance benefits in connection with consolidation and attend to issues re same. |
| 5/13/02 | James W Kapp | 0.10 | Attend to issues re revisions to employment compensation programs. |
| 5/13/02 | Christian J Lane | 2.30 | Draft and revise motion to pay severance benefits related to GPC consolidation. |
| 5/14/02 | Christian J Lane | 2.80 | Review and revise motion to pay severance benefits related to GPC consolidation (1.6); various telephone conferences with client re same (.8); attend to preparation of motion for filing (.4). |
| 5/30/02 | Christian J Lane | 1.50 | Review revised compensation motion (1.4); telephone conference re same (.1). |
| 5/31/02 | Christian J Lane | 0.40 | Telephone conference with B. McGowan re revised compensation program motion (.2); telephone conference with D. Blechman re same (.2). |

## Matter 28 – Environmental Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/03/02 | Mark E Grummer | 1.80 | Receive and evaluate W. Corcoran correspondence re possible legal grounds for EPA to perform clean up of Libby attic fill without public health emergency declaration (.2); review Libby files re prior legal research (.4); perform new legal research re possible grounds under CERCLA to expend funds without emergency declaration and prepare response to W. Corcoran request re same (1.2). |
| 5/03/02 | Timothy S Hardy | 0.20 | Review memorandum re EPA emergency declaration status. |
| 5/06/02 | Mark E Grummer | 0.10 | Attend to matters re voice message from W. Corcoran concerning possible issuance of Environmental Protection Agency of decision on funding of Libby attic fill cleanup. |
| 5/10/02 | Mark E Grummer | 0.70 | Review news stories describing May 9 EPA action authorizing Libby attic fill cleanup using EPA funds. |
| 5/10/02 | Christian J Lane | 2.80 | Attend to Rowe environmental indemnification matter (.3); draft and revise motions to use assets (2.5). |
| 5/16/02 | Janet Baer | 0.30 | Confer with New Jersey counsel for Grace re Hatco status and issues. |
| 5/20/02 | Mark E Grummer | 3.00 | Review EPA's action memorandum authorizing funds for removal of Libby attic fill (.5); research legal issues under CERCLA presented by same (2.0); begin drafting internal K&E memorandum re same (.5). |
| 5/21/02 | Mark E Grummer | 3.50 | Continue review of EPA action memorandum (.5); related CERCLA research (1.0); complete internal K&E memorandum to team re same and options for Grace response thereto (2.0). |
| 5/21/02 | Timothy S Hardy | 0.30 | Review EPA ZAI memoranda. |
| 5/21/02 | Janet Baer | 0.30 | Confer with T. Fisher re Mississippi site issues. |
| 5/22/02 | Janet Baer | 1.30 | Confer with clients re Hatco status (.3); review letter re Samson claims and prepare response re same (.5); prepare response re Hatco issues (.3); attend to matters re Hatco status (.2). |
| 5/23/02 | Mark E Grummer | 0.10 | Draft internal K&E correspondence re plans for video conference re Libby attic fill decision by EPA. |
| 5/23/02 | Janet Baer | 1.50 | Confer with parties re Hatco situation (.3); prepare letter to EPA re same (.7); revise same and review materials re same (.5). |
| 5/24/02 | Mark E Grummer | 0.30 | Attend to matters re EPA action memorandum and plans for teleconference re same. |
| 5/28/02 | Mark E Grummer | 0.40 | Exchange emails re Libby video conference plans (.1); exchange emails with Kay Berlin, D. Frost and others re various environmental litigation issues (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/29/02 | David M Bernick, P.C. | 1.50 | Conduct telephone conference with client re EPA issues. |
| 5/29/02 | Mark E Grummer | 4.20 | Prepare for and participate in video conference with D. Siegel, W. Corcoran and others re EPA action memorandum authorizing funds for attic insulation removal and possible responses thereto (2.4); begin drafting list of points and text of possible response to EPA Libby action memorandum (1.8). |
| 5/30/02 | Mark E Grummer | 6.50 | Review EPA action memorandum and notes of video conference concerning same and complete drafting list of response points and text of placeholder letter to EPA re same and forward same to D. Siegel and W. Corcoran for review. |
| 5/30/02 | Christian J Lane | 1.30 | Telephone conference with S. McFarland re Rose environmental indemnification issues (.7); attend to matters re court filings re Rowe environmental indemnification issues (.5); telephone conference with opposing counsel re possible environmental claim (.1). |
| 5/31/02 | Mark E Grummer | 4.90 | Review documents re environmental reserves (.8); review draft response to Environmental Protection Agency Libby action memorandum (.2); review emails re various (.2); research past 10-Ks and other materials re environmental reserves and news stories and other sources re time of arising of concern and claims re Libby (2.4); review Grace SOFA Q.17 response (.9); obtain complete version of SOFA Q.17 response and email same to K. Berlin (.4). |

