## Matter 20 – Case Administration – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $315.16 |
| Facsimile Charges | $86.00 |
| Standard Copies | $643.15 |
| Binding | $17.50 |
| Tabs/Indexes/Dividers | $9.70 |
| Postage | $0.34 |
| Overnight Delivery | $139.00 |
| Outside Messenger Services | $6.20 |
| Local Transportation | $57.63 |
| Working Meals/K&E and Others | $246.50 |
| Computer Database Research | $61.52 |
| Overtime Transportation | $81.60 |
| Overtime Meals | $12.00 |
| Secretarial Overtime | $447.84 |
| **Total** | **$2124.14** |

## Matter 20 – Case Administration – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/01/01 | 100.10 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Kapp, 10.01 |
| 12/01/01 | 201.61 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, D. Bernick, 11.01 |
| 2/10/02 | 80.00 | EUREST - Working Meals/K&E and Others, 3/11/02, Beverage Setup, 10, D. Bernick |
| 2/10/02 | 96.00 | EUREST - Working Meals/K&E and Others, 2/22/02, Beverage Setup, 12, D. Bernick |
| 2/20/02 | 22.44 | Vital Transportation - Local Transportation, David M Bernick, P.C. |
| 2/22/02 | 35.19 | Vital Transportation - Local Transportation, David M Bernick, P.C. |
| 4/01/02 | 2.40 | Tabs/Indexes/Dividers |
| 4/01/02 | 10.50 | Binding |
| 4/01/02 | 102.00 | Standard Copies |
| 4/02/02 | 22.60 | Standard Copies |
| 4/05/02 | 37.80 | Standard Copies |
| 4/09/02 | 4.50 | Tabs/Indexes/Dividers |
| 4/09/02 | 7.00 | Binding |
| 4/09/02 | 22.60 | Standard Copies |
| 4/09/02 | 171.60 | Standard Copies |
| 4/10/02 | 10.40 | Standard Copies |
| 4/11/02 | 11.40 | Standard Copies |
| 4/11/02 | 19.80 | Standard Copies |
| 4/11/02 | 28.20 | Standard Copies |
| 4/13/02 | 30.00 | EUREST - Working Meals/K&E and Others, 3/25/02, D. Bernick, Beverage Setup, 10 |
| 4/13/02 | 30.00 | EUREST - Working Meals/K&E and Others, 4/05/02, D. Bernick, Beverage Setup, 10 |
| 4/15/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/16/02 | 2.48 | Telephone call to: WASHINGTON,DC 202-514-3646 |
| 4/16/02 | 5.40 | Standard Copies |
| 4/16/02 | 25.40 | Standard Copies |
| 4/16/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/17/02 | 3.50 | Telephone call to: WASHINGTON,DC 202-363-7315 |

| | | |
|---|---|---|
| 4/17/02 | 41.92 | West Publishing-TP,Database Usage  4.02 |
| 4/17/02 | 63.20 | Standard Copies |
| 4/18/02 | 2.80 | Tabs/Indexes/Dividers |
| 4/18/02 | 19.60 | West Publishing-TP,Database Usage  4.02 |
| 4/18/02 | 70.70 | Standard Copies |
| 4/19/02 | 6.00 | JANET BAER - OT Trans. 4.18.02 |
| 4/19/02 | 48.50 | Standard Copies |
| 4/20/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 4/20/02 | 298.56 | CRABB,BA. - Secretarial Overtime |
| 4/26/02 | 12.63 | Fed Exp to: ,ST. PAUL,MN from:MAILROOM |
| 4/26/02 | 12.63 | Fed Exp to: ,HASTINGS,MN from:MAILROOM |
| 4/26/02 | 12.98 | Fed Exp to: ,KALISPELL,MT from:MAILROOM |
| 4/26/02 | 13.23 | Fed Exp to: ,SPOKANE,WA from:MAILROOM |
| 4/26/02 | 13.48 | Fed Exp to: ,SAN FRANCISCO,CA from:MAILROOM |
| 4/26/02 | 18.74 | Fed Exp to: ,EDWARDSVILLE,IL from:MAILROOM |
| 4/26/02 | 22.27 | Fed Exp to: ,SAUGUS,MA from:MAILROOM |
| 4/26/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/29/02 | 1.45 | Fax phone charge to 302-652-4400 |
| 4/29/02 | 18.75 | Fax page charge to 302-652-4400 |
| 4/30/02 | 0.40 | Standard Copies |
| 4/30/02 | 10.50 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 5/01/02 | 0.75 | Fax page charge to 410-531-4545 |
| 5/03/02 | 5.00 | SHIRLEY A POPE - OT Trans. 4.29.02 |
| 5/07/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 5/07/02 | 10.86 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 5/07/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 5/08/02 | 0.15 | Standard Copies NY |
| 5/08/02 | 0.34 | Postage |
| 5/08/02 | 0.83 | Fax phone charge to 212-446-4900 |
| 5/08/02 | 3.00 | Fax page charge to 212-446-4900 |
| 5/08/02 | 3.00 | Standard Copies NY |
| 5/08/02 | 3.00 | Fax page charge to 302-656-2145 |

