## <u>Matter 28 – Environmental Issues – Itemized Expenses</u>

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|------|--------|-------------|
| 4/04/02 | 11.54 | West Publishing-TP,Database Usage  4.02 |
| 4/18/02 | 7.78 | West Publishing-TP,Database Usage  4.02 |
| 4/29/02 | 8.31 | Telephone call to:  COLUMBIA,MD  410-531-4210 |
| 5/20/02 | 0.30 | Standard Copies |
| 5/21/02 | 0.50 | Standard Copies |
| 5/21/02 | 0.60 | Standard Copies |
| 5/21/02 | 0.75 | Fax page charge to 773-868-4844 |
| 5/21/02 | 2.90 | Standard Copies |
| 5/22/02 | 0.75 | Fax page charge to 610-921-4062 |
| 5/29/02 | 4.00 | Working Meals/K&E and Others 5/29/02 - Beverages for conference room use |
| 5/31/02 | 28.60 | Standard Copies |

## Matter 29 – File, Docket, Calendar Maintenance – Expenses

| Service Description | Amount |
|---|---|
| Information Broker Doc/Svcs | $8.04 |
| Computer Database Research | $372.16 |
| **Total** | **$380.20** |

## Matter 29 – File, Docket, Calendar Maintenance – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/01/02 | 0.02 | West Publishing-TP,Database Usage  4.02 |
| 4/10/02 | 298.41 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center chgs. 1.1.02 - 3.31.02 |
| 4/24/02 | 73.73 | West Publishing-TP,Database Usage  4.02 |
| 4/30/02 | 8.04 | PARCELS, INC - Information Broker Doc/Svcs, 4/24/02 |

## Matter 30 – Hearings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $25.94 |
| **Total** | **$25.94** |

## Matter 30 – Hearings – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/30/02 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 5/02/02 | 0.62 | Telephone call to: STATE OF,DE  302-778-6464 |
| 5/03/02 | 0.83 | Telephone call to: STATE OF,DE  302-778-6464 |
| 5/10/02 | 1.66 | Telephone call to: STATE OF,DE  302-778-6464 |
| 5/13/02 | 1.87 | Telephone call to: COLUMBIA,MD  410-531-4170 |
| 5/17/02 | 18.89 | JAMES W KAPP - Telephone, AT&T Wireless stmt dtd 4.16.02 |
| 5/21/02 | 1.45 | Telephone call to: STATE OF,DE  302-778-6464 |

## Matter 32 – K&E Fee Application Preparation of – Expenses

| Service Description | Amount |
|---|---|
| Overnight Delivery | $7.65 |
| **Total** | **$7.65** |

## Matter 32 – K&E Fee Application Preparation of – Itemized Expenses

**Date**      **Amount**   **Description**
5/22/02       7.65   Fed Exp to: ,WILMINGTON,DE from:MAILROOM

## Matter 38 – Retention of Professionals / Fees – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $20.14 |
| Facsimile Charge | $11.75 |
| Postage | $0.34 |
| Overnight Delivery | $45.02 |
| Secretarial Overtime | $65.31 |
| **Total** | **$142.56** |

## Matter 38 – Retention of Professionals / Fees – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 5/01/02 | 0.62 | Telephone call to: NEWORLEANS,LA 504-569-1833 |
| 5/03/02 | 0.34 | Postage |
| 5/03/02 | 37.37 | Fed Exp to: ,DALLAS,TX from:MAILROOM |
| 5/06/02 | 0.62 | Telephone call to: PHILADELPH,PA 215-963-5020 |
| 5/06/02 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 5/07/02 | 0.62 | Telephone call to: PHILADELPH,PA 215-963-5020 |
| 5/08/02 | 2.70 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 5/09/02 | 0.83 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 5/09/02 | 4.78 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 5/10/02 | 1.25 | Fax phone charge to 410-531-4783 |
| 5/10/02 | 1.45 | Telephone call to: PHILADELPH,PA 215-963-5020 |
| 5/10/02 | 2.70 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 5/10/02 | 4.57 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 5/10/02 | 10.50 | Fax page charge to 410-531-4783 |
| 5/10/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 5/16/02 | 7.65 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |

## Matter 41 – Tax Matters – Expenses

| Service Description | Amount |
| --- | ---: |
| Telephone | $185.98 |
| Computer Database Research | $52.67 |
| **Total** | **$238.65** |

## Matter 41 – Tax Matters – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/01/01 | 185.15 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, S. Schwartz, 10.01 |
| 4/17/02 | 52.67 | West Publishing-TP,Database Usage  4.02 |
| 5/30/02 | 0.83 | Telephone call to:  E CENTRAL,FL  561-362-1300 |

