W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00 USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=020425400544 OBI=STOCK OPTION COST BBI=/TIME/13:33 IMAD: 0425C1QBK71X003115 | | |
| 25APR | | 25APR | USD | YOUR: O/B WACHOVIA WIN OUR: 0099413115FF | 571,614.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:53 IMAD: 0425EAQFTI1A000738 | | |
| 25APR | | 25APR | USD | YOUR: O/B BKAM IL CGO OUR: 0130409115FF | 1,932,246.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:30 IMAD: 0425G1QFGY2C000585 | | |
| 25APR | | 25APR | USD | YOUR: MAESTRO OUR: 0405302115FF | 6,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=MAESTRO OBI=FUND-318-P I-S I ML PREMIER FUND BBI=/T IMAD: 0425A1Q002HC002157 | | |
| 26APR | | 26APR | USD | YOUR: O/B FIRST UNION OUR: 0263401116FF | 436,505.46 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B FIRST UNION BBI=/TIME/14:12 IMAD: 0426F3QCAA1C001395 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 26APR | | 26APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0176501116FF | 1,545,296.65 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:17<br>IMAD: 0426G1QFGY2C000616 | | |
| 26APR | | 26APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0247307116FF | 1,550,029.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/14:02<br>IMAD: 0426EAQFTI1A001306 | | |
| 26APR | | 26APR | USD | YOUR: 6008113131230001<br>OUR: 0891300116FC | 2,346,255.61 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0057035 | | |
| 29APR | | 29APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0141602119FF | 2,036,323.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:46<br>IMAD: 0429EAQFTI1A000893 | | |
| 29APR | | 29APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0179908119FF | 2,877,150.26 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:21<br>IMAD: 0429G1QFGY2C000677 | | |
| 30APR | | 30APR | | USD YOUR: MAESTRO<br>OUR: 0384608120FF | 700,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0430A1Q002CC001654 | | |
| 30APR | | 30APR | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0128702120FF | 1,398,914.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:05<br>IMAD: 0430EAQFTI1A000880 | | |
| 30APR | | 30APR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0136501120FF | 2,590,558.63 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:08<br>IMAD: 0430G1QFGY2C000450 | | |
| **DEBITS** | | | | | | | | |
| 16APR | | | | USD OUR: 0031990114XF | 14,592.42 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 16APR | | 16APR | | USD YOUR: SEE WIRE<br>OUR: 0741000106JB | 34,291.42 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 16APR | | 16APR | USD | YOUR: SEE WIRE<br>OUR: 0156200106JB | 764,617.57 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:01<br>IMAD: 0416B1QGC05C001332 | | |
| 16APR | | 16APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0740900106JB | 910,864.26 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE SALARIED, WEEK E<br>NDING4/9/2002<br>SSN: 0213013 | | |
| 16APR | | 16APR | USD | YOUR: SEE WIRE<br>OUR: 0813100106JB | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:46<br>IMAD: 0416B1QGC02C003488 | | |
| 16APR | | 16APR | USD | YOUR: HOWT-FUCD<br>OUR: 0813000106JB | 4,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:47<br>IMAD: 0416B1QGC04C003388 | | |
| 17APR | | | USD | OUR: 00316901I4XF | 477.85 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 17APR | | 17APR | USD | YOUR: SEE WIRE<br>OUR: 0775200107JB | 90,281.55 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 17APR | | 17APR | USD | YOUR: SEE WIRE<br>OUR: 0776500107JB | 500,000.00 | BOOK TRANSFER DEBIT<br>A/C: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: CAPITAL CONTRIBUTION | | |

