## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## FOURTEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2002 – May 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$74,910.75 (80% - $59,928.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,914.43 (Stroock)** <br> **$43,190.69 (Chambers)** |

This is an: ☒ interim ☐ final application

The total time expended for the preparation of the 4th Quarterly Fee Application, the Twelfth Monthly Fee Statement and the Thirteenth Monthly Fee Statement is approximately 48.4 hours and the corresponding compensation requested is approximately $12,311.50.

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |

**W.R. GRACE**
**ATTACHMENT B**
**THROUGH MAY 31, 2002**

| Summary of Hours | Hours | Rate | Amount | No. of Years |
|---|---|---|---|---|
|  |  |  |  | - |
| **PARTNERS** |  |  |  | - |
| Kruger, Lewis | 12.4 | 695 | 8,618.00 | **36** |
| Pasquale, Kenneth | 9.7 | 495 | 4,801.50 | **2** |
| Wintner, Mark | 1.0 | 595 | 595.00 | **20** |
|  |  |  |  |  |
| **ASSOCIATES** |  |  |  | - |
| Krieger, Arlene | 69.5 | 475 | 33,012.50 | **18** |
| Sasson, Moshe | 46.9 | 395 | 18,525.50 | **8** |
|  |  |  |  |  |
| **PARAPROFESSIONALS** |  |  |  |  |
| Bowen, Mark | 1.5 | 175 | 262.50 | **3** |
| Cotto, Lisa | 2.4 | 170 | 408.00 | **1** |
| Defreitas, Vaughn | 23.6 | 100 | 2,360.00 | **10** |
| Frantz, Andrew | 1.0 | 75 | 75.00 | **1** |
| Indelicato, Lisa | 3.9 | 170 | 663.00 | **3** |
| Mariano, Christine | 1.0 | 155 | 155.00 | **6** |
| Mohamed, David | 4.5 | 100 | 450.00 | **13** |
| Peters, Angelina | 0.5 | 70 | 35.00 | **N/A** |
| Serrette, Rosemarie | 31.3 | 170 | 5,321.00 | **14** |
| **Subtotal** | **209.2** |  | **75,282.00** |  |
| Less: 50% Non- Working Travel Time | (0.8) |  | (371.25) |  |
| **Total** | **208.5** |  | **74,910.75** |  |

| Matter Code | COMPENSATION BY PROJECT CATEGORY | Hours | Fees |
|---|---|---|---|
| 0002 | Asbestos: Claims Analysis and Valuations | 1.2 | 592.00 |
| 0003 | Asbestos: Claims Litigation | 7.5 | 3,282.50 |
| 0007 | Asbestos: Other | 4.5 | 2,047.50 |
| 0013 | Business Operations | 0.1 | 47.50 |
| 0014 | Case Administration | 32.7 | 4,290.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 142.50 |
| 0017 | Committee Matters and Creditor Meetings | 19.9 | 9,858.50 |
| 0018 | Fee Applications of Self | 33.5 | 8,436.50 |
| 0019 | Creditor Inquiries | 0.3 | 142.50 |
| 0020 | Fee Applications of Others | 10.9 | 1,776.00 |
| 0021 | Employee Matters | 13.0 | 6,295.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 95.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.6 | 285.00 |
| 0034 | Litigation/Fraudulent Conveyance | 60.1 | 24,347.50 |
| 0035 | Non-Working Travel Time | 1.5 | 742.50 |
| 0037 | Preparation for and Attendance at Hearings | 19.7 | 11,381.50 |
| 0040 | Retention of Professionals | 3.0 | 1,425.00 |
| 0041 | Stay Litigation (Section 362) | 0.2 | 95.00 |
| | **Subtotal** | **209.2** | **75,282.00** |
| | **Less: Adjustment for Non-Working Travel Time** | **-0.8** | **-371.25** |
| | **Total** | **208.5** | **74,910.75** |

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038

June 30, 2002
Invoice: 265911

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through May 31, 2002, including:

RE:     **Asbestos: Claims Analysis and Valuations**
        **699843. 0002**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/13/2002 | Memos to and from D. Carickhoff re ZAI proofs of claim (.1). | Krieger, A. | 0.1 |
| 05/30/2002 | Attention to ZAI claims issues (1.1) | Pasquale, K. | 1.1 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.1 | $ 475 | $ 47.50 |
| Pasquale, Kenneth | 1.1 | 495 | 544.50 |

Total For Professional Services Rendered     $ 592.00

**Total for this Matter**     $ 592.00

**RE:**  **Asbestos: Claims Litigation**
**699843. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/07/2002 | Review Asbestos Committee Motion to Appeal, Motion for Reconsideration/ | Sasson, M. | 0.5 |
| 05/09/2002 | Motion for leave to apply the Bar Date order as it relates to PD claims (.2); memos to and from Jan Baer re status of ZAI litigation (.2). | Krieger, A. | 0.4 |
| 05/13/2002 | Review recent Bridgestone/Firestone decision re class action applicability (.6). | Krieger, A. | 0.6 |
| 05/13/2002 | B. Chipman e-mail re: documents, search for requested documents, fax to same (3.0). | Sasson, M. | 3.0 |
| 05/15/2002 | Review case law cited to in ZAI claimants' motion to strike and related other case law (1.3). | Krieger, A. | 1.3 |
| 05/16/2002 | Attended to memo to LK re ZAI motion to strike (1.5). | Krieger, A. | 1.5 |
| 05/29/2002 | Review Debtors' response objecting to the PD Committee's motion for leave to appeal the bar date order. | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.0 | $ 475 | $ 1,900.00 |
| Sasson, Moshe | 3.5 | 395 | 1,382.50 |

Total For Professional Services Rendered       $ 3,282.50

**Total for this Matter**      $ 3,282.50

**RE:    Asbestos: Other**
**699843. 0007**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/14/2002 | Meeting with LK, KP, MS re pending bankruptcy and litigation matters and follow-up o/c MS re response (1.5). | Krieger, A. | 1.5 |
| 05/14/2002 | Office conference L. Kruger, A. Krieger, M. Sasson re status and strategy re pending matters (1.5). | Pasquale, K. | 1.5 |
| 05/14/2002 | O/c K. Pasquale, A. Krieger, L. Kruger re: status, ZAI claims, fraudulent transfer action, retention of counse (1.5). | Sasson, M. | 1.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.5 | $ 475 | $ 712.50 |
| Pasquale, Kenneth | 1.5 | 495 | 742.50 |
| Sasson, Moshe | 1.5 | 395 | 592.50 |

Total For Professional Services Rendered    $ 2,047.50

**Total for this Matter**    $ 2,047.50

RE:    **Business Operations**
       **699843. 0013**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/01/2002 | Memo to LK re discussion with FTI re valuation analysis. | Krieger, A. | 0.1 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.1 | $ 475 | $ 47.50 |
| | Total For Professional Services Rendered | | $ 47.50 |

