IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

                    Debtors

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to:  The Official Committee of
                                                 Unsecured Creditors

Date of Retention:                              June 21, 2001

Period for which compensation and               May 1, 2002 through
reimbursement is sought:                         May 31, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $50,027.00):        $40,021.60

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                     $ 2,207.14

This is an: __X__ interim _____ final application

The total time expended for fee application preparation is approximately 16.0 hours and
corresponding compensation requested is approximately $5,680.00. The time expended
included time spent on preparation of the thirteenth interim fee application.

This is the FOURTEENTH application filed. Disclosure for prior periods and current
period is as follows:

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH  MAY 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH  MAY 31, 2002)
ATTACHMENT A
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 | $2,207.14 |

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

**ATTACHMENT B
TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 0.4 | $220.00 |
| S. Cunningham | $440 | 16.8 | $7,392.00 |
| C. Whitney | $375 | 13.2 | $4,950.00 |
| W. Gilligan | $375 | 44.0 | $16,500.00 |
| L. Hamilton | $350 | 50.4 | $17,640.00 |
| J. Schwendeman | $325 | 4.0 | $1,300.00 |
| M. Hakoun | $150 | 13.5 | $2,025.00 |
| | | | |
| Grand Total: | | 142.3 | $50,027.00 |
| Blended Rate: | $351 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 12 | Business Analysis | 120.2 | $41,766.50 |
| 17 | Committee Matters and Creditor Meetings | 6.1 | $2,580.50 |
| 18 | Compensation of Professionals | 16.0 | $5,680.00 |
| | | | |
| | Total | 142.3 | $50,027.00 |

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $310.35 |
| Telecommunications | $305.58 |
| Postage, Express Delivery | $143.71 |
| Document Preparation and Handling Services | $1,447.50 |
| | |
| Total | $2,207.14 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period May 1, 2002 through May 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 0.4 | $ 550 | $ 220.00 |
| S. Cunningham | 16.8 | $ 440 | 7,392.00 |
| C. Whitney | 13.2 | $ 375 | 4,950.00 |
| W. Gilligan | 44.0 | $ 375 | 16,500.00 |
| L. Hamilton | 50.4 | $ 350 | 17,640.00 |
| J. Schwendeman | 4.0 | $ 325 | 1,300.00 |
| M. Hakoun | 13.5 | $ 150 | 2,025.00 |
| TOTAL | 142.3 | | $ 50,027.00 |

1 of 14

Invoice

**W.R. GRACE & CO. ET. AL.**
Summary of Fees by Category
For the period May 1, 2002 through May 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12 | Business Analysis (primarily for accountants and financial advisors) | $ - | $ 5,324.00 | $ 4,950.00 | $ 16,162.50 | $ 12,005.00 | $ 1,300.00 | $ 2,025.00 | $ 41,766.50 |
| 17 | Committee Matters and Creditor Meetings | - | 2,068.00 | - | 337.50 | 175.00 | - | - | 2,580.50 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 220.00 | - | - | - | 5,460.00 | - | - | 5,680.00 |
| | TOTAL | $ 220.00 | $ 7,392.00 | $ 4,950.00 | $ 16,500.00 | $ 17,640.00 | $ 1,300.00 | $ 2,025.00 | $ 50,027.00 |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | $ 150 | |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Professional
### For the period May 1, 2002 through May 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12 | Business Analysis (primarily for accountants and financial advisors) | 0.0 | 12.1 | 13.2 | 43.1 | 34.3 | 4.0 | 13.5 | 120.2 |
| 17 | Committee Matters and Creditor Meetings | 0.0 | 4.7 | 0.0 | 0.9 | 0.5 | 0.0 | 0.0 | 6.1 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 0.4 | 0.0 | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 16.0 |
| | TOTAL | 0.4 | 16.8 | 13.2 | 44.0 | 50.4 | 4.0 | 13.5 | 142.3 |

