# WR Grace PD Committee Fee Detail
## April 01, 2002 - April 30, 2002

Professional Services Rendered:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| May-07-02RSM | Asbestos: Claims Litigation - Confer with T. Tacconelli re: Appeal | 0.20 |
| May-17-02RSM | Asbestos: Claims Litigation - Review Court filings; e-mail to Mr. Sakalo | 0.20 |
| May-17-02RSM | Asbestos: Claims Litigation - Confer with T. Tacconelli re: Docketing of Appeal | 0.30 |
| May-21-02RSM | Asbestos: Claims Litigation - Confer with T. Tacconelli re: ZAI litigation | 0.50 |
| May-02-02TJT | Case Administration - Prepare letter to J. Sakalo re: CNO re: Bilzin January 2002 Fee Application and Sixth Interim Reimbursement Request of Committee | 0.10 |
| May-02-02LLC | Case Administration - E-mail to S. Jones at Conway Del Genio re: new compensation procedures | 0.30 |
| May-02-02LLC | Case Administration - E-mail to Fee Auditor re: new billing categories | 0.20 |
| May-03-02TJT | Case Administration - Review pleading re: UST's Objection to Retention of PWC nunc pro tunc | 0.10 |
| May-04-02TJT | Case Administration - Review proposed agenda for 5/20/02 hearing | 0.10 |
| May-04-02TJT | Case Administration - Prepare e-mail to J. Sakalo re: 4/18/02 hearing transcript | 0.10 |
| May-05-02TJT | Case Administration - Review pleading re: Continental Casualty Group Response to the GERAD Opposition to Motion for Preliminary Injunction | 0.10 |
| May-05-02TJT | Case Administration - Review pleading re: Notice of Stipulation between the Debtors and Honeywell re: Relief from Stay | 0.10 |
| May-05-02TJT | Case Administration - Review pleading re: Debtors' Third Quarterly Report of Asset Sales | 0.10 |
| May-05-02TJT | Case Administration - Review pleading re: Debtors' Third Quarterly Report of Settlements | 0.10 |
| May-05-02TJT | Case Administration - Review pleading re: Notice of Stipulation with National Union Fire Insurance Company | 0.10 |
| May-05-02TJT | Case Administration - File Administration re: pleadings | 0.10 |
| May-06-02TJT | Case Administration - Prepare e-mail to J. Sakalo re: 4/22/02 hearing transcript | 0.10 |

| Date | Description | Hours |
|---|---|---|
| May-06-02 TJT | Case Administration - Teleconference with J&J Court Transcribers re: 4/22/02 hearing transcript | 0.10 |
| May-06-02 TJT | Case Administration - Prepare letter to J&J Court Transcribers re: 4/22/02 hearing transcript | 0.10 |
| May-06-02 TJT | Case Administration - Review correspondence re: Dreier 01/02 to 02/02 Fee Application | 0.10 |
| May-06-02 TJT | Case Administration - Review Keefe 1/02 to 2/02 Fee Application | 0.10 |
| May-06-02 TJT | Case Administration - Review McGovern 12/01 to 1/02 Fee Application | 0.10 |
| May-06-02 TJT | Case Administration - Review Hamlin 1/02 to 2/02 Fee Application | 0.10 |
| May-06-02 TJT | Case Administration - Review Budd Larner 12/01 to 2/02 Fee Application | 0.10 |
| May-06-02 LLC | Case Administration - Fax local rule form 101 to S. Jones | 0.20 |
| May-06-02 LLC | Case Administration - Update and revise service list and labels | 0.50 |
| May-06-02 LLC | Case Administration - Call to L. Flores re: billing matters | 0.10 |
| May-06-02 LLC | Case Administration - Return call to S. Jones and CD&G re: Fee Applications | 0.20 |
| May-08-02 RSM | Case Administration - Confer with T. Tacconelli re: scheduling matters | 0.20 |
| May-10-02 RSM | Case Administration - Confer with T. Tacconelli re: Committee Hearing | 0.10 |
| May-10-02 TJT | Case Administration - Teleconference with J. Sakalo re: Special Masters' Fee Application | 0.20 |
| May-11-02 TJT | Case Administration - Review Debtors' Monthly Operating Report for March 2002 | 0.10 |
| May-13-02 TJT | Case Administration - Review correspondence re: e-mail from J. Sakalo re: McGovern's Fee Application Order | 0.10 |
| May-13-02 TJT | Case Administration - Review Agenda for 5/20/02 hearing | 0.10 |
| May-14-02 TJT | Case Administration - Review pleading re: ZAI's Motion to Strike/Response | 0.20 |
| May-14-02 TJT | Case Administration - Review amended agenda for 5/20/02 hearing | 0.10 |
| May-14-02 TJT | Case Administration - Prepare e-mail to J. Sakalo re: ZAI's Motion to Strike/Response | 0.10 |
| May-16-02 RSM | Case Administration - Review Court filings; e-mail to Mr. Sakalo | 0.30 |
| May-18-02 TJT | Case Administration - Review pleading re: Debtors' Response to ZAI's Motion to Strike Proof of Claims | 0.10 |
| May-20-02 RSM | Case Administration - Confer with T. Tacconelli re: 5/20/02 hearing | 0.20 |
| May-20-02 TJT | Case Administration - Request hearing transcript re: 5/20/02 hearing | 0.10 |

