**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: June 27, 2002 at 4:00 p.m**. |
| | ) | **Hearing Date:  Hearing will be held if necessary** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO.  2185**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Application of Hilsoft Notifications For Compensation For Services Rendered and Reimbursement of Expenses ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 27, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $12,588.00 which represents 80% of the fees ($15,735.00) and $28.54, which represents 100% of the expenses requested in the Application for the period April 1, 2002 through April 30, 2002[1], upon the filing of this certification and without the need

---

[1] As of today, the Court has not entered the amended order approving the retention of Hilsoft Notifications.

for entry of a Court order approving the Application.

                FERRY , JOSEPH & PEARCE, P.A.

                /s/ Theodore J. Tacconelli
                Michael B. Joseph (#392)
                Theodore J. Tacconelli (#2678)
                Rick S. Miller (#3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE. 19899
                (302) 575-1555
                Local Counsel to the Official Committee of Asbestos
                Property Damage Claimants

                -and-

                Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                Scott L. Baena, Esq.
                2500 First Union Financial Center
                200 South Biscayne Boulevard
                Miami, FL 33131-2336
                Counsel to the Official Committee of Asbestos
                Property Damage Claimants

Dated: July 3, 2002