# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING SERVICE OF SCHEDULING ORDER

The undersigned counsel hereby certifies that a copy of the attached *Order Requiring a Response to the Motion for Leave to Appeal the Order Dated June 18, 2002 and Setting a Date for Argument (D.I. 2307 )* entered by the Court on July 1, 2002, was served on the parties on the attached Facsimile Service List and on the attached Mail Service List on July 3, 2002.

Dated: July 3, 2002

                                                ELZUFON AUSTIN REARDON
                                                TARLOV & MONDELL, P.A.

                                                /s/ *William D. Sullivan*
                                                William D. Sullivan (No. 2820)
                                                300 Delaware Ave., Suite 1700
                                                P.O. Box 1630
                                                Wilmington, DE  19899
                                                (302) 428-3181

                                                Attorneys for ZAI Claimants

JUL 2 2002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| W.R. GRACE & CO., et., al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case Nos. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | | RE: DOCKET # 2300 |

<u>ORDER REQUIRING A RESPONSE TO THE MOTION FOR LEAVE TO APPEAL THE ORDER DATED JUNE 18, 2002 AND SETTING A DATE FOR ARGUMENT</u>

AND NOW, to-wit, this 1st day of July, 2002, IT IS HEREBY ORDERED that on or before <u>July 15, 2002</u> a Response to the Motion shall be filed.

IT IS FURTHER ORDERED that argument on the motion shall be held on <u>July 22, 2002</u> at <u>10:00 a.m.</u>

IT IS FURTHER ORDERED that the movant shall immediately serve a copy of this order on all parties in interest and file <u>proof of service</u> with the Clerk of the Bankruptcy Court in Delaware no later than <u>July 2nd 2002</u>.

*Judith K. Fitzgerald*
───────────────────
Judith K. Fitzgerald
United States Bankruptcy Judge