# FACSIMILE SERVICE LIST

| Recipient | Representing | Fax No. |
|---|---|---|
| Laura Davis Jones, Esq. | Debtors | 302-652-4400 |
| Hamid R. Rafatjoo, Esq. | Debtors | 310-201-0760 |
| Steven M. Yoder, Esq. | DIP Lender | 302-658-6395 |
| Matthew G. Zaleski, Esq. | Asbestos Claimants | 302-426-9947 |
| William H. Sudell, Jr., Esq. | Travelers | 302-658-3989 |
| Mark D. Collins, Esq. | Chase Manhattan Bank | 302-658-6548 |
| Jeffrey C. Wisler, Esq. |  | 302-658-0380 |
| Michael B. Joseph, Esq. | Property Damage Committee | 302-575-1714 |
| Bruce E. Jameson, Esq. | Asbestos Claimants | 302-658-8111 |
| Mark S. Chehi, Esq. | Sealed Air Corp. | 302-651-3001 |
| James H.M. Sprayregen, Esq. | Debtor | 312-861-2200 |
| Frank J. Perch, Esq. | United States Trustee | 302-573-6497 |
| Derrick Tay, Esq. | Debtor | 416-977-5239 |
| David B. Siegel | Grace | 410-531-4783 |
| William Sparks, Esq. | Grace | 302-652-5338 |
| Elihu Inselbuch, Esq. | Personal Injury Committee | 212-644-6755 |
| Lewis Kruger, Esq. | Creditors Committee | 212-806-6006 |
| Scott L. Baena, Esq. | Property Damage Committee | 305-374-7593 |
| Philip Bentley, Esq. | Equity Committee | 212-715-8000 |
| J. Douglas Bacon, Esq. | DIP Lender | 312-993-9767 |
| Nancy Worth Davis, Esq. | Asbestos Claimants | 843-216-9410 |
| Joseph Grey, Esq. | Asbestos Claimants | 302-654-5181 |

|  |  |  |
|---|---|---|
| Michael R. Lastowski, Esq. | Creditors Committee | 302-657-4901 |
| Mary M. Maloneyhuss, Esq. | General Electric Co. | 302-777-5863 |
| Selinda Melnick, Esq. | Gamma Holding, NV | 302-652-8405 |
| Laurie Selber Silverstein, Esq. | Norfolk Southern Corp. | 302-658-1192 |
| Adam G. Landis, Esq. | Wachovia Bank, N.A. | 302-552-4295 |
| Curtis Crowther, Esq. | Century Indemnity | 302-654-0245 |
| David Blechman | Blackstone Group | 212-583-5012 |
| Aaron A. Garber, Esq. | Potash Corp. | 302-656-8864 |
| Eric Lopez Schnabel, Esq. | Entergy Services, Inc. | 302-552-4295 |
| John D. Demmy, Esq. | First Union Leasing | 302-654-5181 |
| Francis J. Murphy, Esq. | Lloyd's of London | 302-654-4775 |
| James D. Freemen, Esq. | U.S. Environment | 303-312-7331 |
| Matthew D. Cohn, Esq. | U.S. Environment | 303-312-6312 |
| Robert N. Michaelson, Esq. | American Real Estate Holdings | 202-637-5910 |
| Jon L. Heberling, Esq. | Carol Gerard | 406-752-7124 |
| Henry A. Heiman, Esq. | MCNIC Pipeline | 302-658-1473 |
| Brett D. Fallon, Esq. | Caterpillar Financial | 302-658-6901 |
| Michael S. Davis, Esq. | National Union | 212-753-0396 |
| Steven K. Kortanek, Esq. | Carol Gerard | 302-426-9193 |
| Brian C. Parker, Esq. |  | 410-625-9309 |