**CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Response and Objection of The Official Committee of Asbestos Property Damage Claimants To Motion of the Debtors For An Order Authorizing, But Not Requiring The Implementation of Revised Compensation Programs was made on July 5, 2002, upon the following parties in the manner indicated:

      SEE ATTACHED 2002 SERVICE LIST

      Upon penalty of perjury I declare that the foregoing is true and correct.

      /s/Theodore J. Tacconelli
      Theodore J. Tacconelli