IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esquire, certify that I am not less than 18 years of age, and that service of this notice of motion and a copy of the motion was made on July 8, 2002 upon individuals named on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  July 8, 2002                                               /s/Francis J. Murphy_____
                                                                          Francis J. Murphy

00093166.DOC