## SERVICE LIST

**BY HAND DELIVERY**
Laura Davis Jones
David Carickhoff
Pachulski, Stang, Ziehl, Young & Jones, PC
919 North market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**BY HAND DELIVERY**
Michael B. Joseph
Theodore J. Tacconelli
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE 19899

**BY HAND DELIVERY**
Teresa K. D. Currier
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**BY HAND DELIVERY**
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801

**BY HAND DELIVERY**
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

**BY HAND DELIVERY**
Michael R. Lastowski
Duane Morris & Heckshire LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

**BY HAND DELIVERY**
Matthew G. Zaleski, III
Campbell & Levine
Chase Manhattan Center, 15th Floor
1201 N. Market Street
Wilmington, DE 19801

**BY HAND DELIVERY**
William D. Sullivan
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

**BY MAIL**
David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**BY MAIL**
Scott L. Baena
Bilzin Sumberg Dunn Baena
Price & Axelrod
2500 First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

**BY MAIL**
Lewis Kruger
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**BY MAIL**
James H. M. Sprayregen
James W. Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**BY MAIL**
J. Douglas Bacon

00094260.DOC

Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**BY MAIL**
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**BY MAIL**
Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 36th floor
New York, NY 10022

**BY MAIL**
Hamid R. Rafatjoo
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

**BY MAIL**
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**BY MAIL**
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202