IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: June 6, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: August 26, 2002 @ 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 2077

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fourth Interim Quarterly Fee Application Request of

Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of

Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Asbestos Property Damage Claimants for the Period of January 1, 2002 through March

31, 2002 ("the Application").   The undersigned further certifies that the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served no later

than June 6, 2002. [1]

---

[1] The applicant has received informal comments from the fee auditor, but has not yet received the final
report from the fee auditor.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of Asbestos
Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: July 8, 2002