# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## MAY 1, 2002 THROUGH MAY 31, 2002

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/11/02 | Follow up with M. Waller regarding briefing schedule and arrangements regarding same.<br>A. Marchetta | 0.2 | 82.00 |
| 04/11/02 | Respond to e-mail from A. Marchetta regarding status of matter and briefing schedule.<br>M. Waller | 0.2 | 56.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 | 410.00 | 82.00 |
| M. Waller | 0.20 | 280.00 | 56.00 |
| TOTALS | 0.40 | | 138.00 |

2

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/06/02 | Follow up regarding briefing.<br>A. Marchetta | 0.2 | 82.00 |
| 05/09/02 | Follow up regarding information for reply brief.<br>A. Marchetta | 0.3 | 123.00 |
| 05/09/02 | Follow up with A. Marchetta regarding meeting regarding appeal briefing, finalizing the Record On Appeal, and draft memo to K. Helmer and B. Moffitt regarding same.<br>M. Waller | 0.3 | 84.00 |
| 05/13/02 | E-mails and follow up regarding request for extension of time on briefing schedule.<br>A. Marchetta | 0.3 | 123.00 |
| 05/14/02 | Follow up regarding revised briefing schedule.<br>A. Marchetta | 0.4 | 164.00 |
| 05/14/02 | Work with A. Marchetta regarding call from CNA counsel; Telephone conference with CNA counsel E. DeCristofaro regarding briefing schedule; Follow up with A. Marchetta regarding same and meeting regarding briefing schedule and finalizing record on appeal.<br>M. Waller | 0.7 | 196.00 |
| 05/15/02 | Follow up with S. Parker and K. Helmer regarding meeting to discuss preparation of joint appendix for appeal and briefing schedule.<br>M. Waller | 0.1 | 28.00 |
| 05/16/02 | Work with M. Waller, D. Buerrosse, and D. Florence and prepare for upcoming effort on reply brief.<br>B. Moffitt | 0.6 | 147.00 |
| 05/17/02 | Work with attorneys regarding scheduling for reply brief and appendix; follow up regarding information to client.<br>A. Marchetta | 0.6 | 246.00 |
| 05/17/02 | Prepare for reply in connection with appeal with A. Marchetta, K. Helmer, B. Moffitt and S. Parker.<br>M. Waller | 0.5 | 140.00 |
| 05/17/02 | Work with A. Marchetta, M. Waller, B. Moffitt regarding appellate briefing | | |

