**Chemical Coatings, Inc.**
Post Office Box 22000 • Hickory, NC 28603 • Telephone (828) 261-0325 • Fax (828) 431-4565

FILED

2002 JUL -3 AM 11:31

BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Memo

Date: 07-01-2002

Attention: Bankruptcy Clerk

Case Contact: Claims Processing Agent

RE: Change of address

CASE#: 01-01139

DEBTOR'S NAME: W.R. Grace & Co

FROM: Jayne Porter

Phone: 800-522-8266ex6931

Fax: 828-431-4560

E-mail: jporter@rpmwfg.com

Please note our change of address:

NEW ADDRESS:

Mohawk Finishing Products, Inc

P.O. Box 22000

Hickory, N.C. 28603-0200

Old Address:

Mohawk Finishing Products, Inc

4715 S State Hwy 30

Amsterdam, N.Y. 12010

Old Address:

Mohawk Finishing Products, Inc

Route 30 Perth Road

Amsterdam, N.Y. 12010

Thanks
Jayne

1