# EXHIBIT 2

# Proof of Claim / Bar Date Notice
# for WR Grace

**Total number of parties: 247**

## Exhibit 2

## Claims Bar Date Notice & Non-Asbestos POC

ALABAMA DEPT OF ENVIRONMENTAL
MANAGEMENT
PO BOX 301463
MONTGOMERY, AL 36130

ALASKA DEPT OF ENVIRONMENTAL
CONSERVATION
410 WILLOUGHBY AVENUE, STE 105
JUNEAU, AK 99801

ALASKA DEPT OF OF NATURAL
RESOURCES
550 W 7TH AVENUE, STE 1260
ANCHORAGE, AK 99501

ARIZONA DEPT OF ENVIRONMENTAL
QUALITY
3033 N CENTRAL AVENUE
PHOENIX, AZ 85012

ARIZONA DEPT OF FISH & GAME
2221 W GREENWAY
PHOENIX, AZ 85023

ARKANSAS DEPT OF ENVIRONMENTAL
QUALITY
8001 NATIONAL DRIVE
LITTLE ROCK, AR 72209

Bank of America, NA
c/o Banc of America Strategic Solutions, Inc.
Michael J. McKenney, Managing Director
NC1-002-31-31
101 South Tryon Street
Charlotte, NC 28255

BETTY RUTH FOX, ESQ
SENIOR ATTORNEY
LEGAL DIVISION
MS DEPT OF ENVIRONEMENTAL QUALITY
JACKSON, MS 32989-1305

BONNIE SAWYER
OFFICE OF REGIONAL COUNSEL
US EPA REGION 4
SAM NUNN FEDERAL BLDG
ATLANTA, GA 30303

BRUCE FLOWERS, ESQ
GUDA, SLAVICH, & FLORES
5949 SHERRY LANE, STE 1150
DALLAS, TX 75225

CALIFORNIA DEPT OF FISH & GAME
20 LOWER RAGSDALE DRIVE, STE 100
MONTEREY, CA 93940

CALIFORNIA DPET OF TOXIC SUBSTANCES
CONTROL
PO BOX 806
SACRAMENTO, CA 95816

CALIFORNIA EPA
1101 I STREET, 25TH FLR
SACRAMENTO, CA 95814

CARIBBEAN EPA
CENTRO EUROPA BLDG
1492 PONCE DE LEON AVENUE, STE 417
SAN JUAN, PR 00907

Chase Manhattan Bank, NA
Thomas F. Maher
Managing Director
380 Madison Avenue, 9th Floor
New York, NY 10017

