IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |

FILED
2002 JUL -8 PM 3: 0
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1. Francis J. Murphy, Esquire, a member of the bar of this Court, pursuant to District Court Rule 83.5 moves the admission pro hac vice of Scott Talmadge, Esquire of Clifford Chance Rogers & Wells, LLP, 200 Park Avenue, New York, NY 10166-0153 to represent KPMG, as Scheme Administrators of English and American Insurance Co., Ltd. The Admittee is admitted, practicing and in good standing in the bar of the State of New York.

_____
Francis J. Murphy
I.D. No. 223

2. The Admittee certifies that he is eligible for admission to this Court, is admitted to practice in good standing in the jurisdictions shown in paragraph 1, above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the courts of, or in the preparation of, this action as provided in Local Rule 83.6, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Scott Talmadge

3. Motion granted.

_____
United States Bankruptcy Judge

Dated: 7/10/02

kpmg-g-1.doc