# EXHIBIT 1



August 1, 2000

Dr. Linda Rosenstock, Director
National Institute for Occupational
   Safety & Health
Hubert H. Humphrey Building Room 715H
200 Independence Ave., S.W.
Washington, DC   20201

Dear Dr. Rosenstock.

I would like to bring to your attention a significant occupational and public health concern regarding the widespread dissemination of amphibole (actinolite-tremolite series) asbestos in Libby, Montana, and potentially in vermiculite end-products used throughout the country. As you may be aware, NIOSH researchers evaluated vermiculite miners, that were exposed to asbestos, in Libby, Montana in the early 1980's. NIOSH investigators found significantly elevated risks of asbestos-related malignant and non-malignant respiratory disease among these workers. Concurrently, Dr. Jim Lockey at the University of Cincinnati identified elevated pulmonary disease among workers with much lower asbestos exposures at a facility processing Libby vermiculite in Ohio. These articles have been included for your information.

In November 1999, Libby became the focus of national attention when it was reported that a number of residents that did not work at the vermiculite mine or processing facilities were suffering from asbestos-related diseases. Subsequently, researchers from the Environmental Protection Agency (EPA), Public Health Service (PHS) Region 8, and Agency for Toxic Substances and Disease Registry (ATSDR) began intensive environmental and public health investigations of the site. Medical screening (e.g., chest x-rays, pulmonary function testing, questionnaires) is currently being conducted on 4200 former workers, family contacts, and others potentially at risk. NIOSH researchers (Dr. Robert Castellan, Dr. Leslie Stayner, Dr. Pat Sullivan, Dr. Vince Castranova, Mr. Ken Wallingford, and Mr. Ralph Zumwalde) have also been providing intermittent technical assistance to these efforts.

One issue that has very recently come to our attention, is that end-product vermiculite insulation, and most likely other end-products, apparently contained appreciable quantities of asbestos, but were marketed, sold, and used throughout the country without adequate labeling or warnings and were commonly considered to be non-toxic (see enclosed information and video tape). Internal company documentation and recent testing of residential insulation materials, reportedly used in over one million homes, reveals that even minimal handling by workers or residents poses a substantial health risk (airborne exposures up to150 times the current occupational standards (0.1 f/cc)).

Recent discussions between the aforementioned federal partners working at the Libby site identified the pressing need for increased NIOSH participation and response to occupational health issues of concern.

$Exemption (b)(5)$

If I can be of any further assistance to you in this matter please contact me at (303) 844-7860 or Dr. Aubrey Miller at (303) 844-7857.

Sincerely,

Hugh S. Sloan, D.S.W.
Assistant Surgeon General
Regional Health Administrator

Enclosures

# EXHIBIT 2

07/10/2002  04:48  ...



**U.S. Environmental Protection Agency**

# Asbestos

General Information

Asbestos in Your
Home

Asbestos Ban and
Phase Out

Vermiculite

EPA Regional and
State   Contacts

Information Resources

Laws and Regulations

NDAAC Directory

## Asbestos in Vermiculite Insulation

The U.S. Environmental Protection Agency (EPA) offices have received a large
number of phone calls from citizens concerned about vermiculite insulation in their
home that might be contaminated with asbestos. EPA is gathering more
information about vermiculite insulation and other products containing vermiculite.
If you suspect vermiculite insulation is in your home, the safest thing is to leave the
material alone. If you decide to remove or must otherwise disturb the material due
to a renovation project, consult with an experienced asbestos contractor. The
following information provides a common-sense approach to help you find out what
kind of insulation is in your home and decide what to do if you have vermiculite
insulation.

Background
Why is it a problem?
What does it look like?
What should I do if I have vermiculite insulation?
How do I find an accredited asbestos removal professional?
Where can I get more information?

### Background

Product names cannot be used to determine if your insulation might contain
asbestos. All vermiculite is likely to contain small or trace amounts of asbestos.
EPA believes that a number of manufacturers produced insulation from vermiculite.
One mine in the United States produced over 70 percent of the world's vermiculite
before the mine was closed in 1990. Vermiculite products generated from this mine
were likely to have been contaminated with asbestos.

### Why is it a problem?

If disturbed, asbestos fibers in vermiculite insulation may get into the air. These
fibers can be inhaled and become trapped in the lungs where they may cause
diseases such as asbestosis, lung cancer, and mesothelioma. These diseases can
develop many years after exposure to asbestos.

### What does it look like?

Vermiculite is a mineral that is shaped like a small nugget, and varies in color from
silver-gold to gray-brown. The asbestos fibers contained in vermiculite insulation
are generally too small to be seen without magnification. Only a trained technician
using careful microscopic examination can see asbestos fibers.


Click on the image to see an enlarged
picture of vermiculite.

## What should I do if I have vermiculite insulation in my home ?

Look at the insulation without disturbing it. If it appears you have vermiculite
insulation in your home, we recommend the following steps:

- If possible, leave the insulation undisturbed. Asbestos particles will not
  become airborne if the insulation is contained. If it's sealed behind
  wallboards and floorboards or is isolated in an attic that is vented outside,
  the best approach is to keep it in place.

- If you are planning to remodel or replace vermiculite insulation, have it
  tested first.
    - EPA recommends using a trained and accredited professional to
      conduct the tests. If you decide to remove the vermiculite home
      insulation, use accredited, licensed asbestos removal professionals.
      Use of a "negative pressure enclosure" technique will prevent
      asbestos fibers and dust from escaping from the attic into the rest of
      the home. **Do not attempt to do this yourself.** You could spread
      asbestos fibers throughout your home, putting you and your family at
      risk of inhaling asbestos fibers.

    - After the vermiculite insulation is removed, you may want to consider
      having air monitoring tests done in your attic and throughout the living
      areas of your home. This is to ensure that the concentration of
      asbestos fibers in the home is low or not present.

## How do I find an accredited asbestos removal professional?

An accredited asbestos inspector has undergone approved training and then taken
examinations to be accredited. He or she will be able to take samples of the
insulation, provide information on the results, and advise about additional tests or
options to consider. Inspectors can be found in the Yellow Pages under "Asbestos
Consulting and Testing" or "Asbestos Abatement." Ask the inspector to provide the
name of the company that trained, accredited him or her. Call that company to
confirm whether a particular inspector has had the required training and has up-to-
date accreditation. If your State has licensing, confirm that the inspector's license is
also current. Companies that can test the air in your home will be found under the
same listings.

