## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Claimants' Response to Debtors' Objections to the Zonolite Attic Insulation Proofs of Claim was made upon the parties listed below:

**FIRST CLASS MAIL**

David M. Bernick, Esq.
Andrew R. Running, Esq.
James W. Kapp, III, Esq.
Janet S. Baer, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

James J. Restivo, Jr., Esq.
Paul M. Singer, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburg, PA 15219

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


/s/ Charles J. Brown, III
Charles J. Brown, III


*G:\Docs\CLIENT\220548\12077\pleading\00121423.DOC*