## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Claimants' Response to Debtors' Objections to the Zonolite Attic Insulation Proofs of Claim [D.I. 2363] was made upon the attached service list via first class mail this 11th day of July.


/s/ Charles J. Brown, III
Charles J. Brown, III


G:\Docs\CLIENT\220548\12077\pleading\00121423.DOC