| | |
|---|---|
| Frank J. Perch, III<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE 19801 | David B. Siegel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Matthew G. Zaleski, III<br>Campbell & Levine<br>1201 N. Market Street<br>Chase Manhatten Centre, 15th Floor<br>Wilmington, DE 19801 | Michael R. Lastowski<br>Duane Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Scott Baena<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131 | Laura Davis Jones<br>David Carickhoff<br>Pachulski Stang Ziehl Young & Jones<br>919 North Marke Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Lewis Kruger<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | D.J. Baker<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| William S. Katchen<br>Duane Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 | Elihu Inselbuch<br>Rita Tobin<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| Hamid R. Rafatjoo<br>Pachulski Stang Ziehl Young & Jones<br>10100 Santa Monica Blvd, Suite 1100<br>Los Angeles, CA 90067-4100 | Steven M. Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| William H. Sudell, Jr.<br>Eric D. Schwartz<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Peter Van N. Lockwood<br>Julie W. Davis<br>Trevor W. Sweet, III<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005 |

Jeffrey C. Wisler
Michelle McMahon
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

Francis A. Monaco, Jr.
Walsh Monzack and Monaco PA
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801

Fredrick B. Rosner
Walsh Monzack and Monaco PA
1201 N Orange Street, Suite 400
Wilmington, DE  19801

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Mark S. Chehi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Joseph Grey
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
1313 N Market Street, 6th Floor
P.O. Box 410
Wilmington, DE  19899

Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

Aaron A. Garber
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE  19899-1709

Bruce E. Jameson
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Curtis Crowther
White & Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

Jon L. Heberling
McGarvey Heberling Sullivan & McGarvey PC
745 South Main Street
Kalispell, MT  59901

Mary M. Moloney Huss
Wolf Block Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

John D. Demmy  
Stevens & Lee PC  
300 Delaware Avenue  
8th Floor, Suite 800  
Wilmington, DE  19801  

Richard A. Keuler, Jr.  
Reed Smith LLP  
1201 Market Street, Suite 1500  
Wilmington, DE  19801  

James J. Restivo, Jr.  
Paul M. Singer  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA  15219  

Adam G. Landis  
Klett Rooney Lieber & Schorling  
1000 West Street, Suite 1410  
Wilmington, DE  19801  

Margery N. Reed  
Duane Morris & Heckscher LLP  
4200 One Liberty Place  
Philadelphia, PA  19103-7396  

Elizabeth J. Cabraser  
Lieff Cabraser Heimann & Bernstein  
Embarcadero Center West, 30th Floor  
275 Battery Street  
San Francisco, CA  94111  

Nancy Worth Davis  
Ness Motley Loadholt Richardson & Poole  
28 Bridgeside Blvd  
P.O. Box 1792  
Mount Pleasant, SC  29465  

Office of Reorganization  
Securities & Exchange Commission  
3475 Lenox Road, N.E., Suite 1000  
Atlanta, GA  30326-1232  

Alan H. Katz  
Entergy Services, Inc.  
693 Loyola Avenue, Suite 2600  
New Orleans, LA  70113  

Scott Barker  
Credit Manager  
Climax Molybdenum Marketing Corporation  
2600 N. Central Avenue  
Phoenix, AZ  85004  

Thomas Moers Mayer  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY  10022  

J. Douglas Bacon  
Latham & Watkins  
Sears Tower, Suite 5800  
Chicago, IL  60606  

Todd Meyer  
Kilpatrick Stockton  
1100 Peachtree Street  
Atlanta, GA  30309  

District Director  
IRS  
409 Silverside Road  
Wilmington, DE  19809

Judith Greenspan
The Amalgamated Industries & Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY  10003-9511

Mark Browning, Asst Atty General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Eric Lopez Schnabel
James H. Joseph
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Ira S. Greene
Squadron Ellenoff Plesent & Sheinfeld LLP
551 Fifth Avenue
New York, NY  10176

