# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 1, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

July 9, 2002

Bill Number  43986
File Number  0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through May 31, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/03/02 | MTM | Receipt of message from Montana Assistant Attorney General requesting access to Winthrop Square repository; telephone call to in-house counsel re: same. | 0.30 Hrs | $54.00 |
| 05/06/02 | RAM | Telephone call from and conferences with MTM re: telephone call from Montana Attorney General's office re: access to Winthrop Square and indices. | 0.20 Hrs | $42.00 |
| 05/06/02 | MTM | Telephone call to K. Powell (Montana Assistant Attorney General) re: request to review Winthrop Square (.2); conferences with RAM (.2) and telephone call to in-house counsel re: call with Montana Assistant Attorney General (.2). | 0.60 Hrs | $108.00 |
| 05/20/02 | RAM | Read several Notices and Orders in Massachusetts cases. | 0.10 Hrs | $21.00 |
| 05/22/02 | RAM | Read orders in several Massachusetts cases. | 0.10 Hrs | $21.00 |

David B. Siegel

|                              |          |        | TOTAL LEGAL SERVICES | $246.00 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY   | 0.40 Hrs | 210/hr | $84.00  |
| MATTHEW T. MURPHY  | 0.90 Hrs | 180/hr | $162.00 |
|                    | 1.30 Hrs |        | $246.00 |

TOTAL THIS BILL          $246.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

