**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2002

Bill Number 43989
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through May 31, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

MISCELLANEOUS

| | | |
|---|---|---|
| 05/20/02  RECORDKEEPER ARCHIVE - monthly storage fee (5/02) | 388.65 | |
| | | $388.65 |
| | TOTAL DISBURSEMENTS | $388.65 |
| | TOTAL THIS BILL | $388.65 |

Page 1

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2002

Bill Number 43990
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

FOR PROFESSIONAL SERVICES

Through May 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

DISBURSEMENTS

TELEPHONE

| Date | Code | Number | User | Amount |
|---|---|---|---|---|
| 04/04/02 | 2395143631 | | RAM | 2.70 |
| 04/04/02 | 2395143631 | | RAM | 1.39 |
| 04/09/02 | 2395143631 | | RAM | 0.96 |
| 04/09/02 | 2395143631 | | RAM | 1.53 |
| 05/01/02 | 357 | 5613621583 | | 3.69 |
| 05/01/02 | 329 | 3026525340 | | 0.20 |
| 05/01/02 | 329 | 5613621533 | | 0.12 |
| 05/02/02 | 5613621532 | 308 | | 0.80 |
| 05/03/02 | 329 | 2158518232 | | 0.24 |
| 05/03/02 | 329 | 5613621532 | | 0.12 |
| 05/03/02 | 329 | 3038660408 | | 2.87 |
| 05/03/02 | 329 | 5613621533 | | 1.01 |
| 05/06/02 | 329 | 7818937863 | | 0.10 |
| 05/06/02 | 329 | 5613621533 | | 0.56 |
| 05/06/02 | 329 | 3038660408 | | 0.17 |
| 05/06/02 | 329 | 4064449514 | | 1.64 |

Page 1

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| | | | |
|---|---|---|---:|
| 05/06/02 | 329 | 2158518250 | 0.83 |
| 05/07/02 | 329 | 3038660408 | 0.21 |
| 05/08/02 | 329 | 3026525340 | 0.43 |
| 05/08/02 | 329 | 3038660408 | 0.43 |
| 05/08/02 | 329 | 3026525340 | 0.37 |
| 05/08/02 | 357 | 3026525338 | 0.46 |
| 05/09/02 | 329 | 5613621533 | 0.14 |
| 05/09/02 | 329 | 5613621533 | 3.75 |
| 05/10/02 | 329 | 3038660408 | 0.15 |
| 05/10/02 | 329 | 3038660408 | 0.10 |
| 05/12/02 | 357 | 5613621583 | 3.69 |
| 05/21/02 | 357 | 3026525338 | 0.92 |
| 05/23/02 | 329 | 2158518232 | 0.21 |
| 05/29/02 | 5613621584 | 357 | 3.23 |
| 05/29/02 | 5613621584 | 357 | 3.23 |
| 05/31/02 | 329 | 3038660408 | 1.46 |
| 05/31/02 | 329 | 2158518250 | 1.08 |

$38.79

EXCESS POSTAGE

05/22/02                                         6.45

$6.45

FEDERAL EXPRESS

| | | |
|---|---|---:|
| 05/07/02 | To Reed Smith paralegal from MTM on 4/24/02 | 38.63 |
| 05/07/02 | To Holme Roberts attorney from MTM on 4/24/02 | 58.63 |
| 05/07/02 | To Reed Smith attorney from MTM on 4/24/02 | 23.86 |
| 05/07/02 | To Holme Roberts attorney from MTM on 4/24/02 | 47.04 |
| 05/15/02 | To Robert C Walsh from MTM on 5/8/02 | 15.34 |
| 05/15/02 | To David W Carickhoff, Jr from RAM on 5/3/02 | 12.30 |
| 05/15/02 | To in-house counsel from MTM on 5/2/02 | 20.22 |
| 05/15/02 | To Warren H Smith from RAM on 5/2/02 | 47.04 |
| 05/15/02 | To Kirkland Ellis attorney from RAM on 4/27/02 | 50.90 |
| 05/15/02 | To Kirkland Ellis attorney from RAM on 4/26/02 | 13.15 |
| 05/15/02 | To in-house counsel from RAM on 4/27/02 | 32.27 |
| 05/15/02 | To in-house counsel from RAM on 4/26/02 | 16.13 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
 with Ch. 11 Cases

**DISBURSEMENTS**

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 05/31/02 | to David W. Carickhoff, Jr. from RAM on May 10, 2002. | 17.21 | |
| | | | $392.72 |

PACER ONLINE SEARCH

| | | | |
|---|---|---:|---:|
| 05/31/02 | 1/2, 1/7, 1/8, 1/16, 1/24, 2/1, 2/4, 2/7, 2/11, 2/20, 2/28, 3/3, 3/8, 3/12, 3/14, 3/16, 3/25, 3/29/02 - Access to Bankruptcy Court Docket and documents. | 135.10 | |
| | | | $135.10 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 05/08/02 | MERRILL CORPORATION - Copies of Red Stop sheets for document review | 315.00 | |
| 05/20/02 | MERRILL CORPORATION - copies of Robert Walsh materials for in-house and Kirkland Ellis attorneys (4/26/02) | 627.78 | |
| | | | $942.78 |

PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 05/01/02 | 35 copies | 4.20 | |
| 05/01/02 | 60 copies | 7.20 | |
| 05/01/02 | 1 copy | 0.12 | |
| 05/01/02 | 168 copies | 20.16 | |
| 05/02/02 | 111 copies | 13.32 | |
| 05/06/02 | 5 copies | 0.60 | |
| 05/06/02 | 107 copies | 12.84 | |
| 05/07/02 | 26 copies | 3.12 | |
| 05/08/02 | 25 copies | 3.00 | |
| 05/08/02 | 96 copies | 11.52 | |
| 05/08/02 | 44 copies | 5.28 | |
| 05/10/02 | 42 copies | 5.04 | |
| 05/10/02 | 179 copies | 21.48 | |
| 05/13/02 | 2 copies | 0.24 | |
| 05/17/02 | 7 copies | 0.84 | |
| 05/22/02 | 2 copies | 0.24 | |
| 05/31/02 | 2 copies | 0.24 | |
| | | | $109.44 |

Page 3

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
  with Ch. 11 Cases

**DISBURSEMENTS**

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 05/31/02 | Rent and utilities for document repository at One Winthrop Square - June 2002 | 12,367.93 |
| | | $12,367.93 |

MISCELLANEOUS

| | | |
|---|---|---|
| 05/08/02 | WALSH MOVERS INC. - Ship 50 boxes of documents from Cambridge to WSQ for review on 4/10/02 | 495.00 |
| | | $495.00 |
| | TOTAL DISBURSEMENTS | $14,488.21 |
| | TOTAL THIS BILL | $14,488.21 |