IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: August 23, 2002 at 4:00p.m.** |
| | **Hearing Date : TDB only if necessary** |

**SUMMARY COVERSHEET TO FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | June 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $23,778.80 for the period June 1, 2002 through June 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $124.87 for the period of June 1, 2002 through June 30, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Application Pending | Application Pending |

As indicated above, this is the fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 68.90 | $22,392.50 |
| Melissa E. Flax | Partner | $215 | 33.40 | $7,181.00 |
| Laura S. Munzer | Associate | $150 | .80 | $120.00 |
| Jake Kubert | Law Clerk | $75.00 | .40 | $30.00 |

Total Fees      $29,723.50

Total Hours     103.50

# EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $77.00 |
| Westlaw | |
| Telephone | |
| Faxes | $81.00 |
| FedEx | $15.50 |
| Travel | ($264.00)[1] |
| Messenger | $50.00 |
| Additional Staff Time | $20.17 |
| Court Reporter – transcript | $145.20 |
| | |
| Total | $28.37 |

---

[1] In Carella Byrne's Second Interim Monthly Application for Compensation and Reimbursement for April 1, 2002 through April 30, 2002, two bills in the amount of $130.00 and $134.00 were mistakenly billed to this matter. Accordingly, a credit in the amount of $264.00 has been posted to the current bill.