IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: August 23, 2002 at 4:00p.m.** |
| | **Hearing Date : TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                      July 9, 2002
Client No.              734680                            Page      3
INVOICE NO.             16158
```

For Professional Services Rendered through 06/30/02

Matter #            734680.1          VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/02 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh; receipt and review letter from B. Hughes to M. Caffrey | .40 | 130.00 |
| 06/03/02 | MEF | Telephone call with B. Hughes regarding Honeywell stipulation; review docket; e-mail to B. Hughes regarding same | .40 | 86.00 |
| 06/04/02 | JMA | Receipt and review site title information; conference with L. Munzer | .40 | 130.00 |
| 06/04/02 | JMA | Receipt and review letter from M. Caffrey to Clerk; receipt and review Honeywell Answer to Grace Amended Crossclaims | .50 | 162.50 |
| 06/04/02 | JMA | Receipt and review letter and enclosures from C. Marraro to F. Faranca - DEP | .40 | 130.00 |
| 06/04/02 | JMA | Receipt and review letter from S. German to M. Caffrey; receipt and review letter from M. Caffrey to B. Hughes | .30 | 97.50 |
| 06/04/02 | JMA | Receipt and review letter from J. Stewart to B. Hughes; receipt and review letter from M. Caffrey and Stipulation and Consent Order in bankruptcy proceeding | .40 | 130.00 |
| 06/04/02 | LSM | Telephone call with title company | .30 | 45.00 |
| 06/05/02 | JMA | Conference with C. Marraro regarding trial strategy | 2.00 | 650.00 |
| 06/05/02 | JMA | Review motion to amend; conference with C. Marraro and MEF regarding preparation of material facts for final pretrial order | 4.00 | 1300.00 |
| 06/05/02 | JMA | Review title history of site; review of and revisions to exhibits for final pretrial order | 3.00 | 975.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  July 9, 2002
Client No.              734680                     Page        4
INVOICE NO.             16158

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/02 | JMA | Review of summary judgment decisions and pending motions regarding final pretrial order | 1.00 | 325.00 |
| 06/05/02 | MEF | Conference with JMA and C. MARRARO regarding final pretrial; review motion to amend, statement of facts, legal issues | 5.40 | 1161.00 |
| 06/05/02 | MEF | Revisions to Final Pretrial Order stipulated facts; review of title history regarding Final Pretrial Order | 4.00 | 860.00 |
| 06/06/02 | MEF | Revise stipulations of fact per 6/5/02 conference; e-mail to C. Marraro regarding same | 2.00 | 430.00 |
| 06/07/02 | JMA | Receipt and review letter from P. Boenning; conference with MEF regarding final pretrial order; receipt and review letter from F. Boenning to B. Hughes; receipt and review letter from F. Boenning to all counsel; receipt and review letter from F. Boenning to S. German; e-mail to C. Marraro | 1.00 | 325.00 |
| 06/07/02 | MEF | Continued review of title history for final pretrial | 1.50 | 322.50 |
| 06/07/02 | LSM | Conference with MEF, Telephone calls with Title Company, Review deed | .50 | 75.00 |
| 06/10/02 | JMA | Receipt and review letter from M. Schiappa to Judge Cavanaugh; phone - C. Marraro's secretary regarding Honeywell's request for discovery (Riverkeeper); review Honeywell request for conference; letter to Judge Cavanaugh; phone - C. Marraro regarding Honeywell's request for discovery (Riverkeeper) | 1.20 | 390.00 |
| 06/12/02 | JMA | Review of and revisions to Grace's Final Pretrial Order; conference with C. Marraro and MEF regarding preparation of Grace Final Pretrial Order - Material Facts | 8.00 | 2600.00 |
| 06/12/02 | JMA | Receipt and review letter from M. Schiappa regarding conference with Judge Cavanaugh; receipt and review letter from S. German | .40 | 130.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                   July 9, 2002
Client No.            734680                     Page      5
INVOICE NO.           16158
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/02 | MEF | Conference with C. Marraro and JMA regarding Final Pretrial Order-Statement of Facts, telephone call with B. Hughes regarding same; revise Final Pretrial Order Statement of Facts | 8.00 | 1720.00 |
| 06/13/02 | JMA | Revisions to Grace Final Pretrial Order; review of documents for Grace exhibit list for Final Pretrial Order; phone - C. Marraro regarding Final Pretrial Order | 6.80 | 2210.00 |
