# EXHIBIT B

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                July 9, 2002
Client No.            734680                        Page      10
INVOICE NO.           16158
```

Disbursements

Costs Advanced

```
06/25/02  Costs Advanced - MCGUIRE, CHARLES P        145.20
                                      SUBTOTAL:     145.20

06/30/02  Photocopies                                 77.00
06/30/02  Faxes                                       81.00
06/30/02  Additional Staff Time                       20.17
06/30/02  Travel Expense                            (264.00)
06/30/02  Federal Express                             15.50
06/30/02  Messenger - In House                        50.00
                                                  -------------
Total Costs                                                124.87
                                                  -------------
Total Due this Matter                                   29,848.37
=============
```

## EMPLOYEE OVERTIME

Rate 40.33        2.0

EMPLOYEE _Lois Isaacson_

WEEK ENDING _____

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY ADM |
|---|---|---|---|---|---|
| Sat. | | | | | |
| Sun. | | | | | |
| Mon. | | | | | |
| Tues. | | | | | |
| Wed. | | | | | |
| Thurs. | | | | | |
| Fri. | 6/21/02 | W.R.Grace/Honeywell 734680-1  20.17 ✓ | 8:30 | 9:00 | .5 |

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY ADM |
|---|---|---|---|---|---|
| Sat. | | | | | |
| Sun. | | | | | |
| Mon. | | Aniero/Aetna 23100-31  60.50 ✓ | 5:00 | 6:00 | 1.0 |
| Tues. | | Aniero/Aetna 23100-31 | 5:00 | 5:30 | .5 |
| Wed. | | | | | |
| Thurs. | | | | | |
| Fri. | | | | | |

#123778 v1

Client/Matter #:    734680.1
Matter Description:    VS. ALLIED SIGNAL
Report Description: **Billed and Unbilled Recap of Cost**  [7/8/2002 4:38:46 PM]

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -134.00 | -134.00 | Travel Expense JMA MY LIMO |
| 2 | | | | | | | | |
| 3 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -130.00 | -130.00 | Travel Expense JMA MY LIMO |
| 4 | | | | | | | | |
| 5 | | | UNBILLED TOTALS:  WORK: | | | | -264.00 | 2 records |
| 6 | | | UNBILLED TOTALS:  BILL: | | | | -264.00 | |
| 7 | | | | | | | | |
| 8 | | | GRAND TOTAL:  WORK: | | | | -264.00 | 2 records |
| 9 | | | GRAND TOTAL:  BILL: | | | | -264.00 | |

## ATTACHMENT B
## TO FEE APPLICATION
### (June 1, 2002 through June 30, 2002)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 68.90 | 22,392.50 |
| Melissa E. Flax | Partner – 10 years | $215 | 33.40 | 7,181.00 |
| Laura S. Munzer | Associate – 19 years | $150.00 | .80 | 120.00 |
| Jake Kubert | Law Clerk | $75.00 | .40 | 30.00 |

| | |
|---|---|
| Grand Total: | $29,723.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | | 1.60 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | | 101.90 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | 81.00 ($0.25 per page) |
| Long Distance Telephone | | |
| In-House Reproduction | | 77.00 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | Charles P. McGuire | 145.20 |
| Local Travel | | |
| Out-Of-Town Travel<br>    airfare<br>    car/taxi service<br>    hotel | | (264.00) |
| Courier & Express Carriers (e.g. Federal Express) | | 15.50 |
| Postage | | |
| Other (Explain) – Additional Staff Time | | 20.17 |
| Messenger | | 50.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## EMPLOYEE OVERTIME

Rate 40.33        2.0

EMPLOYEE _Lois Isaacson_

WEEK ENDING _____

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY ADM |
|---|---|---|---|---|---|
| Sat. | | | | | |
| Sun. | | | | | |
| Mon. | | | | | |
| Tues. | | | | | |
| Wed. | | | | | |
| Thurs. | | | | | |
| Fri. | 6/21/02 | W.R.Grace/Honeywell 734680-1  20.17 | 8:30 | 9:00 | .5 |

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY ADM |
|---|---|---|---|---|---|
| Sat. | | | | | |
| Sun. | | | | | |
| Mon. | | Aniero/Aetna 23100-31 | 5:00 | 6:00 | 1.0 |
| Tues. | | Aniero/Aetna 23100-31 | 5:00 | 5:30 | .5 |
| Wed. | | | | | |
| Thurs. | | | | | |
| Fri. | | | | | |

#123778 v1

Client/Matter #:         734680.1
Matter Description:      VS. ALLIED SIGNAL
Report Description: **Billed and Unbilled Recap of Cost  [7/8/2002 4:38:46 PM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/2002 | 0092 | JM AGNELLO | 23 | 1.00 | -134.00 | -134.00 | Travel Expense JMA MY LIMO |
| 2 | | | | | | | | |
| 3 | 06/01/2002 | 0092 | JM AGNELLO | 23 | 1.00 | -130.00 | -130.00 | Travel Expense JMA MY LIMO |
| 4 | | | | | | | | |
| 5 | | | UNBILLED TOTALS:  WORK: | | | | -264.00 | 2 records |
| 6 | | | UNBILLED TOTALS:  BILL: | | | | -264.00 | |
| 7 | | | | | | | | |
| 8 | | | GRAND TOTAL:  WORK: | | | | -264.00 | 2 records |
| 9 | | | GRAND TOTAL:  BILL: | | | | -264.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO. et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9th day of July, 2002

_____
Notary Public

My Commission Expires:

MICHELE LOUIS
A Notary Public of New Jersey
My Commission Expires Feb. 8, 2003