# EXHIBIT A

## March 12 Presentation Materials

# W.R. Grace & Co.

## Revised Compensation Program

March 12, 2002

The Blackstone Group®

CONFIDENTIAL

# W.R. Grace & Co.
# Table of Contents

CONFIDENTIAL

Page

Goals..................................................................................... 1

New Long-Term Incentive Plan ("LTIP")...................................... 2

Retention Plan........................................................................ 4

Severance Plan....................................................................... 5

Competitive Practice................................................................ 6

Appendix............................................................................... 8

The Blackstone Group®
I13594.DOC 03/05/02 10:36 AM Page 2

# W.R. Grace & Co. Revised Compensation Program

CONFIDENTIAL

## Goals

■ Typically, companies that are in Chapter 11 because of mass tort liabilities continue their salary and annual incentive programs with little or no modification.

■ Retention, severance and cash-based long-term incentive opportunities are introduced to achieve necessary pay levels. The goals of these opportunities are as follows:

- promote the retention of key employees during and after the Chapter 11 process;

- provide adequate financial protection for involuntary termination;

- provide for upside potential; and

- provide an aggregate compensation level consistent with that provided to executives and key employees at comparable Chapter 11 companies.



## W.R. Grace & Co. Revised Compensation Program
## New Long-Term Incentive Plan ("LTIP")

CONFIDENTIAL

- The 2001–2003 LTIP (the "Current" LTIP) was designed to provide 50% of value in cash (approximately $6 million at target) and 50% in stock options.

  - Revised to provide 100% of the award in cash.

- The 2002–2004 LTIP (the "New" LTIP) is designed to replace incentives provided by the stock option piece of the Current LTIP, which is now considered worthless by most employees. The target pool is increased by the "value" of the stock option awards estimated at $7.0 million.

- The New LTIP would provide that:

  - 100% of the awards would be paid in cash;

  - The EBIT 3-year growth rate would be revised to 6%, consistent with the growth rates of Grace's industry peers;[1]

  - The payment as a percent of target would be increased at EBIT growth rates above the target of 6%; and

  - Payouts for EBIT growth rates below 5% would be implemented.

|  | Current and New Long Term Incentive Plan[2] | |
|---|---|---|
|  | **Current Plan** | **New Plan** |
| Participants | 311<br>(8.2% of employees) | Approximately 300 |
| Target Payout Total | $11.8 million | $14.0 million |
| Target Payout per Employee | 9-120% of salary | 14-144% of salary |
| Growth threshold for target payout | 10% 3-year growth in EBIT after accrual of AICP | 6% 3-year growth in EBIT, after accrual of AICP |
| Maximum payout | 200% of target at 25% growth | 400% of target at 25% growth |
| Minimum payout | 0% at less than 5% | 0% if no growth, prorated between 0% and 6% |
| Payout timing | Pays 33% on 3/31/03; 66% on 3/31/04 | Pays 33% on 3/31/04, 66% on 3/31/05<br>(Beginning in 2005, plans overlap to pay 100% per year) |

[1] See appendix for peer group historical growth rate.
[2] Excludes CEO. Subsequent plans assumed to commence each year, substantially similar to New Plan.

The Blackstone Group

113891A.DOC 06/05/02 10:34 AM Page 2

2

CONFIDENTIAL

# W.R. Grace & Co. Revised Compensation Program
## New Long-Term Incentive Plan ("LTIP") (Cont'd)

| Growth | Estimated LTIP Payout 2002-2006 | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2003[1] | 2004[2] | 2005[3] | 2006[4] | Average |
| 3% | $0.0 | $0.0 | $2.3 | $7.0 | $7.0 | $3.3 |
| 6% | 0.0 | 1.3 | 7.3 | 14.0 | 14.0 | 7.3 |
| 10% | 0.0 | 3.9 | 15.5 | 22.8 | 22.8 | 13.0 |
| 15% | 0.0 | 5.2 | 21.7 | 33.8 | 33.8 | 18.9 |

| | Cash Payout % of EBIT Growth | | |
|---|---|---|---|
| Growth | Existing Plan 2001-2003 | New Plan 2002-2004 | New Plan 2003-2005 |
| 3% | 0% | 40-41% | 39-40% |
| 6% | 11-12% | 38-40% | 36-37% |
| 10% | 20-21% | 36-37% | 32-34% |
| 15% | 18-19% | 33-35% | 29-31% |

[1] Includes first payment (1/3) of 2001-2003 current plan, adjusted to reflect 100% payment in cash rather than cash and options.
[2] Includes second payment (2/3) of 2001-2003 current plan plus first payment (1/3) of 2002-2004 new plan.
[3] Includes second payment (1/3) of 2002-2004 new plan plus first payment (1/3) of 2003-2005 new plan.
[4] Includes second payment (2/3) of 2003-2005 new plan plus first payment (1/3) of 2004-2006 new plan.

