IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 2, 2002 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2002 THROUGH MAY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#827939 v1

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
|  |  |  |  |  |
| Total |  |  | - | - |

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
|  |  |  |  |  |
| Total |  |  | - | - |

Matter 00000 - General

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 9.00 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Velo Binding | $ | - |
| **Total** | $ | 9.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 5
Invoice No.: 601008
Client No.: 04339
Matter No.: 00000

**Regarding: GENERAL**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/06/02 | 60 | Photocopies | $ | 9.00 |
| | | **Total Disbursements:** | **$** | **9.00** |

## Disbursement Summary

| Description | | Amount |
|---|---|---|
| Photocopies | $ | 9.00 |
| **Total Disbursements:** | **$** | **9.00** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *0.12* |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | 02/28/02 | Cash Receipt | | -398.10 |
| | *Outstanding Balance on Invoice 583055:* | | *$* | *86.70* |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Neitzel, Charlotte | Partner | $ 300.00 | 26.50 | $ 7,950.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 8.90 | $ 2,447.50 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 9.2 | $ 1,150.00 |
| Floyd, Mary Beth | Information Specialist | $ 90.00 | 1.6 | $ 144.00 |
| Payne, William | Information Specialist | $ 85.00 | 70 | $ 5,950.00 |
| | | | | |
| Total | | | 116.20 | 17,641.50 |

Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Photocopies | $ 3,662.25 |
| Facsimiles | $ 3.00 |
| Long Distance Telephone | $ 109.28 |
| Outside Courier | $ 535.80 |
| Postage | $ - |
| Travel Expense | $ 170.46 |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ 350.00 |
| Westlaw | $ - |
| Research Services | $ 0.14 |
| Color Copies | $ 11.70 |
| **Total** | $ 4,842.63 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            8
Invoice No.:    601008
Client No.:     04339
Matter No.:     00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/06/02 | CLN | Coordinate re health sciences conference at University of Montana. | 0.30 | $ 90.00 |
| 05/06/02 | MBF | Call University of Montana for CLNeitzel regarding asbestos/vermiculite scientific conference to be held in Missoula in July (.20); inform CLNeitzel regarding call (.30). | 0.50 | 45.00 |
| 05/08/02 | CLN | Confer with expert re expert opinion issues (.30); confer with Dori Kuchinsky re expert opinion issues (.50); assist in identifying documents needed from EPA (.50); coordinate technical issues and review re health sciences conference (.50) | 1.80 | 540.00 |
| 05/08/02 | KJC | Telephone conference with A. Stringer re agreement with Millwork West re moving planar equipment (0.30); draft letter re same (0.40). | 0.70 | 192.50 |
| 05/08/02 | MBF | Call University of Montana re conference at request of CLNeitzel. | 0.30 | 27.00 |
| 05/09/02 | KJC | Draft and revise letters to Millwork West re agreement to move planar (1.30); telephone conference with A. Stringer re letter to Millwork West and re EPA meeting (0.20). | 1.50 | 412.50 |
| 05/10/02 | CLN | Coordination re experts and review of ATSDR information (3.0); coordinate with experts re documents not yet provided by EPA and evaluate discovery (4.30) | 7.30 | 2,190.00 |
| 05/10/02 | WEP | Make two copies of CD "FOIA Request" (1.20); make two copies of CD "Year 2000 Medical Testing" (1.20); make two copies of CD "ATSDR Data Dictionary" (1.20). | 3.60 | 306.00 |

