Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/08/02 | 4 | Facsimile | $ | 4.00 |
| | | **Total Disbursements:** | **$** | **4.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 4.00 |
| **Total Disbursements:** | **$** | **4.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577905 | 10/31/01 | Bill | | 31,638.92 |
| | *Outstanding Balance on Invoice 577905:* | | *$* | *31,638.92* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 4,639.70 |
| | 01/24/02 | Cash Receipt | | -3,715.66 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *924.04* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 1,428.00 |
| | 02/28/02 | Cash Receipt | | -1,146.40 |
| | *Outstanding Balance on Invoice 583055:* | | *$* | *281.60* |

## Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|------------|-----|-----------|
| Harris, Collin | Partner | $ 350.00 | 0.80 | $ 280.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 80.8 | $ 28,280.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 5.5 | $ 1,650.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 32 | $ 9,600.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 46.7 | $ 14,010.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 104.9 | $ 28,847.50 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 51.6 | $ 14,448.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 11.2 | $ 2,464.00 |
| Hall, Jennifer | Associate | $ 220.00 | 7.7 | $ 1,694.00 |
| Korver, Thomas | Senior Paralegal | $ 140.00 | 55.8 | $ 7,812.00 |
| Aschenbrenner, Corina | Paralegal | $ 125.00 | 3.4 | $ 425.00 |
| Latuda, Carla | Senior Paralegal | $ 125.00 | 27.2 | $ 3,400.00 |
| Wingard, Johncie | Paralegal | $ 125.00 | 1.5 | $ 187.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 32.4 | $ 3,564.00 |
| Proctor, Faye | Case Admin. | $ 70.00 | 4.9 | $ 343.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 57.4 | $ 5,166.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 1.5 | $ 165.00 |
| | | | | |
| Total | | | 525.30 | $ 122,336.00 |

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL | |
|---|---|---:|
| Parking | | |
| Photocopies | $ | 972.60 |
| Facsimiles | $ | 74.00 |
| Long Distance Telephone | $ | 24.28 |
| Outside Courier | $ | 779.10 |
| Travel Expense | $ | 1,340.09 |
| Other Meal Expenses | $ | 197.84 |
| Supplies | $ | - |
| Lexis | $ | 69.09 |
| Westlaw | $ | - |
| Research Services | $ | - |
| Velo Binding | $ | - |
| Tab Stock | $ | - |
| Other Expenses | $ | 3,476.20 |
| Color Copies | $ | 7.15 |
| **Total** | $ | 6,940.35 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | KJC | Conference with KWLund and EEStevenson re overview presentation, discovery schedule and expert progress (1.10); conference with R. Emmett, D. Siegel, W. Corcoran re status of case, expert progress and strategy (5.00); prepare for strategy meeting with client (3.00). | 9.10 | $  2,502.50 |
| 04/30/02 | KJC | Conference with R. Emmett, D. Siegel, W. Corcoran re case strategy, experts and schedule (6.00); conference with KWLund re follow up to strategy meeting (1.10); review tasks assigned in strategy meeting (0.60). | 7.70 | 2,117.50 |
| 05/01/02 | JDM | Review GMBarry memo re standard of review (0.3); analyze discovery and scheduling issues (0.7); meet with KJCoggon re motion to compel and other discovery and scheduling issues (1.1); review U.S. reply brief (0.3); telephone conference with G. Graham and KJCoggon re potential motion to compel and pretrial schedule (0.8); review public health emergency articles (0.3). | 3.10 | 930.00 |
| 05/01/02 | KJC | Conference with JDMcCarthy re discovery schedule and strategy (0.70); telephone conference with G. Graham re same (0.80); conferences with vendors re document scanning, coding and schedules (1.70); train paralegals re document review and coding (1.10); telephone conference with H. Kukis re data training and missing data (0.50); coordinate with experts re documents and schedules (0.40). | 5.20 | 1,430.00 |
| 05/01/02 | EES | Review additional CDM cost documentation and change order/scope of work documentation. | 3.30 | 924.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/02 | JAH | Telephone conference with KJBates re Schedule 7.01 (.1); consider and prepare letter to James Freeman at DOJ re Schedule 7.01 (.8); consider and prepare correspondence to KJCoggon re same (.1); consider and prepare correspondence to TWKorver re document review (.2); telephone conference with KJCoggon re discovery motions (.1); consider and organize files (.1); telephone conference with James Freeman at DOJ re Schedule 7.01 (.2). | 1.60 | 352.00 |
| 05/01/02 | NKA | Review and code electronic documents in EPA Production database for cost recovery issues and category (1.50). | 1.50 | 165.00 |
| 05/01/02 | CKA | Conference and training with KJCoggon and FProctor re coding EPA Cost Recovery documents. | 1.10 | 137.50 |
| 05/01/02 | TWK | Review reply re EPA motion for summary judgment (.30); prepare coding of documents produced by EPA in administrative record and site file (3.60). | 3.90 | 546.00 |
| 05/01/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues. | 3.70 | 462.50 |
| 05/01/02 | FP | Conference and training with KJCoggon and CKAschenbrenner re Grace Cost Recovery history and coding. | 1.10 | 77.00 |
