Holmes Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 47 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/23/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 05/23/02 | 3 | Photocopies | 0.45 |
| 05/23/02 | 2 | Photocopies | 0.30 |
| 05/24/02 | 4 | Facsimile | 4.00 |
| 05/24/02 | | Lexis | 27.88 |
| 05/24/02 | | Long Distance Telephone: 7036840123 | 0.08 |
| 05/24/02 | | Long Distance Telephone: 7036840123 | 0.02 |
| 05/24/02 | 4 | Photocopies | 0.60 |
| 05/28/02 | 3 | Facsimile | 3.00 |
| 05/28/02 | | Long Distance Telephone: 6175423025 | 0.65 |
| 05/28/02 | 130 | Photocopies | 19.50 |
| 05/28/02 | 27 | Photocopies | 4.05 |
| 05/28/02 | 7 | Photocopies | 1.05 |
| 05/28/02 | 4 | Photocopies | 0.60 |
| 05/28/02 | 542 | Photocopies | 81.30 |
| 05/28/02 | 100 | Photocopies | 15.00 |
| 05/28/02 | 100 | Photocopies | 15.00 |
| 05/28/02 | 21 | Photocopies | 3.15 |
| 05/28/02 | 1 | Photocopies | 0.15 |
| 05/28/02 | 1 | Photocopies | 0.15 |
| 05/29/02 | 2 | Facsimile | 2.00 |
| 05/29/02 | | Long Distance Telephone: 4105314751 | 1.78 |
| 05/29/02 | | Long Distance Telephone: 2537795588 | 0.14 |
| 05/29/02 | 1 | Photocopies | 0.15 |
| 05/29/02 | 2 | Photocopies | 0.30 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/29/02 | 1 | Photocopies | 0.15 |
| 05/30/02 | 30 | Photocopies | 4.50 |
| 05/30/02 | 2 | Photocopies | 0.30 |
| 05/30/02 | 10 | Photocopies | 1.50 |
| 05/31/02 | 23 | Photocopies | 3.45 |

**Total Disbursements:**          $    **6,940.35**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 972.60 |
| Facsimile | | 74.00 |
| Long Distance Telephone | | 24.28 |
| Outside Courier | | 779.10 |
| Travel Expense | | 1,340.09 |
| Lexis | | 69.09 |
| Other Meal Expenses | | 197.84 |
| Other Expenses | | 3,476.20 |
| Color Photocopies | | 7.15 |

**Total Disbursements:**  $    **6,940.35**

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577764 | 10/30/01 | Bill | 5,425.00 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|------------|-----|------------|
| Harris, Collin | Partner | $ 350.00 | 24.90 | $ 8,715.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 2 | $ 700.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 9.3 | $ 2,743.50 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 27.4 | $ 7,535.00 |
| Rodriguez, Richard | Senior Associate | $ 235.00 | 9.1 | $ 2,138.50 |
| Haislmaier, Jason | Associate | $ 285.00 | 3 | $ 855.00 |
| Tracy, Brent | Associate | $ 240.00 | 0.5 | $ 120.00 |
| Collins, Sven | Associate | $ 235.00 | 66.5 | $ 15,627.50 |
| Rogers, Constance | Associate | $ 225.00 | 0.5 | $ 112.50 |
| Hall, Jennifer | Associate | $ 220.00 | 8 | $ 1,760.00 |
| Bono, Eric | Associate | $ 175.00 | 9 | $ 1,575.00 |
| Sanchez, Corey | Associate | $ 175.00 | 4.5 | $ 787.50 |
| Kinnear, Karen | Paralegal | $ 125.00 | 76.5 | $ 9,562.50 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 70.2 | $ 8,775.00 |
| Heep, Jason | Law Clerk | $ 140.00 | 40.3 | $ 5,642.00 |
| Howard, Jennifer | Law Clerk | $ 140.00 | 9 | $ 1,260.00 |
| Lee, Joanna | Law Clerk | $ 140.00 | 60.7 | $ 8,498.00 |
| Morrison, Andrew | Law Clerk | $ 140.00 | 20.3 | $ 2,842.00 |
| Valentine, John | Law Clerk | $ 140.00 | 14 | $ 1,960.00 |
| Street, Loraine | Paralegal | $ 85.00 | 59.1 | $ 5,023.50 |
| | | | | |
| Total | | | 514.80 | $ 86,232.50 |

