Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | KJC | Conference with A. Trevelise re plan for producing documents (0.50); review documents to Boca Raton office including conferences with A. Trevelise, R. Finke and J. Hughes (5.00); travel from Boca Raton to Denver (3.50) (3.50) (NWT 50%); draft memorandum re document review in Boca Raton (1.50). | 10.50 | 2,887.50 |
| 05/15/02 | RFR | Review documents in response to EPA request for information and related litigation. | 10.00 | 2,350.00 |
| 05/15/02 | TRB | Attend training meeting re document review for EPA information request and litigation discovery. | 2.30 | 690.00 |
| 05/15/02 | GMB | Review Superfund legal files for documents responsive to EPA requests and other discovery requests. | 10.10 | 2,222.00 |
| 05/15/02 | BAM | Review and code documents for responsiveness to EPA information request (13.3). | 13.30 | 2,327.50 |
| 05/15/02 | CLR | Review and code documents for responsiveness to document requests (11.50). | 11.50 | 2,587.50 |
| 05/15/02 | CRS | Travel to Boston (3.00) (3.00 N/C) (50% NWT). | 6.00 | 1,050.00 |
| 05/15/02 | BAT | Answer questions of reviewers (.40); draft outline for training (.70); train new reviewers (1.90); review EH&S microfilm for responsive documents (.80). | 3.80 | 912.00 |
| 05/15/02 | KAT | Conference with BATracy re orientation for Boston document production. | 2.00 | 370.00 |
| 05/15/02 | DPW | Attend conference with BATracy re document review standards, review new document review procedures. | 2.30 | 425.50 |
| 05/15/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (9.30); Pull active files from Specialty Vermiculite Department for review (1.50). | 10.80 | 1,188.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page         87
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00400

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 10.00 | 1,100.00 |
| 05/15/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 10.20 | 1,071.00 |
| 05/15/02 | MCL | Prepare Winthrop Square boxes for pickup by ONSS (1.80); prepare tracking list re same (2.10); conference with Angela Anderson re boxes remaining to be reviwed and status of Winthrop Square review (.80); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.30); pull active files from various offices (1.50). | 10.50 | 1,312.50 |
| 05/15/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (7.70); pull active files from Speciality Vermiculite (3.40). | 11.10 | 1,387.50 |
| 05/15/02 | ICM | Conduct document review in response to EPA information request. | 10.00 | 1,100.00 |
| 05/16/02 | KJC | Manage document review schedule, review questions and progress (1.40). | 1.40 | 385.00 |
| 05/16/02 | RFR | Review documents in response to EPA request for information and related litigation. | 9.00 | 2,115.00 |
| 05/16/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (10.20). | 10.20 | 2,244.00 |
| 05/16/02 | BAM | Review and code documents for responsiveness to EPA information request (13.8). | 13.80 | 2,415.00 |
| 05/16/02 | CLR | Review documents for responsiveness to document requests. | 10.10 | 2,272.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/16/02 | CRS | Document review for responsiveness to EPA information requests and class action discovery. | 7.40 | 1,295.00 |
| 05/16/02 | BAT | Review EH&S microfilm for responsive documents. | 5.90 | 1,416.00 |
| 05/16/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (9.70); Review and pull active files from Specialty Vermiculite Department (1.50). | 11.20 | 1,232.00 |
| 05/16/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 10.00 | 1,100.00 |
| 05/16/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 9.80 | 1,029.00 |
| 05/16/02 | MCL | Review tracking lists to determine which boxes need re-sheeting (1.60); draft list of same (.60); review documents at Cambridge to determine responsivness to EPA information requests and plaintiff document requests including coding of same (3.80); draft list of boxes to be picked up by ONSS (.70); oversee pickup/drop off of boxes by ONSS (1.00); draft list of boxes returned by ONSS and update tracking lists of same (2.30); pull active files (.90); review legal vault files to determine which need pulling for review (.50). | 11.40 | 1,425.00 |
| 05/16/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (7.20); pull active files from Speciality Vermiculite (4.70). | 11.90 | 1,487.50 |
| 05/16/02 | ICM | Conduct document review in response to EPA information request. | 10.60 | 1,166.00 |
| 05/17/02 | KJC | Manage document review schedule, staff and review issues (1.90). | 1.90 | 522.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 89 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/17/02 | RFR | Review documents in response to EPA request for information and related litigation (2.50); travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 5.50 | 1,292.50 |
| 05/17/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (5.00). | 5.00 | 1,100.00 |
| 05/17/02 | GMB | Travel from Boston to Boulder (3.00) (3.00 N/C) (50% NWT). | 3.00 | 660.00 |
| 05/17/02 | BAM | Travel to Colorado Springs from Boston (3.8 hrs.)(3.8 N/C)(50% NWT). | 3.80 | 665.00 |
| 05/17/02 | CLR | Review documents for responsiveness to document requests. | 9.90 | 2,227.50 |
| 05/17/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 7.90 | 1,382.50 |
| 05/17/02 | BAT | Answer questions of reviewers (.40); review legal contract index for files to be reviewed (.90); review EH&S microfilm for responsive documents (6.00). | 7.30 | 1,752.00 |
| 05/17/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (3.80); Return travel from Boston (3.00)(N/C 3.00)(NWT 50%). | 6.80 | 748.00 |
| 05/17/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 8.00 | 880.00 |
| 05/17/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 7.70 | 808.50 |

