IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATION OF COUNSEL RE: DOCKET NO. 2231

1.    On June 17, 2002, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors to Assume and Assign a Prime Lease and the Accompanying Sublease* (the "Motion") (Docket No. 2231) with the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:50784.1

States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The deadline to object to the Motion expired on July 5, 2002. The Debtors have not received any written objections to the Motion. The Debtors did, however, receive an informal response from counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee"), seeking certain changes to the proposed form of Order.

2. The Debtors have revised the proposed form of Order to address the response of the Creditors' Committee and the Creditors' Committee has approved the revised proposed form of Order.

91100-001\DOCS_DE:50784.1

3.      Accordingly, the Debtors respectfully request that the Court enter the revised proposed Order attached hereto.

Dated: July 15, 2002

            KIRKLAND & ELLIS
            James H.M. Sprayregen, P.C.
            James W. Kapp III
            Janet S. Baer
            Christian J. Lane
            200 East Randolph Drive
            Chicago, Illinois 60601
            (312) 861-2000

                and

            PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

            _____
            Laura Davis Jones (Bar No. 2436)
            Hamid R. Rafatjoo (California Bar No. 181564)
            David W. Carickhoff, Jr. (Bar No. 3715)
            919 North Market Street, 16th Floor
            P.O. Box 8705
            Wilmington, DE 19899-8705 (Courier 19801)
            Telephone: (302) 652-4100
            Facsimile: (302) 652-4400

            Co-counsel for Debtors and Debtors in Possession