```
                         INVOICE
                       #HRA20020522
                       May 22, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of April, 2002.

CURRENT FEES

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 45.20 hours @ $ 375 per hour | $ 16,950.00 |
| Paul Silvern | |
| 36.60 hours @ $ 325 per hour | 11,895.00 |
| Robert H. Sims | |
| 11.30 hours @ $ 275 per hour | 3,107.50 |
| Total Current Fees:  $ 31,952.50 | |

CURRENT EXPENSES (Receipt copies attached.)

| | |
|---|---:|
| Expenses of Francine F. Rabinovitz | $ 1,654.10 |
| Expenses of Paul Silvern | 2,412.13 |
| Expenses of Robert H.Sims | 1,238.00 |
| Courier Expenses | 29.07 |
| Total Current Expenses: | $ 5,333.30 |
| **TOTAL CURRENT FEES & EXPENSES:** | **$ 37,285.80** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

```
APRIL, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE         TIME    TASK

04/01/02     1.20    Cat. 12. Case Administration and Consulting. Re-
                     read transcripts re Zonalite science issues.

04/04/02     1.80    Cat. 12. Case Administration and Consulting.
                     Participate in Committee call.

04/08/02     1.10    Cat. 12. Case Administration and Consulting.
                     Review Debtor's motion for intervention in Sealed
                     Air case, PD POC correspondence.

04/12/02     2.30    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Prepare anwers to questions re various
                     subjects of 4/23 meeting.

04/15/02     4.30    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Begin preparation for 4/23 meeting of
                     subcommittee.

04/16/02     6.30    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Continue preparation for 4/23 meeting of
                     subcommittee.
             0.80    Cat. 12. Case Administration and Consulting.
                     Participate in Committee phone call.

04/17/02     3.30    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Continue preparation for 4/23 meeting.

04/22/02     4.00    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Working travel to meeting of subcommittee.

04/23/02     8.00    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Participate in Subcommittee meeting.
             4.00    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Working return travel. Read materials
                     distributed.

04/24/02     5.00    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Continue reading distributed materials. Review
                     draft of outline.

04/25/02     0.30    Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Talk to PS about next steps.
             0.40    Cat. 12. Case Administration and Consulting.
                     Participate in Committee phone call.
```

APRIL, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR) Continued

| DATE | TIME | TASK |
| --- | --- | --- |
| 04/26/02 | 0.70 | Cat. 12. Case Administration and Consulting. Call with Conway, DelGenio & Greiss re solvency issues. |
| | 1.70 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review documents re PW analysis of PD liabilities in 1997; make document requests. |
| TOTAL | 45.20 | |

```
APRIL 2002, TIME LOG OF PAUL J. SILVERN (PJS)

DATE         TIME   TASK

04/04/02     1.50   Cat. 12. Case Administration and Consulting.
                    Review March 18 omnibus hearing transcript.
             1.80   Cat. 12. Case Administration and Consulting.
                    Participate Committee call.

04/05/02     1.50   Cat. 12. Case Administration and Consulting.
                    Review March 18 omnibus hearing transcript.

04/06/02     1.50   Cat. 12. Case Administration and Consulting.
                    Review Fresenius and Sealed Air answers to the
                    fraudulent transfer complaint and Debtor's motion
                    to intervene.

04/17/02     1.80   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee
                    members.

04/18/02     1.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee
                    members.

04/19/02     2.30   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee
                    members.

04/20/02     1.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee
                    members.

04/21/02     6.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee.

04/22/02     5.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Prepare for meeting with PD Sub-committee.

04/23/02     6.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Meeting with PD Sub-committee.

             4.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Work on outline of  PD estimation issues.

