# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020613
June 13, 2002

W. R. GRACE & COMPANY ET. AL.

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of May, 2002.

<u>CURRENT FEES</u>
Francine F. Rabinovitz
10.00 hours @ $ 375 per hour                          $   3,750.00

Paul Silvern
 3.30 hours @ $ 325 per hour                              1,072.50
       Total Current Fees:                            $   4,822.50

<u>CURRENT EXPENSES</u>
Expenses of Mimi Constantinou                                53.95
Courier                                                      85.80
       Total Current Expenses:                        $     139.75

**TOTAL CURRENT FEES & EXPENSES:**                    <u>**$   4,962.25**</u>

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

```
MAY, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE          TIME   TASK

05/06/02      0.70   Review and comment on general document requests.

05/08/02      1.50   Cat. 12. Case Administration and Consulting.
                     Review  4/22/2002 transcript.

05/10/02      1.00   Cat. 12. Case Administration and Consulting.
                     Participate in committee call.

05/21/02      0.30   Cat. 12. Case Administration and Consulting. Call
                     to Milberg re data dictionary
              0.30   Cat. 12. Case Administration and Consulting Talk
                     w. committe chair about notice program.
              0.20   Cat. 12. Case Administration and Consulting. Make
                     requests for materials from JS
              0.30   Call to Jay Sakalo re status.

05/22/02      2.00   Cat. 12. Case Administration and Consulting.
                     Review notice program

05/23/02      0.70   Cat. 12. Case Administration and Consulting
                     Further work on notice program.

05/24/02      2.00   Cat. 12. Case Administration and Consulting
                     Continue work on notice program.

05/31/02      1.00   Cat. 12. Case Administration and Consulting
                     Participate in committee call. Also call w.
                     Bilzin lawyer re schedule.

Total        10.00
```

MAY 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 05/12/02 | 1.50 | Cat. 12. Case Administration and Consulting. Review April 22 hearing transcript. |
| 05/24/02 | 1.10 | Cat. 12. Case Administration and Consulting. Participate in Property Damage (PD) Committee call re: case status. |
|  | 0.10 | Cat. 12. Case Administration and Consulting. Review proposed order re: Zonolite science trial. |
|  | 0.30 | Cat. 12. Case Administration and Consulting. Review May 20 hearing transcript. |
| 05/31/02 | <u>0.30</u> | Cat. 12. Case Administration and Consulting. Discuss PD Committee call re: case status with Francine F. Rabinovitz. |
| TOTAL | 3.30 | |

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of May, 2002.

| | Francine F. Rabinovitz | Paul J. Silvern | |
|---|---|---|---|
| 05/01/2002 | | | |
| 05/02/2002 | | | |
| 05/03/2002 | | | |
| 05/04/2002 | | | |
| 05/05/2002 | | | |
| 05/06/2002 | 0.70 | | |
| 05/07/2002 | | | |
| 05/08/2002 | 1.50 | | |
| 05/09/2002 | | | |
| 05/10/2002 | 1.00 | | |
| 05/11/2002 | | | |
| 05/12/2002 | | 1.50 | |
| 05/13/2002 | | | |
| 05/14/2002 | | | |
| 05/15/2002 | | | |
| 05/16/2002 | | | |
| 05/17/2002 | | | |
| 05/18/2002 | | | |
| 05/19/2002 | | | |
| 05/20/2002 | | | |
| 05/21/2002 | 1.10 | | |
| 05/22/2002 | 2.00 | | |
| 05/23/2002 | 0.70 | | |
| 05/24/2002 | 2.00 | 1.50 | |
| 05/25/2002 | | | |
| 05/26/2002 | | | |
| 05/27/2002 | | | |
| 05/28/2002 | | | |
| 05/29/2002 | | | |
| 05/30/2002 | | | |
| 05/31/2002 | 1.00 | 0.30 | Total Hours |
| Hours | 10.00 | 3.30 | 13.30 |
| Rate | $375 | $325 | Total Fees |
| | $3,750.00 | $1,072.50 | $4,822.50 |