IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

DECLARATION OF SERVICE REGARDING:

1. **Claims Bar Date Notice Materials**
2. **Grace Non-Asbestos Proof of Claim Form**
3. **W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form**
4. **W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form**

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

    a. Bar Date Notice Package attached hereto as Exhibit 1;

    b. Form 10 attached hereto as Exhibit 2;

    c. PD Form attached hereto as Exhibit 3; and

    d. MM Form attached hereto as Exhibit 4;

to be effected as follows:

    a. Exhibit 1 was served on those parties listed in Exhibit 5;

    b. Exhibit 2 was served on those parties listed in Exhibit 6; and

    c. Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3. All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 27, 2002  
El Segundo, California

_____  
Craig A. Zink

State of California    )  
                             ) ss  
County of Los Angeles  )

Personally appeared before me on this 27th day of June 2002, Craig A Zink, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_____  
Theresa M. Taylor

Notarial Seal  
Theresa M. Taylor, Notary Public  
East Lampeter Twp., Lancaster County  
My Commission Expires Dec. 6, 2003  
Member, Pennsylvania Association of Notaries