In re: <u>W.R. Grace & Co.</u>, Debtor    Case No. <u>01-01139</u>

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| | | Claim against Sealed Air Corporation under the Tax Sharing Agreement dated March 30, 1998.<br>Use of W. R. Grace & Co. and subsidiaries tax attributes in Germany, Malaysia and other tax jurisdictions. | $0 |
| | | Claim against Fresenius National Medical Care, Inc., Fresenius AG, and members of the NMC Group under the Tax Sharing Agreement dated September 27, 1996.<br>Use of tax attributes in various jurisdictions. | $0 |
| | | Contingent Environmental Claims:<br><br>W. R. Grace & Co., W. R. Grace, Ltd., and ECARG, Inc. v. AlliedSignal, Inc.<br>Case No. 95-2097<br><br>W. R. Grace & CO. and ECARG, Inc. v. WEJA, Inc. d/b/a Clean Machine Car Wash, Sun Company, Inc. (R&M), Shell Oil Products Company, Wallace Teich, G.B. 440, Inc., Daniel V. Richards, Mo-Park Industries, Inc., Jerry Feldman, and John Does 1-10 v. Shell Oil and Continental Insurance Company, and Insurance Company of North America<br>Case No. L7908-95<br><br>W.R. Grace & Co. v. U.S. EPA<br>Case No. 00-3302 | $0 |
| | | U.S. Federal Income Tax Refund Form 1120X, Amended U.S. Corporation Income Tax Return, for the tax year beginning 4/1/98 and ending 12/31/98. | $0[5] |
| | | State of Arizona<br>State of Arizona W.R. Grace & Co., NKA Fresenius National Medical Care Holdings, Inc. | $0[6] |

---

[5] May be subject to setoff by IRS against other W.R. Grace & Co. and affiliated group tax exposures.

[6] May be subject to setoff by Fresenius National Medical Care Holdings, Inc.

In re: W.R. Grace & Co., Debtor   Case No. 01-01139

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| | | Distribution Agreement dated as of March 30, 1988 , by and among W. R. Grace & Co. (now Sealed Air Corporation), W. R. Grace & Co. – Conn., and Grace Specialty Chemicals, Inc. (now W. R. Grace & Co.) | $0 |
| | | Employee Benefits Allocation Agreement dated as of March 30, 1988, by and among W. R. Grace & Co. (now Sealed Air Corporation), W. R. Grace & Co. – Conn., and Grace Specialty Chemicals, Inc. (now W. R. Grace & Co.) | $0 |
| | | WR Grace-Conn  Co-obligor on $250,000,000 5 year facility with Chase Manhattan Bank | $0 |
| | | WR Grace-Conn  Co-obligor on $250,000,000 364-day facility with Chase Manhattan Bank | $0 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Debtor may have patents, trademarks and copyrights as shown on B-21 – W. R. Grace & Co. – Conn. | $0 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | The Debtor is a party to certain license agreements under which intellectual property rights have been licensed to the Debtor. For a list of such license agreements, see Schedule G. | |
| 23. Automobiles, trucks, trailers, and other vehicles. | NONE | | |
| 24. Boats, motors, and accessories. | NONE | | |
| 25. Aircraft and accessories. | NONE | | |
| 26. Office equipment, furnishings, and supplies. | NONE | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | NONE | | |
| 28. Inventory. | NONE | | |
| 29. Animals. | NONE | | |
| 30. Crops - growing or harvested. Give particulars. | NONE | | |
| 31. Farming equipment and implements. | NONE | | |
| 32. Farms supplies, chemicals, and feed. | NONE | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Intercompany Loans Receivable** | |

Page 4 of 5

In re: W.R. Grace & Co., Debtor   Case No. 01-01139

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| | | Remedium Group, Inc.<br>7500 Grace Drive<br>Columbia, MD 21044 | $15,952,921 |
| | | W. R. Grace & Co. – Conn.<br>7500 Grace Drive<br>Columbia, MD 21044 | $705,384,689 |
| | | Total | $1,925,699,442.00 |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                     Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 03/31/53 | 03/31/54 | Royal Indemnity Company | RLG27635 | As Per Policy | Primary Liability |
| 03/31/54 | 04/01/55 | Royal Indemnity Company | RLG31840 | As Per Policy | Primary Liability |
| 04/01/55 | 04/01/56 | Royal Indemnity Company | RLG035805 | As Per Policy | Primary Liability |
| 04/01/56 | 04/01/57 | Royal Indemnity Company | RLG045762 | As Per Policy | Primary Liability |
| 04/01/57 | 04/01/58 | Royal Indemnity Company | RLG045836 | As Per Policy | Primary Liability |
| 04/01/58 | 04/01/59 | Royal Indemnity Company | RLG053959 | As Per Policy | Primary Liability |
| 04/01/59 | 04/01/60 | Royal Indemnity Company | RLG021629 | As Per Policy | Primary Liability |
| 04/01/60 | 04/01/61 | Royal Indemnity Company | RLG021620 | As Per Policy | Primary Liability |
| 04/01/61 | 04/01/62 | Royal Indemnity Company | RLG021621 | As Per Policy | Primary Liability |
| 06/01/61 | 06/01/62 | General Insurance Company of America | BLP186027 | As Per Policy | Primary Liability |
| 04/01/62 | 04/01/63 | Royal Indemnity Company | RLG021622 | As Per Policy | Primary Liability |
| 06/01/62 | 06/01/63 | General Insurance Company of America | BLP205359 | As Per Policy | Primary Liability |
| 06/30/62 | 06/30/63 | Maryland Casualty Company | 96-205800 | As Per Policy | Primary Liability |
| 06/01/63 | 06/01/64 | General Insurance Company of America | BLP221289 | As Per Policy | Primary Liability |
| 06/01/64 | 06/30/64 | Maryland Casualty Company | 96-224900 | As Per Policy | Primary Liability |
| 06/01/64 | 06/01/65 | General Insurance Company of America | BLP245115 | As Per Policy | Primary Liability |
| 06/01/65 | 06/30/65 | Maryland Casualty Company | 96-243400 | As Per Policy | Primary Liability |
| 06/01/65 | 06/01/66 | General Insurance Company of America | BLP260071 | As Per Policy | Primary Liability |
| 06/01/66 | 06/30/66 | Maryland Casualty Company | 96-257400 | As Per Policy | Primary Liability |
| 06/01/66 | 06/01/67 | General Insurance Company of America | BLP270815 | As Per Policy | Primary Liability |
| 06/01/67 | 06/30/67 | Maryland Casualty Company | 96-269500 | As Per Policy | Primary Liability |
| 06/30/67 | 06/30/68 | Maryland Casualty Company | 31-278301 | As Per Policy | Primary Liability |
| 06/30/68 | 06/30/69 | Maryland Casualty Company | 31-278301 | As Per Policy | Primary Liability |
| 06/30/69 | 06/30/70 | Maryland Casualty Company | 31-278301 | As Per Policy | Primary Liability |
| 06/30/70 | 06/30/71 | Maryland Casualty Company | 31-R-911051 | As Per Policy | Primary Liability |
| 06/30/71 | 06/30/72 | Maryland Casualty Company | 31-R-911051 | As Per Policy | Primary Liability |
| 06/30/72 | 06/30/73 | Maryland Casualty Company | 31-R-911051 | As Per Policy | Primary Liability |
| 06/30/73 | 06/30/76 | Continental Casualty Company | CCP9023670 | As Per Policy | Primary Liability |
| 06/30/76 | 06/30/83 | Continental Casualty Company | CCP2483440 | As Per Policy | Primary Liability |
| 06/30/83 | 06/30/88 | Continental Casualty Company | CCP2483440 | As Per Policy | Primary Liability |
| 06/30/88 | 06/30/89 | Continental Casualty Company | CCP001604364 | As Per Policy | United States General & Automobile Liability |
| 06/30/88 | 06/30/89 | Continental Casualty Company | CCP9001604498 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/88 | 06/30/89 | Continental Casualty Company | CCP3001606790 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/89 | 06/30/90 | Continental Casualty Company | CCP001604364 | As Per Policy | United States General & Automobile Liability |
| 06/30/89 | 06/30/90 | Continental Casualty Company | CCP9001604498 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/89 | 06/30/90 | Continental Casualty Company | CCP3001606790 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/90 | 06/30/91 | Continental Casualty Company | CCP001604364 | As Per Policy | United States General & Automobile Liability |
| 06/30/90 | 06/30/91 | Continental Casualty Company | CCP9001604498 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/90 | 06/30/91 | Continental Casualty Company | CCP3001606790 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/91 | 06/30/92 | Continental Casualty Company | CCP001604364 | As Per Policy | United States General & Automobile Liability |
| 06/30/91 | 06/30/92 | Continental Casualty Company | CCP9001604498 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/91 | 06/30/92 | Continental Casualty Company | CCP3001606790 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/92 | 06/30/93 | Continental Casualty Company | CCP001604364 | As Per Policy | United States General & Automobile Liability |
| 06/30/92 | 06/30/93 | Continental Casualty Company | CCP9001604498 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/92 | 06/30/93 | Continental Casualty Company | CCP3001606790 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/93 | 06/30/94 | Continental Casualty Company | CCP902514766 | As Per Policy | United States General & Automobile Liability |
| 06/30/93 | 06/30/94 | Continental Casualty Company | CCP602514776 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/93 | 06/30/94 | Continental Casualty Company | CCP402514777 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/94 | 06/30/95 | Continental Casualty Company | CCP902514766 | As Per Policy | United States General & Automobile Liability |
| 06/30/94 | 06/30/95 | Continental Casualty Company | CCP602514776 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/94 | 06/30/95 | Continental Casualty Company | CCP402514777 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/95 | 06/30/96 | Continental Casualty Company | CCP902514766 | As Per Policy | United States General & Automobile Liability |
| 06/30/95 | 06/30/96 | Continental Casualty Company | CCP602514776 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/95 | 06/30/96 | Continental Casualty Company | CCP402514777 | As Per Policy | Puerto Rico General & Automobile Liability |

Exhibit B-9

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                         Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/96 | 06/30/97 | Continental Casualty Company | CCP902514766 | As Per Policy | United States General & Automobile Liability |
| 06/30/96 | 06/30/97 | Continental Casualty Company | CCP602514776 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/96 | 06/30/97 | Continental Casualty Company | CCP402514777 | As Per Policy | Puerto Rico General & Automobile Liability |
| 06/30/97 | 04/01/98 | Continental Casualty Company | CCP166800586 | As Per Policy | United States General & Automobile Liability |
| 06/30/97 | 04/01/98 | Continental Casualty Company | CCP166800636 | As Per Policy | Canadian General & Automobile Liability |
| 06/30/97 | 04/01/98 | Continental Casualty Company | CCP166800619 | As Per Policy | Puerto Rico General & Automobile Liability |
| 04/01/98 | 06/30/99 | Continental Casualty Company | CCP166809546 | As Per Policy | United States and Puerto Rico General & Automobile Liability |
| 04/01/98 | 06/30/99 | Continental Casualty Company | CCP166809577 | As Per Policy | Canadian General Liability |
| 04/01/98 | 06/30/99 | Continental Casualty Company | CAE809644 | As Per Policy | Canadian Automobile Liability |
| 04/01/98 | 06/30/99 | Continental Casualty Company | BUA166809594 | As Per Policy | Texas Automobile Liability |
| 06/30/99 | 06/30/00 | Continental Casualty Company | CCP189190695 | As Per Policy | United States and Puerto Rico General & Automobile Liability |
| 06/30/99 | 06/30/00 | Continental Casualty Company | CCP189190714 | As Per Policy | Canadian General Liability |
| 06/30/99 | 06/30/00 | Continental Casualty Company | CBP189190714 | As Per Policy | Canadian Automobile Liability |
| 06/30/99 | 06/30/00 | Continental Casualty Company | BUA189190731 | As Per Policy | Texas Automobile Liability |
| 06/30/00 | 06/30/01 | American Home Assurance Company | RMGL6123815 | As Per Policy | United States General Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | RMGLA2505995 | As Per Policy | Canadian General Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | CGL 05-69067 | As Per Policy | Puerto Rico General Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | RMCA5347978 | As Per Policy | United States Automobile Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | RMBA1166985 | As Per Policy | Canadian Automobile Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | AL14880096 | As Per Policy | Puerto Rico Automobile Liability Policy |
| 06/30/00 | 06/30/01 | American Home Assurance Company | RMCA5347979 | As Per Policy | Texas Automobile Liability |
| 10/20/59 | 10/20/60 | Fidelidade Ins. Co. of Lisbon | 59E11109B/BB760883 | $125 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Helvetia Accident Swiss Ins. Co. | 59E11109B/BB760883 | $1,163 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Alba Gen'l. Ins. Co. Ltd. | 59E11109B/BB760883 | $1,213 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Fidelidade Ins. Co. of Lisbon | 59E11109C/BB760884 | $1,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Fidelidade Ins. Co. of Lisbon | 59E11109D/BB760885 | $2,325 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | United Standard Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Alba Gen'l. Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Home & Overseas Ins. Co. Ltd. | 59E11109B/BB760881 | $10,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Andrew Weir Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | United Standard Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | London & Overseas Ins. Co. Ltd. | 59E11109B/BB760883 | $12,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Helvetia Accident Swiss Ins. Co. | 59E11109C/BB760884 | $13,950 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Alba Gen'l. Ins. Co. Ltd. | 59E11109C/BB760884 | $14,550 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Black Sea & Baltic Gen'l Ins. Co. | 59E11109D/BB760885 | $15,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Excess Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | River Thames Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Helvetia Accident Swiss Ins. Co. | 59E11109D/BB760885 | $21,622 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Alba Gen'l. Ins. Co. Ltd. | 59E11109D/BB760885 | $22,552 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | United Standard Ins. Co. Ltd. | 59E11109D/BB760885 | $23,250 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | World Auxiliary Ins. Corp. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Excess Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | River Thames Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Excess Ins. Co. Ltd. | 59E11109C/BB760884 | $25,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | World Auxiliary Ins. Corp. Ltd. | 59E11109A/BB760881 | $29,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Andrew Weir Ins. Co. Ltd. | 59E11109C/BB760884 | $30,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Sphere Drake Ins. Co. Ltd. | 59E11109D/BB760885 | $43,400 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | London & Edinburgh General Ins. Co. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | London & Overseas Ins. Co. Ltd. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | World Auxiliary Ins. Corp. Ltd. | 59E11109D/BB760885 | $62,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | River Thames Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | London & Overseas Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 10/20/59 | 10/20/60 | London & Edinburgh General Ins. Co. | 59E11109A/BB760881 | $80,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Andrew Weir Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Excess Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | St. Helens Ins. Co. Ltd. | 59E11109A/BB760881 | $13,520 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | St. Helens Ins. Co. Ltd. | 59E11109B/BB760881 | $20,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | British National Ins. Co. Ltd. | 59E11109A/BB760881 | $21,280 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | British National Ins. Co. Ltd. | 59E11109D/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | St. Helens Ins. Co. Ltd. | 59E11109C/BB760884 | $30,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Sovereign Marine & Gen'l Ins. Co. | 59E11109D/BB760885 | $31,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | British National Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | St. Helens Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Orion Ins. Co. Ltd. | 59E11109D/BB760883 | $67,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $80,600 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Orion Ins. Co. Ltd. | 59E11109C/BB760884 | $125,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Lloyds Underwriters | 59E11109A/BB760881 | $188,200 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Lloyds Underwriters | 59E11109C/BB760884 | $277,500 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Lloyds Underwriters | 59E11109C/BB760884 | $660,000 | Excess Liability Policy |
| 10/20/59 | 10/20/60 | Lloyds Underwriters | 59E11109D/BB760885 | $2,162,250 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Fidelidade Ins. Co. of Lisbon | 59E11109B/BB760883 | $250 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Fidelidade Ins. Co. of Lisbon | 59E11109C/BB760884 | $1,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Fidelidade Ins. Co. of Lisbon | 59E11109D/BB760885 | $2,325 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Helvetia Accident Swiss Ins. Co. | 59E11109B/BB760883 | $2,325 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Alba Gen'l. Ins. Co. Ltd. | 59E11109B/BB760883 | $2,425 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Black Sea & Baltic Gen'l Ins. Co. | 59E11109B/BB760883 | $5,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | United Standard Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Alba Gen'l. Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Home & Overseas Ins. Co. Ltd. | 59E11109A/BB760881 | $10,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Andrew Weir Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | United Standard Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | London & Overseas Ins. Co. Ltd. | 59E11109B/BB760883 | $12,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Helvetia Accident Swiss Ins. Co. | 59E11109C/BB760884 | $13,950 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Alba Gen'l. Ins. Co. Ltd. | 59E11109C/BB760884 | $14,550 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Black Sea & Baltic Gen'l Ins. Co. | 59E11109D/BB760885 | $15,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | River Thames Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Excess Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Helvetia Accident Swiss Ins. Co. | 59E11109D/BB760885 | $21,622 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Alba Gen'l. Ins. Co. Ltd. | 59E11109D/BB760885 | $22,552 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | United Standard Ins. Co. Ltd. | 59E11109D/BB760885 | $23,250 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | World Auxiliary Ins. Corp. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Excess Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | River Thames Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Excess Ins. Co. Ltd. | 59E11109C/BB760884 | $25,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | World Auxiliary Ins. Corp. Ltd. | 59E11109A/BB760881 | $29,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Andrew Weir Ins. Co. Ltd. | 59E11109C/BB760884 | $30,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Sphere Drake Ins. Co. Ltd. | 59E11109D/BB760885 | $43,400 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | London & Edinburgh General Ins. Co. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | London & Overseas Ins. Co. Ltd. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | World Auxiliary Ins. Corp. Ltd. | 59E11109D/BB760885 | $62,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | London & Overseas Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | River Thames Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | London & Edinburgh General Ins. Co. | 59E11109A/BB760881 | $80,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Andrew Weir Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Excess Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                 Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 10/20/60 | 10/20/61 | St. Helens Ins. Co. Ltd. | 59E11109A/BB760881 | $13,520 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | St. Helens Ins. Co. Ltd. | 59E11109B/BB760883 | $20,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | British National Ins. Co. Ltd. | 59E11109A/BB760881 | $21,280 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | British National Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | St. Helens Ins. Co. Ltd. | 59E11109C/BB760884 | $30,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Sovereign Marine & Gen'l Ins. Co. | 59E11109D/BB760885 | $31,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | British National Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | St. Helens Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Orion Ins. Co. Ltd. | 59E11109B/BB760883 | $60,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $80,600 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Orion Ins. Co. Ltd. | 59E11109C/BB760884 | $125,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Lloyds Underwriters | 59E11109A/BB760881 | $188,200 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Lloyds Underwriters | 59E11109B/BB760883 | $277,500 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Lloyds Underwriters | 59E11109C/BB760884 | $660,000 | Excess Liability Policy |
| 10/20/60 | 10/20/61 | Lloyds Underwriters | 59E11109D/BB760885 | $2,162,250 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Fidelidade Ins. Co. of Lisbon | 59E11109B/BB760883 | $250 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Fidelidade Ins. Co. of Lisbon | 59E11109C/BB760884 | $1,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Fidelidade Ins. Co. of Lisbon | 59E11109D/BB760885 | $2,325 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Helvetia Accident Swiss Ins. Co. | 59E11109B/BB760883 | $2,325 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Alba Gen'l. Ins. Co. Ltd. | 59E11109B/BB760883 | $2,425 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Black Sea & Baltic Gen'l Ins. Co. | 59E11109B/BB760883 | $5,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | United Standard Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Alba Gen'l. Ins. Co. Ltd. | 59E11109A/BB760881 | $9,680 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Home & Overseas Ins. Co. Ltd. | 59E11109A/BB760881 | $10,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Andrew Weir Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | United Standard Ins. Co. Ltd. | 59E11109B/BB760883 | $10,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | London & Overseas Ins. Co. Ltd. | 59E11109B/BB760883 | $12,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Helvetia Accident Swiss Ins. Co. | 59E11109C/BB760884 | $13,950 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Alba Gen'l. Ins. Co. Ltd. | 59E11109C/BB760884 | $14,550 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Black Sea & Baltic Gen'l Ins. Co. | 59E11109D/BB760885 | $15,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | River Thames Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Excess Ins. Co. Ltd. | 59E11109A/BB760881 | $19,320 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Helvetia Accident Swiss Ins. Co. | 59E11109D/BB760885 | $21,622 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Alba Gen'l. Ins. Co. Ltd. | 59E11109D/BB760885 | $22,552 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | United Standard Ins. Co. Ltd. | 59E11109D/BB760885 | $23,250 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Excess Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | River Thames Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | World Auxiliary Ins. Corp. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Excess Ins. Co. Ltd. | 59E11109C/BB760884 | $25,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | World Auxiliary Ins. Corp. Ltd. | 59E11109A/BB760881 | $29,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Andrew Weir Ins. Co. Ltd. | 59E11109B/BB760883 | $30,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Sphere Drake Ins. Co. Ltd. | 59E11109D/BB760885 | $43,400 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | London & Overseas Ins. Co. Ltd. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | London & Edinburgh General Ins. Co. | 59E11109C/BB760884 | $50,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | World Auxiliary Ins. Corp. Ltd. | 59E11109D/BB760885 | $62,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | River Thames Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | London & Overseas Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | London & Edinburgh General Ins. Co. | 59E11109A/BB760881 | $80,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Andrew Weir Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Excess Ins. Co. Ltd. | 59E11109D/BB760885 | $155,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | St. Helens Ins. Co. Ltd. | 59E11109A/BB760881 | $13,520 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | St. Helens Ins. Co. Ltd. | 59E11109B/BB760883 | $20,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | British National Ins. Co. Ltd. | 59E11109A/BB760881 | $21,280 | Excess Liability Policy |

