**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| MILLER, CHERI<br>3415 LONGHERRIDGE<br>PEARLAND, TX 77581 | MILLER, CHERYL<br>2317 MISSION RD<br>EDMOND, OK 73034 | MILLER, CHRISTINE J<br>840 RIVER RD<br>YOUNGSTOWN NY, NY 14174 |
| MILLER, CHRISTINE<br>364 UNION AVENUE<br>CLIFTON, NJ 07011 | MILLER, CHRISTOPHER<br>PO BOX 965<br>PEMBROKE, NC 28372 | MILLER, CLYDE<br>PO BOX 933<br>JENNINGS, LA 705460000 |
| MILLER, CONNIE<br>1242 SALUDA LAKE ROAD<br>GRENVILLE, SC 29611 | MILLER, CONNIE<br>3046 CLINCHVIEW DR<br>MORRISTOWN, TN 37814 | MILLER, CRAIG<br>1406 S. 18TH AVENUE<br>MAYWOOD, IL 60153 |
| MILLER, CRAIG<br>3801 PLACID CT<br>MIDLAND, TX 79703 | MILLER, CRAIG<br>7964 W RIVERSIDE DR<br>PASADENA, MD 21122 | MILLER, D<br>2411 NEW HAVEN CIR<br>SUN CITY CENTER, FL 33573 |
| MILLER, D<br>C/O SYD MILLER WR GRACE & CO<br>P O BOX 277    MEMPHIS, TN 38101 | MILLER, DALE<br>40 HIGH MEADOWS RD<br>WALDEN, NY 12586 | MILLER, DANIEL<br>1665 MAYNARD DRIVE<br>INDIANAPOLIS, IN 46227 |
| MILLER, DARCI<br>3603 S CLARKS CREEK RD<br>INDIANAPOLIS, IN 46231 | MILLER, DARLENA<br>11868 SW 273 ST<br>HOMESTEAD, FL 33032 | MILLER, DARLENE<br>21505 COLFAX<br>LOWELL, IN 46356 |
| MILLER, DEANNA<br>3116 ELCAMINO DR<br>SPRINGFIELD, OH 45503 | MILLER, DEANNA<br>7527 RANCHEROST<br>ORLANDO, FL 32822 | MILLER, DEBORAH D<br>6800 NW FISK<br>KANSAS CITY, KS 64151 |
| MILLER, DENISE<br>1027 HARTMONT ROAD<br>BALTIMORE, MD 21228 | MILLER, DENNIS<br>1027 HARTMONT ROAD<br>BALTIMORE, MD 21228 | MILLER, DIANA<br>5050 ORVILLE AVE   BALTIMORE MD 21205<br>BALTIMORE, MD 21205 |
| MILLER, DIANA<br>RT 3  BOX 513A<br>HARRISONVILLE, MO 64701 | MILLER, DIANNE<br>103 ANGIE LANE<br>SIMPSONVILLE, SC 296819343 | MILLER, DIONNE<br>707 CLARK CT #103<br>LEESBURG, VA 22075 |
| MILLER, DONALD<br>3965 GILL DRIVE<br>SULPHUR, LA 70663 | MILLER, DONNA<br>20210 HIGHWAY 55 NO<br>STERRETT, AL 35147 | MILLER, DONNA<br>230 SECOND STREET<br>FO;;MORE, CA 93015 |
| MILLER, DONNA<br>POST OFFICE BOX 2107<br>FERNLEY, NV 89408 | MILLER, E<br>1910 SOUTH BROADWAY<br>BARTOW, FL 33830 | MILLER, E<br>C/O A ANDREOSATOS WR GRACE<br>WHITTEMORE AVENUE  CAMBRI, MA 02140 |
| MILLER, EARL<br>46 BERNE ROAD<br>HAMBURG, PA 19526 | MILLER, EARL<br>8196 ETON CT<br>JONESBORO, GA 30236 | MILLER, EDDIE<br>406 FOREST PARK DRIVE<br>SIMPSONVILLE, SC 29681 |
| MILLER, EDDIE<br>607 NORTH ELM<br>PARIS, AR 728552318 | MILLER, EDITH G.<br>1816 WYCLIFFE RD<br>BALTIMORE, MD 21234 | MILLER, EDMUND<br>461 BELLEVUE AVENUE<br>LAKE ORION, MI 48362 |

