IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |
| | | Obj. Deadline: August 6, 2002 at 4:00 pm |

**NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2002 through June 30, 2002

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $351,396.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $43,352.68

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $184,186.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $25,625.27

Total Amount of Holdback Fees Sought for applicable period:  $46,046.55

Total Amount of June Fees Sought:  $121,163.25

Total Amount of June Expenses Sought:  $17,727.41

Total Amount Sought at this applicable interim period:  $184,937.21

{D0003589:1 }