**EXHIBIT B**

**Asbestos: Claims Analysis & Valuations (146.8 Hours; $ 33,313.50)**

  Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .02**      146.8

**Asbestos: Claims Litigation (34.9 Hours; $ 7,971.00)**

  Services rendered in this category relate to the litigation concerning the validity and payment of claim.

**Total Task Code .03**      34.9

**Asbestos: Co-Def Issues & Bankruptcies (.8 Hours; $ 417.00)**

  Services rendered in this category pertain to issues involving asbestos co-defendants, including those co-defendants that are presently in bankruptcy.

**Total Task Code .04**      .8

**Asbestos: Settlement Matters (.1 Hours; $ 42.50)**

  Services rendered in this category pertain to the analysis of and response to asbestos claim settlements involving the debtors.

**Total Task Code .05**      .1

**Asbestos: §524(g) Matters/Futures Representatives (.8 Hours; $ 540.00)**

  Services rendered in this category pertain to the selection and appointment of a Representative for future claimants.

**Total Task Code .06**      .8

**Bankruptcy Litigation (Preferences & Avoidance Actions ) (.1 Hours; $56.00)**

- 2 -

Services rendered in this category pertain to the analysis of and response to preference and avoidance matters involving the debtors' their subsidiaries and other entities.

**Total Task Code .11              .1**

**Business Operations (.6 Hours; $ 304.00)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .13              .6**

**Case Administration (210.7 Hours; $ 39,534.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14            210.7**

**Committee Matters & Creditor Mtgs (14.9 Hours; $ 7,345.50)**

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17             14.9**

**Compensation of Professionals (Fee Applications of self & others) (49.1 Hours; $ 9,792.50)**

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18          49.1**

**Creditor Inquiries (.9 Hours; $ 382.50)**

Services rendered in this category pertain to telephone conferences with creditors.

**Total Task Code .19              .9**

**Employee Matters (.4 Hours; $ 258.50)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to Debtors' employees.

{D0003592:1 }

- 3 -

**Total Task Code .21**              .4


**Environmental Matters/Regulators/Litigation (.3 Hours; $ 160.00)**

      Services rendered in this category pertain to environmental claims regulating the Debtors' assets.

**Total Task Code .22**              .3


**Insurance (.1 Hours; $ 67.50)**

      Services rendered in this category pertain to the Debtors' insurance coverage.

**Total Task Code .28**              .1


**Litigation (Non-bankruptcy/General ) (8.0 Hours; $ 1,280.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .32**         8.0


**Litigation/Fraudulent Conveyance (751.6 Hours; $ 227,193.50)**

      Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .34**         751.6


**Non Working Travel Time (73.6 Hours; $ 13,810.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings.  Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35**         73.6


**Plan/Disclosure Statement/Voting Issues (6.1 Hours; $ 2,424.00)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

- 4 -

**Total Task Code .36**          6.1


**Preparation for and Attendance at Hrgs (5.8 Hours; $ 3,285.00)**

      Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .37**          5.8


**Retention of Professionals (2.0 Hours; $ 1,029.00)**

      Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .40**          2.0


**U.S. Trustee Matters & Mtgs. (3.4 Hours; $ 2,189.50)**

      Services rendered in this category pertain to efforts to formulate, analyze and effect confirmation of a reorganization plan.

**Total Task Code .49**          3.4