## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 11,215.71 |
| Air Freight & Express Mail | 1,181.01 |
| Charge of Cell and/or Home Phone Useage | 108.10 |
| Conference Meals | 114.28 |
| Database Research | 17,007.87 |
| Local Transportation – DC | 14.75 |
| Long Distance Telephone Chge – Credit Card | 24.07 |
| Long Distance Telephone - Equitrac In-House | 175.87 |
| Meals Related to Travel | 857.98 |
| Miscellaneous: Client Advances | 88.75 |
| NYO Long Distance Telephone | 37.48 |
| Outside Local Deliveries | 75.12 |
| Outside Duplication Service | 1,259.80 |
| Postage | 16.30 |
| Research Material | 368.19 |
| Telecopier | 130.65 |
| Travel Expenses – Ground Transportation | 1,205.18 |
| Travel Expenses – Hotel Charges | 2,630.45 |
| Travel Expenses – LD Calls on Hotel Bill | 170.48 |
| Travel Expenses – Miscellaneous | 7.19 |
| Duplicating | <u>6,663.45</u> |
| Total: | $ 43,352.68 |