05/09/2002                    Prebill Control Report

Page 1

16:59:55

Prebill 000001  Subpage    1                         Client: 4642        Matter:

000_____

Bill Attn To      Attn:

Client 4642       Grace Asbestos Personal Injury Claimants     Old Ref:

Opened: 04/16/01_____Client 4642            Grace Asbestos Personal Injury

Claimants    Old Ref:           Opened: 04/16/01

Primary Contact

Matter 000                              Old Ref:           Opened:

04/16/01_____Matter 000                       Old Ref:

Opened: 04/16/01

Disbursements

Bill Cycle: 01  Style: it i1   Start: 04/16/01  Last Billed:   04/20/02  Trans Date Range:

01/01/50 to 04/30/02

Client Retainer Available:        .00   Committed to invoices:      .00  Remaining:

.00

Client Credits  Available:       .00   Committed to invoices:      .00  Remaining:       .00

Matter Retainer Available:        .00   Committed to invoices:       .00   Remaining:

.00

Matter Credits  Available:       .00   Committed to invoices:      .00  Remaining:

.00

Budget Fees      .00                Billed Fees       .00  Resp Empl: Elihu Inselbuch

Budget Exp       .00                Billed Exp    53,103.35  Bill Empl: Elihu Inselbuch

Budget Tot       .00                Total         53,103.35  Alt Empl:  Elihu Inselbuch

SUMMARY BY EMPLOYEE

```
                            -----------A C T U A L---------  ----------B I L L I N G---------
Value At
Empl Init  Name                    T/E  Avg Rate   Hours    Amount   Avg Rate   Hours
Amount    Calc RateEmpl Init  Name                  T/E  Avg Rate   Hours    Amount
Avg Rate   Hours     Amount    Calc
Rate_____
```

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 0020 PVL | Peter Van N. Lockwood | E | | | 1,488.20 | | | 1,488.20 |
| 0101 RCS | Robert C. Spohn | E | | | 1.35 | | | 1.35 |
| 0106 TWS | Trevor W. Swett | E | | | 83.12 | | | 83.12 |
| 0120 EI | Elihu Inselbuch | E | | | 27.46 | | | 27.46 |
| 0122 SME | Stacie M. Evans | E | | | 652.40 | | | 652.40 |
| 0139 MCH | Max C. Heerman | E | | | 1,448.11 | | | 1,448.11 |
| 0149 JPC | John P. Cunningham | E | | | 1,504.42 | | | 1,504.42 |
| 0187 NDF | Nathan D. Finch | E | | | 1,754.94 | | | 1,754.94 |
| 0999 C&D | Caplin &. Drysdale | E | | | 8,811.34 | | | 8,811.34 |
| | Total Fees: | | .00 | .00 | | .00 | .00 | .00 |
| | Total Expenses: | | | 15,771.34 | | | 15,771.34 | .00 |
| | Total Fee+Exp: | | .00 | 15,771.34 | | .00 | 15,771.34 | .00 |

