06/14/2002                        Prebill Control Report

Page 1

15:34:07


Prebill 000001   Subpage    1                              Client: 4642        Matter:

000_____

Bill Attn To        Attn:


Client 4642        Grace Asbestos Personal Injury Claimants      Old Ref:

Opened: 04/16/01_____Client 4642          Grace Asbestos Personal Injury

Claimants      Old Ref:          Opened: 04/16/01

Primary Contact


Matter 000                                      Old Ref:          Opened:

04/16/01_____Matter 000                              Old Ref:

Opened: 04/16/01

Disbursements


Bill Cycle: 01  Style: it i1   Start: 04/16/01  Last Billed:   05/25/02  Trans Date Range:

01/01/50 to 05/31/02

Client Retainer Available:        .00   Committed to invoices:      .00  Remaining:

.00

Client Credits  Available:        .00  Committed to invoices:       .00  Remaining:       .00

Matter Retainer Available:        .00   Committed to invoices:       .00   Remaining:

.00

Matter Credits  Available:        .00  Committed to invoices:       .00  Remaining:

.00

Budget Fees        .00                 Billed Fees        .00  Resp Empl: Elihu Inselbuch

Budget Exp        .00                 Billed Exp   68,874.69  Bill Empl: Elihu Inselbuch

Budget Tot        .00                 Total        68,874.69  Alt Empl:  Elihu Inselbuch


SUMMARY BY EMPLOYEE

-----------A C T U A L---------   ----------B I L L I N G---------

Value At

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours |
| Amount | Calc Rate | Empl Init | Name | | T/E | Avg Rate | Hours | Amount |

Avg Rate   Hours   Amount   Calc Rate_____

_____

| Empl Init | Name | T/E | Amount | Amount |
|---|---|---|---|---|
| 0020 PVL | Peter Van N. Lockwood | E | 1,840.38 | 1,840.38 |
| 0096 KNB | Kimberly N. Brown | E | 30.00 | 30.00 |
| 0120 EI | Elihu Inselbuch | E | 91.68 | 91.68 |
| 0122 SME | Stacie M. Evans | E | 61.34 | 61.34 |
| 0149 JPC | John P. Cunningham | E | 2,322.33 | 2,322.33 |
| 0187 NDF | Nathan D. Finch | E | 825.47 | 825.47 |
| 0999 C&D | Caplin &. Drysdale | E | 4,682.73 | 4,682.73 |

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | .00 | .00 | .00 | .00 | .00 |
| Total Expenses: | 9,853.93 | | 9,853.93 | | .00 |
| Total Fee+Exp: | .00 | 9,853.93 | .00 | 9,853.93 | .00 |

DETAIL BY TIME/EXPENSE, EMPLOYEE

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I N G-------------   W/E  Trans.  Work    ---------A C T U A L-------- -------------B I L L I N G-------------

 Trans  Transaction Description   Code  Date  Empl   Rate  Hours   Amount  Rate  Hours   Amount  Cumulative  Trans  Transaction Description   Code  Date  Empl   Rate  Hours   Amount  Rate  Hours   Amount  Cumulative_____

_____

1310,182 Long Distance-Equitrac      E 64 05/01/02 0999 C&D                     5.91
5.91     5.91
     In-House
1310,365 Equitrac - Photocopy       E 54 05/01/02 0999 C&D                     25.05
25.05     30.96
     charges
1310,366 Xeroxing                E 54 05/01/02 0999 C&D                     15.15
15.15     46.11
1310,367 Xeroxing                E 54 05/01/02 0999 C&D                     24.90
24.90     71.01
1310,368 Equitrac - Photocopy       E 54 05/01/02 0999 C&D                     .75
.75     71.76
     charges
1310,369 Equitrac - Photocopy       E 54 05/01/02 0999 C&D                     5.10
5.10     76.86
     charges

06/14/2002                    Prebill Control Report

Page 2

15:34:08

Prebill 000001  Subpage   2                          Client: 4642       Matter:

000_____

                       W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                         W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

 Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate   Hours    Amount Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1310,380 Telecopier/Equitrac     E 62 05/01/02 0999 C&D           9.00

