07/11/2002                              Prebill Control Report

Page 1

09:56:13

Prebill 000001  Subpage    1                            Client: 4642        Matter:

000_____

Bill Attn To       Attn:

Client 4642        Grace Asbestos Personal Injury Claimants       Old Ref:

Opened: 04/16/01_____Client 4642            Grace Asbestos Personal Injury

Claimants    Old Ref:            Opened: 04/16/01

Primary Contact

Matter 000                                   Old Ref:            Opened:

04/16/01_____Matter 000                              Old Ref:

Opened: 04/16/01

Disbursements

Bill Cycle: 01  Style: it i1   Start: 04/16/01  Last Billed:   06/25/02  Trans Date Range:

01/01/50 to 06/30/02

Client Retainer Available:        .00   Committed to invoices:      .00   Remaining:

.00

Client Credits  Available:       .00   Committed to invoices:      .00   Remaining:       .00

Matter Retainer Available:        .00   Committed to invoices:      .00   Remaining:

.00

Matter Credits  Available:       .00   Committed to invoices:      .00   Remaining:

.00

Budget Fees        .00                   Billed Fees       .00   Resp Empl: Elihu Inselbuch

Budget Exp        .00                   Billed Exp    78,728.62  Bill Empl: Elihu Inselbuch

Budget Tot        .00                   Total        78,728.62  Alt Empl: Elihu Inselbuch

SUMMARY BY EMPLOYEE

-----------A C T U A L---------   ---------B I L L I N G---------

Value At

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours |
|---|---|---|---|---|---|---|---|

Amount    Calc RateEmpl Init  Name                T/E  Avg Rate  Hours    Amount

Avg Rate   Hours     Amount    Calc

Rate_____

_____

| 0020 PVL | Peter Van N. Lockwood | E | | | -116.50 | | - |
116.50

| 0106 TWS | Trevor W. Swett | E | | | 1,565.35 | | |
1,565.35

| 0120 EI | Elihu Inselbuch | E | | | 1,880.35 | | 1,880.35 |

| 0122 SME | Stacie M. Evans | E | | | 618.15 | | |
618.15

| 0149 JPC | John P. Cunningham | E | | | 15.82 | | |
15.82

| 0187 NDF | Nathan D. Finch | E | | | 1,342.19 | | |
1,342.19

| 0999 C&D | Caplin &. Drysdale | E | | | 12,422.05 | | |
12,422.05

Total Fees:        .00    .00        .00    .00

.00

Total Expenses:        17,727.41        17,727.41

.00

Total Fee+Exp:        .00  17,727.41        .00  17,727.41

.00


DETAIL BY TIME/EXPENSE, EMPLOYEE


W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I N G-------------        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I N G-------------

Trans Transaction Description    Code Date Empl    Rate   Hours     Amount   Rate   Hours     Amount  Cumulative  Trans Transaction Description    Code Date Empl    Rate   Hours     Amount  Rate   Hours     Amount

Cumulative_____

_____

1320,954 Equitrac - Long Distance    E 64 06/01/02 0999 C&D              .18
.18      .18

1323,099 Equitrac - Photocopy        E 54 06/03/02 0999 C&D              3.30
3.30      3.48
        charges

1323,100 Xeroxing                E 54 06/03/02 0999 C&D              25.20
25.20      28.68

1323,101 Xeroxing                E 54 06/03/02 0999 C&D              25.95
25.95      54.63

1323,102 Equitrac - Photocopy        E 54 06/03/02 0999 C&D              .15
.15      54.78
        charges

1323,112 Telecopier/Equitrac        E 62 06/03/02 0999 C&D              .30
.30      55.08

1322,912 Long Distance-Equitrac        E 64 06/04/02 0999 C&D              1.91
1.91      56.99
        In-House

07/11/2002                        Prebill Control Report

Page 2

09:56:14


Prebill 000001   Subpage   2                            Client: 4642         Matter:

000_____

                          W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                        W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code  Date  Empl    Rate   Hours    Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate   Hours    Amount  Rate   Hours    Amount

Cumulative_____

_____

1323,103 Xeroxing                E 54 06/04/02 0999 C&D              29.70

29.70     86.69

1323,104 Equitrac - Photocopy     E 54 06/04/02 0999 C&D                2.70

2.70      89.39

        charges

1323,105 Xeroxing                E 54 06/04/02 0999 C&D               1.20

1.20      90.59

1323,106 Xeroxing                E 54 06/04/02 0999 C&D              12.00

12.00     102.59

1323,107 Xeroxing                E 54 06/04/02 0999 C&D              19.35

19.35     121.94

1323,113 Equitrac - Fax charges    E 62 06/04/02 0999 C&D                3.45

3.45     125.39

1322,744 EI expenses in Philadelphia  E 15 06/05/02 0120 EI             55.00

55.00     180.39

        for meeting with US Trustee

        on 5/21 for r/t train

        From Elihu Inselbuch

        000120 AUDIT *

        AP-0071,819:0004  Date:

        06/05/02

1322,913 Long Distance-Equitrac     E 64 06/05/02 0999 C&D                3.58

3.58     183.97

{D0003596:1 }

In-House

1323,108 Equitrac - Photocopy       E 54 06/05/02 0999 C&D                4.65
4.65      188.62
    charges

1323,109 Equitrac - Photocopy       E 54 06/05/02 0999 C&D                .75
.75      189.37
    charges

1323,110 Xeroxing              E 54 06/05/02 0999 C&D                3.75
3.75      193.12

