**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002**

| Fee Application Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/28/02; 2109 | $120,565.75 | $15,771.34 | 6/20/02; 2263 | **Pending** | **Pending** | $24,113.15 |
| 6/28/02; 2302 | $109,667.00 | $9,853.93 | Objection Deadline: 7/18/02 | **Pending** | **Pending** | $21,933.40 |
| 7/12/02; | $121,163.25 | $17,727.41 | | | | .00 |
| **Total** | $351,396.00 | $43,352.68 | | | | $46,046.55 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Jun 2002 Hours | Jun 2002 Value | Cumulative Apr to Jun., 2002 Hours | Cumulative Apr to Jun., 2001 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .0 | $ .00 | 1.0 | $ 406.00 |
| Business Operations | .0 | $ .00 | .0 | $ .00 | .1 | $ 50.00 |
| Claims Administration & Objections | .0 | $ .00 | .0 | $ .00 | 33.8 | $ 13,639.00 |
| Employee Benefits/Pensions | .0 | $ .00 | .0 | $ .00 | 4.8 | $ 2,400.00 |
| Fee/Employment Applications | .0 | $ .00 | .0 | $ .00 | 50.0 | $ 12,283.00 |
| Fee/Employment Objections | .0 | $ .00 | .0 | $ .00 | .4 | $ 158.00 |
| Litigation | .0 | $ .00 | .0 | $ .00 | 458.9 | $ 143,294.00 |
| Plan and Disclosure Statement | .0 | $ .00 | .0 | $ .00 | 1.9 | $ 713.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Relief from Stay Proceedings | .0 | $ .00 | .0 | $ .00 | .7 | $ 350.00 |
| Tax Issues | .0 | $ .00 | .0 | $ .00 | 4.3 | $ 1,569.50 |
| Committee Meetings/ Conferences | .0 | $ .00 | .0 | $ .00 | 45.7 | $ 23,330.50 |
| Docket Review & Control | .0 | $ .00 | .0 | $ .00 | 279.9 | $ 34,207.50 |
| Asbestos: Claims Analysis & Valuations | 98.8 | $22,712.00 | 146.8 | $ 33,313.50 | 151.0 | $ 34,025.50 |
| Asbestos: Claims Litigation | 25.8 | $ 5,653.50 | 34.9 | $ 7,971.00 | 51.3 | $ 15,072.50 |
| Asbestos: Co-Def Issues & Bankruptcies | .0 | $ .00 | .8 | $ 417.00 | 4.6 | $ 1,915.00 |
| Asbestos: Settlement Matters | .1 | $ 42.50 | .1 | $ 42.50 | 2.8 | $ 1,554.50 |
| Asbestos: §524(g) Matters/Futures Rep | .4 | $ 270.00 | .8 | $ 540.00 | .8 | $ 540.00 |
| Asbestos: Other | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Bank Claims & Litigation Matters | .0 | $ .00 | .0 | $ .00 | .0 | $ .00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | .1 | $ 56.00 | .1 | $ 56.00 | .1 | $ 336.00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | $ .00 | .0 | $ .00 | .1 | $ 56.00 |
| Business Operations | .2 | $ 112.00 | .6 | $ 304.00 | .6 | $ 304.00 |
| Case Administration | 61.2 | $ 12,002.00 | 210.7 | $ 39,534.50 | 716.3 | $ 204,226.00 |
| Committee Matters & Creditor Mtgs | 12.5 | $ 5,852.00 | 14.9 | $ 7,345.50 | 21.9 | $ 9,497.00 |
| Compensation of Professionals (Fee Applications of self & others) | 10.8 | $ 2,740.50 | 49.1 | $ 9,792.50 | 68.8 | $ 14,487.00 |
| Creditor Inquiries | .0 | $ .00 | .9 | $ 382.50 | .9 | $ 382.50 |
| Employee Matters | .0 | $ .00 | .4 | $ 258.50 | .4 | $ 258.50 |
| Environmental Matters/Regulation/ Litigation | .0 | $ .00 | .3 | $ 160.00 | .3 | $ 160.00 |
| Insurance | .0 | $ .00 | .1 | $ 67.50 | .1 | $ 67.50 |
| Litigation (Non-bankruptcy/General) | 8.0 | $ 1,280.00 | 8.0 | $ 1,280.00 | 9.0 | $ 1,692.50 |
| Litigation/Fraudulent Conveyance | 196.1 | $ 63,486.00 | 751.6 | $227,193.50 | 1,322.0 | $ 400,804.50 |
| Non-Working Travel | 25.9 | $ 4,363.75 | 73.6 | $ 13,810.00 | 185.9 | $ 37,536.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plan/Disclosure Statement/Voting Issues | 3.9 | $ 1,743.00 | 6.1 | $ 2,424.00 | 6.1 | $ 2,424.00 |
| Preparation for & Attendance at hrs | .0 | $ .00 | 5.8 | $ 3,285.00 | 9.2 | $ 5,186.00 |
| Retention of Professionals | .4 | $ 170.00 | 2.0 | $ 1,029.00 | 13.6 | $ 6,097.00 |
| Stay Litigation (Section 362) | .0 | $ .00 | .0 | $ .00 | 1.0 | $ 500.00 |
| U.S. Trustee Matters & Mtgs. | .0 | $ .00 | 3.4 | $ 2,189.50 | 3.4 | $ 2,189.50 |
| **Totals** | **450.4** | **$121,163.25** | **1,311.0** | **$351,396.00** | **3,452.2** | **$971,715.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/02 – 6/30/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 17,007.87 | $ 32,829.43 |
| Research Material | 368.19 | 443.85 |
| Air Freight & Express Mail | 1,181.01 | 2,962.07 |
| Outside Local Deliveries | 75.12 | 107.16 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | 114.28 | 355.72 |
| Outside Photocopy Service | 1,259.80 | 5,485.15 |
| Miscellaneous Client Advances | 88.75 | 694.32 |
| Air & Train Transportation | 11,215.71 | 23,289.04 |
| Meals Related to Travel | 857.98 | 1,922.34 |
| Travel Expenses – Hotel Charges | 2,630.45 | 5,512.63 |
| Travel Expenses – Ground Transportation | 1,205.18 | 3,276.32 |
| Travel Expenses – Miscellaneous | 7.19 | 46.81 |
| Travel Expenses – LD Calls on Hotel Bill | 170.48 | 446.26 |
| Local Transportation - DC | 14.75 | 14.75 |
| Local Transportation – NY | .00 | 144.14 |
| Xeroxing | 6,663.45 | 16,274.40 |
| Postage | 16.30 | 108.12 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 130.65 | 651.15 |
| Long Distance –Credit Card | 24.07 | 724.06 |
| Long Distance Telephone - DC | 175.87 | 877.08 |
| NYO Long Distance Telephone | 37.48 | 155.70 |

| Use of Cell/Home Phone | | 108.10 | | 135.53 |
|---|---|---|---|---|
| **TOTAL** | **$** | **43,352.68** | **$** | **96,456.03** |