**CERTIFICATE OF SERVICE**

   I, William D. Sullivan, Esquire, hereby certify that on July 18, 2002, service of the foregoing

- ZAI Special Counsels' Response to Debtors' Suggestion of a Proposed Budget for Prosecution of ZAI Claimants' Case in the "Science" Trial and Choice of Counsel

  was made upon the attached Mail Service List via first class mail.

Dated: July 18, 2002

            */s/ William D. Sullivan*
            **WILLIAM D. SULLIVAN**

134894.1