# MAIL SERVICE LIST

Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Matthew G. Zaleski, III
Campbell & Levine
1201 N. Market Street
Chase Manhatten Centre, 15th Floor
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

Laura Davis Jones
David Carickhoff
Pachulski Stang Ziehl Young & Jones
919 North Marke Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

D.J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

William S. Katchen
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY  10022

Hamid R. Rafatjoo
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd, Suite 1100
Los Angeles, CA  90067-4100

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

William H. Sudell, Jr.
Eric D. Schwartz
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Peter Van N. Lockwood
Julie W. Davis
Trevor W. Sweet, III
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C.  20005

# MAIL SERVICE LIST

Jeffrey C. Wisler
Michelle McMahon
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr.
Walsh Monzack and Monaco PA
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Fredrick B. Rosner
Walsh Monzack and Monaco PA
1201 N Orange Street, Suite 400
Wilmington, DE 19801

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Mark S. Chehi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
1313 N Market Street, 6th Floor
P.O. Box 410
Wilmington, DE 19899

Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Aaron A. Garber
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE 19899-1709

Bruce E. Jameson
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Curtis Crowther
White & Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

Jon L. Heberling
McGarvey Heberling Sullivan & McGarvey PC
745 South Main Street
Kalispell, MT 59901

Mary M. Moloney Huss
Wolf Block Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

# MAIL SERVICE LIST

John D. Demmy
Stevens & Lee PC
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

Richard A. Keuler, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

James J. Restivo, Jr.
Paul M. Singer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Adam G. Landis
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Margery N. Reed
Duane Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

Nancy Worth Davis
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mount Pleasant, SC  29465

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA  30326-1232

Alan H. Katz
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ  85004

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Todd Meyer
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

# MAIL SERVICE LIST

Judith Greenspan
The Amalgamated Industries & Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

Mark Browning, Asst Atty General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Eric Lopez Schnabel
James H. Joseph
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Ira S. Greene
Squadron Ellenoff Plesent & Sheinfeld LLP
551 Fifth Avenue
New York, NY 10176

Steven J. Johnson
Gibson Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

David S. Rosenbloom
Jeffery E. Stone
Lewis S. Rosenbloom
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

James D. Freeman
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Patrick L. Hughes
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY 10004

James A. Sylvester
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Charlotte Klenke
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 "K" Street, N.W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
The Blackstone Group
345 Park Avenue
New York, NY 10154

# MAIL SERVICE LIST

Stephen H. Case
Nancy L. Lazar
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Joseph F. Rice
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd
P.O. Box 1792
Mount Pleasant, SC  29465

Steven T. Baron
Silber Pearlman LLP
2711 North Haskell Avenue, 5th Floor
Dallas, TX  75204

W.J. Winterstein, Jr.
John J. Winter
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY  10020

Jan M. Hayden
William H. Patrick
Heller Draper Hayden Patrick & Horn LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Christopher R. Momjian
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12Fl. Street, 3rd Floor
Philadelphia, PA  19107-3603

Robert M. Fishman
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

Jonathan W. Young
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

Courtney M. Labson
The Mills Corporation
Legal Department
1300 Wilson Blvd., Suite 400
Arlington, VA  22209

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

# MAIL SERVICE LIST

Thomas Moskie
Bankers Trust Company
Four Albany Street, Fourth Floor
New York, NY 10006

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Kevin D. McDonald
Wilshire Scott & Dyer PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

Bernice Conn
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan Hyden Womble & Culbreth PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan Kolod
Moses & Singer LLP
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6076

John P. Dillman
Linebarger Heard Goggan Blair
Graham Pena & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Paul M. Baisier
Seyfarth Shaw
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Christopher Beard
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Steven R. Schlesinger
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Lewis T. LeClair
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA 02110-2624

# MAIL SERVICE LIST

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

Michael J. Urbis
Jordan Hyden Womble & Culbreth PC
2390 Central Blvd., Suite G
Brownsville, TX  78520

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Joseph T. Kremer
Lipsiptz Green Fahringer Roll Salisbury & Cambria
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701 5th Avenue, Suite 5000
Seattle, WA  98104-7078

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Randall A. Rios
Floyd Isgur Rios & Wahrlich PC
700 Louisiana, Suite 4600
Houston, TX  77002

Paul M. Matheny
The Law Offices of Peter G. Angelos PC
5905 Hartford Road
Baltimore, MD  21214

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

Meridee Moore and Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza, Suite 1325
San Francisco, CA  94111

Paul D. Henderson
Dies Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Maria Rosoff Eskin
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

William E. Frese
Attn: Sheree L. Kelly
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

# MAIL SERVICE LIST

Paul G. Sumers
TN Attorney Gerneral's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

Peter S. Goodman
Andrews & Kurth LLP
805 Third Avenue
New York, NY  10022

Harry Lee
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

Damon J. Chargois
Foster & Sear, LLP
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Blvd., MS 35
Tallahassee, FL  32399-3000

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Barbara M. Cook
Katherine L. Taylor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

C. Randall Bupp
Plastiras & Terrizzi
24 Professional Center Parkway, Suite 150
San Rafael, CA  94903

Elizabeth S. Kardos
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

Anton Volovsek
Rt. 2-Box 200 #42
Kamiah, ID  83536-9229

Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

Greif Bros. Corp.
250 East Wilson Bridge Road, Suite 175
Worthington, OH  43085-2323

