IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

    I, Francis J. Murphy, Esquire, certify that I am not less than 18 years of age, and that service of this Reply of Scheme Administrators' Anthony James McMahon and Thomas Alexander Riddell of KPMG to Debtors' Response to the Scheme Administrators' Motion for an Order Compelling the Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and a copy was made on July 18, 2002 upon individuals named on the attached service list in the manner indicated.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  July 18, 2002                             /s/ Francis J. Murphy
                                                                       Francis J. Murphy

00094572.DOC