# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON  COLLEEN D. SHIELDS
JEFFREY M. AUSTIN  CHARLES J. BROWN, III
MARK L. REARDON  SCOTT A. SIMPSON
EDWARD A. TARLOV  CHRISTIAN G. MCGARRY
SCOTT R. MONDELL  KATHRYN E. LEE (DC & MA ONLY)
WILLIAM D. SULLIVAN
H. GARRETT BAKER
ROBERT H. RICHTER

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: BSULLIVAN@ELZUFON.COM

July 18, 2002

**Via Hand Delivery**
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
Suite 5490, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Re: **In re: W.R. Grace and Company, et al.**
**Case No. 01-01139 (JFK)**

Dear Judge Fitzgerald:

Enclosed please find the Zonolite Asbestos Litigation Claimant's Proposed Order with respect to the Initial Schedule for Litigation Concerning Zonolite Attic Litigation Science Issues, with a copy to all counsel in this case. This Proposed Order is being submitted in advance of the hearing scheduled for Monday, July 22, 2002 at 10:00 a.m.

I am also enclosing a courtesy copy of the *ZAI Special Counsels' Response to Debtors' Suggestion of a Proposed Budget for Prosecution of ZAI Claimants' Case in the "Science" Trial and Choice of Counsel (D.I. 2190)*, filed today at Docket No. 2399.

Respectfully submitted,

William D. Sullivan

cc: All Counsel on attached Service List

Enclosures
WDS