IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached **Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for an Order Authorizing, But Not Requiring, the Implementation of Revised Compensation Programs** was made on July 18, 2002 upon:

> All of the parties indicated on the attached Service List by facsimile, or by hand delivery to those parties located in Wilmington, Delaware.

> Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 18, 2002

Ralph N. Sianni

WLM\163305.1

## SERVICE LIST

### COUNSEL TO THE DEBTORS

**KIRKLAND & ELLIS**
200 East Randolph Drive
Chicago, Illinois 60601
Main Telephone:    312-861-2000
Main Facsimile:    312-861-2200
Attn:  James H.M. Sprayregen, Esq.

### LOCAL COUNSEL TO DEBTORS

**PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C.**
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Main Telephone:    302-652-4100
Main Facsimile:    302-652-4400
Attn:  Laura Davis Jones, Esq.

### COUNSEL TO COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS

**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Main Telephone:    305-374-7580
Main Facsimile:    305-374-7593
Attn:  Scott L. Baena, Esq.

**FERRY & JOSEPH, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Main Telephone:    302-575-1555
Main Facsimile:    302-575-1714
Attn: Michael B. Joseph, Esq.

### COUNSEL TO COMMITTEE OF ASBESTOS BODILY INJURY CLAIMANTS

**CAPLIN & DRYSDALE**
399 Park Avenue, 36th Floor
New York, New York 10022
Main Telephone:    212-319-7125
Main Facsimile:    212-644-6755
Attn:  Elihu Inselbuch, Esq.

**CAMPBELL & LEVINE**
Chase Manhattan Center, 15th Floor
1201 North Market Street
Wilmington, DE 19801
Main Telephone:    302-426-1900
Main Facsimile    302-426-9947
Attn:  Matthew G. Zaleski, III, Esq.

### COUNSEL TO EQUITY HOLDERS' COMMITTEE

**Kramer Levin Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
Main Telephone:    212-715-9100
Main Facsimile:    212-715-8000
Attn:  Thomas Moers Mayer, Esq.

**Klett Rooney Lieber & Schorling**
The Bandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Main Telephone:    302-522-4200
Main Facsimile:    302-552-4292
Attn: Teresa K.D. Currier, Esq.

**SERVICE LIST**

**UNITED STATES TRUSTEE**

United States Trustee
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
Attn: Frank Perch III

SSL-DOCS1 1242666v1