**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 07/18/02 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  2295**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Twelfth Monthly Application of Ferry, Joseph & Pearce,

P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2002 through

April 30, 2002 ("the Application").   The undersigned further certifies that the Court's docket in this

case reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served no later

than July 18, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay

Ferry & Joseph, P.A. $6,776.40 which represents 80% of the fees ($8,470.50) and $5,198.73, which

represents 100% of the expenses requested in the Application for the period April 1, 2002 through

April 30, 2002, upon the filing of this certification and without the need for entry of a Court order

approving the Application.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: July 19, 2002