W. R. Grace Service List
Case No. 01-1139 (JJF)
Document Number: 44621
02 – Overnight Delivery

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Overnight Mail*
(Counsel for Edythe Kellogg)
Patrick Scanlon, Esquire
Barros, McNamara, Scanlon, Malkiewicz &
Taylor, P.A.
2 W. Loockerman Street
P.O. Box 1298
Dover, DE  19903

*Overnight Mail*
(Counsel for Edythe Kellogg)
Law Offices of John M. O'Donnell
2100 Northrop Avenue, Suite 800
Sacramento, CA  95825