IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 2302 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE EIGHTH**
**MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY**
**CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD OF MAY 1, 2002 THROUGH MAY 31, 2002**
**(DOCKET NO. 2302)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.   Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on June 28, 2002 an eighth monthly application ("Application") [Docket No. 2302] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.   Objections to the Application were to be filed and served on or before July 18, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In

accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

        CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC

/s/ Aileen F. Maguire
Matthew G. Zaleski, III (I.D. #3557)
Aileen F. Maguire (I.D. #3756)
1201 N. Market Street
15th Floor
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
   of Asbestos Personal Injury Claimants

Dated: July 22, 2002