IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:  August 1, 2002 @4:00 p.m.** |
| | ) | **Hearing Date:  TBD, if necessary.** |
| | ) | |

**NOTICE OF MOTION**

TO:    All Parties on the Attached List

PLEASE TAKE NOTICE, that on July 22, 2002, the Official Committee of Asbestos

Personal Injury Claimants (the "Committee") filed and served the attached **Motion for an**

**Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules**

**of Bankruptcy Procedure, and Local Rule 5003-1(b) Authorizing the Official Committee of**

**Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under**

**Seal the Case Management Proposal of the Official Committee of Asbestos Personal Injury**

**Claimants**  (the "Motion"), with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing

and filed with the Bankruptcy Court August 1, 2002 @ 4:00 p.m.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of

the response upon the undersigned counsel, so that it is received August 1, 2002 @ 4:00 p.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

CAMPBELL & LEVINE, LLC

/s/ Matthew G. Zaleski, III
Matthew G. Zaleski, III (No. 3557)
Aileen F. Maguire (No. 3756)
Chase Manhattan Centre, 15th Floor
1201 N. Market Street
Wilmington, DE  19899
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel to the Official Committee of
    Asbestos Personal Injury Claimants

Dated:  July 22, 2002

{D0003674:1 }                                         2