IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 5003-1(b) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE CASE MANAGEMENT PROPOSAL OF THE OFFICIAL COMMITTEE OF <u>ASBESTOS PERSONAL INJURY CLAIMANTS</u>**

Upon the motion, dated July 22, 2002 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5003-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Committee, and directing the Clerk of the Court, to file under seal Case Management Proposal of the Official Committee of Asbestos Personal Injury Claimants and its Appendices (the "Brief"); and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY FOUND THAT:

A.    The relief requested in the Motion is in the best interests of the Debtors' estates; and

B.    The Brief contains confidential information that would be damaging to the Debtors, and their estates if revealed to the their competitors; therefore, it is hereby

ORDERED THAT:

1.    The Motion is granted and ACC is authorized to file the Brief and is Appendices under seal for *in camera* review.

2.    Pursuant to Section 107(b) of the Bankruptcy Code and Local Rule 5003-1(b), the Clerk of the Court is directed to file the Brief and its Appendices under seal in an envelope, clearly indicating that the Brief has been filed under seal by order of the United States Bankruptcy Court for the District of Delaware and may not be unsealed until and unless permitted by further order of the Court.

3.    A copy of the Brief may be provided to each of the United States Trustee for the District of Delaware, counsel for the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Property Damage Claimants, and the Debtors; provided, however, that none of the foregoing entities shall disclose or share the Brief, or any of the information contained therein, with any person other than those identified herein.

4.    The Court shall retain jurisdiction to enforce this Order and the confidentiality of the Brief and the information contained therein, including authority to impose sanctions on any person or entity that violates this Order.

Dated: _____, 2002

_____
Alfred J. Wolin
United States District Judge.

{D0003673:1}                                2