IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**APPENDIX TO CASE MANAGEMENT PROPOSAL
OF THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS**

# DOCUMENT TO BE KEPT UNDER SEAL

CAMPBELL & LEVINE, LLC
Matthew G. Zaleski, III (I.D. No. 3557)
Chase Manhattan Centre
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone:   (302) 426-1900
Telefax:       (302) 426-9947

Counsel for the Official Committee of
Asbestos Personal Injury Claimants

Dated: July 22, 2002

{D0003675:1}