IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 22, 2002, the Official Committee of Asbestos Personal Injury Claimants filed its Case Management Proposal (the "Brief") with the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that due to the confidential nature of some of the material contained in the Brief, it was filed with the Court under seal.

PLEASE TAKE FURTHER NOTICE that a redacted version of the Brief has been filed with the Clerk of the Court and is attached hereto.

          CAMPBELL & LEVINE, LLC

          /s/Mark T. Hurford
          Matthew G. Zaleski, III (I.D. No. 3557)
          Mark T. Hurford (I.D. No. 3299)
          Chase Manhattan Centre
          1201 N. Market Street, 15th Floor
          Wilmington, DE 19801
          (302) 426-1900

Dated: July 23, 2002

{D0003706:1 }