IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 22, 2002, the Official Committee of Asbestos Personal Injury Claimants filed the Appendix to Case Management Proposal of The Official Committee of Asbestos Personal Injury Claimants (the "Appendix") with the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that due to the confidential nature of some of the material contained in the Appendix, it was filed with the Court under seal.

PLEASE TAKE FURTHER NOTICE that a redacted version of the Appendix has been filed with the Clerk of the Court and is attached hereto.

CAMPBELL & LEVINE, LLC

/s/Mark T. Hurford
Matthew G. Zaleski, III (I.D. No. 3557)
Mark T. Hurford (I.D. No. 3299)
Chase Manhattan Centre
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 426-1900

Dated: July 23, 2002

{D0003707:1 }