# EXHIBIT A

# FILED UNDER SEAL

{D0003708:1 }