# EXHIBIT B

# FILED UNDER SEAL

{D0003709:1 }