# EXHIBIT D

# FILED UNDER SEAL

{D0003710:1 }