IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, a member of Campbell & Levine, LLC, hereby certify that on July 23, 2002, I caused a copy of the foregoing to be served upon the parties on the attached list by Federal Express, unless otherwise indicated.

Mark T. Hurford
Mark T. Hurford

Dated: July 23, 2002

{D0000141:2 }