IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 2321** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION
REGARDING THE FIRST INTERIM APPLICATION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR
REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS FOR THE
PERIOD OF APRIL 1, 2001 THROUGH FEBRUARY 28, 2002
(DOCKET NO. 2321)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), the Official Committee of Asbestos Personal Injury Claimants (the "Committee"), submitted on July 2, 2002 a first interim reimbursement of expenses application ("Application") [Docket No. 2321] for reimbursement of expenses incurred in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before July 22, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of

{D0003704:1 }

No Objection, the Debtors are authorized to pay the Committee one hundred percent (100%) of the expenses requested in the Application.

                    CAPLIN & DRYSDALE, CHARTERED
                    Elihu Inselbuch
                    399 Park Avenue
                    New York, NY 10022
                    (212) 319-7125

                    -and-

                    CAPLIN & DRYSDALE, CHARTERED
                    Peter Van N. Lockwood
                    One Thomas Circle, N.W.
                    Washington, D.C. 20005
                    (202) 862-5000

                    - and -

                    CAMPBELL & LEVINE, LLC


                    /s/ Aileen F. Maguire
                    Matthew G. Zaleski, III (I.D. #3557)
                    Aileen F. Maguire (I.D. #3756)
                    1201 N. Market Street
                    15th Floor
                    Wilmington, DE 19899
                    (302) 426-1900

                    Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: July 24, 2002