IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case Nos. 01-1139 through 01-1200 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

AFFIDAVIT UNDER 11 U.S.C. 327(e)

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| | ) | SS. |
| COUNTY OF MONMOUTH | ) | |

William J. Bowe, being duly sworn, upon his oath, deposes and says:

1. I am a member of Bowe & Fernicola, LLC, located at Two Bridge Avenue, Building 6, 3rd Floor, Red Bank, New Jersey 07701 (the "Firm").

2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc.; Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/j/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.) Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp, Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

4. The Firm has performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties-in-interest in the Debtor's Chapter 11 cases.

5. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these Chapter 11 cases. The Firm does not perform services for any such person in connection with these Chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

6. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

7. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

8. The Debtors do not owe the Firm compensation for prepetition services.

9. The Firm is conducting further inquires regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its

employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on July 2, 2002.

>BOWE & FERNICOLA, LLC
>
>By: _____
>WILLIAM J. BOWE, ESQ.

Sworn to and subscribed before me this ____ day of July, 2002.

_____
Notary Public
My Commission expires:

TRACEY A. SEYLAZ
A Notary Public Of New Jersey
My Commission Expires January 17, 2007

3

# BOWE & FERNICOLA, LLC
COUNSELLORS AT LAW
THE GALLERIA
TWO BRIDGE AVENUE, BUILDING SIX, THIRD FLOOR
RED BANK, NEW JERSEY 07701

WILLIAM J. BOWE
PAUL V. FERNICOLA
CERTIFIED CIVIL TRIAL ATTORNEY

ANGELA WHITE DALTON
NJ & PA BARS

(732) 345-0600
Fax: (732) 345-5117

W.R. GRACE & CO.-CONN.
RECEIVED
JUL 10 2002
LEGAL DEPT

July 3, 2002

Vicki B. Finkelstein
Senior Real Estate Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Re:   W.R. Grace, Chapter 11 Bankruptcy

Dear Ms. Finkelstein:

Enclosed is our Affidavit under Section 11 U.S. C. 327 (e), which is duly executed on behalf of the firm by the undersigned. Please keep us informed of any additional information or documentation that you may require as this matter proceeds through the Bankruptcy Court.

Very truly yours,

WILLIAM J. BOWE
For the firm

Enclosure