IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
DEBRA L. HANBY, LEGAL ASSISTANT

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I, Debra L. Hanby, certify that I am, and at all times during the service of process, have been, an employee of Klett Rooney Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on July 25, 2002. I certify further that the service of the attached:

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO SEVENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002 RE: DOCKET NO. 2316**

was made on the following parties on the attached list via First Class Mail and hand delivery(on the City of Wilmington addresses only).

Debra L. Hanby

SWORN AND SUBSCRIBED before me this 25th day of July 2002.

Barbara J. Rost
NOTARY

[Notary Seal: BARBARA J. ROST, MY COMMISSION EXPIRES ON JUNE 14, 2006, NOTARY PUBLIC, STATE OF DELAWARE]

KRLSWIL:32637.1

**W.R. GRACE FEE APP.**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
    **(Debtor's counsel)**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
    **(Counsel to Post-Petition Lender)**

W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
    **(Debtor)**

Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202
    **(Fee Auditor)**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
    **(Official Committee of Property Damage Claimants)**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
    **(Official Committee of Unsecured Creditors)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
    **(Official Committee of Personal Injury Claimants)**

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
    **(Official Committee of Personal Injury Claimants)**

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
    **(Official Committee of Personal Injury Claimants)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
    **(U.S. Trustee)**

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
    **(Official Committee of Unsecured Creditors)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
    **(Counsel to Post-Petition Lender)**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
    **(Debtor's counsel)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
    **(Official Committee of Property Damage Claimants)**