IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: August 14, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group

June 19, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Advisory fee for the period April 1, 2002 through April 30, 2002: | $ | 175,000.00 |
| Less: a 20% holdback pursuant to the Court's administrative order | | (35,000.00) |

Out-of-pocket expenses for the period through April 30, 2002:[1]

| | | |
|---|---:|---:|
| Word Processing | $ 32.67 | |
| Travel | 1,490.56 | |
| Meals & Lodging | 432.27 | |
| Research | 41.16 | |
| Professional - Legal Fees | 640.00 | |
| Communications | 51.22 | |
| Photocopying | 48.15 | 2,736.03 |

**Total Due**                                                                 $   142,736.03

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2803-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

Case 01-01139-AMC    Doc 2437-1    Filed 07/25/02    Page 3 of 11

## W.R. GRACE
### Expense Summary
### Processed Through
### April 30, 2002
### 2803-T

| | | GL Detail Apr-02 | Total Expenses |
|---|---|---:|---:|
| Word Processing | 11211 | $ 32.67 | $ 32.67 |
| Car Services - Elite | 11218 | 81.06 | 81.06 |
| Travel - Local | 11222 | 58.50 | 58.50 |
| Travel - Railroad | 11225 | 1,351.00 | 1,351.00 |
| Meals | 11228 | 135.46 | 135.46 |
| Lodging | 11230 | 296.81 | 296.81 |
| Research - Online D/B | 11250 | 41.16 | 41.16 |
| Professional - Legal Fees | 11259 | 640.00 | 640.00 |
| Fax | 11266 | 10.00 | 10.00 |
| Federal Express | 11270 | 41.22 | 41.22 |
| Photocopying | 11281 | 48.15 | 48.15 |
| **Total Expenses** | | $ 2,736.03 | $ 2,736.03 |

| | |
|---|---:|
| **Word Processing** | $ 32.67 |
| **Travel** | 1,490.56 |
| **Meals & Lodging** | 432.27 |
| **Research** | 41.16 |
| **Professional - Legal Fees** | 640.00 |
| **Communications** | 51.22 |
| **Photocopying** | 48.15 |
| **Total Expenses** | $ 2,736.03 |

W.R. GRACE
Expense Detail
Processed Through
April 30, 2002
2803-T

| | | | | |
|---|---|---|---|---|
| **Word Processing** | | | | |
| Alexander | 03/01-31/02 | 32.67 | | |
| | **Subtotal - Word Processing** | | $ | 32.67 |
| | | | | |
| **Car Services** | | | | |
| **Elite** | | | | |
| Shinder | 03/12/02 | 22.43 | | |
| Zilly | 03/12/02 | 25.49 | | |
| Zilly | 03/18/02 | 33.14 | | |
| | **Subtotal - Car Services** | | | 81.06 |
| | | | | |
| **Travel - Local** | | | | |
| Blechman | 03/12/02 | 7.00 | | |
| Blechman | 03/12/02 | 7.00 | | |
| Blechman | 03/12/02 | 33.00 | | |
| Blechman | 03/21/02 | 6.00 | | |
| Blechman | 03/26/02 | 5.50 | | |
| | **Subtotal - Travel - Local** | | | 58.50 |
| | | | | |
| **Travel - Railroad** | | | | |
| Blechman | 03/07/02 | 424.00 | | |
| Zilly | 03/07/02 | 193.00 | | |
| Zilly | 03/07/02 | 424.00 | | |
| Zilly | 03/15/02 | 310.00 | | |
| | **Subtotal - Travel - Railroad** | | | 1,351.00 |
| | | | | |
| **Meals** | | | | |
| Alexander | 09/27/01 | 20.00 | | |
| Alexander | 01/28/02 | 20.00 | | |
| Alexander | 01/29/02 | 20.00 | | |
| Alexander | 02/14/02 | 20.00 | | |
| Blechman | 01/28/02 | 20.00 | | |
| de Almeida | 02/27/02 | 20.00 | | |
| Zilly | 03/19/02 | 6.38 | | |
| Zilly | 03/20/02 | 9.08 | | |
| | **Subtotal - Meals** | | | 135.46 |

W.R. GRACE
Expense Detail
Processed Through
April 30, 2002
2803-T

### Lodging

| | | | |
|---|---|---|---|
| Zilly | 03/13/02 | 296.81 | |
| | **Subtotal - Lodging** | | 296.81 |

