UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline: August 14, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY COVERSHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION
OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $66,137.04 for the period June 1, 2002 through June 30, 2002 (80% of $82,671.30 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $8,461.57 for the period June 1, 2002 through June 30, 2002. |

This is a:    Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 80% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 80% Paid | 100% Paid |

|         | through 3/31/02             |             |            |                                      |                                      |
|---------|-----------------------------|-------------|------------|--------------------------------------|--------------------------------------|
| 5/23/02 | 4/1/02 through 4/30/02      | $63,704.72  | $6,584.06  | 80% Paid                             | 100% Paid                            |
| 6/27/02 | 5/1/01 through 5/31/02      | $57,060.32  | $4,946.79  | No Objections Served on Counsel      | No Objections Served on Counsel      |

As indicated above, this is the fifteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 102.0 | $44,880.00 |
| Angela Pelletier | Associate | $225 | 23.1 | $5,197.50- |
| William Hughes | Counsel | $350 | 139.6 | $48,860.00 |
| Tamara Parker | Associate | $270 | 2.1 | $567.00 |
| Alec C. Zacaroli | Associate | $210 | 3.7 | $777.00 |
| Barbara Banks | Paralegal | $135 | 145.3 | $19,615.50 |
| Natasha Bynum | Legal Clerk | $100 | 86.3 | $8,630.00 |
| Mahmoude Moasser | Paralegal | $135 | 40.7 | $5,494.50 |
| Reilley L. Smith | Paralegal | $120 | 12.3 | $1,476.00 |

Total Fees                    $135,497.50
Less 40% Discount for Allied  $(52,826.20)

Balance Due                   $82,671.30

Total Hours                   555.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies- Internal and Outside | $4,198.04 |
| Facsimile | $83.25 |
| Telephone | $61.36 |
| Lexis/Westlaw Costs | 1,630.00 |
| Auto Rentals on trips | $583.81 |
| FedEx | $218.54 |
| Meals with Clients and co-counsel on FL Trips | $1,447.17 |
| Overtime Meals | $13.00 |
| Overtime Transportation | $107.40 |
| Parking on Trips | $119.00 |
| Total | $8,461.57 |