Case 01-01139-AMC    Doc 2438-1    Filed 07/25/02    Page 1 of 26

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )      Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )      Case No. 01-1139 (JKF)
                                          )      Jointly Administered
              Debtors.                    )

Objection Deadline: August 14, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR WALLACE KING MARRARO &
BRANSON PLLC'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
07/25/02 3:44 PM
-1-

Wallace
King &
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

July 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12953

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 06/01/02 | RLS | Review, analyze and index Honeywell cost documents. | 1.00 |
| 06/03/02 | ACZ | Research feasibility study requirements under New Jersey Spill Act case law; discussions with B. Hughes regarding same. | 2.30 |
| | BB | Research case files, cross reference, identify, collect, prepare and organize documents produced eae;oer to ICO (4.8 hrs.); prepare email memo re same to Mr. Hughes (.3 hrs.) ; research case files for pertinent 3/02 NJDEP/Honeywell correspondence re resolution of inquiry from consultant for Mr. Hughes (.5 hrs.) conference with Mr. Hughes re same (.2 hrs.);  research Pitney Hardin production of documents (2.3 hrs.); conference with Mr. Hughes re compiled list of 1986 documents produced to ICO (.2 hrs.); collect, coordinate and organize identified Pitney -Grace production documents for Mr. Hughes (2.6 hrs.);  collect pertinent court documents for Mr. Hughes (.1 hrs.) | 11.00 |

W. R. Grace & Co.                                                                                    Page    2

|  |  |  | Hours |
|---|---|---|---|
| 06/03/02 | NAB | Review and indexing of Honeywell expert's supporting documents. | 7.00 |
|  | CHM | Prepare stipulations of fact (2.4 hrs.); conference with Mr. Nagy (.5 hrs.); prepare deposition designations (3.2 hrs.). | 6.10 |
|  | AP | Research and draft Motion to Amend Answer. | 5.00 |
|  | WH | Conferences with consultant re site visit and Grace's response to Honeywell's letter to NJDEP re groundwater remedy (.8 hrs.); prepare letter to Honeywell re future sampling of groundwater wells (.4 hrs.); conference with consultant re sampling issue (.4 hrs.); legal research re Honeywell's proposed FS and related Spill Act issue (1.6 hrs.); conference with expert re groundwater remediation issues and Honeywell's proposal (.5 hrs.); conference with Ms. Banks re documents produced to ICO and review same in connection with Motion to Amend (1.8 hrs.); conference with consultant re sampling results and site visit (.4 hrs.). | 5.90 |
| 06/04/02 | BB | Read, analyze and identify documents in support of pertinent statements for Mr. Hughes and prepare email memo of results (.7 hrs.); conference with Mr. Hughes re same (.3 hrs.); research case files, collect and prepare ICO/Grace discovery agreement correspondence for Mr. Hughes (.1 hrs.); research production database and case indices and identify documents produced to Grace-Pitney Hardin and ICO in 1999 received from Pitney Hardin (.9 hrs.); create sub-database of same in Bates order and chronological order (1.1 hrs.); review WRG production files to verify same (.8 hrs.). | 3.90 |
|  | CHM | Review materials from client. | 0.50 |
|  | CHM | Work on findings of fact (4.2 hrs.); conference with experts re projects (1.2 hrs.) | 5.40 |

W. R. Grace & Co.                                                                    Page      3

|  |  |  | **Hours** |
|---|---|---|---|
| 06/04/02 | WH | Conferences with Ms. Banks re collecting documents in support of Motion to Amend Answer (.6 hrs.); review draft Motion To Amend Answer prepared by Ms. Pelletier and revise for review by Mr. Marraro (5.2 hrs.); review Honeywell's groundwater proposal and confer with consultant and staff re same (1.8 hrs.); conference with consultant re Honeywell's IRM Work Plan and review his comments on same (1.2 hrs.). | 8.80 |
|  | NAB | Continue review and indexing of Honeywell expert's supporting documents. | 2.50 |
|  | MM | Review recent correspondence (.1 hrs.); case management (.1 hrs.). | 0.20 |
| 06/05/02 | CHM | **Travel to NJ and return (3.4 hrs.).  Travel time billed at 50% of standard rates).** | 1.70 |
|  | CHM | Trial preparation meeting at Carella Byrne (7.5 hrs.). | 7.50 |
|  | WH | Factual research re motion to amend (.9 hrs.); conferences with Ms. Banks re assignments and status of projects related to pretrial (1.0 hrs.); conferences with expert on site groundwater issues (.8 hrs.); work on letter to NJDEP re same (4.5 hrs.); conference with consultant (.4 hrs.). | 7.60 |
|  | ACZ | Further research for B. Hughes on NJ Spill Act issues and discussion with B. Hughes re same. | 1.40 |
|  | BB | Collect and prepare correspondence re ICO/Grace discovery agreement for Mr. Hughes (.2 hrs.); conference with Mr. Hughes re same (.2 hrs.); research draft trial exhibits list, identify Honeywell knowledge documents and create sub-database of same in Bates order and chronological order (2.5 hrs.); review, analyze, coordinate, quality check proposed trial exhibits, research production database and CDs in re resolution of document issues and update exhibits list as appropriate (2.1 hrs.); conference | 8.50 |

