## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**IN RE**

W. R. Grace & Co., *et al.*                   Bankruptcy No. 01-1139

    Debtors                                     Chapter 11
                                                Jointly Administered

                                                Related to Docket No. 2300, 2242, 2299, 2307, 2376

### ORDER DIRECTING CLERK TO TRANSMIT MOTION OF ZONOLITE ATTIC INSULATION PROPERTY DAMAGE CLAIMANTS BARBANTI, BUSCH, PRICE, PREBIL AND McMURCHIE FOR LEAVE TO APPEAL ORDER (A) DENYING CLAIMANTS' MOTION TO STRIKE PROOFS OF CLAIM FILED BY DEBTORS ON BEHALF OF ZAI CLAIMANTS; AND (B) SCHEDULING MATTERS IN CONNECTION WITH ZAI PROOFS OF CLAIM

**AND NOW,** this **22nd** day of **July, 2002**, it is **ORDERED** that the Clerk shall immediately transmit to the District Court for the District of Delaware the Motion of ZAI Property Damage Claimants for Leave to Appeal filed at Docket No. 2300 along with Debtors' Objection to the Motion filed at Docket No. 2376.

It is **FURTHER ORDERED** that counsel for Debtor shall serve a copy of this Order on the Service List.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald
U.S. Bankruptcy Judge