IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: August 19, 2002 @ 4:00 p.m.** |

**TWELFTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE
OFFICIALCOMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $23,155.60 (80% of $28,944.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,318.47 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0003849:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | Pending | Pending |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**
<u>**CAMPBELL & LEVINE, LLC-DELAWARE**</u>

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 32.10 | $290.00 | $9,309.00 |
| Mark T. Hurford (MTH), Associate, since 2002 | 55.80 | $265.00 | $14,787.00 |
| Aileen F. Maguire (AFM), Associate, since 2002 | 6.50 | $200.00 | $1,300.00 |
| Darlene M. Chilelli (DMC), Legal Assistant, since 2002 | 9.40 | $90.00 | $846.00 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 10.10 | $90.00 | $909.00 |
| **Total/average** | **113.9** | | **$27,151.00** |

{D0003849:1}                2

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002
<u>CAMPBELL & LEVINE, LLC-PITTSBURGH</u>**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 0.50 | $350.00 | $175.00 |
| Philip E. Milch (PEM), Member, since 1991 | 5.70 | $265.00 | $1,510.50 |
| Michele Kennedy (MK), Paralegal, since 1999 | 1.20 | $90.00 | $108.00 |
| **Total/average** | **7.40** | | **$1,908.90** |
| **Delaware and Pittsburgh Total/average** | **121.30** | | **$29,059.90** |

**<u>COMPENSATION SUMMARY BY PROJECT CATEGORY</u>**

| Project Category | Total Hours for the Period 06/01/02 through 06/30/02 | Total Fees for the Period 06/01/02 through 06/30/02 |
|---|---|---|
| Asset Analysis and Recovery | 2.90 | $628.50 |
| Asset Disposition | 1.40 | $378.50 |
| Business Operations | 0.00 | $00.00 |
| Case Administration | 14.80 | $2,093.00 |
| Claims Administration and Objections | 9.20 | $2,574.50 |
| Employee Benefits/Pension | 5.30 | $1,527.00 |
| Fee/Employment Applications | 0.00 | $00.00 |
| Fee/Employment Objections | 40.40 | $10,921.00 |
| Financing | 0.00 | $00.00 |
| Litigation | 5.80 | $1,669.50 |
| Plan and Disclosure Statement | 0.00 | $00.00 |
| Relief from Stay Proceedings | 1.00 | $265.00 |
| Valuation | 0.00 | $00.00 |

{D0003849:1 }    3

| Committee Administration | 25.20 | $6,807.50 |
|---|---:|---:|
| Applicant's Fee Application | 4.40 | $460.00 |
| Fee Application of Others | 10.90 | $1,620.00 |
| Applicant's Retention Application | 0.00 | $00.00 |
| **Grand totals** | **121.30** | **$28,944.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period June 1, 2002 through June 30, 2002 |
|---|---|---:|
| In-House Reproduction ($.10 per copy) | | $10.80 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $479.66 |
| Facsimile ($0.50 per page) | | $332.75 |
| Long Distance Telephone Calls | | $15.08 |
| Postage | | $27.18 |
| Travel & Lodging | | $453.00 |
| **Total:** | | **$1,318.47** |

CAMPBELL & LEVINE, LLC

/s/ Aileen F. Maguire
Matthew G. Zaleski, III (I.D. #3557)
Aileen F. Maguire (I.D. #3756)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: July 29, 2002