Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  06/30/02
Wilmington  DE                             ACCOUNT NO: 3000-00D
                                           STATEMENT NO:      13


Costs and Expenses



        PREVIOUS BALANCE                                    $6,706.76



06/03/02 Postage                                                5.85
06/03/02 Postage                                                2.40
06/03/02 FAX to Peter Van N. Lockwood - 2 pages                 1.00
06/03/02 FAX to Nathan D. Finch - 2 pages                       1.00
06/03/02 FAX to Elyssa Strug - 2 pages                          1.00
06/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                             238.60
06/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                             102.42
06/06/02 FAX to Peter Van N. Lockwood - 4 pages                 2.00
06/06/02 FAX to Douglas A. Campbell - 4 pages                   2.00
06/06/02 FAX to Robert Spohn - 4 pages                          2.00
06/06/02 FAX to Elyssa Strug - 4 pages                          2.00
06/10/02 FAX to Nathan D. Finch - 6 pages (Order)               3.00
06/12/02 FAX to Peter Van N. Lockwood - 2 pages                 1.00
06/12/02 FAX to Nathan D. Finch - 2 pages                       1.00
06/12/02 FAX to Elyssa Strug - 2 pages                          1.00
06/12/02 FAX to Robert Jacobs - 15 pages                        7.50
06/13/02 FAX to 18 Parties of Record - 2 pages                 18.00
06/13/02 FAX to 17 Parties of Record - 2 pages                 17.00
06/13/02 U.S. Air Ticket from Philadelphia, PA to O'Hare
         Field, IL and return on 6/2/02 (1/4)                  25.00
06/13/02 U.S. Air Ticket from O'Hare Field, IL on 6/4/02
         (1/4)                                                 25.00
06/13/02 MGZ - Lodging on 6/5/02 (Four Seasons Hotels,
         Chicago) (1/4)                                       403.00
06/14/02 FAX to Peter Van N. Lockwood - 3 pages                 1.50
06/14/02 FAX to Douglas A. Campbell - 3 pages                   1.50
06/14/02 FAX to Robert C. Spohn - 3 pages                       1.50
06/14/02 FAX to Elyssa Strug - 3 pages                          1.75
06/16/02 AT&T Long Distance Phone Calls                        15.08
06/17/02 FAX to 18 Parties of Record - 14 pages               126.00

{D0003848:1 }

```
                                                     Page: 2
        W.R. Grace                                  06/30/02
                                      ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      13

        Costs and Expenses
```

```
06/17/02 FAX to Peter Van N. Lockwood - 2 pages              1.00
06/17/02 FAX to Nathan Finch - 2 pages                       1.00
06/17/02 FAX to Elyssa Strug - 2 pages                       1.00
06/18/02 Photocopying - 3 copies of calendar (14 pages)      4.20
06/19/02 FAX to Elihu Inselbuch - 5 pages                    2.50
06/19/02 FAX to Peter Van N. Lockwood - 5 pages              2.50
06/19/02 FAX to Elihu Inselbuch - 2 pages                    1.00
06/19/02 FAX to Peter Van N. Lockwood - 2 pages              1.00
06/19/02 Postage                                             3.09
06/21/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                           65.40
06/24/02 FAX to Peter Van N. Lockwood - 2 pages              1.00
06/24/02 FAX to Nathan D. Finch - 2 pages                    1.00
06/24/02 FAX to Elyssa Strug - 2 pages                       1.00
06/25/02 FAX to 18 Parties of Record - 13 pages            117.00
06/25/02 FAX to Peter Van N. Lockwood - 4 pages              2.00
06/25/02 FAX to Douglas A. Campbell - 4 pages                2.00
06/25/02 FAX to Robert C. Spohn - 4 pages                    2.00
06/25/02 FAX to Elyssa Strug - 4 pages                       2.00
06/25/02 Postage                                             6.54
06/26/02 Photocopying - Three copies of Contact List (9
         pages)                                              2.70
06/26/02 Photocopying - Three copies of Calendar (13
         pages)                                              3.90
06/27/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                           73.24
06/27/02 FAX to Philip Milch - 6 pages                       3.00
06/28/02 Postage                                             9.30
                                                        --------
         TOTAL EXPENSES                                  1,318.47

         TOTAL CURRENT WORK                              1,318.47


06/05/02 Payment - Thank you.  (February, 2002 - 100%)  -1,003.58
06/21/02 Payment - Thank you. (March, 2002 - 100%)      -1,919.45
                                                        ---------
         TOTAL PAYMENTS                                 -2,923.03

         BALANCE DUE                                    $5,102.20
                                                        =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      13


Asset Analysis and Recovery



PREVIOUS BALANCE                                  $8,120.70


                                          HOURS
06/04/02
     MTH Review US Motion to Intervene (into
         Sealed Air and Fresenius matters) and
         proposed Order                           0.10     26.50
     MTH Review US Complaint in Intervention (into
         Sealed Air and Fresenius matters)        0.40    106.00
     MTH Review US Memorandum in Support of its
         Motion to Intervene (into Sealed Air and
         Fresenius matters)                       0.40    106.00

06/07/02
     MGZ Telephone conference with T. Swett re:
         argument before Judge Wolin              0.10     29.00
     SLP Review Sealed Air docket and update
         adversary file                           0.20     18.00

06/11/02
     MGZ Review corr. from and draft corr. to T.
         Taconelli re: Motion to Compel           0.10     29.00
     MGZ Review of Committee's Motion to Compel   0.30     87.00

06/12/02
     SLP Preparation and distribution of Sealed
         Air/Fresenius adversary memo             0.20     18.00

06/17/02
     SLP Review Fresenius and Sealed Air adversay
         dockets (.1); preparation and
         distribution of Fresenius adversary memo
         (.2); update docket re: same (.2)        0.50     45.00

```
                                                    Page: 2
     W.R. Grace                                     06/30/02
                                     ACCOUNT NO: 3000-01D
                                     STATEMENT NO:      13

     Asset Analysis and Recovery
```

```
                                             HOURS
06/18/02
     MTH Review Reply Memorandum by Committee in
         further Support of U.S. Motion to
         Intervene                               0.30     79.50

