IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: August 19, 2002 @ 4:00 pm** |

**EIGHTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $96,930.60 (80% of $121,163.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $17,727.41 |

This is a: __**X**__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0003858:1 }
DOC# -171899

| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
|---|---|---|---|---|---|
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | **Pending** | **Pending** |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | **Pending** | **Pending** |
| **7/29/02** | **06/01/02 through 06/30/02** | $96,930.60 (80% of $121,163.25) | $17,727.41 | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**
**<u>CAPLIN & DRYSDALE, CHARTERED</u>**

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 6.6/2.1 | $675/337.50 | $5,163.75 |
| Peter V. Lockwood (PVL) | Member | 33 | 18.2 | $560 | $10,192.00 |
| Walter B. Slocombe (WBS) | Member | 32 | 1.1 | $500 | $550.00 |
| Albert G. Lauber (AGL) | Member | 25 | 14.0 | $445 | $6,230.00 |
| Trevor W. Swett (TWS) | Member | 20 | 35.8/7.9 | $425/212.50 | $16,893.75 |
| Julie W. Davis (JWD) | Member | 22 | 2.8 | $425 | $1,190.00 |

{D0003858:1}                                 2

| Christopher S. Rizek (CSR) | Member | 19 | 4.5 | $345 | $1,552.50 |
|---|---|---|---|---|---|
| Nathan D. Finch (NDF) | Member | 9 | 104.5/8.4 | $350/175 | $38,045.00 |
| Kimberly N. Brown (KNB) | Associate | 8 | 3.7 | $300 | $1,110.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 7.2 | $300 | $2,160.00 |
| Beth S. Heleman (BSH) | Associate | 6 | .1 | $260 | $26.00 |
| Max C. Heerman (MCH) | Associate | 6 | 5.8 | $230 | $1,334.00 |
| John P. Cunningham (JPC) | Associate | 1 | 57.7 | $215 | $12,405.50 |
| Brian A. Skretny (BAS) | Associate | 1 | 3.7 | $215 | $795.50 |
| Daniel M. Loss (DML) | Summer Associate | 0 | 28.2 | $160 | $4,512.00 |
| Haini Guo (HG) | Summer Associate | 0 | 15.5 | $160 | $2,480.00 |
| Stacy Q. Cline (SQC) | Summer Associate | 0 | 8.0 | $160 | $1,280.00 |
| Trista E. Schroeder (TES) | Law Clerk | 1 | 11.7 | $160 | $1,872.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 21.9 | $145 | $3,175.50 |
| Stacie M. Evans (SME) | Paralegal | 2 | 44.3/7.5 | $135/67.50 | $6,486.75 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 5.9 | $135 | $796.50 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 18.8 | $125 | $2,350.00 |
| Samira A Taylor (SAT) | Paralegal | 2 | 4.5 | $125 | $562.50 |
| **Total** | | | **450.4** | | **$121,163.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 06/01/02 through 06/30/02 | Total Fees for the Period 06/01/02 through 06/30/02 |
|---|---:|---:|
| Asbestos: Claims Analysis & Valuations | 99.9 | $23,845.50 |
| Asbestos: Claims Litigation | 31.6 | $5,543.50 |
| Asbestos: Settlement Matters | .1 | $42.50 |
| Asbestos: $524(6) Matters/Futures Rep | .4 | $270.00 |
| Bankruptcy Litigation | .1 | $56.00 |
| Business Operations | .2 | $112.00 |
| Case Administration | 58.6 | $10,851.00 |
| Committee Matters & Creditor Mtgs. | 12.8 | $5,979.50 |
| Compensation of Professionals | 10.8 | $2,740.50 |
| Litigation (Non-bankruptcy/General) | 8.0 | $1,280.00 |
| Litigation/Fraudulent Conveyance | 197.7 | $64,166.00 |
| Non-Working Travel Time | 25.9 | $4,363.75 |
| Plan/Disclosure Statement/Voting Issues | 3.9 | $1,743.00 |
| Retention of Professionals | .4 | $170.00 |
| **Grand totals** | **450.4** | **$121,163.25** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period June 1, 2002 through June 30, 2002 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $3,351.30 |
| Facsimile ($0.15 per page) | | $28.95 |

| Federal Express | | $202.58 |
|---|---|---|
| Long Distance Telephone Calls | | $260.89 |
| Air & Train Transportation | | $2,523.59 |
| Meal Expense | | 533.27 |
| Messenger Service | | $22.46 |
| Local Transportation | | .00 |
| Miscellaneous Exp | | $8.75 |
| Conference Meals | | $28.23 |
| Postage | | $5.20 |
| Research Material | | $143.25 |
| Westlaw/Lexis | | $8,739.54 |
| Travel – Ground Transportation | | $601.26 |
| Travel – Hotel Charges | | $1,278.14 |
| Travel - Miscellaneous | | $0 |
| **Total:** | | **$17,727.41** |

                CAPLIN & DRYSDALE, CHARTERED

                /s/ Elihu Inselbuch
                Elihu Inselbuch
                399 Park Avenue
                New York, NY  10022
                (212) 319-7125

                      -and-

                CAPLIN & DRYSDALE, CHARTERED
                Peter Van N. Lockwood
                One Thomas Circle, N.W.
                Washington, D.C.  20005
                (202) 862-5000

                     - and -

                CAMPBELL & LEVINE, LLC
                Matthew G. Zaleski, III (I.D. #3557)
                Mark T. Hurford (I.D. #3299)
                1201 N. Market Street
                15th Floor
                Wilmington, DE  19801
                (302) 426-1900

                Counsel for the Official Committee
                 of Asbestos Personal Injury Claimants

Dated:  July 26, 2002

{D0003858:1}                6