## EXHIBIT A

### Asbestos: Claims Analysis & Valuations (99.9 Hours; $ 23,845.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $675 | 405.00 |
| Peter V. Lockwood | .90 | $560 | 504.00 |
| Walter B. Slocombe | 1.10 | $500 | 550.00 |
| Albert G. Lauber | 11.40 | $445 | 5073.00 |
| Nathan D. Finch | 10.60 | $350 | 3,710.00 |
| Kimberly N. Brown | 3.50 | $300 | 1,050.00 |
| Max C. Heerman | 5.80 | $230 | 1,334.00 |
| John P. Cunningham | 12.70 | $215 | 2,730.50 |
| Brian A. Skretny | 3.70 | $215 | 795.50 |
| Haini Guo | 13.50 | $160 | 2,160.00 |
| Daniel M. Loss | 28.20 | $160 | 4,512.00 |
| Stacie M. Evans | 3.40 | $135 | 459.00 |
| Samira A. Taylor | 4.50 | $125 | 562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/02 | KNB | 300.00 | .10 | Confer with NDF re estimation briefing this summer |
| 06/03/02 | KNB | 300.00 | .30 | E-mail to NDF re estimation briefing this summer (.1); read memo by NDF re trial prep (.2) |
| 06/03/02 | MCH | 230.00 | .40 | Conference with KNB re: 3rd cir. standards for withdrawal of reference (.1) conference with D. Loss re: same (.2); legal research re: claims estimation (.1) |
| 06/04/02 | KNB | 300.00 | .10 | Meet with MCH and summer associate re estimation research (.1) |
| 06/04/02 | DML | 160.00 | 2.00 | Westlaw research on claim estimation |
| 06/06/02 | DML | 160.00 | 2.00 | Westlaw/library research on claim estimation |

- 2 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/07/02 | MCH | 230.00 | .10 | Conference with D. Loss re: estimation |
| 06/07/02 | DML | 160.00 | 2.00 | Research on claim estimation |
| 06/10/02 | AGL | 445.00 | 1.40 | Review prior filings re claims allowance and estimation in preparation for work on brief due 7/22. |
| 06/10/02 | KNB | 300.00 | .20 | Confer with MCH re estimation (.1); confer with MCH re same (.1) |
| 06/10/02 | DML | 160.00 | 1.50 | Research on claim estimation |
| 06/10/02 | NDF | 350.00 | 4.00 | T/c Peterson, Relles re: expert tasks (1.2); conf. TWS re: Peterson tasks (.3); legal rs re: "future claims" included in debts in CTA 3 (.6); t/c Widom re: scheduling (.2); revise edit COL re: 544b argument (1.1); conf. TWS re: C&D application to retain Milberg re t/c Bernick (.2); review pleadings filed in main bankruptcy re: ZA claims (.4). |
| 06/11/02 | AGL | 445.00 | 1.70 | Review prior filings re claims allowance and estimation in preparation for work on brief. |
| 06/12/02 | AGL | 445.00 | 2.50 | Review prior filings re estimation in preparation for work on brief; conference w/NDF re work on brief. |
| 06/12/02 | AGL | 445.00 | 1.70 | Review prior filings re estimation in preparation for work on brief; conference w/NDF re brief. |
| 06/13/02 | WBS | 500.00 | 1.10 | Conference NDF, AGL, MCH re issues/arguments in est brief. |
| 06/13/02 | NDF | 350.00 | 1.70 | Conf. PVNL re: estimation briefs (.3); conf. WBS, AGL, MCH re: estimation brief issues (1.1); draft outline of response to Grace (.3). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/13/02 | PVL | 560.00 | .30 | Confer NDF re estimation (.3); |
| 06/13/02 | AGL | 445.00 | 1.10 | Analysis of facts and law re estimation in preparation for work on brief. |
| 06/13/02 | AGL | 445.00 | 1.00 | Meet w/NDF, WBS and MCH re estimation brief due 7/22. |
| 06/14/02 | PVL | 560.00 | .60 | Review ZAI affidavit (.1); teleconference Budd (.5). |
| 06/18/02 | AGL | 445.00 | .20 | Conference w/MCH re research for estimation brief. |
| 06/18/02 | MCH | 230.00 | .40 | Conference with D. Loss re: global Daubert hearings (.2); conference with AGL re: estimation (.2) |
| 06/19/02 | DML | 160.00 | 3.00 | Kumho Tire/Daubert research |
| 06/20/02 | SAT | 125.00 | 4.50 | Update case estimation binders; add additional relevant pleadings. |
| 06/20/02 | AGL | 445.00 | .80 | Legal research in preparation for work on estimation brief. |
| 06/20/02 | DML | 160.00 | 2.00 | Kumho Tire/Daubert research |
| 06/21/02 | MCH | 230.00 | 1.50 | Draft model arguments re: estimation |
| 06/21/02 | BAS | 215.00 | 1.00 | Prepare for research project re: Estimation and Judicial Notice (.6); Met with NDF re: research project (.4). |
| 06/21/02 | DML | 160.00 | .30 | Meeting re judicial notice |
| 06/21/02 | DML | 160.00 | 2.50 | Kumho Tire/Daubert research |
| 06/24/02 | KNB | 300.00 | 2.20 | Review Debtor's estimation motion (1.2); confer with BAS re same (.2); confer with JPC re same (.2); confer with MCH re same (.2); draft e-mails to litigation group re response (.4) |

| | | | | |
|---|---|---|---|---|
| 06/24/02 | MCH | 230.00 | .50 | Conference with KNB re: estimation (.1); review opponents estimation brief (.4) |
| 06/24/02 | HG | 160.00 | 3.00 | Research on estimation. |
| 06/24/02 | DML | 160.00 | 2.00 | Kumho Tire/Daubert memo |
| 06/24/02 | DML | 160.00 | 1.00 | Fact gathering research |
| 06/24/02 | NDF | 350.00 | .80 | Edit and revise Rule 2004 motions re: PI judgments (.8). |
| 06/25/02 | KNB | 300.00 | .60 | Conf and discussion with NDF re estimation methodology for discussion in pending briefs (.5); confer wtih EI re same (.1) |
| 06/25/02 | BAS | 215.00 | .50 | Conference and discussion with NDF re: estimation methodology for discussion in pending briefs. |
| 06/25/02 | MCH | 230.00 | 1.40 | Conference with NDF re: estimation methodology for discussion in pending briefs (.5); analyze brief on common personal injury liability issues (.7); conference with AGL re: estimation method for discussion in briefs (.2) |
| 06/25/02 | JPC | 215.00 | 3.30 | Conference with NDF re: estimation methodology for analysis in pending briefs (.6); research asymptomatic and unimpaired claims in multiple jurisdictions for drafting opposition to estimation brief (2.7) |
| 06/25/02 | HG | 160.00 | 3.00 | Research on estimation. |
| 06/25/02 | DML | 160.00 | .30 | Meeting re: definition of claim |
| 06/25/02 | DML | 160.00 | 2.30 | Kumho Tire/Daubert memo |
| 06/25/02 | NDF | 350.00 | 1.10 | Conference with AGL and others re: estimation methodology for briefing |

