## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,523.59 |
| Air Freight & Express Mail | 202.58 |
| Charge of Cell and/or Home Phone Useage | 15.82 |
| Conference Meals | 28.23 |
| Database Research | 8,739.54 |
| Long Distance Telephone - Equitrac In-House | 62.00 |
| Meals Related to Travel | 533.27 |
| Miscellaneous: Client Advances | 8.75 |
| NYO Long Distance Telephone | 17.33 |
| Outside Local Deliveries | 22.46 |
| Postage | 5.20 |
| Research Material | 143.25 |
| Telecopier | 28.95 |
| Travel Expenses – Ground Transportation | 601.26 |
| Travel Expenses – Hotel Charges | 1,278.14 |
| Travel Expenses – LD Calls on Hotel Bill | 165.74 |
| Duplicating | 3,351.30 |
| Total: | $ 17,727.41 |

{D0003861:1 }