07/11/2002                                          Prebill Control Report
Page 1
09:56:13

Prebill 000001   Subpage     1
Client: 4642           Matter: 000
_____

Bill Attn To        Attn:

Client 4642                 Grace Asbestos Personal Injury Claimants      Old
Ref:                        Opened: 04/16/01
_____
Client 4642                 Grace Asbestos Personal Injury Claimants      Old
Ref:                        Opened: 04/16/01
Primary Contact


Matter 000                                                               Old
Ref:                        Opened: 04/16/01
_____
Matter 000                                                               Old
Ref:                        Opened: 04/16/01
Disbursements


Bill Cycle: 01  Style: it i1    Start: 04/16/01  Last Billed:    06/25/02
Trans Date Range: 01/01/50 to 06/30/02
Client Retainer Available:          .00    Committed to invoices:       .00
Remaining:        .00
Client Credits  Available:          .00    Committed to invoices:       .00
Remaining:        .00
Matter Retainer Available:          .00    Committed to invoices:       .00
Remaining:        .00
Matter Credits  Available:          .00    Committed to invoices:       .00
Remaining:        .00
Budget Fees         .00                         Billed Fees         .00
Resp Empl: Elihu Inselbuch
Budget Exp          .00                         Billed Exp     78,728.62
Bill Empl: Elihu Inselbuch
Budget Tot          .00                         Total          78,728.62
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                        -----------A C T U A L---------

----------B I L L I N G---------    Value At
Empl Init  Name                         T/E  Avg Rate    Hours      Amount
Avg Rate     Hours      Amount     Calc Rate
Empl Init  Name                         T/E  Avg Rate    Hours      Amount
Avg Rate     Hours      Amount     Calc Rate
_____
_____

0020 PVL   Peter Van N. Lockwood          E                        -116.50
-116.50

```
0106 TWS   Trevor W. Swett            E                    1,565.35
1,565.35
0120 EI    Elihu Inselbuch            E                    1,880.35
1,880.35
0122 SME   Stacie M. Evans            E                      618.15
618.15
0149 JPC   John P. Cunningham         E                       15.82
15.82
0187 NDF   Nathan D. Finch            E                    1,342.19
1,342.19
0999 C&D   Caplin &. Drysdale         E                   12,422.05
12,422.05
                        Total Fees:                .00          .00
.00          .00         .00
                        Total Expenses:                  17,727.41
17,727.41          .00
                        Total Fee+Exp:             .00    17,727.41
.00    17,727.41          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

  Trans Transaction Description     Code  Date   Empl     Rate   Hours
Amount  Rate   Hours       Amount  Cumulative
  Trans Transaction Description     Code  Date   Empl     Rate   Hours
Amount  Rate   Hours       Amount  Cumulative
```
_____
_____

```
1320,954 Equitrac - Long Distance  E 64 06/01/02 0999 C&D
.18                          .18       .18
1323,099 Equitrac - Photocopy      E 54 06/03/02 0999 C&D
3.30                        3.30      3.48
         charges
1323,100 Xeroxing                  E 54 06/03/02 0999 C&D
25.20                      25.20     28.68
1323,101 Xeroxing                  E 54 06/03/02 0999 C&D
25.95                      25.95     54.63
1323,102 Equitrac - Photocopy      E 54 06/03/02 0999 C&D
.15                          .15     54.78
         charges
1323,112 Telecopier/Equitrac       E 62 06/03/02 0999 C&D
.30                          .30     55.08
1322,912 Long Distance-Equitrac    E 64 06/04/02 0999 C&D
1.91                        1.91     56.99
         In-House
```

```
07/11/2002                                        Prebill Control Report
Page 2
09:56:14

Prebill 000001   Subpage    2
Client: 4642            Matter: 000
_____
```

| | W/E Trans.  Work    --------A C T U A |
| L-------- -------------B I L L I N G------------- | |
| | W/E Trans.  Work    --------A C T U A |
| L-------- -------------B I L L I N G------------- | |

| Trans Transaction Description | Code Date  Empl    Rate   Hours |
| Amount   Rate   Hours    Amount  Cumulative | |
| Trans Transaction Description | Code Date  Empl    Rate   Hours |
| Amount   Rate   Hours    Amount  Cumulative | |

```
_____
_____

1323,103 Xeroxing              E 54 06/04/02 0999 C&D
29.70                  29.70     86.69
1323,104 Equitrac - Photocopy  E 54 06/04/02 0999 C&D
2.70                   2.70      89.39
         charges
1323,105 Xeroxing              E 54 06/04/02 0999 C&D
1.20                   1.20      90.59
1323,106 Xeroxing              E 54 06/04/02 0999 C&D
12.00                 12.00     102.59
1323,107 Xeroxing              E 54 06/04/02 0999 C&D
19.35                 19.35     121.94
1323,113 Equitrac - Fax charges E 62 06/04/02 0999 C&D
3.45                   3.45     125.39
1322,744 EI expenses in Philadelphia E 15 06/05/02 0120 EI
55.00                 55.00     180.39
         for meeting with US Trustee
         on 5/21 for r/t train
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0071,819:0004  Date:
         06/05/02
1322,913 Long Distance-Equitrac E 64 06/05/02 0999 C&D
3.58                   3.58     183.97
         In-House
1323,108 Equitrac - Photocopy  E 54 06/05/02 0999 C&D
4.65                   4.65     188.62
         charges
1323,109 Equitrac - Photocopy  E 54 06/05/02 0999 C&D
.75                    .75     189.37
         charges
1323,110 Xeroxing              E 54 06/05/02 0999 C&D
3.75                   3.75     193.12
1323,111 Equitrac - Photocopy  E 54 06/05/02 0999 C&D
5.85                   5.85     198.97
         charges
1323,482 Federal Express to Chilelli E 01 06/06/02 0120 EI
26.11                 26.11     225.08
```

