

**Chambers Associates Incorporated • Public Policy Consultants**

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

November 14, 2001

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:   Kenneth Pasquale

*For Services Rendered For*
*W. R. Grace Creditor's Committee - October 2001*

**Professional Fees:**
| | | |
|---|---|---|
| LC | 5.50 hrs. @ $450 | $2,475.00 |
| RBC | .25 hrs. @ $210 | 52.50 |
| PMP | 1.00 hrs. @ $210 | 210.00 |
| JAP | 1.50 hrs. @ $ 75 | <u>112.50</u> |

Total Professional Fees ................................................. $2,850.00

**Support Services:**
| | | |
|---|---|---|
| CCJ | 3.00 hrs. @ $ 60 | $180.00 |

Total Support Services ................................................. $ 180.00

**Expenses:**
Telephone/Fax                                        $3.90
Total Expenses ................................................. <u>$   3.90</u>

**Total Amount Due for October Services and Expenses** ......................... **$3,033.90**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| JILL PYLE | 10/5/2001 | 1.00 | Conflict check/client code request |
| JILL PYLE | 10/9/2001 | 0.50 | Engagement letter |
| CHER-RHE JACKSON | 10/11/2001 | 1.00 | Document Processing |
| LETITIA CHAMBERS | 10/12/2001 | 2.00 | Modifications to estimation model. |
| LETITIA CHAMBERS | 10/15/2001 | 2.00 | Read historical document on WR Grace |
| CHER-RHE JACKSON | 10/18/2001 | 0.50 | Document Processing |
| LETITIA CHAMBERS | 10/18/2001 | 1.50 | Plan scope of work:Memorandum to client. |
| CHER-RHE JACKSON | 10/22/2001 | 0.50 | Revised Scope of Work Memorandum |
| PAMELA PESTA | 10/23/2001 | 0.50 | Review Scope of Work Documents |
| ROBERT CHIPMAN | 10/24/2001 | 0.25 | Write memo re: data |
| CHER-RHE JACKSON | 10/26/2001 | 1.00 | Document Processing |
| PAMELA PESTA | 10/26/2001 | 0.50 | Verify suggested engagement letter changes from the client |
| TOTAL HOURS FOR OCTOBER 2001 | | 11.75 | |

October 2001 - Stroock, Stroock and Lavin - 192

| DATE | CLIENT | STAFF | DESCRIPTION OF EXPENSES | LOCAL TRANSP. | PRINTING/ PHOTOCPY | POSTAGE/ DELIVERY | TELE. FAX | SUPPLIES | RESEARCH/ PUBLCTN | MEALS/ ENTERMNT | OUT TOWN TRAVEL | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2001 | 192 | | In-house administrative costs | | | | 3.90 | | | | | |
| **TOTAL - EACH CATEGORY** | | | | 0.00 | 0.00 | 0.00 | 3.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES** | | | | 3.90 | | | | | | | | |