**Chambers Associates Incorporated • Public Policy Consultants**

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

December 31, 2001

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York  10038

Attention:  Kenneth Pasquale

---

*For Services Rendered For*
*W. R. Grace Creditor's Committee  - December 2001*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 3.50 hrs. @ $450 | $1,575.00 |
| RBC | 3.00 hrs. @ $210 | 630.00 |
| MSL | 3.00 hrs. @ $210 | 630.00 |
| DNC | 1.00 hrs. @ $300 | 300.00 |
| RJ | 10.00 hrs. @ $100 | 1,000.00 |

Total Professional Fees  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,135.00

**Support Services:**
   None

**Expenses:**

| | |
|---|---|
| Printing/Photocopying | $333.30 |
| Telephone/Fax | 2.23 |
| Local Transportation (TMS) | 17.20 |

Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $352.73

**Total Amount Due for December Services and Expenses**  . . . . . . . . . . . . . . . . . . . . . . . . . . $4,487.33

**Outstanding Invoice:**

| | |
|---|---|
| November 14, 2001 | $3,033.90 |
| December 17, 2001 | 2,397.20 |

**Total Amount Due for December Services, Expenses and Outstanding Invoice** . . . . . . . . . $9,918.83

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ROBERT CHIPMAN | 12/6/2001 | 0.50 | Review court documents |
| RHONDA JACKSON | 12/12/2001 | 10.00 | Read PP Literature, enter findings into summary table |
| ROBERT CHIPMAN | 12/13/2001 | 1.25 | Attend Manville hearing |
| LETITIA CHAMBERS | 12/19/2001 | 2.00 | Call with attn., Review information. |
| MARY LYMAN | 12/19/2001 | 0.25 | Prep for Newark conf. |
| ROBERT CHIPMAN | 12/19/2001 | 1.00 | Call with FTI/Policano & Manzo |
| MARY LYMAN | 12/20/2001 | 2.75 | Travel to Newark for bankruptcy management case. |
| DAVID COWAN | 12/20/2001 | 1.00 | Pleural plaque, review data |
| ROBERT CHIPMAN | 12/21/2001 | 0.25 | Review reports submitted by FT/Policano & Manzo |
| LETITIA CHAMBERS | 12/31/2001 | 1.50 | Review of data collected on products. |

December 2001 - Stroock, Stroock and Lavin - 192

| DATE | CLIENT | STAFF | DESCRIPTION OF EXPENSES | LOCAL TRANSP. | PRINTING/ PHOTOCPY | POSTAGE/ DELIVERY | TELE. FAX | SUPPLIES | RESEARCH/ PUBLCTN | MEALS/ ENTERMNT | OUT TOWN TRAVEL | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2001 | 192 | | In-house administrative expenses | | 333.30 | | | | | | | |
| TOTAL - EACH CATEGORY | | | | 0.00 | 333.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | | | | | 333.30 | | | | | | | |

**CHAMBERS ASSOCIATES**
Invoice Number **0000000343708**
Invoice Date **12-05-2001**
Page 105

Account Number **2000.0170.0080**    Account Name:    **CHAMBERS ASSOCIATES**
Account Code **192 -**

Outbound

| Date | Time | Orig.Number | Orig.Location | Term.Number | Term.Location | Minutes | Cost of Call |
|---|---|---|---|---|---|---|---|
| 11-15-2001 | 08:23:50 AM | 202-371-9770 | WASHINGTON DC | 212-806-5492 | NEW YORK NY | 0.5 | $0.02 |

Total Outbound    $0.02

Total for Code    $0.02

CHAMBERS ASSOCIATES
Invoice Number 00000000350661
Invoice Date 01-05-2002
Page 101

Account Number  2000.0170.0080    Account Name:  CHAMBERS ASSOCIATES
Account Code  192 -

Outbound

| Date | Time | Orig.Number | Orig.Location | Term.Number | Term.Location | Minutes | Cost of Call |
|---|---|---|---|---|---|---|---|
| 12-10-2001 | 03:11:10 PM | 202-371-9770 | WASHINGTON DC | 201-556-4040 | HACKENSACK NJ | 0.3 | $0.01 |
| 12-10-2001 | 03:11:45 PM | 202-371-9770 | WASHINGTON DC | 201-556-4040 | HACKENSACK NJ | 2.3 | $0.11 |
| 12-10-2001 | 03:55:44 PM | 202-371-9770 | WASHINGTON DC | 212-806-5562 | NEW YORK NY | 0.3 | $0.01 |
| 12-19-2001 | 10:05:17 AM | 202-371-9770 | WASHINGTON DC | 201-556-4040 | HACKENSACK NJ | 31.8 | $1.56 |
| 12-19-2001 | 10:39:04 AM | 202-371-9770 | WASHINGTON DC | 212-806-5562 | NEW YORK NY | 5.6 | $0.27 |

Total for Code  $1.96

Total Outbound  $1.96

*.25
*2.21