

**Chambers Associates Incorporated • Public Policy Consultants**

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

December 17, 2001

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:   Kenneth Pasquale

*For Services Rendered For*
*W. R. Grace Creditor's Committee - November 2001*

**Professional Fees:**
| | | |
|---|---|---|
| RBC | 1.00 hrs. @ $210 | $210.00 |
| DNC | 3.00 hrs. @ $300 | 900.00 |
| RJ | 11.00 hrs. @ $100 | 1,100.00 |
| TMS | 1.00 hrs. @ $75 | 75.00 |
| DDW | .75 hrs. @ $105 | <u>78.75</u> |

Total Professional Fees ................................................... $2,363.75

**Support Services:**
   CCJ          .50 hrs. @ $60          $30.00

Total Support Services ....................................................$ 30.00

**Expenses:**
   Printing/Photocopying          $3.45
Total Expenses ............................................................$ 3.45

**Total Amount Due for November Services and Expenses** .......................... $2,397.20

**Outstanding Invoice:**
   November 14, 2001          $3,033.90

**Total Amount Due for November Services, Expenses and Outstanding Invoice** .........$5,431.10

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHER-RHE JACKSON | 11/9/2001 | .50 | Revised engagement letters. |
| ROBERT CHIPMAN | 11/9/2001 | .50 | Memo re: motions; Revised engagement letter |
| ROBERT CHIPMAN | 11/15/2001 | .25 | Membership and contact info for Unsecured Creditors' and BI Plaintiff's Committees |
| ROBERT CHIPMAN | 11/21/2001 | .25 | Review court briefs |
| TINA SWIFT | 11/24/2001 | 1.00 | Document Retrieval |
| DAVID N. COWAN | 11/25/2001 | 3.00 | Epidemiological review |
| RHONDA JACKSON | 11/26/2001 | 2.00 | Literature review and update summary table |
| DONALD WAINWRIGHT | 11/26/2001 | .75 | Worked on setup for analysis. |
| RHONDA JACKSON | 11/27/2001 | 2.00 | Literature review and update summary table |
| RHONDA JACKSON | 11/28/2001 | 7.00 | Literature review, update summary table and generation of summary document |

November 2001 - Stroock, Stroock and Lavin - 192

| DATE | CLIENT | STAFF | DESCRIPTION OF EXPENSES | LOCAL TRANSP. | PRINTING/ PHOTOCPY | POSTAGE/ DELIVERY | TELE. FAX | SUPPLIES | RESEARCH/ PUBLCTN | MEALS/ ENTERMNT | OUT TOWN TRAVEL | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2001 | 192 | | In-house administrative costs | | 3.45 | | | | | | | |
| | | | TOTAL - EACH CATEGORY | 0.00 | 3.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL EXPENSES | 3.45 | | | | | | | | |