

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

Chambers Associates Incorporated

A Subsidiary of Navigant Consulting

February 8, 2002

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:   Kenneth Pasquale

---

*For Services Rendered For*
*W. R. Grace Creditor's Committee - January 2002*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC  | 1.50 hrs. @ $450 | $ 675.00 |
| RTF | 2.00 hrs. @ $330 | 660.00 |
| DNC | 6.50 hrs. @ $300 | 1,950.00 |
| PMP | 2.50 hrs. @ $210 | 525.00 |
| MBL | 1.00 hrs. @ $200 | 200.00 |
| AH  | 9.75 hrs. @ $160 | 1,560.00 |
| RJ  | 64.25 hrs. @ $100 | 6,425.00 |

Total Professional Fees ................................................ $ 11,995.00

**Support Services:**
   None

**Expenses:**
   Supplies                          $ 89.33

Total Expenses ......................................................... $ 89.33

**Total Amount Due for January Services and Expenses** ......................... **$ 12,084.33**

**Outstanding Invoice:**
   November 14, 2001         $3,033.90
   December 17, 2001          2,397.20
   December 31, 2001          4,487.73

**Total Amount Due for January Services, Expenses and Outstanding Invoice** ........ **$ 22,003.16**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| RHONDA JACKSON | 1/02/2002 | 2.50 | Asbestos/PP literature search, article and reference list review for more quantitative exposure information. |
| RHONDA JACKSON | 1/04/2002 | 4.50 | Review article reference lists to locate additional sources of quantitative information. |
| AMANDA HAYES | 1/8/2002 | 0.25 | Document Organization |
| RHONDA JACKSON | 1/08/2002 | 7.00 | Review articles and reference lists to locate additional sources of quantitative info on asbestos exposures. |
| AMANDA HAYES | 1/9/2002 | 1.00 | Document Organization |
| RHONDA JACKSON | 1/09/2002 | 1.00 | Update and review summary tables. Transmittal of files. |
| AMANDA HAYES | 1/10/2002 | 1.00 | Document Organization |
| PAMELA PESTA | 1/10/2002 | 1.00 | Document Organization QC |
| AMANDA HAYES | 1/11/2002 | 1.00 | Document Organization |
| AMANDA HAYES | 1/14/2002 | 1.00 | Document Database |
| MARY BETH LEWANDOWSKI | 1/14/2002 | 1.00 | Technical support re: document organization |
| AMANDA HAYES | 1/15/2002 | 1.00 | Document Database. |
| RHONDA JACKSON | 1/15/2002 | 2.50 | Review articles to determine how PPs were diagnosed. |
| AMANDA HAYES | 1/16/2002 | 1.25 | Document Database. |
| RHONDA JACKSON | 1/16/2002 | 4.50 | Review articles for duration, time since first exposure, and diagnosis of PPs. |
| AMANDA HAYES | 1/17/2002 | 1.25 | Document Database. |
| DAVID COWAN | 1/17/2002 | 2.00 | Review studies |
| RHONDA JACKSON | 1/17/2002 | 4.75 | Update findings create tables. Attend meeting to review findings. |
| AMANDA HAYES | 1/18/2002 | 1.50 | Document database. |
| RHONDA JACKSON | 1/20/2002 | 3.00 | Organize & crate fact sheet, tables on PP prevalence, risk factors, etc. |
| RHONDA JACKSON | 1/21/2002 | 4.00 | Organize & crate fact sheet, tables on PP prevalence, risk factors, etc. Follow-up on articles. |
| DAVID COWAN | 1/22/2002 | 1.50 | Work on report |
| RHONDA JACKSON | 1/22/2002 | 4.00 | Meeting. Review findings, modify slides and tables for presentation |
| DAVID COWAN | 1/23/2002 | 2.00 | Continued work on report |
| LETITIA CHAMBERS | 1/23/2002 | 1.50 | Teleconference w/client. Review staff work. |
| DAVID COWAN | 1/23/2002 | 1.00 | Meeting w/Letitia Chambers and briefing of findings. |

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| RHONDA JACKSON | 1/23/2002 | 5.00 | Finalize data and presentation for meeting. Meeting at Chambers. Background research on meta-analysis and biostatisticians. |
| PAMELA PESTA | 1/24/2002 | 1.50 | Document Organization |
| RHONDA JACKSON | 1/25/2002 | 2.50 | Background research on meta-analysis and available software. Collect info on local biostatisticians. Follow-up calls. Research availability of articles at National Library of Medicine and Library of Congress. |
| RHONDA JACKSON | 1/26/2002 | 1.50 | Research availability of articles at National Library of Medicine and Library of Congress. |
| RICHARD FARRELL | 1/28/2002 | 1.00 | Analyze environmental liability |
| RHONDA JACKSON | 1/28/2002 | 5.50 | Background research on meta-analysis, meta-analysis software. Review articles, begin work on incidences for studies that met specific criteria. |
| AMANDA HAYES | 1/29/2002 | 0.50 | Document organization |
| RICHARD FARRELL | 1/29/2002 | 1.00 | Analyze environmental liability |
| RHONDA JACKSON | 1/30/2002 | 4.00 | Pull meso and PP articles. Create charts and tables comparing cumulative incidence and incidence densities. Meeting to review findings and tables. |
| RHONDA JACKSON | 1/31/2002 | 8.00 | Identify articles with total exposure data. Create charts and tables to graphically display findings. Review meso/pp articles. |

January 2002 - Stroock, Stroock and Lavin - 192

| DATE | CLIENT | STAFF | DESCRIPTION OF EXPENSES | LOCAL TRANSP. | PRINTING/ PHOTOCPY | POSTAGE/ DELIVERY | TELE. FAX | SUPPLIES | RESEARCH/ PUBLCTN | MEALS/ ENTERMNT | OUT TOWN TRAVEL | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2002 | 192 | RJ | Paper (1.5 REAMS) | | | | | 5.73 | | | | |
| 01/22/2002 | 192 | RJ | Software purchase | | | | | 83.60 | | | | |
| | | | TOTAL - EACH CATEGORY | 0.00 | 0.00 | 0.00 | 0.00 | 89.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL EXPENSES | 89.33 | | | | | | | | |