

**Account:** STROOCK STROOCK & LAVAN, NEW YORK NY 10038-4937 (1000384621)
January 01, 2002 - January 31, 2002
**FILTERED** Detail-Account by Client by Day

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge |
|---|---|---|---|---|---|
| 1000384621 | | | | | |
| 699842-0002-0355 | | | | | |
| 01/31/2002 | | | | | |
|     WESTFIND&PRINT.COM FINDS | | | 6 | | $54.66 |
| Totals for Day 01/31/2002 | | | 6 | | $54.66 |
| Totals for Client 699842-0002-0355 | | | 6 | | $54.66 |
| | | | | | |
| 699842-0002-3234 | | | | | |
| 01/04/2002 | | | | | |
|     COMMUNICATIONS | | | | | $0.42 |
|     HOURLY CONNECT | | | | 2:04 | $1.10 |
|     ALLFILES | 1:56 | | | | $15.41 |
|     STANDARD | 0:08 | | | | $0.55 |
|     WESTLAW DOCUMENTS | | | 12 | | $54.64 |
|     FINDS | | 2 | | | $9.10 |
|     TRANSACTIONAL SEARCHES | | 2 | | | $173.06 |
|     DOW JONES COMMUNICATIONS | | | | | $2.41 |
|     DOW JONES HOURLY CONNECT | | | | 12:15 | $6.51 |
|     DOW JONES ALLFILES | 12:15 | | | | $97.63 |
|     DOW JONES WESTLAW DOCUMENTS | | | 28 | | $127.51 |
| Totals for Day 01/04/2002 | 14:19 | 4 | 40 | 14:19 | $488.34 |
| 01/07/2002 | | | | | |
|     COMMUNICATIONS | | | | | $0.78 |
|     HOURLY CONNECT | | | | 3:55 | $2.08 |
|     ALLFILES | 3:25 | | | | $27.23 |
|     STANDARD | 0:30 | | | | $2.09 |
|     WESTLAW DOCUMENTS | | | 12 | | $54.65 |
|     DOW JONES COMMUNICATIONS | | | | | $2.60 |
|     DOW JONES HOURLY CONNECT | | | | 13:08 | $6.98 |
|     DOW JONES ALLFILES | 13:08 | | | | $104.67 |
|     DOW JONES WESTLAW DOCUMENTS | | | 20 | | $91.08 |
| Totals for Day 01/07/2002 | 17:03 | | 32 | 17:03 | $292.16 |
| Totals for Client 699842-0002-3234 | 31:22 | 4 | 72 | 31:22 | $780.50 |
| | | | | | |
| 699842-0002-3550 | | | | | |
| 01/24/2002 | | | | | |
|     COMMUNICATIONS | | | | | $1.57 |
|     HOURLY CONNECT | | | | 8:00 | $4.24 |
|     STANDARD | 8:00 | | | | $33.39 |
|     WESTLAW DOCUMENTS | | | 4 | | $18.20 |
| Totals for Day 01/24/2002 | 8:00 | | 4 | 8:00 | $57.40 |
| 01/25/2002 | | | | | |
|     WESTLAW DOCUMENTS | | | 5 | | $22.75 |
|     TABLE OF AUTHORITIES | | 1 | | | $0.91 |
|     FINDS | | 5 | | | $22.75 |
|     TRANSACTIONAL SEARCHES | | 2 | | | $58.30 |
| Totals for Day 01/25/2002 | | 8 | 5 | | $104.71 |
| Totals for Client 699842-0002-3550 | 8:00 | 8 | 9 | 8:00 | $162.11 |
| | | | | | |
| 699842-0018 | | | | | |
| 01/01/2002 | | | | | |
|     SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/01/2002 | | | 1 | | |
| 01/02/2002 | | | | | |
|     SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/02/2002 | | | 1 | | |
| 01/03/2002 | | | | | |
|     SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/03/2002 | | | 1 | | |
| 01/04/2002 | | | | | |
|     SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/04/2002 | | | 1 | | |
| 01/05/2002 | | | | | |
|     SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/05/2002 | | | 1 | | |
| 01/06/2002 | | | | | |

