### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. 01-01139 |
| W.R. GRACE & CO., | § § § | |
| DEBTOR | § § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **BEN BOLT-PALITO-BLANCO ISD, BROWNSVILLE ISD, CAMERON COUNTY, HIDALGO COUNTY, ORANGE GROVE, ORANGE GROVE ISD, PREMONT ISD,** secured creditor(s) in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C § 1109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

1

Respectfully Submitted,

LINEBARGER GOGGAN BLAIR
PEÑA & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: _____
LORI GRUVER ROBERTSON
State Bar No. 24007283

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Of Appearance And Request For Service Of Notices And Pleadings has been served on the parties listed below on this 17th day of July, 2002.

Laura Davis Jones
919 North Market Street, 16 Floor
Post Office Box 8705
Wilmington, DE 19899-8705

**ATTORNEY FOR DEBTOR**

Patricia A. Staiano
Us Trustee
844 King Street Room 2313 Lockbox 35
Wilmington, DE 19801

**TRUSTEE**

_____
LORI GRUVER ROBERTSON

2