IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co. | ) | Case No. 01-01139 |
| a/k/a Grace | ) |  |
|  | ) |  |
| Debtor | ) |  |

## WITHDRAWL OF REQUEST FOR NOTICE

Notice is hereby given and request is hereby made that all pleadings and notices in the above-captioned bankruptcy case should be sent to Ontario Mills Limited Partnership, Courtenay M. Labson, Esquire, 1300 Wilson Boulevard, Suite 400, Arlington, Virginia 22209. I can be reached directly at (703) 526-5245 and my facsimile is (703) 526-5333. Respectfully submitted this 25th day of July, 2002.

Courtenay M. Labson, Esquire

A copy of the foregoing was mailed
this 25th day of July, 2002 to:

Laura Davis Jones
Pachulski, Stang, Ziehl et. al.
P.O. BOX 8705
WILMINGTON, DE 19899-

P:\LEGAL\CYNTHIA TINGLE\Notice of apperance\Request for REMOVAL of Notices WR GRACE@Saw.doc