# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **July 30, 2002**

To: Peter Dalleo, Clerk
U. S. District Court
U. S. Courthouse
Wilmington DE 19801

Re: **W.R. GRACE & CO., ET AL.**

**Chapter 11, Main Case # 01-1139(JKF)
AP-02-219**

Enclosed is the Motion for Leave to Appeal # **02-219**. Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: M. D. Walter
Deputy Clerk

I hereby acknowledge receipt of the above this _____ day of _____, 2002.

By:_____
   Deputy Clerk, U.S. District Court

# TRANSMITTAL SHEET FOR MOTION FOR LEAVE TO APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: **01-1139(JKF)**
Deputy Clerk Transferring Case: M.D.Walter (302) 252-2917
Case Type: Appeal **(AP-02-219)**

### Order, Date Entered and Issues

Order Denying Claimants' Motion to Strike Proofs of Claim Filed by Debtors on Behalf of ZAI Claimants & Scheduling Matters in Connection with ZAI Proofs of Claim (Re: Docket No. 2045) (Order Docket No. 2242); Notice of Appeal AP-02-219 (Docket No. 2299); Motion for Leave to Appeal (Docket No. 2300); Debtors' Objection to Motion for Leave to Appeal (Docket No. 2376)

| | |
|---|---|
| **Debtors:** | **W.R.Grace & Co., et al.** |
| **Counsel:** | Laura Davis Jones, Esq. |
| | Pachulski Stang Ziehl Young & Jones P.C. |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 652-4100** |
| **Appellant:** | **Zonolite Claimants - Barbanti, Busch, Prebil, Price & McMurchie** |
| **Counsel:** | Charles J. Brown, III, Esq. |
| | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| | P.O. Box 1630 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 428-3181** |