IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ( |
| | ( |
| W.R. Grace & Co. *et al.* | ( |
| | ( Bankruptcy No. 01-1139 |
| | ( |
| Debtor(s) | ( Chapter 11 |
| | ( |
| | ( Motion of Zonolite Attic Insulation Property Damage |
| | ( Claimants Barbanti, Busch, Price, Prebil and |
| | ( McMurchie for Leave to Appeal Order |
| | ( |
| | ( Related to Docket. No. 2300, 2242, 2299, 2307 |
| | ( and July 22, 2002, Agenda #11 |

## ORDER TRANSFERRING MOTION FOR LEAVE TO APPEAL
## TO THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

AND NOW, this ___30___ day of **July, 2002**, it is **ORDERED** that the Clerk shall immediately transfer to the District Court for the District of Delaware the Motion for Leave to Appeal filed on behalf of Zonolite Attic Insulation Property Damage Claimants with all relevant documents.

It is **FURTHER ORDERED** that the Clerk shall serve a copy of this Order on all parties in interest and the U.S. Trustee.

_____
Judith K. Fitzgerald
U.S. Bankruptcy Judge

1