**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

July 22, 2002

Invoice No. 07402

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

## RE: W.R. Grace

For services rendered in connection with the above-captioned matter during the period June 1, 2002 through June 30, 2002 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 27.45 | $11,666.25 |
| Bradley Rapp - Managing Director | 4.40 | $1,870.00 |
| Brian Cavanaugh - Managing Director | 13.30 | $5,652.50 |
| Michael Berkin - Managing Director | 23.50 | $9,987.50 |
| Peter Rubsam - Director | 19.55 | $6,256.00 |
| Susan Plotzky - Director | 27.90 | $8,928.00 |
| Christopher Curti - Senior Manager | 3.60 | $1,044.00 |
| Dottie-Jo Collins - Manager | 4.10 | $984.00 |

| Expenses (see Schedule C) | |
|---|---|
| Federal Express, Telephone, Research and Xerox | $244.43 |
| **TOTAL** | **$46,632.68** |

Please Note: Schedule B (attached) reflects Professional Services Summary by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

July 22, 2002

Invoice No. 07402

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre - 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

# RE: W.R. Grace

Summary of Professional Services Rendered:   June 1 - 30, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 27.45 | $11,666.25 |
| Bradley Rapp | Schedule A | $425 | 4.40 | $1,870.00 |
| Brian Cavanaugh | Schedule A | $425 | 13.30 | $5,652.50 |
| Michael Berkin | Schedule A | $425 | 23.50 | $9,987.50 |
| Peter Rubsam | Schedule A | $320 | 19.55 | $6,256.00 |
| Susan Plotzky | Schedule A | $320 | 27.90 | $8,928.00 |
| Christopher Curti | Schedule A | $290 | 3.60 | $1,044.00 |
| Dottie-Jo Collins | Schedule A | $240 | 4.10 | $984.00 |
| **Total Professional Services- Schedule A:** | | | **123.80** | **$46,388.25** |
| Total Out of Pocket Expenses- Schedule C: | | | | $244.43 |
| **TOTAL DUE THIS INVOICE** | | | | **$46,632.68** |

Please Note:   Schedule B (attached) reflects Professional Services Summary
by Billing Matter Category.

# W.R. Grace

**Schedule A**

Services Rendered during the Period:   June 1 - 30, 2002.

