# SIGN-IN SHEET

CASE NAME: W.R. Grace  COURTROOM NO.: BK 2
CASE NO.: 01-1139 (JKF)  DATE: 7-22-02

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Zaleski | Caplin+Leyn | Asb P.I. Comm |
| Kenneth Pasquale | Stroock+Stroock+Lavan LLP | Off. Comm. Unsecured Creditors |
| Joseph Gei | Stevens & Lee | |
| William Ehhert | William W. Ehhert | Westchew |
| Paul J. Norris | W.R. Grace | Grace |
| James J. Restivo | Reed Smith | W.R. Grace |
| David B Siegel | W.R. Grace | W.R. Grace |
| Brian McGowan | W.R. Grace | W.R. Grace |
| David Bernick | K+E | LR &E |
| Elizabeth Gabroer | Liese Gabroer | ZAI Claimts |
| Thomas M Sobol | Hagens Berman | ZAI Claimants |
| Edward J Westbrook | Richardson Patrick Westbrook + Brickman | ZAI Claimants |
| (signature) | Lukins & Annis | |
| Scott Tambley | Oilhed Clare | EHIC Silene Abrasive |

2469

# SIGN-IN SHEET

CASE NAME: W. R. Grace  
CASE NO.: 01-1139 (JKF)  
COURTROOM NO.: 8K2  
DATE: 7-22-02

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Carickhoff | Pachulski Stang | Debtors |
| James Kapp | Kirkland & Ellis | Debtors |
| Janet Baer | | |
| William D. Sullivan | Elzufon Austin et al | Zonolite Claimant |
| Alan McGarvey | McGarvey Heberling et al | Price/Prebil ZAI |
| Rick Miller | Ferry Joseph & Pearse | PD Committee |
| James C. McCarroll | Kramer Levin | Equity Committee |