## EXHIBIT A

| Opposing Party | Debtor Entity | Settlement Description |
|---|---|---|
| Artur Express<br>c/o Jay N. Applebaum,<br>Attorney at Law<br>P. O. Box 19242<br>Encino, California 91446 | W. R. Grace & Co.-Conn. | On May 9, 2002, Grace issued a settlement check for $1,900 to Artur Express to settle a transportation charge dispute. |
| State of Pennsylvania | W. R. Grace & Co.-Conn. | On June 5, 2002, the income tax assessment for the 4/1 to 12/31/1998 tax period was reduced to zero. |

4