# EXHIBIT A

## W. R. Grace & Co., et al.
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on *De Minimis* Asset Sales April 1, 2002 through June 30, 2002

### Part I – Sales in excess of $25,000, but less than $250,000.

In a Court-approved transaction, effective 5/23/2002, W. R. Grace & Co.-Conn. assigned its interests, both as a tenant under a prime lease and as a landlord under a sublease, to the prime landlord, Timothy J. Connolly. The property is the former Handy City Property #240 located in Lilburn, Georgia. Value: $27,000.

### Part II – Sales less than $25,000.

The Debtors did not sell assets outside of the ordinary course of business during the Sale Period for consideration less than $25,000.