Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX

ATTORNEY FOR CARROLLTON-FARMERS
BRANCH INDEPENDENT SCHOOL DISTRICT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | |
| W. R. GRACE & CO., et al., | § § | 01-01139-JKF-11 |
| Debtor(s). | § | CHAPTER 11 |

### NOTICE OF DESIGNATION OF NEW LEAD COUNSEL

THE UNDERSIGNED, LAW OFFICES OF ROBERT E. LUNA, P.C., 4411 N. Central Expressway, Dallas, Texas 75205, is the attorney for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT. The undersigned Andrea Sheehan of the LAW OFFICES OF ROBERT E. LUNA, P.C. is hereby designated as lead counsel for said School District in substitution for the undersigned former lead counsel, Sherrel K. Knighton.

Respectfully submitted,

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX

By:    Former Lead Counsel: _____  New Lead Counsel: _____
              Sherrel K. Knighton                                Andrea Sheehan
              State Bar No. 00796900                             State Bar No. 24002935

NOTICE OF DESIGNATION OF NEW LEAD COUNSEL, PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Designation of New Lead Counsel was served upon the parties listed below at the designated addresses by U.S. first class mail this 29th day of July, 2002.

ANDREA SHEEHAN

David W. Carickhoff, Jr.
Laura Davis Jones
Christopher James Lhulier
Rosalie L. Spelman
Rachel Sarah Lowy
Pachulski Stang, Ziehl, Young & Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899-8705
Counsel for Debtor(s)

Peter James Duhig
Venable, Baetjer and Howard, L.L.P.
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
Counsel for Debtor(s)

Michael R. Lastowski
Duane Morris L.L.P.
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Counsel for Debtor(s)

Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801