UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. Grace & Co., et al.,<br><br>　　　　　　　Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF ZAI CLAIMANTS' FIRST SET OF REQUESTS FOR ADMISSION TO DEBTORS**

PLEASE TAKE NOTICE, that on this 26th day of July, 2002, a copy of ZAI Claimants' First Set of Requests for Admission to Debtors, was served on counsel for the Debtors as set forth below:

James J. Restivo, Jr., Esquire　　　David M. Bernick, Esquire
Reed Smith LLP　　　　　　　　　Kirkland & Ellis
435 Sixth Avenue　　　　　　　　200 East Randolph Drive
Pittsburgh, PA  15219-1886　　　　Chicago, IL  60601

DATED: July 30, 2002

　　　　　　　　　　　　　　　　ELZUFON AUSTIN REARDON, TARLOV
　　　　　　　　　　　　　　　　& MONDELL, P.A.

　　　　　　　　　　　　　　　　 _/s/ William D. Sullivan_
　　　　　　　　　　　　　　　　William D. Sullivan (#2820)
　　　　　　　　　　　　　　　　Charles J. Brown, III  (#3368)
　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1700
　　　　　　　　　　　　　　　　P.O. Box 1630
　　　　　　　　　　　　　　　　Wilmington, DE 19899-1630
　　　　　　　　　　　　　　　　(302) 428-3181

　　　　　　　　　　　　　　　　Edward J. Westbrook
　　　　　　　　　　　　　　　　RICHARDSON, PATRICK, WESTBROOK &
　　　　　　　　　　　　　　　　BRICKMAN
　　　　　　　　　　　　　　　　28 Bridgeside Boulevard
　　　　　　　　　　　　　　　　P.O. Box 1702
　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　Telephone: (843) 216-9000
　　　　　　　　　　　　　　　　Facsimile: (843) 216-9450

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Robert M. Turkewitz
NESS MOTLEY LOADHOLT
  RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile:  (843) 216-9440

Allan M. McGarvey
Roger M. Sullivan
Jon L. Heberling
McGARVEY, HEBERLING,
SULLIVAN & McGARVEY, P.C.
745 South Main
Kalispell, MT  59901
Telephone:  (406) 752-5566
Facsimile:  (406) 752-7124

Darrell W. Scott, WSBA# 20241
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Thomas M. Sobol
Jeniene Andrews-Matthews
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

G:\Docs\CLIENT\220305\11221\pleading\00132198.DOC

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on July 30, 2002, service of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' FIRST SET OF REQUESTS FOR ADMISSION TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated:  July 30, 2002

*/s/  William D. Sullivan*
**WILLIAM D. SULLIVAN**