UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. Grace & Co., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF ZAI CLAIMANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEBTORS**

PLEASE TAKE NOTICE, that on this 26th day of July, 2002, a copy of ZAI Claimants' First Set of Requests for Production to Debtors, was served on counsel for the Debtors as set forth below:

    James J. Restivo, Jr., Esquire    David M. Bernick, Esquire
    Reed Smith LLP    Kirkland & Ellis
    435 Sixth Avenue    200 East Randolph Drive
    Pittsburgh, PA  15219-1886    Chicago, IL  60601

DATED: July 30, 2002

    ELZUFON AUSTIN REARDON, TARLOV
    & MONDELL, P.A.

     */s/ William D. Sullivan*
    William D. Sullivan (#2820)
    Charles J. Brown, III  (#3368)
    300 Delaware Avenue, Suite 1700
    P.O. Box 1630
    Wilmington, DE 19899-1630
    (302) 428-3181

    Edward J. Westbrook
    RICHARDSON, PATRICK, WESTBROOK &
    BRICKMAN
    28 Bridgeside Boulevard
    P.O. Box 1702
    Mt. Pleasant, SC 29464
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9450

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Robert M. Turkewitz
NESS MOTLEY LOADHOLT
  RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Allan M. McGarvey
Roger M. Sullivan
Jon L. Heberling
McGARVEY, HEBERLING,
SULLIVAN & McGARVEY, P.C.
745 South Main
Kalispell, MT 59901
Telephone: (406) 752-5566
Facsimile: (406) 752-7124

Darrell W. Scott, WSBA# 20241
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Thomas M. Sobol
Jeniene Andrews-Matthews
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

G:\Docs\CLIENT\220305\11221\pleading\00132204.DOC

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on July 30, 2002, service of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated:  July 30, 2002

                                      */s/  William D. Sullivan*
                                      **WILLIAM D. SULLIVAN**