1  Tara J. Schleicher, OSB #95402
   Farleigh, Wada & Witt, P.C.
2  121 S.W. Morrison, Suite 600
   Portland, OR 97204
3  Telephone: (503) 228-6044

4       Of Attorneys for Richards Packaging, Inc.

8                IN THE UNITED STATES BANKRUPTCY COURT

9                   FOR THE DISTRICT OF DELAWARE

10 In re                           )   Chapter 11
                                   )
11 W.R. GRACE & CO., et al.,       )   Case No. 01-01139 (JKF)
                                   )
12                                 )   (Jointly Administered)
                      Debtors.     )
13                                 )   REQUEST FOR SPECIAL NOTICE
                                   )   (Richards Packaging, Inc.)
14

15      Richards Packaging, Inc., by and through its attorneys, Farleigh, Wada & Witt, P.C.,

16 hereby requests special notice of all matters which must be noticed to creditors, any Creditors

17 Committee, and any other parties of interest, whether sent by the Court, the Debtor, or any other

18 party.

19      Notice should be addressed as follows:

20      Tara J. Schleicher
        Farleigh, Wada & Witt, P.C.
21      121 SW Morrison, Suite 600
        Portland, Oregon 97204
22
        DATED this ___24th___ day of July, 2002.
23

24                                      FARLEIGH, WADA & WITT, P.C.

25

26                                      _____
                                        Tara J. Schleicher, OSB #95402
                                        Attorneys for Richards Packaging, Inc.

Page 1 -   REQUEST FOR SPECIAL NOTICE (Richards Packaging, Inc.)
           H:\Client\RPI\11645\Special.not

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

# CERTIFICATE OF SERVICE

I hereby certify that on July 24th, 2002, I served the foregoing REQUEST FOR SPECIAL NOTICE (Richards Packaging, Inc.) on the following individuals by mailing to said individuals a true copy thereof, addressed to his/her last known regular address and deposited in the Post Office at Portland, Oregon:

Frank J. Perch, III
Office of the US Trustee
844 King St., Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Barry D. Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103
    Attorneys for AON Consulting

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
    Attorneys for Abner Defendants

Jonathan C. Hantke
Pamela H. Wlaters
14910 Aldine-Westfield Rd.
Houston, TX 77032
    Attorneys for Aldine Independent School District

Joseph Grey
Stevens & Lee
300 Delaware Ave., 8th Floor
Suite 800
Wilmington, DE 19801
    Attorneys for American Real Estate Holdings, LP

Amroc Investments, LLC
535 Madison Ave., 15th Floor
New York, NY 10022

Keavin D. McDonald
1221 McKinney, Suite 4550
Houston, TX 77010
    Attorneys for Asbestos Claimants

Avenue Capital Management
Attn: Andrew E. Shirley
535 Madison Ave.
New York, NY 10022

Neil J. Levitsky
Agostini, Levitsky, Isaacs, & Kulesza
824 N. Market St., Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
    Attorneys for BMW Constructors, Inc.; Timothy Kane

Richard B. Specter
Mark M. Monachino
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92612-1086
    Attorneys for William C. Baker; Eber E. Jaques; Bradford H. Miller; Montgomery R. Fisher; Sharon R. Ormsbee; Marilyn Rea; The Fisher Trust

Scott Baldwin, Jr.
Baldwin & Baldwin, LLP
400 W. Houston St.
Marshall, TX 75670
    Attorneys for Baldwin & Baldwin

William David Sullivan
Elzufon, Austin, et al
300 Delaware Ave., Suite 1700
Wilmington, DE 19801
    Attorneys for Marco Barbanti; Ralph Busch; John & Margery Prebil; Paul Price

Bear, Stearns & Co., Inc.
Attn: Bryan Shapiro
245 Park Ave.
New York, NY 10167

James G. Damon
Daniel S. Miller
Voss, Cook & Thel, LLP
895 Dove St., Suite 450
Newport Beach, CA 92660-2998
    Attorneys for David T. Beauchamp

