# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

———————

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope                                July 30, 2002

                                                                   Invoice #  56008

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2002

                                                                   Atty - SLB

    RE:        01- Case Administration                        Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/02 | JMS | 0.60 | 141.00 | Review correspondence regarding 3rd Circuit decision on non-malignant claims (.2); review correspondence regarding case management conference and telephone conference with E. Wohlforth thereon (.3); telephone call to I. Zanetos regarding current status of case (left detailed message) (.1). |
| 05/01/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 05/01/02 | BAB | 5.10 | 306.00 | Edit, prepare, and organize hearing notebook , including retrieval of case law |
| 05/02/02 | JMS | 0.70 | 164.50 | Review and analyze stipulation between Grace and National Union Fire (.2); review/analyze proposed stipulation and consent order regarding Honeywell (.2); review letter from D. Carickhoff regarding amended fee order (.3). |
| 05/02/02 | BAB | 0.60 | 36.00 | Update docket (.2); legal research on-line (.4). |
| 05/02/02 | NP | 1.20 | 72.00 | Organize and index all "Case Management Files" |
| 05/06/02 | MEK | 1.80 | 288.00 | Research regarding filing proof of claims by debtor. |
| 05/06/02 | SLB | 3.00 | 1,350.00 | Telephone call to and from Dan Speights regarding ZAI subcommittee (.2); telephone conference with D. Speights, M. Dies, J. Sakalo and R. Turken regarding notice of appeal on bar date order (2.8). |
| 05/06/02 | JMS | 7.50 | 1,762.50 | Telephone conference with G. Boyer regarding fee applications (.2); telephone conference with S. Baena, R. Turken, D. Speights, M. Dies regarding filing appeal to bar date order (2.8); draft notice of appeal and motion for leave to file appeal (4.0); discuss same with D. Speights and T. Tacconelli (.4); email to T. Tacconelli regarding 4/22 hearing transcript (.1). |
| 05/06/02 | ADB | 0.20 | 20.00 | Research for article in the Wall Street Journal  about a building in Fort Worth for J. Sakalo. |
| 05/06/02 | BAB | 0.50 | 30.00 | Update docket (.2); download file (.3). |
| 05/06/02 | NP | 3.40 | 204.00 | Organize and prepare files for documents (2.1); coordinate Legalkey filing of documents (1.3). |
| 05/07/02 | SLB | 0.50 | 225.00 | Telephone call to D. Speights regarding appeal (.5). |
| 05/07/02 | JMS | 0.20 | 47.00 | Email to committee regarding 4/22 transcript (.2). |
| 05/07/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 05/07/02 | NP | 0.40 | 24.00 | Coordinate with E. Gutierrez regarding documents in Legalkey |
| 05/08/02 | SLB | 1.00 | 450.00 | Telephone call from D. Speights regarding ZAI subcommittee (.4); telephone call from Dan Speights regarding same (.4); interoffice conference with J. Sakalo regarding same (.2). |
| 05/08/02 | JMS | 1.80 | 423.00 | Conferences with S. Anderson regarding CD-Roms of scanned documents (.2); continue review of hearing transcript from 4/22 (.7); telephone conference with D. Speights regarding upcoming hearings and all pending matters (.4); |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|          |     |      |         | conference with S.Baena regarding  ZAI subcommittee (.4). |
|----------|-----|------|---------|-----------------------------------------------------------|
| 05/08/02 | BAB | 0.20 | 12.00   | Update docket (.2). |
| 05/10/02 | EAG | 1.50 | 75.00   | Sort and organize documents chronologically for indexing. |
| 05/10/02 | SLB | 0.40 | 180.00  | Review agenda for May 20th (.2); review UST objection regarding PWC (.2). |
| 05/10/02 | JMS | 1.10 | 258.50  | Analysis of experts utilized by other constituencies in the bankruptcy (.7); review docket (.4). |
| 05/11/02 | JMS | 0.70 | 164.50  | Review docket (.3); letter to committee regarding consolidating case management procedures (.4. |
| 05/13/02 | SLB | 0.30 | 135.00  | Telephone call from J. Sakalo regarding web site, etc. (.3). |
| 05/13/02 | JMS | 2.94 | 690.90  | Review Wall Street Journal article regarding Libby removal (.3); review Grace claims website and check on bar date notice package for compliance (1.0); telephone conference with S. Baena regarding same; test meta-links for bar date website (.6); review agenda for 5/20 hearing (.3); telephone conference with T. Wasser (BN counsel) regarding status of case (.4); telephone conference with D. Speights regarding Debtors' website (.4). |
| 05/14/02 | JMS | 1.70 | 399.50  | Review amended agenda for 5/20 hearing (.2); begin draft of strategic motion (1.3); review docket (.2). |
| 05/14/02 | BAB | 0.20 | 12.00   | Update docket (.2). |
| 05/15/02 | JMS | 0.90 | 211.50  | Review hearing notebook (.2); continue work on strategic motion (.7); |
| 05/15/02 | BAB | 2.70 | 162.00  | Update docket (.2); download files (.3); prepare and create index and hearing notebook (2.2). |
| 05/16/02 | JMS | 0.40 | 94.00   | Telephone conferences with D. Speights and M. Dies regarding status of pending issues and hearings in front of Judge Wolin next week (.2); research PPG plan (.2). |
| 05/16/02 | BAB | 0.20 | 12.00   | Update docket (.2). |
| 05/17/02 | SLB | 0.90 | 405.00  | Preparation for May 20th hearings (.9). |
| 05/17/02 | BAB | 0.50 | 30.00   | Update hearing notebook (.5). |
| 05/18/02 | JMS | 0.30 | 70.50   | Review Debtors' motion to pay stay bonuses (.3). |
| 05/19/02 | JMS | 1.50 | 352.50  | Prepare for 5/20 hearing en route to Wilmington (1.5). |
| 05/20/02 | SLB | 1.30 | 585.00  | Conference with J. Sakalo regarding results of hearing strategy. |
| 05/20/02 | JMS | 1.80 | 423.00  | Meet with D. Speights regarding strategy issues (.5); and conferences with S. Baena regarding results of hearing, strategy (1.3). |
| 05/21/02 | JMS | 3.00 | 705.00  | Conference with D. Speights, M. Dies regarding appeal, status of case, strategy regarding pending issues (3.0). |
| 05/28/02 | JMS | 2.70 | 634.50  | Research regarding 1129 cramdown issues (2.3); conference with B. Lapides regarding 502(c) issues (.4). |
| 05/28/02 | BAB | 0.60 | 36.00   | Update docket (.2); locate file regarding future claimants rep. (.4). |
| 05/28/02 | BL  | 3.50 | 490.00  | Interoffice conference with J. Sakalo regarding 502(c)(.40); and research section 502 (3.1). |
| 05/29/02 | BL  | 1.90 | 266.00  | Research Section 502 (c) case law; briefing cases. |
| 05/30/02 | JMS | 0.30 | 70.50   | Review Wesconn motion for relief from automatic stay (.3). |
| 05/30/02 | BL  | 2.00 | 280.00  | Research Section 502 (c) case law. |
| 05/31/02 | JMS | 0.70 | 164.50  | Telephone conference with T. Wasser (PD holder counsel) regarding status, bar date, proofs of claim (.7). |
| 05/31/02 | BAB | 1.20 | 72.00   | Update docket (.2); input data into document review spreadsheet regarding hot doc (1.0) |
| 05/31/02 | BL  | 1.00 | 140.00  | Research Section 502 (c) case law. |

