**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA 33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

———

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope                                                July 30, 2002

                                                                                    Invoice # 56215

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2002

                                                                                    Atty - SLB
    RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)               Client No. 74817/15547

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/29/02 | RWT | 4.70 | 1,833.00 | Continue work on choice of law and insolvency standards brief and telephone conferences and emails with B. Friedman, T. Swett and N. Finch and review same with R. Gonzalez and J. Keusch regarding same. |
| 04/30/02 | RWT | 6.30 | 2,457.00 | Work on case preparation outline and document review and analysis regarding same (3.9); continue work on revisions to briefs (1.6); conference telephone call with counsel regarding same and discovery developments (.8). |
| 05/01/02 | MEW | 4.90 | 1,715.00 | Review Grace's objections to subpoena to ARPC (.3); telephone call to T. Swett regarding retention order (.4); review final draft of retention letter from B. Friedman (.2); conference with T. Swett, N. Finch and B. Friedman regarding several issues (1.0); meet with R. Turken to prepare outline of order of proof for PD claim (3.0). |
| 05/01/02 | SLB | 0.80 | 360.00 | Telephone call from M. Dies regarding use of Committee Counsel, etc. (.5); email to D. Speights and M. Dies regarding same (.3). |
| 05/01/02 | JMS | 6.20 | 1,457.00 | Research law review articles regarding different methodologies for estimating tort liabilities (3.4); conference with M. Widom, R. Turken (joined in progress) regarding development of strategy and case formulation for determination of PD liability (2.5); telephone conference with PD expert regarding documents needed to complete tasks and additional tasks to be accomplished (.3). |
| 05/01/02 | RWT | 4.50 | 1,755.00 | Continue work on PD estimation analysis and outline of proof and review same with J. Sakalo and M. Widom. |
| 05/01/02 | SJA | 5.50 | 550.00 | Update database with codes and summaries (5.5). |
| 05/02/02 | MEW | 1.50 | 525.00 | Review correspondence from K. Pasquale to Judge Wolin (.1); review correspondence from Kruger to Judge Wolin (.1); review correspondence from Evans Wohlforth setting hearing (.1); review correspondence from S. McMillin with attached insurance information (.3); review Grace's objections to ARPC documents (.3); review final outline for meeting with B. Friedman (.3); telephone call with Jon Kozyak regarding Speights deposition (.3). |
| 05/02/02 | MEW | 0.40 | 140.00 | Conference call with Fred Zarembi and Arthur Aizley regarding document production for Sealed Air (.3); review correspondence from G. Becker to all counsel (.1). |
| 05/02/02 | JMS | 5.50 | 1,292.50 | Review and analysis of Debtors' asbestos reserve from 1993 to 1998 (1.3); telephone conference with T. Tacconelli regarding meeting of 5/3 (.2); email to B. Friedman regarding meeting (.1); email to D. Speights and M. Dies regarding meeting in Delaware (.1); review Barron's article on Sealed Air lawsuit (.4); review memorandum regarding proposed course of action for PD estimation (.4); meet |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | with R. Turken, M. Widom regarding status of discovery, preparation for meeting with Milberg Weiss, development of PD estimation (3.0). |
| 05/02/02 | RWT | 6.60 | 2,574.00 | Continue work on case outline and PD estimation analysis (3.6); meet with J. Sakalo and M. Widom regarding discovery, PD status and meeting with Milberg Weiss (3.0). |
| Travel to Delaware (3.5). | | | | |
| 05/02/02 | SJA | 3.00 | 300.00 | Update database with codes and summaries (3.0). |
| 05/03/02 | MEW | 4.30 | 1,505.00 | Meeting with Dan Speights, Martin Dies, R. Turken and J. Sakalo regarding preparation for meeting with B. Friedman (1.3); meeting with B. Friedman, Rachel Fleishman, Dan Speights, Martin Dies, J. Sakalo and S. Baena (3.0). |
| 05/03/02 | SLB | 1.00 | 450.00 | Conference with R. Turken, M. Widom, J. Sakalo, B. Friedman, R. Fleishman regarding case strategies (1.0). |
| 05/03/02 | JMS | 4.30 | 1,010.50 | Prepare for and attend meeting with B. Friedman, R. Fleishman, R. Turken, M. Widom, D. Speights, M. Dies, S. Baena regarding property damage issues with respect to the Sealed Air lawsuit (4.3). |
| 05/03/02 | RWT | 4.00 | 1,560.00 | Meet with M. Dies, D. Speights, B. Friedman, M. Widom and J. Sakalo to discuss case issues and how to proceed (4.0). |
| Travel to Miami (4.0). | | | | |
| 05/03/02 | SJA | 5.00 | 500.00 | Update database with codes and summaries (5.0). |
| 05/04/02 | MEW | 5.60 | 1,960.00 | Review deposition of Dan Speights and review exhibits to deposition (2.0); review presentation to BOD 8/13/97 with attachment (1.5); review KPMG's estimate of Future Claims 1997 (1.7); review article on Vermiculite (.4). |
| 05/04/02 | JMS | 0.20 | 47.00 | Review email from R. Fleishman regarding Grace's document production (.2). |
