IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## REQUEST FOR NOTICE

Comes James W. Stanley, Jr., on behalf of the following asbestos personal injury creditors:

CAROL COOK

JAMES CHUMLEY

SHIRLEY DRUMMOND

STANLEY FORTE

BUFORD GOWEN

ALFRED LYNCH

DANIEL MCCAULEY

JAMES REASONS

ALBERT SNEAD

WINFRED LAWREY

MARY AINSWORTH

DONALD HILL

He requests notice of all proceedings in this cause.

1

Respectfully submitted,

STANLEY LAW FIRM, P.A.
301 North Broadway
North Little Rock, AR  72114
(501) 324-2889 FAX (501) 324-2820

_____
James W. Stanley, Jr.
Arkansas Bar No. 75124

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been mailed with proper postage this 23rd day of July, 2002 to the individual(s) listed here below.

_____
James W. Stanley, Jr.

W.R. Grace & Co.
P.O. Box 1620
Faribault, MN  55021-1620