

ESTABLISHED 1889

PAUL M. HANRAHAN
JOHN R. VARNEY
WILLIAM L. ALLEN, JR.
WALTER L. MEAGHER, JR.
DONALD A. DENTON
RAYMOND R. D'AGOSTINO
J. THOMAS BASSETT
RICHARD W. COOK
DAVID S. HOWE
GREGORY R. THORNTON
DOREEN A. SIMMONS
JAMES J. CANFIELD
GERALD F. STACK
JAMES F. HUGHES
JEFFREY B. ANDRUS
JANET D. CALLAHAN
THOMAS C. BUCKEL, JR.
MICHAEL L. CORP
DANIEL B. BERMAN
JOHN T. McCANN
STEVEN R. SHAW
JOHN L. MURAD, JR.
STEPHEN A. DONATO
KENNETH E. HOLDEN
MARK J. SCHULTE
ALAN J. PIERCE
R. JOHN CLARK
RENEE L. JAMES
DAVID G. LINGER
AUGUST C. ROEHRIG, JR.
MICHAEL A. OROPALLO
CAMILLE W. HILL
TIMOTHY P. MURPHY
MARION HANCOCK FISH
ELIZABETH A. SALVAGNO
CORA A. ALSANTE
DOUGLAS H. ZAMELIS
DEBRA CHINI SULLIVAN
EDWARD J. SMITH, III
CATHERINE A. DIVINEY
JAMES R. MULDOON
PETER V. WHITE
MICHAEL J. SCIOTTI
ERIC C. NORDBY
JOHN F. CORCORAN
CINDY A. GRANGER
GEORGE R. McGUIRE
CHARLES J. SULLIVAN
MARGUERITE A. MASSETT
PETER J. CROSSETT
WENDY A. MARSH
RODNEY W. JENNINGS, JR.
SONYA G. BONNEAU
CHRISTIAN P. JONES
JOHN M. MONAHAN
JOHN G. POWERS
LAUREL E. BAUM
LINDSEY HELMER HAZELTON
JOSEPH T. MANCUSO
NICHOLAS A. SCARFONE
MARY C. MEYER
DAVID L. NOCILLY
THANE JOYAL
ASHLEY D. HAYES
MAUREEN E. MANEY

COUNSEL

W. CARROLL COYNE
STEWART F. HANCOCK, JR.
KEVIN E. McCORMACK
CHARLES S. McGUIRE

July 29, 2002

United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801

  RE: W. R. Grace & Co.; Chapter 11 Case No. 01-01139-JJF

Dear Clerk:

  Hancock & Estabrook, LLP ("Hancock") are attorneys for Crossroads Industrial Park, Inc. and Weedsport Associates, LLC, creditors in the captioned Chapter 11 case. Please accept this correspondence as Hancock's request that all future notices concerning the above referenced case be directed to the address identified below and not to the address referenced in the Notices of Appearance which were filed by our office on or about February 6, 2002.

Scott Estelle<br>
President<br>
Crossroads Industrial Park, Inc.<br>
P.O. Box 220<br>
Weedsport, New York 13166

  Thank you for your time and attention to this matter. Should you have any questions or concerns, please feel free to contact the undersigned at (315) 471-3151.

Very truly yours,<br><br>
HANCOCK & ESTABROOK, LLP<br><br>
Douglas H. Zamelis<br>
dzamelis@hancocklaw.com

DHZ/kmd

cc: Laura Davis Jones, Esq.
  Mr. Scott Estelle

H0129486.1

1500 MONY TOWER I, P.O. BOX 4976, SYRACUSE, NEW YORK 13221-4976
PHONE (315) 471-3151 • FAX (315) 471-3167
www.hancocklaw.com