IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 22, 2002 @ 4:00 p.m.** |

**EIGHTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $5,520.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $447.36 |
| This is a(n):   _x_ interim   ___ final application. | |

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:36242.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| December 28, 2001 1426 | October 26 through November 30, 2001 | $5,518.00 $2,028.76 | $4,414.40 $2,028.76 | 1541 |
| January 25, 2002 1548 | December 1 through December 31, 2001 | $4,119.50 $ 940.67 | $3,295.60 $ 940.67 | 1689 |
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |
| July 2, 2002 2316 | May 1 though May 31, 2002 | $6,957.50 $688.60 | $5,566.00 $688.60 | 2436 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K. D. Currier | $395.00 | 7.2 | $2,844.00 |
| Jeffrey R. Waxman | $160.00 | 9.3 | $1,488.00 |
| Victoria J.A. Dye | $120.00 | 7.8 | $936.00 |
| Raelena T. Taylor | $120.00 | 0.9 | $108.00 |
| Maryanne Zickgraf | $80.00 | 1.8 | $144.00 |
| TOTAL | | 27.0 | $5,520.00 |

KRLSWIL:36242.1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.8 | $316.00 |
| Business Operations | 0.4 | $158.00 |
| Case Administration | 12.6 | $2,136.00 |
| Claims Administration & Objections | 1.5 | $475.00 |
| Fee/Employment Applications | 1.3 | $207.00 |
| Fee/Employment Objections | .2 | $32.00 |
| Litigation | 3.5 | $912.50 |
| Meetings of Creditors | 1.2 | $474.00 |
| Relief from Stay Proceedings | .4 | $64.00 |
| Klett Rooney Fee/Employment Applications | 5.1 | $745.50 |
| TOTAL | 27.0 | $5,520.00 |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $213.75 |
| Telecopy expenses | $26.43 |
| Express/Certified Mail | $62.64 |
| Federal Express | $42.84 |
| Professional Services | $76.40 |
| Messenger Services | $25.30 |
| TOTAL | $447.36 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: August 2, 2002

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   JULY 23, 2002
                                             MATTER : W9600-001
                                             INVOICE : 141085

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/03/02 PROFESSIONAL SERVICES - VIRTUALDOCKET.COM | 76.40 |
| 06/03/02 MESSENGER SERVICES - 1164 - PARCELS, INC.-D D R | 25.30 |
| 06/03/02 REPRODUCTION OF DOCUMENTS | 57.00 |
| 06/03/02 FEDERAL EXPRESS - INV 4-244-12869 - FEDERAL EXPRESS CORPORATION | 21.42 |
| 06/03/02 REPRODUCTION OF DOCUMENTS | 3.00 |
| 06/04/02 TELECOPY EXPENSES | 2.25 |
| 06/06/02 TELECOPY EXPENSES | 7.90 |
| 06/07/02 REPRODUCTION OF DOCUMENTS | 22.50 |
| 06/10/02 REPRODUCTION OF DOCUMENTS | 1.65 |
| 06/17/02 EXPRESS/CERTIFIED MAIL | 34.02 |
| 06/17/02 REPRODUCTION OF DOCUMENTS | 111.30 |
| 06/17/02 FEDERAL EXPRESS - 4-244-50851 - FEDERAL EXPRESS CORPORATION | 21.42 |
| 06/19/02 TELECOPY EXPENSES | 5.40 |
| 06/19/02 REPRODUCTION OF DOCUMENTS | 1.20 |
| 06/20/02 TELECOPY EXPENSES | 5.25 |
| 06/24/02 EXPRESS/CERTIFIED MAIL | 28.62 |
| 06/25/02 TELECOPY EXPENSES | 5.63 |
| 06/26/02 REPRODUCTION OF DOCUMENTS | 13.50 |
| 06/27/02 REPRODUCTION OF DOCUMENTS | 3.60 |
| TOTAL EXPENSE ADVANCES : | 447.36 |
| TOTAL DUE : | 447.36 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JULY 23, 2002
                                             MATTER :  W9600-003
                                             INVOICE : 141086

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/06/02 | TC | REVIEWED MOTION FOR RELIEF FROM STAY RE RAILROAD CARS | .40 |
| 06/12/02 | TC | REVIEWED MOTION TO TERMINATE STAY ON RAILROAD CARS | .40 |


T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| T CURRIER  | 395.00 | .80   | 316.00 |
| TOTALS     |        | .80   | 316.00 |

TOTAL FEES :                                              316.00

TOTAL DUE :                                               316.00


PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2002
                                            MATTER :  W9600-004
                                            INVOICE : 141087


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

    RE:  BUSINESS OPERATIONS



    DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
    ----   ----   -------------------------------                    -----

