**Response Exhibit 2**

| | | | |
|---|---|---|---|
| 1. | 03/01/02 | $ 20.00 | Meal Expense – W.R. Grace client meeting 2/26 Washington, DC    1 Lunch   1 Dinner |
| 2. | | 03/01/02 | $17.00 Taxi Expense – W.R. Grace client meeting 2/26 Washington, DC |
| 3. | 03/01/02 | $30.88 | Mileage Expense – W.R. Grace client meeting 2/26 Washington, DC |
| 4. | 03/07/02 | $24.90 | Mileage Expense – 60 miles/parking |
| 5. | 03/08/02 | $74.49 | Meal Expense – ABP Corporation/Lunch in DC office on 2/26/02 |
| 6. | 03/08/02 | $12.00 | General Expense – Gratuity from 2/21-2/28 Boston trip |
| 7. | 03/11/02 | $172.97 | Meal Expense – Boston; Review of DOCS 2/24–28; 1 Breakfast   4 Lunches   4 Dinners |
| 8. | 03/11/02 | $536.50 | Air Travel Expense – Boston; Review of DOCS 2/24-28/02 |
| 9. | 03/11/02 | $16.06 | Mileage Expense – Boston; Review of DOCS 2/24-28/02 |
| 10. | 03/11/02 | $60.50 | General Expense – Boston; Review of DOCS 2/24-28/02 ($12 Taxi to hotel and laundry expense) |
| 11. | 03/11/02 | $63.23 | Meal Expense – 3/4-7/02; Albany, NY 1 Breakfast   2 Dinners |
| 12. | 03/11/02 | $181.00 | Taxi Expense – 3/4-7/02; Albany, NY |
| 13. | 03/11/02 | $13.00 | General Expense – 3/4-7/02; Albany, NY |
| 14. | 3/12/02 | $47.29 | Meal Expense – Kirby's Deli & Catering breakfast tray and fruit tray 2/27/02 for client meeting |
| 15. | 3/12/02 | $70.00 | Meal Expense – MRC Food Services; Lunch for 10 2/27/02 DEC |
| 16. | 3/13/02 | $40.08 | Meal Expense – Roly Poly Lunch for 10 2/27/02 |
| 17. | 3/22/02 | $185.28 | Meal Expense – Boston; Review of DOCS 3/17-21/02;  4 Breakfasts   5 Lunches   4 Dinners |
| 18. | 3/22/02 | $584.00 | Lodging – Boston; Review of DOCS 3/17-21/02 |
| 19. | 3/22/02 | $961.50 | Air Travel Expense – Boston; Review of DOCS 3/17-21/02 |

-1-

| | | | |
|---|---|---|---|
| 20. | 3/22/02 | $70.25 | Taxi Expense – Boston; Review of DOCS 3/17-21/02 |
| 21. | 3/22/02 | $18.25 | Mileage Expense – Boston; Review of DOCS 3/17-21/02 |
| 22. | 3/22/02 | $15.00 | Telephone – Outside Boston; Review of DOCS 3/17-21/02 |
| 23. | 3/22/02 | $24.00 | General Expense – Boston; Review of DOCS 3/17-21/02 |
| 24. | 3/29/02 | $124.74 | Review and code W.R. Grace documents 3/5-8/02 (Valerie A. Slade) |
| 25. | 03/29/02 | $31.00 | Review and code W.R. Grace Documents 3/5-8/02 (Valerie A. Slade) |
| 26. | 03/29/02 | $28.00 | Review and code W.R. Grace Documents 3/5-8/02 (Valerie A. Slade) |
| 27. | 03/29/02 | $178.17 | Meal Expense – Boston; Review of DOCS 3/24-28/02;  4 Breakfasts   5 Lunches   4 Dinners |
| 28. | 03/29/02 | $715.16 | Lodging – Boston; Review of DOCS 3/24-28/02 |
| 29. | 03/29/02 | $801.50 | Air Travel Expense – Boston; Review of DOCS 3/24-28/02 |
| 30. | 03/29/02 | $52.50 | Taxi Expense – Boston; Review of DOCS 3/24-28/02 |
| 31. | 03/29/02 | $50.73 | Mileage Expense – Boston; Review of DOCS 3/24-28/02 |
| 32. | 03/29/02 | $9.00 | Telephone – Outside - Boston; Review of DOCS 3/24-28/02 |
| 33. | 03/29/02 | $25.00 | General Expense – Boston; Review of DOCS 3/24-28/02; Gratuity and cart in Boston Airport |

- Items Nos. 1, 2, 3 and 5 are expense items from a meeting Douglas Cameron attended in Washington, D.C. with representatives of W.R. Grace and potential consulting experts.  Item No. 1 includes individual meal expenses; No. 2 is the taxi expense while in Washington, D.C.; No. 3 is the mileage expense to and from the Pittsburgh airport plus airport parking; and No. 5 is the meal expense for the group attending the meeting.

- Item No. 4 is the mileage expense and parking for secretarial staff working overtime to print documents as part of the Phase II attorney review.

- Item Nos. 6-10 are expense items for Janet Cleversy's trip to Boston for the Phase I document review on February 24 to 28.  Item No. 6 includes lodging related expenses; No. 7 is meal expense; No. 8 is the air travel expense; No. 9 is the mileage expense; No. 10 is a taxi and lodging related expense.

- Item No. 11 is meal expense for a trip of Douglas Cameron to Albany, N.Y. for meetings with various potential consulting experts and W.R. Grace representatives.

- Item No. 12 is incorrectly identified as an Albany, NY expense. Rather it relates to taxi expenses for Douglas Cameron's trip to Denver, Colorado for a meeting with W. R. Grace's attorneys and potential experts in the EPA cost recovery action.

- Item No. 13 is lodging related expense (tips) associated with Mr. Cameron's trip to Denver.

- Item Nos. 14, 15 and 16 are meal expense items for the February 27, 2002 litigation strategy meeting in Pittsburgh attended by lawyers from Reed Smith, Kirkland & Ellis and in-house representatives of W. R. Grace.

- Item Nos. 17 – 23 are expense items for Janet Cleversy's trip to Boston for the Phase I document review on March 17 to 21. No. 17 is meal expense; No. 18 is for lodging; No. 19 is for air travel; No. 20 is for taxi expense in Boston; No. 21 is for mileage to and from the airport in Pittsburgh; No. 22 is for long-distance phone calls; and, No. 23 is for gratuity and cart at airport.

- Item Nos. 24 – 26 are meal expenses (No. 24), rail fare (No. 25) and lodging gratuity expenses (No. 26) for Valarie Slade's trip to Boston for the Phase I document review on March 5-8.

- Item Nos. 27 – 33 are expense items for Janet Cleversy for her March 24-28 trip to Boston for Phase I document review. Item No. 27 is meal expense; No. 28 is lodging; No. 29 is air travel expense; No. 30 is taxi expense; No. 31 is mileage and Pittsburgh airport parking expense; No. 32 is for long-distance telephone calls; and, No. 33 is gratuity and cart at airport.