**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FOURTH INTERIM QUARTERLY FEE APPLICATION OF**
**DUANE MORRIS LLP**

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fourth Interim Quarterly Fee Application of Duane Morris LLP</u> (the "Application").

**BACKGROUND**

1. Duane Morris LLP ("Duane Morris") was retained as counsel to the official committee of asbestos property damage claimants. In the Application, Duane Morris seeks approval of fees totaling $38,759.50 and costs totaling $5,113.59 for its services from January 1, 2002, through March 31, 2002.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, the Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Duane Morris, and received a response from Duane Morris, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report we note that the Application did not have a separate category for Duane Morris' own fee application preparation. The Guidelines, Rule II.D.1. states "[a] separate project category should be used for ... fee application preparation." Thus in the initial report we asked Duane Morris to, in the future, please use a separate project category for time devoted to seeking your its compensation.

4.      The time entries were generally adequately detailed and devoid of lumping, although we noted several instances of lumping by timekeeper WS Katchen. Paragraph II.D.5. of the Guidelines provides that "[s]ervices should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." While we do not recommend any reduction at this time with respect to these time entries, in the initial report we asked Duane Morris to please advise WS Katchen to be more consistent in providing detailed descriptions in the future.

### Fee Application Preparation

5.      As the compensation for preparing a particular fee application is generally sought in the following fee application (we have heard this referred to as a "trailing expense"), the fee application of a firm whose activities are decreasing as the case progresses will often reflect disproportionate charges for fee application preparation. Thus, we generally look at fee application charges cumulatively.

6.     We calculate that for the application period, Duane Morris's own fee application charges totaled $6,273, or more than 16% of the fees requested in the Application. The Application, moreover, indicates that Duane Morris's fees for the previous quarter -- October through December 2001 -- were less than half of those for January through March 2002. Accordingly, it would not appear that the unusually high fee application charges are due to their status as a "trailing expense". We would request that Duane Morris explain why its fee application charges constitute such a large percentage of the firm's total fees. Duane Morris responded:

> During the period from January 1, 2002 through March 31, 2002, the period covered by the Initial Report, Duane Morris prepared fee applications for the extended period of August 1, 2001 through January 31, 2002. Conversely, Duane Morris prepared no fee applications for itself during the prior quarterly period of October 1, 2001 through December 31, 2001. Duane Morris requested $17,349.50 during this prior quarter, and thus if the two quarters are added together, Duane Morris requested $56,109.00 for the six month period, of which $6,273 (or 11.18%) was allocated to fee application preparation.
> . . . .it is significant that Duane Morris' total fees in this case are relatively small, and preparation of a fee application is a detailed and somewhat time-consuming process regardless of the total fees and expenses for a given period. From the beginning of Duane Morris' involvement with this case through the date of the Fourth Quarterly fee application (i.e. from 4/17/01 - 3/31/02) Duane Morris has sought $119,799, in fees, which represents an average of less than $10,000 per month. Given the nature of fee application preparation, it is disproportionately difficult to prepare fee applications and remain within [any cap for fee application preparation] when the total amount billed is relatively small.

We believe that this information is useful in evaluating the reasonableness of the charges for fee application preparation. However, we still believe that a $56,109.00 fee application may be prepared for $5,000.00 and thus we recommend a reduction of the difference between $6,273.00 and $5,000.00, for a recommended reduction of $1,273.00 in fees.

## CONCLUSION

7.     Thus, we recommend approval of fees totaling $37,486.50 ($38,759.50 minus $1,273.00 ) and costs totaling $5,113.59 for Duane Morris' services from January 1, 2002, through March 31, 2002.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050
    Mark W. Steirer
    Texas State Bar No. 19139600

900 Jackson Street
120 Founders Square
Dallas, Texas 75202
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 5th day of August, 2002.

_____
Warren H. Smith

# SERVICE LIST

### Notice Parties

**The Applicant**

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801