IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 01-1139 (JJF)<br><br>(Jointly Administered)<br><br><br>**Objection Deadline: August 25, 2002 @ 4:00 p.m.** |

## TENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimburse
ment is sought:    *May 1, 2002 through and
                                        including May 31, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$24,232.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$2,299.11*

This is a(n):    **x**   monthly              __   interim application

KL2:2164681.1

**Prior Applications:**

| Date Files | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | pending |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2002 THROUGH MAY 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 7.80 | $3,705.00 |
| Becker, Gary M. | 374.00 | 42.30 | $15,820.00 |
| Caton, Amy | 350.00 | 0.30 | $105.00 |
| Mangual, Kathleen | 175.00 | 22.00 | $3,850.00 |
| Temp, CR | 160.00 | 4.70 | $752.00 |
| **Total** | | 77.10 | $24,232.00 |

KL2:2164681.1

- 3 -

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/02 through 5/31/02 | Total Fees for the Period 5/1/02 through 5/31/02 |
|---|---|---|
| Asbestos Claims Issues | 19.80 | $7,281.41 |
| Case Administration | 23.20 | $6,262.00 |
| Fee Applications Preparation | 18.50 | $4,370.00 |
| Fraudulent Conveyance Issues | 2.60 | $960.00 |
| Committee and Creditor Corresp. | 9.10 | $3,895.00 |
| Bankruptcy Motions | 3.90 | $1,560.00 |
| **Total** | **77.10** | **$24,232.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 5/1/02 through 5/31/02 |
|---|---|
| Telecopier | $2.00 |
| Photocopying | $484.80 |
| Messenger Service | $73.11 |
| Research Services | $21.00 |
| Postage | $7.68 |
| Long-Distance Tel. | $3.09 |
| Lexis / Nexis On-Line Research | $270.00 |
| Cab Fares | $95.37 |
| Out-of-Town-Travel | $1,336.65 |
| Corp. Svc./ Filing | $5.41 |
| **Total** | **$2,299.11** |

- 3 -

KL2:2164681.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: July 19, 2002