# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CR | 10.10 | 400.00 | 4,040.00 |
| TEMP, CR | CR | 4.70 | 160.00 | 752.00 |
| MANGUAL, KATHLEEN | CR | 8.40 | 175.00 | 1,470.00 |
| | Subtotal | 23.20 | $ | 6,262.00 |

### COMMITTEE & CREDITOR CORRESP.

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 3.40 | 475.00 | 1,615.00 |
| BECKER, GARY M. | CR | 5.70 | 400.00 | 2,280.00 |
| | Subtotal | 9.10 | $ | 3,895.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CR | 3.90 | 400.00 | 1,560.00 |
| | Subtotal | 3.90 | $ | 1,560.00 |

### FEE APPLICATION PREPARATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 0.60 | 475.00 | 285.00 |
| CATON, AMY | CR | 0.30 | 350.00 | 105.00 |
| BECKER, GARY M. | CR | 4.00 | 400.00 | 1,600.00 |
| MANGUAL, KATHLEEN | CR | 13.60 | 175.00 | 2,380.00 |
| | Subtotal | 18.50 | $ | 4,370.00 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 3.80 | 475.00 | 1,805.00 |
| BECKER, GARY M. | CR | 16.00 | 400.00 | 5,300.00 |
| | Subtotal | 19.80 | $ | 7,105.00 |

KL4:2052249.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

**FRAUDULENT CONVEYANCE ISSUES**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CR | 2.60 | 400.00 | 1,040.00 |
| | Subtotal | 2.60 | | $ 1,040.00 |
| | Total | 77.10 | | $ 24,232.00 |

KL4:2052249.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CR | 7.80 | 475.00 | 3,705.00 |
| CATON, AMY | CR | 0.30 | 350.00 | 105.00 |
| BECKER, GARY M. | CR | 42.30 | 374.00 | 15,820.00 |
| TEMP, CR | CR | 4.70 | 160.00 | 752.00 |
| MANGUAL, KATHLEEN | CR | 22.00 | 175.00 | 3,850.00 |
| | Total | 77.10 | | $24,232.00 |

KL4:2052249.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $2.00 |
| PHOTOCOPYING | 484.80 |
| RESEARCH SERVICES | 21.00 |
| POSTAGE | 7.68 |
| LONG-DISTANCE TEL. | 3.09 |
| LEXIS / NEXIS ON-LINE RESEARCH | 270.00 |
| MESSENGER SERVICE | 73.11 |
| CAB FARES | 95.37 |
| OUT-OF-TOWN TRAVEL | 1,336.65 |
| CORP. SVC./FILING | 5.41 |
| Subtotal | $2,299.11 |

KL4:2052249.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $1.00 |
| PHOTOCOPYING | 258.56 |
| MANUSCRIPT SERVICE | 228.00 |
| CAB FARES | 3.00 |
| Subtotal | $490.56 |

KL4:2052249.1

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                             PAGE   1
Run Date & Time: 07/12/2002 19:12:53                         *PRIVILEGED AND CONFIDENTIAL*

Client No: 055772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo 0.15
-----------------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    01/01/1901        TO:  05/31/2002
UNBILLED DISB FROM:    01/01/1901        TO:  05/31/2002

                             FEES                          COSTS
                             ----                          -----
GROSS BILLABLE AMOUNT:       24,232.00                     2,299.11
AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:      05/31/2002                    05/31/2002
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
------------------------------------------------------------------------------------------------------------------------------------

                         ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

              FEES:           107,157.70        UNIDENTIFIED RECEIPTS:            0.00
     DISBURSEMENTS:             4,968.35             PAID FEE RETAINER:            0.00
      FEE RETAINER:                 0.00            PAID DISB RETAINER:            0.00
     DISB RETAINER:                 0.00         TOTAL AVAILABLE FUNDS:            0.00
 TOTAL OUTSTANDING:           112,126.05                 TRUST BALANCE:

                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:          07/12/02           LAST PAYMENT DATE:         06/17/02
LAST BILL NUMBER:           352980             FEES BILLED TO DATE:       323,684.50
LAST BILL THRU DATE:        05/31/02   FEES WRITTEN OFF TO DATE:          136,809.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (6)  Summer Associate
     (2) Late Time & Costs Posted     (7)  Fixed Fee
     (3) Pre-arranged Discount        (8)  Premium
     (4) Excessive Legal Time         (9)  Rounding
     (5) Business Development        (10)  Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    2
                                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2002 19:12:57

