```
alp_132r: Billed Charges Analysis                                                                          PAGE    4
Run Date & Time: 07/12/2002 19:12:51
                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

      B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                              Hours      Amount       Index#     Batch Date
------------------------   ---------   -------------------------------------------------------  ------     ----------   --------   ----------

BECKER, GARY M.            05/02/02    Screen new pleadings (0.5); conf. with Bentley            0.70       280.00      4135313    05/07/02
                                       re various case issues (0.2).
BECKER, GARY M.            05/03/02    Screen new pleadings (0.4); conf. with P.                 0.70       280.00      4135355    05/07/02
                                       Bentley re various case issues (0.3).
BECKER, GARY M.            05/06/02    Screen new pleadings and review agenda for 5/20           1.00       400.00      4137010    05/08/02
                                       hearing (0.8); attention to coverage for 5/20
                                       and 5/22 hearings (0.2).
BECKER, GARY M.            05/07/02    Screen new pleadings (0.4); conf. with Bentley            0.50       200.00      4141901    05/14/02
                                       re case issues (0.1).
BECKER, GARY M.            05/09/02    conf. with Bentley re various case issues                 0.20        80.00      4141890    05/14/02
                                       (0.2).
BECKER, GARY M.            05/13/02    Screen new pleadings (0.3)                                0.30       120.00      4141558    05/14/02
BECKER, GARY M.            05/14/02    Screen new pleadings (0.4 hrs).                           0.40       160.00      4212858    06/07/02
BECKER, GARY M.            05/15/02    Conf. with Bentley re various case issues                 0.50       200.00      4147882    05/20/02
                                       (0.2); screen new pleadings (0.3).
BECKER, GARY M.            05/16/02    Conf. with Bentley re various case issues                 0.60       240.00      4147880    05/20/02
                                       (0.3); screen new pleadings (0.3)
BECKER, GARY M.            05/17/02    Conf. with P. Bentley re various case issues              1.50       600.00      4212238    06/07/02
                                       (0.5); conf with Milberg re confidentiality
                                       order (0.2); conf. with Kirkland re
                                       confidentiality order and other new pleadings
                                       (0.6).
BECKER, GARY M.            05/21/02    conf. with Bentley re various case issues                 1.00       400.00      4157205    05/28/02
                                       (0.3); screen new pleadings (0.7)
BECKER, GARY M.            05/21/02    Revise memo to equity committee re case issues            2.00       800.00      4212599    06/07/02
                                       (2.0).
BECKER, GARY M.            05/24/02    Screen new pleadings                                      0.40       160.00      4157344    05/28/02
BECKER, GARY M.            05/30/02    Screen new pleadings                                      0.30       120.00      4171491    06/04/02

Total For BECKER G - 05292                                                                      10.10      4,040.00

MANGUAL, KATHLEEN          05/01/02    doc retrieval per GB (.30)                                0.30        52.50      4135154    05/06/02
MANGUAL, KATHLEEN          05/02/02    doc retrieval per GB re: case management motion           0.20        35.00      4135155    05/06/02
                                       (.20)
MANGUAL, KATHLEEN          05/16/02    review of files and maintenance of such (1.2);            4.60       805.00      4172393    06/04/02
                                       preparation of fraudulent conveyance
                                       files/boxes to have sent to records (3.4)
MANGUAL, KATHLEEN          05/23/02    organization of files, pleadings and                      2.40       420.00      4159442    05/29/02
                                       correspondence for purposes of filing (.80);
                                       review of C. Finnerty files, integrate to main
                                       case (.70) send C. Finnerty working files to
                                       records (.90)
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    5
Run Date & Time: 07/12/2002 19:12:51                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

 B I L L E D   T I M E   D E T A I L
Employee Name                Work Date   Description                                                       Hours     Amount    Index#    Batch Date
