```
alp_132r: Billed Charges Analysis                                                                                          PAGE   14
Run Date & Time: 07/12/2002 19:12:51

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                              Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1560381
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ASSET SALES                                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:         05/30/2002       TO:        05/30/2002
UNBILLED DISB FROM:                          TO:        05/30/2002

                                            FEES                    COSTS
                                            ----                    -----

GROSS BILLABLE AMOUNT:                      0.00                    1.50
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                          05/30/2002
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                            ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

             FEES:                            0.00            UNIDENTIFIED RECEIPTS:       0.00
             DISBURSEMENTS:                   1.50            PAID FEE RETAINER:           0.00
             FEE RETAINER:                    0.00            PAID DISB RETAINER:          0.00
             DISB RETAINER:                   0.00            TOTAL AVAILABLE FUNDS:       0.00
             TOTAL OUTSTANDING:               1.50            TRUST BALANCE:
                                                              BILLING HISTORY

                DATE OF LAST BILL:      07/12/02                      LAST PAYMENT DATE:
                LAST BILL NUMBER:       352980                        FEES BILLED TO DATE:      0.00
                LAST BILL THRU DATE:    05/31/02           FEES WRITTEN OFF TO DATE:            0.00

FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee                  (6) Summer Associate
    (2) Late Time & Costs Posted            (7) Fixed Fee
    (3) Pre-arranged Discount               (8) Premium
    (4) Excessive Legal Time                (9) Rounding
    (5) Business Development                (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   15
Run Date & Time: 07/12/2002 19:12:51

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1560381
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ASSET SALES                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status     : ACTIVE

              B I L L E D   C O S T S   S U M M A R Y  ------------ Total Billed ----------------
Code    Description                                              Oldest         Latest        Total
                                                                 Entry          Entry         Amount

0820    PHOTOCOPYING                                             05/30/02       05/30/02       1.50

              Total                                                                            1.50

              Grand Total                                                                      1.50
                                                                                            ==========

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 07/12/02 19:12:51)
                                             --------- Billed --------   Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#                    Fee & OA  Disbursement      From OA    Total        Date          Due

06/18/02 05/31/02 352980                         .00         1.50           .00       .00                     1.50

           Total:                                .00         1.50           .00       .00                     1.50
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE   16
Run Date & Time: 07/12/2002 19:12:51                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:   1560381
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : ASSET SALES                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code              Employee              Date           Amount      Index#   Batch No   Batch Date
PHOTOCOPYING          0820
   PHOTOCOPYING               BENTLEY, P            05/30/02        1.50     5567074    77011     05/31/02
   BENTLEY PHILIP
                                              0820 PHOTOCOPYING Total :       1.50

                     Costs Total :                                            1.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   17
Run Date & Time: 07/12/2002 19:12:51

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1560381
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET SALES                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

          B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount           Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                   1.50

              Costs Total :         1.50
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  18
Run Date & Time: 07/12/2002 19:12:51

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1560382
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      05/17/2002       TO:     05/17/2002
UNBILLED DISB FROM:                       TO:

                                 FEES                          COSTS
                                 ------                        -----
GROSS BILLABLE AMOUNT:           1,560.00                       0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:              05/17/2002
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                    ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                    --------------------------                 --------------

        FEES:                       1,560.00         UNIDENTIFIED RECEIPTS:     0.00
        DISBURSEMENTS:                  0.00         PAID FEE RETAINER:         0.00
        FEE RETAINER:                   0.00         PAID DISB RETAINER:        0.00
        DISB RETAINER:                  0.00         TOTAL AVAILABLE FUNDS:     0.00
        TOTAL OUTSTANDING:          1,560.00         TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
DATE OF LAST BILL:       07/12/02                    LAST PAYMENT DATE:     05/31/02
LAST BILL NUMBER:          352980                    FEES BILLED TO DATE:   22,460.00
LAST BILL THRU DATE:     05/31/02                    FEES WRITTEN OFF TO DATE:  1,400.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee              (6) Summer Associate
  (2) Late Time & Costs Posted        (7) Fixed Fee
  (3) Pre-arranged Discount           (8) Premium
  (4) Excessive Legal Time            (9) Rounding
  (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    19
Run Date & Time: 07/12/2002 19:12:51
                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                   Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:  1560382
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

                B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name                          Group         Oldest      Latest         Hours          Amount
----- -------------                           -----         ------      ------         -----          ------
05292 BECKER, GARY M.                         CRED          05/17/02    05/17/02        3.90        1,560.00

                                    Total:                                              3.90        1,560.00

Sub-Total Hours :   0.00 Partners   0.00 Counsels    3.90 Associates    0.00 Legal Assts   0.00 Others


A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 07/12/02 19:12:51)
                                         ------- Billed --------      ---- Collections ----
Bill Date Thru Date Bill#                Fee & OA   Disbursement      Applied                Balance
                                                     From OA           Total     Date          Due
-------------------- -----                --------   ------------      -------    ----         ------
10/29/01 09/30/01 341359                 4,209.00       .00           4,209.00  12/18/01
