aip_132r: Billed Charges Analysis

Run Date & Time: 07/12/2002 19:12:51

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     24

| | | | |
|---|---|---|---|
| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1560383 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M | |
| Matter Name : FEE APPLICATION PREPARATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE | |

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 05/01/02 | Review and edit fee application and discs. KM re same. | 0.30 | 142.50 | 4166411 | 06/03/02 |
| BENTLEY, PHILIP | 05/15/02 | Review draft fee application and conf. QB re fee issues. | 0.30 | 142.50 | 4166352 | 06/03/02 |
| **Total For BENTLEY P - 02495** | | | **0.60** | **285.00** | | |
| BECKER, GARY M. | 05/01/02 | Attention to March fee request (0.3). | 0.30 | 120.00 | 4135255 | 05/07/02 |
| BECKER, GARY M. | 05/03/02 | Conf. with Mangual re March fee app and quarterly fee app. | 0.20 | 80.00 | 4135329 | 05/07/02 |
| BECKER, GARY M. | 05/07/02 | Review and revise quarterly fee application (0.9). | 0.90 | 360.00 | 4141902 | 05/14/02 |
| BECKER, GARY M. | 05/10/02 | Review and revise quarterly fee application and conf. with Mangual re same. | 0.50 | 200.00 | 4141884 | 05/14/02 |
| BECKER, GARY M. | 05/13/02 | Review and revise quarterly fee application and conf. with Mangual re same | 0.40 | 160.00 | 4141555 | 05/14/02 |
| BECKER, GARY M. | 05/15/02 | Attention to quarterly fee application and conf. with Bentley re same (1.0) | 1.00 | 400.00 | 4147884 | 05/20/02 |
| BECKER, GARY M. | 05/29/02 | Review and revise fee application | 0.50 | 200.00 | 4162033 | 05/30/02 |
| BECKER, GARY M. | 05/30/02 | Conf. with Mangual re reimbursement of committee members | 0.20 | 80.00 | 4173486 | 06/04/02 |
| **Total For BECKER G - 05292** | | | **4.00** | **1,600.00** | | |
| CATON, AMY | 05/29/02 | reviewing Cmte expense materials w/ K Mangual and call re: same to T Weschler | 0.30 | 105.00 | 4167909 | 06/03/02 |
| **Total For CATON A - 04418** | | | **0.30** | **105.00** | | |
| MANGUAL, KATHLEEN | 05/01/02 | finalization of fee app, attend to distribution of same (1.2); review fee applications of professionals in this case (.40) | 1.60 | 280.00 | 4135156 | 05/06/02 |
| MANGUAL, KATHLEEN | 05/03/02 | retrieval of all kramer levin interim and monthly fee applications, dup of same (1.1); several disc/w acctng and word processing re: conversion of time detail into word format same (.90); draft ltr to fee auditor and attend to same (.30) | 2.30 | 402.50 | 4163285 | 05/31/02 |
| MANGUAL, KATHLEEN | 05/06/02 | review fee details for interim fee app (jan - mar) | 1.20 | 210.00 | 4173366 | 06/04/02 |
| MANGUAL, KATHLEEN | 05/07/02 | draft interim fee app (1.1); em to local counsel re: same (.10) | 1.20 | 210.00 | 4173367 | 06/04/02 |

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Run Date & Time: 07/12/2002 19:12:52

