IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------x

In re:                                            Chapter 11

W.R. GRACE & Co., <u>et al.</u>,                  Case No. 01-01139 (JKF)
                                                  (Jointly Administered)

            Debtors


FIFTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002)</u>

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $43,359.00): | $34,687.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 1,381.59 |

This is an: __X___ interim _____ final application

The total time expended for fee application preparation is approximately 28.5 hours and corresponding compensation requested is approximately $10,032.50. The time expended included approximately 12.7 hours spent on preparation of the thirteenth and fourteenth interim fee applications, and approximately 15.8 hours spent reading, analyzing and responding to questions of the fee auditor.

This is the FIFTEENTH application filed. Disclosure for prior periods and current period is as follows:

FIFTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002)
ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

FIFTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002)
ATTACHMENT A
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |

FIFTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2002 THROUGH  JUNE 30, 2002)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 8.8 | $4,840.00 |
| S. Cunningham | $440 | 20.1 | $8,844.00 |
| C. Whitney | $375 | 21.0 | $7,875.00 |
| W. Gilligan | $375 | 26.2 | $9,825.00 |
| L. Hamilton | $350 | 29.2 | $10,220.00 |
| J. Schwendeman | $325 | 1.0 | $325.00 |
| B. Rosenbaum | $175 | 0.5 | $87.50 |
| M. DeSalvio | $175 | 0.7 | $122.50 |
| M. Hakoun | $150 | 7.3 | $1,095.00 |
| D. Policano | $125 | 1.0 | $125.00 |
|  |  |  |  |
| Grand Total: |  | 115.8 | $43,359.00 |
| Blended Rate: | $374 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 12 | Business Analysis | 74.1 | $27,439.50 |
| 17 | Committee Matters and Creditor Meetings | 13.2 | $5,887.00 |
| 18 | Compensation of Professionals | 28.5 | $10,032,50 |
|  |  |  |  |
|  | Total | 115.8 | $43,359.00 |

**FIFTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002)**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $179.70 |
| Telecommunications | $41.70 |
| Postage, Express Delivery | $155.19 |
| Travel Expenses | $45.00 |
| Document Preparation and Handling Services | $960.00 |
| | |
| Total | $1,381.59 |

5

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period June 1, 2002 through June 30, 2002

| | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 8.8 | $ 550 | $ 4,840.00 |
| S. Cunningham | 20.1 | $ 440 | 8,844.00 |
| C. Whitney | 21.0 | $ 375 | 7,875.00 |
| W. Gilligan | 26.2 | $ 375 | 9,825.00 |
| L. Hamilton | 29.2 | $ 350 | 10,220.00 |
| J. Schwendeman | 1.0 | $ 325 | 325.00 |
| B. Rosenbaum | 0.5 | $ 175 | 87.50 |
| M. DeSalvio | 0.7 | $ 175 | 122.50 |
| M. Hakoun | 7.3 | $ 150 | 1,095.00 |
| D. Policano | 1.0 | $ 125 | 125.00 |
| TOTAL | 115.8 | | $ 43,359.00 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Category
### For the period June 1, 2002 through June 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis (primarily for accountants and financial advisors) 12 | Committee Matters and Creditor Meetings 17 | Compensation of Professionals (Fee Applications of self and others) 18 | TOTAL |
|---|---|---|---|---|---|---|---|
| $ 550 | $ | 4,840.00 E. Ordway | | $ 3,190.00 | $ 1,155.00 | $ 495.00 | 4,840.0 |
| $ 440 | $ | 8,844.00 S. Cunningham | | 4,972.00 | 3,872.00 | - | 8,844.00 |
| $ 375 | $ | 7,875.00 C. Whitney | | 7,875.00 | - | - | 7,875.00 |
| $ 375 | $ | 9,825.00 W. Gilligan | | 9,000.00 | 825.00 | - | 9,825.00 |
| $ 350 | $ | 10,220.00 L. Hamilton | | 770.00 | 35.00 | 9,415.00 | 10,220.00 |
| $ 325 | $ | 325.00 J. Schwendeman | | 325.00 | - | - | 325.00 |
| $ 175 | $ | 87.50 B. Rosenbaum | | 87.50 | - | - | 87.50 |
| $ 175 | $ | 122.50 M. DeSalvio | | - | - | 122.50 | 122.50 |
| $ 150 | $ | 1,095.00 M. Hakoun | | 1,095.00 | - | - | 1,095.00 |
| $ 125 | $ | 125.00 D. Policano | | - | 125.00 | - | 125.00 |
| | $ | 43,359.00 Totals | | $ 27,439.50 | $ 5,887.00 | $ 10,032.50 | $ 43,359.00 |

