**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**FIFTEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2002 – June 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$73,096.75 (80% - $58,477.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,054.05 (Stroock)** |
| | **$114,666.72 (Chambers)** |

This is an: ☒ interim ☐ final application

The total time expended for the preparation of the Thirteenth Monthly Fee Statement and the Fourteenth Monthly Fee Statement  is approximately 10.0 hours and the corresponding compensation requested is approximately $2,096.50.

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |
| July 3, 2002 | 05/01/02-05/31/02 | $71,910.75 | $46,105.12 | $59,918.60 | $46,105.12 |

**W R GRACE & CO.**
**ATTACHMENT B**
**THROUGH JUNE 30, 2002**

| Summary of Hours | Hours | Rate | Amount | No. of Years |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 11.8 | 695 | 8,201.00 | 32 |
| Pasquale, Kenneth | 42.2 | 495 | 20,889.00 | 3 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene | 46.4 | 475 | 22,040.00 | 18 |
| Sasson, Moshe | 36.6 | 395 | 14,457.00 | 8 |
| | | | | |
| **Paraprofessionals** | | | | |
| Bowen, Mark | 0.4 | $175 | 70.00 | 3 |
| Calvo, Fernando | 1.0 | 135 | 135.00 | 1 |
| Defreitas, Vaughn | 12.0 | 100 | 1,200.00 | 14 |
| Mariano, Christine | 5.4 | 155 | 837.00 | 6 |
| Mohamed, David | 7.5 | 100 | 750.00 | 13 |
| Parra, Rebecca E. | 10.6 | 160 | 1,696.00 | 1 |
| Peters, Angelina | 2.5 | 70 | 175.00 | 2 |
| Serrette, Rosemarie | 24.0 | 170 | 4,080.00 | 14 |
| | | | | |
| **Subtotal** | **200.4** | | **74,530.00** | |
| | | | | |
| Less: 50% Travel Time | **(3.0)** | | **(1,433.25)** | |
| | | | | |
| **Total** | **197.4** | | **73,096.75** | |

**Blended Rate**               **$ 370.30**

**W R  Grace & Co.**
**Compensation By Project Category**
**Through June 30, 2002**

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 3 | Asbestos: Claims Litigation | 15.7 | 7,359.50 |
| 14 | Case Administration | 25.5 | 3,386.50 |
| 15 | Claims Analysis/Objections/Administration (Non-Asbestos) | 14.0 | 3,478.00 |
| 17 | Committee Matters and Creditor Meetings | 12.7 | 6,100.50 |
| 18 | Fee Applications of Self | 10.0 | 2,096.50 |
| 20 | Fee Applications of Others | 5.1 | 1,033.00 |
| 21 | Employee Matters | 2.8 | 1,330.00 |
| 34 | Litigation/Fraudulent Conveyance | 85.9 | 33,891.50 |
| 35 | Non-Working Travel Time | 5.9 | 2,866.50 |
| 37 | Preparation for and Attendance at Hearings | 22.6 | 12,893.00 |
| 40 | Retention of Professionals | 0.2 | 95.00 |
| | Subtotal | 200.4 | 74,530.00 |
| | Less Adjustment for Travel Time | (3.0) | (1,433.25) |
| | Total | 197.4 | 73,096.75 |

**W R  Grace & Co.**
**Compensation By Project Category**
**Through June 30, 2002**

## STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

SERVICE AND EXPENSE REMITTANCE SUMMARY

| | |
|---|---|
| **Invoice Date:** | July 31, 2002 |
| **Invoice Number:** | 267929 |

**RE:    699843 W R Grace & Co**

| | |
|---|---|
| Total For Professional Services Rendered | 74,530.00 |
| **Total Bill** | **$ 74,530.00** |

Please return this page with your remittance and please reference
the client/matter number on all related correspondence.

Amount Paid:  $_____

**W R  Grace & Co.**
**Compensation By Project Category**
**Through June 30, 2002**


STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

W R Grace & Co

July 31, 2002

**FOR PROFESSIONAL SERVICES RENDERED** and
disbursements incurred for the period through June 30, 2002 in
connection with the following matters:

| Matter Code | | Hours | Fees |
|---|---|---|---|
| 0003 | Asbestos: Claims Litigation | 15.7 | 7,359.50 |
| 0014 | Case Administration | 25.5 | 3,386.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 14.0 | 3,478.00 |
| 0017 | Committee Matters and Creditor Meetings | 12.7 | 6,100.50 |
| 0018 | Fee Applications of Self | 10.0 | 2,096.50 |
| 0020 | Fee Applications of Others | 5.1 | 1,033.00 |
| 0021 | Employee Matters | 2.8 | 1,330.00 |
| 0034 | Litigation/Fraudulent Conveyance | 85.9 | 33,891.50 |
| 0035 | Non-Working Travel Time | 5.9 | 2,866.50 |
| 0037 | Preparation for and Attendance at Hearings | 22.6 | 12,893.00 |
| 0040 | Retention of Professionals | 0.2 | 95.00 |
| | **Total** | **200.4** | **$ 74,530.00** |

SSL-DOCS1 1247885v1

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

July 31, 2002
Invoice: 267929

W R Grace & Co
7500 Grace Drive
Columbia,  MD  21044-4098

**FOR PROFESSIONAL SERVICES RENDERED** in the captioned matter for
the period through June 30, 2002, including:

RE:    **Asbestos: Claims Litigation**
       **699843. 0003**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/07/2002 | Conference call Chambers Associates and follow up office conference KP, MS. | Krieger, A. | 0.7 |
| 06/07/2002 | Attention to motion of PD Committee to retain ZAI counsel (.6) | Pasquale, K. | 0.6 |
| 06/17/2002 | Review PD Committee's response and motion re retention of special counsel for ZAI litigation, debtors' objection to ZAI claims, Debtor proposed order denying ZAI claimants motion to strike, and Debtors' budget statement (2.2). | Krieger, A. | 2.2 |
| 06/17/2002 | Attention to ZAI "science" submissions and budget proposals (1.5). | Pasquale, K. | 1.5 |
| 06/17/2002 | Review ZAI motion to retain special counsel (1.0), t/c K. Pasquale re: same (.2); review debtors objection to ZAI claims (.3). | Sasson, M. | 1.5 |
| 06/18/2002 | Review memo re:  ZAI budget. | Sasson, M. | 0.3 |
| 06/19/2002 | Memos to and from KP, MS re discussion before Judge Fitzgerald at 6/18/02 hearings with respect to litigation budget for the ZAI science trial, and modifications made to the proposed order establishing schedule for ZAI-related matters (.6). | Krieger, A. | 0.6 |
| 06/24/2002 | Attention to Grace P.I. case management brief of 6/21 | Pasquale, K. | 1.5 |

