REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        960570
One Town Center Road                     Invoice Date        07/31/02
Boca Raton, FL    33486                  Client Number         172573

==============================================================================

Re: W. R. Grace & Co.

(60026) Fees

| | |
|---|---|
| Special Abestos Counsel | 167,352.00 |
| Travel | 1,206.00 |
| Billing Procedures, Fee Petitions and Interim Compensation | 1,856.50 |

TOTAL BALANCE DUE UPON RECEIPT        $ 167,414.75
=============

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
July 31, 2002

Invoice Number 960570
Page 1

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 960570 |
| Invoice Date | 07/31/02 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: (60026)  Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/01/02 | Bentz | Work on historical case defense project. | 2.50 |
| 06/01/02 | Cameron | Review materials relating to draft discovery (1.9); review consultant materials relating to review of EPA data (.80). | 2.70 |
| 06/03/02 | Atkinson | Reviewing documents from associates re: privilege and determining whether coding on Summation is correct. | 2.40 |
| 06/03/02 | Bentz | Preparation of discovery requests (.5); correspondence regarding preparation of historical case defense project(.5). | 1.00 |
| 06/03/02 | Brady | Attorney Work-Product Document Review | 3.50 |
| 06/03/02 | Butcher | Attorney Work-Product Document Review | 4.30 |
| 06/03/02 | Cameron | Review EPA Action memo and prepare and revise discovery requests (1.9); Telephone call and e-mail with R. Finke regarding same (.6); Review material regarding proposed budget for ZAI litigation (.8). | 3.30 |
| 06/03/02 | Cindrich | Attorney Work-Product Document Review. | 6.10 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
     July 31, 2002

Invoice Number 960570
        Page 2

| Date | Name | | Hours |
|------|------|---|-------|
| 06/03/02 | Flatley | Review J. Restivo memo (.10); review J. Bentz memo re: conference call (.30); review issues and exchange e-mails with R. Senftleben (.70); review issues and send e-mail re: status to W. Sparks (1.50); e mails exchange with D. Cameron (.10). | 2.70 |
| 06/03/02 | K. Hindman | Loaded .TXT and .DII files for WRG014 through WRG019.  014 - 1588 Records.  015 - 808 Records. 016 - 1741 Records.  017 - 1110 Records.  018 - 959 Records.  019 - 877 Records.  Checked, Packed, and Blazed. | 2.80 |
| 06/03/02 | Muha | Attorney Work-Product Document Review | 6.70 |
| 06/03/02 | Muha | Review and summarize Grace hearing transcripts (hearing of 3/18/02). | 1.20 |
| 06/03/02 | Raytik | E-mail from R. McLean regarding new volumes for documents. | .10 |
| 06/03/02 | Raytik | E-mail to Systems regarding converting zip files. | .10 |
| 06/03/02 | Raytik | Saved and printed out new volumes for documents. | .10 |
| 06/03/02 | Restivo | Receipt and review of new material | .50 |
| 06/03/02 | Sweet | Document review for medical confidential; privilege; trade secret. | 2.80 |
| 06/04/02 | Atkinson | Reviewing documents from associates re: privilege and determining whether coding on Summation is correct. | 2.80 |
| 06/04/02 | Bentz | Work on discovery requests to the EPA (1.0); conference with J. Restivo regarding budget for science trial (.25); work on historical case defense (.5). | 1.75 |

172573 W. R. Grace & Co.                Invoice Number 960570
60026  Special Abestos Counsel       Page 3
    July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/04/02 | Brady | Attorney Work-Product Document Review | 7.80 |
| 06/04/02 | Butcher | Attorney Work-Product Document Review | 3.80 |
| 06/04/02 | Cameron | Review and revise discovery requests and meet with J. Bentz regarding same (.9); Prepare for and participate in conference call with R. Finke, C. Neitzel and consultants regarding ZAI issues (1.9); Participate in conference call with R. Finke and J. Bentz regarding discovery requests (.6). | 3.40 |
| 06/04/02 | Cindrich | Attorney Work-Product Document Review | 3.50 |
| 06/04/02 | Flatley | R. Senftleben e-mail and call (.20); preparation for conference call (1.00); conference call with R. Senftleben, et al. and preparation of memorandum on it (1.30); preparation for call and call with W. Sparks re: status (.60). | 3.10 |
| 06/04/02 | Muha | Attorney Work-Product Document Review | 5.30 |
| 06/04/02 | Raytik | Summation researched missing data from Vol 20,22,23,24,and 25 spreadsheet received from Onsite. | 1.00 |
| 06/04/02 | Raytik | Review and double-check data with question marks. | 1.00 |
| 06/04/02 | Raytik | Researched missing data. | 3.10 |
| 06/04/02 | Restivo | Work on "budget" to be submitted to Court for ZAI science trial | 1.50 |
| 06/04/02 | Sweet | Document review re: privilege, medical confidential, trade secret. | 5.00 |
| 06/05/02 | Atkinson | Reviewing documents on Summation per associates' review to determine proper coding for privilege, medical confidential. | 4.60 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
     July 31, 2002