**Matter 29 – File, Docket, Calendar Maintenance – Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/01/02 | Bertha Serrano | 3.00 | Receive, review, and organize e-file notifications (1.1); update critical dates list re same (.7); attend to matters re the same (.5); receive, review and distribute incoming pleadings and correspondence (.7). |
| 5/01/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 5/02/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 5/03/02 | Bertha Serrano | 0.80 | Receive, review, and organize incoming e-file notifications (.5); update critical dates list re same (.3). |
| 5/03/02 | Sabrina M Mitchell | 3.00 | Review dockets and distribute (.3); identify new pleadings using the court's online docket and include the same in central files (2.7). |
| 5/06/02 | Bertha Serrano | 0.30 | Receive and review incoming e-file notifications. |
| 5/06/02 | Sabrina M Mitchell | 2.10 | Review online dockets and distribute (.3); identify new pleadings using the court's docket and include same into central files (1.8). |
| 5/07/02 | Bertha Serrano | 1.30 | Receive and review incoming e-file notifications (.7); update critical dates list (.6). |
| 5/07/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 5/08/02 | Bertha Serrano | 0.30 | Search for and retrieve April 22 hearing agenda. |
| 5/08/02 | Sabrina M Mitchell | 0.50 | Review the online dockets and distribute (.3); review docket for motion filing dates (.2). |
| 5/09/02 | Bertha Serrano | 0.70 | Receive and review incoming e-file notifications re critical dates list. |
| 5/09/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 5/10/02 | Bertha Serrano | 0.50 | Receive and review incoming e-file notifications re critical dates list. |
| 5/13/02 | James W Kapp | 0.10 | Review dockets and attend to issues re same. |
| 5/13/02 | Bertha Serrano | 0.60 | Receive and review incoming e-file notifications re critical dates list. |
| 5/13/02 | Sabrina M Mitchell | 2.40 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include same into central files (2.1). |
| 5/14/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 5/15/02 | Bertha Serrano | 1.00 | Receive and review incoming e-file notifications re critical dates list. |