| | | |
|---|---|---|
| 5/09/02 | 1.04 | Fax phone charge to 302-652-4400 |
| 5/09/02 | 10.50 | Fax page charge to 302-652-4400 |
| 5/10/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 5/10/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4212 |
| 5/10/02 | 4.50 | Fax page charge to 410-531-4545 |
| 5/10/02 | 11.68 | Fed Exp to: ,FARIBAULT,MN from:MAILROOM |
| 5/14/02 | 1.45 | Telephone call to:  SE PART,FL  954-713-7950 |
| 5/14/02 | 12.00 | Overtime Transportation, B Alke, 2/4/02 |
| 5/17/02 | 3.93 | Fax phone charge to 412-288-3063 |
| 5/17/02 | 14.50 | Overtime Transportation, B Alke, 2.13.02 |
| 5/17/02 | 15.00 | Overtime Transportation, B Alke, 2.19.02 |
| 5/17/02 | 34.50 | Fax page charge to 412-288-3063 |
| 5/20/02 | 3.75 | Fax page charge to 302-652-5338 |
| 5/20/02 | 13.00 | Overtime Transportation, B. Alke, 2.6.02 |
| 5/24/02 | 7.70 | Overtime Transportation, S Kutnick, 3.17.02 |
| 5/24/02 | 8.40 | Overtime Transportation, S Kutnick, 3.15.02 |
| 5/29/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 5/29/02 | 1.66 | Telephone call to:  INDIANAPLS,IN  317-232-8753 |
| 5/30/02 | 10.50 | Working Meals/K&E and Others 5/30/02 - Beverages for conference room use |
| 5/31/02 | 6.20 | Comet Messenger Services to:  MCDERMOTT, WILL &EMERY |

## Matter 21 – Claim Estimate Objection and Resolution – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $306.43 |
| Facsimile Charges | $60.82 |
| Standard Copies | $12.40 |
| Tabs/Indexes/Dividers | $0.80 |
| Scanned Images | $8.40 |
| Overnight Delivery | $11.70 |
| Working Meals | $80.00 |
| Overtime Transportation | $19.00 |
| Computer Database Research | $67.18 |
| Secretarial Overtime | $76.07 |
| **Total** | **$642.80** |