## **Matter 42 – Travel – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Travel Expense | $3,858.69 |
| Airfare | $11,289.33 |
| Transportation to/from airport | $606.75 |
| Travel Meals | $379.20 |
| Other Travel Expenses | $518.98 |
| **Total** | **$16,652.95** |

## Matter 42 – Travel – Itemized Expenses

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 2/07/02 | 77.01 | Vital Transportation - Transportation to/from airport, Scott A McMillin |
| 2/08/02 | 57.83 | Vital Transportation - Transportation to/from airport, Scott A McMillin |
| 2/21/02 | 293.76 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 4/20/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 4/22/02 | 56.05 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 4/22/02 | 63.70 | Crown Coach - Transportation to/from airport, Janet Baer |
| 4/23/02 | 82.52 | JANET BAER - Boston Coach Round Trip 3.19.02 |
| 4/23/02 | 265.60 | JANET BAER - Boston Coach Round Trip 3.13.02 |
| 5/23/02 | 5.00 | ELLI LEIBENSTEIN - Meals, Washington, DC, 05.20 - 05.21.2002, (Meet w/T. Florence & D. Rourke) |
| 4/23/02 | 86.80 | JANET BAER - Cabfare in IL 3.22.02 |
| 5/02/02 | 32.80 | SCOTT MCMILLIN - Meals, Manchester, NH, 04.30 - 05.01.2002, (Mtg w/R. Walsh) |
| 5/02/02 | 266.68 | SCOTT MCMILLIN - Travel Expense, Manchester, NH, 04.30 - 05.01.2002, (Mtg w/R. Walsh) |
| 5/02/02 | 510.32 | SCOTT MCMILLIN - Airfare, Manchester, NH, 04.30 - 05.01.2002, (Mtg w/R. Walsh) |
| 5/06/02 | 61.09 | JAMES W KAPP - Meals, Pittsburg, PA, 04.20 - 04.22.2002, (Attend hearing) |
| 5/06/02 | 183.76 | JAMES W KAPP - Travel Expense, Pittsburg, PA, 04.20 - 04.22.2002, (Attend hearing) |
| 5/06/02 | 1,166.06 | JAMES W KAPP - Airfare, Pittsburg, PA, 04.20 - 04.22.2002, (Attend hearing) |
| 5/10/02 | 68.80 | SCOTT MCMILLIN - Meals, Boca Raton, FL, 05.06 - 05.09.2002, (Mtg w/client; document review) |
| 5/10/02 | 253.10 | SCOTT MCMILLIN - Travel Expense, Boca Raton, FL, 05.06 - 05.09.2002, (Mtg w/client; document review) |
| 5/10/02 | 715.42 | SCOTT MCMILLIN - Airfare, Boca Raton, FL, 05.06 - 05.09.2002, (Mtg w/client; document review) |
| 5/16/02 | 50.12 | MICHELLE H BROWDY - Meal Expense, New York,NY, 5.13 to 5.14.02, (Mtgs) |
| 5/16/02 | 442.97 | MICHELLE H BROWDY - Travel Expense, New York,NY, 5.13 to 5.14.02, (Mtgs) |
| 5/16/02 | 1,224.50 | MICHELLE H BROWDY - Airfare Expense, New York,NY, 5.13 to 5.14.02, (Mtgs) |
| 5/17/02 | 61.62 | CHRISTOPHER B SULLIVAN - Meals Expense, New York, NY 5.13.02 - 5.15.02 (Interview) |