Chase Bank

JPMorganChase

Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2002 |
| Statement End Date: | 30 APR 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 17APR | | 17APR | | USD YOUR: SEE WIRE<br>OUR: 0776100107JB | 500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:12<br>IMAD: 0417B1QGC07C003316 | | |
| 17APR | | 17APR | | USD YOUR: HOWT-FUCD<br>OUR: 0775600107JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:13<br>IMAD: 0417B1QGC04C003132 | | |
| 18APR | | 18APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0646700108JB | 8,660.81 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO. AMERIC<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/9/02 AND 4/8/02 SALARIED/HOURLY<br>SSN: 0215994 | | |
| 18APR | | 18APR | | USD YOUR: SEE WIRE<br>OUR: 0646800108JB | 29,908.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 18APR | | 18APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0646600108JB | 158,013.37 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO. AMERIC<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/15/02 HOURLY<br>SSN: 0215984 | | |
| 18APR | | 18APR | | USD YOUR: HOWT-FUCD<br>OUR: 1093500108JB | 7,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:12<br>IMAD: 0418B1QGC02C004235 | | |
| 19APR | | | USD | OUR: 0031950114XF | 576.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 19APR | | 19APR | USD | YOUR: SEE WIRE<br>OUR: 1098400109JB | 32,940.32 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 19APR | | 19APR | USD | YOUR: ACH OF 02/04/19<br>OUR: 0006400109HP | 96,090.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 19APR | | 19APR | USD | YOUR: SEE WIRE<br>OUR: 1098900109JB | 853,690.13 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVIA SCOTIA<br>MISSISSAUGA, ONTARIO CANADA TRANSIT<br>BEN: MONEY MOBILIZATION DIV. - CAMB<br>ATTN TONY SKIFFINGTON<br>REF: CAMBRIDGE<br>IMAD: 0419B1QGC06C004172 | | |
| 19APR | | 19APR | USD | YOUR: HOWT-FUCD<br>OUR: 1099000109JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:02<br>IMAD: 0419B1QGC07C004428 | | |
| 19APR | | 19APR | USD | YOUR: 0018225102003A<br>OUR: 1098700109JB | 2,885,615.98 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>IMAD: 0419B1QGC02C004165 | | |
| 22APR | | | USD | OUR: 0031770114XF | 170.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| APR | | 22APR | | USD YOUR: FPRS DEPOSITORY OUR: 0795200112JB | 610.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO. AMERIC /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE SSN: 0259563 | | |
| 22APR | | 22APR | | USD YOUR: SEE WIRE OUR: 0794900112JB | 60,678.80 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO. AMERIC /0103 A/C: DEUTSCHE BANK AG AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X SSN: 0259558 | | |
| 22APR | | 22APR | | USD YOUR: SEE WIRE OUR: 0466600112JB | 73,238.59 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 22APR | | 22APR | | USD YOUR: HOWT-FUCD OUR: 0795600112JB | 1,700,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:02 IMAD: 0422B1QGC03C003171 | | |
| 22APR | | 22APR | | USD YOUR: SEE WIRE OUR: 0795900112JB | 3,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:00 IMAD: 0422B1QGC04C003386 | | |
| 23APR | | 23APR | | USD YOUR: SEE WIRE OUR: 0830600113JB | 5,770.52 | FEDWIRE DEBIT VIA: WACHOVIA WINSTON /053100494 A/C: NORFOLK SOUTHERN RAILWAY X REF: ATTN RICH HARRIS GRACE DAVISON | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| DEBITS CONTINUED | | | | | | | | |
| | | | | | | PMT SER 2858588539 IMAD: 0423B1QGC05C002998 | | |
| 23APR | | 23APR | USD | YOUR: SEE WIRE OUR: 0170400113JB | 50,572.21 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 23APR | | 23APR | USD | YOUR: SEE WIRE OUR: 0170300113JB | 796,144.70 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/11:21 IMAD: 0423B1QGC08C001683 | | |
| 23APR | | 23APR | USD | YOUR: SEE WIRE OUR: 0808200113JB | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:23 IMAD: 0423B1QGC01C003266 | | |
| 23APR | | 23APR | USD | YOUR: HOWT-FUCD OUR: 0808100113JB | 3,200,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:23 IMAD: 0423B1QGC08C003460 | | |
| 24APR | | 24APR | USD | YOUR: ACH OF 02/04/24 OUR: 0046300114HP | 11,607.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 24APR | | 24APR | USD | YOUR: SEE WIRE OUR: 1084600114JB | 32,659.19 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUE POPULAIRES PARIS CEDEX 09 FRANCE 75427- BEN: /30021530030409411501476 RHODIA TERRES RARERS REF: ATTN PATRICK MAZARE + PHILIPPE LAURENT GRACE ROYALTY PYMT QI 2002 | | |
| 24APR | | 24APR | USD | YOUR: SEE WIRE OUR: 1027500114JB | 45,908.67 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