**Total for this Matter**    $ 47.50

RE:   **Case Administration**
      **699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/01/2002 | Prepare fee applications for sending via Email and send same via Email to Smith. | Cotto, L. | 2.0 |
| 05/01/2002 | Memo to KP, MS re case management conference before Judge Wolin (.1); memo from and to MS re ZAI proofs of claim (.1); memo from and to LK re J. Wolin conference (.1); telephone conference B. Katchen re National Union matters (.1). | Krieger, A. | 0.4 |
| 05/02/2002 | Download electronically filed and distributed various docs' (2.8) for working group | Defreitas, V. | 2.8 |
| 05/03/2002 | Download & distribute recently filed asbestos bankruptcy case pleadings (2.0) | Defreitas, V. | 2.0 |
| 05/03/2002 | Conference call with L. Hamilton and S. Hollinghead re procedures for filing and service of fee applications (.3); review amended fee order (.1); further conference with L. Hamilton re monthly fee application for March (.2). | Serrette, R. | 0.6 |
| 05/08/2002 | Review updated docket and office conference V. DeFreitas re new pleadings to be circulated and updated docket (.4); office conference LK re upcoming hearings and conferences with Judge Wolin (.1). | Krieger, A. | 0.4 |
| 05/09/2002 | Download & Distribute recently filed asbestos bankruptcy pleadings (2.3) Review various pleadings for assignment to central files (2.7) | Defreitas, V. | 5.0 |
| 05/13/2002 | Office conference MS and then LK re meeting to address pending matters (.1); review updated docket (.1). | Krieger, A. | 0.2 |
| 05/14/2002 | Telephone conferences with Jessica from Duane Morris re: copy of a complaint; telephone conference with V. DeFreitas and A. Krieger re: same;  obtain copy of document from A. Krieger, photocopy and fax same to Jessica. | Cotto, L. | 0.4 |
| 05/14/2002 | O/c LK re SSL personnel at hearings (.1); memo to and from V.DeFreitas re docket items (.1). | Krieger, A. | 0.2 |
| 05/15/2002 | Review various pleadings for preparation for addition to filesurf database (2.5) Download & Distribute electronically filed doc's (1.1) | Defreitas, V. | 3.6 |

Case 01-01139-AMC    Doc 2324    Filed 07/02/02    Page 10 of 38

| Date | Description | Name | Hours |
|---|---|---|---|
| 05/15/2002 | O/c LK re multiple attorneys at hearings and memo thereon (.3); o/c VD re pleadings for 5/20/02 (3.). | Krieger, A. | 0.5 |
| 05/16/2002 | Review adversary case  WR Grace v. Chakarian, et al., docket no. 01-0771, download and print new pleadings for A. Krieger. | Mohamed, D. | 0.9 |
| 05/17/2002 | Office conference D.  Mohamed re recent pleadings on the docket. | Krieger, A. | 0.3 |
| 05/17/2002 | Review associated adversary proceedings case docket nos. 01-771, 01-7666, 01-7993, 01-8810, 01-8839, 01-8883, 02-1657, 02-2013, 02-2210, 02-2211 (1.4), download all recently filed pleadings and made copies for A. Krieger (2.2). | Mohamed, D. | 3.6 |
| 05/20/2002 | Download & Distribute electronically filed doc's and for assignment into the central file system (2.5) Preparation of pleadings for addition to filesurf database. (2.0). | Defreitas, V. | 4.5 |
| 05/23/2002 | Download recently filed case pleadings (2.0) prepare subfolders and file pleadings (.5) | Defreitas, V. | 2.5 |
| 05/28/2002 | Download & distribute various pleadings and prepare for central files | Defreitas, V. | 1.3 |
| 05/29/2002 | Review updated case docket (0.1); review Judge Wolen article (0.1). | Krieger, A. | 0.2 |
| 05/29/2002 | Updated the fee summaries for W. R. Grace (.50) | Peters, A. | 0.5 |
| 05/31/2002 | Download and distribute various documents file electronicaly with the court | Defreitas, V. | 0.8 |

## Summary of Hours

| | Hours | Rate | Total |
|---|---|---|---|
| Cotto, Lisa | 2.4 | $ 170 | $ 408.00 |
| Defreitas, Vaughn | 22.5 | 100 | 2,250.00 |
| Krieger, Arlene | 2.2 | 475 | 1,045.00 |
| Mohamed, David | 4.5 | 100 | 450.00 |
| Peters, Angelina | 0.5 | 70 | 35.00 |
| Serrette, Rosemarie | 0.6 | 170 | 102.00 |

Total For Professional Services Rendered    $ 4,290.00

**Total for this Matter**    $ 4,290.00

RE:    **Claims Analysis/Objections/Administration (Non-Asbestos)**
       **699843. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/08/2002 | Telephone call C. Lane re Caterpillar stipulation (.1). | Krieger, A. | 0.1 |
| 05/23/2002 | Memo to J. Baer re contract person at SSL for unsecured creditor bar date inquiries (.1); office conference RS re same (.1). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 475 | $ 142.50 |
| | Total For Professional Services Rendered | | $ 142.50 |

| | | |
|---|---|---|
| **Total for this Matter** | | $ 142.50 |

RE:    **Committee Matters and Creditor Meetings**
       **699843. 0017**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/02/2002 | Office conference with A. Krieger regarding new committee member prospect (.2). | Kruger, L. | 0.2 |
| 05/03/2002 | Telephone call M. Friedman re trading order (.4); office conference LK re above (.1); review Debtors' motions to retain BMC as claims and solicitation agent, and to assume and assign several leases and began to prepare memorandum to the Committee discussing same (2.6). | Krieger, A. | 3.1 |
| 05/04/2002 | Continue to prepare memorandum to the Committee re Debtors' motions to assume and assign leases, amended PWC retention motion, BMC claim solicitation motion (1.0). | Krieger, A. | 1.0 |
| 05/05/2002 | Revise memo to the Committee re pending motions (.4). | Krieger, A. | 0.4 |
| 05/06/2002 | Continue to prepare memorandum to the committee re pending mattes (.6); memos from and to L. Hamilton, J. Akre re contact personnel for First Union (.2). | Krieger, A. | 0.8 |
| 05/07/2002 | Telephone conference Tom Maher re request for trading order and substance of conversation with bank debt holder (.3). | Krieger, A. | 0.3 |
| 05/08/2002 | Office conference LK re conversations relating to requested trading order and telephone call T. Maher in connection therewith, other Committee matters (.3). | Krieger, A. | 0.3 |
| 05/08/2002 | Telephone call with T. Maher regarding new committee members (.2) and regarding B. Friedman's response (.2). | Kruger, L. | 0.4 |
| 05/09/2002 | Telephone calls and memo from and to R. Douglas re Grace's execution of the confidentiality agreement (.3); telephone call C. Lane re same (.1). | Krieger, A. | 0.4 |
| 05/13/2002 | Prepare memorandum to the Committee re pending matters and review of recently filed pleadings including Asbestos Committees' motion to retain Milberg and office conference MS re same and issues (4.2). | Krieger, A. | 4.2 |
| 05/14/2002 | Review and revise memorandum of pending matters and litigation status (.8). | Krieger, A. | 0.8 |