3 of 14

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 20-May | 18 | Prepared fee application. | 0.2 |
| 21-May | 18 | Prepared fee application. | 0.2 |
| | | **Total Hours - May** | 0.4 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|------|-------------|-------|
| 3-May | 12 | Prepared analysis of KERP proposal. | 2.2 |
| | 17 | Discussed KERP proposal with counsel. | 0.5 |
| 6-May | 12 | Finalized analysis of comparable KERP plans at other chemical companies. | 0.6 |
| | 12 | Reviewed draft of KERP report prior to submission to Committee. | 0.3 |
| 7-May | 17 | Discussed preliminary observations regarding KERP with Committee Chair. | 0.3 |
| | 17 | Discussed KERP proposal alternatives with Blackstone. | 0.3 |
| | 12 | Reviewed March financial statements received from Debtors. | 0.7 |
| | 17 | Discussed KERP observations with counsel. | 1.0 |
| 8-May | 12 | Read and analyzed March P&L results and drafted a list of questions in preparation for a conference call with Debtors. | 1.6 |
| 10-May | 17 | Participated in conference call with Debtors regarding March results. | 1.4 |
| 16-May | 12 | Read and analyzed motion to pay severance to certain employees. | 0.8 |
| | 17 | Discussed initial comments to KERP proposal with Debtors' advisor. | 0.3 |
| 17-May | 12 | Prepared analysis and recommendation related to Debtors' proposal to enhance KERP. | 1.9 |
| | 17 | Discussed analysis of enhanced KERP with counsel and Committee Chair. | 0.5 |
| 21-May | 12 | Prepared response to Debtors' enhanced KERP proposal. | 1.3 |
| 22-May | 12 | Continued to prepare response to Debtors' enhanced KERP proposal. | 1.2 |

| | | | |
|---|---|---|---|
| 24-May | 17 | Discussed KERP proposal with counsel. | 0.4 |
| 28-May | 12 | Finalized response to Debtors and advisor regarding KERP plan enhancements. | 0.5 |
| 30-May | 12 | Read and analyzed Q1 results for inclusion in status report to Committee. | 1.0 |
| | | **Total Hours - May** | 16.8 |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Christina Whitney
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-May | 12 | Analyzed Q1 financial data and prepared preliminary list of questions to be discussed during the conference call regarding Q1 performance. | 1.2 |
| 8-May | 12 | Continued analysis of Q1 financial data, finalized questions for the Q1 conference call and forwarded questions to the Debtors' financial advisors. | 1.8 |
| 10-May | 12 | Participated in conference call with the Debtors' and their financial advisors to discuss Q1 performance. | 0.7 |
| 16-May | 12 | Read and analyzed March financial package and started preparation of an outline for the Q1 monitoring report. | 3.5 |
| | 12 | Read and analyzed the Q1 10Q filing. | 2.6 |
| 20-May | 12 | Received a phone call from a lender and answered questions pertaining to the Debtors' operating performance. | 0.5 |
| | 12 | Read and analyzed the GBT Divestiture Overview prepared by the Debtors. | 0.1 |
| 21-May | 12 | Prepared a memo regarding the GBT divestiture for distribution to the Committee. | 2.8 |
| | | **Total Hours - May** | 13.2 |

Invoice

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-May | 12 | Prepared presentation on proposed changes to the Debtors' KERP. | 2.9 |
| 5-May | 12 | Prepared analysis of changes to Debtors' KERP. | 1.1 |
| 6-May | 12 | Continued to prepare analysis of changes to Debtors' KERP. | 9.2 |
| 7-May | 12 | Continued to prepare analysis of changes to Debtors' KERP. | 2.3 |
| | 17 | Participated in Debtors' conference call on compensation issues. | 0.9 |
| | 12 | Continued to prepare analysis of changes to Debtors' KERP. | 1.6 |
| 8-May | 12 | Continued to prepare analysis of changes to Debtors' KERP. | 5.6 |
| | 12 | Continued to prepare analysis of changes to Debtors' KERP. | 3.4 |
| 13-May | 12 | Researched Debtors' severance program details for change of control provisions. | 3.1 |
| | 12 | Prepared memo and chart describing the Committee's position on Debtors' proposal to change its KERP. | 0.9 |
| 21-May | 12 | Prepared analysis of Debtors' Q1 results and prepared presentation. | 2.0 |
| 28-May | 12 | Continued to prepare analysis of Debtors' Q1 results for inclusion in our report to the Committee. | 2.8 |
| | 12 | Continued to prepare analysis of Debtors' Q1 results for inclusion in our report to the Committee. | 2.2 |
| 29-May | 12 | Continued to prepare analysis of Debtors' Q1 results for inclusion in our report to the Committee. | 3.6 |
| 30-May | 12 | Continued to prepare analysis of Debtors' Q1 results for inclusion in our report to the Committee. | 2.4 |
| | | **Total Hours - May** | 44.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-May | 12 | Read and analyzed compensation data from proxy statements of Debtors and competitors. | 3.1 |
| | 12 | Prepared analyses of Q1 operating results. | 3.9 |
| 2-May | 12 | Continued to prepare analyses of Q1 operating results. | 3.3 |
| | 18 | Prepared fourth quarterly fee application. | 2.1 |
| | 12 | Edited schedule of comparative compensation data. | 0.2 |
| 3-May | 12 | Finalized analyses of Q1 operating results and drafted summary of discussion points. | 5.8 |
| | 12 | Updated schedule of comparative compensation data for additional items. | 1.2 |
| | 17 | Discussed fee application process and revised procedures with counsel. | 0.5 |
| | 18 | Updated March fee application package after discussion with counsel. | 1.5 |
| 6-May | 18 | Continued to update March fee application package and prepared distribution. | 1.1 |
| | 12 | Read and edited compensation analytics related to KERP prepared by colleague. | 0.1 |
| 7-May | 12 | Updated Q1 analyses and summary of discussion points. | 7.9 |
| 8-May | 12 | Continued to update Q1 analyses. | 7.6 |
| | 12 | Obtained, read and analyzed current topical motions and orders after reviewing latest court docket listing. | 0.2 |
| 9-May | 18 | Updated fourth quarterly fee application for requirements of new administration order. | 3.1 |
| 10-May | 18 | Continued to update fourth quarterly fee application. | 1.8 |