| | | | |
|---|---|---|---|
| May-22-02 | RSM | Case Administration - Confer with T. Tacconelli re: conference with Court | 0.30 |
| May-23-02 | LLC | Case Administration - Call to fee auditor's office re: problems with e-mail | 0.20 |
| May-24-02 | TJT | Case Administration - Teleconference with court transcribers re: 4/20/02 hearing transcript | 0.20 |
| May-24-02 | TJT | Case Administration - Teleconference with transcriber re: 5/22/02 hearing transcript | 0.10 |
| May-24-02 | TJT | Case Administration - Review e-mail from J. Sakalo re: 5/20/02 hearing transcript | 0.10 |
| May-24-02 | TJT | Case Administration - Prepare e-mail to J. Sakalo re: 5/20/02 hearing transcript | 0.10 |
| May-24-02 | LLC | Case Administration - E-mail 5/20/02 hearing transcript to Committee | 0.20 |
| May-26-02 | TJT | Case Administration - Print out miscellaneous Fee Applications that were served by e-mail | 0.50 |
| May-28-02 | TJT | Case Administration - Review pleading re: Wallace King's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Carella Byrne's April 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Pitney Hardin's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Campbell Levine's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: L. Tersingi March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Legal Analysis System's September 2001 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Legal Analysis Systems's November 2001 - January 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: E. Warren's January 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Stroock Stroock's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: FIT Policano's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Klett Rooney's March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Steptoe & Johnson's October 2001 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Steptoe & Johnson's January - March 2002 Fee Application | 0.10 |
| May-28-02 | TJT | Case Administration - Review pleading re: Caplin Drysdale's January - March 2002 Fee Application | 0.20 |