|  |  |  |  |
|---|---|---|---|
|  | issues and schedule.<br>K. Helmer | 0.3 | 78.00 |
| 05/17/02 | Preparation for joint appendix.<br>B. Moffitt | 0.5 | 122.50 |
| 05/21/02 | Follow up regarding revised briefing schedule.<br>A. Marchetta | 0.5 | 205.00 |
| 05/31/02 | Follow up with A. Marchetta regarding CNA's anticipated motion for leave to file overlength brief.<br>M. Waller | 0.2 | 56.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.30 | 410.00 | 943.00 |
| M. Waller | 1.80 | 280.00 | 504.00 |
| K. Helmer | 0.30 | 260.00 | 78.00 |
| B. Moffitt | 1.10 | 245.00 | 269.50 |
| TOTALS | 5.50 |  | 1,794.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/01/02 | Review e-mails and review and revise settlement documents; e-mail to M. Kemp and A. Frank; e-mail to A Nagy, V. Finkelsten and C. Lane.<br>J. Scordo | 0.8 | 216.00 |
| 05/07/02 | Follow up regarding settlement.<br>A. Marchetta | 0.1 | 41.00 |
| 05/08/02 | Conference with J. Scordo regarding status.<br>A. Marchetta | 0.2 | 82.00 |
| 05/14/02 | Follow up regarding issues with J. Scordo.<br>A. Marchetta | 0.3 | 123.00 |
| 05/22/02 | Review letter of landlord's counsel and suggested revisions; review underlying documents for information needed.<br>J. Scordo | 1.0 | 270.00 |
| 05/24/02 | Conference with J. Scordo regarding settlement; review e-mails regarding same.<br>A. Marchetta | 0.4 | 164.00 |
| 05/24/02 | Email to attorney for landlord making certain changes and objecting to other changes suggested; revise settlement agreement, assignment and amendment to lease and email all documents to counsel.<br>J. Scordo | 1.8 | 486.00 |
| 05/31/02 | Review files and obtain materials for V. Finkelstein; phone P. Sharfstein; e-mail to V. Finkelstein.<br>J. Scordo | 0.4 | 108.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 | 410.00 | 410.00 |
| J. Scordo | 4.00 | 270.00 | 1,080.00 |
| TOTALS | 5.00 | | 1,490.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/02/02 | Telephone conversation with I. Greene regarding escrow agreement and various post-confirmation issues.<br>S. Zuber | 0.3 | 88.50 |
| 05/03/02 | Telephone conversation with I. Greene regarding escrow agreement and various post-confirmation issues.<br>S. Zuber | 0.3 | 88.50 |
| 05/06/02 | Review docket.<br>S. Zuber | 0.2 | 59.00 |
| 05/07/02 | Telephone conversation with J. Geron regarding escrow agreement.<br>S. Zuber | 0.2 | 59.00 |
| 05/07/02 | Telephone conversation with D. Adams regarding various open issues.<br>S. Zuber | 0.2 | 59.00 |
| 05/07/02 | Update pleading board, memoranda file and orders binder.<br>D. Florence | 4.0 | 360.00 |
| 05/14/02 | Review final version of Escrow Agreement.<br>S. Zuber | 1.1 | 324.50 |
| 05/14/02 | Correspondence to R. Talisman regarding Escrow Agreement.<br>S. Zuber | 0.4 | 118.00 |
| 05/14/02 | Correspondence to G. Overman regarding Escrow Agreement.<br>S. Zuber | 0.4 | 118.00 |
| 05/14/02 | Review of revised Escrow Agreement.<br>R. Rutherford | 0.9 | 220.50 |
| 05/15/02 | Review objections to claims and follow up regarding same.<br>A. Marchetta | 0.4 | 164.00 |
| 05/15/02 | Final review of Escrow Agreement; revise correspondence; and circulate Agreement for execution.<br>S. Zuber | 0.6 | 177.00 |
| 05/15/02 | Telephone conversation with J. Sylvester regarding post-confirmation issues. | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | S. Zuber | 0.3 | 88.50 |
| 05/15/02 | Review of Intercat, Inc.'s motion to modify claims, including claim of W. R. Grace; and review orders/judgments entered pre-petition in anticipation of responding to objection. | S. Zuber | 0.7 | 206.50 |
| 05/15/02 | Correspondence to N. Alt, Esq. regarding Intercat, Inc.'s motion to modify claims, including claim of W. R. Grace. | S. Zuber | 0.3 | 88.50 |
| 05/15/02 | Prepare various memos regarding claims' motion. | S. Zuber | 0.4 | 118.00 |
| 05/16/02 | Continued analysis of Intercat's objection to Grace's claim. | S. Zuber | 0.3 | 88.50 |
| 05/16/02 | Follow up with S. Zuber regarding objection to claims. | A. Marchetta | 0.2 | 82.00 |
| 05/20/02 | Follow up regarding claims objection. | A. Marchetta | 0.2 | 82.00 |
| 05/21/02 | Telephone conversation with N. Alt regarding Grace's position as to Intercat's motion to reduce Grace's claim. | S. Zuber | 0.2 | 59.00 |
| 05/22/02 | Review bankruptcy docket. | S. Zuber | 0.2 | 59.00 |
| 05/23/02 | Receipt and review of numerous final fee applications. | S. Zuber | 0.3 | 88.50 |
| 05/31/02 | Conference with S. Zuber regarding foreign associate fees. | A. Marchetta | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.10 | 410.00 | 451.00 |
| S. Zuber | 6.40 | 295.00 | 1,888.00 |
| R. Rutherford | 0.90 | 245.00 | 220.50 |
| D. Florence | 4.00 | 90.00 | 360.00 |