COLORADO EPT OF PUBLIC HEALTH &
ENVIRONMENT
4300 CHERRY CREEK DRIVE S, OE-B2
DENVER, CO 80246

CONNECTICUT DEPT OF EPA
79 ELM STREET
HARTFORD, CT 06160

DAVID J NEWTON, REMEDIAL PROJECT
MANAGER
US EPA
PO BOX 6329
BOSTON, MA 02114-6327

DC DEPT OF CONSUMER & REGULATORY
AFFAIRS
2100 MARTIN LUTHER KING AVE SE
WASHINGTON, DC 20001

DELAWARE DEPT OF NATURAL RESOURCES
89 KINGS HIGHWAY
DOVER, DE 19901

DISTRICT OF COLUMBIA DEPT OF HEALTH
825 NORTH CAPITOL STREET NE
ROOM 4165
WASHINGTON, DC 20002

EPA NEW ENGLAND
REGION 1
1 CONGRESS STREET, STE 1100
MAIL CODE HBO
BOSTON, MA 02114

FLORIDA DEPT OF ENVIRONMENTAL
PROTECTION
3900 COMMONWEALTH BLVD
TALLAHASSEE, FL 32399

GEORGIA DEPT OF NATURAL RESOURCES
ENVIRONMENTAL PROTECTION DIV
205 BUTLET STREET SE
1152 EAST TOWER
ATLANTA, GA 30334

GOVERNOR
STAE OF IDAHO
PO BOX 83720
BOISE, ID 83720

HAROLD R REHEIS, DIRECTOR
GEORGIA DEPT OF NATURAL RES
205 BUTLER STREET SE, STE 1462
ATLANTA, GA 30334

HAWAII DEPARTMENT OF HEALTH
1250 PUNCHBOWL STREET, 3RD FLR
HONOLULU, HI 96813

# Exhibit 2
## Claims Bar Date Notice & Non-Asbestos POC

HAWAII DEPT OF LAND AND NATURAL
RESOURCES
KALANIMOKU BLDG
ROOM 130, 1151 PUNCHBOWL STREET
HONOLULU, HI 96813

ILLINOIS DEPT OF NATURAL RESOURCES
LINCOLN TOWER PLAZA
524 SOUTH SECOND STREET, ROOM 500
SPRINGFIELD, IL 62701

INDIANA DEPT OF NATURAL RESOURCES
INDIANA GOVT CENTER SOUTH
402 W WASHINGTON STREET
ROOM W 272
INDIANAPOLIS, IN 46204

KANSAS DEPT OF HEALTH AND
ENVIRONMENT
1000 SOUTHWEST JACKSON, STE 400
TOPEKA, KS 66612

LOUISANA DEPT OF NATURAL RESOURCES
617 NORTH THIRD STREET, PO BOX 94396
BATON ROUGE, LA 70804

MAINE DEPT OF INLAND FISHERIES &
WILDLIFE
287 STATE STREET
STATE HOUSE STATION 41
AUGUSTA, ME 04333

MARYLAND DEPT OF MARINE RESOURCES
2500 BROENING HIGHWAY
BALTIMORE, MD 21224

MASSACHUSETTS EXECUTIVE OFFICE OF
ENVIRONMENTAL AF
251 CAUSEWAY STREET, 9TH FLR
BOSTON, MA 02114

MINNESOTA DEPT OF NATURAL RESOURCES
500 LAFAYETTE ROAD
ST PAUL, MN 55155

MISSOURI DEPT OF NATURAL RESOURCES
205 JEFFERSON STREET
JEFFERSON CITY, MO 65101

IDAHO DEPT OF ENVIRONMENTAL QUALITY
1410 NORTH HILTON STREET
BOISE, ID 83706

ILLINOIS EPA
1021 NORTH GRAND AVENUE EAST
SPRINGFIELD, IL 62706

IOWA DEPT OF NATURAL RESOURCES
4TH FLR WALLACE BLDG
502 EAST 9TH STREET
DES MOINES, IA 50319

KENTUCKY NATURAL RESOURCES &
ENVIRONMENTAL PROTECT
CAPITAL PLAZA TOWER
FRANKFORT, KY 40601

MAINE DEPT OF CONSERVATION
22 STATE HOUSE STATION
AUGUSTA, ME 04333

MAINE DEPT OF MARINE RESOURCES
STATE HOUSE STATION 21
AUGUSTA, ME 04333

MARYLAND DEPT OF NATURAL RESOURCES
TAWES STATE OFFICE BLDG, E-1
580 TAYLOR AVENUE
ANNAPOLIS, MD 21401

MICHIGAN DEPT OF ENVIRONENTAL
QUALITY
106 WEST ALLEGAN STREET
HOLLISTER BLDG, 6TH FLR
LANSING, MI 48909

MINNESOTA POLLUTION CONTROL AGENCY
520 LAFAYETTE ROAD
ST PAUL, MN 55155

MONTANA DEPT OF ENVIRONMENTAL
QUALITY
1520 EAST SIXTH AVENUE
HELENA, MT 59620

ILLINOIS BUREUA OF LAND
NPL UNIT
PO BOX 19276
SPRINGFIELD, IL 62794-9276

INDIANA DEPT OF ENVIRONMENTAL MGT
100 NORTH SENATE AVENUE, PO BOX 6015
INDIANAPOLIS, IN 46206

JEREL L ELLINGTON
SENIOR COUNSEL
US DEPT OF JUSTICE ENVIRON
999 18TH ST, STE 500
DENVER, CO 80202

LOIUSANA DEPT OF ENVIRONMENTAL
QUALITY
7290 BLUEBONNET BOULEVARD
BATON ROUGE, LA 70810

MAINE DEPT OF ENVIRONMENTAL
PROTECTION
STATE HOUSE STATION 17
AUGUSTA, ME 04333

MARK D OSHINSKIE
DEPUTY ATTORNEY GENERAL
NJ DEPT OF LAW AND PUBLIC SAFETY
25 MARKET STREET, PO BOX 093
TRENTON, NJ 08625-0093