## Where can I get more information?

Information can be found on the hotline and web sites below as it becomes

available.

For current information on asbestos and health related information, contact EPA's TSCA Hotline at 1-202-554-1404 or visit EPA headquarters' Asbestos web site: www.epa.gov/asbestos

Also visit the federal Agency for Toxic Substances and Disease Registry (ATSDF) website at www.atsdr.cdc.gov. [Disclaimer]

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Thursday, June 20th, 2002
URL: http://www.epa.gov/asbestos/insulation.html

# EXHIBIT 3

**CAMBRIDGE** CONFIDENTIAL ℝℂℰ𝔇 APR 20 1977

TO: E. S. Wood    DATE:    April 19, 1977

FROM: Julie C. Yang    SUBJECT:    Tremolite Content
in ZONOLITE® Products

CC: E. C. Duecker
    H. A. Eschenbach
    F. W. Eaton
    W. R. Hanlon
    R. M. Vining
    B. R. Williams    C. C. Ou
    J. W. Wolter    S. C. Vaughan
    File: 71-046

### OBJECTIVE:

The objective of this study is to determine the tremolite content in all ZONOLITE products made of both Libby and Kearney vermiculites. In a few cases, repetitious analyses were made for product used on job-sites, so that correlations can be made with the fiber counting results.

### METHOD

When tremolite is determined from the product as received, in most products tremolite was not found by conventional analytical methods. The trace amount can be determined only when intensive concentration techniques are employed. Tremolite determinations are then made from the fractions by quantitative x-ray diffraction analysis and with the aid of petrographic microscopic examination.

### 1. Terra-Lite Vermiculites, Vermite, Redi-Earths and Metro-Mixes

The schematic method of analysis and the results have been reported in T&A 50110 with limited distribution. They are also reported here as shown in schemes 1, 2, and 3.

### 2. Scott Turf Builder

The method of concentration was very similar to that of Terra-Lite Vermiculite scheme #1, except in the water flotation step. A longer soaking period was needed to solubilize all the nutrients present, which was approximately 50% of the total weight.

### 3. ZIC, Attic Fill, Masonry Fill

Same concentration method as Terra-Lite (scheme #1).



EXHIBIT
4
Emergency Notice

07/10/2002 04:45 FAX 040...

To: E.S.Wood
From: J.C.Yang
April 19, 1977

Tremolite Content
in ZONOLITE® Products
Page 2

## 4. MONOKOTE

Analysis of tremolite in MONOKOTE was the most difficult and time-consuming procedure. The glass fibers were screened off, plaster of Paris was dissolved in water about 50-100 times the weight, expanded vermiculite was floated off, and all the washings were combined; filtered and dried. The filter paper and the organic matter were then burnt off; the remaining residue was x-rayed for the tremolite analysis. Detailed separation and concentration procedure is shown in scheme #4.

## 5. ZONOLITE 3300

Separation and concentration techniques are similar to that of MONOKOTE, but dilute acid (in HCl) was used to digest the portland cement binder instead of using large excess of water for solubilizing plaster of Paris. The procedure is shown in scheme #5.

## RESULTS

A. Tremolite Content in ZONOLITE Products

Kearney

| ID No. | Product Description | % Tremolite | | | |
|---|---|---|---|---|---|
| 1 | ZIC K-4  Kearney | 5.466 | | | |
| 2 | ZIC K-4/5 B | 1.715 | | | |
| 4 | Masonry Fill K-4 | 1.605 | | | |
| 9 | Masonry Fill K-3 | .0504 | | | |
| 11 | MK-4 Kearney 3 | <0.08 | | | |
| 13 | MK-5 Kearney 3 | <0.08 | | | |
| 17 | Terra-Lite  Kearney | 4.319 | | | |
| 18 | Terra-Lite  T.R. | 0.016 | | | |
| 20 | Metro Mix 200  T.R. | (as rec'd) 0.398 | (dried)* .477 | | |
| 21 | Redi-Earth  T.R. | (as rec'd) 0.048 | (dried) .071 | | |
| 23 (5) | Verxite Carrier Grade #4, Kearney (St.Louis) | 0.083 (<0.008) | | | |
| 26 | Metro-Mix 300, T.R. | (as rec'd) 0.081 | (dried) 0.121 | | |
| 27 | Metro-Mix 350, T.R. | (as rec'd) 0.156 | (dried) 0.259 | | |

*Metro-Mixes and Redi-Earths were computed both in as-received basis and oven-dried basis since the product has substantial amount of moisture.

E. S. Wood
m: J. C. Yang
il 20, 1977

| :by<br>No. | Product Description | % Tremolite<br>< 0.10<br>0.01 | |
|---|---|---|---|
| 0 | MK-4 (L-3) West Chicago | 0.035 | |
| 6 | Masonry Fill (14D-18) West Chicago | .013 | |
| 9. | Terra-Lite, W. Chicago | (as rec'd) .031 | (dried) .051 |
| 15 | Attic Fill (L-2) W.Chicago | | |
| 28 | Redi-Earth (L) Santa Ana | < 0.02 | |
| 14 | Redi-Earth (L) W. Chicago | (as rec'd)0.034 | (dried)<.043 |
| 15 | Metro-Mix 200 (L) W. Chicago | < 0.007 | |
| 12 | Zonolite 3300 (L-3) W. Chicago | 0.344 | |
| 3 | Concrete Aggregate (14D-18) W. Chicago | <0.009 | |
| 16 | Scott Turf Builder (L) Dark | <0.009 | |
| 22 | Scott Turf Builder (L) Light | | |

B. Tremolite Content in Zonolite Job-site Samples

| ID No. | Product Description | Location | % Tremolite |
|---|---|---|---|
| 8 | ZK Roof Deck (K 4/5 B) | Montgomery, Ala. | 2.828 |
| 9 | Masonry Fill (K-3) | Columbus, Ohio | 0.050 |
| 28 | Redi-Earth (L-4) | Forest Service, Santa Ana | 0.031  (.051)* |
| 51 | Monokote-5 (L-3) | San Diego | <0.105 |
| 54 | Masonry Fill (K-4) | W.Palm Beach, Fla. | 2.86 |
| 55 | ZIC (K-4) | Edison H.S., Miami, Fla. | 0.476 |
| 58 | Masonry Fill (L-3) | Mashburn & Coe Bldg., Oklahoma | 0.250 |
| 57 | Monokote-4 (L-3) | Hyatt Regency, Dallas | 0.240 |

*oven-dried basis

DISCUSSION and COMMENTS

1. Some of the Kearney products showed high "tremolite" content since x-ray dif-
   fraction method cannot distinguish massive tremolite (Hornblende?) and fibrous
   tremolite. Microscopically, most of the Kearney material showed trace or
   absence of fibers.