Steven J. Johnson
Gibson Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

David S. Rosenbloom
Jeffery E. Stone
Lewis S. Rosenbloom
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

James D. Freeman
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Patrick L. Hughes
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY  10004

James A. Sylvester
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Charlotte Klenke
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 "K" Street, N.W.
Washington, D.C.  20005-4026

Pamela Zilly
Richard Shinder
David Blechman
The Blackstone Group
345 Park Avenue
New York, NY  10154

| | |
|---|---|
| Stephen H. Case<br>Nancy L. Lazar<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Joseph F. Rice<br>Ness Motley Loadholt Richardson & Poole<br>28 Bridgeside Blvd<br>P.O. Box 1792<br>Mount Pleasant, SC  29465 |
| Steven T. Baron<br>Silber Pearlman LLP<br>2711 North Haskell Avenue, 5th Floor<br>Dallas, TX  75204 | W.J. Winterstein, Jr.<br>John J. Winter<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 |
| Alan R. Brayton<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th Floor<br>New York, NY  10020 |
| Jan M. Hayden<br>William H. Patrick<br>Heller Draper Hayden Patrick & Horn LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 | Christopher R. Momjian<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12Fl. Street, 3rd Floor<br>Philadelphia, PA  19107-3603 |
| Robert M. Fishman<br>Shaw Gussis Domanskis Fishman & Glantz<br>1144 West Fulton Street, Suite 200<br>Chicago, IL  60607 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA  19428-2961 |
| Jonathan W. Young<br>Wildman Harrold Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P.O. Box 8705<br>Dallas, TX  75219 |
| Courtney M. Labson<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Blvd., Suite 400<br>Arlington, VA  22209 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH  43506 |

Thomas Moskie
Bankers Trust Company
Four Albany Street, Fourth Floor
New York, NY  10006

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Kevin D. McDonald
Wilshire Scott & Dyer PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX  77010

Bernice Conn
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan Hyden Womble & Culbreth PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Alan Kolod
Moses & Singer LLP
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6076

John P. Dillman
Linebarger Heard Goggan Blair
Graham Pena & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Paul M. Baisier
Seyfarth Shaw
1545 Peachtree Street, Suite 700
Atlanta, GA  30309

Christopher Beard
Beard & Beard
306 N. Market Street
Frederick, MD  21701

Steven R. Schlesinger
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX  77017

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX  75201

Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter A. Chapman  
24 Perdicaris Place  
Trenton, NJ  08618

Michael J. Urbis  
Jordan Hyden Womble & Culbreth PC  
2390 Central Blvd., Suite G  
Brownsville, TX  78520

John M. Klamann  
Klamann & Hubbard  
7101 College Blvd., Suite 120  
Overland Park, KS  66210

Joseph T. Kremer  
Lipsiptz Green Fahringer Roll Salisbury & Cambria  
42 Delaware Avenue, Suite 300  
Buffalo, NY  14202

Kimberly W. Osenbaugh  
Preston Gates & Ellis LLP  
701 5th Avenue, Suite 5000  
Seattle, WA  98104-7078

Delta Chemical Corporation  
2601 Cannery Avenue  
Baltimore, MD  21226-1595

Randall A. Rios  
Floyd Isgur Rios & Wahrlich PC  
700 Louisiana, Suite 4600  
Houston, TX  77002

Paul M. Matheny  
The Law Offices of Peter G. Angelos PC  
5905 Hartford Road  
Baltimore, MD  21214

Mary A. Coventry  
Sealed Air Corporation  
Park 80 East  
Saddle Brook, NJ  07663

Meridee Moore and Kirsten Lynch  
Farallon Capital Management LLC  
One Maritime Plaza, Suite 1325  
San Francisco, CA  94111

Paul D. Henderson  
Dies Dies & Henderson  
1009 W. Green Avenue  
Orange, TX  77630

Maria Rosoff Eskin  
Jacobs & Crumplar PA  
2 East 7th Street  
P.O. Box 1271  
Wilmington, DE  19899