July 10, 2002

Bill Number  44071
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through May 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/01/02 | RAM | Conference with MTM re: status of document review (.1). read memos re: same (.3); further conference with MTM re: same (.3); read certain Walsh documents and conference with MTM re: same (.4). Review Cambridge CPD telephone listings to determine if any additional offices should be searched for documents (.3); conference with MTM re: same (.1). | 1.50 Hrs | $315.00 |
| 05/01/02 | MTM | Work on document review (1.6). Review and respond to email from Holme Roberts attorney re: EPA to provide disk of Boulder material (.2). Prepare for conference call today re: document review wind up (1.0). Respond to email from Holme Roberts paralegal re: lab notebooks and Monokote reformulation (.5). Review Walsh documents to identify possibly privileged ones (.7); conference with RAM re: Walsh documents (.1); email to in-house counsel re: possibly privileged Walsh documents (.3); telephone call to in-house counsel re: possibly privileged Walsh documents. (.2). Conferences with RAM re: wind up status (.5). | 5.10 Hrs | $918.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/01/02 | ARA | Oversee review of documents (5.4). Per MTM's request, count number of boxes containing responsive and non-responsive documents (.3). Per MTM's question re: lab note books, discuss with paralegals and report back to MTM (.9). | 6.60 Hrs | $528.00 |
| 05/01/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/01/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/01/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/01/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/01/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/01/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/01/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 05/01/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/01/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 05/01/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/01/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/01/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/01/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/01/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 05/01/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/02/02 | RAM | Telephone conference with in-house counsel re: MK comprehensive memo (.1). Conference with MTM re: status of document review (.1). Review memoranda and chart indicating which documents still need to be reviewed (.2). | 0.40 Hrs | $84.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/02/02 | DBM | Research re: Brown to Sterrett memo for MK white paper. | 0.50 Hrs | $95.00 |
| 05/02/02 | MTM | Work on document review (3.0). Telephone call from Holme Roberts attorney re: wind up status issues (.3). Conference with RAM re: wind up status issues and call from Holme Roberts attorney (.1). | 3.40 Hrs | $612.00 |
| 05/02/02 | ARA | Oversee review of documents (6.5). Telephone calls to Onsite to order target sheets (.2); replace target sheets in boxes of documents to be picked up by Onsite for scanning (.9) and prepare boxes for pick up (.4). | 8.00 Hrs | $640.00 |
| 05/02/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/02/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/02/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/02/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/02/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/02/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/02/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/02/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |
| 05/02/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/02/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/02/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/02/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/02/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 05/02/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/02/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/03/02 | MTM | Work on document review (6.9). Call to Holme Roberts attorney re: chart of documents remaining to be reviewed (.5). | 7.40 Hrs | $1,332.00 |
| 05/03/02 | ARA | Oversee review of documents (2.6) Prepare weekly box count/status report for MTM (1.4). Inventory and oversee pick up of boxes by Onsite (1.4). | 5.40 Hrs | $432.00 |
| 05/03/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/03/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/03/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/03/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/03/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/03/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/03/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 05/03/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 6.30 Hrs | $504.00 |
| 05/03/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 05/03/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $280.00 |
| 05/03/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 5.80 Hrs | $464.00 |
| 05/03/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/03/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 05/03/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 4.50 Hrs | $360.00 |
| 05/03/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/06/02 | RAM | Read revised chart of status of document review and what still has to be reviewed (.2). Conference with MTM re: status of review (.1). | 0.30 Hrs | $63.00 |
| 05/06/02 | MTM | Receipt and review of revised chart from Holme Roberts attorney of documents remaining to be reviewed (1.0); telephone call to Reed Smith attorney re: same (.2). Work on document review (1.6). Annotate chart of documents remaining to be reviewed (.2); conference with RAM re: same (.1). Review and respond to email from Holme Roberts attorney re: penthouse boxes (.1). Conference call with Reed Smith and Holme Roberts personnel re: wind up of document review (.8). Review and respond to emails re: paralegal staffing and Onsite scanning status (.3). Telephone call to Holme Roberts paralegal re: dead storage boxes (.1). Telephone call to in-house counsel re: meeting tomorrow (.1). prepare for meeting with in-house counsel (.7). Receipt and review of email to in-house counsel accompanying final chart of documents remaining to be reviewed (.2). | 5.40 Hrs | $972.00 |
| 05/06/02 | ARA | Oversee review of documents (6.0). Distribute WRG legal name list and discuss with paralegals (.6) and add list to Quick Reference Guide (.2). Answer paralegals' questions re: review of Hoyle Morris boxes of documents (.5). | 7.30 Hrs | $584.00 |
| 05/06/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/06/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/06/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/06/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/06/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/06/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/06/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/06/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/06/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 05/06/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 05/06/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/06/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 05/06/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.80 Hrs | $624.00 |