| 06/13/02 | JMA | Receipt and review ICO proposed motion to stay Riverkeeper; receipt and review correspondence from M. Schiappa; receipt and review correspondence from D. Field to M. Schiappa; phone - C. Marraro regarding motion to stay | 1.50 | 487.50 |
| 06/13/02 | MEF | Telephone call with B. Hughes regarding ICO's motion to stay Riverkeeper action | .20 | 43.00 |
| 06/14/02 | JMA | Phone - C. Marraro and M. Schiappa regarding scheduling conference with Judge Cavanaugh; receipt and review letter from M. Schiappa | .60 | 195.00 |
| 06/14/02 | JMA | Conference with MEF regarding summary judgment opinions and Final Pretrial Order | 1.00 | 325.00 |
| 06/14/02 | JMA | Receipt and review Opinion and Order regarding Roned summary judgment motions; conference with C. Marraro and B. Hughes regarding Roned Opinion and Order | 1.90 | 617.50 |
| 06/14/02 | JMA | Phone - B. Hughes regarding Motion to Stay; phone - B. Hughes regarding plaintiff's motion to stay | .60 | 195.00 |
| 06/14/02 | JMA | Receipt and review Letter Opinion granting Grace's motion regarding Honeywell must backfill/Honeywell anticipatory breach; conference with C. Marraro and B. Hughes regarding Opinion | 2.50 | 812.50 |
| 06/14/02 | MEF | Emails from B. Hughes regarding ICO motion to stay; review draft ICO motion to stay Riverkeeper case | .50 | 107.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    July 9, 2002
Client No.              734680                          Page     6
INVOICE NO.             16158
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/14/02 | MEF | Review Honeywell's proposed amended cross-claims (Riverkeeper action); review proposed stipulation | .50 | 107.50 |
| 06/14/02 | MEF | Telephone call with D. Carickhoff and P. Cuniff regarding fee applications | .20 | 43.00 |
| 06/14/02 | MEF | Conference with JMA regarding Opinion regarding anticipatory breach and Opinion regarding Roned Summary Judgment motion and Final Pretrial Order | 1.00 | 215.00 |
| 06/15/02 | JMA | Receipt and review letter from S. German to F. Boenning regarding documents; receipt and review letter from S. German to F. Boenning regarding Privilege Log; receipt and review letter from S. German to F. Boenning regarding monitoring wells | .40 | 130.00 |
| 06/15/02 | JMA | Receipt and review letter from B. Hughes to M. Caffrey regarding back-up documents for sampling by Honeywell | .30 | 97.50 |
| 06/15/02 | MEF | Prepare Monthly Fee Application (May); email to P. Cuniff/D. Carickhoff regarding same | .60 | 129.00 |
| 06/15/02 | MEF | Review promissory note | .30 | 64.50 |
| 06/17/02 | JMA | Phone - C. Marraro's secretary; phone - C. Marraro and M. Schiappa regarding Conference with Judge; phone - C. Marraro and B. Hughes regarding Grace Motion to Amend; review Roned summary judgment opinion by Judge Cavanaugh | 1.40 | 455.00 |
| 06/18/02 | JMA | Phone - C. Marraro regarding Grace motion to amend; review and revise letter to Judge Cavanaugh; review and execution of Fee Application (May); revise letter to Judge Cavanaugh; phone - C. Marraro regarding agenda for status conference | 2.00 | 650.00 |
| 06/18/02 | MEF | Finalize May 2002 Fee Application; letter to D. Carickhoff regarding same; email to P. Cuniff regarding fee applications | .50 | 107.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    July 9, 2002
Client No.             734680                           Page       7
INVOICE NO.            16158
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/02 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh; phone - C. Marraro regarding motion to stay; conference with MEF regarding motion to stay and amend; review and revise letter to Judge Cavanaugh | 2.00 | 650.00 |
| 06/20/02 | JMA | Phone - C. Marraro regarding letter to Judge Cavanaugh | .40 | 130.00 |
| 06/20/02 | MEF | Telephone call with C. Marraro regarding plaintiff's letter to Judge; review letter; review opinion; telephone calls with JMA regarding revisions to reply letter; revise reply letter; telephone call with A. Perez at Judge Cavanaugh's | 1.70 | 365.50 |
| 06/20/02 | JK | Legal research regarding case and statute retrieval. | .40 | 30.00 |
| 06/21/02 | JMA | Conference with C. Marraro and MEF regarding preparation for Status Conference before Judge Cavanaugh; revise letter to Judge Cavanaugh | 3.00 | 975.00 |
| 06/21/02 | JMA | Attend Status Conference | 1.50 | 487.50 |
| 06/21/02 | JMA | Revise and draft Grace Undisputed Material Facts for Final Pretrial Order | 3.00 | 975.00 |