# W.R. Grace & Co. Revised Compensation Program

## Retention Plan

CONFIDENTIAL

*Promote the retention of key employees during and after the Chapter 11 process*

- One program for all participants.
- The current Retention Plan provided for:

  - Leadership Group: 100% salary paid in an up front lump sum for the 2001–2002 time period. Repayment required of any employee voluntarily terminated before end of 2002.

  - Management Group: 25% or 12.5% salary premium paid in regular payroll intervals over the 2001–2002 time period. Payments cease upon end of employment for any reason.

- The new Retention Plan would provide for increases in the percentage of salary for all participants. Payment prorated in the event of involuntary termination without cause.

| Target payout: | Current and New Retention Plans[1] | | | |
| --- | --- | --- | --- | --- |
| | Current Plan (2001–2002) | | New Plan (2003–2004)[2] | |
| | $ | % of salary | $ | % of salary |
| Tier 1 (18 participants) | 2.1 | 50 | 3.7 | 85 |
| Tier 2 (47 participants) | 1.7 | 25 | 3.6 | 50 |
| Tier 3 (51 participants) | 0.8 | 12.5 | 1.9 | 30 |
| Total (116 total)[3] | 4.6 | | 9.3 | |
| Average Award | $40,000 | | $80,635 | |
| Payout Timing | Tier 1 lump sum at start of year; Tiers 2 and 3 payout in regular payroll intervals | | Tier 1 lump sum at the end of each calendar year; Tiers 2 and 3 payout every six months. | |

(1) Excludes CEO.
(2) Plan duration is two years. Subsequent plan assumed to commence for 2004–2005, substantially similar to New Plan.
(3) New Plan has approximately 120 employees.



# W.R. Grace & Co. Revised Compensation Program

CONFIDENTIAL

## Severance Plan

■ Severance benefits for the leadership team (top 18) will remain unchanged.

■ New agreement for 2,163 participants:

● Payout at 1.5 weeks of salary per year of service, consistent with existing severance program.

  &ndash; Minimum 4 weeks, capped at 1 year, consistent with existing severance program.

● Minimum six month salary payout if involuntary termination (under certain limited circumstances) within one year prior to, or after, the effective date of a Plan of Reorganization.

● Extend existing change-in-control trigger for a period of two years after emergence; and amend provision to exclude a change-in-control resulting from a Plan of Reorganization.

# W.R. Grace & Co. Revised Compensation Program
## Competitive Practice

CONFIDENTIAL

Provide an average aggregate compensation level consistent with those provided to executives and key employees at other Chapter 11 companies with mass tort liabilities.

| Company | Duration in Months | Retention Program | | | Long-Term Program | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Range | Number of Participants / Total Employees | Average Annual Payout $ / Annual Total Cost | Number of Participants | Range | Average Award / Total Cost |
| Armstrong | 18 | 30% – 110%[1] | 149 / 15,000 | $67,800 $10.1mm | 280 | 12% – 200% | $46,800 $13.1mm |
| Owens Corning | 36 | 33% – 133% | 236 / 20,000 | $97,500 $23mm | N/A | N/A | N/A |
| USG | 24 | 30% – 150%[2] | 216 / 13,700 | $79,600 $17.2mm | N/A | N/A | N/A |
| Federal Mogul | 24 | 15% – 75%[3] | 372 / 49,000 | $33,300 $12.4mm | 85 | 24% – 156% | $145,900 $12.4mm |
| W.R. Grace | 24 | 30% – 85%[4] | 116 / 6,000 | $80,635 $9.3mm | 311 | 14% – 144% | $45,610 $14.0mm |

[1] 40% average payout.
[2] 119% average payout.
[3] 44% average payout.
[4] 52% average payout.