Holme Roberts & Owen LLP

June 30, 2002

| | |
|---|---|
| W.R. Grace | Page 9 |
| | Invoice No.: 601008 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/16/02 | WEP | Load CDs "DOJ001" through "DOJ006" to the network server (3.00); make one copy of CDs "DOJ001" through "DOJ0010" (4.30). | 7.30 | 620.50 |
| 05/17/02 | WEP | Load CDs "DOJ007" through "DOJ012" to the network server (3.00); make one copy of CDs "DOJ011" through "DOJ0012" (1.00); make one copy of CDs "WRG_009" and "WRG_011" through "WRG014" (3.5). | 7.50 | 637.50 |
| 05/20/02 | WEP | Load CDs "DOJ001" through "DOJ012" into Document Director (5.00); load CDs "WRG_009" and "WRG_011" through "WRG_014" into Document Director (2.80). | 7.80 | 663.00 |
| 05/21/02 | WEP | Make 5 copies of CD "Libby Asbestos 031502" (2.50); re-load CDs "DOJ001" through "DOJ0012" into Document Director (5.00). | 7.50 | 637.50 |
| 05/22/02 | CLN | Conference with D.Kuchinsky and coordinate re film (.5); conference with expert (.80); draft memorandum to file re conference with expert (.20); memorandum to file re Sciences International budget (.30); review and evaluate Action Memorandum (1.20); code documents (.50). | 3.50 | 1,050.00 |
| 05/23/02 | MBF | Obtain copy of Federal Register notice re ATSDR tremolite study for CLNeitzel. | 0.20 | 18.00 |
| 05/24/02 | CLN | Review of Grace documents re Administrative Record and expert issues (1.00); review of Weis memo re expert issues (1.80). | 2.80 | 840.00 |
| 05/24/02 | KJC | Draft memorandum re summary of document review (1.10); conference with KWLund re same (0.20). | 1.30 | 357.50 |
| 05/24/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (6.20); travel to Denver from Boston document review (3.00) (3.00 N/C) (NWT 50%). | 9.20 | 1,150.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/24/02 | WEP | Create 3 CDs for imput of coded information into Lotus Notes for JHall (3.0); Make one copy of CDs "DOJ001" through "DOJ004" (4.00) | 7.00 | 595.00 |
| 05/28/02 | KJC | Conference with KWLund and JDMcCarthy re May 2, 2002 Action Memo (0.90); review Action Memo Amendment (2.10); review legal research re consumer product exception (0.70). | 3.70 | 1,017.50 |
| 05/28/02 | MBF | Proof discovery response for TKorver. | 0.60 | 54.00 |
| 05/28/02 | WEP | Make one copy of CDs "DOJ005" through "DOJ012" (5.80); make one copy of the EPP and ECW disks (3 total) (1.5). | 7.30 | 620.50 |
| 05/29/02 | CLN | Evaluate administrative memo amendment (1.5); assist LSDecker in preparing for interview of CDM employee (1.20). | 2.70 | 810.00 |
| 05/29/02 | KJC | Video conference with client and counsel re May 2, 2002 Action Memo Amendment (1.40); prepare for and follow up re same (0.30). | 1.70 | 467.50 |
| 05/29/02 | WEP | Make four copies of CDs "Volpe 1" through "Volpe 28". | 13.50 | 1,147.50 |
| 05/30/02 | CLN | Review DOJ letter (.30); code documents for defenses (2.50). | 2.80 | 840.00 |
| 05/30/02 | WEP | Make four copies of CDs "DOJ001" through "DOJ012". | 8.50 | 722.50 |
| 05/31/02 | CLN | Conference with risk expert and Jay McCarthy (1.00); review of motion for extension (.30); review client e-mail advising of risk matter raised by expert (1.50); code documents (2.50). | 5.30 | 1,590.00 |

**Total Fees Through May 31, 2002:**   116.20   $  17,641.50

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 11
Invoice No.: 601008
Client No.: 04339
Matter No.: 00300

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 300.00 | 26.50 | $ 7,950.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 8.90 | 2,447.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 9.20 | 1,150.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 1.60 | 144.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 70.00 | 5,950.00 |
| | | **Total Fees:** | | **116.20** | **$ 17,641.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/12/02 | | Long Distance Telephone: calls made  02. | $ 52.89 |
| 03/25/02 | | Long Distance Telephone: calls from | 50.18 |
| 04/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 04/10/02; DATE: 4/10/2002 - Denver, Customer #JJ0001, Dial-Up, 1/1-3/31/02 | 0.14 |
| 04/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7129079; DATE: 4/15/2002 - Courier, Acct. HO7068 04-02; From EPA to HRO | 8.25 |
| 04/17/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 29786; DATE: 4/17/2002 - Denver, #00020, Room Charges for Betty Anderson, 4/16-4/17/02, B. Anderson | 170.46 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-05; Elizabeth Anderson Alexandria, Va | 19.43 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-05; Phillip Goad Little Rock, Ar | 14.84 |