| 05/02/02 | JDM | Prepare for team meeting (0.5); attend team meeting re discovery and expert issues (1.2); meet with LSDecker re veil piercing issues (0.1); telephone conference with KJCoggon re document review, coding and motion to compel (0.2); review documents (0.2). | 2.20 | 660.00 |
| 05/02/02 | CLN | Attend cost recovery team meeting. | 1.20 | 360.00 |
| 05/02/02 | LSD | Attend weekly meeting re scheduling (1.20); follow up meeting with JDMcCarthy re Hutchinson visit and necessary documents related to same (.10). | 1.30 | 390.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 22 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/02/02 | KJC | Telephonce conferences with EEStevenson and JDMcCarthy re data gaps and documents (0.60); telephone conference with R. Finke re expert contact and Department of Transportation presentation document (0.20). | 0.80 | 220.00 |
| 05/02/02 | EES | Case strategy meeting with JDMcCarthy, CLNeitzel, KJCoggon and TWKorver (1.20); extended meeting with accounting experts re cost documentation audit issues (2.30); review additional cost documentation and change order documentation (2.90); conference call with accounting experts re follow-up audit issues (.80). | 7.20 | 2,016.00 |
| 05/02/02 | CKA | Conference and training with TWKorver re issue coding of EPA cost recovery documents. | 0.80 | 100.00 |
| 05/02/02 | TWK | Meeting with JDMcCarthy, LSDecker, CLNeitzel, and EEStevenson re status of case and upcoming tasks (1.20); prepare coding of documents produced by EPA in Administrative Record and Site File (3.30); meet with CKAschenbrenner and FProctor re coding of documents in EPA discovery database (.80); research data from ATSDR re health screening and mortality study to be provided to risk experts (1.00); letter to Mr. Corcoran, Mr. Emmett and Mr. Hughes re supplement to Libby analytical database (.20). | 6.50 | 910.00 |
| 05/02/02 | MCL | Review and code electronic documents produced by EPA for responsivness to Cost Recovery issues. | 6.60 | 825.00 |
| 05/02/02 | FP | Conference with TWKorver re: EPA cost recovery and training on issue coding. | 0.80 | 56.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 23 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/03/02 | KJC | Arrange for meeting among experts (0.50); telephonce conferences with experts re progress and data needs (0.70); telephone conferences with EEStevenson re documents for experts, progress and related matters (0.80); manage document distribution to client and experts (0.60); review Volpe documents (1.10); conference with JAHall re response to J. Freeman inquiry re KDC documents (0.20); telephone conference with KWLund re status update (0.20); e-mail G. Graham and clients re details for strategy meeting (0.40); draft pro hac vice admission papers (0.50); search for Department of Transportation document (0.50). | 5.50 | 1,512.50 |
| 05/03/02 | EES | Review supplemental cost documentation (3.40); extended phone conferences with cost experts (1.40). | 4.80 | 1,344.00 |
| 05/03/02 | JAH | Conference with KJCoggon re Schedule 7.01 (.1); prepare documents for production to DOJ (.3); telephone conference with James Freeman at DOJ re same (.2). | 0.60 | 132.00 |
| 05/03/02 | TWK | Prepare coding of documents produced by EPA in Administrative Record and Site File (2.00); research data and documents produced by EPA and prepare list of same (1.30); train secretaries for coding of EPA production documents (.50). | 3.80 | 532.00 |
| 05/03/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues. | 6.10 | 762.50 |
| 05/03/02 | ICM | Conduct investigative research for CLNeitzel re conferences on asbestos hazards. | 1.50 | 165.00 |
| 05/06/02 | KWL | Prepare expert outline re risk assessment and data (4.90); review various draft correspondence re data and document production issues (1.60); telephone conference with Bob Emmett re strategy issues (.50); review Peronard documents (2.00). | 9.00 | 3,150.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/06/02 | JDM | Review and respond to e-mails re discovery schedule and correspondence with U.S. | 0.20 | 60.00 |
| 05/06/02 | KJC | Coordinate strategy meeting with G. Graham (0.40); research re missing data (0.50); address expert and discovery issues (2.20). | 3.10 | 852.50 |
| 05/06/02 | EES | Phone conference with accounting experts (.9); review supplemental document production indexes (2.2). | 3.10 | 868.00 |
| 05/06/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (2.00). | 2.00 | 220.00 |
| 05/06/02 | MBF | Review and code administrative record documents in Lotus Notes. | 4.00 | 360.00 |
| 05/07/02 | KWL | Prepare expert outlines re cost recovery accounting issues (1.40); review Weis documents (3.80); outline key trial themes (1.00). | 6.20 | 2,170.00 |
| 05/07/02 | JDM | Review and respond to e-mails re experts, discovery and strategy meeting (0.3); telephone conference with KJCoggon re discovery letter and management of experts (0.2). | 0.50 | 150.00 |
| 05/07/02 | LSD | Begin review of documents pertinent for Hutchinson interview. | 0.50 | 150.00 |
| 05/07/02 | KJC | Review and respond to e-mail messages re discovery and experts (0.80). | 0.80 | 220.00 |
| 05/07/02 | EES | Review Marcor progress reports and change order cost documentation (2.9); conference calls with accounting experts regarding indirect cost documentation issues (.8). | 3.70 | 1,036.00 |