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 82.00 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Overtime | $ | - |
| Word Processing | $ | - |
| **Total** | $ | 82.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/29/02 | KJC | Telephone conference with H. Kukis re obtaining copy of electronic documents produced in 104(e) (0.20); e-mail exchange with JLSherman re options to complete Boulder document review (0.60). | 0.80 | $    220.00 |
| 05/01/02 | KJC | Telephone conference with H. Kukis re 104(e) documents (0.20). | 0.20 | 55.00 |
| 05/02/02 | CGH | Meeting with KJCoggon re document review of documents in Boulder office storage (.5); meet with KJCoggon re training re document review with team (2.0); review of "Quick Reference Guide" to document review in preparation for training session on actual review of documents; review of box of documents per training session conference with KJCoggon re questions about coding, and re fact issues re vermiculite, plant operations, expanding plant (1.5). | 4.00 | 1,400.00 |
| 05/02/02 | KJC | Train new attorneys and paralegals re document review including quality control reviewed and coded documents (6.70); review documents and boxes for responsiveness and assign for further review (1.10); telephone conference with JLSherman re organization and strategy for completing document review (0.30); conference with LStreet re strategy for completing document review (0.20). | 8.30 | 2,282.50 |
| 05/02/02 | MWW | Document review to find responsive documents to EPA request. | 3.30 | 973.50 |
| 05/02/02 | CLR | Review documents for privilege determination. | 0.50 | 112.50 |
| 05/02/02 | CRS | Meeting with HRO Boulder offices re Grace document review project (4.00). | 4.50 | 787.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | | | Page | 58 |
| | | | | Invoice No.: | 601008 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/06/02 | JLS | Prepare spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research and review of memos (8.70); conferences with LStreet re same (1.10). | 9.80 | 1,225.00 |
| 05/06/02 | LCS | Prepare boxes for warehousing (7.0); conference with JLSherman re same (1.0). | 8.10 | 688.50 |
| 05/07/02 | CGH | Review of documents for responsiveness and prepare coding sheets, and ongoing conferencces with KJCoggon re issues and strategy (4.70). | 4.70 | 1,645.00 |
| 05/07/02 | KJC | Train new staff re document review (2.20); review documents and QC review by new staff (3.10). | 5.30 | 1,457.50 |
| 05/07/02 | MWW | Document review to find responsive documents to EPA request (6.00). | 6.00 | 1,770.00 |
| 05/07/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (8.60); conferences with LCStreet and KJCoggon re same (1.10); respond to questions from CGHarris and MWeakley re document review procedures and protocols (0.80). | 10.50 | 1,312.50 |
| 05/07/02 | LCS | Update box log, prepare boxes for warehousing (7.00); conference with JLSherman re same (1.00). | 8.00 | 680.00 |
| 05/08/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (6.70); conferences with LCStreet and KJCoggon re same (1.30). | 8.00 | 1,000.00 |
| 05/08/02 | LCS | Update box log and prepare boxes for warehousing (5.5); conference with JLSherman re same (.50). | 6.00 | 510.00 |
| 05/09/02 | KJC | Telephone conference with JLSherman re Boulder document review plan (0.50). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page              59
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00370