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/17/02 | MCL | Pull active files for review (1.00); conference with JLSherman re files remaining to be reviewed and draft lists of same (3.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (.70); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.10 | 1,012.50 |
| 05/17/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (3.60); pull active files from Speciality vermiculite (2.00); travel to Denver (3.00)(3.00 N/C)(NWT 50%). | 8.60 | 1,075.00 |
| 05/17/02 | ICM | Travel to Boston to conduct document review in response to EPA information request (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/18/02 | CLR | Review documents for responsiveness to document requests. | 7.40 | 1,665.00 |
| 05/18/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 2.00 | 220.00 |
| 05/19/02 | TRB | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 900.00 |
| 05/19/02 | JGB | Travel from Denver to Boston (3.0)(3.0 N/C)(NWT 50%) | 3.00 | 525.00 |
| 05/19/02 | KAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/19/02 | DPW | Travel to Boston for document review (3.0)(3.0 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/19/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 91 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/02 | KJC | Travel to Inverness, California (Eric Moeller) (4.50) (4.50 N/C) (NWT 50%); review E. Moeller files including conferences with E. Moeller (5.00). | 9.50 | 2,612.50 |
| 05/20/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (8.80). | 8.80 | 2,640.00 |
| 05/20/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.40 | 1,645.00 |
| 05/20/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 10.00 | 1,750.00 |
| 05/20/02 | BAT | Review EH&S microfilm for responsive documents (3.00); answer questions of reviewers (0.20); telephone conference with JLSherman re status of review and locations of additional documents (0.30). | 3.50 | 840.00 |
| 05/20/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.60 | 1,776.00 |
| 05/20/02 | DPW | Review and code documents for responsiveness to EPA information requests. | 10.40 | 1,924.00 |
| 05/20/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (10.50) | 10.50 | 1,155.00 |
| 05/20/02 | SH | Locate and pull responsive boxes for resheeting (2.20); review documents at Cambridge for responsiveness to EPA information requests (7.80). | 10.00 | 1,050.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 92 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/20/02 | MCL | Telephone conferences with JLSherman re legal vault active files to be reviewed and other active files remaining to be reviewed and overall status of document review (.70); draft list of legal vault contract files to be reviewed (.40); telephone conference with Angela Anderson re boxes remaining to be re-sheeted (.30). | 1.40 | 175.00 |
| 05/20/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (11.10); conferences with BATracy and MCLatuda re legal vault files and remaining active files to be reviewed (.60). | 11.70 | 1,462.50 |
| 05/21/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (9.50). | 9.50 | 2,850.00 |
| 05/21/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,697.50 |
| 05/21/02 | CLR | Review documents and lab notebooks for responsiveness to document requests (8.50); organize boxes of documents for review (2.30).. | 10.80 | 2,430.00 |
| 05/21/02 | CRS | Review documents for responsiveness to EPA information request and class action re litigation. | 9.70 | 1,697.50 |
| 05/21/02 | BAT | Answer questions of reviewers (0.10); review EH&S microfilm for responsive documents (5.60). | 5.70 | 1,368.00 |
| 05/21/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.70 | 1,794.50 |
| 05/21/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,794.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            93
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00400