04/25/02     0.40   Cat. 12. Case Administration and Consulting.
                    Participate in PD Sub-committee call.
             0.30   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Talk to FFR re next steps.
```

APRIL 2002, TIME LOG OF PAUL J. SILVERN (PJS) Continued

| DATE | TIME | TASK |
|---|---|---|
| 04/26/02 | 1.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Work on PD estimation issues. |
| TOTAL | 36.60 | |

```
APRIL 2002, TIME LOG OF ROBERT H. SIMS (RHS)

DATE         TIME   TASK

04/22/02     4.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Travel to Miami for property damage subcommittee
                    meeting; review ARPC and related PD and BI
                    estimates.

04/23/02     6.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Meet with PD committee.

04/26/02     0.80   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Review and comment on draft PD estimation
                    outline.

TOTAL       11.30
```

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of April, 2002.

|  | Francine F. Rabinovitz | Paul J. Silvern | Robert Sims |  |
|---|---|---|---|---|
| 04/01/2002 | 1.20 |  |  |  |
| 04/02/2002 |  |  |  |  |
| 04/03/2002 |  |  |  |  |
| 04/04/2002 | 1.80 | 3.30 |  |  |
| 04/05/2002 |  | 1.50 |  |  |
| 04/06/2002 |  | 1.50 |  |  |
| 04/07/2002 |  |  |  |  |
| 04/08/2002 | 1.10 |  |  |  |
| 04/09/2002 |  |  |  |  |
| 04/10/2002 |  |  |  |  |
| 04/11/2002 |  |  |  |  |
| 04/12/2002 | 2.30 |  |  |  |
| 04/13/2002 |  |  |  |  |
| 04/14/2002 |  |  |  |  |
| 04/15/2002 | 4.30 |  |  |  |
| 04/16/2002 | 7.10 |  |  |  |
| 04/17/2002 | 3.30 | 1.80 |  |  |
| 04/18/2002 |  | 1.00 |  |  |
| 04/19/2002 |  | 2.30 |  |  |
| 04/20/2002 |  | 1.50 |  |  |
| 04/21/2002 |  | 6.00 |  |  |
| 04/22/2002 | 4.00 | 5.00 | 4.50 |  |
| 04/23/2002 | 12.00 | 10.50 | 6.00 |  |
| 04/24/2002 | 5.00 |  |  |  |
| 04/25/2002 | 0.70 | 0.70 |  |  |
| 04/26/2002 | 2.40 | 1.50 | 0.80 |  |
| 04/27/2002 |  |  |  |  |
| 04/28/2002 |  |  |  |  |
| 04/29/2002 |  |  |  |  |
| 04/30/2002 |  |  |  | Total Hours |
| Hours | 45.20 | 36.60 | 11.30 | 93.10 |
| Rate | $375 | $325 | $275 | Total Fees |
|  | $16,950.00 | $11,895.00 | $3,107.50 | $31,952.50 |

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020522
May 22, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of April, 2002.

CURRENT FEES

| | |
|---|---|
| Francine F. Rabinovitz | |
| 45.20 hours @ $ 375 per hour | $ 16,950.00 |
| | |
| Paul Silvern | |
| 36.60 hours @ $ 325 per hour | 11,895.00 |
| | |
| Robert H. Sims | |
| 11.30 hours @ $ 275 per hour | 3,107.50 |
| Total Current Fees: $ 31,952.50 | |

CURRENT EXPENSES (Receipt copies attached.)

| | |
|---|---|
| Expenses of Francine F. Rabinovitz | $ 1,654.10 |
| Expenses of Paul Silvern | 2,412.13 |
| Expenses of Robert H. Sims | 1,238.00 |
| Courier Expenses | 29.07 |
| Total Current Expenses: | $ 5,333.30 |
| **TOTAL CURRENT FEES & EXPENSES:** | **$ 37,285.80** |

Continued

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 WEST CENTURY BLVD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

NEW YORK            Fed Tax I.D. 94-2360125            LOS ANGELES

6033 WEST CENTURY BLVD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

NEW YORK            Fed Tax I.D. 94-2360125            LOS ANGELES