Exhibit B-9

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 10/20/61 | 10/20/62 | British National Ins. Co. Ltd. | 59E11109B/BB760883 | $25,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | St. Helens Ins. Co. Ltd. | 59E11109C/BB760884 | $30,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Sovereign Marine & Gen'l Ins. Co. | 59E11109D/BB760885 | $31,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | British National Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | St. Helens Ins. Co. Ltd. | 59E11109D/BB760885 | $46,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Orion Ins. Co. Ltd. | 59E11109B/BB760883 | $60,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $77,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Orion Ins. Co. Ltd. | 59E11109D/BB760885 | $80,600 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Orion Ins. Co. Ltd. | 59E11109C/BB760884 | $125,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Lloyds Underwriters | 59E11109A/BB760881 | $188,200 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Lloyds Underwriters | 59E11109B/BB760883 | $277,500 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Lloyds Underwriters | 59E11109C/BB760884 | $660,000 | Excess Liability Policy |
| 10/20/61 | 10/20/62 | Lloyds Underwriters | 59E11109D/BB760885 | $2,162,250 | Excess Liability Policy |
| 10/20/62 | 10/20/63 | American Employers | A-15-2127-51 | $5,000,000 | Excess Liability Policy |
| 10/20/62 | 10/20/63 | Home Insurance Co | HEC9543206 | $5,000,000 | Excess Liability Policy |
| 10/20/63 | 10/20/64 | American Employers | A-15-2127-51 | $5,000,000 | Excess Liability Policy |
| 10/20/63 | 10/20/64 | Home Insurance Co | HEC9543206 | $5,000,000 | Excess Liability Policy |
| 10/20/64 | 10/20/65 | American Employers | A-15-2127-51 | $5,000,000 | Excess Liability Policy |
| 10/20/64 | 10/20/65 | Home Insurance Co | HEC9543206 | $5,000,000 | Excess Liability Policy |
| 01/27/65 | 10/20/65 | American Employers | A-15-8138-001 | $10,000,000 | Excess Liability Policy |
| 01/27/65 | 10/20/65 | Fireman's Fund | XL76937 | $5,000,000 | Excess Liability Policy |
| 01/27/65 | 10/20/65 | American Reinsurance Co | M-6672-0001 | $5,000,000 | Excess Liability Policy |
| 10/20/65 | 10/20/66 | American Employers | A-16-8220-001 | $5,000,000 | Excess Liability Policy |
| 10/20/65 | 10/20/66 | Home Insurance Co | HEC9544498 | $5,000,000 | Excess Liability Policy |
| 10/20/65 | 10/20/66 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/65 | 10/20/66 | American Employers | A-16-8220-002 | $5,000,000 | Excess Liability Policy |
| 10/20/65 | 10/20/66 | American Home Assurance | CE351082 | $5,000,000 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | American Reinsurance Co | M-6672-0002 | $5,000,000 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Fireman's Fund | XL91085 | $5,000,000 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | $99,300 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Sphere Drake Ins. Co. Ltd. | 66/180390 | $198,500 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | London & Overseas Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Minster Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Andrew Weir Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Stronghold Ins. Co. Ltd. | 66/180390 | $893,400 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | St. Helens Ins. Co. Ltd. | 66/180390 | $148,900 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Orion Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | British National Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | English & American Ins. Co. Ltd. | 66/180390 | $645,300 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Dominion Ins. Co. Ltd. | 66/180390 | $992,700 | Excess Liability Policy |
| 05/17/66 | 10/20/66 | Lloyds Underwriters | 66/180390 | $4,242,200 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | American Employers | A-16-8220-001 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Home Insurance Co | HEC9544498 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | American Employers | A-16-8220-002 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | American Home Assurance | CE351082 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | American Reinsurance Co | M-6672-0002 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Fireman's Fund | XL91085 | $5,000,000 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | $99,300 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Sphere Drake Ins. Co. Ltd. | 66/180390 | $198,500 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | London & Overseas Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Minster Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |

## SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 10/20/66 | 10/20/67 | Andrew Weir Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Stronghold Ins. Co. Ltd. | 66/180390 | $893,400 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | St. Helens Ins. Co. Ltd. | 66/180390 | $148,900 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Orion Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | British National Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | English & American Ins. Co. Ltd. | 66/180390 | $645,300 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Dominion Ins. Co. Ltd. | 66/180390 | $992,700 | Excess Liability Policy |
| 10/20/66 | 10/20/67 | Lloyds Underwriters | 66/180390 | $4,242,200 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | American Employers | A-16-8220-001 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Home Insurance Co | HEC9544498 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | American Employers | A-16-8220-002 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | American Home Assurance | CE351082 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | American Reinsurance Co | M-6672-0002 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Fireman's Fund | XL91085 | $5,000,000 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | $99,300 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Sphere Drake Ins. Co. Ltd. | 66/180390 | $198,500 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | London & Overseas Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Minster Ins. Co. Ltd. | 66/180390 | $496,350 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Andrew Weir Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Stronghold Ins. Co. Ltd. | 66/180390 | $893,400 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | St. Helens Ins. Co. Ltd. | 66/180390 | $148,900 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Orion Ins. Co. Ltd. | 66/180390 | $397,100 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | British National Ins. Co. Ltd. | 66/180390 | $496,400 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | English & American Ins. Co. Ltd. | 66/180390 | $645,300 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Dominion Ins. Co. Ltd. | 66/180390 | $992,700 | Excess Liability Policy |
| 10/20/67 | 10/20/68 | Lloyds Underwriters | 66/180390 | $4,242,200 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | American Employers | A-16-8220-003 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | Home Insurance Co | HEC9304605 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | US Fire Insurance Co | XS2108 | $500,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | Fireman's Fund | XLX1026877 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | American Home Assurance | WRG-1 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | British Northwestern | 411-4307 | $1,500,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | Lloyds Underwriters | 914-102502 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | American Employers | A-16-8220-004 | $5,000,000 | Excess Liability Policy |
| 10/20/68 | 10/20/69 | Maryland Casualty Co. | WRG-1. | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | American Employers | A-16-8220-003 | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | Home Insurance Co | HEC9304605 | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | US Fire Insurance Co | XS2108 | $500,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | Fireman's Fund | XLX1026877 | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | American Home Assurance | WRG-1 | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 11/14/69 | British Northwestern | 411-4307 | $1,500,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | Lloyds Underwriters | 914-102502 | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | Maryland Casualty Co. | WRG-1. | $5,000,000 | Excess Liability Policy |
| 10/20/69 | 10/20/70 | American Employers | A-16-8220-004 | $5,000,000 | Excess Liability Policy |
| 11/14/69 | 10/20/70 | British Northwestern | 411-4307. | $450,000 | Excess Liability Policy |
| 11/14/69 | 10/20/70 | Lloyds Underwriters | 914/1/4116 | $1,050,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | American Employers | A-16-8220-003 | $5,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | Home Insurance Co | HEC9304605 | $5,000,000 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                              Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 10/20/70 | 06/30/71 | INA | XBC1834 | $10,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | US Fire Insurance Co | XS2108 | $500,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | American Home Assurance | WRG-1 | $5,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | Fireman's Fund | XLX1026877 | $5,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | British Northwestern | 411-4307. | $450,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | Lloyds Underwriters | 914/1/4116 | $1,050,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | Lloyds Underwriters | 914-102502 | $5,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | Maryland Casualty Co. | WRG-1. | $5,000,000 | Excess Liability Policy |
| 10/20/70 | 06/30/71 | American Employers | A-16-8220-004 | $5,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Employers Comm'l Union | EY8220005 | $5,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Home Insurance Co | HEC9919945 | $5,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | INA | XCP3745 | $10,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | American Home Assurance | CE2691919 | $5,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Employers Comm'l Union | EY8220006 | $3,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Midland Insurance Co | XL1611 (WRG-2) | $4,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Lloyds Underwriters | 914405953 | $5,000,000 | Excess Liability Policy |
| 06/30/71 | 06/30/72 | Maryland Casualty Co. | WRG-2 | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Aetna Casualty & Surety | 01XN150WCA | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Employers Comm'l Union | EY8220005 | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Home Insurance Co | HEC9919945 | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | INA | XCP3745 | $10,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | American Home Assurance | CE2691919 | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Employers Comm'l Union | EY8220006 | $3,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Midland Insurance Co | XL1611 (WRG-2) | $4,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Maryland Casualty Co. | WRG-2 | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Aetna Casualty & Surety | 01XN150WCA | $5,000,000 | Excess Liability Policy |
| 06/30/72 | 06/30/73 | Lloyds Underwriters | 914405953 | $5,000,000 | Excess Liability Policy |
| 02/27/73 | 06/30/73 | Unigard Security | 1-0589 | $20,000,000 | Excess Liability Policy |
| 02/27/73 | 06/30/73 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Employers Comm'l Union | EY8220005 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Home Insurance Co | HEC9919945 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 08/09/73 | INA | XCP3745 | $10,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | American Reinsurance Co | M0085374 | $3,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | American Home Assurance | CE2691919 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Employers Comm'l Union | EY8220006 | $3,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Midland Insurance Co | XL1611 (WRG-2) | $4,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Maryland Casualty Co. | WRG-2 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Lloyds Underwriters | 914405953 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Aetna Casualty & Surety | 01XN150WCA | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/73 | 06/30/74 | Unigard Security | 1-0589 | $20,000,000 | Excess Liability Policy |
| 08/09/73 | 06/30/74 | Continental Casualty Co. | RDX8936833 | $10,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Unigard Security | 1-2517 | $10,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Continental Casualty Co. | RDX9156645 | $10,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | American Home Assurance | 74DD662C | $16,500 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD662C | $27,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Bishopsgate Ins. Co. Ltd. | 74DD662C | $53,006 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD662C | $66,483 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | National Casualty Co. of America | 74DD662C | $133,066 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD662C | $177,454 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Acc. & Casualty Ins. of Winterthur | 74DD662C | $265,931 | Excess Liability Policy |

Exhibit B-9                                          Page 7 of 28

## SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD662C | $354,708 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | National Casualty Co. of America | 74DD662C | $399,197 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Terra Nova Ins. Co. Ltd. | 74DD662C | $400,500 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Stronghold Ins. Co. Ltd. | 74DD662C | $400,500 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | American Reinsurance Co | M1025776 | $3,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | 74DD662C | $45,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | 74DD662C | $88,500 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Argonaut Northwest Ins. Co. | 74DD662C | $199,448 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Walbrook Ins. Co. Ltd. | 74DD662C | $354,708 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Midland Insurance Co | 111017056574-7 | $2,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Mission Insurance Co | M81721 | $5,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Lexington Ins. Co. | 74DD662C | $5,343,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Lloyds Underwriters | 74DD662C | $6,675,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | SR10579 | $5,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/74 | 06/30/75 | Unigard Security | 1-0589 | $20,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Boston Old Colony Ins Co | LX2666569 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Midland Insurance Co | 1110171611748 | $2,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Aetna Casualty & Surety | 01XN607WCA | $3,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Home Insurance Co | HEC4495872 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Mission Insurance Co | M81722 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | SR10580 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | American Home Assurance | 74DD663C | $11,138 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD663C | $18,562 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Bishopsgate Ins. Co. Ltd. | 74DD663C | $25,194 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD663C | $31,599 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | National Casualty Co. of America | 74DD663C | $63,246 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD663C | $84,344 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Acc. & Casualty Ins. of Winterthur | 74DD663C | $126,397 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD663C | $168,592 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | National Casualty Co. of America | 74DD663C | $189,738 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Stronghold Ins. Co. Ltd. | 74DD663C | $476,100 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Turegum Ins. Co. | 74DD663C | $476,100 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Wausau Insurance Co | 053700086732 | $2,000,000 | Excess Liability Policy |
| 07/17/74 | 06/01/75 | North Star Reinsurance | NXS12398 | $3,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Centennial Ins Co | 462013040 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | American Home Assurance | CE3436358 | $10,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | American Manufacturers Mutual | 4SG-010001 | $10,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | 74DD663C | $29,700 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | 74DD663C | $59,700 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Argonaut Northwest Ins. Co. | 74DD663C | $94,798 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Walbrook Ins. Co. Ltd. | 74DD663C | $168,592 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | North Atlantic Ins. Co. Ltd. | 74DD663C | $476,100 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Lloyds Underwriters | 74DD663C | $500,100 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Federal Insurance Co | 79221530 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/30/75 | Harbor Insurance Co | 120346 | $5,000,000 | Excess Liability Policy |
| 07/17/74 | 06/01/75 | Aetna Casualty & Surety | 01XN608WCA | $7,000,000 | Excess Liability Policy |
| 06/01/75 | 06/30/75 | Aetna Casualty & Surety | 01XN608WCA. | $10,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001170 | $1,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Admiral Insurance | 75DD1064C | $500,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | New Hampshire Insurance | 51750444 | $1,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Central National Ins Co | CNU123383 | $1,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001171 | $1,500,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | New Hampshire Insurance | 51750445 | $625,000 | Excess Liability Policy |

Exhibit B-9                                                                Page 8 of 28

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | California Union Ins Co | ZCX001391/75DD1065 C | $250,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001172 | $3,500,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | First State Ins Co | 922099 | $625,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Continental Casualty Co. | RDX9156645 | $10,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | American Home Assurance | 74DD662C | $16,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD662C | $27,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Bishopsgate Ins. Co. Ltd. | 74DD662C | $53,006 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD662C | $66,483 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD662C | $133,066 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD662C | $177,454 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Acc. & Casualty Ins. of Winterthur | 74DD662C | $265,931 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD662C | $354,708 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD662C | $399,197 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Terra Nova Ins. Co. Ltd. | 74DD662C | $400,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Stronghold Ins. Co. Ltd. | 74DD662C | $400,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD662C | $400,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | American Reinsurance Co | M1025776 | $3,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD662C | $45,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD662C | $88,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Argonaut Northwest Ins. Co. | 74DD662C | $199,448 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Mentor Ins. Co. (U.K.) Ltd. | 74DD662C | $267,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Walbrook Ins. Co. Ltd. | 74DD662C | $354,708 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Midland Insurance Co | 111017056574-7 | $2,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Mission Insurance Co | M81721 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Lexington Ins. Co. | 74DD662C | $5,343,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Lloyds Underwriters | 74DD662C | $6,007,500 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | SR10579 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001173 | $20,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Boston Old Colony Ins Co | LX2666569 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Midland Insurance Co | 1110171611748 | $2,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Aetna Casualty & Surety | 01XN607WCA | $3,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Mission Insurance Co | M81722 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Home Insurance Co | HEC4495872 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | SR10580 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | American Home Assurance | 74DD663C | $11,222 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD663C | $18,703 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Bishopsgate Ins. Co. Ltd. | 74DD663C | $25,356 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD663C | $31,803 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD663C | $47,950 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD663C | $63,654 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD663C | $84,888 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Acc. & Casualty Ins. of Winterthur | 74DD663C | $127,213 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD663C | $169,681 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD663C | $190,963 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Turegum Ins. Co. | 74DD663C | $479,150 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Stronghold Ins. Co. Ltd. | 74DD663C | $479,150 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Wausau Insurance Co | 053700086732 | $2,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Centennial Ins Co | 462013040 | $4,500,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | American Manufacturers Mutual | 4SG-010001 | $10,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | American Home Assurance | CE3436358 | $10,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD663C | $29,925 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD663C | $59,850 | Excess Liability Policy |

Exhibit B-9                                    Page 9 of 28

# SCHEDULE B
## Item 9 -- Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | Argonaut Northwest Ins. Co. | 74DD663C | $95,410 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Walbrook Ins. Co. Ltd. | 74DD663C | $169,681 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | North Atlantic Ins. Co. Ltd. | 74DD663C | $479,150 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Lloyds Underwriters | 74DD663C | $936,250 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Harbor Insurance Co | 120346 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Federal Insurance Co | 79221530 | $5,000,000 | Excess Liability Policy |
| 06/30/75 | 06/30/76 | Aetna Casualty & Surety | 01XN608WCA. | $10,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $519,200 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Mutual Reinsurance Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | $796,400 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Northbrook Ins Co | 63002048 | $1,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 76DD1594C | $1,298,800 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Assicurazioni Generali S.p.A. | 76DD1595C | $46,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 76DD1595C | $138,400 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $209,497 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Turegum Ins. Co. | 76DD1595C | $276,800 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $279,545 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | $46,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Mutual Reinsurance Co. Ltd. | 76DD1595C | $279,545 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | $321,347 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Lexington Ins. Co. | 76DD1595C | $461,200 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 76DD1595C | $524,066 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901145 | $1,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 76DD1595C | $1,417,600 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Continental Casualty Co. | RDX9156645 | $10,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Bishopsgate Ins. Co. Ltd. | 74DD662C | $53,056 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 74DD662C | $66,546 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | National Casualty Co. of America | 74DD662C | $133,192 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD662C | $177,622 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD662C | $178,100 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD662C | $195,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Acc. & Casualty Ins. of Winterthur | 74DD662C | $266,183 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 74DD662C | $355,044 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | National Casualty Co. of America | 74DD662C | $399,575 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 74DD662C | $400,400 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Terra Nova Ins. Co. Ltd. | 74DD662C | $400,400 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Granite State Ins | SCLD80-93954 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Insurance Co State of PA | 4176-7052 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | American Reinsurance Co | M1025776 | $3,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Argonaut Northwest Ins. Co. | 74DD662C | $199,637 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 74DD662C | $355,044 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Midland Insurance Co | 111017056574-7 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Mission Insurance Co | M81721. | $4,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Lexington Ins. Co. | 74DD662C | $4,842,500 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 74DD662C | $4,977,700 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Hartford Insurance | 10XS100043 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | First State Ins Co | 923099 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901146 | $1,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Northbrook Ins Co | 63002049 | $17,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Hartford Insurance | 10XS100044 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Fireman's Fund | XLX1202930 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Boston Old Colony Ins Co | LX2666569 | $5,000,000 | Excess Liability Policy |