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| MILLER, EDWARD<br>4617 CROCKETT<br>SAN ANGELO, TX 76903 | MILLER, EDWARD<br>8343 MORVEN ROAD<br>BALTIMORE, MD 21234 | MILLER, ELIZABETH<br>9269 GRAPEWINE COURT<br>COLUMBIA, MD 21045 |
| MILLER, ENID<br>7418 MEADOWDALE LANE<br>CHARLOTTE, NC 28212 | MILLER, ENILMA<br>86 SPRING ST<br>BLOOMFIELD, NJ 07003 | MILLER, ERIC<br>5153 DEE ACRES<br>PHILPOT, KY 42366 |
| MILLER, ERICA<br>P.O.BOX 151<br>MARSHALLVILLE, OH 44645 | MILLER, ESQ, JAMES<br>KIRKPATRICK & LOCKHART LLP<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312<br>USA | MILLER, EUGENE<br>5 WHEATON CENTER<br>WHEATON, IL 601874957 |
| MILLER, F<br>W 6005 PIONEER RD.<br>NEW GLARUS, WI 53574 | MILLER, FELECIA<br>3202 ALLISTER DR<br>PINE BLUFF, AR 71603 | MILLER, FLOYD<br>POST OFFICE BOX 2107<br>FERNLEY, NV 89408 |
| MILLER, FRANCES<br>1803 EUTAW PLACE<br>BALTIMORE, MD 212173807 | MILLER, FRANCIS<br>C/O LINDA ANDREW    81 WEST MAIN<br>ST<br>WATERBURY, CT 06702 | MILLER, FREDDY<br>735 FOREST VIEW DRIVE<br>TALLMADGE, OH 442782909 |
| MILLER, GARRETT<br>2943 W. ROY FURMAN HIGHWAY<br>WAYNESBURG, PA 15370 | MILLER, GARY<br>1215 MCVEY<br>MT VERNON, MO 65712 | MILLER, GARY<br>300 TRAVIS DRIVE<br>AVONDALE, LA 70094 |
| MILLER, GARY<br>401 WILLOWRIDGE ST<br>A1<br>ARDMORE, OK 73401 | MILLER, GARY<br>7502 PROGRESS DRIVE<br>AMARILLO, TX 79119 | MILLER, GEORGE<br>1868 MEADOW GRASS DR #1<br>CORDOVA, TN 38018 |
| MILLER, GEORGE<br>4078 NORTH 39TH STREET<br>MILWAUKEE, WI 53216 | MILLER, GERALD<br>1850 TETON DRIVE<br>GRAPEVINE, TX 76051 | MILLER, GERALD<br>BOX 33<br>TRUMAN, MN 560880033 |
| MILLER, GERALDINE<br>8820 GREENWELL SPS<br>BATON ROUGE, LA 70814 | MILLER, GINA<br>3100 MANCHESTER , BLDG #2<br>#109<br>FALLS CHURCH, VA 22044 | MILLER, GLEN<br>3705 7TH AVENUE<br>BIRMINGHAM, AL 35224 |
| MILLER, GREGORY<br>2513 ORLEANS ST<br>BALTIMORE, MD 21224 | MILLER, HAROLD D. JR<br>31065 CTY RD #41<br>AKRON, CO 80720 | MILLER, HARVEY<br>ROUTE 1 , BOX 453<br>WAYNESBORO, MS 39367 |
| MILLER, HATTIE<br>3658 KIRBY<br>DETROIT, MI 48211 | MILLER, HOMER<br>3520 E GASKIN RD #27<br>BARTOW, FL 33830 | MILLER, IRENE<br>BOX 223<br>NEWHALL, IA 52315 |
| MILLER, JACK<br>211 EAVES STREET<br>ATHENS, TN 373031917 | MILLER, JACK<br>6149 WATERMAN LANE<br>LAKELAND, FL 33813 | MILLER, JACK<br>RT 6 BOX 56-C<br>JASPER, AL 35501 |