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------           W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------
```

Trans Transaction Description    Code Date Empl    Rate    Hours    Amount
Rate    Hours      Amount    Cumulative   Trans Transaction Description    Code  Date
Empl    Rate    Hours      Amount    Rate    Hours      Amount
Cumulative_____

_____

1296,782 Discovery Copy; Heavy      E 25 04/01/02 0999 C&D            1,259.80
1,259.80    1,259.80
        Litigation
        From Discovery Copy Service
        001360 AUDIT *
        AP-0070,792:0002  Date:
        04/01/02
1297,569 Long Distance-Equitrac      E 64 04/01/02 0999 C&D            .59
.59    1,260.39
        In-House

05/09/2002                          Prebill Control Report
Page 2
16:59:56

Prebill 000001   Subpage    2                      Client: 4642        Matter:
000_____
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G--------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G--------------
  Trans Transaction Description    Code Date Empl    Rate    Hours    Amount
Rate    Hours      Amount    Cumulative   Trans Transaction Description    Code  Date
Empl    Rate    Hours      Amount    Rate    Hours      Amount
Cumulative_____

_____

1297,792 Equitrac - Photocopy      E 54 04/01/02 0999 C&D            .60
.60    1,260.99
        charges
1297,793 Xeroxing              E 54 04/01/02 0999 C&D            1.95
1.95    1,262.94
1297,804 Telecopier/Equitrac      E 62 04/01/02 0999 C&D            9.90
9.90    1,272.84

{D0003594:1 }

1297,570 Long Distance-Equitrac     E 64 04/02/02 0999 C&D          4.32
4.32    1,277.16
    In-House
1297,794 Equitrac - Photocopy      E 54 04/02/02 0999 C&D          3.75
3.75    1,280.91
    charges
1297,795 Xeroxing               E 54 04/02/02 0999 C&D          40.50
40.50    1,321.41
1297,796 Equitrac - Photocopy      E 54 04/02/02 0999 C&D          29.70
29.70    1,351.11
    charges
1297,797 Equitrac - Photocopy      E 54 04/02/02 0999 C&D          3.60
3.60    1,354.71
    charges
1297,571 Long Distance-Equitrac     E 64 04/03/02 0999 C&D          1.58
1.58    1,356.29
    In-House
1297,798 Equitrac - Photocopy      E 54 04/03/02 0999 C&D          21.90
21.90    1,378.19
    charges
1297,799 Equitrac - Photocopy      E 54 04/03/02 0999 C&D          12.45
12.45    1,390.64
    charges
1297,800 Xeroxing               E 54 04/03/02 0999 C&D          31.65
31.65    1,422.29
1297,801 Equitrac - Photocopy      E 54 04/03/02 0999 C&D          15.00
15.00    1,437.29
    charges
1297,802 Xeroxing               E 54 04/03/02 0999 C&D          3.75
3.75    1,441.04
1297,803 Xeroxing               E 54 04/03/02 0999 C&D          41.10
41.10    1,482.14
1298,263 Federal Express TO cATHIE    E 01 04/04/02 0120 EI          1.84
1.84    1,483.98
    bOYER FROM ei ON 3/18
    From Federal Express
    002001 AUDIT *

AP-0070,856:0005  Date:
04/04/02

1298,307 Long Distance-Equitrac      E 64 04/04/02 0999 C&D                    .47
.47    1,484.45
In-House

1298,376 Equitrac - Photocopy      E 54 04/04/02 0999 C&D                    .15
.15    1,484.60
charges

1298,377 Equitrac - Photocopy      E 54 04/04/02 0999 C&D                    1.80
1.80    1,486.40
charges

1298,378 Equitrac - Photocopy      E 54 04/04/02 0999 C&D                    23.25
23.25    1,509.65
charges

1298,379 Xeroxing            E 54 04/04/02 0999 C&D            21.60
21.60    1,531.25

1298,380 Equitrac - Photocopy      E 54 04/04/02 0999 C&D                    11.70
11.70    1,542.95
charges

1298,381 Xeroxing            E 54 04/04/02 0999 C&D            1.50
1.50    1,544.45

1298,382 Equitrac - Fax charges      E 62 04/04/02 0999 C&D                    1.05
1.05    1,545.50

1298,561 Petty Cash Travel cabs for   E 33 04/05/02 0020 PVL                    27.25
27.25    1,572.75
PVNL t/f train stations in
Newark and DC on 3/28
From Petty Cash
005317 AUDIT *
AP-0070,873:0026  Date:

05/09/2002                         Prebill Control Report
Page 3
16:59:56

Prebill 000001   Subpage    3                         Client: 4642        Matter:
000_____

{D0003594:1 }

W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I N G-------------                      W/E  Trans.  Work    ---------A C T U A L-------- ------   --------B I L L I N G-------------

 Trans Transaction Description     Code Date Empl     Rate   Hours     Amount    Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date  Empl    Rate  Hours     Amount  Rate   Hours     Amount  Cumulative_____

_____

      04/05/02

1298,796 Long Distance-Equitrac     E 64 04/05/02 0999 C&D                .20   .20    1,572.95
      In-House

1298,871 Equitrac - Photocopy     E 54 04/05/02 0999 C&D                1.65   1.65    1,574.60
      charges