9.00     85.86

1310,381 Telecopier/Equitrac     E 62 05/01/02 0999 C&D           .60

.60     86.46

1310,183 Equitrac - Long Distance    E 64 05/02/02 0999 C&D           1.19

1.19     87.65

1310,370 Xeroxing               E 54 05/02/02 0999 C&D           8.25

8.25     95.90

1310,371 Equitrac - Photocopy     E 54 05/02/02 0999 C&D           1.20

1.20     97.10

     charges

1310,372 Equitrac - Photocopy     E 54 05/02/02 0999 C&D           3.60

3.60     100.70

     charges

1310,373 Equitrac - Photocopy     E 54 05/02/02 0999 C&D           .60

.60     101.30

     charges

1310,374 Equitrac - Photocopy     E 54 05/02/02 0999 C&D           4.20

4.20     105.50

     charges

1310,006 Petty Cash; Phone calls    E 12 05/03/02 0149 JPC           63.67

63.67     169.17

     made by JPC while in Miami

working on Grace documents

on 3/12-22

From Petty Cash

005317 AUDIT *

AP-0071,338:0027  Date:

05/03/02

| 1310,184 Long Distance-Equitrac | E 64 05/03/02 0999 C&D | .25 |
| .25 | 169.42 | |
| In-House | | |
| 1310,375 Xeroxing | E 54 05/03/02 0999 C&D | 2.40 |
| 2.40 | 171.82 | |
| 1310,376 Xeroxing | E 54 05/03/02 0999 C&D | 299.70 |
| 299.70 | 471.52 | |
| 1310,377 Xeroxing | E 54 05/03/02 0999 C&D | 10.95 |
| 10.95 | 482.47 | |
| 1310,378 Equitrac - Photocopy | E 54 05/03/02 0999 C&D | 9.90 |
| 9.90 | 492.37 | |
| charges | | |
| 1310,379 Equitrac - Photocopy | E 54 05/03/02 0999 C&D | 185.40 |
| 185.40 | 677.77 | |
| charges | | |
| 1310,382 Equitrac - Fax charges | E 62 05/03/02 0999 C&D | .30 |
| .30 | 678.07 | |
| 1310,780 Long Distance-Equitrac | E 64 05/06/02 0999 C&D | 2.45 |
| 2.45 | 680.52 | |
| In-House | | |
| 1310,848 Equitrac - Photocopy | E 54 05/06/02 0999 C&D | 3.15 |
| 3.15 | 683.67 | |
| charges | | |
| 1310,849 Equitrac - Photocopy | E 54 05/06/02 0999 C&D | 1.80 |
| 1.80 | 685.47 | |
| charges | | |
| 1311,332 Long Distance-Equitrac | E 64 05/07/02 0999 C&D | 1.24 |
| 1.24 | 686.71 | |
| In-House | | |
| 1311,396 Equitrac - Photocopy | E 54 05/07/02 0999 C&D | 2.10 |
| 2.10 | 688.81 | |

charges

1311,397 Equitrac - Photocopy    E 54 05/07/02 0999 C&D                37.50
37.50    726.31

     charges

1311,398 Equitrac - Photocopy    E 54 05/07/02 0999 C&D                2.25
2.25    728.56

     charges

1311,599 Asbestos in public and    E 27 05/08/02 0096 KNB              30.00
30.00    758.56

     commercial buildings for

     KNB

     From Health Effects

     Institute    003457

06/14/2002                         Prebill Control Report

Page 3

15:34:08

Prebill 000001  Subpage   3                          Client: 4642        Matter:
000_____
                        W/E  Trans.  Work  ---------A C T U A L-------- --------------B I L L I
N G-------------              W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate  Hours     Amount  Cumulative  Trans Transaction Description    Code  Date
Empl     Rate  Hours     Amount  Rate  Hours     Amount
Cumulative_____

_____

        AUDIT * AP-0071,426:0002

        Date: 05/08/02

1311,553 Federal Express to Mark    E 01 05/08/02 0122 SME          52.27
52.27      810.83

        Peterson from SME on 5/3

        From Federal Express

        002001 AUDIT *

        AP-0071,397:0005  Date:

        05/08/02

1311,595 Cancellation penalty on NDF  E 32 05/08/02 0187 NDF          152.90
152.90      963.73

        hotel in Boca Raton on 3/28

        From Rita Tower

        000234 AUDIT *

        AP-0071,422:0002  Date:

        05/08/02

1311,750 Long Distance-Equitrac    E 64 05/08/02 0999 C&D          1.16
1.16      964.89

        In-House

1311,819 Xeroxing              E 54 05/08/02 0999 C&D          3.00
3.00      967.89