1323,111 Equitrac - Photocopy       E 54 06/05/02 0999 C&D                5.85
5.85      198.97
    charges

1323,482 Federal Express to Chilelli  E 01 06/06/02 0120 EI              26.11
26.11      225.08
    and Smith from EI on 5/24
    From Federal Express
    002001 AUDIT *
    AP-0071,849:0006  Date:
    06/06/02

1323,979 Long Distance-Equitrac     E 64 06/06/02 0999 C&D              5.17
5.17      230.25
    In-House

1324,122 Xeroxing              E 54 06/06/02 0999 C&D              57.00
57.00      287.25

1324,123 Equitrac - Photocopy       E 54 06/06/02 0999 C&D                .75
.75      288.00
    charges

1324,124 Equitrac - Photocopy       E 54 06/06/02 0999 C&D                3.60
3.60      291.60
    charges

1323,980 Long Distance-Equitrac     E 64 06/07/02 0999 C&D              2.81
2.81      294.41
    In-House

1324,125 Equitrac - Photocopy       E 54 06/07/02 0999 C&D                2.85
2.85      297.26
    charges

1324,126 Equitrac - Photocopy     E 54 06/07/02 0999 C&D                3.00
3.00      300.26
          charges
1324,127 Equitrac - Fax charges     E 62 06/07/02 0999 C&D              .45
.45      300.71
1324,542 TWS means in Chicago on     E 21 06/10/02 0106 TWS            32.08
32.08      332.79
          6/2-4 for meetings
          From Trevor W. Swett
          000106 AUDIT *
          AP-0071,903:0004  Date:
          06/10/02

07/11/2002                    Prebill Control Report

Page 3

09:56:14


Prebill 000001   Subpage   3                        Client: 4642        Matter:

000_____

                    W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I

N G-------------                        W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl     Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

1324,544 TWS Four Seasons hotel     E 32 06/10/02 0106 TWS              379.17

379.17     711.96

         expenses in Chicago on

         6/2-4 for meetings

         From Trevor W. Swett

         000106 AUDIT *

         AP-0071,903:0006  Date:

         06/10/02

1324,546 TWS cabs expenses in       E 33 06/10/02 0106 TWS              35.66

35.66      747.62

         Chicago for meetings on

         6/2-4

         From Trevor W. Swett

         000106 AUDIT *

         AP-0071,903:0008  Date:

         06/10/02

1324,548 TWS phone call expenses    E 35 06/10/02 0106 TWS              39.50

39.50      787.12

         from hotel room in Chicago

         for meetings on 6/2-4

         From Trevor W. Swett

         000106 AUDIT *

         AP-0071,903:0010  Date:

06/10/02

1324,553 TWS expenses in Newark for   E 21 06/10/02 0106 TWS                    14.47
14.47      801.59
court hearing on 6/5-6 for
meals
From Trevor W. Swett
000106 AUDIT *
AP-0071,905:0002  Date:
06/10/02

1324,554 TWS expenses in Newark for   E 32 06/10/02 0106 TWS                    210.94
210.94    1,012.53
court hearing on 6/5-6 for
Hilton Newark airport hote;
From Trevor W. Swett
000106 AUDIT *
AP-0071,905:0003  Date:
06/10/02

1324,555 TWS expenses in Newark for   E 33 06/10/02 0106 TWS                    54.00
54.00     1,066.53
court hearing on 6/5-6 for
cabs
From Trevor W. Swett
000106 AUDIT *
AP-0071,905:0004  Date:
06/10/02

1324,556 TWS expenses in Newark for   E 35 06/10/02 0106 TWS                    7.67
7.67      1,074.20
court hearing on 6/5-6 for
phone calls made from hotel
From Trevor W. Swett
000106 AUDIT *
AP-0071,905:0005  Date:
06/10/02

07/11/2002                    Prebill Control Report

Page 4

09:56:14


Prebill 000001  Subpage   4                              Client: 4642        Matter:

000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

 Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1324,613 Long Distance-Equitrac    E 64 06/10/02 0999 C&D            9.06

9.06    1,083.26

        In-House

1324,687 Equitrac - Photocopy     E 54 06/10/02 0999 C&D           20.25

20.25    1,103.51

        charges

1324,688 Equitrac - Photocopy     E 54 06/10/02 0999 C&D            8.55

8.55    1,112.06

        charges

1324,689 Xeroxing                 E 54 06/10/02 0999 C&D            8.40

8.40    1,120.46

1324,690 Xeroxing                 E 54 06/10/02 0999 C&D            2.55

2.55    1,123.01

1324,691 Equitrac - Photocopy     E 54 06/10/02 0999 C&D           16.65

16.65    1,139.66

        charges

1324,902 ADA Travel; Downgrade on    E 15 06/11/02 0020 PVL          -116.50

-116.50    1,023.16

        PVNL 5/22 travel to Newark

        From ADA Travel, Inc.