M. Diane Jasinski
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

# MAIL SERVICE LIST

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Robert Jacobs
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Stephanie Nolan Deviney
Brown & Connery LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Gary M. Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

Russell W. Savory
Gotten Wilson & Savory PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

Steven R. Bourne
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

Daniel H. Slate
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD  20737-1385

Anne Marie P. Kelley
Dilworth Paxon, LLP
Liberty View- Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

# MAIL SERVICE LIST

| | |
|---|---|
| James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004-1109 | Judy D. Thompson<br>S. Andrew Jurs<br>Poyner & Spruill LLP<br>100 North Tryon Street, Suite 4000<br>Charlotte, NC  28202-4010 |
| Andrea L. Hazzard<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004-1482 | Authur Stein<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ  08731-6070 |
| Maggie De La Rosa<br>Provost Umphrey Law Firm LLP<br>490 Park Street<br>Beaumont, TX  77701 | Richard M. Meth<br>Herrick Feinstein LLP<br>2 Penn Plaza, 11th Floor<br>Newark, NJ  07105 |
| Dorine Vork<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY  10022 | Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, Missouri  63366 |
| Shelley Bethea Gillette & Clark<br>3850 E. Baseline Road, Suite 125<br>Mesa, AZ  85206 | Joseph D. Farrell<br>Edward H. Tillinghast, III<br>Coudert Brothers<br>11114 Avenue of the Americas<br>New York, NY  10036 |
| Robert T. Aulgur, Jr.<br>P.O. Box 617<br>Odessa, DE  19730 | Michael T. Kay<br>Nancy Draves<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI  48674 |
| Ronald S. Beacher<br>Pitney Hardin Kipp & Szuch LLP<br>711 Third Avenue, 20th Floor<br>New York, NY  10017-4014 | Bart Hartman<br>Treasurer-Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA  92101 |

# MAIL SERVICE LIST

David Aelvoet
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburgh, PA  15222-2302

James S. Carr
Christena A. Lambrianakos
(Counsel for Delco Development Company)
101 Park Avenue
New York, NY  10178

Charles C. Trascher, III
Snellings Breard Sartor Inabnett & Trascher LLP
P.O. Box 2055
Monore, LA  71207

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Michael B. Willey
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

Thomas V. Askounis
Askounis & Borst PC
303 East Wacker Drive, Suite 1000
Chicago, IL  60601

E. Katherine Wells
South Carolina Dept of Health & Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

Michael H. Pinkerson
James M. Garner
Sher Garner Cahill Richter Klein McAlister & Hilbert
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Lynn M. Ryan
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

Jonathan C. Hantke
Pamela H. Walters
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Jeffrey L. Glatzer
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY  10020-1182

Attn: Ted Weschler
Peninsula Capital Advisors LLC
404 East Main Street, Second Floor
Charlottesville, VA  22902

Jeffrey Kaufman
Gerald F. Ellesdorfer
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA  94111

# MAIL SERVICE LIST

William H. Johnson
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Craig Barbarosh
(Counsel for Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, MD  21224

Robert S. Hertzberg
Michael I. Zousmer
Hertz Schram & Saretsky PC
1760 South Telegraph Road, Suite 300
Bloomsfield Hills, MI  48302-0183

Deirdre Woulfe Pacheco
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

John W. Havins
Burt Barr Havins & O'Dea LLP
1001 McKinney, Suite 500
Houston, TX  77002

Leonard P. Goldberger
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Cynthia C. Hemme
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

Julie Quagliano
Quagliano & Seeger
3242 P Street, NW
Washington, D.C.  20007

Steven B. Flancher
Assistant Attorney General
Department of the Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  49992

Matthew A. Porter
Bernard J. Bonn, II
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

Donna J. Petrone
ExxonMobil Chemical Company
Law Department-Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

Kay D. Brock
Bankrutpcy and Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924

# MAIL SERVICE LIST

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Gary L. Barnhart
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105-0475

David W. Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Glen W. Morgan
Reaud Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

William Pat Harris
c/o Fredrick P. Furth
The Furth Firm
201 Sansome Street, Suite 1000
San Francisco, CA  94104

Stephen B. Walsh
c/o John A. Cochrane
Cochrane & Bresnahan, PA
24 East Fourth Street
St. Paul, MN  55101

John Sufnarowski
Edward M. Lindholm
c/o Kenneth G. Gilman
Gilman & Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

James & Doris McMurchie
c/o Harvey N. Jones
Sieben Polk LaVerdiere Jones & Hawn PA
999 Westview Drive
Hastings, MN  55033

Jan Hunter
c/o Mark C. Goldenberg
Hopkins Goldenberg, PC
2132 Pontoon Road
Granite City, IL  62040

Mark D. Collins
Deborah E. Spivack
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Robert Cimino
Suffolk County Attorney
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

Derrick Tay
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada  M5H 3T4

David Bernick
James H.M. Sprayregen
James Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

# MAIL SERVICE LIST

*G:\Docs\CLIENT\220305\11221\label\00129195.DOC*