### Research
**Online - PACER**

| | | | |
|---|---|---|---|
| de Almeida | 01/01 - 03/26/02 | 41.16 | |
| | **Subtotal - Research** | | 41.16 |

### Professional - Legal Fees

| | | | |
|---|---|---|---|
| Simpsom Thacher & Bartlett | 07/24/01 | 480.00 | |
| Simpsom Thacher & Bartlett | 03/31/02 | 160.00 | |
| | **Subtotal - Professional - Legal Fees** | | 640.00 |

### Communications
**Fax**

| | | | |
|---|---|---|---|
| Bolger | Mar-02 | 10.00 | |
| | **Subtotal - Fax** | | 10.00 |

**Federal Express**

| | | | |
|---|---|---|---|
| Alexander | 03/07/02 | 14.42 | |
| de Almeida | 04/03/02 | 13.40 | |
| Zilly | 04/23/02 | 13.40 | |
| | **Subtotal - Federal Express** | | 41.22 |
| | **Subtotal - Communications** | | 51.22 |

### Photocopying

| | | | |
|---|---|---|---|
| Alexander | 4/08-14/02 | 48.15 | |
| | **Subtotal - Photocopying** | | 48.15 |

| | | | |
|---|---|---|---|
| | **Total Expenses** | $ | 2,736.03 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
## APRIL 1, 2002 - APRIL 30, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 82.0 |
| Richard Shinder | Managing Director | 19.5 |
| David Blechman | Associate | 46.0 |
| Michael Alexander | Analyst | 41.0 |
| | Total | 188.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2002 - APRIL 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/01/02 | 0.5 | Case Administration | Call with P. Norris re: case issues |
| Pamela Zilly | 04/01/02 | 0.5 | Business Analysis | Call with F. Gilbert re: strategic plan assumptions |
| Pamela Zilly | 04/01/02 | 0.5 | Case Administration | Read court papers re: withdrawal of reference |
| Pamela Zilly | 04/01/02 | 0.5 | Committee Matters and Creditor Meetings | Review information request analysis |
| Pamela Zilly | 04/01/02 | 0.5 | Case Administration | Call with D. Siegel re: case issues |
| Pamela Zilly | 04/01/02 | 1.0 | Asset Acquisitions/Business Combinations | Research re: possible joint venture partner |
| Pamela Zilly | 04/01/02 | 1.0 | Business Analysis | Review 2002 latest estimate |
| Pamela Zilly | 04/01/02 | 1.0 | Asset Acquisitions/Business Combinations | Review financial information re: joint venture |
| Pamela Zilly | 04/02/02 | 1.0 | Asset Acquisitions/Business Combinations | Read material re: possible joint venture re: 4/3 call |
| Pamela Zilly | 04/03/02 | 0.5 | Business Analysis | Call with F. Gilbert re: strategic plan |
| Pamela Zilly | 04/03/02 | 1.0 | Business Analysis | Summary review of strat plans |
| Pamela Zilly | 04/03/02 | 1.0 | Employee Matters | Meeting with D. Blechman re: Severance Plan |
| Pamela Zilly | 04/03/02 | 1.5 | Asset Acquisitions/Business Combinations | Call with Grace management, and Counsel re: possible joint venture |
| Pamela Zilly | 04/03/02 | 0.5 | Creditor Inquiries | Call with D. Blechman re: information requests |
| Pamela Zilly | 04/04/02 | 1.0 | Case Administration | Review status of comparable bankruptcies |
| Pamela Zilly | 04/05/02 | 0.5 | Case Administration | Call with R. Shinder, and D. Blechman re: case issues |
| Pamela Zilly | 04/05/02 | 0.5 | Employee Matters | Discussion with B. McGowan re: Norris contract |
| Pamela Zilly | 04/05/02 | 0.5 | Employee Matters | Discussion with R. Shinder re: retention plan |
| Pamela Zilly | 04/05/02 | 1.0 | Business Analysis | Review detail of 2002 plan, latest estimate |
| Pamela Zilly | 04/05/02 | 0.5 | Tax/General | Call with E. Filon re: tax issues |
| Pamela Zilly | 04/05/02 | 1.5 | Tax/General | Read memo re: tax issues |
| Pamela Zilly | 04/07/02 | 1.0 | Employee Matters | Read Norris contract |
| Pamela Zilly | 04/08/02 | 1.0 | Employee Matters | Call with B. McGowan, and B. Weitzel re: Norris contract |
| Pamela Zilly | 04/08/02 | 1.0 | Business Analysis | Read Lender Meeting presentation |
| Pamela Zilly | 04/08/02 | 0.5 | Creditor Inquiries | Discussion with D. Blechman re: info request responses |
| Pamela Zilly | 04/08/02 | 0.5 | Business Analysis | Review draft presentation |
| Pamela Zilly | 04/08/02 | 0.5 | Tax/General | Call with J. Kapp re: tax issues |
| Pamela Zilly | 04/08/02 | 1.0 | Committee Matters and Creditor Meetings | Review presentation for 4/15/03 meeting |
| Pamela Zilly | 04/08/02 | 1.5 | Tax/General | Review analysis re: tax issues |
| Pamela Zilly | 04/09/02 | 0.5 | Employee Matters | Call with S. Cunningham re: 4/15 meeting, and compensation plan |
| Pamela Zilly | 04/09/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: comp plan |
| Pamela Zilly | 04/09/02 | 2.0 | Tax/General | Call with E. Filon, B. Tarola, and J. Kapp re: tax issues |
| Pamela Zilly | 04/09/02 | 1.0 | Business Operations | Read and provided comments on draft motion re: service center consolidation |
| Pamela Zilly | 04/09/02 | 0.5 | Case Administration | Calls with B. Corcoran, and D. Siegel re: Federal Mogul press release |
| Pamela Zilly | 04/10/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation plan |
| Pamela Zilly | 04/10/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with D. Blechman re: information requests, and Committee Meeting |
| Pamela Zilly | 04/10/02 | 1.0 | Tax/General | Reviewed tax materials |
| Pamela Zilly | 04/10/02 | 1.0 | Business Operations | Review and provide comments on service center consolidation motion |
| Pamela Zilly | 04/10/02 | 2.0 | Business Analysis | Analysis of 2002 operating plan |
| Pamela Zilly | 04/10/02 | 0.5 | Creditor Inquiries | Reviewed responses to info requests |
| Pamela Zilly | 04/11/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation plans |
| Pamela Zilly | 04/11/02 | 0.5 | Business Analysis | Review 2002 update presentation |
| Pamela Zilly | 04/11/02 | 0.5 | Business Analysis | Read memo re: business issues |
| Pamela Zilly | 04/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with R. Shinder re: POR materials |
| Pamela Zilly | 04/11/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with D. Blechman re: information requests, Committee meeting, and comp issues |
| Pamela Zilly | 04/11/02 | 0.5 | Case Administration | Call with D. Siegel re: case issues |
| Pamela Zilly | 04/12/02 | 0.5 | Committee Matters and Creditor Meetings | Reviewed information provided to P&M |
| Pamela Zilly | 04/12/02 | 0.5 | Case Administration | Reiew bank holdings information |
| Pamela Zilly | 04/12/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Preliminary outline of Business issues, POR analysis |
| Pamela Zilly | 04/12/02 | 1.0 | Committee Matters and Creditor Meetings | Review and edit presentation for advisors meeting 4/15 |