W. R. Grace & Co.                                                                                    Page        4

                                                                                            __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | with Ms. Bynum new case correspondence and documents (.1 hrs.); review additional designated trial exhibits and prepare for Ms. Kelly to include on the trial exhibits list (.7 hrs.); review document files and verify identified documents and proof list of same (1.3 hrs.); research correspondence indices, identify correspondence re Allied production to Grace and ICO for Mr. Hughes (.3 hrs.); conference with Mr. Hughes re same (.1 hrs.) ; cross reference Stipulations documents against Honeyewell knowledge issue documents on draft trial exhibits list (1.0 hrs.). |  |
| 06/05/02 | NAB | Continue to review, index and integrate May 2002 correspondence into existing case files (1.4 hrs.); scan same & incorporate into electronic files (1.2 hrs.); create hyperlinks for same on the appropriate case indices (1.1 hrs.); continue review and indexing of T. Delaney's supporting documents (4.8 hrs.). | 7.50 |
|  | MM | Produce preliminary review knowledge documents designated as trial exhibits and compare them against documents already stipulated by consultant and incorporate additional documents and place in chron order; identify documents to be copied and incorporated (1.3 hrs.); office conference with Ms. Banks re same (.1 hrs.). | 1.40 |
| 06/06/02 | MM | Finalize comparison of Allied directive stipulated documents against additional relevant knowledge documents and place all in chron order (2.2 hrs.); office conferences with Ms. Banks status of same (.2 hrs.); produce all stated documents in redwells and gave to Ms. Banks for indexing (.1 hrs.); forward e-mail to Mr. Hughes re completion of assignment (.1 hrs.). | 2.60 |
|  | BB | Cross reference current supporting documents for Grace Defendants' draft stipulations against designated trial exhibits and create record of findings (2.3 hrs.); research production CDs to resolve document issues (.7 hrs.); analyze | 8.30 |

W. R. Grace & Co.                                                                          Page      5

                                                                                    __Hours__

production documents and match Allied/Mutual knowledge issue documents with Mutual corporate cover letters (.8 hrs.); quality check and revise table of documents re Allied/Mutual knowledge for Mr. Hughes (1.0 hrs.); quality check Allied/Mutual knowledge issue and documents in support of Grace Defendants' draft stipulations and make corrections as appropriate; (1.3 hrs.); revise and proof listing of same (.9 hrs.); prepare and coordinate additional documents re same (.6 hrs.); assist Mr. Hughes with preparation of letter to Mr. Faranca (.5 hrs.); prepare FedEx package re same (.2 hrs.).

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 06/06/02 | NAB | Continue review and indexing of Honeywell expert's supporting documents. | 6.90 |
| | AP | Further research and redraft Motion to Amend Answer. | 4.60 |
| | WH | Conferences with consultant re liner issue and follow-up with Geomega re same (.8 hrs.); review letter from Mr. Boenning re discovery issue an confer with Ms . Banks re same (.5 hrs.); review recent site documents in connection with responding to Mr. Boenning's letter (.8 hrs.); review new documents produced by Honeywell and confer with Ms. Banks and consultant re same (2.2 hrs.); prepare letter to Mr. Boenning re discovery issue (.5 hrs.); finalize letter to NJDEP re Honeywell's groundwater proposal and confer with Mr. Marraro re same (3.5 hrs.). | 8.30 |
| 06/07/02 | CHM | Prepare factual findings (5.6 hrs.); conference with client re various issues (.6 hrs.). | 6.20 |
| | BB | Read, coordinate and prepare new correspondence (1.0 hrs.); conference with Mr. Hughes re Honeywell supplemental production (.1 hrs.); conference with Ms. Kelly on same re Mr. Hughes' instructions (.1 hrs.); incorporate new case documents into indexed case files and create new files as appropriate (3.9 hrs.); update | 7.00 |

W. R. Grace & Co.                                                                    Page        6

                                                                                      __Hours__

|            |     | | |
|------------|-----|---|---|

pretrial files re new correspondence (.3 hrs.); review and prepare Honeywell supplemental production and prepare Bates labels  (.7 hrs.); prepare cover letter and FedEx package of same to Dr. Goad (.5 hrs.);  make revisions in 1986 chronology (.4 hrs.).