06/24/02
     MTH Review memo re: Sealed Air pleadings    0.10     26.50

06/25/02
     MGZ Review US letter on fraudulent conveyance
         cases                                   0.10     29.00

06/26/02
     MGZ Review Order on Motion to Intervene     0.10     29.00
                                                 ----   ------
         FOR CURRENT SERVICES RENDERED           2.90    628.50
```

```
                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski            0.70   $290.00     $203.00
     Stephanie L. Peterson         0.90     90.00       81.00
     Mark T. Hurford               1.30    265.00      344.50


         TOTAL CURRENT WORK                            628.50


06/05/02 Payment - Thank you.  (February, 2002 - 80%)     -815.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)       -1,088.80
                                                        ---------
         TOTAL PAYMENTS                                 -1,904.00

         BALANCE DUE                                   $6,845.20
                                                       =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                            06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      13


Asset Disposition




        PREVIOUS BALANCE                            $959.40



                                          HOURS
06/10/02
     MTH Review Motion of GE Railcar Corp. for
         relief form stay, adequate protection,
         order requiring the assumption of
         rejection of leases, administrative claim
         and for an accounting                 0.40   106.00

06/12/02
     MTH Review Amended Motion of GE Railcar Corp.
         for Relief from Stay, Adequate
         protection, order requiring Debtor to
         assume or reject leases and allow admin.
         payment (and compare with prior Motion
         re: changes)                          0.20    53.00

06/17/02
     MGZ Review motion to assume and assign
         sublease                              0.10    29.00

06/19/02
     MTH Review Debtors' Motion for order
         Authorizing the Debtors' to Assume and
         Assign a Prime Lease and Sublease     0.30    79.50

06/24/02
     MGZ Telephone conference with J. Davis re:
         motion to assume and assign lease     0.10    29.00
     MGZ Meeting with MTH re: same             0.10    29.00
     MTH Telephone conference with J. Davis re:
         trucking sub-lease motion; review motion
         re: issues to be addressed            0.20    53.00
                                               ----   ------

{D0003848:1 }

```
                                                      Page: 2
        W.R. Grace                                    06/30/02
                                        ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      13
        Asset Disposition
```

```
        FOR CURRENT SERVICES RENDERED                1.40    378.50
```

```
                            RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
        Matthew G. Zaleski           0.30   $290.00        $87.00
        Mark T. Hurford              1.10    265.00        291.50


        TOTAL CURRENT WORK                                 378.50


        BALANCE DUE                                     $1,337.90
                                                        =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:       8

Business Operations



    PREVIOUS BALANCE                                   $990.50



06/05/02 Payment - Thank you.  (February, 2002 - 80%)    -402.00


    BALANCE DUE                                        $588.50
                                                       =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      13


Case Administration



PREVIOUS BALANCE                                  $13,329.60



                                        HOURS
06/03/02
    MK  Update attorneys case binder              0.10      9.00

06/05/02
    MK  Attention to document organization        0.30     27.00
    MTH Review report re: pleadings filed May 31,
        2002, June 3, 2002 and June 4, 2002       0.10     26.50
    SLP Review pleadings and electronic filing
        notices for 5/31 through 6/4 (.3);
        preparation and distribution of daily
        memo (.2); docketing (.5)                 1.00     90.00

06/06/02
    MTH Review report re: pleadings filed June 5,
        2002                                      0.10     26.50
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2); forward
        April 2002 MOR to PEM and Tersigni via
        e-mail (.1); docketing (.2)               0.80     72.00

06/07/02
    MTH Review report re: pleadings filed June 6,
        2002                                      0.10     26.50
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)           0.30     27.00

06/10/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2);

{D0003848:1 }

```
                                                Page: 2
     W.R. Grace                                06/30/02
                                ACCOUNT NO: 3000-04D
                              STATEMENT NO:      13

          Case Administration
```

```
                                            HOURS
          docketing (.2)                     0.70      63.00
      MTH Review report re: pleadings filed 6/7/02
                                             0.10      26.50
      MGZ Review corr. from and draft corr. to N.
          Finch; review docket re: scheduling order
          for estimation briefing            0.10      29.00

06/11/02
      MK  Update attorneys case binders; attention
          to document organization           0.30      27.00
      SLP Review pleadings and electronic filing
          notices (.3); preparation and
          distribution of daily memo (.2);
          docketing (.1)                      0.60      54.00
      MTH Review report re: pleadings filed 6/10/02
                                             0.10      26.50

06/12/02
      SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1);
          docketing (.3)                      0.60      54.00
      MTH Review report of pleadings filed 6/11/02
                                             0.10      26.50

06/13/02
      SLP Review pleadings and electronic filing
          notices (.2); download and print
          electronically filed applications of FTI
          Policano & Manzo and Pitney Hardin (.3);
          preparation and distribution of daily
          memo (.1); docketing (.5)           1.10      99.00
      MTH Review report re: pleadings filed 6/12/02
                                             0.10      26.50

06/18/02
      SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1);
          docketing (.2)                      0.50      45.00
      MTH Review report re: pleadings filed 6/17/02
                                             0.10      26.50
      AFM Telephone conference with N. Finch re:
          past injury verdicts/judgments for
          estimation of future PI liability   0.10      20.00

06/19/02
      SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)     0.30      27.00
      MTH Review report re: pleadings filed 6/18/02
                                             0.10      26.50
      MGZ Meeting with MTH re: inquiry from
```

```
                                                    Page: 3
     W.R. Grace                                   06/30/02
                                   ACCOUNT NO: 3000-04D
                                   STATEMENT NO:      13

     Case Administration



                                        HOURS
         claimant on bar date, etc.     0.10      29.00
     MGZ Telephone conference with B. Zwilling re:
         asbestos claimant inquiry      0.30      87.00
     MGZ Telephone conference with Lynn Ay re:
         claimants counsel inquiry on case status
                                        0.20      58.00

06/20/02
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2);
         docketing (.3)                 0.80      72.00
     MTH Review report re: pleadings filed 6/19/02  0.10  26.50

06/21/02
     MGZ Review order on case management briefing
         schedule                       0.10      29.00
     MGZ Review debtors' brief on case
         management/estimation proposals 0.60     174.00