| | | | | purposes (1.2); conference with KNB re: claim definition issues (.4); draft memo re: medical literature articles (.2); telephone conference with Zaleski re: Rule 2004 issues (.4) (time divided with another case) |
|---|---|---|---|---|
| 06/25/02 | NDF | 350.00 | 1.80 | Read Grace CMO brief and make comments re: same for outline (1.2); read cases re: Rule 408 argument (.2); analyze documents re: Grace settlement strategy from FT case files (.4). |
| 06/25/02 | AGL | 445.00 | .20 | Review KNB memo re response. |
| 06/25/02 | AGL | 445.00 | .60 | Conference w/NDF and KNB, et al. re estimation procedures to cover in responsive brief. |
| 06/26/02 | SME | 135.00 | .20 | Assist NDF in research regarding medical authorities by compiling and organizing relevant journal articles and reference materials as per his request. |
| 06/26/02 | SME | 135.00 | .20 | Assist BAS in research regarding case management order by compiling and organizing relevant pleadings as per his request. |
| 06/26/02 | HG | 160.00 | 3.00 | Research on estimation. |
| 06/26/02 | DML | 160.00 | 3.00 | Judicial Notice research |
| 06/27/02 | EI | 675.00 | .60 | Read materials and t/c NDF re: Millberg item (.3); t/c KNB re: briefing issues (.3). |
| 06/27/02 | AGL | 445.00 | .20 | Review memos and emails re arguments to make in brief. |
| 06/27/02 | BAS | 215.00 | 1.60 | Met with JPC r: briefing strategy (.2); organize files and gather materials (.5); read briefs (.9). |

- 6 -

| 06/27/02 | BAS | 215.00 | .60 | Rs estimation procedures (.6). |
|---|---|---|---|---|
| 06/27/02 | NDF | 350.00 | 1.20 | Reviewing medical articles re: "science issues"; epidemiological studies; Federal Judicial report on epidemiological evidence (1.2). |
| 06/27/02 | SME | 135.00 | .30 | Assist JPC in research regarding scientific evidence relating to health risks of asbestos by compiling and organizing relevant pleadings. |
| 06/27/02 | SME | 135.00 | 1.80 | Assist NDF in research regarding asbestos exposure by compiling and organizing relevant journal articles and news reports as per his request. |
| 06/27/02 | MCH | 230.00 | 1.30 | Conference with NDF re: estimation (.3); review pleadings on case management (1.0) |
| 06/27/02 | JPC | 215.00 | 4.90 | Review Tobin memo re: asymptomatic claims per KNB to glean law for opposition brief research (.5); conference with BAS re: Daubert issues re: estimation brief (.4); research asymptomatic and unimpaired claims in multiple jurisdictions for drafting opposition to estimation brief (3.0); draft outline of issues for unimpaired claims section of brief (1.0) |
| 06/27/02 | HG | 160.00 | 3.50 | Research on estimation. |
| 06/27/02 | DML | 160.00 | 3.00 | Judicial Notice research |
| 06/28/02 | SME | 135.00 | .90 | Assist NDF in research regarding asbestos exposure by compiling and organizing relevant journal articles and news reports as per his request. |
| 06/28/02 | MCH | 230.00 | .20 | Conference with AGL re: brief |
| 06/28/02 | JPC | 215.00 | 4.50 | Continue research in multiple jurisdictions re: asymptomatic and |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | | unimpaired claims for drafting opposition to estimation brief (2.6); finish outline of issues for unimpaired claims section of brief (.6); supplement asbestos claims increases project per NDF with additional articles (1.3) |
| 06/28/02 | HG | 160.00 | 1.00 | Research on estimation. |
| 06/28/02 | DML | 160.00 | 1.30 | Judicial Notice research |

**Total Task Code .02        99.9**

### Asbestos: Claims Litigation (31.6 Hours; $5,543.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.60 | $560 | 896.00 |
| Kimberly N. Brown | .20 | $300 | 60.00 |
| John P. Cunningham | 3.40 | $215 | 731.00 |
| Trista E. Schroeder | 11.70 | $160 | 1,872.00 |
| Stacie M. Evans | 14.70 | $135 | 1,984.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/02 | TES | 160.00 | 2.00 | Research on science of asbestos detection |
| 06/04/02 | KNB | 300.00 | .10 | e-mail to PVNL re PD claims |
| 06/05/02 | SME | 135.00 | .60 | Assist KNB in research regarding asbestos property damage by reviewing various volumes of the Sourcebook on Asbestos Diseases and various Mealey's reports. |
| 06/05/02 | TES | 160.00 | .70 | Research; testing for asbestos on building materials - regulations |
| 06/06/02 | TES | 160.00 | 3.00 | Research on science asbestos property damage claims |

- 8 -

| 06/09/02 | TES | 160.00 | 2.50 | Review; additional research; science memorandum - asbestos property claims |
| 06/10/02 | TES | 160.00 | .50 | Science memorandum to KNB re property damage claims |
| 06/10/02 | PVL | 560.00 | .10 | Review proposed order re PD trial. |
| 06/10/02 | KNB | 300.00 | .10 | Confer with JPC re property damage issues |
| 06/11/02 | SME | 135.00 | 1.80 | Assist KNB in research regarding asbestos property damage by reviewing relevant trial transcripts and pleadings in order to draft a memo detailing important information and details. |
| 06/12/02 | PVL | 560.00 | .10 | Review ZAI claims objection. |
| 06/12/02 | SME | 135.00 | 5.30 | Assist KNB in research regarding asbestos property damage by reviewing relevant trial transcripts and pleadings in order to draft a memo detailing important information and details. |
| 06/13/02 | PVL | 560.00 | 1.30 | Review PDC motion re ZAI litigation (.4); teleconference EI re same (.3); teleconference Milch re same (.4); teleconference Weitz re same (.2). |
| 06/13/02 | SME | 135.00 | 3.80 | Assist KNB in research regarding asbestos property damage by reviewing relevant trial transcripts and pleadings in order to draft a memo detailing important information and details. |
| 06/14/02 | TES | 160.00 | 3.00 | Research asbestos property claims |
| 06/14/02 | SME | 135.00 | 3.20 | Assist KNB in research regarding asbestos property damage by reviewing relevant trial transcripts and pleadings in order to draft a |

| | | | | memo detailing important information and details. |
|---|---|---|---|---|
| 06/19/02 | PVL | 560.00 | .10 | Review order and MG2 memo re ZAI. |
| 06/20/02 | JPC | 215.00 | .20 | Review file re: property damage claims litigation per KNB |
| 06/24/02 | JPC | 215.00 | 3.20 | Organize misc PD documents into summary memo per KNB |

**Total Task Code .03        31.6**

## Asbestos: Settlement Matters (.10 Hours; $ 42.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $425 | 42.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/26/02 | TWS | 425.00 | .10 | Note to AGL re Debtor's supplemental brief on claims management |