{D0003862:1 }

```
            and Smith from EI on 5/24
            From Federal Express
            002001 AUDIT *
            AP-0071,849:0006  Date:
            06/06/02
1323,979 Long Distance-Equitrac      E 64 06/06/02 0999 C&D
5.17                      5.17      230.25
            In-House
1324,122 Xeroxing                    E 54 06/06/02 0999 C&D
57.00                    57.00       287.25
1324,123 Equitrac - Photocopy        E 54 06/06/02 0999 C&D
.75                        .75      288.00
            charges
1324,124 Equitrac - Photocopy        E 54 06/06/02 0999 C&D
3.60                      3.60      291.60
            charges
1323,980 Long Distance-Equitrac      E 64 06/07/02 0999 C&D
2.81                      2.81      294.41
            In-House
1324,125 Equitrac - Photocopy        E 54 06/07/02 0999 C&D
2.85                      2.85      297.26
            charges
1324,126 Equitrac - Photocopy        E 54 06/07/02 0999 C&D
3.00                      3.00      300.26
            charges
1324,127 Equitrac - Fax charges      E 62 06/07/02 0999 C&D
.45                        .45      300.71
1324,542 TWS means in Chicago on     E 21 06/10/02 0106 TWS
32.08                    32.08      332.79
            6/2-4 for meetings
            From Trevor W. Swett
            000106 AUDIT *
            AP-0071,903:0004  Date:
            06/10/02
```

07/11/2002                                              Prebill Control Report
Page 3
09:56:14

Prebill 000001    Subpage    3
Client: 4642            Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours         Amount   Cumulative
   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours         Amount   Cumulative
_____
_____

1324,544 TWS Four Seasons hotel     E 32 06/10/02 0106 TWS
379.17                    379.17      711.96
         expenses in Chicago on
         6/2-4 for meetings
         From Trevor W. Swett
         000106 AUDIT *
         AP-0071,903:0006  Date:
         06/10/02
1324,546 TWS cabs expenses in       E 33 06/10/02 0106 TWS
35.66                     35.66      747.62
         Chicago for meetings on
         6/2-4
         From Trevor W. Swett
         000106 AUDIT *
         AP-0071,903:0008  Date:
         06/10/02
1324,548 TWS phone call expenses    E 35 06/10/02 0106 TWS
39.50                     39.50      787.12
         from hotel room in Chicago
         for meetings on 6/2-4
         From Trevor W. Swett
         000106 AUDIT *
         AP-0071,903:0010  Date:
         06/10/02
1324,553 TWS expenses in Newark for E 21 06/10/02 0106 TWS
14.47                     14.47      801.59
         court hearing on 6/5-6 for
         meals
         From Trevor W. Swett
         000106 AUDIT *
         AP-0071,905:0002  Date:
         06/10/02
1324,554 TWS expenses in Newark for E 32 06/10/02 0106 TWS
210.94                    210.94    1,012.53
         court hearing on 6/5-6 for
         Hilton Newark airport hote;
         From Trevor W. Swett

```
          000106 AUDIT *
          AP-0071,905:0003  Date:
          06/10/02
1324,555 TWS expenses in Newark for   E 33 06/10/02 0106 TWS
54.00                       54.00    1,066.53
          court hearing on 6/5-6 for
          cabs
          From Trevor W. Swett
          000106 AUDIT *
          AP-0071,905:0004  Date:
          06/10/02
1324,556 TWS expenses in Newark for   E 35 06/10/02 0106 TWS
7.67                        7.67    1,074.20
          court hearing on 6/5-6 for
          phone calls made from hotel
          From Trevor W. Swett
          000106 AUDIT *
          AP-0071,905:0005  Date:
          06/10/02
```

```
07/11/2002                                    Prebill Control Report
Page 4
09:56:14

Prebill 000001   Subpage    4
Client: 4642            Matter: 000
_____

                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate   Hours        Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate   Hours        Amount   Cumulative
_____
_____

1324,613 Long Distance-Equitrac      E 64 06/10/02 0999 C&D
9.06                         9.06    1,083.26
         In-House
1324,687 Equitrac - Photocopy        E 54 06/10/02 0999 C&D
20.25                       20.25    1,103.51
         charges
1324,688 Equitrac - Photocopy        E 54 06/10/02 0999 C&D
8.55                         8.55    1,112.06
         charges
1324,689 Xeroxing                    E 54 06/10/02 0999 C&D
8.40                         8.40    1,120.46
1324,690 Xeroxing                    E 54 06/10/02 0999 C&D
2.55                         2.55    1,123.01
1324,691 Equitrac - Photocopy        E 54 06/10/02 0999 C&D
16.65                       16.65    1,139.66
         charges
1324,902 ADA Travel; Downgrade on    E 15 06/11/02 0020 PVL
-116.50                   -116.50    1,023.16
         PVNL 5/22 travel to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0071,909:0006  Date:
         06/11/02
1324,930 Charge & Ride for EI and    E 33 06/11/02 0120 EI
40.85                       40.85    1,064.01
         PVNL to Newark for conf
         w/Judge Wolin on 5/22
         From Charge & Ride Inc.
         002821 AUDIT *
         AP-0071,918:0005  Date:
         06/11/02
1324,932 Charge & Ride for EI and    E 33 06/11/02 0120 EI
45.90                       45.90    1,109.91
         PVNL from conf in Newark
         w/Judge Wolin on 5/23
         From Charge & Ride Inc.
         002821 AUDIT *
```

```
          AP-0071,918:0007  Date:
          06/11/02
1324,908 ADA Travel; NDF 5/29 travel  E 15 06/11/02 0187 NDF
456.00                 456.00    1,565.91
          to New York (coach fare
          330.00)
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0071,909:0012  Date:
          06/11/02
1324,909 ADA Travel; Agency fee on    E 15 06/11/02 0187 NDF
40.00                   40.00    1,605.91
          NDF 5/29 travel to New York
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0071,909:0013  Date:
          06/11/02
1325,040 Equitrac - Photocopy         E 54 06/11/02 0999 C&D
47.70                   47.70    1,653.61
          charges
1325,041 Equitrac - Photocopy         E 54 06/11/02 0999 C&D
3.60                     3.60    1,657.21
          charges
1325,042 Equitrac - Photocopy         E 54 06/11/02 0999 C&D
4.80                     4.80    1,662.01
          charges
```