| | | | | |
|---|---|---|---|---|
| SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/06/2002 | | 1 | | |
| 01/07/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/07/2002 | | 1 | | |
| 01/08/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/08/2002 | | 1 | | |
| 01/09/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/09/2002 | | 1 | | |
| 01/10/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/10/2002 | | 1 | | |
| 01/11/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/11/2002 | | 1 | | |
| 01/12/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/12/2002 | | 1 | | |
| 01/13/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/13/2002 | | 1 | | |
| 01/14/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/14/2002 | | 1 | | |
| 01/15/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/15/2002 | | 1 | | |
| 01/16/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/16/2002 | | 1 | | |
| 01/17/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/17/2002 | | 1 | | |
| 01/18/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/18/2002 | | 1 | | |
| 01/19/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/19/2002 | | 1 | | |
| 01/20/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/20/2002 | | 1 | | |
| 01/21/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/21/2002 | | 1 | | |
| 01/22/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/22/2002 | | 1 | | |
| 01/23/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/23/2002 | | 1 | | |
| 01/24/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/24/2002 | | 1 | | |
| 01/25/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/25/2002 | | 1 | | |
| 01/26/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/26/2002 | | 1 | | |
| 01/27/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/27/2002 | | 1 | | |
| 01/28/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/28/2002 | | 1 | | |
| 01/29/2002 | | | | |
|    COMMUNICATIONS | | | | $0.62 |
|    HOURLY CONNECT | | | 3:02 | $1.61 |
|    STANDARD | 3:02 | | | $12.65 |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |
| Totals for Day 01/29/2002 | 3:02 | 1 | 3:02 | $14.88 |
| 01/30/2002 | | | | |
|    SPECIALTY DB WESTCLIP OTHER | | 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Day 01/30/2002 | | | 1 | | |
| 01/31/2002 | | | | | |
|   SPECIALTY DB WESTCLIP OTHER | | | 1 | | |
| Totals for Day 01/31/2002 | | | 1 | | |
| Totals for Client 699842-0018 | 3:02 | 31 | | 3:02 | $14.88 |
| Filtered Totals for Account 1000384621 | 42:24 | 49 | 81 | 42:24 | $1,012.15 |
| Report Totals | 42:24 | 49 | 81 | 42:24 | $1,012.15 |

**QuickView+**

- Download
- Stand-Alone Print
- E-Mail

Filter by Clients:
```
No Filter
NO CLIENT ENTERED
000157-0001-3534
000157-0001-3537
000157-0002-2567
```

**Account Group:** Stroock
February 01, 2002 - March 31, 2002
**FILTERED** Detail-Account by Client by Day

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge |
|---|---|---|---|---|---|
| 1000384621 | | | | | |
|   699843-0003-0355 | | | | | |
|     03/08/2002 | | | | | |
|       WESTFIND&PRINT.COM FINDS | | 2 | | | $20.00 |
|     Totals for Day 03/08/2002 | | 2 | | | $20.00 |
|   Totals for Client 699843-0003-0355 | | 2 | | | $20.00 |
|   699843-0007-0355 | | | | | |
|     02/06/2002 | | | | | |
|       WESTFIND&PRINT.COM FINDS | | 5 | | | $45.40 |
|     Totals for Day 02/06/2002 | | 5 | | | $45.40 |
|   Totals for Client 699843-0007-0355 | | 5 | | | $45.40 |
|   699843-0015-0355 | | | | | |
|     03/31/2002 | | | | | |
|       KEYCITE | | 1 | | | $3.75 |
|       FINDS | | 4 | | | $20.00 |
|     Totals for Day 03/31/2002 | | 5 | | | $23.75 |
|   Totals for Client 699843-0015-0355 | | 5 | | | $23.75 |
|   699843-0034-2387 | | | | | |
|     03/13/2002 | | | | | |
|       WESTLAW DOCUMENTS | | | 1 | | $5.00 |
|       FINDS | | 1 | | | $5.00 |
|       WESTCHECK FINDS | | 12 | | | $120.00 |
|     Totals for Day 03/13/2002 | | 13 | 1 | | $130.00 |
|   Totals for Client 699843-0034-2387 | | 13 | 1 | | $130.00 |
|   699843-0037-3187 | | | | | |
|     02/08/2002 | | | | | |
|       COMMUNICATIONS | | | | | $0.75 |
|       HOURLY CONNECT | | | | 3:48 | $2.02 |
|       STANDARD | 3:48 | | | | $15.81 |
|       WESTLAW DOCUMENTS | | | 2 | | $9.08 |
|     Totals for Day 02/08/2002 | 3:48 | | 2 | 3:48 | $27.66 |
|   Totals for Client 699843-0037-3187 | 3:48 | | 2 | 3:48 | $27.66 |
|   699843-0047 | | | | | |
|     02/12/2002 | | | | | |
|       COMMUNICATIONS | | | | | $0.17 |
|       HOURLY CONNECT | | | | 0:50 | $0.44 |
|       STANDARD | 0:50 | | | | $3.47 |
|     Totals for Day 02/12/2002 | 0:50 | | | 0:50 | $4.08 |
|   Totals for Client 699843-0047 | 0:50 | | | 0:50 | $4.08 |
|  Filtered Totals for Account 1000384621 | 4:38 | 25 | 3 | 4:38 | $250.89 |
| Report Totals | 4:38 | 25 | 3 | 4:38 | $250.89 |