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Loreto Tersigni - Managing Director** | | | | | |
| 6/3/02 | Review and analysis of Consolidated Financial Statements and Supplemental Information including consolidated sales and gross margin analysis, corporate operating costs, and other corporate income and expense items. | 20 | 2.50 | $425.00 | $1,062.50 |
| 6/3/02 | Review and analysis of Monthly Operating Report for March 2002 consisting of analysis of balance sheet, statement of operations, review of cash receipts/disbursements and accounts receivable aging. | 20 | 3.75 | $425.00 | $1,593.75 |
| 6/4/02 | Supplemental Information including consolidated sales and gross margin analysis, corporate operating costs, and other corporate income and expense items. | 20 | 2.25 | $425.00 | $956.25 |
| 6/10/02 | Preparation of solvency analysis working papers. | 51 | 3.75 | $425.00 | $1,593.75 |
| 6/17/02 | Review of amendments made by debtor to original executive compensation proposal for 2002 | 16 | 1.20 | $425.00 | $510.00 |
| 6/18/02 | Preparation for meeting with counsel to ACC regarding engagement status. | 17 | 1.00 | $425.00 | $425.00 |
| 6/19/02 | Preparation of memorandum to ACC of observations and recommendations regarding Debtor's motion for amendments to its executive compensation plans. | 17 | 1.00 | $425.00 | $425.00 |
| 6/20/02 | Review and analysis of Monthly Operating Report for April 2002 consisting of analysis of balance sheet, statement of operations, review of cash | 20 | 2.75 | $425.00 | $1,168.75 |
| 6/21/02 | Review documents produced by Houlihan Lokey in connection with their 1997 solvency analysis. | 51 | 1.70 | $425.00 | $722.50 |
| 6/25/02 | Review and analysis of documents produced by Houlihan Lokey in connection with solvency analysis. | 20 | 1.80 | $425.00 | $765.00 |
| 6/26/02 | Review and analysis of documents produced by Houlihan Lokey in connection with solvency analysis. | 51 | 3.25 | $425.00 | $1,381.25 |
| 6/27/02 | Review of documents produced by debtor in connection with transfer of Seal Air Corporation. | 51 | 2.50 | $425.00 | $1,062.50 |
| | Sub-Total | | 27.45 | | $11,666.25 |
| **Bradley Rapp - Managing Director** | | | | | |
| 6/8/02 | Internet research for background information on W. R. Grace | 51 | 3.60 | $425.00 | $1,530.00 |
| 6/10/02 | Meeting w/ Brian Cavanaugh and Larry Tersigni to discuss the preparation of a valuation and the expert report to be delivered in mid-July in connection therewith | 51 | 0.80 | $425.00 | $340.00 |
| | Sub-Total | | 4.40 | | $1,870.00 |
| **Brian Cavanaugh - Managing Director** | | | | | |
| 6/1/02 | Review background financial related data, coordinate and prepare for meeting 6/10/02 | 51 | 0.75 | $425.00 | $318.75 |
| 6/9/02 | Worked on further analysis of WR Grace valuation at time of Houlihan Lokey valuation and solvency opinion | 51 | 3.00 | $425.00 | $1,275.00 |
| 6/9/02 | Outlined additional analysis to be performed regarding the solvency opinion | 51 | 1.25 | $425.00 | $531.25 |
| 6/10/02 | Meeting w/ Brad Rapp and Larry Tersigni to discuss the preparation of a valuation and the expert report to be delivered in mid-July in connection therewith | 51 | 0.80 | $425.00 | $340.00 |
| 6/24/02 | Meeting to review progress of work schedule | 51 | 0.75 | $425.00 | $318.75 |
| 6/24/02 | Preliminary review of documents received via subpoena (HL000001 - HL002355) | 51 | 4.00 | $425.00 | $1,700.00 |
| 6/24/02 | Discussion with Peter Rubsam regarding issues relating to making revisions to certain assumptions included in Houlihan Lokey's 1997 Preliminary Solvency Analysis and Enterprise Valuation analysis of WR Grace | 51 | 2.50 | $425.00 | $1,062.50 |

# W.R. Grace

**Schedule A**

Services Rendered during the Period:   June 1 - 30, 2002.