Jonathan D. Berger
1622 Locust St.
Philadelphia, PA 19103-6365

Page 1   CERTIFICATE OF SERVICE

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | |
|---|---|
| 1 | William B. Butler |
| | Law Offices of Beirsdorf & Associates, P.A. |
| 2 | 4100 City Center |
| | 33 South Sixth St. |
| 3 | Minneapolis, MN 55402 |
| 4 | Gerard T. Bukowski |
| | VP and General Counsel |
| 5 | Burns & McDonnell Engineering |
| | 9400 Ward Parkway |
| 6 | Kansas City, MO 64114-3319 |
| 7 | Patrick J. Lamb |
| | Butler Rubin Saltarelli & Boyd |
| 8 | Three First National Plaza |
| | 70 West Madison St., Suite 1800 |
| 9 | Chicago, IL 60602 |
| | Matthew G. Zaleski, III |
| 10 | Mark T. Hurford |
| | Aileen F. Maguire |
| | Campbell & Levine, LLC |
| 11 | 1201 N. Market St., 15th Floor |
| | Wilmington, DE 19801 |
| 12 | Attorneys for Caplin & Drysdale, Chartered; Legal Analysis Systems, Inc.; Official Committee of Asbestos Personal Injury Claimants |
| 13 | |
| 14 | Richard M. Meth |
| | Herrick, Feinstein, LLP |
| 15 | 2 Penn Plaza, 11th Floor |
| | Newark, NJ 07105 |
| | Attorneys for Carteret Venture |
| 16 | |
| | Brett Fallon |
| 17 | Christina M. Maycen |
| | Morris, James, Hitchens and Williams |
| 18 | 222 Delaware Ave., 10th Floor |
| | Wilmington, DE 19801 |
| 19 | Attorneys for Caterpillar Financial Services Corp. |
| 20 | Deborah E. Spivack |
| | Richards, Layton & Finger |
| 21 | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19899 |
| 22 | Attorneys for Chase Manhattan Bank |
| 23 | William H. Sudell, Jr. |
| | Morris, Nichols, Arsht & Tunnell |
| | 1201 N. Market Street |
| 24 | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| 25 | Attorneys for Chevron USA, Inc. |
| 26 | |

Douglas Gordon
607 Market St., Suite 103
Knoxville, TN 37902
    Attorneys for City of Knoxville

Christopher Momjian
Attorney General
21 S. 12th St., 3rd Floor
Philadelphia, PA 19107
    Attorneys for Commonwealth of Pennsylvania Dept. of Revenue

Contrarian Capital Management, LLC
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Contrarian Capital Trade Claims, LP
Attn: Alisa Minsch
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Timothy P. Dowling
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
Corpus Christi, TX 78401
    Attorneys for Corpus Christi Gasket & Fastener, Inc.

Elizabeth Weller
2323 Bryan St., Suite 1720
Dallas, TX
    Attorneys for County of Dallas, Texas

Faith Matuschek, Deputy Tax Collector
Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Martha E. Romero
7743 S. Painter Ave., Suite E
Whittier, CA 90602
    Attorneys for County of San Diego, California

Stephen Donato
1500 MONY Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976
    Attorneys for Crossroads Industrial Park, Inc.

Brian L. Hansen
1600 Atlanta Financial Center
3343 Peachtree Rd., NE
Atlanta, GA 30326
    Attorneys for Daleen Technologies, Inc.

Debt Acquisition Co. of America V, LLC
2120 West Washington St.
San Diego, CA 92110

**FARLEIGH, WADA & WITT, P.C.**
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | Allison E. Reardon<br>Delaware Division of Revenue | Frederick B. Rosner<br>Cozen O'Connor |
| 2 | 820 N. French St., 8th Floor<br>Wilmington, DE 19801 | 1201 N. Market St., 14th Floor<br>Wilmington, DE 19801 |
| 3 | Attorneys for Delaware Division of Revenue | Attorneys for Honeywell International, Inc. |

1  Allison E. Reardon
   Delaware Division of Revenue
2  820 N. French St., 8th Floor
   Wilmington, DE 19801
3      Attorneys for Delaware Division of Revenue

   William K. Harrington
4  Michael R. Lastowski
   Duane Morris, LLP
5  1100 North Market St., Suite 1200
   Wilmington, DE 19801
   Attorneys for Duane Morris, LLP; FTI Polcano
6      & Manzo; Official Committee of Unsecured
       Creditors; Official Committee of Unsecured
7      Creditors of W.R. Grace & Co., et al.