**PROFESSIONAL SERVICES**                                                                                        $12,698.40

**COSTS ADVANCED**

| 04/19/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 801770122; DATE: 4/30/02  - ACCT.#1000201074 | 22.75 |
|----------|--------------------------------------------------------------------------------------------------------------------|-------|

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 05/01/02 | Photocopies  333.00pgs @ .15/pg | 49.95 |
| 05/01/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 05/01/02 | Telecopies    24.00pgs @ .50/pg | 12.00 |
| 05/01/02 | Long Distance Telephone(732) 545-2250 | 0.92 |
| 05/01/02 | Long Distance Telephone(302) 429-4238 | 0.92 |
| 05/01/02 | Long Distance Telephone(843) 525-1242 | 1.38 |
| 05/01/02 | Long Distance Telephone(212) 813-1703 | 1.38 |
| 05/01/02 | Long Distance Telephone(973) 645-2580 | 0.92 |
| 05/01/02 | Long Distance Telephone(973) 645-2580 | 0.92 |
| 05/01/02 | Long Distance Telephone(213) 896-6022 | 0.92 |
| 05/02/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/02/02 | Photocopies  1001.00pgs @ .15/pg | 150.15 |
| 05/02/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/02/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 05/02/02 | Telecopies    24.00pgs @ .50/pg | 12.00 |
| 05/02/02 | Telecopies    24.00pgs @ .50/pg | 12.00 |
| 05/02/02 | Long Distance Telephone(310) 645-9000 | 0.46 |
| 05/02/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 05/02/02 | Long Distance Telephone(843) 216-9148 | 11.07 |
| 05/02/02 | Long Distance Telephone(302) 575-1555 | 3.23 |
| 05/02/02 | Long Distance Telephone(803) 943-4599 | 2.77 |
| 05/02/02 | Long Distance Telephone(770) 804-8710 | 1.85 |
| 05/02/02 | Long Distance Telephone(302) 594-3108 | 5.54 |
| 05/06/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 05/06/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 05/06/02 | Telecopies    42.00pgs @ .50/pg | 21.00 |
| 05/06/02 | Long Distance Telephone(803) 943-4599 | 0.92 |
| 05/06/02 | Long Distance Telephone(409) 883-4814 | 0.92 |
| 05/06/02 | Long Distance Telephone(509) 455-9555 | 0.46 |
| 05/06/02 | Long Distance Telephone(302) 426-1900 | 0.46 |
| 05/06/02 | Long Distance Telephone(212) 813-1703 | 2.77 |
| 05/06/02 | Long Distance Telephone(212) 813-0580 | 1.38 |
| 05/06/02 | Long Distance Telephone(409) 883-4394 | 29.99 |
| 05/06/02 | Long Distance Telephone(803) 943-4444 | 70.13 |
| 05/06/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 05/06/02 | Long Distance Telephone(409) 883-4394 | 37.37 |
| 05/06/02 | Long Distance Telephone(212) 946-9432 | 6.00 |
| 05/06/02 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 05/06/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 05/06/02 | Long Distance Telephone(803) 943-4444 | 0.92 |
| 05/06/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 05/06/02 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 05/06/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 05/06/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 05/07/02 | Photocopies  31.00pgs @ .15/pg | 4.65 |
| 05/07/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 05/07/02 | Long Distance Telephone(214) 698-3868 | 2.77 |
| 05/07/02 | Long Distance Telephone(803) 943-4444 | 6.92 |
| 05/07/02 | Long Distance Telephone(202) 862-7819 | 1.38 |
| 05/08/02 | Photocopies  50.00pgs @ .15/pg | 7.50 |
| 05/08/02 | Photocopies  484.00pgs @ .15/pg | 72.60 |
| 05/08/02 | Photocopies  7.00pgs @ .15/pg | 1.05 |
| 05/08/02 | Long Distance Telephone(509) 455-9555 | 0.92 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 05/08/02 | Long Distance Telephone(212) 401-7557 | 2.77 |
| 05/09/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/09/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 05/09/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 05/09/02 | Long Distance Telephone(803) 943-8094 | 0.92 |
| 05/09/02 | Long Distance Telephone(803) 943-4444 | 4.61 |
| 05/09/02 | Long Distance Telephone(509) 455-9555 | 1.85 |
| 05/09/02 | Long Distance Telephone(803) 943-4444 | 0.46 |
| 05/09/02 | Long Distance Telephone(617) 720-5000 | 0.92 |
| 05/09/02 | Long Distance Telephone(302) 426-1900 | 0.92 |
| 05/09/02 | Long Distance Telephone(973) 538-0800 | 0.92 |
| 05/09/02 | Long Distance Telephone(617) 610-1826 | 0.46 |
| 05/09/02 | Long Distance Telephone(617) 720-5000 | 0.46 |
| 05/09/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249696 DATE: 5/20/02 | 11.42 |
| 05/09/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 6/01/02; DATE: 6/1/02  - ACCT.#35648239-00001 | 405.76 |
| 05/10/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 05/10/02 | Telecopies    72.00pgs @ .50/pg | 36.00 |
| 05/10/02 | Telecopies    72.00pgs @ .50/pg | 36.00 |
| 05/10/02 | Telecopies    52.00pgs @ .50/pg | 26.00 |
| 05/10/02 | Telecopies    20.00pgs @ .50/pg | 10.00 |
| 05/10/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 05/10/02 | Long Distance Telephone(212) 946-9440 | 2.77 |
| 05/10/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 05/10/02 | Long Distance Telephone(803) 943-4444 | 7.84 |
| 05/10/02 | Long Distance Telephone(803) 943-4599 | 21.22 |
| 05/10/02 | Long Distance Telephone(409) 883-4814 | 7.38 |
| 05/10/02 | Long Distance Telephone(803) 943-4599 | 9.69 |
| 05/10/02 | Long Distance Telephone(843) 524-5708 | 4.15 |
| 05/10/02 | Long Distance Telephone(803) 943-4599 | 1.85 |
| 05/13/02 | Photocopies  40.00pgs @ .15/pg | 6.00 |
| 05/13/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 05/13/02 | Photocopies  25.00pgs @ .15/pg | 3.75 |
| 05/13/02 | Photocopies  37.00pgs @ .15/pg | 5.55 |
| 05/13/02 | Photocopies  61.00pgs @ .15/pg | 9.15 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    56.00pgs @ .50/pg | 28.00 |
| 05/13/02 | Telecopies    58.00pgs @ .50/pg | 29.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    24.00pgs @ .50/pg | 12.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |
| 05/13/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/13/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/13/02 | Telecopies    52.00pgs @ .50/pg | 26.00 |
| 05/13/02 | Postage | 2.64 |
| 05/13/02 | Long Distance Telephone(509) 747-2323 | 0.92 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 05/13/02 | Long Distance Telephone(415) 956-1008 | 0.92 |
| 05/13/02 | Long Distance Telephone(617) 720-5015 | 0.92 |
| 05/13/02 | Long Distance Telephone(843) 216-9440 | 1.38 |
| 05/13/02 | Long Distance Telephone(415) 989-1801 | 1.85 |
| 05/13/02 | Long Distance Telephone(973) 538-1984 | 0.92 |
| 05/13/02 | Long Distance Telephone(973) 538-1984 | 0.92 |
| 05/13/02 | Long Distance Telephone(973) 538-1984 | 1.38 |
| 05/13/02 | Long Distance Telephone(973) 367-4955 | 1.38 |
| 05/13/02 | Long Distance Telephone(302) 575-1714 | 0.92 |
| 05/13/02 | Long Distance Telephone(803) 943-4599 | 3.23 |
| 05/13/02 | Long Distance Telephone(409) 883-4814 | 2.77 |
| 05/13/02 | Long Distance Telephone(803) 943-4599 | 1.38 |
| 05/13/02 | Long Distance Telephone(409) 883-4814 | 1.38 |
| 05/13/02 | Long Distance Telephone(803) 943-8094 | 4.15 |
| 05/13/02 | Long Distance Telephone(843) 216-9101 | 3.23 |
| 05/13/02 | Long Distance Telephone(409) 883-4814 | 8.77 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.92 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.46 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.46 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.46 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.46 |
| 05/13/02 | Long Distance Telephone(214) 696-1555 | 3.69 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 0.46 |
| 05/13/02 | Long Distance Telephone(214) 696-1550 | 2.77 |
| 05/13/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249699 DATE: 5/22/02 | 19.18 |
| 05/14/02 | Long Distance Telephone(302) 575-1555 | 0.92 |
| 05/14/02 | Long Distance Telephone(214) 698-3868 | 0.46 |
| 05/16/02 | Long Distance Telephone(212) 946-9353 | 2.31 |
| 05/16/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 05/17/02 | Long Distance Telephone(302) 426-1900 | 0.92 |
| 05/18/02 | Long Distance Telephone(302) 575-1555 | 3.69 |
| 05/18/02 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 05/20/02 | Photocopies  50.00pgs @ .15/pg | 7.50 |
| 05/20/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/20/02 | Long Distance Telephone(415) 989-1801 | 0.46 |
| 05/20/02 | Long Distance Telephone(310) 645-9000 | 0.92 |
| 05/21/02 | Photocopies  77.00pgs @ .15/pg | 11.55 |
| 05/21/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 05/21/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 05/21/02 | Long Distance Telephone(212) 764-5500 | 1.38 |
| 05/21/02 | Long Distance Telephone(212) 764-5500 | 0.92 |
| 05/22/02 | Long Distance Telephone(973) 645-3730 | 0.92 |
| 05/23/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 05/23/02 | Telecopies    12.00pgs @ .50/pg | 6.00 |
| 05/23/02 | Long Distance Telephone(409) 883-4394 | 0.46 |
| 05/23/02 | Long Distance Telephone(310) 645-9000 | 0.46 |
| 05/23/02 | Long Distance Telephone(812) 334-8433 | 0.92 |
| 05/24/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/24/02 | Photocopies  109.00pgs @ .15/pg | 16.35 |
| 05/24/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 05/24/02 | Long Distance Telephone(843) 524-5708 | 1.38 |
| 05/24/02 | Long Distance Telephone(312) 861-2000 | 5.08 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 05/24/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249708 DATE: 6/11/02 | 20.47 |
| 05/24/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 6/01/02; DATE: 6/1/02 - ACCT.#35648239-00001 | 402.88 |
| 05/28/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/28/02 | Photocopies  2395.00pgs @ .15/pg | 359.25 |
| 05/28/02 | Long Distance Telephone(302) 594-3100 | 27.74 |
| 05/28/02 | Long Distance Telephone(409) 883-4394 | 27.06 |
| 05/29/02 | Photocopies  123.00pgs @ .15/pg | 18.45 |
| 05/29/02 | Photocopies  45.00pgs @ .15/pg | 6.75 |
| 05/29/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/29/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/29/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/29/02 | Telecopies  8.00pgs @ .50/pg | 4.00 |
| 05/29/02 | Telecopies  32.00pgs @ .50/pg | 16.00 |
| 05/29/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 05/29/02 | Long Distance Telephone(302) 594-3100 | 2.03 |
| 05/29/02 | Long Distance Telephone(302) 594-3108 | 2.03 |
| 05/29/02 | Long Distance Telephone(302) 594-3100 | 1.35 |
| 05/30/02 | Photocopies  121.00pgs @ .15/pg | 18.15 |
| 05/30/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 05/30/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/30/02 | Telecopies  6.00pgs @ .50/pg | 3.00 |
| 05/30/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/30/02 | Telecopies  34.00pgs @ .50/pg | 17.00 |
| 05/30/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 05/30/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 05/30/02 | Long Distance Telephone(409) 883-4814 | 7.44 |
| 05/30/02 | Long Distance Telephone(509) 455-9555 | 1.35 |
| 05/31/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/31/02 | Photocopies  51.00pgs @ .15/pg | 7.65 |
| 05/31/02 | Photocopies  186.00pgs @ .15/pg | 27.90 |
| 05/31/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 05/31/02 | Telecopies  30.00pgs @ .50/pg | 15.00 |
| 05/31/02 | Long Distance Telephone(310) 407-4000 | 2.03 |
| 05/31/02 | Long Distance Telephone(803) 943-4444 | 0.68 |
| 05/31/02 | Long Distance Telephone(803) 943-4599 | 7.44 |
| 05/31/02 | Long Distance Telephone(831) 626-8063 | 0.68 |
| 05/31/02 | Long Distance Telephone(713) 851-2769 | 4.06 |
| 05/31/02 | Long Distance Telephone(409) 883-4394 | 1.35 |
| 05/31/02 | Long Distance Telephone(412) 394-9007 | 1.35 |
| 05/31/02 | Long Distance Telephone(803) 943-4444 | 8.79 |
| 05/31/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 6/01/02; DATE: 6/1/02 - ACCT.#35648239-00001 | 383.84 |