| 05/06/02 | MEW | 10.50 | 3,675.00 | Attend document review at Grace's offices to review Sealed Air documents. |
| 05/06/02 | MEW | 1.30 | 455.00 | Continue preparation of second request to produce to Grace and forward draft to all counsel (1.3) |
| 05/06/02 | RG | 1.20 | 312.00 | Attend conference call in progress with B. Turken and B. Friedman (.4); conference with B. Turken regarding additional sections to be added to standard's brief (.8). |
| 05/06/02 | SLB | 0.60 | 270.00 | Telephone call from K. Cordry regarding background of case (.5); telephone call from M. Zaleski regarding service (.1). |
| 05/06/02 | JMS | 3.00 | 705.00 | Telephone conference with S. Baena, K. Cordry regarding status of fraudulent transfer case, environmental issues (.5); telephone conference with G. Boyer regarding status of documents (.1); research and analysis of Stewart Economics documents on insurance available to the Debtors (2.4). |
| 05/06/02 | RWT | 2.80 | 1,092.00 | Conference telephone call with S. Baena, D. Speights, M. Dies and J. Sakalo regarding case issues and filing appeal to Bar date. |
| 05/06/02 | RWT | 0.80 | 312.00 | Work on P.D. estimation discovery. |
| 05/06/02 | BAB | 0.20 | 12.00 | Update adversary docket regarding Sealed Air (.2). |
| 05/06/02 | SJA | 2.90 | 290.00 | Update database with codes and summaries (2.5); prepare report for new documents pertaining to PD estimation (.4). |
| 05/07/02 | MEW | 9.10 | 3,185.00 | Review Sealed Air documents at Grace repository (8.5); telephone calls with Arthur Aisley regarding documents (.3); telephone calls with David Kaplan at Milberg regarding document review (.3). |
| 05/07/02 | MEW | 0.30 | 105.00 | Telephone call with B. Friedman and Nate Finch regarding status of documents and log (.3). |
| 05/07/02 | RG | 1.20 | 312.00 | Meet with B. Turken regarding standards brief. |
| 05/07/02 | JMS | 0.70 | 164.50 | Telephone conferences with A. King regarding document management scanning (.3); telephone conference with J. Cunningham regarding review of Sealed Air documents (.2); telephone conference with R. Fleishman regarding insurance expert (.2). |
| 05/07/02 | JMS | 4.70 | 1,104.50 | Begin preparation of questions for deponents regarding PD estimation (2.3); research decisional law regarding qualification of unknown liabilities (2.4). |
| 05/07/02 | RWT | 1.10 | 429.00 | Review Wachtel memos. |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/07/02 | RWT | 1.90 | 741.00 | Continue review and analysis of LBO case law. |
| 05/07/02 | SJA | 4.30 | 430.00 | Download documents pertaining to PD estimation from database (4.3). |
| 05/07/02 | JK | 7.80 | 2,028.00 | Review Sealed Air document production at document depository in Boca Raton. |
| 05/08/02 | MEW | 0.40 | 140.00 | Telephone call with Caplan's office regarding status of document review (.2); conference with J. Sakalo regarding Greis Report (.2). |
| 05/08/02 | MEW | 1.20 | 420.00 | Review Sealed Air Privilege Log. |
| 05/08/02 | MEW | 0.20 | 70.00 | Conference call with Ted Swett regarding status (.2) |
| 05/08/02 | RG | 0.80 | 208.00 | Discuss with B. Turken new strategy with standards brief and correction of estimation cases. |
| 05/08/02 | JMS | 5.90 | 1,386.50 | Meet with M. Weiss lawyers, conferences with E. Barnett regarding Sealed Air documents review in Boca Raton (.5); revise Milberg Weiss retention application and discuss same with S. Baena (.7); telephone conference with T. Swett regarding revised application (.2); begin draft of motion to establish committee member counsel procedures (3.0); conferences with R. Turken regarding development of PD strategy and expansion of brief on standards of insolvency (1.5). |
| 05/08/02 | RWT | 2.80 | 1,092.00 | Continue work on standards brief revisions and research regarding same, including conferences with/J. Sakalo thereon |
| 05/08/02 | BAB | 8.60 | 516.00 | Meet with J. Sakalo regarding procedures at Grace's facility in Boca Raton (.3); review and organize documents at Grace's facility in Boca Raton (8.3) |
| 05/08/02 | SJA | 4.60 | 460.00 | Download documents from database regarding PD estimation (4.6). |
| 05/08/02 | NP | 8.30 | 498.00 | Document production in Boca Raton, FL |
| 05/08/02 | JK | 10.50 | 2,730.00 | Continue review of Sealed Air document production at document depository in Boca Raton. |
| 05/08/02 | JK | 0.50 | 130.00 | Meeting with J. Sakalo and E. Barnett regarding document review. |
| 05/08/02 | EB | 10.00 | 1,700.00 | Meeting with J. Sakalo, J. Keusch and Milberg Weiss attorneys regarding procedure for reviewing documents (0.5); review documents produced by Sealed Air in document depository in Boca Raton (9.5). |
| 05/09/02 | MEW | 0.60 | 210.00 | Review response of Official Committee of Equity Holders to Debtors Motion to Intervene (.3); conference with J. Sakalo regarding Greis documents (.2); review correspondence from Evans Wohlforth to Judge Wolin regarding Motion to Intervene (.1). |
| 05/09/02 | RG | 4.00 | 1,040.00 | Meet with B. Turken regarding standards brief (3.5); conference call with B. Turken, B. Friedman & R. Fleishman regarding standards brief (.5). |