    06/05/02 TC   REVIEWED MONTHLY OPERATING REPORT FILED WITH        .40
                  USTRUSTEE




                        T I M E   S U M M A R Y
                        -----------------------

                                RATE     HOURS          TOTALS
                                ----     -----          ------

    T CURRIER                  395.00     .40           158.00
                     TOTALS                .40           158.00


                        TOTAL FEES :                            158.00


                        TOTAL DUE  :                            158.00
```

# Klett Rooney Lieber & Schorling

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2002
                                              MATTER : W9600-005
                                              INVOICE : 141088

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/01/02 | TC | REVIEWED REPORT TO COMMITTEE MEMBERS RE RECENT DEVELOPMENTS IN WRGRACE CASE | .50 |
| 06/01/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM, IMPORT INTO SUMMATION, REVIEW, ORGANIZE AND INDEX PLEADINGS | 1.20 |
| 06/03/02 | JRW | REVIEW RECENTLY FILED DOCKET ENTRIES | .10 |
| 06/03/02 | JRW | MEMO FROM GBECKER RE: RECENT HEARINGS AND CASE STATUS | .10 |
| 06/04/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 06/04/02 | JRW | REVIEW RECENTLY SIGNED ORDERS, INCLUDING STIPULATED ORDERS WITH CATERPILLAR AND HOENYWELL, AND DENIAL OF MOTION FOR RELIEF | .10 |
| 06/10/02 | VJD | RETRIEVE AND REVIEW DOCKET UPDATES | .20 |
| 06/10/02 | VJD | FORMAT DOCKET UPDATES AND IMPORT INTO SUMMATION | .50 |
| 06/11/02 | JRW | OBTAIN AND REVIEW AGENDA FOR JUNE 18, 2002 HEARING | .10 |
| 06/11/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 6/18 | .40 |
| 06/12/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING NEXT WEEK | .40 |
| 06/12/02 | TC | REVIEWED APPLICATION TO EMPLOY SPECIAL COUNSEL TO ZONOLITE CLAIMANTS | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2002
                                              MATTER :  W9600-005
                                              INVOICE : 141088

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:   CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/13/02 | JRW | EMAILS TO AND FROM JDELLER AND VDYE RE: FILE MAINTENANCE | .10 |
| 06/14/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 06/17/02 | JRW | REVIEW CERTIFCATION OF COUNRSEL RE: PROPOSED SCHEDULING ORDER | .10 |
| 06/17/02 | RTT | FILE MAINTENANCE | .30 |
| 06/17/02 | VJD | RETRIEVE AND REVIEW DOCKET UPDATES FROM PACER | .20 |
| 06/18/02 | JRW | ATTEND HEARING | 3.00 |
| 06/19/02 | RTT | REVIEW SEVERAL NOTICE OF APPEARANCE AND UPDATE 2002 | .40 |
| 06/19/02 | RTT | RETRIEVE NOTICE OF APPEARANCE AND DEMAND FOR PAPERS FOR NOTICES AND PAPERS OF ROYAL INSURANCE. | .20 |
| 06/21/02 | VJD | REVIEW, ORGANIZE AND INDEX DOCUMENTS | 1.50 |
| 06/24/02 | JRW | CONFERENCE WITH TKDCURRIER RE: AUDITOR'S REPORT | .10 |
| 06/24/02 | VJD | RETRIEVE UPDATED DOCKET FROM PACER SYSTEM | .20 |
| 06/25/02 | VJD | FILE MAINTENANCE | 1.50 |
| 06/26/02 | JRW | CONFERENCES WITH TKDCURRIER AND JDELLER AND TDYE RE: MINIMALIZING ADMINISTRATIVE COSTS THROUGH REDUCED DOCUMENT RETENTION | .30 |
| 06/26/02 | VJD | PHONE CONFERENCE WITH J. WAXMAN REGARDING ADMINISTRATIVE ISSUES | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2002
                                              MATTER :  W9600-005
                                              INVOICE : 141088

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

RE:   CASE ADMINISTRATION


06/27/02 JRW   EMAILS FROM TKDCURRIER AND MZICKGRAF RE:                    .20
               ALTERING TIME CATEGORIES IN ACCORDANCE WITH FEE
               AUDITORS (.1) EMAIL FROM JDELLER RE: PARALEGAL
               RESPONSIBILITIES FOR STORAGE AND RETENTION OF
               DOCUMENTS (.1)


                     T I M E   S U M M A R Y
                     -----------------------

                              RATE      HOURS         TOTALS
                              ----      -----         ------

         J R WAXMAN           160.00     4.60         736.00
         R T TAYLOR           120.00      .90         108.00
         T CURRIER            395.00     1.60         632.00
         V J DYE              120.00     5.50         660.00
                     TOTALS               12.60        2136.00

                     TOTAL FEES :                               2,136.00


                     TOTAL DUE  :                               2,136.00


**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2002
                                            MATTER :  W9600-006
                                            INVOICE : 141089


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

    RE:   CLAIMS ADMINISTRATION & OBJECTIONS



  DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----    ----   -------------------------------                      -----

06/01/02  TC     REVIEWED NATIONAL UNION STIP AND ORDER                 .20

06/04/02  TC     REVIEWED DEBTORS' REPLY TO ZAI CLAIMANTS'              .40
                 MOTION TO STRIKE PROOFS OF CLAIM

06/05/02  JRW    OBTAIN AND REVIEW CERT. OF SERVICE OF BAR DATE         .20
                 MATERIALS

06/13/02  JRW    REVIEW DEBTORS' OMNIBUS OBJECTION TO ZONOLITE          .10
                 CLAIMS

06/17/02  JRW    LETTER FROM PEARLEY RE: CLAIM AGAINST WR GRACE         .10

06/20/02  JRW    REVIEW ORDER SCHEDULING ZAI CLAIMS LITIGATION,         .10
                 AND BUDGETS THERETO

06/25/02  TC     REVIEWED CLAIMS BAR DATE MATERIALS                     .40


                    T I M E   S U M M A R Y
                    -----------------------

                             RATE       HOURS          TOTALS
                             ----       -----          ------

J R WAXMAN                 160.00        .50            80.00
T CURRIER                  395.00       1.00           395.00
                 TOTALS                 1.50           475.00


                            TOTAL FEES :                            475.00


                            TOTAL DUE  :                            475.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 23, 2002
                                            MATTER : W9600-008
                                            INVOICE : 141090

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/04/02 | JRW | REVIEW RECENTLY FILED FEE APPLICATION RELATED PLEADINGS, INCLUDING CERTIFICATIONS OF NO OBJECTION | .20 |
| 06/17/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE 9TH MONTHLY FEE APP. OF KRAMER LEVIN | .40 |
| 06/17/02 | MMZ | SERVICE OF 9TH MONTHLY FEE APP. OF KRAMER LEVIN | .20 |
| 06/19/02 | JRW | REVIEW AUDITOR'S REPORT (.2); CONFERENCE WITH MZICKGRAF RE: SAME | .20 |
| 06/20/02 | JRW | REVIEW ORDER GRANTING PWC'S RETENTION NUNC PRO TUNC; REVIEW ORDER APPROVING STAY BONUSES | .10 |
| 06/26/02 | TC | REVIEWED FEE AUDITORS' REPORT | .20 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .50 | 80.00 |
| M M ZICKGRAF | 80.00 | .60 | 48.00 |
| T CURRIER | 395.00 | .20 | 79.00 |
| TOTALS |  | 1.30 | 207.00 |

TOTAL FEES :                                                                 207.00

TOTAL DUE :                                                                  207.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JULY 23, 2002
                                                MATTER :  W9600-009
                                                INVOICE : 141091

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

RE:  FEE/EMPLOYMENT OBJECTIONS