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y -------------------------------- Total Billed --------------------------
Emp Id Employee Name                    Group              Oldest       Latest       Total      Billed
                                                           Entry        Entry        Hours      Amount
------ ------------------                -------            ------       ------       ------     ------
02495  BENTLEY, PHILIP                   PARTNER            05/01/02     05/30/02       7.80    3,705.00
04418  CATON, AMY                        ASSOCIATE          05/29/02     05/29/02       0.30      105.00
05292  BECKER, GARY M.                   ASSOCIATE          05/17/02     05/17/02       1.50      600.00
05292  BECKER, GARY M.                   ASSOCIATE          04/16/02     05/31/02      40.80   15,220.00
00677  TEMP, PARALEGAL                   PARALEGAL          05/23/02     05/30/02       4.70      752.00
05208  MANGUAL, KATHLEEN                 PARALEGAL          05/01/02     05/31/02      22.00    3,850.00

                                                 Total:                                77.10   24,232.00

B I L L E D   C O S T S   S U M M A R Y -------------------------- Total Billed -----------------
Code   Description                                 Oldest       Latest             Total
                                                   Entry        Entry              Amount
------  ------------------------                   ------       ------             ------
0815   TELECOPIER                                  05/08/02     05/08/02              2.00
0820   PHOTOCOPYING                                12/27/01     05/31/02            484.80
0840   MANUSCRIPT SERVICE                          05/02/02     05/23/02              0.00
0841   RESEARCH SERVICES                           05/15/02     05/15/02             21.00
0880   POSTAGE                                     05/31/02     05/31/02              7.68
0885   LONG-DISTANCE TEL.                          05/03/02     05/29/02              3.09
0921   LEXIS / NEXIS ON-LINE RESEAR                05/15/02     05/17/02            270.00
0930   MESSENGER/COURIER                           05/15/02     05/15/02             73.11
0936   CORP. DOC.& MAT.                            05/24/02     05/24/02              0.00
0940   CAB FARES                                   05/06/02     05/06/02             95.37
0950   OUT-OF-TOWN TRAVEL                          05/08/02     05/17/02          1,336.65
0970   CORP. SVC./FILING                           05/09/02     05/09/02              5.41

                                      Total                                         2,299.11
                                                                                ============
                                      Grand Total                                  26,531.11

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As Of 07/12/02 19:12:57) Collections ------
Bill Date Thru Date Bill#    Fee & OA     Billed    Disbursement   From OA    Total      Date            Balance
                                                                                                         Due
---------- --------- -----   --------     ------    ------------   -------    -----      ----            ----
09/27/01   08/31/01  339400  60,166.00              5,439.63                 52,500.93   11/30/01       13,104.70
10/29/01   09/30/01  341359  33,143.50              5,945.49                 32,445.29   12/18/01        6,643.70
11/27/01   10/31/01  342994  26,585.00              1,663.89                 22,931.89   01/22/02        5,317.00
12/27/01   11/30/01  344503  20,099.00              3,031.62                 19,110.82   03/05/02        4,019.80
01/18/02   12/31/01  345477  32,467.50              2,338.23                 28,312.23   03/22/02        6,493.50
02/26/02   01/31/02  347311  23,807.50              1,961.58                 21,007.58   04/26/02        4,761.50
03/27/02   02/28/02  348879  36,382.50              2,894.44                 32,000.44   05/31/02        7,276.50
04/25/02   03/31/02  350555  32,575.00              2,107.64                 28,167.64   06/17/02        6,515.00
05/31/02   04/30/02  352100  28,794.00              2,669.24                       .00                  31,463.24
06/18/02   05/31/02  352980  24,232.00              2,299.11                       .00                  26,531.11

           Total:           318,252.00             30,350.87                236,476.82                 112,126.05
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE    1
Run Date & Time: 07/12/2002 19:12:50

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

                                   UNBILLED TIME FROM:    05/01/2002    TO:   05/31/2002
                                   UNBILLED DISB FROM:    12/27/2001    TO:   05/31/2002