--------------------------   ---------   -----------------------------------------------------------      -------   --------   --------  ----------

MANGUAL, KATHLEEN            05/28/02    doc retrieval per GB (.20)                                         0.20       35.00    4159443   05/29/02
MANGUAL, KATHLEEN            05/30/02    update Grace contact list and email distrib                        0.30       52.50    4173360   06/04/02
                                         (.30)
MANGUAL, KATHLEEN            05/31/02    distribute to committee members pleadings per                      0.40       70.00    4173358   06/04/02
                                         GB (.40)

Total for MANGUAL K - 05208                                                                                 8.40    1,470.00

TEMP, PARALEGAL              05/23/02    Organization of document for purposes of filing                    1.20      192.00    4158163   05/28/02
                                         and indexing per K. Mangual
TEMP, PARALEGAL              05/24/02    Organization of documents for purpose of filing                    0.80      128.00    4158161   05/28/02
                                         and indexing per K. Mangual [Debra Fouchong]
TEMP, PARALEGAL              05/30/02    Review/organization of pleadings and other                         2.70      432.00    4169894   06/03/02
                                         documents for purposes of filing and indexing
                                         per K. Mangual

Total for TEMP P - 00677                                                                                    4.70      752.00

                                                                        Fee Total                          23.20    6,262.00


 B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee                       Date           Amount            Index#    Batch No    Batch Date
----------------------------             -----------------------        --------       ----------        --------  ----------  ----------

TELECOPIER                      0815
    TELECOPIER                           MANGUAL, K M                   05/08/02          2.00           5538119    76192      05/09/02
    02 552 4295

                                                                0815 TELECOPIER Total :    2.00

PHOTOCOPYING                    0820
    PHOTOCOPYING                         MAYER, T M                     12/27/01         45.30           5588906    78683      06/26/02
    R???????
    PHOTOCOPYING                         CATON, A                       12/28/01         36.90           5588908    78683      06/26/02
    ON AM - CATON AM
    PHOTOCOPYING                         MANGUAL, K M                   05/01/02         10.95           5530613    76064      05/07/02
    MANGUAL KATHLEEN
    PHOTOCOPYING                         MANGUAL, K M                   05/01/02         11.70           5530614    76064      05/07/02
    MANGUAL KATHLEEN
    PHOTOCOPYING                         MANGUAL, K M                   05/02/02          5.25           5531099    76065      05/07/02
    MANGUAL KATHLEEN
    PHOTOCOPYING                         MANGUAL, K M                   05/03/02          6.75           5531592    76066      05/07/02
    MANGUAL KATHLEEN
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE    6
Run Date & Time: 07/12/2002 19:12:51
                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
-----------------------------------------------------------------------------------------------------------------------------
  Description/Code              Employee             Date          Amount      Index#    Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------
  PHOTOCOPYING          0820
    MANGUAL    KATHLEEN       MANGUAL, K M        05/03/02           0.45     5531593    76066    05/07/02
    PHOTOCOPYING
    MANGUAL    KATHLEEN       MANGUAL, K M        05/03/02          37.50     5570792    71122    06/03/02
    PHOTOCOPYING
    BENTLEY    PHILIP         BENTLEY, P          05/06/02          19.35     5532052    76067    05/07/02
    PHOTOCOPYING
    KORNBLUM   SHOSHANAH      KORNBLUM, S K       05/10/02          77.25     5541394    76271    05/13/02
    PHOTOCOPYING
    MANGUAL    KATHLEEN       MANGUAL, K M        05/10/02          12.60     5541396    76271    05/13/02
    PHOTOCOPYING
    BENTLEY    PHILIP         BENTLEY, P          05/10/02           0.90     5541395    76271    05/13/02
    PHOTOCOPYING
    BECKER     GARY M.        BECKER, G M         05/13/02          20.70     5543165    76316    05/14/02
    PHOTOCOPYING
    BENTLEY    PHILIP         BENTLEY, P          05/13/02           0.45     5543166    76316    05/14/02
    PHOTOCOPYING
    MANGUAL    KATHLEEN       MANGUAL, K M        05/13/02           5.10     5543167    76316    05/14/02
    PHOTOCOPYING
    MANGUAL    KATHLEEN       MANGUAL, K M        05/15/02           2.70     5548313    76457    05/17/02