01/18/02 12/31/01 345477                 8,426.00       .00           8,426.00  03/22/02
02/26/02 01/31/02 347311                 3,597.50       .00           3,597.50  04/26/02
03/27/02 02/28/02 348979                 4,667.50       .00           4,667.50  05/31/02
06/18/02 05/31/02 352980                 1,560.00       .00                .00             1,560.00

              Total:                    22,460.00       .00          20,900.00             1,560.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    20
Run Date & Time: 07/12/2002 19:12:51

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1560382
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                          Hours      Amount    Index#   Batch Date
--------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         05/17/02     Research prepare and file objection to ZAI            3.50    1,400.00  4149592   05/21/02
                                     motion to strike proofs of claim (3.5)
BECKER, GARY M.         05/17/02     multiple conf. with local counsel re objection        0.40      160.00  4212237   06/07/02
                                     to motion to strike (0.4)

Total For BECKER G - 05292                                              Fee Total          3.90    1,560.00

                                                                                           3.90    1,560.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   21

Run Date & Time: 07/12/2002 19:12:51

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1560382
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours        Amount         Bill        W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward
---------------              -----        ------         ----        ---------        -----------    ---------     -------------

BECKER, GARY M.               3.90       1,560.00

    Total:                    3.90       1,560.00
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE   22
Run Date & Time: 07/12/2002 19:12:51

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                            Orig Prtnr  : CRED. RGTS  - 06975         Proforma Number:    1560383
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

Special Billing Instructions:

                                                         PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:  05/01/2002                        TO:    05/31/2002
              UNBILLED DISB FROM:  05/01/2002                        TO:    05/15/2002

                                           FEES                                      COSTS

  GROSS BILLABLE AMOUNT:                 4,370.00                                    21.01
  AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:                05/31/2002                                  05/15/2002
  CLOSE MATTER/FINAL BILLING?   YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                            ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

              FEES:                      6,847.50        UNIDENTIFIED RECEIPTS:         0.00
       DISBURSEMENTS:                       50.59        PAID FEE RETAINER:             0.00
       FEE RETAINER:                         0.00        PAID DISB RETAINER:            0.00
       DISB RETAINER:                        0.00        TOTAL AVAILABLE FUNDS:         0.00
       TOTAL OUTSTANDING:                6,898.09        TRUST BALANCE:

                                                         BILLING HISTORY

  DATE OF LAST BILL:      07/12/02                       LAST PAYMENT DATE:        06/17/02
  LAST BILL NUMBER:         352980                       FEES BILLED TO DATE:     25,889.00
  LAST BILL THRU DATE:    05/31/02  FEES WRITTEN OFF TO DATE:                        35.00

  FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee                  (6) Summer Associate
       (2) Late Time & Costs Posted            (7) Fixed Fee
       (3) Pre-arranged Discount               (8) Premium
       (4) Excessive Legal Time                (9) Rounding
       (5) Business Development                (10) Client Arrangement

  BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  23
Run Date & Time: 07/12/2002 19:12:51                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1560383
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

                        BILLED TIME SUMMARY ------------------ Total Billed --------------------
Emp Id  Employee Name                    Group              Oldest     Latest        Hours         Amount
                                                            Entry      Entry
02495   BENTLEY, PHILIP                   CRED             05/01/02   05/15/02         0.60         285.00
04418   CATON, AMY                        CRED             05/29/02   05/29/02         0.30         105.00
05292   BECKER, GARY M.                   CRED             05/01/02   05/30/02         4.00       1,600.00
05208   MANGUAL, KATHLEEN                 CRED             05/01/02   05/31/02        13.60       2,380.00
                                                                                     ------       --------
                                Total:                                                18.50       4,370.00

Sub-Total Hours :  0.00 Partners    0.60 Counsels    4.30 Associates   13.60 Legal Assts    0.00 Others

                        BILLED COSTS SUMMARY ----------------- Total Billed --------------------
Code    Description                                        Oldest     Latest                      Total
                                                           Entry      Entry                       Amount

0930    MESSENGER/COURIER                                 05/01/02   05/15/02                      21.01
                                                                                                  ------
                                Total                                                              21.01

                                Grand Total                                                     4,391.01
                                                                                                ========

                        A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 07/12/02 19:12:51)
                                                      ---- Billed ----         Applied   ---- Collections ----   Balance
Bill Date  Thru Date  Bill#                           Fee & OA   Disbursement  From OA   Total         Date      Due
---------  ---------  -----                           --------   ------------  -------   -----         ----      ---
09/27/01   08/31/01   339400                            357.50           .00              357.50    11/30/01
10/29/01   09/30/01   341359                          3,919.00         76.11            3,995.11    12/18/01
11/27/01   10/31/01   342994                          3,356.00         51.69            3,407.69    01/22/02
12/27/01   11/30/01   344503                          2,532.50         63.68            2,596.18    03/05/02
01/18/02   12/31/01   345477                          1,816.50         29.58            1,846.08    03/22/02
02/26/02   01/31/02   347311                          3,877.50         94.17            3,971.67    04/26/02
03/27/02   02/28/02   348979                          1,712.50          3.00            1,715.50    05/31/02
04/25/02   03/31/02   350555                          1,470.00          3.70            1,473.70    06/17/02
05/31/02   04/30/02   352100                          2,477.50         29.58                .00               2,507.08
06/18/02   05/31/02   352980                          4,370.00         21.01                .00               4,391.01
                                                     ----------       ------           ----------             ---------
                        Total:                       25,889.00        372.52           19,363.43              6,898.09
```