Matter No: 056772-00008          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1560383
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATION, PREPARATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001          Status          : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 05/08/02 | drafting interim fee app (.90); several disc/w local counsel re: Feb CNO and March Fee App (.40) | 1.30 | 227.50 | 4140790 | 05/14/02 |
| MANGUAL, KATHLEEN | 05/10/02 | revising quarterly fee app to reflect admin order (1.1); several disc/w GB re: such (.30) | 1.40 | 245.00 | 4140923 | 05/14/02 |
| MANGUAL, KATHLEEN | 05/13/02 | final revision of interim fee app (1.3) | 1.30 | 227.50 | 4145219 | 05/16/02 |
| MANGUAL, KATHLEEN | 05/15/02 | disc/w GB and FB re: fee details (.10); attend to fee auditor request of fee detail for first interim(.20); attend to filing of KL interim fee app (.20); email same to fee auditor (.10); | 0.80 | 140.00 | 4149146 | 05/21/02 |
| MANGUAL, KATHLEEN | 05/24/02 | review amended admin order for procedures (.20); review time detail (.70); disc/w FB and GB re: same (.20); draft monthly fee app (1.2) | 2.10 | 367.50 | 4159447 | 05/29/02 |
| MANGUAL, KATHLEEN | 05/31/02 | disc/w accounting re: time detail and email to fee auditor (.40) | 0.40 | 70.00 | 4173357 | 06/04/02 |
| | | **Fee Total** | **18.50** | **4,370.00** | | |
| Total For MANGUAL K - 05208 | | | 13.60 | 2,380.00 | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | | | |
| FEDERAL EXPRESS CORPORAT | 0930 | | MANGUAL, K M | 05/01/02 | 10.45 | 5535731 | 76146 | 05/08/02 |
| FEDERAL EXPRESS CORPORAT | | | MANGUAL, K M | 05/15/02 | 10.56 | 5549014 | 76492 | 05/17/02 |
| | | | 0930 MESSENGER/COURIER Total : | | 21.01 | | | |

Costs Total :          21.01

```
alp_132r: Billed Charges Analysis                                      KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                          PAGE    26

Run Date & Time: 07/12/2002 19:12:52                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    1560383
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE
```

### BILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.60 | 285.00 | | | | | |
| CATON, AMY | 0.30 | 105.00 | | | | | |
| BECKER, GARY M. | 4.00 | 1,600.00 | | | | | |
| MANGUAL, KATHLEEN | 13.60 | 2,380.00 | | | | | |
| Total: | 18.50 | 4,370.00 | | | | | |

### BILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 21.01 | | | | | |
| | Costs Total : | 21.01 | | | | | |

```
aip_l12r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE  27
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2002 19:12:52

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1560385
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE


Special Billing Instructions:
                                             PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:    05/08/2002                 TO:  05/30/2002
                UNBILLED DISB FROM:    12/28/2001                 TO:  05/31/2002

                                          FEES                                      COSTS

            GROSS BILLABLE AMOUNT:         7,105.00                                    176.41
             AMOUNT WRITTEN DOWN:
                          PREMIUM:
           ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                       THRU DATE:       05/30/2002               05/31/2002
                 CLOSE MATTER/FINAL BILLING?   YES   OR   NO
       EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:

              BILLING COMMENTS:        BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                   FEES:               58,625.20            UNIDENTIFIED RECEIPTS:         0.00
            DISBURSEMENTS:              1,300.26            PAID FEE RETAINER:              0.00
            FEE RETAINER:                   0.00            PAID DISB RETAINER:             0.00
           DISB RETAINER:                   0.00            TOTAL AVAILABLE FUNDS:          0.00
        TOTAL OUTSTANDING:            59,925.46            TRUST BALANCE:
                                                           BILLING HISTORY
            DATE OF LAST BILL:       07/12/02             LAST PAYMENT DATE:      06/17/02
            LAST BILL NUMBER:        352980              FEES BILLED TO DATE:    106,366.00
         LAST BILL THRU DATE:       05/31/02            FEES WRITTEN OFF TO DATE: 7,995.00

 FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee       (6) Summer Associate
        (2) Late Time & Costs Posted (7) Fixed Fee
        (3) Pre-arranged Discount    (8) Premium
        (4) Excessive Legal Time     (9) Rounding
        (5) Business Development      (10) Client Arrangement

 BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/12/2002 19:12:52

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1560385
Bill Frequency: M

Status      : ACTIVE

**BILLED TIME SUMMARY**           ------ Total ------

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 02495  | BENTLEY, PHILIP | CRED | 05/08/02 | 05/30/02 | 3.80 | 1,805.00 |
| 05292  | BECKER, GARY M. | CRED | 05/20/02 | 05/29/02 | 16.00 | 5,300.00 |
|        | Total:        |       |        |        | 19.80 | 7,105.00 |

Sub-Total Hours :    3.80 Partners      0.00 Counsels    16.00 Associates      0.00 Legal Assts    0.00 Others

**BILLED COSTS SUMMARY**         ------ Total Billed ------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 12/28/01 | 05/31/02 | 125.10 |
| 0936 | CORP. DOC.& MAT. | 05/24/02 | 05/24/02 | 0.00 |
| 0940 | CAB FARES | 05/06/02 | 05/06/02 | 45.90 |
| 0970 | CORP. SVC./FILING | 05/09/02 | 05/09/02 | 5.41 |
|      | Total        |          |          | 176.41 |

|      | Grand Total  |          |          | 7,281.41 |

**ACCOUNTS RECEIVABLE**     (Reflects Payments As of 07/12/02 19:12:52)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|---------|-------|------|-------------|
| 09/27/01 | 08/31/01 | 339400 | 16,485.50 | 46.22 | | 5,639.52 | 11/30/01 | 10,892.20 |
| 10/29/01 | 09/30/01 | 341359 | 7,795.00 | 4,230.00 | | 5,381.30 | 12/18/01 | 6,643.70 |
| 11/27/01 | 10/31/01 | 342994 | 9,720.00 | 119.17 | | 4,522.17 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 7,256.50 | 1,315.26 | | 4,551.96 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 12,096.50 | 871.96 | | 6,474.96 | 03/22/02 | 6,493.50 |
| 02/26/02 | 01/31/02 | 347311 | 10,962.50 | 228.71 | | 6,429.71 | 04/26/02 | 4,761.50 |
| 03/27/02 | 02/28/02 | 348979 | 9,890.00 | 559.05 | | 10,449.05 | 05/31/02 | |
| 04/25/02 | 03/31/02 | 350555 | 18,177.50 | 1,134.32 | | 12,796.82 | 06/17/02 | 6,515.00 |
| 05/31/02 | 04/30/02 | 352100 | 6,877.50 | 1,123.85 | | .00 | | 8,001.35 |
| 06/18/02 | 05/31/02 | 352980 | 7,105.00 | 176.41 | | .00 | | 7,281.41 |
|          |           | Total: | 106,366.00 | 9,804.95 | | 56,245.49 | | 59,925.46 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Run Date & Time: 07/12/2002 19:12:52

| | |
|---|---|
| Matter No.: 056772-00012 | Orig Prtnr : CRED. RGTS. - 06975 | Proforma Number: 1560385 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : ASBESTOS CLAIM ISSUES | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status     : ACTIVE |

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 05/08/02 | Review pleadings re asbestos claims. | 0.30 | 142.50 | 4166381 | 06/03/02 |