2 of 16

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period June 1, 2002 through June 30, 2002

| Rate | | Fees Per Professional | | Task Code | Business Analysis (primarily for accountants and financial advisors) 12 | Committee Matters and Creditor Meetings 17 | Compensation of Professionals (Fee Applications of self and others) 18 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| $ 550 | $ | 4,840.00 | E. Ordway | | 5.8 | 2.1 | 0.9 | 8.8 |
| $ 440 | $ | 8,844.00 | S. Cunningham | | 11.3 | 8.8 | 0.0 | 20.1 |
| $ 375 | $ | 7,875.00 | C. Whitney | | 21.0 | 0.0 | 0.0 | 21.0 |
| $ 375 | $ | 9,825.00 | W. Gilligan | | 24.0 | 2.2 | 0.0 | 26.2 |
| $ 350 | $ | 10,220.00 | L. Hamilton | | 2.2 | 0.1 | 26.9 | 29.2 |
| $ 325 | $ | 325.00 | J. Schwendeman | | 1.0 | 0.0 | 0.0 | 1.0 |
| $ 175 | $ | 87.50 | B. Rosenbaum | | 0.5 | 0.0 | 0.0 | 0.5 |
| $ 175 | $ | 122.50 | M. DeSalvio | | 0.0 | 0.0 | 0.7 | 0.7 |
| $ 150 | $ | 1,095.00 | M. Hakoun | | 7.3 | 0.0 | 0.0 | 7.3 |
| $ 125 | $ | 125.00 | D. Policano | | 1.0 | 0.0 | 0.0 | 1.0 |
| | $ | 43,359.00 | Totals | | 74.1 | 13.2 | 28.5 | 115.8 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Jun | 18 | Prepared fee application. | 0.9 |
| 10-Jun | 17 | Called Chair to discuss case status and next steps. | 0.3 |
| | 12 | Prepared and edited report regarding first quarter operating performance. | 0.5 |
| 11-Jun | 12 | Read and analyzed counsel's memo regarding fraudulent conveyance issues. | 0.8 |
| 13-Jun | 12 | Read and analyzed monthly trustee report. | 1.1 |
| | 12 | Prepared memo and analysis regarding fraudulent conveyance issues. | 0.7 |
| 14-Jun | 12 | Prepared and edited updated report for the Committee regarding current proposal for modification to KERP. | 0.8 |
| | 17 | Called a Committee member to discuss case status. | 0.3 |
| 18-Jun | 12 | Read fee auditor letter and directed staff to prepare response. | 0.5 |
| | 17 | Called Chair to discuss fee auditor correspondence and status of KERP negotiations. | 0.3 |
| | 12 | Read and analyzed public documents regarding Sealed Air transaction. | 0.7 |
| 24-Jun | 12 | Prepared for meeting by reviewing relevant motions regarding fraudulent conveyance actions. | 0.7 |
| | 17 | Participated in conference calls with counsel and the Committee to discuss Committee's role in fraudulent conveyance action. | 1.2 |
| | | **Total Hours - June** | 8.8 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Jun | 12 | Prepared analysis of proposed changes to Debtors' KERP and compared plan to that of other asbestos liability companies. | 1.3 |
| 6-Jun | 12 | Prepared analysis of Q1 financial results compared to plan. | 1.4 |
| 7-Jun | 12 | Continued to prepare analysis of Q1 financial results compared to plan. | 1.7 |
| | 12 | Read and analyzed legal update regarding fraudulent conveyance issues. | 0.5 |
| 11-Jun | 12 | Read and edited draft report to Commiittee regarding Q1 financial performance compared to plan. | 1.5 |
| 13-Jun | 12 | Read and analyzed draft motion containing changes to KERP and compared data to Committee recommendations. | 1.0 |
| | 17 | Discussed retention plan modifications with Debtors' advisor. | 0.5 |
| | 12 | Prepared comparative analysis of modifications to retention plan compared to Debtors' original proposal in preparation for meeting wth Chair. | 1.0 |
| 14-Jun | 17 | Discussed Debtors' proposed modicfications to retention plan with Chair and counsel. | 1.4 |
| | 17 | Discussed open information request regarding EPA issues with Chair and counsel. | 0.4 |
| 17-Jun | 17 | Discussed terms of Debtors' proposed modification to KERP with Debtors' management. | 1.9 |
| | 17 | Discussed proposed language regarding retention terminations with Chair and counsel. | 0.8 |
| 20-Jun | 17 | Discussed Committee's recommendation regarding KERP with Debtors' financial advisor. | 0.5 |
| | 17 | Updated Chair regarding KERP open issues. | 0.5 |
| 22-Jun | 12 | Read and analyzed previously filed motions and updates regarding fraudulent conveyance. | 2.0 |