(1.5)

| 06/26/2002 | Review Debtors' proposed ZAI litigation budget, review stipulation in respect of procedures for PD Committee members to be compensated. | Krieger, A. | 0.3 |
| 06/27/2002 | Memorandum to and from J. Baer re Debtors' objection to PD Committee's motion for clarification/modification of Bar Date Order (.1). | Krieger, A. | 0.1 |
| 06/27/2002 | Attention to debtors' pleading re ZAI budget; continued attention to Grace personal injury case management brief (1.5). | Pasquale, K. | 1.5 |
| 06/27/2002 | Review memo to committee re: pending motions (.2); review debtors renewed motion to intervene (.5). | Sasson, M. | 0.7 |
| 06/28/2002 | Memo to and from KP re Committee response to budgets in ZAI litigation (.2); review underlying documentation and began to prepare draft objection to PD Committee motion to retain five law firms as special counsel in the ZAI science trial (2.4); memo to and from J. Baer re PD Committee motion (.1). | Krieger, A. | 2.7 |
| 06/30/2002 | Preparation of draft objection to PD Committee's retention of special counsel motion(1.5). | Krieger, A. | 1.5 |

| Summary of Hours | Hours | Rate | Total |
| --- | --- | --- | --- |
| Krieger, Arlene | 8.1 | $ 475 | $ 3,847.50 |
| Pasquale, Kenneth | 5.1 | 495 | 2,524.50 |
| Sasson, Moshe | 2.5 | 395 | 987.50 |

Total For Professional Services Rendered   $ 7,359.50

Total for this Matter   $ 7,359.50

**RE:    Case Administration**
**699843. 0014**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/03/2002 | Download recently filed pleadings & distribute same (1.7) Review case files doc's to assign to filesurf database (1.3) | Defreitas, V. | 3.0 |
| 06/04/2002 | Office conferences LK re June 6 conference before Judge Wolin and June 14 hearing (.1); telephone call Evans Wohlforth re clarification of matters to be heard at each hearing (.1); memo to KP, LK, MS re same (.1). | Krieger, A. | 0.3 |
| 06/11/2002 | Download recently filed bankruptcy pleadings. | Defreitas, V. | 1.3 |
| 06/12/2002 | Telephone conference with S. Hollinghead re notification of e-filed documents and other pending matters (.2). | Serrette, R. | 0.2 |
| 06/13/2002 | Respond to attorney request, retrieved all pleadings pertaining to the bar date motion, place in binder and create index. | Mohamed, D. | 2.5 |
| 06/17/2002 | Attended to recently filed motions and files. | Krieger, A. | 1.6 |
| 06/17/2002 | Research all adversary proceedings docket online for pleadings recently filed (.9), Research Docket No. 01-01139 (.5), Respond to A. Krieger's request for recently filed pleadings (.8). | Mohamed, D. | 2.2 |
| 06/17/2002 | Researched the W R grace documents and updated them into the folders (2.50) | Peters, A. | 2.5 |
| 06/18/2002 | Review various pleadings for assignment of central file categories in preparation for addition to filesurf database. | Defreitas, V. | 3.4 |
| 06/20/2002 | Searched the online docket for motions and created July 22, 2002 calendar. | Defreitas, V. | 0.8 |
| 06/21/2002 | Searched online docket at RS's request re: preliminary report on SSL's fees by fee auditor W. Smith. | Defreitas, V. | 0.3 |
| 06/24/2002 | Search for and download a number of pleadings in the Babcock & Wilcox bankruptcy case, re: WR Grace. | Calvo, F. | 1.0 |
| 06/24/2002 | Review modified order of the Court denying Kellogg recommendation motion (.1). | Krieger, A. | 0.1 |

| 06/25/2002 | Download recently filed pleadings and distribute same (2.0); prepare subfolders and file pleadings (.6); update schedule of events chart (.6). | Defreitas, V. | 3.2 |
| 06/28/2002 | Office conferences D. Mohamed re review of dockets and pleadings to be obtained (.3). | Krieger, A. | 0.3 |
| 06/28/2002 | Review Case Docket No. 01-1139 (.4), review all adversary proceeding case docket nos. (.9), download and distribute recently filed pleadings internally (1.5). | Mohamed, D. | 2.8 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Calvo, Fernando | 1.0 | $ 135 | $ 135.00 |
| Defreitas, Vaughn | 12.0 | 100 | 1,200.00 |
| Krieger, Arlene | 2.3 | 475 | 1,092.50 |
| Mohamed, David | 7.5 | 100 | 750.00 |
| Peters, Angelina | 2.5 | 70 | 175.00 |
| Serrette, Rosemarie | 0.2 | 170 | 34.00 |

Total For Professional Services Rendered    $ 3,386.50

**Total for this Matter**    $ 3,386.50

RE:    **Claims Analysis/Objections/Administration (Non-Asbestos)**
       **699843. 0015**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/11/2002 | Telephone call C. Lane re motion re lease matter, other pending matters. | Krieger, A. | 0.5 |
| 06/13/2002 | Telephone call C. Lane re negotiations over assignment of former Herman's Sporting Goods leases (.5). | Krieger, A. | 0.5 |
| 06/17/2002 | Review memorandum forwarded by C. Lane re negotiations over former Hermans Sporting Goods leases and then telephone conference C. Lane re outstanding issues (.6). | Krieger, A. | 0.6 |
| 06/19/2002 | Telephone call C. Lane re outstanding issues with respect to the Herman's lease matters (.5). | Krieger, A. | 0.5 |
| 06/24/2002 | Attention to numerous calls from former employees regarding Bar Date Package (5.0); review of relevant documents (.6). | Serrette, R. | 5.6 |
| 06/25/2002 | Returned numerous telephone calls to claimants who have received Bar Date package (3.3); review documents in bar date package sent by Rust (.9). | Serrette, R. | 4.2 |
| 06/26/2002 | Office conference RS re Bar Date inquiries from creditors and responding thereto (.3); memoranda to and from J. Baer re creditor inquiries and process (.2). | Krieger, A. | 0.5 |
| 06/26/2002 | Prepare memorandum to C.Lane re information request in connection with Debtors' motion for authority to assume and assign Carteret leases (.4). | Krieger, A. | 0.4 |
| 06/27/2002 | Review GE's amended motion re Railcars (.5); memo to and from C. Lane re status of discussion on GE Railcar Motion (.1). | Krieger, A. | 0.6 |

| 06/27/2002 | Telephone conferences with creditors re bar date notices (.6). | Serrette, R. | 0.6 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 3.6 | $ 475 | $ 1,710.00 |
| Serrette, Rosemarie | 10.4 | 170 | 1,768.00 |