Invoice Number 960570
Page 4

| Date | Name | | Hours |
|------|------|---|-------|
| 06/05/02 | Bentz | Review of hearing transcript regarding scheduling and budget (1.7); preparation of discovery requests on EPA (2.3); preparation of budget for ZAI claimants (2.0); preparation of historical case defense project (.8); review of correspondence regarding medical case study (.5). | 7.30 |
| 06/05/02 | Brady | Attorney Work-Product Document Review | 7.50 |
| 06/05/02 | Butcher | Attorney Work-Product Document Review | 1.40 |
| 06/05/02 | Cameron | Meet with J. Restivo, J. Bentz and L. Flatley regarding proposed budget and prepare same (1.2); Telephone call with K&E regarding same (.2); Review Amended Proofs of Claim and prepare objection (1.1); Review May 20 hearing transcript (.6). | 3.10 |
| 06/05/02 | Cindrich | Attorney Work-Product Document Review | 2.10 |
| 06/05/02 | Flatley | E-mail to R. Senftleben and changes to memo based on it (.50); with J. Restivo, D. Cameron and J. Bentz re: science case issues (.80); Dori Kuchinsky e-mail and response (.30). | 1.60 |
| 06/05/02 | Muha | Attorney Work-Product Document Review | 3.00 |
| 06/05/02 | Muha | Review/summarize transcripts from 3/18 and 4/22/2002 Omnibus hearings. | 4.80 |
| 06/05/02 | Raytik | Updated spreadsheets. | .50 |
| 06/05/02 | Restivo | Draft ZAI budget proposal | 3.50 |
| 06/05/02 | Sweet | Document review for medical confidential; privilege; trade secret. | 2.00 |

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026 Special Abestos Counsel                               Page 5
    July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/05/02 | Trevelise | Review correspondence re: status of document review and document production issues. | .30 |
| 06/06/02 | Atkinson | Reviewing expert depositions re: expert rates (1.3); reviewing files re: hearings before Judge O'Connor, and reviewing file lists for same (.9); preparing binders of transcripts before Judge O'Connor for J. Restivo (.4); reviewing documents on Summation per associates' review to determine proper coding for privilege, confidential (2.9); documents to associates for review (.5). | 6.00 |
| 06/06/02 | Bentz | Conference with J. Restivo and L. Flatley regarding ZAI science trial issues (.3); work on objections to ZAI claims (1.8). | 2.10 |
| 06/06/02 | Brady | Attorney Work-Product Document Review | 5.30 |
| 06/06/02 | Butcher | Attorney Work-Product Document Review | 2.00 |
| 06/06/02 | Cameron | Review and comment on proposed budget and e-mails regarding same (.9); Review and revise draft objections to ZAI Proof of Claims and e-mails regarding same (2.3); Review e-mails and correspondence regarding EPA issues (.7). | 3.90 |
| 06/06/02 | Cindrich | Attorney Work-Product Document Review | 3.90 |
| 06/06/02 | Flatley | Review Barbanti proof of claim and e-mail re: possible objections (1.20); review drafting "budget" (.60); with J. Restivo and J. Bentz re: draft "budget" (.40); call with D. Cameron (.30). | 2.50 |

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026  Special Abestos Counsel                              Page 6
    July 31, 2002

Date    Name                                                        Hours
------- -----------                                                 -----


06/06/02 Haines          Multi memos re: missing data            4.10
                         (Vols. 20-25) (0.8); conference
                         with Raytik re: same (0.1); memos
                         re: completed data for Vols. 13-17
                         (0.2); memos re: document review
                         and scanning status (6.7); two
                         telephone calls to On-Site re:
                         status (0.4); telephone calls re:
                         pick-up/delivery status for
                         tomorrow (0.6); memos re: same
                         (0.4); research re: missing data
                         (0.9).

06/06/02 K. Hindman      Removed target sheets from the          2.00
                         Summation database.

06/06/02 Muha            Attorney Work-Product Document          6.80
                         Review

06/06/02 Muha            Review omnibus hearing transcript       1.70
                         notes (.80); draft/revise memo re:
                         "Science trial" discussions at
                         hearing (.90).

06/06/02 Restivo         Prepared ZAI budget                     1.00

06/06/02 Schaffer        Meeting with Restivo regarding           .30
                         committee issues.

06/06/02 Trevelise       Review correspondence re: document       .30
                         review and production issues.

06/07/02 Atkinson        Reviewing Summation documents           4.30
                         pulled by associates re:
                         privilege, medical confidential
                         issues (2.8); preparing binders of
                         hearing transcripts in Barbanti
                         matter, for J. Restivo (.8);
                         arrangements to have boxes sent
                         to/returned from associates for
                         review (.2); e-mails re: scanning
                         problems (.2); arrangements for
                         travel to Boston to complete
                         document review (.3).

06/07/02 Bentz           Reviewing and summarizing various       1.45
                         news articles regarding Libby and
                         ZAI.

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026  Special Abestos Counsel                              Page 7
    July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

06/07/02 Brady          Attorney Work-Product Document          6.10
                        Review

06/07/02 Butcher        Attorney Work-Product Document          3.60
                        Review; work on Grace historical
                        case defense project.

06/07/02 Cameron        Review proposed budget for             3.60
                        claimants and telephone conference
                        with J. Baer re: same (.4); review
                        and revise draft objections to
                        amended proofs of claim and
                        multiple telephone calls re: same
                        (2.7); review materials relating
                        to ZAI trial schedule (.5).

06/07/02 Cindrich       Attorney Work-Product Document          2.50
                        Review

06/07/02 Flatley        D. Siegel e-mail and follow up           .90
                        (.10); with D. Cameron re:
                        objections (.10); review draft
                        objections and give comments to D.
                        Cameron (.70).