| | | | |
|---|---|---|---|
| 5/15/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 5/16/02 | Bertha Serrano | 1.50 | Receive, review and organize incoming e-file notifications (.5); update critical date list for distribution (1.0). |
| 5/16/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 5/17/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 5/20/02 | Sabrina M Mitchell | 2.70 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.4). |
| 5/21/02 | Sabrina M Mitchell | 1.10 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same in central files (.8). |
| 5/22/02 | Bertha Serrano | 2.00 | Obtain cases from Westlaw re professionals fees (.8); coordinate the filing of Sprayregen's eighth supplemental affidavit (.5); receive and review incoming e-file notifications (.7). |
| 5/23/02 | Bertha Serrano | 1.50 | Receive and review incoming e-file notifications (.8); receive and review incoming Pachulski packets (.7). |
| 5/29/02 | Bertha Serrano | 2.00 | Receive and review incoming e-file notifications (.8); review Pachulski packets and distribute re central files(.6); update critical dates list (.6). |
| 5/30/02 | Bertha Serrano | 0.70 | Receive and review incoming e-file notifications re critical dates list. |
| 5/30/02 | Sabrina M Mitchell | 1.40 | Review online dockets and distribute (.3); identify new pleadings using the court's website and include into central files (1.1). |
| 5/31/02 | Bertha Serrano | 1.90 | Receive incoming e-file notifications (.6); review pleadings from Beth Eller at Grace re filing date (1.3). |
| 5/31/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/02/02 | James W Kapp | 0.90 | Review agenda for May 20, 2002 hearing and attend to issues re same; (.4); telephone conference with D. Carickhoff re same (.2); review revised agenda for May 20, 2002, hearing and attend to issues re same (.3). |
| 5/02/02 | Janet Baer | 0.40 | Review agenda for May 20 hearing and confer re same. |
| 5/03/02 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re additional changes to May 20, 2002, agenda. |
| 5/10/02 | James W Kapp | 0.20 | Telephone conference with D. Carickhoff re approved orders and amendments to agenda re same. |
| 5/13/02 | James W Kapp | 0.50 | Telephone conference with D. Siegel re May 20, 2002, hearing and attend to issues re same (.2); review final agenda and attend to issues re same (.3). |
| 5/14/02 | James W Kapp | 0.20 | Review final agenda for May 20, 2002, hearing. |
| 5/17/02 | David M Bernick, P.C. | 1.50 | Prepare for May 20 Omnibus hearing and attend meeting re same. |
| 5/17/02 | James W Kapp | 0.70 | Prepare for and attend strategy meeting re May 20, 2002, hearing and attend to issues re same and prepare for same. |
| 5/17/02 | James W Kapp | 1.00 | Attend to issues re preparation of Rule 3004 materials for May 20, 2002, hearing (.7); attend to issues re response to motion to strike claims in preparation for May 20, 2002, hearing (.3). |
| 5/17/02 | Janet Baer | 4.00 | Attend to matters re Gerard response, response to ZAI motion and bar date order appeal in preparation for omnibus hearing (1.0); assemble materials re same in preparation for omnibus hearing (2.5); review various pleadings for further information for hearing (.5). |
| 5/19/02 | David M Bernick, P.C. | 3.00 | Prepare status omnibus hearing and conference. |
| 5/19/02 | James W Kapp | 2.40 | Prepare for May 20, 2002, hearing and review pleadings re same. |
| 5/19/02 | Janet Baer | 2.50 | Review materials in preparation for Omnibus hearing re Gerard Reply, ZAI Claims and Bar Date Appeal. |
| 5/20/02 | David M Bernick, P.C. | 7.00 | Prepare for and attend omnibus hearing and status conference. |
| 5/20/02 | James W Kapp | 7.00 | Prepare for and attend May 20, 2002, omnibus hearing and attend to issues re same. |
| 5/20/02 | Janet Baer | 1.90 | Prepare for omnibus hearing (1.5); attend omnibus hearing re ZAI and C. Gerard (.4). |
| 5/21/02 | James W Kapp | 0.60 | Telephone conference with D. Carickhoff re issues pertaining to scheduling order and attend to same. |
| 5/22/02 | David M Bernick, P.C. | 2.50 | Prepare for and attend hearing before Judge Wolin. |

| | | | |
|---|---|---|---|
| 5/22/02 | James W Kapp | 0.20 | Review order re May 21, 2002, hearing and distribute same. |
| 5/29/02 | Shirley A Pope | 2.00 | Retrieve and organize pleadings re June 5, 2002, hearing pertaining to Grace's motion to intervene. |
| 5/31/02 | Mark E Grummer | 0.60 | Review 30(b)(6) deposition notice re environmental liabilities and prepare correspondence to D. Siegel re possible need to find additional witness candidates. |