**Matter 21 – Claim Estimate Objection and Resolution – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/01/01 | 188.83 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, D. Boll, 10.01 |
| 2/10/02 | 80.00 | EUREST - Working Meals/K&E and Others, 3/12/02, Beverage, Setup, 10, J. Baer |
| 4/10/02 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 4/10/02 | 1.04 | Telephone call to: SOUTHERN,MN 507-333-4324 |
| 4/11/02 | 0.80 | Tabs/Indexes/Dividers |
| 4/11/02 | 1.04 | Telephone call to: SEATTLE,WA 206-499-2169 |
| 4/11/02 | 3.74 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/11/02 | 12.40 | Standard Copies |
| 4/15/02 | 8.40 | Scanned Images |
| 4/18/02 | 50.16 | West Publishing-TP,Database Usage 4.02 |
| 4/19/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/23/02 | 9.29 | Fed Exp to: ,ROSELAND,NJ from:MAILROOM |
| 4/23/02 | 9.95 | Fed Exp to: ,EL SEGUNDO,CA from:MAILROOM |
| 4/23/02 | 19.00 | JANET BAER - OT Trans. 4.19.02 |
| 4/23/02 | 94.33 | JANET BAER - Gteair 3.25.02 on Visa stmt dtd 4.12.02 |
| 4/24/02 | 17.02 | West Publishing-TP,Database Usage 4.02 |
| 4/29/02 | 1.25 | Fax phone charge to 302-652-4400 |
| 4/29/02 | 2.25 | Fax page charge to 561-362-1583 |
| 4/29/02 | 13.50 | Fax page charge to 302-652-4400 |
| 5/07/02 | 1.50 | Fax page charge to 410-531-4783 |
| 5/07/02 | 3.00 | Fax page charge to 507-333-4330 |
| 5/08/02 | 38.75 | Howell, S - Secretarial Overtime |
| 5/10/02 | 1.87 | Fax phone charge to 404-233-1267 |
| 5/10/02 | 18.00 | Fax page charge to 404-233-1267 |
| 5/13/02 | (7.54) | Overnight Delivery - Refund |
| 5/13/02 | 1.45 | Fax phone charge to 507-333-4330 |
| 5/13/02 | 2.25 | Fax page charge to 410-531-4783 |
| 5/13/02 | 6.75 | Fax page charge to 507-333-4330 |
| 5/14/02 | 2.25 | Fax page charge to 212-490-3038 |

| | | |
|---|---|---|
| 5/15/02 | 6.75 | Fax page charge to 619-239-3274 |
| 5/23/02 | 0.62 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 5/23/02 | 3.53 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 5/30/02 | 12.68 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |

## **Matter 22 – Contested Matters / Adversary Proceedings – Expenses**

| Service Description | Amount |
|---|---|
| Telephone | $870.10 |
| Facsimile Charges | $215.05 |
| Standard Copies | $620.35 |
| Binding | $7.00 |
| Tabs/Indexes/Dividers | $5.20 |
| Overnight Delivery | $162.35 |
| Information Broker Doc/Svcs | $61.72 |
| Working Meals/K&E and Others | $141.00 |
| Library Document Procurement | $20.00 |
| Computer Database Research | $2,323.17 |
| Overtime Transportation | $60.00 |
| Overtime Meals | $9.00 |
| Secretarial Overtime | $65.31 |
| **Total** | **$4,560.25** |

## Matter 22 – Contested Matters / Adversary Proceedings – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/01/01 | 187.93 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, S. McMillin, 11.01 |
| 12/01/01 | 356.03 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, C. Sullivan, 11.01 |
| 2/10/02 | 45.00 | EUREST - Working Meals/K&E and Others, 2/13/02, Beverage setup, 15, D. Bernick |
| 4/02/02 | 1.52 | West Publishing-TP,Database Usage  4.02 |
| 4/02/02 | 5.60 | Standard Copies |
| 4/02/02 | 5.66 | West Publishing-TP,Database Usage  4.02 |
| 4/03/02 | 4.42 | Telephone call to:  CLARKSVL,MD  410-531-4170 |
| 4/03/02 | 33.97 | West Publishing-TP,Database Usage  4.02 |
| 4/03/02 | 106.05 | West Publishing-TP,Database Usage  4.02 |
| 4/03/02 | 281.62 | West Publishing-TP,Database Usage  4.02 |
| 4/04/02 | 26.25 | West Publishing-TP,Database Usage  4.02 |
| 4/04/02 | 143.90 | West Publishing-TP,Database Usage  4.02 |
| 4/05/02 | 2.18 | Telephone call to:  BOCA RATON,FL  561-362-1959 |
| 4/05/02 | 229.43 | West Publishing-TP,Database Usage  4.02 |
| 4/06/02 | 144.45 | West Publishing-TP,Database Usage  4.02 |
| 4/07/02 | 124.06 | West Publishing-TP,Database Usage  4.02 |
| 4/07/02 | 251.99 | West Publishing-TP,Database Usage  4.02 |
| 4/08/02 | 1.04 | Telephone call to: COLUMBIA,MD  410-531-4795 |
| 4/08/02 | 1.66 | Telephone call to:  NORTH WEST,NJ  973-966-8211 |
| 4/08/02 | 5.61 | Telephone call to: S SAN,CA  650-592-8337 |
| 4/08/02 | 172.60 | West Publishing-TP,Database Usage  4.02 |
| 4/09/02 | 18.79 | West Publishing-TP,Database Usage  4.02 |
| 4/09/02 | 114.37 | West Publishing-TP,Database Usage  4.02 |
| 4/10/02 | 0.21 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center chgs. 1.1.02 - 3.31.02 |
| 4/10/02 | 0.62 | Telephone call to: WASHINGTON,DC  202-955-1279 |
| 4/10/02 | 1.25 | Telephone call to:  MIAMI,FL  305-374-7580 |
| 4/10/02 | 2.16 | Telephone call to:  CLARKSVL,MD  410-531-4170 |
| 4/10/02 | 3.95 | Telephone call to:  NPA SUMMRY,MI  231-798-0218 |