| | | |
|---|---|---|
| 5/17/02 | 260.34 | CHRISTOPHER B SULLIVAN - Travel Expense, New York, NY 5.13.02 - 5.15.02 (Interview) |
| 5/17/02 | 612.25 | CHRISTOPHER B SULLIVAN - Airfare Expense, New York, NY 5.13.02 - 5.15.02 (Interview) |
| 5/21/02 | 32.60 | JANET BAER - Meal Expense, Wilmington,DE, 5.19 to 5.20.02, (Hearing) |
| 5/21/02 | 340.96 | JANET BAER - Travel Expense, Wilmington,DE, 5.19 to 5.20.02, (Hearing) |
| 5/21/02 | 1,070.04 | JANET BAER - Airfare Expense, Wilmington,DE, 5.19 to 5.20.02, (Hearing) |
| 5/23/02 | 20.00 | ELLI LEIBENSTEIN - Meals, Newark, NJ, 05.15 - 05.19.2002, (Conference w/witness) |
| 5/23/02 | 359.98 | ELLI LEIBENSTEIN - Hotel Expense, Washington, DC, 05.20 - 05.21.2002, (Meet w/T. Florence & D. Rourke) |
| 5/23/02 | 578.89 | ELLI LEIBENSTEIN - Hotel Expense, Newark, NJ, 05.15 - 05.19.2002, (Conference w/witness) |
| 5/23/02 | 1,163.66 | ELLI LEIBENSTEIN - Airfare, Washington, DC, 05.20 - 05.21.2002, (Meet w/T. Florence & D. Rourke) |
| 5/23/02 | 1,219.86 | ELLI LEIBENSTEIN - Airfare, Newark, NJ, 05.15 - 05.19.2002, (Conference w/witness) |
| 5/24/02 | 49.17 | ANDREW R RUNNING - Meals Expense Rosemont, IL 5.22.02 (Meeting) |
| 5/24/02 | 130.00 | DAVID M BERNICK, P.C. - Travel Expense, Wilmington,DE, 5.19 to 5.20.02, (Attend Status Conference) |
| 5/24/02 | 135.00 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 5.21 to 5.22.02, (Attend Pre-Trial Conference) |
| 5/24/02 | 524.89 | ANDREW R RUNNING - Conference room Expense Rosemont, IL 5.22.02 (Meeting) |
| 5/24/02 | 1,147.32 | DAVID M BERNICK, P.C. - Airfare Expense, Wilmington,DE, 5.19 to 5.20.02, (Attend Status Conference) |
| 5/24/02 | 1,264.86 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 5.21 to 5.22.02, (Attend Pre-Trial Conference) |
| 5/28/02 | 3.00 | JAMES W KAPP - Meal, Wilmington, DE, 05.19 - 05.20.2002, (Attend hearing) |
| 5/28/02 | 382.12 | JAMES W KAPP - Travel Expense, Wilmington, DE, 05.19 - 05.20.2002, (Attend hearing) |
| 5/28/02 | 1,195.04 | JAMES W KAPP - Airfare, Wilmington, DE, 05.19 - 05.20.2002, (Attend hearing) |
| 5/30/02 | 79.06 | JANET BAER - Boston Coach to mtg on 4.21 trip to Pittsburgh,PA, (Supplement Report) 4.26.02 |

## Matter 43 – Use, Sale, Lease/Abandonment of Property – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $20.99 |
| Computer Database Research | $51.19 |
| Secretarial Overtime | $77.50 |
| **Total** | **$149.68** |

**Matter 43 – Use, Sale, Lease/Abandonment of Property – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 4/02/02 | 26.75 | West Publishing-TP,Database Usage 4.02 |
| 4/23/02 | 24.44 | West Publishing-TP,Database Usage 4.02 |
| 5/01/02 | 0.83 | Telephone call to: EASTERN,MI 248-539-9904 |
| 5/01/02 | 3.12 | Telephone call to: COLUMBIA,MD 410-531-4075 |
| 5/07/02 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 5/08/02 | 77.50 | Howell, S - Secretarial Overtime |
| 5/21/02 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/23/02 | 0.83 | Telephone call to: EASTERN,MI 248-539-9904 |
| 5/23/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4075 |
| 5/23/02 | 1.45 | Telephone call to: EASTERN,MI 248-539-9904 |
| 5/28/02 | 6.65 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/30/02 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4795 |

## **Matter 46 – IRS Tax Litigation – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Telephone | $0.62 |
| Facsimile Charges | $90.09 |
| Postage | $1.26 |
| Overnight Delivery | $7.29 |
| Computer Database Research | $269.46 |
| Overnight Transportation | $12.50 |
| **Total** | **$381.22** |

## Matter 46 – IRS Tax Litigation – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/05/02 | 29.25 | West Publishing-TP,Database Usage  4.02 |
| 4/06/02 | 90.52 | West Publishing-TP,Database Usage  4.02 |
| 4/07/02 | 37.05 | West Publishing-TP,Database Usage  4.02 |
| 4/07/02 | 112.64 | West Publishing-TP,Database Usage  4.02 |
| 5/03/02 | 0.98 | Fax phone charge to 561-362-1323 |
| 5/03/02 | 1.57 | Fax phone charge to 561-912-9068 |
| 5/03/02 | 15.00 | Fax page charge to 561-362-1323 |
| 5/03/02 | 15.00 | Fax page charge to 561-912-9068 |
| 5/14/02 | 1.18 | Fax phone charge to 202-514-9440 |
| 5/14/02 | 18.00 | Fax page charge to 202-514-9440 |
| 5/15/02 | 1.18 | Fax phone charge to 561-362-1323 |
| 5/15/02 | 1.18 | Fax phone charge to 561-912-9068 |
| 5/15/02 | 1.26 | Postage |
| 5/15/02 | 18.00 | Fax page charge to 561-912-9068 |
| 5/15/02 | 18.00 | Fax page charge to 561-362-1323 |
| 5/16/02 | 7.29 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 5/24/02 | 0.62 | Telephone call to:  WASHINGTON,DC  202-307-6493 |
| 5/24/02 | 12.50 | Overtime Transportation, P. Shenoy, 3.5.02 |