JPMorganChase

Bank

**Statement of Account**

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2002 |
| Statement End Date: | 30 APR 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS CONTINUED

| Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| | 24APR | | USD YOUR: HOWT-CHASE<br>OUR: 1027700114JB | 83,000.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| R | 24APR | | USD YOUR: SUPP. PENSION<br>OUR: 1027300114JB | 365,552.36 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN MR. BRUCE HENIKEN<br>REF: /TIME/16:15<br>IMAD: 0424B1QGC04C003616 | | |
| APR | 24APR | | USD YOUR: HOWT-FUCD<br>OUR: 1027900114JB | 2,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:15<br>IMAD: 0424B1QGC06C003632 | | |
| 24APR | 24APR | | USD YOUR: SEE WIRE<br>OUR: 0489300114JB | 2,585,660.30 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/12:22<br>IMAD: 0424B1QGC05C002119 | | |
| 24APR | 24APR | | USD YOUR: 0018201109996B<br>OUR: 1028100114JB | 2,711,318.21 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: WR GRACE + CO-CONN<br>X<br>REF: HOWT<br>IMAD: 0424B1QGC07C003747 | | |
| 25APR | 25APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0774500115JB | 250.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE<br>SSN: 0215162 | | |
| | | | OUR: 0032380114XF | 13,174.82 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |

Morgan Chase Bank

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 APR 2002
Statement End Date: 30 APR 2002
Statement Code: S00-USA-22
Statement No: 008

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 25APR | | 25APR | USD | YOUR: SEE WIRE<br>OUR: 0774600115JB | 73,972.83 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 25APR | | 25APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0774300115JB | 161,031.41 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/22<br>/02 CPD/DAVISON<br>SSN: 0215172 | | |
| 25APR | | 25APR | USD | YOUR: HOWT-FUCD<br>OUR: 1128800115JB | 9,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:35<br>IMAD: 0425B1QGC07C004367 | | |
| 26APR | | 26APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1170500116JB | 610.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/15<br>/02 -HOURLY<br>SSN: 0261000 | | |
| 26APR | | 26APR | USD | YOUR: SEE WIRE<br>OUR: 1170700116JB | 18,018.00 | BOOK TRANSFER DEBIT<br>A/C: BCO NACIONAL DE MEXICO SA, AS<br>MEXICO CITY MEXICO CP060-89<br>REF: GRACE DAVISON REIMBURSEMENT OF<br>FUNDS RECEIVED IN ERROR/CHGS/USD9,<br>00/ | | |
| 26APR | | | USD | OUR: 0032400114XF | 22,619.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 26APR | | 26APR | USD | YOUR: SEE WIRE<br>OUR: 1170600116JB | 27,559.01 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2002 |
| Statement End Date: | 30 APR 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

ITS CONTINUED

| Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| R | 26APR | | USD YOUR: ACH OF 02/04/26<br>OUR: 0033100116HP | 89,410.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| PR | 26APR | | USD YOUR: HOWT-FUCD<br>OUR: 1170800116JB | 1,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING /04-374<br>-3448/TIME/16:34<br>IMAD: 0426B1QGC02C004350 | | |
| APR | 26APR | | USD YOUR: SEE WIRE<br>OUR: 1170900116JB | 4,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:35<br>IMAD: 0426B1QGC03C004236 | | |
| 29APR | 29APR | | USD YOUR: SEE WIRE<br>OUR: 0924600119JB | 3,848.24 | FEDWIRE DEBIT<br>VIA: CAPEFIVE HARWICHPT<br>/211371078<br>A/C: RICHARD M. ECCLES DBA PRINCETO<br>X<br>REF: ART LLC PMT APR 02 CONSULTANT<br>FEES AND ADDITIONAL TRAVEL EXPENSES<br>IMAD: 0429B1QGC08C003930 | | |
| 29APR | 29APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0676300119JB | 8,620.81 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/23<br>/2002SALARIED<br>SSN: 0237047 | | |
| 29APR | 29APR | | USD YOUR: SEE WIRE<br>OUR: 0924700119JB | 13,597.45 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: SPECTERA, INC<br>X<br>REF: APR 2002 FEES/TIME/14:48 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