| Date | Description | Name | Hours |
|---|---|---|---|
| 05/14/2002 | Review of Milberg Weiss retention agreement (.2); office conference with A. Krieger, K. Pasquale and M. Sasson regarding considering Milberg Weiss retention, together with Caplin Drysdale & Bilzin's response thereto (.3); Zonolite issues (.2); agenda for court hearing (.2); telephone call with D. Bernick regarding Milberg Weiss' application, Zonolite and preparation for conference with Judge Wolin (.3). | Kruger, L. | 1.2 |
| 05/15/2002 | Memo to LK re bank debtholder contact (.1); continue to review memo to the Committee re litigation status and pending matters and reviewed ZAI's motion to strike and related other pleadings in connection therewith (2.1). | Krieger, A. | 2.2 |
| 05/16/2002 | Attended to final form of memo to the Committee re pending matters and status of litigation (1.2); memo to LK, KP re committee memo (.1); memo to T. Maher re memo to the committee and recommendations therein (.1). | Krieger, A. | 1.4 |
| 05/23/2002 | Drafted memo to committee re: court hearings (.5) | Pasquale, K. | 0.5 |
| 05/29/2002 | Prepare memorandum to the Committee discussing pending motions including Debtors' motion for authority to pay stay bonuses and Wesconn Co.'s motion for relief from the stay. | Krieger, A. | 1.5 |
| 05/30/2002 | Memorandum to the Committee re: pending matters (.2); telephone conferences R. Douglas re: bank debt holder comments to the confidentiality agreement(.1) | Krieger, A. | 0.3 |
| 05/31/2002 | Memos to and from R.Douglas re bank debtholder comments to confidentiality agreement and review bank debtholders proposed revised confidentiality agreement and then extended t/cs R. Douglas re comments thereon. | Krieger, A. | 0.9 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 17.6 | $ 475 | $ 8,360.00 |
| Kruger, Lewis | 1.8 | 695 | 1,251.00 |
| Pasquale, Kenneth | 0.5 | 495 | 247.50 |
| Total For Professional Services Rendered | | | $ 9,858.50 |

**Total for this Matter**  $ 9,858.50

**RE:** **Fee Applications of Self**
**699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/02/2002 | Prepare fee detail for filing and service of 12th monthly fee application including edits to fee detail and disbursement detail (3.0); call to D. Azrilen re Chambers invoice (.1); draft notice (.6); edits to cover sheet and schedules (.9); finalize same for LK review and approval (1.2). | Serrette, R. | 5.8 |
| 05/07/2002 | Prepare first draft 4th Quarterly fee application (1.2) | Indelicato, L. | 1.2 |
| 05/08/2002 | Continued to work on Quarterly fee application. | Indelicato, L. | 1.3 |
| 05/08/2002 | Review and revise March monthly statement including notice (.9); prepare for and service of monthly fee application (.5); prepare certificate of service of same (.3); prepare service list (.2). | Serrette, R. | 1.9 |
| 05/09/2002 | Review statement of balances due (.3); t/c Azrilen re same (.2); discussions w. Serrette re fee application, outstanding payments, treatment of Chamber's invoices (.3); revise fee application (.6). | Indelicato, L. | 1.4 |
| 05/10/2002 | Review, revise SSL Fourth Quarterly fee application. | Krieger, A. | 1.0 |
| 05/12/2002 | Review and revise of SSL Fourth Quarterly fee application. | Krieger, A. | 1.2 |
| 05/13/2002 | Complete revising of SSL Fourth Quarterly fee application. | Krieger, A. | 1.4 |
| 05/14/2002 | Review, review SSL 4th quarterly interim fee (1.5) application and o/cs L. Indelicato thereon; prepare additional insert to fee application (.4). | Krieger, A. | 1.9 |
| 05/15/2002 | Office conference RS re finalization of SSL fee application (.2). | Krieger, A. | 0.2 |
| 05/15/2002 | Review fee application (.2). | Kruger, L. | 0.2 |
| 05/15/2002 | Conference L. Indelicato and A. Krieger re Quarterly fee application and filing of same (.2); edits to fee application and Affidavit of L. Kruger (1.7); prepare same for filing and service (1.5); prepare quarterly for e-mail service to fee auditor (.8); review of April time entries (.9). | Serrette, R. | 5.1 |

| 05/16/2002 | Conference with Shelly Hollinghead re procedures for filing of Quarterly fee application (.1). | Serrette, R. | 0.1 |
| 05/24/2002 | Review SSL time records for April 2002 monthly statement. | Krieger, A. | 2.6 |
| 05/30/2002 | Telephone call with R. Serrette regarding fee application. | Kruger, L. | 0.2 |
| 05/30/2002 | Prep of April monthly bill (3.0); confs with S. Hollinghead re filing and notice (.2). | Serrette, R. | 3.2 |
| 05/31/2002 | Prepare Stroock 13th fee application for filing and service (3.6); draft notice of same (.7); service (.5). | Serrette, R. | 4.8 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Indelicato Lisa | 3.9 | $ 170 | $ 663.00 |
| Krieger, Arlene | 8.3 | 475 | 3,942.50 |
| Kruger, Lewis | 0.4 | 695 | 278.00 |
| Serrette, Rosemarie | 20.9 | 170 | 3,553.00 |

Total For Professional Services Rendered       $ 8,436.50

**Total for this Matter**       $ 8,436.50

RE:    **Creditor Inquiries**
       **699843. 0019**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/29/2002 | Telephone conference T. Yosseloff re: creditor inquiry with respect to U.S. Dept. of Justice's intervention motion (0.3). | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 475 | $ 142.50 |