| 15-May | 18 | Prepared April fee application. | 3.5 |
| 21-May | 12 | Obtained, read and analyzed current topical motions and orders after reviewing latest court docket listing. | 0.6 |
| | 18 | Continued to prepare April fee application. | 0.9 |
| 22-May | 12 | Obtained, read and analyzed current topical motions and orders after reviewing latest court docket listing. | 0.4 |
| 28-May | 18 | Continued to prepare April fee application. | 1.6 |
| | | **Total Hours - May** | 50.4 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-May | 12 | Finalized senior management compensation analysis for industrial construction companies. | 1.0 |
| 7-May | 12 | Analyzed economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 1.1 |
| 20-May | 12 | Prepared analysis of current asbestos litigation news and status of cases. | 1.2 |
| 22-May | 12 | Prepared analysis of recent news and industry trade reports relating to asbestos litigation negotiations for the Debtors and competitors. | 0.7 |
| | | **Total Hours - May** | 4.0 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-May | 12 | Researched requirements for preparation of a valuation comparison analysis of selected specialty chemical companies and asbestos companies. | 1.7 |
| 3-May | 12 | Gathered financial data on selected companies for inclusion in valuation comparison. | 2.3 |
| 7-May | 12 | Compiled financial data on selected companies and Debtors. Began preparation of valuation comparison including, quarterly, annual and trailing twelve-month year-over-year change in sales, EBIT, and gross margin. | 2.7 |
| 22-May | 12 | Updated bankruptcy docket database for selected items. | 1.6 |
| 23-May | 12 | Updated bankruptcy docket database for selected items. | 1.0 |
|  | 12 | Researched requirements regarding preparation of a comparative schedule of accounting and auditor fees for bankrupt companies. | 1.2 |
| 24-May | 12 | Gathered price history on Debtors' and competitors' bonds. | 1.5 |
| 28-May | 12 | Continued to compile bond history data and prepared summary spreadsheets. | 1.5 |
|  |  | **Total Hours - May** | 13.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period May 1, 2002 through May 31, 2002

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 310.35 |
| External | | - |
| Telecommunications: | | |
| Telephone | | 159.17 |
| Toll Charges | | 127.41 |
| Facsimile | | 19.00 |
| Postage, Federal Express, Airborne | | 143.71 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| Document Preparation and Handling Services | | 1,447.50 |
| | | |
| Total Expenses | $ | 2,207.14 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period May 1, 2002 through May 31, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 2,069 | pages @ $0.15/page: | $ | 310.35 |
| Facsimile Charges: | 19 | pages @ $1.00/page: | | 19.00 |
| Telephone Charges: | | | | |
| | Saddle Brook | | 159.17 | |
| | | Subtotal | | 159.17 |
| Toll Charges: | | Online research fees | 127.41 | |
| | | Subtotal | | 127.41 |
| Postage, Federal Express: | Airborne | | 143.71 | |
| | | Subtotal | | 143.71 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Document Preparation and Handling Services: | | | | |
| | N. Backer | 18.8 hours @ $75/hour: | 1,410.00 | |
| | E. Polukord | 0.5 hours @ $75/hour: | 37.50 | |
| | | Subtotal | | 1,447.50 |
| | | Total | | 2,207.14 |