| Date | Category - Description | Hours |
|---|---|---|
| May-28-02TJT | Case Administration - Review pleading re: Kramer Naftalis March 2002 Fee Application | 0.10 |
| May-28-02TJT | Case Administration - Review pleading re: Joint Reply of Debtors' and PWC to UST's Objection | 0.10 |
| May-07-02TJT | Bankruptcy Litigation - Review 4/22/02 hearing transcript | 1.30 |
| May-07-02TJT | Bankruptcy Litigation - Prepare e-mail to J. Sakalo re: 4/22/02 hearing transcript | 0.10 |
| May-02-02TJT | Mtgs of Creditors (Committee Meetings) - Review correspondence re: e-mail from K. Dennis re: Committee teleconference | 0.10 |
| May-08-02TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with J. Sakalo re: 5/9/02 Committee telephone conference | 0.10 |
| May-09-02TJT | Mtgs of Creditors (Committee Meetings) - Review correspondence re: Committee telephone conference | 0.10 |
| May-09-02TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with Committee | 1.00 |
| May-20-02TJT | Mtgs of Creditors (Committee Meetings) - Confer with Committee members re: ZAI issues | 0.50 |
| May-24-02TJT | Mtgs of Creditors (Committee Meetings) - Teleconference with Committee | 1.10 |
| May-31-02RSM | Mtgs of Creditors (Committee Meetings) - Attend Committee teleconference | 1.00 |
| May-01-02TJT | Compensation of Other Professionals - Review e-mail re: CDG 1/1 to 3/31 Fee Application | 0.10 |
| May-01-02TJT | Compensation of Other Professionals - Prepare e-mail to S. Jones re: CDG 1/1 to 1/31 Fee Application | 0.10 |
| May-02-02TJT | Compensation of Other Professionals - Review correspondence re: e-mail from S. Jones re: CDG's 1/1 to 1/31 Fee Application | 0.10 |
| May-02-02TJT | Compensation of Other Professionals - Prepare e-mail to L. Coggins re: CDG's 1/1 to 3/31 Fee Application | 0.10 |
| May-09-02TJT | Compensation of Other Professionals - Review correspondence re: e-mail from J. Sakalo re: Notice of Reimbursement of Committee Expenses for March 2002 | 0.10 |
| May-09-02TJT | Compensation of Other Professionals - Retrieve voice mail from J. Sakalo re: Milberg Weiss Retention Application | 0.10 |
| May-09-02LLC | Compensation of Other Professionals - Call to L. Flores re: Committee Fee Application | 0.10 |
| May-09-02LLC | Compensation of Other Professionals - Call from L. Flores re: Committee Fee Application | 0.10 |
| May-10-02TJT | Compensation of Other Professionals - Review Bilzin's March 2002 Fee Application | 0.10 |

| | | |
|---|---|---|
| May-10-02 TJT | Compensation of Other Professionals - Review HR&A's March 2002 Fee Application | 0.10 |
| May-10-02 TJT | Compensation of Other Professionals - Review Committee's March 2002 Expense Reimbursement Request | 0.10 |
| May-10-02 LLC | Compensation of Other Professionals - Finalize Bilzin 9th Fee Application for e-filing | 0.40 |
| May-10-02 LLC | Compensation of Other Professionals - Finalize Committee 7th Expense Statement for e-filing | 0.40 |
| May-10-02 LLC | Compensation of Other Professionals - Finalize Rabinovitz 1st Fee Application for e-filing | 0.40 |
| May-10-02 LLC | Compensation of Other Professionals - E-file and serve 9th Bilzin Fee Application | 0.70 |
| May-10-02 LLC | Compensation of Other Professionals - E-file and serve 7th Committee expense statement | 0.70 |
| May-10-02 LLC | Compensation of Other Professionals - E-file and serve 1st Rabinovitz Fee Application | 0.70 |
| May-13-02 TJT | Compensation of Other Professionals - Prepare letter to J. Sakalo re: Bilzin's Seventh Interim Fee Application | 0.10 |
| May-14-02 TJT | Compensation of Other Professionals - Prepare letter to J. Sakalo re: Fee Applications for Special Masters | 0.10 |
| May-15-02 LLC | Compensation of Other Professionals - Review docket re: Fee Application's and CNO's filed | 0.30 |
| May-16-02 TJT | Compensation of Other Professionals - Teleconference with J. Sakalo re: Bilzin Sumberg Quarterly Fee Application | 0.10 |
| May-16-02 TJT | Compensation of Other Professionals - Review correspondence re: e-mail from J. Sakalo re: Bilzin Quarterly Fee Application | 0.10 |
| May-17-02 TJT | Compensation of Other Professionals - Teleconference with J. Sakalo re: Bilzin Quarterly Fee Application | 0.10 |
| May-18-02 TJT | Compensation of Other Professionals - Prepare e-mail to J. Sakalo re: exhibits for Fee Application | 0.10 |
| May-23-02 LLC | Compensation of Other Professionals - E-mail and call from S. Jones re: CDG Fee Application | 0.30 |
| May-24-02 TJT | Compensation of Other Professionals - Review correspondence re: e-mail from S. Jones re: CDG's Fourth Interim Fee Application | 0.10 |
| May-24-02 TJT | Compensation of Other Professionals - Review CDG's Fourth Interim Fee Application | 0.10 |
| May-24-02 LLC | Compensation of Other Professionals - Call to S. Jones re: 4th Fee Application exhibits | 0.10 |