TOTALS   12.40                                               2,919.50

Case 01-01139-AMC    Doc 2349-1    Filed 07/09/02    Page 8 of 12

TOTALS   12.40                                               2,919.50

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/01/02 | Telephone conference with Finkelstein. | L. Reilly | 0.1 | 33.50 |
| 05/01/02 | Follow up and telephone conference with client regarding landlord's letter. | A. Marchetta | 0.5 | 205.00 |
| 05/02/02 | Review file & fax parking leases to clients, review proposal to Schultz & e-mail Finkelstein. | L. Reilly | 0.6 | 201.00 |
| 05/09/02 | E-mail Finkelstein regarding ISRA. | L. Reilly | 0.5 | 167.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 410.00 | 205.00 |
| L. Reilly | 1.20 | 335.00 | 402.00 |
| TOTALS | 1.70 | | 607.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/07/02 | Telephone calls regarding status.<br>A. Marchetta | 0.3 | 123.00 |
| 05/08/02 | Telephone conference with USG counsel; review order lifting stay and follow up regarding same.<br>A. Marchetta | 0.7 | 287.00 |
| 05/09/02 | Follow up with USG counsel and review regarding same.<br>A. Marchetta | 0.6 | 246.00 |
| 05/10/02 | Telephone calls regarding U.S. Minerals motion to lift stay.<br>A. Marchetta | 0.3 | 123.00 |
| 05/21/02 | Telephone calls regarding U.S. Minerals motion.<br>A. Marchetta | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 410.00 | 902.00 |
| TOTALS | 2.20 | | 902.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/01/02 | Conferred with S. Zuber regarding submissions to fee auditor. Placed call to P. Cuniff.<br>K. Jasket | 0.2 | 31.00 |
| 05/02/02 | Attention to forwarding prior fee applications to fee auditor by mail and electronic mail. Updated docket.<br>K. Jasket | 1.5 | 232.50 |
| 05/04/02 | Updated docket. Revised March 2002 Fee Application to conform to Amended Order. Forwarded to A. Marchetta and S. Zuber to review.<br>K. Jasket | 1.5 | 232.50 |
| 05/07/02 | Review and revise March, 2002 Fee Application.<br>S. Zuber | 0.3 | 88.50 |
| 05/07/02 | Revised Verification of A. Marchetta. Revised March 2002 Fee Application per S. Zuber. Drafted correspondence to D. Carickhoff enclosing same. Began drafting Quarterly Fee Application for January - March 2002. Updated docket.<br>K. Jasket | 2.7 | 418.50 |
| 05/08/02 | Attention to sending March 2002 Fee Application to local counsel. Updated docket.<br>K. Jasket | 0.3 | 46.50 |
| 05/09/02 | Drafted Quarterly Fee Application for January - March 2002.<br>K. Jasket | 0.9 | 139.50 |
| 05/10/02 | Drafted Quarterly Fee Application fir January - March 2002.<br>K. Jasket | 1.8 | 279.00 |
| 05/13/02 | Follow up regarding Gahrs settlement and disbursement of proceeds.<br>A. Marchetta | 0.3 | 123.00 |
| 05/15/02 | Begin preparing for hearing on interim fee applications.<br>S. Zuber | 0.8 | 236.00 |
| 05/15/02 | Continued drafting Quarterly Fee Application for January - March 2002. Updated docket. Received CNO for February and forwarded to R. Rosen and S. Zuber. Conferred with A. Marchetta and S. Zuber regarding May 20th hearing. Placed call to P. Cuniff regarding hearing. | | |

|  |  |  |  |
|---|---|---|---|
|  | K. Jasket | 2.6 | 403.00 |
| 05/16/02 | Conferred with S. Zuber regarding May 20th hearing. Placed call to D. Carickhoff regarding hearing. Reviewed docket for hearing information. | | |
|  | K. Jasket | 0.9 | 139.50 |
| 05/17/02 | Placed telephone call to P. Cuniff and D. Carickhoff regarding May 20th hearing. Telephone conference with P. Cuniff. Reviewed memo regarding Judge Fitzgerald's Amended Administrative Order. | | |
|  | K. Jasket | 0.4 | 62.00 |
| 05/21/02 | Began drafting Monthly Fee Application for April 2002. Updated docket. | | |
|  | K. Jasket | 1.4 | 217.00 |
| 05/23/02 | Updated docket. Drafted April 2002 Fee Application. Forwarded to S. Zuber for review. | | |
|  | K. Jasket | 1.8 | 279.00 |
| 05/24/02 | Conferred with S. Zuber. Revised April 2002 Fee Application and Quarterly Fee Application for January to March 2002 and forwarded to A. Marchetta. Updated docket. | | |
|  | K. Jasket | 1.1 | 170.50 |
| 05/28/02 | Attention to forwarding Quarterly Fee Application for January - March 2002 and April 2002 Fee Application to D. Carickhoff. | | |
|  | K. Jasket | 0.3 | 46.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 410.00 | 123.00 |
| S. Zuber | 1.10 | 295.00 | 324.50 |
| K. Jasket | 17.40 | 155.00 | 2,697.00 |
| TOTALS | 18.80 |  | 3,144.50 |