MASSACHUSETTS DEPT OF
ENVIRONMENTAL PROTECTION
ONE WINTER STREET
BOSTON, MA 02108

MICHIGAN DEPT OF NATURAL RESOURCES
MASON BLDG
6TH FLOOR, PO BOX 30028
LANSING, MI 48909

MISSISSIPPI DEPT OF ENVIRONMENTAL
QUALITY
2380 HIGHWAY 80 WEST
JACKSON, MS 39204

MONTANA DEPT OF NATURAL RESOURCES
& CONSERVATION
1625 ELEVENTH AVENUE, PO BOX 201601
HELENA, MT 59620

**Exhibit 2**

## Claims Bar Date Notice & Non-Asbestos POC

MR ALAN G LANCE
IDAHO ATTORNEY GENERAL
STATEHOUSE
BOISE, ID 83720

MR ALBERT BENJAMIN CHANDLER
KENTUCKY ATTORNEY GENERAL
STATE CAPITOL, ROOM 116
FRANKFORT, KY 40601

MR ARTHUR SMITH, ON-SCENE
COORDINATOR
US EPA REGION 4
600 DR MARTIN LUTHER KING, JR PLACE
ROOM 216K
LOUISVILLE, KY 40202

MR BRET MOXLEY
US EPA REGION 9
SFD-6, 75 HAWTHORNE STREET
SAN FRANCISCO, CA 94105

MR BRUCE M BOTELHO
ALASKA ATTORNEY GENERAL
PO BOX 110300, DIAMOND COURTHOUSE
JUNEAU, AK 99811

MR DAN KEEFE, PROJECT MANAGER
MA DEPT OF EP
BUREAU OF WASTE SITE CLEANUP
1 WINTER STREET
BOSTON, MA 02108

MR DARRELL V MCGRAW, JR
WEST VIRGINIA ATTORNEY GENERAL
STATE CAPITOL, 1900 KANAWHA BLVD E
CHARLESTON, WV 25305

MR DON MCELROY, PROJECT MANAGER
US EPA REGION 1
ONE CONGRESS STREET, MAILCODE HBO
BOSTON, MA 02108

MR EARL LIVERMAN
ON-SCENE COORDINATOR
US EPA REGION 10
1910 NORTHWEST BLVD, STE 208
COEUR D'ALENE, ID 83814

MR ALAN MACKENZIE
WISCONSIN DEPT OF AGRICULTURE
PO BOX 8911
MADISON, WI 53707

MR ANDREW COHEN
MA DEPT OF EP
OFFICE OF THE GENERAL COUNSEL
1 WINTER STREET, 3RD FLR
BOSTON, MA 02108

MR BILL LOCKYER
CALIFORNIA ATTORNEY GENERAL
1300 I STREET, STE 1740
SACRAMENTO, CA 95814

MR BRIAN CARR, REGIONAL COUNSEL
OFFICE OF REGIONAL COUNSEL
US EPA REGION 2 290 BRAODWAY
NEW YORK, NY 10007

MR CHARLIE CONDON
SOUTH CAROLINA ATTORNEY GENERL
REMBERT C DENNIS BUILDING
PO BOX 11549
COLUMBIA, SC 29211

MR DAN THORNTON
REGIONAL COORDINATOR
REGIONS 3/8 ACCELERATED RESPONSE
CENTER US EPA HEA
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

MR DAVID RABBINO
US EPA REGION 9
75 HAWTHORNE STREET
SAN FRANCISCO, CA 94108

MR DON STENBERG
NEBRASKA ATTORNEY GENERAL
STATE CAPITOL, PO BOX 98920
LINCOLN, NE 68509

MR EDWARD ALS, CHIEF
NEW YORK REMEDIATION BRANCH
EMERGENCY &REMEDIAL RESPONSE DIV US
EPA REGION 2 2
NEW YORK, NY 10007

MR ALAN WEINBERG
DEPUTY REGIONAL DIRECTOR
MASSACHUSETTS DEPT OF ENV PROT
436 DWIGHT ST
SPRINGFIELD, MA 01103

MR ANTHONY TALAK, JR
PA DEPT OF ENVIRONMENTAL RES
230 CHESTNUT ST
MEADVILLE, PA 16335

MR BILL PRYOR
ALABAMA ATTORNEY GENERAL
STATE HOUSE, 11 S UNION STREET
MONTGOMERY, AL 36130

MR BRIAN SMITH, PROJECT MANAGER
MA DEPT OF EP
20 RIVERSIDE DR
LAKEVILLE, MA 02347

MR CHRIS RUDNIK, PROJECT MANAGER
SUPERFUND BRANCH
NATURAL RESOURCES & ENVIR
14 REILLY ROAD
FRANKFROT, KY 40601

MR DANIEL R SCHUETTE, CHIEF OF PERMIT
SECTION
MISSOURI DEPT OF NATURAL RES
PO BOX 176
JEFFERSON CITY, MO 65102

MR DAVID SAMSON
NEW JERSEY ATTORNEY GENERAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET STREET, CN 080
TRENTON, NJ 08625