2. Tremolite fibers can be reduced if a screened vermiculite is used such as in
   vermite. We have observed that most of the fibers are concentrated in the
   fines.

To: E. S. Wood
From: J. C. Yang
April 20, 1977

3. The percentage of tremolite in several samples was expressed in less than a certain value which indicated that tremolite fiber was not detected by our x-ray method. The limit of detection for tremolite by x-ray diffraction technique is about 0.2%. When concentration factors were taken into consideration, the possible maximum tremolite content in each sample was indicated in the analyses.

4. Most of the Monokote showed undetectable tremolite content except #5?, an MK-4 product used at Hyatt Regency in Dallas, which showed a 0.24% tremolite; the value has been double checked and is real.

Julie C. Yang

JCY:elr

# 1. SCHEMATIC DIAGRAMS FOR TREMOLITE ANALYSIS

## L. Tremolite Determinations in Terra-Lite Vermiculite



Julie C. Yang
April 19, 1977

## 2. Tremolite Determination in Redi-Earth



Redi-Earth (350 g)

overnight; oven dried at 110°C

compute the moisture content

overnight — in furnace at 500°C (to burn off the organic matter)

water — to solubilize the nutrient

water flotation

Vermiculite          heavy particles

proceed as
procedure #1

sum

Total Tremolite

Julie C. Yang
April 19, 1977

3. <u>Tremolite Determinations in Metro Mix</u>



<u>Metro-Mix Sample</u>  (400 g)

overnight | oven dried at 100° C
Moisture Content Determination

overnight in furnace at 500° C  (burn off peat moss, pine bark, etc.)

water | to solubilize the nutrient

water flotation

<u>Vermiculite & Perlite</u>

overnight | oven-dried 110° C

<u>Gravel, Sand, Dolomite, Calcite</u>
<u>+ heavy particles (Tremolite)</u>

20 mesh-screen

<u>pea gravel, sand</u>
<u>+ coarse mineral particles</u>

<u>fine mineral dusts, sand, etc.</u>
<u>+ heavy particles</u>

weighed

overnight | oven-dried 110° C
weighed
x-rayed

overnight | oven dried 110° C
weighed
x-rayed

x-rayed
Tremolite content

Tremolite content

Tremolite content

factored

factored

factored

sum
<u>Total Tremolite</u>

Julie C. Yang
April 19, 1977



4. TREMOLITE DETERMINATION IN MONOKOTE

MONOKOTE (200 g)
Screening

+ 6M      - 6 + 20M      - 20M

glass fiber

Vm. & glass fiber
hand pick

plaster of Paris
some short fibers & fines

Water — boil to solubilize plaster

glass fiber    Vm & some fines
water filtration

filtered
dried & weighed
Vm     heavy fraction

repeated many times
total volume of
water used =
10 liters

filtered

110°C oven-dried overnight

500°C overnight to burn off the organic matter

Residue

0.5N HCl
digestion

water flotation

x-rayed
(in triplicate)

Vm & light fines    rock & fiber

filtered
dried & weighed

filtered
dried
weighed

TREMOLITE CONTENT

Julie C. Yang
April 19, 1977

## 5. TREMOLITE DETERMINATION IN ZONOLITE 3300



ZONOLITE 3300 (200 g)

Screening

+ 20M      – 20M

**mostly glass fiber**      **plaster, Vm. rock and fiber**

acid wash      boil   500 ml.   acid in HCl   digestion

250 ml in HCl

Water flotation

filtered, dried & weighed

Water wash      **Vm. & gel** (siliceous material)      **heavy fines**

filtered

110°C overnight    dried

weighed

in triplicate    x-rayed

**TREMOLITE CONTENT**

Julie C. Yang
April 19, 1977

# EXHIBIT 4

023025·16

Construction Products Division

# GRACE

**TO:** E. S. Wood
J. W. Wolter
B. R. Williams
W. R. Hanlon
O. M. Favorito

**FROM:** R. C. Ericson

**cc:** W. F. McCord
B. C. Duecker
R. Locke
F. Eaton

**DATE:** April 7, 1977

**SUBJECT:** 2nd Draft Proposal for MSDS for Vermiculite Concentrate & Finished Products

Jack Wolter and I met today with Bruce Blessington and Bill Hanlon to develop a "sales viewpoint" on my first draft proposals of April 5th. Essentially we were selecting from among the range of options proposed and editing language to take into account potential adverse impact on the business. The result is a consensus which is attached as (5) "2nd Draft" recommendations. These are to be further reviewed at the April 8th Fiber Committee meeting.