Thomas J. Noonan, Jr.  
c/o R&S Liquidation Company  
5 Lyons Mall PMB #530  
Basking Ridge, NJ  07920-1928

William E. Frese  
Attn: Sheree L. Kelly  
80 Park Plaza, T5D  
P.O. Box 570  
Newark, NJ  07101

Paul G. Sumers
TN Attorney Gerneral's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

C. Randall Bupp
Plastiras & Terrizzi
24 Professional Center Parkway, Suite 150
San Rafael, CA  94903

Peter S. Goodman
Andrews & Kurth LLP
805 Third Avenue
New York, NY  10022

Elizabeth S. Kardos
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5497

Harry Lee
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

Damon J. Chargois
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

Anton Volovsek
Rt. 2-Box 200 #42
Kamiah, ID  83536-9229

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL  32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Greif Bros. Corp.
250 East Wilson Bridge Road, Suite 175
Worthington, OH  43085-2323

Barbara M. Cook
Katherine L. Taylor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

M. Diane Jasinski
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

| | |
|---|---|
| Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ  85007-1278 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH  43215 |
| Robert Jacobs<br>Jacobs & Crumplar PA<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE  19899 | Stephanie Nolan Deviney<br>Brown & Connery LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ  08108 |
| Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA  70896 | Gary M. Becker<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| Russell W. Savory<br>Gotten Wilson & Savory PLLC<br>200 Jefferson Avenue, Suite 900<br>Memphis, TN  38103 | Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN  38103 |
| Steven R. Bourne<br>Nutter, McClennen & Fish, LLP<br>One International Place<br>Boston, MA  02110-2699 | Daniel H. Slate<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA  90071-3442 |
| James A. Bane<br>KMCC 204029<br>P.O. Box 710<br>Keen Mountain, VA  24624 | Robert H. Rosenbaum<br>M. Evan Meyers<br>Meyers Rodbell & Rosenbaum, PA<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD  20737-1385 |
| Anne Marie P. Kelley<br>Dilworth Paxon, LLP<br>Liberty View- Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ  08034 | Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA  94612-1413 |

James P. Ruggeri  
Scott A. Shail  
Hogan & Harton LLP  
555 Thirteenth Street, NW  
Washington, DC  20004-1109

Judy D. Thompson  
S. Andrew Jurs  
Poyner & Spruill LLP  
100 North Tryon Street, Suite 4000  
Charlotte, NC  28202-4010

Andrea L. Hazzard  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, NY  10004-1482

Authur Stein  
1041 W. Lacey Road  
P.O. Box 1070  
Forked River, NJ  08731-6070

Maggie De La Rosa  
Provost Umphrey Law Firm LLP  
490 Park Street  
Beaumont, TX  77701

Richard M. Meth  
Herrick Feinstein LLP  
2 Penn Plaza, 11th Floor  
Newark, NJ  07105

Dorine Vork  
Stibbe, P.C.  
350 Park Avenue  
New York, NY  10022

Suexirda Prayaga  
7365 MacLeod Lane  
Ofallon, Missouri  63366

Shelley Bethea Gillette & Clark  
3850 E. Baseline Road, Suite 125  
Mesa, AZ  85206

Joseph D. Farrell  
Edward H. Tillinghast, III  
Coudert Brothers  
11114 Avenue of the Americas  
New York, NY  10036

Robert T. Aulgur, Jr.  
P.O. Box 617  
Odessa, DE  19730

Michael T. Kay  
Nancy Draves  
The Dow Chemical Company  
2030 Dow Center  
Midland, MI  48674

Ronald S. Beacher  
Pitney Hardin Kipp & Szuch LLP  
711 Third Avenue, 20th Floor  
New York, NY  10017-4014

Bart Hartman  
Treasurer-Tax Collector  
Attn: Elizabeth Molina  
1600 Pacific Highway, Room 162  
San Diego, CA  92101