| 05/06/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.80 Hrs | $704.00 |
| 05/06/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/07/02 | MTM | Meeting with in-house counsel in Cambridge re: review wind up (.7). Conduct aisle review of boxes in real estate room in Cambridge (4.5). | 5.20 Hrs | $936.00 |
| 05/07/02 | ARA | Oversee review of documents (7.5). Prepare documents for pick up by Onsite (.4); telephone call to Onsite re: same (.2). Locate memorandum for MTM (.2). Answer questions of paralegals re: review of documents (.4). Work on weekly status report (.5). | 9.20 Hrs | $736.00 |
| 05/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/07/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 05/07/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/07/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.40 Hrs | $672.00 |
| 05/07/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/07/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/07/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/07/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 05/07/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/08/02 | RAM | Search for documents re: Public Citizen article and R. Walsh for in-house counsel (.9); conference with MTM re: same (.1). | 1.00 Hrs | $210.00 |
| 05/08/02 | MTM | Work on document review (1.3). Draft memo to file re: meeting with in-house counsel yesterday (.5). Telephone call from J. Kadish re: privileged documents; email to Holme Roberts paralegal re: same (.3). Review and respond to emails re: Onsite scanning status (.3). Telephone call from in-house counsel requesting documents to be sent to R. Walsh (.1); search for documents requested by in-house counsel (.5); telephone call to ARA for better copy of certain such documents (.1); conference with RAM re: same (.1); telephone call and letter to in-house counsel and R. Walsh re: same (.3). Conference call with in-house counsel and Reed Smith and Holme Roberts personnel re: chart of documents remaining to be reviewed (1.1). Review legal active file inventory re: review of legal department vault (.4). | 5.00 Hrs | $900.00 |
| 05/08/02 | ARA | Oversee review of documents (9.0). Per MTM's request, search for article (.4). | 9.40 Hrs | $752.00 |
| 05/08/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/08/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/08/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/08/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/08/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/08/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/08/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/08/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 05/08/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.20 Hrs | $816.00 |
| 05/08/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/08/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 05/08/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/08/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 05/09/02 | RAM | Read updated entries on bankruptcy court docket to select documents to read (.2). Conference with MTM re: document requests from EPA and whether they can be narrowed (.1). | 0.30 Hrs | $63.00 |
| 05/09/02 | MTM | Review and respond to emails re: Onsite issues (.2). Review and respond to emails re: employee exposure summaries (.2). Receipt and review of second interrogatories and document requests in cost recovery action (.1); conference with RAM re: same (.1). Telephone call to in-house counsel re: new discovery in cost recovery action (.6). Work on document review (1.4). | 2.60 Hrs | $468.00 |
| 05/09/02 | ARA | Oversee document review (5.5). Telephone conferences with Holme Roberts paralegal re: shipping of boxes of documents from Cambridge to Winthrop Square (.4); oversee delivery of boxes from Cambridge for review (1.4). Conference with Reed Smith paralegal re: project and Onsite pick-up (.2); arrange for pickup of documents by Onsite (.2). | 7.70 Hrs | $616.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/09/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/09/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/09/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/09/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/09/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/09/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/09/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.40 Hrs | $592.00 |
| 05/09/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/09/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/09/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 11.20 Hrs | $896.00 |
| 05/09/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 3.80 Hrs | $304.00 |
| 05/10/02 | MTM | Conference with ARA re: number and types of boxes to be reviewed at Winthrop Square (.4). Telephone call to Holme Roberts attorney re: boxes remaining at Winthrop Square and legal active files (.6). Send email to group re: legal active files and staffing issues (.5). Review ARA list of boxes returned from Lason to identify boxes to resheet at Winthrop Square (1.6); conference with ARA re: Lason boxes to resheet (.7). Work on document review (.8). Draft weekly status report re: Winthrop Square review (.2). Receipt and review of detailed Libby vermiculite chronology (2.4). | 7.20 Hrs | $1,296.00 |
| 05/10/02 | ARA | Oversee review of documents (3.4). Oversee pickup by Onsite (1.6). Prepare weekly status (box count) report for MTM (.4); conference with MTM re: same (.4). Search for Lason boxes that need resheeting (1.9); conference with MTM re: same (.7). | 8.40 Hrs | $672.00 |
| 05/10/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/10/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/10/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/10/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/10/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/10/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/10/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/10/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $416.00 |
| 05/10/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 05/10/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.50 Hrs | $280.00 |
| 05/10/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/10/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/10/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 05/10/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 05/13/02 | MTM | Telephone call from Holme Roberts attorney re: schedule for last three weeks of review and meeting today at Winthrop Square (.3). Work on wind up plan for Winthrop Square review (3.6). Meeting with ARA re: wind up plan and boxes to be resheeted (.4). Meeting with Holme Roberts attorney at Winthrop Square re: review wind up (4.0). | 8.30 Hrs | $1,494.00 |
| 05/13/02 | ARA | Oversee review of documents (4.2). Meeting with MTM re: inventory of Lason boxes and what has been added to the repository (.4). Per MTM, meet with paralegals to determine what documents at Winthrop Square still have to be reviewed (.7). Per MTM, prepare inventory of documents recently sent from Cambridge for review (.4) and determine when certain documents re: vermiculite products were added to Winthrop Square (.5). | 6.20 Hrs | $496.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