| 06/21/02 | JMA | Review draft of Grace motion to amend Answer in ICO | 1.20 | 390.00 |
| 06/21/02 | MEF | Conference with JMA and C. Marraro regarding preparation for conference before Judge Cavanaugh | 3.00 | 645.00 |
| 06/21/02 | MEF | Telephone call with A. Perez regarding reply letter | .20 | 43.00 |
| 06/21/02 | MEF | Email to Smith (auditor) regarding fee detail | .20 | 43.00 |
| 06/24/02 | JMA | Conference call with C. Marraro and B. Hughes regarding motion to amend; conference with MEF regarding motion to amend | 1.80 | 585.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  July 9, 2002
Client No.         734680  Page    8
INVOICE NO.        16158

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/24/02 | MEF | Telephone call with Judge Cavanaugh's chambers; telephone call with C. McGuire (Court Reporter) regarding transcript of status conference; telephone call with C. Marraro regarding transcript | .80 | 172.00 |
| 06/24/02 | MEF | Review certifications of no objections for March and April fee applications | .30 | 64.50 |
| 06/25/02 | JMA | Phone - C. Marraro regarding trial strategy; phone conference with C. Marraro and plaintiffs' counsel regarding proposed amendment/stipulation; phone conference with C. Marraro and B. Hughes regarding amendment to ICO Answer; draft Amendment to ICO Answer | 3.00 | 975.00 |
| 06/25/02 | JMA | Conference with MEF regarding summary judgment motions; phone - C. Marraro and A. Nagy regarding proposed amendment/stipulation; conference with MEF regarding amendment to Grace Answer in ICO case | 1.70 | 552.50 |
| 06/25/02 | JMA | Phone - plaintiffs' counsel regarding proposed amendment/stipulation; review and revise Amendment to Grace ICO Answer; phone - B. Hughes regarding Amendment and motion to amend; phone - S. German regarding proposed amendment/stipulation; phone - C. Marraro regarding Amendment | 1.30 | 422.50 |
| 06/25/02 | MEF | Telephone call with A. Perez regarding reply letter; telephone call with C. Marraro regarding reply letter; telephone calls with JMA regarding reply letter; conference with JMA regarding Honeywell RCRA claim | .80 | 172.00 |
| 06/26/02 | JMA | Phone - C. Marraro regarding amendment; phone - K. Millian and S. German regarding proposed amendment/stipulation; phone - C. Marraro regarding amendment/stipulation | 1.00 | 325.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | |
|---|---|---|
| W.R. GRACE & COMPANY | | July 9, 2002 |
| Client No. 734680 | | Page 9 |
| INVOICE NO. 16158 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/02 | JMA | Phone - C. Marraro and B. Hughes regarding stipulation as to certain facts; phone - C. Marraro, K. Millian and S. German regarding proposed amendment/stipulation; draft stipulation as to certain facts; draft letter to Judge Cavanaugh regarding dismissal of NJ Spill Act and contribution claims; draft letter to Judge Cavanaugh regarding stipulation | 3.50 | 1137.50 |
| 06/27/02 | MEF | Telephone call with W. Smith regarding auditor's initial report | .10 | 21.50 |
| 06/27/02 | MEF | Review auditor's initial report regarding Carella, Byrne's First Quarterly Fee Application | .20 | 43.00 |
| 06/28/02 | JMA | Conference with MEF regarding history of Mutual title to property; receipt and review fee auditor's report; conference with MEF regarding report; phone with client regarding report. | .70 | 227.50 |
| 06/28/02 | JMA | Receive and review letter from S. German with Stipulation and orders as to certain facts; execute Stipulation; finalize cover letters to Judge Cavanaugh. | 1.30 | 422.50 |
| 06/28/02 | JMA | Receive and review revised letter to Judge Cavanaugh regarding dismissal of Spill Acts and Contributory Claims vs. Grace; phone with C. Marraro regarding letter; revise and execute letter. | 1.50 | 487.50 |
| 06/28/02 | MEF | Review title information and deeds re 1896 property; conference with JMA re same | 1.00 | 215.00 |

Total Fees:  29,723.50

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    July 9, 2002
Client No.              734680                          Page     11
INVOICE NO.             16158
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                       325.00   68.90          22392.50
M E FLAX                          215.00   33.40           7181.00
Laura S Munzer                    150.00     .80            120.00
J KUBERT                           75.00     .40             30.00
                       TOTALS              103.50          29723.50
```