W.R. Grace & Co. Revised Compensation Program
# Competitive Practice (cont'd)

CONFIDENTIAL

## W. R. Grace Total Cash Cost Per Year
### (Retention Plan plus LTIP)

| Growth | 2002 (1) | 2003 | 2004 | 2005 | 2006 | Average |
|--------|----------|------|------|------|------|---------|
| 3% | $4.4 | $9.3 | $11.6 | $16.3 | $16.3 | $11.6 |
| 6% | 4.4 | 10.6 | 16.5 | 23.2 | 23.2 | 15.6 |
| 10% | 4.4 | 13.2 | 24.7 | 32.0 | 32.0 | 21.3 |
| 15% | 4.4 | 14.5 | 31.0 | 43.1 | 43.1 | 27.2 |

(1) Retention payments ($2.1) for Leadership Team were paid as lump sum payments in 2001.

# W.R. Grace & Co. Revised Compensation Program
## Appendix

CONFIDENTIAL

- The peer group consists of fourteen companies, four of which comprise the S&P Specialty Chemicals Group and the remaining are other specialty chemicals companies.

- The compounded annual growth rates (CAGRs) were calculated for each three-year period from 1992 – 2000 (1992 – 1994, 1993 – 1995, etc.) and then averaged to obtain a result that smoothes out the CAGR.

- The average and median three-year EBIT CAGR equal 5.8% and 5.9%, respectively. The average EBIT CAGR ranges from –7.3% to 13.6%.

**EBITDA**
**Compound Annual Growth Rate**

| Peer Group Companies | '92 – '94 | '93 – '95 | '94 – '96 | '95 – '97 | '96 – '98 | '97 – '99 | '98 – '00 | Average |
|---|---|---|---|---|---|---|---|---|
| Albemarle | 8.52% | 23.94% | 18.62% | 8.68% | 2.43% | 8.33% | 5.57% | 10.87% |
| Cabot | 17.69% | 20.60% | 19.51% | 2.16% | -8.16% | -13.18% | 1.35% | 5.71% |
| Dow Chemical | 2.68% | 31.20% | 23.98% | 14.42% | -17.40% | -10.23% | -6.69% | 5.42% |
| Du Pont | 6.80% | 27.74% | 26.51% | 1.34% | -5.14% | -9.07% | -5.67% | 6.08% |
| Eastman Chemical | 6.00% | 24.05% | 13.70% | -3.70% | -23.36% | -20.59% | 0.18% | -0.53% |
| Ecolab | 9.53% | 11.46% | 12.70% | 14.66% | 17.21% | 16.09% | 13.85% | 13.64% |
| Englehard Corp. | 8.33% | 14.82% | 21.56% | 16.83% | 12.73% | 7.03% | 8.53% | 12.84% |
| Great Lakes Chemical | 12.29% | 11.07% | -24.36% | -24.13% | -27.39% | -0.65% | 2.04% | -7.30% |
| H. B. Fuller | 3.29% | -0.77% | 10.73% | 9.78% | 8.03% | 14.42% | 5.41% | 7.27% |
| Hercules | 15.06% | 7.40% | 11.11% | -2.10% | -0.98% | 4.39% | 0.42% | 5.04% |
| International Flavors & Fragrances | 11.10% | 10.62% | 3.59% | -1.60% | -7.21% | -6.14% | -8.70% | 0.24% |
| PPG Industries | 21.31% | 23.84% | 21.78% | 9.18% | -0.63% | -5.02% | -2.98% | 9.64% |
| Sigma-Aldrich | 9.63% | 10.46% | 10.13% | 12.71% | -0.03% | -3.15% | -4.47% | 5.04% |
| Union Carbide | 24.49% | 48.40% | 36.09% | 21.16% | -17.76% | -16.01% | -41.74% | 7.80% |
| Average | 11.19% | 18.92% | 14.69% | 5.67% | -4.83% | -2.41% | -2.35% | 5.84% |
| 25th Percentile | 7.19% | 10.73% | 10.83% | -0.86% | -15.09% | -9.94% | -5.37% | 5.04% |
| Median | 9.58% | 17.71% | 16.16% | 8.93% | -3.06% | -4.09% | 0.30% | 5.89% |
| 75th Percentile | 14.37% | 24.02% | 21.72% | 13.99% | 1.82% | 6.37% | 4.57% | 9.18% |