Holme Roberts & Owen LLP

June 30, 2002

| W.R. Grace | | | |
|---|---|---|---|
| | | Page | 12 |
| | | Invoice No.: | 601008 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-15; Phil Goad Little Rock, Ar | 8.77 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-17; Phil Goad Little Rock, Ar | 14.84 |
| 04/29/02 | | Long Distance Telephone: 7036840123 | 1.19 |
| 04/29/02 | 19,480 | Photocopies | 2,922.00 |
| 05/01/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; Elizabeth Anderson Alexandria, Va | 9.47 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; Drew Van Orden Monroeville, Pa | 9.05 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Richard Finke Boca Raton, Fl | 19.43 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Douglas E Cameron Pittsburgh, Pa | 18.78 |
| 05/08/02 | | Long Distance Telephone: 4062933964 | 1.05 |
| 05/08/02 | | Other Expenses: VENDOR: Center for Environmental Health Sciences; INVOICE#: 050802; DATE: 5/8/2002 - CLNeitzel - attend First Annual Center for Environmental Sciences Scientific Conference on June 24-25, 2002 in Missoula, MT | 175.00 |
| 05/08/02 | | Other Expenses: VENDOR: Center for Environmental Health Sciences; INVOICE#: 050802A; DATE: 5/8/2002 - Dori Kuchinsky - attend First Annual Center for Environmental Sciences Schentific Conference - June 24-25, 2002 Missoula, MT | 175.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 13
Invoice No.: 601008
Client No.: 04339
Matter No.: 00300

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/08/02 | 55 | Photocopies | 8.25 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; Elizabeth Anderson Alexandria, Va | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; William Concord Columbia, Md | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; Richard Finke Boca Raton, Fl | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; Robert Emmett Columbia, Md | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; Phil Goad Little Rock, Ar | 38.60 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-30; Dori Kuchinsky Leeburg, Va | 36.37 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-02; Drew Van Order Monroeville, Pa | 9.05 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-02; Phillip T Goad Little Rock, Ar | 8.77 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-29; U S Environmental Protection Agency Arlington, Va | 158.51 |
| 05/10/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 05/10/02 | 20 | Photocopies | 3.00 |
| 05/10/02 | 245 | Photocopies | 36.75 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 14
Invoice No.: 601008
Client No.: 04339
Matter No.: 00300

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/13/02 | 3 | Facsimile | 3.00 |
| 05/13/02 | 54 | Photocopies | 8.10 |
| 05/13/02 | 2,893 | Photocopies | 433.95 |
| 05/13/02 | 1,042 | Photocopies | 156.30 |
| 05/14/02 |  | Long Distance Telephone: 5016142834 | 2.14 |
| 05/15/02 | 6 | Color Photocopies: 6 Color Photocopies | 3.90 |
| 05/15/02 |  | Long Distance Telephone: 7036840123 | 1.83 |
| 05/17/02 | 22 | Photocopies | 3.30 |
| 05/22/02 | 19 | Photocopies | 2.85 |
| 05/23/02 | 82 | Photocopies | 12.30 |
| 05/24/02 | 496 | Photocopies | 74.40 |
| 05/24/02 | 1 | Photocopies | 0.15 |
| 05/28/02 | 5 | Photocopies | 0.75 |

**Total Disbursements:** $ **4,842.63**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page          15
Invoice No.:  601008
Client No.:   04339
Matter No.:   00300

## Disbursement Summary

| | |
|---|---:|
| Photocopies | $ 3,662.25 |
| Facsimile | 3.00 |
| Long Distance Telephone | 109.28 |
| Outside Courier | 535.80 |
| Travel Expense | 170.46 |
| Research Services | 0.14 |
| Other Expenses | 350.00 |
| Color Photocopies | 11.70 |
| **Total Disbursements:** | **$ 4,842.63** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | | *Outstanding Balance on Invoice 577760:* | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | | *Outstanding Balance on Invoice 577905:* | *$ 88,335.39* |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | | *Outstanding Balance on Invoice 579873:* | *$ 14,330.32* |
| 583055 | 12/27/01 | Bill | 41,549.74 |
| | 02/28/02 | Cash Receipt | -34,558.94 |

Matter 00301 Libby Access Defense

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| McCarthy, Jay D. | Partner | $ 300.00 | | |
| Total | | | - | $ - |

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| McCarthy, Jay D. | Partner | $ 300.00 | | |
| Total | | | - | $ - |

Expenses

Matter 00301 - Libby Access Defense

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ 4.00 |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Meal Expenses | $ - |
| Total | $ 4.00 |