| 05/07/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (6.60). | 6.60 | 1,452.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/07/02 | JAH | Telephone conference with KJCoggon re motion to compel (.20); consider and prepare letter to James Freeman at DOJ re supplemental disclosures (.20). | 0.40 | 88.00 |
| 05/07/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (2.00). | 2.00 | 220.00 |
| 05/07/02 | TWK | Review U.S. second set of requests for admissions (.20); review U.S. second set of interrogatories and requests for production (.30). | 0.50 | 70.00 |
| 05/08/02 | JDM | Telephone conference with KJCoggon re risk expert data needs (0.2); meeting with EEStevenson re cost experts (0.3); telephone conference with CLNeitzel re expert data (0.2). | 0.70 | 210.00 |
| 05/08/02 | LSD | Continue review of documents pertinent for interview with Michael Hutchinson. | 0.60 | 180.00 |
| 05/08/02 | KJC | Telephone conference with EEStevenson and experts re document review (1.60); conferences with EEStevenson re conference call with experts (0.60); coordinate strategy meeting (0.70); conference with CLNeitzel re missing data (0.40); telephone conferences with JDMcCarthy re missing data (0.20); research and draft letter re missing data (0.30); forward indices of Peronard and Weis e-mail to expert (0.50); organize files (1.00). | 5.30 | 1,457.50 |
| 05/08/02 | EES | Review detailed contractor scope of work accounting workpapers (2.8); extended phone conference with accounting and cost experts (1.4); review accounting experts indirect cost analysis/documentation (3.3); review ATSDR indirect cost documention (2.4). | 9.90 | 2,772.00 |
| 05/08/02 | GMB | Research admin and site record for Volpe/EPA correspondence pre-11/18/99 (3.20). | 3.20 | 704.00 |
| 05/08/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (3.50). | 3.50 | 385.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/08/02 | TWK | Prepare responses to U.S. second set of interrogatories and requests for production. | 1.10 | 154.00 |
| 05/08/02 | MBF | Review and code administrative record documents in Lotus Notes. | 0.60 | 54.00 |
| 05/09/02 | KWL | Telephone conference with Bill Corcoran re public health emergency issues (.50); review DOJ discovery requests and requests for admissions (1.0); review various correspondence re risk assessment issues (1.0). | 2.50 | 875.00 |
| 05/09/02 | JDM | Prepare for expert conference call (0.8); review NPL listing comments (1.4); meet with KJCoggon re experts (0.2); call with experts (1.9). | 4.30 | 1,290.00 |
| 05/09/02 | LSD | Review requests for admission re corporate structure issues. | 0.30 | 90.00 |
| 05/09/02 | KJC | Telephone conference with experts re data issues and strategies (1.50); telephone conference with R. Finke re response to discovery request (0.70); research re missing data and information (1.20); conferences with JDMcCarthy re missing data, expert prep and scheduling issues (1.20). | 4.60 | 1,265.00 |
| 05/09/02 | EES | Review additional ATSDR indirect cost documents (2.7); telephone conferences with accounting experts regarding indirect cost issues (.7); telephone conference with accounting experts regarding cost database and deliverable issues (.9). | 4.30 | 1,204.00 |
| 05/09/02 | TWK | Prepare objections and responses to U.S. second set of discovery requests (8.00); telephone conference with KJCoggon and Mr. Finke re responses to U.S. second set of discovery (.70); prepare coding of documents produced by EPA in Administrative Record and Site File (.80); research corruption issues with EPA analytical database (.50). | 10.00 | 1,400.00 |
| 05/09/02 | MBF | Code documents in the administrative record database. | 6.30 | 567.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/10/02 | JDM | Review EPA Risk Assessment Guidance for Superfund (0.6); review Libby news articles (0.3); review e-mails (0.3); telephone conference with J. Freeman re depositions (0.1). | 1.30 | 390.00 |
| 05/10/02 | KJC | Review and follow up re letter from H. Kukis re database tutorial (0.40); telephone conference with E. Moeller re deposition (0.10); review draft discovery responses (0.30); manage experts, documents and schedules (0.70). | 1.50 | 412.50 |
| 05/10/02 | EES | Review extensive supplemental CD document production indexes (3.0); telephone conferences with accounting experts (.6). | 3.60 | 1,008.00 |
| 05/10/02 | TWK | Research public health emergency declaration at Libby (.30); research pleadings and allegations in action for cost experts (1.00). | 1.30 | 182.00 |
| 05/10/02 | MBF | Review and code administrative documents in Lotus Notes database. | 3.30 | 297.00 |
| 05/12/02 | KJC | Review and address letter for H. Kukis re tutorial and document production supplement (0.20); draft e-mail re deposition of E. Moeller (0.30); draft list of tasks re experts, discovery, document review and case management (0.70). | 1.20 | 330.00 |
| 05/13/02 | KWL | Conference with JDMcCarthy re expert issues and trial strategy (.40); telephone conference with KJCoggon re status of case, experts, discovery and related issues (.60); work on various strategic issues related to expert preparation (3.00); telephone conferences with Richard Finke re expert reports and strategy (.50); review EPA correspondence re discovery issues (.40). | 4.90 | 1,715.00 |