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/09/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (8.70); conference with LCStreet re same (.50); conference with KJCoggon re same (50). | 9.70 | 1,212.50 |
| 05/09/02 | LCS | Update box log (.30); prepare boxes for warehousing (7.20); conference with JLSherman re same (.50). | 8.00 | 680.00 |
| 05/10/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (6.50); conferences with LStreet re managing Boulder review project (1.50); and conference with KJCoggon re same (.50). | 8.50 | 1,062.50 |
| 05/10/02 | LCS | Update box log (.30); prepare boxes for warehousing (4.20); conference with JLSherman re Boulder review project, upcoming tasks and assignments (1.50) | 6.00 | 510.00 |
| 05/13/02 | LCS | Update box log, prepare boxes for warehousing | 8.00 | 680.00 |
| 05/14/02 | BAT | Review Boulder target sheet differences to prepare for training new reviewers. | 0.50 | 120.00 |
| 05/14/02 | LCS | Update box log, prepare boxes for warehousing | 4.00 | 340.00 |
| 05/15/02 | CGH | Review of privilege boxes and designate responsive documents (2.40); complete forms (.60). | 3.00 | 1,050.00 |
| 05/15/02 | SCC | Attend training with BATracy for review and coding of documents for responsiveness to EPA and private litigation discovery requests. | 1.80 | 423.00 |
| 05/15/02 | JDH | Review materials concerning document review procedures (3.0). | 3.00 | 855.00 |
| 05/15/02 | JBH | Training for reviewing and coding electronic documents for responsiveness to EPA information request. | 1.80 | 252.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 60 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | JL | Office conference with BATracy re W.R. Grace document review (1.80); review Quick Reference Guide for W.R. Grace document review (0.90). | 2.70 | 378.00 |
| 05/15/02 | ASM | Attend training for review and coding of electronic documents for response to EPA information request. | 1.80 | 252.00 |
| 05/15/02 | JRV | Training with BATracy for document review for WR Grace (1.80); reviewed training materials from training meeting in preparation for document review in WR Grace project (.90). | 2.70 | 378.00 |
| 05/15/02 | LCS | Update box log; Prepare boxes for warehousing. | 4.00 | 340.00 |
| 05/16/02 | CGH | Review of privilege boxes and designate responsive documents (1.2), and complete forms (.5). | 1.70 | 595.00 |
| 05/16/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.50 | 562.50 |
| 05/16/02 | JBH | Review training manual for reviewing and coding electronic documents for responsiveness to EPA information request. | 1.00 | 140.00 |
| 05/16/02 | ASM | Review training manual for review and coding of electronic documents for response to EPA information request. | 1.70 | 238.00 |
| 05/16/02 | LCS | Update box log (3.30); prepare boxes for warehousing (3.70). | 7.00 | 595.00 |
| 05/17/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 6.00 | 750.00 |
| 05/17/02 | ASM | Review training manual for reviewing and coding electronic documents for responsiveness to EPA information request. | 3.60 | 504.00 |
| 05/20/02 | CGH | Review of privilege documents for responsiveness. | 1.00 | 350.00 |
| 05/20/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (1.0). | 1.00 | 125.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/20/02 | JBH | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/20/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/20/02 | ASM | Review and code documents for responsiveness to EPA information request. | 3.20 | 448.00 |
| 05/20/02 | JRV | Document review to find responsive documents to EPA request. | 6.30 | 882.00 |
| 05/21/02 | CGH | Review of privilege documents (.8); select responsive documents for coding (.9). | 1.70 | 595.00 |
| 05/21/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.50); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.30 | 2,420.50 |
| 05/21/02 | JAH | Review and QC of documents in Boulder for EPA Fourth Request for Information, supplemental production and class action lawsuits (2.00). | 2.00 | 440.00 |
| 05/21/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 05/21/02 | ASM | Review and code documents for responsiveness to EPA information request. | 6.50 | 910.00 |
| 05/21/02 | JRV | Document review to find responsive documents to EPA request. | 5.00 | 700.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/02 | CGH | Conferences with review team re issues, schedule re Boulder office review (.3); conference with LCStreet and review team re issues and re organization of boxes, identification of boxes to review, follow up conference with JLSherman re same and with KJCoggon re same (.7); review and code documents (.5). | 1.50 | 525.00 |
| 05/22/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.80); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 10.50 | 2,467.50 |
| 05/22/02 | JAH | Review and QC of documents in Boulder for EPA Fourth Request for Information, supplemental production and class action lawsuits (6.00). | 6.00 | 1,320.00 |
| 05/22/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/22/02 | JBH | Review and code documents for responsiveness to EPA information request. | 6.00 | 840.00 |
| 05/22/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/22/02 | ASM | Review and code electronic documents for responsiveness to EPA information request. | 2.50 | 350.00 |
| 05/23/02 | CGH | Review of documents for coding. | 0.80 | 280.00 |
| 05/23/02 | KJC | Manage document review including telephone conferences with review staff and e-mail exchanges re coding questions, staffing, schedule (1.70). | 1.70 | 467.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 63 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/23/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.20); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.00 | 2,350.00 |
| 05/23/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/23/02 | JBH | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/23/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/23/02 | ASM | Review and code documents for responsiveness to EPA information request. | 1.00 | 140.00 |
| 05/24/02 | KWL | Review project status report (1.0); telephone conference with KJCoggon re status report issues (.30); review various e-mails re staffing and responsiveness issues (.70). | 2.00 | 700.00 |
| 05/24/02 | KJC | Telephone conference with JLSherman re document review (0.20); telephone conference with KLKinnear re coding questions (0.30). | 0.50 | 137.50 |
| 05/24/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (6.00); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 6.70 | 1,574.50 |
| 05/24/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 05/24/02 | JL | Document review to find responsive documents to EPA request. | 9.00 | 1,260.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/26/02 | CGH | Review of privileged documents for responsiveness and coding. | 3.00 | 1,050.00 |
| 05/28/02 | CGH | Meeting with KJCoggon re Boulder documents and review tasks. | 0.50 | 175.00 |
| 05/28/02 | KJC | Review and QC documents for production (5.00); travel to Boulder for document review (.60) (.60 N/C) (50% NWT). | 5.60 | 1,540.00 |
| 05/28/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.50); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.30 | 2,420.50 |
| 05/28/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/28/02 | JLS | Manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates (6.00), telephone conferences with KJCoggon re document review protocols (0.20). | 6.20 | 775.00 |
| 05/28/02 | JL | Document review to find responsive documents to EPA request. | 11.00 | 1,540.00 |
| 05/29/02 | KJC | Telephone conference with vendors re scanning (0.30); manage review including respond to questions re responsiveness and coding (0.60). | 0.90 | 247.50 |
| 05/29/02 | RFR | Conduct document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action (7.90); travel to and from Boulder (1.20) (1.20 N/C) (NWT 50%). | 9.10 | 2,138.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/29/02 | EMB | Review document review guidelines (.80); conference with KJCoggon re Boulder document review (.10). | 0.90 | 157.50 |
| 05/29/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (7.40); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 8.10 | 1,903.50 |
| 05/29/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 05/29/02 | JLS | Conference call with KJCoggon and vendor re specifications for Boulder imaging (.4); manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates(9.00); telephone conferences with KJCoggon re document review protocols (0.90). | 10.30 | 1,287.50 |
| 05/29/02 | JBH | Review and code documents for responsiveness to EPA information request. | 6.50 | 910.00 |
| 05/29/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/30/02 | CGH | Review of documents for coding. | 2.00 | 700.00 |
| 05/30/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (8.00); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 8.80 | 2,068.00 |
| 05/30/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 66 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00370 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/30/02 | JBH | Review and code documents for responsiveness to EPA information request | 6.00 | 840.00 |
| 05/30/02 | JMH | Document review to find responsive documents to EPA request. | 4.00 | 560.00 |
| 05/30/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/31/02 | CGH | Review of boxes for coding. | 1.00 | 350.00 |
| 05/31/02 | KJC | Review document coding for accuracy and revise same (2.80); travel to and from Boulder for document review (0.80) (0.80 N/C) (NWT 50%). | 3.60 | 990.00 |
| 05/31/02 | EMB | Review and code documents for responsiveness to EPA information request (7.50); travel to/from Boulder for document review (.60) (.60 N/C)  (NWT 50%). | 8.10 | 1,417.50 |
| 05/31/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/31/02 | JLS | Manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates (7.20). | 7.20 | 900.00 |
| 05/31/02 | JBH | Review and code documents for responsiveness to EPA information request | 5.00 | 700.00 |
| 05/31/02 | JMH | Document review to find responsive documents to EPA request. | 5.00 | 700.00 |