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/21/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (11.50) | 11.50 | 1,265.00 |
| 05/21/02 | SH | Pull active files from lab vault (1.50); review documents at Cambridge for responsiveness to EPA information requests (8.00). | 9.50 | 997.50 |
| 05/21/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues (5.30). | 5.30 | 662.50 |
| 05/21/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (9.70); pull active files from lab vault (1.50). | 11.20 | 1,400.00 |
| 05/22/02 | KJC | Manage document review including e-mail exchanges and telephone conferences with review staff (2.80). | 2.80 | 770.00 |
| 05/22/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (4.80). | 4.80 | 1,440.00 |
| 05/22/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,715.00 |
| 05/22/02 | CLR | Review of laboratory notebooks for responsiveness to document request (4.50); return travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.50 | 1,687.50 |
| 05/22/02 | CRS | Review documents for responsiveness to EPA information requests and  litigation discovery. | 9.70 | 1,697.50 |
| 05/22/02 | BAT | Answer questions of reviewers (0.50); review EH&S microfilm for responsive documents (2.60). | 3.10 | 744.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 94 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/22/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 10.00 | 1,850.00 |
| 05/22/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.10 | 1,868.50 |
| 05/22/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (6.50); Return travel from Boston (3.00) (3.00 N/C) (NWT 50%). | 9.50 | 1,045.00 |
| 05/22/02 | SH | Pull active files responsive to EPA Information Request (2.00); review documents at Cambridge for responsiveness to EPA information requests (8.00). | 10.00 | 1,050.00 |
| 05/22/02 | MCL | Telephone conferences with JLSherman re document review status (.40); conference with KJCoggon re Cambridge document review status including staffing issues and boxes and active files remaining to be reviewed (.70). | 1.10 | 137.50 |
| 05/22/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (5.5); prepare Winthrop Square boxes for pick-up by ONSS (3.2); pull active EH&S files (2.0). | 10.70 | 1,337.50 |
| 05/23/02 | KJC | Telephone conference with M. Murphy re remaining tasks to complete review (0.80); manage document review including telephone conferences with review staff and e-mail exchanges re coding questions, active files, schedule and staffing (1.10). | 1.90 | 522.50 |
| 05/23/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (10.00). | 10.00 | 3,000.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 95 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/23/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,715.00 |
| 05/23/02 | CRS | Review documents for responsiveness to EPA information requests and litigation discovery. | 6.60 | 1,155.00 |
| 05/23/02 | BAT | Answer questions of reviewers (0.40); review EH&S microfilm for responsive documents (6.40); conference with KJCoggon re status of remaining items to review (0.20). | 7.00 | 1,680.00 |
| 05/23/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.50 | 1,757.50 |
| 05/23/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.30 | 1,905.50 |
| 05/23/02 | SH | Review documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,050.00 |
| 05/23/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (11.80). | 11.80 | 1,475.00 |
| 05/24/02 | KJC | Conference with KWLund re review of documents in Columbia (0.10). | 0.10 | 27.50 |
| 05/24/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (9.00). | 9.00 | 2,700.00 |
| 05/24/02 | JGB | Review and code documents for responsiveness to EPA information request. | 6.70 | 1,172.50 |
| 05/24/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 9.40 | 1,645.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page         96
Invoice No.:   601008
Client  No.:   04339
Matter  No.:   00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/02 | BAT | Review EH&S microfilm for responsive documents (7.10); telephone conference with JLSherman re status of document review (0.20). | 7.30 | 1,752.00 |
| 05/24/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.00 | 1,665.00 |
| 05/24/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.40 | 1,739.00 |
| 05/24/02 | SH | Review documents at Cambridge for responsiveness to EPA information requests (4.70); Travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.70 | 808.50 |
| 05/25/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (4.30). | 4.30 | 1,290.00 |
| 05/25/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 4.30 | 795.50 |
| 05/26/02 | JAH | Travel to Boston for review of documents in response to discovery requests and in support of affirmative defenses (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |
| 05/26/02 | TTT | Travel to Boston from Colorado Springs for Grace review (3.80) (3.80 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/26/02 | NKA | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 330.00 |
| 05/27/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (10.00). | 10.00 | 2,200.00 |
| 05/27/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 720.00 |
| 05/27/02 | TTT | Review documents for responsiveness to EPA information requests and litigation discovery. | 11.50 | 2,012.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 97 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/27/02 | NKA | Review and code documents for resposiveness to EPA information request (11.00). | 11.30 | 1,243.00 |
| 05/27/02 | MCL | Update tracking lists re boxes sent to and returned by ONSS (1.10); draft list of "priority" boxes sent to ONSS (1.20); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.20). | 11.50 | 1,437.50 |
| 05/27/02 | ICM | Travel to Boston from Denver to conduct document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/28/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (11.00). | 11.00 | 3,300.00 |
| 05/28/02 | JGB | Review and code documents for responsiveness to EPA information request. | 10.70 | 1,872.50 |
| 05/28/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (8.50). | 8.50 | 1,870.00 |
| 05/28/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.50 | 2,185.00 |
| 05/28/02 | CLR | Travel to Boston (3.00) (3.00 N/C) (50% NWT). | 3.00 | 675.00 |
| 05/28/02 | CRS | Review documents in response to EPA Request for Information. | 10.20 | 1,785.00 |
| 05/28/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery (8.10); review document storage areas to ensure all boxes have been reviewed (0.60). | 8.70 | 2,088.00 |