Exhibit B-9                                    Page 10 of 28

# SCHEDULE B
## Item 9 – Insurance
In re: W.R. Grace & Co.  Debtor.                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901147 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Midland Insurance Co | 1110171611748 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Aetna Casualty & Surety | 01XN607WCA | $3,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Home Insurance Co | HEC4495872 | $5,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Mission Insurance Co | M81722 | $5,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | First State Ins Co | 923100 | $1,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD663C | $47,250 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD663C | $117,500 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 74DD663C | $471,250 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Turegum Ins. Co. | 74DD663C | $471,250 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Wausau Insurance Co | 053700086732 | $2,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Centennial Ins Co | 462013040 | $4,500,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | American Manufacturers Mutual | 4SG-010001 | $10,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | American Home Assurance | CE3436358 | $10,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | North Atlantic Ins. Co. Ltd. | 74DD663C | $471,250 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 74DD663C | $921,500 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Zurich Insurance Co | IRDSR4010 | $1,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Federal Insurance Co | 79221530 | $5,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Harbor Insurance Co | 120346 | $5,000,000 | Excess Liability Policy |
| 06/30/76 | 06/30/77 | Aetna Casualty & Surety | 01XN608WCA | $10,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $519,200 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | $796,400 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Northbrook Ins Co | 63002048 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 76DD1594C | $1,298,800 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Assicurazioni Generali S.p.A. | 76DD1595C | $49,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 76DD1595C | $146,500 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | CNA Reinsurance of London Ltd. | 76DD1595C | $195,500 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $222,153 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 76DD1595C | $293,500 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $296,432 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | $49,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 76DD1595C | $296,432 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | $340,760 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | English & American Ins. Co. Ltd. | 76DD1595C | $489,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 76DD1595C | $489,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 76DD1595C | $555,724 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 76DD1595C | $1,577,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0250 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1631C | $228,800 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 77DD1631C | $228,800 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1631C | $369,280 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Winterthur Swiss Ins. Co. | 77DD1631C | $492,160 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1631C | $492,480 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 77DD1631C | $320,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 77DD1631C | $738,560 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 77DD1631C | $787,520 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 77DD1631C | $914,400 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0251 | $2,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1631C | $3,428,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1632C | $213,721 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Winterthur Swiss Ins. Co. | 77DD1632C | $284,838 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1632C | $285,023 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance
In re: W.R. Grace & Co. Debtor.                              Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1632C | $463,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 77DD1632C | $694,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Granite State Ins | SCLD8093266 | $2,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | 4177-7981 | $4,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 77DD1632C | $185,200 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 77DD1632C | $427,442 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 77DD1632C | $455,777 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 77DD1632C | $1,852,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0252 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1632C | $5,139,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Gerling Konzern Ins | 49/99/6212/01 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Hartford Insurance | 10XS100176 | $3,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Natl Union Fire Pittsbrgh | 1228593 | $2,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC4356740 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Northbrook Ins Co | 63003296 | $17,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Reunion-Adriatica | EL2046 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Continental Casualty Co. | RDX1788117 | $2,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Fireman's Fund | XLX1299553 | $2,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Natl Union Fire Pittsbrgh | 1228593. | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | 4177-7982 | $6,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Zurich Insurance Co | IRDSR401072 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Aetna Casualty & Surety | 01XN1400WCA | $3,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC4495872 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1826 | $402,111 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | AG Belge de 1830 | AVB102 | $500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Eisen Und Stahl | 6-1-31-181-001 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | SEP 396-3996 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Granite State Ins | SCLD80-93292 | $1,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Continental Casualty Co. | RDX1788118 | $3,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Centennial Ins Co | 462-01-68-10 | $4,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Natl Union Fire Pittsbrgh | 1228593.. | $7,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | North Atlantic Ins. Co. Ltd. | 77DD1826 | $402,111 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Royale Belge S.A. | AVB102. | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Allianz Underwriters Ins | H00011428 | $1,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | English & American Ins. Co. Ltd. | 77DD1826 | $1,005,700 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1826 | $1,690,076 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Swiss Reinsurance | ZH/R4020/0601 | $2,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC9531436 | $3,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Midland Insurance Co | XL152467 | $3,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | INA | XCP12378 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Federal Insurance Co | (78) 79221530 | $5,000,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Aetna Casualty & Surety | 01XN1422WCA | $5,500,000 | Excess Liability Policy |
| 06/30/77 | 06/30/78 | Hartford Insurance | 10XS100181 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $519,200 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 76DD1594C | $692,800 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | $796,400 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Northbrook Ins Co | 63002048 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 76DD1594C | $1,298,800 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Assicurazioni Generali S.p.A. | 76DD1595C | $49,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 76DD1595C | $146,500 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | CNA Reinsurance of London Ltd. | 76DD1595C | $195,500 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $222,153 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 76DD1595C | $293,500 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1595C | $296,432 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | $49,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 76DD1595C | $296,432 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | $340,760 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | English & American Ins. Co. Ltd. | 76DD1595C | $489,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 76DD1595C | $489,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 76DD1595C | $555,724 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 76DD1595C | $1,577,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1417C | $232,200 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 78DD1417C | $309,600 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Winterthur Swiss Ins. Co. | 78DD1417C | $437,578 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 78DD1417C | $583,572 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Granite State Ins | 61780491 | $5,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 78DD1417C | $495,975 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 78DD1417C | $773,100 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 78DD1417C | $816,758 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 78DD1417C | $1,721,517 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1417C | $3,629,700 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Gerling Konzern Ins | 01/49/99/6282 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Winterthur Swiss Ins. Co. | 78DD1418C | $211,667 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 78DD1418C | $282,289 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1418C | $490,100 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 78DD1418C | $735,800 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | American Int'l Underwriter | 75100696 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Granite State Ins | 61780492 | $7,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | North Atlantic Ins. Co. Ltd. | 78DD1418C | $122,200 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 78DD1418C | $239,916 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 78DD1418C | $395,086 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 78DD1418C | $832,742 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 78DD1418C | $1,961,700 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1418C | $7,728,500 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Hartford Insurance | 10XS100666 | $3,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895 | $2,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | American Centennial | CC000304 | $500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Integrity Insurance Co | XL200420 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1419C | $2,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694109 | $3,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Northbrook Ins Co | 63004784 | $12,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MMO-70347 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Reunion-Adriatica | EL2787 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Fireman's Fund | XLX1362955 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895. | $5,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Granite State Ins | 6178-0493 | $6,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | American Centennial | CC000306 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Zurich Insurance Co | Z17052/3 | $1,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Aetna Casualty & Surety | 01XN1846WCA | $3,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694108 (CITY) | $3,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MM0-70348 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1420C | $362,250 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | AG Belge de 1830 | AVB124 | $500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | American Int'l Underwriter | 75100695 | $1,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Birmingham Fire Ins Co | SE6073371 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Centennial Ins Co | 4620178226 | $4,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895.. | $7,500,000 | Excess Liability Policy |

Exhibit B-9                                                        Page 13 of 28

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | North Atlantic Ins. Co. Ltd. | 78DD1420C | $362,250 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Allianz Underwriters Ins | H0001428 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | American Centennial | CC000305 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Royale Belge S.A. | AVB124. | $1,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1420C | $1,775,500 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Midland Insurance Co | XL147450 | $2,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Swiss Reinsurance | ZH/R4020/0601 | $2,500,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694110 (CITY) | $5,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | INA | XCP14341 | $5,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Federal Insurance Co | (79) 79227260 | $5,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Aetna Casualty & Surety | 01XN1847WCA | $6,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MM0-70349 | $1,000,000 | Excess Liability Policy |
| 06/30/78 | 06/30/79 | Hartford Insurance | 10XS100665 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1633C | $389,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1633C | $519,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1633C | $259,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | $441,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1633C | $467,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005793 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1633C | $1,922,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1634C | $481,034 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1634C | $641,544 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791383 | $3,750,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1634C | $320,525 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1634C | $545,238 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1634C | $577,340 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1634C | $803,250 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1634C | $1,758,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1634C | $2,373,069 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005794 | $3,750,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1635C | $219,880 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1635C | $293,249 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Stronghold Ins. Co. Ltd. | 79DD1635C | $940,500 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101107 | $3,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791384 | $7,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1635C | $146,512 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1635C | $249,228 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1635C | $263,902 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Mentor Ins. Co. (U.K.) Ltd. | 79DD1635C | $423,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1635C | $1,084,729 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955191 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1635C | $2,350,500 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1635C | $9,028,500 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Gerling Konzern Ins | 49/99/6340/01 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100842 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1636C | $22,285 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1636C | $29,721 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Nat'l Union Fire Pttsbrgh | 9782319 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101108 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791385 | $4,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1636C | $14,849 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1636C | $25,260 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1636C | $26,747 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1636C | $109,938 | Excess Liability Policy |

Exhibit B-9

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | Integrity Insurance Co | XL200699 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1636C | $3,771,200 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955192 | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005795 | $7,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Reunion-Adriatica | EL794120 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319. | $6,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791386 | $8,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955193 | $3,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Home Insurance Co | HEC9826188 (CITY) | $5,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100841 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101109 | $1,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | European General | FU78819413178 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Birmingham Fire Ins Co | SE6073508 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Fireman's Fund | XLX1370426 | $4,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Centennial Ins Co | 462019494 | $4,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319.. | $10,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Allianz Underwriters Ins | H0001428 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | DM025 A/B | $1,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Zurich Insurance Co | Z17052/4 | $1,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1637C | $2,500,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Midland Insurance Co | XL147540 | $3,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Home Insurance Co | HEC9826189 (CITY) | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Associated International | AEL00208C | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Federal Insurance Co | (80) 79227260 | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100843 | $2,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | C.A.M.A.T. | 79DD1638C | $535,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Stronghold Ins. Co. Ltd. | 79DD1638C | $715,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | European General | FU78819413679 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Haftpflichtverband | EWI1016 | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Fireman's Fund | XLX1370427 | $4,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319... | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Continental Casualty Co. | RDX1784282 | $10,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Dominion Ins. Co. Ltd. | 79DD1638C | $715,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | DM025. A/B | $1,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | North Atlantic Ins. Co. Ltd. | 79DD1638C | $1,250,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1638C | $1,786,200 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Federal Insurance Co | (80) 79227298 | $5,000,000 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1638C | $7,997,600 | Excess Liability Policy |
| 06/30/79 | 06/30/80 | Aetna Casualty & Surety | 01XN2306WCA | $10,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 79DD1633C | $389,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 79DD1633C | $519,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 79DD1633C | $259,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | $441,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 79DD1633C | $467,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63005793 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 79DD1633C | $1,922,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1643C | $428,179 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1643C | $534,914 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1643C | $820,988 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1643C | $892,971 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5013 | $4,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1643C | $106,735 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1643C | $356,196 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1643C | $356,816 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1643C | $605,657 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1643C | $641,649 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955565 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1643C | $1,201,500 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1643C | $1,461,395 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | English & American Ins. Co. Ltd. | 80DD1643C | $1,599,750 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1643C | $2,243,250 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63006854 | $3,750,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1644C | $179,842 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1644C | $224,672 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1644C | $344,827 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1644C | $375,061 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Stronghold Ins. Co. Ltd. | 80DD1644C | $434,400 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102424 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5014 | $6,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1644C | $44,830 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1644C | $149,607 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1644C | $149,868 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1644C | $254,385 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1644C | $269,502 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029. | $500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1644C | $613,807 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1644C | $1,629,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955566 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1644C | $7,329,600 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Gerling Konzern Ins | 49/99/6409/01 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100990 | $1,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1645C | $13,800 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1645C | $17,240 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1645C | $26,460 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1645C | $28,780 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Natl Union Fire Pittsbrgh | 9910362 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102422 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5015 | $4,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1645C | $3,440 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1645C | $11,480 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1645C | $11,500 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1645C | $19,520 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1645C | $20,680 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1645C | $47,100 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Integrity Insurance Co | XL201688 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1645C | $3,800,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955567 | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63006855 | $7,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Reunion-Adriatica | EL794416 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Natl Union Fire Pittsbrgh | 9910362. | $6,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5016 | $8,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Gibraltar Cas. Co. | GMX00656 | $2,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Ideal Mutual | 0052 | $3,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955568 | $3,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100988 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102423 | $1,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Birmingham Fire Ins Co | SE6073646 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | European General | FU78819413180 | $2,000,000 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                                                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | Centennial Ins Co | 462023810 | $4,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Fireman's Fund | XLX1437060 | $4,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362.. | $10,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Allianz Underwriters Ins | H0001428 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Zurich Insurance Co | ZIB7434/5 | $1,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029.. | $1,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1646C | $2,500,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Midland Insurance Co | XL706665 | $3,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Associated International | AEL00208C | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Home Insurance Co | HEC9826575 (CITY) | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Federal Insurance Co | (81) 7922-7260 | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100989 | $2,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Stronghold Ins. Co. Ltd. | 80DD1647C | $708,500 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Haftpflichtverband | EW1-1030 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | European General | FU78819413680 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Fireman's Fund | XLX1437061 | $4,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362... | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Continental Casualty Co. | RDX1784981 | $10,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Dominion Ins. Co. Ltd. | 80DD1647C | $708,500 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029 | $1,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | North Atlantic Ins. Co. Ltd. | 80DD1647C | $1,238,900 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1647C | $1,769,300 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Federal Insurance Co | (81) 7922-7298 | $5,000,000 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1647C | $8,574,800 | Excess Liability Policy |
| 06/30/80 | 06/30/81 | Aetna Casualty & Surety | 01XN2669WCA | $10,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | St. Katherine Ins. Co. Ltd. | 79DD1633C | $389,600 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | 79DD1633C | $519,600 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | 79DD1633C | $259,600 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | $441,600 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | 79DD1633C | $467,600 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63005793 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | 79DD1633C | $1,922,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | 80DD1643C | $428,179 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | St. Katherine Ins. Co. Ltd. | 80DD1643C | $534,914 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | 80DD1643C | $820,988 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | 80DD1643C | $892,971 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5220 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | 80DD1643C | $106,735 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | 80DD1643C | $356,196 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bryanston Ins. Co. Ltd. | 80DD1643C | $356,816 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1643C | $605,657 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | 80DD1643C | $641,649 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955978 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lexington Ins. Co. | 80DD1643C | $1,201,500 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | 80DD1643C | $1,461,395 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | English & American Ins. Co. Ltd. | 80DD1643C | $1,599,750 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | 80DD1643C | $2,243,250 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63008153 | $3,750,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | PY030181 | $178,186 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | PY030181 | $296,718 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Stronghold Ins. Co. Ltd. | PY030181 | $430,800 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | PY030181 | $474,903 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102641 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5221 | $6,000,000 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | PY030181 | $59,395 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bryanston Co. Ltd. | PY030181 | $148,488 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | PY030181 | $230,092 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | PY030181 | $237,323 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | PY030181 | $267,278 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040. | $500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | PY030181 | $690,017 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lexington Ins. Co. | PY030181 | $1,614,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955979 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030181 | $7,372,800 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Gerling Konzern Ins | 49/6409/01 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102369 | $1,500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | PY030281 | $8,004 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | PY030281 | $13,328 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | PY030281 | $21,332 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Stronghold Ins. Co. Ltd. | PY030281 | $232,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102642 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5222 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | PY030281 | $2,668 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bryanston Co. Ltd. | PY030281 | $6,670 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | PY030281 | $10,336 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | PY030281 | $10,660 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | PY030281 | $12,006 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | PY030281 | $30,995 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Integrity Insurance Co | XL203279 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030281 | $3,652,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955980 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63008154 | $7,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931. | $6,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5223 | $8,500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | American Centennial | CC002418 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 11/01/81 | Gibraltar Cas. Co. | GMX01275 | $2,500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Ideal Mutual | 0076 | $3,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955981 | $3,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102370 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Birmingham Fire Ins Co | SE6073657 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481490 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Centennial Ins Co | 462021419 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931.. | $10,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955982 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Allianz Underwriters Ins | H0001428 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030381 | $2,500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040 | $3,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Midland Insurance Co | XL724449 | $3,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Zurich Insurance Co | Z1B7631-81-C | $3,500,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | American Centennial | CC002419 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Associated International | AEL00208C | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Federal Insurance Co | (82) 7922-7260 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102371 | $2,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481491 | $4,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931... | $9,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Continental Casualty Co. | RDX1784981 | $10,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Buffalo Reinsurance | BR507551 | $10,000,000 | Excess Liability Policy |

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040.. | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Zurich Insurance Co | ZIB7632-81-C | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Home Insurance Co | HEC1198526 (CITY) | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Protective Nat'l Ins Co | XUB1806925 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Federal Insurance Co | (82) 7922-7298 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | London Guarantee & Acc | LX3193640 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102643 | $7,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481492 | $7,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Continental Ins Co | SRX3193093 | $10,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Integrity Insurance Co | XL203280 | $1,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Home Insurance Co | HEC1198525 (CITY) | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | Mission Insurance Co | M877286 | $5,000,000 | Excess Liability Policy |
| 06/30/81 | 06/30/82 | GEICO | GXU30031 | $10,000,000 | Excess Liability Policy |
| 11/01/81 | 06/30/82 | CNA Reinsurance of London Ltd. | KY003382 | $1,500,000 | Excess Liability Policy |
| 11/01/81 | 06/30/82 | Lexington Ins. Co. | KY003382 | $1,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017582 | $322,400 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017582 | $430,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017582 | $752,800 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017582 | $86,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | $344,400 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017582 | $387,200 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017582 | $430,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Transit Casualty | UMB950239 | $1,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017582 | $1,247,200 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017782 | $578,053 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017782 | $1,349,747 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5442 | $4,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017782 | $154,195 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | $617,498 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017782 | $694,237 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017782 | $940,500 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017782 | $1,344,375 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | English & American Ins. Co. Ltd. | KY017782 | $1,793,250 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017782 | $2,236,191 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956259 | $4,750,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017882 | $362,764 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017882 | $483,836 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Stronghold Ins. Co. Ltd. | KY017882 | $782,400 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017882 | $847,051 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133 | $1,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | American Int'l Underwriter | 75102158 | $4,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5443 | $10,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Guarantee Insurance Co | SL0950030 | $500,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017882 | $96,767 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017882 | $387,519 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017882 | $435,677 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017882 | $483,836 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017882 | $1,403,349 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Integrity Insurance Co | XL204091 | $2,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017882 | $2,348,800 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017882 | $8,368,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956260 | $14,000,000 | Excess Liability Policy |