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| MILLER, JAIME<br>1335 WEST DAVE DUGAS<br>CARLYSS, LA 70665 | MILLER, JAMES<br>107 CINDY CIRCLE RT. 5<br>RINGGOLD, GA 30736 | MILLER, JAMES<br>1201 NORTH FOSTER<br>BATON ROUGE, LA 70806 |
| MILLER, JAMES<br>202 A DONAVEN DR., SW<br>CULLMAN, AL 35055 | MILLER, JAMES<br>2820 DANA COURT<br>ELLICOTT CITY, MD 21042 | MILLER, JAMES<br>8866 KINGFISHER LAKE RD<br>MACEO, KY 42355 |
| MILLER, JAN<br>8210 PLUM DRIVE<br>URBANDALE, IA 50322 | MILLER, JANE<br>34 JACKSON DRIVE<br>ACTON, MA 01720 | MILLER, JANET<br>2120 RYDALE CT<br>VIRGINIA BEACH, VA 23464 |
| MILLER, JANET<br>4775 ROLLING MEADOWSDRIVE<br>MEMPHIS, TN 38128 | MILLER, JANIS<br>510 SHERWOOD DR<br>SENECA, SC 29678 | MILLER, JEAN<br>1385 BRESON AVENUE<br>RENO, NV 89502 |
| MILLER, JEANETTE<br>673 RT 2715<br>LIGONIER, PA 15658 | MILLER, JEFF<br>123 SHIRE LN<br>WERNERSVILLE, PA 19565 | MILLER, JEFFREY<br>1901 IOWA ST.<br>CONNELLSVILLE, PA 15425 |
| MILLER, JEFFREY<br>3417 PACIFIC AVE<br>FILLMORE, CA 93015 | MILLER, JEFFREY<br>4117 ST FRANCIS PARK DR<br>GREEN BAY, WI 543138436 | MILLER, JEFFREY<br>9837 GENESEE AVENUE<br>SAN DIEGO, CA 92121 |
| MILLER, JENNIFER<br>1410 LAKE VISTA DRIVE<br>JOPPA,, MD 21085 | MILLER, JERI<br>573 COLEMAN PARK ROAD<br>IOWA PARK, TX 76367 | MILLER, JERRY K<br>159 NORTH 15TH ST<br>E ORANGE NJ, NJ 07017 |
| MILLER, JERRY<br>79-275 AVE 40<br>INDIO, CA 92201 | MILLER, JESSE<br>3103 WEATHERFORD<br>LAPORT, TX 77571 | MILLER, JIM<br>222 NICHOLSON DR<br>MOORESTOWN, NJ 08057<br>USA |
| MILLER, JOANITA<br>8003 BENAROYA LANE<br>HUNTSVILLE, AL 35802 | MILLER, JOANN<br>3131 TIMMONS LANE<br>611<br>HOUSTON, TX 77027 | MILLER, JOANNE<br>844 DUPRE CT.<br>ST PETERS, MO 63376 |
| MILLER, JOHN<br>103 DOGWOOD BLVD<br>TRAVELERS REST, SC 29690 | MILLER, JOHN<br>17805 KELLY RD<br>PECATONICA, IL 61063 | MILLER, JOHN<br>4241 N.GRANDVIEW#76<br>ODESSA, TX 79763 |
| MILLER, JOHN<br>8421 ARBUTUS RD<br>RIVIERA BEACH, MD 21122 | MILLER, JOHN<br>876 FARMINGTON AVE<br>WEST HARTFORD, CT 06119 | MILLER, JOSEPH<br>68 W 144TH STREET<br>RIVERDALE, IL 60827 |
| MILLER, JOSEPH<br>7419 QUAILWOOD DR<br>CHARLOTTE, NC 28226 | MILLER, JOSEPH<br>RR1 8-010<br>LOMBARDY ONTARIO,  K0GIL0 | MILLER, JOYCE<br>1516 EAST CLEMENT STREET<br>BALTIMORE, MD 21230 |
| MILLER, JR., FLOYD<br>154 BARRILEAUX ST.<br>LOCKPORT, LA 70374 | MILLER, JUDITH<br>16 VALMONT AVENUE<br>COMMACK, NY 117253319 | MILLER, JUDITH<br>8505 COUNCIL CT.<br>RALEIGH, NC 27615 |

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

| | | |
|---|---|---|
| MILLER, JULAINE<br>418 WEST MOHAWK TRAIL<br>DE FOREST, WI 53532 | MILLER, KAREN<br>2270 SENECA DRIVE<br>RENO, NV 89506 | MILLER, KAREN<br>9906 OWENSMOUTH AVE<br>#17<br>CHATSWORTH, CA 91311 |
| MILLER, KATHERINE<br>1495 CARRIAGE LANE<br>ROCHESTER HILLS, MI 48306 | MILLER, KEITH<br>402 BOHLAND<br>BELLWOOD, IL 60104 | MILLER, KEITH<br>5729 ASPEN STREET<br>LAKE CHARLES, LA 70605 |
| MILLER, KENDAL<br>21 SOUTH BRIDGE STREET<br>SOMERVILLE, NJ 08876 | MILLER, KENNETH<br>1136 MERMAID DR<br>ANNAPOLIS, MD 21401 | MILLER, KENNETH<br>1136 MERMAID DRIVE<br>ANNAPOLIS, MD 214010000 |
| MILLER, KEVIN<br>40 WOODRIDGE ROAD<br>WAYLAND, MA 01778 | MILLER, KEVIN<br>906 WAVERLY PL<br>GREEN BAY, WI 543043643 | MILLER, LANCE<br>2549 HAWTHORNE DR.<br>ATLANTA, GA 30345 |
| MILLER, LARRY<br>195 NEEDMORE RD<br>OLD HICKORY, TN 37138 | MILLER, LARRY<br>5 GIBB ST<br>FRAMINGHAM, MA 01710 | MILLER, LAUGHTON<br>3417 NEWKIRK AVENUE<br>BROOKLYN, NY, NY 11203 |
| MILLER, LAWRENCE<br>2051 SANDALWOOD<br>GREEN BAY, WI 54304 | MILLER, LEE ANDREW<br>1915 N ORLEANS<br>2-C<br>MCHENRY, IL 60050 | MILLER, LEE ANDREW<br>51 S 46TH AVE<br>BELLWOOD, IL 60104 |
| MILLER, LEE<br>1801 E. 109 PL<br>LOS ANGELES, CA 90059 | MILLER, LEIGH<br>BOX 3498 CLEMSON UNIVERSITY<br>CLEMSON, SC 29632 | MILLER, LEONARD<br>370 STOUT STREET<br>CRAIG, CO 816252926 |
| MILLER, LEONZA<br>1906 SW 69TH DR<br>GAINESVILLE, FL 32607 | MILLER, LESLIE<br>1000 MARY DRIVE<br>702<br>IOWA PARK, TX 76367 | MILLER, LESLIE<br>3139 SOUTHEASTDRIVE<br>WICHITA FALLS, TX 76305 |
| MILLER, LINDA<br>220 LONGVIEW DRIVE<br>JEFFERSON, GA 30549 | MILLER, LONNIE<br>4710 BELLAIRE BLVD<br>HOUSTON, TX 77401 | MILLER, MARCUS<br>7915 WELLESLEY CT<br>PASADENA, MD 21122 |
| MILLER, MARGARET<br>9971 BROADMOOR DR<br>SAN RAMON, CA 94583 | MILLER, MARIA A<br>3004 V PL SE<br>WASHINGTON DC, DC 20020 | MILLER, MARIA<br>138 DAVENPORT STREET<br>SOMERVILLE, NJ 08876 |
| MILLER, MARIA<br>6510 WISTERIA DR. APT. 6<br>CHARLOTTE, NC 28210 | MILLER, MARIE<br>113 PINE DRIVE<br>MILTON, DE 19968 | MILLER, MARION<br>1253 EAST 104 ST<br>BKLYN, NY 11236 |
| MILLER, MARISSA<br>72 MONTICELLO AVE<br>NEWARK, NJ 07106 | MILLER, MARJORIE<br>3787 FAIRINGTON DR.<br>HEPHZIBAH, GA 30815 | MILLER, MARK<br>1746 S. ANDREWS DR.<br>PLAINFIELDIS, IN 46168 |