1298,872 Xeroxing          E 54 04/05/02 0999 C&D                5.70   5.70    1,580.30

1298,873 Xeroxing          E 54 04/05/02 0999 C&D                .90   .90    1,581.20

1298,874 Xeroxing          E 54 04/05/02 0999 C&D                44.10   44.10    1,625.30

1298,875 Equitrac - Photocopy     E 54 04/05/02 0999 C&D                1.35   1.35    1,626.65
      charges

1299,041 ADA Travel PVNL 3/18     E 15 04/08/02 0020 PVL                252.00   252.00    1,878.65
      Wilington travel
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0010  Date:
      04/08/02

1299,042 ADA Travel Agency fee on    E 15 04/08/02 0020 PVL                25.00   25.00    1,903.65
      PVNL 3/18 Wilmington travel
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0011  Date:

04/08/02

1299,056 ADA Travel PVNL 3/28 travel  E 15 04/08/02 0020 PVL                424.00

424.00    2,327.65

    to Newark (coach fare

    273/00)

    From ADA Travel, Inc.

    000534 AUDIT *

    AP-0070,892:0025  Date:

    04/08/02

1299,057 ADA Travel Agency fee on    E 15 04/08/02 0020 PVL                25.00

25.00    2,352.65

    PVNL 3/28 Newark travel

    From ADA Travel, Inc.

    000534 AUDIT *

    AP-0070,892:0026  Date:

    04/08/02

1299,027 EI expenses in DC for C&D   E 15 04/08/02 0120 EI                25.62

25.62    2,378.27

    asbestos litigation

    practice group meeting on

    4/2 for r/t airfare

    From Elihu Inselbuch

    000120 AUDIT *

    AP-0070,883:0011  Date:

    04/08/02

1299,053 ADA Travel MCH 3/18 (coach   E 15 04/08/02 0139 MCH              1,412.00

1,412.00    3,790.27

    fare) travel to Miami

    From ADA Travel, Inc.

    000534 AUDIT *

    AP-0070,892:0022  Date:

    04/08/02

05/09/2002                              Prebill Control Report

Page 4

16:59:56

{D0003594:1 }

Prebill 000001  Subpage   4                           Client: 4642        Matter: 000_____

                      W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I N G-------------                      W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I N G-------------

  Trans Transaction Description    Code Date  Empl    Rate   Hours    Amount    Rate   Hours    Amount   Cumulative  Trans Transaction Description    Code  Date  Empl    Rate  Hours    Amount   Rate   Hours    Amount   Cumulative_____

_____

1299,054 ADA Travel Agency fee on    E 15 04/08/02 0139 MCH            25.00   25.00    3,815.27
      MCH 3/18 travel to Miami
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0023  Date:
      04/08/02
1299,051 ADA Travel JPC (coach fare) E 15 04/08/02 0149 JPC         1,412.00   1,412.00    5,227.27
      to Miami on 3/18
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0020  Date:
      04/08/02
1299,052 ADA Travel AGency fee on    E 15 04/08/02 0149 JPC            25.00   25.00    5,252.27
      JPC 3/18 Miami travel
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0021  Date:
      04/08/02
1299,058 ADA Travel NDF 3/28 travel  E 15 04/08/02 0187 NDF           404.00   404.00    5,656.27
      to Newark
      From ADA Travel, Inc.
      000534 AUDIT *
      AP-0070,892:0027  Date:

04/08/02

1299,059 ADA Travel Agency fee for    E 15 04/08/02 0187 NDF                25.00
25.00    5,681.27

> NDF 3/28 Newark travel
>
> From ADA Travel, Inc.
>
> 000534 AUDIT *
>
> AP-0070,892:0028  Date:
>
> 04/08/02

1299,698 Long Distance-Equitrac      E 64 04/08/02 0999 C&D                2.78
2.78    5,684.05

> In-House

1299,840 Equitrac - Photocopy      E 54 04/08/02 0999 C&D                .45
.45    5,684.50

> charges

1299,841 Xeroxing              E 54 04/08/02 0999 C&D                2.55
2.55    5,687.05

1299,842 Xeroxing              E 54 04/08/02 0999 C&D                53.25
53.25    5,740.30

1299,843 Equitrac - Photocopy      E 54 04/08/02 0999 C&D                4.80
4.80    5,745.10

> charges

1299,844 Xeroxing              E 54 04/08/02 0999 C&D                22.20
22.20    5,767.30

1299,845 Equitrac - Photocopy      E 54 04/08/02 0999 C&D                2.70
2.70    5,770.00

> charges

1299,699 Long Distance-Equitrac      E 64 04/09/02 0999 C&D                7.95
7.95    5,777.95

> In-House

1299,846 Xeroxing              E 54 04/09/02 0999 C&D                5.10
5.10    5,783.05

1299,847 Equitrac - Photocopy      E 54 04/09/02 0999 C&D                1.20
1.20    5,784.25

> charges

1299,848 Equitrac - Photocopy      E 54 04/09/02 0999 C&D                .15
.15    5,784.40

> charges

1299,849 Xeroxing          E 54 04/09/02 0999 C&D          17.10
17.10    5,801.50

05/09/2002                        Prebill Control Report
Page 5
16:59:56

Prebill 000001   Subpage    5                      Client: 4642      Matter:
000_____