1311,944 ADA Travel PVNL 4/21 travel  E 15 05/09/02 0020 PVL          1,024.50
1,024.50    1,992.39

to Pittsburgh (coach fare
$824.50)
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,430:0006  Date:
05/09/02

1311,945 ADA Travel Agency fee on    E 15 05/09/02 0020 PVL          40.00
40.00    2,032.39
PVNL 4/21 travel to
Pittsburgh
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,430:0007  Date:
05/09/02

1312,312 Xeroxing              E 54 05/09/02 0999 C&D          1.80
1.80    2,034.19

1312,313 Equitrac - Photocopy      E 54 05/09/02 0999 C&D          5.70
5.70    2,039.89
charges

1312,314 Equitrac - Photocopy      E 54 05/09/02 0999 C&D          3.00
3.00    2,042.89
charges

1312,315 Equitrac - Photocopy      E 54 05/09/02 0999 C&D          .60
.60    2,043.49
charges

1312,526 NYO Long Distance        E 65 05/10/02 0999 C&D          7.98
7.98    2,051.47
Telephone-Long distance
call made in the month of
March

1312,653 Database Research-Westlaw   E 50 05/10/02 0999 C&D          233.30
233.30    2,284.77
research  by JPC on 05/03

1312,654 Database Research-Westlaw   E 50 05/10/02 0999 C&D          1,594.66
1,594.66    3,879.43
research by TWS on
04/29-05/03

1312,743 Long Distance          E 52 05/10/02 0999 C&D          20.81
20.81    3,900.24
    Charges-Credit Cards-Long

06/14/2002                          Prebill Control Report

Page 4

15:34:08


Prebill 000001  Subpage   4                              Client: 4642       Matter:

000_____

                 W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                  W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

        distance call made in the

        month of April

1312,744 Long Distance            E 52 05/10/02 0999 C&D            3.26

3.26    3,903.50

        Charges-Credit Cards-Long

        distance call made in the

        month of April

1312,851 Equitrac - Photocopy      E 54 05/10/02 0999 C&D            41.25

41.25   3,944.75

        charges

1312,852 Equitrac - Photocopy      E 54 05/10/02 0999 C&D            1.05

1.05    3,945.80

        charges

1312,853 Equitrac - Photocopy      E 54 05/10/02 0999 C&D            1.50

1.50    3,947.30

        charges

1312,854 Telecopier/Equitrac      E 62 05/10/02 0999 C&D            1.80

1.80    3,949.10

1312,995 Federal Express to Cathie    E 01 05/13/02 0120 EI            7.08

7.08    3,956.18

        Boyer from EI on 4/26

        From Federal Express

        002001 AUDIT *

AP-0071,456:0005  Date:
05/13/02

1312,998 Federal Express to          E 01 05/13/02 0120 EI                    3.85
3.85    3,960.03

Elizabeth Warren from EI on
4/26
From Federal Express
002001 AUDIT *
AP-0071,456:0008  Date:
05/13/02

1312,999 Federal Express to Warren    E 01 05/13/02 0120 EI                    52.14
52.14    4,012.17

Smith from EI on 4/26
From Federal Express
002001 AUDIT *
AP-0071,456:0009  Date:
05/13/02

1313,027 JPC expenses in Boca Raton   E 21 05/13/02 0149 JPC                    80.29
80.29    4,092.46

for document review on
5/7-10 for snacks and room
service
From John P. Cunningham
003422 AUDIT *
AP-0071,474:0002  Date:
05/13/02

1313,028 JPC expenses in Boca Raton   E 32 05/13/02 0149 JPC                    392.70
392.70    4,485.16

for document review on
5/7-10 for Radisson Hotel
From John P. Cunningham
003422 AUDIT *
AP-0071,474:0003  Date:
05/13/02

1313,029 JPC expenses in Boca Raton   E 33 05/13/02 0149 JPC                    325.62
325.62    4,810.78

for document review on

06/14/2002                    Prebill Control Report

Page 5

15:34:08


Prebill 000001   Subpage   5                          Client: 4642        Matter:

000_____

                         W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                     W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

   Trans Transaction Description    Code Date Empl    Rate  Hours     Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

         5/7-10 for Cab from airport

         and Avis car rental and gas

         From John P. Cunningham

         003422 AUDIT *

         AP-0071,474:0004  Date:

         05/13/02

1313,030 JPC expenses in Boca Raton   E 35 05/13/02 0149 JPC                .86

.86   4,811.64

         for document review on

         5/7-10 for phone call made

         from roon

         From John P. Cunningham

         003422 AUDIT *

         AP-0071,474:0005  Date:

         05/13/02

1313,031 JPC expenses in Boca Raton   E 34 05/13/02 0149 JPC                7.19

7.19   4,818.83

         for document review on

         5/7-10 for gift shop

         toiletries

         From John P. Cunningham

         003422 AUDIT *

         AP-0071,474:0006  Date:

05/13/02

1313,443 Xeroxing                   E 54 05/13/02 0999 C&D                13.50
13.50    4,832.33

1313,444 Xeroxing                   E 54 05/13/02 0999 C&D                87.60
87.60    4,919.93

1313,445 Xeroxing                   E 54 05/13/02 0999 C&D                37.95
37.95    4,957.88

1313,446 Equitrac - Photocopy       E 54 05/13/02 0999 C&D                34.20
34.20    4,992.08
    charges

1313,447 Xeroxing                   E 54 05/13/02 0999 C&D                8.55
8.55    5,000.63

1313,448 Equitrac - Photocopy       E 54 05/13/02 0999 C&D                .45
.45    5,001.08
    charges

1313,738 Long Distance-Equitrac     E 64 05/13/02 0999 C&D                5.22
5.22    5,006.30
    In-House

1313,821 EI rental and use of mobile E 12 05/14/02 0120 EI               28.61
28.61    5,034.91
    phone during European
    vacation to stay in touch
    w/clients,C&D
    From Elihu Inselbuch
    000120 AUDIT *
    AP-0071,488:0011  Date:
    05/14/02

1313,381 Petty Cash; Lunch for NDF  E 22 05/14/02 0187 NDF               36.10
36.10    5,071.01
    on 5/7
    From Petty Cash
    005317 AUDIT *
    AP-0071,476:0023  Date:
    05/14/02

1313,956 Equitrac - Photocopy       E 54 05/14/02 0999 C&D                3.00
3.00    5,074.01
    charges

1313,957 Xeroxing          E 54 05/14/02 0999 C&D              35.25
35.25    5,109.26

06/14/2002                        Prebill Control Report

Page 6

15:34:08

Prebill 000001  Subpage   6                        Client: 4642        Matter:

000_____

                        W/E  Trans.  Work  ---------A C T U A L-------- --------------B I L L I

N G------------                        W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code  Date  Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description      Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1313,958 Equitrac - Photocopy      E 54 05/14/02 0999 C&D              1.80

1.80    5,111.06

        charges

1313,959 Xeroxing              E 54 05/14/02 0999 C&D              45.00

45.00    5,156.06

1314,946 Xeroxing              E 54 05/15/02 0999 C&D              19.20

19.20    5,175.26

1314,947 Equitrac - Photocopy      E 54 05/15/02 0999 C&D              15.15

15.15    5,190.41

        charges

1314,948 Equitrac - Photocopy      E 54 05/15/02 0999 C&D              7.80

7.80    5,198.21

        charges

1315,178 Federal Express delivery to  E 01 05/16/02 0187 NDF              24.78

24.78    5,222.99

        M. Peterson on 5/10

        From Federal Express

        002001 AUDIT *

        AP-0071,519:0006  Date:

        05/16/02

1315,192 Federal Express delivery to  E 01 05/16/02 0187 NDF              26.14

26.14    5,249.13

        D. Relles & M. Peterson on

5/14

From Federal Express

002001 AUDIT *

AP-0071,522:0006  Date:

05/16/02

1315,321 2 asbestos studies from     E 27 05/16/02 0187 NDF          50.00

50.00    5,299.13

A.B. Best Co for NDF

From American Express

000519 AUDIT *

AP-0071,543:0002  Date:

05/16/02

1315,344 Equitrac - Long Distance    E 64 05/16/02 0999 C&D          .70

.70    5,299.83

1315,410 Equitrac - Photocopy     E 54 05/16/02 0999 C&D          16.50

16.50    5,316.33

charges

1315,411 Equitrac - Photocopy     E 54 05/16/02 0999 C&D          13.20

13.20    5,329.53

charges

1315,412 Equitrac - Photocopy     E 54 05/16/02 0999 C&D          1.05

1.05    5,330.58

charges

1315,861 Long Distance-Equitrac    E 64 05/17/02 0999 C&D          2.66

2.66    5,333.24

In-House

1315,946 Equitrac - Photocopy     E 54 05/17/02 0999 C&D          4.95

4.95    5,338.19

charges

1315,947 Equitrac - Photocopy     E 54 05/17/02 0999 C&D          .15

.15    5,338.34

charges

1315,948 Xeroxing          E 54 05/17/02 0999 C&D          20.40

20.40    5,358.74

1315,949 Equitrac - Photocopy     E 54 05/17/02 0999 C&D          8.10

8.10    5,366.84

charges

1316,162 Database Research-Lexis    E 50 05/20/02 0999 C&D          69.27
69.27    5,436.11
    research by TWS/NDF on
    05/09
1316,197 Database Research-Westlaw    E 50 05/20/02 0999 C&D          113.46
113.46    5,549.57
    research by TWS/NDF on
    05/07

06/14/2002                    Prebill Control Report

Page 7

15:34:08


Prebill 000001   Subpage   7                          Client: 4642        Matter:

000_____

                          W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------              W/E  Trans.  Work     ---------A C T U A L-------- ------

--------B I L L I N G-------------

   Trans Transaction Description    Code Date Empl    Rate  Hours      Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description      Code  Date

Empl     Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

1316,341 Long Distance-Equitrac     E 64 05/20/02 0999 C&D               .86

.86    5,550.43

        In-House

1316,413 Xeroxing              E 54 05/20/02 0999 C&D               5.85

5.85    5,556.28

1316,414 Equitrac - Photocopy    E 54 05/20/02 0999 C&D               3.75

3.75    5,560.03

        charges

1316,922 Velocity Express delivery   E 03 05/21/02 0999 C&D               33.04

33.04    5,593.07

        on 5/1 & 5/3

        From Velocity Express

        002986 AUDIT *

        AP-0071,587:0004  Date:

        05/21/02

1316,958 Long Distance-Equitrac     E 64 05/21/02 0999 C&D               2.46

2.46    5,595.53

        In-House

1317,032 Equitrac - Photocopy    E 54 05/21/02 0999 C&D               8.40

8.40    5,603.93

        charges

1317,033 Equitrac - Photocopy    E 54 05/21/02 0999 C&D               6.90

6.90    5,610.83

   charges

1317,034 Equitrac - Photocopy    E 54 05/21/02 0999 C&D     28.65

28.65 5,639.48

   charges

1317,035 Equitrac - Photocopy    E 54 05/21/02 0999 C&D     13.50

13.50 5,652.98

   charges

1317,036 Xeroxing      E 54 05/21/02 0999 C&D     4.05

4.05 5,657.03

1317,037 Equitrac - Fax charges    E 62 05/21/02 0999 C&D     .30

.30 5,657.33

1317,174 LexisNexis Courtlink    E 06 05/22/02 0999 C&D     16.92

16.92 5,674.25

   research service in April

   2002

   From LexisNexis Courtlink

   Inc. 003463 AUDIT *

   AP-0071,643:0005  Date:

   05/22/02

1317,180 LexisNexis Academic &    E 06 05/22/02 0999 C&D     157.35

157.35 5,831.60

   Library document retrieval

   From LexisNexis Academic &

   Library  003464 AUDIT *

   AP-0071,644:0003  Date:

   05/22/02

1317,296 Long Distance-Equitrac    E 64 05/22/02 0999 C&D     .10

.10 5,831.70

   In-House

1317,364 Xeroxing      E 54 05/22/02 0999 C&D     19.80

19.80 5,851.50

1317,365 Equitrac - Photocopy    E 54 05/22/02 0999 C&D     .75

.75 5,852.25

   charges

1317,366 Equitrac - Photocopy    E 54 05/22/02 0999 C&D     .60

.60 5,852.85

   charges

1317,367 Equitrac - Photocopy        E 54 05/22/02 0999 C&D                    .30
.30      5,853.15
         charges
1317,368 Telecopier/Equitrac        E 62 05/22/02 0999 C&D                    .30
.30      5,853.45
1317,369 Equitrac - Fax charges      E 62 05/22/02 0999 C&D                    .15
.15      5,853.60
1317,633 Federal Express delivery to  E 01 05/23/02 0122 SME                  9.07
9.07     5,862.67
         M. Peterson on 5/3

06/14/2002                              Prebill Control Report

Page 8

15:34:08


Prebill 000001   Subpage   8                              Client: 4642        Matter:

000_____

                            W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                        W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

      From Federal Express

      002001 AUDIT *

      AP-0071,658:0004  Date:

      05/23/02

1317,621 Cab from Union Station to    E 33 05/23/02 0187 NDF              12.00

12.00    5,874.67

      office on 5/22

      From Nathan D. Finch

      000326 AUDIT *

      AP-0071,654:0001  Date:

      05/23/02

1317,642 Red Top car service - car    E 33 05/23/02 0999 C&D            71.42

71.42    5,946.09

      service from One Thomas

      Circle to Dulles airport on

      5/7

      From Red Top Executive

      Sedan       001899 AUDIT *

      AP-0071,660:0001  Date:

      05/23/02

1317,645 Red Top car service from    E 37 05/23/02 0999 C&D            14.75

14.75    5,960.84

      office to National Airport

on 5/7
From Red Top Executive
Sedan        001899 AUDIT *
AP-0071,661:0004  Date:
05/23/02

1317,665 Purchase          E 06 05/23/02 0999 C&D          17.50
17.50    5,978.34
Environmental/asbestos
liability
From American Express
000519 AUDIT *
AP-0071,685:0002  Date:
05/23/02

1317,699 Long Distance-Equitrac     E 64 05/23/02 0999 C&D          1.04
1.04    5,979.38
In-House

1317,764 Xeroxing          E 54 05/23/02 0999 C&D          62.85
62.85    6,042.23

1317,765 Equitrac - Photocopy     E 54 05/23/02 0999 C&D          5.25
5.25    6,047.48
charges

1317,766 Xeroxing          E 54 05/23/02 0999 C&D          2.55
2.55    6,050.03

1317,767 Telecopier/Equitrac     E 62 05/23/02 0999 C&D          9.60
9.60    6,059.63

1318,367 Long Distance-Equitrac     E 64 05/24/02 0999 C&D          1.23
1.23    6,060.86
In-House

1318,436 Equitrac - Photocopy     E 54 05/24/02 0999 C&D          .60
.60    6,061.46
charges

1318,437 Xeroxing          E 54 05/24/02 0999 C&D          40.35
40.35    6,101.81

1318,438 Equitrac - Photocopy     E 54 05/24/02 0999 C&D          1.50
1.50    6,103.31
charges

{D0003595:1 }

1318,439 Xeroxing                 E 54 05/24/02 0999 C&D              51.00
51.00    6,154.31
1318,440 Telecopier/Equitrac       E 62 05/24/02 0999 C&D              11.55
11.55    6,165.86
1318,620 PVNL expenses re status      E 21 05/28/02 0020 PVL              33.94
33.94    6,199.80

06/14/2002                          Prebill Control Report

Page 9

15:34:08


Prebill 000001   Subpage   9                          Client: 4642        Matter:

000_____

                          W/E  Trans.  Work  ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

        conference in Newark on

        5/22 for lunch with EI

        From Peter Van N. Lockwood

        000020 AUDIT *

        AP-0071,692:0002  Date:

        05/28/02

1318,625 PVNL expenses re status    E 21 05/28/02 0020 PVL              88.63

88.63    6,288.43

        conference in Philadelphia

        on 5/21 for lunch with

        Rice, Weitz, Rich, Cooney

        and EI

        From Peter Van N. Lockwood

        000020 AUDIT *

        AP-0071,693:0005  Date:

        05/28/02

1318,631 PVNL expenses for meetings  E 21 05/28/02 0020 PVL              66.40

66.40    6,354.83

        and status conference on

        5/19 in New York for meals

        From Peter Van N. Lockwood

        000020 AUDIT *

        AP-0071,696:0005  Date:

05/28/02

1318,635 PVNL expenses for meetings   E 32 05/28/02 0020 PVL                323.41
323.41    6,678.24

    and status conference on

    5/19 in New York for The

    Waldorf Astoria hotel

    From Peter Van N. Lockwood

    000020 AUDIT *

    AP-0071,696:0009  Date:

    05/28/02

1318,842 Equitrac - Long Distance    E 64 05/28/02 0999 C&D                1.78
1.78    6,680.02

1318,908 Equitrac - Photocopy       E 54 05/28/02 0999 C&D                1.35
1.35    6,681.37

    charges

1318,909 Equitrac - Photocopy       E 54 05/28/02 0999 C&D                1.20
1.20    6,682.57

    charges

1318,910 Xeroxing               E 54 05/28/02 0999 C&D                42.30
42.30    6,724.87

1318,911 Xeroxing               E 54 05/28/02 0999 C&D                15.00
15.00    6,739.87

1318,912 Equitrac - Photocopy       E 54 05/28/02 0999 C&D                3.00
3.00    6,742.87

    charges

1318,913 Xeroxing               E 54 05/28/02 0999 C&D                9.00
9.00    6,751.87

1319,100 Database Research-Westlaw   E 50 05/29/02 0999 C&D                127.75
127.75    6,879.62

    research by TWS/NDF on

    05/13

1319,101 Database Research-Westlaw   E 50 05/29/02 0999 C&D                153.44
153.44    7,033.06

    research by BSH on 05/09

1319,125 Database Research-Westlaw   E 50 05/29/02 0999 C&D                183.48
183.48    7,216.54

    research by TWS/NDF on

05/13
1319,218 Long Distance-Equitrac      E 64 05/29/02 0999 C&D            .18
.18    7,216.72

06/14/2002                              Prebill Control Report

Page 10

15:34:08


Prebill 000001   Subpage   10                                    Client: 4642

Matter: 000_____

                         W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                      W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code  Date  Empl    Rate  Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl     Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

     In-House

1319,282 Equitrac - Photocopy      E 54 05/29/02 0999 C&D             2.40

2.40    7,219.12

     charges

1320,498 ADA Trave; PVNL 5/22 travel  E 15 05/30/02 0020 PVL              233.00

233.00    7,452.12

     to Newark (coach 162.50)

     From ADA Travel, Inc.

     000534 AUDIT *

     AP-0071,715:0038  Date:

     05/30/02

1320,499 ADA Trave; AGency fee on     E 15 05/30/02 0020 PVL              20.00

20.00    7,472.12

     PVNL 5/22 travel to Newark

     From ADA Travel, Inc.

     000534 AUDIT *

     AP-0071,715:0039  Date:

     05/30/02

1320,478 ADA Trave; JPC 5/7 coach     E 15 05/30/02 0149 JPC            1,412.00

1,412.00    8,884.12

     travel to Miami

     From ADA Travel, Inc.

     000534 AUDIT *

{D0003595:1 }

AP-0071,715:0018  Date:
05/30/02

1320,479 ADA Trave; Agency fee on    E 15 05/30/02 0149 JPC              40.00
40.00    8,924.12

JPC 5/7 travel to Miami
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,715:0019  Date:
05/30/02

1320,507 ADA Trave; NDF 5/22 travel  E 15 05/30/02 0187 NDF             456.00
456.00    9,380.12

to Newark (coach fare
290.00)
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,715:0047  Date:
05/30/02

1320,508 ADA Trave; Agency fee on    E 15 05/30/02 0187 NDF              40.00
40.00    9,420.12

NDF 5/22 travel to Newark
From ADA Travel, Inc.
000534 AUDIT *
AP-0071,715:0048  Date:
05/30/02

1320,538 Federal Express to Mark     E 01 05/30/02 0187 NDF              10.20
10.20    9,430.32

Peterson from NDF on 5/10
From Federal Express
002001 AUDIT *
AP-0071,733:0005  Date:
05/30/02

1320,539 Federal Express to Mark     E 01 05/30/02 0187 NDF               1.35
1.35    9,431.67

Peterson from NDF on 5/14
From Federal Express

06/14/2002                         Prebill Control Report

Page 11

15:34:09


Prebill 000001  Subpage   11                              Client: 4642

Matter: 000_____

                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description      Code  Date

Empl     Rate   Hours     Amount   Rate   Hours     Amount

Cumulative_____

_____

     002001 AUDIT *

     AP-0071,733:0006  Date:

     05/30/02

1320,131 Long Distance-Equitrac      E 64 05/30/02 0999 C&D                 3.50

3.50    9,435.17

     In-House

1320,197 Equitrac - Photocopy      E 54 05/30/02 0999 C&D                 3.60

3.60    9,438.77

     charges

1320,198 Xeroxing                E 54 05/30/02 0999 C&D           5.70

5.70    9,444.47

1320,199 Equitrac - Photocopy      E 54 05/30/02 0999 C&D                142.20

142.20    9,586.67

     charges

1320,200 Xeroxing                E 54 05/30/02 0999 C&D           30.00

30.00    9,616.67

1320,201 Xeroxing                E 54 05/30/02 0999 C&D           12.90

12.90    9,629.57

1320,202 Equitrac - Photocopy      E 54 05/30/02 0999 C&D                12.75

12.75    9,642.32

     charges

1320,203 Telecopier/Equitrac      E 62 05/30/02 0999 C&D                 9.00

9.00    9,651.32

1320,204 Telecopier/Equitrac       E 62 05/30/02 0999 C&D                4.50
4.50     9,655.82

1320,816 Petty Cash; PVNL expenses    E 33 05/31/02 0020 PVL            10.50
10.50     9,666.32
    in Newark and NY on 5/20-22
    From Petty Cash
    005317 AUDIT *
    AP-0071,745:0026  Date:
    05/31/02

1320,832 Petty Cash; Cab expenses    E 33 05/31/02 0187 NDF            16.00
16.00     9,682.32
    for NDF t/f Union Station
    on 5/29
    From Petty Cash
    005317 AUDIT *
    AP-0071,745:0042  Date:
    05/31/02

1320,953 Long Distance-Equitrac      E 64 05/31/02 0999 C&D             .39
.39     9,682.71
    In-House

1321,012 Equitrac - Photocopy       E 54 05/31/02 0999 C&D             59.40
59.40     9,742.11
    charges

1321,013 Xeroxing                E 54 05/31/02 0999 C&D             30.00
30.00     9,772.11

1321,014 Xeroxing                E 54 05/31/02 0999 C&D             24.30
24.30     9,796.41

1321,015 Xeroxing                E 54 05/31/02 0999 C&D             13.35
13.35     9,809.76

1321,016 Equitrac - Photocopy       E 54 05/31/02 0999 C&D             14.25
14.25     9,824.01
    charges

1322,370 Postage from NY office for   E 56 05/31/02 0999 C&D            5.20
5.20     9,829.21
    month of April

1322,592 NYO Long Distance          E 65 05/31/02 0999 C&D             1.36
1.36     9,830.57

Telephone-Long distance
phone call made in the
month of April

1322,593 NYO Long Distance          E 65 05/31/02 0999 C&D              10.81
10.81    9,841.38

Telephone-Long distance
call made in the month of
April

1322,725 Travel Expenses-Ground      E 33 05/31/02 0999 C&D              12.55
12.55    9,853.93

06/14/2002                          Prebill Control Report

Page 12

15:34:09

Prebill 000001   Subpage   12                          Client: 4642

Matter: 000_____

                              W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                   W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

 Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

        Transporation EI trip on

        5/21 to Philadelphia for

        U.S. Trustee meeting NYO PC

        JV#129


        Total Expense Cards                        9,853.93

9,853.93      Total Expense Cards                            9,853.93

9,853.93




        Matter Total Fee                  .00       .00      .00      .00

        Matter Total Exp                  .00    9,853.93       .00

9,853.93

        Matter Total              .00    9,853.93       .00   9,853.93



        Prebill Total Fee                 .00       .00      .00      .00

        Prebill Total Exp                 .00    9,853.93      .00   9,853.93

        Prebill Total             .00    9,853.93      .00   9,853.93



Previous Billings:

| Invoice | Date | Orig. Amount | Late Charge | Credits | Balance Due |
|---|---|---|---|---|---|
| 033688 | 10/20/01 | 3,066.39 | .00 | .00 | 3,066.39 |
| 034710 | 01/23/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 035800 | 04/20/02 | 21,719.11 | .00 | .00 | 21,719.11 |
| 036043 | 05/25/02 | 15,771.34 | .00 | .00 | 15,771.34 |
| 032913 | 07/27/01 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 033035 | 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 | 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 | 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 | 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034265 | 12/14/01 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 034710 | 01/23/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| 034883 | 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 | 05/25/02 | 120,565.75 | .00 | .00 | 120,565.75 |

Subtotal:      783,497.43       .00  299,007.20  484,490.23

06/14/2002                              Prebill Control Report

Page 13

15:34:09


Prebill 000001   Subpage    13                              Client: 4642

Matter: 000_____

                          W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------                     W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------

  Trans Transaction Description      Code  Date  Empl     Rate   Hours      Amount
Rate   Hours      Amount  Cumulative  Trans Transaction Description        Code  Date
Empl     Rate   Hours      Amount  Rate   Hours      Amount
Cumulative_____

_____


        Run Total Fee                          .00      .00     .00      .00
        Run Total Exp                          .00   9,853.93      .00   9,853.93
        Run Total                        .00   9,853.93      .00   9,853.93