        000534 AUDIT *

        AP-0071,909:0006  Date:

        06/11/02

{D0003596:1 }

1324,930 Charge & Ride for EI and    E 33 06/11/02 0120 EI                40.85
40.85    1,064.01
    PVNL to Newark for conf
    w/Judge Wolin on 5/22
    From Charge & Ride Inc.
    002821 AUDIT *
    AP-0071,918:0005  Date:
    06/11/02

1324,932 Charge & Ride for EI and    E 33 06/11/02 0120 EI                45.90
45.90    1,109.91
    PVNL from conf in Newark
    w/Judge Wolin on 5/23
    From Charge & Ride Inc.
    002821 AUDIT *
    AP-0071,918:0007  Date:
    06/11/02

1324,908 ADA Travel; NDF 5/29 travel  E 15 06/11/02 0187 NDF            456.00
456.00    1,565.91
    to New York (coach fare
    330.00)
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0071,909:0012  Date:
    06/11/02

1324,909 ADA Travel; Agency fee on    E 15 06/11/02 0187 NDF             40.00
40.00    1,605.91
    NDF 5/29 travel to New York
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0071,909:0013  Date:
    06/11/02

1325,040 Equitrac - Photocopy        E 54 06/11/02 0999 C&D             47.70
47.70    1,653.61
    charges

1325,041 Equitrac - Photocopy        E 54 06/11/02 0999 C&D              3.60
3.60    1,657.21
    charges

1325,042 Equitrac - Photocopy        E 54 06/11/02 0999 C&D                4.80
4.80     1,662.01
        charges

07/11/2002                          Prebill Control Report

Page 5

09:56:14


Prebill 000001  Subpage   5                          Client: 4642        Matter:

000_____

                   W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I

N G-------------                          W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description   Code Date Empl    Rate  Hours    Amount

Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

1325,043 Equitrac - Photocopy      E 54 06/11/02 0999 C&D           1.35

1.35    1,663.36

      charges

1325,044 Xeroxing              E 54 06/11/02 0999 C&D          6.60

6.60    1,669.96

1325,045 Telecopier/Equitrac      E 62 06/11/02 0999 C&D           4.50

4.50    1,674.46

1325,195 Petty Cash; TWS luncheon    E 22 06/12/02 0106 TWS          18.86

18.86    1,693.32

      meeting on 5/31 with

      HDR,EI,WBS,PVNL re asbestos

      litigation

      From Petty Cash

      005317 AUDIT *

      AP-0071,925:0025  Date:

      06/12/02

1325,199 Petty Cash; To reimburse    E 12 06/12/02 0149 JPC          15.82

15.82    1,709.14

      JPC for phone calls made

      while in Miami on 5/7-10

      From Petty Cash

      005317 AUDIT *

      AP-0071,925:0029  Date:

{D0003596:1 }

06/12/02

1325,406 Database Research-Westlaw   E 50 06/12/02 0999 C&D        301.32
301.32    2,010.46

 research by JPC on 05/28,30

1325,407 Database Research-Westlaw   E 50 06/12/02 0999 C&D      1,320.80
1,320.80    3,331.26

 research by MCH on 05/28-30

1325,408 Database Research-Westlaw   E 50 06/12/02 0999 C&D        940.01
940.01    4,271.27

 research by JPC/NR on
 05/30,31

1325,448 Database Research-Lexis   E 50 06/12/02 0999 C&D      1,118.84
1,118.84    5,390.11

 research by JPC on 05/28

1325,449 Database Research-Lexis   E 50 06/12/02 0999 C&D        187.18
187.18    5,577.29

 research by JPC/NR on 05/31

1325,506 Velocity Express to Sidley   E 03 06/12/02 0999 C&D          3.96
3.96    5,581.25

 & Austin on 5/28
 From Velocity Express
 002986 AUDIT *
 AP-0071,961:0003  Date:
 06/12/02

1325,510 Velocity Express to Wiley   E 03 06/12/02 0999 C&D         18.50
18.50    5,599.75

 Rein and Shea & Garnder
 from on 5/14
 From Velocity Express
 002986 AUDIT *
 AP-0071,962:0004  Date:
 06/12/02

1325,515 LexisNexis Matthew Bender;   E 06 06/12/02 0999 C&D        134.79
134.79    5,734.54

 Sourcebook on Asbestos
 Disease
 From LexisNexis Matthew

Bender     003451 AUDIT *
AP-0071,963:0003  Date:

07/11/2002                          Prebill Control Report

Page 6

09:56:14


Prebill 000001   Subpage   6                           Client: 4642        Matter:

000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

 Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

       06/12/02

1325,559 Long Distance-Equitrac     E 64 06/12/02 0999 C&D               .84

.84    5,735.38

       In-House

1325,626 Equitrac - Photocopy     E 54 06/12/02 0999 C&D               3.75

3.75    5,739.13

       charges

1325,772 Federal Express to EI at    E 01 06/13/02 0120 EI              19.82

19.82    5,758.95

       Four Searons hotel on 6/3

       From Federal Express

       002001 AUDIT *

       AP-0072,015:0006  Date:

       06/13/02

1325,777 GA Tech Library and     E 27 06/13/02 0187 NDF              8.75

8.75    5,767.70

       Information Center

       From GA Tech

       003479 AUDIT *

       AP-0072,019:0002  Date:

       06/13/02

1326,781 Long Distance-Equitrac     E 64 06/13/02 0999 C&D               4.66

4.66    5,772.36

{D0003596:1 }

In-House

1326,854 Equitrac - Photocopy     E 54 06/13/02 0999 C&D          21.30
21.30    5,793.66
       charges

1326,855 Equitrac - Photocopy     E 54 06/13/02 0999 C&D          33.30
33.30    5,826.96
       charges

1326,856 Xeroxing          E 54 06/13/02 0999 C&D          17.40
17.40    5,844.36

1326,857 Xeroxing          E 54 06/13/02 0999 C&D          2.55
2.55    5,846.91

1326,858 Equitrac - Photocopy     E 54 06/13/02 0999 C&D          .75
.75    5,847.66
       charges