Page 1 of 5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2002 - APRIL 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/12/02 | 1.0 | Business Analysis | Discussion with R. Shinder re: operating results |
| Pamela Zilly | 04/14/02 | 0.5 | Business Analysis | Revise preliminary outline of business issues |
| Pamela Zilly | 04/14/02 | 1.5 | Business Analysis | Reviewed presentations for advisors meeting on 4/15 |
| Pamela Zilly | 04/14/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared for advisors' meeting on 4/15 |
| Pamela Zilly | 04/15/02 | 1.0 | Business Analysis | Pre-meeting with Grace management re: 4/15 meeting |
| Pamela Zilly | 04/15/02 | 0.5 | Business Analysis | Discussion with R. Shinder re: operating plan |
| Pamela Zilly | 04/15/02 | 4.0 | Committee Matters and Creditor Meetings | Meeting with Unsecured Creditors Steering Committee |
| Pamela Zilly | 04/15/02 | 0.5 | Employee Matters | Call with S. Cunningham re: retention program |
| Pamela Zilly | 04/15/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with R. Shinder, M. Alexander re: POR analysis |
| Pamela Zilly | 04/15/02 | 1.0 | Business Analysis | Discussion with R. Shinder re: business issues materials |
| Pamela Zilly | 04/16/02 | 0.5 | Business Analysis | Outline of business issues |
| Pamela Zilly | 04/16/02 | 1.0 | Business Analysis | Discussions with D. Siegel, and P. Norris re: advisors meeting |
| Pamela Zilly | 04/16/02 | 0.5 | Employee Matters | Reviewed P&M memo re: compensation program |
| Pamela Zilly | 04/16/02 | 1.0 | Committee Matters and Creditor Meetings | Discussion with B. McGowan re: P&M requests |
| Pamela Zilly | 04/16/02 | 1.0 | Asset Acquisitions/Business Combinations | Relook at acquisition candidate |
| Pamela Zilly | 04/17/02 | 2.0 | Plan/Disclosure Statement/Voting Issues | Prepare analysis of POR issues |
| Pamela Zilly | 04/17/02 | 0.5 | Creditor Inquiries | Call with B. McGowan re: analysis requested |
| Pamela Zilly | 04/17/02 | 0.5 | Case Administration | Reviewed entered orders |
| Pamela Zilly | 04/18/02 | 0.5 | Case Administration | Review docket re: hearing matters |
| Pamela Zilly | 04/18/02 | 0.5 | Employee Matters | Review compensation analysis |
| Pamela Zilly | 04/18/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 04/19/02 | 1.5 | Creditor Inquiries | Reviewed further information, analysis requested by P&M |
| Pamela Zilly | 04/19/02 | 0.5 | Employee Matters | Call with B. McGowan re: analysis provided |
| Pamela Zilly | 04/19/02 | 0.5 | Creditor Inquiries | Draft response memo to P&M |
| Pamela Zilly | 04/22/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with R. Shinder re: POR issues |
| Pamela Zilly | 04/22/02 | 1.0 | Employee Matters | Drafted response to P&M re: comp plan |
| Pamela Zilly | 04/22/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Outline of analysis factors re: POR |
| Pamela Zilly | 04/22/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 04/23/02 | 0.5 | Employee Matters | Call with B. McGowan re: compensation analysis |
| Pamela Zilly | 04/23/02 | 0.5 | Asset Acquisitions/Business Combinations | Call with B. Tarola re: possible acquisition |
| Pamela Zilly | 04/23/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Review of 2002 estimate, forward projections re: POR issues |
| Pamela Zilly | 04/24/02 | 0.5 | Business Analysis | Call with F. Gilbert re: quarterly call |
| Pamela Zilly | 04/24/02 | 0.5 | Employee Matters | Call with N. Bubnovich re: comp plan |
| Pamela Zilly | 04/24/02 | 0.5 | Employee Matters | Call with S. Cunningham re: analysis |
| Pamela Zilly | 04/25/02 | 0.5 | Asset Acquisitions/Business Combinations | Call with F. Gilbert re: possible acquisition |
| Pamela Zilly | 04/25/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with R. Shinder re: acquisition pipeline |