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/07/02 | MM | Follow-up document comparison re stipulated historical document (.8 hrs.); case management (.4 hrs.). | 1.20 |
| | WH | Review expert documents re liner issue and confer with consultant and staff re same (1.1 hrs.); coordinate production of additional documents to Honeywell (1.0 hrs.); work on stipulations and identifying documents for use as trial exhibits (4.7 hrs.). | 6.80 |
| 06/10/02 | CHM | Conference with six experts re exhibits (2.8 hrs.); conference with J. Agnello re case management issues (.6 hrs.); conference with client (.8 hrs.) | 4.20 |
| | WH | Review letter from ICO re discovery issue and confer with Messrs. German and Marraro re same (.5 hrs.); review Mutual documents and prepare proposed stipulations re same for Grace's pretrial submission (8.3 hrs.); conferences with Ms. Banks re Mutual issues (.5 hrs.); conferences with Mr. Marraro and Ms. Banks re Honeywell's privilege log for supplemental production (.3 hrs.). | 9.60 |
| | BB | Coordinate, prepare and organize collected documents re Grace production to ICO and documents pertaining to 1986 transfer in re pre-trial issue (2.8 hrs.); create new case files re pretrial issues (2.2 hrs.); mark and highlight duplicates of site maps for attachment to 3/10/02 Memo re chromium levels (.5 hrs.); prepare duplicates of designated 1992 depositions, cross reference designated pages-lines against draft designations for Mr. Hughes' review (.5 hrs.); continue preparation of | 6.70 |

W. R. Grace & Co.                                                          Page    7

|  |  | **Hours** |
|---|---|---|
|  | designations for 1992 deposition Swalick (.7 hrs). |  |
| 06/10/02 MM | Follow-up search of case material re potential damage related documents (1.3 hrs.); case management (.2 hrs.). | 1.50 |
| 06/11/02 BB | Research production documents to verify titles of various Mutual officers for Mr. Hughes (1.7 hrs.); research production CDs for pertinent information on Mutual corporate officers and verification of recipients of pertinent documents for draft stipulations for Mr. Hughes (4.7 hrs.); review, verify and prepare documents and notes pertinent to preparation of draft stipulations for Mr. Hughes (2.6 hrs.). | 9.00 |
| WH | Review new site documents produced by Honeywell and confer with Ms. Banks and consultant re same (.8 hrs.); continue reviewing Mutual documents and finalize proposed stipulations re same for review by Messrs Agnello and Marraro (7.8 hrs.); conference with Smith re review of Honeywell cost documents and review chart re same (.6 hrs.). | 9.20 |
| MM | Follow-up office conference with Ms. Banks re various historical documents to be incorporated into stipulated binder for Mr. Hughes review (.2 hrs.); continue to search case material re stated historical documents to be stipulated, pending (1.4 hrs.); review recent correspondence (.2 hrs.); case management. | 1.80 |
| CHM | Meeting with plaintiffs' attorney re various trial issues (2.1 hrs.); work with experts on exhibits (3.2 hrs.). | 5.30 |
| RLS | Review, analyze and index Honeywell cost documents (4.3 hrs.); prepare electronic mail message to Mr. Hughes re same (.2 hrs.). | 4.50 |

W. R. Grace & Co.

Page    8

| | | | Hours |
|---|---|---|---|
| 06/12/02 CHM | **Travel to NJ for meeting with J. Agnello (4.2 hrs.).    Travel time billed at 50% of standard rates.** | | 2.10 |
| | BB | Conference with Mr. Hughes re assignment and additional preparation of information for pretrial conference (.3 hrs.); prepare and duplicate pages of 1992 deposition designations for Mr. Hughes (.7 hrs.); research index of various persons and identify, collect and prepare pertinent documents for Mr. Hughes (.6 hrs.); assist Mr. Hughes in identifying pertinent 1982 production documents in re preparation of draft stipulations (2.4 hrs.); collect, prepare and organize same for Mr. Hughes (.7 hrs.); collect pertinent document and prepare fax to Mr. Marraro at local counsel office (.3 hrs.); prepare duplicate of binder of certain chromium documents for local counsel (.4 hrs.); highlight copies of designated 1992 depositions for Mr. Hughes' review (.7 hrs.); research Honeywell experts' depositions for pertinent information for Mr. Hughes (.7 hrs.); collect and prepare pertinent pages of same (.6 hrs.); incorporate new pretrial materials into indexed case files and create new files (1.3 hrs.). | 8.70 |
| | MM | Review recent correspondence distributed by Ms. Kelley (.2 hrs.); continue to search case material re stated missing historical documents to be stipulated (2.7 hrs.); case management (.3 hrs.). | 3.20 |
| | WH | Conferences with Messrs. Marraro and Agnello re stipulations and related pretrial matters (1.2 hrs.); factual research in support of stipulations and conferences with Ms. Banks re collecting relevant documents (4.3 hrs.); prepare letter to Honeywell re discovery issue (.4 hrs.). | 5.90 |
| | RLS | Review and edit Honey cost documents index; office conference with Mr. Hughes re document review. | 1.00 |