06/24/02
     SLP Review pleadings and electronic filing
         notices for 6/20 and 6/21 (.1);
         preparation and distribution of daily
         memo (.1); review Sealed Air adversary
         docket (.1); preparation and distribution
         of weekly memo re: same (.2); docketing
         (.3); download and forward briefing order
         to Committee members via e-mail (.1)   1.00   90.00
     MTH Review report re: pleadings filed June
         21, 2002                       0.10      26.50
     MTH Telephone conference with Grace counsel
         re: status of Union Tank Car and KPMG
         motions                        0.10      26.50

06/25/02
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1);
         docketing (.2)                 0.50      45.00
     MTH Review report re: pleadings filed June
         24, 2002                       0.10      26.50
     MGZ Review debtors' brief on case management
         and estimation                 0.20      58.00
     AFM Draft and edit Motion re: jury verdicts
         information                    1.00     200.00
     MK  Attention to document organization 0.10     9.00
     MK  Update attorney case binders   0.10       9.00
```

```
                                                      Page: 4
                                                      06/30/02
W.R. Grace
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      13

    Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 06/26/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| MTH | Review report re: pleadings filed June 25, 2002 | 0.10 | 26.50 |
| MGZ | Telephone Conference with J. Kapp re: Rule 2004 Examination | 0.10 | 29.00 |
| MGZ | Telephone Conference with J. Baer re: same | 0.10 | 29.00 |
| 06/27/02 |  |  |  |
| MTH | Review report re: pleadings filed June 26, 2002 | 0.10 | 26.50 |
| MK | Update case binders for attorneys | 0.20 | 18.00 |
| 06/28/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1); docketing (.3) | 0.50 | 45.00 |
| MTH | Review report re: pleadings filed June 31, 2002 | 0.10 | 26.50 |

```
                                        -----    --------
    FOR CURRENT SERVICES RENDERED        14.80   2,093.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 1.80 | $290.00 | $522.00 |
| Stephanie L. Peterson | 9.20 | 90.00 | 828.00 |
| Michele Kennedy | 1.10 | 90.00 | 99.00 |
| Aileen F. Maguire | 1.10 | 200.00 | 220.00 |
| Mark T. Hurford | 1.60 | 265.00 | 424.00 |

```
    TOTAL CURRENT WORK                              2,093.00


06/05/02 Payment - Thank you.  (February, 2002 - 80%)    -2,059.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)        -1,378.40
                                                      ---------
    TOTAL PAYMENTS                                   -3,437.60

    BALANCE DUE                                     $11,985.00
                                                    ==========
```

```
                                                              Page: 5
W.R. Grace                                                  06/30/02
                                              ACCOUNT NO: 3000-04D
                                              STATEMENT NO:      13

Case Administration
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      06/30/02
Wilmington  DE                              ACCOUNT NO: 3000-05D
                                            STATEMENT NO:      13

Claims Administration and Objections

PREVIOUS BALANCE                                             $8,388.90

|  |  | HOURS |  |
|---|---|---|---|
| **06/11/02** | | | |
| MTH | Review Debtor's Omnibus Objection to the ZAI Proofs of Claim | 0.40 | 106.00 |
| MGZ | Review Debtors' Objection to Zonolite Proofs of Claim | 0.20 | 58.00 |
| **06/13/02** | | | |
| DAC | Telephone Conference with partner regarding proposed litigation of objections to Zonolite class/claims | 0.40 | 140.00 |
| **06/18/02** | | | |
| MTH | Review correspondence from Ed Perley re: asbestos claim | 0.30 | 79.50 |
| MTH | Telephone conversation with B. Zwilling re: potential asbestos claim against Grace | 0.20 | 53.00 |
| MGZ | Telephone conference with N. Finch and AFM re: request for documents and preparation of rule 2004 motion (1/2 total time) | 0.20 | 58.00 |
| MGZ | Meeting with AFM re: same (1/2 total time) | 0.10 | 29.00 |
| MGZ | Review corr. from N. Finch re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with Lockwood re: status of Zonolite issues | 0.30 | 87.00 |
| **06/20/02** | | | |
| MGZ | Telephone conference with Inselbuch re: Zonolite litigation | 0.10 | 29.00 |
| MGZ | Review order denying motion to strike proofs of claim | 0.10 | 29.00 |

{D0003848:1 }

```
                                                        Page: 2
         W.R. Grace                                     06/30/02
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      13
         Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| 06/21/02 |  |  |  |
| MGZ | Draft memo to committee re: zonolite litigation issues | 0.50 | 145.00 |
| MGZ | Draft corr. to and review corr. from Inselbuch re: memo to committee | 0.10 | 29.00 |
| 06/24/02 |  |  |  |
| MTH | Telephone conference with Elaine with Chicago Industrial Products re: notice/forms received | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| MGZ | Review PD Committee's motion to modify case management order | 0.20 | 58.00 |
| MGZ | Telephone conference with G. Tracy re: bar date and claim form inquiry | 0.30 | 87.00 |
| 06/25/02 |  |  |  |
| MTH | Telephone conference with former WR Grace Employee re: proof of claims questions | 0.20 | 53.00 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| MGZ | Review corr. from and telephone conference with B. Gross re: inquiry on claim form and bar date materials | 0.30 | 87.00 |
| MGZ | Review corr. from J. Cunningham re: committee's brief on case management motion | 0.10 | 29.00 |
| 06/26/02 |  |  |  |
| MGZ | Telephone Conference with H. Cunningham re: claimant inquiry on bar date materials | 0.20 | 58.00 |
| MTH | Telephone conference with former Grace employee re: forms received | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| 06/27/02 |  |  |  |
| MTH | Review Order Concerning Briefing of Motion for Entry of a Case Management Order for Asbestos Personal Injury Claims | 0.10 | 26.50 |
| MGZ | Telephone conference with A. Running re: Request for Claims Documents and Information | 0.40 | 116.00 |
| MGZ | Review corr. from A. Running re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with N. Finch re: same | 0.20 | 58.00 |
| MGZ | Draft corr. to and review corr. from N. Finch re: same | 0.20 | 58.00 |

```
                                                         Page: 3
W.R. Grace                                             06/30/02
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      13
Claims Administration and Objections
```