**Total Task Code .05        .10**

## Asbestos: §524(g) Matters/Futures Rep (.40 Hours; $ 270.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $675 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/02 | EI | 675.00 | .10 | Attempt to call Bernick re: futures representative. |

- 10 -

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/02 | EI | 675.00 | .30 | T/c TWS re: schedule (.1); t/c D. Bernick re: futures representative (.2). |

**Total Task Code .06          .40**


**Bankruptcy Litigation (Preferences & Avoidance Actions) (.10 Hours; $ 56.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/14/02 | PVL | 560.00 | .10 | Teleconference EI re Siegal proposal. |

**Total Task Code .11          .10**


**Business Operations (.20 Hours; $ 112.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/05/02 | PVL | 560.00 | .20 | Review Tersigni first quarter report. |

**Total Task Code .13          .20**


**Case Administration (58.60 Hours; $ 10,851.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $675 | 675.00 |
| Peter V. Lockwood | 2.80 | $560 | 1,568.00 |

| | | | |
|---|---|---|---|
| Albert G. Lauber | 2.60 | $445 | 1157.00 |
| Trevor W. Swett | 1.00 | $425 | 425.00 |
| Rita C. Tobin | .20 | $300 | 60.00 |
| Haini Guo | 2.00 | $160 | 320.00 |
| Robert C. Spohn | 21.90 | $145 | 3,175.50 |
| Elyssa J. Strug | 1.20 | $135 | 162.00 |
| Stacie M. Evans | 7.10 | $135 | 958.50 |
| Karen A. Albertelli | 18.80 | $125 | 2,350.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/02 | PVL | 560.00 | .10 | Confer EI. |
| 06/03/02 | RCS | 145.00 | .90 | Review and index correspondence and pleadings received 5/31/02 (.5). Gather documents requested by attorney (.4). |
| 06/03/02 | KAA | 125.00 | 1.50 | Updated Ct doc & Orders indexes (02-2211). |
| 06/03/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/04/02 | RCT | 300.00 | .20 | Review schedules re: upcoming motions and assignments. |
| 06/04/02 | EJS | 135.00 | .20 | Updated EI minute files. |
| 06/04/02 | RCS | 145.00 | 2.00 | Review and index correspondence and pleadings received 6/3/02 (.4). Search document database and correct errors in data error (1.6). |
| 06/05/02 | PVL | 560.00 | .20 | Review 2 miscellaneous filings (.1); review 4 court orders (.1). |
| 06/05/02 | RCS | 145.00 | 1.50 | Review and index correspondence and pleadings received 6/4/02 (.4). Perform document database searches and add data to issue fields (1.1). |
| 06/05/02 | SME | 135.00 | .90 | Review and index various documents, including: 2 pleadings filed in the main bankruptcy, 5 pleadings filed in adversary |

| | | | | |
|---|---|---|---|---|
| | | | | proceeding 02-2210, 2 pleadings filed in adversary proceeding 01-771, 10 fee applications, and recent correspondence. |
| 06/05/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 06/05/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/06/02 | EJS | 135.00 | .30 | Updated due diligence binders with Tersigni updates. |
| 06/06/02 | EJS | 135.00 | .30 | Reviewed, edited NYO lit. calendar. |
| 06/06/02 | RCS | 145.00 | 1.60 | Review and index correspondence and pleadings received 6/5/02 (.5). Gather pleadings requested by attorneys in preparation of meeting (1.1). |
| 06/06/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders index (02-2210). |
| 06/06/02 | KAA | 125.00 | .10 | Forwarded copy of Monthly Op Rpt to L. Tersigni. |
| 06/06/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders index (01-1139). |
| 06/06/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/07/02 | PVL | 560.00 | .70 | Teleconference Siegal (.5); review draft calendar (.1); review 2 miscellaneous filings (.1). |
| 06/07/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 6/6/02 (.4). |
| 06/07/02 | TWS | 425.00 | .30 | Conf PVNL re status and developments |
| 06/10/02 | RCS | 145.00 | 2.40 | Review and index correspondence adn pleadings received 6/7/02 (.4). Review production document |

| | | | | |
|---|---|---|---|---|
| | | | | database set up and run reports requested by attorney (2.0). |
| 06/10/02 | EI | 675.00 | .10 | File review for agenda. |
| 06/10/02 | KAA | 125.00 | .10 | Updated Monthly Operating Report index. |
| 06/11/02 | PVL | 560.00 | .10 | Review Magner letter to UST (one sixth). |
| 06/11/02 | EJS | 135.00 | .20 | Updated EI books. |
| 06/11/02 | RCS | 145.00 | .80 | Review and index correspondence and pleadings received 6/10/02 (.4). Gather documents requested by attorney (.4). |
| 06/11/02 | EI | 675.00 | .30 | Read Magner piece (1.0); memo to five Committees (.5) [divided among 5 clients] |
| 06/11/02 | SME | 135.00 | 1.80 | Review and index 5 pleadings filed in the main bankruptcy, 1 pleading filed in adversary proceeding 01-771, 19 pleadings filed in adversary proceeding 02-2210, 6 fee applications, and recent correspondence. |
| 06/11/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/12/02 | TWS | 425.00 | .20 | Read PD Committee motion for fee application procedures applicable to Committee members' counsel |
| 06/12/02 | EI | 675.00 | .10 | T/c PVNL re: ruling on injunction. |
| 06/12/02 | KAA | 125.00 | .30 | Updated litigation calendar. |
| 06/13/02 | PVL | 560.00 | .40 | Review draft calendar (.1); teleconference Zaleski re same (.1); teleconference EI re draft CMO (.1); teleconference Wohlforth re same (.1). |

| | | | | |
|---|---|---|---|---|
| 06/13/02 | RCS | 145.00 | 1.10 | Review and index correspondence adn pleadings received 6/11/02 through 6/12/02 (.5). Retrieve documents required by attorney in preparation of court filing (.6). |
| 06/13/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 06/13/02 | KAA | 125.00 | .40 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/14/02 | RCS | 145.00 | 4.30 | Review and index correspondence and pleadings received 6/13/02 (.4). Collect and prepare documents designated as exhibits in preparation for depositions (2.1). Download images from summation database per attorney request for review in deposition (1.8). |
| 06/14/02 | KAA | 125.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 06/14/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 06/14/02 | KAA | 125.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 06/14/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/17/02 | RCS | 145.00 | 1.60 | Review and index correspondence and pleadings received 6/14/02 (.4). Deposition preparation regarding exhibits (1.2). |
| 06/17/02 | EI | 675.00 | .30 | T/c P. Weitz re: his meeting. |
| 06/17/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (02-2210). |
| 06/17/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |

| 06/17/02 | KAA | 125.00 | .70 | Updated Ct doc index (01-1139). |
|----------|-----|--------|-----|---------------------------------|
| 06/18/02 | PVL | 560.00 | .60 | Teleconference Zaleski re status (.3); teleconference Wohlforth (.3). |
| 06/18/02 | RCS | 145.00 | 1.00 | Review and index correspondence and pleadings received 6/17/02 (.4). Assist with deposition preparation (.6). |
| 06/18/02 | KAA | 125.00 | .50 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/18/02 | KAA | 125.00 | .30 | Searched, retrieved & sent Ct docs to Committee member. |
| 06/19/02 | PVL | 560.00 | .40 | Teleconference Weitz (.2); teleconference Cohen (.1); review email (.1). |
| 06/19/02 | EJS | 135.00 | .20 | Updated players list. |
| 06/19/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 6/18/02 (.4). |
| 06/19/02 | SME | 135.00 | 2.30 | Review and index 20 pleadings filed in the main bankruptcy, 10 pleadings filed in adversary proceeding 02-2210, 6 fee applications and recent correspondence. |
| 06/19/02 | KAA | 125.00 | .10 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/19/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 06/20/02 | PVL | 560.00 | .10 | Review multiple miscellaneous filings. |
| 06/20/02 | RCS | 145.00 | 2.30 | Review and index correspondence and pleadings received 6/19/02 (.4). Update document database with new information received from co-counsel (1.2). Perform word searches |

| | | | | |
|---|---|---|---|---|
| | | | | in documents database and download images (.7). |
| 06/20/02 | KAA | 125.00 | .30 | Reviewed recently received Ct docs in prep of indexing & filing. |
| 06/21/02 | PVL | 560.00 | .20 | Review 2 miscellaneous Grace motions. |
| 06/21/02 | RCS | 145.00 | .80 | Review and index correspondence and pleadings received 6/20/02 (.4). Download pleadings for court electronic database (.4). |
| 06/21/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 06/24/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 6/21/02 (.4). |
| 06/24/02 | AGL | 445.00 | 2.60 | Review Debtors' revised case management proposal. |
| 06/24/02 | KAA | 125.00 | 1.20 | Updated Ct doc & Orders indexes (01-1139). |
| 06/24/02 | KAA | 125.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 06/25/02 | RCS | 145.00 | .40 | Review and index correspondence and pleadings received 6/24/02 (.4). |
| 06/25/02 | SME | 135.00 | 2.10 | Review and index various documents including: 12 pleadings filed in the main bankruptcy, 10 pleadings filed in adversary proceeding 02-2210, 6 fee applications and recent correspondence. |
| 06/25/02 | KAA | 125.00 | 1.00 | Archived Ct docs (01-1139) & Correspondence. |
| 06/25/02 | KAA | 125.00 | .10 | T/C w/Stephanie (C&L) re: Ct docs in MB. |

| 06/25/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct Dep transcripts in prep of indexing & filing. |
| 06/25/02 | KAA | 125.00 | .30 | Updated Ct doc index (01-771). |
| 06/25/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (02-2210). |
| 06/25/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2211). |
| 06/26/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 06/26/02 | HG | 160.00 | 2.00 | E.O Lunch. |
| 06/28/02 | EI | 675.00 | .20 | File review for dockets. |
| 06/28/02 | TWS | 425.00 | .20 | Correspondence re Zonalite retention issue |
| 06/28/02 | TWS | 425.00 | .10 | TC EI re Zonalite retention issue |
| 06/28/02 | TWS | 425.00 | .10 | TC R.Budd-left message, TC S.McNew-left message re Zonalite retention |
| 06/28/02 | TWS | 425.00 | .10 | Correspondence to R.Budd re Zonalite retention issue |

**Total Task Code .14        58.60**

### Committee Matters and Creditor Meetings (12.80 Hours; $ 5,979.50)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 4.30 | $675 | 2,902.50 |
| Peter V. Lockwood | .60 | $560 | 336.00 |
| Julie W. Davis | 2.80 | $425 | 1,190.00 |
| Trevor W. Swett | 1.50 | $425 | 637.50 |
| Nathan D. Finch | .30 | $350 | 105.00 |
| Rita C. Tobin | 2.20 | $300 | 660.00 |
| Elyssa J. Strug | .20 | $135 | 27.00 |

Stacie M. Evans                      .90                    $135                    121.50

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/02 | EI | 675.00 | .70 | Speaking at Mealey's conference and general conferences. |
| 06/04/02 | JWD | 425.00 | 2.80 | Prepare for, attend Committee meeting |
| 06/04/02 | TWS | 425.00 | 1.00 | Committee meeting |
| 06/04/02 | EI | 675.00 | 1.50 | Committee meeting in Chicago. |
| 06/06/02 | SME | 135.00 | .90 | Review and index various documents, including: 8 pleadings filed in the main bankruptcy, 7 fee applications, and recent correspondence. |
| 06/13/02 | TWS | 425.00 | .10 | TC R.Budd re SAC letter to U.S. Trustee |
| 06/13/02 | TWS | 425.00 | .10 | TC R.Budd re status and developments |
| 06/14/02 | TWS | 425.00 | .30 | Read SAC letter to U.S. Trustee |
| 06/17/02 | PVL | 560.00 | .50 | Draft reply to Magner letter (1/6 time). |
| 06/18/02 | EI | 675.00 | .40 | Drafting response to Magner letter (2.0); t/c PVNL re: same (.5) [total time of 2.5 divided among six Delaware cases]. |
| 06/19/02 | EI | 675.00 | 1.10 | Drafting response to Magner with t/cs PVNL re: same (6.0); memo to six committees re: drafting process (.5) [total time of 6.5 divided among six Delaware cases] |
| 06/20/02 | PVL | 560.00 | .10 | Revise letter to UST re Magner reply (1/6). |

| | | | | |
|---|---|---|---|---|
| 06/20/02 | EI | 675.00 | .10 | Conference PVNL re: draft (.5) [total time of .5 divided among six Delaware cases] |
| 06/20/02 | NDF | 350.00 | .30 | Review docket sheet (.3). |
| 06/21/02 | RCT | 300.00 | .20 | Review correspondence re: "additional committee" issue. |
| 06/21/02 | RCT | 300.00 | .20 | Review correspondence re: "additional committee" issue. |
| 06/21/02 | RCT | 300.00 | .10 | Conferences with EI and ES re: "additional committee" issue, research assignments re: same and conference call. |
| 06/21/02 | EJS | 135.00 | .20 | Prepared attendance sheet and other lists for EI & RCT in preparation of 6/25/02 joint committee conference call. |
| 06/21/02 | EI | 675.00 | .20 | Memo to Weitz/Budd re: conversations. |
| 06/24/02 | RCT | 300.00 | .30 | Research re: fee issue. |
| 06/24/02 | RCT | 300.00 | .40 | Draft memo re: same. |
| 06/25/02 | RCT | 300.00 | .20 | Memo to EI re: committee member attorney compensation. |
| 06/25/02 | RCT | 300.00 | .40 | Research re: procedural issue. |
| 06/25/02 | RCT | 300.00 | .20 | Conference call, six committees re: letter to U.S. Trustee & conf. EI [total time of 1.2 hours divided among six cases]. |
| 06/25/02 | EI | 675.00 | .10 | Six-Committee conference call re: letter to Trustee [total time of one hour divided among six cases] |
| 06/26/02 | RCT | 300.00 | .20 | Draft minutes. |