07/11/2002                                              Prebill Control Report
Page 5
09:56:14

Prebill 000001   Subpage     5
Client: 4642            Matter: 000
_____

                                        W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                        W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description       Code  Date   Empl      Rate      Hours
Amount    Rate    Hours       Amount   Cumulative
    Trans Transaction Description       Code  Date   Empl      Rate      Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

1325,043 Equitrac - Photocopy        E 54 06/11/02 0999 C&D
1.35                        1.35    1,663.36
         charges
1325,044 Xeroxing                    E 54 06/11/02 0999 C&D
6.60                        6.60    1,669.96
1325,045 Telecopier/Equitrac         E 62 06/11/02 0999 C&D
4.50                        4.50    1,674.46
1325,195 Petty Cash; TWS luncheon    E 22 06/12/02 0106 TWS
18.86                      18.86    1,693.32
         meeting on 5/31 with
         HDR,EI,WBS,PVNL re asbestos
         litigation
         From Petty Cash
         005317 AUDIT *
         AP-0071,925:0025  Date:
         06/12/02
1325,199 Petty Cash; To reimburse    E 12 06/12/02 0149 JPC
15.82                      15.82    1,709.14
         JPC for phone calls made
         while in Miami on 5/7-10
         From Petty Cash
         005317 AUDIT *
         AP-0071,925:0029  Date:
         06/12/02
1325,406 Database Research-Westlaw    E 50 06/12/02 0999 C&D
301.32                    301.32    2,010.46
         research by JPC on 05/28,30
1325,407 Database Research-Westlaw    E 50 06/12/02 0999 C&D
1,320.80                1,320.80    3,331.26
         research by MCH on 05/28-30
1325,408 Database Research-Westlaw    E 50 06/12/02 0999 C&D
940.01                    940.01    4,271.27
         research by JPC/NR on
         05/30,31
1325,448 Database Research-Lexis      E 50 06/12/02 0999 C&D
1,118.84                1,118.84    5,390.11
         research by JPC on 05/28

```
1325,449 Database Research-Lexis    E 50 06/12/02 0999 C&D
187.18                     187.18    5,577.29
         research by JPC/NR on 05/31
1325,506 Velocity Express to Sidley  E 03 06/12/02 0999 C&D
3.96                         3.96   5,581.25
         & Austin on 5/28
         From Velocity Express
         002986 AUDIT *
         AP-0071,961:0003  Date:
         06/12/02
1325,510 Velocity Express to Wiley   E 03 06/12/02 0999 C&D
18.50                       18.50    5,599.75
         Rein and Shea & Garnder
         from on 5/14
         From Velocity Express
         002986 AUDIT *
         AP-0071,962:0004  Date:
         06/12/02
1325,515 LexisNexis Matthew Bender;  E 06 06/12/02 0999 C&D
134.79                     134.79    5,734.54
         Sourcebook on Asbestos
         Disease
         From LexisNexis Matthew
         Bender       003451 AUDIT *
         AP-0071,963:0003  Date:
```

07/11/2002                                    Prebill Control Report
Page 6
09:56:14

Prebill 000001   Subpage    6
Client: 4642           Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate   Hours
Amount   Rate   Hours      Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate   Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