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Brian Cavanaugh - Managing Director** | | | | | |
| 6/27/02 | Conf call with P.Rubsam to discuss his preliminary analysis of impact of revising management projections on HL's enterprise valuation | 51 | 0.25 | $425.00 | $106.25 |
| | Sub-Total | | 13.30 | | $5,652.50 |
| **Michael Berkin - Managing Director** | | | | | |
| 6/10/02 | Status meeting to discuss open issues | 12 | 0.50 | $425.00 | $212.50 |
| 6/10/02 | Review motion related to implementation of revised compensation motions | 16 | 1.80 | $425.00 | $765.00 |
| 6/10/02 | Review Houlihan Lokey's solvency review package for information related to LTC solvency analysis | 51 | 2.75 | $425.00 | $1,168.75 |
| 6/11/02 | Prepare comparative analysis of Grace's existing vs. proposed compensation plan | 16 | 3.50 | $425.00 | $1,487.50 |
| 6/11/02 | Planning session for solvency analysis | 51 | 1.75 | $425.00 | $743.75 |
| 6/17/02 | Discuss findings of compensation program and formulate opinion | 16 | 2.00 | $425.00 | $850.00 |
| 6/19/02 | Draft memorandum to ACC counsel related to final analysis of Grace compensation motion | 17 | 2.70 | $425.00 | $1,147.50 |
| 6/24/02 | Review Grace 12/31/98 10K for information related to solvency analysis | 51 | 2.50 | $425.00 | $1,062.50 |
| 6/24/02 | Review Grace 3/13/98 10-12B registration filing for backing information related to solvency analysis | 51 | 1.80 | $425.00 | $765.00 |
| 6/26/02 | Analysis of Grace Bioremediation Technologies sale | 51 | 1.70 | $425.00 | $722.50 |
| 6/26/02 | Review of Blackstone materials related to Grace's Bioremediation Technologies sale | 51 | 2.50 | $425.00 | $1,062.50 |
| | Sub-Total | | 23.50 | | $9,987.50 |
| **Peter Rubsam - Director** | | | | | |
| 6/10/02 | Review historical financial statements-EBITDA | 51 | 0.50 | $320.00 | $160.00 |
| 6/18/02 | Respond to fee auditors questions on March billing | 18 | 1.00 | $320.00 | $320.00 |
| 6/19/02 | Review status of B&W, WR grace and Armstrong and review presentation for Elihu-w/Brad & Larry | 51 | 0.75 | $320.00 | $240.00 |
| 6/25/02 | Research internet for locations to get information for historical Valueline data for 1998 valuation | 51 | 1.00 | $320.00 | $320.00 |
| 6/26/02 | Research at library for historical information on competition and industry for valuation | 51 | 2.00 | $320.00 | $640.00 |
| 6/26/02 | Review Houlian Lokey DCF model in 1998 and management assumptions | 51 | 1.25 | $320.00 | $400.00 |
| 6/27/02 | Prepare DCF model based on revised projections for 1998 | 51 | 3.00 | $320.00 | $960.00 |
| 6/27/02 | Prepare terminal EBITDA multiple model based on revised projections | 51 | 1.00 | $320.00 | $320.00 |
| 6/27/02 | Review Houlian Lokey terminal EBITDA multiple model in 1998 and management assumptions | 51 | 1.50 | $320.00 | $480.00 |
| 6/28/02 | Review 1997 Peat Marwick analysis of asbestos claims | 51 | 1.50 | $320.00 | $480.00 |
| 6/28/02 | Review potential comparable companies to be used in valuation for 1998 of WR grace | 51 | 2.50 | $320.00 | $800.00 |
| 6/28/02 | Review sensitivity analysis of WR Grace by sealed air in 1997 | 51 | 1.30 | $320.00 | $416.00 |
| 6/28/02 | Review WR Grace August 1997 BOD minutes on spin-off to sealed air | 51 | 2.25 | $320.00 | $720.00 |
| | Sub-Total | | 19.55 | | $6,256.00 |
| **Susan Plotzky - Director** | | | | | |
| 6/2/02 | Focus on fraudulent transfer issues | 51 | 0.20 | $320.00 | $64.00 |
| 6/3/02 | Review of Houlihan Lokey Valuation | 51 | 0.75 | $320.00 | $240.00 |
| 6/6/02 | Identify documents to review in terms of solvency issue | 51 | 1.25 | $320.00 | $400.00 |

# W.R. Grace

**Schedule A**

Services Rendered during the Period: June 1 - 30, 2002.