8  John D. Demmy
   Stevens & Lee, P.C.
9  300 Delaware Ave., Suite 800
   Wilmington, DE 19801
10     Attorneys for First Union Commercial Corp.

   Florida Dept. of Revenue
11 Attn: Debra Pilgrim, Revenue Specialist
   P.O. Box 6668
12 Tallahassee, FL 32314-6668

13 Craig A. Slater
   One HSBC Center, Suite 3550
14 Buffalo, NY 14203-2884
       Attorneys for GTE Operations Support, Inc.

15 Selinda A. Melnik
   Buchanan Ingersoll, P.C.
16 Chase Manhattan Centre
   1201 N. Market St., Suite 1501
17 Wilmington, DE 19801
       Attorneys for Gamma Holding NV

18 Jeffrey T. Wegner
   1650 Farnam St.
19 Omaha, NE 68102-2186
       Attorneys for Gelco Corporation, dba GE
20     Capital Fleet Services

   Kevin J. Mangan
21 Walsh Monzack & Monaco, PA
   1201 Orange St., Suite 400
22 Wilmington, DE 19801
       Attorneys for General Electric Capital Corp.;
23     Honeywell International, Inc.

   Mark C. Goldenberg
24 Elizabeth V. Heller
   Goldenberg, Miller, Heller & Antognoli, P.C.
   2227 S. State Route 157
25 P.O. Box 959
   Edwardsville, IL 62025
26

Frederick B. Rosner
Cozen O'Connor
1201 N. Market St., 14th Floor
Wilmington, DE 19801
    Attorneys for Honeywell International, Inc.

Sanjay Thapar
Pitney Hardin Kipp & Szuch, LLP
711 3rd Ave., 20th Floor
New York, NY 10017
    Attorneys for General Electric Capital Corp.

David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl Young & Jones
919 N. Market St., 16th Floor
Wilmington, DE 19899-8705
    Attorneys for Pitney Hardin Kipp & Szuch, LLP

Mary M. Maloney Huss
Wolf, Block, Schorr & Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market St., Suite 1001
Wilmington, DE 19801
    Attorneys for General Electric Co.

Martin J. Weis
Dilworth Paxson, LLP
1735 Market St.
3200 Mellon Bank Center
Philadelphia, PA 19103
    Attorneys for General Electric Railcar Services
    Corp.

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
    Attorneys for Georgia Dept. of Natural
    Resources; Georgia Dept. of Revenue

Georgia Pacific Corporation
Attn: Larry A. Feind
133 Peachtree Street N.E., 7th Floor
Atlanta, GA 30303

Edward L. Jacobs
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070
    Attorneys for James and Anna Grau; Harry Grau
    & Sons, Inc.

Thomas G. Whalen, Jr.
Steven & Lee
300 Delaware Ave., Suite 800
Wilmington, DE 19801
    Attorneys for HanMar Associates, MLP

Ben Furth
201 Sansome St., Suite 1000
San Francisco, CA 94104
    Attorneys for William Pat Harris

Page 3   CERTIFICATE OF SERVICE

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

1. Barbara Fruchauf
   Cattie & Fruchauf
   1201 Orange St., Suite 502
   Wilmington, DE 19801
       Attorneys for Hartford Accident & Indemnity Co., et al

2. Scott Andrew Shail
   Hogan & Hartson
   555 Thirteenth St., NW
   Washington, DC 20004
       Attorneys for Hartford Accident & Indemnity Co., et al

3. Rick S. Miller
   Theodore J. Tacconelli
   Ferry & Joseph
   824 Market St., Suite 904
   Wilmington, DE 19899
       Attorneys for W.D. Hilton, Jr.; Official Committee of Asbestos Property Damage Claimants

4. Gerard G. Pecht
   1301 McKinney
   Suite 5100
   Houston, TX 77010-3095
       Attorneys for Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services, Inc.