_____

**TOTAL COSTS ADVANCED**                                          $2,953.69

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 7.40 | 450.00 | $3,330.00 |
| Kaplan, Matthew E | 1.80 | 160.00 | $288.00 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Sakalo, Jay M | 28.84 | 235.00 | $6,777.40 |
| Box, Anthony D | 0.20 | 100.00 | $20.00 |
| Gutierrez, Emma | 1.50 | 50.00 | $75.00 |
| Baena, Brad | 12.20 | 60.00 | $732.00 |
| Pelleya, Nicolas | 5.00 | 60.00 | $300.00 |
| Lapides, Barry | 8.40 | 140.00 | $1,176.00 |
| *TOTAL* | *65.34* | | *$12,698.40* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $792.90 |
| Telecopies | $446.00 |
| Federal Express | $51.07 |
| Long Distance Telephone | $445.85 |
| Long Distance Telephone-Outside Services | $1,192.48 |
| Postage | $2.64 |
| Westlaw-Online Legal Research | $22.75 |
| TOTAL | $2,953.69 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$15,652.09**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    02 - Debtors' Business Operations

Client No. 74817/15538

| | | | | |
|---|---|---|---|---|
| 05/02/02 | JMS | 0.30 | 70.50 | Review 3rd quarterly report of asset sales and settlements (.3). |

**PROFESSIONAL SERVICES**                                                          $70.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 235.00 | $70.50 |
| *TOTAL* | *0.30* | | *$70.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                $70.50

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| RE: | 03 - Creditors Committee | | | Client No. 74817/15539 |
|---|---|---|---|---|

| 05/08/02 | JMS | 1.10 | 258.50 | Telephone conferences with Dan Speights regarding committee issues (.3); multiple emails to committee regarding committee calls (.4); review committee bylaws (.4). |
| 05/09/02 | SLB | 1.50 | 675.00 | Committee meeting (1.5). |
| 05/09/02 | JMS | 2.90 | 681.50 | Telephone conference with D. Speights regarding committee call issues (.4); telephone conference with Dan Speights regarding same (.3); calls to all committee members regarding committee call (.6); committee conference call (1.6). |
| 05/24/02 | SLB | 1.20 | 540.00 | Committee meeting (1.); emails from D. Speights and M. Dies regarding same (.2). |
| 05/24/02 | JMS | 1.30 | 305.50 | Prepare for committee call (.3); committee call (1.0). |
| 05/30/02 | JMS | 0.40 | 94.00 | Emails (x4) to multiple committee members regarding scheduling issues, ZAI (.4). |
| 05/31/02 | JMS | 1.60 | 376.00 | Prepare for committee call (.3); committee call (1.3). |
| 05/31/02 | MPC | 1.30 | 455.00 | Participate in committee meeting (1.0); telephone call from M. Gries regarding valuation and insolvency issues (.3) |