| 05/09/02 | JMS | 3.00 | 705.00 | Finalize M. Weiss application (.4); telephone conferences with T. Tacconelli regarding filing issues (.2); emails from/to R. Fleishman regarding Houlihan subpoena (.4); review correspondence regarding oral argument on motion to intervene (.2); continue draft of motion to approve committee member compensation procedures and research thereon (1.8). |
| 05/09/02 | RWT | 3.90 | 1,521.00 | Work on revisions to standards brief and review same with R. Gonzalez. |
| 05/09/02 | RWT | 0.50 | 195.00 | Telephone conference with B.Friedman and R. Fleishman regarding revisions to standards brief and case issues. |
| 05/09/02 | BAB | 11.00 | 660.00 | Review and organize documents at Grace's facility in Boca Raton (11.0). |
| 05/09/02 | SJA | 2.80 | 280.00 | Download documents pertaining to PD estimation (2.5); prepare documents for Milberg Weiss and Conway DelGenio (.3). |
| 05/09/02 | NP | 11.00 | 660.00 | Document production in Boca Raton |
| 05/09/02 | JK | 9.70 | 2,522.00 | Continue review of Sealed Air document production at document depository in Boca Raton. |
| 05/09/02 | EB | 11.30 | 1,921.00 | Review documents produced by Sealed Air at document depository in Boca Raton. |
| 05/10/02 | MEW | 0.60 | 210.00 | Telephone call with Rachel Fleishman and B. Friedman regarding document requests (.3); conference with R. Turken regarding standard's brief (.3) |
| 05/10/02 | MEW | 1.00 | 350.00 | Second conference with R. Turken regarding Standards Brief (.3); review last draft of Motion to Compel (.7). |
| 05/10/02 | MEW | 2.00 | 700.00 | Continue review of Sealed Air Privilege Log (1.6); finalize review of exhibits to |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | equity holders response to intervention (.4). |
| 05/10/02 | SLB | 0.80 | 360.00 | Review and revise proposed motion regarding fees of Committee Counsel (.5); interoffice conference with J. Sakalo regarding same (.1); review two letters from Stroock (.2). |
| 05/10/02 | JMS | 4.20 | 987.00 | Continue draft of motion to approve compensation procedures (3.0); telephone conference with R. Fleishman regarding CD-Roms and related issues (.5); conferences with S. Anderson regarding review and reorganization of scanned files (.7). |
| 05/10/02 | RWT | 0.90 | 351.00 | Continue work on standards brief and discovery issues. |
| 05/10/02 | BAB | 5.00 | 300.00 | Review and organize documents at Grace's facility in Boca Raton (5.0). |
| 05/10/02 | SJA | 5.40 | 540.00 | Interoffice conference with J. Sakalo regarding reports for different categories and bates (.7); prepare reports pursuant to bates and code numbers (1.5); prepare spreadsheets for email and email same (1.0); download additional documents regarding PD estimation (.7); sort and organize documents chronologically for indexing (1.5) |
| 05/10/02 | NP | 5.00 | 300.00 | Document Production in Boca Raton, FL (5.0). |
| 05/10/02 | JK | 9.40 | 2,444.00 | Continue review of Sealed Air document production at document depository in Boca Raton. |
| 05/10/02 | EB | 10.50 | 1,785.00 | Review documents produced by Sealed Air at document depository in Boca Raton. |
| 05/11/02 | JMS | 0.20 | 47.00 | Email to B. Baena regarding updating of docket (.2). |
| 05/12/02 | MEW | 0.30 | 105.00 | Prepare revisions to second document request (.3) |
| 05/13/02 | MEW | 2.50 | 875.00 | Conference with J. Sakalo regarding revision to Second Request to Produce (.3); review revised standards brief (.6); telephone call with Rachel Fleishman regarding document request (.2); conference call with all PI counsel and B. Friedman (.8); review email from Rachel Fleishman regarding cases and prepare response (.2); review final 30(b)(6) Notices (.4) |
| 05/13/02 | MEW | 1.40 | 490.00 | Continue review of Sealed Air Privilege Log and documents withheld. |
| 05/13/02 | EAG | 1.50 | 75.00 | Prepare binders for indexing. |
| 05/13/02 | JMS | 2.70 | 634.50 | Review "hot" documents from document review (.7); conference with M. Widom regarding Gries' requests (.3); telephone conference with M. Widom, R. Turken, N. Finch, B. Friedman regarding 30(b)(6) depositions (.8); review proposed order regarding Drier/McGovern fees (.2); telephone conference with S. Jones, G. Boyer regarding document request (.4); telephone conference with J. Cunningham regarding scanning project (.1); attend to issues raised thereon (.2). |
| 05/13/02 | RWT | 0.80 | 312.00 | Conference telephone call on 30(b)(6) and discovery issues. |
| 05/13/02 | BAB | 0.50 | 30.00 | Update adversary docket regarding Sealed Air (.2); download files (.3). |
| 05/13/02 | JK | 0.40 | 104.00 | Review notes and analyze potential issues arising from Sealed Air document review. |
| 05/14/02 | MEW | 1.80 | 630.00 | Finalize second request to produce (.8); review and revise Greis Requests to Produce (.4); telephone call with Michelle Browdy regarding acceptance of service (.2); prepare email to Rachel Fleishman regarding subpoena (.2); conference with J. Sakaloregarding requests to produce and memo to J. Sakalo regarding requests (.2). |