```
DATE     ATTY    DESCRIPTION OF SERVICES RENDERED                     HOURS
----     ----    --------------------------------                     -----

06/05/02 JRW     REVIEW DOCUMENTS RELATING TO EMPLOYMENT OF            .20
                 MILBERG WIESS AS COUNSEL IN SEALED AIR
                 LITIGATION


                        T I M E   S U M M A R Y
                        -----------------------

                         RATE      HOURS         TOTALS
                         ----      -----         ------

J R WAXMAN               160.00     .20          32.00
                 TOTALS              .20          32.00


                  TOTAL FEES :                                         32.00


                  TOTAL DUE  :                                         32.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2002
                                              MATTER :  W9600-011
                                              INVOICE : 141092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:   LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/04/02 | TC | REVIEWED PROPOSED PROTECTIVE ORDER | .40 |
| 06/04/02 | TC | REVIEWED PLEADINGS REGARDING DOCUMENT PRODUCTION RE PROTECTIVE ORDER | .50 |
| 06/05/02 | JRW | REVIEW PLEADINGS RELATED TO DISCOVERY DISPUTES IN SEALED AIR LITIGATION, INCLUDING LETTER REGARDING CONFERENCE WITH JUDGE WOLIN'S CHAMBERS, REQUEST FOR DOCUMENTS AND RESPONSES | .50 |
| 06/10/02 | JRW | REVIEW DEBTOR'S PROPOSED BUDGET | .10 |
| 06/12/02 | JRW | TELEPHONE CALL TO GBECKER RE: COMMITTEE CALL AND MOTION TO INTERVENE | .10 |
| 06/14/02 | JRW | OBTAIN AND REVIEW TRANSCRIPT RE: DEBTORS' INTERVENTION AND ORDER DENYING MOTION TO INTERVENE | .90 |
| 06/18/02 | JRW | EMAIL FROM KPMAKOWSKI RE: CONFERENCE CALL (.1); EMAIL TO GBECKER RE: SAME (.1) | .20 |
| 06/20/02 | JRW | REVIEW LETTER BRIEF OF THE ASBESTOS PI COMMITTEE TO JUDGE WOLIN RE: OBJECTING TO THE REPORT OF THE SPECIAL MASTER REGARDING DISCOVERY AND OTHER STANDARDS IN THE LITIGATION; | .10 |
| 06/27/02 | JRW | LETTER FROM DFROST RE: DISCOVERY AND 30(B)(6) DEPOSITIONS | .10 |
| 06/28/02 | TC | REVIEWED CORRESPONDENCE RE SCHEDULING ORDER FOR JUDGE WOLIN | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JULY 23, 2002
                                           MATTER :  W9600-011
                                           INVOICE : 141092