                                            FEES                                    COSTS
                                          ----------                             ----------
    GROSS BILLABLE AMOUNT:                  6,262.00                               2,100.07
    AMOUNT WRITTEN DOWN:
                  PREMIUM:
          ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
                 THRU DATE:                              05/31/2002             05/31/2002
    CLOSE MATTER/FINAL BILLING?            YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:              BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                         --------------------------                    --------------
          FEES:                                   20,236.00          UNIDENTIFIED RECEIPTS:     0.00
          DISBURSEMENTS:                           3,590.04          PAID FEE RETAINER:         0.00
          FEE RETAINER:                                0.00          PAID DISB RETAINER:        0.00
          DISB RETAINER:                               0.00          TOTAL AVAILABLE FUNDS:     0.00
          TOTAL OUTSTANDING:                      23,826.04          TRUST BALANCE:
                                                                     BILLING HISTORY
                                                                     ---------------
          DATE OF LAST BILL:      07/12/02                  LAST PAYMENT DATE:              06/17/02
          LAST BILL NUMBER:        352980                   FEES BILLED TO DATE:          119,939.50
          LAST BILL THRU DATE:    05/31/02                  FEES WRITTEN OFF TO DATE:      48,584.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    2
Run Date & Time: 07/12/2002 19:12:51                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                           Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:  1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status  : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------------------------------- Total Billed -----------------------------
                                                                   Oldest          Latest             Total         Billed
Emp Id  Employee Name                     Group                                                       Hours         Amount
------  ---------------                    -----                    ------          ------            ------         ------
05292   BECKER, GARY M.                    CRED                   05/17/02         05/17/02             1.50           600.00
05292   BECKER, GARY M.                    CRED                   05/02/02         05/30/02             8.60         3,440.00
00677   TEMP, PARALEGAL                    CRED                   05/23/02         05/30/02             4.70           752.00
05208   MANGUAL, KATHLEEN                  CRED                   05/01/02         05/31/02             8.40         1,470.00
                                                                                                    -------       ---------
                                  Total:                                                              23.20         6,262.00

Sub-Total Hours :     0.00 Partners   0.00 Counsels   10.10 Associates   13.10 Legal Assts   0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ------------------------------- Total Billed ----------------------------
Code    Description                                                Oldest         Latest                   Total
                                                                   Entry          Entry                   Amount
----    -----------                                                ------         ------                  ------
0815    TELECOPIER                                                05/08/02        05/08/02                   2.00
0820    PHOTOCOPYING                                              12/27/01        05/30/02                 358.20
0840    MANUSCRIPT SERVICE                                        05/02/02        05/23/02                   0.00
0841    RESEARCH SERVICES                                         05/15/02        05/15/02                  21.00
0880    POSTAGE                                                   05/31/02        05/31/02                   7.68
0885    LONG-DISTANCE TEL.                                        05/03/02        05/29/02                   2.97
0921    LEXIS / NEXIS ON -LINE RESEAR                             05/15/02        05/17/02                 270.00
0930    MESSENGER/COURIER                                         05/03/02        05/13/02                  52.10
0940    CAB FARES                                                 05/06/02        05/06/02                  49.47
0950    OUT-OF-TOWN TRAVEL                                        05/08/02        05/17/02               1,336.65
                                                                                                      ---------
                                  Total                                                                2,100.07
                                                                                                      ---------
                                  Grand Total                                                          8,362.07
                                                                                                      =========

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 07/12/02 19:12:51)
                                             ------- Billed --------         Applied       ----  Collections ----          Balance
Bill Date  Thru Date  Bill#                  Fee & OA    Disbursement        From OA       Total           Date              Due
---------  ---------  -----                  --------    ------------        -------       -----           ----            -------
09/27/01   08/31/01   339400                35,884.50       4,154.07                      40,038.57     11/30/01
10/29/01   09/30/01   341359                15,920.50       1,491.63                      17,412.13     12/18/01
11/27/01   10/31/01   342994                10,001.50       1,059.00                      11,060.50     01/22/02
12/27/01   11/30/01   344503                 9,230.00       1,455.48                      10,685.48     03/05/02
01/18/02   12/31/01   345477                 8,017.00       1,134.54                       9,151.54     03/22/02
02/26/02   01/31/02   347311                 5,370.00       1,638.70                       7,008.70     04/26/02
03/27/02   02/28/02   348979                 6,520.00         909.36                       7,429.36     05/31/02
04/25/02   03/31/02   350555                 8,760.00         876.36                       9,636.36     06/17/02
05/31/02   04/30/02   352100                13,974.00       1,489.97                            .00                       15,463.97
06/18/02   05/31/02   352980                 6,262.00       2,100.07                            .00                        8,362.07
                                          ----------      ----------                     ----------                      ----------
           Total:                         119,939.50      16,309.18                     112,422.64                       23,826.04
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE    3

Run Date & Time: 07/12/2002 19:12:51

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 07/12/02 19:12:51)
                                ------- Billed -------    ---- Applied ---- Collections ----       Balance
Bill Date Thru Date Bill#       Fee & OA Disbursement     Total  From OA     Date                    Due
```