    PHOTOCOPYING
    LUEBKE     CHRISTINE      LUEBKE, C L         05/23/02          39.30     5556441    76723    05/24/02
    PHOTOCOPYING
    BENTLEY    PHILIP         BENTLEY, P          05/24/02           4.50     5560640    76771    05/28/02
    PHOTOCOPYING
    MANGUAL    KATHLEEN       MANGUAL, K M        05/30/02          20.55     5567073    77011    05/31/02

                                        0820 PHOTOCOPYING Total :                358.20

  MANUSCRIPT SERVICE    0840
    MANUSCRIPT SERVICE        SEAWRIGHT, J        05/02/02           0.00     5528234    76027    05/06/02
    MANUSCRIPT SERVICE        HALLMAN, M E        05/02/02           0.00     5535062    76118    05/07/02
    MANUSCRIPT SERVICE        SEAWRIGHT, J        05/07/02           0.00     5536994    76188    05/09/02
    MANUSCRIPT SERVICE        SEAWRIGHT, J        05/23/02           0.00     5557315    76748    05/24/02

                                        0840 MANUSCRIPT SERVICE Total :           0.00

  RESEARCH SERVICES     0841
    RESEARCH SERVICES         SNAGGS, S           05/15/02          21.00     5552337    76594    05/21/02

                                        0841 RESEARCH SERVICES Total :           21.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    7
Run Date & Time: 07/12/2002 19:12:51                         *PRIVILEGED AND CONFIDENTIAL*

Matter No : 056772-00001                                    Orig Prtnr : CRED. RGTS    - 06975              Proforma Number: 1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

       B I L L E D    C O S T S    D E T A I L
Description/Code                Employee            Date         Amount      Index#    Batch No   Batch Date
-------------------------       --------------      --------     --------    -------   --------   ----------

POSTAGE                  0880
       POSTAGE                  BECKER, G M         05/31/02        0.80     5573819     77146    06/03/02
       Danny Rivera
       POSTAGE                  MANGUAL, K M        05/31/02        6.88     5573820     77146    06/03/02
       Danny Rivera
                                                0880 POSTAGE Total :          7.68

LONG-DISTANCE TEL.      0885
       LONG-DISTANCE TEL.       MANGUAL, K M        05/03/02        0.30     5533331     76073    05/07/02
       302524221
       LONG-DISTANCE TEL.       MANGUAL, K M        05/08/02        1.18     5537939     76190    05/09/02
       302524221
       LONG-DISTANCE TEL.       MANGUAL, K M        05/15/02        0.89     5548581     76458    05/17/02
       214983868
       LONG-DISTANCE TEL.       MANGUAL, K M        05/28/02        0.30     5563571     76870    05/29/02
       302524221
       LONG-DISTANCE TEL.       MANGUAL, K M        05/29/02        0.30     5565820     76950    05/30/02
       302524221
                                                0885 LONG-DISTANCE TEL. Total :   2.97

LEXIS / NEXIS ON -L     0921
       LEXIS / NEXIS ON -L      BECKER, G M         05/15/02      250.00     5553263     76622    05/22/02
       LEXIS / NEXIS ON -LINE RESEARCH
       LEXIS / NEXIS ON -L      BECKER, G M         05/17/02       20.00     5553264     76622    05/22/02
       LEXIS / NEXIS ON -LINE RESEARCH
                                                0921 LEXIS / NEXIS ON -L Total :  270.00

MESSENGER/COURIER       0930
       FEDERAL EXPRESS CORPORAT MANGUAL, K M        05/03/02       30.69     5536675    76146     05/08/02
       FEDERAL EXPRESS CORPORATION
       FEDERAL EXPRESS CORPORAT MANGUAL, K M        05/13/02        3.68     5541977    76272     05/13/02
       MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
       CORPORATION
       FEDERAL EXPRESS CORPORAT MANGUAL, K M        05/13/02       14.09     5542499    76306     05/14/02
       MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
       CORPORATION
       FEDERAL EXPRESS CORPORAT MANGUAL, K M        05/13/02        3.64     5542787    76308     05/14/02
       MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
       CORPORATION
                                                0930 MESSENGER/COURIER Total :   52.10

CAB FARES               0940
       DIAL CAR INC.            SEAWRIGHT, J        05/06/02       49.47     5527861    76014     05/06/02
       CAB FARES - VENDOR-DIAL CAR INC  4/12/02
                                                0940 CAB FARES Total :           49.47
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    8
Run Date & Time: 07/12/2002 19:12:51

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date         Amount     Index#  Batch No  Batch Date
-----------------             ---------             ----         ------     ------  --------  ----------

OUT-OF-TOWN TRAVEL                  0950

GARY M. BECKER                BECKER, G M           05/08/02     282.15    5536401   76148    05/09/02
OUT-OF-TOWN TRAVEL - VENDOR-GARY M.