| BENTLEY, PHILIP | 05/09/02 | Review pleadings re asbestos claims and discs. | 0.20 | 95.00 | 4166377 | 06/03/02 |
| BENTLEY, PHILIP | 05/10/02 | Review correspondence from asbestos comments. GB. | 0.10 | 47.50 | 4166367 | 06/03/02 |
| BENTLEY, PHILIP | 05/15/02 | Conf. GB re ZAI proof of claim motion; discs. TW and GB, and trade emails, re asbestos developments; review recent pleadings. | 0.70 | 332.50 | 4166347 | 06/03/02 |
| BENTLEY, PHILIP | 05/16/02 | Discs. GB and review pleadings. | 0.20 | 95.00 | 4166339 | 06/03/02 |
| BENTLEY, PHILIP | 05/17/02 | Review ZAI proof of claim motion and Debtors' response, and work on our response to the motion; review and edit memo to Committee re same; discs. GB re both. | 1.50 | 712.50 | 4166331 | 06/03/02 |
| BENTLEY, PHILIP | 05/21/02 | Discs. re asbestos issues. | 0.10 | 47.50 | 4166317 | 06/03/02 |
| BENTLEY, PHILIP | 05/22/02 | Discs. GB re asbestos issues. | 0.20 | 95.00 | 4166302 | 06/03/02 |
| BENTLEY, PHILIP | 05/23/02 | Discs. TW and AC re asbestos issues. | 0.10 | 47.50 | 4166298 | 06/03/02 |
| BENTLEY, PHILIP | 05/28/02 | Discs. GB re asbestos issues. | 0.20 | 95.00 | 4166273 | 06/03/02 |
| BENTLEY, PHILIP | 05/30/02 | Review documents re asbestos claims. | 0.20 | 95.00 | 4166256 | 06/03/02 |

**Total For BENTLEY P - 02495**    3.80    **1,805.00**

| BECKER, GARY M. | 05/20/02 | Prepare for and attend omnibus hearing re ZAI proofs of claim (6.0); prepare memo re hearing for Equity Committee (1.0); travel time - to be billed at half normal rate (2.0). | 9.00 | 3,200.00 | 4149586 | 05/21/02 |
| BECKER, GARY M. | 05/22/02 | Prepare for and attend status conference with Judge Wolin in Newark (2.0); non-working travel time - to be billed at half normal rate (3.5). | 5.80 | 1,620.00 | 4157210 | 05/28/02 |
| BECKER, GARY M. | 05/23/02 | Review asbestos literature conf. with Bentley re conference (0.3) | 0.50 | 200.00 | 4157319 | 05/28/02 |
| BECKER, GARY M. | 05/29/02 | Research re bar date issues in other asbestos cases (0.7) | 0.70 | 280.00 | 4162032 | 05/30/02 |

**Total For BECKER G - 05292**    16.00    **5,300.00**

Fee Total    19.80    7,105.00

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING PHOTOCOPYING TLEY - BENTLEY 0820 | BENTLEY, P | 12/28/01 | 2.40 | 5588935 | 78683 | 06/26/02 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   30

alp_132r: Billed Charges Analysis
Run Date & Time: 07/12/2002 19:12:52

Matter No: 056772-00012                                                          Proforma Number:        1560385
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Frequency: M
Matter Name : BENTLEY PHILIP
Matter Name : ASBESTOS CLAIM ISSUES
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976                                          Status  : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING TLEY - BENTLEY | BENTLEY, P | 12/28/01 | 15.30 | 5588917 | 78683 | 06/26/02 |
| PHOTOCOPYING | BENTLEY, P | 05/01/02 | 1.35 | 5530615 | 76064 | 05/07/02 |
| PHOTOCOPYING | BENTLEY, P | 05/01/02 | 1.35 | 5532424 | 76068 | 05/07/02 |
| PHOTOCOPYING | BENTLEY, P | 05/02/02 | 7.95 | 5531100 | 76065 | 05/07/02 |
| PHOTOCOPYING | BENTLEY, P | 05/03/02 | 4.50 | 5531594 | 76066 | 05/07/02 |
| PHOTOCOPYING | BENTLEY, P | 05/15/02 | 37.35 | 5548314 | 76457 | 05/17/02 |
| PHOTOCOPYING | BENTLEY, P | 05/15/02 | 2.40 | 5548315 | 76457 | 05/17/02 |
| PHOTOCOPYING | BENTLEY, P | 05/16/02 | 10.95 | 5548316 | 76457 | 05/17/02 |
| PHOTOCOPYING | BENTLEY, P | 05/17/02 | 11.25 | 5549536 | 76517 | 05/20/02 |
| PHOTOCOPYING | BENTLEY, P | 05/20/02 | 9.60 | 5551092 | 76559 | 05/21/02 |
| PHOTOCOPYING | BENTLEY, P | 05/29/02 | 3.30 | 5565514 | 76949 | 05/30/02 |
| PHOTOCOPYING | BENTLEY, P | 05/31/02 | 17.40 | 5570793 | 77122 | 06/03/02 |
| **0820 PHOTOCOPYING Total :** | | | **125.10** | | | |
| CORP. DOC.& MAT. - VENDOR-LEXIS-NEXIS | | | | | | |
| LEXIS-NEXIS | PELLETIER, D | 05/24/02 | 450.00 | 5557495 | 76742 | 05/24/02 |
| CORP. DOC.& MAT. - VENDOR-LEXIS-NEXIS | | | | | | |
| Reversal from Void Check Number: 28765 | | | | | | |
| Bank ID: 0202 Voucher ID: 172126 | | | | | | |
| Vendor: LEXIS-NEXIS | | | | | | |
| LEXIS-NEXIS | PELLETIER, D | 05/24/02 | - 450.00 | 5583034 | 77912 | 06/10/02 |
| **0936 CORP. DOC.& MAT. Total :** | | | **0.00** | | | |
| CAB FARES | | | | | | |
| DIAL CAR INC. | SEAWRIGHT, J | 05/06/02 | 45.90 | 5527860 | 76014 | 05/06/02 |
| CAB FARES - VENDOR-DIAL CAR INC. 4/11/02 | | | | | | |
| **0940 CAB FARES Total :** | | | **45.90** | | | |
| CORP. SVC./FILING - VENDOR-LEXIS-NEXIS | | | | | | |
| LEXIS-NEXIS | PELLETIER, D | 05/09/02 | 5.41 | 5538472 | 76208 | 05/09/02 |
| CORP. SVC./FILING - VENDOR-LEXIS-NEXIS | | | | | | |
| **0970 CORP. SVC./FILING Total :** | | | **5.41** | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/12/2002 19:12:52

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:        1560385
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|---|---|---|---|---|---|---|

Costs Total :                                                                    176.41