| | 17 | Discussed with counsel various options available to the Committee pertaining to level of participation in legal action with respect to fraudulent conveyance cases. | 0.5 |
|---|---|---|---|
| 24-Jun | 12 | Prepared analysis and update of fraudulent conveyance issues in preparation for Committee call.  Read and analyzed counsel's update on recent fraudulent conveyance rulings. | 0.7 |
| 25-Jun | 17 | Participated in conference call with counsel in preparation for call with Committee to discuss recommendation as to particpation level in fraudulent conveyance litigation. | 0.8 |
| | 17 | Participated in Committee call to discuss fraudulent conveyance strategy. | 1.5 |
| 30-Jun | 12 | Read and analyzed changes to retention level payouts and change of control language proposed by the Debtors  in their KERP motion. | 0.2 |
| | | **Total Hours - June** | 20.1 |

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 12 | Prepared summary of key issues impacting first quarter performance based on discussions with the Debtors. | 2.1 |
| 5-Jun | 12 | Edited draft of report on first quarter operating performance. | 3.8 |
| 7-Jun | 12 | Edited draft of the report on first quarter operating performance and updated report for findings pertaining to the proposed GBT divestiture and status of pending acquisitions. | 3.5 |
| 9-Jun | 12 | Edited draft of the report on first quarter operating performance and prepared a liquidity analysis for inclusion in the report. | 6.2 |
| 11-Jun | 12 | Incorporated reviewer's comments into the report on first quarter operating performance and distributed the report to the Committee. | 2.6 |
| 12-Jun | 12 | Prepared an e-mail to the Debtors' financial advisors regarding inclusion of the impact of the Debtors' recent agreement with Exxon in the 2002 business plan. | 2.8 |
| | | **Total Hours - June** | 21.0 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 12 | Prepared analysis of Debtors' first quarter operating results. | 3.5 |
| 4-Jun | 12 | Continued to prepare analysis of Debtors' first quarter operating results. | 3.5 |
| 7-Jun | 12 | Read and analyzed first quarter financial performance of Debtors' peers. | 0.8 |
| 10-Jun | 12 | Continued to prepare analysis of Debtors' first quarter operating results. | 1.2 |
| | 12 | Prepared analysis of Debtors' motion regarding changes and extensions to their KERP. | 1.8 |
| 12-Jun | 12 | Prepared summary of Debtors' motion regarding changes to the KERP. | 1.4 |
| 13-Jun | 12 | Continued to prepare summary of Debtors' motion regarding changes to the KERP. | 2.5 |
| 19-Jun | 12 | Read Debtors' motion regarding proposed changes to KERP and updated analysis. | 2.0 |
| 21-Jun | 12 | Updated summary of Debtors' motion regarding proposed changes to KERP. | 1.5 |
| 24-Jun | 12 | Drafted memo to the Committee regarding Debtors' retention compensation motion. | 2.5 |
| | 17 | Participated in conference call regarding status update on Debtors' participation in a fraudulent conveyance lawsuit. | 2.2 |
| 26-Jun | 12 | Participated in call regarding update on Committee memos on revised KERP. | 1.1 |
| 27-Jun | 12 | Read and edited memo to Committee on revised KERP. | 1.2 |
| 28-Jun | 12 | Read and analyzed fraudulent conveyance issue information related to Debtors' pending case. | 1.0 |
| | | **Total Hours - June** | 26.2 |