Total For Professional Services Rendered   $ 3,478.00

**Total for this Matter**   $ 3,478.00

**RE:**    **Committee Matters and Creditor Meetings**
          **699843. 0017**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/06/2002 | Telephone conference D. Vomero re emergency motion issues (1.0); telephone conference L. Parkins re same (.2) | Pasquale, K. | 1.2 |
| 06/07/2002 | Review KP memo to the Committee re 6/6/02 hearing before Judge Wolin and office conference KP re same. | Krieger, A. | 0.3 |
| 06/07/2002 | Telephone call with D. Bernick regarding E. Green as possible futures representative. | Kruger, L. | 0.2 |
| 06/24/2002 | Draft memorandum to the committee re pending motions (3.0). | Krieger, A. | 3.0 |
| 06/25/2002 | Prepare draft memorandum to the committee re pending matters and review of underlying materials related thereto (2.6) | Krieger, A. | 2.6 |
| 06/26/2002 | Continue to prepare memorandum to the Committee re pending matters including motion to assume and assign contract leases, pending asbestos committee motions, Debtors' compensation motion (2.8); memo to and from W. Gilligan re debtors' compensation motion (.1). | Krieger, A. | 2.9 |
| 06/27/2002 | Continue to prepare, review and revise Committee memorandum (1.6); office conference LK re same (.1); memo to T. Maher re Committee memo (.1). | Krieger, A. | 1.8 |
| 06/28/2002 | Prepare memorandum to the Committee re Kane lift stay motion (.5); memorandum to the Committee re pending matters (.1); memo to J. Kapp re Committee comments to Debtors' Compensation motion (.1). | Krieger, A. | 0.7 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 11.3 | $ 475 | $ 5,367.50 |
| Kruger, Lewis | 0.2 | 695 | 139.00 |
| Pasquale, Kenneth | 1.2 | 495 | 594.00 |
| Total For Professional Services Rendered | | | $ 6,100.50 |
| **Total for this Matter** | | | $ 6,100.50 |

RE:     **Fee Applications of Self**
        **699843. 0018**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/03/2002 | Final edits to fee application (April) (1.0): prepare same for filing and service (3.0). | Serrette, R. | 4.0 |
| 06/06/2002 | Initial review of time in preparation for May monthly bill (.7). | Serrette, R. | 0.7 |
| 06/07/2002 | Draft CNO of Fourth Quarterly Fee Application of Stroock(.5). | Serrette, R. | 0.5 |
| 06/18/2002 | Review of time in preparation for May monthly statement (.4). | Serrette, R. | 0.4 |
| 06/19/2002 | Review detail for May 2002 fee statement. | Krieger, A. | 1.0 |
| 06/25/2002 | Draft CNO for March fees (.7). | Serrette, R. | 0.7 |
| 06/27/2002 | Preparation of Fourteenth Monthly Fee statement for filing and service (1.2). | Serrette, R. | 1.2 |
| 06/28/2002 | Telephone call Warren Smith re initial report to SSL first quarterly fee application (.1); office conferences RS re response to initial report (.1); memo to LK re same (.1). | Krieger, A. | 0.3 |
| 06/28/2002 | Review of fee auditors report (.5); conference with A. Krieger re same (.1); further edits to May bill (.6). | Serrette, R. | 1.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.3 | $ 475 | $ 617.50 |
| Serrette, Rosemarie | 8.7 | 170 | 1,479.00 |

Total For Professional Services Rendered     $ 2,096.50

**Total for this Matter**     $ 2,096.50

RE:    **Fee Applications of Others**
       **699843. 0020**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/03/2002 | Memo re payment of Chambers bill for the February invoice (.3) | Serrette, R. | 0.3 |
| 06/05/2002 | Down loading of Email and other professional April fee applications (.6). | Serrette, R. | 0.6 |
| 06/07/2002 | Draft cover letter to Chambers re payment of invoices (.2); draft CNO of Fourth Quarterly Fee Application FTI (.5). | Serrette, R. | 0.7 |
| 06/10/2002 | Telephone conference with Ralph Sianni (MN) re service procedures on fee applications and Category codes (.1); prepare FTI's fee application for filing and service (.8); including drafting notice (.4). | Serrette, R. | 1.3 |
| 06/10/2002 | Email service of FTI April fee application (.4); down-load and save K&E April fee application and quarterly (1/02 - 3/02) (.3). | Serrette, R. | 0.7 |
| 06/13/2002 | Download and save Pitney Hardin fee application (.2). | Serrette, R. | 0.2 |
| 06/19/2002 | Telephone call L. Hamilton re fee auditors report on FTI fee application (.1). | Krieger, A. | 0.1 |
| 06/20/2002 | Conference with L. Hamilton re fee auditor's report (.1); review of same (.4). | Serrette, R. | 0.5 |
| 06/25/2002 | Telephone call with B. Friedman regarding fee issues. | Kruger, L. | 0.2 |
| 06/26/2002 | Memo from and to L. Hamilton re proposed response to Fee Auditor (1.). | Krieger, A. | 0.1 |
| 06/28/2002 | Conference with L. Hamilton re FTI May invoice (.1); prepare same for filing and service (.3). | Serrette, R. | 0.4 |

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |
| Kruger, Lewis | 0.2 | 695 | 139.00 |
| Serrette, Rosemarie | 4.7 | 170 | 799.00 |

Total For Professional Services Rendered    $ 1,033.00

**Total for this Matter**    $ 1,033.00

RE:    **Employee Matters**
       **699843. 0021**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/11/2002 | Telephone call S. Cunningham re discussion with Pam Zilly re company response to Committee's position on employee benefit modification (.5). | Krieger, A. | 0.5 |
| 06/13/2002 | Review FTI schedule and then conference call with Sean Cunningham, Tom Maher re KERP, LTIP, severance program modifications. | Krieger, A. | 0.5 |
| 06/17/2002 | Telephone call S. Cunningham re KERP, LTIP and severance program modifications. | Krieger, A. | 0.1 |
| 06/24/2002 | Review Debtors' motion seeking authority to implement revised compensation procedures and review of prior wage motions/orders (1.0). | Krieger, A. | 1.0 |
| 06/25/2002 | Telephone call S. Cunningham re Debtors' motion for approval of employee benefit programs (.4); memo from W. Gilligan re FTI P&M analyses on Debtors' proposal (.1). | Krieger, A. | 0.5 |
| 06/27/2002 | Memos to and from W. Gilligan re Debtors revised compensation motion (.2). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.8 | $ 475 | $ 1,330.00 |