06/07/02 K. Hindman     Removed target sheets from              5.00
                        Summation database. Re-loaded the
                        .dii image files for CD's 8 and 9
                        into the Test Load 2 Summation
                        database. Copied CD's 21 and 27-32
                        to the Litigation server. Created
                        a backup of the Test Load 1
                        Summation database.  Imported the
                        summaries for CD's 21 and 27-32
                        and loaded the .dii image files.
                        Ran the Summation maintenance
                        utilities Check, Pack and Blaze.
                        Queried each CD for missing data
                        in the Document Type and Document
                        Sensitivity fields.

06/07/02 Muha           Review recent Grace docket entries.    1.00

06/07/02 Muha           Review and incorporate documents       5.60
                        into Grace historical case defense
                        project.

06/07/02 Muha           Attorney Work-Product Document         1.70
                        Review

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
   July 31, 2002

Invoice Number 960570
Page 8

| Date | Name | | Hours |
|------|------|---|-------|
| 06/07/02 | Restivo | Telephone call with D. Cameron | .40 |
| 06/07/02 | Trevelise | Review correspondence and status of document review and production. | .30 |
| 06/10/02 | Atkinson | Travel arrangements re: W. R. Grace document review (.3); reviewing documents pulled by associates re: privilege, medical confidential and re-coding (1.6); arrangements to have documents printed for associates' review (.4). | 2.30 |
| 06/10/02 | Bentz | Reviewing news publications regarding Grace, Libby and the EPA. | .90 |
| 06/10/02 | Brady | Attorney Work-Product Document Review | 6.80 |
| 06/10/02 | Butcher | Review; Attorney Work-Product Document Review; review; work on Grace historical case defense project. | .40 |
| 06/10/02 | Butcher | Attorney Work-Product Document Review; Work on Grace historical case defense project. | 2.30 |
| 06/10/02 | Cameron | Review and finalize Objections to Amended Proofs of Claim and multiple telephone calls with J. Baer and Delaware counsel regarding same (2.3). | 2.30 |
| 06/10/02 | Cindrich | Attorney Work-Product Document Review | 5.20 |
| 06/10/02 | Devine | Attorney Work-Product Document Review | 3.50 |
| 06/10/02 | Flatley | Review "budget" issues (.70); review and organize correspondence re: case report (.40); e-mails from/to D. Cameron and J. Restivo re: various issues (.40); call with D. Cameron re: objections to claims (.40). | 1.90 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

Invoice Number 960570
Page 9

| Date | Name | | Hours |
|------|------|---|-------|
| 06/10/02 | Haines | Meeting with On-Site re: project status (2.9) memo to Hindman re: loading of 10 new CDs (0.2); telephone call with Anderson re: Friday's pick-up (0.2); telephone Call with Trevelise re: meeting On-Site (0.2). | 3.50 |
| 06/10/02 | Haines | Prepare for meeting with scanning vendor in New York (.75); | .75 |
| 06/10/02 | K. Hindman | Removed target sheets from Summation database. | 4.00 |
| 06/10/02 | Muha | Review documents and incorporate them into Grace historical case defense outline (6.20); assemble supplement to document binders for historical defense outline (1.40); edit and revise Grace historical defense outline (1.20). | 8.80 |
| 06/10/02 | Raytik | E-mail to systems regarding unzipping of files. | .10 |
| 06/10/02 | Raytik | E-mail to K. Lindman regarding problems with images. | .10 |
| 06/10/02 | Raytik | E-mail regarding spreadsheets. | .10 |
| 06/10/02 | Raytik | Saved, profiled and printed out spreadsheets. | .10 |
| 06/10/02 | Restivo | Review transcripts of Barbanti | 1.00 |
| 06/10/02 | Sweet | Document review for medical confidential, privilege, trade secret. | .10 |
| 06/10/02 | Trevelise | Review correspondence re: status of document review (.1); telephone call with S. Haines re: status of OSS progress (.1); telephone call with K. Coggon re: meeting with Will Sparks (.1). | .30 |
| 06/11/02 | Atkinson | Review of W. R. Grace documents in Cambridge, MA. | 6.40 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
   July 31, 2002

Invoice Number 960570
Page 10

| Date | Name | | Hours |
|------|------|---|-------|
| 06/11/02 | Bentz | Work on Grace historical case defense project. | 1.40 |
| 06/11/02 | Brady | Attorney work-product document review. | 7.20 |
| 06/11/02 | Butcher | Attorney work-product document review; incorporate documents into, and draft new portions of, Grace historical case defense outline | 3.10 |
| 06/11/02 | Cindrich | Attorney work-product document review. | 5.20 |
| 06/11/02 | Devine | Attorney work-product document review. | 7.40 |
| 06/11/02 | Flatley | Review documents forwarded by Rick Senftleben. | 1.30 |
| 06/11/02 | Haines | Memo re: scanning/data status (0.5); memos re: missing data (0.2). | .70 |
| 06/11/02 | K. Hindman | Copied CD's 33 through 42 to the Litigation server.  Created a backup of the WR Grace Test Load Summation database.  Imported the summaries and images for CD 33 into this database. | 3.00 |
| 06/11/02 | Muha | Attorney work-product document review. | 5.80 |
| 06/11/02 | Muha | Revise and edit Grace historical case defense outline (2.20); compile witness interview binders for J. Bentz and D. Cameron (.3). | 2.50 |
| 06/11/02 | Raytik | Review of entries with question marks. | .40 |
| 06/11/02 | Raytik | Summation research of missing data from Vol 21,27,28,29,30,31,32 spreadsheet received from Onsite. | 4.40 |
| 06/11/02 | Raytik | Researched missing data. | .25 |
| 06/11/02 | Sweet | Document review for privilege, medical confidential, trade secret. | 6.10 |