## Matter 32 – K&E Fee Application, Preparation of – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.20 | Attend to issues re filing of eighth supplemental affidavit. |
| 5/01/02 | Sabrina M Mitchell | 1.20 | Download fee application exhibits and create index re same (.9); update quarterly fee application template (.3). |
| 5/02/02 | Sabrina M Mitchell | 5.10 | Prepare and review  fee application binders (2.2); prepare quarterly fee application pleadings (2.9). |
| 5/03/02 | Sabrina M Mitchell | 1.80 | Review and organize fee application binders and prepare for transmittal to fee auditor (1.1); update fourth quarterly fee application pleadings (.7). |
| 5/17/02 | Sabrina M Mitchell | 0.90 | Review April billing information. |
| 5/20/02 | Sabrina M Mitchell | 0.60 | Create templates for April fee application. |
| 5/21/02 | Bertha Serrano | 0.30 | Attend to matters re April fee application. |
| 5/21/02 | Sabrina M Mitchell | 1.40 | Review April billing information. |
| 5/22/02 | Bertha Serrano | 0.20 | Office conference with T. Wallace re fee application status. |
| 5/23/02 | Bertha Serrano | 0.50 | Attention to matters re April fee application. |
| 5/24/02 | Bertha Serrano | 2.00 | Coordinate the revisions of April and quarterly fee applications (1.6); attend to matters re same (.4). |
| 5/28/02 | Bertha Serrano | 0.50 | Review April fee application. |
| 5/31/02 | Bertha Serrano | 1.50 | Prepare fee application check list (.5); attend to matters re same (.5); coordinate preparation of signature pages for April and Quarterly fee applications (.5). |
| 5/31/02 | Sabrina M Mitchell | 0.60 | Attend to matters re fee application. |

## Matter 33 – Lease Rejection Claims – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | James W Kapp | 0.10 | Attend to issues re MCNIC and Caterpillar motions to compel assumption. |
| 5/06/02 | James W Kapp | 0.20 | Review Caterpillar stipulation and attend to issues re same. |
| 5/07/02 | James W Kapp | 0.30 | Attend to issues re Caterpillar stipulation. |
| 5/10/02 | James W Kapp | 0.30 | Attend to issues re Caterpillar stipulation and review and revise same. |

## Matter 38 – Retention of Professionals/Fees – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | Christian J Lane | 0.50 | Attention to OCP affidavit issues. |
| 5/03/02 | James W Kapp | 0.20 | Review Trustee's objection to amended application to retain PricewaterhouseCoopers and attend to issues re same. |
| 5/03/02 | Christian J Lane | 2.00 | Review UST's objection to PricewaterhouseCoopers retention (.2); telephone conference re PricewaterhouseCoopers retention issues (.8); revise draft order re same (.5); attend to various issues re same (.5). |
| 5/05/02 | James W Kapp | 0.10 | Review correspondence from A. Krieger re PricewaterhouseCoopers retention application. |
| 5/06/02 | James W Kapp | 1.10 | Review correspondence from M. Shelnitz re creditors' committee comments to PricewaterhouseCoopers retention (.3); review Blackstone order and prepare correspondence to A. Krieger re suggested changes to PricewaterhouseCoopers retention and attend to issues re same (.5); telephone conferences with J. Goodchild and M. Shelnitz re PricewaterhouseCoopers retention and Trustee objection thereto (.3). |
| 5/06/02 | Christian J Lane | 2.50 | Research re PricewaterhouseCoopers retention issues (1.6); telephone conferences re same (.4);attend to various issues re same (.5). |
| 5/07/02 | Christian J Lane | 2.00 | Telephone conference re PricewaterhouseCoopers retention issues (.8); research re same (.3); revise PricewaterhouseCoopers retention order (.5); attend to various issues re same (.4). |
| 5/08/02 | James W Kapp | 0.40 | Review PricewaterhouseCoopers order and revisions to same and attend to issues re same. |
| 5/08/02 | Christian J Lane | 2.00 | Telephone conference re PricewaterhouseCoopers retention issues (1.0); revise PricewaterhouseCooper retention order (.5); attend to various issues re same (.5). |
| 5/09/02 | James W Kapp | 0.40 | Attend to issues re PricewaterhouseCoopers' response to Trustee objection. |
| 5/09/02 | Christian J Lane | 2.50 | Revise PricewaterhouseCoopers retention order (.3); review and revise response to UST objection (1.8); telephone conference re same (.4). |
| 5/10/02 | James W Kapp | 1.70 | Review and revise PricewaterhouseCoopers/Debtor response to Trustee objection to amended application and telephone conferences with M. Shelnitz and J. Goodchild re same. |
| 5/10/02 | Christian J Lane | 4.50 | Attend to completion and filing of PwC response to UST objection. |