| | | |
|---|---|---|
| 4/10/02 | 23.31 | Telephone call to: BOCA RATON,FL 561-362-1959 |
| 4/10/02 | 36.04 | West Publishing-TP,Database Usage 4.02 |
| 4/10/02 | 38.36 | Telephone call to: BOCA RATON,FL 561-362-1959 |
| 4/11/02 | 2.41 | Telephone call to: CHICAGO,IL 312-984-7759 |
| 4/11/02 | 4.85 | Telephone call to: NEW YORK,NY 212-735-3550 |
| 4/12/02 | 40.30 | Standard Copies |
| 4/12/02 | 88.00 | Standard Copies |
| 4/13/02 | 96.00 | EUREST - Working Meals/K&E and Others, 3/15/02, M. Browdy, Beverage setup, 12 |
| 4/15/02 | 1.20 | Tabs/Indexes/Dividers |
| 4/15/02 | 1.63 | Telephone call to: NEW YORK,NY 212-595-8992 |
| 4/15/02 | 26.15 | West Publishing-TP,Database Usage 4.02 |
| 4/15/02 | 104.80 | Standard Copies |
| 4/16/02 | 0.20 | Standard Copies |
| 4/16/02 | 2.40 | Standard Copies |
| 4/16/02 | 3.80 | Standard Copies |
| 4/16/02 | 3.90 | Standard Copies |
| 4/16/02 | 9.62 | West Publishing-TP,Database Usage 4.02 |
| 4/16/02 | 13.60 | Standard Copies |
| 4/16/02 | 118.49 | West Publishing-TP,Database Usage 4.02 |
| 4/17/02 | 0.20 | Standard Copies |
| 4/17/02 | 0.40 | Standard Copies |
| 4/17/02 | 0.90 | West Publishing-TP,Database Usage 4.02 |
| 4/17/02 | 0.90 | West Publishing-TP,Database Usage 4.02 |
| 4/17/02 | 1.75 | Binding |
| 4/17/02 | 1.75 | Binding |
| 4/17/02 | 3.50 | Binding |
| 4/17/02 | 4.00 | Standard Copies |
| 4/17/02 | 4.00 | Tabs/Indexes/Dividers |
| 4/17/02 | 7.80 | Standard Copies |
| 4/17/02 | 26.30 | Standard Copies |
| 4/17/02 | 28.70 | Standard Copies |