S CONTINUED

| Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | IMAD: 0429B1QGC03C003488 | | |
| | | | USD OUR: 0038050114XF | 16,928.70 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| | 29APR | | USD YOUR: SEE WIRE<br>OUR: 0676500119JB | 22,320.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET<br>X<br>REF: GRACE DAVISON PMT INVOICE 5209<br>7<br>SSN: 0237040 | | |
| | 29APR | | USD YOUR: SEE WIRE<br>OUR: 0676200119JB | 133,062.97 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | 29APR | | USD YOUR: SEE WIRE<br>OUR: 0676700119JB | 142,030.41 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO<br>X<br>REF: APR 02 FEES/TIME/12:59<br>IMAD: 0429B1QGC08C003029 | | |
| | 29APR | | USD YOUR: 240009<br>OUR: 0676600119JB | 305,860.26 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>X<br>REF: MET LIFE PREM. APR 02 SUP/DEP<br>LIFE,LTD, US VGA + DENTAL + STD PRE<br>M + FEES FEB INSD | | |
| | 29APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0676400119JB | 858,142.01 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/23<br>/2002SALARIED<br>SSN: 0237039 | | |
| | 29APR | | USD YOUR: HOWT-FUCD<br>OUR: 0969000119JB | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| CONTINUED | | | | | CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:09<br>IMAD: 0429B1QGC04C003624 | | |
| | | | USD OUR: 0032570114XF | 16,467.36 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| | 30APR | | USD YOUR: SEE WIRE<br>OUR: 1259000120JB | 89,303.28 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | 30APR | | USD YOUR: SEE WIRE<br>OUR: 0269800120JB | 783,240.67 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:18<br>IMAD: 0430B1QGC04C001892 | | |
| | 30APR | | USD YOUR: HOWT-FUCD<br>OUR: 1259100120JB | 3,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:53<br>IMAD: 0430B1QGC06C004606 | | |

## CHECKS

*No Activity*

JPMorgan Chase Bank

JPMorganChase

Statement ...

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| TRANSACTIONS | | |
|---|---|---|
| Total Credits | 33 | 58,861,307.28 |
| Total Debits (incl. checks) | 58 | 70,637,096.26 |
| Total Checks Paid | 0 | 0.00 |

| BALANCES | | | |
|---|---|---|---|
| Opening (30 MAR 2002) | | Closing (15 APR 2002) | |
| Ledger | 12,250,323.26 | Ledger | 474,534.28 |

| ENCLOSURES | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 01APR | | | USD | YOUR: 31Y9830892091<br>OUR: 0911000892ZA | 2,347.82 | E-AIP/USDP1 INT ACCRUAL TO CUSTOMER CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. |
| 01APR | | 01APR | USD | YOUR: O/B BANK ONE NA<br>OUR: 0294501091FF | 131,165.98 | FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BANK ONE NA<br>BBI=/TIME/12:52<br>IMAD: 0401G1QH051C002980 |
| 01APR | | 01APR | USD | YOUR: O/B FIRST UNION<br>OUR: 0494113091FF | 508,423.02 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/15:23<br>IMAD: 0401F3QCAA1C001919 |
| 01APR | | 01APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0200802091FF | 842,419.19 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 |

Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 01APR | 643,577.13 |
| 02APR | 732,079.94 |
| 03APR | 470,189.64 |
| 04APR | 530,038.86 |
| 05APR | 472,691.96 |
| 08APR | 508,789.13 |
| 09APR | 519,695.69 |
| 10APR | 525,646.51 |
| 11APR | 776,329.30 |
| 12APR | 514,940.77 |
| 15APR | 474,534.28 |