Total For Professional Services Rendered          $ 142.50

**Total for this Matter**     $ 142.50

RE:     **Fee Applications of Others**
        **699843. 0020**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/07/2002 | Telephone conference with L. Hamilton re filed fee application(.1); review of same and save in PDF format for filing and service (.6). | Serrette, R. | 0.7 |
| 05/08/2002 | Prepare notice of FTI fee application (.5); prepare same for filing and service (.8); prepare Certificate of Service of same (.3). | Serrette, R. | 1.6 |
| 05/08/2002 | Review of monthly fee application filed by other professionals (.3). | Serrette, R. | 0.3 |
| 05/09/2002 | Review other professionals fee applications. | Defreitas, V. | 0.5 |
| 05/15/2002 | Prepare FTI Quarterly fee Application for filing and service (.2); service of same (.4); prepare FTI Quarterly Fee Application for e-mail service to Fee Auditor (.5); draft notice and certification of service for filing and service (.9). | Serrette, R. | 3.0 |
| 05/16/2002 | Conference with Shelly Hollinghead re procedures for filing of FTI Quarterly Fee Applications. | Serrette, R. | 0.1 |
| 05/24/2002 | Drafting CNO's for FTI's fee applications. | Serrette, R. | 1.3 |
| 05/28/2002 | Drafting of CNO for FTI (10th , 11th and 12th) (1.5); submit same for filing (.3); research into objection deadlines and responses to fees (.5). | Serrette, R. | 2.3 |
| 05/29/2002 | Update list of fee app/monthly bills. | Defreitas, V. | 0.6 |
| 05/31/2002 | Conf with M. Sasson re chambers bills (2.); further confs with representative of Chambers re payments and research re same. (.3). | Serrette, R. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Defreitas, Vaughn | 1.1 | $ 100 | $ 110.00 |
| Serrette, Rosemarie | 9.8 | 170 | 1,666.00 |

Total For Professional Services Rendered    $ 1,776.00

**Total for this Matter**    $ 1,776.00

**RE:**     **Employee Matters**
             **699843. 0021**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/01/2002 | Telephone call Sean Cunningham re KERP, other employee program proposals (.4). | Krieger, A. | 0.4 |
| 05/06/2002 | Telephone call S. Cunningham re employee benefit data from the Company and analysis thereof (.3). | Krieger, A. | 0.3 |
| 05/07/2002 | Conference call MW, S. Cunningham and W. Gilligan re further analysis of Grace KERP, LTIP, related proposed amended programs (.7); subsequent telephone calls S. Cunningham re discussion with Pam Zilly and then with Tom Maher re same (.3); memos to and from W. Gilligan re discussion of FTI analysis (.2). | Krieger, A. | 1.2 |
| 05/07/2002 | Review revised Company proposal for amended LTIP, severance and retention plans and telephone conference with Arlene Krieger and Policano to review same. | Wintner, M. | 1.0 |
| 05/08/2002 | Review FTI employee benefit analysis and memo to W. Gilligan re same (1.0); extended telephone conferences with W. Gilligan re comments/questions to analysis and company data (1.0); telephone calls S. Cunningham re analysis and memorandum for the Committee (.3). office conference LK re same (.1). | Krieger, A. | 2.4 |
| 05/09/2002 | Review revised FTI analysis and prepare draft cover memorandum accompanying same (1.3); memo to MW, FTI re above (.2). | Krieger, A. | 1.5 |
| 05/13/2002 | Office conferences A. Keppler re change of control provisions in employee programs (.1); memoranda to and from FTI re same (.1). | Krieger, A. | 0.2 |
| 05/14/2002 | Review change of control provisions, Grace severance program (.6). | Krieger, A. | 0.6 |
| 05/15/2002 | Attended to change of control provisions in severance program and t/c S. Cunningham re same. | Krieger, A. | 0.5 |
| 05/16/2002 | Memo from and to W. Gilligan re FTI analysis on KERP, other proposed benefit plan changes (.4). | Krieger, A. | 0.4 |
| 05/17/2002 | Office conference W. Gilligan re Blackstone Group's response to inquiries on the change of control/severance provisions (.4). | Krieger, A. | 0.4 |

| Date | Description | | Hours |
|---|---|---|---|
| 05/21/2002 | Telephone call S. Cunningham/Walt Gilligan re employee compensation programs, discussion with Pam Zilly re same and revisions to Committee memorandum (5.). | Krieger, A. | 0.5 |
| 05/22/2002 | Telephone call S. Cunningham re written response to Debtors' employee benefits proposals (.3). | Krieger, A. | 0.3 |
| 05/23/2002 | Telephone call S. Cunningham re Debtors' motion on bonus payment (.1). | Krieger, A. | 0.1 |
| 05/28/2002 | Review FTI memo to The Blackstone Group re Committee's response to proposed modifications to employee retention/severance programs and prepare proposed cover memo to accompany same (2.5); telephone calls W. Gilligan re FTI employee benefits memo to The Blackstone Group and proposed cover memo (.7). | Krieger, A. | 3.2 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 12.0 | $ 475 | $ 5,700.00 |
| Wintner, Mark | 1.0 | 595 | 595.00 |

Total For Professional Services Rendered    $ 6,295.00

**Total for this Matter**    $ 6,295.00

**RE:**    **Environmental Matters/Regulations/Litigation**
**699843. 0022**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/21/2002 | Review article on EPA Liabilities forwarded by MB (.2). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |
| Total For Professional Services Rendered | | | $ 95.00 |

|  |  |
|--|--|
| **Total for this Matter** | $ 95.00 |

RE:     **Litigation (Non-Bankruptcy/General)**
        **699843. 0032**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/10/2002 | Attended to Grace's opposition to RTR/Tobacco companies motion to dismiss and RTR/Tobacco Companies reply in opposition. | Krieger, A. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.6 | $ 475 | $ 285.00 |

Total For Professional Services Rendered    $ 285.00

**Total for this Matter**    $ 285.00

RE:    **Litigation/Fraudulent Conveyance**
       **699843. 0034**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 05/01/2002 | Review new CD-ROM and letter from vendor (0.2); review and load coding data to Concordance database (0.4); review and load document images to IPRO imagebase (0.4). | Bowen, M. | 1.0 |
| 05/01/2002 | T/c counsel, revise letter to counsel, Wolin re: service and debtors' intervention (1.5); t/c equity counsel re: same (.3); t/c B. Chipman, A. Krieger re: status (.3); review production for additional documents requested (2.0). | Sasson, M. | 4.1 |
| 05/02/2002 | Telephone call with E. Wohlsworth regarding our letter regarding Milberg fees (.2). | Kruger, L. | 0.2 |
| 05/02/2002 | Review e-mails, revise mail and fax service list (.2); review production for additional documents (1.8). | Sasson, M. | 2.0 |
| 05/03/2002 | Review filings re intervention motion and National Union settlement. | Sasson, M. | 0.7 |
| 05/08/2002 | Telephone call with LK to Brad Friedman re compensation inquiry. | Krieger, A. | 0.1 |
| 05/08/2002 | Telephone call with B. Freedman of Milberg Weiss regarding his fee request and structure (.3); telephone call with E. Wohlsworth regarding same (.2). | Kruger, L. | 0.5 |
| 05/09/2002 | T/cs  A. Krieger, G. Becker, M. Brody re: Milberg retention. | Sasson, M. | 1.0 |
| 05/10/2002 | O/cs M. Sasson re motion to retain Milberg & Weiss and compensation estimate for Caplin & Drysdale and Bilzin Sumberg (.5); began to review motion (1.0). | Krieger, A. | 1.5 |
| 05/10/2002 | Review filings, motion to retain expert counsel (.3); t/c A. Krieger, K. Pasquale re: same (.2) | Sasson, M. | 0.5 |
| 05/13/2002 | T/c M. Browdy re: motion to retain expert counsel, prior application for counsel witness disclosures (2.0); t/c A. Krieger, K. Pasquale re: same (.5). | Sasson, M. | 2.5 |
| 05/14/2002 | O/c LK re asbestos committees' motion to retain Milberg Weiss and issues in connection therewith (.1); review equity committee response in support of W.R. Grace's intervention in the fraudulent conveyance | Krieger, A. | 0.4 |

litigation (.3).