| | | |
|---|---|---|
| May-24-02LLC | Compensation of Other Professionals - E-file and serve CDG 4th Fee Application | 0.60 |
| May-24-02LLC | Compensation of Other Professionals - Finalize CDG 4th Fee Application for e-filing | 0.40 |
| May-24-02LLC | Compensation of Other Professionals - Review CDG 4th Interim Fee Application | 0.40 |
| May-24-02LLC | Compensation of Other Professionals - Draft Notice of CDG 4th Fee Application | 0.10 |
| May-24-02LLC | Compensation of Other Professionals - Draft Certificate of Service re: 4th CDG Fee Application | 0.10 |
| May-24-02LLC | Compensation of Other Professionals - Call to S. Jones re: 4th Fee Application verification | 0.10 |
| May-29-02TJT | Compensation of Other Professionals - Prepare letter to G. Boyer re: CDG's Fourth Interim Fee Application | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Review pleading re: Equity Committee's Response to Debtors' Motion to Intervene | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Equity Committee's Response to Debtors' Motion to Intervene | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to R. Turken, S. Baena, J. Sakalo and M. Widom re: Equity Committee's Response to Debtors' Motion to Intervene | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Review letter from E. Wohlforth re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from B. Friedman re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Teleconference with E. Wohlforth re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to co-counsel re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Teleconference with E. Wohlforth re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Case Management Conference on 5/22/02 | 0.10 |
| May-01-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to co-counsel re: Case Management Conference on 5/22/02 | 0.10 |

| Date | Description | Hours |
|---|---|---|
| May-01-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from K. Pasquale to Committee Counsel re: Request for Service of Papers | 0.10 |
| May-02-02TJT | Litigation/Fraudulent Conveyance - Review letter from K. Pasquale to Judge Wolin re: Debtors' Motion to Intervene | 0.10 |
| May-02-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from B. Friedman re: 5/22 Case Management Conference | 0.10 |
| May-02-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: 5/3/02 meeting | 0.20 |
| May-02-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from G. Becker re: service of papers on Equity Committee | 0.10 |
| May-03-02TJT | Litigation/Fraudulent Conveyance - Meeting with B. Friedman and PD Committee Counsel re: case strategy | 3.50 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from J. Sakalo re: Milberg Weiss Retention Application | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: Joint Applications to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Review revised Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Review and revise Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Zaleski re: Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Sakalo re: Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Prepare Affidavit of B. Friedman for e-filing | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Joint Application to Retain Milberg Weiss | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from J. Sakalo re: Milberg Weiss Retention Application | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Zaleski re: Milberg Weiss Retention Application | 0.10 |
| May-09-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Milberg | |

| | | | |
|---|---|---|---|
| | | Weiss Retention Application | 0.10 |
| May-09-02 | TJT | Litigation/Fraudulent Conveyance - File Milberg Weiss Retention Application | 0.50 |
| May-09-02 | TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from E. Wohlforth to counsel re: oral argument Motion to Intervene | 0.10 |
| May-09-02 | LLC | Litigation/Fraudulent Conveyance - Prepare service list | 0.30 |
| May-09-02 | LLC | Litigation/Fraudulent Conveyance - Draft Certificate of Service re: Milberg retention application | 0.20 |
| May-09-02 | LLC | Litigation/Fraudulent Conveyance - Revise service list and e-mail M. Zaleski re: same | 0.20 |
| May-09-02 | LLC | Litigation/Fraudulent Conveyance - Prepare service of Milberg retention motion | 0.50 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel Production of Documents by W.R. Grace | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from R. Fleishman re: Motion to Compel Documents from W.R. Grace | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Zaleski re: Motion to Compel Production of Documents from W.R. Grace | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with A. King re: exhibits to Motion to Compel | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with A. King re: exhibits to Motion to Compel | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Exhibit B to Motion to Compel | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel Production of Documents from W.R. Grace | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Review and revise Motion to Compel | 0.30 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Prepare Exhibits A and B to Motion to Compel for e-filing | 0.20 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Motion to Compel Production of Documents from W.R. Grace | 0.10 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Revise Motion to Compel re: comments from M. Zaleski | 0.20 |
| May-13-02 | TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel Production of Documents from W.R. Grace | 0.10 |
| May-14-02 | TJT | Litigation/Fraudulent Conveyance - Review letter from R. Fleishman to Committee Counsel re: Motion to Compel discovery from W.R. Grace | 0.10 |