MR EARL I ANZAI
HAWAII ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

MR ELIOT SPITZER
NEW YORK ATTORNEY GENERAL
DEPARTMENT OF LAW - THE CAPITOL
2ND FLR
ALBANY, NY 12244

# Exhibit 2
## Claims Bar Date Notice & Non-Asbestos POC

MR ERIC RUNKEL
ILLINOIS EPA
2200 CHURCHILL ROAD
SPRINGFIELD, IL 62706

MR GARY GRUELICH, PROJECT MANAGER
NJ DEPT OF EP
DIVISION OF SITE REMEDIATION
2 BABCOCK PLACE
W ORANGE, NJ 07052

MR GERALD HOOVER
US EPA
1650 ARCH STREET
PHILADELPHIA, PA 19103

MR J JOSEPH CURRAN, JR
MARYLAND ATTORNEY GENERAL
200 ST PAUL PLACE
BALTIMORE, MD 21202

MR JEREMIAH W NIXON
MISSOURI ATTORNEY GENERAL
SUPREME COURT BUILDING
207 WEST HIGH STREET
JEFFERSON CITY, MO 65101

MR JOHN CORNYN
TEXAS ATTORNEY GENERAL
CAPITOL STATION, PO BOX 12548
AUSTIN, TX 78711

MR KEN SALAZAR
COLORADO ATTORNEY GENERAL
DEPARTMENT OF LAW
1525 SHERMAN STREET
DENVER, CO 80246

MR KEVIN MCCRANN
OREGON DEPT OF ENVIR QUALITY
2020 SW FOURTH AVE, STE 400
PORTLAND, OR 97201

MR MARK ARTHUR, PROJECT MANAGER
TEXAS NATURAL RES CONS COMM
PO BOX 13097
AUSTIN, TX 78711

MR FRED MICKE
ON-SCENE COORDINATOR
US EPA REGION 5, 77 W JACKSON BLVD
CHICAGO, IL 60604

MR GARY STEWART, MGR
SC DEPT OF HEALTH & ENVIRONMT
2600 BULL ST
COLUMBIA, SC 29201

MR HARDY MYERS
OREGON ATTORNEY GENERAL
JUSTICE BUILDING
1162 COURT STREET NE
SALEM, OR 97310

MR JAMES E DOYLE
WISCONSIN ATTORNEY GENERAL
STATE CAPITOL, STE 114 EAST
PO BOX 7857
MADISON, WI 53707

MR JERRY KILGORE
VIRGINIA ATTORNEY GENERAL
900 E MAIN STREET
RICHMOND, VA 23219

MR JOHN FLOYD
14 REILLY ROAD
FRANKFORT OFFICE PARK
FRANKFORT, KY 40601

MR KENNETH SCHUSTER, PE
NC DEPT OF ENVIRON & NAT RES
DIV OF EM-GROUDWATER SECTION
3800 BARRETT DRIVE, STE 101
RALEIGH, NC 27609

MR LEN PINAUD, PROJECT MANAGER
MA DEPT OF EP
20 RIVERSIDE DR
LAKEVILLE, MA 02347

MR MARK BARNETT
SOUTH DAKOTA ATTORNEY GENERAL
500 E CAPITOL
PIERRE, SD 57501

MR G STEVEN ROWE
MAINE ATTORNEY GENERAL
STATE HOUSE STATION 6
AUGUSTA, ME 04333

MR GERALD HAHN, CASE MANAGER
STATE OF NJ
DEPT OF EP, BUREAU OF UNDERGROUND
STORAGE TANKS, P
401 EAST STATE STREET
TRENTON, NJ 08625

MR HOKE MACMILLAN
WYOMING ATTORNEY GENERAL
STATE CAPITOL BUILDING
CHEYENNE, WY 82002

MR JEFF T CONNEL
MINNESOTA POLLUTION CONTROL
520 LAFAYETTE ROAD
ST PAUL, MN 55115

MR JIM RYAN
ILLINOIS ATTORNEY GENERAL
JAMES R THOMPSON CENTER
100 W RANDOLPH STREET
CHICAGO, IL 60601

MR JOHN O'GRADY
US EPA REGION 5
REMEDIAL & ENFORCEMENT RESPONSE 77
W JACKSON BLVD
CHICAGO, IL 60604

MR KEVIN KIERNAN, COUNSEL
MA DEPT OF EP
20 RIVERSIDE DR
LAKEVILLE, MA 02347

MR MANMOHAN MEHTA
NYSDEC - REGION 8
6274 EAST AVON-LIMA ROAD
AVON, NY 14414

MR MARK PRYOR
ARKANSAS ATTORNEY GENERAL
200 TOWER BLDG, 323 CENTER STREET
LITTLE ROCK, AR 72201

# Exhibit 2

## Claims Bar Date Notice & Non-Asbestos POC

MR MARK SHURTLEFF
UTAH ATTORNEY GENERAL
STATE CAPITOL, ROOM 236
SALT LAKE CITY, UT 84114

MR MATTHEW COHN
SENIOR ENFORCEMENT ATTNY
US EPA REGION 8
OFFICE OF ENFORCEMENT
DENVER, CO 80202

MR MICHAEL FERRIOLA, ON-SCENE
COORDINATOR
US EPA REGION 2
EMERGENCY RESPONSE BRANCH
2890 WOODBRIDGE AVE BLDG 209
EDISON, NJ 00837

MR MICHAEL R LEBLANC, ENVIRONMENTAL
ANALYST
MASSACHUSETTS DEPT OF EP
627 MAIN STREET
WORCESTER, MA 01608

MR MIKE FISHER
PENNSYLVANIA ATTORNEY GENERAL
STRAWBERRY SQUARE
HARRISBURG, PA 17120

MR MIKE HATCH
MINNESOTA ATTORNEY GENERAL
STATE CAPITOL, STE 102
ST PAUL, MN 55155

MR MIKE MCGRATH
MONTANA ATTORNEY GENERAL
JUSTICE BUILDING, 215 NORTH SANDERS
HELENA, MT 59620

MR MIKE MOORE
MISSISSIPPI ATTORNEY GENERAL
DEPT OF JUSTICE, PO BOX 220
JACKSON, MS 39205

MR NATHAN WISER, CHIEF
US EPA REGION 8
TECHNICAL ENFORCEMENT PROGRAM
999 18TH STREET, STE 500
DENVER, CO 80202

MR NESTOR YOUNG, REMEDIAL PROJECT
MGR
US EPA REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GA 30303

MR PAUL G SUMMERS
TENNESSEE ATTORNEY GENERAL
500 CHARLOTTE AVENUE
NASHVILLE, TN 37243

MR PAUL R PERONARD
ON-SCENE COORDINATOR
US EPA REGION 8
OFFICE OF ENFORCEMENT
DENVER, CO 80202

MR PAUL WIERZBICKI, WASTE CLEANUP
SUPV
FLORIDA DEPT OF EPA
PO BOX 15425
W PALM BEACH, FL 33416

MR PHILIP T MCLAUGHLIN
NEW HAMPSHIRE ATTORNEY GENERAL
STATE HOUSE ANNEX, 25 CAPITAL ST
CONCORD, NH 03301

MR RICH HOGAN, SUPERVISOR
DIV OF WASTE MGT
14 REILLY ROAD
FRANKFORT, KY 40601

MR RICHARD BLUEMENTHAL
CONNECTICUT ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06160