R. C. Ericson

rce/lpj



2nd DRAFT    76    ATTACHMENT 0624326

1. **LIBBY TREMOLITE STATEMENT:** Contains less than * % by weight of a naturally occurring contaminant tremolite. OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Other forms of tremolite are platy. Some forms of the contaminant can be fibrillated by physical handling to release airborne "asbestos fibers"/cc; 8 hour time Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc at any one time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

02302817

**KEARNEY TREMOLITE STATEMENT:** Contains less than * % by weight of a naturally occurring mixture of amphibole contaminants; hornblend and tremolite. The predominant morphology of the contaminant is platy (non-fibrous). OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Less than 5% of the contaminant is in a form which can be fibrillated by physical handling to release airborne "asbestos fibers". Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

| % TREMOLITE TABLE BASED ON AVAILABLE CPD TREMOLITE TEST DATA | | |
|---|---|---|
| MIXES | LIBBY | KEARNEY |
| MONOKOTE | 0.10% | .2-2.0% |
| ZONOLITE 3300 | 0.10% | .2-2.0% |
| REDI-EARTH | 0.10% | .2-2.0% |
| METRO-MIX | 0.10% | .2-2.0% |

Per E.S. Wood, definitions above are termed "MINUTE".

| 100% VERMICULITE PRODUCTS | LIBBY | KEARNEY |
|---|---|---|
| MASONRY FILL (#4 size) | xx | xx |
| " " (#3 size) | xx | not applicable |
| ATTIC FILL (#1 size) | unknown | not applicable |
| " " (#2 size) | 0.1% | 1-6% |
| " " (#3 size) | 0.1% | |
| ZONOLITE CONCRETE AGGREGATE | 0.5% | 1-6% |
| (#4 size) | 0.1% | not applicable |
| TERRA-LITE GROWER (#2 size) | 0.1% | 1-6% |
| " - CONSUMER (#3 size) | not applicable | below detectable lim |
| VERXITE (#4 size) | xx | not applicable |
| INDUSTRIAL (#1 size) | 0.1% | not applicable |
| " (#2 size) | 0.1% | 1-6% |
| " (#3 size) | 0.5% | 1-6% |
| " (#4 size) | | |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 1.2 | not applicable |
| Size #2 | 2.5 | not applicable |
| Size #3 | xx | 1-6% |
| Size #4 | xx | 1-10% |
| 4G | xx | xx |
| Size #5 | xx | xx |

** The 5% statement is suggested on the basis of microscopic examination of a single Kearney sample. The 5% figure is an estimate. If we intend to use t approach we would have to generate quantitative lab data by means of linear traverse.

xx - to be determined

2. **AIRBORNE "ASBESTOS FIBER" STATEMENT:**
   1) Airborne fiber levels will not exceed OSHA standards in the intended end use.
   2) The morphology of the tremolite content is predominantly platy (non-fibrous). Airborne fiber levels will not exceed OSHA standards in the intended end use.
   3) Airborne release of the fibrous tremolite content is suppressed by a binder which is added in processing. Airborne fiber levels will not exceed OSHA standards in intended end use.
   4) The normal physical handling given to vermiculite concentrate can create an airborne fiber level in excess of OSHA standards. Compliance with OSHA standards can be assured by various methods: enclosure, exhaust ventilation and dust collection.
   5) The normal physical handling given to vermiculite concentrate can create a nuisance dust level in excess of OSHA standards. Due to the predominantly platy (non-fibrous) character of the tremolite contaminant, the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction. Normal industrial dust control practices should be followed.

RECOMMENDED FIBER STATEMENTS

| | LIBBY | KEARNEY |
|---|---|---|
| **MIXES** | | |
| MONOKOTE | 1* | 1 |
| ZONOLITE 3300 | 1* | 1 |
| REDI-EARTH GROWER | 1 | 1 |
| METRO-MIX GROWER | 1 | 1 |
| | | |
| **100% VERMICULITE PRODUCTS** | | |
| MASONRY FILL (#4 size) | 1 | 1 |
| " " (#3 size) | 1 | 1 |
| ATTIC FILL (#1 size) | Consumer product | |
| " (#2 size) | (MSDS) not | |
| " (#3 size) | appropriate | |
| ZONOLITE CONCRETE AGGREGATE (#4 size) | 1 | 1 |
| TERRA-LITE GROWER (#2 size) | 1 | not applicable |
| TERRA-LITE CONSUMER (#3 size) | 1 | 1 |
| VERXITE | not applicable | below detectable li |
| INDUSTRIAL (#1 size) | MSDS for industrial end uses | |
| " (#2 size) | must be specifically tailored for the | |
| " (#3 size) | particular end use practice & must be | |
| " (#4 size) | developed on the basis of customer input | |
| BULK AGRICULTURAL VERM. #4 | 5 (modified) | 5 (modified) |
| | | |
| **VERMICULITE CONCENTRATE** | LIBBY | KEARNEY |
| Size #1 | 4 | not applicable |
| Size #2 | 4 | not applicable |
| Size #3 | 4 | 5 |
| Size #4 | 4 | 5 |
| 4G | 4 | 5 |
| Size #5 | — | 5 |

The information contained herein is based on knowledge believed to be reliable but W. R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

* Blessington feels that these two products need further discussion & clarification.

ATTACHMENT C    0024328

U.S. DEPARTMENT OF LABOR    E. S. Wood

Occupational Safety and Health Administration

DATE:    J. W. Walter

# MATERIAL SAFETY DATA SHEET

B. R. Williams

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)    W. R. Hanlon

O. M. Favorito

## SECTION I

EMERGENCY TELEPHONE NO.
617-876-1400 x 457

MANUFACTURER'S NAME
W. R. Grace & Co. - Construction Products Division

Quality Assurance Manager

ADDRESS (Number, Street, City, State, and ZIP Code)
62 Whittemore Avenue, Cambridge, MA 02140

TRADE NAME AND SYNONYMS
Vermiculite Concentrate - Libby Mine

CHEMICAL NAME AND SYNONYMS
VERMICULITE CONCENTRATE (Non-expanded) #1 & #2

CHEMICAL FAMILY
Magnesium Aluminosilicate Mineral

FORMULA
$(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)_2 \cdot H_2O$

## SECTION II - HAZARDOUS INGREDIENTS

07302819

Contains less than * % by weight of a naturally
occurring contaminant tremolite. OSHA Regulation 1910.93A defines
tremolite (fibrous form) as asbestos. Some forms of tremolite are platy. Other
forms can be fibrillated by physical handling to release airborne "asbestos
fibers". Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc
8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any
one time for airborne fiber exposure.

* #1:   1.2 .    #2:   2.5

The normal physical handling given to vermiculite concentrate can create an airborne
fiber level in excess of OSHA standards. Compliance with standards can be assured
by various methods: enclosure, exhaust ventilation and dust collection.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | bulk Density lbs/c.f. | 45-65 |
| APPEARANCE AND ODOR | Free flowing irregularly shaped flake - ranging in color from cold to dark grey | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| FLASH POINT (Method used) | | | |
| EXTINGUISHING MEDIA | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | |

PAGE (1)    (Continued on reverse side)    at the time this information was given.