David Aelvoet  
Linebargerheard Goggan Blair  
Graham Pena & Sampson LLP  
1000 Tower Life Building  
San Antonio, TX 78205

David Balsley, Jr.  
535 Smithfield Street, Suite 619  
Pittsburgh, PA 15222-2302

James S. Carr  
Christena A. Lambrianakos  
(Counsel for Delco Development Company)  
101 Park Avenue  
New York, NY 10178

Charles C. Trascher, III  
Snellings Breard Sartor Inabnett & Trascher LLP  
P.O. Box 2055  
Monore, LA 71207

Attn: Diane Stewart  
Peoples First Community Bank  
P.O. Box 59950  
Panama City, FL 32412-0950

Michael B. Willey  
Legal Services, 27th Floor  
312 8th Avenue North  
Nashville, TN 37243

Thomas V. Askounis  
Askounis & Borst PC  
303 East Wacker Drive, Suite 1000  
Chicago, IL 60601

E. Katherine Wells  
South Carolina Dept of Health & Environmental Control  
2600 Bull Street  
Columbia, SC 29201-1708

Michael H. Pinkerson  
James M. Garner  
Sher Garner Cahill Richter Klein McAlister & Hilbert  
909 Poydras Street, Suite 2800  
New Orleans, LA 70112

Lynn M. Ryan  
Pillsbury Winthrop LLP  
One Battery Park Plaza  
New York, NY 10004-1490

Jonathan C. Hantke  
Pamela H. Walters  
Aldine Independent School District  
14910 Aldine-Westfield Road  
Houston, TX 77032

Jeffrey L. Glatzer  
Anderson Kill & Olick PC  
1251 Avenue of the Americas  
New York, NY 10020-1182

Attn: Ted Weschler  
Peninsula Capital Advisors LLC  
404 East Main Street, Second Floor  
Charlottesville, VA 22902

Jeffrey Kaufman  
Gerald F. Ellesdorfer  
Kaufman & Logan LLP  
111 Pine Street, Suite 1300  
San Francisco, CA 94111

William H. Johnson
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, MD  21224

Deirdre Woulfe Pacheco
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Leonard P. Goldberger
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Julie Quagliano
Quagliano & Seeger
3242 P Street, NW
Washington, D.C.  20007

Matthew A. Porter
Bernard J. Bonn, II
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

Kay D. Brock
Bankrutpcy and Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Craig Barbarosh
(Counsel for Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

Robert S. Hertzberg
Michael I. Zousmer
Hertz Schram & Saretsky PC
1760 South Telegraph Road, Suite 300
Bloomsfield Hills, MI  48302-0183

John W. Havins
Burt Barr Havins & O'Dea LLP
1001 McKinney, Suite 500
Houston, TX  77002

Cynthia C. Hemme
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

Steven B. Flancher
Assistant Attorney General
Department of the Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  49992

Donna J. Petrone
ExxonMobil Chemical Company
Law Department-Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Gary L. Barnhart
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

David W. Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Glen W. Morgan
Reaud Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

William Pat Harris
c/o Fredrick P. Furth
The Furth Firm
201 Sansome Street, Suite 1000
San Francisco, CA 94104

Stephen B. Walsh
c/o John A. Cochrane
Cochrane & Bresnahan, PA
24 East Fourth Street
St. Paul, MN 55101

John Sufnarowski
Edward M. Lindholm
c/o Kenneth G. Gilman
Gilman & Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

James & Doris McMurchie
c/o Harvey N. Jones
Sieben Polk LaVerdiere Jones & Hawn PA
999 Westview Drive
Hastings, MN 55033

Jan Hunter
c/o Mark C. Goldenberg
Hopkins Goldenberg, PC
2132 Pontoon Road
Granite City, IL 62040

Mark D. Collins
Deborah E. Spivack
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Robert Cimino
Suffolk County Attorney
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Derrick Tay
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

David Bernick
James H.M. Sprayregen
James Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*G:\Docs\CLIENT\220305\11221\label\00129195.DOC*