      with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/13/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/13/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/13/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/13/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/13/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/13/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/13/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.40 Hrs | $752.00 |
| 05/13/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/13/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 12.50 Hrs | $1,000.00 |
| 05/13/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/13/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/13/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/13/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/13/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/13/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/14/02 | MTM | Review and respond to email questions from paralegals (.2). Email to in-house counsel re: recent articles on Libby (.3). | 0.50 Hrs | $90.00 |
| 05/14/02 | ARA | Oversee review of documents (6.2). Arrange for Onsite pick up with Reed Smith paralegal (.1); discuss other issues re: document review with Reed Smith paralegal (.3). Per MTM, locate Libby common exhibits (.1). Continue to research when certain documents re: vermiculite products came to Winthrop Square (.2); telephone call to MTM re: same (.1). | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/14/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/14/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/14/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/14/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.90 Hrs | $712.00 |
| 05/14/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/14/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/14/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/14/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/14/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 13.20 Hrs | $1,056.00 |
| 05/14/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/14/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/14/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.30 Hrs | $744.00 |
| 05/14/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 05/14/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |
| 05/14/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/15/02 | MTM | Work on document review at Winthrop Square (3.5). Telephone call to ARA and Holme Roberts paralegal re: sending resheet boxes from Cambridge to Winthrop Square (.2). Telephone call from Holme Roberts attorney re: document review in Boca (.2). Telephone call from ARA re: box of microfiche to be reviewed at Winthrop Square (.1). | 4.00 Hrs | $720.00 |
| 05/15/02 | ARA | Oversee review of documents (5.0). Discussions with MTM re: Onsite pick-up and Lason resheet boxes (.2) and re review of microfiche (.3). Organize box sheets for Onsite pick-up (.5) and discussion with Reed Smith and Holme Roberts paralegals re: same (.5). | 6.50 Hrs | $520.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/15/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/15/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/15/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/15/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/15/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/15/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/15/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 05/15/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/15/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 12.00 Hrs | $960.00 |
| 05/15/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 13.00 Hrs | $1,040.00 |
| 05/15/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/15/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/15/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/15/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/15/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 12.00 Hrs | $960.00 |
| 05/16/02 | DBM | Continue work on MK white paper (1.5) and begin work on other asbestos containing products white paper (.5). | 2.00 Hrs | $380.00 |
| 05/16/02 | MTM | Perform aisle review of file cabinets and boxes at Winthrop Square. | 7.60 Hrs | $1,368.00 |
| 05/16/02 | ARA | Oversee review of documents (2.2). Locate and organize resheet boxes for paralegals to review (1.6). Work on inventory of boxes for Onsite pick-up (.9) and oversee pick-up (1.0); quality control Onsite inventory list with Holme Roberts paralegal (.7). Discussion with MTM re: more boxes at Winthrop Square designated for initial review (.1). | 6.50 Hrs | $520.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/16/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/16/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/16/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/16/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/16/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/16/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.10 Hrs | $728.00 |
| 05/16/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/16/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/16/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/16/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/16/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/16/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/16/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 10.20 Hrs | $816.00 |
| 05/16/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 12.00 Hrs | $960.00 |
| 05/17/02 | DBM | Continue work on MK white paper (2.5) and other asbestos containing products white paper (.8). | 3.30 Hrs | $627.00 |
| 05/17/02 | MTM | Review emails re: status of scanning at Onsite (.4). Review emails re: trade secret issues (.2); review prior guidelines and emails on trade secret issues (.4); draft emails in response re: possible changes to trade secret guidelines (.4). Review list of legal vault items to review and email to paralegals re: same (.5). Receipt of bound laboratory report found in former in-house counsel's files; telephone call to ARA to confirm it is already at Winthrop Square; email to J. Kadish confirming same (.3). Work on document review at Winthrop Square (2.3). | 4.50 Hrs | $810.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/17/02 | ARA | Oversee review of documents (2.3). Per MTM's request, search for and confirm WRG lab notebook is in Winthrop Square (.7). Conference with Holme Roberts paralegal re: (.2) and then follow up on order of red stop sheets from Merrill Corp. (.1). Prepare weekly box count/status report, per MTM's request (1.7). | 5.00 Hrs | $400.00 |