| 05/13/02 | JDM | Review e-mails (0.2); review articles re Libby (0.3); meet with KWLund re expert issues and trial strategy (0.4). | 0.90 | 270.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/13/02 | CLN | Work on discovery issues (1.5); coordination with risk expert (1.5); conference with expert (.5); code documents (2.20); review bill from Anderson (.30); work on discovery issues (.50). | 6.50 | 1,950.00 |
| 05/13/02 | KJC | Telephone conference with KWLund re status of case, experts, discovery and related issues (0.60); telephone conference with EEStevenson re expert preparation (0.40). | 1.00 | 275.00 |
| 05/13/02 | EES | Conference calls with accounting experts regarding supplemental cost documents, database revisions and expert report issues (.7); conference call with cost expert regarding ATSDR documentation issues (1.1); review accounting workpapers regarding ATSDR documents (2.0); review declarations and deposition testimony regarding EPA's indirect cost methodology and other EPA cost recovery cases (3.1). | 6.90 | 1,932.00 |
| 05/13/02 | CKA | Review and issue code EPA production documents. | 1.50 | 187.50 |
| 05/13/02 | FP | Review and code C. Weis e-mail in Lotus Notes database. | 2.00 | 140.00 |
| 05/13/02 | MBF | Review and code adminstrative record and site file documents in Lotus Notes database (6.0); conference with FProctor regarding coding issues (.60). | 6.60 | 594.00 |
| 05/14/02 | KWL | Conference with JDMcCarthy re expert issues (.30); telephone conference with KJCoggon re case status and related projects (.40); telephone conferences with Bill Corcoran re case strategy (.60); review Millworks West Settlement Agreement and related issues (1.80); telephone conference with Alan Stringer re same (.40). | 3.50 | 1,225.00 |
| 05/14/02 | JDM | Review and respond to e-mails re experts and discovery issues (0.3); outline scope of work for rick and sampling/analysis experts (0.8); meet with KWLund re expert issues (0.3). | 1.40 | 420.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/14/02 | CLN | Coordination with CTEH re conference in Atlanta (1.0); coordination re discovery (2.5); code documents and develop defenses (4.0); call to expert re bill (.30). | 7.80 | 2,340.00 |
| 05/14/02 | KJC | Review and revise response to second set of discovery (1.10); draft scope of work for experts (0.60); conference with R. Finke and J. Hughes re documents and issues relevant to defense, Libby Story, response to discovery requests (3.00); review and respond to e-mail and messages re experts, document production and other issues (2.10); telephone conference with expert and EEStevenson re documents and next tasks (0.80); telephone conference with KWLund re status of case and projects (0.40). | 7.60 | 2,090.00 |
| 05/14/02 | EES | Conference call with cost expert re ATSDR investigation costs (.70); conference call with KJCoggon and cost expert re deliverables, pending documentation issues and ATSDR cost evaluation (.40); conference call with accounting expert re EPA indirect cost documentation issues (.60); review additional documentation challenging EPA's indirect cost recovery methodology (1.80); review additional environmental chemical corporate audit findings (1.30). | 4.80 | 1,344.00 |
| 05/14/02 | TWK | Research EPA responses and supplementation to Grace first set of discovery (.80); telephone conference with DOJ re EPA supplementation (.20); research searching capabilities of retrieval databases (.30). | 1.30 | 182.00 |
| 05/15/02 | KWL | Meeting with JDMcCarthy re expert issues (.10); review and respond to e-mail messages re expert witness issues (1.00); review EPA data disks and Administrative Record documents in preparation for client call (3.90). | 5.00 | 1,750.00 |
| 05/15/02 | JDM | Draft and revise risk expert scope outline (0.3); draft sampling and analysis expert scope outline (0.2); meet with CLNeitzel re expert work scope (0.9); meet with KWLund re expert issues (0.1); telephone conference with risk experts re scope of work (0.7). | 1.80 | 540.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 30 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | CLN | Code documents and work on defenses (3.80); conference with JDMcCarthy re risk and methodologies expert (.50); conference with expert (.50); draft letter re data needs (1.0); draft scope of work for expert (1.5). | 7.30 | 2,190.00 |
| 05/15/02 | LSD | Review requests for admissions including determination of time frame for completion of task. | 0.50 | 150.00 |
| 05/15/02 | KJC | Telephone conference with JDMcCarthy re work with experts (0.40); manage case projects and document production issues (0.50). | 0.90 | 247.50 |
| 05/15/02 | JW | Review binder of cost recovery issues re electronic coding of scanned documents (1.10); telephone conference with MCLatuda re same (.40). | 1.50 | 187.50 |
| 05/15/02 | FP | Review and code C. Weis e-mail in Lotus Notes database. | 1.00 | 70.00 |
| 05/15/02 | MBF | Review and code Site File documents in Lotus Notes database (2.7); obtain case from Lexis at request of EEStevenson (.30). | 3.00 | 270.00 |
| 05/16/02 | KWL | Prepare for May 17, 2002 meeting with experts, G. Graham, and Jay Hughes (4.40.); conference with KJCoggon re project status, schedule and agenda for May 17 meeting (.60). | 5.00 | 1,750.00 |