**Total Fees Through May 31, 2002:**    514.80  $  86,232.50

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 67 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 24.90 | $  8,715.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 2.00 | 700.00 |
| MWW | Mark W. Weakley | Special Counsel | 295.00 | 9.30 | 2,743.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 27.40 | 7,535.00 |
| RFR | Richard Rodriguez | Senior Associate | 235.00 | 9.10 | 2,138.50 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 3.00 | 855.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 0.50 | 120.00 |
| SCC | Sven C. Collins | Associate | 235.00 | 66.50 | 15,627.50 |
| CLR | Constance L. Rogers | Associate | 225.00 | 0.50 | 112.50 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 8.00 | 1,760.00 |
| EMB | Eric M. Bono | Associate | 175.00 | 9.00 | 1,575.00 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 4.50 | 787.50 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 76.50 | 9,562.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 70.20 | 8,775.00 |
| JBH | Jason B. Heep | Law Clerk | 140.00 | 40.30 | 5,642.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 9.00 | 1,260.00 |
| JL | Joanna Lee | Law Clerk | 140.00 | 60.70 | 8,498.00 |
| ASM | Andrew S. Morrison | Law Clerk | 140.00 | 20.30 | 2,842.00 |
| JRV | John R. Valentine | Law Clerk | 140.00 | 14.00 | 1,960.00 |
| LCS | Loraine C. Street | Other | 85.00 | 59.10 | 5,023.50 |
| | | **Total Fees:** | | **514.80** | **$  86,232.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/22/02 | 11 | Photocopies | $ | 2.20 |
| 05/22/02 | 11 | Photocopies | | 2.20 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/22/02 | 318 | Photocopies | 63.60 |
| 05/29/02 | 70 | Photocopies | 14.00 |
| | | **Total Disbursements:** | **$    82.00** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 82.00 |
| **Total Disbursements:** | **$** | **82.00** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$  12,656.44* |
| 589414 | 02/28/02 | Bill | 648.00 |
| | 04/18/02 | Cash Receipt | -509.62 |
| | *Outstanding Balance on Invoice 589414:* | | *$     138.38* |
| 591827 | 03/25/02 | Bill | 13,920.16 |
| | 05/20/02 | Cash Receipt | -11,138.16 |
| | *Outstanding Balance on Invoice 591827:* | | *$    2,782.00* |
| 593727 | 04/16/02 | Bill | 26,030.82 |
| | 06/18/02 | Cash Receipt | -20,862.52 |

**Matter 00380 - Colowyo Coal Bond**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Clark, Phillip | Partner | $    350.00 | 0.2 | $       70.00 |
| | | | | |
| | Total | | 0.2 | $       70.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00380 |