| 05/28/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 11.70 | 2,164.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 98 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | TTT | Review documents for responsiveness to EPA information requests. | 11.00 | 1,925.00 |
| 05/28/02 | DPW | Review and code documents for responsiveness to EPA information request. | 11.30 | 2,090.50 |
| 05/28/02 | NKA | Review and code documents for responsiveness to EPA information request (10.60). | 10.60 | 1,166.00 |
| 05/28/02 | MCL | Review documents at Cambridge to determine responsivenss to EPA information requests and plaintiff document requests including coding of same (8.50); prepare tracking lists of priority boxes and organize same (1.80); prepare Winthrop Square boxes for pickup by ONSS (1.10); prepare tracking list re same (1.90). | 13.30 | 1,662.50 |
| 05/28/02 | JLS | Telephone conferences with BATracy and MCLatuda re status of Boston document review (1.00). | 1.00 | 125.00 |
| 05/28/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's fourth information request. | 12.00 | 1,320.00 |
| 05/29/02 | KJC | Draft e-mail to client re document review parameters (1.10); telephone conference with R. Emmett re meeting on June 10, 2002 (0.20); telephone conference with A. Green re Siegel files (0.20). | 1.50 | 412.50 |
| 05/29/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (10.90). | 10.90 | 3,270.00 |
| 05/29/02 | JGB | Review and code documents for responsiveness to EPA information request (6.60); travel from Boston to Denver (3.00)(3.00 N/C) (NWT 50%). | 9.60 | 1,680.00 |
| 05/29/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.50). | 9.50 | 2,090.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 99 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/29/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.80 | 2,254.00 |
| 05/29/02 | CLR | Review lab notebooks for responsiveness to document requests (9.80). | 9.80 | 2,205.00 |
| 05/29/02 | CRS | Review documents in response to EPA Request for Information. | 10.10 | 1,767.50 |
| 05/29/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery. | 10.80 | 2,592.00 |
| 05/29/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 11.50 | 2,127.50 |
| 05/29/02 | TTT | Review documents for responsiveness to EPA information requests. | 10.50 | 1,837.50 |
| 05/29/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.90 | 2,016.50 |
| 05/29/02 | NKA | Review and code documents for responsiveness to EPA information request (11.50). | 11.50 | 1,265.00 |
| 05/29/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.00); conduct survey of active files and boxes remaining to be reviewed (1.60); prepare tracking lists of boxes to be picked up by ONSS (3.20). | 11.80 | 1,475.00 |
| 05/29/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information requests. | 11.20 | 1,232.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/02 | KJC | Telephone conference with W. Sparks re review of files (0.40); telephone conference with A. Trevelise re W. Sparks meeting on June 11, trade secret guidelines and privilege log (0.30); manage document review including review and respond to e-mail and questions re data, responsiveness, schedule and staffing (1.20). | 1.90 | 522.50 |
| 05/30/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (11.40). | 11.40 | 3,420.00 |
| 05/30/02 | JAH | Review and QC of documents in Boston for EPA Requests for Information, supplemental production and class action lawsuits (8.30). | 8.30 | 1,826.00 |
| 05/30/02 | CLR | Review documents for responsiveness to document requests (12.00). | 12.00 | 2,700.00 |
| 05/30/02 | CRS | Review documents in response to EPA Request for Information. | 9.40 | 1,645.00 |
| 05/30/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery. | 11.40 | 2,736.00 |
| 05/30/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 12.20 | 2,257.00 |
| 05/30/02 | TTT | Review documents in Boston for responsiveness to EPA information requests. | 7.30 | 1,277.50 |
| 05/30/02 | TTT | Travel back Boston to Colorao Springs (3.80) (3.80 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/30/02 | DPW | Review and code documents for responsiveness to EPA information request. | 11.60 | 2,146.00 |
| 05/30/02 | NKA | Review and code documents for responsiveness to EPA information request (11.80). | 11.80 | 1,298.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page      101
Invoice No.:   601008
Client  No.:   04339
Matter  No.:   00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.80); finalize tracking lists for boxes to be picked up by ONSS (1.00); organize and update active files tracking lists (1.30); prepare additional Winthrop Square boxes for pickup and update tracking lists re same (2.90). | 12.00 | 1,500.00 |
| 05/30/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information requests. | 9.60 | 1,056.00 |
| 05/31/02 | KJC | Telephone conference with A. Trevelise and M. Murphy re project schedule and remaining tasks (1.20); arrange to review documents at corporate offices (0.40). | 1.60 | 440.00 |
| 05/31/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (5.30); travel to Denver from document review in Boston (3.00) (3.00 N/C) (NWT 50%). | 8.30 | 2,490.00 |
| 05/31/02 | JAH | Return travel to Denver following review of documents in response to discovery requests and in support of affirmative defenses (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |
| 05/31/02 | CLR | Review documents for responsiveness to document requests (5.00). | 5.00 | 1,125.00 |
| 05/31/02 | CRS | Review documents in response to EPA Request for Information. | 3.50 | 612.50 |
| 05/31/02 | CRS | Travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 3.00 | 525.00 |
| 05/31/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery (5.80); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.80 | 2,112.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 102 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/31/02 | KAT | Return travel to Denver from Boston document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/31/02 | DPW | Review and code documents for responsiveness to EPA information request. | 8.60 | 1,591.00 |
| 05/31/02 | NKA | Review and code documents for responsiveness to EPA information request (5.50); travel from Boston to Denver (3.00)(3.00 N/C)(NWT 50%). | 8.50 | 935.00 |
| 05/31/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (1.60); finalize tracking lists for Cambridge boxes to be picked up by ONSS (.80); update active files tracking lists (2.00); organize and oversee re-shelving and re-filing of files and boxes that have been returned by ONSS (2.10); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.50 | 1,187.50 |
| 05/31/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information request (6.00); travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 9.00 | 990.00 |