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | Gerling Konzern Ins | 49/6409/01. | $1,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Hartford Insurance | 10XS102369. | $1,500,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Birmingham Fire Ins Co | SE6073957 | $2,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Fireman's Fund | XLX1532474 | $4,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Centennial Ins Co | 462023979 | $4,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5444 | $13,500,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133. | $16,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Guarantee Insurance Co | SL0950031 | $3,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Allianz Underwriters Ins | C7300025 | $1,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017982 | $1,108,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Midland Insurance Co | XL739548 | $3,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Ideal Mutual | 0109 | $3,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Zurich Insurance Co | ZIB7631-82-C | $3,500,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956261 | $4,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | American Centennial | CC005317 | $5,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017982 | $8,892,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Hartford Insurance | 10XS102370. | $3,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | London Guarantee & Acc | LX1898010 | $5,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | American Int'l Underwriter | 75102159 | $7,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133.. | $9,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Continental Casualty Co. | RDX1785056 | $10,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Buffalo Reinsurance | BR508040 | $10,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Fireman's Fund | XLX1532475 | $11,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Continental Ins Co | SRX1591702 | $15,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Integrity Insurance Co | XL204091. | $3,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Protective Nat'l Ins Co | XUB1807108 | $5,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Mission Insurance Co | M885801 | $5,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | Home Insurance Co | HEC1199602 | $10,000,000 | Excess Liability Policy |
| 06/30/82 | 06/30/83 | GEICO | GXU30152 | $10,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY017582 | $322,400 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY017582 | $430,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY017582 | $752,800 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY017582 | $86,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | $344,400 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY017582 | $387,200 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY017582 | $430,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Transit Casualty | UMB950239 | $1,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY017582 | $1,247,200 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY017782 | $578,053 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY017782 | $1,349,747 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5666 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY017782 | $154,195 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | $617,498 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY017782 | $694,237 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY017782 | $940,500 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY017782 | $1,344,375 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | English & American Ins. Co. Ltd. | KY017782 | $1,793,250 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY017782 | $2,236,191 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956535 | $4,750,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY048183 | $463,456 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074145 | $500,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY048183 | $618,134 | Excess Liability Policy |

Exhibit B-9                                          Page 20 of 28

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | Stronghold Ins. Co. Ltd. | KY048183 | $1,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Natl Union Fire Pittsbrgh | 9607141 | $1,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY048183 | $1,082,165 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | American Int'l Underwriter | 75103044 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5667 | $10,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Ludgate Ins. Co. Ltd. | KY048183 | $370,880 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY048183 | $123,627 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY048183 | $495,082 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY048183 | $556,608 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY048183 | $618,134 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY048183 | $1,421,995 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | British National Ins. Co. Ltd. | KY048183 | $2,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Integrity Insurance Co | XL207784 | $2,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY048183 | $3,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY048183 | $4,249,920 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956536 | $14,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Gerling Konzern Ins | 49/6409/01. | $1,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Hartford Insurance | 10XS102369. | $1,500,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Dairyland Insurance Co | XL17275 | $2,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074116 | $2,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074146 | $2,400,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Fireman's Fund | XLX1532227 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Natl Union Fire Pttsbrgh | 9607141. | $12,250,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5668 | $13,500,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Allianz Underwriters Ins | C7300025 | $1,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | British National Ins. Co. Ltd. | KY048283 | $1,818,200 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY048283 | $2,020,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Royal Insurance Co | ED102071. | $2,600,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Midland Insurance Co | XL748917 | $3,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Republic Insurance Co | CDE0749 | $3,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Zurich Insurance Co | ZIB-70-631-83-C | $3,500,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Century Indemnity Co | CIZ426249 | $3,750,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956537 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | American Centennial | CC015780 | $5,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY048283 | $6,161,800 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Hartford Insurance | 10XS102370. | $3,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | National Casualty Co. of America | XU000042 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Natl Union Fire Pttsbrgh | 9607141.. | $5,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | London Guarantee & Acc | LX2107836 | $5,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Illinois National | 886-7134 | $5,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | American Int'l Underwriter | 75103045 | $7,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Continental Casualty Co. | RDX1785096 | $8,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Fireman's Fund | XLX1532228 | $11,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Continental Ins Co | SRX1591976 | $15,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Midland Insurance Co | XL748919 | $2,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | INA | XCP145667 | $4,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Protective Nat'l Ins Co | XUB1807216 | $5,000,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Republic Insurance Co | CDE0750 | $6,600,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | Royal Insurance Co | ED102071 | $7,400,000 | Excess Liability Policy |
| 06/30/83 | 06/30/84 | GEICO | GXU30267 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/84 | Twin City Fire Ins Co | 97CXS100005 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Pacific Employers Ins Co | XM0017204 | $250,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY017582 | $322,400 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co | KY017582 | $430,000 | Excess Liability Policy |

Exhibit B-9

## SCHEDULE B
### Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY017582 | $752,800 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY017582 | $86,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | $344,400 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY017582 | $387,200 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY017582 | $430,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transit Casualty | UMB950239. | $750,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY017582 | $1,247,200 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY017782 | $578,053 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Continental Casualty Co. | RDX1784529 | $1,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY017782 | $1,349,747 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Pacific Employers Ins Co | XCC012283 | $1,750,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5867 | $4,750,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY017782 | $154,195 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | $617,498 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY017782 | $694,237 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY017782 | $770,977 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY017782 | $940,500 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transit Casualty | SCU956881 | $1,250,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Lexington Ins. Co. | KY017782 | $1,344,375 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | English & American Ins. Co. Ltd. | KY017782 | $1,793,250 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY017782 | $2,236,191 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY048183 | $447,239 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Folksam International Ins. Co. Ltd. | KY048183 | $482,500 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Ancon Ins. Co. (U.K.) | KY048183 | $482,500 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co. | KY048183 | $596,504 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY048183 | $1,044,297 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Birmingham Fire Ins Co | SE6074398 | $1,887,500 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Natl Union Fire Pittsbrgh | 9607216 | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5866 | $4,550,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | American Int'l Underwriter | 75103845 | $5,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | International Insurance | 522-036121-5 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Federal Insurance Co | 7928-26-20 | $500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Ludgate Ins. Co. Ltd. | KY048183 | $357,902 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY048183 | $119,301 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY048183 | $477,758 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY048183 | $537,131 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY048183 | $596,504 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Midland Insurance Co | XL770372 | $1,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY048183 | $1,372,236 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | British National Ins. Co. Ltd. | KY048183 | $1,930,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Integrity Insurance Co | XL208627 | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY048183 | $3,618,629 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Zurich Insurance Co | ZIB70964-84-C | $6,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transamerica Ins Co. | USE13397786 | $4,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Haftpflichtverband | EWI1067 | $1,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Evanston Insurance Co | EX11452 | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Birmingham Fire Ins Co | SE6074318 | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5890 | $2,625,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Industrial Indemnity | JE8843126 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | American Int'l Underwriter | 75103864 | $7,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | London Guarantee & Acc | LX2110809 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Wausau Insurance Co | 573500101008 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Allianz Underwriters Ins | C7300025 | $1,000,000 | Excess Liability Policy |

Exhibit B-9                                                                 Page 22 of 28

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | American Centennial | CC015996 | $1,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Royale Belge S.A. | 1251427 | $1,125,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Republic Insurance Co | CDE1000 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY048283 | $5,250,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Midland Insurance Co | XL770373 | $6,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transit Casualty | SCU956882 | $7,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Hartford Insurance | 10XS103326 | $3,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | New England Reins Corp | NE000081 | $1,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Zurich Insurance Co | ZIB70631-84-C | $3,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transamerica Ins Co. | USE13397798 | $1,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Arab Insurance Group | 3900077100 | $1,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Evanston Insurance Co | EX11453 | $3,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Industrial Indemnity | JE8843127 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Safety Mutual Cas. Co | UF1257NY | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transport Indemnity | TEL00909C | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 05/17/85 | Atlanta Int'l Ins Co | XL06282 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Natl Union Fire Pittsbrgh | 9607216. | $5,125,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Continental Casualty Co. | RDX1784530 | $8,500,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Fireman's Fund | XLX1688067 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Pacific Insurance Co | P133100 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Continental Ins Co | SRX1592218 | $12,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Transit Casualty | SCU956883 | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Federal Insurance Co | 7928-26-20. | $2,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Home Insurance Co | HXL1638423 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Gibraltar Cas. Co. | GMX02683 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Allianz Underwriters Ins | AUX5203042 | $8,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | INA | XCP156206 | $8,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | California Union Ins Co | ZCX007225 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Royal Insurance Co | ED102834 | $10,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | Aetna Casualty & Surety | 01XN4270WCA | $19,875,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | First State Ins Co | EU001538 | $5,000,000 | Excess Liability Policy |
| 06/30/84 | 06/30/85 | New England Reins Corp | NE000082 | $5,000,000 | Excess Liability Policy |
| 05/17/85 | 06/30/85 | Atlanta Int'l Ins Co | XL06282 | $4,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Louisville Ins. Co. Ltd. | PY278185 | $400,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Kraft Ins. Co. Ltd. | PY278185 | $880,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Pacific Employers Ins Co | XMO017211 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Ludgate Ins. Co. Ltd. | PY278185 | $270,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Cie Europeene D'Ass. Industrielles | PY278185 | $200,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Mutual Reinsurance Co. Ltd. | PY278185 | $408,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | El Paso Ins. Co. Ltd. | PY278185 | $452,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Walbrook Ins. Co. Ltd. | PY278185 | $1,390,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Folksam International Ins. Co. Ltd. | PY284785 | $149,998 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Louisville Ins. Co. Ltd. | PY284785 | $600,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Pacific Employers Ins Co | XCC012315 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Kraft Ins. Co. Ltd. | PY284785 | $1,320,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Continental Casualty Co. | RDX1784933 | $3,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | | | $4,850,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Ludgate Ins. Co. Ltd. | PY284785 | $405,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Cie Europeene D'Ass. Industrielles | PY284785 | $300,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Mutual Reinsurance Co. Ltd. | PY284785 | $612,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | El Paso Ins. Co. Ltd. | PY284785 | $678,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Walbrook Ins. Co. Ltd. | PY284785 | $2,085,001 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Storebrand Ins. Co. (UK) Ltd. | PY284885 | $50,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Folksam International Ins. Co. Ltd. | PY284885 | $66,669 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/85 | 06/30/86 | C.A.M.A.T. | PY284885 | $100,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Louisville Ins. Co. Ltd. | PY284885 | $120,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Taisho Marine & Fire Ins. Co. Ltd. | PY284885 | $125,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Tokio Marine & Fire Ins Co Ltd | PY284885 | $187,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Heddington Ins. Co. Ltd. | PY284885 | $200,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Kraft Ins. Co. Ltd. | PY284885 | $264,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Continental Casualty Co. | RDX1784934 | $2,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | | | $3,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Ludgate Ins. Co. Ltd. | PY284885 | $81,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Cie Europeene D'Ass. Industrielles | PY284885 | $60,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Sovereign Marine & Gen'l Ins. Co. | PY284885 | $62,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Allianz International Ins. Co. Ltd. | PY284885 | $75,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Mutual Reinsurance Co. Ltd. | PY284885 | $122,400 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | El Paso Ins. Co. Ltd. | PY284885 | $135,600 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Walbrook Ins. Co. Ltd. | PY284885 | $417,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Republic Insurance Co | CDE1889 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Zurich Insurance Co | ZIB7096485C | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Lloyds Underwriters | PY284885 | $1,033,332 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Storebrand Ins. Co. (UK) Ltd. | PY284885 | $50,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Folksam International Ins. Co. Ltd. | PY284885 | $66,669 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | C.A.M.A.T. | PY284885 | $100,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Louisville Ins. Co. Ltd. | PY284885 | $120,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Taisho Marine & Fire Ins. Co. Ltd. | PY284885 | $125,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Tokio Marine & Fire Ins Co Ltd | PY284885 | $187,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Heddington Ins. Co. Ltd. | PY284885 | $200,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Kraft Ins. Co. Ltd. | PY284885 | $264,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | | | $400,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Continental Casualty Co. | RDX1784935 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Ludgate Ins. Co. Ltd. | PY284885 | $81,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Cie Europeene D'Ass. Industrielles | PY284885 | $60,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Sovereign Marine & Gen'l Ins. Co. | PY284885 | $62,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Allianz International Ins. Co. Ltd. | PY284885 | $75,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Mutual Reinsurance Co. Ltd. | PY284885 | $122,400 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | El Paso Ins. Co. Ltd. | PY284885 | $135,600 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Walbrook Ins. Co. Ltd. | PY284885 | $417,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Republic Insurance Co | CDE1890 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Lloyds Underwriters | PY284885 | $1,033,332 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Zurich Insurance Co | ZIB7282085C | $2,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Aetna Casualty & Surety | 01XN5233WCA | $2,500,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Storebrand Ins. Co. (UK) Ltd. | PY284885 | $50,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Folksam International Ins. Co. Ltd. | PY284885 | $66,669 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | C.A.M.A.T. | PY284885 | $100,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Louisville Ins. Co. Ltd. | PY284885 | $120,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Taisho Marine & Fire Ins. Co. Ltd. | PY284885 | $125,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Tokio Marine & Fire Ins Co Ltd | PY284885 | $187,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Heddington Ins. Co. Ltd. | PY284885 | $200,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Kraft Ins. Co. Ltd. | PY284885 | $264,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | North River Insurance | 522055160-1 | $2,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Ludgate Ins. Co. Ltd. | PY284885 | $81,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Cie Europeene D'Ass. Industrielles | PY284885 | $60,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Sovereign Marine & Gen'l Ins. Co. | PY284885 | $62,500 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Allianz International Ins. Co. Ltd. | PY284885 | $75,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Mutual Reinsurance Co. Ltd. | PY284885 | $122,400 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | El Paso Ins. Co. Ltd. | PY284885 | $135,600 | Excess Liability Policy |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                                          Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/85 | 06/30/86 | INA | XCPG0313447-7 | $400,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Walbrook Ins. Co. Ltd. | PY284885 | $417,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Lloyds Underwriters | PY284885 | $1,033,332 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Zurich Insurance Co | ZIB7281985C | $2,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Aetna Casualty & Surety | 01XN5234WCA | $2,500,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Pacific Insurance Co | PI33259 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Republic Insurance Co | CDE1891 | $1,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Aetna Casualty & Surety | 01XN5235WCA | $1,500,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | INA | XCPG 0313447-7 | $1,500,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Natl Union Fire Pttsbrgh | 9603735 | $3,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Granite State Ins | 6485-6418 | $4,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Landmark Insurance Co | FE4002289 | $5,000,000 | Excess Liability Policy |
| 06/30/85 | 06/30/86 | Lexington Ins. Co. | 5527727 | $3,000,000 | Excess Liability Policy |
| 01/01/86 | 06/27/87 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 05/30/86 | 04/16/87 | ACE Ins Co Ltd | GRA-5130 | $100,000,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Assicurazioni Generali S.p.A. | PY052786 | $124,987 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Louisville Ins. Co. Ltd. | PY052786 | $350,001 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Kraft Ins. Co. Ltd. | PY052786 | $600,002 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | | | $775,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Ludgate Ins. Co. Ltd. | PY052786 | $270,001 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Dominion Ins. Co. Ltd. | PY077186 | $100,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Cie Europeene D'Ass. Industrielles | PY052786 | $200,001 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Mutual Reinsurance Co. Ltd. | PY052786 | $360,001 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | El Paso Ins. Co. Ltd. | PY052786 | $600,002 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Walbrook Ins. Co. Ltd. | PY052786 | $1,620,005 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Assicurazioni Generali S.p.A. | PY052886 | $224,722 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Louisville Ins. Co. Ltd. | PY052886 | $525,024 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Kraft Ins. Co. Ltd. | PY052886 | $900,042 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | | | $2,775,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Continental Casualty Co. | RDX001704311 | $3,000,000 | Excess Liability Policy |
| 06/30/86 | 01/01/87 | | | $3,000,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Ludgate Ins. Co. Ltd. | PY052886 | $405,019 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Cie Europeene D'Ass. Industrielles | PY052886 | $300,014 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Mutual Reinsurance Co. Ltd. | PY052886 | $540,025 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | El Paso Ins. Co. Ltd. | PY052886 | $900,042 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Walbrook Ins. Co. Ltd. | PY052886 | $2,430,112 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Continental Casualty Co. | RDX001704307 | $2,500,000 | Excess Liability Policy |
| 06/30/86 | 06/30/87 | Zurich Insurance Co | 7343186C | $2,500,000 | Excess Liability Policy |
| 09/10/86 | 06/30/87 | INA | XLPG0313827-6 | $2,000,000 | Excess Liability Policy |
| 01/01/87 | 06/30/87 | Lexington Ins. Co. | 551/UVA0073 | $3,000,000 | Excess Liability Policy |
| 04/16/87 | 06/30/87 | ACE Ins Co Ltd | GRA-5130 | $150,000,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Louisville Ins. Co. Ltd. | PY037087 | $187,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Kraft Ins. Co. Ltd. | PY037087 | $438,500 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Anglo American Ins. Co. Ltd. | PY037087 | $1,671,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Ludgate Ins. Co. Ltd. | PY037087 | $179,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Cie Europeene D'Ass. Industrielles | PY037087 | $132,500 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Mutual Reinsurance Co. Ltd. | PY037087 | $260,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | El Paso Ins. Co. Ltd. | PY037087 | $325,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Walbrook Ins. Co. Ltd. | PY037087 | $1,807,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Folksam International Ins. Co. Ltd. | PY037287 | $102,383 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Assicurazioni Generali S.p.A. | PY037287 | $298,619 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Turegum Ins. Co. | PY037287 | $341,263 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Louisville Ins. Co. Ltd. | PY037287 | $409,062 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Continental Casualty Co. | RDX001602439 | $487,500 | Excess Liability Policy |

Exhibit B-9                                                              Page 25 of 28

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/87 | 06/30/88 | Kraft Ins. Co. Ltd. | PY037287 | $959,218 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Anglo American Ins. Co. Ltd. | PY037287 | $3,655,309 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Ludgate Ins. Co. Ltd. | PY037287 | $391,562 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Dominion Ins. Co. Ltd. | PY037287 | $136,510 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Lloyds Underwriters | PY037287 | $196,236 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Cie Europeene D'Ass. Industrielles | PY037287 | $289,843 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Mutual Reinsurance Co. Ltd. | PY037287 | $568,749 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | El Paso Ins. Co. Ltd. | PY037287 | $710,937 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | Walbrook Ins. Co. Ltd. | PY037287 | $3,952,809 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/87 | 06/30/88 | ACE Ins Co Ltd | GRA-5130 | $150,000,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Baltica Skandinavia Assurance | 60870 | $525,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Skandia International Ins Corp | 60870 | $525,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Arab Insurance Group | 60870 | $875,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | UNI Forsikring | 60870 | $1,050,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Samvirke Skandeforsikring | 60870 | $1,750,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Gjensidige Norsk Skadeforsikring | 60870 | $1,750,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Arendal Forsikringsselskab | 60870 | $1,750,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Qatar General Ins & Reins Co | 60870 | $2,275,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Storebrand Reinsurance Company A/S | 60870 | $3,500,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | Skadeforsikringselskapet Vesta | 60870 | $3,500,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/88 | 06/30/89 | ACE Ins Co Ltd | GRA-5130 | $150,000,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Reunion-Adriatica | 61477 | $175,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | UNI Forsikring | 61477 | $1,050,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Arab Insurance Group | 61477 | $1,137,500 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Samvirke Skandeforsikring | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Gjensidige Norsk Skadeforsikring | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Baltica Skandinavia Assurance | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Qatar General Ins & Reins Co | 61477 | $2,275,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Skadeforsikringselskapet Vesta | 61477 | $2,800,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Storebrand Reinsurance Company A/S | 61477 | $3,937,500 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | Lloyds Underwriters | 61477 | $875,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/89 | 06/30/90 | ACE Ins Co Ltd | GRA-5130 | $150,000,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Reunion-Adriatica | 61477 | $87,500 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | UNI Forsikring | 61477 | $1,050,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Samvirke Skandeforsikring | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Arab Insurance Group | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Gjensidige Norsk Skadeforsikring | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Baltica Skandinavia Assurance | 61477 | $1,750,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Qatar General Ins & Reins Co | 61477 | $2,275,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Storebrand Reinsurance Company A/S | 61477 | $3,062,500 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Skadeforsikringselskapet Vesta | 61477 | $3,150,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | Lloyds Underwriters | 61477 | $875,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/90 | 06/30/91 | ACE Ins Co Ltd | GRA-6130 | $200,000,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Americas Insurance Co. | 27392 | $7,500,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Hansa Marine Insurance Co. Ltd. | 61477 | $500,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Arab Insurance Group | 61477 | $800,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Skadeforsikringselskapet Vesta | 61477 | $1,000,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Hafnia-Skadeforsikrings | 61477 | $1,000,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Qatar General Ins & Reins Co | 61477 | $1,300,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Gjensidige Norsk Skadeforsikring | 61477 | $1,300,000 | Excess Liability Policy |