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| MILLER, MARK<br>210 WESTWOOD<br>BURKBURNETT, TX 76354 | MILLER, MARK<br>CAMERON STAR ROUTE  BOX 37A<br>WAYNESBURG, PA 15370 | MILLER, MARK<br>RT 2 BOX 247<br>ROBELINE, LA 71469 |
| MILLER, MARSHA<br>P.O. BOX 437<br>ZEBULON, GA 30295 | MILLER, MARTY<br>RT. 2, BOX 163<br>JENNINGS, LA 70546 | MILLER, MARY ELLEN<br>216 NEVADA AVENUE<br>LIBBY, MT 59923 |
| MILLER, MARY<br>1135 ROSELLE AVENUE<br>LAKELAND, FL 338054156 | MILLER, MARY<br>2526 JUDY<br>ODESSA, TX 79762 | MILLER, MARY<br>272 DEMOTT LANE<br>SOMERSET, NJ 08873 |
| MILLER, MARY<br>430 MIRA ST<br>RENO, NV 89512 | MILLER, MARY<br>4686 RED LEAF WAY<br>MARTINEZ, GA 30909 | MILLER, MARYLEE<br>195 N HARBOR DR<br>CHICAGO, IL 60601 |
| MILLER, MAURICE<br>1801 RIVERSIDE DRIVE<br>COLUMBUS, OH 432121806 | MILLER, MAYNARD<br>1511 ASPEN DRIVE<br>ATLANTIC, IA 500222441 | MILLER, MC CLENDON<br>12408 S EGGLESTON<br>CHICAGO, IL 60628 |
| MILLER, MEGAN<br>4910 OAKCREST DR.<br>FAIRFAX, VA 22030 | MILLER, MELANIE<br>300 WEST 10TH ST<br>WELDON, NC 27890 | MILLER, MERRIT<br>R.R. 1, BOX 300<br>WALLKILL, NY 12589 |
| MILLER, MICHAEL<br>108 ROSEMEAD AVE<br>SINKINGSPRING, PA 19608 | MILLER, MICHAEL<br>21 AUTUMNWOOD CR<br>MADISON, WI 53719 | MILLER, MICHAEL<br>25901K RIDGE    MANOR DRIVE<br>DAMASCUS, MD 20872 |
| MILLER, MICHAEL<br>742 LUDLOW<br>ROCHESTER, MI 48307 | MILLER, MICHAEL<br>744 LONGVIEW AVE<br>GREEN BAY, WI 54301 | MILLER, MICHAEL<br>8225 SEVERN ORCHARD CIRCLE<br>SEVERN, MD 21144 |
| MILLER, MICHAEL<br>RT. 1, BOX 529<br>PORT BARRE, LA 70577 | MILLER, MICHELLE<br>11228 TORRIE WAY<br>BEALETON, VA 22712 | MILLER, MICHELLE<br>3063 CIMARRON TRAIL<br>MADISON, WI 53719 |
| MILLER, MOLLY JO<br>8 JODY'S PATH<br>EAST HAMPTON, NY 11937 | MILLER, NANCY<br>1120 AVENUE I<br>BOGALUSA, LA 70427 | MILLER, NANCY<br>1212 W. LAKE ST<br>GRIFFITH, IN 46319 |
| MILLER, NEIL<br>1216 NW 3RD AVE<br>FT LAUDERDALE, FL 33313 | MILLER, NOREEN<br>3658 E. KIRBY<br>DETROIT, MI 48211 | MILLER, NORMA<br>RT 3 SNOW RD<br>PELZER SC, SC 29669 |
| MILLER, NORMAN<br>1189 HARBOR OAK DRIVE<br>CROWNSVILLE, MD 21032 | MILLER, PAMELA<br>68 OGDEN ST<br>PROVIDENCE, RI 02906 | MILLER, PATRICIA<br>1123 STANLEY AVE<br>BETHLEHEM, PA 18015 |
| MILLER, PATRICIA<br>1752 W CAPRI<br>MESA, AZ 85202 | MILLER, PATRICIA<br>305 JACKSON<br>COCHRAN, GA 31014 | MILLER, PATRICIA<br>P.O. BOX 293<br>MINDEN, LA 71058 |