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------          W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____
_____

1299,850 Equitrac - Photocopy    E 54 04/09/02 0999 C&D          6.30
6.30    5,807.80
        charges
1299,851 Equitrac - Photocopy    E 54 04/09/02 0999 C&D          7.65
7.65    5,815.45
        charges
1299,852 Equitrac - Photocopy    E 54 04/09/02 0999 C&D          46.95
46.95    5,862.40
        charges
1299,853 Postage              E 56 04/09/02 0999 C&D          2.96
2.96    5,865.36
1299,854 Equitrac - Fax charges    E 62 04/09/02 0999 C&D          1.95
1.95    5,867.31
1300,509 Federal Express to Dan    E 01 04/10/02 0101 RCS          1.35
1.35    5,868.66
        Relles from RCS on 3/14
        From Federal Express
        002001 AUDIT *
        AP-0070,913:0004  Date:
        04/10/02

{D0003594:1 }

1300,528 Federal Express to Matthew   E 01 04/10/02 0139 MCH          11.11
11.11    5,879.77
 Zaleski from MCH on 4/4
 From Federal Express
 002001 AUDIT *
 AP-0070,922:0005  Date:
 04/10/02

1300,535 Federal Express to Jay     E 01 04/10/02 0187 NDF          24.26
24.26    5,904.03
 Sakalo and Matthew Zaleski
 from NDF on 4/8
 From Federal Express
 002001 AUDIT *
 AP-0070,926:0005  Date:
 04/10/02

1300,259 Long Distance-Equitrac     E 64 04/10/02 0999 C&D          2.39
2.39    5,906.42
 In-House

1300,335 Xeroxing              E 54 04/10/02 0999 C&D          5.10
5.10    5,911.52

1300,336 Equitrac - Photocopy     E 54 04/10/02 0999 C&D          3.45
3.45    5,914.97
 charges

1300,337 Equitrac - Photocopy     E 54 04/10/02 0999 C&D          .60
.60    5,915.57
 charges

1300,338 Equitrac - Photocopy     E 54 04/10/02 0999 C&D          .60
.60    5,916.17
 charges

1300,339 Equitrac - Photocopy     E 54 04/10/02 0999 C&D          15.30
15.30    5,931.47
 charges

1300,632 Database Research-Westlaw   E 50 04/11/02 0999 C&D          22.12
22.12    5,953.59
 research by TWS on 04/05

1300,633 Database Research-Westlaw   E 50 04/11/02 0999 C&D          294.31
294.31    6,247.90

        research by JPC on 04/05
1300,634 Database Research-Westlaw    E 50 04/11/02 0999 C&D                    1,214.05
1,214.05    7,461.95
        research by MCH on 04/05
1300,635 Database Research-Westlaw    E 50 04/11/02 0999 C&D                    603.37
603.37    8,065.32
        research by TWS on 04/04,05
1300,636 Database Research-Westlaw    E 50 04/11/02 0999 C&D                    9.37
9.37    8,074.69
        research by DNW on 04/05
1300,637 Database Research-Westlaw    E 50 04/11/02 0999 C&D                    19.45
19.45    8,094.14


05/09/2002                              Prebill Control Report
Page 6
16:59:56


Prebill 000001   Subpage     6                          Client: 4642       Matter:
000_____
                            W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description     Code Date Empl    Rate   Hours    Amount
Rate    Hours     Amount  Cumulative  Trans Transaction Description     Code Date
Empl    Rate   Hours     Amount  Rate   Hours     Amount
Cumulative_____
_____
        research by NDF/NR on 04/03
1300,662 Database Research-Westlaw    E 50 04/11/02 0999 C&D                    .36
.36    8,094.50
        research by DNW on 04/05
1300,676 Equitrac - Long Distance    E 64 04/11/02 0999 C&D                    .20
.20    8,094.70
1300,694 Long Distance-Equitrac     E 64 04/11/02 0999 C&D                    11.31
11.31    8,106.01
        In-House

1300,731 Equitrac - Fax charges     E 62 04/11/02 0999 C&D            1.65
1.65    8,107.66

1300,770 Equitrac - Photocopy      E 54 04/11/02 0999 C&D            1.20
1.20    8,108.86
       charges

1300,771 Equitrac - Photocopy      E 54 04/11/02 0999 C&D            1.50
1.50    8,110.36
       charges

1300,772 Equitrac - Photocopy      E 54 04/11/02 0999 C&D            3.60
3.60    8,113.96
       charges

1300,773 Telecopier/Equitrac     E 62 04/11/02 0999 C&D            2.55
2.55    8,116.51

1301,711 Equitrac - Photocopy      E 54 04/12/02 0999 C&D            1.65
1.65    8,118.16
       charges

1301,712 Xeroxing            E 54 04/12/02 0999 C&D          26.55
26.55    8,144.71

1301,713 Equitrac - Photocopy      E 54 04/12/02 0999 C&D           12.45
12.45    8,157.16
       charges

1301,714 Equitrac - Photocopy      E 54 04/12/02 0999 C&D            3.00
3.00    8,160.16
       charges

1301,715 Xeroxing            E 54 04/12/02 0999 C&D            1.95
1.95    8,162.11

1301,716 Xeroxing            E 54 04/12/02 0999 C&D           13.80
13.80    8,175.91

1301,717 Equitrac - Postage       E 56 04/12/02 0999 C&D            .34
.34    8,176.25

1302,608 Equitrac - Long Distance    E 64 04/15/02 0999 C&D            .15
.15    8,176.40

1302,686 Equitrac - Photocopy      E 54 04/15/02 0999 C&D           10.20