1326,859 Equitrac - Photocopy     E 54 06/13/02 0999 C&D          .60
.60    5,848.26
       charges

1326,860 Xeroxing          E 54 06/13/02 0999 C&D          78.15
78.15    5,926.41

1327,136 Long Distance-Equitrac     E 64 06/14/02 0999 C&D          .77
.77    5,927.18
       In-House

1327,197 Xeroxing          E 54 06/14/02 0999 C&D          9.15
9.15    5,936.33

1327,198 Equitrac - Photocopy     E 54 06/14/02 0999 C&D          86.10
86.10    6,022.43
       charges

1327,199 Xeroxing          E 54 06/14/02 0999 C&D          25.35
25.35    6,047.78

1327,200 Equitrac - Photocopy     E 54 06/14/02 0999 C&D          1.20
1.20    6,048.98
       charges

1327,201 Xeroxing          E 54 06/14/02 0999 C&D          3.45
3.45    6,052.43

1327,728 Long Distance-Equitrac     E 64 06/17/02 0999 C&D          4.13
4.13    6,056.56
       In-House

| 1327,807 Xeroxing | E 54 06/17/02 0999 C&D | 395.40 |
| 395.40 | 6,451.96 | |
| 1327,808 Xeroxing | E 54 06/17/02 0999 C&D | 9.75 |
| 9.75 | 6,461.71 | |
| 1327,809 Xeroxing | E 54 06/17/02 0999 C&D | 25.50 |
| 25.50 | 6,487.21 | |
| 1327,810 Equitrac - Photocopy | E 54 06/17/02 0999 C&D | 1.35 |
| 1.35 | 6,488.56 | |
| charges | | |
| 1327,811 Equitrac - Photocopy | E 54 06/17/02 0999 C&D | 37.65 |
| 37.65 | 6,526.21 | |
| charges | | |
| 1328,320 Long Distance-Equitrac | E 64 06/18/02 0999 C&D | 4.47 |
| 4.47 | 6,530.68 | |

07/11/2002                          Prebill Control Report

Page 7

09:56:14


Prebill 000001   Subpage   7                              Client: 4642          Matter:

000_____

                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                        W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

   Trans Transaction Description     Code Date Empl     Rate  Hours      Amount

Rate   Hours      Amount  Cumulative  Trans Transaction Description      Code  Date

Empl     Rate   Hours      Amount  Rate   Hours      Amount

Cumulative_____

_____

     In-House

1328,391 Xeroxing              E 54 06/18/02 0999 C&D              1.05

1.05     6,531.73

1328,392 Xeroxing              E 54 06/18/02 0999 C&D              514.05

514.05    7,045.78

1328,393 Xeroxing              E 54 06/18/02 0999 C&D              52.05

52.05    7,097.83

1328,394 Xeroxing              E 54 06/18/02 0999 C&D              2.40

2.40     7,100.23

1328,395 Equitrac - Photocopy      E 54 06/18/02 0999 C&D                7.65

7.65     7,107.88

        charges

1328,396 Equitrac - Photocopy      E 54 06/18/02 0999 C&D              1.20

1.20     7,109.08

        charges

1328,397 Equitrac - Fax charges     E 62 06/18/02 0999 C&D              3.30

3.30     7,112.38

1328,398 Telecopier/Equitrac      E 62 06/18/02 0999 C&D              1.50

1.50     7,113.88

1328,151 Federal Express to Brad     E 01 06/19/02 0122 SME              35.52

35.52    7,149.40

        Friedman from SME on 6/12

        From Federal Express

002001 AUDIT *

AP-0072,077:0006  Date:

06/19/02

1328,585 Long Distance-Equitrac      E 64 06/19/02 0999 C&D               3.70

3.70    7,153.10

In-House

1328,646 Equitrac - Photocopy        E 54 06/19/02 0999 C&D               9.60

9.60    7,162.70

charges

1328,647 Equitrac - Photocopy        E 54 06/19/02 0999 C&D               8.85

8.85    7,171.55

charges

1328,648 Equitrac - Photocopy        E 54 06/19/02 0999 C&D               1.05

1.05    7,172.60

charges

1328,649 Xeroxing                    E 54 06/19/02 0999 C&D              14.40

14.40    7,187.00

1328,793 Petty Cash; Evening dinner  E 22 06/20/02 0187 NDF               9.37

9.37    7,196.37

for NDF on 6/18

From Petty Cash

005317 AUDIT *

AP-0072,112:0035  Date:

06/20/02

1329,140 Long Distance-Equitrac      E 64 06/20/02 0999 C&D               3.74

3.74    7,200.11

In-House

1329,213 Xeroxing                    E 54 06/20/02 0999 C&D              18.90

18.90    7,219.01

1329,214 Xeroxing                    E 54 06/20/02 0999 C&D              12.00

12.00    7,231.01

1329,215 Equitrac - Photocopy        E 54 06/20/02 0999 C&D                .60

.60    7,231.61

charges

1329,216 Equitrac - Photocopy        E 54 06/20/02 0999 C&D               1.80

1.80    7,233.41

charges

1329,217 Equitrac - Fax charges      E 62 06/20/02 0999 C&D                     2.55
2.55    7,235.96
1329,218 Telecopier/Equitrac        E 62 06/20/02 0999 C&D                     7.65
7.65    7,243.61
1329,349 Federal Express sent by EI   E 01 06/21/02 0120 EI                    9.65
9.65    7,253.26
        to Lauren on 6/4
        From Federal Express
        002001 AUDIT *
        AP-0072,115:0006  Date:
        06/21/02
1329,398 EI Chicago expenses for      E 21 06/21/02 0120 EI                   26.48
26.48    7,279.74