| Pamela Zilly | 04/29/02 | 1.0 | Case Administration | Read various court motions |
| Pamela Zilly | 04/29/02 | 0.5 | Asset Acquisitions/Business Combinations | Call with P. Norris re: acquisition status |
| Pamela Zilly | 04/29/02 | 0.5 | Employee Matters | Call with G. Boyer re: compensation proposals |
| Pamela Zilly | 04/29/02 | 0.5 | Committee Matters and Creditor Meetings | Call with B. McGowan re: PD committee comments |
| Pamela Zilly | 04/29/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Discussion with D. Blechman re: possible divestiture |
| Pamela Zilly | 04/29/02 | 1.5 | Business Analysis | Reviewed Grace 10k |
| Pamela Zilly | 04/30/02 | 1.0 | Employee Matters | Call with B. McGowan, and W. Gilligan re: compensation plan questions |
| Pamela Zilly | 04/30/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Read documents re: possible divestiture |
| Pamela Zilly | 04/30/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion with D. Blechman re: Bioremed |
| Pamela Zilly | 04/30/02 | 1.0 | Business Analysis | Read March operating report |
| Pamela Zilly | 04/30/02 | 1.0 | Case Administration | Read motions re: bar date, proofs of claim |
| | | 82.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2002 - APRIL 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 04/01/02 | 1.0 | Business Analysis | Conference call with P. Zilly and Company re: KERP |
| Richard Shinder | 04/01/02 | 0.5 | Case Administration | Call with P. Zilly, P. Norris re: case issues |
| Richard Shinder | 04/03/02 | 1.5 | Asset Acquisitions/Business Combinations | Conference call with P. Zilly, E. Edmonds, and J. Kapp et al re: possible joint venture |
| Richard Shinder | 04/05/02 | 0.5 | Case Administration | Call with P. Zilly, and D. Blechman: status |
| Richard Shinder | 04/05/02 | 0.5 | Employee Matters | Discussion with P. Zilly re: retention plan |
| Richard Shinder | 04/11/02 | 1.0 | Committee Matters and Creditor Meetings | Review materials for 4/15/meeting |
| Richard Shinder | 04/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly re: POR materials |
| Richard Shinder | 04/11/02 | 1.0 | Case Administration | Review Court filings |
| Richard Shinder | 04/11/02 | 2.0 | Tax/General | Review tax materials |
| Richard Shinder | 04/12/02 | 0.5 | Business Analysis | Discussion with P. Zilly re: operating results |
| Richard Shinder | 04/15/02 | 3.0 | Committee Matters and Creditor Meetings | Meeting with Unsecured Creditors' Committee and advisors re: KERP, 2002 operating plan |
| Richard Shinder | 04/15/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly re: POR materials |
| Richard Shinder | 04/15/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly, M. Alexander re: POR analysis |
| Richard Shinder | 04/15/02 | 2.5 | Plan/Disclosure Statement/Voting Issues | Worked on outline of Plan business issues, evaluation process and inputs |
| Richard Shinder | 04/22/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly re: POR issues |
| Richard Shinder | 04/22/02 | 1.0 | Business Analysis | Read monthly operating report |
| Richard Shinder | 04/25/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: Acquisition pipeline |
| | | 19.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2002 - APRIL 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/02 | 1.0 | Creditor Inquiries | Prepare, gather material re:information requests |
| David Blechman | 04/01/02 | 1.0 | Compensation of Professionals | Prepared fee application |
| David Blechman | 04/02/02 | 1.0 | Employee Matters | Review AA information re: comparable company programs |
| David Blechman | 04/03/02 | 1.0 | Employee Matters | Meeting with P. Zilly re: Severance Plan |
| David Blechman | 04/03/02 | 1.0 | Creditor Inquiries | Respond to information request re: ACC |
| David Blechman | 04/04/02 | 2.0 | Employee Matters | Reviewed draft compensation motion |