W. R. Grace & Co.                                                          Page      9

|  |  |  | **Hours** |
|---|---|---|---|
| 06/12/02 | CHM | Trial prep meeting and site visit with J. Agnello (8.5 hrs.). | 8.50 |
|  | NAB | Continue review and indexing of Honeywell expert supporting documents. | 2.50 |
| 06/13/02 | MM | Review recent correspondence distributed by Ms. Kelley (.3 hrs.); follow-up with research of case material re stated missing historical documents to be stipulated, pending (3.1 hrs.); case management (.2 hrs.). | 3.60 |
|  | WH | Prepare letter to Honeywell re groundwater sampling issue and review documents relevant to same (1.4 hrs.); prepare letter to Honeywell re License Agreement breach (.8 hrs.); prepare supplemental discovery request to Honeywell re documents produced on June 4, 2002 and review documents relevant to same (1.3 hrs.); review papers from Mr. German (1.0 hrs.); work on timeline/chronology and other site issues (2.7 hrs.); review Mr. Smith's memo re his review of Honeywell's cost documents and confer with him re same (.6 hrs.). | 7.80 |
|  | BB | Continue preparation of excerpts from 1992 depositions of certain witnesses from Allied Signal v. Abeille-Paix Reassurances case for Mr. Hughes' review (.9 hrs.); collect and prepare produced NJDEP/Honeywell email for Mr. Hughes (.2 hrs.); research production documents and CDs to identify author of pertinent letter, download, coordinate and prepare identified sources of information (2.6 hrs.) prepare email memo of research results to Mr. Hughes (.7 hrs.); create new case files of same (.8 hrs.); continue incorporating new correspondence and case documents into indexed case files and electronic files (1.4 hrs.). | 6.70 |
|  | RLS | Compose memorandum to Mr. Hughes summarizing research on Honeywell cost documents (1.5 hrs.); office conference with Mr. | 3.50 |

W. R. Grace & Co.                                                      Page    10

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Hughes re: Mutual time line (.1 hrs.); review and edit time line (1.9 hrs.). |  |
| 06/14/02 | RLS | Continue review and edit of timeline document. | 2.10 |
|  | NAB | Continue review and indexing of Honeywell cost supporting documents. | 7.50 |
|  | WH | Conferences with Messrs. Agnello and German re ICO's motion to stay Riverkeeper case (.8 hrs.); review Judge Cavanaugh's decisions re the License Agreement motion and Roned's motion for summary judgment and confer with Messrs. Agnello and Marraro re same (1.7 hrs.); revise proposed stipulations per conversation with Messrs Marraro and Agnello (1.3 hrs.); follow-up legal research re Court's Spill Act decision (1.4 hrs.); prepare letter to Honeywell re properly identifying ECARG as the site owner and review relevant submissions by Honeywell in connection with same (1.6 hrs.); conferences with Mr. Smith re site chronology and revisions to same (.5 hrs.). | 7.30 |
|  | CHM | Review and edit next section of stipulations (2.6 hrs.); conference with client (.7 hrs.); | 3.30 |
|  | BB | Conference with Mr. Hughes re research results and receive new research assignment (.1 hrs.); research production database, identify documents re certain inquires and create table of results (2.4 hrs.); conference with Mr. Hughes re pertinent dates and results (.2 hrs.); conference with Mr. Hughes re supplemental research assignment per findings (.1 hrs.); collect and prepare relevant site document discussed (.1 hrs.); conference with Mr. Hughes re information in reviewed documents (.1 hrs.); analyze documents for pertinent information for Mr. Hughes (3.1 hrs.); prepare letter to Mr. Agnello re FedEx shipment (.4 hrs.); prepare letter  and FedEx package of supplemental oversize, color production documents (.6 hrs.); prepare FedEx package to DEP (.2 hrs.); review 6/13/03 court Opinion-Order on Grace | 7.60 |

W. R. Grace & Co.                                                          Page    11

                                                                          __Hours__

|            |     | Defendants' License Agreement SJ Motion  and arrange scanning (.3 hrs.). | |
|------------|-----|----------------------------------------------------------------------|------|
| 06/17/02   | NAB | Scan case documents into electronic files (.7 hrs.); e-mail same to Ms. Banks (.1 hrs.); continue review and indexing of Honeywells Supplemental production documents (5.7 hrs.). | 6.70 |
|            | WH  | Review ICO's Motion To Stay and confer with Mr. Marraro re same (.7 hrs.); review correspondence from Honeywell re bi-monthly site inspections and confer with consultant re same (.8 hrs.); prepare letter to NJDEP re Judge Cavanaugh's decision on the License Agreement (1.2 hrs.); prepare memorandum to Messrs. Nagy and Senftleben re Judge Cavanaugh's summary judgment decision and conduct follow-up legal research re same (2.8 hrs.); work on trial brief and other matters related to pretrial order (3.1 hrs.). | 8.60 |
|            | BB  | Complete preparation of designated pages in produced 1992 deposition for Mr. Hughes (.8 hrs.); collect and prepare pertinent case briefs for Mr. Hughes (.2 hrs.); read, analyze, sort, coordinate, organize and prepare new correspondence, supplemental production documents and court filings (4.8 hrs.); collect pertinent documents and correspondence for Mr. Hughes (.6 hrs.); conference with Mr. Hughes re case project re Honeywell Site expenditures for Mr. Moasser and Delaney invoices prepared by Mr. Smith (.3 hrs.); brief Mr. Moasser on pertinent case information re assignment (.3 hrs.); review new correspondence to verify pertinent information and conference with Mr. Hughes re same (.3 hrs.); collect, scan pertinent pages of Complaint and Answer and prepare email message to Mr. Marraro re same (.3 hrs.). | 7.60 |
|            | TP  | Legal research for Mr. Hughes on cost recovery issues. | 2.10 |