```
                                               HOURS
       PEM Telephone Conference with MTH re:
           Zonolite issues and Committee position    0.30    79.50

06/28/02
       MTH Review Motion of Asbestos PD Comm. for
           clarification of Bar Dates and related
           issues                                     0.20    53.00
       MTH Review Briefs and Replies re: Asbestos PI
           Bar Date Forms and Notifications, product
           ID issues                                  2.50   662.50
       MGZ Meeting with MTH re: Claim Form Issues     0.20    58.00
       MGZ Review Exhibits to Original Bar Date
           Motion re: same                            0.20    58.00
                                                      ----  --------
           FOR CURRENT SERVICES RENDERED              9.20  2,574.50
```

```
                          RECAPITULATION
TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
Douglas A. Campbell              0.40    $350.00    $140.00
Philip E. Milch                  0.30     265.00      79.50
Matthew G. Zaleski               4.10     290.00   1,189.00
Mark T. Hurford                  4.40     265.00   1,166.00


       TOTAL CURRENT WORK                            2,574.50


06/05/02 Payment - Thank you.  (February, 2002 - 80%)     -23.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)      -1,629.60
                                                       ---------
       TOTAL PAYMENTS                                  -1,652.80

       BALANCE DUE                                    $9,310.60
                                                      =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             06/30/02
Wilmington  DE                         ACCOUNT NO: 3000-06D
                                       STATEMENT NO:      13


Employee Benefits/Pensions



    PREVIOUS BALANCE                              $1,786.00



                                           HOURS
06/10/02
    MGZ Review corr. from and telephone
        conference with S. Plotzky re: KERP
        Materials                             0.10     29.00

06/14/02
    MGZ Telephone conference with Tersigni and
        Plotzky re: employee retention programs  0.40    116.00

06/17/02
    MGZ Review debtors motion to approve employee
        retention programs                    0.50    145.00
    MGZ Telephone conference with S. Plotzky and
        M. Berkin re: employee retention programs  0.40    116.00
    MGZ Research: review previous employee
        compensation program materials        2.00    580.00

06/18/02
    MGZ Tend to issues regarding debtors'
        retention programs                    1.00    290.00

06/19/02
    MTH Review Debtors' Motion for an Order
        Authorizing, but not requiring the
        Implementation of Revised Compensation
        Programs                              0.30     79.50
    MTH Meeting with MGZ re: same             0.10     26.50

06/20/02
    MGZ Review corr. and attachments from M.
        Berkin re: employee retention issues  0.20     58.00

{D0003848:1 }

```
                                                          Page: 2
         W.R. Grace                                      06/30/02
                                           ACCOUNT NO: 3000-06D
                                           STATEMENT NO:      13
         Employee Benefits/Pensions
```

```
                                                  HOURS
06/24/02
      MGZ  Review corr. from and telephone
           conference with J. Davis re: employee
           retention motion                         0.20      58.00
      MGZ  Telephone conference with S. Plotzky re:
           employee retention programs              0.10      29.00
                                                    ----   --------
           FOR CURRENT SERVICES RENDERED            5.30   1,527.00

                          RECAPITULATION
         TIMEKEEPER                HOURS HOURLY RATE      TOTAL
         Matthew G. Zaleski         4.90    $290.00   $1,421.00
         Mark T. Hurford            0.40     265.00      106.00


         TOTAL CURRENT WORK                           1,527.00


         BALANCE DUE                                 $3,313.00
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                              06/30/02
Wilmington  DE                         ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      13

Fee/Employment Applications

PREVIOUS BALANCE                                     $9,032.60

06/05/02 Payment - Thank you.  (February, 2002 - 80%)     -758.80
06/21/02 Payment - Thank you. (March, 2002 - 80%)      -1,106.40
                                                       ---------
         TOTAL PAYMENTS                                -1,865.20

         BALANCE DUE                                  $7,167.40
                                                      =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    06/30/02
Wilmington   DE                           ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      12


Fee/Employment Objections



PREVIOUS BALANCE                                          $3,429.70


                                                HOURS
06/06/02
      MTH Review Application of Holme Roberts &
          Owen LLP for April 2002                0.10      26.50
      MTH Review Seventh Monthly Application of
          Canser & Edwards, LLP for April 2002   0.10      26.50
      MTH Review Application of Reed Smith, LLP for
          April 2002                             0.20      53.00
      MTH Review Application of Holme Roberts &
          Owen, LLP for April 2002               0.10      26.50
      MTH Review Application of Stroock, Stroock &
          Lavan, LLP for April 2002              0.20      53.00
      MTH Review Sixth Monthly Application of
          Klett, Rooney Lieber & Schorling for
          April 2002                             0.10      26.50
      MTH Eleventh Monthly Application of
          Pachulski, Stang, Ziehl, Young & Jones,
          PC for February 2002                   0.10      26.50


06/07/02
      MTH Review Third Quarterly Interim Verified
          Application of Wallace King Marraro &
          Branson PLLC for October through December
          2001                                   0.10      26.50
      MTH Review Verified Application of Wallace
          King Marraro & Branson PLLC for December
          2001                                   0.10      26.50
      MTH Review Third Quarterly Interim Verified
          Application of Holme Roberts & Owen, LLP
          for January through March 2002         0.10      26.50
      MGZ Review Hillsoft fee application        0.20      58.00

{D0003848:1 }

Page: 2
06/30/02
ACCOUNT NO: 3000-08D
STATEMENT NO:        12

W.R. Grace

Fee/Employment Objections

| | | HOURS | |
|---|---|---|---|
| 06/10/02 | | | |
| MTH | Review Monthly Fee and Expense Application of Pachulski, Stang | 0.10 | 26.50 |
| MTH | Review Quarterly Fee and Expense Application of Pachulski, Stang | 0.10 | 26.50 |
| MTH | Begin review of the Response and Motion to Retain Special Counsel to Defend Objections to ZAI Proofs of Claim | 0.50 | 132.50 |
| 06/11/02 | | | |
| MTH | Continue review of the Response and Motion to Retain Special Counsel to Defend Objections to ZAI Proofs of Claim, including transcript of hearing re: framing of issues, discovery and counsel | 2.00 | 530.00 |
| 06/13/02 | | | |
| MGZ | Telephone conference with Lockwood re: PD Motion to Employ Special Counsel | 0.10 | 29.00 |
| MGZ | Review PD Committee's Motion to Employ Special Counsel | 0.30 | 87.00 |
| MGZ | Legal research re: same | 1.00 | 290.00 |
| MGZ | Telephone conference with PEM re: same | 0.20 | 58.00 |
| PEM | Telephone conference with Lockwood re: Zonolite Motion re: science trial and special counsel (.4); review all related papers (1.3) | 1.70 | 450.50 |
| 06/14/02 | | | |
| MGZ | Telephone conference with PEM re: PD committee's motion to appoint special counsel | 0.20 | 58.00 |
| MGZ | Meeting with MTH re: same | 0.10 | 29.00 |
| MGZ | Review multiple corr. from PEM re: same | 0.20 | 58.00 |
| MGZ | Review various professional fee applications | 1.00 | 290.00 |
| PEM | Telephone conference with DAC re: WR Grace Zonolite issues (.3); telephone conference with MGZ re: same (.3); research re: same (1.5); | 2.10 | 556.50 |
| MTH | Discussion with MGZ re: conflict of interest issues for ZAI claims | 0.20 | 53.00 |
| MTH | Review legal research re: conflict of interest issues re: ZAI claims | 0.60 | 159.00 |
| 06/17/02 | | | |
| MGZ | Telephone conference with PEM and MTH re: | | |

W.R. Grace

Fee/Employment Objections

|  |  | HOURS |  |
|---|---|---|---|
|  | PD special counsel application | 0.30 | 87.00 |
| MGZ | Meetings with MTH re: same | 0.30 | 87.00 |
| MGZ | Research: read case law re: same | 1.30 | 377.00 |
| MGZ | Telephone conference with Lockwood re: same | 0.10 | 29.00 |
| PEM | Telephone Conference with MGZ re: Grace issues and Zonolite; telephone conference with Mark and Matt re: same | 0.40 | 106.00 |
| MTH | Legal research re: conflict of interest, appointment of committee special counsel | 7.00 | 1,855.00 |

06/18/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with PEM re: PD special counsel application | 0.10 | 29.00 |
| MGZ | Meeting with MTH re: same | 0.20 | 58.00 |
| MTH | Review legal research re: conflicts of interest | 3.00 | 795.00 |

06/20/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with Inselbuch re: PD special counsel application | 0.10 | 29.00 |
| MGZ | Telephone conference with P. Weitz's office re: same | 0.10 | 29.00 |
| PEM | Telephone conference with MTH re: Zonolite issues | 0.20 | 53.00 |

06/24/02

|  |  |  |  |
|---|---|---|---|
| MTH | Legal research re: conflict of interest issue | 1.80 | 477.00 |
| MTH | Meeting with MGZ re: objection to retention of certain proposed ZAI counsel | 0.10 | 26.50 |
| MTH | Prepare objection to PD Committee's Motion to Retain Special Counsel for the ZAI claims | 2.00 | 530.00 |
| MGZ | Review case law re: PD committee motion to employ special counsel | 1.00 | 290.00 |
| MGZ | Telephone conference with P. Weitz's office re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with P. Weitz re: same | 0.20 | 58.00 |
| MGZ | Telephone conference with T. Swett re: same | 0.10 | 29.00 |

06/25/02

|  |  |  |  |
|---|---|---|---|
| MTH | Continue preparation of Objection to PD Committee's Motion to Retain Special Counsel for the ZAI claims | 2.50 | 662.50 |