- 20 -

| 06/27/02 | EI | 675.00 | .20 | Final revisions to letter to Trustee. [Total time of 1.2 divided among six Delaware cases] |

**Total Task Code .17        12.80**

## Compensation of Professionals (Fee Applications of self & others)(10.80 Hours; $ 2,740.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .80 | $560 | 448.00 |
| Nathan D. Finch | .70 | $350 | 245.00 |
| Rita C. Tobin | 4.80 | $300 | 1,440.00 |
| Elyssa J. Strug | 4.50 | $135 | 607.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/02 | RCT | 300.00 | .20 | Review June fee app schedule (.1); conference with ES re: same (.1). |
| 06/05/02 | PVL | 560.00 | .10 | Review 7 CNOs re fees. |
| 06/05/02 | EJS | 135.00 | .60 | Updated Professor Warren's fee application files/indexes. |
| 06/06/02 | EJS | 135.00 | .20 | P/C M.Zaleski re Grace check received (missing $80). |
| 06/07/02 | RCT | 300.00 | .20 | Review fee categories and descriptions re: new procedures. |
| 06/11/02 | RCT | 300.00 | .10 | Conference with ES/EI re: fees. |
| 06/11/02 | RCT | 300.00 | 1.50 | Review May pre-bill. |
| 06/11/02 | RCT | 300.00 | .10 | Review TB email re fee issue |
| 06/11/02 | EJS | 135.00 | .10 | P/C M.Zaleski re missing payments. |
| 06/18/02 | RCT | 300.00 | .70 | Corrections to Exc A&D (.5); write additional category descriptions (.2). |

- 21 -

| Date | | | | |
|---|---|---|---|---|
| 06/18/02 | EJS | 135.00 | 1.00 | Worked on monthly fee application. |
| 06/19/02 | PVL | 560.00 | .10 | Review RCT memos. |
| 06/19/02 | RCT | 300.00 | .40 | Review fee auditors report (.1); e-mail asbestos team re: additional info (.2); conference with EI re: auditors report (.1). |
| 06/19/02 | EJS | 135.00 | 1.40 | Edits to monthly fee application. |
| 06/19/02 | EJS | 135.00 | .20 | Memo to EI re average monthly fees. |
| 06/19/02 | EJS | 135.00 | .20 | Updated payment schedule with check received. |
| 06/20/02 | PVL | 560.00 | .60 | Review Smith report (.1); teleconference RCT re same (.4); review 5 fee applications (.1). |
| 06/20/02 | RCT | 300.00 | .50 | E-mail JPC re: fee procedures (.2); telecon PVNL re: auditors report (.3). |
| 06/21/02 | RCT | 300.00 | .20 | Review PVNL message re: fee issues (.1); conference with ES re: needed document (.1). |
| 06/21/02 | RCT | 300.00 | .10 | Research re: ethical and fee issues. |
| 06/21/02 | RCT | 300.00 | .60 | Review final fee application. |
| 06/24/02 | EJS | 135.00 | .30 | Final edits to monthly fee application in preparation of EI signing. |
| 06/25/02 | EJS | 135.00 | .50 | Assembled monthly fee application and sent to local counsel via email and Federal Express. |
| 06/27/02 | RCT | 300.00 | .20 | T/C NDF re: Smith report |
| 06/27/02 | NDF | 350.00 | .70 | Drafting rebuttal to Warren Smith report (.5); t/c RCT re: same (.2) |

**Total Task Code .18          10.80**

## Litigation (Non-bankruptcy/General) (8.00 Hours; $ 1,280.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Stacy Q. Cline | 8.00 | $160 | 1,280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/10/02 | SQC | 160.00 | 1.00 | Research to find docket numbers, opinions in Norfolk case. |
| 06/11/02 | SQC | 160.00 | .50 | Requesting court documents. |
| 06/12/02 | SQC | 160.00 | 1.00 | Researching Norfolk procedural history. |
| 06/13/02 | SQC | 160.00 | 2.00 | Reading briefs to write memo re Norfolk issues |
| 06/14/02 | SQC | 160.00 | 3.50 | Reading briefs and writing memo re Norfolk issues |

**Total Task Code .32**          **8.00**

## Litigation/Fraudulent Conveyance (197.70 Hours; $ 64,166.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $675 | 202.50 |
| Peter V. Lockwood | 9.40 | $560 | 5,264.00 |
| Trevor W. Swett | 32.80 | $425 | 13,940.00 |
| Nathan D. Finch | 90.80 | $350 | 31,780.00 |
| Christopher S. Rizek | 4.50 | $345 | 1,552.50 |
| Beth S. Heleman | .10 | $260 | 26.00 |
| John P. Cunningham | 41.60 | $215 | 8,944.00 |
| Stacie M. Evans | 18.20 | $135 | 2,457.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 06/03/02 | BSH | 260.00 | .10 | Review memo re: critical dates |
| 06/03/02 | JPC | 215.00 | .50 | Run and analyze survey of claims literature and legislation |
| 06/04/02 | SME | 135.00 | .30 | Assist NDF in research regarding potential expert witness by compiling relevant resumes and organizing appropriately. |
| 06/04/02 | JPC | 215.00 | 5.90 | Continue collection, analysis, and organization of survey of claims literature and legislation |
| 06/04/02 | NDF | 350.00 | 4.00 | Review ltrs, pleadings and corresp. re: discovery disputes in Grace (2.0); t/c hearing with Judge Dreier et al (1.6); t/c Turken and Fleishman re: attorneys eyes only docs and standards brief (.4). |
| 06/05/02 | PVL | 560.00 | .30 | Review correspondence re discovery (.1); confer TWS (.1); review PD motion re comm counsel fees (.1). |
| 06/05/02 | TWS | 425.00 | .20 | Notes and TCs to B.Friedman and R.Fleishman-left messages |
| 06/05/02 | TWS | 425.00 | .70 | Study claims valuation issues |
| 06/05/02 | TWS | 425.00 | .20 | TC R.Fleishman re case issues |
| 06/05/02 | TWS | 425.00 | .60 | Conf NDF re pending motions |
| 06/05/02 | NDF | 350.00 | .60 | T/c TWS re: case issues re: experts and expert depos (.6). |
| 06/06/02 | PVL | 560.00 | .20 | Review Kaplin memo. |
| 06/06/02 | TWS | 425.00 | 1.50 | Edit choice of law and standards brief |
| 06/06/02 | TWS | 425.00 | 1.00 | Study claims valuation issues |
| 06/06/02 | TWS | 425.00 | 1.50 | Read briefs on Grace's motion to intervene |