          06/12/02
1325,559 Long Distance-Equitrac    E 64 06/12/02 0999 C&D
.84                    .84    5,735.38
          In-House
1325,626 Equitrac - Photocopy      E 54 06/12/02 0999 C&D
3.75                  3.75    5,739.13
          charges
1325,772 Federal Express to EI at  E 01 06/13/02 0120 EI
19.82                 19.82    5,758.95
          Four Searons hotel on 6/3
          From Federal Express
          002001 AUDIT *
          AP-0072,015:0006  Date:
          06/13/02
1325,777 GA Tech Library and       E 27 06/13/02 0187 NDF
8.75                  8.75    5,767.70
          Information Center
          From GA Tech
          003479 AUDIT *
          AP-0072,019:0002  Date:
          06/13/02
1326,781 Long Distance-Equitrac    E 64 06/13/02 0999 C&D
4.66                  4.66    5,772.36
          In-House
1326,854 Equitrac - Photocopy      E 54 06/13/02 0999 C&D
21.30                 21.30    5,793.66
          charges
1326,855 Equitrac - Photocopy      E 54 06/13/02 0999 C&D
33.30                 33.30    5,826.96
          charges
1326,856 Xeroxing                  E 54 06/13/02 0999 C&D
17.40                 17.40    5,844.36
1326,857 Xeroxing                  E 54 06/13/02 0999 C&D
2.55                  2.55    5,846.91
1326,858 Equitrac - Photocopy      E 54 06/13/02 0999 C&D
.75                    .75    5,847.66
          charges

```
1326,859 Equitrac - Photocopy       E 54 06/13/02 0999 C&D
.60                      .60    5,848.26
         charges
1326,860 Xeroxing                    E 54 06/13/02 0999 C&D
78.15                   78.15    5,926.41
1327,136 Long Distance-Equitrac      E 64 06/14/02 0999 C&D
.77                      .77    5,927.18
         In-House
1327,197 Xeroxing                    E 54 06/14/02 0999 C&D
9.15                     9.15    5,936.33
1327,198 Equitrac - Photocopy       E 54 06/14/02 0999 C&D
86.10                   86.10    6,022.43
         charges
1327,199 Xeroxing                    E 54 06/14/02 0999 C&D
25.35                   25.35    6,047.78
1327,200 Equitrac - Photocopy       E 54 06/14/02 0999 C&D
1.20                     1.20    6,048.98
         charges
1327,201 Xeroxing                    E 54 06/14/02 0999 C&D
3.45                     3.45    6,052.43
1327,728 Long Distance-Equitrac      E 64 06/17/02 0999 C&D
4.13                     4.13    6,056.56
         In-House
1327,807 Xeroxing                    E 54 06/17/02 0999 C&D
395.40                 395.40    6,451.96
1327,808 Xeroxing                    E 54 06/17/02 0999 C&D
9.75                     9.75    6,461.71
1327,809 Xeroxing                    E 54 06/17/02 0999 C&D
25.50                   25.50    6,487.21
1327,810 Equitrac - Photocopy       E 54 06/17/02 0999 C&D
1.35                     1.35    6,488.56
         charges
1327,811 Equitrac - Photocopy       E 54 06/17/02 0999 C&D
37.65                   37.65    6,526.21
         charges
1328,320 Long Distance-Equitrac      E 64 06/18/02 0999 C&D
4.47                     4.47    6,530.68
```

```
07/11/2002                                    Prebill Control Report
Page 7
09:56:14

Prebill 000001   Subpage    7
Client: 4642           Matter: 000
_____

                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date  Empl     Rate    Hours
Amount    Rate    Hours     Amount  Cumulative
   Trans Transaction Description      Code  Date  Empl     Rate    Hours
Amount    Rate    Hours     Amount  Cumulative
_____

_____

        In-House
1328,391 Xeroxing                     E 54 06/18/02 0999 C&D
1.05                       1.05    6,531.73
1328,392 Xeroxing                     E 54 06/18/02 0999 C&D
514.05                   514.05     7,045.78
1328,393 Xeroxing                     E 54 06/18/02 0999 C&D
52.05                     52.05     7,097.83
1328,394 Xeroxing                     E 54 06/18/02 0999 C&D
2.40                       2.40     7,100.23
1328,395 Equitrac - Photocopy         E 54 06/18/02 0999 C&D
7.65                       7.65     7,107.88
        charges
1328,396 Equitrac - Photocopy         E 54 06/18/02 0999 C&D
1.20                       1.20     7,109.08
        charges
1328,397 Equitrac - Fax charges       E 62 06/18/02 0999 C&D
3.30                       3.30     7,112.38
1328,398 Telecopier/Equitrac         E 62 06/18/02 0999 C&D
1.50                       1.50     7,113.88
1328,151 Federal Express to Brad      E 01 06/19/02 0122 SME
35.52                     35.52      7,149.40
        Friedman from SME on 6/12
        From Federal Express
        002001 AUDIT *
        AP-0072,077:0006  Date:
        06/19/02
1328,585 Long Distance-Equitrac       E 64 06/19/02 0999 C&D
3.70                       3.70     7,153.10
        In-House
1328,646 Equitrac - Photocopy         E 54 06/19/02 0999 C&D
9.60                       9.60     7,162.70
        charges
1328,647 Equitrac - Photocopy         E 54 06/19/02 0999 C&D
8.85                       8.85     7,171.55
        charges
1328,648 Equitrac - Photocopy         E 54 06/19/02 0999 C&D
1.05                       1.05     7,172.60
```

```
                charges
1328,649 Xeroxing                    E 54 06/19/02 0999 C&D
14.40                        14.40    7,187.00
1328,793 Petty Cash; Evening dinner  E 22 06/20/02 0187 NDF
9.37                          9.37    7,196.37
            for NDF on 6/18
            From Petty Cash
            005317 AUDIT *
            AP-0072,112:0035  Date:
            06/20/02
1329,140 Long Distance-Equitrac      E 64 06/20/02 0999 C&D
3.74                          3.74    7,200.11
            In-House
1329,213 Xeroxing                    E 54 06/20/02 0999 C&D
18.90                        18.90    7,219.01
1329,214 Xeroxing                    E 54 06/20/02 0999 C&D
12.00                        12.00    7,231.01
1329,215 Equitrac - Photocopy        E 54 06/20/02 0999 C&D
.60                            .60    7,231.61
            charges
1329,216 Equitrac - Photocopy        E 54 06/20/02 0999 C&D
1.80                          1.80    7,233.41
            charges
1329,217 Equitrac - Fax charges      E 62 06/20/02 0999 C&D
2.55                          2.55    7,235.96
1329,218 Telecopier/Equitrac         E 62 06/20/02 0999 C&D
7.65                          7.65    7,243.61
1329,349 Federal Express sent by EI  E 01 06/21/02 0120 EI
9.65                          9.65    7,253.26
            to Lauren on 6/4
            From Federal Express
            002001 AUDIT *
            AP-0072,115:0006  Date:
            06/21/02
1329,398 EI Chicago expenses for     E 21 06/21/02 0120 EI
26.48                        26.48    7,279.74
```