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Susan Plotzky - Director** | | | | | |
| 6/7/02 | Review of Property Damage Claim - Sealed Air Transaction dated 11/6/2001 | 51 | 1.75 | $320.00 | $560.00 |
| 6/10/02 | Status of work plan | 12 | 0.25 | $320.00 | $80.00 |
| 6/10/02 | Discussion of revisions to the executive compensation programs | 16 | 0.25 | $320.00 | $80.00 |
| 6/10/02 | Create document request with regards to insolvency analysis and valuation | 51 | 3.00 | $320.00 | $960.00 |
| 6/10/02 | Finalize document request with regards to insolvency analysis and valuation | 51 | 2.25 | $320.00 | $720.00 |
| 6/11/02 | Evaluate changes to executive comp programs per court motion | 16 | 1.25 | $320.00 | $400.00 |
| 6/11/02 | High level discussion on solvency work plan | 51 | 0.75 | $320.00 | $240.00 |
| 6/11/02 | Identify template for solvency report | 51 | 1.00 | $320.00 | $320.00 |
| 6/13/02 | Review asbestos documents and board minutes received from counsel | 20 | 1.50 | $320.00 | $480.00 |
| 6/17/02 | Present analysis of executive compensation motion | 16 | 1.25 | $320.00 | $400.00 |
| 6/17/02 | Preparation of Solvency Analysis | 51 | 2.00 | $320.00 | $640.00 |
| 6/18/02 | Develop Insolvency Cash Flow Analysis | 51 | 1.75 | $320.00 | $560.00 |
| 6/19/02 | Review memo regarding proposed changes per motion versus LTC recommendations | 16 | 0.75 | $320.00 | $240.00 |
| 6/20/02 | Discussion with counsel on exec comp | 16 | 0.20 | $320.00 | $64.00 |
| 6/24/02 | Preparation of Enterprise valuation template | 51 | 1.50 | $320.00 | $480.00 |
| 6/26/02 | Prepare narrative on procedures performed under the insolvency analysis | 51 | 1.00 | $320.00 | $320.00 |
| 6/27/02 | Complete book value and as reported for Balance Sheets, Cash Flows and supporting documents for solvency analysis | 51 | 2.50 | $320.00 | $800.00 |
| 6/27/02 | Develop narrative on W.R. Grace to be included in expert solvency report | 51 | 1.00 | $320.00 | $320.00 |
| 6/27/02 | Research 10K's and 10-Q 1996 - 2001. | 51 | 1.75 | $320.00 | $560.00 |
| | Sub-Total | | 27.90 | | $8,928.00 |
| **Christopher Curti - Senior Manager** | | | | | |
| 6/28/02 | Prepare Historic financial statements (1993-1997) for valuation project - Balance Sheet | 51 | 1.20 | $290.00 | $348.00 |
| 6/28/02 | Prepare Historic financial statements (1993-1997) for valuation project - Cash Flows | 51 | 1.20 | $290.00 | $348.00 |
| 6/28/02 | Prepare Historic financial statements (1993-1997) for valuation project - Income Statement | 51 | 1.20 | $290.00 | $348.00 |
| | Sub-Total | | 3.60 | | $1,044.00 |
| **Dottie-Jo Collins - Manager** | | | | | |
| 6/30/02 | Assignment of New Monthly Billing Matter Categories | 18 | 1.10 | $240.00 | $264.00 |
| 6/30/02 | Compilation and consolidation of monthly services rendered | 18 | 3.00 | $240.00 | $720.00 |
| | Sub-Total | | 4.10 | | $984.00 |
| | **TOTAL Schedule A** | | 123.80 | | $46,388.25 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: June 1 -30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/10/02 | M.Berkin | Status meeting to discuss open issues | 12 | 0.50 | $425 | $212.50 |
| 6/10/02 | S.Plotzky | Status of work plan | 12 | 0.25 | $320 | $80.00 |
| | | **Total 'Billing Matter Category' 12** | | 0.75 | | $292.50 |