5. Robert F. Stewart, Jr.
   Dilworth Paxson, LLP
   First Federal Plaza, Suite 500
   Wilmington, DE 19801
       Attorneys for Anne Marie P. Kelley

6. Patrick Scanlon
   Law Offices of Patrick Scanlon
   203 NE Front St., Suite 101
   Milford, DE 19963
       Attorneys for Edythe Kellogg

7. Kerr-McGee Corporation
   Attn: Myron Cunningham, Esq.
   Kerr-McGee Center
   Oklahoma City, OK 73125

8. James H.M. Sprayregen
   James W. Kapp, III
   Samuel A. Schwartz
   Roger J. Higgins
   Kirkland & Ellis
   200 East Randolph Dr.
   Chicago, IL 60601
       Attorneys for Debtors

9. Ronald D. Gorsline
   1000 Tallan Building
   Two Union Square
   Chattanooga, TN 37402-2552
       Attorneys for Lawson Electric Co., Inc.

Edward Leddick
44E Eillow Street
Central Islip, NY 11722

Maurie J. Shalmone
Longacre Master Fund, LTD
1700 Broadway, Suite 1403
New York, NY 10019
    Attorneys for Longacre Master Fund, Ltd.

Harvey N. Jones
999 Westview Drive
Hastings, MN 55033
    Attorneys for James and Doris McMurchie

David W. Baddley
Greenberg Traurig, P.A.
515 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
    Attorneys for MARS Music

Greenberg Traurig, P.A.
The Brandywine Bldg, Suite 1540
1000 West Street
Wilmington, DE 19801
    Attorneys for MARS Music

Charles J. Brown
Katharine L. Mayer
William David Sullivan
Elzufon, Austin, Reardon, Tarlov & Mondell
300 Delaware Ave., 17th Floor
P.O. Box 1630
Wilmington, DE 19899
    Attorneys for Mechanic's Lien Claimants; Zonolite Attic Insulation Class Plaintiffs

Mohawk Finishing Products, Inc.
Attn: Jayne Porter
P.O. Box 22000
Hickory, N.C. 28603-0200

Carol A. Mugford
44 Westend Ave.
Brentwood, NY 11717

Francis J. Murphy
Murphy, Spadaro & Landon
824 N. Market St., Suite 700
Wilmington, DE 19899

Michael S. Davis
575 Lexington Ave.
New York, NY 10022
    Attorneys for National Union Fire Insurance Co.