**PROFESSIONAL SERVICES**                                                                                     $3,385.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.70 | 450.00 | $1,215.00 |
| Coglianese, Matthew P | 1.30 | 350.00 | $455.00 |
| Sakalo, Jay M | 7.30 | 235.00 | $1,715.50 |
| *TOTAL* | *11.30* | | *$3,385.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                              **$3,385.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

| RE: | 04 - Retention of Professionals | Client No. 74817/15540 |
|---|---|---|

| 05/13/02 | JMS | 0.40 | 94.00 | Review and analyze joint reply of Debtors and PWC to UST's objection (.4). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $94.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 235.00 | $94.00 |
| *TOTAL* | *0.40* | | *$94.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** **$94.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 05/02/02 | LMF | 2.40 | 240.00 | Revise service list for fee applications (.5); review PD expert bill and meet with accounting to include in March statement (.8); compile all copies of previous fee applications to submit to fee auditor per order (1.1) |
| 05/02/02 | JMS | 0.40 | 94.00 | Review Stroock February fee detail (.4). |
| 05/06/02 | LMF | 3.40 | 340.00 | Prepare letter to fee auditor enclosing copies of all previously filed fee applications and statements (.8); prepare all copies of applications (.6); revise application for reimbursement to committee members to comply with new order on procedures for filing statements (1.2); review edits for final bill with accounting department (.8). |
| 05/07/02 | LMF | 0.50 | 50.00 | Telephone conference with local counsel regarding amended procedures for filing of fees and statements (.5). |
| 05/08/02 | LMF | 0.50 | 50.00 | Revise and finalize PD Committee application (.5). |
| 05/09/02 | LMF | 2.50 | 250.00 | Telephone conference with local counsel regarding PD Committee's application (.4); revise notice Hamilton Rabinowitz and Bilzin's statement for the month of April (2.1). |
| 05/09/02 | LMF | 0.50 | 50.00 | Telephone conference with Hilsoft regarding payment of fees (.5); |
| 05/09/02 | JMS | 1.00 | 235.00 | Finalize Bilzin fee application for March; committee member expenses, and HR & A application and email same to local counsel for filing (1.0). |
| 05/10/02 | SLB | 0.40 | 180.00 | Review Stroock fee application and email to J. Sakalo regarding Stroock's asbestos expert (.4). |
| 05/10/02 | SLB | 0.70 | 315.00 | Review fee applications of Messrs. McGovern and Drier and letter to Speights and Dies (.7). |
| 05/10/02 | LMF | 1.20 | 120.00 | Begin preparation for Bilzin's fourth quarterly interim fee application by compiling documents for clerk and attorney (1.2). |
| 05/10/02 | JMS | 0.30 | 70.50 | Telephone conference with G. Boyer regarding fee applications (.3). |
| 05/10/02 | JMS | 0.20 | 47.00 | Telephone conference with T. Tacconelli regarding filing of fee applications and related issues (.2). |
| 05/10/02 | NP | 1.20 | 72.00 | Work on Summaries for Quarterly Application |
| 05/11/02 | JMS | 1.20 | 282.00 | Review Caplin & Drysdale quarterly application (.3); review Reed Smith fee (.3); revise fee application and email to S. Baena thereon (.4); review Drier, McGovern fee applications (1/2 time) (.2). |
| 05/13/02 | LMF | 0.50 | 50.00 | Reconciliation of quarterly fee application (.5). |
| 05/13/02 | NP | 2.50 | 150.00 | Prepare exhibits for fee application (2.0); down load documents (.3); pull docket (.2). |
| 05/14/02 | LMF | 2.60 | 260.00 | Attention to completing Bilzin's quarterly fee application (2.6). |
| 05/14/02 | JMS | 1.10 | 258.50 | Draft narrative for Fourth Quarterly Fee Application (.9); telephone conference with B. Miller regarding fee detail for January fees (.1); email to B. Miller regarding same (.1). |
| 05/15/02 | JMS | 0.70 | 164.50 | Continue draft of narrative (.7). |
| 05/16/02 | JMS | 1.20 | 282.00 | Finalize 4th quarterly fee application (1.2). |
| 05/22/02 | LMF | 0.80 | 80.00 | Review statement from HR&A and prepare notice of filing for same (.8). |
| 05/23/02 | LMF | 0.30 | 30.00 | Review April prebill for edits (.3) |
| 05/24/02 | LMF | 1.90 | 190.00 | Research and compile copies of billing detail for K & E and Reed Smith from beginning of case (1.9). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 05/24/02 | LMF | 1.20 | 120.00 | Meeting with accounting to confirm payments received for Bilzin's fees and expenses to committee members (.3); research docket to confirm dates of filing, deadlines for objections and certificates of no objections that have been filed (.9). |
| 05/28/02 | LMF | 0.90 | 90.00 | Review statements and bills for expenses to the PD committee for preparation of interim application for reimbursement (.9) |
| 05/29/02 | LMF | 2.20 | 220.00 | Review statement of fees and expenses received from Hilsoft Notifications (.4); telephone conference with Hilsoft regarding proper set up of statements for filing with Court (.4); prepare summary of invoice and email to Hilsoft for approval (.8); office meeting with Word Processing regarding scanning of invoice and statement from Hilsoft (.6). |
| 05/30/02 | LMF | 1.10 | 110.00 | Research case and pleadings to determine date of retention order on Hilsoft Notifications (.5); prepare notice and summary of invoice for Hilsoft Notifications (.6). |
| 05/30/02 | LMF | 0.80 | 80.00 | Compile copies of fee applications for Reed Smith and Kirkland and Ellis for review of fees on specific matters (.8). |
| 05/30/02 | BAB | 1.60 | 96.00 | Organize, research, and review fee applications regarding Reed and Kirkland Fee Applications (1.6) |
| 05/31/02 | LMF | 0.90 | 90.00 | Office conference with accounting regarding payment received for Bilzin and PD Committee expenses and prepare necessary forms for reimbursement of funds to PD Committee members (.9). |
| 05/31/02 | LMF | 0.90 | 90.00 | Continue review of Kirkland & Ellis fee applications on specific matters (.9). |

**PROFESSIONAL SERVICES** $4,756.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 05/06/02 | Photocopies  59.00pgs @ .15/pg | 8.85 |
| 05/06/02 | Photocopies  19.00pgs @ .15/pg | 2.85 |
| 05/06/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/06/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249691 DATE: 5/20/02 | 22.34 |
| 05/09/02 | Long Distance Telephone(302) 575-1555 | 2.77 |
| 05/09/02 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 05/24/02 | Long Distance Telephone(812) 352-9999 | 0.92 |
| 05/29/02 | Long Distance Telephone(215) 721-2120 | 2.03 |
| 05/29/02 | Long Distance Telephone(215) 721-2120 | 0.68 |