| 05/14/02 | MEW | 0.90 | 315.00 | Telephone call with Rachel Fleishman regarding status of amendments to 30(b)(6) and review email regarding notices (.4); prepare email to Rachel Fleishman (.2); telephone call with expert regarding status of notices (.3). |
| 05/14/02 | JMS | 2.10 | 493.50 | Review emails from R. Fleishman regarding motion to compel and documents thereon (.4); review final draft of 2nd request for production (.4); finalize procedures motion and email to D. Speights and M. Dies thereon (1.3). |
| 05/14/02 | RWT | 1.70 | 663.00 | Work on standards brief. |
| 05/14/02 | SJA | 0.50 | 50.00 | Interoffice conference with E. Gutierrez regarding organizing and tabbing documents to add to PD Estimation binders (.2); research database for PD Estimation documents in 1997 (.3). |
| 05/14/02 | JK | 0.20 | 52.00 | Phone conference with D. Kaplan regarding document production issues. |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/14/02 | JK | 0.40 | 104.00 | Receipt and review of Motion to Compel Grace-Conn regarding estimation documents. |
| 05/15/02 | EAG | 1.50 | 75.00 | Preparing and indexing binders for document control. |
| 05/15/02 | JMS | 1.10 | 258.50 | Review correspondence from expert regarding interrogatories (.4); email and telephone call to R. Fleishman thereon (.4); review correspondence from Kirkland & Ellis regarding document production (.3) |
| 05/16/02 | JMS | 0.90 | 211.50 | Telephone call from/ to D. Kaplan regarding environmental liabilities (.3); conference with J. Keusch regarding Sealed Air production (.3); conference with J. Keusch regarding interrogatories to be filed (.3). |
| 05/16/02 | JK | 0.30 | 78.00 | Conference with E. Barnett regarding Sealed Air document production issues. |
| 05/16/02 | JK | 0.20 | 52.00 | Receipt and review of letter from M. Browdy regarding additional document production from W.R. Grace. |
| 05/16/02 | JK | 0.30 | 78.00 | Conference with J. Sakalo regarding results of Sealed Air document production review. |
| 05/16/02 | JK | 0.20 | 52.00 | Phone call to F. Zarembi regarding Sealed Air production issue. |
| 05/16/02 | JK | 0.30 | 78.00 | Conference with J. Sakalo regarding asbestos interrogatories. |
| 05/16/02 | JK | 1.10 | 286.00 | Draft and revise asbestos interrogatories. |
| 05/16/02 | EB | 1.00 | 170.00 | Exchange telephone calls with David Kaplan regarding motion to compel documents (0.3); conference with J. Keusch regarding same (.3); review notes from document review to estimate number of redacted pages from Sealed Air production (.4). |
| 05/17/02 | JMS | 0.50 | 117.50 | Telephone conference with D. Kaplan, R. Fleishman regarding document database (.3); discuss same with S. Anderson (.2). |
| 05/17/02 | SJA | 2.10 | 210.00 | Interoffice conference with J. Sakalo regarding missing documents to be imaged (.2); revise index for PD Estimation document binder (1.9). |
| 05/17/02 | JK | 0.20 | 52.00 | Phone conference with R. Fleishman regarding interrogatory issues. |
| 05/17/02 | JK | 0.20 | 52.00 | Email to expert regarding asbestos interrogatories. |
| 05/17/02 | JK | 0.70 | 182.00 | Revisions to asbestos interrogatories. |
| 05/18/02 | JMS | 0.70 | 164.50 | Review Debtors' objection to Milberg Weiss and response to motion to compel (.5); review correspondence from Browdy to Fleishman regarding production of documents (.2). |
| 05/20/02 | MEW | 0.70 | 245.00 | Conference with J. Sakalo regarding interrogatories and second request to produce (.3); telephone call with Rachel Fleischman's office regarding status of second set of discovery (.2); conference with J. Keusch regarding additional requests from expert (.2). |
| 05/20/02 | MEW | 0.20 | 70.00 | Review correspondence from M. Browdy to R. Fleishman regarding discovery. |
| 05/20/02 | JK | 0.40 | 104.00 | Receipt and review of W.R.Grace & Co.-Conn's opposition to Plaintiff's Motion to Compel. |
| 05/20/02 | JK | 0.50 | 130.00 | Phone conference with expert regarding asbestos interrogatories. |
| 05/20/02 | JK | 0.60 | 156.00 | Revise asbestos interrogatories. |
| 05/20/02 | JK | 0.20 | 52.00 | Fax correspondence to R. Fleishman regarding asbestos interrogatories. |
| 05/21/02 | MEW | 1.40 | 490.00 | Telephone call to Rachel Fleischman's office regarding status of discovery issues (.2); review amended agenda for May 20, 2002 hearings (.2); review final version of submitted joint application (.3); review Debtor's Reply to Amended Application (.4); review Grace's objection to Plaintiff's Motion to Compel (.3). |
| 05/21/02 | MEW | 1.50 | 525.00 | Review correspondence to E. Wohlforth and final draft of motion to compel with exhibits (.8); review interrogatories of PD committee (.4); review correspondence from M. Browdy to R. Fleishman regarding documents (.2); review memo regarding documentsand interrogatories (.1). |
| 05/21/02 | JMS | 1.70 | 399.50 | Continue review of Grace documents regarding PD estimation (1.7). |
| 05/21/02 | JK | 0.10 | 26.00 | Call to R. Fleishman regarding interrogatories. |
| 05/21/02 | JK | 0.20 | 52.00 | Email to R. Fleishman regarding interrogatories. |
| 05/21/02 | JK | 0.10 | 26.00 | Call from R. Fleishman regarding interrogatories. |
| 05/22/02 | JMS | 3.50 | 822.50 | Prepare for and attend conference with Judge Wolin regarding case status (3.5). |