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE: LITIGATION


| Date | | Description | Hours |
|---|---|---|---|
| 06/28/02 | TC | REVIEWED CORRESPONDENCE FROM MILBERG FIRM RE ZONOLITE LITIGATION | .20 |
| 06/28/02 | TC | REVIEWED LETTER TO JUDGE DRIER RE FRAUDULENT TRANSFER LITIGATION | .20 |


TIME SUMMARY
------------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 2.00 | 320.00 |
| T CURRIER | 395.00 | 1.50 | 592.50 |
| TOTALS |  | 3.50 | 912.50 |

TOTAL FEES :                                                912.50

TOTAL DUE :                                                 912.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JULY 23, 2002
                                             MATTER :  W9600-012
                                             INVOICE : 141093

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

RE:  MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/13/02 | TC | ATTENDED COMMITTEE TELEPHONIC MEETING | .80 |
| 06/13/02 | TC | CALL TO PHIL BENTLEY RE PREP FOR COMMITTEE MEETING | .20 |
| 06/13/02 | TC | CALL FROM PHIL BENTLEY RE ADDITIONAL COMMITTEES; CALL TO FRANK PERCH RE SAME | .20 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 395.00 | 1.20 | 474.00 |
| TOTALS |  | 1.20 | 474.00 |

TOTAL FEES :                                              474.00

TOTAL DUE  :                                              474.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2002
                                              MATTER : W9600-014
                                              INVOICE : 141094

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/08/02 | JRW | REVIEW GE RAILCAR'S MOTION FOR RELIEF | .10 |
| 06/19/02 | JRW | REVIEW KANE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | .20 |
| 06/20/02 | JRW | REVIEW ORDER OF THE COURT DENYING KELLOGG'S MOTION FOR RELIEF | .10 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| J R WAXMAN | 160.00 | .40 | 64.00 |
| TOTALS |  | .40 | 64.00 |

TOTAL FEES :                                              64.00

TOTAL DUE :                                               64.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JULY 23, 2002
                                           MATTER :  W9600-017
                                           INVOICE : 141095

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02   T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/03/02 | JRW | CONFERENCE WITH TKDCURRIER RE: KRLS FEE APPLICATION; CONFERENCE WITHAND EMAIL FROM MZICKGRAF RE: SAME | .10 |
| 06/03/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE 6TH FEE APP. OF KLETT ROONEY (0.6); EMAIL CORRESPONDENCE TO CORE GROUP RE SAME (0.2); SERVICE OF SAME (0.2); CORRESPONDENCE TO WARREN SMITH RE SAME (0.2). | 1.20 |
| 06/03/02 | TC | REVIEWED MONTHLY FEE APPLICATION OF KLETT ROONEY | .50 |
| 06/06/02 | JRW | TELEPHONE CALL TO GBECKER RE: CNO QUARTERLY FEE APPLICATION (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.1); EMAIL FROM AND CONFERENCE WITH MZICKGRAF RE: SAME (.1); OBTAIN AND REVIEW DOCKET AND REVIEW CNOS FOR KRLS AND KRAMER LEVIN (.2) | .50 |
| 06/19/02 | JRW | REVIEW KRLS FEE APPLICATION | .40 |
| 06/19/02 | VJD | PREPARE SEVENTH MONTHLY FEE APPLICATION | 2.30 |
| 06/26/02 | JRW | REVIEW DOCKET AND CNO RE: KRLS FEE APPLICATION | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JULY 23, 2002
                                             MATTER :  W9600-017
                                             INVOICE : 141095

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/02    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS



                     T I M E   S U M M A R Y
                     -----------------------

                              RATE      HOURS          TOTALS
                              ----      -----          ------

    J R WAXMAN                160.00     1.10          176.00
    M M ZICKGRAF               80.00     1.20           96.00
    T CURRIER                 395.00      .50          197.50
    V J DYE                   120.00     2.30          276.00
                    TOTALS               5.10          745.50


                         TOTAL FEES :                              745.50


                         TOTAL DUE   :                             745.50
```

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**