BECKER-Arbitration Hearing in
Pittsburgh-4/21/02-4/22/02

CITICORP DINERS CLUB          BECKER, G M           05/17/02   1,054.50    5549153   76498    05/17/02
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB 4/21/02 Pittsburgh

                                      0950 OUT-OF-TOWN TRAVEL Total :       1,336.65

                           Costs Total :                                    2,100.07
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE    9
Run Date & Time: 07/12/2002 19:12:51

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1560379
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE
```

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.50 | 600.00 | | | | | |
| BECKER, GARY M. | 8.60 | 3,440.00 | | | | | |
| TEMP, PARALEGAL | 4.70 | 752.00 | | | | | |
| MANGUAL, KATHLEEN | 8.40 | 1,470.00 | | | | | |
| Total: | 23.20 | 6,262.00 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | | | | | |
| 0820 | PHOTOCOPYING | 358.20 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0841 | RESEARCH SERVICES | 21.00 | | | | | |
| 0880 | POSTAGE | 7.68 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 2.97 | | | | | |
| 0921 | LEXIS / NEXIS ON-LINE R | 270.00 | | | | | |
| 0930 | MESSENGER/COURIER | 52.10 | | | | | |
| 0940 | CAB FARES | 49.47 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 1,336.65 | | | | | |
| | Costs Total : | 2,100.07 | | | | | |

```
alp_132r: Billed Charges Analysis                                                                                       PAGE   10
Run Date & Time: 07/12/2002 19:12:51

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1560380
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

========================================================================================================================
                                        PRE-BILLING SUMMARY REPORT
========================================================================================================================

                   UNBILLED TIME FROM:    05/15/2002      TO:    05/31/2002
                   UNBILLED DISB FROM:    05/29/2002      TO:    05/29/2002

                                                FEES                      COSTS
                                             ----------                ----------
           GROSS BILLABLE AMOUNT:              3,895.00                      0.12
           AMOUNT WRITTEN DOWN:
                      PREMIUM:
               ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:              05/31/2002                 05/29/2002
       CLOSE MATTER/FINAL BILLING?        YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


========================================================================================================================
                                        ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
========================================================================================================================

                      FEES:                3,895.00            UNIDENTIFIED RECEIPTS:    0.00
               DISBURSEMENTS:                  25.96            PAID FEE RETAINER:       0.00
                FEE RETAINER:                   0.00            PAID DISB RETAINER:      0.00
               DISB RETAINER:                   0.00            TOTAL AVAILABLE FUNDS:   0.00
           TOTAL OUTSTANDING:               3,920.96            TRUST BALANCE:

                                                 BILLING HISTORY

           DATE OF LAST BILL:               07/12/02           LAST PAYMENT DATE:          06/17/02
           LAST BILL NUMBER:                  352980           FEES BILLED TO DATE:        25,332.50
           LAST BILL THRU DATE:             05/31/02  FEES WRITTEN OFF TO DATE:            16,654.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE   11
Run Date & Time: 07/12/2002 19:12:51
                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1560380
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

 B I L L E D    T I M E    S U M M A R Y  --------------------------- Total Billed ----------------------
 Emp Id Employee Name                       Group         Oldest           Latest            Hours            Amount
                                                          Entry            Entry
 02495  BENTLEY, PHILIP                     CRED         05/24/02         05/29/02            3.40          1,615.00
 05292  BECKER, GARY M.                     CRED         05/15/02         05/31/02            5.70          2,280.00
                              Total:                                                          9.10          3,895.00

 Sub-Total Hours :   3.40 Partners    0.00 Counsels    5.70 Associates    0.00 Legal Assts    0.00 Others

 B I L L E D    C O S T S    S U M M A R Y  ----------------------- Total Billed ------------------------
 Code Description                                        Oldest           Latest            Total
                                                         Entry            Entry             Amount
 0885 LONG-DISTANCE TEL.                                05/29/02         05/29/02                0.12
                              Total:                                                             0.12