```
aip_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   32
Run Date & Time: 07/12/2002 19:12:52                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:          1560385
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                             --------------- Total -----------

Employee Name                  Hours      Amount       Bill         W/o / W/u       Transfer To    Clnt/Mtr       Carry Forward

BENTLEY, PHILIP                  3.80    1,805.00

BECKER, GARY M.                 16.00    5,300.00
       Total:                   19.80    7,105.00

   B I L L E D   C O S T S   S U M M A R Y

Code Description               Amount                   Bill        W/o / W/u       Transfer To    Clnt/Mtr       Carry Forward
----  -----------              ------
0820 PHOTOCOPYING              125.10

0936 CORP. DOC.& MAT.            0.00

0940 CAB FARES                  45.90

0970 CORP. SVC./FILING           5.41

       Costs Total :          176.41
```

```
aip_l32r: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE  33
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2002 19:12:52

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1560386
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE


Special Billing Instructions:
                                                       PRE-BILLING SUMMARY REPORT

                     UNBILLED TIME FROM:   04/16/2002                    TO:                 05/14/2002
                     UNBILLED DISB FROM:                                 TO:

                                                          FEES                                  COSTS
                                                       ----------                            ----------

        GROSS BILLABLE AMOUNT:                             1,040.00                                 0.00
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
        ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                 05/14/2002
   CLOSE MATTER/FINAL BILLING?       YES  OR  NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                            BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                                        ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                                        -------------------------                         --------------
                     FEES:
        DISBURSEMENTS:                                       15,994.00         UNIDENTIFIED RECEIPTS:            0.00
           FEE RETAINER:                                          0.00              PAID FEE RETAINER:          0.00
          DISB RETAINER:                                          0.00             PAID DISB RETAINER:          0.00
      TOTAL OUTSTANDING:                                    15,994.00          TOTAL AVAILABLE FUNDS:           0.00
                                                                                    TRUST BALANCE:

                                                                     BILLING HISTORY

            DATE OF LAST BILL:        07/12/02              LAST PAYMENT DATE:       05/31/02
            LAST BILL NUMBER:         352980               FEES BILLED TO DATE:     18,265.00
       LAST BILL THRU DATE:           05/31/02       FEES WRITTEN OFF TO DATE:       1,200.00


FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

   (1)  Exceeded Fixed Fee      (6)  Summer Associate
   (2)  Late Time & Costs Posted  (7)  Fixed Fee
   (3)  Pre-arranged Discount   (8)  Premium
   (4)  Excessive Legal Time    (9)  Rounding
   (5)  Business Development   (10)  Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____        Processed by:_____        FRC:_____        CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/12/2002 19:12:52