**Invoice**

**W.R. GRACE & CO. ET. AL.**
Professional Services Rendered by Libby Hamilton
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 18 | Prepared April fee application. | 0.9 |
| 6-Jun | 18 | Continued to prepare April fee application. | 1.1 |
| 14-Jun | 18 | Prepared May fee application. | 3.7 |
| | 12 | Read and prepared summary of recent news articles reporting on various issues of Debtors. | 0.8 |
| | 12 | Obtained, read and analyzed current topical motions and orders after reviewing latest court docket listing. | 0.2 |
| 17-Jun | 18 | Continued to prepare May fee application. | 0.8 |
| 19-Jun | 12 | Read and analyzed portions of Debtors' Q1 2002 operating results report. | 1.2 |
| | 18 | Continued to prepare May fee application. | 0.5 |
| | 18 | Discussed draft of fee auditor's report with colleagues. | 2.1 |
| | 17 | Discussed draft of fee auditor's report with counsel. | 0.1 |
| | 18 | Prepared response to fee auditor's draft report. | 2.8 |
| 20-Jun | 18 | Continued to prepare response to fee auditor's draft report. | 6.9 |
| | 18 | Continued to prepare May fee application. | 0.6 |
| 21-Jun | 18 | Continued to prepare response to fee auditor's draft report. | 1.0 |
| 25-Jun | 18 | Continued to prepare May fee application. | 1.8 |
| | 18 | Continued to prepare response to fee auditor's draft report. | 1.2 |
| 26-Jun | 18 | Continued to prepare May fee application. | 1.8 |
| 28-Jun | 18 | Finalized response to fee auditor's draft report. | 1.7 |
| | | **Total Hours - June** | 29.2 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Jeffrey E. Schwendeman
### For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 26-Jun | 12 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.0 |
| | | **Total Hours - June** | 1.0 |

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Benjamen Rosenbaum
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 30-Jun | 12 | Reviewed recent analyst reports of Debtors' competitors. | 0.5 |
| | | **Total Hours - June** | 0.5 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Moira DeSalvio
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 18 | Read and analyzed detail to assist in preparation of fee application. | 0.7 |
| | | **Total Hours - June** | 0.7 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Jun | 12 | Updated virtual database and printed and distributed selected court docket items. | 1.5 |
| 19-Jun | 12 | Gathered information on companies that have filed for bankruptcy and have been involved in fraudulent conveyance cases. | 1.5 |
| 26-Jun | 12 | Continued researching fraudulent conveyance cases and terms of settlement. | 1.3 |
| 27-Jun | 12 | Met with case team members to discuss findings of fraudulent conveyance cases. | 0.3 |
| | 12 | Updated virtual database and printed and distributed selected court docket items. | 1.2 |
| 28-Jun | 12 | Gathered and distributed current news articles and analyst reports on asbestos litigation and fraudulent conveyance. | 1.5 |
| | | **Total Hours - June** | 7.3 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by David Policano
For the period June 1, 2002 through June 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 24-Jun | 12 | Updated virtual database. | 1.0 |
| | | **Total Hours - June** | 1.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period June 1, 2002 through June 30, 2002

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 179.70 |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | 17.70 |
| Facsimile | | 24.00 |
| Postage, Federal Express, Airborne | | 155.19 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | 45.00 |
| Meals | | - |
| Document Preparation and Handling Services | | 960.00 |
| | | |
| Total Expenses | $ | 1,381.59 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period June 1, 2002 through June 30, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,198 | pages @ $0.15/page: | $ | 179.70 |
| Facsimile Charges: | 24 | pages @ $1.00/page: | | 24.00 |
| Telephone Charges: | | | | - |
| Toll Charges: | Online research fees | | | 17.70 |
| Postage, Federal Express: | Airborne | | | 155.19 |
| Transportation, lodging, tolls and parking: | | | | |
| S. Cunningham | 30-Jun | | | 45.00 |
| Meals: | | | | - |
| Document Preparation and Handling Services: | | | | |
| N. Backer | 11.8 hours @ $75/hour: | | 885.00 | |
| E. Polukord | 1.0 hours @ $75/hour: | | 75.00 | |
| | Subtotal | | | 960.00 |
| | Total | | $ | 1,381.59 |