Total For Professional Services Rendered    $ 1,330.00

**Total for this Matter**    $ 1,330.00

**RE:    Litigation/Fraudulent Conveyance**
**699843. 0034**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/03/2002 | Review and import new coding data to Concordance database. | Bowen, M. | 0.4 |
| 06/03/2002 | Office conference MS re Grace fraudulent conveyance litigation-related pleadings (.1) | Krieger, A. | 0.1 |
| 06/03/2002 | Obtain e-mails from Bankruptcy and review (.8) Print e-mails and distribute (.5) Update file and pleadings to include all recent documents (1.7) | Mariano, C. | 3.0 |
| 06/03/2002 | Continued attention to fraudulent transfer asbestos liability valuation issues and Chambers' analysis of same (1.5); attention to possible Committee intervention (1.5) | Pasquale, K. | 3.5 |
| 06/03/2002 | Review filings, motion to retain counsel, corr. w/A. Krieger, K. Pasquale re: same (1.50); review ZAI claims, motion to strike opp., status (1.50); review plaintiff's interrogatories to Grace (.50). | Sasson, M. | 3.5 |
| 06/05/2002 | Preparation for hearing on Grace motion to intervene (1.0) | Pasquale, K. | 1.0 |
| 06/05/2002 | Collect pleadings on motion to intervene; o/c A. Krieger, K. Pasquale, V. DeFreitas re: same (.7); review status memo re: briefing on asbestos personal injury; o/c A. Krieger re: same (.3). | Sasson, M. | 1.0 |
| 06/06/2002 | Drafted memo to Committee re court's decision on Grace intervention (1.2); research re 1109(b) in adversary proceedings (.5); attention to Committee's "intervention" options in light of court's decision (.8) | Pasquale, K. | 2.5 |
| 06/07/2002 | Preparation for (.4) and conference call with L. Chambers, B. Chipman re Grace asbestos liabilities at times of transfer (.5); office conference M. Sasson, A. Krieger re same (.5) | Pasquale, K. | 1.4 |
| 06/07/2002 | O/c K. Pasquale re: motion to be heard, debtors motion to intervene, t.c B. Katchen re: same (.5); draft 1109 motion (1.2); o/c K. Pasquale, L. Chambers re: status (1.2). | Sasson, M. | 2.9 |
| 06/10/2002 | Continued drafting 1109 motion. | Sasson, M. | 1.0 |

| 06/11/2002 | Research on Section 1109(b). | Parra, R. | 2.0 |
|---|---|---|---|
| 06/11/2002 | Continued drafting 1109 motion. | Sasson, M. | 1.0 |
| 06/12/2002 | Research on Section 1109(b) (2.6). Draft memo (4.3). Conferred with Moshe Sasson on the issue of whether Section 1109(b) applies to adversary proceedings in our jurisdiction (.2). | Parra, R. | 7.1 |
| 06/12/2002 | Revised memo re: 1109 (b) issues with Moshe Sasson edit. | Parra, R. | 1.5 |
| 06/12/2002 | Review transcript of hearing (1.5); continued drafting 1109 motion (3.0); o/c SA re: 1109 research (.2); draft proposed order (.3). | Sasson, M. | 5.0 |
| 06/13/2002 | Review pleadings for Judge Wolin hearing on Mil berg Weiss retention and USA intervention motion and office conferences LK re same (1.8); review Committee draft motion to be heard pursuant to section 1109 and office conference KP re same (.5). | Krieger, A. | 2.3 |
| 06/13/2002 | Revisions to draft motion of committee to participate under Section 1109 (2.5); attention to Sealed Air opposition to USA's motion to intervene (.8). | Pasquale, K. | 3.3 |
| 06/13/2002 | Continued revising draft 1109 motion/proposed order; o/c K. Pasquale re: same (1.5); review R. Parra memo (.2); review filings, faxes (2.5); t/c R. Fleishman re: depositions; e-mail K. Pasquale re: same (.1); o/c D. Mohamed, review bar date motion papers in preparation for liability briefing (1.0). | Sasson, M. | 5.3 |
| 06/14/2002 | T/c K. Pasquale, M. Lastowski re:  1109 motion, transcript (.7); prepare to serve/file 1109 motion (1.2); t/c A. Krieger re: KPMG motion (.2); review memo to committee re: pending motions (.2). | Sasson, M. | 2.3 |
| 06/17/2002 | Attention to plaintiffs' letter to J. Drier regarding Grace; confidentiality designations (.5). | Pasquale, K. | 0.5 |
| 06/18/2002 | Telephone conferences B. Friedman/Milberg re 1109(b) motion (.3); telephone conference Friedman, court re same (.2); preparation for conference call with court re 1109(b) motion (1.0); conference call with court, all parties re same (.6); office conference M. Sasson re strategy (.6) | Pasquale, K. | 2.7 |
| 06/18/2002 | T/c K. Pasquale re: Confidentiality Agreement, review same, t/c same re: scope of order status (1.0); o/c K. Pasquale, parties, Evans Wolsforth re: intervention, o/c K. Pasquale re: same (1.5); review asbestos legislation (.5); review protective order, t/c K. Pasquale re: same (.3). | Sasson, M. | 3.3 |

| 06/19/2002 | Draft memo to committee re: 1109 motion. | Sasson, M. | 4.0 |
| 06/20/2002 | Revisions to memo to committee re intervention issues (.8); telephone conference T. Maher re same (.2); attention to draft protocol for Milberg retention (.8) | Pasquale, K. | 1.8 |
| 06/20/2002 | E-mails re: memo to committee re: intervention (.1), review same (.2). | Sasson, M. | 0.3 |
| 06/21/2002 | Telephone conference S. Cunningham re fraudulent transfer issues (.2); attention to intervention issues (1.5); letter to Milberg re depositions (.2) | Pasquale, K. | 1.9 |
| 06/24/2002 | Review Committee memo re fraudulent transfers litigation (.1) and conference call with FTI, Chambers Associates and then with Committee to discuss same (.8) and follow-up office conference KP, MS (.2). | Krieger, A. | 1.1 |
| 06/24/2002 | Office conference with E. Ordway (.4); telephone call with K. Pasquale, A. Krieger, T. Maher, L. Chambers and the creditors' committee regarding considering whether or not committee should intervene in fraudulent transfer litigation (1.0). | Kruger, L. | 1.4 |
| 06/24/2002 | Print and review documents received via e-mail from Bankruptcy (pleadings). | Mariano, C. | 0.4 |
| 06/24/2002 | Conference calls with committee and professionals re fraudulent transfer claims(1.0); drafted amended motion to intervene under Section 1109 (1.5) | Pasquale, K. | 2.5 |
| 06/24/2002 | CC w/committee re: fraudulent transfer litigation (1.5); review debtors memo re: PI litigation (1.5). | Sasson, M. | 3.0 |
| 06/25/2002 | Review draft committee motion (amended) for authorization to appear and be heard in fraudulent transfer litigation (.7). | Krieger, A. | 0.7 |
| 06/26/2002 | Obtain e-mails from Bankruptcy (.8), print documents (.3) and review (.4) and file (.5) | Mariano, C. | 2.0 |
| 06/26/2002 | Attention to proposed Milberg protocol (.6) | Pasquale, K. | 0.6 |
| 06/26/2002 | Review correspondence and pleading filed re: Milberg proposal (.4) and ZAI budget (.6). | Sasson, M. | 1.0 |
| 06/27/2002 | Office conference MS re proposed correspondence from B. Friedman to J. Wolin setting forth stipulation on conduct of litigation and compensation procedures (.1); office conference LK re same (.1); review and prepare mark-up of same (.2); meeting with LK and KP re correspondence to Judge Wolin, Grace | Krieger, A. | 1.8 |

| | | | |
|---|---|---|---|
| | intervention Committee's intervention, related issues (.8); office conference LK re Sealed Air motion to compel EPA (.1); review Sealed Air pleading and prepare memo to LK re same (.5). | | |
| 06/27/2002 | Office conference with A. Krieger regarding Milberg rates (.2); office conference with K. Pasquale regarding same and regarding compromise of proposal language (.3); office conference/telephone call with K. Pasquale and D. Bernick regarding committee's intervention in fraudulent transfer action (.3). | Kruger, L. | 0.8 |
| 06/27/2002 | Attention to Sealed Air motion to strike EPA's complaint (.5); office conference L. Kruger, A. Krieger re intervention issues (1.0); telephone conference B. Friedman re protocol issues (.2); telephone conference D. Bernick re intervention issues (.2) | Pasquale, K. | 1.9 |
| 06/28/2002 | Memo from and to KP re Milberg Weiss disclosure of hourly rates and modification of proposed letter to Judge Wolin (.2); review transcript of 6/14/02 hearing (.9); review stipulation re PD Committee motion for procedures to compensate members' counsel (.1). | Krieger, A. | 1.2 |
| 06/28/2002 | Telephone conference B. Friedman re revisions to protocol (.2); attention to EPA response to motion to compel (.2); attention to Hickey deposition testimony (1.5); attention to debtors' intervention motion and answer | Pasquale, K. | 2.4 |
| 06/28/2002 | Review filings, orders to intervene, correspondence re: EPA discovery disputes. | Sasson, M. | 0.5 |

| **Summary of Hours** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Bowen, Mark | 0.4 | $ 175 | $ 70.00 |
| Krieger, Arlene | 7.2 | 475 | 3,420.00 |
| Kruger, Lewis | 2.2 | 695 | 1,529.00 |
| Mariano, Christine | 5.4 | 155 | 837.00 |
| Parra, Rebecca E. | 10.6 | 160 | 1,696.00 |
| Pasquale, Kenneth | 26.0 | 495 | 12,870.00 |
| Sasson, Moshe | 34.1 | 395 | 13,469.50 |

|  | Total For Professional Services Rendered | $ 33,891.50 |
|---|---|---|
|  | **Total for this Matter** | $ 33,891.50 |

**RE:**   **Non-Working Travel Time**
          **699843. 0035**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/06/2002 | Travel to attend to court hearing (2.0) | Pasquale, K. | 2.0 |
| 06/14/2002 | Travel re court hearing (1.2). | Pasquale, K. | 1.2 |
| 06/18/2002 | Travel back from Delaware to SSL (2.7). | Krieger, A. | 2.7 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.7 | $ 475 | $ 1,282.50 |
| Pasquale, Kenneth | 3.2 | 495 | 1,584.00 |

Total For Professional Services Rendered     $ 2,866.50

**Total for this Matter**     $ 2,866.50

**RE:**    **Preparation for and Attendance at Hearings**
       **699843. 0037**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/04/2002 | Office conference with A. Krieger regarding U.S. Government's motion to intervene (.2); hearing on Milberg Weiss retention (.2). | Kruger, L. | 0.4 |
| 06/05/2002 | Office conferences LK re J. Wolin hearing, payment of consultants (.7). | Krieger, A. | 0.7 |
| 06/06/2002 | Office conference LK re  Judge Wolin's denial of Grace's motion to intervene (.1). | Krieger, A. | 0.1 |
| 06/06/2002 | In court before Judge Wolin at hearing on debtors' motion to intervene (3.4); review of debtors' motion and response (.4). | Kruger, L. | 3.8 |
| 06/06/2002 | Attended court hearing before Judge Wolin on Grace's motion to intervene (2.0); meeting with debtors' counsel re same (.5) | Pasquale, K. | 2.5 |
| 06/12/2002 | Review agenda for 6/18/02 hearing (.1). | Krieger, A. | 0.1 |
| 06/12/2002 | Review of agenda for court hearing. | Kruger, L. | 0.2 |
| 06/13/2002 | Preparation for 6/14 hearing before J. Wolin on USA intervention and Milberg retention (1.5). | Pasquale, K. | 1.5 |
| 06/14/2002 | Office conference LK re Wolin hearing results (.1). | Krieger, A. | 0.1 |
| 06/14/2002 | In court before Judge Wolin with respect to issues in connection with fraudulent transfer litigation and invention by Justice Department for EPA. | Kruger, L. | 4.2 |
| 06/14/2002 | Preparation for (.5) and court hearing before Judge Wolin (2.2). | Pasquale, K. | 2.7 |
| 06/17/2002 | Office conference KP re heairng before Judge Wolin (.1). | Krieger, A. | 0.1 |
| 06/18/2002 | Review pleadings in preparation for hearings before Judge Fitzgerald (2.5); at court for hearing before Judge Fitzgerald (2.7); office conference LK re hearings before Judge Fitzgerald (.1); memo to KP, MS, LK re modifications to proposed ZAI scheduling order (.3). | Krieger, A. | 5.6 |
| 06/18/2002 | Office conference with K. Pasquale regarding issue of | Kruger, L. | 0.6 |

amicus vs. intervenor and court's view (.2); office
conference with K. Pasquale regarding results of call
with court and consideration of our strategy to
intervene or not, and as plaintiff or defendant in
Sealed Air litigation (.4).

| Summary of Hours | Hours | Rate | Total |
|---|---|---|---|
| Krieger, Arlene | 6.7 | $ 475 | $ 3,182.50 |
| Kruger, Lewis | 9.2 | 695 | 6,394.00 |
| Pasquale, Kenneth | 6.7 | 495 | 3,316.50 |

Total For Professional Services Rendered     $ 12,893.00

Total for this Matter     $ 12,893.00

**RE:**    **Retention of Professionals**
          **699843. 0040**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/24/2002 | Review modified order of the Court approving Debtors' retention of PWC (.2). | Krieger, A. | 0.2 |

| Summary of Hours | Hours | Rate | Total |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |

Total For Professional Services Rendered    $ 95.00

**Total for this Matter**    $ 95.00

**Total Bill**    **$ 74,530.00**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**DISBURSEMENT REGISTER**

July 31, 2002
Invoice: 267929

W R Grace & Co
7500 Grace Drive
Columbia, MD 21044-4098

**EXPENSES INCURRED** during the period through June 30, 2002, including:

| Date | Description | Amount |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 02/11/2002 | Federal Express 1/30/02 L Cotto to Shelly Hollinghead | 8.87 |
| 06/03/2002 | Federal Express T#829409583113 ROSE SERRETTE to: RALPH SIANNI WILMINGTON,DE | 9.00 |
| 06/10/2002 | Federal Express T#814154275027 ROSE SERETTE to: WARREN SMITH DALLAS,TX | 10.99 |
| 06/10/2002 | Federal Express T#814154275038 ROSE SERETTE to: FRANK J PERCH WILMINGTON,DE | 9.00 |
| | **Outside Messenger Service Total** | **37.86** |
| **Meals** | | |
| 06/28/2002 | Petak's 4/15/02 L Kruger-Committee Meeting. | 413.52 |
| | **Meals Total** | **413.52** |
| **Local Transportation** | | |
| 06/04/2002 | VENDOR: Lewis Kruger; INVOICE#: 05/30/02; DATE: 6/4/02 - 05/22  ATTEND COURT HEARING - CABFARE | 5.50 |
| 06/12/2002 | VENDOR: Ken Pasquale; INVOICE#: 06/12/02; DATE: 6/12/02 - 06/05  COURT HEARING IN NEWARK, NJ - PARKING | 10.00 |
| 06/12/2002 | VENDOR: Ken Pasquale; INVOICE#: 06/12/02; DATE: 6/12/02 - 06/05  COURT HEARING IN NEWARK, NJ - PARKING -- THEN TO OFFICE IN NYC - PARKING | 35.00 |
| 06/14/2002 | NYC Two Ways Inc. SERRETTE 05/28/02 22:02 M from 180 | 38.31 |

MAIDEN LA to SOUTH RICHMON

| | | |
|---|---|---|
| 06/18/2002 | NYC Two Ways Inc. SERRETTE 05/31/02 20:57 M from 180 MAIDEN LA to SOUTH JAMAICA | 48.10 |
| 06/24/2002 | VENDOR: Arlene G. Krieger; INVOICE#: 06/19/02; DATE: 6/24/02 - 06/18/02   CABFARES | 78.00 |
| 06/26/2002 | VENDOR: Lewis Kruger; INVOICE#: 06/24/02A; DATE: 6/26/02 - 06/05   CABFARE | 4.50 |
| 06/30/2002 | NYC Two Ways Inc. KRIEGER 06/18/02 20:44 M from 180 MAIDEN LA to 80 EAST END A | 24.60 |
| 06/30/2002 | VENDOR: Corporate Transportation Group, Ltd.; INVOICE#: 538797; DATE: 6/21/02 - NYC Two Ways Inc R Parra 6/12/02 180 Maiden Lane to W 3 St | 14.81 |

**Local Transportation Total**                                              **258.82**

**Long Distance Telephone**

| | | |
|---|---|---|
| 06/03/2002 | EXTN.5492, TEL.757-575-0584, S.T.10:31, DUR.00:18 | 0.32 |
| 06/03/2002 | EXTN.5492, TEL.201-384-1279, S.T.10:46, DUR.04:12 | 1.62 |
| 06/03/2002 | EXTN.5492, TEL.302-657-4900, S.T.10:57, DUR.04:18 | 1.62 |
| 06/03/2002 | EXTN.5492, TEL.757-575-0584, S.T.11:02, DUR.00:30 | 0.32 |
| 06/03/2002 | EXTN.5492, TEL.703-993-8370, S.T.11:03, DUR.05:00 | 1.62 |
| 06/03/2002 | EXTN.5492, TEL.954-818-9700, S.T.11:26, DUR.06:54 | 2.27 |
| 06/04/2002 | EXTN.5492, TEL.703-993-8370, S.T.10:01, DUR.02:00 | 0.65 |
| 06/04/2002 | EXTN.5492, TEL.201-384-1279, S.T.10:23, DUR.03:00 | 0.97 |
| 06/04/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:05, DUR.01:48 | 0.65 |
| 06/04/2002 | EXTN.5544, TEL.973-645-2580, S.T.16:04, DUR.00:48 | 0.32 |
| 06/06/2002 | EXTN.5492, TEL.201-556-4021, S.T.10:18, DUR.00:42 | 0.32 |
| 06/06/2002 | EXTN.5492, TEL.954-583-0773, S.T.14:24, DUR.06:48 | 2.27 |
| 06/06/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:31, DUR.04:36 | 1.62 |
| 06/07/2002 | EXTN.5492, TEL.954-583-0773, S.T.08:52, DUR.09:42 | 3.24 |
| 06/07/2002 | EXTN.5492, TEL.757-575-0584, S.T.10:04, DUR.00:24 | 0.32 |
| 06/07/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:45, DUR.01:54 | 0.65 |
| 06/07/2002 | EXTN.5492, TEL.954-583-0773, S.T.16:14, DUR.02:00 | 0.65 |
| 06/10/2002 | EXTN.5492, TEL.302-657-4918, S.T.09:07, DUR.11:42 | 3.89 |

| | | |
|---|---|---|
| 06/10/2002 | EXTN.5492, TEL.302-657-4918, S.T.17:04, DUR.01:54 | 0.65 |
| 06/10/2002 | EXTN.5492, TEL.302-657-4918, S.T.17:31, DUR.06:54 | 2.27 |
| 06/10/2002 | EXTN.5492, TEL.954-346-1400, S.T.17:55, DUR.04:48 | 1.62 |
| 06/10/2002 | EXTN.5492, TEL.954-583-0773, S.T.17:58, DUR.00:18 | 0.32 |
| 06/10/2002 | EXTN.5492, TEL.954-583-0773, S.T.18:00, DUR.13:36 | 4.54 |
| 06/10/2002 | EXTN.5492, TEL.954-346-1400, S.T.18:01, DUR.04:12 | 1.62 |
| 06/10/2002 | EXTN.5492, TEL.954-583-0773, S.T.19:11, DUR.00:48 | 0.25 |
| 06/10/2002 | EXTN.6015, TEL.312-861-2000, S.T.16:14, DUR.00:54 | 0.32 |
| 06/11/2002 | EXTN.5544, TEL.201-981-1125, S.T.16:27, DUR.00:18 | 0.32 |
| 06/12/2002 | EXTN.5492, TEL.302-657-4924, S.T.16:09, DUR.17:30 | 5.83 |
| 06/13/2002 | EXTN.5430, TEL.973-424-2000, S.T.12:14, DUR.01:00 | 0.32 |
| 06/13/2002 | EXTN.5431, TEL.305-374-7580, S.T.13:34, DUR.01:06 | 0.65 |
| 06/13/2002 | EXTN.5544, TEL.312-861-3268, S.T.12:01, DUR.05:24 | 1.94 |
| 06/13/2002 | EXTN.5544, TEL.305-374-7580, S.T.14:37, DUR.01:48 | 0.65 |
| 06/14/2002 | EXTN.5492, TEL.201-384-1279, S.T.09:31, DUR.03:30 | 1.30 |
| 06/14/2002 | EXTN.6015, TEL.973-424-2064, S.T.10:49, DUR.02:36 | 0.97 |
| 06/17/2002 | EXTN.5544, TEL.201-556-4040, S.T.15:09, DUR.00:30 | 0.32 |
| 06/18/2002 | EXTN.5492, TEL.757-575-0584, S.T.08:41, DUR.01:18 | 0.65 |
| 06/18/2002 | EXTN.5492, TEL.757-575-0584, S.T.16:48, DUR.03:36 | 1.30 |
| 06/18/2002 | EXTN.5492, TEL.201-384-1279, S.T.17:12, DUR.00:42 | 0.32 |
| 06/18/2002 | EXTN.5492, TEL.201-384-1279, S.T.17:15, DUR.03:54 | 1.30 |
| 06/18/2002 | EXTN.5562, TEL.312-861-2000, S.T.16:21, DUR.02:30 | 0.97 |
| 06/20/2002 | EXTN.5492, TEL.201-556-4021, S.T.12:04, DUR.03:06 | 1.30 |
| 06/20/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:45, DUR.00:36 | 0.32 |
| 06/20/2002 | EXTN.5492, TEL.954-818-9700, S.T.14:50, DUR.02:36 | 0.97 |
| 06/20/2002 | EXTN.5492, TEL.201-384-1279, S.T.15:04, DUR.01:30 | 0.65 |
| 06/20/2002 | EXTN.5492, TEL.954-818-9700, S.T.16:34, DUR.14:18 | 4.86 |
| 06/20/2002 | EXTN.5562, TEL.312-861-2460, S.T.17:00, DUR.01:54 | 0.65 |

| | | |
|---|---|---|
| 06/21/2002 | EXTN.5562, TEL.201-556-4040, S.T.10:32, DUR.06:24 | 2.27 |
| 06/21/2002 | EXTN.5562, TEL.201-556-4003, S.T.11:26, DUR.00:42 | 0.32 |
| 06/21/2002 | EXTN.5562, TEL.201-556-4040, S.T.11:27, DUR.00:12 | 0.32 |
| 06/24/2002 | Cr card calls 3/02 | 40.01 |
| 06/24/2002 | EXTN.5492, TEL.319-366-4056, S.T.15:01, DUR.04:42 | 1.62 |
| 06/24/2002 | EXTN.5492, TEL.609-877-5638, S.T.15:06, DUR.05:18 | 1.94 |
| 06/24/2002 | EXTN.5492, TEL.973-827-3774, S.T.15:15, DUR.04:00 | 1.30 |
| 06/24/2002 | EXTN.5492, TEL.936-687-4334, S.T.15:20, DUR.03:24 | 1.30 |
| 06/24/2002 | EXTN.5492, TEL.770-949-4215, S.T.15:24, DUR.03:30 | 1.30 |
| 06/24/2002 | EXTN.5492, TEL.561-371-6581, S.T.15:37, DUR.05:06 | 1.94 |
| 06/24/2002 | EXTN.5492, TEL.314-522-3822, S.T.15:47, DUR.01:18 | 0.65 |
| 06/24/2002 | EXTN.5492, TEL.319-643-5395, S.T.16:00, DUR.02:24 | 0.97 |
| 06/24/2002 | EXTN.5492, TEL.561-738-4796, S.T.16:03, DUR.01:48 | 0.65 |
| 06/24/2002 | EXTN.5544, TEL.201-556-4040, S.T.18:11, DUR.02:24 | 0.97 |
| 06/24/2002 | EXTN.5562, TEL.973-424-2031, S.T.08:47, DUR.01:00 | 0.32 |
| 06/24/2002 | EXTN.5562, TEL.201-981-1125, S.T.14:32, DUR.06:42 | 2.27 |
| 06/24/2002 | EXTN.5562, TEL.312-861-2000, S.T.15:50, DUR.01:06 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.513-451-8725, S.T.16:11, DUR.08:18 | 2.92 |
| 06/25/2002 | EXTN.5492, TEL.412-361-7182, S.T.16:20, DUR.00:24 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.732-942-5054, S.T.16:21, DUR.03:06 | 1.30 |
| 06/25/2002 | EXTN.5492, TEL.712-225-4450, S.T.16:48, DUR.00:36 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.813-752-0972, S.T.16:53, DUR.05:24 | 1.94 |
| 06/25/2002 | EXTN.5492, TEL.479-855-0390, S.T.16:59, DUR.03:30 | 1.30 |
| 06/25/2002 | EXTN.5492, TEL.201-384-1279, S.T.17:11, DUR.00:06 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.270-771-5525, S.T.17:17, DUR.00:54 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.540-657-6731, S.T.17:18, DUR.01:12 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.732-920-6060, S.T.17:20, DUR.12:48 | 4.21 |
| 06/25/2002 | EXTN.5492, TEL.317-876-4100, S.T.17:33, DUR.00:24 | 0.32 |

| | | |
|---|---|---|
| 06/25/2002 | EXTN.5492, TEL.414-482-2623, S.T.17:34, DUR.01:12 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.972-867-0284, S.T.17:35, DUR.00:42 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.410-879-0528, S.T.17:36, DUR.08:18 | 2.92 |
| 06/25/2002 | EXTN.5492, TEL.712-251-0740, S.T.17:46, DUR.00:24 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.318-752-8492, S.T.17:47, DUR.03:06 | 1.30 |
| 06/25/2002 | EXTN.5492, TEL.908-685-0272, S.T.17:51, DUR.02:12 | 0.97 |
| 06/25/2002 | EXTN.5492, TEL.915-366-1593, S.T.17:53, DUR.01:48 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.864-575-3145, S.T.17:56, DUR.01:30 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.225-667-9228, S.T.17:58, DUR.06:54 | 2.27 |
| 06/25/2002 | EXTN.5492, TEL.479-883-4667, S.T.18:13, DUR.02:12 | 0.97 |
| 06/25/2002 | EXTN.5492, TEL.802-442-5863, S.T.18:16, DUR.03:48 | 1.30 |
| 06/25/2002 | EXTN.5492, TEL.901-753-0771, S.T.18:20, DUR.02:54 | 0.97 |
| 06/25/2002 | EXTN.5492, TEL.870-670-4655, S.T.18:24, DUR.01:30 | 0.65 |
| 06/25/2002 | EXTN.5492, TEL.913-432-4848, S.T.18:26, DUR.00:24 | 0.32 |
| 06/25/2002 | EXTN.5492, TEL.713-977-8965, S.T.18:27, DUR.04:30 | 1.62 |
| 06/26/2002 | EXTN.5544, TEL.201-556-4039, S.T.11:30, DUR.01:36 | 0.65 |
| 06/27/2002 | EXTN.3430, TEL.312-861-2248, S.T.16:11, DUR.02:30 | 0.97 |
| 06/27/2002 | EXTN.5430, TEL.973-424-2000, S.T.16:08, DUR.01:06 | 0.65 |
| 06/27/2002 | EXTN.5492, TEL.757-575-0584, S.T.08:15, DUR.00:06 | 0.32 |
| 06/27/2002 | EXTN.5492, TEL.757-575-0584, S.T.10:08, DUR.00:30 | 0.32 |
| 06/27/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:46, DUR.07:18 | 2.59 |
| 06/27/2002 | EXTN.5492, TEL.201-384-1279, S.T.16:05, DUR.02:48 | 0.97 |
| 06/27/2002 | EXTN.5492, TEL.757-575-0584, S.T.16:53, DUR.00:12 | 0.32 |
| 06/27/2002 | EXTN.5492, TEL.352-873-7570, S.T.19:02, DUR.08:36 | 2.22 |
| 06/27/2002 | EXTN.5760, TEL.973-424-2000, S.T.16:09, DUR.00:06 | 0.32 |
| 06/28/2002 | EXTN.5492, TEL.201-384-1279, S.T.08:58, DUR.07:06 | 2.59 |
| 06/28/2002 | EXTN.5492, TEL.501-455-0280, S.T.09:58, DUR.00:30 | 0.32 |
| 06/28/2002 | EXTN.5492, TEL.414-774-2155, S.T.10:00, DUR.02:54 | 0.97 |

| 06/28/2002 | EXTN.5492, TEL.412-361-7182, S.T.10:03, DUR.03:18 | 1.30 |
| 06/28/2002 | EXTN.5492, TEL.317-876-4107, S.T.10:11, DUR.00:24 | 0.32 |
| 06/28/2002 | EXTN.5492, TEL.201-569-4080, S.T.10:12, DUR.01:00 | 0.32 |
| 06/28/2002 | EXTN.5492, TEL.304-766-2424, S.T.10:13, DUR.03:30 | 1.30 |
| 06/28/2002 | EXTN.5492, TEL.201-556-4021, S.T.11:36, DUR.01:06 | 0.65 |
| 06/28/2002 | EXTN.5544, TEL.214-698-3868, S.T.13:24, DUR.03:12 | 1.30 |
| 06/28/2002 | EXTN.5562, TEL.202-371-9770, S.T.09:26, DUR.01:54 | 0.65 |

**Long Distance Telephone Total**      **168.15**

**Duplicating Costs-in House**

| 06/01/2002 | on 05/24/2002 | -0.20 |
| 06/01/2002 | on 05/29/2002 | -5.60 |
| 06/01/2002 | on 05/29/2002 | -1.10 |
| 06/03/2002 | | 4.00 |
| 06/03/2002 | | 4.40 |
| 06/03/2002 | | 1.00 |
| 06/04/2002 | | 0.30 |
| 06/04/2002 | | 86.60 |
| 06/04/2002 | | 1.90 |
| 06/04/2002 | | 1.80 |
| 06/05/2002 | | 7.00 |
| 06/05/2002 | | 6.00 |
| 06/06/2002 | | 8.20 |
| 06/07/2002 | | 0.50 |
| 06/07/2002 | | 0.40 |
| 06/10/2002 | | 1.80 |
| 06/10/2002 | | 7.50 |
| 06/11/2002 | | 2.00 |
| 06/12/2002 | | 3.60 |

| | |
|---|---|
| 06/13/2002 | 7.20 |
| 06/13/2002 | 32.20 |
| 06/13/2002 | 2.40 |
| 06/13/2002 | 0.80 |
| 06/13/2002 | 8.00 |
| 06/13/2002 | 17.10 |
| 06/13/2002 | 3.00 |
| 06/18/2002 | 3.60 |
| 06/18/2002 | 7.00 |
| 06/18/2002 | 2.90 |
| 06/19/2002 | 1.50 |
| 06/20/2002 | 2.20 |
| 06/20/2002 | 0.20 |
| 06/24/2002 | 1.50 |
| 06/25/2002 | 5.70 |
| 06/25/2002 | 1.80 |
| 06/25/2002 | 0.40 |
| 06/26/2002 | 0.50 |
| 06/26/2002 | 3.00 |
| 06/27/2002 | 0.50 |
| 06/27/2002 | 0.20 |
| 06/28/2002 | 4.40 |

**Duplicating Costs-in House Total** **236.20**

**Postage**
06/18/2002    Postage Charged by  on 06/07/2002    0.34

**Postage Total** **0.34**

**Miscellaneous**
06/25/2002    VENDOR: Mealey Publications, Inc; INVOICE#: 798379-2; DATE:    450.00
5/31/02  -  Mealey's Asbestos Bankruptcy Report Expires 07/02

**Miscellaneous Total** **450.00**

**Word Processing**

| | | |
|---|---|---|
| 06/28/2002 | 6/28 | 18.00 |

**Word Processing Total**      **18.00**

**Lexis/Nexis**

| | | |
|---|---|---|
| 06/12/2002 | Lexis/Nexis by: REBECCA PARRA | 79.53 |
| 06/13/2002 | Lexis/Nexis by: REBECCA PARRA | 6.50 |

**Lexis/Nexis Total**      **86.03**

**Facsimile Charges**

| | | |
|---|---|---|
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -10.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -9.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -9.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -5.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -10.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -10.00 |
| 06/01/2002 | FAX # 646-924-0463 on 05/29/2002 | -9.00 |
| 06/03/2002 | FAX # 202-371-6601 | 2.00 |
| 06/21/2002 | FAX # 302-658-3989 | 3.00 |
| 06/21/2002 | FAX # 735-2000 | 3.00 |
| 06/21/2002 | FAX # 305-374-7593 | 3.00 |

**Facsimile Charges Total**      **-51.00**

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 06/24/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 050302; DATE: 5/3/02  -  Visa charge 5/20/02 L Kruger  Penn Station to Wilmington, DE | 233.00 |
| 06/24/2002 | VENDOR: CHASE Business Credit Card; INVOICE#: 050302; DATE: 5/3/02  -  Visa charge 4/22/02 L Kruger LGA to Pittsburgh | -595.00 |
| 06/26/2002 | VENDOR: Lewis Kruger; INVOICE#: 06/24/02A; DATE: 6/26/02  - 06/05    TRAINFARE TO NJ TO ATTEND COURT | 3.30 |

**Travel Expenses - Transportation Total**      **-358.70**

**Westlaw**

| | | |
|---|---|---|
| 06/06/2002 | ; Duration 0:13:43; By PASQUALE KENNETH | 83.18 |
| 06/07/2002 | ; Duration 0:01:19; By PASQUALE KENNETH | 13.06 |

| | | |
|---|---|---|
| 06/11/2002 | ; Duration 0:07:40; BY REBECCA PARRA | 48.69 |
| 06/12/2002 | ; Duration 0:36:07; BY REBECCA PARRA | 265.88 |
| 06/13/2002 | ; Duration 0:01:10; By PASQUALE KENNETH | 16.66 |
| 06/13/2002 | ; Duration 0:41:38; By SASSON MOSHE | 237.32 |
| 06/18/2002 | ; Duration 0:01:04; By PASQUALE KENNETH | 16.12 |
| 06/18/2002 | ; Duration 0:00:00; By SASSON MOSHE | 15.00 |
| 06/21/2002 | ; Duration 0:06:47; By PASQUALE KENNETH | 38.67 |
| 06/25/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 54.25 |
| **Westlaw Total** | | **788.83** |
| **Word Processing - Logit** | | |
| 06/10/2002 | | 6.00 |
| **Word Processing - Logit Total** | | **6.00** |

### Bill Disbursement Summary

| | |
|---|---|
| Outside Messenger Service | $ 37.86 |
| Meals | 413.52 |
| Local Transportation | 258.82 |
| Long Distance Telephone | 168.15 |
| Duplicating Costs-in House | 236.20 |
| Postage | 0.34 |
| Miscellaneous | 450.00 |
| Word Processing | 18.00 |
| Lexis/Nexis | 86.03 |
| Facsimile Charges | -51.00 |
| Travel Expenses - Transportation | -358.70 |
| Westlaw | 788.83 |
| Word Processing - Logit | 6.00 |

**Total Disbursements/Charges**     2,054.05