172573 W. R. Grace & Co.                                      Invoice Number 960570
60026  Special Abestos Counsel                                     Page 11
    July 31, 2002

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 06/11/02 | Trevelise | Meeting with K. Coggon and W. Sparks re: files maintained by by Sparks and witnesses (3.0) | 3.00 |
| 06/12/02 | Atkinson | Review of W. R. Grace documents in Cambridge, MA. | 8.30 |
| 06/12/02 | Brady | Attorney work-product document review. | 5.60 |
| 06/12/02 | Butcher | Draft passages of Grace historical case defense outline. | 1.60 |
| 06/12/02 | Cameron | Review materials relating to experts in cost recovery action (2.1); Review outline of historical case defense project (.8); E-mails regarding omnibus objections (.2). | 3.10 |
| 06/12/02 | Cindrich | Attorney work-product document review. | 2.30 |
| 06/12/02 | DeMarchi Sleigh | Attorney work-product document review. | 4.20 |
| 06/12/02 | Flatley | Review R. Senftleben e-mail and respond to it. | .20 |
| 06/12/02 | Muha | Finalize edits of Grace historical case defense outline. | .20 |
| 06/12/02 | Muha | Attorney work-product document review. | 3.40 |
| 06/12/02 | Restivo | Telephone calls with R. Finke, L. Naugle, L. Flatley and D. Cameron re ZAI issues in cost recovery action | 1.00 |
| 06/13/02 | Atkinson | Review of W.R. Grace documents in Cambridge, MA (7.3). | 7.30 |
| 06/13/02 | Bentz | Review of objections to proofs of claims. | .50 |
| 06/13/02 | Brady | Attorney work-product document review. | 8.10 |

172573 W. R. Grace & Co.
60026 Special Abestos Counsel
    July 31, 2002

| Date | Name | | Hours |
|------|------|------|-------|
| 06/13/02 | Cameron | Review consultant summaries and prepare outline of issues (1.3); review materials relating to ZAI claims in cost recovery action (1.9). | 3.20 |
| 06/13/02 | Cindrich | Attorney work-product document review. | 5.00 |
| 06/13/02 | DeMarchi Sleigh | Attorney work-product document review. | 2.20 |
| 06/13/02 | K. Hindman | Imported the summaries and images for CD's 34 through 42 into the Summation database, Test Load. Ran queries on each CD to determine if data was missing from the mandatory fields, Document Type and Document Sensitivity. Ran the Summation maintenance utilities, Check, Pack and Blaze. | 3.00 |
| 06/13/02 | Muha | Attorney work-product document review. | 7.70 |
| 06/13/02 | Raytik | Updated Vol. 21,27,28,29,30,31, and 32 spreadsheet from Onsite with missing data from Summation search. | .90 |
| 06/13/02 | Sweet | Document review for medical confidential, privilege, trade secret. | 2.10 |
| 06/14/02 | Atkinson | Reviewing files re: diskettes for Preliminary Injunction hearing and telephone calls to Kirkland & Ellis and e-mails to Reed Smith attorneys re: same (.7); reviewing documents pulled by associates for privilege, medical/confidential (2.7). | 3.40 |
| 06/14/02 | Brady | Attorney work-product document review. | 7.60 |
| 06/14/02 | Butcher | Attorney work-product document review. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number 960570
60026  Special Abestos Counsel                    Page 13
    July 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 06/14/02 | Cameron | Review cost recovery action materials. | 1.20 |
| 06/14/02 | Cindrich | Attorney work-product document review. | 6.50 |
| 06/14/02 | DeMarchi Sleigh | Attorney work-product document review. | 2.20 |
| 06/14/02 | Muha | Attorney work-product document review. | 2.30 |
| 06/15/02 | Bentz | Work on Grace historical case defense project. | 3.80 |
| 06/16/02 | Cameron | Review correspondence and materials relating to administrative record concerning ZAI. | 1.90 |
| 06/17/02 | Atkinson | Printing summary sheets from Summation for attorney review (.9); reviewing documents pulled by associates for privilege, medical confidential issues (3.8). | 4.70 |
| 06/17/02 | Bentz | Preparation of historical case defense project (1.1); review of draft supplemental brief (.5). | 1.60 |
| 06/17/02 | Brady | Attorney work-product document review. | 7.90 |
| 06/17/02 | Butcher | Attorney work-product document review. | 1.30 |
| 06/17/02 | Cindrich | Attorney work-product document review. | 4.00 |
| 06/17/02 | DeMarchi Sleigh | Attorney work-product document review. | 2.30 |
| 06/17/02 | Devine | Attorney work-product document review. | 1.50 |
| 06/17/02 | Flatley | D. Kuchinsky e-mail and responses. | .10 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
   July 31, 2002

Invoice Number 960570
Page 14

| Date | Name | | Hours |
|------|------|--|-------|
| 06/17/02 | Haines | Multi memos re: missing data, Vols. 20-42 (0.6); memos re: CDs, Vols 26, 33-42 (0.2); memo to Atkinson re: review status (0.2); research re: missing data, Vol. 28 (0.5). | 1.50 |
| 06/17/02 | K. Hindman | Created a backup of the Test Load 2 Summation database. Imported corrected summaries for CD's 20 and 22 through 25. Queried the summaries on the mandatory fields, Document Type and Document Sensitivity for any missing data. Loaded the images for each CD. Ran the Summation maintenance utilities, Check, Pack and Blaze on the database. Removed four images that should not have been scanned as they were paralegal instructions. | 2.00 |
| 06/17/02 | Muha | Attorney work-product document review. | 2.90 |
| 06/17/02 | Raytik | E-mail from Susan Haines regarding questions regarding data. | .10 |
| 06/17/02 | Raytik | Started to profile and print out missing data spreadsheets. | .10 |
| 06/17/02 | Raytik | E-mail from Ricardo McLean regarding new volumes. | .10 |
| 06/17/02 | Raytik | E-mail to Systems regarding volumes to be "unzipped". | .10 |
| 06/18/02 | Atkinson | Reviewing coding on Summation documents pulled by associates as privilege, medical confidential (3.3); organizing documents from associates, review for storage (.6). | 3.90 |
| 06/18/02 | Bentz | Work on Grace historical case defense. | 2.80 |
| 06/18/02 | Brady | Attorney work-product document review. | 7.20 |

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026 Special Abestos Counsel                               Page 15
     July 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 06/18/02 | Butcher | Attorney work-product document review. | 3.00 |
| 06/18/02 | Cameron | Review draft brief relating to PI claims and provide comments (1.9); Review e-mails regarding same (.5). | 2.40 |
| 06/18/02 | Cindrich | Attorney work-product document review. | 3.50 |
| 06/18/02 | DeMarchi Sleigh | Attorney work-product document review. | 1.60 |
| 06/18/02 | Devine | Attorney work-product document review. | 6.70 |
| 06/18/02 | Flatley | E-mails re: scheduling meeting (.10); with J. Restivo and D. Cameron re: R. Finke call (.40); review issues in preparation for R. Sentfleben call (.90); call with R. Senftleben (.30). | 1.70 |
| 06/18/02 | Haines | Memos to Raytik re: missing data (0.3); research re: missing data, Vol. 29 (0.7); memo re: same (0.1); complete spreadsheet; memos re: delivery for next week (0.1). | 1.20 |
| 06/18/02 | K. Hindman | Copied CD's 26 and 43 through 50 to the Litigation server. | 2.00 |
| 06/18/02 | Muha | Attorney work-product document review. (2.0); attend portion of meeting with B. Sweet, S. Cindrich and B. Devine re: Attorney work-product document review project (.6). | 2.60 |
| 06/18/02 | Raytik | Researched missing data. | 1.25 |
| 06/18/02 | Restivo | Telephone conference with B. Whitman re Superfund (1.0); telephone call with R. Finke re same (0.5); meeting with D. Cameron and L. Flatley re same (0.5); review draft brief (0.6) | 2.60 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/18/02 | Sweet | Detailed explanation of Phase II of Grace document review with B. Devine and S. Cindrich (.90); began document review and dictation (4.60). | 5.50 |
| 06/18/02 | Whitman | Environmental advice to J. Restivo re: EPA vermiculite investigation. | .80 |
| 06/19/02 | Atkinson | Reviewing, coding documents from Summation reviewed by associates and determined to be medical confidential, privilege. | 4.70 |
| 06/19/02 | Bentz | Work on discovery request to the EPA (.9); conference call regarding discovery requests on the EPA (1.0); reviewing and summarizing news articles regarding Grace, Libby and attic insulation (1.4). | 3.30 |
| 06/19/02 | Brady | Attorney work-product document review. | 7.80 |
| 06/19/02 | Butcher | Attorney work-product document review. | .50 |
| 06/19/02 | Cameron | Review draft discovery responses in cost recovery action and telephone call with R. Finke and J. Bentz regarding same (1.9); Meet with J. Bentz regarding same (.3); Review materials regarding proposed budget and telephone call with J. Baer regarding same (1.4); Meet with J. Restivo regarding same (.5). | 4.10 |
| 06/19/02 | Cindrich | Attorney work-product document review. | 5.20 |
| 06/19/02 | DeMarchi Sleigh | Attorney work-product document review. | 3.70 |
| 06/19/02 | Devine | Attorney work-product document review. | 6.40 |
| 06/19/02 | Flatley | With J. Restivo re: status. | .20 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

Invoice Number 960570
Page 17

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/19/02 | Haines | Multi memos re: delivery to Cambridge (0.3); memos re: missing data (0.2); telephone call to Thornton re: scanning status (0.3); memo to Trevelise re: same (0.1). | .90 |
| 06/19/02 | K. Hindman | Created a backup of the Test Load Summation database.  Imported summaries and images into the database from each CD.  Ran the Summation maintenance utilities, Check, Pack and Blaze on the database.  Queried mandatory fields for missing data. | 3.00 |
| 06/19/02 | Raytik | Researched missing data Vol 39. | 1.50 |
| 06/19/02 | Restivo | "Science trial" budget issues | 1.00 |
| 06/19/02 | Sweet | Attorney work-product document review. | 6.40 |
| 06/19/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 06/20/02 | Atkinson | Reviewing, coding documents from Summation reviewed by associates and determined to be medical confidential, privilege. | 3.70 |
| 06/20/02 | Bentz | Work on discovery requests to the EPA (.4); review of news articles on Grace, Libby and proposed legislation (1.4). | 1.80 |
| 06/20/02 | Brady | Attorney work-product document review. | 6.50 |
| 06/20/02 | Butcher | Attorney work-product document review. | 3.40 |
| 06/20/02 | Cameron | Prepare and revise draft budget (.9); Meet with J. Restivo regarding same (.3); Review draft discovery requests, e-mails to K. Coggon and telephone call with R. Finke regarding same (.8); Review and comment on mediation supplemental brief (.8). | 2.80 |

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026  Special Abestos Counsel                              Page 18
      July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/20/02 | Cindrich | Attorney work-product document review. | 8.00 |
| 06/20/02 | Haines | Telephone call to Byrne re: status of ONSS project (0.2). | .20 |
| 06/20/02 | Muha | Attorney work-product document review. | .70 |
| 06/20/02 | Raytik | Researched missing data. | 1.40 |
| 06/20/02 | Raytik | Updated spreadsheets. | 3.00 |
| 06/20/02 | Restivo | "Science trial" budget | 1.00 |
| 06/20/02 | Sweet | Attorney work-product document review. | 7.90 |
| 06/21/02 | Atkinson | Telephone call with Winthrop Square re: status of review (.2); boxes to associates for substantive review of documents (.6). | .80 |
| 06/21/02 | Bentz | Review of news articles on Grace and Libby (.5); meeting with L. Flatley and D. Cameron regarding Science trial (.8); work on historical case defense project(.75). | 2.05 |
| 06/21/02 | Butcher | Attorney work-product document review. | 4.60 |
| 06/21/02 | Cameron | Prepare and revise proposed litigation budget for ZAI science trial (2.1); meet with L. Flatley and J. Bentz re: same (.40); review and provide comments on PD Committee Application and budget (1.10). | 3.60 |
| 06/21/02 | Cindrich | Attorney work-product document review. | 6.40 |
| 06/21/02 | DeMarchi Sleigh | Attorney work-product document review. | 2.40 |
| 06/21/02 | Devine | Attorney work-product document review. | 3.90 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

Invoice Number 960570
Page 19

| Date | Name | | Hours |
|------|------|---|-------|
| 06/21/02 | Flatley | Review and revise draft budget (1.00); with D. Cameron and J. Bentz to discuss and revise draft (.70). | 1.70 |
| 06/21/02 | Haines | Memos re: missing dates (0.2); telephone call with Byrne re: status (0.2). | .40 |
| 06/21/02 | Muha | Attorney work-product document review. | 2.10 |
| 06/22/02 | Cameron | Review materials for budget (.90). | .90 |
| 06/23/02 | Cameron | Review and revise proposed budget and e-mails re: same (.90). | .90 |
| 06/24/02 | Atkinson | Checking coding correctness on documents designated by associates as privilege, medical confidential. | 3.40 |
| 06/24/02 | Bentz | Preparation of historical case defense project. | 1.80 |
| 06/24/02 | Brady | Attorney work-product document review. | 4.70 |
| 06/24/02 | Butcher | Attorney work-product document review. | 4.40 |
| 06/24/02 | Cameron | Review and revise proposed budget and e-mails regarding same (.90); telephone call with R. Finke, J. Baer and J. Restivo regarding same (.70) | 1.60 |
| 06/24/02 | Cindrich | Attorney work-product document review. | 8.00 |
| 06/24/02 | DeMarchi Sleigh | Attorney work-product document review. | 5.20 |
| 06/24/02 | Devine | Attorney work-product document review. | 8.50 |
| 06/24/02 | Flatley | Review e-mails and notice (.40); with D. Cameron re: "budget" (.10). | .50 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
   July 31, 2002

Invoice Number 960570
Page 20

| Date | Name | | Hours |
|------|------|------|-------|
| 06/24/02 | Haines | Multi memos re: On-Site scanning invoices (0.7); memos re: Vols. 51-60 (0.5); research re: missing data (0.6); memos re: missing data and data up loads (0.2); telephone call with Byrne re: invoice status (0.3); telephone call with Thornton re: project status and pick-up (0.2); memos re: same (0.2). | 2.50 |
| 06/24/02 | Muha | Attorney work-product document review. | 4.00 |
| 06/24/02 | Raytik | E-mails from Susan Haines regarding missing data. | .10 |
| 06/24/02 | Raytik | Started researching missing data. | .25 |
| 06/24/02 | Restivo | Finalize draft budget and calls to J. Baer, R. Finke and D. Cameron | 2.00 |
| 06/24/02 | Sweet | Document review and meeting re: same with B. Devine and S. Cindrich. | 7.00 |
| 06/25/02 | Atkinson | Reviewing W.R.Grace document review in Boston for production. | 6.20 |
| 06/25/02 | Bentz | Review of news articles regarding Grace (.25); review of various pretrial orders and schedules (.4). | .65 |
| 06/25/02 | Brady | Attorney work-product document review. | 7.30 |
| 06/25/02 | Butcher | Attorney work-product document review. | 3.00 |
| 06/25/02 | Cameron | Review materials relating to budget (.6); Review materials relating to consultant meetings (.9). | 1.50 |
| 06/25/02 | Cindrich | Attorney work-product document review. | 6.80 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

Invoice Number 960570
Page 21

| Date | Name | | Hours |
|------|------|--|-------|
| 06/25/02 | DeMarchi Sleigh | Attorney work-product document review. | 10.00 |
| 06/25/02 | Devine | Attorney work-product document review. | 7.60 |
| 06/25/02 | Flatley | With J. Restivo (.10); review correspondence and e-mail (.20). | .30 |
| 06/25/02 | Haines | Telephone call with Byrne re: June invoices (0.2); telephone call with Thornton re: pick-up delivery (0.1); memo to McLean re: missing data, Vol. 46 (0.1); conference with Raytik re: same (0.1); telephone call with Murphy re: pick-up (0.1); multi memos re: missing data (0.3); memos re: invoice status (0.2). | 1.10 |
| 06/25/02 | K. Hindman | Extracted the corrected summary files received via email from On Site Sourcing.  Created a backup of the Test Load 2 Summation database. Imported the summary files for Volumes 21 and 27 through 42 and loaded each image file for each CD into the database.  Ran the Summation utilities Check, Pack and Blaze. Copied Volumes 51 through 60 to the Litigation server. | 4.00 |
| 06/25/02 | Muha | Attorney work-product document review. | 5.10 |
| 06/25/02 | Raytik | E-mails from Susan Haines regarding updated spreadsheets. | .10 |
| 06/25/02 | Raytik | Reviewed, profiled and printed out spreadsheets. | .10 |
| 06/25/02 | Restivo | Review new material and dictate things to do re same. | 1.00 |
| 06/26/02 | Atkinson | W.R. Grace document review in Cambridge, MA. | 6.30 |
| 06/26/02 | Brady | Attorney work-product document review. | 4.40 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
        July 31, 2002

Invoice Number 960570
Page 22

| Date | Name | | Hours |
|------|------|------|-------|
| 06/26/02 | Butcher | Attorney work-product document review. | 4.50 |
| 06/26/02 | Cameron | Review draft discovery and correspondence regarding attic insulation issues in cost recovery action (1.1); E-mails regarding comments (.4); Review materials relating to agenda for expert meetings and provide comments (.8). | 2.30 |
| 06/26/02 | Cindrich | Attorney work-product document review. | 6.10 |
| 06/26/02 | DeMarchi Sleigh | Attorney work-product document review. | 9.00 |
| 06/26/02 | Flatley | E-mails re: status. | .20 |
| 06/26/02 | K. Hindman | Created a backup of the Test Load Summation database.  Imported the summary files for Volumes 51 through 54 and loaded each image file for each CD into the database. | 1.50 |
| 06/26/02 | Muha | Attorney work-product document review. | 3.90 |
| 06/26/02 | Restivo | Review of final budget, meeting agenda for July 1-2 and other material | .70 |
| 06/26/02 | Sweet | Document review and dictation; Phase II. | 6.10 |
| 06/27/02 | Atkinson | Completing inventory of W.R. Grace documents reviewed/scanned and completing review project in Boston. | 8.00 |
| 06/27/02 | Butcher | Attorney work-product document review. | 4.80 |
| 06/27/02 | Cameron | Review draft responses to PD Committee Budget and application to retain counsel. | .90 |
| 06/27/02 | Cindrich | Attorney work-product document review. | 6.50 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
    July 31, 2002

Invoice Number 960570
Page 23

| Date | Name | | Hours |
|------|------|------|-------|
| 06/27/02 | DeMarchi Sleigh | Attorney work-product document review. | 7.80 |
| 06/27/02 | Haines | Multi memos re: missing data for Vols. 51-60. | .30 |
| 06/27/02 | K. Hindman | Imported the summaries and images for Volumes 55 through 60.  Ran the Summation maintenance utilities, Check, Pack and Blaze. Queried the loaded data for volumes 51 through 60 for missing data from the Document Type and Document Sensitivity fields. | 2.00 |
| 06/27/02 | Sweet | Attorney work-product document review. | 6.20 |
| 06/28/02 | Atkinson | Completing inventory of W.R. Grace documents reviewed/scanned in Boston (5.2) | 5.20 |
| 06/28/02 | Brady | Attorney work-product document review. | .50 |
| 06/28/02 | Butcher | Attorney work-product document review. | 5.20 |
| 06/28/02 | DeMarchi Sleigh | Attorney work-product document review. | 4.10 |
| 06/28/02 | Flatley | Review e-mails and correspondence. | .40 |
| 06/28/02 | Haines | Multi memos re: scanning invoices and project status. | .60 |
| 06/28/02 | Raytik | Researched missing data. | .25 |
| 06/28/02 | Raytik | Updated spreadsheet. | .10 |
| 06/28/02 | Raytik | Researched missing data. | .25 |
| 06/28/02 | Raytik | Updated spreadsheet. | .10 |

172573 W. R. Grace & Co.                          Invoice Number 960570
60026  Special Abestos Counsel                    Page 24
   July 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 06/28/02 | Restivo | Finalize objections to Committee budget and retention motions | 1.00 |
| 06/28/02 | Sweet | Attorney work-product document review. | 4.20 |
| 06/28/02 | Trevelise | Review correspondence re: status of document review. | .10 |
| 06/29/02 | Atkinson | Document summaries from Summation for Associates' review. | 1.10 |
| 06/30/02 | Butcher | Attorney work-product document review. | 2.00 |

TOTAL HOURS    821.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Trevelise | 4.50 | at $ | 360.00 | = | 1,620.00 |
| James J. Restivo Jr. | 18.20 | at $ | 430.00 | = | 7,826.00 |
| Lawrence E. Flatley | 19.30 | at $ | 400.00 | = | 7,720.00 |
| Eric A. Schaffer | .30 | at $ | 405.00 | = | 121.50 |
| Douglas E. Cameron | 52.70 | at $ | 385.00 | = | 20,289.50 |
| James W Bentz | 36.70 | at $ | 300.00 | = | 11,010.00 |
| Bradford F Whitman | .80 | at $ | 360.00 | = | 288.00 |
| Scott W. Brady | 111.80 | at $ | 185.00 | = | 20,683.00 |
| Scott M. Cindrich | 96.80 | at $ | 185.00 | = | 17,908.00 |
| Lisa D. DeMarchi Sleigh | 54.70 | at $ | 185.00 | = | 10,119.50 |
| Bryan C. Devine | 45.50 | at $ | 185.00 | = | 8,417.50 |
| Jayme L. Butcher | 60.40 | at $ | 185.00 | = | 11,174.00 |
| Andrew J. Muha | 96.80 | at $ | 185.00 | = | 16,613.00 |
| Benjamin J. Sweet | 61.40 | at $ | 180.00 | = | 11,052.00 |
| M. Susan Haines | 17.75 | at $ | 150.00 | = | 2,662.50 |
| Maureen L. Atkinson | 95.80 | at $ | 120.00 | = | 11,496.00 |
| Carey E. Raytik | 21.05 | at $ | 75.00 | = | 1,578.75 |
| Karen Hindman | 34.30 | at $ | 110.00 | = | 3,773.00 |

CURRENT FEES                              164,352.25

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      960570
One Town Center Road                         Invoice Date      07/31/02
Boca Raton, FL    33486                      Client Number       172573
                                             Matter Number        60026

=========================================================================

Re: Travel


FOR PROFESSIONAL SERVICES PROVIDED THROUGHT JUNE 30,2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/10/02 | Atkinson | Fifty percent of travel time to Boston re: document review. | 1.80 |
| 06/11/02 | Haines | Travel from New York City (50%) re: meeting with scanning vendor (1.0). | 1.00 |
| 06/11/02 | Trevelise | Travel to Wilmington to meet with Will Sparks and Kathryn Coggon re: document review and production (.3) (half time). | .30 |
| 06/13/02 | Atkinson | Half of travel from Boston to Pittsburgh (2.1). | 2.10 |
| 06/25/02 | Atkinson | Fifty percent of travel time to Boston | 1.90 |
| 06/28/02 | Atkinson | (50%) of travel time from Boston (2.1). | 2.10 |

                                                            ------
                                              TOTAL HOURS  9.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Trevelise | .30 at | $ | 360.00 | = | 108.00 |
| M. Susan Haines | 1.00 at | $ | 150.00 | = | 150.00 |
| Maureen L. Atkinson | 7.90 at | $ | 120.00 | = | 948.00 |

               CURRENT FEES                        1,206.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number      960570
One Town Center Road                   Invoice Date      07/31/02
Boca Raton, FL   33486                 Client Number       172573


================================================================================

Re: Billing Procedures, Fee Petitions and Interim Compensation

| Date | Name | | Hours |
|------|------|------|------|
| 05/28/02 | Keuler | Reviewed and revised fee application and reviewed changes with J. Lord. | .30 |
| 06/09/02 | Cameron | Review materials for fee application. | 1.20 |
| 06/10/02 | Cameron | Review materials relating to fee applications | .40 |
| 05/10/02 | Lord | E-correspondence with Ferry & Joseph re: receipt of fee application (.1); prepare additional service to Ferry & Joseph per request (.3) | .40 |
| 06/21/02 | Cameron | Review fee petition materials (.80). | .80 |
| 06/22/02 | Cameron | Review fee application materials (.70) | .70 |
| 06/23/02 | Cameron | Final comments to draft materials for fee application (.60). | .60 |
| 06/26/02 | Lord | Research docket and draft CNO for Reed Smith's 10th fee application (.5); discuss same with R. Keuler (.1); prepare service and coordinate e-filing of same (.5); e-correspondence with P. Lykens re: status of May fee application (.1). | 1.20 |

172573 W. R. Grace & Co.                                    Invoice Number 960570
60026  Billing Procedures, Fee Petitions and Interim Compensation
       July 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 06/27/02 | Lord | Prepare correspondence and forward tenth Reed Smith CNO to Mr. Finke at Grace (.3); e-correspondence with P. Lykens re: upcoming fee application requirements (.2). | .50 |
| 06/27/02 | Muha | Review 11th monthly fee application | .30 |

                                                        ------
                                        TOTAL HOURS    6.40

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Douglas E. Cameron | 3.70 at | $  385.00 | = | 1,424.50 |
| Andrew J. Muha | .30 at | $  185.00 | = | 55.50 |
| Richard A. Jr. Keuler | .30 at | $  240.00 | = | 72.00 |
| John B. Lord | 2.10 at | $  145.00 | = | 304.50 |

                    CURRENT FEES                         1,856.50

                                                    -------------
            TOTAL BALANCE DUE UPON RECEIPT          $  167,414.75