| 5/13/02 | James W Kapp | 0.10 | Review final joint reply of Debtors and PricewaterhouseCoopers to Trustee's objection to retention application. |
| 5/16/02 | James W Kapp | 0.10 | Telephone conference with W. Sparks re questions pertaining to payment of professionals and experts. |
| 5/16/02 | Christian J Lane | 0.20 | Attention to filing of OCP affidavits. |
| 5/23/02 | Christian J Lane | 0.70 | Attention to issues related to ordinary course professionals' affidavits of disinterestedness. |
| 5/30/02 | Christian J Lane | 0.10 | Telephone conference re filing of OCP affidavits. |

## Matter 39 – Schedules/Statement of Financial Affairs – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/30/02 | Sabrina M Mitchell | 0.50 | Search schedules for listing of Indiana Department of Environmental Management. |

## Matter 41 – Tax Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/23/02 | James W Kapp | 0.70 | Review memorandum from E. Filon re tax questions pertaining to certain insurance proceeds and respond to same and address issues re same. |

## **Matter 42 – Travel – Fees**

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 5/01/02 | Scott A McMillin | 4.50 | Travel to Vermont for Walsh interview and then back to Chicago. (billed at 1/2 time) |
| 5/08/02 | Scott A McMillin | 3.50 | Travel to Boca Raton for Posner interview and document production. (billed at 1/2 time) |
| 5/09/02 | Scott A McMillin | 3.40 | Travel back from Boca Raton. (billed at 1/2 time) |
| 5/14/02 | Michelle H Browdy | 2.80 | Travel from NY to Chicago. (billed at 1/2 time) |
| 5/19/02 | David M Bernick, P.C. | 2.00 | Travel to status conference. (billed at 1/2 time) |
| 5/19/02 | Janet Baer | 2.00 | Travel to Delaware for omnibus hearing (1/2 time). |
| 5/20/02 | David M Bernick, P.C. | 2.50 | Travel from status conference. (billed at 1/2 time) |
| 5/20/02 | Janet Baer | 3.00 | Travel from Delaware back to Chicago after omnibus hearing (1/2 time). |
| 5/21/02 | David M Bernick, P.C. | 2.00 | Travel to New Jersey for meeting with Court. (billed at 1/2 time) |
| 5/22/02 | David M Bernick, P.C. | 2.00 | Travel to Chicago. (billed at 1/2 time) |

## Matter 43 – Use, Sale, or Lease/Abandonment of Property – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | Christian J Lane | 2.00 | Telephone conference with J. McFarland re various issues (.3); telephone conference with V. Finkelstein re real estate lease issues (.1); attend to issues related to motions to compel (.4); telephone conference with V. Finkelstein and A. Nagy re lease issues (.9); research re lease issues (.5). |
| 5/02/02 | Christian J Lane | 2.00 | Attend to issues related to motion to compel. |
| 5/02/02 | Janet Baer | 0.30 | Follow up on insurance issues. |
| 5/03/02 | Christian J Lane | 1.50 | Attention to issues related to motion to compel. |
| 5/08/02 | Christian J Lane | 2.20 | Revise customer program motion. |
| 5/08/02 | Christian J Lane | 1.80 | Attention to issues related to motion to counsel (.8); attention to issues related to potential sale of assets (1.0). |
| 5/12/02 | Christian J Lane | 4.00 | Revise motions to use assets (3.5); review draft agreements for real property lease issues (.5). |
| 5/14/02 | Christian J Lane | 0.80 | Attention to issues related to proposed assignment of lease (.4); attention to issues related to proposed sale of GBT assets (.4). |
| 5/15/02 | Christian J Lane | 0.40 | Attend to matters re GE Capital lease issue. |
| 5/15/02 | Christian J Lane | 0.80 | Attention to various issues related to proposed sale of GBT assets (.8). |
| 5/16/02 | Christian J Lane | 0.70 | Telephone conference re Union Tank Car motion (.2); attention to issues related to proposed sale of GBT assets (.5). |
| 5/21/02 | Christian J Lane | 0.50 | Review materials re possible real estate lease dispositions (.3); telephone conference re same (.2). |
| 5/22/02 | Christian J Lane | 2.00 | Research re product warranty issue (.4); draft memo re same (1.0); office conference re same (.6). |
| 5/30/02 | Christian J Lane | 0.60 | Telephone conference with V. Finkelstein re New Jersey lease (.4); telephone conference with counsel re BMW constructions (.2). |

## Matter 46 – IRS Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/02 | Natalie H Keller | 1.60 | Conference call with C. Finke, R. Finke and E. Hensel re stipulation of facts (.6); attend to matters re same (.4); review revisions to same (.6). |
| 5/01/02 | Todd F Maynes | 0.50 | Review joint stipulation of facts. |
| 5/01/02 | Pratibha J Shenoy | 3.70 | Conference call with client re changes suggested by Government attorneys to Joint Stipulation of Facts (.5); attend to matters re same (.4); draft revisions and riders to send to Government in response to matters re same (2.8). |
| 5/02/02 | Natalie H Keller | 0.70 | Attend to matters re revisions to joint stipulation of facts. |
| 5/02/02 | Todd F Maynes | 0.50 | Review of joint stipulation of facts. |
| 5/02/02 | Pratibha J Shenoy | 3.10 | Revise response to Government's draft of joint stipulation of facts (2.8); circulate same to client (.3). |
| 5/03/02 | Natalie H Keller | 0.20 | Attend to matters re joint stipulation of facts. |
| 5/03/02 | Todd F Maynes | 1.50 | Revise joint stipulation of facts. |
| 5/09/02 | Natalie H Keller | 0.30 | Draft internal correspondence re joint stipulation of facts (.1); attend to matters re same (.2). |
| 5/09/02 | Todd F Maynes | 0.50 | Revise joint stipulation of facts. |
| 5/10/02 | Natalie H Keller | 0.30 | Review E. Hensel comments to joint stipulation of facts and revise same. |
| 5/10/02 | Todd F Maynes | 0.80 | Review factual summary judgment stipulations. |
| 5/14/02 | Natalie H Keller | 0.20 | Attend to matters re joint stipulation of facts and joint status report. |
| 5/14/02 | Todd F Maynes | 1.50 | Revisions to stipulations and attend to matters re same (1.2); telephone calls re stipulations with H. Hevener (.3). |
| 5/14/02 | Pratibha J Shenoy | 3.30 | Revise client response to Government draft of joint stipulation of facts (3.1); send to Government attorneys and client (.2). |
| 5/15/02 | Todd F Maynes | 0.50 | Telephone calls with H. Henener re stipulations. |
| 5/16/02 | Natalie H Keller | 0.20 | Conference call with R. Stewart re joint status report (.1); review draft of same (.1). |
| 5/16/02 | Todd F Maynes | 0.30 | Review draft of joint status report. |
| 5/16/02 | Pratibha J Shenoy | 1.70 | Draft joint status report and forward to Government attorneys (1.5); telephone call with Government attorneys re joint status report and joint stipulation of facts (.1); attend to matters re same (.1). |
| 5/17/02 | Todd F Maynes | 0.30 | Review of possible summary judgment arguments. |
| 5/24/02 | Natalie H Keller | 0.50 | Conference call with R. Stewart re joint stipulation of facts and joint status report (.3); review court order (.2). |

| | | | |
|---|---|---|---|
| 5/24/02 | Pratibha J Shenoy | 0.50 | Attend to matters re telephone call with government attorney concerning joint stipulation of facts. |
| 5/28/02 | Natalie H Keller | 0.40 | Attend to matters re qualified settlement trust issue. |
| 5/28/02 | Nara Sugino | 7.20 | Legal research re qualified settlement trust rules. |
| 5/29/02 | Natalie H Keller | 1.00 | Attend to matters re taxation of payments to qualified settlement fund. |
| 5/29/02 | Natalie H Keller | 1.80 | Conference call with R. Stewart re joint stipulation of facts (.8); attend to matters re same (.7); review new per diem case (.3). |
| 5/29/02 | Todd F Maynes | 1.50 | Revise joint stipulations of facts. |
| 5/29/02 | Pratibha J Shenoy | 2.00 | Prepare for telephone call with government attorney re joint stipulation of facts. |
| 5/29/02 | Nara Sugino | 6.50 | Research QST and COLI rules and attend to matters related thereto. |
| 5/30/02 | Natalie H Keller | 5.80 | Research issues re payments to qualified settlement fund (3.7); attend to matters re same (.8); revise memorandum re same (.8); discuss tax issues re payment of withholding taxes with N. Sugino (.3); conference call with C. Finke re same (.2). |
| 5/30/02 | Todd F Maynes | 1.30 | Review memorandum re COLI issues (.4); research same (.9). |
| 5/30/02 | Todd F Maynes | 1.00 | Review section 62 regulations; revisions to stipulations. |
| 5/30/02 | Nara Sugino | 6.80 | Research employment tax and income tax withholding rules re exercise of stock options (4.0); prepare summary of research (2.0); research QST and COLI rules (.8). |
| 5/31/02 | Natalie H Keller | 1.00 | Review mark-up of joint stipulation of facts (.6); review new per diem cases (.4). |
| 5/31/02 | Natalie H Keller | 2.00 | Attend to matters re taxation of transfers to QST (.6); conference call with E. Filon and C. Finke re same (1.0); attend to matters re withholding issue (.4). |
| 5/31/02 | Todd F Maynes | 1.00 | Conference call re proposal to transfer COLI policies. |
| 5/31/02 | Todd F Maynes | 0.50 | Review section 62 regulations. |
| 5/31/02 | Pratibha J Shenoy | 5.30 | Prepare new draft of joint stipulation of facts and redline against last version (4.7); revise same per N. Keller comments (.6). |
| 5/31/02 | Nara Sugino | 4.30 | Conference call with E. Filon and C. Finke re QST issue (1.0); research rules re assignment of right to insurance proceeds to QST (3.3). |

# EXHIBIT B

## Matter 16 - Asset Analysis and Recovery - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $15.66 |
| Secretarial Overtime | $74.64 |
| **Total** | **$90.30** |

## **Matter 16 – Asset Analysis and Recovery – Itemized Expenses**

| **Date** | **Amount** | **Description** |
|----------|-----------|-----------------|
| 11/01/01 | 15.04 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Kapp, 10.01 |
| 5/01/02 | 0.62 | Telephone call to:  EASTERN,NE  402-926-4112 |
| 5/06/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 5/10/02 | 37.32 | CRABB,BA. - Secretarial Overtime |

## <u>Matter 17 – Automatic Stay Matters / Relief Proceedings – Expenses</u>

| Service Description | Amount |
| --- | --- |
| Telephone | $5.20 |
| Facsimile Charges | $18.16 |
| Postage | $2.64 |
| **Total** | **$26.00** |

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/15/02 | 0.83 | Fax phone charge to 410-531-4545 |
| 5/15/02 | 0.83 | Fax phone charge to 954-590-3455 |
| 5/15/02 | 8.25 | Fax page charge to 410-531-4545 |
| 5/15/02 | 8.25 | Fax page charge to 954-590-3455 |
| 5/21/02 | 5.20 | Telephone call to: SE PART,FL  954-590-3454 |
| 5/23/02 | 2.64 | Postage |