| | | |
|---|---:|---|
| 4/17/02 | 57.58 | West Publishing-TP,Database Usage 4.02 |
| 4/17/02 | 59.00 | Standard Copies |
| 4/18/02 | 0.20 | Standard Copies |
| 4/18/02 | 0.30 | Standard Copies |
| 4/18/02 | 0.40 | Standard Copies |
| 4/18/02 | 0.40 | Standard Copies |
| 4/18/02 | 0.40 | Standard Copies |
| 4/18/02 | 0.50 | Standard Copies |
| 4/18/02 | 1.70 | Standard Copies |
| 4/18/02 | 2.95 | West Publishing-TP,Database Usage 4.02 |
| 4/18/02 | 10.80 | Standard Copies |
| 4/18/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 4/22/02 | 0.50 | Standard Copies |
| 4/22/02 | 1.90 | Standard Copies |
| 4/22/02 | 5.68 | Telephone call to: BOCA RATON,FL 561-362-1959 |
| 4/22/02 | 7.22 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 4/23/02 | 1.90 | Standard Copies |
| 4/23/02 | 1.90 | Standard Copies |
| 4/23/02 | 2.40 | Standard Copies |
| 4/23/02 | 10.00 | Library Document Procurement - Directorship (3/96). |
| 4/23/02 | 10.00 | Library Document Procurement - Corporate Cashflow (6/96). |
| 4/23/02 | 135.35 | West Publishing-TP,Database Usage 4.02 |
| 4/24/02 | 1.25 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 4/24/02 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-269-4900 |
| 4/24/02 | 3.60 | Standard Copies |
| 4/24/02 | 7.69 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 4/24/02 | 24.10 | Standard Copies |
| 4/25/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 4/25/02 | 0.83 | Telephone call to: E PHOENIX,AZ 480-987-0072 |
| 4/25/02 | 1.00 | West Publishing-TP,Database Usage 4.02 |
| 4/25/02 | 1.25 | Telephone call to: BEVERLYHLS,CA 310-277-6910 |

| | | |
|---|---|---|
| 4/25/02 | 1.48 | Telephone call to: NEWARK,NJ 973-645-2580 |
| 4/25/02 | 1.78 | Telephone call to: CLARKSVL,MD 410-531-4170 |
| 4/25/02 | 1.87 | Telephone call to: SAN DIEGO,CA 619-699-2427 |
| 4/25/02 | 9.00 | Overtime Meals    KUTNICK, SETH |
| 4/25/02 | 10.20 | Standard Copies |
| 4/25/02 | 61.72 | GEORGE WASHINGTON UNIVERSITY - Information Broker Doc/Svcs 3/13/02 - Document retrieval, Book Loans,Overdue Fines, and Others - From 2/8/02-3/28/02 |
| 4/26/02 | 0.62 | Telephone call to: SAN DIEGO,CA 619-699-2414 |
| 4/26/02 | 1.04 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 4/26/02 | 4.99 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 4/26/02 | 7.58 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/26/02 | 9.08 | Fed Exp to:DR. GARY MARSH,CANONSBURG,PA from:SUE CAPPELLO |
| 4/28/02 | 62.03 | West Publishing-TP,Database Usage 4.02 |
| 4/29/02 | 0.62 | Telephone call to: DENVER,CO 303-866-0409 |
| 4/29/02 | 0.62 | Telephone call to: AUSTIN,TX 512-345-9335 |
| 4/29/02 | 0.62 | Telephone call to: WILMINGTON,DE 302-594-3100 |
| 4/29/02 | 0.83 | Telephone call to: COCKEYSVLL,MD 301-785-8369 |
| 4/29/02 | 2.29 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 4/29/02 | 6.00 | Standard Copies |
| 4/29/02 | 14.50 | Standard Copies |
| 4/29/02 | 20.40 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 4/29/02 | 26.40 | Standard Copies |
| 4/29/02 | 50.52 | West Publishing-TP,Database Usage 4.02 |
| 4/29/02 | 91.12 | West Publishing-TP,Database Usage 4.02 |
| 4/30/02 | 0.62 | Telephone call to: PHILADELPH,PA 215-988-2700 |
| 4/30/02 | 1.25 | Telephone call to: WASHINGTON,DC 202-955-1279 |
| 4/30/02 | 7.88 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 4/30/02 | 75.65 | West Publishing-TP,Database Usage 4.02 |
| 5/01/02 | 1.04 | Telephone call to: STATE OF,DE 302-778-6464 |
| 5/01/02 | 2.91 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 5/02/02 | 1.04 | Telephone call to: WASHINGTON,DC 202-955-1279 |

| | | |
|---|---|---|
| 5/02/02 | 1.25 | Telephone call to:  COLUMBIA,MD  410-531-4203 |
| 5/02/02 | 2.29 | Telephone call to:  STATE OF,DE  302-778-6404 |
| 5/02/02 | 2.91 | Telephone call to:  COLUMBIA,MD  410-531-4210 |
| 5/02/02 | 5.40 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 5/02/02 | 5.56 | Fed Exp to: ,CHICAGO,IL from:MAILROOM |
| 5/02/02 | 7.58 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 5/02/02 | 7.58 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 5/02/02 | 7.58 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 5/02/02 | 7.58 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 5/02/02 | 7.88 | Fed Exp to: ,MIAMI,FL from:MAILROOM |
| 5/02/02 | 13.09 | Telephone call to:  LANCASTER,PA  717-396-2577 |
| 5/03/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-538-9910 |
| 5/03/02 | 1.04 | Telephone call to:  ATLANTA,GA  404-233-1114 |
| 5/06/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-661-9100 |
| 5/06/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 5/06/02 | 1.45 | Telephone call to:  NYC BRONX,NY  212-946-9432 |
| 5/06/02 | 1.66 | Telephone call to:  JACKSON,MS  601-961-5573 |
| 5/06/02 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 5/06/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-594-5300 |
| 5/06/02 | 2.29 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/06/02 | 2.49 | Telephone call to:  WILMINGTON,DE  302-652-5340 |
| 5/06/02 | 3.53 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/06/02 | 3.95 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 5/06/02 | 9.15 | Fed Exp to:DR. GARY MARSH,CANONSBURG,PA from:TIM HARDY/S.CAPPELLO |
| 5/06/02 | 10.05 | Fed Exp to: ,EL SEGUNDO,CA from:MAILROOM |
| 5/06/02 | 39.90 | Standard Copies |
| 5/07/02 | 0.62 | Telephone call to:  BEVERLYHLS,CA  310-286-7485 |
| 5/07/02 | 1.25 | Fax phone charge to 404-233-1267 |
| 5/07/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/07/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/07/02 | 1.45 | Telephone call to:  E CENTRAL,FL  561-362-1568 |

| 5/07/02 | 1.50 | Fax page charge to 561-362-1583 |
| 5/07/02 | 1.50 | Fax page charge to 310-640-8071 |
| 5/07/02 | 3.75 | Fax page charge to 404-233-1267 |
| 5/07/02 | 9.00 | Fax page charge to 212-868-1229 |
| 5/07/02 | 9.00 | Fax page charge to 561-362-1970 |
| 5/09/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-595-8992 |
| 5/09/02 | 6.86 | Telephone call to:  LB AREA,CA  562-498-7018 |
| 5/10/02 | 0.62 | Telephone call to:  STATE OF,DE  302-778-6464 |
| 5/10/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-594-5300 |
| 5/10/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/10/02 | 1.18 | Fax phone charge to 561-362-1583 |
| 5/10/02 | 1.18 | Fax phone charge to 561-362-1583 |
| 5/10/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/10/02 | 3.33 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 5/10/02 | 15.00 | Fax page charge to 561-362-1583 |
| 5/10/02 | 15.00 | Fax page charge to 561-362-1583 |
| 5/13/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/13/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 5/13/02 | 1.04 | Telephone call to:  NYC BRONX,NY  212-946-9440 |
| 5/13/02 | 1.04 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 5/13/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-3000 |
| 5/13/02 | 1.45 | Telephone call to:  COLUMBIA,MD  410-531-4213 |
| 5/13/02 | 1.45 | Telephone call to:  NEWYORKCTY,NY  212-594-5300 |
| 5/13/02 | 1.87 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 5/13/02 | 2.29 | Telephone call to:  NEWYORKCTY,NY  212-806-5400 |
| 5/13/02 | 4.36 | Telephone call to:  COLUMBIA,MD  410-531-4170 |
| 5/13/02 | 7.27 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/13/02 | 8.11 | Telephone call to:  LANCASTER,PA  717-396-2577 |
| 5/13/02 | 8.25 | Fax page charge to 212-735-2000 |
| 5/13/02 | 8.25 | Fax page charge to 212-868-1229 |
| 5/14/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-446-5950 |
| 5/14/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY  212-806-6015 |

| | | |
|---|---|---|
| 5/14/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/14/02 | 1.66 | Telephone call to:  NEWYORKCTY,NY  212-735-3000 |
| 5/14/02 | 2.91 | Telephone call to:  NORTH WEST,NJ  973-645-2580 |
| 5/14/02 | 3.33 | Telephone call to:  NEWYORKCTY,NY  212-594-5300 |
| 5/14/02 | 14.30 | DAVID M BERNICK, P.C. - Telephone Expense, GTEAir charges on citibank stmt dtd 4.11.02 |
| 5/14/02 | 60.75 | Standard Copies NY |
| 5/15/02 | 0.83 | Fax phone charge to 561-362-1970 |
| 5/15/02 | 2.25 | Fax page charge to 561-362-1583 |
| 5/15/02 | 2.25 | Fax page charge to 212-806-6006 |
| 5/15/02 | 2.25 | Fax page charge to 212-868-1229 |
| 5/15/02 | 2.25 | Fax page charge to 212-735-2000 |
| 5/15/02 | 3.00 | Fax page charge to 561-362-1970 |
| 5/15/02 | 3.00 | Fax page charge to 410-531-4783 |
| 5/15/02 | 4.50 | Fax page charge to 561-362-1970 |
| 5/15/02 | 4.50 | Fax page charge to 410-531-4783 |
| 5/15/02 | 9.00 | Fax page charge to 561-362-1970 |
| 5/15/02 | 10.61 | Fed Exp to: ,NEWARK,NJ from:MAILROOM |
| 5/16/02 | 4.50 | Fax page charge to 212-735-2000 |
| 5/16/02 | 10.70 | Standard Copies |
| 5/16/02 | 26.78 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 5/17/02 | 0.79 | Fax phone charge to 203-351-4535 |
| 5/17/02 | 1.04 | Fax phone charge to 212-868-1229 |
| 5/17/02 | 1.45 | Fax phone charge to 212-403-2000 |
| 5/17/02 | 3.33 | Fax phone charge to 212-883-1314 |
| 5/17/02 | 6.60 | Standard Copies |
| 5/17/02 | 7.50 | Fax page charge to 302-652-4400 |
| 5/17/02 | 7.50 | Fax page charge to 212-868-1229 |
| 5/17/02 | 9.00 | Fax page charge to 203-351-4535 |
| 5/17/02 | 9.00 | Fax page charge to 212-403-2000 |
| 5/17/02 | 9.00 | Fax page charge to 212-351-5233 |
| 5/17/02 | 51.00 | Fax page charge to 212-883-1314 |

| 5/20/02 | 1.25 | Telephone call to:  WASHINGTON,DC  202-721-0926 |
| 5/20/02 | 1.87 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/20/02 | 2.25 | Fax page charge to 703-729-8587 |
| 5/20/02 | 2.49 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/20/02 | 5.30 | Standard Copies |
| 5/21/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1959 |
| 5/21/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/21/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 5/21/02 | 2.29 | Telephone call to:  JACKSON,MS  601-960-6846 |
| 5/21/02 | 2.91 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/21/02 | 3.12 | Telephone call to:  WILMINGTON,DE  302-651-0113 |
| 5/23/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-269-4900 |
| 5/23/02 | 0.62 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 5/23/02 | 0.83 | Telephone call to:  NEWYORKCTY,NY  212-269-4900 |
| 5/23/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/23/02 | 1.25 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/23/02 | 2.08 | Telephone call to:  ALBUQURQUE,NM  505-242-2420 |
| 5/23/02 | 5.00 | ELLI LEIBENSTEIN - Meals, Washington, DC, 05.20 - 05.21.2002, (Meet w/T. Florence & D. Rourke) |
| 5/24/02 | 0.62 | Telephone call to:  NYC BRONX,NY  212-946-9440 |
| 5/24/02 | 0.62 | Telephone call to:  NYC BRONX,NY  212-946-9440 |
| 5/24/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1554 |
| 5/24/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-901-1486 |
| 5/24/02 | 1.04 | Telephone call to:  E CENTRAL,FL  561-362-1532 |
| 5/24/02 | 2.08 | Telephone call to:  NEWYORKCTY,NY  212-735-3533 |
| 5/24/02 | 2.91 | Telephone call to:  E CENTRAL,FL  561-901-1486 |
| 5/24/02 | 39.00 | Overtime Transportation, R. HIggins, 3.12.02 |
| 5/28/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY  212-735-2324 |
| 5/28/02 | 3.33 | Telephone call to:  E CENTRAL,FL  561-362-1568 |
| 5/29/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-901-1486 |
| 5/29/02 | 0.62 | Telephone call to:  PHLADELPHA,PA  610-768-7800 |
| 5/29/02 | 0.62 | Telephone call to:  E CENTRAL,FL  561-362-1532 |

| | | |
|---|---|---|
| 5/29/02 | 0.83 | Telephone call to: NYC BRONX,NY 212-946-9440 |
| 5/29/02 | 3.12 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 5/29/02 | 3.33 | Telephone call to: NYC BRONX,NY 212-946-9440 |
| 5/29/02 | 3.53 | Telephone call to: NEWYORKCTY,NY 212-735-2324 |
| 5/29/02 | 5.00 | SHIRLEY A POPE - Overtime Transportation, 5.16.02 |
| 5/29/02 | 5.61 | Telephone call to: CENTRAL,NC 828-898-8565 |
| 5/30/02 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/30/02 | 0.83 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 5/30/02 | 0.83 | Telephone call to: CAMBRIDGE,MA 617-498-4399 |
| 5/30/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |
| 5/30/02 | 1.25 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 5/30/02 | 6.86 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/30/02 | 9.84 | Fed Exp from:NICHOLAS MILLER,WASHINGTON,DC to:BERTHA SERRANO |
| 5/30/02 | 16.00 | Overtime Transportation, C Lane, 4.04.02 |

## Matter 24 – Creditors/Noteholders Committee – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $2.91 |
| Overnight Delivery | $7.22 |
| Secretarial Overtime | $37.32 |
| **Total** | **$47.45** |

## Matter 24 – Creditors/Noteholders Committee – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 4/17/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 4/24/02 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 4/30/02 | 7.22 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 5/02/02 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-455-3696 |
| 5/28/02 | 1.04 | Telephone call to: STATE OF,DE 302-778-6464 |

## **Matter 25 – Creditors/Shareholders Inquiries – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Telephone | $1.45 |
| **Total** | **$1.45** |

## Matter 25 – Creditors/Shareholders Inquiries – Itemized Expenses

**Date**      **Amount**   **Description**
5/30/02         1.45   Telephone call to:  PHILADELPH,PA  215-963-5585

## Matter 27 – Employee Matters – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $10.18 |
| Overnight Delivery | $9.38 |
| **Total** | **$19.56** |

## Matter 27 – Employee Matters – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/03/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 5/03/02 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-583-5012 |
| 5/03/02 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 5/08/02 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-583-5012 |
| 5/10/02 | 2.91 | Telephone call to: GRAND RPDS,MI 616-233-4221 |
| 5/13/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 5/13/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 5/14/02 | 1.04 | Telephone call to: PHILADELPH,PA 215-988-2630 |
| 5/17/02 | 9.38 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |

## **Matter 28 – Environmental Issues – Expenses**

| **Service Description** | **Amount** |
| --- | --- |
| Telephone | $8.31 |
| Facsimile Charges | $1.50 |
| Standard Copies | $32.90 |
| Working Meals | $4.00 |
| Computer Database Research | $19.32 |
| **Total** | **$66.03** |