FT CODE: USD - SAME DAY FUNDS; USN - NEXT DAY FUNDS; US1 - ONE DAY FLOAT; US2 - TWO DAY FLOAT; US3 - THREE DAY FLOAT; US4 - FOUR DAY FLOAT; US5 - FIVE DAY FLOAT; USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:38<br>IMAD: 0401EAQFTI1A001212 | | |
| 01APR | | 01APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0126514091FF | 3,823,959.26 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:42<br>IMAD: 0401G1QFGY2C000398 | | |
| 02APR | | 02APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0137114092FF | 1,390,933.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 0402EAQFTI1A000722 | | |
| 02APR | | 02APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0119707092FF | 2,706,431.33 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:27<br>IMAD: 0402G1QFGY2C000347 | | |
| 03APR | | 03APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0135613093FF | 755,208.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:53<br>IMAD: 0403EAQFTI1A000896 | | |
| 03APR | | 03APR | USD | YOUR: MAESTRO<br>OUR: 0312209093FF | 1,300,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0403A1Q002BC001451 | | |
| 03APR | | 03APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0102309093FF | 1,411,750.07 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:09<br>IMAD: 0403G1QFGY2C000377 | | |
| 04APR | | 04APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0165001094FF | 1,011,786.11 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:08<br>IMAD: 0404EAQFTI1A000971 | | |
| 04APR | | 04APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0242202094FF | 1,580,449.61 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=/TIME/14:16<br>IMAD: 0404G1QFGY2C001656 | | |

JPMorgan Chase Bank

JPMorganChase

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 04APR | | 04APR | USD | YOUR: MAESTRO<br>OUR: 0375614094FF | 3,100,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0404A1Q002GC002148 | | |
| 05APR | | 05APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0117802095FF | 1,192,733.96 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:33<br>IMAD: 0405G1QFGY2C000367 | | |
| 05APR | | 05APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0113202095FF | 1,348,718.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:27<br>IMAD: 0405EAQFTI1A000890 | | |
| 08APR | | 08APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0141502098FF | 2,079,697.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56<br>IMAD: 0408EAQFTI1A000759 | | |
| 08APR | | 08APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0101507098FF | 2,619,354.70 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO. | | |

JPMorgan Chase Bank

JPMorganChase

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:04<br>IMAD: 0408G1QFGY2C000320 | | |
| 09APR | | 09APR | USD | YOUR: MAESTRO<br>OUR: 0278814099FF | 600,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0409A1Q002GC001509 | | |
| 09APR | | 09APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0075602099FF | 1,865,684.79 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:40<br>IMAD: 0409G1QFGY2C000271 | | |
| 09APR | | 09APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0182207099FF | 1,982,055.76 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:09<br>IMAD: 0409EAQFTIIA000896 | | |
| 10APR | | 10APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0084607100FF | 1,734,250.18 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B BKAM IL CGO | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | OBI=HOWT BBI=/TIME/10:40<br>IMAD: 0410G1QFGY2C000315 | | |
| 10APR | | 10APR | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0176009100FF | 2,572,740.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:42<br>IMAD: 0410EAQFTIIA000930 | | |
| 10APR | | 10APR | USD | YOUR: 6008099131050001<br>OUR: 0849400100FC | 5,279,151.45 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0055799 | | |
| 11APR | | 11APR | USD | YOUR: 6283101805390201<br>OUR: 2463500101FC | 311,939.74 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: W R GRACE AND CO.<br>COLUMBIA, MD 21044-4098<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=/0006181017 COLUMBIA, MD 2104<br>4-4098 OGB=BANK OF AMERICA NT SA (N<br>SSN: 0141348 | | |
| 11APR | | 11APR | USD | YOUR: 11889241<br>OUR: 0157113101FF | 413,116.85 | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=11889241 OBI=DEA<br>TH CLAIMS FOR MB038 AND MB039 BBI=/<br>IMAD: 0411A1QF148C003043 | | |
| 11APR | | 11APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0110208101FF | 989,430.26 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | /071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:02<br>IMAD: 0411G1QFGY2C000445 | | |
| 11APR | | 11APR | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0112403101FF | 1,069,605.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:10<br>IMAD: 0411EAQFTI1A000782 | | |
| 11APR | | 11APR | | USD YOUR: MAESTRO<br>OUR: 0405014101FF | 6,700,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0411A1Q002DC001844 | | |
| 12APR | | 12APR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0150509102FF | 1,117,405.98 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA CHICAGO<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:00<br>IMAD: 0412G1QFGY2C000585 | | |
| 12APR | | 12APR | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0108014102FF | 1,155,134.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:05 IMAD: 0412EAQFTI1A000762 | | |
| 12APR | | 12APR | | USD YOUR: 6008099131060001 OUR: 0832300102FC | 3,806,530.14 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 ORG=GRACE COLLECTION INC. OGB=BANK OF AMERICA N.A. CROYDON UNITED KINGDOM CR9 6BY SSN: 0054613 | | |
| 15APR | | 15APR | | USD YOUR: O/B BKAM IL CGO OUR: 0140107105FF | 690,126.08 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:15 IMAD: 0415G1QFGY2C000414 | | |
| 15APR | | 15APR | | USD YOUR: O/B WACHOVIA WIN OUR: 0224301105FF | 2,768,760.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:30 IMAD: 0415EAQFTI1A001151 | | |
| **DEBITS** | | | | | | | | |
| 01APR | | | | USD OUR: 0032030118XF | 4,521.92 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 01APR | | 01APR | | USD YOUR: SEE WIRE OUR: 1637500091JB | 51,919.66 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 01APR | | 01APR | | USD YOUR: FPRS DEPOSITORY OUR: 1637700091JB | 158,619.82 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY | | |

JPMorgan Chase Bank

JPMorganChase

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | /0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE<br>SSN: 0131111 | | |
| 01APR | | 01APR | USD | YOUR: HOWT-FUCD<br>OUR: 1637600091JB | 2,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:32<br>IMAD: 0401B1QGC01C005395 | | |
| 01APR | | 01APR | USD | YOUR: SEE WIRE<br>OUR: 1637900091JB | 14,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:50<br>IMAD: 0401B1QGC07C004836 | | |
| 02APR | | | USD | OUR: 0030840114XF | 531.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 02APR | | 02APR | USD | YOUR: SEE WIRE<br>OUR: 0583800092JB | 181,630.26 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 02APR | | 02APR | USD | YOUR: SEE WIRE<br>OUR: 0583100092JB | 926,700.01 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:59<br>IMAD: 0402B1QGC08C002222 | | |
| 02APR | | 02APR | USD | YOUR: HOWT-FUCD<br>OUR: 1365300092JB | 2,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:10 | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | IMAD: 0402B1QGC05C004275 | | |
| 03APR | | 03APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0092100093JB | 630.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 3/25<br>/02 -HOURLY<br>SSN: 0163212 | | |
| 03APR | | | | USD OUR: 0031830114XF | 2,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 03APR | | 03APR | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0092200093JB | 10,920.81 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 3/21<br>/02 -SALARIED<br>SSN: 0163204 | | |
| 03APR | | 03APR | | USD YOUR: SEE WIRE<br>OUR: 0906900093JB | 106,111.12 | FEDWIRE DEBIT<br>VIA: FW121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7835<br>REF: /TIME/16:08<br>IMAD: 0403B1QGC04C003475 | | |
| 03APR | | 03APR | | USD YOUR: SEE WIRE<br>OUR: 0906800093JB | 109,186.44 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 03APR | | 03APR | | USD YOUR: HOWT-FUCD<br>OUR: 0906400093JB | 3,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:07<br>IMAD: 0403B1QGC05C003508 | | |
| 04APR | | | | USD OUR: 0031990114XF | 177.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 04APR | | 04APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1068100094JB | 690.00 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/1/<br>2002 - HOURLY<br>IMAD: 0404B1QGC02C004163 | | |
| 04APR | | 04APR | USD | YOUR: SEE WIRE<br>OUR: 1068200094JB | 31,519.25 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 04APR | | 04APR | USD | YOUR: HOWT-FUCD<br>OUR: 1068300094JB | 5,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:09<br>IMAD: 0404B1QGC04C004045 | | |
| 05APR | | 05APR | USD | YOUR: SEE WIRE<br>OUR: 0811700095JB | 20,476.37 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: WIREOUT UHC PAYMENTS | | |
| 05APR | | 05APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0811600095JB | 178,322.49 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 4/1/<br>2002 CPD/DAVISON<br>SSN: 0211779 | | |
| 05APR | | 05APR | USD | YOUR: HOWT-FUCD<br>OUR: 0811800095JB | 700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/14:45<br>IMAD: 0405B1QGC07C003111 | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 05APR | | 05APR | | USD YOUR: SEE WIRE<br>OUR: 0811900095JB | 1,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: WIREOUT TRANSFER FUNDS/TIME/14<br>:45<br>IMAD: 0405B1QGC05C003094 | | |
| 08APR | | | | USD OUR: 0032030114XF | 5,126.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 08APR | | 08APR | | USD YOUR: SEE WIRE<br>OUR: 0936300098JB | 57,828.42 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 08APR | | 08APR | | USD YOUR: SEE WIRE<br>OUR: 0936200098JB | 1,200,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:47<br>IMAD: 0408B1QGC06C003525 | | |
| 08APR | | 08APR | | USD YOUR: HOWT-FUCD<br>OUR: 0936400098JB | 3,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:47<br>IMAD: 0408B1QGC02C003503 | | |
| 09APR | | | | USD OUR: 0030190114XF | 23.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 09APR | | 09APR | | USD YOUR: ACH OF 02/04/09<br>OUR: 0019000099HP | 9,866.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 09APR | | 09APR | | USD YOUR: SEE WIRE<br>OUR: 0909500099JB | 38,285.20 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 09APR | | 09APR | | USD YOUR: SEE WIRE<br>OUR: 0277000099JB | 788,659.22 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | /052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:27<br>IMAD: 0409B1QGC01C001718 | | |
| 09APR | | 09APR | | USD YOUR: HOWT-FUCD<br>OUR: 0909600099JB | 3,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:52<br>IMAD: 0409B1QGC06C003312 | | |
| 10APR | | | | USD OUR: 0031160114XF | 3,861.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 10APR | | 10APR | | USD YOUR: SEE WIRE<br>OUR: 0877000100JB | 35,538.50 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 10APR | | 10APR | | USD YOUR: HOWT-CHASE<br>OUR: 0876900100JB | 72,000.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 10APR | | 10APR | | USD YOUR: SEE WIRE<br>OUR: 0082200100JB | 2,768,790.55 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/09:51<br>IMAD: 0410B1QGC06C000919 | | |
| 10APR | | 10APR | | USD YOUR: HOWT-FUCD<br>OUR: 0877100100JB | 3,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:40<br>IMAD: 0410B1QGC07C003648 | | |
| 10APR | | 10APR | | USD YOUR: SEE WIRE<br>OUR: 0877200100JB | 3,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:40<br>IMAD: 0410B1QGC06C003557 | | |
| 11APR | | 11APR | USD | YOUR: SEE WIRE<br>OUR: 1052400101JB | 3,778.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION FL<br>/063000021<br>A/C: RODRIGO AYERBE<br>'<br>REF: WR GRACE COLUMBIAN PENSION PMT<br>FOR Q2 2002<br>IMAD: 0411B1QGC05C003959 | | |
| 11APR | | 11APR | USD | YOUR: SEE WIRE<br>OUR: 1052800101JB | 21,815.99 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: W.R. GRACE + CO.-CONN.<br>'<br>REF: FUNDING OF FX TRADE<br>IMAD: 0411B1QGC04C003979 | | |
| 11APR | | 11APR | USD | YOUR: SEE WIRE<br>OUR: 1051500101JB | 40,135.24 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 11APR | | 11APR | USD | YOUR: SEE WIRE<br>OUR: 1052000101JB | 66,517.66 | FEDWIRE DEBIT<br>VIA: CAROLINA FIR GRNVL<br>/053201885<br>A/C: THE METASA GROUP, INC. AGENCY<br>'<br>REF: EMPLOYEE FSA CONTRIBUTION MAR<br>2002 ATTN. TIFFANY MCCLOSKEY<br>IMAD: 0411B1QGC06C004093 | | |
| 11APR | | | USD | OUR: 0031970114XF | 101,162.17 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 11APR | | 11APR | USD | YOUR: HOWT-FUCD<br>OUR: 1148800101JB | 9,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:09<br>IMAD: 0411B1QGC07C004526 | | |
| 12APR | | | USD | OUR: 0031900114XF | 5,001.81 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 12APR | | 12APR | USD | YOUR: ACH OF 02/04/12<br>OUR: 0010200102HP | 10,733.08 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 MAR 2002
Statement End Date: 15 APR 2002
Statement Code: S00-USA-22
Statement No: 007

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TAMPA FL 33634- | | |
| 12APR | | 12APR | USD | YOUR: SEE WIRE OUR: 0852300102JB | 39,140.05 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 12APR | | 12APR | USD | YOUR: SEE WIRE OUR: 0934900102JB | 126,732.00 | BOOK TRANSFER DEBIT A/C: SAMPO BANK PLC HELSINKI 00007 FINLAND REF: GRACE DAVISON PAYMENT OF INVOI CE IN80004191 | | |
| 12APR | | 12APR | USD | YOUR: FPRS DEPOSITORY OUR: 0852200102JB | 158,851.79 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 04/0 8/2002 HOURLY SSN: 0229579 | | |
| 12APR | | 12APR | USD | YOUR: HOWT-FUCD OUR: 0902000102JB | 2,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:23 IMAD: 0412B1QGC03C003540 | | |
| 12APR | | 12APR | USD | YOUR: SEE WIRE OUR: 1000000102JB | 3,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:06 IMAD: 0412B1QGC04C003932 | | |
| 15APR | | 15APR | USD | YOUR: SEE WIRE OUR: 0930900105JB | 455.53 | FEDWIRE DEBIT VIA: CAROLINA FIR GRNVL /053201885 A/C: THE METASA GROUP, INC. AGENCY ' REF: YEAR END FNDG FOR FSA PLAN YR 2001 | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 30 MAR 2002 |
| Statement End Date: | 15 APR 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | | | | | IMAD: 0415B1QGC07C003870 | | |
| 15APR | | 15APR | USD | YOUR: 240009<br>OUR: 0564100105JB | 2,584.34 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>X<br>REF: MET LIFE PREM. EMPLOYEE GUL CONTRIBUTIONS MAR 2002 | | |
| 15APR | | | USD | OUR: 0033190114XF | 5,905.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 15APR | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0931100105JB | 7,627.00 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W R GRACE ACCT 2272715<br>X<br>BEN: W R GRACE<br>X<br>REF: FIRST QUARTER 2002 CONTRIBUTION/TIME/14:41<br>IMAD: 0415B1QGC01C003902 | | |
| 15APR | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0931000105JB | 17,097.74 | CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: FORTIS BANK NEDERLND NV<br>POBOX 749 3000 AS ROTTERDAM HOLLAND<br>BEN: MECOMIN DEVELOPMENT LTD<br>X<br>REF: GRACE DAVISON PMT INV 4392031<br>NOTIFY CAROLINE YATES<br>SSN: 0264845 | | |
| 15APR | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0882900105JB | 65,622.94 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 15APR | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 1007200105JB | 3,400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:03<br>IMAD: 0415B1QGC02C004092 | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 30 MAR 2002 |
| Statement End Date: | 15 APR 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |

**CHECKS**

*No Activity*