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/14/2002 | At the request of M. Sasson obtain copies of Complaints, Answers, with requests and place in binders. | Mariano, C. | 1.0 |
| 05/14/2002 | T/c S. McMilan re: motion to compel (.2); outline response to motion to retain counsel (3.0); t/c B. Chipman, S. Cunningham re: FTI (.2). | Sasson, M. | 3.4 |
| 05/15/2002 | Review witness disclosure, discovery order, joint application and draft opposition to joint application (4.5); t/c B. Chipman (.1); review Grace documents as per chambers requests (1.0). | Sasson, M. | 5.6 |
| 05/16/2002 | Continued drafting opposition to joint application, edit, revise amse (3.8); t/c K. Pasquale, A. Krieger re: same (.3); t/c S. McMillan re: Debtors Opposition, revise same (.5). | Sasson, M. | 4.6 |
| 05/20/2002 | Attended to Committee's opposition to joint motion to retain Milberg Weiss (4.4); and extended office conference MS re same (1.5). | Krieger, A. | 5.9 |
| 05/20/2002 | Attention to draft opposition to Milberg Weiss retention (.8) | Pasquale, K. | 0.8 |
| 05/20/2002 | O/c A. Krieger re: Opposition to Joint Application (1.5); revise same (5.0); review letters re: document production (.2). | Sasson, M. | 6.7 |
| 05/21/2002 | Review of objection to joint application at M. Sasson's request. | Frantz, A. | 1.0 |
| 05/21/2002 | Review revised draft of Committee's objection to joint application to retain Milberg Weiss and then office conference MS re comments (.8); office conference LK re objection (3.); office conference MS re final comments to Committee objection (.5). | Krieger, A. | 1.6 |
| 05/21/2002 | Review of objections to Milberg Weiss' fee proposal (.3); office conference with A. Krieger regarding objection to Milberg Weiss' fees (.2). | Kruger, L. | 0.5 |
| 05/21/2002 | Revise objection to joint application (1.5); t/c L. Kruger, o/c A. Krieger re: same (.5); t/c B. Katchem, J. Greenberg, R. Riley re: service, filing, delivery (1.3). | Sasson, M. | 3.3 |
| 05/22/2002 | Review Chambers report re: asbestos liability (3.5); t/c Wolin's chambers re: argument, time, e-mail re: same (.2). | Sasson, M. | 3.7 |
| 05/23/2002 | Review e-mails/correspondence re: asbestos issues. | Sasson, M. | 0.3 |

| 05/28/2002 | Review USA motion to intervene; t/c S. McMillan, A. Krieger, K. Pasquale re: same (2.0); review Stallard subpoena. | Sasson, M. | 2.3 |
| 05/29/2002 | Office conferences M. Sasson re: Dept. of Justice's intervention pleadings and Committee's position thereon (0.1); review intervention pleadings and memo to LK, KP re: same (1.). | Krieger, A. | 1.1 |
| 05/29/2002 | Reviewed USA's motion to intervene (.6) | Pasquale, K. | 0.6 |
| 05/29/2002 | T/c A. Krieger, K. Pasquale re: USA motion to intervene. | Sasson, M. | 0.5 |
| 05/30/2002 | Review memo to Committee; re Milberg Retention. | Sasson, M. | 0.2 |
| 05/31/2002 | Review and load document images to IPRO server and update imagebase. | Bowen, M. | 0.5 |
| 05/31/2002 | Attention to Chambers preliminary analysis of asbestos liabilities at issue in fradulent transfer suit | Pasquale, K. | 1.5 |
| 05/31/2002 | O/c K. Pasquale re: Chambers report, status, motions to intervene. | Sasson, M. | 0.5 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
| --- | --- | --- | --- |
| Bowen, Mark | 1.5 | $ 175 | $ 262.50 |
| Frantz, Andrew | 1.0 | 75 | 75.00 |
| Krieger, Arlene | 10.6 | 475 | 5,035.00 |
| Kruger, Lewis | 1.2 | 695 | 834.00 |
| Mariano, Christine | 1.0 | 155 | 155.00 |
| Pasquale, Kenneth | 2.9 | 495 | 1,435.50 |
| Sasson, Moshe | 41.9 | 395 | 16,550.50 |

Total For Professional Services Rendered    $ 24,347.50

**Total for this Matter**    $ 24,347.50

RE:     Non-Working Travel Time
        699843. 0035

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/22/2002 | Travel (driving) attendant to status conference (1.5). | Pasquale, K. | 1.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 1.5 | $ 495 | $ 742.50 |

Total For Professional Services Rendered     $ 742.50

**Total for this Matter**     $ 742.50

**RE:**    **Preparation for and Attendance at Hearings**
**699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/08/2002 | Telephone call with Bernick regarding preparation for meeting with Judge Wolin and selection of future claims representative (.2). | Kruger, L. | 0.2 |
| 05/14/2002 | Review agenda for May 20 hearings (.2). | Krieger, A. | 0.2 |
| 05/15/2002 | Office conference with A. Krieger and K. Pasquale regarding preparing for court hearing (.4). | Kruger, L. | 0.4 |
| 05/16/2002 | Preparation of materials for 5/20/02 hearing before Judge Fitzgerald and for 5/22/02 conference before Judge Wolin including review of pleadings. | Krieger, A. | 2.4 |
| 05/17/2002 | Reviewed second admended agenda notice, recent Gerard adversary proceedings, other in preparation of 5/20/02 hearings (2.8); office conference LK re 5/20/02 hearings (.5); review transcript of 4/22/02 hearings (2.0). | Krieger, A. | 5.3 |
| 05/20/2002 | Telephone calls LK re 5/20/02 hearing before Judge Fitzgerald. | Krieger, A. | 0.3 |
| 05/20/2002 | Preparation for court hearing before Judge Fitzgerald on tobacco issues and Zonolite litigation issues (1.3); in court before Judge Fitzgerald regarding tobacco, Zonolite, et al. (4.9). | Kruger, L. | 6.2 |
| 05/22/2002 | In court before Judge Wolin with K. Pasquale, E. Inselbuch, P. Lockwood, D. Bernick, W. Katchen and S. Baena, et al. regarding current status and issues for briefing in estimation proceeding. | Kruger, L. | 2.2 |
| 05/22/2002 | Preparation for (1.2) and status conference before J. Wolin (1.0). | Pasquale, K. | 2.2 |
| 05/23/2002 | Memo to and from K. Pasquale re status conference before Judge Wolin and review memorandum to the Committee. | Krieger, A. | 0.3 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 8.5 | $ 475 | $ 4,037.50 |
| Kruger, Lewis | 9.0 | 695 | 6,255.00 |
| Pasquale, Kenneth | 2.2 | 495 | 1,089.00 |

Total For Professional Services Rendered    $ 11,381.50

**Total for this Matter**    $ 11,381.50

RE:    **Retention of Professionals**
       **699843. 0040**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/05/2002 | Memo to J. Kapp re modification of PWC order to reflect 327 standard of review. | Krieger, A. | 0.1 |
| 05/06/2002 | Telephone call J. Kapp re modifications to PWC retention order (.2); United States Trustee's limited objection to amended PWC application (.1); office conference LK re PWC retention provisions and proposal (.1); telephone conference S. Cunningham re PWC audit fee (.1). | Krieger, A. | 0.5 |
| 05/07/2002 | Telephone call S.Cunningham re PWC audit fees (.1); telephone call Tom Maher re Debtors' amended application to retain PWC and outstanding issue regarding standard of review of compensation (.2); telephone call Jay Kapp re PWC compensation matter (.1); office conference LK re related substance of conversation with Tom Maher (.1). | Krieger, A. | 0.5 |
| 05/08/2002 | Telephone call C. Lane re PWC retention terms. | Krieger, A. | 0.2 |
| 05/09/2002 | Review draft PWC order and prepare comments thereon and telephone call C. Lane re same (1.2). | Krieger, A. | 1.2 |
| 05/14/2002 | Review joint reply of debtors and PWC to US Trustee's objection to amended application to retain PWC (.5). | Krieger, A. | 0.5 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.0 | $ 475 | $ 1,425.00 |
| | | Total For Professional Services Rendered | $ 1,425.00 |

**Total for this Matter**    $ 1,425.00

RE:    **Stay Litigation (Section 362)**
       **699843. 0041**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 05/29/2002 | Telephone conference re; Wesconn motion for relief from the stay and memos to and from C. Lane re: Debtors' position thereon. | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |

|  | Total For Professional Services Rendered | $ 95.00 |
|--|-------------------------------------------|---------|

|  | **Total for this Matter** | $ 95.00 |
|--|---------------------------|---------|

|  | Total For Professional Services Rendered | 75,282.00 |
|--|-------------------------------------------|-----------|
|  | **Total Bill** | $ 75,282.00 |

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

June 25, 2002
Invoice: 264101

W R Grace & Co
7500 Grace Drive
Columbia,  MD  21044-4098

**EXPENSES INCURRED** during  the period through May 31, 2002, including:

| Date | Description | Amount |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 05/01/2002 | Federal Express T#831137276354 K PASQUALE to: ALFRED M WOLIN NEWARK,NJ | 8.87 |
| 05/08/2002 | 04/30/2002 Federal Express T#829433678681 A KREIGER to: ALFRED M WOLIN NEWARK,NJ | 8.87 |
| 05/14/2002 | FedEx Log 04/24/02 SASSON TO BO CHIPMAN | 2.20 |
| 05/15/2002 | Federal Express T#814154275093 SERRETTE to: DAVID B SIEGAL COLUMBIA,MD | 12.30 |
| 05/15/2002 | Federal Express T#814154275119 SERRETTE to: FRANK J PERCH WILMINGTON,DE | 12.30 |
| 05/15/2002 | VENDOR: Federal Express Corporation; INVOICE#: 735322087; DATE: 5/15/02 Warren Smith Dallas, TX | 20.50 |
| **Outside Messenger Service Total** | | **65.04** |
| **Local Transportation** | | |
| 05/08/2002 | NYC Two Ways Inc. KRUGER 04/15/02 13:01 M from 767 3 AVE M to NJ NEWARK | 77.44 |
| 05/08/2002 | NYC Two Ways Inc. SASSON 04/15/02 9:56 M from 180 MAIDEN LA to E 48 ST M | 20.69 |
| 05/08/2002 | NYC Two Ways Inc. WINTNER 04/15/02 10:16 M from 180 MAIDEN LA to 767 3 AVE M | 20.69 |
| 05/08/2002 | NYC Two Ways Inc. WINTNER 04/15/02 14:54 M from 767 3 AVE M to 180 MAIDEN LA | 20.69 |

| 05/08/2002 | VENDOR: Petty Cash; INVOICE#: 05/01/02; DATE: 5/8/02 - 04/17/02  NY PETTY CASH  L.KRUGER | 3.80 |
| 05/10/2002 | NYC Two Ways Inc. KRIEGER 04/22/02 5:28 M from 10 EAST END A to LAG Airport L | 35.03 |
| 05/10/2002 | NYC Two Ways Inc. KRIEGER 04/24/02 20:41 M from 180 MAIDEN LA to E 80 ST M | 24.60 |
| 05/13/2002 | VENDOR: Lewis Kruger; INVOICE#: 05/07/02; DATE: 5/13/02 - 04/15   STATUS CONFERENCE IN NEWARK, NJ - TRAINFARE | 1.60 |
| 05/28/2002 | VENDOR: Ken Pasquale; INVOICE#: 05/23/02; DATE: 5/28/02 - 05/22   STATUS CONF. BEFORE JUDGE WOLIN IN NEWARK, NJ - MILEAGE & PARKING | 53.44 |
| 05/31/2002 | NYC Two Ways Inc. KRUGER 05/17/02 18:00 M from 180 MAIDEN LA to 257 W 86 ST M | 29.70 |
| 05/31/2002 | NYC Two Ways Inc. SERRETTE 05/15/02 21:32 M from 180 MAIDEN LA to SOUTH RICHMON | 38.31 |
| 05/31/2002 | NYC Two Ways Inc. KRUGER 05/15/02 7:38 M from 257 W 86 ST M to E 46 ST M | 29.91 |

**Local Transportation Total**                                                                      **355.90**

**Long Distance Telephone**

| 05/01/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:09, DUR.02:06 | 0.97 |
| 05/01/2002 | EXTN.5492, TEL.908-604-5959, S.T.12:26, DUR.00:24 | 0.32 |
| 05/01/2002 | EXTN.5492, TEL.954-818-9700, S.T.14:02, DUR.16:00 | 5.18 |
| 05/01/2002 | EXTN.5492, TEL.201-384-1279, S.T.15:21, DUR.01:18 | 0.65 |
| 05/02/2002 | EXTN.3544, TEL.201-556-4040, S.T.20:06, DUR.01:12 | 0.49 |
| 05/02/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:13, DUR.07:06 | 2.59 |
| 05/02/2002 | EXTN.5492, TEL.757-575-0584, S.T.14:58, DUR.01:00 | 0.32 |
| 05/02/2002 | EXTN.5492, TEL.954-583-0773, S.T.18:55, DUR.27:36 | 7.30 |
| 05/03/2002 | EXTN.5492, TEL.302-657-4924, S.T.11:17, DUR.30:24 | 10.04 |
| 05/03/2002 | EXTN.5492, TEL.201-556-4021, S.T.11:20, DUR.27:36 | 9.07 |
| 05/03/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:03, DUR.00:54 | 0.32 |
| 05/06/2002 | EXTN.5544, TEL.312-861-2124, S.T.12:43, DUR.11:54 | 3.89 |
| 05/06/2002 | EXTN.5544, TEL.201-556-4040, S.T.15:01, DUR.11:18 | 3.89 |
| 05/07/2002 | EXTN.5492, TEL.908-604-5959, S.T.11:03, DUR.11:06 | 3.89 |

| | | |
|---|---|---|
| 05/07/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:52, DUR.06:36 | 2.27 |
| 05/07/2002 | EXTN.5492, TEL.954-818-9700, S.T.12:04, DUR.07:18 | 2.59 |
| 05/07/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:00, DUR.05:24 | 1.94 |
| 05/07/2002 | EXTN.5492, TEL.954-818-9700, S.T.14:20, DUR.01:54 | 0.65 |
| 05/07/2002 | EXTN.5544, TEL.312-861-2124, S.T.18:00, DUR.00:24 | 0.32 |
| 05/08/2002 | EXTN.3544, TEL.201-556-4039, S.T.16:02, DUR.23:36 | 7.78 |
| 05/08/2002 | EXTN.5431, TEL.312-861-2000, S.T.13:56, DUR.01:48 | 0.65 |
| 05/08/2002 | EXTN.5431, TEL.973-645-3730, S.T.16:34, DUR.04:48 | 1.62 |
| 05/08/2002 | EXTN.5544, TEL.201-556-4039, S.T.16:41, DUR.34:54 | 11.34 |
| 05/08/2002 | EXTN.5544, TEL.201-981-1125, S.T.17:38, DUR.00:06 | 0.32 |
| 05/08/2002 | EXTN.5760, TEL.703-739-0800, S.T.12:32, DUR.01:00 | 0.32 |
| 05/09/2002 | EXTN.5492, TEL.954-818-9700, S.T.13:09, DUR.07:42 | 2.59 |
| 05/09/2002 | EXTN.6015, TEL.312-861-2000, S.T.15:41, DUR.01:06 | 0.65 |
| 05/14/2002 | EXTN.3430, TEL.312-861-2248, S.T.16:26, DUR.01:12 | 0.65 |
| 05/14/2002 | EXTN.5760, TEL.610-768-7800, S.T.16:31, DUR.02:06 | 0.97 |
| 05/14/2002 | EXTN.6015, TEL.202-371-9770, S.T.10:30, DUR.01:12 | 0.65 |
| 05/14/2002 | EXTN.6015, TEL.201-556-4040, S.T.18:22, DUR.01:00 | 0.32 |
| 05/14/2002 | EXTN.6689, TEL.973-424-2019, S.T.13:44, DUR.00:24 | 0.32 |
| 05/15/2002 | EXTN.5544, TEL.201-981-1125, S.T.09:45, DUR.00:06 | 0.32 |
| 05/16/2002 | EXTN.5492, TEL.302-657-4924, S.T.10:33, DUR.12:36 | 4.21 |
| 05/16/2002 | EXTN.5544, TEL.973-424-2031, S.T.11:24, DUR.00:54 | 0.32 |
| 05/17/2002 | EXTN.5492, TEL.954-608-3726, S.T.16:02, DUR.19:12 | 6.48 |
| 05/21/2002 | EXTN.6015, TEL.973-424-2000, S.T.16:18, DUR.01:12 | 0.65 |
| 05/21/2002 | EXTN.6015, TEL.973-424-2000, S.T.16:38, DUR.03:18 | 1.30 |
| 05/21/2002 | EXTN.6015, TEL.973-424-2000, S.T.17:22, DUR.02:48 | 0.97 |
| 05/22/2002 | EXTN.5492, TEL.908-604-5959, S.T.10:17, DUR.07:48 | 2.59 |
| 05/22/2002 | EXTN.6015, TEL.973-645-2580, S.T.10:31, DUR.00:48 | 0.32 |
| 05/23/2002 | EXTN.5544, TEL.201-556-4040, S.T.15:03, DUR.01:00 | 0.32 |

| 05/23/2002 | EXTN.5544, TEL.201-556-4040, S.T.15:23, DUR.00:42 | 0.32 |
|---|---|---|
| 05/24/2002 | EXTN.5492, TEL.201-384-1279, S.T.10:41, DUR.07:48 | 2.59 |
| 05/28/2002 | EXTN.5002, TEL.201-556-4039, S.T.17:19, DUR.00:42 | 0.32 |
| 05/28/2002 | EXTN.5002, TEL.201-556-4039, S.T.17:40, DUR.10:54 | 3.56 |
| 05/28/2002 | EXTN.5002, TEL.201-556-4039, S.T.18:28, DUR.06:24 | 2.27 |
| 05/28/2002 | EXTN.5492, TEL.954-583-0773, S.T.20:05, DUR.17:36 | 4.45 |
| 05/28/2002 | EXTN.5544, TEL.201-556-4039, S.T.11:25, DUR.18:06 | 6.16 |
| 05/28/2002 | EXTN.6015, TEL.312-861-2366, S.T.16:10, DUR.07:12 | 2.59 |
| 05/29/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:13, DUR.13:06 | 4.54 |
| 05/29/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:33, DUR.02:48 | 0.97 |
| 05/29/2002 | EXTN.5544, TEL.312-861-3268, S.T.12:01, DUR.01:06 | 0.65 |
| 05/30/2002 | EXTN.5492, TEL.954-818-9700, S.T.12:47, DUR.20:48 | 6.80 |
| 05/30/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:34, DUR.02:42 | 0.97 |
| 05/31/2002 | EXTN.5492, TEL.302-657-4900, S.T.16:55, DUR.01:12 | 0.65 |
| 05/31/2002 | EXTN.5492, TEL.954-583-0773, S.T.16:57, DUR.10:24 | 3.56 |
| 05/31/2002 | EXTN.6015, TEL.202-454-6637, S.T.15:59, DUR.00:18 | 0.32 |
| 05/31/2002 | EXTN.6015, TEL.202-454-6637, S.T.16:48, DUR.04:54 | 1.62 |
| | **Long Distance Telephone Total** | **144.69** |

**Duplicating Costs-in House**

| 05/01/2002 | 0.30 |
|---|---|
| 05/02/2002 | 0.10 |
| 05/02/2002 | 0.60 |
| 05/02/2002 | 1.10 |
| 05/02/2002 | 0.30 |
| 05/03/2002 | 2.40 |
| 05/06/2002 | 120.30 |
| 05/07/2002 | 1.10 |
| 05/08/2002 | 0.70 |
| 05/08/2002 | 0.90 |

| | |
|---|---|
| 05/08/2002 | 1.00 |
| 05/08/2002 | 6.80 |
| 05/08/2002 | 25.60 |
| 05/09/2002 | 21.00 |
| 05/10/2002 | 0.60 |
| 05/10/2002 | 0.60 |
| 05/13/2002 | 2.80 |
| 05/14/2002 | 2.80 |
| 05/14/2002 | 4.60 |
| 05/14/2002 | 0.40 |
| 05/14/2002 | 1.40 |
| 05/14/2002 | 14.20 |
| 05/15/2002 | 15.30 |
| 05/15/2002 | 124.80 |
| 05/16/2002 | 0.50 |
| 05/16/2002 | 1.20 |
| 05/17/2002 | 0.40 |
| 05/17/2002 | 1.10 |
| 05/17/2002 | 1.10 |
| 05/17/2002 | 4.00 |
| 05/17/2002 | 6.90 |
| 05/17/2002 | 0.60 |
| 05/17/2002 | 8.60 |
| 05/17/2002 | 2.40 |
| 05/17/2002 | 11.00 |
| 05/20/2002 | 4.80 |
| 05/21/2002 | 1.30 |
| 05/21/2002 | 0.30 |

| | | |
|---|---|---|
| 05/22/2002 | | 0.60 |
| 05/23/2002 | | 3.40 |
| 05/24/2002 | | 0.20 |
| 05/24/2002 | | 0.20 |
| 05/29/2002 | | 5.60 |
| 05/29/2002 | | 1.10 |
| 05/29/2002 | | 5.60 |
| 05/29/2002 | | 1.10 |
| 05/30/2002 | | 8.80 |
| 05/31/2002 | | 14.10 |
| | **Duplicating Costs-in House Total** | **434.60** |

**Postage**

| | | |
|---|---|---|
| 05/31/2002 | Postage Charged by  on 05/28/2002 | 12.45 |
| 05/31/2002 | Postage Charged by  on 05/31/2002 | 17.50 |
| | **Postage Total** | **29.95** |

**Word Processing**

| | | |
|---|---|---|
| 05/16/2002 | 5/7 | 18.00 |
| 05/21/2002 | 5/15 | 24.00 |
| | **Word Processing Total** | **42.00** |

**In House Messenger Service**

| | | |
|---|---|---|
| 05/08/2002 | Early Bird Messenger 04/24/2002 Bike Standard from  to  ALL NATION TOURS, 119 W | 10.75 |
| 05/22/2002 | Early Bird Messenger Bike Standard from L. KRUGER to STROOCK STROOCK & LAVAN, 1 | 13.75 |
| | **In House Messenger Service Total** | **24.50** |

**Facsimile Charges**

| | | |
|---|---|---|
| 05/01/2002 | FAX # 868-1229 | 3.00 |
| 05/01/2002 | FAX # 305-374-7593 | 3.00 |
| 05/01/2002 | FAX # 202-429-3301 | 3.00 |
| 05/01/2002 | FAX # 312-984-7700 | 5.00 |
| 05/01/2002 | FAX # 302-658-3989 | 5.00 |

| Date | Description | Amount |
|---|---|---|
| 05/01/2002 | FAX # 735-2000 | 5.00 |
| 05/01/2002 | FAX # 303-312-7331 | 5.00 |
| 05/01/2002 | FAX # 202-429-3301 | 5.00 |
| 05/01/2002 | FAX # 305-374-7593 | 5.00 |
| 05/01/2002 | FAX # 301-652-4400 | 5.00 |
| 05/01/2002 | FAX # 302-658-3989 | 6.00 |
| 05/01/2002 | FAX # 735-2000 | 6.00 |
| 05/01/2002 | FAX # 202-429-3301 | 6.00 |
| 05/01/2002 | FAX # 305-374-7593 | 6.00 |
| 05/02/2002 | FAX # 868-1229 | 6.00 |
| 05/02/2002 | FAX # 303-312-7331 | 6.00 |
| 05/02/2002 | FAX # 868-1229 | 5.00 |
| 05/02/2002 | FAX # 303-312-7331 | 5.00 |
| 05/08/2002 | FAX # 202-371-6601 | 37.00 |
| 05/13/2002 | FAX # 202-371-6601 | 12.00 |
| 05/13/2002 | FAX # 202-371-6601 | 65.00 |
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| 05/29/2002 | FAX # 646-924-0463 | 5.00 |
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| 05/29/2002 | FAX # 646-924-0463 | 5.00 |
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |

| | | |
|---|---|---:|
| 05/29/2002 | FAX # 646-924-0463 | 10.00 |
| 05/29/2002 | FAX # 646-924-0463 | 9.00 |
| | **Facsimile Charges Total** | **328.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 05/01/2002 | VENDOR: Petty Cash; INVOICE#: 04/26/02; DATE: 5/1/02 - 04/22/02   NY PETTY CASH  A.KRIEGER | 62.00 |
| 05/01/2002 | VENDOR: American Express; INVOICE#: 20171; DATE: 2/22/02 - amex law trav  K Pasquale 2/22 | 42.00 |
| 05/15/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 050102; DATE: 5/1/02  -  Visa charge 4/16/02 L Kruger and A Krieger 4/22/02 LGA to Pittsburgh | 1,260.00 |
| | **Travel Expenses - Transportation Total** | **1,364.00** |

**Westlaw**

| | | |
|---|---|---:|
| 05/15/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 75.00 |
| 05/16/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 38.75 |
| | **Westlaw Total** | **113.75** |

**Word Processing - Logit**

| | | |
|---|---|---:|
| 05/15/2002 | | 12.00 |
| | **Word Processing - Logit Total** | **12.00** |

### Bill Disbursement Summary

| | | |
|---|---:|---:|
| Outside Messenger Service | $ 65.04 | |
| Local Transportation | 355.90 | |
| Long Distance Telephone | 144.69 | |
| Duplicating Costs-in House | 434.60 | |
| Postage | 29.95 | |
| Word Processing | 42.00 | |
| In House Messenger Service | 24.50 | |
| Facsimile Charges | 328.00 | |
| Travel Expenses - Transportation | 1364.00 | |
| Westlaw | 113.75 | |
| Word Processing - Logit | 12.00 | **$ 2,914.43** |
| Chambers Associates Invoice (April 2002) | 43,190.69 | **43,190.69** |
| | **Total Disbursements/Charges** | **$46,105.12** |