| | | |
|---|---|---|
| May-14-02TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel discovery from W.R. Grace | 0.10 |
| May-14-02TJT | Litigation/Fraudulent Conveyance - Review proposed Protective Order re: Motion to Compel Discovery from W.R. Grace | 0.10 |
| May-15-02RSM | Litigation/Fraudulent Conveyance - Confer with T. Tacconelli re: scheduling matters | 0.30 |
| May-16-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from R. Fleishman to counsel re: Revised Protective Order | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review revised Protective Order | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with B. Friedman re: Motion to Retain Milberg Weiss | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review and revise Motion to Compel | 0.50 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Prepare Motion to Compel and related documents for e-filing | 0.50 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with M. Zaleski re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with D. Carickhoff and M. Browdy re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Proposed Order re: Motion to Compel | 0.20 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with R. Fleishman re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Retrieve voice mail message from M. Zaleski re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - File and serve Motion to Compel | 0.50 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Telephone call to D. Carickhoff re: Opposition to Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Telephone call to D. Carickhoff re: Motion to Compel | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Telephone call to D. Carickhoff re: Motion to | |

|              |                                                                                                                                                       |      |
|--------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|              | Compel                                                                                                                                                | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Retrieve voice mail message from D. Carickhoff re: Opposition to Motion to Compel                                  | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review Debtors' Opposition to Motion to Compel                                                                     | 0.30 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review Debtors' Opposition to Motion to Retain Milberg Weiss                                                       | 0.20 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Teleconference with B. Friedman re: Motion to Retain Milberg Weiss                                                 | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Prepare letter to E. Wohlforth re: Motion to Compel Response                                                       | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to R. Fleishman re: Motion to Compel                                                                | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Debtors' Response to Motion to Retain Milberg Weiss                                | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Objection to Motion to Retain Milberg Weiss and Response to Motion to Compel     | 0.10 |
| May-17-02TJT | Litigation/Fraudulent Conveyance - Review amended agenda for 5/20/02 hearing                                                                          | 0.10 |
| May-18-02TJT | Litigation/Fraudulent Conveyance - File Administration re: pleading/correspondence                                                                    | 0.30 |
| May-22-02RSM | Litigation/Fraudulent Conveyance - Review Court filing; e-mail to Mr. Sakalo                                                                          | 0.50 |
| May-22-02TJT | Litigation/Fraudulent Conveyance - Review Order re: Motion to Compel Production of Documents from W.R. Grace                                          | 0.20 |
| May-22-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to J. Sakalo re: Order Granting Motion to Compel Production of Documents                            | 0.10 |
| May-22-02TJT | Litigation/Fraudulent Conveyance - Review Unsecured Creditors Committee's Objection to Motion to Retain Milberg Weiss                                 | 0.10 |
| May-22-02TJT | Litigation/Fraudulent Conveyance - Review letter from E. Wohlforth re: rescheduled hearing on Debtors' Motion to Intervene                            | 0.10 |
| May-23-02RSM | Litigation/Fraudulent Conveyance - Teleconference with Milberg Weiss                                                                                  | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Review United States Motion to Intervene and related documents                                                     | 0.30 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to S. Baena and J. Sakalo re: U.S. Motion to Intervene                                              | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman and R. Fleishman                                                                     |      |

| | | |
|---|---|---|
| | re: U.S. Motion to Intervene | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from J. Sakalo re: U.S. Motion to Intervene | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Review e-mail from R. Fleishman re: U.S. Motion to Intervene | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Teleconference with E. Wohlforth re: U.S. Motion to Intervene | 0.10 |
| May-23-02TJT | Litigation/Fraudulent Conveyance - Teleconference with J. Ellington re: U.S. Motion to Intervene | 0.10 |
| May-24-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from J. Ellington re: change in cite in U.S. 's Motion to Intervene | 0.10 |
| May-24-02TJT | Litigation/Fraudulent Conveyance - Retrieve voice mail message from B. Friedman re: Unsecured Creditors Committee Opposition's to Motion to Retain Milberg Weiss | 0.10 |
| May-24-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: letter from D. Kaplin re: third-party subpoenas | 0.10 |
| May-24-02TJT | Litigation/Fraudulent Conveyance - Review third-party subpoenas | 0.10 |
| May-29-02TJT | Litigation/Fraudulent Conveyance - Review letter from D. Kaplin re: Eric Stallard subpoena | 0.10 |
| May-29-02TJT | Litigation/Fraudulent Conveyance - Teleconference with B. Friedman re: Reply to Objections to Motion to Retain Milberg Weiss | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Review Reply to Opposition to Motion to Retain Milberg Weiss | 0.20 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Teleconference with B. Friedman re: Reply to Objections to Motion to Retain Milberg Weiss | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Zaleski re: Reply to Opposition to Motion to Retain Milber Weis | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from M. Zaleski re: Reply to Objections to Motion to Retain Milberg Weiss | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from B. Friedman re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-30-02TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-31-02TJT | Litigation/Fraudulent Conveyance - Review and revise Reply to Objections to Retain | |

| | | | |
|---|---|---|---|
| | | Milberg Weiss | 1.00 |
| May-31-02 | TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to B. Friedman re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-31-02 | TJT | Litigation/Fraudulent Conveyance - Prepare e-mail to M. Zaleski re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-31-02 | TJT | Litigation/Fraudulent Conveyance - Prepare letter to E. Wohlforth re: Reply to Objections to Retain Milberg Weiss | 0.10 |
| May-31-02 | TJT | Litigation/Fraudulent Conveyance - Review correspondence re: e-mail from B. Friedman re: Memorandum in Support of U.S.'s Motion to Intervene | 0.10 |
| May-31-02 | TJT | Litigation/Fraudulent Conveyance - Review e-mail from B. Friedman re: Memorandum in Support of U.S.'s Motion to Intervene | 0.10 |
| May-31-02 | LLC | Litigation/Fraudulent Conveyance - Serve Reply in Support of Joint Application | 1.00 |
| May-22-02 | TJT | Non-Working Travel Time - Travel to Newark, NJ | 2.00 |
| May-22-02 | TJT | Non-Working Travel Time - Travel to Wilmington, DE | 2.00 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with J. Sakalo re: appeal of Bar Date Order for PD Claims | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with with J. Sakalo re: Appeal of Bar Date Order | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with J. Sakalo re: Appeal of Bar Date Order | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Review docket re: Bar Date Order | 0.20 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Prepare Certificate of Service re: Notice of Appeal of Bar Date Order | 0.20 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Prepare Certificate of Service re: Motion for Leave to File Appeal of Bar Date Order | 0.20 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Review correspondence re: Notice of Appeal of Bar Date Order | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with J. Sakalo re: Notice of Appeal of Bar Date Order | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Review and revise Notice of Appeal of Bar Date Order | 1.00 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with J. Sakalo re: Motion for Leave to Appeal Bar Date Order | 0.10 |
| May-06-02 | TJT | Litigation (Non-bankruptcy/General) - Prepare Notice of Appeal of Bar Date Order | |

|  |  |  |
|---|---|---|
|  | for e-filing | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - Review and revise Motion for Leave to Appeal Bar Date Order | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - Prepare Notice of Appeal of Bar Date Order for e-filing | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - Prepare Motion for Leave to Appeal of Bar Date Order for e-filing | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - File and serve Notice of Appeal of Bar Date Order | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - File and serve Motion to Leave to File Appeal of Bar Date Order | 0.50 |
| May-06-02TJT | Litigation (Non-bankruptcy/General) - Telephone call to J. Sakalo re: service of Appeal papers | 0.10 |
| May-07-02TJT | Litigation (Non-bankruptcy/General) - Prepare letter to J. Sakalo re: Notice of Appeal of Bar Date Order | 0.10 |
| May-07-02TJT | Litigation (Non-bankruptcy/General) - Review e-mail from D. Speights re: Notice of Appeal | 0.10 |
| May-08-02TJT | Litigation (Non-bankruptcy/General) - Review e-mail from J. Sakalo re: appeal papers | 0.10 |
| May-11-02TJT | Litigation (Non-bankruptcy/General) - Prepare e-mail to J. Sakalo re: Bar Date Order Appeal | 0.10 |
| May-13-02TJT | Litigation (Non-bankruptcy/General) - Review e-mail from J. Sakalo re: Bar Date Order Appeal | 0.10 |
| May-16-02TJT | Litigation (Non-bankruptcy/General) - Review Debtors' Response to Motion For Leave to Appeal | 0.10 |
| May-17-02TJT | Litigation (Non-bankruptcy/General) - Teleconference with D. Carickhoff re: appeal | 0.10 |
| May-18-02TJT | Litigation (Non-bankruptcy/General) - Review Appellate rules | 0.10 |
| May-19-02TJT | Litigation (Non-bankruptcy/General) - Prepare Notice of Filing of Exhibit 1 re: Appeal | 0.30 |
| May-19-02TJT | Litigation (Non-bankruptcy/General) - Prepare Certificate of Service re: Notice of Filing of Exhibit 1 re: Appeal | 0.10 |
| May-19-02TJT | Litigation (Non-bankruptcy/General) - Review docket re: appeal papers to be transmitted to District Court | 0.20 |
| May-20-02TJT | Litigation (Non-bankruptcy/General) - File and serve Notice of Filing of Exhibit 1 re: Appeal | 0.30 |
| May-21-02TJT | Litigation (Non-bankruptcy/General) - Review hearing notice re: critical ZAI litigation |  |

| | | | |
|---|---|---|---|
| | | dates | 0.10 |
| May-21-02 | TJT | Litigation (Non-bankruptcy/General) - Teleconference with E. Wohlforth re: Appeal of Bar Date Order | 0.10 |
| May-21-02 | TJT | Litigation (Non-bankruptcy/General) - Prepare letter to E. Wohlforth re: Appeal papers | 0.10 |
| May-24-02 | TJT | Litigation (Non-bankruptcy/General) - Review transcript of 5/20/02 hearing | 0.20 |
| May-24-02 | TJT | Litigation (Non-bankruptcy/General) - Prepare e-mail to Committee Members re: Transcript of 5/20/02 hearing | 0.20 |
| May-24-02 | TJT | Litigation (Non-bankruptcy/General) - Review proposed order denying Motion to Strike ZAI's Proof of Claim | 0.10 |
| May-29-02 | TJT | Litigation (Non-bankruptcy/General) - Review correspondence re: e-mail from S. Baena re: e-mail from J. Kapp re: ZAI litigation | 0.10 |
| May-29-02 | TJT | Litigation (Non-bankruptcy/General) - Review 5/20/02 hearing transcript | 0.20 |
| May-20-02 | TJT | Prepare for and Attendance at Hearings - Prepare for and attend Bankruptcy Court | 4.00 |
| May-22-02 | TJT | Prepare for and Attendance at Hearings - Attend Satus Conference with Judge Wolin | 1.00 |
| May-01-02 | RSM | Compensation of Ferry, Joseph & Pearce - Review 10th and 11th Monthly Fee Applications | 0.20 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - Prepare 10th Fee Application and attachments | 1.50 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - Prepare 11th Fee Application and attachments | 2.00 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - Revise February fee detail | 0.30 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - Revise March fee detail | 0.30 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - E-file and serve 10th monthly Fee Application | 0.50 |
| May-01-02 | LLC | Compensation of Ferry, Joseph & Pearce - E-file and serve 11th monthly Fee Application | 0.50 |
| May-08-02 | LLC | Compensation of Ferry, Joseph & Pearce - Prepare 4th Interim Fee Request in accordance with new procedures | 0.70 |
| May-15-02 | LLC | Compensation of Ferry, Joseph & Pearce - Prepare 4th Interim fee request | 2.90 |
| May-16-02 | LLC | Compensation of Ferry, Joseph & Pearce - Prepare Notice of 4th Interim fee request | 0.40 |
| May-22-02 | LLC | Compensation of Ferry, Joseph & Pearce - E-file and serve CNO re: Docket no. 2000 | 0.40 |
| May-22-02 | LLC | Compensation of Ferry, Joseph & Pearce - E-file and serve CNO re: Docket no. 2001 | 0.40 |

| | | | |
|---|---|---|---:|
| May-23-02 LLC | Compensation of Ferry, Joseph & Pearce - Revise 4th Interim fee request and attachments | | 0.50 |
| May-23-02 LLC | Compensation of Ferry, Joseph & Pearce - E-file and serve 4th Interim fee request | | 0.80 |
| May-03-02 TJT | Creditor Inquiries - Review correspondence re: letter from Frankford Facility Owner | | 0.10 |
| May-04-02 TJT | Creditor Inquiries - Prepare e-mail to J. Sakalo re: response to letter from Frankford Facility Owner | | 0.10 |
| May-29-02 TJT | Creditor Inquiries - Prepare e-mail to J. Sakalo re: Frankford Facility owner | | 0.10 |

| **SUMMARY** | **RATE** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| Rick S. Miller | $175.00 | 4.40 | $770.00 |
| Theodore J. Tacconelli | $100.00 | 4.00 | $400.00 |
| Theodore J. Tacconelli | $200.00 | 42.90 | $8,580.00 |
| Legal Assistant - LLC | $80.00 | 21.20 | $1,696.00 |
| | | _____ | _____ |
| **Totals** | | **72.50** | **$11,446.00** |

## DISBURSEMENTS

| | | |
|---|---|---|
| May-01-02 | Cost Advance - Copying cost (138 @ .15) | 20.70 |
| May-01-02 | Cost Advance - Postage (2 @ 1.95) | 3.90 |
| May-06-02 | Cost Advance - Federal Express | 42.38 |
| May-06-02 | Cost Advance - Postage | 8.82 |
| May-06-02 | Cost Advance - Copying cost (336 @ .15) | 50.40 |
| May-07-02 | Cost Advance - American Express | 300.00 |
| May-07-02 | Cost Advance - Fax | 11.00 |
| May-08-02 | Cost Advance - J & J Court Transcribers - Deposition Transcript | 91.75 |
| May-09-02 | Cost Advance - Copying cost (320 @ .15) | 48.00 |
| May-09-02 | Cost Advance - Postage (10 @ 1.03) | 10.30 |
| May-10-02 | Cost Advance - Fax | 34.00 |
| May-10-02 | Cost Advance - Copying cost (210 @ .15) | 31.50 |
| May-10-02 | Cost Advance - Postage (2 @ 2.87) | 5.74 |
| May-15-02 | Cost Advance - Parcel's, Inc. | 30.00 |
| May-17-02 | Cost Advance - TriState Courier & Carriage | 40.00 |
| May-18-02 | Cost Advance - Fax | 2.00 |
| May-20-02 | Cost Advance - Lexis Nexis - research | 1.46 |
| May-20-02 | Cost Advance - Copying cost (180 @ .15) | 27.00 |
| May-22-02 | Cost Advance - TriState Courier & Carriage | 40.00 |
| May-22-02 | Cost Advance - Copying cost (180 @ .15) | 27.00 |
| May-22-02 | Cost Advance - Postage (8 @ .80) | 6.40 |
| May-23-02 | Cost Advance - Fax | 25.00 |
| May-24-02 | Cost Advance - Reliable Copy Service | 140.18 |
| May-26-02 | Cost Advance - Copying cost (393 @ .15) | 55.95 |
| May-30-02 | Cost Advance - Fax | 5.00 |
| May-31-02 | Cost Advance - Copying cost (267 @ .15) | 40.08 |
| | **Totals** | **$1,098.56** |

**TOTAL FEE & DISBURSEMENTS** **$12,544.56**