MR RICHARD BURGOS
NEW JERSEY DEPT OF EP
DIVISION OF RESPONSIBLE PARTY SITE 401
EAST STATE
TRENTON, NJ 08625

MR RICHARD P LEYOUB
LOUISANA ATTORNEY GENERAL
DEPT OF JUSTICE, PO BOX 94095
BATON ROUGE, LA 70804

MR ROBERT A BUTTERWORTH
FLORIDA ATTORNEY GENERAL
THE CAPITAL, PL 01
TALLAHASSEE, FL 32399

MR ROBERT FRANKS, PROJECT MANAGER
MICHIGAN DEPT OF EQ
ENVIRONMENTAL RESPONSE DIVISION
PO BOX 30426
LANSING, MI 48909

MR ROBERT M MANDEL
ON-SCENE COORDINATOR
US EPA REGION 9, EMERGENCY RESPON
SFD-6, 75 HAWTHO
SAN FRANCISCO, CA 94105

MR ROBERT RIGSBY
DC ATTORNEY GENERAL
OFFICE OF THE CORPORATION COUNSEL
441 4TH ST NW
WASHINGTON, DC 20001

MR ROBERT W COPLAN, ASSOCIATE
REGIONAL COUNSEL
US EPA REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH ST SW
ATLANTA, GA 30303

MR RON SEALS, FIELD OFFICE MGR
DIV OF SUPERFUND
TENNESSE DEPT OF ENVIRONMENT CON 362
CARRIAGE HOUS
JACKSON, TN 38305

# Exhibit 2
## Claims Bar Date Notice & Non-Asbestos POC

MR RONALD KOVACH, DRINKING WATER
TREATMENT SPECIAL
US EPA REGION 5
77 W JACKSON BLVD
CHICAGO, IL 60604

MR SCOTT WILSON, PROJECT MANAGER
SC DEPT OF HEALTH & ENVIRONMT
2600 BULL ST
COLUMBIA, SC 29201

MR STEVE CARTER
INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH 402
W WASHINGTON S
INDIANAPOLIS, IN 46204

MR THURBERT E BAKER
GEORGIA ATTORNEY GENERAL
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

MR TOM MILLER
IOWA ATTORNEY GENERAL
HOOVER STATE OFFICE BUILDING
1305 EAST WALNUT
DES MOINES, IA 50319

MR W A DREW EDMONDSON
OKLAHOMA ATTORNEY GENERAL
STATE CAPITOL, ROOM 112
2300 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105

MRS JENNIFER M LEWIS
US EPA REGION IV
OFFICE OF LEGAL SUPPORT
61 FORSYTH STREET SW
ATLANTA, GA 30303

MS BETH VENS
MICHIGAN DEPT OF EQ
ENVIRONMENTAL RESPONSE DIVISION
10650 BENNETT DRIV
MORRICE, MI 48857

MS CATHERINE Y LIU, PROJECT MGR
TEXAS NATURAL RES CONS COMM
TEAM 1 CORRECTIVE ACTION SECTION
PO BOX 13087
AUSTIN, TX 78711

MR ROWAN E SMITH, EQA
MICHIGAN DEPT OF EQ
ENVIRONMENTAL RESPONSE DIVISION
GAYLORD OFFICE, PO
GAYLORD, MI 49734

MR SERGIO HONL, CASE MANAGER
NEW JERSEY DEPT OF EP
401 EAST STATE STREET, PO BOX 433
TRENTON, NJ 08625

MR SUKHDEV BHALLA, PE CHIEF
BUREAU OF LANDFILL & RECYCLING
DIVISION OF SOLID WASTE MANAGEMENT
NJ DEPT OF EP,
CN-414
TRENTON, NJ 08625

MR TIM STEWART
DIV OF SUPERFUND
TENNESSE DEPT OF ENVIRONMENT CON 401
CHURCH ST
NASHVILLE, TN 37243

MR TOM REILLY
MASSACHUSETTS ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MA 02108

MR WAYNE STENEHJEM
NORTH DAKOTA ATTORNEY GENERAL
STATE CAPITOL, 600 E BOULEVARD AVE
BISMARCK, ND 58505

MS ANNA MAYOR, PROJECT MANAGER
MA DEPT OF EP
ONE WINTER ST, 7TH FLR
BOSTON, MA 02108

MS BETTY D MONTGOMERY
OHIO ATTORNEY GENERAL
STATE OFFICE TOWER
30 EAST BROAD STREET
COLUBUS, OH 43266

MS CHRISTINE O GREGOIRE
WASHINGTON ATTORNEY GENERAL
PO BOX 40100
1125 WASHINGTON STREET SE
OLYMPIA, WA 98504

MR ROY COOPER
NORTH CAROLINA ATTORNEY GENERL
DEPT OF JUSTICE, PO BOX 629
RALEIGH, NC 27602

MR SHELDON WHITEHOUSE
RHODE ISLAND ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903

MR THOMAS W DOWNEY, SECTION CHIEF
BUREAU OF FIELD OPERATIONS
STATE OF NJ, DEPT OF EP
DIV OF RESP PARTIES SITES SOUTHERN
FIELD OFFICE
TRENTON, NJ 08625

MR TOM KALDENBACH
COLORADO DEPT OF NATURAL RES
1313 SHERMAN STREET, ROOM 215
DENVER, CO 80203

MR TONY RUSSELL, CHIEF
UNCONTROLLED SITES SECTION
MS DEPT OF ENVIRONMENTAL QUALITY 101
WEST CAPITAL
JACKSON, MS 39201

MR WILLIAM H SORRELL
VERMONT ATTORNEY GENERAL
109 STATE STREET
MONTPELIER, VT 05609

MS ANNABELLE RODRIGUEZ
PUERTO RICO ATTORNEY GENERAL
PO BOX 192
SAN JUAN, PR 00902

MS CARLA J STOVALL
KANSAS ATTORNEY GENERAL
120 SOUTHWEST 10TH AVENUE, 2ND FLR
TOPEKA, KS 66612

MS DEBORAH E CARLSON
US EPA REGION 3
WHEELING FIELD OFFICE
401 METHODIST BLDG
WHEELING, WV 26003

# Exhibit 2
## Claims Bar Date Notice & Non-Asbestos POC

MS ELIZABETH COX
OFFICE OF THE REGIONAL COUNSEL
US EPA REGION 9, 75 HAWTHORNE ST
SAN FRANCISCO, CA 94105

MS GRETCHEN MUENCH, COUNSEL
US EPA REGION 1
OFFICE OF REGIONAL COUNSEL
JFK FEDERAL BLDG, MAIL CODE RTC
BOSTON, MA 02203

MS JENNIFER GRANHOLM
MICHIGAN ATTORNEY GENERAL
PO BOX 30212, 525 W OTTAWA ST
LANSING, MI 48909

MS KARA R VALENTINE, ASST ATTORNEY
GENERAL
OFFICE OF THE MO ATTNY GENERAL
PO BOX 899, 221 WEST HIGH STREET
JEFFERSON CITY, MO 65102

MS M JANE BRADY
DELAWARE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET
WILMINGTON, DE 19801

MS MARY GARREN, REMEDIAL PROJECT
MGR
US EPA REGION 1
ONE CONGRESS STREET, STE 1100
MAILCODE HBO
BOSTON, MA 02114

MS NIKKI KORKATTI, PROJECT MANAGER
MASSACHUSETTS DEPT OF EP
ONE WINTER STREET, 5TH FLR
BOSTON, MA 02108

MS SONIA R VEGA
ON-SCENE COORDINATOR
US EPA REGION 5, 77 W JACKSON BLVD
CHICAGO, IL 60604

MS ESTENA MCGHEE, PRM
WASTE & CHEMICALS MGT DIV
US EPA REGION 3
1650 ARCH STREET
PHILADELPHIA, PA 19103

MS JANET NAPOLITANO
ARIZONA ATTORNEY GENERAL
1275 W WASHINGTON STREET
PHOENIX, AZ 85007

MS JOYCE ACKERMAN
ON-SCENE COORDINATOR
US EPA REGION 8, 999 18TH ST, STE 500
DENVER, CO 80202

MS LOLITA HILL
US EPA REGION 5
MAIL STATION SC-63
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

MS MAGARET CHONG, ON-SCENE
COORDINATOR
US EPA REGION 2
BLDG 209 - MAILSTOP 211
2890 WOODBRDIGE AVE
EDISON, NJ 08837

MS MELISSA TAYLOR, PROJECT MANAGER
US EPA, REGION 1
OFFICE OF SITE REMEDIATION &
RESTORATION ONE CONGR
BOSTON, MA 02114

MS NOLA M HICKS
ASSISTANT REGIONAL COUNSEL
US EPA REGION 5
77 WEST JACKSON BOULEVARD C-143
CHICAGO, IL 60604

MS VICKEY GALOFRE, CASE MANAGER
NEW JERSEY DEPT OF EP
BUREAU OF FEDERAL CASE MGT
401 EAST STATE STREET, PO BOX 433
TRENTON, NJ 08625

MS FRANKI SUE DEL PAPA
NEVADA ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 NORTH CARSON STREET
CARSON CITY, NV 89701

MS JANET WALDRON
MA DEPT OF EP
BUREAU OF WASTE STE CLEANUP
1 WINTER STREET
BOSTON, MA 02108

MS JUDY L CANOVA, HYDROGEOLOGIST
SC DEPT OF HEALTH & ENVIRONMT
BUREAU OF LAND & WASTE MGT
2600 BULL STREET
COLUMBIA, SC 29201

MS LYDIA BEHN
SUPERFUND COST REC SECTION
US EPA REGION 6, 1445 ROSS AVENUE
DALLAS, TX 75202-2733

MS MARCIA PRESTON, ASSISTANT
COUNSEL
US EPA REGION 3
1650 ARCH ST
PHILADELPHIA, PA 19103

MS MERCEDES PADILLA
PUERTO RICO ENVIRON QUAL BOARD
NATIONAL BANK PLAZA
431 PONCE DE LEON AVENUE
HATO REY, PR 08917

MS PATRICIA A MADRID
NEW MEXICO ATTORNEY GENERAL
PO DRAWER 1508
SANTA FE, NM 87504

MS YVONNE JONES, REMEDIAL PROJECT
MANAGER
US EPA REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GA 30303

**Exhibit 2**

## Claims Bar Date Notice & Non-Asbestos POC

NATIONAL OCEANIC & ATMOSPHERIC
AGENCY
US DEPT OF COMMERCE
14TH & CONSTITUTION AVENUE NW
WASHINGTON, DC 20230

NEBRASKA DEPT OF ENVIRONMENTAL
QUALITY
1200 N STREET, STE 400
LINCOLN, NE 68508

NEBRASKA DEPT OF NATURAL RESOURCES
301 CENTENNIAL MALL SOUTH
LINCOLN, NE 68509

NEVADA DEPT OF CONSERVATION &
NATURAL RESOURCES
123 WEST NYE LANE, ROOM 230
CARSON CITY, NV 89701

NEVADA DIVISION OF ENVIRONMENTAL
PROTECTION
333 WEST NYE LANE
CARSON CITY, NV 89710

NEW HAMPSHIRE DEPT OF ENVIRONMENTAL
SVCS
SIX HAZEN DRIVE
CONCORD, NH 03301

NEW JERSEY DEPT OF EP
401 E STATE ST, PO BOX 402
TRENTON, NJ 08625

NEW MEXICO ENERGY, MINERALS &
NATURAL RESOURCES DE
1220 SOUTH ST FRANCIS DRIVE
PO BOX 6429
SANTA FE, NM 87505

NEW MEXICO ENVIRONMENT DEPARTMENT
1190 ST FRANCIS DRIVE
HAROLD RUNNELS BUILDING
ROOM NORTH 4050
SANTA FE, NM 87505

NEW YORK DEPT OF ENVIRONMENTAL
CONSERVATION
50 WOLF ROAD, RM 403
ALBANY, NY 12233

NEW YORK DEPT OF ENVIRONMENTAL
CONSERVATION
625 BROADWAY, 14TH FLR
ALBANY, NY 12233

NORTH CAROLINA DEPT OF ENVIRONMENT
& NATURAL RESOU
512 N SALISBURY STREET
RALEIGH, NC 27604

NORTH DAKOTA DEPT OF HEALTH
ENVIRONMENTAL HEALTH SECTION
1200 MISSOURI AVENUE, PO BOX 5520
BISMARCK, ND 58506

OHIO DEPT OF NATURAL RESOURCES
1930 BELCHER DRIVE
COLUMBUS, OH 43224

OHIO EPA
LAZARUS GOVT CENTER
122 SOUTH FRONT STREET, 6TH FLR
COLUMBUS, OH 43215

OKLAHOMA DEPT OF ENVIRONMENTAL
QUALITY
707 NORTH ROBINSON, STE 7100
OKLAHOMA CITY, OK 73102

OREGON DEPT OF ENVIRONMENTAL
QUALITY
811 SW SIXTH AVENUE
PORTLAND, OR 97204

PENNSYLVANIA DEPT OF CONSERVATION
& NATURAL RESOUR
RACHEL CARSON STATE OFF BLDG
7TH FLR, PO BOX 8767
HARRISBURG, PA 17105

PENNSYLVANIA DEPT OF EP
RACHEL CARSON STATE OFF BLDG
16TH FLR, 400 MARKET STREET
HARRISBURG, PA 17101

PUERTO RICO ENVIRONMENTAL QUALITY
BOARD
PONCE DE LEON AVENUE
NATIONAL PLAZA BUILDING, 12TH FLR #431
HATO REY, PR 00917

RHODE ISLAND DEPT OF ENVIRONMENTAL
MGT
235 PROMENADE STREET, 4TH FLR
PROVIDENCE, RI 02903

RICHARD A NUSSBAUM
MISSOURI DEPT OF NATURAL RES
1738 EAST ELM ST
JEFFERSON CITY, MO 65102

SECRETARY OF NATURAL RESOURCES
PO BOX 1475
RICHMOND, VA 23212

SECRETARY OF THE ENVIRONMENT
STATE OF OKLAHOMA
3800 N CLASSEN STREET
OKLAHOMA CITY, OK 73118

SOUTH CAROLINA DEPT OF HEALTH &
ENVIRONMENTAL CONT
2600 BULL STREET
COLUMBIA, SC 29201

SOUTH CAROLINA DEPT OF NATURAL
RESOURCES
REMBERT C DENNIS BLDG
1000 ASSEMBLY STREET
COLUMBIA, SC 29201

SOUTH DAKOTA DEPT OF ENVIRONMENT &
NATURAL RES
JOE FOSS BUILDING
523 E CAPITOL
PIERRE, SD 57501

TENNESSEE DEPT OF ENVIRONMENT AND
CONSERVATION
401 CHURCH STREET, 21ST FLR
L&C TOWER
NASHVILLE, TN 37243

TEXAS GENERAL LAND OFFICE
LEGAL DIVISION
1700 N CONGRESS AVENUE
AUSTIN, TX 78701-1495

TEXAS NATURAL RESOURCE
CONSERVATION
12100 PARK 35 CIRCLE
AUSTIN, TX 78753

**Exhibit 2**

## Claims Bar Date Notice & Non-Asbestos POC

TEXAS PARKS & WILDLIFE
RESOURCE PROTECTION DIV
4200 SMITH SCHOOL ROAD
AUSTIN, TX 78744

THOMAS MCINTIRE, ESQ
OFFICE OF GENERAL COUNSEL
DEPT OF ENVIRONMENT & CONSERCATN
312 8TH AVENUE N,
NASHVILLE, TN 37243-1548

US DEPT OF ENERGY
1000 INDEPENDENCE AVE SW
WASHINGTON, DC 20585

US DEPT OF ENERGY
ATLANTA REGIONAL OFFICE
75 SPRING STREET, STE 200
ATLANTA, GA 30308-3308

US DEPT OF ENERGY
BOSTON REGIONAL OFFICE
JOHN F KENNEDY FEDERAL BUILDING
ROOM 675
BOSTON, MA 02203-0002

US DEPT OF ENERGY
CHICAGO REGIONAL OFFICE
ONE SOUTH WACKER DRIVE, STE 2380
CHICAGO, IL 60606-4616

US DEPT OF ENERGY
PHILADELPHIA REGIONAL OFFICE
1880 JOHN F KENNEDY BLVD, STE 501
PHILADELPHIA, PA 19103-7483

US DEPT OF ENERGY
SEATTLE REGIONAL OFFICE
800 FIFTH AVENUE, STE 3950
SEATTLE, WA 98104-3122

US DEPT OF INTERIOR
1849 C STREET NW
WASHINGTON, DC 20240

US EPA HEADQUARTERS
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

US EPA REGION 10
1200 SIXTH AVENUE
SEATTLE, WA 98101

US EPA REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

US EPA REGION 6
1445 ROSS AVENUE, STE 1200
DALLAS, TX 75202

US EPA REGION 7
901 NORTH 5TH STREET
KANSAS CITY, KS 66101

US EPA REGION 8
999 EIGHTEENTH STREET, STE 300
DENVER, CO 80202

US EPA REGION 9
75 HAWTHORNE STREET
SAN FRANCISCO, CA 94105

US EPA, REGION 2
290 BROADWAY
NEW YORK, NY 10007

US EPA, REGION 3
1650 ARCH STREET
PHILADELPHIA, PA 19103

US EPA, REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET SW
ATLANTA, GA 30303

UTAH DEPT OF ENVIRONMENTAL QUALITY
168 NORTH 1950 WEST
SALT LAKE CITY, UT 84116

UTAH DEPT OF NATURAL RESOURCES
1594 W NORTH TEMPLE, STE 3710
PO BOX 145610
SALT LAKE CITY, UT 84114

VERMONT AGENCY OF NATURAL
RESOURCES
103 S MAIN STREET, CENTER BUILDING
WATERBURY, VT 05671

VIRGINIA DEPT OF ENVIRONMENTAL
QUALITY
629 E MAIN STREET
RICHMOND, VA 23219

Wachovia Bank, NA
c/o Wachovia Securities
Joan Anderson, Director
PA 4810 Widener Bldg, 4th Floor
One South Penn Square
Philadelphia, PA 19107-3579

WASHINGTON STATE DEPT OF ECOLOGY
300 DESMOND DRIVE SE
LACEY, WA 98504

WASHINGTON STATE DEPT OF NATURAL
RESOURCES
1111 WASHINGTON STREET SE
PO BOX 47000
OLYMPIA, WA 98504

WEST VIRGINIA DEPT OF ENVIRONMENTAL
PROTECTION
1356 HANSFORD STREET
CHARLESTON, WV 25301

WEST VIRGINIA DIVISION OF NATURAL
RESOURCES
STATE CAPITOL COMPLEX
BUILDING 3, ROOM 669
1900 KANAWHA BOULEVARD
CHARLESTON, WV 25305

WILDA COBB, ESQ
OFFICE OF REGIONAL COUNSEL
US EPA REGION 4
SAM NUNN FEDERAL BLDG
ATLANTA, GA 30303

WISCONSIN DEPT OF NATURAL RESOURCES
101 SOUTH WEBSTER STREET
MADISON, WI 53703

# Exhibit 2

## Claims Bar Date Notice & Non-Asbestos POC

**Subtotal for this group: 247**

WYOMING DEPT OF ENVIRONMENTAL
QUALITY
122 WEST 25TH STREET, 4W
CHEYENNE, WY 82002