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable, but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

THRESHOLD LIMIT VALUE
Airborne asbestos fiber 2f/cc T.W.A. - ceiling 10f/cc at one time

Dust respirable fraction 5 mgm/M³.    Total dust 15 mgm/M³.       0236420

EMERGENCY AND FIRST AID PROCEDURES                NA

---

## SECTION VI - REACTIVITY DATA        NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|-----------|----------|--|---------------------|--|
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|--------------------------|-----------|--|---------------------|--|
| | WILL NOT OCCUR | | | |

---

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD    Use disposal techniques which control airborne fibers and dust
within the TLV limits of Section V above. See OSHA Standard 1910.93A,
Paragraph (h) (2) Waste Disposal

---

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.93A - Controls such as isolation enclosure, exhaust ventilation and
dust collection shall be used to meet exposure limits. Also see OSHA Standard
1910.93A Personal Protective Equipment for dealing with work environments in excess
of exposure limits.

---

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING
See OSHA standard 1910.1001

OTHER PRECAUTIONS

Form OSHA-20
Rev. May 72

**U.S. DEPARTMENT OF LABOR**
Occupational Safety and Health Administration

E. S. Nsxd

# MATERIAL SAFETY DATA SHEET

DATE:

J. W. Holter

B. R. Williams

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

W. R. Hanlon

O. M. Favorito

## SECTION I

| | |
|---|---|
| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. 617-876-1400 x 447 |
| W. R. Grace & Co. - Construction Products Division | Quality Assurance Manager |
| ADDRESS (Number, Street, City, State, and ZIP Code) 62 Whittemore Ave., Cambridge, MA 02140 | |
| CHEMICAL NAME AND SYNONYMS VERMICULITE CONCENTRATE #3 & #4 AC | TRADE NAME AND SYNONYMS Vermiculite Concentrate - Kearney Mine |
| CHEMICAL FAMILY Magnesium Aluminosilicate Mineral | FORMULA $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)_2 \cdot H_2O$ |

## SECTION II - HAZARDOUS INGREDIENTS

02302821

The normal physical handling given to vermiculite concentrate can create a nuisance dust level in excess of OSHA standards. Due to the predominantly platy (non-fibrous) character of the tremolite contaminant, the dust has a negligible "asbestos fiber" (less than 1% by weight) fraction. Normal industrial dust control practices should be followed.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs/c.f. | 45-65 |
| APPEARANCE AND ODOR | Free flowing irregularly shaped flake - ranging in color from gold to dark grey | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA     NOT APPLICABLE

| | | | |
|---|---|---|---|
| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
| EXTINGUISHING MEDIA | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | |

PAGE (1)

(Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

# SECTION V - HEALTH HAZARD DATA

02302?22

THRESHOLD LIMIT VALUE
Dust respirable fraction 5mgm/M$^3$. Total dust 15mgm/M$^3$.

0524331

EMERGENCY AND FIRST AID PROCEDURES   NA

---

# SECTION VI - REACTIVITY DATA     NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY *(Materials to avoid)*

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

---

# SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD  Use disposal techniques which control airborne
dust within the TLV limits of Section V above.

---

# SECTION VIII - SPECIAL PROTECTION INFORMATION

Respiratory Protection: If TLV is exceeded, use disposable respirator
Type TC-21C-132; 3M #8710 or similar disposable or reusable respirator

---

# SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

Form OSHA-20
Rev. May 72

E. H. Wood
062

# MATERIAL SAFETY DATA SHEET

J. H. Wolter

B. R. Williams

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

W. R. Hanlen

| SECTION I | O. R. Favorite |
|---|---|

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Co. - Construction Products Division | 617-876-1400 x 457. |

| ADDRESS *(Number, Street, City, State, and ZIP Code)* | |
|---|---|
| 62 Whittemore Avenue, Cambridge, MA 02140 | Quality Assurance Manager |

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| NOT APPLICABLE | REDI-EARTH GROWER |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Peat Moss/Vermiculite Mixture | NOT APPLICABLE |

## SECTION II - HAZARDOUS INGREDIENTS

02302823

Expected end use procedures in the grower industry may create dusty conditions.

Airborne fiber levels will not exceed OSHA standards in the intended end use.

Wht
OSHA

## SECTION III - PHYSICAL DATA

| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | NA | Bulk Density lbs/c.f. | 8-10 |

APPEARANCE AND ODOR Slightly moist brown colored free-flowing material

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)

(Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

THRESHOLD LIMIT VALUE
Nuisance dust TLV = 10mg/M³; 5mg/M³ respirable

0230 3321

EMERGENCY AND FIRST AID PROCEDURES          NA

## SECTION VI - REACTIVITY DATA          NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES   NOT APPLICABLE

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED

WASTE DISPOSAL METHOD

## SECTION VIII - SPECIAL PROTECTION INFORMATION   NOT APPLICABLE

RESPIRATORY PROTECTION (Specify type)

| VENTILATION | LOCAL EXHAUST | SPECIAL |
|---|---|---|
| | MECHANICAL (General) | OTHER |

PROTECTIVE GLOVES                    EYE PROTECTION

OTHER PROTECTIVE EQUIPMENT

## SECTION IX - SPECIAL PRECAUTIONS   NOT APPLICABLE

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

Form OSHA-20
Rev. May 72

**GRACE**

TO: E. S. Wood
J. W. Wolter
B. R. Williams
W. R. Hanlon
O. M. Favorito

DATE: April 5, 1977

FROM: R. C. Ericson

SUBJECT: MSDS for Vermiculite
Concentrate & Finished Products

cc: W. F. McCord
H. C. Duecker
R. Locke
P. Eaton

With more data now available, I have drafted some proposed language for Material Safety Data Sheets. My view is that we should have an MSDS for each product in the line because this permits us to make more informative and precise statements.

The most difficult section to complete is Section II -- HAZARDOUS INGREDIENTS. This will include (1) a tremolite statement and (2) an asbestos fibers statement. I am attaching proposals for a standard pattern to follow in this section with (17) distinct finished product classifications. Also attached are (3) examples of complete MSDS for Libby concentrate, Kearney concentrate, and Redi-Earth (an example of a mixed product).

I would expect that a group discussion of these proposals could permit us to develop a consensus draft so that we can respond to numerous pending requests. As a related postscript, I would like to offer my version of a "safety" statement: "We believe our product has an ((1) acceptable or (2) negligible or (3) almost non-existent) hazard at any forseeable exposure levels in its intended end use."

R. C. Ericson

rce/lpj
Attachments

1. **LIBBY TREMOLITE STATEMENT:** Contains less than * % of a naturally occurring contaminant tremolite. OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Some forms of tremolite are platy. Other forms can be fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

**KEARNEY TREMOLITE STATEMENT:** Contains less than * % of a naturally occurring mixture of amphibole contaminants; Hornblend and tremolite. The predominant morphology of the contaminant is platy (non-fibrous). OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos. Less than 5% of the contaminant is in a form which can fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

| * % TREMOLITE TABLE BASED ON AVAILABLE CPD TREMOLITE TEST DATA | | |
|---|---|---|
| MIXES | LIBBY | KEARNEY |
| MONOKOTE | 0.10% | .2-2.0% |
| ZONOLITE 3300 | 0.10% | .2-2.0% |
| REDI-EARTH | 0.10% | .2-2.0% |
| METRO-MIX | 0.10% | .2-2.0% |

Per E.S. Wood, definitions above are termed "MINUTE".

| 100% VERMICULITE PRODUCTS | LIBBY | KEARNEY |
|---|---|---|
| MASONRY FILL (#4 size) | xx | xx |
| " " (#3 size) | xx | xx |
| ATTIC FILL (#1 size) | unknown | not applicable |
| " " (#2 size) | 0.1% | not applicable |
| " " (#3 size) | 0.1% | 1-6% |
| ZONOLITE CONCRETE AGGREGATE (#4 size) | 0.5% | 1-6% |
| TERRA-LITE GROWER (#2 size) | 0.1% | not applicable |
| " " CONSUMER (#3 size) | 0.1% | 1-6% |
| VERXITE (#4 size) | not applicable | below detectable limit |
| INDUSTRIAL (#1 size) | xx | not applicable |
| " (#2 size) | 0.1% | not applicable |
| " (#3 size) | 0.1% | 1-6% |
| " (#4 size) | 0.5% | 1-6% |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 1.2 | not applicable |
| Size #2 | 2.5 | not applicable |
| Size #3 | xx | 1-6% |
| Size #4 | xx | 1-10% |
| 4G | xx | xx |
| Size #5 | xx | xx |

** The 5% statement is suggested on the basis of microscopic examination of a single Kearney sample. The 5% figure is an estimate. If we intend to use this approach we would have to generate quantitative lab data by means of linear traverse.

## 2. AIRBORNE "ASBESTOS FIBER" STATEMENT:

1) Airborne fiber levels will not exceed OSHA standards in the intended end use.
2) The morphology of the tremolite content is predominantly platy (non-fibrous). Airborne fiber levels will not exceed OSHA standards in the intended end use.
3) Airborne release of the fibrous tremolite content is suppressed by a binder which is added in processing. Airborne fiber levels will not exceed OSHA standards in intended end use.
4) The normal physical handling given to vermiculite concentrate can create an airborne fiber level in excess of OSHA standards. Compliance with standards can be assured by various methods: enclosure, exhaust ventilation and dust collection. See W. R. Grace & Co. bulletin #_____ for recommended practices.
5) The normal physical handling given to vermiculite concentrate can create a nuisance dust level in excess of OSHA standards. Due to the predominantly platy (non-fibrous) character of the tremolite contaminant, the dust has a negligible "asbestos fiber" fraction. Normal industrial dust control practices should be followed.

### POSSIBLE FIBER STATEMENTS

| MIXES | LIBBY | KEARNEY |
|---|---|---|
| MONOKOTE | 1 | 1; 2 |
| ZONOLITE 3300 | 1 | 1; 2 |
| REDI-EARTH | 1 | 1; 2; 3 |
| METRO-MIX | 1; 3 | 1; 2; 3 |
| | 1; 3 | |

| 100% VERMICULITE PRODUCTS | LIBBY | KEARNEY |
|---|---|---|
| MASONRY FILL (#4 size) | 3 | 1; 2 |
| "        " (#3 size) | 3 | 1; 2 |
| ATTIC FILL (#1 size) | unknown | |
| "      " (#2 size) | 3 | |
| "      " (#3 size) | unknown | 1; 2 |
| ZONOLITE CONCRETE AGGREGATE (#4 size) | 1 | 1; 2 |
| TERRA-LITE GROWER (#2 size) | 1; 3 | |
| TERRA-LITE CONSUMER (#3 size) | 1 | 1; 2 |
| VERXITE INDUSTRIAL (#1 size) | 3 | |
| "        " (#2 size) | 3 | |
| "        " (#3 size) | 3 | 1; 2 |
| "        " (#4 size) | 3 | 1; 2 |

| VERMICULITE CONCENTRATE | LIBBY | KEARNEY |
|---|---|---|
| Size #1 | 4 | not applicable |
| Size #2 | 4 | not applicable |
| Size #3 | 4 | 5 |
| Size #4 | 4 | 5 |
| 4G | 4 | 5 |
| Size #5 | | 5 |

The information contained herein is based on knowledge believed to be reliable but W. R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

U.S. DEPARTMENT OF LABOR
_cupational Safety and Health Administration

E. S. Wood
J. W. Walter
B. R. Williams
W. R. Hanlon
O. H. Favorito

DATE:

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| | |
|---|---|
| **MANUFACTURERS NAME** | **EMERGENCY TELEPHONE NO.** |
| W. R. Grace & Co. --Construction Products Division | 617-876-1400 x 457 |

**ADDRESS** (Number, Street, City, State, and ZIP Code)
62 Whittemore Avenue, Cambridge, MA 02140          Quality Assurance Manager

**CHEMICAL NAME AND SYNONYMS**          **TRADE NAME AND SYNONYMS**
VERMICULITE CONCENTRATE (Non-expanded) #1 & #2    Vermiculite Concentrate - Libby Mine

**CHEMICAL FAMILY**          **FORMULA**
Magnesium Aluminosilicate Mineral    $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O)_{10}(OH)_2 \cdot H_2O$

## SECTION II - HAZARDOUS INGREDIENTS

1. **TREMOLITE STATEMENT:** Contains less than * % of a naturally occurring contaminant tremolite. OSHA Regulation 1910.93A defines tremolite as asbestos. Some forms of tremolite are platy. Other forms can be fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

   C8302828

   * #1: 1.2     #2: 2.5

   The normal physical handling given to vermiculite concentrate can create an airborne fiber level in excess of OSHA standards. Compliance with standards can be assured by various methods: enclosure, exhaust ventilation and dust collection. See W. R. Grace & Co. bulletin # _____ for recommended practices.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| **BOILING POINT (°F.)** | NA | **SPECIFIC GRAVITY (H₂O=1)** | NA |
| **VAPOR PRESSURE (mm Hg.)** | NA | **PERCENT, VOLATILE BY VOLUME (%)** | NA |
| **VAPOR DENSITY (AIR=1)** | NA | **EVAPORATION RATE ( =1)** | NA |
| **SOLUBILITY IN WATER** | Slight, if any | Bulk Density lbs/c.f. | 45-65 |
| **APPEARANCE AND ODOR** | Free flowing irregularly shaped flake - ranging in color from gold to dark grey | | |

| SECTION IV - FIRE AND EXPLOSION HAZARD DATA | | NOT APPLICABLE | |
|---|---|---|---|
| **FLASH POINT** (Method used) | **FLAMMABLE LIMITS** | Lel | Uel |
| **EXTINGUISHING MEDIA** | | | |
| **SPECIAL FIRE FIGHTING PROCEDURES** | | | |
| **UNUSUAL FIRE AND EXPLOSION HAZARDS** | | | |

PAGE (1)          (Continued on reverse side)          Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

# SECTION V - HEALTH HAZARD DATA

0624338

THRESHOLD LIMIT VALUE
Airborne asbestos fiber 2f/cc T.W.A. - ceiling 10f/cc at one time

0230?800

Dust respirable fraction 5 mgm/M³.   Total dust 15 mgm/M³.

EMERGENCY AND FIRST AID PROCEDURES         NA

---

# SECTION VI - REACTIVITY DATA         NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

---

# SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD   Use disposal techniques which control airborne fibers and dust
within the TLV limits of Section V above. See OSHA Standard 1910.93A.
Paragraph (h) (2) Waste Disposal

---

# SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.93A - Controls such as isolation enclosure, exhaust ventilation and
dust collection shall be used to meet exposure limits. Also see OSHA Standard
1910.93A Personal Protective Equipment for dealing with work environments in excess
of exposure limits.

---

# SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING
See OSHA standard 1910.1001

OTHER PRECAUTIONS

Form OSHA-20
Rev. May 72

E. S. Nixon
J. W. Walter
B. R. Williams
W. R. Hanlon
D. M. Favorito

**DATE:** _____

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

**MANUFACTURER'S NAME**
W. R. Grace & Co. - Construction Products Division

**EMERGENCY TELEPHONE NO.**
617-876-1400 x 437

Quality Assurance Manager

**ADDRESS (Number, Street, City, State, and ZIP Code)**
62 Whittemore Ave., Cambridge, MA    02140

**CHEMICAL NAME AND SYNONYMS**
VERMICULITE CONCENTRATE    #3 & #4

**TRADE NAME AND SYNONYMS**
Vermiculite Concentrate - Kearney Mine

**CHEMICAL FAMILY**
Magnesium Aluminosilicate Mineral

**FORMULA**
$(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)4(O).10(OH).8_2O$

## SECTION II - HAZARDOUS INGREDIENTS

KEARNEY TREMOLITE STATEMENT: Contains less than 6 % of a naturally
occurring mixture of amphibole contaminants; Hornblend and tremolite.
The predominant morphology of the contaminant is platy (non-fibrous).
OSHA Regulation 1910.93A defines tremolite (fibrous form) as asbestos.
Less than 5% of the contaminant is in a form which can be fibrillated
by physical handling to release airborne "asbestos fibers" longer than
5 micrometers. Regulation 1910.93A places a limit of 2 "asbestos fibers"/cc
8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any
one time for airborne fiber exposure.

02302830

* #3: 1-6%;  #4: 1-10%
The normal physical handling given to vermiculite concentrate can create
a nuisance dust level in excess of OSHA standards. Due to the predominantly
platy (non-fibrous) character of the tremolite contaminant, the dust has
a negligible "asbestos fiber" fraction. Normal industrial dust control
practices should be followed.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| **BOILING POINT (°F.)** | NA | **SPECIFIC GRAVITY (H₂O=1)** | NA |
| **VAPOR PRESSURE (mm Hg.)** | NA | **PERCENT, VOLATILE BY VOLUME (%)** | NA |
| **VAPOR DENSITY (AIR=1)** | NA | **EVAPORATION RATE ( =1)** | NA |
| **SOLUBILITY IN WATER** | Slight, if any | Bulk Density lbs/c.f. | 45-65 |
| **APPEARANCE AND ODOR** | Free flowing irregularly shaped flake - ranging in color from gold to dark grey. | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICABLE

| | | | |
|---|---|---|---|
| **FLASH POINT (Method used)** | | **FLAMMABLE LIMITS** | Lel / Uel |
| **EXTINGUISHING MEDIA** | | | |
| **SPECIAL FIRE FIGHTING PROCEDURES** | | | |
| **UNUSUAL FIRE AND EXPLOSION HAZARDS** | | | |

**PAGE (1)**

(Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but
W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations
issued pursuant thereto.

THRESHOLD LIMIT VALUE
Dust respirable fraction =mgm/M$^3$.   Total dust 15mgm/M$^3$.

EMERGENCY AND FIRST AID PROCEDURES.    NA

## SECTION VI - REACTIVITY DATA       NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne dust
within the TLV limits of Section V above.

WASTE DISPOSAL METHOD  Use disposal techniques which control airborne
dust within the TLV limits of Section V above.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

Respiratory Protection: If TLV is exceeded, use disposable respirator
Type TC-21C-132; 3M #8710 or similar disposable or reusable respirator

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

E. S. Wood
062434
J. W. Dolter
B. R. Williams
W. R. Hanlon
O. K. Favorito

DATE:

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

**MANUFACTURER'S NAME**
W. R. Grace & Co. - Construction Products Division

**EMERGENCY TELEPHONE NO.**
617-876-1400 x 45?

**ADDRESS** *(Number, Street, City, State, and ZIP Code)*
62 Whittemore Avenue, Cambridge, MA 02140

Quality Assurance Manager

**CHEMICAL NAME AND SYNONYMS**
NOT APPLICABLE

**TRADE NAME AND SYNONYMS**
REDI-EARTH GROWER

**CHEMICAL FAMILY**
Peat Moss/Vermiculite Mixture

**FORMULA**
NOT APPLICABLE

## SECTION II - HAZARDOUS INGREDIENTS

02102832

1. Contains less than 2.0% of a naturally occurring contaminant tremolite. The morphology of the tremolite content is predominantly platy (non-fibrous). Less than 5% of the contaminant (0.1%) is in a form which can be fibrillated by physical handling to release airborne "asbestos fibers" longer than 5 micrometers.

2. Airborne fiber levels will not exceed OSHA standards in the intended end use.

3. Airborne release of the fibrous tremolite content is suppressed by a binder which is added in processing. Airborne fiber levels will not exceed OSHA standards in intended end use.

NOTE: This section could include any of the following combinations:
1 & 2 or 1 & 3 (Kearney vermiculite only)

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE ( =1) | NA |
| SOLUBILITY IN WATER | NA | Bulk Density lbs/c.f. | 8-10 |

APPEARANCE AND ODOR Slightly moist brown colored free-flowing material

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA NOT APPLICABLE

| FLASH POINT (Method used) | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|
| EXTINGUISHING MEDIA | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | |

PAGE (1)

(Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

02303633

0624342

**THRESHOLD LIMIT VALUE**
Nuisance dust TLV = 10mg/m³; 5mg/m³ respirable

**EMERGENCY AND FIRST AID PROCEDURES**     NA

## SECTION VI - REACTIVITY DATA     NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
| --- | --- | --- | --- | --- |
| | STABLE | | | |

**INCOMPATABILITY** *(Materials to avoid)*

**HAZARDOUS DECOMPOSITION PRODUCTS**

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
| --- | --- | --- | --- | --- |
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES     NOT APPLICABLE

**STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED**

**WASTE DISPOSAL METHOD**

## SECTION VIII - SPECIAL PROTECTION INFORMATION     NOT APPLICABLE

**RESPIRATORY PROTECTION** *(Specify type)*

| VENTILATION | LOCAL EXHAUST | | SPECIAL | |
| --- | --- | --- | --- | --- |
| | MECHANICAL *(General)* | | OTHER | |

| PROTECTIVE GLOVES | | EYE PROTECTION | |
| --- | --- | --- | --- |

**OTHER PROTECTIVE EQUIPMENT**

## SECTION IX - SPECIAL PRECAUTIONS     NOT APPLICABLE

**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING**

**OTHER PRECAUTIONS**

Form OSHA-20
Rev. May 72

0624343 (23028?4

CCM  7___ ___
dell orally at the
___ 4-8-77)

R. C. Ericson ___  Re. MSDS for ___
CC - Wood  ___ + ___ ___

I have reviewed the Draft Proposal
for MSDS for ___ ___
and finished products and have the
following comments

(a) Reference to Regulation 1910.93 ?
___ should be deleted. This
___ The designation given to the
___ OSHA ___ standard ___ it
was revised. The ___
proper designation is to 1910.10c
and the reference should be used
throughout.
___
___ ___

(b) I ___ that the reason
for ___ ___ to indicate
the percent ___ by ___
of ___ content is to give the
recipient ___ ___
___ the indication that
he is not given a product containing
commercial ___ and that the
___ ___ itself ___

0624344

the the ~~product~~ for

Therefore I think that this ~~given an invitation~~ for

(Could be continued on ...)

02302835

containment content so low.

~~I see nothing~~ The request ~~leads to~~

believe that because the present

trouble ~~exposure~~ ~~asbestos~~ content is low

that the the amount of trouble

asbestos fiber released ~~...~~ in

handling. the product will ~~be~~

~~...~~ can be

assumed to be less than that

~~provided~~ by the the

OSHA standard. ~~...~~ to you

~~...~~ required. ~~fiber...~~

trouble asbestos fiber an slight

and ~~so~~ countless number

may be present since so low

that the present by weight

so low. Accordingly I would

recommend that ~~such statement~~ be

deleted.

~~...~~

OSHA standard 1910.1001 regulates

~~asbestos~~ fiber and concentration and it should

the receipts concerning ~~...~~

0624345
0230286

(C) I note that [the asbestos itself is] not mentioned ~~anywhere~~ in the proposed MSDS data sheet for Kearny ore ~~.~~ ~~...~~ ~~Asbestos should ... that the ...~~ ~~the ... that~~ failure that reference to the standard should be ~~... ...~~ made to the standard ~~because~~ since from time to time pockets of ~~of~~ Kearny ore are received in South Carolina which ~~absorbs~~ ~~the~~ a ~~filter~~ of tremolite asbestiform content. Thus the your statement that "the dust has a ~~... ...~~ negligible 'asbestos fiber' (less than 0.5% by weight) fraction." ~~...~~ ~~in confusing...~~ ~~... ...~~ seems confusing. As indicated above a 0.5% tremolite asbestos fiber content ~~constitutes~~ significant ~~... ... because~~ respirable fibers are lighter, & ~~... ...~~ I believe ~~... ...~~ that ~~the~~ ~~a ...~~ that the tremolite asbestiform mineral content of the Kearny ore is less than 0.5% by weight ~~it~~ would be more accurate. However

[left margin handwritten notes:] of ~~... ...~~ your data exactly, ~~... ...~~ these translate ~~... ...~~ ~~asbestos~~ content ~~...~~ in order to specify small & even high ~~...~~ 0.5%. in ~~... ...~~ of South Carolina ore

as I indicated above I ~~do not~~ ~~~~ do not recommend the inclusion of a statement relating to present content of troublesome electrotype manual.

(d) I suggest that H.A. Schmidt be added to CPD's MSDS previous forms.

∂. ᵧᵣ