| 05/17/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/17/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/17/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/17/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/17/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/17/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/17/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/17/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 05/17/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/17/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 05/17/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/17/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/17/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/17/02 | CH | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 05/17/02 | JF | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/18/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/20/02 | RAM | Telephone call from in-house counsel re: participating in conference call with Kirkland Ellis attorney re: responding to a deposition notice for person most knowledgeable about market share for MK, ZAP and texture products (.1). Conference with MTM re: market share issue (.1); have ARA send me witness binders re: same (.1). Read article re: EPA's intention to remove ZAI from homes in Libby and read notice of Millberg Weiss' withdrawal as counsel in Hunter (.1). Read weekly report of status of document review and emails re: reviewing documents for trade secrets (.1); conference with MTM re: same (.1). Review memoranda, documents and deposition transcripts for any reference to market share statistics for MK, etc. (1.2). | 1.80 Hrs | $378.00 |
| 05/20/02 | RSK | Review Market Share information, per RAM's request. | 0.30 Hrs | $57.00 |
| 05/20/02 | MTM | Review and respond to emails re: legal vault review and Onsite status (.2). Review revised chart from Holme Roberts attorney of documents to be reviewed (.2). Work on document review (3.0). Conference with RAM re: market share issues (.1); telephone call to ARA and review Searchlink binder re: same (.4). | 3.90 Hrs | $702.00 |
| 05/20/02 | ARA | Oversee review of documents (5.4). Per RAM's request, search for employees' binders; review same (.5). | 5.90 Hrs | $472.00 |
| 05/20/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $16.00 |
| 05/20/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/20/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/20/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/20/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/20/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/20/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/20/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/20/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 9.80 Hrs | $784.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/20/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 05/20/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/20/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/20/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/20/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/21/02 | RAM | Read selected documents filed in bankruptcy court (.4). Read updated entries on bankruptcy court docket to select additional documents to read (.2). Telephone conferences (2) with in-house counsel re: market share portion of 30(b)(6) deposition notice (.7); read memoranda, interviews, selected deposition transcripts re: same (.7). Fax documents to in-house counsel (.1). | 2.10 Hrs | $441.00 |
| 05/21/02 | MTM | Work on document review (4.4). Meet with ARA re: documents remaining at Winthrop Square for review (1.4). Email Holme Roberts paralegal re: review of expanding plants and at Boca (.3). Telephone call to various lab technicians at Cambridge to confirm there are no additional files in their offices (.7). | 6.80 Hrs | $1,224.00 |
| 05/21/02 | ARA | Oversee review of documents (5.0). Discussions with Reed Smith and Holme Roberts paralegals re: Onsite pickup (.4). Telephone conference with MTM re: number of boxes to review and resheet (.1); prepare to receive resheet boxes from Cambridge (.8); review emails from Holme Roberts paralegal re: same (.2); prepare and review list of resheet boxes (.5). Meeting with MTM at Winthrop Square re: wrap up of project (1.4). | 8.40 Hrs | $672.00 |
| 05/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/21/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/21/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/21/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/21/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.10 Hrs | $728.00 |
| 05/21/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/21/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 6.90 Hrs | $552.00 |
| 05/21/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/21/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/21/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/21/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/22/02 | RAM | Read memos re: status of document review (.1); write note to MTM with follow up questions (1.). | 0.20 Hrs | $42.00 |
| 05/22/02 | MTM | Review and respond to emails re: Lason resheet boxes (.5); telephone call to ARA re: same (.1). Work on document review (6.7). Review and respond to emails re: Phoenix expanding plant review (.2). | 7.50 Hrs | $1,350.00 |
| 05/22/02 | ARA | Oversee review of documents (4.0). Review Lason inventory sheets to locate missing boxes that need resheeting (.4); conference with MTM re: same (.1). Prepare boxes for Onsite pick-up (2.2) and oversee pick-up (.8). Oversee receipt of boxes for resheeting from Walsh Movers (.6); prepare inventory of boxes (.6). Review San Francisco production file for plant box listings re: Lason missing resheet boxes (.6). | 9.30 Hrs | $744.00 |
| 05/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/22/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/22/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/22/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/22/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/22/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/22/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 05/22/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.10 Hrs | $408.00 |
| 05/22/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/22/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/22/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/22/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 05/22/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/23/02 | RAM | Conference with MTM that articles on amphiboles and human health, if any, should be in attorney review collection. (.1). Conference call with in-house counsel, Kirkland Ellis attorney and R. Frohlich re: market share issue (.6). Review CPD Business Plans for any references to market share (1.0); telephone conference with in-house counsel re: same (.2). Conference with MTM re: what documents still have to be reviewed (.1). | 2.00 Hrs | $420.00 |
| 05/23/02 | MTM | Work on document review (6.7). Conferences with RAM re: status of document review (.1) and location of certain medical articles (.1). Telephone call to Holme Roberts attorney re: wind up issues (.3). | 7.20 Hrs | $1,296.00 |
| 05/23/02 | ARA | Oversee review of documents (3.2). Per MTM's request, review Zonolite Research lab books and confirm they are duplicates (2.5). Review materials from CPD library (1.9). | 7.60 Hrs | $608.00 |
| 05/23/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.90 Hrs | $72.00 |
| 05/23/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/23/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
 with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/23/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/23/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 05/23/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/23/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/23/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/23/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/23/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 5.70 Hrs | $456.00 |
| 05/23/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/23/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/23/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/24/02 | RAM | Read selected documents filed in bankruptcy court (.8). Read memos re: status of document review (.1). | 0.90 Hrs | $189.00 |
| 05/24/02 | MTM | Work on document review (4.1). Email to group re: final boxes to be reviewed at Winthrop Square (.2). | 4.30 Hrs | $774.00 |
| 05/24/02 | ARA | Oversee review of documents (6.4). Prepare weekly box count/status report (2.6). | 9.00 Hrs | $720.00 |
| 05/24/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/24/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/24/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/24/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.90 Hrs | $712.00 |
| 05/24/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/24/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/24/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.60 Hrs | $528.00 |
| 05/24/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 05/24/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 4.70 Hrs | $376.00 |
| 05/24/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/24/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/24/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/27/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/28/02 | RAM | Conference with DBM re: market share issue (.1). Telephone conference with in-house counsel re: T. Egan's comment re: market share and references to same in CPD Business Plans (.3). Read memo re: which documents will be made available to plaintiffs without further review (.1). | 0.50 Hrs | $105.00 |
| 05/28/02 | MTM | Work on document review (6.3). Telephone call to Reed Smith attorney re: status of wind up of review at Winthrop Square (.2). Email to group re: status of review wind up at Winthrop Square (.3). Review and respond to email re: priority boxes at Onsite (.1). | 7.00 Hrs | $1,260.00 |
| 05/28/02 | ARA | Oversee review of documents (5.0). Receipt of Phoenix plant boxes (.4); prepare  Phoenix plant boxes (1.5) and library boxes (.5) for review; give instructions to HRO employees on box review procedures and answer their questions (.7). Prepare box sheets for Onsite pick-up (.5); conference with Holme Roberts paralegal re: same (.2). | 8.80 Hrs | $704.00 |
| 05/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 05/28/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/28/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.20 Hrs | $736.00 |
| 05/28/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/28/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 05/28/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/28/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/28/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 05/29/02 | MTM | Review email re: rescheduled Onsite pick-up (.1). Review email from Holme Roberts attorney requesting several Zonolite acquisition documents; telephone call to ARA re: same (.2). Work on document review (5.0); conference with ARA re: same (.5). Telephone call from Cambridge lab technician re: no responsive documents in his office; email to Holme Roberts attorney re: same. (.1). | 5.90 Hrs | $1,062.00 |
| 05/29/02 | ARA | Oversee review of documents (5.6) Answer questions and discuss project with paralegals (.8). Review boxes with MTM that will need initial review (.5); prepare boxes for initial review (1.5). Per MTM's request, locate Zonolite acquisition book (.4); quality control copy set (.5) and discuss same with MTM (.1). | 9.40 Hrs | $752.00 |
| 05/29/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/29/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/29/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/29/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/29/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/29/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/29/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/29/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 05/29/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/29/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/29/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/29/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 05/30/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to be printed. | 0.20 Hrs | $42.00 |
| 05/30/02 | MTM | Work on document review (2.7). Telephone call to in-house counsel re: anticipated staffing for next 2-3 weeks (.1). Review and respond to emails re: Onsite status and final pick-ups (.4). Draft email to group re: Winthrop Square status (.2); telephone call to ARA and Holme Roberts paralegal re: Winthrop Square status. (.2). | 3.60 Hrs | $648.00 |
| 05/30/02 | ARA | Oversee review of documents (4.8). Prepare boxes for initial review (.5). Answer questions re: document review from paralegals (.4). Review Zonolite research Lab books to determine if they are duplicates (3.9). Conference with Holme Roberts paralegal re: the Onsite inventory list (.3); prepare inventory list (.4). | 10.30 Hrs | $824.00 |
| 05/30/02 | JKW | Update bankruptcy docket entries (.2) and download and print selected documents for RAM (.4). | 0.60 Hrs | $48.00 |
| 05/30/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/30/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 05/30/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 05/30/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/30/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/30/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 05/30/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 05/30/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 05/30/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/30/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/30/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/30/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/31/02 | RAM | Read memos re: status of document review (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $42.00 |
| 05/31/02 | MTM | Work on document review (4.9). Telephone call to in-house counsel re: wind up issues for document review (.1). Conference call with Reed Smith and Holme Roberts personnel re: document review wind up issues (.4). | 5.40 Hrs | $972.00 |
| 05/31/02 | ARA | Oversee review of documents (7.7). Answer questions of paralegals re: review (.3). Prepare for Onsite pick-up (.2) and oversee pick-up of boxes (1.6). | 9.80 Hrs | $784.00 |
| 05/31/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 05/31/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/31/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 05/31/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/31/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 05/31/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/31/02 | ABE | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 05/31/02 | CD | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 05/31/02 | JDP | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 05/31/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 05/31/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 05/31/02 | TM | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

TOTAL LEGAL SERVICES $244,453.00

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 11.40 Hrs | 210/hr | $2,394.00 |
| ROBERT S. KUTNER | 0.30 Hrs | 190/hr | $57.00 |
| DONNA B. MACKENNA | 5.80 Hrs | 190/hr | $1,102.00 |
| MATTHEW T. MURPHY | 117.80 Hrs | 180/hr | $21,204.00 |
| ANGELA R. ANDERSON | 171.70 Hrs | 80/hr | $13,736.00 |
| JOSEPH K. WINRICH | 1.70 Hrs | 80/hr | $136.00 |
| GARY R. BELLINGER | 179.50 Hrs | 80/hr | $14,360.00 |
| FRANK O. ASHENUGA | 223.00 Hrs | 80/hr | $17,840.00 |
| EUGENE D. KRASS | 229.80 Hrs | 80/hr | $18,384.00 |
| MARIA PATRACEA SCIALLA | 160.00 Hrs | 80/hr | $12,800.00 |
| EDWARD K. LAW | 188.00 Hrs | 80/hr | $15,040.00 |
| JAMES D. LEAVER | 159.50 Hrs | 80/hr | $12,760.00 |
| AMY PREBLE | 184.40 Hrs | 80/hr | $14,752.00 |
| A. BROCK EDMUNDS | 169.80 Hrs | 80/hr | $13,584.00 |
| CHRISTINE DISAIA | 181.90 Hrs | 80/hr | $14,552.00 |
| JOSHUA D. PAULIN | 162.30 Hrs | 80/hr | $12,984.00 |
| W. DOUG HOEY | 184.30 Hrs | 80/hr | $14,744.00 |
| CHRIS BROWN | 207.20 Hrs | 80/hr | $16,576.00 |
| TOM MOUNTAIN | 146.80 Hrs | 80/hr | $11,744.00 |
| CHRISTIAN HOMSI | 89.30 Hrs | 80/hr | $7,144.00 |
| JOHN FORGIONE | 107.00 Hrs | 80/hr | $8,560.00 |

David B. Siegel

| 2,881.50 Hrs | $244,453.00 |

TOTAL THIS BILL     $244,453.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

July 9, 2002

Bill Number  43988
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through May 31, 2002

Re: Special Litigation Counsel - Work In Connection
    with Preparation of Fee Applications

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/02 | RAM | Work on March fee application (1.4) and send it to client for review (.1). Read amended Administrative Order re: fee applications (.6); collect and organize previous fee applications to send to Warren Smith (.6). | 2.70 Hrs | $567.00 |
| 05/02/02 | RAM | Conference with PM and MB re: requirements of amended administrative order (.3). Work on finalizing March fee application after telephone conference with client (.5). Draft letter to Warren Smith and send previous fee applications to him (.3). | 1.10 Hrs | $231.00 |
| 05/03/02 | RAM | Send March fee application to Delaware counsel for filing. | 0.10 Hrs | $21.00 |
| 05/10/02 | RAM | Prepare quarterly fee application (.4); send quarterly fee application to Delaware counsel for filing (.1). | 0.50 Hrs | $105.00 |
| 05/23/02 | RAM | Work on April fee application. | 1.30 Hrs | $273.00 |
| 05/24/02 | RAM | Work on April fee application. | 0.40 Hrs | $84.00 |
| 05/28/02 | RAM | Work on April fee application. | 2.10 Hrs | $441.00 |
| 05/29/02 | RAM | Work on April fee application (1.2). Send draft of same to client for review (.1). | 1.30 Hrs | $273.00 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection wi
    with Preparation of Fee Applications

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/30/02 | RAM | Finalize April fee application (.3); send it to local Delaware counsel for filing (.1). | 0.40 Hrs | $84.00 |
| | | | TOTAL LEGAL SERVICES | $2,079.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 9.90 Hrs | 210/hr | $2,079.00 | |
| | 9.90 Hrs | | $2,079.00 | |

TOTAL THIS BILL    $2,079.00