| 05/16/02 | JDM | Telephone conference with CLNeitzel re meeting with experts, agenda (0.2); meet with experts re data issues, etc. (2.5); meet with CLNeitzel re EPA tutorial, expert schedule and budget, data issues (0.8); prepare for meeting with client and local counsel (0.3). | 3.80 | 1,140.00 |
| 05/16/02 | CLN | Prepare memoranda to the file re Risk Testimony and Items Still Needed from United States (2.0); meeting with EPA and pre-meeting (7.30); prepare memorandum to file re meeting (1.0). | 10.30 | 3,090.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 31 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/16/02 | KJC | Conference with KWLund re project status, schedule and agenda for May 17, 2002 meeting (0.60); conference with data experts (3.00); follow up re missing data and documents (2.40); attend EPA/DOT tutorial re database (2.00); conference with J. Hughes re case details and strategies (0.70). | 8.70 | 2,392.50 |
| 05/17/02 | KWL | Conference with W. Corcoran, G. Graham, R. Emmett, D. Siegel, J. Hughes, KJCoggon and JDMcCarthy re case strategy and update (4.00); follow up re strategy meeting (1.40). | 5.40 | 1,890.00 |
| 05/17/02 | JDM | Prepare for meeting with client and G. Graham (0.5); meet with client, G. Graham and J. Hughes re case status (4.0). | 4.50 | 1,350.00 |
| 05/17/02 | CLN | Evaluate J.Hughes list (1.0); prepare memorandum to file re Database tutorial meeting (1.0); conference with Sciences International and e-mail about conference (.80). | 2.80 | 840.00 |
| 05/17/02 | KJC | Conference with W. Corcoran, G. Graham, R. Emmett, D. Siegel and J. Hughes re case strategy and update (4.00); follow up re strategy meeting (1.40). | 5.40 | 1,485.00 |
| 05/20/02 | KWL | Work on cost recovery expert witness strategy (5.00); review EPA Action Memorandum Amendment (2.50). | 7.50 | 2,625.00 |
| 05/20/02 | CLN | Code documents to assist with defenses (3.0); conference with expert re conference and review of report (1.30). | 4.30 | 1,290.00 |
| 05/20/02 | KJC | Review OMB guidelines (1.00). | 1.00 | 275.00 |
| 05/20/02 | JAH | Review documents produced by EPA in response to defendants' discovery requests. | 1.50 | 330.00 |
| 05/20/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues (5.00). | 5.00 | 550.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 32 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/20/02 | TWK | Review documents produced as EPA supplements to Grace first set of discovery (3.00); prepare chart of discovery chronology for use in status conference (1.80). | 4.80 | 672.00 |
| 05/20/02 | MCL | Review e-mails re coding of EPA production documents (.20); update database Cost Recovery coding issues (.10); draft e-mails to coders re changes to coding instructions (.10); review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (.50). | 0.90 | 112.50 |
| 05/21/02 | JDM | Telephone conversation with KJCoggon re proposed motion for status conference (.10); review action memorandum amendment (.70). | 0.80 | 240.00 |
| 05/21/02 | LSD | Research re corporate issues related to responding to Second Request for Admission (.50); telephone conference with JAHall re same (.20); telephone conference with KJCoggon re location of and substance of historic documents relating to Zonolite (.30). | 1.00 | 300.00 |
| 05/21/02 | KJC | Travel to Denver from Inverness, California (3.30) (NWT 50%); review E. Moeller files (4.50); review and revise responses to U.S. Second Set of Discovery (0.70). | 8.50 | 2,337.50 |
| 05/21/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 05/21/02 | TWK | Draft responses to EPA second set of discovery (3.00); research documents responsive to same (.60). | 3.60 | 504.00 |
| 05/21/02 | MCL | Telephone conference and exchange of e-mails with JLSherman re document review status (.30); update tracking lists re boxes sent to and returned from ONSS (2.30). | 2.60 | 325.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 33 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/02 | JDM | Telephone conference with KWLund re motion for status conference (.1); review letter to DOJ re discovery and conference with TWKorver re same (.1); preparation for conference call with experts re schedule, budget and scope (.4); conference call with experts re budget, scope and schedule (1.5); review third set of discovery from Government (.3). | 2.40 | 720.00 |
| 05/22/02 | KJC | Telephone conference with expert re supplemental cost recovery package (0.20); telephone conference with experts re schedule and budget (0.80); manage experts, document review, discovery and strategies (2.00); draft expert affidavit re motion for status conference (1.40); revise discovery chronology (0.70). | 5.10 | 1,402.50 |
| 05/22/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.0). | 6.00 | 660.00 |
| 05/22/02 | TWK | Meet with KJCoggon re responses to discovery served by U.S. (.70); letter to experts re analytical database documents (.20); responses to EPA second set of interrogatories and requests for production (2.70); review U.S. third set of interrogatories, request for production of documents, and requests for admission (.30). | 3.90 | 546.00 |
| 05/22/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues (7.30). | 7.30 | 912.50 |
| 05/22/02 | MBF | Review and code documents in Site file in Lotus Notes database. | 2.90 | 261.00 |
| 05/23/02 | KWL | Meeting with TWKorver re responses to U.S.' discovery (.40); continue review of Revised Action Memo (3.00); review EPA backup documents for Action Memo (3.00). | 6.40 | 2,240.00 |
| 05/23/02 | JDM | Review expert budget and telephone conversation with CLNeitzel re same (.90); meet with KWLund and KJCoggon re discovery and motion for status conference (.50). | 1.40 | 420.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/23/02 | CLN | Code documents for defenses. | 2.50 | 750.00 |
| 05/23/02 | LSD | Review file information re Zonolite (.40); begin reviewing First Requests for Admission for consistency in answering Second Request (.20); follow up research re same (.20). | 0.80 | 240.00 |
| 05/23/02 | KJC | Telephone conference with KWLund re project status (0.30); conference with KWLund and JDMcCarthy re status of conference motion (0.50); telephone conference with expert re progress and document review (0.40); review and revise memorandum re expert schedule and budget (0.30); draft motion for status conference including revise expert affidavit (1.20); manage experts, discovery, document review and strategies (1.20). | 3.90 | 1,072.50 |
| 05/23/02 | GMB | Provide guidance to summer clerks in coding and review of documents responsive to EPA requests for production (1.40). | 1.40 | 308.00 |
| 05/23/02 | JAH | Telephone conference with KJCoggon re responses to third discovery request (.20); telephone conference with LSDecker re same (.10); receive and evaluate third discovery request (.30); review documents produced in response to defendant's discovery requests (1.50). | 2.10 | 462.00 |
| 05/23/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 05/23/02 | TWK | Prepare responses to U.S. second set of interrogatories and requests for production (4.00); telephone conference with Mr. Emmett re discovery responses (.20); meet with KWLund re responses to U.S. discovery (.40). | 4.60 | 644.00 |
| 05/23/02 | MBF | Code Site file documents in Lotus Notes database. | 3.00 | 270.00 |
| 05/24/02 | KWL | Work on expert strategy issues (4.90); telephone conference with Jim Freeman re discovery deadline issues (.50). | 5.40 | 1,890.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/24/02 | LSD | Research re applicable insurance policies. | 0.50 | 150.00 |
| 05/24/02 | KJC | Draft motion for status conference including draft and revise affidavits to support (5.10); telephone conference with CLNeitzel re documents (0.20). | 5.30 | 1,457.50 |
| 05/24/02 | MBF | Review and code site file documents in Lotus Notes database. | 5.30 | 477.00 |
| 05/25/02 | CLN | Review of affidavit and discovery response. | 2.50 | 750.00 |
| 05/28/02 | KWL | Meet with TWKorver, JDMcCarthy and KJCoggon re EPA action memo amendment (.70); review draft of United States' Second Set of Interrogatories (1.50); review potential production documents (1.80). | 4.00 | 1,400.00 |
| 05/28/02 | CLN | Code documents for defenses. | 1.50 | 450.00 |
| 05/28/02 | KJC | Review and respond to e-mail and voicemail re discovery (1.70); prepare discovery response (0.30); review and follow up on vendor and expert invoices (0.20); telephone conference with expert re progress and bill (0.40). | 2.60 | 715.00 |
| 05/28/02 | TWK | Revise responses to US Second Set of Interrogatories and Requests for Production of Documents (5.70); review EPA action memo amendment for time-critical removal action (.50); meet with KWLund, JDMcCarthy and KJCoggon re EPA action memo amendment (.70). | 6.90 | 966.00 |
| 05/28/02 | MBF | Review and code site file documents in Lotus Notes database. | 6.30 | 567.00 |
| 05/29/02 | KWL | Review draft of United States' Second Set of Interrogatories (1.20); review potential production documents (.80); review Lee data re expert report (2.00). | 4.00 | 1,400.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/29/02 | TWK | Research EPA recent actions at Libby (.60); letter to Mr. Finke, Mr. Corcoran and Mr. Emmett re Grace responses to U.S. Second Set of Discovery (.20). | 0.80 | 112.00 |
| 05/29/02 | MBF | Review and code potentially responsive documents in HRO Boulder office. | 8.00 | 720.00 |
| 05/30/02 | KWL | Meet with JDMcCarthy and KJCoggon re Status Conference strategy (.90); telephone conference with KJCoggon and G. Graham re same (.30); review Lee data re expert report (2.00); review EPA data (2.80). | 6.00 | 2,100.00 |
| 05/30/02 | JDM | Telephone conversation with CLNeitzel re status of expert date issues and reports (.4); meet with KWLund and KJCoggon re Motion for Status Conference (.9); review and comment on draft motion (.4). | 1.70 | 510.00 |
| 05/30/02 | KJC | Conference with KWLund and JDMcCarthy re status conference strategy (.90); telephone conference with GLGraham and KWLund re same (.30); draft and revise motion for status conference (5.90); telephone conference with J. Freeman re E. Moeller deposition (.10); e-mail re E. Moeller deposition (.30); address document scanning and expert issues (.80). | 8.30 | 2,282.50 |
| 05/30/02 | TWK | Review documents at EPA produced in response to Grace discovery. | 2.50 | 350.00 |
| 05/30/02 | MBF | Search DCS and Lotus Notes database to locate oversize maps of screening plant sampling area for LSDecker (2.0); review documents at EPA offices (1.3). | 3.30 | 297.00 |
| 05/31/02 | CGH | Review of background information about case (.50); assemble and review form discovery (.30). | 0.80 | 280.00 |
| 05/31/02 | KWL | Telephone conference with KJCoggon re Motion for Status Conference (.20); review EPA data and administrative record documents re expert reports (5.80). | 6.00 | 2,100.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/31/02 | JDM | Telephone conference with CLNeitzel and experts re scope, schedule and status of work. | 1.00 | 300.00 |
| 05/31/02 | KJC | Revise Motion for Status Conference (1.20); telephone conference with KWLund re Motion (0.20); telephone conferences with G. Graham re Motion (0.40). | 1.80 | 495.00 |
| 05/31/02 | JAH | Consider and prepare defendants' response to United States' third discovery request (1.50). | 1.50 | 330.00 |
| 05/31/02 | TWK | Research EPA recent actions at Libby. | 0.30 | 42.00 |
| 05/31/02 | MBF | Code site file documents in Lotus Notes database. | 4.80 | 432.00 |

**Total Fees Through May 31, 2002:**   **525.30**   **$ 122,336.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 0.80 | $    280.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 80.80 | 28,280.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 5.50 | 1,650.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 32.00 | 9,600.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 46.70 | 14,010.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 104.90 | 28,847.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 51.60 | 14,448.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 11.20 | 2,464.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 7.70 | 1,694.00 |
| TWK | Thomas W. Korver | Paralegal | 140.00 | 55.80 | 7,812.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 125.00 | 3.40 | 425.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 27.20 | 3,400.00 |
| JW | Johncie Wingard | Paralegal | 125.00 | 1.50 | 187.50 |

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 601008 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 32.40 | 3,564.00 |
| FP | Faye Proctor | Other | 70.00 | 4.90 | 343.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 1.50 | 165.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 57.40 | 5,166.00 |

**Total Fees:**     525.30   $ 122,336.00

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/25/02 | | Other Expenses: VENDOR: XACT Duplicating Services, Inc.; INVOICE#: 0711378; DATE: 1/25/2002  -  Outside litigation copying | $   1,073.04 |
| 03/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7127268; DATE: 3/31/2002  -  Courier, Acct. HO7068 03-27; Hein & Associates | 8.25 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-12; Clerk U S District Eastern Division Court Lexington, Ky | 9.05 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-09; U S Dept. of Health Rockville, Md | 13.26 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-11; Richard Finke Boca Raton, Fl | 13.26 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-11; Douglas E Cameron Pittsburgh, Pa | 12.87 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - airfare | 598.60 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - hotel | 556.60 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - meals | 168.36 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - telephone | 2.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - taxi | 35.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - mileage | 35.77 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - parking | 87.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002 - Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - supplies | 12.69 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-19; Bob Emmett Columbia, Md | 9.47 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-16; Mary Beth Floyd Denver, Co | 9.05 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-13; Lisa Driscoll Missoula, Mt | 21.68 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-18; Dr Elizabeth Anderson Alexandria, Va | 14.97 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-19; Doug Cameron Pittsburgh, Pa | 12.87 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-19; Richard Finke Boca Raton, Fl | 13.26 |
| 04/26/02 | 1,629 | Photocopies | 244.35 |
| 04/26/02 | 1,008 | Photocopies | 151.20 |
| 04/29/02 | | Other Expenses: VENDOR: Brown Palace Hotel/rooms; INVOICE#: 96973; DATE: 4/30/2002 - 04/29/02 -Room charges for Bob Emmett | 198.54 |
| 04/30/02 | | Long Distance Telephone: 7243251776 | 0.27 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.24 |
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.55 |
| 04/30/02 | | Long Distance Telephone: 9192109479 | 0.01 |
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.07 |
| 04/30/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: B103665; DATE: 4/30/2002 - Offsite storage - May, 2002 | 190.24 |
| 04/30/02 | | Other Expenses: VENDOR: Choice Sedans; INVOICE#: 043002; DATE: 4/30/2002 - Town car services to DIA/HRO | 69.00 |
| 04/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7131026; DATE: 4/30/2002 - Courier, Acct. HO7068 04-23; U S Dept. of Justice | 8.25 |
| 05/01/02 | 2 | Facsimile | 2.00 |
| 05/01/02 | 16 | Facsimile | 16.00 |
| 05/01/02 | | Long Distance Telephone: 4065232500 | 0.18 |
| 05/01/02 | | Long Distance Telephone: 4065232500 | 3.58 |
| 05/01/02 | | Long Distance Telephone: 7243871869 | 0.15 |
| 05/01/02 | | Long Distance Telephone: 3124254103 | 6.28 |
| 05/01/02 | | Outside Courier | 6.50 |
| 05/01/02 | | Outside Courier | 6.50 |
| 05/01/02 | 15 | Photocopies | 2.25 |
| 05/01/02 | 481 | Photocopies | 72.15 |
| 05/01/02 | 105 | Photocopies | 15.75 |
| 05/01/02 | 105 | Photocopies | 15.75 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Drew Van Orden Monroeville, Pa | 9.05 |

Reed Smith Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Phillip T Goad, PH.D Little Rock, Ar | 8.77 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-26; Richard Bartelt Chicago, IL | 17.46 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | 4 | Photocopies | 0.60 |
| 05/02/02 | 60 | Photocopies | 9.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 348 | Photocopies | 52.20 |
| 05/03/02 | 11 | Color Photocopies: 11 Color Photocopies | 7.15 |
| 05/03/02 | | Long Distance Telephone: 7036840123 | 0.15 |
| 05/03/02 | | Long Distance Telephone: 7243871812 | 0.16 |
| 05/03/02 | | Long Distance Telephone: 7036246561 | 1.19 |
| 05/03/02 | | Long Distance Telephone: 7243871812 | 0.16 |
| 05/03/02 | | Long Distance Telephone: 7036840123 | 0.33 |
| 05/03/02 | | Long Distance Telephone: 7243871812 | 0.27 |
| 05/03/02 | | Long Distance Telephone: 7036840123 | 0.16 |
| 05/03/02 | 1 | Photocopies | 0.15 |
| 05/06/02 | | Other Expenses: VENDOR: Document Technologies Inc.; INVOICE#: D-1816; DATE: 5/6/2002 - Outside Copy Service - Heavy Lititation; bates labeling | 108.51 |
| 05/06/02 | 3 | Photocopies | 0.45 |
| 05/06/02 | 9 | Photocopies | 1.35 |
| 05/07/02 | 10 | Facsimile | 10.00 |
| 05/07/02 | 3 | Facsimile | 3.00 |
| 05/07/02 | | Long Distance Telephone: 7243871812 | 0.17 |
| 05/07/02 | | Long Distance Telephone: 7036840123 | 0.16 |
| 05/07/02 | | Long Distance Telephone: 7243871812 | 0.05 |
| 05/07/02 | | Long Distance Telephone: 7036840123 | 0.12 |
| 05/07/02 | | Long Distance Telephone: 7243871812 | 0.10 |
| 05/07/02 | | Other Expenses: VENDOR: Lex Solutio Corp.; INVOICE#: 5998; DATE: 5/7/2002 - Create CD-ROM - File Conversion | 300.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/07/02 | 8 | Photocopies | 1.20 |
| 05/07/02 | 24 | Photocopies | 3.60 |
| 05/08/02 | | Long Distance Telephone: 5613621532 | 0.19 |
| 05/08/02 | 174 | Photocopies | 26.10 |
| 05/09/02 | 10 | Facsimile | 10.00 |
| 05/09/02 | | Long Distance Telephone: 5613621533 | 0.13 |
| 05/09/02 | | Long Distance Telephone: 3124254103 | 0.22 |
| 05/09/02 | | Long Distance Telephone: 9146867975 | 1.08 |
| 05/09/02 | | Long Distance Telephone: 7037298543 | 0.22 |
| 05/09/02 | | Long Distance Telephone: 7243871869 | 0.17 |
| 05/09/02 | | Long Distance Telephone: 4105314129 | 0.25 |
| 05/09/02 | | Long Distance Telephone: 5613621533 | 0.11 |
| 05/09/02 | | Long Distance Telephone: 7036840123 | 0.37 |
| 05/09/02 | | Long Distance Telephone: 7243871869 | 0.17 |
| 05/09/02 | | Long Distance Telephone: 4062933964 | 0.35 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; William Corcoran Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; Robert Emmett Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; William Corcoran Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; Jay Hughes Boca Raton, Fl | 9.47 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcan Denver, Co to Rich Bartelt Chicago, IL | 39.83 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-02; Kris Taylor Phoenix, Az | 11.03 |
| 05/09/02 | 2 | Photocopies | 0.30 |
| 05/09/02 | 291 | Photocopies | 43.65 |
| 05/09/02 | 18 | Photocopies | 2.70 |
| 05/09/02 | 1 | Photocopies | 0.15 |
| 05/09/02 | 88 | Photocopies | 13.20 |
| 05/09/02 | 253 | Photocopies | 37.95 |
| 05/10/02 | 4 | Facsimile | 4.00 |
| 05/10/02 | 4 | Facsimile | 4.00 |
| 05/10/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: .05/10/02; DATE: 5/10/2002 - Denver, 4/28-5/3/02,, Boston MA, Supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 197.84 |
| 05/10/02 | 70 | Photocopies | 10.50 |
| 05/10/02 | 1 | Photocopies | 0.15 |
| 05/10/02 | 161 | Photocopies | 24.15 |
| 05/10/02 | 1 | Photocopies | 0.15 |
| 05/10/02 | 23 | Photocopies | 3.45 |
| 05/10/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: .05/10/02; DATE: 5/10/2002 - Denver, 4/28-5/3/02,, Boston MA, Supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 1,340.09 |
| 05/13/02 | 2 | Facsimile | 2.00 |
| 05/13/02 | 3 | Facsimile | 3.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/15/02 | 3 | Facsimile | 3.00 |
| 05/16/02 | | Long Distance Telephone: 5613621532 | 0.24 |
| 05/16/02 | | Long Distance Telephone: 9018202023 | 1.07 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002  -  J. Hughes trip to Denver - Mileage | 32.85 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002  -  J. Hughes trip to Denver - Parking | 5.00 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002  -  J. Hughes trip to Denver -  toll | 3.00 |
| 05/16/02 | 27 | Photocopies | 4.05 |
| 05/16/02 | 1 | Photocopies | 0.15 |
| 05/17/02 | 2 | Facsimile | 2.00 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/20/02 | 2 | Facsimile | 2.00 |
| 05/20/02 | 2 | Facsimile | 2.00 |
| 05/20/02 | 177 | Photocopies | 26.55 |
| 05/21/02 | 264 | Photocopies | 39.60 |
| 05/21/02 | 1 | Photocopies | 0.15 |
| 05/22/02 | 2 | Facsimile | 2.00 |
| 05/22/02 | | Long Distance Telephone:  3124254103 | 2.48 |
| 05/22/02 | 86 | Photocopies | 12.90 |
| 05/22/02 | 18 | Photocopies | 2.70 |
| 05/22/02 | 2 | Photocopies | 0.30 |
| 05/22/02 | 6 | Photocopies | 0.90 |
| 05/23/02 | | Lexis | 41.21 |