**Regarding: Colowyo Coal Bond**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 05/09/02 | PRC | Telephone conference with Martin Hunter and J. McFarland. | 0.20 | $ | 70.00 |
| | | **Total Fees Through May 31, 2002:** | **0.20** | **$** | **70.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| PRC | Phillip R. Clark | Partner | $ 350.00 | 0.20 | $ | 70.00 |
| | | **Total Fees:** | | **0.20** | **$** | **70.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 577683 | 10/29/01 | Bill | | 97.50 |
| | *Outstanding Balance on Invoice 577683:* | | *$* | *97.50* |
| | **Total Outstanding Invoices:** | | **$** | **97.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **70.00** |
| **Total Balance Due This Matter** | **$** | **167.50** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|-------------|-----|------------|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 3.2 | $ 880.00 |
| Haag, Susan | Paralegal | $ 105.00 | 22.2 | $ 2,331.00 |
| | Total | | 25.4 | $ 3,211.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|-------------|-------|-----|
| Photocopies | $ | 211.65 |
| Facsimiles | | |
| Long Distance Telephone | $ | 0.20 |
| Outside Courier | $ | 58.17 |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Research Services | $ | 43.47 |
| Word Processing | | |
| **Total** | $ | 313.49 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 71 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/02 | EKF | Review electronic fee detail to be transmitted to fee auditor (.30); draft e-mail to SMHaag re same (.10); review, revise and finalize third quarterly fee application and supporting documents (.40). | 0.80 | $   220.00 |
| 05/06/02 | SH | Review invoices from April through March, 2002 for fee auditor (1.00); review and organize invoices, and e-mail same to fee auditor (3.70). | 4.70 | 493.50 |
| 05/07/02 | SH | Review March fee statement re revised procedures. | 0.70 | 73.50 |
| 05/09/02 | EKF | Begin review of April pre-bills. | 0.50 | 137.50 |
| 05/09/02 | SH | Review April pre-bills for Fee Statement. | 1.70 | 178.50 |
| 05/10/02 | EKF | Review pre-bill [invoices] for April 2002. | 1.50 | 412.50 |
| 05/16/02 | SH | Set up charts for April Fee Application. | 1.50 | 157.50 |
| 05/17/02 | SH | Several e-mails to KBates and KWLund re April billing statements for fee application. | 0.40 | 42.00 |
| 05/19/02 | SH | Begin calculating and drafting charts for April fee application. | 2.00 | 210.00 |
| 05/20/02 | SH | Calculate and draft April fee application charts. | 0.90 | 94.50 |
| 05/21/02 | SH | Continue calculating April fee application charts. | 1.90 | 199.50 |
| 05/22/02 | SH | Continue calculating April fee application charts. | 2.00 | 210.00 |
| 05/23/02 | SH | Draft April Fee Application summary. | 1.00 | 105.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | EKF | E-mails to and from KWLund re April fee application (.1); conference with SMHaag re same (.1); review final version of April fee application (.2). | 0.40 | 110.00 |
| 05/28/02 | SH | Finalize monthly fee application for April (2.50). | 2.50 | 262.50 |
| 05/29/02 | SH | Several conversations with EKFlaagan and KWLund re accounting issues with April fee application (.60); update pleading chart (.30). | 0.90 | 94.50 |
| 05/30/02 | SH | Compile April fee application for filing. | 0.70 | 73.50 |
| 05/31/02 | SH | Draft fee detail for fee auditor re third quarterly fee application and April fee application. | 1.30 | 136.50 |

**Total Fees Through May 31, 2002:**    **25.40**    **$**    **3,211.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 3.20 | $ | 880.00 |
| SH | Susan Haag | Paralegal | 105.00 | 22.20 | | 2,331.00 |

**Total Fees:**    **25.40**    **$**    **3,211.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 04/10/02; DATE: 4/10/2002  -  Denver, Customer #JJ0001, Dial-Up, 1/1-3/31/02 | $ | 43.47 |
| 04/30/02 | | Long Distance Telephone:  3026524100 | | 0.11 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/30/02 | | Long Distance Telephone: 3026524100 | 0.09 |
| 05/01/02 | 555 | Photocopies | 83.25 |
| 05/01/02 | 2 | Photocopies | 0.30 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-25; Warren H Smith Dallas, Tx | 26.79 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-02; David Carickhoff Wilmington, De | 13.39 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-01; David Carickhoff Wilmington, De | 17.99 |
| 05/30/02 | 240 | Photocopies | 36.00 |
| 05/30/02 | 510 | Photocopies | 76.50 |
| 05/31/02 | 102 | Photocopies | 15.30 |
| 05/31/02 | 2 | Photocopies | 0.30 |

**Total Disbursements:**          $      **313.49**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 211.65 |
| Long Distance Telephone | | 0.20 |
| Outside Courier | | 58.17 |
| Research Services | | 43.47 |

**Total Disbursements:**  $      **313.49**

## Matter 00400 - Boston Document Production

| Name | Position | Hourly Rate | | May | Total | Comp |
|------|----------|------:|---|------:|---|------:|
| Lund, Kenneth | Partner | $ | 350.00 | 1.6 | $ | 560.00 |
| Schuh-Decker, Lisa | Partner | $ | 300.00 | 2.4 | $ | 720.00 |
| Coggon, Katheryn | Special Counsel | $ | 275.00 | 85.8 | $ | 23,595.00 |
| Rodriguez, Richard | Senior Associate | $ | 235.00 | 48.5 | $ | 11,397.50 |
| Braegger, Troy | Senior Counsel | $ | 300.00 | 93.3 | $ | 27,990.00 |
| Haislmaier, Jason | Associate | $ | 285.00 | 1.3 | $ | 370.50 |
| Tracy, Brent | Associate | $ | 240.00 | 162.6 | $ | 39,024.00 |
| Matthews, Kelly | Associate | $ | 230.00 | 19.3 | $ | 4,439.00 |
| Rogers, Constance | Associate | $ | 225.00 | 99.2 | $ | 22,320.00 |
| Barry, Geoffrey | Associate | $ | 220.00 | 51.2 | $ | 11,264.00 |
| Hall, Jennifer | Associate | $ | 220.00 | 42.3 | $ | 9,306.00 |
| Trammell, Keith | Associate | $ | 185.00 | 95.5 | $ | 17,667.50 |
| Wall, Douglas | Associate | $ | 185.00 | 97.6 | $ | 18,056.00 |
| Beasley, James | Associate | $ | 175.00 | 68.7 | $ | 12,022.50 |
| Miller, Brad | Associate | $ | 175.00 | 61.9 | $ | 10,832.50 |
| Sanchez, Corey | Associate | $ | 175.00 | 102.9 | $ | 18,007.50 |
| Tygart, Travis | Associate | $ | 175.00 | 47.9 | $ | 8,382.50 |
| Latuda, M. Carla | Senior Paralegal | $ | 125.00 | 164.5 | $ | 20,562.50 |
| Sherman, Joan | Senior Paralegal | $ | 125.00 | 134.2 | $ | 16,775.00 |
| Aberle, Natalie | Paralegal | $ | 110.00 | 111 | $ | 12,210.00 |
| Davidson, Dyan | Paralegal | $ | 110.00 | 89.2 | $ | 9,812.00 |
| Haag, Susan | Paralegal | $ | 105.00 | 98.1 | $ | 10,300.50 |
| Street, Loraine C. | Paralegal | $ | 85.00 | 14 | $ | 1,190.00 |
| Mulholland, Imelda | Info. Specialist | $ | 110.00 | 110.8 | $ | 12,188.00 |
| Floyd, Mary Beth | Info. Specialist | $ | 90.00 | 29 | $ | 2,610.00 |
| Bowen, Cathy | Info. Specialist | $ | 75.00 | 72 | $ | 5,400.00 |
| | | | | | | |
| Total | | | | 1,904.80 | | 327,002.50 |

**Matter 00400 - Boston Document Production**

| Description | TOTAL | |
|---|---|---|
| Parking | $ | 89.00 |
| Photocopies | $ | 374.10 |
| Facsimiles | $ | 33.00 |
| Long Distance Telephone | $ | 137.64 |
| Outside Courier | $ | 50.17 |
| Travel Expense | $ | 26,949.86 |
| Lexis | $ | - |
| Administration | $ | 1,527.50 |
| Meal Expenses | $ | 446.08 |
| Overtime | $ | 8,500.00 |
| Tab Stock | $ | 1.60 |
| Other Expenses | $ | 4,152.61 |
| **Total** | $ | 42,261.56 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/29/02 | KJC | Telephone conference with M. Murphy and A. Trevelise re plan for completing document review (2.00); follow up to conference including revise chart of remaining documents to review (0.80). | 2.80 | $ 770.00 |
| 04/29/02 | ICM | Meeting with KJCoggon re document review in response to EPA information request (.50); review and analyze new materials in preparation for Boston review (1.20); make travel arrangements (.50); code CD-Rom documents (2.70). | 4.90 | 539.00 |
| 04/30/02 | KJC | Manage document review schedule and logistics including telephone conferences with vendors re schedules and costs (1.80). | 1.80 | 495.00 |
| 05/01/02 | KJC | Manage document review schedule (0.70); review Cambridge personnel list (1.00); review and respond to e-mail re document coding questions (0.60); conference with BATracy re microfilm review (0.30). | 2.60 | 715.00 |
| 05/01/02 | BAT | Review EH&S microfilm for responsive information (2.90); review and respond to questions of reviewers (.20). | 3.10 | 744.00 |
| 05/01/02 | MCL | Telephone conference with JLSherman re coding issues. | 0.30 | 37.50 |
| 05/01/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (10.70). | 10.70 | 1,337.50 |
| 05/01/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 05/01/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 77 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/02 | CB | Travel to Boston, WR Grace document review (3.00)(3.00N/C)(NWT50%). | 3.00 | 225.00 |
| 05/02/02 | KJC | Telephone conference with M. Murphy re revisions to document review chart (0.70). | 0.70 | 192.50 |
| 05/02/02 | CLR | Conference with KJCoggon re Boston document production. | 1.60 | 360.00 |
| 05/02/02 | BAT | Review Cambridge phone list to develop list of additional persons that need questioned whether they have responsive documents (.20); review EH&S microfilm for responsive information (6.30). | 6.50 | 1,560.00 |
| 05/02/02 | DD | Train with KJCoggon re document review and tracking. | 5.50 | 605.00 |
| 05/02/02 | MCL | Read and respond to emails re Boston document review issues including staffing issues and documents remaining to be reviewed. | 0.60 | 75.00 |
| 05/02/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (11.20). | 11.20 | 1,400.00 |
| 05/02/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.20); conference re upcoming project and task assignments (.30). | 5.50 | 467.50 |
| 05/02/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |
| 05/02/02 | CB | Document Review at Cambridge to determine responsiveness to EPA information requests and plaintiff requests, including coding of same (10.00) | 10.00 | 750.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 78 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/03/02 | KJC | Telephone conference with M. Murphy re document review project status chart (0.50); revise status chart (0.80); train ICMulholland re document review (0.70); manage resources for completing document review (1.40); conference with MCLatuda re schedule (0.30). | 3.70 | 1,017.50 |
| 05/03/02 | BAT | Review EH&S microfilm for responsive information (4.70). | 4.70 | 1,128.00 |
| 05/03/02 | MCL | Telephone conference with JLSherman re Cambridge document review. | 0.50 | 62.50 |
| 05/03/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (5.00); prepare additional boxes at Winthrop Square for pick-up by ONSS (1.80); Travel to Denver from document review (3.00)(3.00 N/C)(NWT 50%). | 9.80 | 1,225.00 |
| 05/03/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.00 | 255.00 |
| 05/03/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices (6.00); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.00 | 810.00 |
| 05/03/02 | ICM | Meeting with KJCoggon re expanding plant follow up research (.70); meeting in Boulder to review documents/training (3.20). | 3.90 | 429.00 |
| 05/03/02 | CB | Document Review at Cambridge to determine responsiveness to EPA information requests and plaintiff requests, including coding of same (6.50) | 6.50 | 487.50 |
| 05/05/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 720.00 |
| 05/05/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 79 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/06/02 | LSD | Office conference with KJCoggon re document production in Boston. | 0.20 | 60.00 |
| 05/06/02 | KJC | Manage document review including review and respond to e-mail, address staffing and schedules (3.40); telephone conference with A. Trevelise re remaining issues (0.30); research re searching images provided by EPA (0.50); e-mail exchange with vendor re scan progress and schedule (0.70). | 4.90 | 1,347.50 |
| 05/06/02 | BAT | Review additional documents in penthouse to determine whether they are potentially responsive (3.40); review documents for responsiveness to EPA information requests and class action discovery (6.50). | 9.90 | 2,376.00 |
| 05/06/02 | MCL | Log in boxes returned by ONSS (.60); reconcile with lists of boxes sent out to ONSS and Lason, and lists of boxes sent to Winthrop for review (3.00); edit tracking spreadsheets re same (1.30); telephone conference with JLSherman re document review issues (.20); telephone conference with KJCoggon re various issues including staffing and remaining files to be reviewed at Cambridge and Winthrop Square (.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.10). | 10.60 | 1,325.00 |
| 05/06/02 | JLS | Telephone calls with MCLatuda and review and respond to e-mails re status of Boston document  production (1.00). | 1.00 | 125.00 |
| 05/06/02 | CB | Document Review at Cambridge to determine responsiveness to EPA information requests and plaintiff requests, including coding of same (10.50) | 10.50 | 787.50 |
| 05/07/02 | KJC | Manage document review team including review and respond to e-mail and voice messages, staffing, scheduling and prioritizing (2.80). | 2.80 | 770.00 |
| 05/07/02 | JDH | Meeting with KJCoggon to consider issues re Grace document production. | 1.30 | 370.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 80 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/07/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (9.30); conference with Matt Murphy and Mario Favorito re remaining Cambridge files for review (.90). | 10.20 | 2,448.00 |
| 05/07/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.90); prepare Winthrop Square boxes for pickup by ONSS (1.00); prepare tracking list re same (1.40); conference with Angela Anderson re boxes remaining to be reviewed and status of Winthrop Square review (.80); conferences with BATracy re status of Cambridge review (.30). | 10.40 | 1,300.00 |
| 05/07/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (10.50). | 10.50 | 787.50 |
| 05/08/02 | LSD | Office conference with KJCoggon re document production issues for Boston (.20). | 0.20 | 60.00 |
| 05/08/02 | KJC | Telephone conference with R. Finke, A. Trevelise, M. Murphy re document review tasks to complete (1.10); manage document review including coordination of staffing (2.70); conference with vendor re copying of EPA images and microfilm conversion (0.50); telephone conference with R. Marriam re document review at expanding plants (0.30); draft summary of prior document searches for use by R. Marriam (0.20). | 4.80 | 1,320.00 |
| 05/08/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (8.60); review and index legal real estate files for additional review (1.60); review and index additional boxes from dead storage for shipment to Winthrop Square for review (.90). | 11.10 | 2,664.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 81 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/08/02 | MCL | Prepare and organize boxes for shipment to Winthrop Square (2.30); prepare list re same (1.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.10). | 10.80 | 1,350.00 |
| 05/08/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (12.00). | 12.00 | 900.00 |
| 05/09/02 | KJC | Manage document review including review and respond to e-mail and messages re scanning, review questions, scheduling and staffing (2.10); review index of documents located at Grace offices in Boca Raton (0.40). | 2.50 | 687.50 |
| 05/09/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (6.70); review and index legal real estate files for additional review (2.40); review and index Bettacchi & Wightman files for additional review (1.7). | 10.80 | 2,592.00 |
| 05/09/02 | MCL | Prepare list of Cambridge boxes to be picked up by ONSS (.60); review documents at Cambridge to determine responsiveness to EPA information requests (3.80); oversee pickup of boxes by Walsh Movers (.90); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.30 | 1,037.50 |
| 05/09/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (11.00). | 11.00 | 825.00 |
| 05/10/02 | KWL | Review various correspondence re production deadlines and issues (.80); review issues and document overview memo re same (.80). | 1.60 | 560.00 |
| 05/10/02 | KJC | Prepare for meetings with counsel and client on May 13-15, 2002 (1.20); manage document review including respond to questions and address database issues (1.30). | 2.50 | 687.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/10/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (3.80); review and index legal real estate files for additional review (1.10); travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.90 | 1,896.00 |
| 05/10/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (5.50). | 5.50 | 412.50 |
| 05/10/02 | CB | Travel from Boston to Denver  (3.00) (3.00 N/C) (50% NWT). | 3.00 | 225.00 |
| 05/11/02 | ICM | Travel to Boston to conduct document review in response to EPA information request (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/12/02 | KJC | Draft memorandum to R. Marriam re expanding plants document review (0.40); review and respond to e-mail re production status, questions and staffing (0.60); travel to Boston for document review (3.00) (3.00 N/C) (50% NWT); review index of legal files (1.20). | 5.20 | 1,430.00 |
| 05/12/02 | RFR | Travel to Boston from Denver for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 705.00 |
| 05/12/02 | GMB | Travel from Boulder to Boston (3.00) (3.00 N/C) (50% NWT). | 3.00 | 660.00 |
| 05/12/02 | BAM | Travel to Boston from Colorado Springs (3.8 hr.) (3.8 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/12/02 | NKA | Travel to Boston for document review (3.00)(3.00 N/C)( NWT 50%). | 3.00 | 330.00 |
| 05/12/02 | DD | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/12/02 | SH | Travel to boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 315.00 |
| 05/12/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/12/02 | ICM | Conduct document review in response to EPA information request. | 9.00 | 990.00 |
| 05/13/02 | KJC | Manage document review including respond to questions re coding, identify and pull responsive active files, conferences with client re potentially responsive documents, conference with MCLatuda re remaining documents for review, address scheduling and staffing issues (6.80); Telephone conference with BATracy re document review issues (0.50); conference with JLSherman re remaining tasks, scheduling and staffing issues to complete production (1.20); conference with JLSherman and M. Murphy re remaining documents and strategy for completing review (1.60); telephone conferences with A. Trevelise re documents in Boca (0.30); review index re Boca documents (1.20). | 11.60 | 3,190.00 |
| 05/13/02 | RFR | Review documents in response to EPA request for information and related litigation. | 11.00 | 2,585.00 |
| 05/13/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (3.00); review Superfund legal files for documents responsive to EPA requests and other discovery (6.70). | 9.70 | 2,134.00 |
| 05/13/02 | BAM | Review and code documents for responsiveness to EPA information request (14.40). | 14.40 | 2,520.00 |
| 05/13/02 | CLR | Travel to Boston for document review (2.00) (2.00 N/C) (NWT 50%) . | 2.00 | 450.00 |
| 05/13/02 | BAT | Telephone with KJCoggon re status of remaining document review items (.50); answer questions of reviewers (.30); prepare for training of additional reviewers (.30); review EH&S microfilm for responsive documents (3.30). | 4.40 | 1,056.00 |
| 05/13/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (11.00). | 11.00 | 1,210.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 84 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/13/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 9.70 | 1,067.00 |
| 05/13/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests (10.00); pull responsive files from active offices (0.50). | 10.50 | 1,102.50 |
| 05/13/02 | MCL | Conference with KJCoggon re active files at Cambridge remaining to be reviewed and other issues including status of review at Cambridge and Winthrop Square (1.20); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.50). | 10.70 | 1,337.50 |
| 05/13/02 | JLS | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT); review and QC documents in Cambridge (Winthrop) for EPA Fourth Request for Information, supplemental production and class action lawsuits (3.00); conference with KJCoggon re remaining tasks, scheduling and staffing issues to complete production (1.20); conference with KJCoggon and M. Murphy re remaining documents and strategy to complete production (1.80). | 9.00 | 1,125.00 |
| 05/13/02 | ICM | Conduct document review in response to EPA information request. | 10.80 | 1,188.00 |
| 05/14/02 | KJC | Travel to Boca Raton for document review (3.00) (3.00 N/C) (NWT 50%); conference with R. Finke and J. Hughes re review of documents for consumer products and EPA information requests (3.80). | 6.80 | 1,870.00 |
| 05/14/02 | RFR | Review documents in response to EPA request for information and related litigation. | 10.00 | 2,350.00 |
| 05/14/02 | GMB | Review Superfund legal files for documents responsive to EPA requests and other discovery requests (10.20). | 10.20 | 2,244.00 |

Hollne Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 85 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/14/02 | BAM | Review and code documents for responsiveness to EPA information request (12.8). | 12.80 | 2,240.00 |
| 05/14/02 | CLR | Review and code documents for responsiveness to document requests (8.60). | 8.60 | 1,935.00 |
| 05/14/02 | BAT | Review EH&S microfilm for responsive documents. | 4.70 | 1,128.00 |
| 05/14/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (11.5). | 11.50 | 1,265.00 |
| 05/14/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 9.50 | 1,045.00 |
| 05/14/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 9.70 | 1,018.50 |
| 05/14/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.40); pull active files from various offices (2.60); read and respond to e-mails re various issues including scanning status and staffing issues (.40). | 10.40 | 1,300.00 |
| 05/14/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (8.60); conferences with MCLatuda re remaining active files to be reviewed (.50); pull active files from D. Curreri's office (2.40). | 11.50 | 1,437.50 |
| 05/14/02 | ICM | Conduct document review in response to EPA information request. | 10.80 | 1,188.00 |
| 05/15/02 | LSD | Training re document production issues with BATracy. | 2.00 | 600.00 |