**Total Fees Through May 31, 2002:**  **1904.80**  **$ 327,002.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 1.60 | $ | 560.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 2.40 | | 720.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 85.80 | | 23,595.00 |
| RFR | Richard Rodriguez | Senior Associate | 235.00 | 48.50 | | 11,397.50 |
| TRB | Troy R. Braegger | Senior Counsel | 300.00 | 93.30 | | 27,990.00 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 1.30 | | 370.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | | | Page | 103 |
| | | | | Invoice No.: | 601008 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00400 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| BAT | Brent A. Tracy | Associate | 240.00 | 162.60 | 39,024.00 |
| KNM | Kelly N. Matthews | Associate | 230.00 | 19.30 | 4,439.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 99.20 | 22,320.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 51.20 | 11,264.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 42.30 | 9,306.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 95.50 | 17,667.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 97.60 | 18,056.00 |
| JGB | James G. Beasley | Associate | 175.00 | 68.70 | 12,022.50 |
| BAM | Brad A. Miller | Associate | 175.00 | 61.90 | 10,832.50 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 102.90 | 18,007.50 |
| TTT | Travis T. Tygart | Associate | 175.00 | 47.90 | 8,382.50 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 164.50 | 20,562.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 134.20 | 16,775.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 111.00 | 12,210.00 |
| DD | Dyan Davidson | Paralegal | 110.00 | 89.20 | 9,812.00 |
| SH | Susan Haag | Paralegal | 105.00 | 98.10 | 10,300.50 |
| LCS | Loraine C. Street | Other | 85.00 | 14.00 | 1,190.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 110.80 | 12,188.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 29.00 | 2,610.00 |
| CB | Cathy Bowen | Information Specialist | 75.00 | 72.00 | 5,400.00 |
| | | **Total Fees:** | | **1,904.80** | **$ 327,002.50** |

Reed Smith Shaw & McClay LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 104 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/13/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009000932; DATE: 4/13/2002 - Courier, Acct. 905010308 04-08; Lisa Williams Denver, Co | $    24.60 |
| 04/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17499; DATE: 4/22/2002 - Airfare, 5/12-5/17/02, Denver Boston Boston Denver, C. Latuda | 588.50 |
| 04/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17500; DATE: 4/22/2002 - Airfare, 5/26-5/31/02, Denver Boston Boston Denver, C. Latuda | 568.50 |
| 04/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17542; DATE: 4/25/2002 - Airfare, 5/12-5/24/02, Denver Boston Boston Denver, S. Haag | 568.50 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - hotel | 2,469.29 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - meals | 693.84 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - telephone | 105.63 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - taxis | 46.00 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - mileage | 24.45 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002  -  Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - parking | 195.00 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002  -  Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - tokens | 39.90 |
| 04/26/02 | 288 | Photocopies | 43.20 |
| 04/26/02 | 1 | Photocopies | 0.15 |
| 04/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17551; DATE: 4/26/2002  -  Airfare, 5/12-5/17/02, Denver Boston Boston Denver, B. Miller | 588.50 |
| 04/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17555; DATE: 4/26/2002  -  Airfare, 5/12-5/24/02, Denver Boston Boston Denver, D. Davidson | 568.50 |
| 04/30/02 | | Other Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 050202; DATE: 5/2/2002  -  Travel to Boston to participate in gathering data in reponse to EPA's informatin request - airfare for Friday, May 17, 2002 - United Airlines | 578.50 |
| 04/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17585; DATE: 4/30/2002  -  Airfare, 5/28-6/1/02, Denver Boston Boston Denver, C. Rogers | 568.50 |
| 04/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17586; DATE: 4/30/2002  -  Airfare, Denver Boston Boston Denver, C. Rogers | 588.50 |
| 05/01/02 | | Long Distance Telephone:  6174984346 | 0.03 |
| 05/01/02 | | Long Distance Telephone:  4156691489 | 0.09 |
| 05/01/02 | | Long Distance Telephone:  6176862346 | 0.01 |
| 05/02/02 | | Long Distance Telephone:  6178761400 | 0.28 |
| 05/02/02 | | Long Distance Telephone:  6178761400 | 1.58 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 106 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | 197 | Photocopies | 29.55 |
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 280 | Photocopies | 42.00 |
| 05/03/02 | 2 | Facsimile | 2.00 |
| 05/03/02 | | Long Distance Telephone:  2152751377 | 0.40 |
| 05/03/02 | 32 | Tab Stock: 32 Tab Stock | 1.60 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002  -  Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - hotel | 725.30 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002  -  Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - meals | 198.23 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002  -  Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - telephone | 30.16 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002  -  Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - taxis/tips | 102.00 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002  -  Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - tokens for subway | 12.00 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17625; DATE: 5/3/2002  -  Airfare, 5/27-5/31/02, Denver Boston Boston Denver, I. Mulholland | 568.50 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17635; DATE: 5/3/2002  -  Airfare, 05/29-05/31/02, Denver Boston Boston Denver, K. Coggon | 568.50 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17638; DATE: 5/3/2002  -  Airfare, 5/12-5/15/02, Denver Boston Boston Denver, K. Coggon | 608.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page          107
Invoice No.:   601008
Client  No.:   04339
Matter  No.:   00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/06/02 | | Long Distance Telephone: 9018202023 | 0.42 |
| 05/06/02 | | Long Distance Telephone: 6174982668 | 0.19 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 0.18 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.02 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 4.98 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 4.30 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.04 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.02 |
| 05/06/02 | | Long Distance Telephone: 6178761400 | 2.78 |
| 05/06/02 | | Long Distance Telephone: 4156691489 | 0.96 |
| 05/06/02 | | Long Distance Telephone: 6178761400 | 1.71 |
| 05/07/02 | 3 | Facsimile | 3.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17668; DATE: 5/7/2002  -  Airfare, 5/19-5/31/02, Denver Boston Boston Denver, T. Braegger | 588.50 |
| 05/08/02 | 4 | Facsimile | 4.00 |
| 05/08/02 | 2 | Facsimile | 2.00 |
| 05/08/02 | | Long Distance Telephone: 4157775300 | 5.32 |
| 05/08/02 | | Long Distance Telephone: 4157775300 | 5.19 |
| 05/08/02 | | Long Distance Telephone: 9018202023 | 0.40 |
| 05/08/02 | | Long Distance Telephone: 5613621532 | 0.06 |
| 05/08/02 | | Long Distance Telephone: 6178761400 | 0.20 |
| 05/08/02 | | Long Distance Telephone: 2158518232 | 5.26 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/08/02 | | Long Distance Telephone: 5613621533 | 5.09 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17669; DATE: 5/8/2002 - Airfare, 5/19-5/31/02, Dener Boston Boston Denver, K. Trammell | 588.50 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17672; DATE: 5/8/2002 - Airfare, 5/26-5/31/02, Denver Boston Boston Denver, N. Aberle | 588.50 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17677; DATE: 5/8/2002 - Airfare, 5/20-5/21/02, Santa Fe Denver Denver San Francisco San Francisco Denver, K. Coggon | 766.00 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; Brent Tracy Cambridge, Ma | 25.57 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17735; DATE: 5/9/2002 - Airfare, 5/19-6/01/02, Denver Boston Boston Denver, D. Wall | 588.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17736; DATE: 5/9/2002 - Airfare, 5/15/02, Ft. Lauderdale Denver, K. Coggon | 167.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17737; DATE: 5/9/2002 - Airfare, 5/14/02, Boston Ft Lauderdale, K. Coggon | 318.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17738; DATE: 5/9/2002 - Airfare, 5/19-5/31/02, Denver Boston Boston Denver, S. Collins | 588.50 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - hotel | 711.26 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - meals | 162.62 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 109 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002  -  05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - telephone | 3.19 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002  -  05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - taxis/tips | 45.00 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002  -  05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - personal mileage | 24.45 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002  -  05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - parking | 75.00 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002  -  05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - t tokens | 10.00 |
| 05/10/02 | | Long Distance Telephone:  4065232500 | 0.13 |
| 05/10/02 | 42 | Photocopies | 6.30 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002  -  Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Hotel | 1,467.45 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002  -  Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Meals | 390.40 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002  -  Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Subway Tokens | 14.00 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002  -  Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Telephone | 23.25 |
| 05/13/02 | | Long Distance Telephone:  6178761400 | 0.14 |
| 05/13/02 | 389 | Photocopies | 58.35 |

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/14/02 | | Long Distance Telephone: 6178761400 | 3.42 |
| 05/14/02 | | Long Distance Telephone: 6178761400 | 5.13 |
| 05/14/02 | 29 | Photocopies | 4.35 |
| 05/15/02 | | Long Distance Telephone: 6178761400 | 0.74 |
| 05/15/02 | | Long Distance Telephone: ent A. Trac    DATE: 5/15/2002 | 63.54 |
| 05/15/02 | | Long Distance Telephone: 6178761400 | 2.85 |
| 05/15/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 237.56 |
| 05/15/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 87.00 |
| 05/15/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 893.18 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - auto rental | 127.76 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - Hotel | 343.28 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - meals | 239.53 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - telephone | 2.60 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - taxis/tips | 22.00 |

Reed Smith Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 111 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002  -  Travel to Boston, MA - document production 05/12-05/15/02 - personal mileage | 21.90 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002  -  Travel to Boston, MA - document production 05/12-05/15/02 - parking | 53.00 |
| 05/16/02 | | Long Distance Telephone: 5613621532 | 0.08 |
| 05/16/02 | | Long Distance Telephone: 9018202023 | 0.18 |
| 05/16/02 | 5 | Photocopies | 0.75 |
| 05/16/02 | 15 | Photocopies | 2.25 |
| 05/16/02 | 10 | Photocopies | 1.50 |
| 05/17/02 | | Long Distance Telephone: 6178761400 | 0.25 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/17/02 | 83 | Photocopies | 12.45 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002  -  Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - hotel | 815.25 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002  -  Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - meals | 342.78 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002  -  Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - telephone | 12.76 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002  -  Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - taxis/tips | 29.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

|  |  |
|---|---|
| Page | 112 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - personal mileage | 24.45 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - parking | 90.00 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - tokens,coffee | 17.23 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - hotel | 815.25 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - meals | 229.03 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - taxis/tips | 40.00 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - personal mileage | 43.80 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - parking | 77.00 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - subway tokens | 10.00 |

Case 01-01139-AMC    Doc 2371-4    Filed 07/12/02    Page 28 of 35Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002  -  Travel - 05/12-05/17/02 - Document review in Cambridge, MA - hotel | 815.30 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002  -  Travel - 05/12-05/17/02 - Document review in Cambridge, MA - meals | 180.30 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002  -  Travel - 05/12-05/17/02 - Document review in Cambridge, MA - telephone | 18.00 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002  -  Travel - 05/12-05/17/02 - Document review in Cambridge, MA - taxis/tips | 119.00 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002  -  Travel - 05/12-05/17/02 - Document review in Cambridge, MA - incidentials | 12.00 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002  -  Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - hotel | 977.20 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002  -  Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - meals | 215.12 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002  -  Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - taxis/tips | 33.00 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002  -  Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - personal mileage | 17.52 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002  -  Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - parking | 2.00 |

Booth, Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page        114
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00400

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - shuttle to airport; "T" tokens; umbrella | 32.59 |
| 05/19/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 051502; DATE: 5/15/2002 - Roundtrip ticket to Boston, MA - May 19-27,2002 | 415.01 |
| 05/20/02 | | Long Distance Telephone: 6178761400 | 0.02 |
| 05/20/02 | | Long Distance Telephone: 6178761400 | 1.47 |
| 05/20/02 | 18 | Photocopies | 2.70 |
| 05/20/02 | 6 | Photocopies | 0.90 |
| 05/20/02 | 82 | Photocopies | 12.30 |
| 05/20/02 | 189 | Photocopies | 28.35 |
| 05/20/02 | 32 | Photocopies | 4.80 |
| 05/20/02 | 54 | Photocopies | 8.10 |
| 05/20/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17863; DATE: 5/20/2002 - Airfare, 5/27-5/31/02, Denver Boston Boston Denver, B. Tracy | 628.50 |
| 05/21/02 | 60 | Photocopies | 9.00 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 1.83 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 1.92 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 0.07 |
| 05/22/02 | | Long Distance Telephone: 6175423025 | 0.04 |
| 05/22/02 | | Long Distance Telephone: 6175423025 | 0.41 |
| 05/22/02 | | Long Distance Telephone: 2168518250 | 0.05 |
| 05/22/02 | | Long Distance Telephone: 2158518250 | 0.08 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 115 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - Airline Change Fee | 100.00 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - Hotel | 1,909.44 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - meals | 340.29 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - telephone | 8.18 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - taxis/tips | 128.20 |
| 05/23/02 | 2 | Facsimile | 2.00 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 1.71 |
| 05/23/02 | | Long Distance Telephone:  6174265900 | 1.44 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 0.12 |
| 05/23/02 | | Long Distance Telephone:  6179567900 | 0.05 |
| 05/23/02 | | Long Distance Telephone:  6172278600 | 0.11 |
| 05/23/02 | | Long Distance Telephone:  6172278600 | 0.07 |
| 05/23/02 | 100 | Photocopies | 15.00 |
| 05/24/02 | | Long Distance Telephone:  6178761400 | 0.57 |
| 05/24/02 | | Long Distance Telephone:  4065232500 | 0.17 |
| 05/24/02 | | Long Distance Telephone: chard F. Ro   24/02; DATE: 5/24/ | 9.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page          116
Invoice No.:   601008
Client  No.:   04339
Matter  No.:   00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/24/02 | | Other Meal Expenses: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 208.52 |
| 05/24/02 | | Parking: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 2.00 |
| 05/24/02 | 3 | Photocopies | 0.45 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - hotel | 1,335.84 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - Meals | 650.22 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - telephone | 2.00 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - taxis/tips | 52.00 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - subways and supplies | 42.74 |
| 05/24/02 | | Travel Expense: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 691.80 |
| 05/28/02 | | Long Distance Telephone:  7703902700 | 0.20 |
| 05/28/02 | | Long Distance Telephone:  4065232500 | 0.30 |
| 05/28/02 | 40 | Photocopies | 6.00 |
| 05/29/02 | | Long Distance Telephone:  6178761400 | 0.37 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/29/02 | | Long Distance Telephone: 6178761400 | 0.14 |
| 05/29/02 | | Long Distance Telephone: 6178761400 | 0.08 |
| 05/29/02 | | Long Distance Telephone: 4105314362 | 0.71 |
| 05/29/02 | | Long Distance Telephone: 9018202023 | 0.24 |
| 05/30/02 | 14 | Facsimile | 14.00 |
| 05/30/02 | 409 | Photocopies | 61.35 |
| 05/30/02 | 155 | Photocopies | 23.25 |
| 05/31/02 | | Administration: Other Billable overtime 5/1/02  MF | 1,265.00 |
| 05/31/02 | | Administration: Other Billable overtime  5/15/02  CB | 62.50 |
| 05/31/02 | | Administration: Other Billable overtime  5/31/02  FS | 200.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime  5/15/02  CL | 1,485.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime  5/31/02  NA | 1,223.75 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime  5/31/02  CL | 770.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime  5/31/02  JS | 5,021.25 |
| 05/31/02 | 3 | Photocopies | 0.45 |

**Total Disbursements:**          **$   42,261.56**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 118 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 89.00 |
| Photocopies | | 374.10 |
| Facsimile | | 33.00 |
| Long Distance Telephone | | 137.64 |
| Outside Courier | | 50.17 |
| Travel Expense | | 26,949.86 |
| Other Meal Expenses | | 446.08 |
| Other Expenses | | 4,152.61 |
| Legal Assistant Overtime | | 8,500.00 |
| Administration | | 1,527.50 |
| Tab Stock | | 1.60 |
| **Total Disbursements:** | **$** | **42,261.56** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | *Outstanding Balance on Invoice 583055:* | | *$ 17,487.80* |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | *Outstanding Balance on Invoice 585053:* | | *$ 19,636.67* |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | 04/18/02 | Cash Receipt | -143,440.28 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

Kenneth W. Lund, first being duly sworn, deposes and says as follows:

1.      I am a partner with the applicant firm, Holme Roberts & Owen LLP and I am a

member in good standing of the bar of the State of Colorado.

2.      I have personally performed certain of, and overseen the legal services rendered

by Holme Roberts & Owen LLP as special environmental counsel to the Debtors and am

thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and

other persons in the firm.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#817622 v1

3.    The facts set forth in the foregoing Monthly Fee Application are true and correct

to the best of my knowledge, information and belief.

_____
Kenneth W. Lund

Subscribed and sworn to before me this ⅗ᵣ‌ⅆ day of July, 2002, by Kenneth W. Lund.

Witness my hand and official seal.

My commission expires: 03-01-03

_____
Notary Public