Exhibit B-9                    Page 26 of 28

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co. Debtor.                    Case No. 01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 06/30/91 | 06/30/92 | Samvirke Skandeforsikring | 61477 | $1,350,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | UNI Storebrand | 61477 | $2,000,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | Lloyds Underwriters | 61477 | $750,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/91 | 06/30/92 | ACE Ins Co Ltd | GRA-5130 | $200,000,000 | Excess Liability Policy |
| 06/30/92 | 06/30/93 | Natl Union Fire Pttsbrgh | CLM3087566 | $17,500,000 | Excess Liability Policy |
| 06/30/92 | 06/30/93 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/92 | 06/30/93 | ACE Ins Co Ltd | GRA-5130 | $200,000,000 | Excess Liability Policy |
| 06/30/93 | 06/30/94 | Natl Union Fire Pttsbrgh | CLM3091316 | $17,500,000 | Excess Liability Policy |
| 06/30/93 | 06/30/94 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/93 | 06/30/94 | ACE Ins Co Ltd | GRA-5130/4 | $200,000,000 | Excess Liability Policy |
| 06/30/94 | 06/30/95 | Natl Union Fire Pttsbrgh | CLM 309-13-94 | $17,500,000 | Excess Liability Policy |
| 06/30/94 | 06/30/95 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/94 | 06/30/95 | ACE Ins Co Ltd | GRA-5130/4 | $200,000,000 | Excess Liability Policy |
| 06/30/95 | 06/30/96 | American Int'l Specialty Lines Ins. | CLM 8180951 | $17,500,000 | Excess Liability Policy |
| 06/30/95 | 06/30/96 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/95 | 06/30/96 | Starr Excess Liability Ins. Co. Ltd | 200840 | $100,000,000 | Excess Liability Policy |
| 06/30/95 | 06/30/96 | ACE Ins Co Ltd | GRA-5130/4 | $100,000,000 | Excess Liability Policy |
| 06/30/96 | 06/30/97 | American Int'l Specialty Lines Ins. | 8186218 | $15,000,000 | Excess Liability Policy |
| 06/30/96 | 06/30/97 | XL Ins Co Ltd | XLUMB-00456 | $75,000,000 | Excess Liability Policy |
| 06/30/96 | 06/30/97 | Starr Excess Liability Ins. Co. Ltd | 200840 | $100,000,000 | Excess Liability Policy |
| 06/30/96 | 06/30/97 | ACE Ins Co Ltd | GRA-5130/5 | $100,000,000 | Excess Liability Policy |
| 06/30/97 | 06/30/98 | XL Insurance Co. Ltd | XLUMB-00456 | $100,000,000 | Excess Liability Policy |
| 06/30/97 | 06/30/98 | Starr Excess Liability Insurance Co. Ltd | 200840 | $100,000,000 | Excess Liability Policy |
| 06/30/97 | 06/30/98 | National Union Fire Ins. Co. of Pittsburgh, PA | BE9325990 | $90,000,000 | Excess Liability Policy |
| 06/30/98 | 06/30/99 | TIG Insurance Company | XLX9152612 | $50,000,000 | Excess Liability Policy |
| 06/30/98 | 06/30/99 | American Zurich Insurance Company | EUO2940015-00 | $50,000,000 | Excess Liability Policy |
| 06/30/98 | 06/30/99 | Agricultural Insurance Company | EXC3991533-00 | $50,000,000 | Excess Liability Policy |
| 06/30/98 | 06/30/99 | National Union Fire Ins. Co. of Pittsburgh, PA | BE3577449 | $90,000,000 | Excess Liability Policy |
| 06/30/99 | 06/30/00 | Great Lakes Reinsurance (UK) PLC | 01-UK-FO-0000001-00 | $50,000,000 | Excess Liability Policy |
| 06/30/99 | 06/30/00 | TIG Insurance Company | XLX9152725 | $50,000,000 | Excess Liability Policy |
| 06/30/99 | 06/30/00 | American Zurich Insurance Company | EUO2940015-01 | $50,000,000 | Excess Liability Policy |
| 06/30/99 | 06/30/00 | Agricultural Insurance Company | EXC3994742 | $50,000,000 | Excess Liability Policy |
| 06/30/99 | 06/30/00 | National Union Fire Ins. Co. of Pittsburgh, PA | BE7016214 | $40,000,000 | Excess Liability Policy |
| 6/30/99 | 6/30/00 | Normandy Reinsurance Co. Ltd | NOR1-10000-00 | $42,500,000 | Excess Liability - Punitive Damages |
| 6/30/99 | 6/30/00 | Princeton Eagle West | PEW/WRG001/99 | $50,000,000 | Excess Liability - Punitive Damages |
| 6/30/99 | 6/30/00 | Normandy Reinsurance Co. Ltd/TIG Bermuda | NOR1-10001-00 & 2796897 | $100,000,000 | Excess Liability - Punitive Damages |
| 6/30/99 | 6/30/00 | Magna Carta | MCPD200923 | $50,000,000 | Excess Liability - Punitive Damages |
| 06/30/00 | 06/30/01 | Great Lakes Reinsurance (UK) PLC | 01-UK-FO-0000001-01 | $50,000,000 | Excess Liability Policy |
| 06/30/00 | 06/30/01 | TIG Insurance Company | XLX9154079 | $50,000,000 | Excess Liability Policy |
| 06/30/00 | 06/30/01 | American Guarantee & Liability Insurance Co. | AEC2940015-02 | $50,000,000 | Excess Liability Policy |
| 06/30/00 | 06/30/01 | Liberty Mutual Insurance Company | LQ1-B71-073617/010 | $50,000,000 | Excess Liability Policy |
| 06/30/00 | 06/30/01 | National Union Fire Ins. Co. of Pittsburgh, PA | BE7394790 | $42,500,000 | Excess Liability Policy |
| 6/30/00 | 6/30/01 | Normandy Reinsurance Co. Ltd | NOR1-10000-00 | $42,500,000 | Excess Liability - Punitive Damages |
| 6/30/00 | 6/30/01 | Princeton Eagle West | PEW/WRG001/99 | $50,000,000 | Excess Liability - Punitive Damages |
| 6/30/00 | 6/30/01 | Normandy Reinsurance Co. Ltd/TIG Bermuda | NOR1-10001-00 & BDA2796920 | $100,000,000 | Excess Liability - Punitive Damages |
| 6/30/00 | 6/30/01 | Magna Carta | 073617-010PD | $50,000,000 | Excess Liability - Punitive Damages |
| 6/30/00 | 6/30/01 | Insurance Company State of Pennsylvania | RMWC5275087(FL,MA,TN,VA) | WC Statutory | WC - Workers' Compensation |

# SCHEDULE B
## Item 9 – Insurance

In re: W.R. Grace & Co.  Debtor.                    Case No.  01-01139

| Policy Year Begin | End | Insurer | Policy Number | Limits | Category |
|---|---|---|---|---|---|
| 6/30/00 | 6/30/01 | National Union Fire Insurance Co. of Pittsburgh, PA | RMWC5275088(NJ,NV,NY,OR,WI) | WC - Statutory | Workers' Compensation |
| 6/30/00 | 6/30/01 | American Home Assurance Company | RMWC5275086 (All States) | WC - Statutory | Workers' Compensation |
| 6/30/00 | 6/30/01 | American Home Assurance Company | RMWC5275089 (CA) | WC - Statutory | Workers' Compensation |
| 10/3/00 | 10/3/01 | Zurich Canada Insurance Company | 8421918 | $3,000,000 | Professional Environmental Consultant's Liability Policy |
| 12/31/00 | 12/31/01 | FM Global & Commonwealth | LC033 & OLI2140 | $500,000,000 | Fire and Allied Perils |
| Continuous from 10/1/98 | | MOAC | OC 242458 | $10,000,000 | Ocean Cargo |
| 1/1/01 | 1/1/02 | United States Aircraft Insurance Group | SIHL1 - 9192 | $200,000,000 | Aircraft Products Liability |
| 12/31/00 | 12/31/01 | St. Paul Insurance Fire and Marine | 400 JW 6202 | $25,000,000 | Blanket Crime - Worldwide |
| 12/31/00 | 12/31/01 | St. Paul Insurance Fire and Marine | 400 JW 6203 | $500,000 | Blanket Crime - Canada |
| 11/4/00 | 11/4/02 | TWIN CITY FIRE INSURANCE CO. | NDA0150530-00 | $25,000,000 | Directors and Officers Liability |
| 11/4/00 | 11/4/01 | A.C.E. Insurance Co., Ltd. & CODA | GRA-8973D & GRA638C | $50,000,000 | Directors and Officers Liability |
| 11/4/00 | 11/4/01 | CODA | GRA638C | $25,000,000 | Directors and Officers Liability |
| 11/4/00 | 11/4/01 | Gulf Insurance Company | GA 0431297 | $10,000,000 | Directors and Officers Liability |
| 11/4/00 | 11/4/01 | National Union Fire Insurance Company | 008572345 | $25,000,000 | Fiduciary Liability |
| 11/4/00 | 11/4/01 | Federal Insurance Co. (Chubb) | 8121 - 26 - 42H | $25,000,000 | Fiduciary Liability |
| 10/10/00 | 10/10/01 | Reliance | SCC - 01122700 | $50,000,000 | Kidnap & Ransom |
| 1/1/01 | 1/1/02 | American Nuclear Insurers (domestic) | NS - 004 | $50,000,000 | Nuclear Liability |
| 1/1/01 | 1/1/02 | American Nuclear Insurers & (foreign) | FS - 161 | $25,000,000 | Nuclear Liability |
| 1/1/00 | 8/31/01 | Ohio Bureau of Workers' Compensation | 4650 | WC - Statutory | Ohio Workers' Compensation |

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BUSH, BRANDON
523 N WALL
IOWA PARK, TX  76367

BUSH, JAMES
10 HOOD ROAD
PIEDMONT, SC  296739398

BUSH, JAMES
8 FIRST ROAD
HUDSON, NH  03051

BUSH, JR., WILLIE
4806 DAVIS HILL ROAD
SANTA FE, TX  77510

BUSH, KATHLEEN
9779 S.W. 2ND
OCALA, FL  34476

BUSH, MARVIN
2188 ELDER ST
READING, PA  19605

BUSH, PATRICIA
2603 ORCHARD DR.
133
CEDAR FALLS, IA  50613

BUSH, RICHARD
5478 TREE FROG PL
COLUMBIA, MD  21045

BUSH, TIMOTHY
204-C 10TH AVE
SO CHARLESTON, WV  25303

BUSH-MILLER, INC.
P.O. BOX 1666
YORK, PA  17405
USA

BUSHNELL, INC
2110 OXFORD ROAD
DES PLAINES, IL  60018
USA

BUSHNER, GREGORY
1439 MAYFAIR ST
DE PERE, WI  54115

BUSH, DONALD
4 SOUTHVIEW AVE
NEW CASTLE, PA  16101

BUSH, JAMES
165 HARDWOOD ROAD
PELZER, SC  29669

BUSH, JAMES
P.O. BOX 721
LITHIA SPRINGS, GA  30057

BUSH, KAREN
410 ARTHUR STREET
MONTGOMERY, AL  36107

BUSH, KIMBERLY
837 MALLOY PASS
ADRIAN, GA  31002

BUSH, MICHAEL
507 WASHBURN AVE.
BALTIMORE, MD  21225

BUSH, REGINALD
10330 WESTVIEW DR.
35
HOUSTON, TX  77043

BUSH, STACEY
P.O. BOX 103
ROSEDALE, LA  70772

BUSHEY JR., ROY
142 OTTER RIVER ROAD
GARDNER, MA  01440

BUSHNELL THEATER, THE
166 CAPITOL AVENUE
HARTFORD, CT  06106
USA

BUSHNELL, INC.
DEPT. 77-3270
CHICAGO, IL  60678-3270
USA

BUSHONG, TED
618 E PENN P O BOX 364
HOOPESTON, IL  60942

BUSH, GLEN
552 FIELDBROOK DR.
MONTGOMERY, AL  36117

BUSH, JAMES
378 GARRETTS DRIVE
DOUGLASVILLE, GA  30134

BUSH, JEWEL
1205 MATTHEWS STREET
SULPHUR, LA  706634746

BUSH, KAREN
523 N WALL
IOWA PARK, TX  76367

BUSH, LADONNA
RT1 BOX 1057
SALEM, IN  47167

BUSH, NORRIS
1205 MATTHEWS STREET
SULPHUR, LA  706630000

BUSH, RICHARD
11 MAPLEWOOD RD.
MILFORD, NJ  08848

BUSH, TERRY
207 EAST SUGAR ST.
MT VERNON, OH  43050

BUSH-MILLER, INC.
1720-A BELMONT AVE.
BALTIMORE, MD  21207
USA

BUSHNELL
DEPT 77-3270
CHICAGO, IL  60678-3270
USA

BUSHNER, DOUGLAS
1327 N GRANT ROAD
CARROLL, IA  51401

BUSINESS & INSTITUTIONAL
P O BOX 92039
MILWAUKEE, WI  53202-0039
USA

## Exhibit 6

## Bar Date Notice & Non-Asbestos POC

BUSINESS & LEGAL REPORT INC
39 ACADEMY STREET
MADISON, CT  06443-1513
USA

BUSINESS & LEGAL REPORTS INC
141 MILL ROCK ROAD EAST
P.O. BOX 6001
OLD SAYBROOK, CT  06475-9849
US

BUSINESS & LEGAL REPORTS INC.
141 MILL ROCK ROAD EAST
OLD SAYBROOK, CT  06475-4212
USA

BUSINESS & LEGAL REPORTS
141 MILL ROCK ROAD EAST
OLD SAYBROOK, CT  06475
USA

BUSINESS & LEGAL REPORTS
39 ACADEMY STREET
MADISON, CT  06443-1513
USA

BUSINESS & LEGAL REPORTS
OLD SAYBROOK, CT  06475
USA

BUSINESS & LEGAL REPORTS, INC.
39 ACADEMY ST.
MADISON, CT  06443-1513
USA

BUSINESS & LEGAL REPORTS, INC.
MADISON, CT  06443-1513
USA

BUSINESS 2.0
P.O. BOX 56141
BOULDER, CO  80322-6141
USA

BUSINESS ADVANTAGE INC.
4900 UNIVERSITY AVENUE
WEST DES MOINES, IA  50266-6769
USA

BUSINESS AEROTECH E.CORP.
964 POSTAL ROAD
ALLENTOWN, PA  18103
USA

BUSINESS COMMUNICATIONS CO., INC.
25 VAN ZANT STREET
NORWALK, CT  06855
USA

BUSINESS COMMUNICATIONS CO., INC.
G.P.O. 9352
NEW YORK, NY  10087-9352
USA

BUSINESS COMMUNICATIONS INC.
G P O 9352
NEW YORK, NY  10087-9352
USA

BUSINESS COMMUNICATIONS REVIEW
950 YORK RD., STE 203
HINSDALE, IL  60521-2939
USA

BUSINESS COMPUTER GRAPHICS
9020 C MENDENHALL CT.
COLUMBIA, MD  21045
USA

BUSINESS COMPUTER RENTALS
925 BUSSE ROAD
ELK GROVE VILLAGE, IL  60007
USA

BUSINESS COUNCIL OF NEW YORK STATE
152 WASHINGTON AVENUE
ALBANY, NY  12210
USA

BUSINESS CREDIT LEASING INC.
115 WEST COLLEGE DRIVE
MARSHALL, MN  56258
USA

BUSINESS CREDIT LEASING
115 WEST COLLEGE DRIVE
MARSHALL, MN  56258
USA

BUSINESS DEVELOPEMENT
1555 PALM BEACH LAKES BVD
WEST PALM BEACH, FL  33401
USA

BUSINESS DEVELOPMENT ASIA LLC
111 WEST 57TH ST
NEW YORK, NY  10019
USA

BUSINESS DEVELOPMENT ASIA UTD PTE
20 RAFFLES PLACE #13-08 OCEAN TOWER
SINGAPORE, IT  48620
UNK

BUSINESS DEVELOPMENT
1200 G STREET,NW #725
WASHINGTON, DC  20005
USA

BUSINESS DEVELOPMENT
8601 GEORGIA AVE STE #205
SILVER SPRING, MD  20910
USA

BUSINESS EDUCATION SERVICES
P O BOX 71186
CHICAGO, IL  60694-1186
USA

BUSINESS EDUCATION SVCS
P O BOX 5100
NEW YORK, NY  10150-5100
USA

BUSINESS ELECTRONICS
P O BOX 531066
BIRMINGHAM, AL  35253-1066
USA

BUSINESS EQUIPMENT DEPOT
600 RESEARCH DRIVE
WILMINGTON, MA  01887
USA

BUSINESS EQUIPMENT DEPOT
P.O. BOX 2823
WOBURN, MA  01888
USA

## Exhibit 6

## Bar Date Notice & Non-Asbestos POC

BUSINESS EQUIPMENT DEPOT, INC.
49 DRAGON COURT
WOBURN, MA 01801
USA

BUSINESS FINANCE AUTHORITY OF THE
FOUR PARK ST. SUITE 302
CONCORD, NH 03301-6313
USA

BUSINESS FINANCE MAGAZINE
P.O. BOX 357
LOVELAND, CO 80539-0357
USA

BUSINESS FINANCIAL AUTHORITY OF THE
14 DIXON AVE, SUITE 101
CONCORD, NH 03301-4954
USA

BUSINESS FORMS PLUS, INC.
1328 E. ARCHWOOD AVE.
AKRON, OH 44306-2825
USA

BUSINESS FURNITURE SOLUTIONS
5144 OLD SUMMER ROAD
MEMPHIS, TN 38122
USA

BUSINESS HEALTH PARTNERS
301 CITIES SERVICE HIGHWAY
SULPHUR, LA 70663
USA

BUSINESS HEALTH PARTNERS, LLC.
196 N. CITIES SERVICE HIGHWAY
SULPHUR, LA 70663
USA

BUSINESS IMPROVEMENTS ARCHITECTS
33 RIDERWOOD DRIVE
TORONTO ONTARIO, ON M2L 2X4
TORONTO

BUSINESS INFORMATION SYSTEMS
ONE HOMER ROAD
QUINCY, MA 02169
USA

BUSINESS INSTITUTE FOR POLITICAL
888 16TH STREET,NW
WASHINGTON, DC 20006
USA

BUSINESS INTELLIGENCE SERVICES INC.
515 N FLAGLER DR STE 300 PAVILION
WEST PALM BEACH, FL 33401
USA

BUSINESS JOURNAL
128 SOUTH TRYON ST
CHARLOTTE, NC 28202
USA

BUSINESS JOURNAL, THE
2910 NORTH CENTRAL AVE
PHOENIX, AZ 85012-2704
USA

BUSINESS LAW, INC.
11630 CHILLICOTHE ROAD
CHESTERLAND, OH 44026
USA

BUSINESS LAWS INC
11630 CHILLICOTHE ROAD
CHESTERLAND, OH 44026
USA

BUSINESS LAWS INC.
11630 CHILLICOTHE ROAD
CHESTERLAND, OH 44206
USA

BUSINESS LAWS, INC.
11630 CHILLICOTHE ROAD
CHESTERLAND, OH 44026
USA

BUSINESS MACHINE CLINIC
2219 BELVEDERE ROAD
WEST PALM BEACH, FL 33406-1585
USA

BUSINESS MACHINE REPAIR INC.
3025 SILVER STAR ROAD
SUITE 103
ORLANDO, FL 32808-4650
USA

BUSINESS MACHINES, INC.
PO BOX 6384
LAKE CHARLES, LA 70606-6384
US

BUSINESS MARKETING ASSOCIATION
115 N. WACKER DR., SUITE 1760
CHICAGO, IL 60606
USA

BUSINESS MARKETING ASSOCIATION
150 N WACKER DR SUITE 1760
CHICAGO, IL 60606
USA

BUSINESS MARKETING ASSOCIATION
400 N. MICHIGAN AVE., 15TH FLOOR
CHICAGO, IL 60611
USA

BUSINESS MONITOR INT'L
179 QUEEN VICTORIA STREET
LONDON, LO EC4V4DDDU
UNK

BUSINESS MONTHLY, THE
5550 STERRETT PL SUITE 214
COLUMBIA, MD 21044
USA

BUSINESS MONTHLY, THE
5550 STERRETT PL., SUITE 214
COLUMBIA, MD 21044
USA

BUSINESS NEWS PUBLISHING COMPANY
PO BOX 4270
TROY, MI 48099
USA

BUSINESS PUBLISHERS, INC.
951 PERSHING DRIVE
SILVER SPRING, MD 20910-4464
USA

BUSINESS RADIO LICENSING
26941 CABOT ROAD #134
LAGUNA HILLS, CA 92653
USA

## Exhibit 6

## Bar Date Notice & Non-Asbestos POC

BUSINESS REFERENCE SERVICES
PO BOX 75918
CHICAGO, IL  60675-5918
USA

BUSINESS RESOURCE GROUP, INC
1311 BUTTERFIELD ROAD
DOWNERS GROVE, IL  60515
USA

BUSINESS TRAINING SYSTEMS
18000 HORIZON WAY  SUITE 300
MOUNT LAUREL, NJ  08054-4309
USA

BUSINESS WEEK MAGAZINE
PO BOX 644
HIGHTSTOWN, NJ  08520-9444
USA

BUSINESS WEEK
P.O. BOX 597
HIGHTSTOWN, NJ  08520
USA

BUSINESS WEEK
P.O. BOX 658
HIGHTSTOWN, NJ  08520
USA

BUSINESS-GOVERNMENT
1025 CONNECTICUT AVE,NW
WASHINGTON, DC  20036
USA

BUSKEL, JAMES
21700 MALLARD COURT
BROOKFIELD, WI  53045

BUSS, JANE
405 N PRAIRIE DR
OCONOMOWOC, WI  53066

BUSSEAN CUSTOM CATERERS
6925 WEST 111TH STREET
WORTH, IL  60482

BUSTAMANTE & CRESPO
P O  BOX 17-01-02455
QUITO,
ECU

BUSINESS REPORT
P.O. BOX 1949
BATON ROUGE, LA  70821
USA

BUSINESS ROUNDTABLE, THE
1615 L STREET, N.W.
WASHINGTON, DC  20036-5610
USA

BUSINESS TRAVEL INC.
240 CHESTER STREET, STE 12
SAINT PAUL, MN  55107
USA

BUSINESS WEEK
P O BOX 644
HIGHTSTOWN, NJ  08520
USA

BUSINESS WEEK
P.O. BOX 644
HIGHTSTOWN, NJ  08520-9990
USA

BUSINESS WEEK
PO BOX 644
HIGHTSTOWN, NJ  08520
USA

BUSINETS INC
P O BOX 1424
FREDERICKSBURG, VA  22402-1424
USA

BUSS (AMERICA), INC
230 COVINGTON DRIVE
BLOOMINGDALE, IL  60108-3115
USA

BUSSE, SAMUEL
5318 KEVINS WAY
MADISON, WI  53714

BUSSELL, F
4204 N. 144 PLAZA APT 108
OMAHA, NE  68116

BUSTAMANTE Y BUSTAMANTE & MARCAS
P O BOX 17 - 01 - 02455
QUITO, IT  02455
UNK

BUSINESS RESEARCH PUB INC
P.O. BOX 675
NEW YORK, NY  10276
USA

BUSINESS SERVICE CENTER OF
10900 N.E. 8TH ST. SUITE 900
BELLEVUE, WA  98004
USA

BUSINESS TREND ANALYSTS
2171 JERICHO TURNPIKE
COMMACK, NY  11725
USA

BUSINESS WEEK
P.O. BOX 597
HIGHTSTOWN, NJ  08520-9956
USA

BUSINESS WEEK
P.O. BOX 645
HIGHTSTOWN, NJ  08520-0645
USA

BUSINESS WORLD INC
188 FOOTHILL ROAD
BRIDGEWATER, NJ  08807
USA

BUSJAHN, KATERINA
P.O. BOX 852
MIDDLETON, WI  53562

BUSS, DONALD
106 WALES LANE
TOMS RIVER, NJ  08753

BUSSE, W
24050 COUNTY. RD. 301A
BUENA VISTA, CO  81211

BUSSEY, FARON
115 ROBINSON RD.
THOMASTON, GA  30286

BUSTAMANTE, BETTY
P.O. BOX 36013
ALBUQUERQUE, NM  87176

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BUSTAMANTE, NELDA
11815 VANCE JACKSON
SAN ANTONIO, TX 78230

BUSTAMANTE, NORMA
302 BLACKSTONE
ODESSA, TX 79763

BUSTAMENTE, ARMANDO
1456 ORQUIDIA LANE RIO BRAVO
LAREDO, TX 78043

BUSTAMENTE, SONIA
8711 CINAMON CREEK APT# 1206
SAN ANTONIO, TX 78240

BUSTAMONTE, MARCELLINO
1533 WEST HOLLYWOOD
CHICAGO, IL 60660

BUSTARD, DIANE
571 BORING CHAPEL RD
GRAY, TN 37615

BUSTER PAVING CO INC
P O BOX 2219
SULPHUR SPRINGS, TX 75482
USA

BUSTER PAVING CO., INC.
HWY 67 EAST
GRAPEVINE, TX 76092
USA

BUSTER PAVING CO., INC.
P. O. BOX 2219
SULPHUR SPRINGS, TX 75482
USA

BUSTILLOS, PEGGY
5202 COBB PLACE
SAN DIEGO, CA 92117

BUSTILLOS, RAUL
P.O. BOX 10249
EL PASO, TX 79993

BUSTIN, JR., PAUL
401 WEATHERSBY RD.
HATTIESBURG, MS 39401

BUSTIOS, JAVIER
8207 HESPERIA AVE.
RESEDA, CA 91335

BUSTOS, GUADALUPE
1623 S. PIERCE
AMARILLO, TX 79102

BUSY BEAVER INC
21060 RAND ROAD
LAKE ZURICH, IL 60047
USA

BUSY BEE MANUFACTURING
2221 MURPHY COURT
NORTH PORT, FL 34287
USA

BUTALA, JOSEPH
11 STOLLMAN STREET
BAYVILLE, NJ 08721

BUTCHER, BETTY
P.O. BOX 50015
BALTIMORE, MD 21211

BUTCHER, MILDRED
925 ASHLAND AVE
WILMETTE, IL 60091

BUTCHER, NATALIE
605 ANCIENT MAYAN
HENDERSONEME, NV 89015

BUTCHER, SANDRA
808 FRANCIS AVENUE
BALTIMORE, MD 21227

BUTLER & LAND, INC.
1508 EDWARDS AVE. #GG
HARAHAN, LA 70123-2257
USA

BUTLER BUILDING SUPPLY
5560 NO PARK DRIVE
BUTLER, WI 53007
USA

BUTLER BUILDING SUPPLY
5560 NORTH PARK DRIVE
BUTLER, WI 53007
USA

BUTLER BUILDING SUPPLY
P.O. BOX 227
BUTLER, WI 53007
USA

BUTLER C R INC
220 BYRD ST
ORANGE, VA 22960
USA

BUTLER C R INC.
220 BYRD ST
ORANGE, VA 22960
USA

BUTLER CAPITAL GROUP
P.O. BOX 677
HUNT VALLEY, MD 21030-0677
USA

BUTLER HOSPITAL
MRI ADDITION
BUTLER, PA 16001
USA

BUTLER JR, DELBERT
5750 LYLE CIRCLE
HIXSON, TN 37343

BUTLER JR, J
4034 CHARLESTON DR
COLORADO SPRINGS, CO 80916

BUTLER JR, JOSEPH
78 OLD CART ROAD
HAMILTON, MA 01982

BUTLER MILL INC
PO BOX 740069
SAN DIEGO, CA 92174
USA

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BUTLER MILL INC.
5180 NARANJA
SAN DIEGO, CA  92114
USA

BUTLER PAPER CO
PO BOX 42290
INDIANAPOLIS, IN  46242
USA

BUTLER PRINTING & LAMINATING
250 HAMBURG TURNPIKE
BUTLER, NJ  07405
USA

BUTLER PRINTING & LAMINATING
PO BOX 836
BUTLER, NJ  07405
USA

BUTLER READY MIX
4301 HIDDEN VALLEY COURT
COLLEYVILLE, TX  76034
USA

BUTLER SERVICE & REPAIR CO INC
122 SHADOWLAWN DRIVE
FISHERS, IN  46038-0463
USA

BUTLER SUPPLY
965 HORAN DRIVE
FENTON, MO  63026
USA

BUTLER, ARTIE
5645 CHESTNUT AVENUE
LONG BEACH, CA  90805

BUTLER, ANDREW
28 ETHAN ALLEN DR
ACTON, MA  01720

BUTLER, ANTHONY
4233 JONESBORO #7-2
FOREST PARK, GA  30050

BUTLER, BERTIE
345 SO MAIN ST
PHILLIPPI, WV  26416

BUTLER, BRIAN
100 BELLVIEW DR
TAYLORS, SC  29687

BUTLER, C
1202 MARYVIEW AVENUE
CHESAPEAKE, VA  23324

BUTLER, CHARLES
1404 E CIRCLE DRIVE
ROANOKE RAPIDS, NC  27870

BUTLER, CHESTER
P O BOX 16442          EASTSIDE
STATION
LAKE CHARLES, LA  70616

BUTLER, CINDY
P O BOX 412
GERRARDSTOWN, WV  25420

BUTLER, CLEMATEEN
PO BOX 54
EATON PARK, FL  33840

BUTLER, DAVID
28 ETHAN ALLEN DR
ACTON, MA  01720

BUTLER, DAVID
335 FORTUNE ROAD
YOUNGSVILLE, LA  70592

BUTLER, DELORIS
RT 4 BOX 603A
GEORGETOWN, SC  29440

BUTLER, DIXIE
805 SNYDER
ODESSA, TX  79761

BUTLER, DOROTHY
24119 GRIFFIN HOUSE LANE
KATY, TX  77449

BUTLER, DOROTHY
3619 10 TH ST
ALEXANDRIA, LA  71302

BUTLER, EDGAR
115 TARAWA STREET
LAKELAND, FL  338052948

BUTLER, EMILY
152 TICKET DR
GEORGETOWN, SC  29440

BUTLER, HARRY
330 E. FEDERAL STREET
BALTIMORE, MD  21202

BUTLER, HOWARD
11707 VANCE JACKSON APT #306
SAN ANTONIO, TX  78230

BUTLER, J
3677 TYLER ROAD
BRIDGEPORT, NY  13030

BUTLER, JAMES
200 S MAYA PALM DR
BOCA RATON, FL  33432

BUTLER, JAMES
781 CRANDON BLVD     APT 1703
KEY BISCAYNE, FL  33149

BUTLER, JAMES
82 CHURCH ST
3A
NORTHBORO, MA  01532

BUTLER, JERRY
9041 BOLLING HEIGHTS LANE
MACEO, KY  42355

BUTLER, JERRY
P.O. BOX 1215
HEMPHILL, TX  75948

BUTLER, JEWEL
3317 S COMBEE RD
LAKELAND, FL  33803

BUTLER, JOHN
7922 TWP 457
LOUDONVILLE, OH  44842

BUTLER, JUANITA
6104 CHANCELLOR ST
PHILADELPHIA, PA  19139

# Exhibit 6

## Bar Date Notice & Non-Asbestos POC

BUTLER, KAREN
1 CLAYTON ST
MEDFIELD, MA  02052

BUTLER, KIMBERLY
6417 NICOLE WAY
ARLINGTON, TX  76018

BUTLER, LAVERNE
8222 S KRAMERIA WAY
ENGLEWOOD, CO  80111

BUTLER, LAWRENCE
3144 67TH TERRACE SO.
ST PETERSBURG, FL  33712

BUTLER, LEE
ROUTE 2 BOX 125
ATLANTIC, IA  50022

BUTLER, LORENE
4014 FAIRMOUNT
DALLAS, TX  75219

BUTLER, LOUIS
670 ASH STREET
BROCKTON, MA  02401

BUTLER, MELISSA
1400 KINGSALE RD
SUFFOLK, VA  23437

BUTLER, MICHAEL
44 KINSLEY RD
ACTON, MA  01720

BUTLER, MICHAEL
RR #1 BOX 100B
MARTINTON, IL  60951

BUTLER, MICHELLE
P.O. BOX 3368
SHREVEPORT, LA  71133

BUTLER, MINCALENE
1114 MORRIS AVENUE
1A
BRONX, NY  10456

BUTLER, MITZI
51 HIGHLAND STREET
MANSFIELD, MA  02048

BUTLER, NANCY
12866 SR 226
BIG PRAIRIE, OH  44611

BUTLER, NELLIE
PO BOX 550153
DALLAS, TX  75355

BUTLER, PATRIC
RT 4 BOX 110-M
WINDER, GA  30680

BUTLER, PATRICIA
R. R. 1, BOX 110B
MARTINTON, IL  60951

BUTLER, PATTY
1347 ELIZABETHTON
BLUFF CITY, TN  37618

BUTLER, PAUL
32 ALBION STREET
SALEM,, MA  01970

BUTLER, PETER
13795 HICKORY RIDGE CT.
CARMEL, IN  46032

BUTLER, RAYMOND
1350 GASSNER ROAD
WATERLOO, NY  13165

BUTLER, REGINE
40 CHRISTOPHER RD
RANDOLPH, MA  02368

BUTLER, RHONDA
10212 W 55TH ST
MERRIAM, KS  66203

BUTLER, RHONDA
826 EASTRIDGE
RED OAK, TX  75154

BUTLER, ROBERT
360 FORD CIRCLE
GREER, SC  29651

BUTLER, ROBERT
P.O. BOX 1286
LAUREL, MS  39440

BUTLER, ROGER
1617 STRONG ROAD
WATERLOO, NY  13165

BUTLER, RONALD
12866 SR 226
BIG PRAIRIE, OH  44611

BUTLER, RONALD
1617 STRONG ROAD
WATERLOO, NY  13165

BUTLER, ROSE
405 ST. CHARLES
THIBODAUX, LA  70301

BUTLER, RUBIN, SALTARELLI & BOYD
70 W. MADISON SUITE 1505
CHICAGO, IL  60602
USA

BUTLER, SR., DARRELL
10 CREE COURT
RANDALLSTOWN, MD  21133

BUTLER, STEVEN
2721 THOMAS ST
FLINT, MI  48504

BUTLER, SUSAN
5264 W. SR 132
PENDELTON, IN  46064

BUTLER, T
51/2 HOPKINS ST.
GREENVILLE, SC  29601

BUTLER, TANIA
3633 EAST 71ST STREET
INDIANAPOLIS, IN  46220

BUTLER, TANYA
623 N WATER STREET
LOUDONVILLE,, OH  44842

BUTLER, TIMOTHY
12 CASTLE RD
WAYLAND, MA  01778

BUTLER, TONY
1001 TENNYSON DRIVE
CHARLOTTE, NC  28208

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BUTLER, WENDALL
20 MARSHALL STREET
IRVINGTON, NJ 07111

BUTLER, WILLIAM
129 WASHINGTON ST
WESTWOOD, MA 02090

BUTLER, WILLIAM
517 LUCIA AVENUE
BALTIMORE, MD 21229

BUTLER, WILLIE
8046 S. FRANCISCO
CHICAGO, IL 60652

BUTNER, STERLING
P.O. BOX 7213
WILMINGTON, NC 28406

BUTRICO JR., CHARLES
2021 SIMS PLACE
SOUTH PLAINFIELD, NJ 07080

BUTRICO, DENISE
61 ZUKOR RD
NEW CITY, NY 10956

BUTTERBALL TURKEY GFT PROGRAM
750 PASQUINELLI DR #228
WESTMONT, IL 60559
USA

BUTTERBAUGH III, HARRY
P.O. BOX 406
SHREVE, OH 44676

BUTTERBAUGH JR, DAVID
601 N MAIN STREET
SHREVE, OH 44676

BUTTERBAUGH SR, DAVID
235 MCCONKEY EAST
SHREVE, OH 44676

BUTTERBAUGH, SANDRA
603 S WELLS ST
SHREVE, OH 44676

BUTTERFIELD ELECTRIC, INC.
2470 WISCONSIN AVE.
DOWNERS GROVE, IL 60515
USA

BUTTERFIELD LUMBER
7380 S 700 W
MIDVALE, UT 84047
USA

BUTTERFIELD, ROBERT
2454 PRENDERGAST PL
REYNOLDSBURG, OH 43068

BUTTERWORTH HEALTH CORPORATION
LOC 2575
CINCINNATI, OH 45274-2575
USA

BUTTERWORTH HOSPITAL - RITSEMA
PHASE #1 - BLDG. A
GRAND RAPIDS, MI 49503
USA

BUTTERWORTH HOSPITAL
O.R. EXPANSION
GRAND RAPIDS, MI 49503
USA

BUTTERWORTH LEGAL PUBLISH
RR 1,BOX 3
ORFORD, NH 03777
USA

BUTTERWORTH MEDICAL OFFICE BLDG.
(RITSEMA)
GRAND RAPIDS, MI 49503
USA

BUTTERWORTH SOUTH
RITSEMA
CUTLERVILLE, MI 49508
USA

BUTTERWORTH, HOWARD
PO BOX 237
DINWIDDIE, VA 238410237

BUTTERWORTH, LORI
318 PINE GROVE CIR
W MONROE, LA 71291

BUTTERWORTH, ROBERT
THE CAPITOL, PL 01
TALLAHASSEE, FL 32399-1050
USA

BUTTERY, LINDA
1400 REDWOOD CIRCLE
LA PLATA, MD 20646

BUTTON, JUDY
328 WALKER RD
MACUNGIE, PA 18062

BUTTRAM, CHRISTINA
2727 VIRGINIA 111
AMARILLO, TX 79109

BUTTRICK, PAUL
91 WENDELL STREET
PAWTUCKET, RI 02861

BUTTS & ORDWAY COMPANY
P O BOX 304
WATERTOWN, MA 02272
USA

BUTTS CONCRETE PROD INC
PO BOX 330
MASONVILLE, NY 13804
USA

BUTTS CONCRETE PROD INC.
CHURCH STREET
MASONVILLE, NY 13804
USA

BUTTS CONCRETE PROD. INC.
P O BOX 330
MASONVILLE, NY 13804
USA

BUTTS, ANDREW
P. O. BOX 355
JONESVILLE, LA 71343

BUTTS, BRENT
3401 MORNING DOVE DRIVE
DELAND, FL 32720

BUTTS, C
4481 GAILWOOD
MEMPHIS, TN 38122

BUTTS, DAVID
806 BRACKIN
MINDEN, LA 71055

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BUTTS, FRANCES
1408 DR JOHNS ROAD
WESTMINSTER, SC 29693

BUTTS, KELLY
A11-223 WESTRIDGE GN
PHOENIXVILLE, PA 19460

BUXBAUM, SUSAN
933 DUNELLEN DRIVE
TOWSON, MD 21204

BUZ SALMON
PO BOX 504
CLINTON, MS 39060
USA

BUZBY HARRY K & SONS INC.
MAIN ST
LEBANON, NJ 08833
USA

BUZBY, ROBERT E
365 DRISCOLL AVE
WOODBURY NJ, NJ 08096

BUZZEO, JANINE
20 LACHMUND CT
OLD TAPPAN, NJ 07675

BWAY CORPORATION
PO BOX 277306
ATLANTA, GA 30384-7306
USA

BWI AIRPORT MARRIOTT
1743 WEST NURSERY ROAD
BALTIMORE, MD 21240
USA

BWI DISTRIBUTION INC.
10942 BEAVER DAM ROAD
HUNT VALLEY, MD 21030
USA

BWI DISTRIBUTION INC.
3805 CASTLEWOOD ROAD
RICHMOND, VA 23234
USA

BUTTS, GWYNELL
119 WICKER CRT
ROANOKE RAPIDS, NC 27870

BUTZ, OSCAR
P.O. BOX 492
SPINNERSTOWN, PA 18968

BUXTON, RICK
2222 RIDGMAR BLVD
FORT WORTH, TX 76116

BUZBEE, MARK
6415 MIDDLETON LANE
PINSON, AL 35126

BUZBY LANDFILL DIR ALLEGED GEN GROU
2000 MARKET STREET
PHILADELPHIA, PA 19103
USA

BUZHARDT, CLAUDINE
3 MOUNTAIN FORK
TAYLORS, SC 29687

BUZZETTA, BRIAN
1520 HICKORY AVE., APT. B
HARAHAN, LA 70123

BWF AMERICA, INC.
7453 EMPIRE DR. #340
FLORENCE, KY 41042
US

BWI CORP
890 AIRPORT PARK RD SUITE 118
GLEN BURNIE, MD 21061
USA

BWI DISTRIBUTION INC.
1501 KEY ROAD
COLUMBIA, SC 29201
USA

BWI DISTRIBUTION INC.
603 HOWMET DRIVE
HAMPTON, VA 23661
USA

BUTTS, KAREN
3320 HUCKSTEP ROAD
BRODNAX, VA 23920

BUUM, LAURIE LYNN
204 SHERMAN
ELK POINT, SD 57025

BUYERS CHOICE OFFICE SUPPLY
506 KENNY ROAD
SAINT PAUL, MN 55101
USA

BUZBEE, PHYLLIS
PO BOX 262
SPANISH PORT, AL 36524

BUZBY LANDFILL DIRECTIVE ALLEGED
2005 MARKET STREET,ONE COMMERCE SQ
PHILADELPHIA, PA 19103
USA

BUZZATTO, DEBORAH
8216 MARK LN.
WATAUGA, TX 76148

BVNTEMEYER, JAMES
1232 S.MARLYN AVENUE
BALTIMORE, MD 21221

BWI AIRPORT -BELL CONSTRUCTION
C/O DAVENPORT FIREPROOFING & INS.
POST GATE 55
BALTIMORE, MD 21203
USA

BWI CORP
890 AIRPORT PK RD. STE 118
GLEN BURNIE, MD 21061
USA

BWI DISTRIBUTION INC.
2501 51ST AVENUE
CHEVERLY, MD 20781
USA

BWI DISTRIBUTION INC.
6310-A GRAVEL AVENU
ALEXANDRIA, VA 22310
USA

# Exhibit  6
# Bar Date Notice & Non-Asbestos POC

BWI DISTRIBUTION INC.
P.O. BOX 70
HUNT VALLEY, MD 21030
USA

BWIA INTERNATIONAL
6025 N W 18TH ST BLDG 2203
MIAMI, FL 33152-2222
USA

BYARS, CHARLENE
1531 WESTVIEW DR.S.W
ATLANTA, GA 30310

BYARS, LAURA
100 FREDERICK STREET
GREER, SC 296519426

BYCHURCH, SHAYNE
103 NEW ORLEANS ST
BELLE CHASSE, LA 70037

BYER, LORI
49 HARRY RD
BRIDGEWATER, NJ 08807

BYERLY, MERLIN
328 E CASH
IOWA PARK, TX 76367

BYERS, CHARLES
518 W 16TH ST
ANNISTON, AL 36201

BYERS, D.C.
5715 RIVARD
DETROIT, MI 48211
USA

BYERS, JULIANNE
9723 LAFAYETTE AVE.
MANASSAS, VA 22110

BYERS, RONALD
9127 LAUREL RIDGE TR
CHARLOTTE, NC 28277

BYINGTON, JR., ROBERT
2108 MCKENNA BLVD
MADISON, WI 53711

BWI DISTRIBUTION(COLUMBIA)
95 SUNBELT BLVD. SUITE C
COLUMBIA, SC 29203
USA

BWR SCIENCE
C/O SAN FRANCISCO GRAVEL
3745 BAYSHORE
SAN FRANCISCO, CA 94101
USA

BYARS, DEBORAH
BOX 217 DAVENTON ROAD
PELZER, SC 29669

BYAS, S
1923 ENDERLY DRIVE
COLUMBUS, OH 43219

BYCK, CHARLOT A
1011 BARNSWALLOW LANE
HUNTINGTON VALLEY, PA 19006

BYERLY HOSPITAL
1302 WEST BOBO NEWSOM HWY
EAST HARTSVILLE, SC 29550
USA

BYERLY, SHARON
258 E. 7TH AVENUE
SUN VALLEY, NV 89433

BYERS, CRESTON
7144 SHREWSBURRY LANE, APT. B
INDIANAPOLIS, IN 46260

BYERS, EARL
6629 KELLUM DRIVE
INDIANAPOLIS, IN 46221

BYERS, KIMBERLY
8108 FERRARA DR
HARAHAN, LA 70123

BYERS, SUSAN
3875 LONGVIEW DRIVE
CHAMBLEE, GA 30341

BYK-CHEMIE USA
BOX 40000 DEPT 553
HARTFORD, CT 06151
USA

BWI INSULATION SUPPLY, INC
10942 BEAVER DAM ROAD
HUNT VALLEY, MD 21030
USA

BY THE YARD LANDSCAPING INC
P O BOX 140
CANTON, MA 02021
USA

BYARS, DOUGLAS
100 FREDERICK ST
GREER, SC 296519426

BYBORDI, FARHAD
94 WASHINGTON STREET
TOPSFIELD, MA 01983

BYDALEK, JEFFREY
RR #2 BOX 244
LAKE VILLAGE, IN 46349

BYERLY, JOHN
711 JENNA COURT
MECHANICSBURG, PA 17055

BYERS JR., MONTGOMERY
1008 LANGER WAY
DELRAY BEACH, FL 33444

BYERS, CYNTHIA
150 WALL COURT
INMAN, SC 29349

BYERS, GEORGE
3863 WEST 6TH
CRAIG,, CO 81625

BYERS, PAMELA
P.O.BOX 306
COHUTTA, GA 30710

BYHAM THEATRE
101 6TH STREET
PITTSBURGH, PA 15222
USA

BYK-GARDNER, USA
9104 GUILFORD RD.
COLUMBIA, MD 21044
USA

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BYK-GARDNER, USA
PO BOX 798009
SAINT LOUIS, MO 63179-8000
US

BYLENGA, PETER
13 THE SUMMIT
GREENVILLE, SC 29609

BYLER, JAMES
P O BOX 191
BRENHAM, TX 77834

BYMAN, NELSON
719 MARNE
HOUSTON, TX 77090

BYNOG, DAVID
1703 ALPINE DR.
PINEVILLE, LA 71360

BYNOG, DAVID
P. O. BOX 1174
TIOGA, LA 71477

BYNUM, DEANNA
4331 FEATHERSTON
WICHITA FALLS, TX 76308

BYNUM, LYSHONE
3006 BUCKINGHAM    RD #B
WILSON, NC 27893

BYNUM, SAMUEL
ROUTE 2 BOX 411
CORINTH, MS 38834

BYNUM, TIMOTHY
RT. 3 BOX266-7A
ZEBULON, NC 27597

BYONG-WA CHUN
19 CRAIGIE CIRCLE
CARLISLE, MA 01741
USA

BYONG-WA ZEN CHUN
62 WHITTEMORE AVE.
CAMBRIDGE, MA 02140-1692
USA

BYRAM CONCRETE & SUPPLY C
145 VIRGINIA ROAD
WHITE PLAINS, NY 10603
USA

BYRAM CONCRETE & SUPPLY CO.
145 VIRGINIA RD.
WHITE PLAINS, NY 10603
USA

BYRAM CONCRETE & SUPPLY
145 VIRGINIA RD.
WHITE PLAINS, NY 10603
USA

BYRAM CONCRETE & SUPPLY
21 TOWNSEND STREET
PORT CHESTER, NY 10573
USA

BYRCON C/O SANDIA NAT LABS
TECH AREA 4 BLDG 983
ALBUQUERQUE, NM 87185
USA

BYRD, ANTHONY
201 BRIGHAM CREEK DR
GREER, SC 29650

BYRD, BARBARA
P.O. BOX 66
REMINGTON, IN 479770066

BYRD, BEN
3222 FORD ROAD
MEMPHIS, TN 38109

BYRD, BLANCHE
P.O. BOX 193
HALIFAX, NC 27939

BYRD, CARROLL
P O BOX 273
FOUNTAIN INN, SC 29644

BYRD, CHARLES
408 SHEILA ST.
HOPE MILLS, NC 28348

BYRD, CLYDE
310 HEAVENDALE DRIVE
FOUNTAIN INN, SC 29644

BYRD, EDITH
101 THIELE RD.
LORENA, TX 76655

BYRD, ELLIE
2203 N PRAIRIE AV
DALLAS, TX 75204

BYRD, ERNEST
201 BRIGHAM CREEK DR
GREER, SC 29650

BYRD, GINA
220 BEVERLY DRIVE
WEST COLUMBIA, SC 29169

BYRD, JEAN
3201-C DARDEN RD
GREENSBORO, NC 27407

BYRD, JOANN
201 EVONA AVE
PLAINFIELD, NJ 07060

BYRD, LEON
663 GARFIELD STREET
AKRON, OH 44310

BYRD, MARGARET
P O BOX 273
FOUNTAIN INN, SC 29644

BYRD, MARJORIE
2102 CLIFTON DRIVE
VALRICO, FL 33594

BYRD, MARVIN
P O BOX 272913
CONCORD, CA 94527

BYRD, MAURICE
1523 F ST NW #E21
WASHINGTON, DC 20002

BYRD, MICHAEL
14 PILGRAM LANE
WILLINGBORO, NJ 08046

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

BYRD, MIESHA
1257 75TH AVE        APT #A
OAKLAND, CA 94603

BYRD, NICOLE
525 EAST 25TH ST
PATERSON, NJ 07514

BYRD, R
P.O. BOX 66
REMINGTON, IN 47977

BYRD, ROBBIE J
804 BROOKSIDE AVE
CHARLOTTE NC, NC 28203

BYRD, ROBERT
2828 WEST PRESBURY STREET
BALTIMORE, MD 212163519

BYRD, ROBERT
RT 2 BOX 359
GRAY COURT, SC 29645

BYRD, SANDI
3660 GROVEMONT COURT
CUMMING, GA 30131

BYRD, STEPHANIE
875 WESTON WAY
LILBURN, GA 30247

BYRD, TONY
P O BOX 412
BIG PINEY, WY 83113

BYRD, W
P.O. BOX 193
HALIFAX, NC 27839

BYRD, WILLIAM
P. O. BOX 102
EASTLAND, TX 76448

BYRD, WILLIE
P O BOX 91326
LAKELAND, FL 338041326

BYRNE BROTHERS LANDSCAPING INC
161 SO MAIN ST BLDG #2
MIDDLETON, MA 01949
USA

BYRNE ELEMENTARY SCHOOL
5329 SOUTH OAK PARK AVENUE
CHICAGO, IL 60638
USA

BYRNE SAND & GRAVEL CO IN
WOOD ST
MIDDLEBORO, MA 02346
USA

BYRNE SAND & GRAVEL CO. INC.
WOOD ST
MIDDLEBORO, MA 02346
USA

BYRNE SAND & GRAVEL CO.
210 WOOD STREET
MIDDLEBORO, MA 02346
USA

BYRNE SAND & GRAVEL
RTE 130
MASHPEE, MA 02649
USA

BYRNE, DONALD
17206 LAOANA DRIVE
EAGLE RIVER, AK 99577

BYRNE, GERALD
20 ACTON ST.
MAYNARD, MA 01754

BYRNE, GERALD
20 ACTON STREET
MAYNARD, MA 017542328

BYRNE, JAYNE
548 HUNTON ST.
WARRENTON, VA 22186

BYRNE, LEONARD
19 DARIEN WAY
GREENVILLE, SC 296153236

BYRNE, LINDA
3119 PARKVIEW CT
GREEN BAY, WI 54304

BYRNE, LISA
3101 S. MANCHESTER
501
FALLS CHURCH, VA 22044

BYRNE, NATALIE
86 HIGHLAND AVENUE
WOLLASTON, MA 02170

BYRNE, ROBERT
1217 EMMA DRIVE
IOWA PARK, TX 76367

BYRNE, SARA
2103 TARPON LAKE WAY
W. PALM BEACH, FL 33411

BYRNES, F. PATRICK
1327 ASTOR ST
NORRISTOWN, PA 19401

BYRNES, L
4739 FRIAR AVE
FAYETTEVILLE, NC 28304

BYRNES, LARRY
6440 BELLAIRE AVENUE
N HOLLYWOOD, CA 91606

BYRNES, LISA
285 BALCOM AVENUE
BRONX, NY 10465

BYRNES, MARY
1469 FOX HOLLOW CT
CONCORD, CA 94521

BYRNS, SUSAN
309 SYCAMORE ST
LIVERPOOL, NY 13088

BYRON J. BIRDSONG
7237 EAST GAGE AVE.
LOS ANGELES, CA 90040
USA

BYRON L SMITH
13141 COUNTRY RIDGE DR.
GERMANTOWN, MD 20874
USA

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

BYRON NESTLER SYSTEMS CONCEPT
P O BOX 575
CORDOVA, TN 38018
USA

BYRON, BRENDA
22 RIVER STREET    # 3
HUDSON, MA 01749

BYRON, JEFFREY
119 GOLDSMITH ST
LITTLETON, MA 01604

BYRON, MATTHEW
260 PELHAM RD D-12
GREENVILLE, SC 29615

BYRUM, CLIFFORD
113 EAST GLOHAVEN PL
SIMPSONVILLE, SC 29681

BYRUM, JENNIFER
510 ROBINHOOD DRIVE
SENECA, SC 29678

BYRUM, MARGIE
1340 SO. BIRMINGHAM AVE.
TULSA, OK 741044317

BYUN, JUNG
10213 DONLEIGH DRIVE
COLUMBIA, MD 21046

BYWATER CO, THE
600 COURTLAND ST
SUITE 550
ORLANDO, FL 32804
USA

BYWATER CO., THE
600 COURTLAND ST., SUITE 550
ORLANDO, FL 32804
USA

C & B UTILITIES
2827 S. RUTHERFORD
MURFREESBORO, TN 37130
USA

C & B UTILITIES
311 NE 2ND STREET
OKLAHOMA CITY, OK 73104
USA

C & C CONCRETE COMPANY
2724 AVONDALE
TOLEDO, OH 43607
USA

C & C INC
#9 VANCE DR
O'FALLON, MO 63366-1937
USA

C & C OIL COMPANY
1591 BIG SHANTY DRIVE
KENNESAW, GA 30144
USA

C & C OIL COMPANY
P O BOX 670834
MARIETTA, GA 30086
USA

C & C OXYGEN COMPANY
3615 ROSSVILLE BLVD.
CHATTANOOGA, TN 37407
USA

C & C PORTABLE TOILET
PO BOX 1683
LAURENS, SC 29360
USA

C & C READY MIX CORP.
P. O. BOX 157
VESTAL, NY 13851
USA

C & C READY MIX CORP.
ROUTE 17C
OWEGO, NY 13827
USA

C & C SOFTWARE
P O BOX 560008
DALLAS, TX 75356-0008
USA

C & C STAMP & SEAL CO INC
P O BOX 11182
MEMPHIS, TN 38111
USA

C & D CONCRETE
222 OLD TOWN ROAD
GOLDSBORO, MD 21636
USA

C & D CONSTRUCTION
395 SOUTH RANGE ROAD
COCOA, FL 32926
USA

C & D FIREPROOFING CO
48 WALNUT STREET
NEW ROCHELLE, NY 10801
USA

C & D FIREPROOFING
48 WALNUT STREET
NEW ROCHELLE, NY 10801
USA

C & D FIREPROOFING
CAMBRIDGE, MA 02140
USA

C & D THIN PAVERS & COPING
1284 GREYBROOKE PLACE
OLDSMAR, FL 34677
USA

C & D THIN PAVERS & COPING
5186-126 AVE. NO.
CLEARWATER, FL 33760
USA

C & G CONTAINERS & SUPPLIES
P.O. BOX 2003
LAFAYETTE, LA 70502
USA

C & H COURT REPORTERS
116 MERION TERRACE
MORAGA, CA 94556
USA

C & H DISTRIBUTORS INC.
P.O.BOX 88031
MILWAUKEE, WI 53288-0031
USA

C & H DISTRIBUTORS
BOX 88031
MILWAUKEE, WI 53288-0031
USA

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

C & H DISTRIBUTORS
P O BOX 53031
MILWAUKEE, WI  53288-0031
USA

C & H HOSPITAL
C/O NEWTON BLDG. SUPPLY
SATICOY, CA  93004

C & J EQUIPMENT INC
188 MAIN STREET
WILMINGTON, MA  01887
USA

C & K COMPONENTS INC
15 RIVERDALE AVE
NEWTON, MA  02158
USA

C & K COMPRESSORS, INC.
EAST 5603 BROADWAY
SPOKANE, WA  99212
USA

C & K COMPRESSORS, INC.
EAST 5603 BROADWAY
SPOKANE, WA  99212-0911
USA

C & K MAGNETICS GROUP
SANTA ANA
SAN JOSE,  0
CRI

C & K MAGNETICS
440 MCCLELLAN HWY
BOSTON, MA  02126
USA

C & K MAGNETICS
57 STANLEY AVENUE
WATERTOWN, MA  02172
USA

C & K SWITCHES LIMITED
NORTHFIELD AVENUE
KETTERING
NORTHAMPTON        GREA,  NN168LF
GBR

C & L CONCRETE WORK
HWY 158
CAMDEN, NC  27921
USA

C & L CONCRETE WORK
P O BOX 178
CAMDEN, NC  27921
USA

C & L CONCRETE WORK
PO BOX178
CAMDEN, NC  27921
USA

C & M SCALE CO.
7241 W. ROOSEVELT ROAD
FOREST PARK, IL  60130
US

C & M SCALE COMPANY
7241 W ROOSEVELT RD
FOREST PARK, IL  60130
USA

C & M SCALE COMPANY
7241 W ROOSEVELT ROAD
FOREST PARK, IL  60130
USA

C & M SCALE COMPANY
7241 W. ROOSEVELT ROAD
FOREST PARK, IL  60130
USA

C & M SCALE
7241 W. ROOSEVELT ROAD
FOREST PARK, IL  60130
USA

C & M
P O BOX 263
KANSAS CITY, MO  64193-0830
USA

C & M
P.O. BOX 518
CATHEDRAL CITY, CA  92235
USA

C & N PRECAST
3715 SO. DUGGAN RD
BELOIT, WI  53511
USA

C & N PRECAST
C/O CHARLES NODLAND
BELOIT, WI  53511
USA

C & P DISTRIBUTORS
P O BOX 813
BURNSIDE, KY  42519
USA

C & P DOOR SERVICE INC
P O BOX 80954
CONYERS, GA  30208
USA

C & R BLOCK CO.
BOX 406
BERRYVILLE, AR  72616
USA

C & R BLOCK COMPANY
BOX 406
BERRYVILLE, AR  72616
USA

C & R BLOCK COMPANY
PO BOX406
BERRYVILLE, AR  72616
USA

C & R BLOCK COMPANY
ROUTE 2 HWY 62 WEST
BERRYVILLE, AR  72616
USA

C & R INDUSTRIAL
P O BOX 26117
CLEVELAND, OH  44126
USA

C & S BANK TRUSTEE
200 MAIN STREET
SUITE 3-99
LA GRANGE, GA  30240
USA

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

C & S BANK
TRUSTEE
200 MAIN STREET
SUITE 3-99
LA GRANGE, GA  30240

C & S BATTERY
4555 W. 59TH STREET
OAK LAWN, IL  60453
USA

C & S BLOCK CO
ATTN:  ACCOUNTS PAYABLE
DALTON, GA  30720
USA

C & S BLOCK CO.
1701 SOUTH DIXIE ROAD
DALTON, GA  30720
USA

C & S CONCRETE
2312 MINDEN RD
SPRINGHILL, LA 71075
USA

C & S CONCRETE
2312 SOUTH ARKANSAS
SPRINGHILL, LA  71075
USA

C & S CONCRETE
ATTN:  ACCOUNTS PAYABLE
SPRINGHILL, LA  71075
USA

C & S CONCRETE
HIGH ST.
MINDEN, LA  71055
USA

C & S CONCRETE
PO BOX326
SPRINGHILL, LA  71075
USA

C & S DISTRIBUTORS
1640 ROUTE 5
SOUTH WINDSOR, CT  06074
USA

C & S DOOR COMPANY
P.O. BOX 171
ADDISON, IL  60101
USA

C & S INC
913 AIRPORT FREEWAY
FORT WORTH, TX  76117

C & S PACKAGING GROUP INC
PO BOX 402
NEW CASTLE, PA  16103-0402
USA

C & S READY MIX
HWY 2
HOMER, LA  71040
USA

C & S SALES
645 D HERNDON AVENUE
ORLANDO, FL  32803
US

C & T REFINERY, LLC (CARGILL)
5000 SOUTH BLVD.
CHARLOTTE, NC  28217
USA

C & W EQUIPMENT &
AUCTION SALES INC
3786 HWY 221 SOUTH
LAURENS, SC  29360
US

C & W TRUCK & EQUIP CO INC
6825 ROSECRANS AVENUE
PARAMOUNT, CA  90723
USA

C & W TRUCK EQUIPMENT CO INC
P O BOX 60995
LOS ANGELES, CA  90060-0995
USA

C A SHORT CO
DEPT L-966
COLUMBUS, OH  43260
USA

C ANDREW MIDGLEY
27 WHITAKER LANE
GROTON, MA  01450
USA

C AYERS LIMITED
518 MORGAN CIRCLE
NORTHVILLE, MI  48167
USA

C B C CONSTRUCTORS
MIAMI, FL  33111
USA

C B I LABORATORIES
2055-C LUNA ROAD
CARROLLTON, TX  75006
USA

C B M D A
17612 BEACH BOULEVARD STE 15
HUNTINGTON BEACH, CA  92647
USA

C BRUCE ANDREWS, JR
504 BRIDGE CREEK CIRCLE
REEDVILLE, VA  22539
USA

C C & W ENTERPRISES
535 LIVE OAK BLVD.
BATON ROUGE, LA  70806
USA

C C & W ENTERPRISES
P. O. BOX 64854
BATON ROUGE, LA  70896
USA

C C BOILER SALES & SERVICE INC
3401 N. I-85 SERVICE ROAD
CHARLOTTE, NC  28256
USA

C C DICKSON COMPANY
3066 NC 18 SOUTH
MORGANTON, NC  28655
USA

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

C C DICKSON COMPANY
807 PRESSLEY RD.
CHARLOTTE, NC  28217
USA

C C FRIAL
2140 DAVIS STREET
SAN LEANDRO, CA  94577
USA

C C TRUCK SERVICE
339 PLEASANT ST
COVINGTON, KY  41011
USA

C C WAGNER & CO
6401 S ARCHER ROAD
SUMMIT, IL  60501
USA

C C WOODBRIDGE
PO BOX 464
DUNCAN, SC  29334
USA

C D SMITH CONSTRUCTION
889 EAST JOHNSON ST
FOND DU LAC, WI  54936
USA

C D WHITE CO
19 JEFFERSON AVENUE
WOBURN, MA  01801-4324
USA

C D WILLIAMS CONSTRUCTION CO INC
P O DRAWER E
ROANOKE RAPIDS, NC  27870
USA

C D*A, DISABILITY
OLB
NY, NY  10077

C DE VACA, REBECCA
1328 ELKSLIP DR N.E.
RIO RANCHO, NM  87124

C DOUGLAS POE
121 JEFFERSON DR.
HENDERSONVILLE, TN  37075
USA

C E B R SERVICES INC
7718 BLDG A/LETTIE ST
HOUSTON, TX  77075
USA

C E M ENTERPRISES
8023 BELLHAVEN AVE
PASADENA, MD  21122
USA

C E NIEHOFF & CO
2021 LEE STREET
EVANSTON, IL  60202
USA

C F HAGLIN & SONS
4005 W 65TH ST SUITE 116
EDINA, MN  55435
USA

C F HORTON & CO
372 ROUTE 4
BARRINGTON, NH  03825
USA

C F MOTOR FREIGHT
P O BOX 4488
PORTLAND, OR  97208-4488
USA

C F MOTOR FREIGHT
P O BOX 73615
CHICAGO, IL  60673-7615
USA

C F MOTOR FREIGHT
P O BOX 7777 W9100
PHILADELPHIA, PA  19175
USA

C F MOTOR FREIGHT
P.O. BOX 7777, W9100
PHILADELPHIA, PA  19175
USA

C F SUPPLY
2101 S. 21ST STREET
WACO, TX  76706
USA

C F SUPPLY
3317 E HWY 80
ABILENE, TX  79601
USA

C F SUPPLY
PO BOX487
WACO, TX  76703
USA

C G EDWARDS & CO INC
P O BOX 358
BOSTON, MA  02127
USA

C G WILLIAMS INC
2008 REID ROAD
OWENSBORO, KY  42303
USA

C GARTENMANN & CO
GF TUJAGUE INC
NEW ORLEANS, LA
USA

C GRADY MOORE III BALCH & BINGHAM
PO BOX 306
BIRMINGHAM, AL  35201
USA

C GRANTHAM CO INC
P O BOX 326
COLUMBIA, IL  62236
USA

C H EHLERS
77 DRAGON CT.
WOBURN, MA  01888
USA

C H WALLBANK CO
312 SPRING STREET
WEST ROXBURY, MA  02132
USA

C H WILKISON - CHRISTUS MEDICAL GR
PO BOX 844152
DALLAS, TX  75284-4152
USA

C H WILLIAMS & SONS INC
630 - 111TH ST
MODESTO, CA  95354-3596
USA

C J COAKLEY CO INC
7732 LEE HIGHWAY
FALLS CHURCH, VA  22042
USA

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

C J HORNER
ARKADELPHIA, AR 71923
USA

C J HORNER
P O BOX 1423
HOT SPRINGS, AR 71901
USA

C J MAINTENANCE INC
5525 TWIN KNOLL ROAD  SUITE 323
COLUMBIA, MD 21045
USA

C K WITCO CORP
PAMELA IS MISSAL
BENSON ROAD I-5
MIDDLEBURY, CT 06749
USA

C L CANNON & SONS
PO BOX 2404
SPARTANBURG, SC 29304
USA

C L HAUTHAWAY & SONS CORPORATION
638 SUMMER STREET
LYNN, MA 01905
USA

C M BAILEY PLUMBING
750 GAP ROAD
MARIETTA, SC 29661
USA

C M M
2502 E WASHINGTON
PHOENIX, AZ 85034
USA

C N' C CONCRETE N SUPPLY
2724 AVONDALE AVE
TOLEDO, OH 43607
USA

C N' C CONCRETE N SUPPLY
2724 AVONDALE
TOLEDO, OH 43607
USA

C P 1966
PLACE D'ARMES
MONTREAL, QC H2Y 3L9
TORONTO

C P HALL COMPANY
P O BOX 97180
CHICAGO, IL 60678
USA

C P HALL COMPANY
PO BOX 99404
CHICAGO, IL 60693
USA

C P I
45 RIVER DRIVE
GEORGETOWN ONTARIO, ON L7G 2J4
TORONTO

C P R INTERNATIONAL LIMITED
2000 N.W. 92ND AVENUE
MIAMI, FL 33172
USA

C PANE AUTO BODY
1032 WASHINGTON AVENUE
SCRANTON, PA 18509
USA

C PYSKATY & SONS
800 CASTLE RD
SECAUCUS, NJ 07094
USA

C R BARD CO
289 BAY ROAD
QUEENSBURY, NY 12804-2222
USA

C R BUTLER BLDG MATERIALS
220 BYRD ST
ORANGE, VA 22960
USA

C R INDUSTRIES
4307 SOUTH YORK ROAD
GASTONIA, NC 28052
USA

C R JOSHI MD
1350 E LOS ANGELES AVE #1
SIMI VALLEY, CA 93065-2898
USA

C RYAN ASPHALT PAVING
P O BOX 185
ATTLEBORO, MA 02703
USA

C S BATTERY INC
4555 W 59TH ST
CHICAGO, IL 60629
USA

C S I
84 JENNINGS COURT
SAN FRANCISCO, CA 94124
USA

C S REPORT INC
P O BOX 696
UWCHLAND, PA 19480
USA

C S SUPPLY
DEPT. AT 40004
ATLANTA, GA 31192
USA

C T SPECIALTIES CORPORATION
PO BOX 130
LELAND, NC 28451
USA

C V MULJIA DJAJA
JIN SISINGAMANGARAJA #24A
JAKARTA-PUSAT,
IDN

C W ASSOCIATES
P O BOX 34099
BETHESDA, MD 20827
USA

C W AUSTIN CO INC
P O BOX 224
AUSTELL, GA 30001
USA

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

C W AUSTIN COMPANY INC
P O BOX 224
AUSTELL, GA 30168
USA

C W BRABENDER INSTRUMENTS INC
P O BOX 2127
SOUTH HACKENSACK, NJ 07606
USA

C&B SIGNS INC
912 CLINT MOORE RD
BOCA RATON, FL 33487
USA

C&B UTILITIES
13420 EAST HARDY
HOUSTON, TX 77039
USA

C&B UTILITIES
SPRADDLE CREEK APTS.
AUSTIN, TX 78717
USA

C&C AUDIO, VIDEO APPLIANCE
2335 E. MCNEESE ST.
LAKE CHARLES, LA 70607
US

C&C CONCRETE
PO BOX 275
JACKSBORO, TN 37757
USA

C&C OIL COMPANY
PO BOX 670834
MARIETTA, GA 30066
USA

C&C OXYGEN CO.
3615 ROSSVILLE BLVD.
CHATTANOOGA, TN 37407
USA

C&C OXYGEN CO.
CHATTANOOGA, TN 37407
USA

C&C PRODUCTS
1812 JOY LAKE ROAD
LAKE CITY, GA 30260
USA

C&C SOFTWARE
P O BOX 50002
DALLAS, TX 75250-0002
USA

C&C SUPPLY
8311 HWY. 51 NORTH
MILLINGTON, TN 38053
USA

C&C WELDING & SAND BLASTING
1714 RIVER STREET
WATERLOO, IA 50702
USA

C&D CONC/CHANEY ENTERPRISES LP
P.O. BOX 131
GOLDSBORO, MD 21636
USA

C&D FIREPROOFING
ATTN: DOMENIC, JR.
NEW ROCHELLE, NY 10801
USA

C&H DISTRIBUTORS INC
BOX 88031
MILWAUKEE, WI 53288-0031
USA

C&H DISTRIBUTORS INC.
P.O. BOX 14770
MILWAUKEE, WI 53204
USA

C&H DISTRIBUTORS
BOX 88031
MILWAUKEE, WI 53288-0031
USA

C&H DRYWALL SUPPLY
7701 BAYSIDE DR.
GALVESTON, TX 77552
USA

C&H DRYWALL SUPPLY
P.O. BOX 3262
GALVESTON, TX 77552
USA

C&H ELEC. C/O BRIDGEPORT HOSPITAL
GRANT STREET
BRIDGEPORT, CT 06461
USA

C&H PRECAST INC.
PO BOX 529
LUMBERTON, MS 39455
USA

C&L AQUA PROFESSIONALS
3334 CARBIDE DRIVE
SULPHUR, LA 70665-8663
US

C&L DEVELOPMENT
18980 BELLGROVE CIRCLE
SARATOGA, CA 95070
US

C&L SUPPLY
4840 YORK BLVD.
LOS ANGELES, CA 90042
USA

C&M IRON & METAL CO INC
2390 W HAMPDEN AVE
ENGLEWOOD, CO 80110
USA

C&M IRON & METAL CO INC
ENGLEWOOD, CO 80110
USA

C&M WOOD FLOORING INC.
1550 N.W. 3RD STREET
DEERFIELD BEACH, FL 33442
USA

C&P DISTRIBUTING
CAMBRIDGE, MA 02140
USA

C&P DISTRIBUTING
P.O. BOX 813
BURNSIDE, KY 42519
USA

C&R SUPPLY
1322 WASHINGTON AVENUE
PHILADELPHIA, PA 19147
USA

C&S AUTO ELECTRIC INC
7017 MABLETON PARKWAY
MABLETON, GA 30126
USA

## Exhibit  6
## Bar Date Notice & Non-Asbestos POC

C&S CONCRETE
2312 MINDEN RD.
SPRINGHILL, LA 71075
USA

C&S DOOR COMPANY
PO BOX 171
ADDISON, IL 60101
USA

C&S INC
121 PIERMONT RD
NORWOOD, NY 07648
USA

C. A. BRIGGS CO.
632 DAVISVILLE RD.
WILLOW GROVE, PA 19090
US

C. A. LINDMAN, INC.
10401 GUILFORD ROAD
JESSUP, MD 20794
USA

C. A. LINDMAN, INC.
9010 MAIER ROAD
LAUREL, MD 20723
USA

C. B. BOILER SERVICE
LOCK BOX 68-6121
MILWAUKEE, WI 53268-6121
USA

C. B. CONCRETE INC
NEWARK ROAD
PALMYRA, NY 14522
USA

C. B. CONCRETE INC.
NEWARK ROAD
PALMYRA, NY 14522
USA

C. B. CONCRETE
WHISKEY HILL RD
WOLCOTT, NY 14590
USA

C. C. INDUSTRIAL SUPPLY CO., INC.
4845 HOMESTEAD ROAD SUITE 530
HOUSTON, TX 77028-5835
USA

C. DEAN MCWILLIAMS
305 W. CHARLOTTESVILLE AVENUE
COLLEYVILLE, TX 76034
USA

C. F. HAGLIN & SONS CO.
C/O NSP LOADING DOCK
MINNEAPOLIS, MN 55401-1993
USA

C. J. HORNER
149 EAST FRONT ST.
MALVERN, AR 72104
USA

C. J. MINER, INC.
VALATIE, NY 12184
USA

C. J. TIERNO, INC.
ATTN: ACCOUNTS PAYABLE
PITTSBURGH, PA 15239
USA

C. JIM STEWART & STEVENSON
P.O. BOX 200441
HOUSTON, TX 77216
USA

C. KENNETH STILL, TRUSTEE
P.O. BOX 305
CHATTANOOGA, TN 37401
USA

C. KENNETH STILL, TRUSTEE
P.O. BOX 511
CHATTANOOGA, TN 37401
USA

C. L. CANNON
PO BOX2404
SPARTANBURG, SC 29304
USA

C. LLOYD COMPANY
1612 SAXONBURG BLVD.
TARENTUM, PA 15084
USA

C. M. KEMP MANUFACTURING CO.
P.O. BOX 480
CONYERS, GA 30207
USA

C. MEREDITH, INC.
P.O. BOX 35688
DALLAS, TX 75235-5688
USA

C. P. ENVIRONMENTAL
P.O. BOX 4779
CHATTANOOGA, TN 37405
USA

C. P. HALL COMPANY, THE
2500 CHANNEL AVENUE
MEMPHIS, TN 38113
USA

C. P. HALL COMPANY, THE
444 ALASKA AVENUE
TORRANCE, CA 90503
USA

C. P. HALL COMPANY, THE
PO BOX 3637
TORRANCE, CA 90510
USA

C. S. BELL CO.
P.O. BOX 291
TIFFIN, OH 44883
US

C. T. JAMISON PRECAST INC.
865 ALGOMA ROAD
CALLAWAY, VA 24067
USA

C. TREMBLAY
62 WHITTMORE AVE
CAMBRIDGE, MA 02140
USA

C.A. BRIGGS CO.
632 DAVISVILLE ROAD
WILLOW GROVE, PA 19090
USA

C.A. NORGREN
5400 SOUTH BANNOCK STREET
LITTLETON, CO 80120
USA

C.A. NORGREN
5400 SOUTH DELAWARE STREET
LITTLETON, CO 80120
USA