## Exhibit 6
## Bar Date Notice & Non-Asbestos POC

MILLER, PAUL
3665 WINDSOR ROAD
DE FOREST, WI 53532

MILLER, PAUL
69 COUNTRY ESTATES RD
FOUNTAIN INN, SC 29644

MILLER, PAULINE
2385 POINSETTA DR
ORANGE CITY, FL 32763

MILLER, PEGGIE
8081 MARVIN D LOVE #804
DALLAS, TX 75237

MILLER, PEGGY
7000 COOK RD
HOUSTON, TX 77072

MILLER, PETER
22 EAST 88 STREET
10F
NEW YORK, NY 101280502

MILLER, PETER
2450 HARBORVIEW DRIVE
SAN LEANDRO, CA 945776358

MILLER, PHILIP
1222 N EDGEMONT ST
#9
L.A., CA 90029

MILLER, PHILIP
RR1 BOX 7100
LUBEC, ME 046529664

MILLER, R
2113 GRAND PRIX DR #S
FAYETTEVILLE, NC 28303

MILLER, RACQUEL
483 HAWTHORNE
#3
MONTEREY, CA 93490

MILLER, RANDALL
4151 HOMESTEAD DR
LAKELAND, FL 33809

MILLER, RANDALL
RD 1 BOX 571
CONNEAUT LAKE, PA 16316

MILLER, RANDY
RT 1 BOX 400
SUNSET, LA 70584

MILLER, RICHARD
19903 PINEHURST TRAIL DR
HUMBLE, TX 773461732

MILLER, RICHARD
301 NORTH OLIVE
KERMIT, TX 79745

MILLER, RICHARD
5724 HIGHWAY 56
CHAUVIN, LA 70344

MILLER, RICHARD
58600 CR. 19
GOSHEN, IN 46526

MILLER, RICHARD
707 VARNADO ST.
FRANKLINTON, LA 70438

MILLER, ROBERT
1063 REDFIELD TERR
DUNWOODY, GA 30338

MILLER, ROBERT
111 SUMMIT HILLS DRIVE
SPARTANBURG, SC 293071533

MILLER, ROBERT
205 CHEYENNE DRIVE
SIMPSONVILLE, SC 29681

MILLER, ROBERT
34 JACKSON DRIVE
ACTON, MA 01720

MILLER, ROBERT
7313 SPRINGFIELD AVE
SYKESVILLE, MD 21784

MILLER, ROBERT
9801 WELLINGTON WAY
FORT SMITH, AR 72908

MILLER, ROBIN
8785 EMERSON RD, #D
APPLE CREEK, OH 44606

MILLER, RODNEY
544 CONGRESS
OTTAWA, IL 61350

MILLER, RODNEY
RT 5 BOX 519
DEAN, TX 76302

MILLER, ROGER
117 NORTHWOOD DR
HIAWATHA, IA 52233

MILLER, RONALD
934 HILLSIDE CHURCH RD
FOUNTAIN INN, SC 29644

MILLER, ROSALIND
4455 CARROLTON
INDIANAPOLIS, IN 46205

MILLER, RUSSELL
W.4TH ST. & LARCHWOOD
411
STORM LAKE, IA 50588

MILLER, RUTHIE
1201 HARLESS    APT. # 727
ODESSA, TX 79763

MILLER, S
1750 LAMPLIGHTER DR
MACUNGIE, PA 18062

MILLER, S
FOREST STREET
MEDFORD, MA 01821

MILLER, SAM
3038 DALE COURT
SNELLVILLE, GA 30278

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| MILLER, SANDRA<br>119 RIVA AVENUE<br>MILLTOWN, NJ 08850 | MILLER, SARA<br>1802 A LANDING DR<br>SANFORD, FL 32771 | MILLER, SARAH<br>P.O. BOX 3036<br>BRANDON, FL 33509 |
| MILLER, SCOTT<br>1637 LINDEN STREET<br>ALLENTOWN, PA 18102 | MILLER, SEANDRA<br>2492 WOOD MEADOWS DR<br>MARIETTA, GA 30064 | MILLER, SHARON<br>150 DEWEY DRIVE<br>ANNAPOLIS, MD 21401 |
| MILLER, SHARON<br>180 WYNFIELD CT<br>GRAY COURT, SC 29645 | MILLER, SHARON<br>5256 N. 48TH ST<br>MILWAUKEE, WI 53218 | MILLER, SHAWNA<br>959 LEAL STREET<br>DOUGLAS, WY 82633 |
| MILLER, STEPHEN<br>11810 HAMMOND<br>605<br>HOUSTON, TX 77065 | MILLER, STEPHEN<br>196 S. 6TH STREET<br>NEWARK, NJ 07103 | MILLER, STEPHEN<br>77 CARLTON AVE<br>PISCATAWAY, NJ 08854 |
| MILLER, STEPHEN<br>8 GREEN HILL ROAD<br>HANOVER, MA 023392653 | MILLER, STEVEN<br>16 MARINERS WALK WAY<br>MIDDLE RIVER, MD 21220 | MILLER, STEVEN<br>18 SOUTH 5TH AVE.<br>DARDANELLE, AR 72834 |
| MILLER, SUSAN<br>218 VAN BUREN ST<br>FALLS CHURCH, VA 22046 | MILLER, SUSAN<br>24 VESTA DR<br>FREDERICKSBURG, VA 22405 | MILLER, SUSAN<br>321 MEANDERING WAY<br>PALMER, TX 75152 |
| MILLER, SUZANNE<br>6546 MACCORKLE AVE<br>CHARLESTON, WV 25304 | MILLER, SYLVIA<br>1401 PERSHING BLVD APT S211<br>READING, PA 19607 | MILLER, TERRY<br>1644 SYLVAN RD, LOT 25<br>WOOSTER, OH 44691 |
| MILLER, THEODORE<br>%LORING,WOLCOTT & COOLIDGE   230<br>CONGRESS ST<br>BOSTER, MA 212202437 | MILLER, THOMAS<br>1043 UNIVERSITY AVE.<br>SAN DIEGO, CA 92103 | MILLER, THOMAS<br>13975 SR 39 #1<br>LAKEVILLE, OH 44638 |
| MILLER, THOMAS<br>5088 CLAYRIDGE DR<br>109<br>ST LOUIS, MO | MILLER, THOMAS<br>6281 MILLCREEK TERR.<br>ZUNI, VA 23898 | MILLER, TIMOTHY<br>206 STOOKSBURY LANE<br>ANDERSONVILLE, TN 37705 |
| MILLER, TINA<br>719 LYNNFIELD DR<br>ARLINGTON, TX 76014 | MILLER, TOM<br>HOOVER STATE OFFICE BLDG<br>1305 E WALNUT<br>DES MOINES, IA 50319<br>USA | MILLER, TOMMIE<br>4206 SILVER LAKE<br>SAN ANTONIO, TX 78219 |
| MILLER, TRACY<br>9250 SWINTON AVE<br>SEPULVEDA, CA 91343 | MILLER, VELMA<br>5414 CEDAR SPRINGS<br>DALLAS, TX 75235 | MILLER, VERCIL<br>2106 HIGHWAY 60 W<br>BARTOW, FL 33830 |
| MILLER, VERNELL<br>5256 N 48TH STREET<br>MILWAUKEE, WI 53218 | MILLER, VERONICA<br>707 CLARK CT NE #103<br>LEESBURG, VA 22075 | MILLER, VICKI<br>P.O. BOX 65<br>ALTO PASS, IL 62905 |

# Exhibit 6
# Bar Date Notice & Non-Asbestos POC

| | | |
|---|---|---|
| MILLER, VIVIAN<br>3914 WESTRIDGE MEADOW CR<br>CLEMMONS, NC  27012 | MILLER, WILBERT<br>376 CROCHET ROAD<br>IOTA, LA  70543 | MILLER, WILLIAM<br>6600 PLUM CREEK #161<br>AMARILLO, TX  79405 |
| MILLER, WYATT<br>411 JEFFREY STREET<br>BALTIMORE, MD  21225 | MILLER-HARRIS, PAMELA<br>6512 OAKRIDGE DRIVE<br>DANVILLE, IN  46122 | MILLER-HINDS, PEGGY<br>1331-C CRIQUE WAY<br>ROSWELL, GA  30076 |
| MILLER-III, F.-DANIEL<br>410 NORTH BARRETT LA<br>CHRISTIANA, DE  19702 | MILLER-NELSON RESEARCH, INC.<br>8 HARRIS CT., BLDG. C-6<br>MONTEREY, CA  93940<br>US | MILLERS INSUL./OK CASINO<br>ESPANOLA, NM  87532<br>USA |
| MILLERS INSUL./SUMMIT HOTEL<br>ONE LONE MOUNTAIN RD.<br>BIG SKY, MT  59716<br>USA | MILLERS INSUL/ALBUQUERQUE TEMPLE<br>ALBUQUERQUE, NM  87102<br>USA | MILLERS INSUL/HISPANIC CULTURAL CTR<br>ALBUQUERQUE, NM  87102<br>USA |
| MILLERS INSUL/THE HART HOSPITAL<br>ALBUQUERQUE, NM  87102<br>USA | MILLER'S INSULATION & FIREPROOFING<br>424 KINLEY AVE. N.E.<br>ALBUQUERQUE, NM  87102<br>USA | MILLERS TRUCK REPAIR<br>P.O. BOX 335<br>PLYMOUTH, FL  32768-0335<br>US |
| MILLER-STEPHENSON CHEM CO INC<br>P O BOX 950<br>DANBURY, CT  06810<br>USA | MILLER-STEPHENSON CHEMICAL CO<br>P O BOX 950<br>DANBURY, CT  06810<br>USA | MILLER-STEPHENSON CHEMICAL CO., INC<br>55 BACKUS AVE.<br>DANBURY, CT  06810<br>USA |
| MILLER-STEWART INC<br>1318 E 6TH ST<br>CHEYENNE, WY  82001<br>USA | MILLERT-DIETZ CO.<br>527 W. LANCASTER AVE.<br>MALVERN, PA  19355<br>USA | MILLET, EMANUEL<br>HC-05 BOX 58100<br>HATILLO, PR  00659 |
| MILLETT, JOHN<br>4200 S. HULEN ST  SUITE 600<br>FT WORTH, TX  76109 | MILLETTE, CARLENE<br>3706 NORWICH RD.<br>NEW BERN, NC  28562 | MILLHOLLIN, L MARIE<br>1101 W. MICHIGAN<br>MISSOURI VALLEY, VA  51555 |
| MILLIAM, GLORIE<br>14425 NE 6 AVE APT. 306<br>MIAMI, FL  33161 | MILLIAN, KENNETH<br>3527 WINFIELD LANE, NW<br>WASHINGTON, DC  20007999 | MILLIARD, ROBERT<br>320 STEVENS STREET<br>NO. ANDOVER, MA  01845 |
| MILLICAN, DANIEL<br>6131 WRIGHT DRIVE<br>BATON ROUGE, LA  70812 | MILLIE, SARAH<br>5 LINNAEAN STREET   APT. #8<br>CAMBRIDGE, MA  02138 | MILLIGAN READY MIX INC.<br>1679 CONSTITUTION DR.<br>IUKA, MS  38852<br>USA |
| MILLIGAN READY MIX<br>HIGHWAY 25 NORTH<br>IUKA, MS  38852<br>USA | MILLIGAN READY MIX<br>HWY 25 N<br>IUKA, MS  38852<br>USA | MILLIGAN, AIMEE<br>1913 SANDY COURT<br>MANSFIELD, OH  44904 |
| MILLIGAN, GERALDINE<br>1919 DABNEY DR<br>AUGUSTA, GA  30906 | MILLIGAN, JAMES<br>HCR 67 BOX 25<br>RATLIFF CITY, OK  73081 | MILLIGAN, KATHLEEN<br>6420 ARLENE LANE<br>SHREVEPORT, LA  71129 |

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

| | | |
|---|---|---|
| MILLIGAN, RANDALL<br>3324 YORK STREET<br>WICHITA FALLS, TX 76309 | MILLIGAN, SANDRA<br>910 PERRY ST    ROAD<br>KINSTON, NC 28501 | MILLIKAN, JACK INC.<br>4680 NO DOWN RIVER RD<br>GRAYLING, MI 49738<br>USA |
| MILLIKAN, JEFFREY<br>RT 5 BOX 127 ROBBINS RD<br>TRINITY, NC 27370 | MILLIKEN & CO<br>GEORGE FISHER<br>P O BOX 1926 M-495<br>920 MILLIKEN ROAD (29203)<br>SPARTANBURG, SC 29304-1926<br>USA | MILLIKEN & MICHAELS INC<br>3850 N CAUSEWAY BLVD SUITE 200<br>METAIRIE, LA 70002<br>USA |
| MILLIKEN & MICHAELS OF DELAWARE INC<br>P O BOX 8708<br>METAIRIE, LA 70010<br>USA | MILLIKEN CYPRUS PLANT<br>C/O WARCO<br>150 MILLIKEN ROAD<br>BLACKSBURG, SC 29702<br>USA | MILLIKEN STATION<br>S. CARNEVALE FIREPROOFING<br>ITHACA, NY 14850<br>USA |
| MILLIKEN, JOHN<br>C/O MILLIKEN & CO 1045 6TH AVE<br>NEW YORK, NY 10036 | MILLIKEN, PAUL<br>23 EPPING ST<br>ARLINGTON, MA 02174 | MILLIKEN, ROBERT<br>31 NORTH HILL DR<br>CONWAY, MA 013419613 |
| MILLIKIN JACK INC.<br>4680 N DOWN RIVER RD<br>GRAYLING, MI 49738<br>USA | MILLIKIN JACK INC.<br>4680 N DOWNRIVER RD<br>GRAYLING, MI 49738<br>USA | MILLIKIN, MELISSA<br>9333 MILLBROOK ROAD<br>ELLICOTT CITY, MD 21042 |
| MILLING MACHINERY<br>1014 SOUTH SIRRINE<br>MESA, AZ 85210<br>USA | MILLING READY MIX<br>P O BOX 118<br>UNION, MS 39365<br>USA | MILLING READY MIX<br>PO BOX 118<br>UNION, MS 39365<br>USA |
| MILLING, BRENT<br>202 2ND AVENUE<br>ATKINS, IA 52206 | MILLING, ELLEN<br>325 CONTINENTAL DR<br>GREENVILLE, SC 29615 | MILLING, MARY<br>202 2ND AVE<br>ATKINS, IA 52206 |
| MILLIPORE - DO NOT USE<br>80 ASHBY ROAD<br>BEDFORD, MA 01730<br>USA | MILLIPORE - REPAIR DIV<br>9701 DESSAU RD SUITE 901<br>AUSTIN, TX 78754<br>USA | MILLIPORE CORP - PARTS<br>915 ENTERPRISE DR<br>ALLEN, TX 75013<br>USA |
| MILLIPORE CORP- DO NOT USE<br>80 ASHBY ROAD<br>BEDFORD, MA 01730<br>USA | MILLIPORE CORP<br>135 SO LASALLE DEPT 2736<br>CHICAGO, IL 60674<br>USA | MILLIPORE CORP<br>P O BOX 7247-8930<br>PHILADELPHIA, PA 19170<br>USA |
| MILLIPORE CORP. - CUSTOMER SERVICE<br>80 ASHBY RD<br>BEDFORD, MA 01730<br>USA | MILLIPORE CORP.- DO NOT USE<br>80 ASHBY ROAD<br>BEDFORD, MA 01730<br>USA | MILLIPORE CORP.<br>135 S. LASALLE, DEPT 2736<br>CHICAGO, IL 60674-2736<br>USA |

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

MILLIPORE CORP.
17 CHERRY HILL DRIVE
DANVERS, MA 01923
USA

MILLIPORE CORP.
186 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803
US

MILLIPORE CORP.
38 CHERRY HILL DRIVE
DANVERS, MA 01923
USA

MILLIPORE CORP.
80 ASBUY RD.
BEDFORD, MA 01730
USA

MILLIPORE CORP.
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIPORE CORPORATION
135 S LASALLE DEPT 2736
CHICAGO, IL 60674-2736
USA

MILLIPORE CORPORATION
135 S. LASALLE, DEPT. 2736
CHICAGO, IL 60674
USA

MILLIPORE CORPORATION
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIPORE CORPORATION
P.O. BOX 7247-8930
PHILADELPHIA, PA 19170
USA

MILLIPORE
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIPORE, INC.- DO NOT USE
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIPORE, INC.
72 CHERRY HILL DRIVE
BEVERLY, MA 01915
USA

MILLIPORE, INC.
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIPORE-DO NOT USE
80 ASHBY ROAD
BEDFORD, MA 01730
USA

MILLIS, W
172 ARLINGTON
WILMINGTON, NC 28401

MILLS & PARDEE INC.
191 SUDBURY ROAD
CONCORD, MA 01742
USA

MILLS FENCE CO. INC.
13200 WALTON VERONA RD.
WALTON, KY 41094
USA

MILLS FENCE CO., INC.
5626 MONTGOMERY RD.
CINCINNATI, OH 45212
USA

MILLS KELLY & ASSOCIATES
301 54TH STREET
VIRGINIA BEACH, VA 23451
USA

MILL'S PALLET REPAIR & GRINDING
SERVICE INC
HANSON, MA 02341
USA

MILLS PRIATE CORP
423 HOEWELL RD
WAVERLY, OH 45690
USA

MILLS READY MIX
RT 3 BOX 8X
ELLINGTON, MO 63638
USA

MILLS READY MIX
RT 3, BOX 8X
ELLINGTON, MO 63638
USA

MILLS SUPPLY
**TO BE DELETED**
LOUISVILLE, KY 40203
USA

MILLS SUPPLY
1100 S. 9TH STREET
LOUISVILLE, KY 40203
USA

MILLS SUPPLY
P.O. BOX 19015
LOUISVILLE, KY 40259
USA

MILLS SUPPLY
PO BOX19015
LOUISVILLE, KY 40259
USA

MILLS WINDFIELD
205 GRAND AVENUE
BENSENVILLE, IL 60106
USA

MILLS WINFIELD ENG. SALES
205 W. GRAND
BENSENVILLE, IL 60106

MILLS WINFIELD ENG. SALES
205 W. GRAND
BENSENVILLE, IL 60106
USA

MILLS WINFIELD ENGINEERING SALES
205 W GRAND AVE
BENSENVILLE, IL 60106
USA

MILLS, ADELAIDE
33 GROVE STREET
ROCKLAND, ME 04841

MILLS, ALLEN
1209 C 21ST AVE NE
HICKORY, NC 28601