10.20    8,186.60
       charges

1302,687 Equitrac - Photocopy      E 54 04/15/02 0999 C&D            3.15
3.15    8,189.75

charges

1302,581 Petty Cash; TWS lunch      E 22 04/16/02 0106 TWS            49.95
49.95    8,239.70

    meeting with Counsel to PD

    Committee and NDF on 4/9

    From Petty Cash

    005317 AUDIT *

    AP-0070,987:0025  Date:

    04/16/02

1302,916 Global securities research   E 06 04/16/02 0999 C&D            16.25
16.25    8,255.95

    referecne by RCS on 3/11

    From Global Securities

    Information  002192 AUDIT *

    AP-0071,001:0003  Date:

    04/16/02

1302,926 Velocity Express to        E 03 04/16/02 0999 C&D            13.08
13.08    8,269.03

    Cadwalder Wickersham Taft

    from MCH on 4/5

    From Velocity Express

    002986 AUDIT *

    AP-0071,007:0005  Date:

    04/16/02


05/09/2002                          Prebill Control Report

Page 7

16:59:56


Prebill 000001   Subpage   7                          Client: 4642       Matter:
000_____

                W/E  Trans. Work   ---------A C T U A L-------- --------------B I L L I
N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------

   Trans Transaction Description   Code Date  Empl   Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date
Empl   Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1302,972 Long Distance-Equitrac      E 64 04/16/02 0999 C&D              3.98
3.98    8,273.01
  In-House

1303,064 Equitrac - Photocopy      E 54 04/16/02 0999 C&D              5.10
5.10    8,278.11
  charges

1303,065 Equitrac - Photocopy      E 54 04/16/02 0999 C&D              13.20
13.20    8,291.31
  charges

1303,066 Equitrac - Photocopy      E 54 04/16/02 0999 C&D              .45
.45    8,291.76
  charges

1303,067 Equitrac - Photocopy      E 54 04/16/02 0999 C&D              6.90
6.90    8,298.66
  charges

1303,068 Xeroxing              E 54 04/16/02 0999 C&D              8.25
8.25    8,306.91

1303,069 Equitrac - Fax charges      E 62 04/16/02 0999 C&D              4.35
4.35    8,311.26

1303,070 Equitrac - Fax charges      E 62 04/16/02 0999 C&D              3.60
3.60    8,314.86

1303,431 Long Distance-Equitrac      E 64 04/17/02 0999 C&D              20.38
20.38    8,335.24
  In-House

1303,498 Xeroxing              E 54 04/17/02 0999 C&D              21.00
21.00    8,356.24

1303,499 Xeroxing              E 54 04/17/02 0999 C&D              128.70
128.70    8,484.94

1303,500 Xeroxing              E 54 04/17/02 0999 C&D              4.05
4.05    8,488.99

1303,501 Equitrac - Photocopy      E 54 04/17/02 0999 C&D              .60
.60    8,489.59
  charges

1303,502 Equitrac - Photocopy      E 54 04/17/02 0999 C&D              15.75
15.75    8,505.34

      charges

1303,503 Equitrac - Photocopy     E 54 04/17/02 0999 C&D         33.00

33.00    8,538.34

      charges

1303,504 Xeroxing           E 54 04/17/02 0999 C&D         2.10

2.10    8,540.44

1303,505 Xeroxing           E 54 04/17/02 0999 C&D        21.60

21.60    8,562.04

1303,506 Equitrac - Fax charges    E 62 04/17/02 0999 C&D        15.75

15.75    8,577.79

1303,507 Telecopier/Equitrac     E 62 04/17/02 0999 C&D        .90

.90    8,578.69

1303,924 Equitrac - Photocopy     E 54 04/18/02 0999 C&D        .75

.75    8,579.44

      charges

1303,925 Xeroxing           E 54 04/18/02 0999 C&D      148.50

148.50    8,727.94

1303,926 Xeroxing           E 54 04/18/02 0999 C&D      28.95

28.95    8,756.89

1303,927 Xeroxing           E 54 04/18/02 0999 C&D      13.80

13.80    8,770.69

1303,928 Equitrac - Photocopy     E 54 04/18/02 0999 C&D      19.20

19.20    8,789.89

      charges

1304,217 ADA Travel PVNL 4/15 travel  E 15 04/19/02 0020 PVL       424.00

424.00    9,213.89

    to Newrk (coach fare

    $311.00)

    From ADA Travel, Inc.

    000534 AUDIT *

    AP-0071,068:0014  Date:

    04/19/02

1304,218 ADA Travel Agency fee on    E 15 04/19/02 0020 PVL       40.00

40.00    9,253.89

    PVNL 4/15 travel to Newark

    From ADA Travel, Inc.

    000534 AUDIT *

AP-0071,068:0015  Date:
04/19/02

1304,250 Federal Express to Brad     E 01 04/19/02 0106 TWS                16.13
16.13    9,270.02

05/09/2002                              Prebill Control Report

Page 8

16:59:56

Prebill 000001   Subpage    8                          Client: 4642        Matter:
000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------                    W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------

 Trans Transaction Description     Code Date Empl     Rate  Hours      Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description      Code  Date
Empl     Rate  Hours      Amount  Rate   Hours      Amount
Cumulative_____
_____

Fiedman from TWS on 4/4
From Federal Express
002001 AUDIT *
AP-0071,081:0007  Date:
04/19/02

1304,252 Federal Express to Brad     E 01 04/19/02 0106 TWS                17.04
17.04    9,287.06

Friedman from TWS on 4/12
From Federal Express
002001 AUDIT *
AP-0071,082:0004  Date:
04/19/02

1304,264 Federal Express 10 packages  E 01 04/19/02 0122 SME                652.40
652.40    9,939.46

to Lewis LeClair from SME
on 2/26
From Federal Express
002001 AUDIT *

AP-0071,090:0004  Date:
04/19/02

1304,271 Federal Express to Brad    E 01 04/19/02 0149 JPC                67.42
67.42    10,006.88

Friedman from NDF and
Rachel Fleishman and Loreto
Tersigni from JPC on 4/17
From Federal Express
002001 AUDIT *
AP-0071,094:0004  Date:
04/19/02

1304,215 ADA Travel NDF 4/15 travel   E 15 04/19/02 0187 NDF             424.00
424.00    10,430.88

to Newark (coach fare $
311.00)
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,068:0012  Date:
04/19/02

1304,216 ADA Travel Agency fee for    E 15 04/19/02 0187 NDF              40.00
40.00    10,470.88

NDF 4/15 travel to Newark
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,068:0013  Date:
04/19/02

1304,227 ADA Travel NDF 4/18 travel   E 15 04/19/02 0187 NDF             444.00
444.00    10,914.88

to New York (coach fare
$290.00)
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,068:0024  Date:
04/19/02

1304,228 ADA Travel Agency fee on    E 15 04/19/02 0187 NDF              40.00
40.00    10,954.88

NDF 4/18 travel to New York

From ADA Travel, Inc.

05/09/2002                              Prebill Control Report
Page 9
16:59:56

Prebill 000001  Subpage   9                              Client: 4642        Matter:
000_____

                              W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------               W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------

  Trans Transaction Description     Code Date Empl    Rate Hours     Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date
Empl    Rate  Hours     Amount  Rate  Hours     Amount
Cumulative_____
_____

      000534 AUDIT *
      AP-0071,068:0025  Date:
      04/19/02
1305,026 Equitrac - Photocopy       E 54 04/19/02 0999 C&D               .30
.30   10,955.18
      charges
1305,027 Xeroxing             E 54 04/19/02 0999 C&D               8.40
8.40   10,963.58
1305,028 Xeroxing             E 54 04/19/02 0999 C&D               25.80
25.80   10,989.38
1305,029 Xeroxing             E 54 04/19/02 0999 C&D               42.30
42.30   11,031.68
1305,030 Equitrac - Photocopy       E 54 04/21/02 0999 C&D               .45
.45   11,032.13
      charges
1304,880 Long Distance-Equitrac      E 64 04/22/02 0999 C&D               1.56
1.56   11,033.69
      In-House
1305,031 Xeroxing             E 54 04/22/02 0999 C&D               7.20
7.20   11,040.89

1305,032 Equitrac - Photocopy     E 54 04/22/02 0999 C&D           18.60
18.60    11,059.49
     charges

1305,033 Xeroxing             E 54 04/22/02 0999 C&D           26.10
26.10    11,085.59

1305,034 Equitrac - Photocopy     E 54 04/22/02 0999 C&D           3.60
3.60    11,089.19
     charges

1305,410 PVNL expenses in Pittsburgh  E 21 04/23/02 0020 PVL          16.38
16.38    11,105.57
     for hearing on 4/21-22 for
     room service
     From Peter Van N. Lockwood
     000020 AUDIT *
     AP-0071,145:0002  Date:
     04/23/02

1305,411 PVNL expenses in Pittsburgh  E 32 04/23/02 0020 PVL          169.86
169.86    11,275.43
     for hearing on 4/21-22 for
     Omni William Penn hotel
     From Peter Van N. Lockwood
     000020 AUDIT *
     AP-0071,145:0003  Date:
     04/23/02

1305,412 NDF expense to New York on   E 21 04/23/02 0187 NDF          30.36
30.36    11,305.79
     4/18-19 for meals
     From Nathan D. Finch
     000326 AUDIT *
     AP-0071,147:0002  Date:
     04/23/02

1305,413 NDF expense to New York on   E 32 04/23/02 0187 NDF          313.44
313.44    11,619.23
     4/18-19 for Hotel Elysee
     From Nathan D. Finch
     000326 AUDIT *
     AP-0071,147:0003  Date:

04/23/02

1305,414 NDF expense to New York on   E 33 04/23/02 0187 NDF                34.00

34.00   11,653.23

4/18-19 for cabs to Union

Station, Hotel and home

From Nathan D. Finch

000326 AUDIT *

05/09/2002                                Prebill Control Report

Page 10

16:59:56

Prebill 000001   Subpage   10                          Client: 4642

Matter: 000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description     Code  Date  Empl     Rate  Hours      Amount

Rate  Hours      Amount  Cumulative  Trans Transaction Description     Code  Date

Empl     Rate  Hours      Amount  Rate  Hours      Amount

Cumulative_____

_____

AP-0071,147:0004  Date:

04/23/02

1305,415 NDF expense to New York on   E 35 04/23/02 0187 NDF                3.88

3.88   11,657.11

4/18-19 for phone call made

from room

From Nathan D. Finch

000326 AUDIT *

AP-0071,147:0005  Date:

04/23/02

1304,818 Database Research-Westlaw   E 50 04/23/02 0999 C&D              1,062.95

1,062.95   12,720.06

research by JPC on

04/08,09,11

1304,819 Database Research-Westlaw   E 50 04/23/02 0999 C&D              173.38
173.38   12,893.44
  research by NDF on 04/10,11
1304,820 Database Research-Westlaw   E 50 04/23/02 0999 C&D              673.57
673.57   13,567.01
  research by MCH on 04/08,09
1304,821 Database Research-Westlaw   E 50 04/23/02 0999 C&D               69.63
69.63   13,636.64
  research by TWS on 04/12
1304,822 Database Research-Westlaw   E 50 04/23/02 0999 C&D                4.87
4.87   13,641.51
  research by EM on 04/13
1304,823 Database Research-Westlaw   E 50 04/23/02 0999 C&D               69.51
69.51   13,711.02
  research by PVNL on
  04/08-13
1305,543 Long Distance-Equitrac      E 64 04/23/02 0999 C&D                7.29
7.29   13,718.31
  In-House
1305,614 Equitrac - Photocopy        E 54 04/23/02 0999 C&D                1.35
1.35   13,719.66
  charges
1305,615 Equitrac - Photocopy        E 54 04/23/02 0999 C&D               41.70
41.70   13,761.36
  charges
1305,616 Xeroxing                    E 54 04/23/02 0999 C&D               20.70
20.70   13,782.06
1305,762 Petty Cash; PVNL cab        E 33 04/24/02 0020 PVL               76.00
76.00   13,858.06
  expenses in Pittsburgh t/f
  airport for hearing on 4/22
  From Petty Cash
  005317 AUDIT *
  AP-0071,163:0036  Date:
  04/24/02
1305,763 Petty Cash; Lunch for PVNL  E 21 04/24/02 0020 PVL                8.71
8.71   13,866.77

{D0003594:1 }

in Pittsburgh on 4/22

From Petty Cash

005317 AUDIT *

AP-0071,163:0037  Date:

04/24/02

1305,759 Petty Cash; Cabs for NDF    E 33 04/24/02 0187 NDF                12.00

12.00    13,878.77

t/f Union Station on 4/15

From Petty Cash

005317 AUDIT *

AP-0071,163:0033  Date:

04/24/02


05/09/2002                              Prebill Control Report

Page 11

16:59:56


Prebill 000001   Subpage    11                          Client: 4642

Matter: 000_____

                    W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount

Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1305,858 Travel Expenses-Ground    E 33 04/24/02 0999 C&D                6.58

6.58    13,885.35

        Transporation - EI's 4/2

        trip to DC to meet with C&D

        Asbestos Litigation Group

        NY PC JV#96

1306,081 Equitrac - Photocopy    E 54 04/24/02 0999 C&D                2.70

2.70    13,888.05

        charges

1306,082 Equitrac - Photocopy        E 54 04/24/02 0999 C&D              45.00
45.00    13,933.05
        charges
1306,083 Telecopier/Equitrac         E 62 04/24/02 0999 C&D              .90
.90    13,933.95
1306,371 Long Distance-Equitrac      E 64 04/25/02 0999 C&D              3.91
3.91    13,937.86
        In-House
1306,432 Equitrac - Photocopy        E 54 04/25/02 0999 C&D              .15
.15    13,938.01
        charges
1306,433 Equitrac - Photocopy        E 54 04/25/02 0999 C&D              2.55
2.55    13,940.56
        charges
1306,434 Xeroxing                    E 54 04/25/02 0999 C&D              26.85
26.85    13,967.41
1306,435 Equitrac - Photocopy        E 54 04/25/02 0999 C&D              .60
.60    13,968.01
        charges
1306,436 Equitrac - Photocopy        E 54 04/25/02 0999 C&D              2.55
2.55    13,970.56
        charges
1306,437 Equitrac - Photocopy        E 54 04/25/02 0999 C&D              18.75
18.75    13,989.31
        charges
1306,438 Telecopier/Equitrac         E 62 04/25/02 0999 C&D              5.40
5.40    13,994.71
1306,439 Equitrac - Fax charges      E 62 04/25/02 0999 C&D              3.90
3.90    13,998.61
1308,263 Long Distance-Equitrac      E 64 04/26/02 0999 C&D              1.70
1.70    14,000.31
        In-House
1308,420 Xeroxing                    E 54 04/26/02 0999 C&D              139.35
139.35    14,139.66
1308,421 Xeroxing                    E 54 04/26/02 0999 C&D              16.35
16.35    14,156.01

1308,422 Equitrac - Photocopy      E 54 04/26/02 0999 C&D              .15
.15   14,156.16
        charges
1308,423 Equitrac - Photocopy      E 54 04/26/02 0999 C&D             4.20
4.20   14,160.36
        charges
1308,264 Long Distance-Equitrac     E 64 04/29/02 0999 C&D            6.52
6.52   14,166.88
        In-House
1308,424 Xeroxing               E 54 04/29/02 0999 C&D            26.40
26.40   14,193.28
1308,425 Xeroxing               E 54 04/29/02 0999 C&D             5.40
5.40   14,198.68
1308,426 Equitrac - Photocopy      E 54 04/29/02 0999 C&D             1.80
1.80   14,200.48
        charges
1308,427 Telecopier/Equitrac       E 62 04/29/02 0999 C&D             2.70
2.70   14,203.18
1309,268 Air & Train Transporation -  E 15 04/30/02 0187 NDF           -40.00
-40.00   14,163.18
        refund from Amtrak for 4/19
        trip for NDF
1308,705 Lexis-Nexis             E 06 04/30/02 0999 C&D            16.92
16.92   14,180.10
        From LEXIS-NEXIS
        004301 AUDIT *
        AP-0071,238:0007  Date:
        04/30/02
1308,713 Velocity Express; to       E 03 04/30/02 0999 C&D             6.54
6.54   14,186.64


05/09/2002                     Prebill Control Report
Page 12
16:59:56


Prebill 000001  Subpage   12                      Client: 4642
Matter: 000_____

{D0003594:1 }

W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I N G-------------                     W/E  Trans.  Work    ---------A C T U A L-------- ------ --------B I L L I N G-------------

 Trans Transaction Description    Code  Date  Empl    Rate   Hours    Amount  Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date  Empl    Rate  Hours    Amount  Rate   Hours    Amount  Cumulative_____

_____

        Cadwalder Wickersham on
        4/12
        From Velocity Express
        002986 AUDIT *
        AP-0071,242:0006  Date:
        04/30/02
1308,790 Long Distance-Equitrac     E 64 04/30/02 0999 C&D              4.27
4.27   14,190.91
        In-House
1308,853 Equitrac - Photocopy     E 54 04/30/02 0999 C&D              1.80
1.80   14,192.71
        charges
1309,972 Postage for month of April  E 56 04/30/02 0999 C&D              2.60
2.60   14,195.31
        2002
1310,047 Database Research-Westlaw   E 50 04/30/02 0999 C&D              581.85
581.85   14,777.16
        research by JPC on 04/20
1310,048 Database Research-Westlaw   E 50 04/30/02 0999 C&D              613.32
613.32   15,390.48
        research by SME on 04/17,18
1310,088 Database Research-Westlaw   E 50 04/30/02 0999 C&D              304.32
304.32   15,694.80
        research by JPC on 04/21,22
1310,089 Database Research-Westlaw   E 50 04/30/02 0999 C&D              76.54
76.54   15,771.34
        research by NDF on 04/25

Total Expense Cards                    15,771.34
15,771.34    Total Expense Cards                        15,771.34
15,771.34


Matter Total Fee                 .00      .00      .00      .00
Matter Total Exp            .00   15,771.34      .00
15,771.34
Matter Total            .00   15,771.34      .00   15,771.34


Prebill Total Fee                .00      .00      .00      .00
Prebill Total Exp           .00   15,771.34      .00
15,771.34
Prebill Total           .00   15,771.34      .00   15,771.34


Previous Billings:

| Invoice | Date | Orig. Amount | Late Charge | Credits | Balance Due |
|---|---|---|---|---|---|
| 033688 | 10/20/01 | 3,066.39 | .00 | .00 | 3,066.39 |
| 034710 | 01/23/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 035306 | 03/18/02 | 2,529.78 | .00 | .00 | 2,529.78 |
| 035800 | 04/20/02 | 21,719.11 | .00 | .00 | 21,719.11 |
| 032913 | 07/27/01 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 033035 | 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 | 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 | 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 | 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034265 | 12/14/01 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 034710 | 01/23/02 | 54,682.50 | .00 | .00 | 54,682.50 |

{D0003594:1 }

Prebill 000001   Subpage   13                    Client: 4642

Matter: 000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I N G-------------                   W/E  Trans.  Work    ---------A C T U A L-------- -------------B I L L I N G-------------

Trans Transaction Description    Code Date Empl    Rate   Hours     Amount  Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date  Empl    Rate  Hours     Amount  Rate  Hours    Amount  Cumulative_____

_____

034883 02/11/02   43,355.00       .00  34,684.00   8,671.00

035306 03/18/02   73,861.00       .00       .00  73,861.00

035800 04/20/02  164,837.25       .00       .00  164,837.25


Subtotal:        649,690.12       .00 239,998.40  409,691.72


05/09/2002                        Prebill Control Report

Page 14

16:59:56


Prebill 000001   Subpage   14                    Client: 4642

Matter: 000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I N G-------------                   W/E  Trans.  Work    ---------A C T U A L-------- -------------B I L L I N G-------------

Trans Transaction Description    Code Date Empl    Rate   Hours     Amount  Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date  Empl    Rate  Hours     Amount  Rate  Hours    Amount  Cumulative_____

_____

Run Total Fee                         .00      .00      .00      .00

Run Total Exp                         .00  15,771.34      .00

15,771.34

Run Total                         .00   15,771.34      .00   15,771.34


{D0003594:1 }

{D0003594:1 }