{D0003596:1 }

07/11/2002                          Prebill Control Report

Page 8

09:56:14

Prebill 000001   Subpage   8                          Client: 4642        Matter:

000_____

                          W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                          W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl     Rate  Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description      Code  Date

Empl     Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

        Grace asbestos meeting on

        6/4 for dinner conf with

        PVNL

        From Elihu Inselbuch

        000120 AUDIT *

        AP-0072,122:0002  Date:

        06/21/02

1329,399 EI Chicago expenses for     E 21 06/21/02 0120 EI               16.33

16.33    7,296.07

        Grace asbestos meeting on

        6/4 for room service

        From Elihu Inselbuch

        000120 AUDIT *

        AP-0072,122:0003  Date:

        06/21/02

1329,400 EI Chicago expenses for     E 21 06/21/02 0120 EI               215.61

215.61    7,511.68

        Grace asbestos meeting on

        6/4 for dinner conf with

        Budd, Peterson, Weitz,

        Marcis, Bickford

        From Elihu Inselbuch

        000120 AUDIT *

AP-0072,122:0004  Date: 06/21/02

1329,401 EI Chicago expenses for    E 15 06/21/02 0120 EI                181.92
181.92    7,693.60

Grace asbestos meeting on 6/4 for airfare New York to Chicago (coach fare 122.91) From Elihu Inselbuch
000120 AUDIT *
AP-0072,122:0005  Date: 06/21/02

1329,402 EI Chicago expenses for    E 15 06/21/02 0120 EI                15.00
15.00    7,708.60

Grace asbestos meeting on 6/4 for travel agency fee From Elihu Inselbuch
000120 AUDIT *
AP-0072,122:0006  Date: 06/21/02

1329,403 EI Chicago expenses for    E 32 06/21/02 0120 EI                175.23
175.23    7,883.83

Grace asbestos meeting on 6/4 for Four Seasons hotel From Elihu Inselbuch
000120 AUDIT *
AP-0072,122:0007  Date: 06/21/02

1329,404 EI Chicago expenses for    E 35 06/21/02 0120 EI                15.63
15.63    7,899.46

Grace asbestos meeting on 6/4 for phone calls made from hotel

07/11/2002                          Prebill Control Report

Page 9

09:56:14


Prebill 000001   Subpage    9                              Client: 4642        Matter:

000_____

                             W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------                        W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

     From Elihu Inselbuch

     000120 AUDIT *

     AP-0072,122:0008  Date:

     06/21/02

1329,405 EI Chicago expenses for     E 15 06/21/02 0120 EI            166.17

166.17    8,065.63

     Grace asbestos meeting on

     6/4 for airfare Chicago to

     Newark (coach fare 123.50)

     From Elihu Inselbuch

     000120 AUDIT *

     AP-0072,122:0009  Date:

     06/21/02

1329,424 Federal Express to Richael   E 01 06/21/02 0122 SME           75.65

75.65    8,141.28

     Fleishman from SME on 6/18

     From Federal Express

     002001 AUDIT *

     AP-0072,133:0006  Date:

     06/21/02

1329,427 NDF New York expenses for    E 21 06/21/02 0187 NDF           10.00

10.00    8,151.28

     depositions on 6/19-20 for

dinner
From Nathan D. Finch
000326 AUDIT *
AP-0072,135:0002  Date:
06/21/02

1329,428 NDF New York expenses for    E 32 06/21/02 0187 NDF                279.46
279.46    8,430.74
depositions on 6/19-20 for
Hoel Elysee
From Nathan D. Finch
000326 AUDIT *
AP-0072,135:0003  Date:
06/21/02

1329,429 NDF New York expenses for    E 33 06/21/02 0187 NDF                 33.00
33.00    8,463.74
depositions on 6/19-20 for
cabs in DC and in NY t/f
train and hotel
From Nathan D. Finch
000326 AUDIT *
AP-0072,135:0004  Date:
06/21/02

1329,430 NDF New York expenses for    E 35 06/21/02 0187 NDF                 19.61
19.61    8,483.35
depositions on 6/19-20 for
phone calls made from room
From Nathan D. Finch
000326 AUDIT *
AP-0072,135:0005  Date:
06/21/02

1329,459 Equitrac - Long Distance    E 64 06/21/02 0999 C&D                   6.31
6.31    8,489.66

1329,530 Equitrac - Photocopy     E 54 06/21/02 0999 C&D                     .60
.60    8,490.26

07/11/2002                    Prebill Control Report

Page 10

09:56:15


Prebill 000001  Subpage   10                          Client: 4642

Matter: 000_____

                    W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                        W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

       charges

1329,531 Equitrac - Photocopy    E 54 06/21/02 0999 C&D          52.95

52.95   8,543.21

       charges

1329,532 Equitrac - Photocopy    E 54 06/21/02 0999 C&D          18.15

18.15   8,561.36

       charges

1329,533 Equitrac - Photocopy    E 54 06/21/02 0999 C&D          1.80

1.80    8,563.16

       charges

1329,534 Xeroxing                E 54 06/21/02 0999 C&D          12.90

12.90   8,576.06

1329,535 Xeroxing                E 54 06/21/02 0999 C&D          1.65

1.65    8,577.71

1329,536 Equitrac - Photocopy    E 54 06/21/02 0999 C&D          9.00

9.00    8,586.71

       charges

1329,537 Telecopier/Equitrac     E 62 06/21/02 0999 C&D          2.85

2.85    8,589.56

1330,062 TWS expenses in Newark for   E 33 06/24/02 0106 TWS          19.00

19.00   8,608.56

       court hearing on 6/14 for

       cabs and parking

{D0003596:1 }

From Trevor W. Swett

000106 AUDIT *

AP-0072,149:0002  Date:

06/24/02

1330,066 EI room service in Chicago   E 21 06/24/02 0120 EI          4.46

4.46    8,613.02

for meeting on 6/5

From Elihu Inselbuch

000120 AUDIT *

AP-0072,154:0002  Date:

06/24/02

1330,124 Long Distance-Equitrac      E 64 06/24/02 0999 C&D          1.34

1.34    8,614.36

In-House

1330,187 Equitrac - Photocopy       E 54 06/24/02 0999 C&D          .45

.45    8,614.81

charges

1330,188 Equitrac - Photocopy       E 54 06/24/02 0999 C&D          13.50

13.50    8,628.31

charges

1330,189 Xeroxing             E 54 06/24/02 0999 C&D          56.85

56.85    8,685.16

1330,190 Equitrac - Photocopy       E 54 06/24/02 0999 C&D          .15

.15    8,685.31

charges

1330,191 Xeroxing             E 54 06/24/02 0999 C&D          1.05

1.05    8,686.36

1330,192 Equitrac - Photocopy       E 54 06/24/02 0999 C&D          2.40

2.40    8,688.76

charges

1330,193 Equitrac - Photocopy       E 54 06/24/02 0999 C&D          7.35

7.35    8,696.11

charges

1330,194 Xeroxing             E 54 06/24/02 0999 C&D          63.60

63.60    8,759.71

1333,714 Database Research-Westlaw   E 50 06/24/02 0999 C&D          61.35

61.35    8,821.06

research by NDF on 06/10

1333,715 Database Research-Westlaw    E 50 06/24/02 0999 C&D                    611.30
611.30    9,432.36

research by DML on 06/10

1330,654 Long Distance-Equitrac        E 64 06/25/02 0999 C&D                    4.09
4.09    9,436.45

In-House

1330,729 Xeroxing                  E 54 06/25/02 0999 C&D              15.60
15.60    9,452.05

1330,730 Xeroxing                  E 54 06/25/02 0999 C&D              264.90
264.90    9,716.95

1330,731 Equitrac - Photocopy      E 54 06/25/02 0999 C&D              10.65
10.65    9,727.60

{D0003596:1 }

07/11/2002                          Prebill Control Report
Page 11
09:56:15


Prebill 000001   Subpage   11                          Client: 4642
Matter: 000_____
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------               W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description     Code  Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____

_____
       charges
1330,732 Xeroxing              E 54 06/25/02 0999 C&D              .75
.75    9,728.35
       1330,733 Equitrac - Photocopy     E 54 06/25/02 0999 C&D              10.50
10.50    9,738.85
       charges
1330,734 Xeroxing              E 54 06/25/02 0999 C&D              61.20
61.20    9,800.05
       1330,735 Xeroxing              E 54 06/25/02 0999 C&D              31.80
31.80    9,831.85
       1330,736 Equitrac - Photocopy     E 54 06/25/02 0999 C&D              114.60
114.60    9,946.45
       charges
1330,581 EI expenses in Chicago on    E 21 06/26/02 0120 EI              213.84
213.84   10,160.29
       6/4 for coffee/soda during
       meeting
       w/Baron,Budd,Cooney,Meyer,Ka
       zan,Kelley,Rice,
       Davis,Weitz,McNew,(divided
       amoung three clients)
       From Four Seasons Hotel
       003487 AUDIT *

AP-0072,186:0002  Date:
06/26/02

1330,582 EI expenses in Chicago on    E 32 06/26/02 0120 EI                    233.34
233.34    10,393.63

6/4 for meeting room rental
divided among three clients
From Four Seasons Hotel
003487 AUDIT *
AP-0072,186:0003  Date:
06/26/02

1330,583 EI expenses in Chicago on    E 35 06/26/02 0120 EI                    83.33
83.33    10,476.96

6/4 for conference phone
(cost divided among three
clients)
From Four Seasons Hotel
003487 AUDIT *
AP-0072,186:0004  Date:
06/26/02

1330,616 Charge & Ride for EI from    E 33 06/26/02 0120 EI                    330.58
330.58    10,807.54

399 Park Avenue to Newark,
NJ on 1/22
From Charge & Ride Inc.
002821 AUDIT *
AP-0072,210:0002  Date:
06/26/02

1330,622 Charge & Ride from    E 33 06/26/02 0120 EI                    5.10
5.10    10,812.64

Newark/additional charge
for extra stop w/EI and
PVNL after conf with Judge
Wolin on 5/22
From Charge & Ride Inc.
002821 AUDIT *
AP-0072,211:0004  Date:

07/11/2002                          Prebill Control Report

Page 12

09:56:15


Prebill 000001   Subpage   12                                    Client: 4642

Matter: 000_____

                         W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                         W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description     Code Date Empl    Rate  Hours     Amount

Rate  Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

     06/26/02

1331,003 Database Research-Lexis      E 50 06/26/02 0999 C&D                 77.20

77.20   10,889.84

       research by JPC/NR on 06/06

1331,135 Database Research-Westlaw    E 50 06/26/02 0999 C&D                 65.33

65.33   10,955.17

       research by MCH on 06/03-05

1331,136 Database Research-Westlaw    E 50 06/26/02 0999 C&D              2,999.42

2,999.42   13,954.59

       research by DML on 06/05

1331,137 Database Research-Westlaw    E 50 06/26/02 0999 C&D                112.98

112.98   14,067.57

       research by DML on 06/07

1331,293 Database Research-Lexis      E 50 06/26/02 0999 C&D                154.40

154.40   14,221.97

       research by JPC/MLR on

       06/10

1331,689 Long Distance-Equitrac       E 64 06/26/02 0999 C&D                  1.65

1.65   14,223.62

       In-House

1331,745 Xeroxing                     E 54 06/26/02 0999 C&D         64.35

64.35   14,287.97

{D0003596:1 }

1331,746 Equitrac - Photocopy      E 54 06/26/02 0999 C&D                    5.10
5.10    14,293.07
    charges

1331,747 Xeroxing                 E 54 06/26/02 0999 C&D              7.20
7.20    14,300.27

1331,748 Xeroxing                 E 54 06/26/02 0999 C&D              2.25
2.25    14,302.52

1331,359 ADA Travel; TWS 6/5 travel   E 15 06/27/02 0106 TWS                228.00
228.00    14,530.52
    to Newark (coach fare
    157.00)
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,216:0007  Date:
    06/27/02

1331,360 ADA Travel; Agency fee on    E 15 06/27/02 0106 TWS               20.00
20.00    14,550.52
    TWS 6/5 travel to Newark
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,216:0008  Date:
    06/27/02

1331,383 ADA Travel; TWS 6/14 travel  E 15 06/27/02 0106 TWS               466.00
466.00    15,016.52
    to Newark (coach fare
    314.00)
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,216:0031  Date:
    06/27/02

1331,384 ADA Travel; agency fee for   E 15 06/27/02 0106 TWS               40.00
40.00    15,056.52
    TWS 6/14 travel to Newark
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,216:0032  Date:
    06/27/02

1331,391 ADA Travel; SME 6/19 travel  E 15 06/27/02 0122 SME         446.00
446.00    15,502.52
    to NYC (coach fare 290.00)
    From ADA Travel, Inc.
    000534 AUDIT *

07/11/2002                              Prebill Control Report

Page 13

09:56:15


Prebill 000001   Subpage   13                              Client: 4642

Matter: 000_____

            W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------                W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------

  Trans Transaction Description    Code Date  Empl    Rate  Hours     Amount

Rate  Hours     Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

      AP-0072,216:0039  Date:

      06/27/02

1331,392 ADA Travel; Agency fee for   E 15 06/27/02 0122 SME              40.00

40.00   15,542.52

      SME 6/19 travel to NYC

      From ADA Travel, Inc.

      000534 AUDIT *

      AP-0072,216:0040  Date:

      06/27/02

1331,386 ADA Travel; NDF 6/19 travel   E 15 06/27/02 0187 NDF              446.00

446.00   15,988.52

      to NYC (coach fare 330.00)

      From ADA Travel, Inc.

      000534 AUDIT *

      AP-0072,216:0034  Date:

      06/27/02

1331,387 ADA Travel; Agency fee on   E 15 06/27/02 0187 NDF              40.00

40.00   16,028.52

      NDF 6/19 travel to NYC

      From ADA Travel, Inc.

      000534 AUDIT *

      AP-0072,216:0035  Date:

      06/27/02

1331,407 LexisNexis Courtlink      E 06 06/27/02 0999 C&D                8.46
8.46    16,036.98
    From LexisNexis Courtlink
    Inc.      003463 AUDIT *
    AP-0072,231:0007  Date:
    06/27/02
1332,191 Database Research-Westlaw    E 50 06/27/02 0999 C&D                789.41
789.41    16,826.39
    research by DML on 06/19,20
1332,521 Long Distance-Equitrac      E 64 06/27/02 0999 C&D                2.56
2.56    16,828.95
    In-House
1332,581 Xeroxing                E 54 06/27/02 0999 C&D            522.90
522.90    17,351.85
1332,582 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                5.25
5.25    17,357.10
    charges
1332,583 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                1.50
1.50    17,358.60
    charges
1332,584 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                2.40
2.40    17,361.00
    charges
1332,585 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                10.95
10.95    17,371.95
    charges
1332,586 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                63.00
63.00    17,434.95
    charges
1332,587 Xeroxing                E 54 06/27/02 0999 C&D            6.00
6.00    17,440.95
1332,588 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                1.50
1.50    17,442.45
    charges
1332,589 Equitrac - Photocopy      E 54 06/27/02 0999 C&D                6.45
6.45    17,448.90
    charges

1332,590 Xeroxing                    E 54 06/27/02 0999 C&D                    2.70
2.70    17,451.60
1332,591 Xeroxing                    E 54 06/27/02 0999 C&D                    21.00
21.00    17,472.60
1332,592 Xeroxing                    E 54 06/27/02 0999 C&D                    49.80
49.80    17,522.40
1332,593 Equitrac - Fax charges      E 62 06/27/02 0999 C&D                    1.50
1.50    17,523.90

07/11/2002                          Prebill Control Report
Page 14
09:56:15


Prebill 000001  Subpage   14                          Client: 4642
Matter: 000_____
                         W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------                         W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
   Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate  Hours     Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours     Amount  Rate  Hours     Amount
Cumulative_____

_____

1332,594 Equitrac - Fax charges    E 62 06/27/02 0999 C&D              .30
.30   17,524.20
1332,595 Equitrac - Fax charges    E 62 06/27/02 0999 C&D              .45
.45   17,524.65
1332,490 Federal Express to Mark    E 01 06/28/02 0122 SME            20.98
20.98   17,545.63
       Peterson from SME on 6/25
       From Federal Express
       002001 AUDIT *
       AP-0072,285:0004  Date:
       06/28/02
1332,482 Federal Express to Mark    E 01 06/28/02 0999 C&D            14.85
14.85   17,560.48
       Peterson from Rita Tower on
       6/21
       From Federal Express
       002001 AUDIT *
       AP-0072,276:0008  Date:
       06/28/02
1332,981 Long Distance-Equitrac    E 64 06/28/02 0999 C&D              .53
.53   17,561.01
       In-House

{D0003596:1 }

1333,029 Xeroxing                        E 54 06/28/02 0999 C&D                        6.75
6.75    17,567.76
1333,030 Equitrac - Photocopy      E 54 06/28/02 0999 C&D                        .45
.45    17,568.21
        charges
1333,031 Equitrac - Photocopy      E 54 06/28/02 0999 C&D                        9.75
9.75    17,577.96
        charges
1333,032 Xeroxing                        E 54 06/28/02 0999 C&D                      64.95
64.95    17,642.91
1333,033 Equitrac - Photocopy      E 54 06/28/02 0999 C&D                      14.85
14.85    17,657.76
        charges
1333,035 Equitrac - Fax charges    E 62 06/28/02 0999 C&D                        .15
.15    17,657.91
1333,890 NYO Long Distance         E 65 06/28/02 0999 C&D                      17.33
17.33    17,675.24
        Telephone-Long distance
        call made in the month of
        May
1332,982 Equitrac - Long Distance  E 64 06/29/02 0999 C&D                        .50
.50    17,675.74
1333,034 Equitrac - Photocopy      E 54 06/29/02 0999 C&D                        9.30
9.30    17,685.04
        charges
1329,107 Travel Expenses-Ground    E 33 06/30/02 0999 C&D                      37.17
37.17    17,722.21
        Transporation - EI's trip
        to Chicago on 6/2-6/5 for
        meetings (1/6 of total) NYO
        PC JV#157
1333,116 Postage, NY office during  E 56 06/30/02 0999 C&D                        5.20
5.20    17,727.41
        June

Total Expense Cards                              17,727.41
17,727.41      Total Expense Cards                              17,727.41
17,727.41


Matter Total Fee                          .00        .00        .00        .00
Matter Total Exp                          .00   17,727.41         .00
17,727.41
Matter Total                         .00   17,727.41        .00   17,727.41

{D0003596:1 }

07/11/2002                    Prebill Control Report
Page 15
09:56:15


Prebill 000001  Subpage   15                          Client: 4642
Matter: 000_____
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------               W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount
Rate  Hours    Amount  Cumulative  Trans Transaction Description      Code  Date
Empl     Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____

_____

     Prebill Total Fee                      .00      .00      .00      .00
     Prebill Total Exp                      .00  17,727.41      .00
17,727.41
     Prebill Total                      .00  17,727.41      .00  17,727.41


Previous Billings:

Invoice  Date   Orig. Amount  Late Charge    Credits  Balance
Due_____
033688 10/20/01   3,066.39      .00      .00   3,066.39
034710 01/23/02   2,055.09      .00      .00   2,055.09
035800 04/20/02  21,719.11      .00      .00  21,719.11
036043 05/25/02  15,771.34      .00      .00  15,771.34
036328 06/25/02   9,853.93      .00      .00   9,853.93
032913 07/27/01 100,755.00      .00  80,604.00  20,151.00
033035 08/15/01  83,781.00      .00  67,024.80  16,756.20
033284 09/14/01  32,159.00      .00  25,727.20   6,431.80
033688 10/20/01  26,941.00      .00      .00  26,941.00
034006 11/21/01  14,570.50      .00  11,656.40   2,914.10
034265 12/14/01  25,377.50      .00  20,302.00   5,075.50
034710 01/23/02  54,682.50      .00      .00  54,682.50

{D0003596:1 }

034883 02/11/02   43,355.00         .00   34,684.00     8,671.00
035306 03/18/02   73,861.00         .00   59,008.80    14,852.20
035800 04/20/02  164,837.25         .00         .00   164,837.25
036043 05/25/02  120,565.75         .00         .00   120,565.75
036328 06/25/02  109,667.00         .00         .00   109,667.00

Subtotal:      903,018.36      .00  299,007.20  604,011.16

07/11/2002                          Prebill Control Report

Page 16

09:56:15


Prebill 000001  Subpage   16                          Client: 4642

Matter: 000_____

                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------                   W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------

  Trans Transaction Description     Code  Date  Empl    Rate  Hours     Amount
Rate  Hours    Amount  Cumulative  Trans Transaction Description        Code  Date
Empl     Rate  Hours     Amount  Rate  Hours     Amount
Cumulative_____

_____


        Run Total Fee                          .00       .00       .00      .00
        Run Total Exp                          .00   17,727.41        .00
17,727.41
        Run Total                              .00   17,727.41        .00  17,727.41

{D0003596:1 }