| David Blechman | 04/04/02 | 0.5 | Creditor Inquiries | Call with P. Zilly re: information requests |
| David Blechman | 04/05/02 | 0.5 | Strategic Initiatives | Call with P. Zilly, and R. Shinder, M. Alexander re: status |
| David Blechman | 04/05/02 | 0.5 | Creditor Inquiries | Call with M. Berkin re: op plan |
| David Blechman | 04/05/02 | 0.5 | Creditor Inquiries | Call with G. Boyer re: op plan |
| David Blechman | 04/05/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with S. Cunningham, B. McGowan, M. Alexander re: Committee meeting |
| David Blechman | 04/08/02 | 2.0 | Creditor Inquiries | Responded to information requests |
| David Blechman | 04/08/02 | 1.0 | Tax/General | Review information re: tax issues |
| David Blechman | 04/09/02 | 0.5 | Employee Matters | Meeting with P. Zilly re: comp plan |
| David Blechman | 04/09/02 | 0.5 | Employee Matters | Call with B. McGowan re: comp plan |
| David Blechman | 04/09/02 | 0.5 | Committee Matters and Creditor Meetings | Call with S. Cunningham re: Committee meeting |
| David Blechman | 04/09/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: information requests and Committee meeting |
| David Blechman | 04/09/02 | 2.0 | Employee Matters | Reviewed Andersen materials re: annual incentive plan |
| David Blechman | 04/09/02 | 2.0 | Committee Matters and Creditor Meetings | Updated comp presentation for Committee meeting |
| David Blechman | 04/09/02 | 1.0 | Case Administration | Reviewed log of asbestos bankruptcies |
| David Blechman | 04/09/02 | 2.0 | Tax/General | Call with R. Tarola, E. Filon, J. Kapp re: tax issues |
| David Blechman | 04/10/02 | 5.0 | Creditor Inquiries | Followed-up to information requests |
| David Blechman | 04/10/02 | 1.0 | Creditor Inquiries | Call with F. Gilbert, B. McGowan, M. Alexander re: follow-up to information requests |
| David Blechman | 04/10/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: information requests, and Committee Meeting |
| David Blechman | 04/10/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared for 4/15 Committee meeting, calls with P&M and P. Zilly re: same |
| David Blechman | 04/11/02 | 2.0 | Committee Matters and Creditor Meetings | Prepared presentation for 4/15/meeting |
| David Blechman | 04/11/02 | 2.0 | Committee Matters and Creditor Meetings | Followed-up information requests re: operating plan and retention plan information |
| David Blechman | 04/11/02 | 0.5 | Committee Matters and Creditor Meetings | Call with M. Berkin re: same |
| David Blechman | 04/11/02 | 0.5 | Committee Matters and Creditor Meetings | Call with B. McGowan re: same |
| David Blechman | 04/11/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: 4/15 meeting |
| David Blechman | 04/11/02 | 1.0 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: information requests, Committee meeting, and comp issues |
| David Blechman | 04/12/02 | 2.0 | Business Analysis | Prepared presentation for 4/15/meeting |
| David Blechman | 04/12/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: Committee meeting, and information requests |
| David Blechman | 04/29/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: possible acquisition |
| David Blechman | 04/29/02 | 1.5 | Business Analysis | Read Monthly operating report |
| David Blechman | 04/30/02 | 1.0 | Employee Matters | Call with W. Gilligan, B. McGowan re: comp program |
| David Blechman | 04/30/02 | 0.5 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly re: POR analysis |
| David Blechman | 04/30/02 | 1.0 | Committee Matters and Creditor Meetings | Respond to Information requests |
| David Blechman | 04/30/02 | 2.0 | Committee Matters and Creditor Meetings | Review, discussions with F. Gilbert re: Bioremed deal and committee review process |
| David Blechman | 04/30/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion with P. Zilly re: Bioremed deal |

46.0

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2002 - APRIL 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 04/01/02 | 4.5 | Business Analysis | Compiled research regarding recent asbestos bankruptcies |
| Michael Alexander | 04/02/02 | 4.0 | Business Analysis | Updated asbestos bankruptcy log for recent case issues |
| Michael Alexander | 04/02/02 | 3.5 | Employee Matters | Analysis of comparable KERP programs |
| Michael Alexander | 04/03/02 | 1.0 | Business Analysis | Reviewed material in reponse to 2002 op plan request |
| Michael Alexander | 04/05/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with S. Cunningham, B. McGowan, and D. Blechman re: Committee meeting |
| Michael Alexander | 04/05/02 | 1.0 | Creditor Inquiries | Provide responses to information requests |
| Michael Alexander | 04/06/02 | 3.0 | Valuation | Compiled and reviewed new 10-K reports of comparable companies |
| Michael Alexander | 04/06/02 | 4.0 | Valuation | Inputted operating results of comparable companies into valuation model |
| Michael Alexander | 04/07/02 | 2.0 | Valuation | Compiled and reviewed analyst research of comparable companies |
| Michael Alexander | 04/07/02 | 1.5 | Valuation | Populated valuation model with projected operating results of comparable companies |
| Michael Alexander | 04/08/02 | 1.0 | Business Analysis | Review 2002 operating plan detail requeted by committee advisor |
| Michael Alexander | 04/08/02 | 2.5 | Valuation | Updated presentation pages for comparable company valuations |
| Michael Alexander | 04/09/02 | 2.0 | Employee Matters | Reviewed Andersen materials re: annual incentive plan |
| Michael Alexander | 04/10/02 | 1.0 | Business Analysis | Call with F. Gilbert, B. McGowan, and D. Blechman re: follow-up to information requests |
| Michael Alexander | 04/12/02 | 2.0 | Business Analysis | Prepared presentation for 4/15 meeting |
| Michael Alexander | 04/15/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with P. Zilly, R. Shinder re: POR analysis |
| Michael Alexander | 04/19/02 | 2.0 | Employee Matters | Analysis re: compensation figures provided |
| Michael Alexander | 04/29/02 | 1.0 | Business Analysis | Read monthly operating report |
| Michael Alexander | 04/30/02 | 2.0 | Plan/Disclosure Statement/Voting Issues | Read business issues outline; outline analysis re: POR |
| Michael Alexander | 04/30/02 | 1.0 | Employee Matters | Review COLI material |
| | | 41.0 | | |