W. R. Grace & Co.                                                                 Page    12

|                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | **Hours** |
|------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 06/17/02 MM      | Office conference with Mr. Hughes and Ms. Banks re reviewing case material (i.e., main database, case documents, etc.) re invoices (.2 hrs.); preliminary search of stated material for invoices from Allied Signal as well as any other organization performing work on Allied's behalf (2.3 hrs.); case management (.2 hrs.).                                                                                                                                                                                                                                                                                                  | 2.70      |
| RLS              | Office conference with Ms. Banks re Honeywell cost document analysis.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.20      |
| 06/18/02 BB      | Review and distribute fax re date for conference before Judge Cavanaugh (.2 hrs.); continue review, sort, organize, prepare and incorporate new correspondence and court filings into indexed case files and electronic files (4.8 hrs.); respond to telephone call from Mr. Golladay re update of model for Mr. Hughes (.2 hrs.); collect case file of documents re Honeywell production to ICO and conference with Mr. Hughes (.2 hrs.); research case files, confirm, collect and prepare pertinent dates and documents re Grace and Honeywell production to ICO for Mr. Hughes (.8 hrs.); conference with Mr. Hughes re same (.2 hrs.); assist Mr. Hughes with 6/18/02 memo to clients, collect and coordinate exhibits and prepare FedEx packages for same (1.1 hrs.); prepare FedEx package of same to Dr. Goad (.2 hrs.); prepare email response to Mr. Golladay for Mr. Hughes (.1 hrs.); routine case file maintenance, etc. (1.2 hrs.). | 9.00      |
| MM               | Continue to search main database for invoices from Allied Signal as well as any other organization performing work for  Allied (2.1 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 2.10      |
| CHM              | Work on Motion to Amend (1.2 hrs.); assess new data on chromium; telephone conference with consultants (.5 hrs.); review decision on Roned and backfill (1.5 hrs.); conference with experts (1.8 hrs.); conference with DEP (.5 hrs.); conference with client (.5 hrs.).                                                                                                                                                                                                                                                                                                                                                        | 6.00      |

W. R. Grace & Co.                                                                    Page    13

|  |  | | **Hours** |
|---|---|---|---|
| 06/18/02 | WH | Review results of groundwater sampling and related docs and confer with consultant re same (.8 hrs.); review new documents produced by Honeywell (.9 hrs.); conferences with experts re site remediation issue (.6 hrs.); prepare letter to Honeywell requesting privilege log (.3 hrs.); review Mr. Marraro's redraft of the motion to amend and confer with him re same and other assignments (.9 hrs.); work on stipulations and trial exhibits (2.1 hrs.). | 6.60 |
|  | NAB | Review, index and integrate correspondence into existing case files (3.7 hrs.); scan same and incorporate into electronic files (1 hrs.); create hyperlinks for same on the appropriate case indices (2.2 hrs.); E-mail requested scanned documents to B. Banks (.6) | 7.50 |
| 06/19/02 | AP | Redraft Motion to Amend Answer per B. Hughes. | 5.00 |
|  | BB | Create new case files and electronic files re new case documents and pretrial preparation materials (4.8 hrs.); review, coordinate, organize and incorporate new correspondence and court filings into case files (.2.4 hrs.); scan new court filings and incorporate into electronic and indexed case files and create hyperlinks (.8 hrs.). | 8.00 |
|  | NAB | Continue review and indexing of T. Delaney's supporting documents. | 6.50 |
|  | MM | Continue to search main database for invoices from Allied Signal as well as any other organization performing work for Allied (2.6 hrs.). | 2.60 |
|  | WH | Review Mr. Boenning's letter re discovery issue and respond to same (.7 hrs.); conference with Ms. Banks re documents that are the subject of Mr. Boenning's letter and review same (.8 hrs.); conferences with consultant re court's decision and assorted trial prep issues (1.0 hrs.); conference with Mr. German re groundwater | 7.20 |

W. R. Grace & Co.                                                                                    Page    14

                                                                                         __Hours__

|            |    | sampling results (.3 hrs.); prepare draft letter to Judge Cavanaugh re subjects to be discussed at the status conference and confer with Messrs. Marraro and Agnello re same (1.3 hrs.); review letter from ICO's counsel re Grace's motion to amend and confer with Mr. Marraro re same (.5 hrs.); work on stipulations, trial exhibits and other trial prep matters (2.7 hrs.). |        |
| 06/20/02   | AP | Review documents for inclusion as exhibits to Motion to Amend and further research in support of motion. | 2.50 |
|            | BB | Conference with Mr. Marraro re preparation for filing (.1 hrs.); coordinate, prepare, duplicate and organize exhibits to Motion for Leave to Amend Answer for Mr. Marraro (.8 hrs); conference with Ms. Pelletier re additional exhibit (.2 hrs.); research case files and exhibits to pleadings re additional exhibit, collect, prepare and consult with Mr. Hughes re same (.8 hrs.); collect and prepare pertinent documents for Mr. Hughes (1.0 hrs.); scan additional court filing (.2 hrs.); research Westlaw, download, coordinate and prepare relevant cases for Mr. Hughes (1.2 hrs.); conference with Mr. Hughes re forwarding Order for Bar Date and Filing Proofs of Claim to Dr. Goad (.2 hrs.); research Westlaw for requested cases for Mr. Hughes (.7 hrs.); conference with Mr. Hughes re filing proof of claim and collect and prepare RCRA legal research for Mr. Hughes (.1 hrs.); scan proof of claim and prepare email to consultant re same for Mr. Hughes (.5 hrs.); prepare fax to Mr. Marraro in NJ re revisions to Motion for Mr. Hughes (.9 hrs.). | 6.70 |
|            | MM | Continue to review database for various invoices from Allied Signal and other organizations performing work for Allied, pending (1.4 hrs.); review recent correspondence (.2 hrs.). | 1.60 |

W. R. Grace & Co.                                                                     Page   15

|  |  |  | Hours |
|---|---|---|---|
| 06/20/02 | WH | Assist Mr. Marraro in preparing for arguments re Roned's Spill Act motion and prepare briefing materials re same (5.3 hrs.); conferences with Mr. Marraro re issues to be addressed at the 6/21 status conference (.5 hrs.). | 5.80 |
|  | CHM | **Travel to NJ for hearing (2.1 hrs.).  Travel time billed at 50% of standard rates.** | 1.00 |
|  | CHM | Work with experts on exhibits (3.2 hrs.). | 3.20 |
|  | NAB | Continue review and indexing of Honeywell cost documents. | 7.50 |
| 06/21/02 | CHM | **Travel back to DC (2.2 hrs.).  Travel time billed at 50% of standard rates.** | 1.10 |
|  | CHM | Prepare for status conference (2.5 hrs.); attend status conference (1.5 hrs.); conference call with client re status conference (.5 hrs.); prepare memo re status conference (1.2 hrs.): strategy session with Mr. Agnello following conference (2.5 hrs.). | 8.20 |
|  | BB | Create electronic and case files for pretrial preparation issues and materials (2.5 hrs.); make call to U.S. Bankruptcy Court for District of DE re Proofs of Claim bar date for Mr. Hughes (.5hrs.); research Bankruptcy Court web site In Re W. R. Grace docket for deadline for filing proofs of claim, download and coordinate identified relevant Orders (1.2 hrs.); conference with Mr. Hughes re results (.2 hrs.); research Westlaw for cases for Mr. Hughes, download, coordinate and prepare for Mr. Hughes (.7 hrs.); conference with Mr. Hughes re cases and new trial date (.1 hrs.); continue review, coordination, organization and incorporation of new correspondence into indexed case files (1.0 hrs.). | 6.20 |
|  | WH | Conferences with Messrs. Marraro and Goad re status conference, trial date and related issues (.8 hrs.); prepare letter to Judge Cavanaugh re application of the Roned Spill Act decision to | 5.10 |

W. R. Grace & Co.                                                                    Page    16

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | ECARG and factual/legal research in support of same (4.3 hrs.). |  |
| 06/21/02 | MM | Office conferences with Mr. Hughes re status of miscellaneous invoices search (i.e., main database, etc.) (.2 hrs..); continue to review database for various invoices from Allied Signal as well as any other organization performing work for Allied (0.7 hrs.). | 0.90 |
|  | NAB | Review, index and integrate pleadings into existing case files (3.7 hrs.); scan same and incorporate into electronic files (1.3 hrs.); create hyperlinks for same on the appropriate case indices (2.5 hrs.). | 7.00 |
| 06/24/02 | NAB | Review issues chart and pull documents from production documents for B. Hughes. | 2.50 |
|  | CHM | Conference with plaintiffs re stay issues (.8 hrs.); review memo from AP on amended complaint issues and review cases (1.5 hrs.). | 2.30 |
|  | BB | Collect, coordinate, organize and prepare pertinent court filing and letters to court for Mr. Hughes (.5 hrs.); conference with Mr. Hughes re case chronology in preparation for trial (.2 hrs.); incorporate new court filings into indexed case files (.4 hrs.); prepare supplemental Honeywell production documents and incorporate into indexed case files and create new file (1.7 hrs.); conference with Ms. Kelly re new court filings (.2 hrs.); read and analyze Honeywell brief in opposition to Motion re Grace & Co. and Grace Ltd. for Mr. Hughes (1.0 hrs.); collect, coordinate, organize and create indexed binder of pertinent documents for Mr. Hughes and conference (3.8 hrs.) conference with Mr. Hughes re same (.2 hrs.); prepare new correspondence for Mr. Marraro (.1 hrs.); read and prepare summary of Honeywell expert's deposition and expert report for Mr. Hughes (.5 hrs.). | 8.60 |

W. R. Grace & Co.                                                    Page   17

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | **Hours** |
|------------|----|----|----|
| 06/24/02 | AP | Research per C. Marraro regarding effect of conflicting pleadings. | 4.00 |
|          | MM | Follow-up office conference with Mr. Hughes re status of reviewing and producing Allied invoices from database, pending (.3 hrs.); office conference with Ms. Bynum re assistance re same (.1 hrs.); continue to review and identify various Allied invoices for review by Mr. Hughes (2.1 hrs.). | 2.50 |
|          | WH | Review transcript of status conference and confer with Messrs. Agnello and Marraro re letters to the court on motion to amend and Roned decision (1.2 hrs.); work on letter to the court re Honeywell's Spill Act claim and conduct research in support of same (1.8 hrs.); conferences with selected experts re trial date, submitting claims to bankruptcy court, and trial prep issues (2.5 hrs.); work on trial prep assignments (2.1 hrs.). | 7.60 |
| 06/25/02 | BB | Return telephone call to Plaintiff's Counsel re requested document and consult with Mr. Hughes re same (.2 hrs.); conference with Mr. Hughes re collected court filings (.1 hrs.); collect pertinent documents for Mr. Marraro (.1 hrs.); research production database and production files for pertinent documents re draft letter for Mr. Hughes (1.3 hrs.); conference with Mr. Hughes re same (.2 hrs); prepare email to Plaintiffs' counsel re requested document and expert depositions (.2 hrs.); review production database, CDs and case files and identify and collect pertinent documents for Mr. Hughes (.7 hrs.); review collected documents and incorporate verified, pertinent case event dates into draft timeline in preparation for pretrial for Mr. Hughes (.6 hrs. ); incorporate all pertinent documents discussed into electronic files (.8 hrs.). | 4.20 |
|          | MM | Follow-up office conference with Mr. Hughes re status of reviewing and producing Allied invoices from database, pending (.2 hrs.); | 4.20 |

W. R. Grace & Co.                                                      Page   18

|  | | **Hours** |
|---|---|---|

continue to review and identify various Allied invoices for review by Mr. Hughes (3.7 hrs.); office conference with Ms. Bynum re assistance re same stated project (.1 hrs.); case management (.2 hrs.).

06/25/02 CHM   Meeting with A. Nagy re various issues (1.5 hrs.); telephone conference with R. Senflteben re status update  (.5 hrs.).                            2.00

WH   Review Honeywell's Scope of Work for Study Area 6 & 7 Shallow Groundwater Feasibility Study and confer with consultant and Mr. Marraro re same (2.3 hrs.); work on comments to NJDEP re Honeywell's groundwater FS and conduct factual research in support of same (1.8 hrs.); conferences with Mr. Agnello and Mr. German re proposed affirmative defense and revise same (.7 hrs.); work on stipulations, trial exhibits and other trial prep matters re RCRA and CERCLA claims (3.3 hrs.).                            8.10

AP   Continue research regarding conflicting pleadings.                            2.00

NAB   Review, index and integrate pleadings into existing case files (3.9 hrs.); scan same and incorporate into electronic files (1.2 hrs.); create hyperlinks for same on the appropriate case indices (2.2 hrs.).                            7.30

06/26/02 BB   Collect and prepare expert deposition transcripts requested by Plaintiffs' counsel (.7 hrs.); continue researching Honeywell's court filings for pertinent information requested by Mr. Hughes in preparation for pretrial (.8 hrs.); research production document database, production files, invoices and previously collected pertinent documents for exhibits to letter to Judge Cavanaugh (3.3 hrs.); collect, review, coordinate and prepare exhibits to letter to Judge Cavanaugh (2.8 hrs.); conference with Mr. Hughes re same (.3 hrs.); prepare letter and FedEx package of exhibits to local counsel (.6                            8.80

W. R. Grace & Co.                                                     Page   19

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | hrs.); deliver FedEx package for shipment (.3 hrs.). |  |
| 06/26/02 | WH | Work on letter to Judge Cavanaugh re Spill Act claims and confer with Mr. Marraro re same (1.3 hrs.); confer with consultant re groundwater issue and review data on same (.8 hrs.); draft letter to Mr. Caffrey re Honeywell site inspections and confer with consultant re same (.6 hrs.); identify documents for use as exhibits to motion to letter to court re Roned decision and confer with Ms. Banks re same (.8 hrs.); prepare letter to Mr. Senftleben re motion work on stipulations, trial exhibits, deposition designations and other trial prep matters and confer with Ms. Banks re assignments concerning same (4.6 hrs.). | 8.10 |
|  | MM | Continue to review and identify various Allied invoices for review by Mr. Hughes (1.7 hrs.); case management (.1 hrs.). | 1.80 |
|  | NAB | Pull documents from production documents for B. Hughes | 3.20 |
|  | CHM | Conference with plaintiff's attorney re stipulation (.8 hrs.); revise stipulation (.5 hrs.); review Roned decision re facts (.7 hrs.); prepare letter to J. Cavanaugh (2.2 hrs.); conference with Carella Byrne re schedule (.4 hrs.) conference with experts re schedule for trial (1.6 hrs.). | 6.20 |
| 06/27/02 | CHM | Work on letter to Judge Cavanaugh re Roned issues (2.6 hrs.); conference with plaintiffs re stipulation (.5 hrs.); review and edit letter to Judge Cavanaugh re complaint amendment (.5 hrs.); work on deposition designations (4.8 hrs.). | 8.40 |
|  | MM | Finalize review and identification various Allied invoices for Mr. Hughes (1.8 hrs.); office conference with Mr. Hughes re damage documents related issues (.2 hrs.); office | 2.40 |

W. R. Grace & Co.                                                          Page    20

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                            | **Hours** |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |      | conference with Ms. Manago and Ms. Banks re same (.3 hrs.); case management (.1 hrs.).                                                                                                                                                                                                                                                                                                                                      |           |
| 06/27/02   | WH   | Conferences with Messrs. Agnello and Marraro re preparing draft stipulations with ICO and motion to amend answer (1.0 hrs.); prepare and revise draft stipulation and confer with Mr. Marraro re same (3.5 hrs.); conference with consultants re comments on Honeywell's FS and assorted trial prep issues (.8 hrs.).                                                                                                          | 5.30      |
|            | NAB  | Pull documents from production documents for B. Hughes.                                                                                                                                                                                                                                                                                                                                                                     | 4.20      |
| 06/28/02   | MM   | Review recent correspondence and incorporate into case file (.4 hrs.); e-mail to Ms. Flax re damage related issues (.1 hrs.); finalize review and organization of invoices produced from main database and forward to Mr. Hughes with memorandum (2.9 hrs.); office conference with Ms. Banks re confirming all damage related documents, cross-referencing same against our document production and various databases (.2 hrs.); preliminary review of damage chart and case files (.8 hrs.). | 4.40      |
|            | CHM  | Review final submissiond to Court (.5 hrs.); conference with experts re trial prep (1.3 hrs.); review depositions for pre-trial (3.2 hrs.).                                                                                                                                                                                                                                                                                 | 5.00      |
|            | BB   | Research case files, collect and prepare pertinent documents for Mr. Marraro (.2 hrs.); review collected invoices, determine additional requirements (.4 hrs.); conference with Mr. Moasser re same (.2 hrs.); analyze selected invoices and research case files to resolve issues and provide instruction for Ms Bynum for follow up (.6 hrs.); continue quality check and review of designated pretrial exhibits and resolve issues (3.1 hrs.); organize collected trial exhibits (.8 hrs.). | 5.30      |
| 06/29/02   | BB   | Complete and quality check table of invoices (1.4 hrs.); review data on table and identify issues and process for resolutions (.6 hrs.);                                                                                                                                                                                                                                                                                   | 3.50      |

W. R. Grace & Co.                                                        Page    21

**Hours**

review, sort and organize new correspondence
(.7 hrs.).

| | **Amount** |
|---|---|
| Total Fees | 547.30 $132,065.50 |

Disbursements:

| | |
|---|---|
| Auto Rentals on Trips to Florida on 2/28 and 3/15 and Newark | 583.81 |
| Copy Costs - Internal | 3,199.95 |
| Facsimile Costs | 83.25 |
| FedEx Costs | 218.54 |
| Long Distance Charges | 61.36 |
| Meals in FL with clients and co-counsel 2/28, 3/5, 6 and 15 | 1,447.17 |
| Outside Copies | 998.09 |
| Overtime Meals | 13.00 |
| Overtime Transportation | 107.40 |
| Parking on Trips | 119.00 |
| Westlaw | 1,630.00 |
| Total Disbursements | $8,461.57 |
| Total Amount Of This Bill | $140,527.07 |
| 06/28/2002 Less Deduction of 40% of Fees Per Agreement | ($52,826.20) |
| Balance Due | $87,700.87 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 145.30 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 86.30 | 100.00 |
| William Hughes, Counsel | 139.60 | 350.00 |
| Christopher H. Marraro, Partner | 94.20 | 440.00 |
| Mahmoude Moasser, Paralegal | 40.70 | 135.00 |
| Tamara Parker, Associate | 2.10 | 270.00 |
| Angela Pelletier, Associate | 23.10 | 225.00 |
| Reilly L. Smith, Paralegal | 12.30 | 120.00 |
| Alec C. Zacaroli, Associate | 3.70 | 210.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

July 24, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #12955

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 06/11/02 CHM | Review materials from client. | 0.50 | |
| 06/19/02 CHM | Review of materials from client. | 0.50 | |

|  |  | | **Amount** |
|---|---|---|---|
| Total Fees | | 1.00 | $440.00 |
| Balance Due | | | $440.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.00 | 440.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

July 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #12954

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/17/02 CHM | Conference with B. Cupp re scheduling meeting in Baltimore re Acton. | | 0.60 |
| 06/25/02 CHM | Meeting with B. Cupp and T. Kite in Baltimore (3.0 hrs.); dinner meeting with client, B. Cupp and R. Bayliss (3.0 hrs.). | | 6.00 |
| 06/27/02 CHM | Conference with B. Cupp re Kite visit to site. | | 0.20 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 6.80 | $2,992.00 |
| Balance Due | | $2,992.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 6.80 | 440.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

          3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 24th day of July 2002.

_____

Notary Public

My Commission Expires: July 14, 2006

-2-