```
                                                        Page: 4
                                                      06/30/02
W.R. Grace
                                      ACCOUNT NO: 3000-08D
                                      STATEMENT NO:       12

     Fee/Employment Objections
```

|  | | HOURS | |
|---|---|---|---|
| 06/26/02 | | | |
| MGZ | Telephone Conference with T. Swett re: Zonolite Counsel Motion | 0.10 | 29.00 |
| MGZ | Review correspondence from T. Swett re: same | 0.10 | 29.00 |
| MGZ | Telephone Conference with P. Weitz re: same | 0.10 | 29.00 |
| MTH | Legal research re: objection to PD Committee's Motion to Retain Special Counsel for the ZAI claim | 1.20 | 318.00 |
| | | | |
| 06/27/02 | | | |
| MTH | Telephone conference with PEM re: objection to PD Committee's Application to Retain Special Counsel for the ZAI claimants | 0.40 | 106.00 |
| MTH | Revise objection to PD Committee's Application to Retain Special Counsel for the ZAI Claimants | 1.40 | 371.00 |
| MTH | Legal research re: objection to PD Committee's Application to Retain Special Counsel for the ZAI Claimants re: additional issues re: Model Rules | 2.50 | 662.50 |
| MGZ | Review and edit draft objection re: PD Motion to Retain Special Counsel | 0.40 | 116.00 |
| MGZ | Meeting with MTH re: same | 0.20 | 58.00 |
| MGZ | Draft corr. to and review corr. from T. Swett re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with P.  Wietz's office re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with R. Budd's Office re: same | 0.10 | 29.00 |
| | | | |
| 06/28/02 | | | |
| MTH | Review corr. from MGZ re: PD's Motion for ZAI Special Counsel | 0.10 | 26.50 |
| MTH | Corr. to Ted Swett re: PD's Motion for ZAI Special Counsel | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: PD's Motion for ZAI Special Counsel | 0.20 | 53.00 |
| MTH | Revise Objection to PD's Motion for ZAI Special Counsel | 0.30 | 79.50 |
| MTH | Review corr. from T. Swett re: Objection to PD Comm's retention motion re: ZAI | 0.10 | 26.50 |
| MGZ | Draft corr. to and review corr. from T. Swett re: PD Special Counsel Application | 0.10 | 29.00 |
| MGZ | Meeting with MTH re: same | 0.10 | 29.00 |

```
                                                       Page: 5
          W.R. Grace                                   06/30/02
                                       ACCOUNT NO: 3000-08D
                                       STATEMENT NO:      12

          Fee/Employment Objections
```

```
                                               ----- ---------
          FOR CURRENT SERVICES RENDERED        40.40 10,921.00

                          RECAPITULATION
          TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
          Philip E. Milch              4.40     $265.00 $1,166.00
          Matthew G. Zaleski           8.60      290.00  2,494.00
          Mark T. Hurford             27.40      265.00  7,261.00


          TOTAL CURRENT WORK                            10,921.00
```

```
06/05/02 Payment - Thank you.  (February, 2002 - 80%)     -440.80
06/21/02 Payment - Thank you. (March, 2002 - 80%)         -282.40
                                                          -------
          TOTAL PAYMENTS                                  -723.20

          BALANCE DUE                                 $13,627.50
                                                      ==========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                      06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-09D
                                        STATEMENT NO:        3

Financing

PREVIOUS BALANCE                                          $132.50

BALANCE DUE                                               $132.50
                                                          =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      13


Litigation



     PREVIOUS BALANCE                            $10,064.00



                                         HOURS
06/03/02
     MTH Review Motion of KPMG for an Order
         Compelling the Production of Documents    0.30    79.50

06/10/02
     MGZ Telephone conference with Lockwood re:
         agenda for 6/18 omnibus hearing           0.10    29.00

06/18/02
     MGZ Review debtors' agenda and pending
         pleadings re: preparation for omnibus
         hearing                                   0.80   232.00
     MGZ Attend omnibus hearing, including
         meetings with counsel to Key
         Constituencies                            2.80   812.00
     MGZ Telephone conference with Lockwood re:
         results of omnibus hearing                0.10    29.00
     MGZ Begin preparation of memo to Inselbuch
         and Lockwood re: issues raised at omnibus
         hearing                                   0.30    87.00

06/19/02
     MGZ Draft memo to Inselbuch and Lockwood re:
         Zonolite litigation issues                0.80   232.00
     MGZ Review court's scheduling order re: same  0.10    29.00

06/24/02
     MGZ Review litigation budget for ZAI trial    0.10    29.00

06/25/02
     MGZ Telephone conference with N. Finch re:
         rule 2004 motion                          0.20    58.00

```
                                                      Page: 2
     W.R. Grace                                       06/30/02
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      13

     Litigation




                                            HOURS
06/27/02
     MTH Review Motion for Stay Pending Appeal
         filed by T. Hayes                  0.20    53.00
                                            ----  --------
         FOR CURRENT SERVICES RENDERED      5.80  1,669.50

                        RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Matthew G. Zaleski          5.30    $290.00  $1,537.00
     Mark T. Hurford             0.50     265.00     132.50


         TOTAL CURRENT WORK                        1,669.50



06/05/02 Payment - Thank you.  (February, 2002 - 80%)    -951.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)      -1,640.80
                                                       ---------
         TOTAL PAYMENTS                                -2,592.00

         BALANCE DUE                                   $9,141.50
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             06/30/02
Wilmington  DE                         ACCOUNT NO: 3000-11D
                                       STATEMENT NO:      11

Plan and Disclosure Statement



    PREVIOUS BALANCE                                    $110.50


    BALANCE DUE                                         $110.50
                                                        =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    06/30/02
Wilmington  DE                              ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      11

Relief From Stay Proceedings

PREVIOUS BALANCE                                              $366.00

                                               HOURS
06/03/02
    MTH Review Motion of BMW Constructors for
        Relief from Stay                        0.40    106.00

06/06/02
    MTH Review Debtors' Response to Kellogg's
        Motion to Reconsider                    0.30     79.50

06/20/02
    MTH Review the Motion of Timothy Kane for
        Relief from the Automatic Stay          0.30     79.50
                                               ----    ------
        FOR CURRENT SERVICES RENDERED           1.00    265.00

                        RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                1.00   $265.00      $265.00

        TOTAL CURRENT WORK                                   265.00

06/21/02 Payment - Thank you. (March, 2002 - 80%)            -23.20

        BALANCE DUE                                          $607.80
                                                            =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      11


Valuation



    PREVIOUS BALANCE                                       $31.50


    BALANCE DUE                                            $31.50
                                                          ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                    06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      13


Committee Administration



PREVIOUS BALANCE                                      $15,709.70



                                                 HOURS
06/02/02
    MGZ  Travel from Wilmington to Chicago for
         Committee Meetings (1/2 of 1/4th Total
         Time)                                    0.80     232.00

06/03/02
    PEM  Review memo and status and
         recommendations to committee             0.30      79.50

06/04/02
    MTH  Prepare weekly recommendation memorandum  1.10    291.50
    MGZ  Attend committee meeting                 0.80     232.00

06/05/02
    MTH  Prepare weekly recommendation memo       0.60     159.00
    MGZ  Return travel from Chicago to Wilmington
         (1/2 of 1/4th total travel time)         1.00     290.00

06/06/02
    MTH  Prepare weekly recommendation memorandum  1.40    371.00
    MGZ  Review Pleadings and Prepare Response to
         S. Kazan Inquiry re: Committee Positions  0.20     58.00

06/07/02
    MTH  Prepare weekly recommendation memo       2.20     583.00
    MGZ  Review and Edit Weekly Recommendation
         Memo for Committee Members               0.30      87.00
    MGZ  Draft corr. to co-counsel re: same       0.10      29.00
    MGZ  Review corr. from Lockwood re: same      0.10      29.00

06/10/02
    MTH  Prepare weekly recommendation  memorandum  1.50    397.50

```
                                                       Page: 2
           W.R. Grace                                 06/30/02
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:       13

           Committee Administration




                                             HOURS
06/11/02
      MTH Prepare weekly recommendation memorandum     0.70    185.50

06/12/02
      PEM Review memo from counsel re: committee
          formation                                    0.10     26.50
      MTH Prepare weekly recommendation memorandum     1.30    344.50

06/13/02
      AFM Draft Memo to Committee re: Weekly
          Recommendation Memo                          0.10     20.00
      MTH Prepare weekly recommendation memorandum     0.70    185.50
      MTH Review Agenda re: recommendation
          memorandum                                   0.30     79.50
      MTH Review correspondence from MGZ re: weekly
          recommendations re: pleadings                0.10     26.50
      MGZ Review and edit weekly recommendation
          memo for committee members                   0.40    116.00
      DAC Review/discuss content, substance and
          merits of  6/10 letter of the SAC to the
          U.S. Trustee, seeking appointment of
          additional committee (1/6 total time)        0.10     35.00

06/17/02
      PEM Review Calendar and recommendation memo
          from counsel                                 0.20     53.00

06/18/02
      MTH Prepare weekly recommendation memorandum     0.60    159.00

06/19/02
      MTH Prepare weekly recommendation memorandum     0.50    132.50
      MTH Telephone Conference with Elyssa Strug
          re: correspondence to U.S. Trustee's
          office (4 calls)                             0.50    132.50
      MGZ Draft minutes of 6/4/02 committee meeting    1.00    290.00
      MGZ Draft corr. to Inselbuch re: meeting
          minutes                                      0.10     29.00
      MGZ Draft corr to Lockwood and Inselbuch;
          telephone conference with Inselbuch;
          telephone conference with F. Perch;
          review SAC corr. re: SAC request issues
          (1/6th total time)                           0.20     58.00

06/20/02
      MTH Prepare weekly recommendation memorandum     0.90    238.50
      MGZ Telephone conference with Inselbuch re:
```

{D0003848:1 }

```
                                                         Page: 3
        W.R. Grace                                      06/30/02
                                           ACCOUNT NO: 3000-15D
                                           STATEMENT NO:      13
        Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| | minutes of 6/4/02 committee meeting | 0.10 | 29.00 |
| **06/21/02** | | | |
| MK | Attention to document organization | 0.10 | 9.00 |
| MTH | Prepare weekly recommendation memorandum | 2.80 | 742.00 |
| PEM | Review letter/memo from Inselbuch re: SAC issues | 0.10 | 26.50 |
| MGZ | Review and edit weekly recommendation memo for committee members | 0.30 | 87.00 |
| MGZ | Draft corr. to co-counsel re: weekly recommendation memo | 0.10 | 29.00 |
| **06/24/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MTH | Review corr. from MGZ re: weekly recommendation memo | 0.10 | 26.50 |
| **06/25/02** | | | |
| MGZ | Tend to issues regarding request of SAC for official committee (1/6 total time) | 0.20 | 58.00 |
| **06/26/02** | | | |
| MGZ | Telephone Conference with J. Davis re: Committee member inquiry | 0.10 | 29.00 |
| PEM | Review recommendation memo from counsel re: pending motions | 0.30 | 79.50 |
| **06/27/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.80 | 212.00 |
| **06/28/02** | | | |
| MTH | Prepare weekly recommendation memo | 1.60 | 424.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 25.20 | 6,807.50 |

```
                          RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell          0.10     $350.00     $35.00
    Philip E. Milch              1.00      265.00      265.00
    Matthew G. Zaleski           5.80      290.00    1,682.00
    Michele Kennedy              0.10       90.00        9.00
    Aileen F. Maguire            0.10      200.00       20.00
    Mark T. Hurford             18.10      265.00    4,796.50


        TOTAL CURRENT WORK                            6,807.50
```

{D0003848:1 }

```
                                                        Page: 4
        W.R. Grace                                     06/30/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      13
        Committee Administration




06/05/02 Payment - Thank you.  (February, 2002 - 80%)      -1,609.60
06/21/02 Payment - Thank you. (March, 2002 - 80%)          -2,220.80
                                                           ---------
        TOTAL PAYMENTS                                     -3,830.40

        BALANCE DUE                                     $18,686.80
                                                        ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      06/30/02
Wilmington  DE                              ACCOUNT NO: 3000-71D
                                            STATEMENT NO:      2

Applicant's Fee Application

PREVIOUS BALANCE                                               $600.50

                                                       HOURS
06/03/02
    DMC Preparation of 10th fee application for
        electronic filing (.1); electronic filing
        of same (.3); hard copy service of same
        (.1); update status charts (.1)                  0.60     54.00

06/04/02
    DMC Update status charts with payment
        received                                         0.10      9.00

06/20/02
    DMC Review docket re: objections to 4th
        interim fee application (.1); preparation
        of CNO re: same (.2); preparation of CNO
        for same (.1); preparation of CNO for
        electronic filing (.1); electronic filing
        of same (.2); hard copy service of same
        (.1); update status charts (.1)                  0.90     81.00
    AFM Review certification of no objection for
        fourth interim app (C&L)                         0.10     20.00

06/24/02
    DMC Review e-mail from D. Seitz re: May
        billing statement (.1); preparation of
        11th fee application (.6); preparation of
        same for electronic filing (.1);
        preparation of COS for same (.1)                 0.90     81.00
    AFM Review Fee Application of C&L
        (Monthly-May)                                    0.20     40.00

06/25/02
    DMC Preparation of 11th Fee Application for

{D0003848:1 }

```
                                                   Page: 2
W.R. Grace                                        06/30/02
                                    ACCOUNT NO: 3000-71D
                                    STATEMENT NO:        2
Applicant's Fee Application
```

```
                                          HOURS
        electronic filing (.1); electronic filing
        and service of same (.3); hard copy
        service of same (.1); update status chart
        (.1); review docket re: objections to
        10th fee application (.1); preparation of
        CNO re: same (.1); preparation of COS for
        same (.1)                               0.90      81.00
    MGZ Review of fee auditor's initial report  0.10      29.00
    AFM Review Certification of No Objection
        (C&L) April                             0.10      20.00

06/26/02
    DMC Preparation of CNO re: 10th Fee
        Application for electronic filing (.1);
        electronic filing of same (.2); hard copy
        service of same (.1); update status chart
        (.1)                                    0.50      45.00
                                               ----      ------
        FOR CURRENT SERVICES RENDERED           4.40     460.00
```

```
                         RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski          0.10    $290.00      $29.00
    Aileen F. Maguire           0.40     200.00       80.00
    Darlene M. Chilelli         3.90      90.00      351.00


    TOTAL CURRENT WORK                               460.00


    BALANCE DUE                                    $1,060.50
                                                   =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        2


Fee Application of Others



PREVIOUS BALANCE                              $1,632.00



                                         HOURS
06/03/02
    DMC Electronic filing of Tersigni's 4th
        interim fee application (.3); hard copy
        service of same (.1); update status
        charts (.1); preparation of Tersigni's
        9th fee application for electronic filing
        (.2); preparation of COS re: same (.1);
        electronic filing and service of same
        (.2); hard copy service of same (.1);
        update status charts (.1)              1.20     108.00

06/06/02
    AFM Prepare Interim Fee Application for
        Committee Reimbursement                0.30      60.00
    AFM Draft Interim Fee Application for
        Committee Reimbursement                2.50     500.00
    AFM Telephone conference with J.Jackson (J.
        Cooney) re: reimbursement expenses     0.20      40.00

06/10/02
    AFM Telephone conference with J. Heberling
        (assistant Judy) re: reimbursement
        documentation                          0.20      40.00
    AFM Review reimbursement request of committee
        member Heberling                       0.20      40.00

06/19/02
    DMC Preparation of COS for LAS' monthly fee
        application (.1); preparation of LAS'
        monthly fee application for electronic
        filing (.2); electronic filing and
        service of same (.3); hard copy service

```
                                                      Page: 2
W.R. Grace                                          06/30/02
                                        ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        2
```

Fee Application of Others

```
                                             HOURS
        of same (.2); update status charts (.1)      0.90      81.00
MGZ Telephone conference with R. Tobin re:
    C&D fee application issues                       0.30      87.00
AFM Review Fee Application of LAS (Third
    Monthly/Feb-Apr)                                 0.10      20.00

06/20/02
    DMC E-mail copy of LAS' third interim fee
        application to D. Relles (.1); review
        docket re: Caplin's 7th fee application
        (.1); preparation of CNO re: same (.1);
        preparation of COS for same (.1);
        preparation of CNO for electronic filing
        (.1); electronic filing of same (.2);
        hard copy service of same (.1); update
        status charts (.1)                           0.90      81.00
    AFM Review certification of no objection for
        seventh monthly app (C&D)                    0.10      20.00

06/24/02
    AFM Prepare Expense Reimbursement Application
        (Committee Members)                          1.00     200.00
    AFM Telephone Conference with J. Cooney re:
        expense reimbursement                        0.10      20.00

06/25/02
    DMC Review docket re: objections to
        Tersigni's 4th interim fee application
        (.1); Preparation of CNO re: same (.1);
        preparation of COS for same (.1); review
        docket re: objections to Tersigni's 9th
        monthly fee application (.1); preparation
        of CNO re: same (.1); preparation of COS
        for same (.1)                                0.60      54.00
    MGZ Telephone conference with R. Tobin re:
        C&D fee issues                               0.20      58.00
    AFM Review Certification of No Objection of
        L. Tersigni (Monthly - April (.1); Fourth
        Interim (.1)                                 0.20      40.00

06/26/02
    DMC Preparation of CNO re: Tersigni's 9th fee
        application for electronic filing (.1);
        electronic filing of same (.2); hard copy
        service of same (.1); update status chart
        (.1); preparation of CNO re: Tersigni's
        4th interim fee application for
```

```
                                                       Page: 3
         W.R. Grace                                   06/30/02
                                        ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        2
         Fee Application of Others
```

```
                                              HOURS
         electronic filing (.1); electronic filing
         of same (.2); hard copy service of same
         (.1)                                  0.90      81.00

06/28/02
     DMC Preparation of Caplin's 8th fee
         application for electronic filing (.3);
         preparation of COS for same (.1);
         electronic filing and service of same
         (.3); hard copy service of same (.2);
         update status chart (.1)              1.00      90.00
                                              -----  --------
         FOR CURRENT SERVICES RENDERED        10.90  1,620.00
```

```
                       RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski           0.50    $290.00    $145.00
     Aileen F. Maguire            4.90     200.00     980.00
     Darlene M. Chilelli          5.50      90.00     495.00


     TOTAL CURRENT WORK                              1,620.00


     BALANCE DUE                                    $3,252.00
                                                    =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-73D
                                      STATEMENT NO:        2

Applicant's Retention Application



    PREVIOUS BALANCE                                  $795.00


    BALANCE DUE                                       $795.00
                                                      =======


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                    06/30/02
Wilmington   DE                          ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 6,706.76 | 0.00 | 1,318.47 | 0.00 | -2,923.03 | $5,102.20 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 8,120.70 | 628.50 | 0.00 | 0.00 | -1,904.00 | $6,845.20 |
| 3000-02 Asset Disposition | | | | | |
| 959.40 | 378.50 | 0.00 | 0.00 | 0.00 | $1,337.90 |
| 3000-03 Business Operations | | | | | |
| 990.50 | 0.00 | 0.00 | 0.00 | -402.00 | $588.50 |
| 3000-04 Case Administration | | | | | |
| 13,329.60 | 2,093.00 | 0.00 | 0.00 | -3,437.60 | $11,985.00 |
| 3000-05 Claims Administration and Objections | | | | | |
| 8,388.90 | 2,574.50 | 0.00 | 0.00 | -1,652.80 | $9,310.60 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 1,786.00 | 1,527.00 | 0.00 | 0.00 | 0.00 | $3,313.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,032.60 | 0.00 | 0.00 | 0.00 | -1,865.20 | $7,167.40 |
| 3000-08 Fee/Employment Objections | | | | | |
| 3,429.70 | 10,921.00 | 0.00 | 0.00 | -723.20 | $13,627.50 |
| 3000-09 Financing | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | 0.00 | $132.50 |
| 3000-10 Litigation | | | | | |
| 10,064.00 | 1,669.50 | 0.00 | 0.00 | -2,592.00 | $9,141.50 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 366.00 | 265.00 | 0.00 | 0.00 | -23.20 | $607.80 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 15,709.70 | 6,807.50 | 0.00 | 0.00 | -3,830.40 | $18,686.80 |
| 3000-71 Applicant's Fee Application | | | | | |
| 600.50 | 460.00 | 0.00 | 0.00 | 0.00 | $1,060.50 |
| 3000-72 Fee Application of Others | | | | | |
| 1,632.00 | 1,620.00 | 0.00 | 0.00 | 0.00 | $3,252.00 |
| 3000-73 Applicant's Retention Application | | | | | |
| 795.00 | 0.00 | 0.00 | 0.00 | 0.00 | $795.00 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 82,185.86 | 28,944.50 | 1,318.47 | 0.00 | -19,353.43 | $93,095.40 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

{D0003848:1 }