| 06/06/02 | TWS | 425.00 | 3.50 | Court hearing on Grace's motion to intervene |
|---|---|---|---|---|
| 06/06/02 | JPC | 215.00 | 2.70 | Continue researching survey of claims literature and legislation |
| 06/06/02 | NDF | 350.00 | 2.80 | T/c Friedman re: case issues, experts, PD estimation; (.7); revise and edit section of brief re: "perspective of debtor" et al (2.1). |
| 06/07/02 | PVL | 560.00 | .50 | Conferences TWS (.4); review memo re insolvency test (.1). |
| 06/07/02 | TWS | 425.00 | .30 | Conf NDF re standards brief |
| 06/07/02 | TWS | 425.00 | .50 | Edits to standards brief |
| 06/07/02 | TWS | 425.00 | 1.00 | Conf Bilzen & Millberg |
| 06/07/02 | TWS | 425.00 | .50 | TC B.Friedman re case issues |
| 06/07/02 | SME | 135.00 | 2.30 | Assist NDF and JPC in the review of documents produced by the debtors by adding additional information regarding documents to a previously created database. |
| 06/07/02 | JPC | 215.00 | 4.70 | Continue researching surevy of claims literature and legislation |
| 06/07/02 | NDF | 350.00 | 5.00 | Prepare for Rourke and Florence depos. (2.5); t/c Brad, Mitch, Bob re: 6/6 hearing and case issues (1.2); t/c Brad re: case and expert issues (.7); drafting Section 544(b) argument; leg rs re same: (.6) |
| 06/10/02 | PVL | 560.00 | 1.50 | Teleconference Wohlforth (.3); teleconference Davis (.1); teleconference Baena and Turken (.6); conf w/TWS (.4); e-mail Baena, et. al. (.1) |

{D0003859:1 }

| 06/10/02 | TWS | 425.00 | .30 | Conf NDF re claims valuation matters |
| 06/10/02 | TWS | 425.00 | .10 | TC D.Bernick-left message |
| 06/10/02 | TWS | 425.00 | .20 | Conf NDF re 3rd Circuit authorities |
| 06/10/02 | TWS | 425.00 | .20 | TC PVNL re status and developments |
| 06/10/02 | TWS | 425.00 | .50 | Review motions and correspondence |
| 06/10/02 | TWS | 425.00 | .20 | Conf PNVL re objection to Millberg retention |
| 06/11/02 | PVL | 560.00 | .40 | Research re PC comm. member fees. |
| 06/11/02 | TWS | 425.00 | .10 | File search |
| 06/11/02 | TWS | 425.00 | .20 | Discuss standards brief with NDF |
| 06/11/02 | TWS | 425.00 | 1.00 | Conf call with Millberg and Bilzin re standards brief |
| 06/11/02 | NDF | 350.00 | 1.50 | Rev. standards brief draft (.6); t/c Fleishman re: PwC issue other case issues (.5); t/c TWS, Turken, Friedman re: standards brief (.4). |
| 06/12/02 | PVL | 560.00 | .10 | Review motion to compel. |
| 06/12/02 | TWS | 425.00 | .20 | E-mail to R.Fleishman re standards brief (.1); TC to R.Fleishman-left message(.1) |
| 06/12/02 | TWS | 425.00 | .10 | Conf PVNL re ruling on Grace motion to intervene |
| 06/12/02 | TWS | 425.00 | .40 | TC R.Fleishman re standards brief |
| 06/12/02 | TWS | 425.00 | .20 | Conf NDF re experts |
| 06/12/02 | TWS | 425.00 | 1.80 | Read B&W avoidance action transcript |
| 06/12/02 | TWS | 425.00 | .10 | Conf NDF re depo schedule |

| 06/12/02 | SME | 135.00 | .90 | Assist local counsel in research regarding fraudulent transfer litigation by compiling and organizing transcripts and exhibits from other trials. |
|---|---|---|---|---|
| 06/12/02 | JPC | 215.00 | .10 | Dicusss further document runs with NDF |
| 06/12/02 | NDF | 350.00 | 1.10 | Analysis and review of legal authorities and prior pleadings re: estimation and claim litigation issues in preparation for tomorrow's meeting (1.1). |
| 06/12/02 | NDF | 350.00 | 1.30 | Analysis of docs for use in depositions of Stallard and Rourke (1.3). |
| 06/13/02 | PVL | 560.00 | .50 | Review 2 Fleishman letters (.1); review Sealed Air opposition to EPA int. motion (.4). |
| 06/13/02 | TWS | 425.00 | .20 | TC R.Turken re court hearing |
| 06/13/02 | TWS | 425.00 | .20 | Read reply in support of U.S. motion to intervene |
| 06/13/02 | TWS | 425.00 | .20 | Prepare for hearing |
| 06/13/02 | TWS | 425.00 | .20 | TCs R.Fleishman re standards brief |
| 06/13/02 | TWS | 425.00 | .60 | Read and edit standards brief |
| 06/13/02 | TWS | 425.00 | .20 | Read correspondence re discovery |
| 06/13/02 | SME | 135.00 | .30 | Assist NDF in research regarding expert witnesses by compiling and organizing relevant deposition transcripts and expert reports. |
| 06/13/02 | JPC | 215.00 | 7.30 | Run and select documents from various discovery requests to be used in upcoming Rourke deposition and |

| | | | | that relate to BI Grace estimations produced for questionable spin-offs |
|---|---|---|---|---|
| 06/13/02 | NDF | 350.00 | 2.90 | Selecting docs for possible use in Rourke depo and review of same (1.5); review revised standards brief and give edits to RSF (.6); t/c Friedman re: case issues (.5); t/c Turken re: case issues (.3). |
| 06/14/02 | PVL | 560.00 | 2.00 | Review standards brief (.4); teleconferences Sakalo (.1); review Sealed Air v. Fresenius complaint and motion papers (1.5). |
| 06/14/02 | TWS | 425.00 | 1.40 | In court on U.S. motion to intervene |
| 06/14/02 | TWS | 425.00 | .50 | Review papers re U.S. motion to intervene |
| 06/14/02 | TWS | 425.00 | .30 | Review discovery motions and related correspondence |
| 06/14/02 | JPC | 215.00 | 6.30 | Finalize document reviews by organizing discovery documents in preparation for depositions |
| 06/14/02 | NDF | 350.00 | 1.40 | Rev. docs re: Grace asbestos reserves for use with Beber (1.4). |
| 06/17/02 | PVL | 560.00 | .80 | Review and send email to NDF et al re ins. (.1); confer NDF re same (.1); teleconference Cohen and NDF re same (.3); review Dreier op. re discovery (.2); teleconference EI re ins. (.1). |
| 06/17/02 | TWS | 425.00 | .10 | Conf NDF re Special Master's ruling on motion for protective order |
| 06/17/02 | TWS | 425.00 | .20 | Review discovery correspondence and related motions |
| 06/17/02 | TWS | 425.00 | .40 | Conf call with Milberg and Bilzin re discovery matters and follow-up re U.S. intervention |

| 06/17/02 | NDF | 350.00 | .70 | Draft memo to experts and partners re: jury verdicts and judgments (.2); read estimation cases re: jury verdict estimations (.1); draft memo to associate re: legal issues to research (.2); rev. Grace Financial info in light of settlement proposal for committee memo purposes (.2). |
| 06/17/02 | NDF | 350.00 | 6.20 | Prepare for Rourke depo including selecting docs, reading KPMG study, reading Stallard criticisms, reading other expert analyses (3.6); t/c BF et al re: depositions (.5); rev. Dreier opinion and t/c Friedman re: same (.5); t/c RF and JS re: logistics and insurance issues (.3); t/c Cohen re: insurance (.4); rev. Grace settlement offer (.3); review analysis of questions to ask Rourke (.6). |
| 06/18/02 | PVL | 560.00 | 1.10 | Teleconference Rosenbloom and Baena re settlement (.9); review discovery requests (.1); review Mitberg letter to Dreier (.1). |
| 06/18/02 | TWS | 425.00 | .10 | Read discovery correspondence and rulings |
| 06/18/02 | TWS | 425.00 | .10 | Conf NDF re status and developments |
| 06/18/02 | SME | 135.00 | 2.50 | Assist NDF in deposition preparation by compiling and organizing documents to be used as potential exhibits. Create index for possible exhibits. |
| 06/18/02 | NDF | 350.00 | .50 | Telephone conference with Zaleski re: Rule 2004 memo (0.3); send e-mail memo to Zaleski (0.2). |
| 06/18/02 | NDF | 350.00 | 5.30 | Preparing for Rourke deposition (4.5); telephone conference with Friedman re: eyes only ruling; claims |

| | | | | data to Peterson (0.4); read Judge Dreier discovery order; SAC discovery to US; correspondence with court re: "eyes only"; florence deposition notes (0.4). |
|---|---|---|---|---|
| 06/19/02 | PVL | 560.00 | .50 | Confer NDF re case prep (.3); confer Peterson re same (.2). |
| 06/19/02 | NDF | 350.00 | 9.70 | Preparing for Relles deposition (reviewing documents and statistics treatise) (7.5); telephone conference with Friedman re: FT case issues (.5); meeting with expert Dan Relles (1.2); telephone conference with Turken re: beber deposition (.1); conference with PVNL re: Grace jury verdict information (.4). |
| 06/20/02 | PVL | 560.00 | .20 | Review Friedman letter to J. Wolin (.1); confer Weitz (.1). |
| 06/20/02 | SME | 135.00 | 8.50 | Assist NDF in the deposition of Daniel Rourke by compiling and organizing relevant deposition exhibits. |
| 06/20/02 | JPC | 215.00 | .30 | Telephone conference with NDF re: deposition of Dan Rourke and analysis of outcome for future depos (.3) |
| 06/20/02 | NDF | 350.00 | 11.20 | Meet with Relles re: Rourke deposition (1.1); final preparation for Rourke deposition (1.5); taking Rourke deposition (7.9); debriefing with Fleishman (.3); working on post-deposition memo (.4). |
| 06/21/02 | PVL | 560.00 | 1.30 | Teleconference Peterson, TWS and NDF re case prep (1.2); review 12 depo notices (.1). |
| 06/21/02 | TWS | 425.00 | .20 | Read pleadings and notices |

| 06/21/02 | TWS | 425.00 | .40 | Conf NDF re status and developments |
|---|---|---|---|---|
| 06/21/02 | TWS | 425.00 | 1.30 | Conf call NDF, PNVL, M.Peterson re claims valuation issues |
| 06/21/02 | JPC | 215.00 | 2.40 | Conference with NDF re: strategy for future depos and files (.2); review Dan Rourke deposition (1.0); review pleadings (1.2) |
| 06/21/02 | NDF | 350.00 | .60 | Conference with BAS re: project to use jury verdict information for estimation (0.5); revise and edit motion for RUle 2004 examination re: PI judgments (0.6) (time divided with another case) |
| 06/21/02 | NDF | 350.00 | 3.70 | Telephone conference with Peterson re: Florence critique (1.5); write post-deposition notes re: Rourke, conference with TWS re: Florence deposition (.6); review documents received from Milberg re: claims valuation (1.2); conference with TWS re: Florence deposition exhibits and preparation for same (.4). |
| 06/24/02 | TWS | 425.00 | .10 | Read correspondence |
| 06/24/02 | TWS | 425.00 | .10 | Conf NDF re status and developments |
| 06/24/02 | EI | 675.00 | .30 | Conference NDF re: fraudulent conveyance case motions. |
| 06/24/02 | SME | 135.00 | .50 | Assist in the organization of deposition exhibits by adding additional documents used during the deposition of Daniel Rourke to the previously created database. |
| 06/24/02 | JPC | 215.00 | 4.50 | Review Hickey deposition and extract information for future FT depositions (3.3); review renewed motion to intervene and |

| | | | | |
|---|---|---|---|---|
| | | | | corresponding answer and affirmative defenses (.5); review unimpaired claims analysis in previous PI claimants' committee briefs in preparation for draft deposition to Grace's supplemental brief re: procedures for litigation of the personal injury issues (.7) |
| 06/24/02 | NDF | 350.00 | 3.30 | Telephone conference with Friedman, Turken et al re: case management issues; discovery; PD and PI depositions, sealed air deposition; next steps; expert report tasks (1.9); telephone conference with Friedman re: tax liability issue (.4); conference with CSR re: tax liability issue (.3); telephone conference with Friedman re: tax issue (.2); telephone conference with Fleishman and Turken re: Grace/RPC database production issues (.5). |
| 06/25/02 | TWS | 425.00 | .10 | TC NDF re proposed letter to Judge Wolin |
| 06/25/02 | TWS | 425.00 | .10 | T/C TWS re proposed letter to Judge Wolin |
| 06/25/02 | SME | 135.00 | 1.60 | Assist NDF in research regarding Florence and Stallard by compiling and organizing relevant documents as per his request. |
| 06/25/02 | JPC | 215.00 | 2.40 | Continue review and analysis of new Grace pleadings, incl. amended complaint (.9); collect, organize and analyze docs re: deposition witness Eric Stallard per NDF (1.5) |
| 06/25/02 | NDF | 350.00 | 4.50 | Read Hickey deposition for use in Stallard (2.1); telephone conference with Friedman re: asbestos sensitivity analysis; Peterson affidavit; standards brief (.4); |

|  |  |  |  | telephone conference with Friedman re: tax issue (.3); telephone conference with Swett re: letter to Wolin (.2); telephone conference with Swett re: Florence deposition (.1); review documents to prepare for Stallard deposition (.8); analyze public documents re: COLI tax liability (.6). |
| --- | --- | --- | --- | --- |
| 06/26/02 | CSR | 345.00 | 3.20 | Review Grace's financial statements, research regarding COLI tax treatment, draft document request regarding COLI tax treatment (2.7); office conference with NDF regarding same (.5). |
| 06/26/02 | SME | 135.00 | .40 | Assist NDF in research regarding asbestos exposure by compiling and organizing relevant journal articles and news reports as per his request. |
| 06/26/02 | SME | 135.00 | .30 | Assist NDF in research regarding fraudulent transfers by compiling and organizing relevant financial statements as per his request. |
| 06/26/02 | JPC | 215.00 | 4.50 | Finish review and analysis of arguments re: procedures for the litigation of PI liability issues (1.6); continued work on claims literature and legislation survey (.4) conduct extensive research re: asymptomatic and unimpaired claims for response to brief (2.5) |
| 06/26/02 | NDF | 350.00 | 4.50 | Draft memo to Peterson re: expert opinions (.5); conference with TWS re: expert report (.4); revise memo re: expert opinions (.4); review documents for use with Stallard deposition (2.2); conference with CSR re: tax liability issue for FT purposes (.5); reviewing "eyes only" documents" recently released for PI deposition purposes (.5). |

| 06/27/02 | CSR | 345.00 | 1.30 | Draft and edit document request. |
|---|---|---|---|---|
| 06/27/02 | SME | 135.00 | .30 | Assist NDF in preparation of deposition of Eric Stallard by compiling and organizing documents to be used as exhibits. |
| 06/27/02 | NDF | 350.00 | 7.90 | Preparing for Stallard deposition-reading his prior work for Manville (4.2); reviewing "eyes only" docs for PI depo and trial purposes (2.1); reviewing and selecting docs to send to expert witness in light of opinions requested (1.6). |
| 06/28/02 | TWS | 425.00 | .10 | Conf NDF re depositions |
| 06/28/02 | TWS | 425.00 | .10 | TC E.Lieberstein re logistics of Florence deposition |
| 06/28/02 | TWS | 425.00 | 1.50 | Read transcript of Rourke deposition |
| 06/28/02 | SME | 135.00 | .30 | Assist NDF in preparation for deposition of Eric Stallard by compiling and organizing documents to be used as exhibits. |
| 06/28/02 | NDF | 350.00 | 4.50 | T/c Ainzley re: Stallard depo (.3); draft letter to Stallard lawyer (.5); review docs selected for use with Stallard (2.1); read Rourke depo transcript to use with Stallard (1.0); rs and draft memo to Fleishman re GAAS 57 ans subsequent events (.6). |
| 06/29/02 | TWS | 425.00 | .20 | TC M.Peterson re deposition of T.Florence |
| 06/29/02 | TWS | 425.00 | .10 | TC R.Turken, M.Widom and NDF re legal standards for insolvency determination |
| 06/29/02 | TWS | 425.00 | 1.30 | Read transcript of Rourke deposition |

| 06/29/02 | TWS | 425.00 | 2.90 | Discuss documentary evidence with NDF in preparation for deposition of T.Florence |
| 06/29/02 | TWS | 425.00 | .50 | TC R.Turken, M.Widom and NDF re Florence deposition |
| 06/29/02 | NDF | 350.00 | 4.90 | Prepare for Stallard depo (.5); assisting TWS to prepare for Florence depo (3.1); t/c Turken and Widom re: depo prep Florence and Standards Reply (.7); read K&E letter to Wolin (.2); read Sealed Air Standards brief (.4). |
| 06/30/02 | TWS | 425.00 | 2.00 | Study exhibits in preparation for deposition of T.Florence |
| 06/30/02 | NDF | 350.00 | 2.70 | Prepare for Stallard Depo (2.2); draft insert for Standards Brief (.5). |

**Total Task Code .34          197.70**

**Non-Working Travel Time (25.90 Hours; $ 4,363.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.10 | $337.50 | 708.75 |
| Trevor W. Swett | 7.90 | $212.50 | 1,678.75 |
| Nathan D. Finch | 8.40 | $175.00 | 1,470.00 |
| Stacie M. Evans | 7.50 | $67.50 | 506.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/02 | EI | 337.50 | .40 | Travel to airport (1.0) on plane balance of time and trip to Chicago (1.5) [time divided among 6 clients] |
| 06/02/02 | TWS | 212.50 | 1.20 | Travel to Chicago for Grace Committee meeting |

| 06/04/02 | TWS | 212.50 | 1.80 | Return travel to D.C. |
|---|---|---|---|---|
| 06/05/02 | TWS | 212.50 | 1.50 | Travel to NJ for court appearance |
| 06/05/02 | EI | 337.50 | 1.20 | Travel -- attempt to go to Wilmington, long delays: flights canceled (3:00 pm - 10:00 pm) [time divided among 6 clients]. |
| 06/06/02 | TWS | 212.50 | 1.00 | Return travel to DC |
| 06/06/02 | EI | 337.50 | .50 | Travel to New York [time divided among 6 clients]. |
| 06/14/02 | TWS | 212.50 | 2.40 | Travel to/from Newark for court hearing |
| 06/19/02 | SME | 67.50 | 4.00 | Travel to NY in order to assist NDF in the deposition of Daniel Rourke. |
| 06/19/02 | NDF | 175.00 | 3.90 | Travel to NY |
| 06/20/02 | SME | 67.50 | 3.50 | Return travel from NY after assisting NDF in the deposition of Daniel Rourke. |
| 06/20/02 | NDF | 175.00 | 4.50 | Travel to New York from D.C. (train ride plus waiting time for train in New York) |

**Total Task Code .35**      **25.90**


**Plan/Disclosure Statement/Voting Issues (3.90 Hours; $ 1,743.00)**


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.80 | $560 | 1,008.00 |
| Nathan D. Finch | 2.10 | $350 | 735.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 06/13/02 | PVL | 560.00 | .50 | Teleconference Siegal re plan. |
| 06/17/02 | PVL | 560.00 | 1.30 | Draft memo re Siegal proposal (1.0); teleconference Baena re same (.3). |
| 06/21/02 | NDF | 350.00 | 2.10 | Review draft plan and draft disclosure statement and make comments and edits re: same (2.1). |

**Total Task Code .36**        **3.90**


**Retention of Professionals (.40 Hours; $ 170.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .40 | $425 | 170.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/11/02 | TWS | 425.00 | .40 | TC D.Bernick re objection to retention motion |

**Total Task Code .40**        **.40**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 2,523.59 |
| Air Freight & Express Mail | 202.58 |
| Charge of Cell and/or Home Phone Useage | 15.82 |
| Conference Meals | 28.23 |
| Database Research | 8,739.54 |
| Long Distance Telephone - Equitrac In-House | 62.00 |
| Meals Related to Travel | 533.27 |
| Miscellaneous: Client Advances | 8.75 |
| NYO Long Distance Telephone | 17.33 |
| Outside Local Deliveries | 22.46 |
| Postage | 5.20 |
| Research Material | 143.25 |
| Telecopier | 28.95 |
| Travel Expenses – Ground Transportation | 601.26 |
| Travel Expenses – Hotel Charges | 1,278.14 |
| Travel Expenses – LD Calls on Hotel Bill | 165.74 |
| Duplicating | 3,351.30 |

Total:                                    $ 17,727.41