07/11/2002                                          Prebill Control Report
Page 8
09:56:14

Prebill 000001    Subpage     8
Client: 4642            Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description       Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
   Trans Transaction Description       Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
_____
_____

         Grace asbestos meeting on
         6/4 for dinner conf with
         PVNL
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0072,122:0002  Date:
         06/21/02
1329,399 EI Chicago expenses for      E 21 06/21/02 0120 EI
16.33                      16.33   7,296.07
         Grace asbestos meeting on
         6/4 for room service
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0072,122:0003  Date:
         06/21/02
1329,400 EI Chicago expenses for      E 21 06/21/02 0120 EI
215.61                     215.61   7,511.68
         Grace asbestos meeting on
         6/4 for dinner conf with
         Budd, Peterson, Weitz,
         Marcis, Bickford
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0072,122:0004  Date:
         06/21/02
1329,401 EI Chicago expenses for      E 15 06/21/02 0120 EI
181.92                     181.92   7,693.60
         Grace asbestos meeting on
         6/4 for airfare New York to
         Chicago (coach fare 122.91)
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0072,122:0005  Date:
         06/21/02
1329,402 EI Chicago expenses for      E 15 06/21/02 0120 EI
15.00                      15.00   7,708.60
         Grace asbestos meeting on

```
            6/4 for travel agency fee
            From Elihu Inselbuch
            000120 AUDIT *
            AP-0072,122:0006  Date:
            06/21/02
1329,403 EI Chicago expenses for      E 32 06/21/02 0120 EI
175.23                  175.23    7,883.83
            Grace asbestos meeting on
            6/4 for Four Seasons hotel
            From Elihu Inselbuch
            000120 AUDIT *
            AP-0072,122:0007  Date:
            06/21/02
1329,404 EI Chicago expenses for      E 35 06/21/02 0120 EI
15.63                    15.63    7,899.46
            Grace asbestos meeting on
            6/4 for phone calls made
            from hotel
```

```
07/11/2002                                    Prebill Control Report
Page 9
09:56:14

Prebill 000001   Subpage     9
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

  Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
  Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
_____
_____

          From Elihu Inselbuch
          000120 AUDIT *
          AP-0072,122:0008  Date:
          06/21/02
1329,405 EI Chicago expenses for     E 15 06/21/02 0120 EI
166.17                     166.17    8,065.63
          Grace asbestos meeting on
          6/4 for airfare Chicago to
          Newark (coach fare 123.50)
          From Elihu Inselbuch
          000120 AUDIT *
          AP-0072,122:0009  Date:
          06/21/02
1329,424 Federal Express to Richael  E 01 06/21/02 0122 SME
75.65                       75.65    8,141.28
          Fleishman from SME on 6/18
          From Federal Express
          002001 AUDIT *
          AP-0072,133:0006  Date:
          06/21/02
1329,427 NDF New York expenses for   E 21 06/21/02 0187 NDF
10.00                       10.00    8,151.28
          depositions on 6/19-20 for
          dinner
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,135:0002  Date:
          06/21/02
1329,428 NDF New York expenses for   E 32 06/21/02 0187 NDF
279.46                     279.46    8,430.74
          depositions on 6/19-20 for
          Hoel Elysee
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,135:0003  Date:
          06/21/02
```

```
1329,429 NDF New York expenses for    E 33 06/21/02 0187 NDF
33.00                    33.00     8,463.74
          depositions on 6/19-20 for
          cabs in DC and in NY t/f
          train and hotel
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,135:0004  Date:
          06/21/02
1329,430 NDF New York expenses for    E 35 06/21/02 0187 NDF
19.61                    19.61     8,483.35
          depositions on 6/19-20 for
          phone calls made from room
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,135:0005  Date:
          06/21/02
1329,459 Equitrac - Long Distance     E 64 06/21/02 0999 C&D
6.31                      6.31     8,489.66
1329,530 Equitrac - Photocopy         E 54 06/21/02 0999 C&D
.60                        .60     8,490.26
```

```
07/11/2002                                    Prebill Control Report
Page 10
09:56:15

Prebill 000001   Subpage    10
Client: 4642           Matter: 000
_____

                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description        Code  Date    Empl     Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
   Trans Transaction Description        Code  Date    Empl     Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
_____
_____

         charges
1329,531 Equitrac - Photocopy          E 54 06/21/02 0999 C&D
52.95                        52.95   8,543.21
         charges
1329,532 Equitrac - Photocopy          E 54 06/21/02 0999 C&D
18.15                        18.15   8,561.36
         charges
1329,533 Equitrac - Photocopy          E 54 06/21/02 0999 C&D
1.80                          1.80   8,563.16
         charges
1329,534 Xeroxing                      E 54 06/21/02 0999 C&D
12.90                        12.90   8,576.06
1329,535 Xeroxing                      E 54 06/21/02 0999 C&D
1.65                          1.65   8,577.71
1329,536 Equitrac - Photocopy          E 54 06/21/02 0999 C&D
9.00                          9.00   8,586.71
         charges
1329,537 Telecopier/Equitrac          E 62 06/21/02 0999 C&D
2.85                          2.85   8,589.56
1330,062 TWS expenses in Newark for    E 33 06/24/02 0106 TWS
19.00                        19.00   8,608.56
         court hearing on 6/14 for
         cabs and parking
         From Trevor W. Swett
         000106 AUDIT *
         AP-0072,149:0002  Date:
         06/24/02
1330,066 EI room service in Chicago    E 21 06/24/02 0120 EI
4.46                          4.46   8,613.02
         for meeting on 6/5
         From Elihu Inselbuch
         000120 AUDIT *
         AP-0072,154:0002  Date:
         06/24/02
1330,124 Long Distance-Equitrac        E 64 06/24/02 0999 C&D
1.34                          1.34   8,614.36
         In-House
```

```
1330,187 Equitrac - Photocopy      E 54 06/24/02 0999 C&D
.45                         .45    8,614.81
         charges
1330,188 Equitrac - Photocopy      E 54 06/24/02 0999 C&D
13.50                      13.50    8,628.31
         charges
1330,189 Xeroxing                  E 54 06/24/02 0999 C&D
56.85                      56.85    8,685.16
1330,190 Equitrac - Photocopy      E 54 06/24/02 0999 C&D
.15                         .15    8,685.31
         charges
1330,191 Xeroxing                  E 54 06/24/02 0999 C&D
1.05                       1.05    8,686.36
1330,192 Equitrac - Photocopy      E 54 06/24/02 0999 C&D
2.40                       2.40    8,688.76
         charges
1330,193 Equitrac - Photocopy      E 54 06/24/02 0999 C&D
7.35                       7.35    8,696.11
         charges
1330,194 Xeroxing                  E 54 06/24/02 0999 C&D
63.60                      63.60    8,759.71
1333,714 Database Research-Westlaw E 50 06/24/02 0999 C&D
61.35                      61.35    8,821.06
         research by NDF on 06/10
1333,715 Database Research-Westlaw E 50 06/24/02 0999 C&D
611.30                    611.30    9,432.36
         research by DML on 06/10
1330,654 Long Distance-Equitrac    E 64 06/25/02 0999 C&D
4.09                       4.09    9,436.45
         In-House
1330,729 Xeroxing                  E 54 06/25/02 0999 C&D
15.60                      15.60    9,452.05
1330,730 Xeroxing                  E 54 06/25/02 0999 C&D
264.90                    264.90    9,716.95
1330,731 Equitrac - Photocopy      E 54 06/25/02 0999 C&D
10.65                      10.65    9,727.60
```

07/11/2002                                    Prebill Control Report
Page 11
09:56:15

Prebill 000001    Subpage    11
Client: 4642           Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
_____
_____

          charges
1330,732 Xeroxing                    E 54 06/25/02 0999 C&D
.75                      .75    9,728.35
1330,733 Equitrac - Photocopy        E 54 06/25/02 0999 C&D
10.50                  10.50    9,738.85
          charges
1330,734 Xeroxing                    E 54 06/25/02 0999 C&D
61.20                  61.20    9,800.05
1330,735 Xeroxing                    E 54 06/25/02 0999 C&D
31.80                  31.80    9,831.85
1330,736 Equitrac - Photocopy        E 54 06/25/02 0999 C&D
114.60                114.60    9,946.45
          charges
1330,581 EI expenses in Chicago on   E 21 06/26/02 0120 EI
213.84                213.84   10,160.29
          6/4 for coffee/soda during
          meeting
          w/Baron,Budd,Cooney,Meyer,Ka
          zan,Kelley,Rice,
          Davis,Weitz,McNew,(divided
          amoung three clients)
          From Four Seasons Hotel
          003487 AUDIT *
          AP-0072,186:0002  Date:
          06/26/02
1330,582 EI expenses in Chicago on   E 32 06/26/02 0120 EI
233.34                233.34   10,393.63
          6/4 for meeting room rental
          divided among three clients
          From Four Seasons Hotel
          003487 AUDIT *
          AP-0072,186:0003  Date:
          06/26/02
1330,583 EI expenses in Chicago on   E 35 06/26/02 0120 EI
83.33                  83.33   10,476.96
          6/4 for conference phone
          (cost divided among three

```
              clients)
              From Four Seasons Hotel
              003487 AUDIT *
              AP-0072,186:0004  Date:
              06/26/02
1330,616 Charge & Ride for EI from      E 33 06/26/02 0120 EI
330.58                      330.58   10,807.54
              399 Park Avenue to Newark,
              NJ on 1/22
              From Charge & Ride Inc.
              002821 AUDIT *
              AP-0072,210:0002  Date:
              06/26/02
1330,622 Charge & Ride from              E 33 06/26/02 0120 EI
5.10                        5.10   10,812.64
              Newark/additional charge
              for extra stop w/EI and
              PVNL after conf with Judge
              Wolin on 5/22
              From Charge & Ride Inc.
              002821 AUDIT *
              AP-0072,211:0004  Date:
```

07/11/2002                                          Prebill Control Report
Page 12
09:56:15

Prebill 000001   Subpage   12
Client: 4642          Matter: 000
_____

```
                              W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
   Trans Transaction Description    Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
```
_____
_____

```
          06/26/02
1331,003 Database Research-Lexis     E 50 06/26/02 0999 C&D
77.20              77.20    10,889.84
          research by JPC/NR on 06/06
1331,135 Database Research-Westlaw   E 50 06/26/02 0999 C&D
65.33              65.33    10,955.17
          research by MCH on 06/03-05
1331,136 Database Research-Westlaw   E 50 06/26/02 0999 C&D
2,999.42            2,999.42   13,954.59
          research by DML on 06/05
1331,137 Database Research-Westlaw   E 50 06/26/02 0999 C&D
112.98             112.98    14,067.57
          research by DML on 06/07
1331,293 Database Research-Lexis     E 50 06/26/02 0999 C&D
154.40             154.40    14,221.97
          research by JPC/MLR on
          06/10
1331,689 Long Distance-Equitrac      E 64 06/26/02 0999 C&D
1.65                1.65    14,223.62
          In-House
1331,745 Xeroxing                    E 54 06/26/02 0999 C&D
64.35              64.35    14,287.97
1331,746 Equitrac - Photocopy        E 54 06/26/02 0999 C&D
5.10                5.10    14,293.07
          charges
1331,747 Xeroxing                    E 54 06/26/02 0999 C&D
7.20                7.20    14,300.27
1331,748 Xeroxing                    E 54 06/26/02 0999 C&D
2.25                2.25    14,302.52
1331,359 ADA Travel; TWS 6/5 travel  E 15 06/27/02 0106 TWS
228.00             228.00    14,530.52
          to Newark (coach fare
          157.00)
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,216:0007  Date:
          06/27/02
```

```
1331,360 ADA Travel; Agency fee on    E 15 06/27/02 0106 TWS
20.00                       20.00    14,550.52
         TWS 6/5 travel to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0008  Date:
         06/27/02
1331,383 ADA Travel; TWS 6/14 travel  E 15 06/27/02 0106 TWS
466.00                      466.00    15,016.52
         to Newark (coach fare
         314.00)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0031  Date:
         06/27/02
1331,384 ADA Travel; agency fee for   E 15 06/27/02 0106 TWS
40.00                        40.00    15,056.52
         TWS 6/14 travel to Newark
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0032  Date:
         06/27/02
1331,391 ADA Travel; SME 6/19 travel  E 15 06/27/02 0122 SME
446.00                      446.00    15,502.52
         to NYC (coach fare 290.00)
         From ADA Travel, Inc.
         000534 AUDIT *
```

```
07/11/2002                                          Prebill Control Report
Page 13
09:56:15

Prebill 000001   Subpage    13
Client: 4642             Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
_____
_____
         AP-0072,216:0039  Date:
         06/27/02
1331,392 ADA Travel; Agency fee for  E 15 06/27/02 0122 SME
40.00                      40.00   15,542.52
         SME 6/19 travel to NYC
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0040  Date:
         06/27/02
1331,386 ADA Travel; NDF 6/19 travel E 15 06/27/02 0187 NDF
446.00                    446.00   15,988.52
         to NYC (coach fare 330.00)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0034  Date:
         06/27/02
1331,387 ADA Travel; Agency fee on   E 15 06/27/02 0187 NDF
40.00                      40.00   16,028.52
         NDF 6/19 travel to NYC
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,216:0035  Date:
         06/27/02
1331,407 LexisNexis Courtlink        E 06 06/27/02 0999 C&D
8.46                        8.46   16,036.98
         From LexisNexis Courtlink
         Inc.      003463 AUDIT *
         AP-0072,231:0007  Date:
         06/27/02
1332,191 Database Research-Westlaw   E 50 06/27/02 0999 C&D
789.41                    789.41   16,826.39
         research by DML on 06/19,20
1332,521 Long Distance-Equitrac      E 64 06/27/02 0999 C&D
2.56                        2.56   16,828.95
         In-House
1332,581 Xeroxing                    E 54 06/27/02 0999 C&D
522.90                    522.90   17,351.85
```

```
1332,582 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
5.25                    5.25    17,357.10
         charges
1332,583 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
1.50                    1.50    17,358.60
         charges
1332,584 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
2.40                    2.40    17,361.00
         charges
1332,585 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
10.95                  10.95    17,371.95
         charges
1332,586 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
63.00                  63.00    17,434.95
         charges
1332,587 Xeroxing                    E 54 06/27/02 0999 C&D
6.00                    6.00    17,440.95
1332,588 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
1.50                    1.50    17,442.45
         charges
1332,589 Equitrac - Photocopy        E 54 06/27/02 0999 C&D
6.45                    6.45    17,448.90
         charges
1332,590 Xeroxing                    E 54 06/27/02 0999 C&D
2.70                    2.70    17,451.60
1332,591 Xeroxing                    E 54 06/27/02 0999 C&D
21.00                  21.00    17,472.60
1332,592 Xeroxing                    E 54 06/27/02 0999 C&D
49.80                  49.80    17,522.40
1332,593 Equitrac - Fax charges      E 62 06/27/02 0999 C&D
1.50                    1.50    17,523.90
```

```
07/11/2002                                    Prebill Control Report
Page 14
09:56:15

Prebill 000001   Subpage    14
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours        Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours        Amount   Cumulative
_____
_____

1332,594 Equitrac - Fax charges      E 62 06/27/02 0999 C&D
.30                          .30   17,524.20
1332,595 Equitrac - Fax charges      E 62 06/27/02 0999 C&D
.45                          .45   17,524.65
1332,490 Federal Express to Mark     E 01 06/28/02 0122 SME
20.98                      20.98   17,545.63
         Peterson from SME on 6/25
         From Federal Express
         002001 AUDIT *
         AP-0072,285:0004  Date:
         06/28/02
1332,482 Federal Express to Mark     E 01 06/28/02 0999 C&D
14.85                      14.85   17,560.48
         Peterson from Rita Tower on
         6/21
         From Federal Express
         002001 AUDIT *
         AP-0072,276:0008  Date:
         06/28/02
1332,981 Long Distance-Equitrac      E 64 06/28/02 0999 C&D
.53                          .53   17,561.01
         In-House
1333,029 Xeroxing                    E 54 06/28/02 0999 C&D
6.75                        6.75   17,567.76
1333,030 Equitrac - Photocopy        E 54 06/28/02 0999 C&D
.45                          .45   17,568.21
         charges
1333,031 Equitrac - Photocopy        E 54 06/28/02 0999 C&D
9.75                        9.75   17,577.96
         charges
1333,032 Xeroxing                    E 54 06/28/02 0999 C&D
64.95                      64.95   17,642.91
1333,033 Equitrac - Photocopy        E 54 06/28/02 0999 C&D
14.85                      14.85   17,657.76
         charges
1333,035 Equitrac - Fax charges      E 62 06/28/02 0999 C&D
.15                          .15   17,657.91
```

```
1333,890 NYO Long Distance          E 65 06/28/02 0999 C&D
17.33                     17.33   17,675.24
         Telephone-Long distance
         call made in the month of
         May
1332,982 Equitrac - Long Distance   E 64 06/29/02 0999 C&D
   .50                       .50   17,675.74
1333,034 Equitrac - Photocopy       E 54 06/29/02 0999 C&D
  9.30                      9.30   17,685.04
         charges
1329,107 Travel Expenses-Ground     E 33 06/30/02 0999 C&D
 37.17                     37.17   17,722.21
         Transporation - EI's trip
         to Chicago on 6/2-6/5 for
         meetings (1/6 of total) NYO
         PC JV#157
1333,116 Postage, NY office during   E 56 06/30/02 0999 C&D
  5.20                      5.20   17,727.41
         June

         Total Expense Cards
17,727.41                 17,727.41
         Total Expense Cards
17,727.41                 17,727.41




         Matter Total Fee                              .00
   .00          .00       .00
         Matter Total Exp                              .00
17,727.41          .00  17,727.41
         Matter Total                                  .00
17,727.41          .00  17,727.41
```

07/11/2002                                         Prebill Control Report
Page 15
09:56:15

Prebill 000001   Subpage    15
Client: 4642            Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code Date    Empl     Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description      Code Date    Empl     Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____

        Prebill Total Fee                                        .00
.00          .00          .00
        Prebill Total Exp                                        .00
17,727.41          .00    17,727.41
        Prebill Total                                            .00
17,727.41          .00    17,727.41


Previous Billings:

Invoice  Date    Orig. Amount  Late Charge      Credits  Balance Due
_____

033688 10/20/01    3,066.39          .00          .00      3,066.39

034710 01/23/02    2,055.09          .00          .00      2,055.09

035800 04/20/02   21,719.11          .00          .00     21,719.11

036043 05/25/02   15,771.34          .00          .00     15,771.34

036328 06/25/02    9,853.93          .00          .00      9,853.93

032913 07/27/01  100,755.00          .00    80,604.00     20,151.00

033035 08/15/01   83,781.00          .00    67,024.80     16,756.20

033284 09/14/01   32,159.00          .00    25,727.20      6,431.80

033688 10/20/01   26,941.00          .00          .00     26,941.00

034006 11/21/01   14,570.50          .00    11,656.40      2,914.10

| | | | | |
|---|---|---|---|---|
| 034265 | 12/14/01 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 034710 | 01/23/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| 034883 | 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 | 05/25/02 | 120,565.75 | .00 | .00 | 120,565.75 |
| 036328 | 06/25/02 | 109,667.00 | .00 | .00 | 109,667.00 |
| Subtotal: | | 903,018.36 | .00 | 299,007.20 | 604,011.16 |

07/11/2002                                          Prebill Control Report
Page 16
09:56:15

Prebill 000001   Subpage    16
Client: 4642           Matter: 000
_____

                                  W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description        Code Date    Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
    Trans Transaction Description        Code Date    Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

         Run Total Fee                                         .00
.00          .00         .00
         Run Total Exp                                         .00
17,727.41        .00   17,727.41
         Run Total                                             .00
17,727.41        .00   17,727.41