| 6/10/02 | S.Plotzky | Discussion of revisions to the executive compensation programs | 16 | 0.25 | $320 | $80.00 |
| 6/10/02 | M.Berkin | Review motion related to implementation of revised compensation motions | 16 | 1.80 | $425 | $765.00 |
| 6/11/02 | S.Plotzky | Evaluate changes to executive comp programs per court motion | 16 | 1.25 | $320 | $400.00 |
| 6/11/02 | M.Berkin | Prepare comparative analysis of Grace's existing vs. proposed compensation plan | 16 | 3.50 | $425 | $1,487.50 |
| 6/17/02 | M.Berkin | Discuss findings of compensation program and formulate opinion | 16 | 2.00 | $425 | $850.00 |
| 6/17/02 | S.Plotzky | Present analysis of executive compensation motion | 16 | 1.25 | $320 | $400.00 |
| 6/17/02 | L.Tersigni | Review of amendments made by debtor to original executive compensation proposal for 2002 | 16 | 1.20 | $425 | $510.00 |
| 6/19/02 | S.Plotzky | Review memo regarding proposed changes per motion versus LTC recommendations | 16 | 0.75 | $320 | $240.00 |
| 6/20/02 | S.Plotzky | Discussion with counsel on exec comp | 16 | 0.20 | $320 | $64.00 |
| | | **Total 'Billing Matter Category' 16** | | 12.20 | | $4,796.50 |
| 6/18/02 | L.Tersigni | Preparation for meeting with counsel to ACC regarding engagement status. | 17 | 1.00 | $425 | $425.00 |
| 6/19/02 | M.Berkin | Draft memorandum to ACC counsel related to final analysis of Grace compensation motion | 17 | 2.70 | $425 | $1,147.50 |
| 6/19/02 | L.Tersigni | Preparation of memorandum to ACC of observations and recommendations regarding Debtor's motion for amendments to its executive compensation plans. | 17 | 1.00 | $425 | $425.00 |
| | | **Total 'Billing Matter Category' 17** | | 4.70 | | $1,997.50 |
| 6/30/02 | D.Collins | Assignment of New Monthly Billing Matter Categories | 18 | 1.10 | $240.00 | $264.00 |
| 6/30/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 3.00 | $240.00 | $720.00 |
| 6/18/02 | P.Rubsam | Respond to fee auditors questions on March billing | 18 | 1.00 | $320 | $320.00 |
| | | **Total 'Billing Matter Category' 18** | | 5.10 | | $1,304.00 |
| 6/3/02 | L.Tersigni | Review and analysis of Consolidated Financial Statements and Supplemental Information including consolidated sales and gross margin analysis, corporate operating costs, and other corporate income and expense items. | 20 | 2.50 | $425 | $1,062.50 |
| 6/3/02 | L.Tersigni | Review and analysis of Monthly Operating Report for March 2002 consisting of analysis of balance sheet, statement of operations, review of cash receipts/disbursements and accounts receivable aging. | 20 | 3.75 | $425 | $1,593.75 |
| 6/4/02 | L.Tersigni | Supplemental Information including consolidated sales and gross margin analysis, corporate operating costs, and other corporate income and expense items. | 20 | 2.25 | $425 | $956.25 |
| 6/13/02 | S.Plotzky | Review asbestos documents and board minutes received from counsel | 20 | 1.50 | $320 | $480.00 |
| 6/20/02 | L.Tersigni | Review and analysis of Monthly Operating Report for April 2002 consisting of analysis of balance sheet, statement of operations, | 20 | 2.75 | $425 | $1,168.75 |
| 6/25/02 | L.Tersigni | Review and analysis of documents produced by Houlihan Lokey in connection with solvency analysis. | 20 | 1.80 | $425 | $765.00 |
| | | **Total 'Billing Matter Category' 20** | | 14.55 | | $6,026.25 |

# W.R. Grace

Schedule B

Services Rendered during the Period: June 1 -30, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/02 | B.Cavanaugh | Review background financial related data, coordinate and prepare for meeting 6/10/02 | 51 | 0.75 | $425 | $318.75 |
| 6/2/02 | S.Plotzky | Focus on fraudulent transfer issues | 51 | 0.20 | $320 | $64.00 |
| 6/3/02 | S.Plotzky | Review of Houlihan Lokey Valuation | 51 | 0.75 | $320 | $240.00 |
| 6/6/02 | S.Plotzky | Identify documents to review in terms of solvency issue | 51 | 1.25 | $320 | $400.00 |
| 6/7/02 | S.Plotzky | 11/6/2001 | 51 | 1.75 | $320 | $560.00 |
| 6/8/02 | B.Rapp | Internet research for background information on W. R. Grace | 51 | 3.60 | $425 | $1,530.00 |
| 6/9/02 | B.Cavanaugh | Worked on further analysis of WR Grace valuation at time of Houlihan Lokey valuation and solvency opinion | 51 | 3.00 | $425.00 | $1,275.00 |
| 6/9/02 | B.Cavanaugh | Outlined additional analysis to be performed regarding the solvency opinion | 51 | 1.25 | $425.00 | $531.25 |
| 6/10/02 | S.Plotzky | Create document request with regards to insolvency analysis and valuation | 51 | 3.00 | $320 | $960.00 |
| 6/10/02 | S.Plotzky | Finalize document request with regards to insolvency analysis and valuation | 51 | 2.25 | $320 | $720.00 |
| 6/10/02 | B.Cavanaugh | Meeting w/ Brad Rapp and Larry Tersigni to discuss the preparation of a valuation and the expert report to be delivered in mid-July in connection therewith | 51 | 0.80 | $425 | $340.00 |
| 6/10/02 | B.Rapp | Meeting w/ Brian Cavanaugh and Larry Tersigni to discuss the preparation of a valuation and the expert report to be delivered in mid-July in connection therewith | 51 | 0.80 | $425 | $340.00 |
| 6/10/02 | L.Tersigni | Preparation of solvency analysis working papers. | 51 | 3.75 | $425 | $1,593.75 |
| 6/10/02 | P.Rubsam | Review historical financial statements-EBITDA | 51 | 0.50 | $320 | $160.00 |
| 6/10/02 | M.Berkin | Review Houlihan Lokey's solvency review package for information related to LTC solvency analysis | 51 | 2.75 | $425 | $1,168.75 |
| 6/11/02 | S.Plotzky | High level discussion on solvency work plan | 51 | 0.75 | $320 | $240.00 |
| 6/11/02 | S.Plotzky | Identify template for solvency report | 51 | 1.00 | $320 | $320.00 |
| 6/11/02 | M.Berkin | Planning session for solvency analysis | 51 | 1.75 | $425 | $743.75 |
| 6/17/02 | S.Plotzky | Preparation of Solvency Analysis | 51 | 2.00 | $320 | $640.00 |
| 6/18/02 | S.Plotzky | Develop Insolvency Cash Flow Analysis | 51 | 1.75 | $320 | $560.00 |
| 6/19/02 | P.Rubsam | Review status of B&W, WR grace and Armstrong and review presentation for Elihu-w/Brad & Larry | 51 | 0.75 | $320 | $240.00 |
| 6/21/02 | L.Tersigni | Review documents produced by Houlihan Lokey in connection with their 1997 solvency analysis. | 51 | 1.70 | $425 | $722.50 |
| 6/24/02 | B.Cavanaugh | Meeting to review progress of work schedule | 51 | 0.75 | $425 | $318.75 |
| 6/24/02 | B.Cavanaugh | Preliminary review of documents received via subpoena (HL000001 - HL002355) | 51 | 4.00 | $425.00 | $1,700.00 |
| 6/24/02 | B.Cavanaugh | Discussion with Peter Rubsam regarding issues relating to making revisions to certain assumptions included in Houlihan Lokey's 1997 Preliminary Solvency Analysis and Enterprise Valuation analysis of WR Grace | 51 | 2.50 | $425.00 | $1,062.50 |
| 6/24/02 | S.Plotzky | Preparation of Enterprise valuation template | 51 | 1.50 | $320 | $480.00 |
| 6/24/02 | M.Berkin | Review Grace 12/31/98 10K for information related to solvency analysis | 51 | 2.50 | $425 | $1,062.50 |
| 6/24/02 | M.Berkin | Review Grace 3/13/98 10-12B registration filing for backing information related to solvency analysis | 51 | 1.80 | $425 | $765.00 |
| 6/25/02 | P.Rubsam | Research internet for locations to get information for historical Valueline data for 1998 valuation | 51 | 1.00 | $320 | $320.00 |
| 6/26/02 | M.Berkin | Analysis of Grace Bioremediation Technologies sale | 51 | 1.70 | $425 | $722.50 |
| 6/26/02 | S.Plotzky | Prepare narrative on procedures performed under the insolvency analysis | 51 | 1.00 | $320 | $320.00 |
| 6/26/02 | P.Rubsam | Research at library for historical information on competition and industry for valuation | 51 | 2.00 | $320 | $640.00 |
| 6/26/02 | L.Tersigni | Review and analysis of documents produced by Houlihan Lokey in connection with solvency analysis. | 51 | 3.25 | $425 | $1,381.25 |

# W.R. Grace

Schedule B

Services Rendered during the Period:  June 1 -30, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/26/02 | P.Rubsam | Review Houilan Lokey DCF model in 1998 and management assumptions | 51 | 1.25 | $320 | $400.00 |
| 6/26/02 | M.Berkin | Review of Blackstone materials related to Grace's Bioremediation Technologies sale | 51 | 2.50 | $425 | $1,062.50 |
| 6/27/02 | S.Plotzky | Complete book value and as reported for Balance Sheets, Cash Flows and supporting documents for solvency analysis | 51 | 2.50 | $320 | $800.00 |
| 6/27/02 | B.Cavanaugh | Conf call with P.Rubsam to discuss his preliminary analysis of impact of revising management projections on HL's enterprise valuation | 51 | 0.25 | $425 | $106.25 |
| 6/27/02 | S.Plotzky | Develop narrative on W.R. Grace to be included in expert solvency report | 51 | 1.00 | $320 | $320.00 |
| 6/27/02 | P.Rubsam | Prepare DCF model based on revised projections for 1998 | 51 | 3.00 | $320 | $960.00 |
| 6/27/02 | P.Rubsam | Prepare terminal EBITDA multiple model based on revised projections | 51 | 1.00 | $320 | $320.00 |
| 6/27/02 | S.Plotzky | Research 10K's and 10-Q 1996 - 2001. | 51 | 1.75 | $320 | $560.00 |
| 6/27/02 | P.Rubsam | Review Houilan Lokey terminal EBITDA multiple model in 1998 and management assumptions | 51 | 1.50 | $320 | $480.00 |
| 6/27/02 | L.Tersigni | Review of documents produced by debtor in connection with transfer of Seal Air Corporation. | 51 | 2.50 | $425 | $1,062.50 |
| 6/28/02 | C.Curti | Prepare Historic financial statements (1993-1997) for valuation project - Balance Sheet | 51 | 1.20 | $290 | $348.00 |
| 6/28/02 | C.Curti | Prepare Historic financial statements (1993-1997) for valuation project - Cash Flows | 51 | 1.20 | $290 | $348.00 |
| 6/28/02 | C.Curti | Prepare Historic financial statements (1993-1997) for valuation project - Income Statement | 51 | 1.20 | $290 | $348.00 |
| 6/28/02 | P.Rubsam | Review 1997 Peat Marwick analysis of asbestos claims | 51 | 1.50 | $320 | $480.00 |
| 6/28/02 | P.Rubsam | Review potential comparable companies to be used in valuation for 1998 of WR grace | 51 | 2.50 | $320 | $800.00 |
| 6/28/02 | P.Rubsam | Review sensitivity analysis of WR Grace by sealed air in 1997 | 51 | 1.30 | $320 | $416.00 |
| 6/28/02 | P.Rubsam | Review WR Grace August 1997 BOD minutes on spin-off to sealed air | 51 | 2.25 | $320 | $720.00 |
| | | Total 'Billing Matter Category'  51 | | 86.50 | | $31,971.50 |

**TOTAL Schedule B**      123.80      $46,388.25

# W. R. Grace

# Schedule C

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | Amount |
|---|---|
| Federal Express ( 2 packages ) | $25.08 |
| Xerox:   ( 1,196 x $0.10 per page) | $119.60 |
| Fee for access to historical data (1998) for industry analysis and competition for valuation from S&P | $6.00 |
| Telephone | $93.75 |
| **Total Expenses incurred from  June 1 - 30, 2002** | $ 244.43 |