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | Ricardo Palacio | John J. Winter |
| | Christopher S. Sontchi | Harvey Pennington Cabot Griffith |
| 2 | Ashby & Geddes, PA | 1835 Market St., 29th Floor |
| | 222 Delaware Ave., 17th Floor | Philadelphia, PA 19103 |
| 3 | Wilmington, DE 19801 | Attorneys for PPG Industries |
| | Attorneys for Nation Union Fire Insurance Co.; | |
| | Official Committee of Asbestos Personal Injury | Richard Allen Keuler, Jr. |
| 4 | Claimants | Kurt F. Gwynne |
| | | James J. Restivo |
| 5 | Margaret A. Holland | Reed Smith, LLP |
| | Attorney General of New Jersey | 1201 Market St., Suite 1500 |
| | R. J. Hughes Justice Complex | Wilmington, DE 19801 |
| 6 | 25 Market St. | Attorneys for Reed Smith, LLP; Special |
| | P.O. Box 106 | Asbestos Products Liability Defense Counsel |
| 7 | Trenton, NJ 08626-0106 | |
| | Attorneys for New Jersey Director, Division of | Nicholas J. LePore, III |
| | Taxation | Schnader Harrison Segal & Lewis LLP |
| 8 | | 1600 Market St., Suite 3600 |
| | Barbara Billet | Philadelphia, PA 19103 |
| 9 | Deputy Commissioner & Counsel | Attorneys for Louis S. Robles |
| | Department of Taxation and Finance | |
| 10 | 340 E. Main St. | |
| | Rochester, NY 14604 | |
| | Attorneys for New York State Dept. of Taxation | Mark Minuti |
| 11 | and Finance | 222 Delaware Ave., Suite 1200 |
| | | P.O. Box 1266 |
| 12 | Joel L. Perrell, Jr. | Wilmington, DE 19899 |
| | Miles & Stockbridge, P.C. | Attorneys for Saul Ewing, LLP |
| | 10 Light Street | |
| 13 | Baltimore, MD 21202 | Robert L. Eisenbach, III |
| | Attorneys for Niro, Inc. | Cooley Godward LLP |
| | | One Maritime Plaza, 20th Floor |
| 14 | | San Francisco, CA 94111-3580 |
| | Noel C. Burnham | Attorneys for Siebel Systems, Inc. |
| 15 | Montgomery McCracken Walker & Rhoads, LLP | |
| | 300 Delaware Ave., Suite 750 | Joseph Walter Lind |
| | Wilmington, DE 19801 | Sierra Asset Management |
| 16 | Attorneys for Novak Landfill RD/RA Group | 2699 White Road, Suite 255 |
| | | Irvine, CA 92614 |
| 17 | Teresa K.D. Currier | Attorneys for Sierra Asset Management |
| | Kathleen P. Makowski | |
| | Jeffrey R. Waxman | Janet M. Weiss |
| 18 | Klett Rooney Lieber & Schorling | Gibson, Dunn & Crutchter, LLP |
| | 1000 West St., Suite 1410 | 200 Park Ave. |
| 19 | Wilmington, DE 19801 | New York, NY 10166 |
| | Attorneys for Official Committee of Equity | Attorneys for Snack, Inc. |
| 20 | Holders; Official Committee of Equity Security | |
| | Holders; Sealed Air Corporation; | Snack, Inc. |
| 21 | Thomas Moers Mayer | Attn: Vahe Melkonian |
| | 919 Third Ave. | 6320 Canoga Ave., Suite 1430 |
| 22 | New York, NY 10022 | Woodland Hills, CA 91367 |
| | Attorneys for Official Committee of Equity | |
| 23 | Holders | State of Minnesota |
| | | Attorney General's Office |
| | Official Committee of Equity Security Holders | 445 Minnesota St., Suite 1200 |
| 24 | Rosenthal, Monhait, Gross & Goddess, PA | St. Paul, MN 55101 |
| | 1401 Mellon Bank Center | |
| 25 | Wilmington, DE 19801 | David Earl Flowers |
| | | Minnesota Attorney General's Office |
| | | 445 Minnesota St., Suite 1100 |
| 26 | | St. Paul, MN 5510 |
| | | Attorneys for State of Minnesota |

Page 5   CERTIFICATE OF SERVICE

*FARLEIGH, WADA & WITT, P.C.*
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | Amy J. Murphy<br>77 Broadway, Suite 112 | David W. Carickhoff, Jr.<br>Peter James Duhig |
| 2 | Buffalo, NY 14203-1670<br>    Attorneys for State of NY Dept. of Taxation and | Laura Davis Jones<br>Christopher James Lhulier |
| 3 |     Finance | Rosalie L. Spelman<br>Rachel Sarah Lowy |
| 4 | John K. Fiorilla<br>390 George St. | Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 N. Market St., 16th Floor |
| 5 | P.O. Box 1185<br>New Brunswick, NJ 08903 | Wilmington, DE 19899<br>    Attorneys for W.R. Grace & Co., Debtor; |
|   |     Attorneys for The Burlington Northern and<br>    Santa Fe Railway Co. |     Wallace King Marraro & Branson; |
| 6 | | Warren Howard Smith |
| 7 | Kristi J. Doughty<br>Whittington & Aulgur | Warren H. Smith and Associates, P.C.<br>900 Jackson St. |
|   | 313 N. Dupont Hwy, Suite 110<br>Odessa, DE 19730 | 120 Founders Square<br>Dallas, TX 75202 |
| 8 |     Attorneys for Toyota Motor Credit Corp. |     Attorneys for Warren H. Smith and Associates,<br>    P.C. |
| 9 | | |
| 10 | Michael G. Busenkell<br>Morris, Nichols, Arsht & Tunnell | Stephen Donato<br>1500 MONY Tower I |
|   | 1201 N. Market St.<br>P.O. Box 1347 | P.O. Box 4976<br>Syracuse, NY 13221-4976 |
| 11 | Wilmington, DE 19899<br>    Attorneys for Travelers Casualty and Surety Co.; |     Attorneys for Weedsport Associates, LLC |
| 12 |     Travelers Indemnity Insurance Co. | William W. Erhart<br>300 Delaware Ave., Suite 1130 |
| 13 | Rachel B. Mersky<br>Walsh, Monazak & Monaco, PA | P.O. Box 234<br>Wilmington, DE 19899-0234 |
|   | 1201 Orange St., Suite 400 |     Attorneys for Wesconn Co., Inc. |
| 14 | Wilmington, DE 19801<br>    Attorneys for Union Tank Car Co. | Don C. Fletcher |
| 15 | Christopher J. Kayser | The Cavanaugh Firm, P.A.<br>1850 N. Central Ave., Suite 2400 |
| 16 | US Dept. of Justice, Tax Division<br>P.O. Box 227 | Phoenix, AZ 85004<br>    Attorneys for Westcor |
| 17 | Ben Franklin Station<br>Washington, DC 20044 | Francis J. Murphy |
|    |     Attorneys for US Internal Revenue Service | Murphy, Spadaro & Landon<br>824 N. Market St., Suite 700 |
| 18 | James Donald Freeman<br>US Dept. of Justice | Wilmington, DE 19899<br>    Attorneys for KPMG |
| 19 | 999 18t Street, Suite 945N<br>Denver, CO 80202 | Edward L. Manchur |
| 20 |     Attorneys for USA | Stonehill Corporate Center<br>999 Broadway, Suite 500 |
| 21 | Steven T. Davis<br>Obermayer, Rebmann Maxwell & Hippell, LLP | Saugus, MA 01906<br>    Attorneys for Edward M. Lindholm; John |
|    | 716 Tatnall St. |     Sufnarowski |
| 22 | Wilmington, DE 19899<br>    Attorneys for Unofficial Committee of Select | Scott Baena |
| 23 |     Asbestos Claimants | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod<br>First Union Financial Center |
| 24 | | 200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 |
| 25 | |     Attorneys for Official Committee of Asbestos<br>    Property Damage Claimants |
| 26 | | |

*FARLEIGH, WADA & WITT, P.C.*
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

1  Lewis Kruger
   Stroock & Stroock & Lavan
2  180 Maiden Lane
   New York, NY 10038-4982
       Attorneys for the Official Committee
3      of Unsecured Creditors

4
   Alice Graham Smolker
   Law Offices of Smolker & Graham
5  Suite 280
   4720 Lincoln Blvd.
6  Marina Del Rey, CA 90292-6977
       Attorneys for Alice and Gary Smolker

7
   State of California
   State Board of Equalization
8  Attn: Philip Spielman
   450 N. Street
9  Sacramento, CA 94279-000

   State of Louisiana
10 Dept. of Revenue
   Attn: Martha Posada
11 P.O. Box 66658
   Baton Rouge, LA 70896-9988

12
   Rachel Jeanne Lehr, Deputy Attorney General
   Richard J. Hughes Justice Complex
13 25 Market St.
   P.O. Box 093
14 Trenton, NJ 08625
       Attorneys for New Jersey Dept. of
       Environmental Protection
15

Marvin E. Clements, Jr., Asst. Attorney General
Tennessee Dept. of Labor & Workforce
Bankruptcy and Collections Division
P.O. Box 20207
Nashville, TN 37202-0207

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

Ted N. Pettit
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
727 Bishop St., Suite 2600
Honolulu, HI 96813
    Attorneys for William B. Dunbar

Mary Wurts
P.O. Box 27
Apache Junction, AZ 85217

Xerox Capital Services, LLC
Attn: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

16

17

18         DATED this 24th day of July, 2002.

19

20         _____
           Tara J. Schleicher, OSB #95402
21         Of Attorneys for Richards Packaging, Inc.

22

23

24

25

26

Page 7   CERTIFICATE OF SERVICE

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741