_____

**TOTAL COSTS  ADVANCED** $41.20

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.10 | 450.00 | $495.00 |
| Sakalo, Jay M | 6.10 | 235.00 | $1,433.50 |
| Flores, Luisa M | 25.10 | 100.00 | $2,510.00 |
| Baena, Brad | 1.60 | 60.00 | $96.00 |
| Pelleya, Nicolas | 3.70 | 60.00 | $222.00 |
| *TOTAL* | *37.60* | | *$4,756.50* |

### MATTER SUMMARY OF COSTS ADVANCED

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Photocopies | $12.00 |
| Federal Express | $22.34 |
| Long Distance Telephone | $6.86 |
| TOTAL | $41.20 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$4,797.70**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | RE: | 08 - Court Appearances | | Client No. 74817/15544 |
|---|---|---|---|---|

| 05/20/02 | SLB | 4.00 | 1,800.00 | Meeting with clients in preparation for and attend hearing (4.0). |
|---|---|---|---|---|
| 05/20/02 | SLB | 2.00 | 900.00 | Court appearance before Judge Wolin (2.0). |
| 05/20/02 | JMS | 7.50 | 1,762.50 | Prepare for and attend Grace hearing (7.5). |
| 05/22/02 | SLB | 4.50 | 2,025.00 | Conference with clients and hearing before Judge Wolin (4.5). |

**PROFESSIONAL SERVICES** $6,487.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 10.50 | 450.00 | $4,725.00 |
| Sakalo, Jay M | 7.50 | 235.00 | $1,762.50 |
| *TOTAL* | *18.00* | | *$6,487.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$6,487.50**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    10 - Travel                                                                                          Client No. 74817/15546

| 05/02/02 | MEW | 3.50 | 1,225.00 | Travel to Philadelphia for meeting with Friedman and Speights (7.0). |
| 05/02/02 | SLB | 0.80 | 360.00 | Travel to Delaware (1.6). |
| 05/02/02 | RWT | 1.70 | 663.00 | Travel to Delaware (3.4). |
| 05/03/02 | MEW | 2.00 | 700.00 | Travel to Miami (4.0). |
| 05/03/02 | SLB | 0.80 | 360.00 | Return to Miami (1.6). |
| 05/03/02 | JMS | 2.00 | 470.00 | Return to Miami (4.0). |
| 05/03/02 | RWT | 2.00 | 780.00 | Travel to Miami (4.0). |
| 05/19/02 | SLB | 1.10 | 495.00 | Travel to Wilmington (2.2). |
| 05/19/02 | SLB | 1.10 | 495.00 | Travel to Wilmington (2.2). |
| 05/19/02 | JMS | 0.70 | 164.50 | Travel to Philadelphia/Wilmington (1.4). |
| 05/20/02 | SLB | 0.80 | 360.00 | Travel to Newark from Wilmington for hearing (1.6). |
| 05/22/02 | SLB | 1.30 | 585.00 | Return to Miami (2.6). |

**PROFESSIONAL SERVICES**                                                                                 $6,657.50

**COSTS ADVANCED**

| 04/22/02 | AirfareTRAVEL TO DALLAS - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/30/02; DATE: 4/30/02  -  CLIENTS | 300.00 |
| 05/02/02 | AirfareTRAVEL TO/FROM PHILADELPHIA - VENDOR: TRAVEL VENTURES; INVOICE#: 87019; DATE: 4/30/02  -  CLIENT - 15547 | 1,367.00 |
| 05/02/02 | AirfareTRAVEL FROM MIAMI TO PHILADELPHIA - VENDOR: TRAVEL VENTURES; INVOICE#: 87017; DATE: 4/30/02  -  CLIENT - 15547 | 702.00 |
| 05/02/02 | AirfareTRAVEL MIAMI TO PHILADELPHIA - VENDOR: TRAVEL VENTURES; INVOICE#: 87020; DATE: 4/30/02  -  CLIENT - 15547 | 702.00 |
| 05/02/02 | Fares, Mileage, ParkingTAXI FARES - TRAVEL TO TAMPA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/02/02; DATE: 5/2/02  -  CLIENTS | 22.00 |
| 05/02/02 | AirfareTRAVEL TO TAMPA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/02/02; DATE: 5/2/02  -  CLIENTS | 706.50 |
| 05/02/02 | LodgingTRAVEL TO TAMPA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/02/02; DATE: 5/2/02  -  CLIENTS | 323.17 |
| 05/02/02 | MealsTRAVEL TO TAMPA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/02/02; DATE: 5/2/02  -  CLIENTS | 139.23 |
| 05/02/02 | Fares, Mileage, ParkingPIA/WILMINGTON - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 109236L; DATE: 5/2/02  -  CLIENT- 15546 | 74.98 |
| 05/02/02 | Fares, Mileage, ParkingPIA/WILMINGTON - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 109338; DATE: 5/2/02  -  CLIENT- 15546 | 74.98 |
| 05/02/02 | LodgingTRAVEL TO PHILADELPHIA - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/02/02; DATE: 5/2/02  -  CLIENTS | 123.66 |
| 05/02/02 | MealsTRAVEL TO PHILADELPHIA - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/02/02; DATE: 5/2/02  -  CLIENTS | 11.28 |
| 05/02/02 | LodgingTRAVEL TO PHILADELPHIA - VENDOR: ROBERT W. TURKEN; INVOICE#: RWT-05/02/02; DATE: 5/2/02  -  CLIENT - 74817-15547 | 318.12 |
| 05/03/02 | AirfareTRAVEL FROM PHILADELPHIA - VENDOR: TRAVEL VENTURES; INVOICE#: 87018; DATE: 4/30/02  -  CLIENT - 15547 | 765.00 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 05/03/02 | AirfareTRAVELFROM PHILADELPHIA TO MIAMI - VENDOR: TRAVEL VENTURES; INVOICE#: 87021; DATE: 4/30/02  -  CLIENT - 15547 | 765.00 |
| 05/03/02 | Fares, Mileage, ParkingWILMINGTON TO PIA - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 109237R; DATE: 5/3/02  -  CLIENT - 15546 | 71.98 |
| 05/07/02 | LodgingTRAVEL TO DELAWARE - VENDOR: MITCHELL WIDOM; INVOICE#: MEW-05/07/02; DATE: 5/7/02  -  CLIENT - 15547 | 329.36 |
| 05/07/02 | MealsTRAVEL TO DELAWARE - VENDOR: MITCHELL WIDOM; INVOICE#: MEW-05/07/02; DATE: 5/7/02  -  CLIENT - 15547 | 18.00 |
| 05/07/02 | MealsTRAVEL TO DELAWARE - VENDOR: MITCHELL WIDOM; INVOICE#: MEW-05/07/02; DATE: 5/7/02  -  CLIENT - 15547 | 17.42 |
| 05/07/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 40.42 |
| 05/07/02 | MealsTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 1.19 |
| 05/08/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON FOR DOCUMENT REVIEW - VENDOR: ELEANOR BENNETT; INVOICE#: EB-05/08/02; DATE: 5/8/02  -  CLIENT - 15547 REIM. FARES | 39.70 |
| 05/08/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 44.63 |
| 05/08/02 | MealsTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 88.69 |
| 05/09/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON FOR DOCUMENT REVIEW - VENDOR: ELEANOR BENNETT; INVOICE#: EB-05/08/02; DATE: 5/8/02  -  CLIENT - 15547 REIM. FARES | 39.70 |
| 05/09/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 53.63 |
| 05/10/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON FOR DOCUMENT REVIEW - VENDOR: ELEANOR BENNETT; INVOICE#: EB-05/08/02; DATE: 5/8/02  -  CLIENT - 15547 REIM. FARES | 39.45 |
| 05/10/02 | MealsTRAVEL TO BOCA RATON FOR DOCUMENT REVIEW - VENDOR: ELEANOR BENNETT; INVOICE#: EB-05/08/02; DATE: 5/8/02  -  CLIENT - 15547 REIM. FARES | 10.59 |
| 05/10/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-05/10/02; DATE: 5/10/02  -  CLIENT - 15547 | 45.31 |
| 05/14/02 | Fares, Mileage, ParkingPAYEE: BRAD BAENA; REQUEST#: 29540; DATE: 5/14/02 - Travel to/from Boca Raton | 79.35 |
| 05/19/02 | Fares, Mileage, ParkingTaxi fares PIA/Wilmington - - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 109554; DATE: 5/23/02  -  Clients - Bilzin | 37.49 |
| 05/19/02 | Fares, Mileage, ParkingTAXI FARES TRAVEL TO PHILADELPHIA/VA/NEWARK -VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/19/02; DATE: 5/19/02  -  CLIENTS | 30.00 |
| 05/19/02 | LodgingTRAVEL TO PHILADELPHIA/VA/NEWARK -VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/19/02; DATE: 5/19/02  -  CLIENTS | 222.84 |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 05/19/02 | MealsTRAVEL TO PHILADELPHIA/VA/NEWARK -VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/19/02; DATE: 5/19/02 - CLIENTS | 154.71 |
| 05/20/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 87230; DATE: 5/15/02 - CLIENTS - TRAVEL NJ/VA/NJ/IN | 481.50 |
| 05/20/02 | AirfareTRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 756.50 |
| 05/20/02 | Fares, Mileage, ParkingTAXI FARES - TRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 73.00 |
| 05/20/02 | LodgingTRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 155.00 |
| 05/20/02 | MealsTRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 5.34 |
| 05/21/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 87231; DATE: 5/15/02 - CLIENTS - TRAVEL VA/NY | 227.75 |
| 05/21/02 | AirfareTRAVEL TO NEWARK - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 827.50 |
| 05/21/02 | Fares, Mileage, ParkingTAXI FARES - TRAVEL TO NEWARK - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 3.70 |
| 05/21/02 | LodgingTRAVEL TO NEWARK - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 280.96 |
| 05/21/02 | MealsTRAVEL TO NEWARK - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/20/02; DATE: 5/20/02 - CLIENTS | 33.63 |
| 05/26/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 87229; DATE: 5/15/02 - CLIENT - TRAVEL CHICAGO/MIAMI | 660.50 |

_____

**TOTAL COSTS ADVANCED**                                                                    $11,264.76

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Widom, Mitchell E | 5.50 | 350.00 | $1,925.00 |
| Baena, Scott L | 5.90 | 450.00 | $2,655.00 |
| Turken, Robert W | 3.70 | 390.00 | $1,443.00 |
| Sakalo, Jay M | 2.70 | 235.00 | $634.50 |
| *TOTAL* | *17.80* | | *$6,657.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $8,261.25 |
| Fares, Mileage, Parking | $770.32 |
| Lodging | $1,753.11 |
| Meals | $480.08 |
| TOTAL | $11,264.76 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$17,922.26**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 05/06/02 | RWT | 1.50 | 585.00 | Work on Motion for Leave to File Appeal with J. Sakalo. |
|---|---|---|---|---|
| 05/07/02 | JMS | 1.80 | 423.00 | Review 4/22 hearing transcript related to ZAI and notice of ZAI claims filing (1.8). |
| 05/07/02 | SGK | 4.60 | 828.00 | Research on Rule 3004 regarding time for filing by debtor or trustee (3.1); review of cases regarding Rule 3004 regarding time for filing by debtor or trustee (1.5). |
| 05/08/02 | JMS | 1.90 | 446.50 | Research and analysis of procedural devices available for ZAI claims (1.9). |
| 05/09/02 | SGK | 1.60 | 288.00 | Research on Rule 3004 regarding timing of debtors proof of claim (in lieu of creditor filing). |
| 05/11/02 | JMS | 1.10 | 258.50 | Review case law and other materials regarding Bank. Rule 3004 (1.1). |
| 05/13/02 | JMS | 1.90 | 446.50 | Review ZAI claimant's motion to strike claims (1.3); telephone conference with M. Dies regarding same (.4);  telephone conference with R. Turkewitz regarding ZAI objections to proof of claim filings (.2). |
| 05/15/02 | SLB | 0.70 | 315.00 | Review ZAI motion to strike proof of claim (.7). |
| 05/16/02 | JMS | 1.70 | 399.50 | Review Debtors' response to motion for leave to appeal (.4); continue work on strategic motion (1.3). |
| 05/24/02 | SLB | 3.20 | 1,440.00 | Emails and telephone call from D. Speights regarding ZAI litigation (.3); review proposed ZAI order (.3); telephone call to D. Bernick regarding same (.3); email to C. Lane regarding same (.2); email to Committee regarding same (.2); read transcriptof May 20th hearing and prepare memo to Committee on process, etc. (1.9). |
| 05/24/02 | JMS | 0.40 | 94.00 | Review proposed ZAI scheduling order from Debtors' counsel (.4). |
| 05/29/02 | SLB | 2.30 | 1,035.00 | Email to J. Kapp regarding ZAI scheduling order (.2) conference with D. Speights, M. Dies and J. Sakalo regarding ZAI issues (1.8); interoffice conference with J. Sakalo regarding memo to Committee regarding ZAI scheduling order (.1);  email from and to Dan Speights regarding same (.2). |
| 05/29/02 | JMS | 2.00 | 470.00 | Conferences with S. Baena, M. Dies, D. Speights regarding ZAI issues (1.8); review email from J. Kapp regarding ZAI scheduling order (.1); conference with S. Baena regarding memo to committee regarding ZAI (.1). |
| 05/30/02 | SLB | 1.70 | 765.00 | Conference with D. Speights and J. Sakalo regarding ZAI issues (1.0); review revised ZAI proofs of claim (.2); telephone conference with D. Scott regarding same and case issues (.5). |
| 05/30/02 | JMS | 2.00 | 470.00 | Meeting with D. Speights, S. Baena regarding ZAI issues (1.0); review and analysis of ZAI amended claims (.4); review 5/20 hearing transcript to put together response regarding ZAI claims handling (.6). |
| 05/31/02 | SLB | 2.80 | 1,260.00 | Conference with M. Coglianese and J. Sakalo regarding ZAI issues and litigation (1.); revise motion for establishment of fee procedures for members' counsel and interoffice conference with J. Sakalo and R. Turken regarding same (1.8). |
| 05/31/02 | JMS | 3.90 | 916.50 | Review transcript regarding ZAI claims (.7); conference with S. Baena, M. Coglianese regarding handling of ZAI claims litigation (1.0); review document package regarding ZAI for M. Coglianese (.4); research case law regarding committee authority with |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

respect to ZAI claims (1.8).

| | PROFESSIONAL SERVICES | | | $10,440.50 |
|---|---|---|---|---|

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/01/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 21.85 |
| 05/02/02 | Lexis - Online Legal ResearchARMSTRONG - VENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 13.80 |
| 05/03/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 74.69 |
| 05/06/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 1.31 |
| 05/06/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 7.13 |
| 05/09/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 93.74 |
| 05/28/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 133.82 |
| 05/28/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0205066392; DATE: 5/31/02  -  acct.#104g8x | 23.11 |

| | TOTAL COSTS  ADVANCED | $369.45 |
|---|---|---|

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 10.70 | 450.00 | $4,815.00 |
| Turken, Robert W | 1.50 | 390.00 | $585.00 |
| Sakalo, Jay M | 16.70 | 235.00 | $3,924.50 |
| Klein, Scott G | 6.20 | 180.00 | $1,116.00 |
| *TOTAL* | *35.10* | | *$10,440.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Lexis - Online Legal Research | $369.45 |
| TOTAL | $369.45 |

| TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER | $10,809.95 |
|---|---|

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Widom, Mitchell E | 5.50 | 350.00 | $1,925.00 |
| Gutierrez, Emma | 1.50 | 50.00 | $75.00 |
| Kaplan, Matthew E | 1.80 | 160.00 | $288.00 |
| Baena, Scott L | 38.30 | 450.00 | $17,235.00 |
| Flores, Luisa M | 25.10 | 100.00 | $2,510.00 |
| Sakalo, Jay M | 69.84 | 235.00 | $16,412.40 |
| Turken, Robert W | 5.20 | 390.00 | $2,028.00 |
| Box, Anthony D | 0.20 | 100.00 | $20.00 |
| Baena, Brad | 13.80 | 60.00 | $828.00 |
| Klein, Scott G | 6.20 | 180.00 | $1,116.00 |
| Pelleya, Nicolas | 8.70 | 60.00 | $522.00 |
| Coglianese, Matthew P | 1.30 | 350.00 | $455.00 |
| Lapides, Barry | 8.40 | 140.00 | $1,176.00 |

TOTAL PROFESSIONAL FEES THIS PERIOD                                    $44,590.40

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $8,261.25 |
| Photocopies | $804.90 |
| Fares, Mileage, Parking | $770.32 |
| Telecopies | $446.00 |
| Federal Express | $73.41 |
| Long Distance Telephone | $452.71 |
| Long Distance Telephone-Outside Services | $1,192.48 |
| Lexis - Online Legal Research | $369.45 |
| Lodging | $1,753.11 |
| Meals | $480.08 |
| Postage | $2.64 |
| Westlaw-Online Legal Research | $22.75 |

**TOTAL COSTS ADVANCED THIS PERIOD**          **$14,629.10**

**TOTAL AMOUNT DUE THIS PERIOD**          **$59,219.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 05/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 12,698.40 | 2,953.69 | 15,652.09 |
| 02 - Debtors' Business Operations/15538 | 70.50 | 0.00 | 70.50 |
| 03 - Creditors Committee/15539 | 3,385.50 | 0.00 | 3,385.50 |
| 04 - Retention of Professionals/15540 | 94.00 | 0.00 | 94.00 |
| 07 - Fee  Applications/15543 | 4,756.50 | 41.20 | 4,797.70 |
| 08 - Court Appearances/15544 | 6,487.50 | 0.00 | 6,487.50 |
| 10 - Travel/15546 | 6,657.50 | 11,264.76 | 17,922.26 |
| 27 - Litigation Consulting/15563 | 10,440.50 | 369.45 | 10,809.95 |
| Client Total | $44,590.40 | $14,629.10 | $59,219.50 |