| 05/22/02 | SJA | 5.00 | 500.00 | Finalize index of documents regarding PD Estimation (5.0) |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/23/02 | MEW | 1.80 | 630.00 | Telephone call with Nate Finch regarding request to produce and 30(b)(6) depos (.3); review file regarding filed notices of deposition (.2); conference with R. Turken regarding deposition notices and written discovery (.2); review E. Stallard Expert Report (1.0); review correspondence from Nate Finch to Bernick (.1). |
| 05/23/02 | SLB | 0.20 | 90.00 | Email from and to B. Friedman regarding May 22nd hearing (.2). |
| 05/23/02 | RWT | 0.80 | 312.00 | Work on discovery issues. |
| 05/23/02 | SJA | 1.50 | 150.00 | Finalize PD Estimation binders (1.5). |
| 05/23/02 | JK | 0.10 | 26.00 | Receipt and review of letter from M. Browdy regarding third party subpoena issues. |
| 05/24/02 | MEW | 2.10 | 735.00 | Conference call with B. Friedman and Nate Finch regarding status of correspondence to Bernick, interrogatory 30(B)(6) depositions (.5); review United States Motion to Intervene and Memorandum of Law (.5); conference with R. Turken regarding status of discovery and hearings before court (.3); review United States Complaint in Intervention (.4); review proposed Order Granting Intervention of US (.1); review final 30(b)(6) notices with exhibits and correspondence to counsel (.3) . |
| 05/28/02 | MEW | 0.40 | 140.00 | Telephone call with Nate Finch regarding pending depositions, discovery and Bernick letter (.2); conference with R. Turken to update discovery issues (.2). |
| 05/28/02 | MEW | 2.50 | 875.00 | Telephone call with Rachel Fleishman regarding 30(b)(6) depos (.3); second conference with R. Turken regarding depositions and standard brief (.4); prepare e-mail correspondence to Rachel Fleishman regarding deposition dates and standard brief (.2); review correspondence to all counsel with subpoenas (.1); telephone call with B. Friedman regarding standard brief and PD hot documents (.2); review draft correspondence to Bernick regarding document production (.2); telephone call with Dan Speightsregarding PD claims and proof at trial (.3); review file to pull hot documents for production to Milberg (.8). |
| 05/28/02 | MEW | 0.30 | 105.00 | Review correspondence from Michelle Browdy to Rachel Fleishman regarding subpoenas (.1); review correspondence to counsel from Milberg with subpoena to Stallard (.2). |
| 05/28/02 | JMS | 1.30 | 305.50 | Review draft response to Debtors' objection to M. Weiss (.6); emails from and to R. Fleishman regarding document review results/hot documents (.7). |
| 05/28/02 | JMS | 1.30 | 305.50 | Review draft letter to EPA (.3); telephone conferences with D. Speights, M. Dies S. Baena regarding appeal, status of Milberg, etc. (1.0). |
| 05/28/02 | RWT | 0.60 | 234.00 | Work on discovery issues. |
| 05/28/02 | JK | 0.20 | 52.00 | Receipt and review of correspondence from D. Kaplan and attached records subpoena to Houlihan Lokey. |
| 05/28/02 | JK | 0.50 | 130.00 | Receipt and review of letter from D. Kaplan and enclosed document subpoenas to Merrill Lynch, Wachtel firm, Price Waterhouse Coopers, Credit Suisse First Boston, Moody's Investor Service, Standard & Poors, and ABN Amro Bank, N.V. |
| 05/28/02 | JK | 0.20 | 52.00 | Receipt and review of letter from M. Browdy regarding deposition issues. |
| 05/29/02 | MEW | 1.90 | 665.00 | Prepare email correspondence to Dan Speights (.1); review email correspondence from Nate Finch to counsel regarding Bernick (.1); review correspondence from Michelle Browdy regarding depositions (.2); conference with R. Turken regarding 30(b)(6) depositions and standard brief (.3); review email correspondence from Ellington & Swett regarding joint defense issues (.2); review Swett's amendment (.2); conference with R. Turken regarding joint defense issues (.3); conference with R. Turken regarding 30(b)(6) depositions (.3); telephone call with B. Friedman regarding status of hot documents (.2). |
| 05/29/02 | RG | 1.00 | 260.00 | Meet with B. Turken regarding revising standards brief (1.0). |
| 05/29/02 | RWT | 1.20 | 468.00 | Work on standards brief, including meeting with/R. Gonzalez. |
| 05/29/02 | RWT | 0.90 | 351.00 | Work on discovery issues. |
| 05/29/02 | JK | 0.30 | 78.00 | Receipt and review of correspondence from D. Kaplan and attached deposition subpoena duces tecum to Eric Stollard. |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/30/02 | MEW | 0.60 | 210.00 | Review case law on waiver cited in Motion to Compel (.6). |
| 05/30/02 | MEW | 0.50 | 175.00 | Review reply in support of joint application (.3); review correspondence from David Rosenblum to Rachel Fleishman regarding documents (.2). |
| 05/30/02 | RG | 2.10 | 546.00 | Meet with B. Turken regarding revision to standards brief (1.2); review additional case law regarding same (.5); begin adding same to standards brief (.4). |
| 05/30/02 | JMS | 0.70 | 164.50 | Revise draft of motion and proposed order regarding compensation procedures for committee member counsel (.7). |
| 05/30/02 | RWT | 0.90 | 351.00 | Work on standards brief. |
| 05/30/02 | RWT | 1.40 | 546.00 | Review deposition issues. |
| 05/31/02 | MEW | 0.20 | 70.00 | Conference with S. Baena regarding witness issues for trial (.2) |
| 05/31/02 | MEW | 1.90 | 665.00 | Telephone call to B. Friedman regarding status of discovery (.2); second conference with Rachel Fleishman regarding production of documents (.2); review email correspondence from Nate Finch regarding status of 30(b)(6) (.1); telephone call with Rachel Fleishman regarding depositions and discovery (.3); review final order on protective order (.3); conference call with Nate Finch and R. Turken regarding status of claims (.4); prepare email correspondence to Speights and Dies (.1); third conference with Rachel Fleishman regarding Beber deposition (.2); review email correspondence to D. Speights regarding retention (.1) |
| 05/31/02 | MEW | 0.20 | 70.00 | Review email correspondence from Nate Finch regarding "Georgine II" analysis. |
| 05/31/02 | RG | 2.90 | 754.00 | Continue drafting additional discussion of case law in standards brief (1.3); meet with B. Turken regarding revisions to standards brief (1.6). |
| 05/31/02 | JMS | 4.40 | 1,034.00 | Revise compensation procedures motion (.6); conference with S. Anderson regarding hot documents (.3); telephone conference with N. Finch, M. Widom, R. Turken regarding discovery disputes (.5); review letter from Fleishman to Browdy regarding discovery disputes (.3); telephone conference with M. Gries, S. Baena, M. Coglianese regarding valuation issues (.3); continue review of documents pulled from Boca Raton (2.4). |
| 05/31/02 | RWT | 1.90 | 741.00 | Review discovery issues and hearing issues and review same with M. Widom and J. Sakalo and telephone conference regarding same. |
| 05/31/02 | RWT | 1.60 | 624.00 | Work on standards brief with R. Gonzalez. |
| 05/31/02 | SJA | 0.80 | 80.00 | Interoffice conference with J. Sakalo regarding hot documents in database and searches to be conducted (.3); review handwritten notes and compare to documents on database (.5). |
| 05/31/02 | MPC | 1.00 | 350.00 | Receive materials regarding EPA intervention. |
| 05/31/02 | JK | 0.30 | 78.00 | Receipt and review of interrogatories to Grace. |
| 05/31/02 | JK | 0.20 | 52.00 | Receipt and review of subpoena to Stewart Economics, Inc. |
| 05/31/02 | JK | 0.30 | 78.00 | Receipt and review of letter from R. Fleishman to M. Browdy regarding discovery issues. |

**PROFESSIONAL SERVICES** $88,252.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 03/01/02 | Long Distance Telephone(312) 345-3100 | 3.23 |
| 03/06/02 | Long Distance Telephone(973) 644-5931 | 0.92 |
| 03/06/02 | Long Distance Telephone(570) 941-2238 | 14.30 |
| 03/06/02 | Long Distance Telephone(516) 759-4642 | 16.15 |
| 03/06/02 | Long Distance Telephone(212) 261-8000 | 0.92 |
| 03/07/02 | Long Distance Telephone(941) 394-2511 | 0.58 |
| 03/07/02 | Long Distance Telephone7 (760) 793-05 | 6.48 |
| 03/07/02 | Long Distance Telephone7 (760) 793-05 | 61.56 |
| 03/07/02 | Long Distance Telephone7 (760) 793-05 | 19.44 |
| 03/08/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/08/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 03/08/02 | Photocopies  8.00pgs @ .15/pg | 1.20 |
| 03/09/02 | Long Distance Telephone(404) 530-2925 | 1.38 |
| 03/11/02 | Long Distance Telephone(864) 964-0760 | 8.31 |
| 03/18/02 | Long Distance Telephone(312) 345-3000 | 1.85 |
| 03/18/02 | Long Distance Telephone(718) 451-1000 | 0.46 |
| 03/19/02 | Long Distance Telephone7 (760) 793-05 | 48.60 |
| 03/19/02 | Long Distance Telephone(214) 566-4777 | 0.46 |
| 03/21/02 | Long Distance Telephone(925) 935-4847 | 0.92 |
| 03/22/02 | Long Distance Telephone(718) 451-1000 | 0.46 |
| 03/22/02 | Long Distance Telephone(740) 549-1530 | 3.69 |
| 03/26/02 | Long Distance Telephone(718) 451-1000 | 0.46 |
| 03/26/02 | Long Distance Telephone(718) 278-5600 | 6.00 |
| 03/28/02 | Long Distance Telephone(630) 655-0511 | 2.77 |
| 03/28/02 | Long Distance Telephone(610) 664-1500 | 0.92 |
| 04/01/02 | Long Distance Telephone7 (760) 793-05 | 25.92 |
| 04/02/02 | Long Distance Telephone9 (051) 623-22 | 28.08 |
| 04/03/02 | Long Distance Telephone(302) 575-1555 | 1.85 |
| 04/03/02 | Long Distance Telephone(302) 575-1555 | 4.15 |
| 04/03/02 | Long Distance Telephone(302) 575-1555 | 2.31 |
| 04/03/02 | Long Distance Telephone(973) 644-5931 | 0.92 |
| 04/03/02 | Long Distance Telephone(630) 655-0511 | 2.77 |
| 04/08/02 | Photocopies  33.00pgs @ .15/pg | 4.95 |
| 04/08/02 | Long Distance Telephone(312) 861-2460 | 0.92 |
| 04/08/02 | Long Distance Telephone(352) 373-9031 | 1.37 |
| 04/08/02 | Long Distance Telephone(352) 213-6152 | 0.41 |
| 04/08/02 | Long Distance Telephone(302) 575-1555 | 1.38 |
| 04/08/02 | Long Distance Telephone(352) 373-9031 | 0.41 |
| 04/08/02 | Long Distance Telephone(352) 373-9031 | 0.22 |
| 04/08/02 | Long Distance Telephone(312) 861-2460 | 0.46 |
| 04/08/02 | Long Distance Telephone(312) 861-2460 | 0.92 |
| 04/08/02 | Long Distance Telephone(718) 451-1000 | 0.92 |
| 04/12/02 | Long Distance Telephone(727) 538-7874 | 2.83 |
| 04/12/02 | Long Distance Telephone(718) 451-1000 | 0.46 |
| 04/16/02 | Long Distance Telephone(250) 632-2907 | 12.80 |
| 04/16/02 | Long Distance Telephone(727) 538-7062 | 4.16 |
| 04/16/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 801770122; DATE: 4/30/02 - ACCT.#1000201074 | 228.49 |
| 04/17/02 | Long Distance Telephone(970) 963-1084 | 2.77 |
| 04/17/02 | Long Distance Telephone7 (760) 793-05 | 6.48 |
| 04/17/02 | Long Distance Telephone(727) 538-7062 | 2.27 |
| 04/18/02 | Long Distance Telephone(407) 370-1280 | 0.59 |
| 04/18/02 | Long Distance Telephone(242) 368-6050 | 4.10 |
| 04/18/02 | Long Distance Telephone(312) 861-2000 | 0.46 |
| 04/18/02 | Long Distance Telephone(312) 861-2460 | 1.38 |
| 04/18/02 | Long Distance Telephone(352) 373-9031 | 0.41 |
| 04/19/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 801770122; DATE: 4/30/02 - ACCT.#1000201074 | 127.65 |
| 04/22/02 | Long Distance Telephone(864) 964-0760 | 13.84 |
| 04/22/02 | Long Distance Telephone(864) 964-0760 | 6.92 |
| 04/22/02 | Long Distance Telephone(727) 538-7874 | 0.97 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 04/22/02 | Long Distance Telephone(302) 575-1555 | 0.46 |
| 04/22/02 | Long Distance Telephone(630) 655-0511 | 1.85 |
| 04/22/02 | Long Distance Telephone(818) 882-8776 | 2.31 |
| 04/24/02 | Long Distance Telephone(630) 655-0511 | 3.69 |
| 04/24/02 | Long Distance Telephone(630) 655-0511 | 3.23 |
| 04/24/02 | Long Distance Telephone(970) 963-0211 | 2.77 |
| 04/24/02 | Long Distance Telephone(904) 396-8307 | 0.22 |
| 04/24/02 | Long Distance Telephone(864) 964-0760 | 0.46 |
| 04/26/02 | Long Distance Telephone(941) 364-2481 | 0.22 |
| 04/27/02 | Long Distance Telephone(970) 963-1084 | 0.46 |
| 04/29/02 | Long Distance Telephone(401) 438-5020 | 0.92 |
| 04/29/02 | Long Distance Telephone(718) 451-1000 | 0.92 |
| 04/29/02 | Long Distance Telephone(727) 538-7874 | 0.30 |
| 05/01/02 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 05/01/02 | Photocopies  37.00pgs @ .15/pg | 5.55 |
| 05/01/02 | Long Distance Telephone(202) 862-7801 | 2.77 |
| 05/01/02 | Long Distance Telephone(973) 644-5931 | 0.92 |
| 05/01/02 | Long Distance Telephone(727) 538-7874 | 0.78 |
| 05/02/02 | Long Distance Telephone(904) 396-8307 | 0.22 |
| 05/02/02 | Long Distance Telephone(727) 538-7874 | 6.92 |
| 05/02/02 | Long Distance Telephone(212) 813-9774 | 0.92 |
| 05/02/02 | Long Distance Telephone(904) 396-8307 | 0.22 |
| 05/02/02 | Long Distance Telephone(409) 883-4394 | 0.92 |
| 05/02/02 | Long Distance Telephone(212) 735-3533 | 0.92 |
| 05/02/02 | Messenger ServicesVENDOR: EXEC2000 COURIER SYSTEMS; INVOICE#: I38481; DATE: 5/3/2002  -  CLIENT- | 19.50 |
| 05/06/02 | Photocopies  9.00pgs @ .15/pg | 1.35 |
| 05/06/02 | Photocopies  60.00pgs @ .15/pg | 9.00 |
| 05/06/02 | Long Distance Telephone(202) 862-7801 | 0.46 |
| 05/06/02 | Long Distance Telephone(212) 946-9432 | 9.23 |
| 05/06/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249691 DATE: 5/20/02 | 16.94 |
| 05/07/02 | Long Distance Telephone(212) 594-5300 | 1.38 |
| 05/08/02 | Photocopies  51.00pgs @ .15/pg | 7.65 |
| 05/08/02 | Photocopies  627.00pgs @ .15/pg | 94.05 |
| 05/08/02 | Photocopies  201.00pgs @ .15/pg | 30.15 |
| 05/08/02 | Photocopies  1293.00pgs @ .15/pg | 193.95 |
| 05/08/02 | Photocopies  32.00pgs @ .15/pg | 4.80 |
| 05/08/02 | Long Distance Telephone(212) 946-9432 | 1.85 |
| 05/08/02 | Long Distance Telephone(212) 594-5300 | 0.92 |
| 05/08/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249694 DATE: 5/22/02 | 22.71 |
| 05/08/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249694 DATE: 5/22/02 | 24.76 |
| 05/09/02 | Long Distance Telephone(212) 594-5300 | 0.92 |
| 05/09/02 | Long Distance Telephone(904) 396-8307 | 0.41 |
| 05/09/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249696 DATE: 5/20/02 | 21.42 |
| 05/09/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 802001449; DATE: 5/31/02  -  ACCT.#1000201074 | 458.28 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 05/10/02 | Long Distance Telephone(904) 396-8307 | 0.22 |
| 05/10/02 | Long Distance Telephone(312) 984-0211 | 2.77 |
| 05/10/02 | Long Distance Telephone(212) 261-8000 | 0.92 |
| 05/13/02 | Long Distance Telephone(212) 813-1703 | 0.46 |
| 05/13/02 | Long Distance Telephone(212) 946-9440 | 1.38 |
| 05/13/02 | Long Distance Telephone(202) 862-7819 | 1.38 |
| 05/14/02 | Long Distance Telephone(212) 261-8000 | 4.15 |
| 05/14/02 | Long Distance Telephone7 (760) 793-05 | 25.92 |
| 05/14/02 | Long Distance Telephone(718) 451-1000 | 0.92 |
| 05/14/02 | Long Distance Telephone(718) 278-5600 | 0.92 |
| 05/14/02 | Long Distance Telephone(718) 451-1000 | 1.38 |
| 05/14/02 | Long Distance Telephone(401) 438-5020 | 2.31 |
| 05/14/02 | Long Distance Telephone(312) 861-2460 | 0.92 |
| 05/15/02 | Long Distance Telephone(212) 946-9440 | 0.92 |
| 05/16/02 | Long Distance Telephone(212) 946-9440 | 0.46 |
| 05/16/02 | Long Distance Telephone(212) 946-9440 | 0.92 |
| 05/17/02 | Long Distance Telephone(212) 946-9440 | 0.92 |
| 05/17/02 | Long Distance Telephone(212) 946-9440 | 4.15 |
| 05/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 05/20/02 | Long Distance Telephone(770) 499-7127 | 0.92 |
| 05/20/02 | Long Distance Telephone(242) 368-6125 | 4.10 |
| 05/20/02 | Long Distance Telephone(505) 263-5865 | 1.85 |
| 05/20/02 | Long Distance Telephone(512) 306-5731 | 1.85 |
| 05/20/02 | Long Distance Telephone(630) 655-0511 | 0.46 |
| 05/20/02 | Long Distance Telephone(312) 543-7511 | 3.69 |
| 05/21/02 | Long Distance Telephone(212) 946-9440 | 1.38 |
| 05/21/02 | Long Distance Telephone(925) 935-4847 | 0.92 |
| 05/21/02 | Long Distance Telephone(718) 370-4200 | 0.92 |
| 05/21/02 | Long Distance Telephone(718) 451-1000 | 1.38 |
| 05/21/02 | Long Distance Telephone(212) 594-5300 | 1.38 |
| 05/21/02 | Long Distance Telephone(407) 865-6544 | 0.30 |
| 05/22/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 05/22/02 | Photocopies  33.00pgs @ .15/pg | 4.95 |
| 05/23/02 | Long Distance Telephone(212) 261-8000 | 0.92 |
| 05/23/02 | Long Distance Telephone(212) 261-8000 | 0.46 |
| 05/23/02 | Long Distance Telephone(312) 372-0770 | 0.46 |
| 05/24/02 | Long Distance Telephone(718) 370-4200 | 1.38 |
| 05/28/02 | Photocopies  144.00pgs @ .15/pg | 21.60 |
| 05/28/02 | Long Distance Telephone(312) 832-4443 | 2.71 |
| 05/28/02 | Long Distance Telephone(212) 946-9440 | 4.06 |
| 05/28/02 | Long Distance Telephone(212) 946-9432 | 2.03 |
| 05/29/02 | Long Distance Telephone(928) 339-4955 | 10.82 |
| 05/29/02 | Long Distance Telephone(212) 946-9432 | 1.35 |
| 05/30/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 05/30/02 | Long Distance Telephone(606) 845-8114 | 6.77 |
| 05/30/02 | Long Distance Telephone(718) 278-5600 | 2.03 |
| 05/30/02 | Long Distance Telephone7 (760) 793-05 | 14.25 |
| 05/30/02 | Long Distance Telephone(718) 278-5600 | 2.71 |
| 05/30/02 | Long Distance Telephone(813) 251-4339 | 1.37 |
| 05/30/02 | Long Distance Telephone(312) 832-4443 | 4.06 |
| 05/31/02 | Photocopies  51.00pgs @ .15/pg | 7.65 |
| 05/31/02 | Long Distance Telephone(212) 946-9440 | 4.06 |
| 05/31/02 | Long Distance Telephone(518) 644-9400 | 60.89 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 05/31/02 | Long Distance Telephone(949) 673-8910 | 43.30 |
| 05/31/02 | Long Distance Telephone(213) 430-2128 | 29.77 |
| 05/31/02 | Long Distance Telephone(212) 946-9440 | 10.82 |
| 05/31/02 | Long Distance Telephone(212) 946-9440 | 1.35 |
| 05/31/02 | Professional ServicesFraudulent Transfer Expert Witness Service Provided 04/27/02 - 05/24/02 | 39,266.15 |
| 05/31/02 | Professional ServicesSERVICES RENDERED 03/06/02-05/01/02 - EXPERT FEES 7 EXPENSES; INVOICE#: 2104; DATE: 5/31/02 - CLIENT - 15537 PROJECT #1466 | 1,247.25 |
| 05/31/02 | Professional ServicesSERVICES RENDERED 05/01/02 - 05/31/02 - EXPERT FEES & EXPENSES; INVOICE#: 0005025; DATE: 5/31/02 - CLIENT - 15537 | 1,807.16 |
| 05/31/02 | Professional ServicesSERVICES THROUGH 05/14/02 - VENDOR: EXPERT FEES & EXPENSES; INVOICE#: 1140632; DATE: 5/31/02 - CLIENT - 15537 | 3,000.00 |
| 05/31/02 | Professional ServicesSERVICES THROUGH 05/20/02 - VENDOR: EXPERT FESS & EXPENSES; INVOICE#: 1140638; DATE: 5/31/02 - CLIENT - 15537 | 2,400.00 |

**TOTAL COSTS ADVANCED**   $49,696.43

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Widom, Mitchell E | 67.00 | 350.00 | $23,450.00 |
| Baena, Scott L | 3.40 | 450.00 | $1,530.00 |
| Turken, Robert W | 52.60 | 390.00 | $20,514.00 |
| Coglianese, Matthew P | 1.00 | 350.00 | $350.00 |
| Gonzalez, Raquel M | 13.20 | 260.00 | $3,432.00 |
| Sakalo, Jay M | 58.80 | 235.00 | $13,818.00 |
| Keusch, Jordan | 46.60 | 260.00 | $12,116.00 |
| Barnett, Eleanor | 32.80 | 170.00 | $5,576.00 |
| Anderson, Silvia J | 43.40 | 100.00 | $4,340.00 |
| Gutierrez, Emma | 3.00 | 50.00 | $150.00 |
| Baena, Brad | 25.30 | 60.00 | $1,518.00 |
| Pelleya, Nicolas | 24.30 | 60.00 | $1,458.00 |
| TOTAL | 371.40 | | $88,252.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $394.50 |
| Telecopies | $5.00 |
| Federal Express | $85.83 |
| Long Distance Telephone | $656.62 |
| Messenger Services | $19.50 |
| Professional Services | $47,720.56 |
| Westlaw-Online Legal Research | $814.42 |
| TOTAL | $49,696.43 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**   **$137,948.43**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| Timekeeper | Hours | Total |
|---|---|---|
| Widom, Mitchell E | 67.00 | $23,450.00 |
| Gonzalez, Raquel M | 13.20 | $3,432.00 |
| Gutierrez, Emma | 3.00 | $150.00 |
| Baena, Scott L | 3.40 | $1,530.00 |
| Sakalo, Jay M | 58.80 | $13,818.00 |
| Turken, Robert W | 52.60 | $20,514.00 |
| Baena, Brad | 25.30 | $1,518.00 |
| Anderson, Silvia J | 43.40 | $4,340.00 |
| Pelleya, Nicolas | 24.30 | $1,458.00 |
| Coglianese, Matthew P | 1.00 | $350.00 |
| Keusch, Jordan | 46.60 | $12,116.00 |
| Barnett, Eleanor | 32.80 | $5,576.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     **$88,252.00**

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies | $394.50 |
| Telecopies | $5.00 |
| Federal Express | $85.83 |
| Long Distance Telephone | $656.62 |
| Messenger Services | $19.50 |
| Professional Services | $47,720.56 |
| Westlaw-Online Legal Research | $814.42 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$49,696.43** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$137,948.43** |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF- 05/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 88,252.00 | 49,696.43 | 137,948.43 |
| Client Total | $88,252.00 | $49,696.43 | $137,948.43 |