                              Grand Total                                                    3,895.12
                                                                                          =============

 A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 07/12/02 19:12:51)
                                           Billed   -----------    Applied    ---- Collections ----    Balance
 Bill Date Thru Date Bill#        Fee & OA Disbursement            From OA    Total            Date    Due
 09/27/01 08/31/01 339400       5,226.00           997.34                     6,223.34    11/30/01
 10/29/01 09/30/01 341359       1,300.00              .00                     1,300.00    12/18/01
 11/27/01 10/31/01 342994       3,507.50           434.03                     3,941.53    01/22/02
 12/27/01 11/30/01 344503       1,080.00           197.20                     1,277.20    03/05/02
 01/18/02 12/31/01 345477       2,111.50           302.15                     2,413.65    03/22/02
 02/26/02 01/31/02 347311             .00              .00                          .00
 03/27/02 02/28/02 348979       4,045.00         1,423.03                     5,468.03    05/31/02
 04/25/02 03/31/02 350555       4,167.50            93.26                     4,260.76    06/17/02
 05/31/02 04/30/02 352100             .00            25.84                          .00             25.84
 06/18/02 05/31/02 352980       3,895.00               .12                          .00          3,895.12
                Total:         25,332.50         3,472.97                    24,884.51           3,920.96
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE   12
Run Date & Time: 07/12/2002 19:12:51
                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:     1560380
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                                Hours      Amount     Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP          05/24/02    Memo to Committee re recent hearings.                       2.80    1,330.00    4166278  06/03/02
BENTLEY, PHILIP          05/29/02    Work on memo to Committee re recent                         0.60      285.00    4166263  06/03/02
                                     developments, and discs GB re same.

Total For BENTLEY P - 02495                                                                      3.40    1,615.00

BECKER, GARY M.          05/15/02    prepare memo to Equity Committee re recent                  1.30      520.00    4212598  06/07/02
                                     developments (1.3)
BECKER, GARY M.          05/22/02    Revise memo to committee re various case issues             1.10      440.00    4157211  05/28/02
                                     in light of conference with Judge Wolin
BECKER, GARY M.          05/28/02    Revise memo to committee re recent developments             0.80      320.00    4159467  05/29/02
                                     and conf. with P. Bentley re same (0.8)
BECKER, GARY M.          05/29/02    Revise and circulate memo to equity committee               1.00      400.00    4162034  05/30/02
                                     re recent events and conf. with Bentley re same
                                     (1.0)
BECKER, GARY M.          05/30/02    Research and prepare memo re resolution of                  1.20      480.00    4171483  06/04/02
                                     asbestos issues in various bankruptcy cases
                                     (1.2)
BECKER, GARY M.          05/31/02    Prepare letter to T. Weschler re case                       0.30      120.00    4166999  06/03/02
                                     developments

Total For BECKER G - 05292                                                                       5.70    2,280.00

                                                              Fee Total                          9.10    3,895.00


   B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee              Date          Amount       Index#    Batch No   Batch Date
------------------------------------------------------------------------------------------------------------------------------------------

LONG-DISTANCE TEL.         0885
   LONG-DISTANCE TEL.                CATON, A             05/29/02         0.12     5565821      76950    05/30/02
   4342970
                                                0885 LONG-DISTANCE TEL. Total :                  0.12

                                                              Costs Total :                      0.12
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE   13
Run Date & Time: 07/12/2002 19:12:51

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 1560380
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours        Amount          Bill      W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                3.40      1,615.00
BECKER, GARY M.                5.70      2,280.00
       Total:                  9.10      3,895.00

   B I L L E D   C O S T S   S U M M A R Y
Code Description                             Amount        Bill      W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
0885 LONG-DISTANCE TEL.                        0.12

       Costs Total :                           0.12
```