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    34

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1560386
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

| 05292 | BECKER, GARY M. | 04/16/02 | 05/14/02 | 2.60 | 1,040.00 |

B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | ---------- Oldest | Latest | ------- Total | Billed ------- | | | |
|--------|---------------|-------|---------|--------|---------------|----------------|--|--|--|
| | | | | | Hours | Amount | | | |

| 05292 | BECKER, GARY M. | CRED | 04/16/02 | 05/14/02 | 2.60 | 1,040.00 |

|  Total: | | | | | 2.60 | 1,040.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    2.60 Associates    0.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E
(Reflects Payments As of 07/12/02 19:12:52)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Applied | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|---------|---------|-------|------|-------------|
| | | | Billed | | | | Collections ---- | | |
| 09/27/01 | 08/31/01 | 339400 | 2,212.50 | 242.00 | | | 242.00 | 11/30/01 | 2,212.50 |
| 10/29/01 | 09/30/01 | 341359 | .00 | 147.75 | | | 147.75 | 12/18/01 | |
| 03/27/02 | 02/28/02 | 348979 | 9,547.50 | .00 | | | 2,271.00 | 05/31/02 | 7,276.50 |
| 05/31/02 | 04/30/02 | 352100 | 5,465.00 | .00 | | | .00 | | 5,465.00 |
| 06/18/02 | 05/31/02 | 352980 | 1,040.00 | .00 | | | .00 | | 1,040.00 |

|  Total: | | | 18,265.00 | 389.75 | | | 2,660.75 | | 15,994.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 35

Run Date & Time: 07/12/2002 19:12:52

Matter No: 056772-00013          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    1560386
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001          Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/16/02 | Screen new pleadings (0.4); prepare memo to equity committee re status conference on fraudulent conveyance action (1.1); conf. with P. Bentley re fraudulent conveyance issues (0.4). | 1.90 | 760.00 | 4112000 | 04/18/02 |
| BECKER, GARY M. | 05/02/02 | prepare and fax letter re receipt of pleadings in adversary proceeding for fraudulent conveyance (0.4). | 0.40 | 160.00 | 4211948 | 06/07/02 |
| BECKER, GARY M. | 05/09/02 | Attention to letter from Milberg re intervention (0.1) | 0.10 | 40.00 | 4212235 | 06/07/02 |
| BECKER, GARY M. | 05/14/02 | conf. with Debtors counsel re fraudulent conveyance action (0.2 hrs) | 0.20 | 80.00 | 4149580 | 05/21/02 |

Total For BECKER G - 05292                                          2.60          1,040.00

                              Fee Total          2.60          1,040.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE    36

Run Date & Time: 07/12/2002 19:12:52

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1560386
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                        Bill       W/o / W/u      Transfer To      Clnt/Mtr     Carry Forward
Employee Name                      Hours         Amount

BECKER, GARY M.                     2.60       1,040.00         _____        _____        _____        _____        _____

          Total:                    2.60       1,040.00         _____        _____        _____        _____        _____

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 05/31/02

PAGE   1

Run Date & Time: 07/12/02 19:12:58
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 23.20 | 6,262.00 | 2,100.07 | 8,362.07 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | COMMITTEE & CREDITOR COR | 9.10 | 3,895.00 | 0.12 | 3,895.12 | BENTLEY PHILIP - 02495 | M | | B |
| 00004 | ASSET SALES | 0.00 | 0.00 | 1.50 | 1.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 3.90 | 1,560.00 | 0.00 | 1,560.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATION PREPARAT | 18.50 | 4,370.00 | 21.01 | 4,391.01 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | ASBESTOS CLAIM ISSUES | 19.80 | 7,105.00 | 176.41 | 7,281.41 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 2.60 | 1,040.00 | 0.00 | 1,040.00 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 77.10 | 24,232.00 | 2,299.11 | 26,531.11 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE