REED SMITH LLP

PO Box 360074M

Pittsburgh, PA  15251-6074

Tax ID# 25-0749630

| W.R Grace & Co. | | Invoice Number | 960567 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 07/31/02 |
| Boca Raton, FL   33486 | | Client Number | 172573 |

=================================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel


    Expenses                    26,462.86


            TOTAL BALANCE DUE UPON RECEIPT      $ 26,462.86

                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      960567
One Town Center Road                     Invoice Date      07/31/02
Boca Raton, FL   33486                   Client Number       172573

===========================================================================

Re: Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 6.00 |
| Telephone Expense | 40.29 |
| Documentation Charge | 80.58 |
| Duplicating/Printing | 516.70 |
| Posting Expense | 3.58 |
| Courier Service | 196.08 |
| Outside Duplicating | 5,409.53 |
| Lodging | 1,099.72 |
| Transportation | 46.00 |
| Air Travel Expense | 4,825.50 |
| Rail Travel Expense | 31.00 |
| Automobile Expense | 67.18 |
| Taxi Expense | 125.80 |
| Mileage Expense | 155.13 |
| Meal Expense | 249.26 |
| Telephone - Outside | 15.60 |
| General Expense | 356.98 |
| Document Scanning/Imaging Expense | 13,237.93 |

            CURRENT EXPENSES                      26,462.86
                                                 -----------

            TOTAL BALANCE DUE UPON RECEIPT      $ 26,462.86

                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number      960567
One Town Center Road                               Invoice Date      07/31/02
Boca Raton, FL    33486                            Client Number       172573
                                                   Matter Number        60026

============================================================================

Re: (60026)  Special Abestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/28/02 | Document Scanning/ Imaging Expense- ON SITE SOURCING INC | 648.79 |
| 04/12/02 | ATTY # 0235; 12 COPIES | 1.80 |
| 04/15/02 | ATTY # 0235; 2 COPIES | .30 |
| 05/02/02 | Courier Service UPS | 32.40 |
| 05/09/02 | Courier Service UPS | 8.92 |
| 05/09/02 | Courier Service UPS | 10.46 |
| 05/09/02 | Courier Service UPS | 8.92 |
| 05/09/02 | Courier Service UPS | 8.92 |
| 05/09/02 | Courier Service UPS | 9.07 |
| 05/09/02 | Courier Service UPS | 8.47 |
| 05/09/02 | Courier Service UPS | 8.92 |
| 05/09/02 | Air Travel Expense-ATKINSON/MAUREEN L 13MAY PIT BOS PIT, Document review in Boston | 976.50 |
| 05/12/02 | Rail Travel Expense-ROSSI/M SUSAN 15APR PHL NYP PHL, Document scanning for Attorney Document Review | -180.00 |
| 05/12/02 | Courier Service parcels inc inv 5/12/02 | 100.00 |
| 05/13/02 | Air Travel Expense-ROSSI/M SUSAN 15MAY PHL BOS PHL, Document review in Boston | 770.00 |

```
172573  W. R. Grace & Co.                          Invoice Number  960567
 60026  Special Abestos Counsel            Page    2
        July 31, 2002
```

| Date | Description | Amount |
|---|---|---|
| 05/14/02 | Air Travel Expense-TREVELISE/ANDREW 14MAY PHL FLL PHL, Meeting in Boca Raton, FL with Grace | 624.50 |
| 05/16/02 | Air Travel Expense-RESTIVO/JAMES J 20MAY PIT PHL PIT, Bankruptcy Court Hearing | 501.50 |
| 05/21/02 | 202-785-9700/WASHINGTON, DC/10 | .57 |
| 05/23/02 | 215-981-4416/PHILA, PA/1 | .12 |
| 05/23/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 05/23/02 | Air Travel Expense-ATKINSON/MAUREEN L 28MAY PIT BOS PIT, Document Review in Boston | 976.50 |
| 05/24/02 | 312-474-7139/CHICAGO, IL/2 | .17 |
| 05/28/02 | 412-288-4148/PITTSBURGH, PA/17 | .99 |
| 05/28/02 | 617-426-5900/BOSTON, MA/9 | .57 |
| 05/29/02 | 561-362-1533/BOCA RATON, FL/14 | .86 |
| 05/29/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 05/29/02 | 212-252-9700/NEW YORK, NY/1 | .11 |
| 05/30/02 | Postage Expense 5/30/02 | .34 |
| 05/30/02 | 212-252-9700/NEW YORK, NY/4 | .29 |
| 05/31/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 05/31/02 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 05/31/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 05/31/02 | Postage Expense | 2.90 |
| 05/31/02 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 05/31/02 | 202-785-9700/WASHINGTON, DC/2 | .17 |
| 06/01/02 | ATTY # 0856; 1 COPIES | .15 |
| 06/01/02 | ATTY # 0885: 3 COPIES | .45 |
| 06/03/02 | ATTY # 0856; 7 COPIES | 1.05 |
| 06/03/02 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  960567
   60026  Special Abestos Counsel            Page    3
      July 31, 2002

| Date | Description | Amount |
|---|---|---|
| 06/03/02 | ATTY # 0885: 5 COPIES | .75 |
| 06/03/02 | ATTY # 0885: 5 COPIES | .75 |
| 06/03/02 | ATTY # 0701: 11 COPIES | 1.65 |
| 06/03/02 | ATTY # 0887: 3 COPIES | .45 |
| 06/03/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/03/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/03/02 | ATTY # 0887: 2 COPIES | .30 |
| 06/03/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/03/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/03/02 | 202-775-4726/WASHINGTON, DC/5 | .29 |
| 06/04/02 | ATTY # 0559; 138 COPIES | 20.70 |
| 06/04/02 | ATTY # 0349; 7 COPIES | 1.05 |
| 06/04/02 | ATTY # 0396: 2 COPIES | .30 |
| 06/04/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/04/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/04/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/04/02 | ATTY # 0396: 2 COPIES | .30 |
| 06/04/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/04/02 | ATTY # 0349: 19 COPIES | 2.85 |
| 06/04/02 | 561-362-1533/BOCA RATON, FL/18 | 1.08 |
| 06/04/02 | 302-652-5340/WILMINGTON, DE/19 | 1.08 |
| 06/04/02 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 06/05/02 | LODGING RE: TRAVEL TO GRACE IN BOCA RATON, FL. FOR DOCUMENT REVIEW/PRODUCTION MEETING WITH R. FINKE AND K. COGGON 5/14-15/02- ANDREW TREVELISE - Lodging - - VENDOR: ANDREW TREVELISE | 75.90 |

172573 W. R. Grace & Co.                          Invoice Number  960567
60026  Special Abestos Counsel                    Page   4
        July 31, 2002

| Date | Description | Amount |
|---|---|---|
| 06/05/02 | AUTO RENTAL RE: TRAVEL TO GRACE IN BOCA RATON, FL. FOR DOCUMENT REVIEW/PRODUCTION MEETING WITH R. FINKE AND K. COGGON 5/14-15/02- ANDREW TREVELISE | 67.18 |
| 06/05/02 | PARKING AT AIRPORT RE: TRAVEL TO GRACE IN BOCA RATON, FL. FOR DOCUMENT REVIEW/PRODUCTION MEETING WITH R. FINKE AND K. COGGON 5/14-15/02- ANDREW TREVELISE - Mileage Expense | 18.00 |
| 06/05/02 | ATTY # 0885: 9 COPIES | 1.35 |
| 06/05/02 | ATTY # 0396: 2 COPIES | .30 |
| 06/05/02 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/05/02 | ATTY # 0885: 9 COPIES | 1.35 |
| 06/05/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/05/02 | ATTY # 0396: 2 COPIES | .30 |
| 06/05/02 | 312-861-2162/CHICAGO, IL/2 | .11 |
| 06/06/02 | VALERIE SLADE 5/6/02 (2220) - Taxi Expense - OLDE CITY TAXI COACH for Travel relating to Document Review | 57.10 |
| 06/06/02 | ATTY # 0856; 38 COPIES | 5.70 |
| 06/06/02 | ATTY # 0856; 234 COPIES | 23.40 |
| 06/06/02 | ATTY # 0856; 1 COPIES | .15 |
| 06/06/02 | ATTY # 0856; 110 COPIES | 11.00 |
| 06/06/02 | ATTY # 0349; 2 COPIES | .30 |
| 06/06/02 | ATTY # 0349; 40 COPIES | 6.00 |
| 06/06/02 | ATTY # 0349: 8 COPIES | 1.20 |
| 06/06/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/06/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                          Invoice Number  960567
60026  Special Abestos Counsel                    Page    5
       July 31, 2002
```

| Date | Description | Amount |
|------|-------------|-------:|
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/06/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/06/02 | ATTY # 0710: 6 COPIES | .90 |
| 06/06/02 | ATTY # 0856: 2 COPIES | .30 |
| 06/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/06/02 | 212-252-9700/NEW YORK, NY/3 | .23 |
| 06/06/02 | 617-542-3025/BOSTON, MA/2 | .11 |
| 06/06/02 | ATTY # 0856; 613 COPIES | 61.30 |
| 06/06/02 | Rail Travel Expense-HAINES/SUSAN 10JUN PHL NYP PHL, Document Scanning Meeting for Attorney Document Review | 205.00 |
| 06/06/02 | ATTY # 1911: 17 COPIES | 2.55 |
| 06/07/02 | ATTY # 0701; 2 COPIES | .30 |
| 06/07/02 | ATTY # 0710; 140 COPIES | 14.00 |
| 06/07/02 | ATTY # 0856; 468 COPIES | 46.80 |
| 06/07/02 | ATTY # 0856; 140 COPIES | 14.00 |
| 06/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 06/07/02 | ATTY # 0701: 49 COPIES | 7.35 |
| 06/07/02 | ATTY # 0710: 2 COPIES | .30 |
| 06/07/02 | ATTY # 0856: 4 COPIES | .60 |
| 06/07/02 | ATTY # 0856: 3 COPIES | .45 |
| 06/07/02 | ATTY # 0856: 6 COPIES | .90 |
| 06/07/02 | ATTY # 0701: 104 COPIES | 15.60 |
| 06/07/02 | ATTY # 0349: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                        Invoice Number  960567
 60026  Special Abestos Counsel                  Page    6
        July 31, 2002
```

| | | |
|---|---|---:|
| 06/07/02 | ATTY # 0885: 4 COPIES | .60 |
| 06/07/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/07/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/07/02 | ATTY # 0856: 10 COPIES | 1.50 |
| 06/07/02 | Air Travel Expense-ATKINSON/MAUREEN L 10JUN PIT BOS PIT, Document Review in Boston | 976.50 |
| 06/07/02 | 312-861-2162/CHICAGO, IL/5 | .34 |
| 06/07/02 | 312-861-2162/CHICAGO, IL/4 | .23 |
| 06/07/02 | Duplicating/Printing | -5.50 |
| 06/07/02 | Duplicating/Printing | -2.30 |
| 06/09/02 | ATTY # 0559; 10 COPIES | 1.50 |
| 06/09/02 | ATTY # 0856: 3 COPIES | .45 |
| 06/09/02 | ATTY # 0856: 3 COPIES | .45 |
| 06/10/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV.for Document Production | 1582.54 |
| 06/10/02 | ATTY # 0710; 2 COPIES | .30 |
| 06/10/02 | ATTY # 1398; 115 COPIES | 17.25 |
| 06/10/02 | ATTY # 0701; 8 COPIES | 1.20 |
| 06/10/02 | ATTY # 0701; 141 COPIES | 21.15 |
| 06/10/02 | ATTY # 0710; 5 COPIES | .75 |
| 06/10/02 | ATTY # 0701; 1 COPIES | .15 |
| 06/10/02 | ATTY # 0885; 48 COPIES | 7.20 |
| 06/10/02 | ATTY # 0423; 1 COPIES | .15 |
| 06/10/02 | ATTY # 0718; 47 COPIES | 7.05 |
| 06/10/02 | 617-542-3025/BOSTON, MA/8 | .46 |
| 06/10/02 | ATTY # 0885: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                          Invoice Number  960567
  60026 Special Abestos Counsel                    Page    7
       July 31, 2002
```

| Date | Description | Amount |
|---|---|---|
| 06/10/02 | ATTY # 0885: 4 COPIES | .60 |
| 06/10/02 | ATTY # 0885: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0701: 106 COPIES | 15.90 |
| 06/10/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0885: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0349: 3 COPIES | .45 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 2 COPIES | .30 |
| 06/10/02 | ATTY # 0887: 2 COPIES | .30 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | ATTY # 0887: 1 COPIES | .15 |
| 06/10/02 | 302-778-6464/WILMINGTON, DE/1 | .11 |
| 06/10/02 | 302-778-6464/WILMINGTON, DE/1 | .11 |
| 06/10/02 | 303-884-6319/DENVER, CO/2 | .11 |
| 06/11/02 | General Expense - HARRISMARTIN PUBLISHING 1/3 OF COST OF COLUMNS-ASBESTOS | 325.00 |
| 06/11/02 | ATTY # 0697; 16 COPIES | 2.40 |
| 06/11/02 | ATTY # 0710; 586 COPIES | 58.60 |
| 06/11/02 | ATTY # 0701: 106 COPIES | 15.90 |
| 06/11/02 | ATTY # 0701: 8 COPIES | 1.20 |

172573   W. R. Grace & Co.                          Invoice Number   960567
  60026  Special Abestos Counsel                    Page    8
         July 31, 2002

| | | |
|---|---|---|
| 06/12/02 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC. OVERSIZE | 8.35 |
| 06/12/02 | ATTY # 0701: 4 COPIES | .60 |
| 06/12/02 | ATTY # 0701: 108 COPIES | 16.20 |
| 06/12/02 | ATTY # 0701: 106 COPIES | 15.90 |
| 06/12/02 | ATTY # 0701: 4 COPIES | .60 |
| 06/13/02 | ATTY # 1274; 2 COPIES | .20 |
| 06/13/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/13/02 | ATTY # 0885: 1 COPIES | .15 |
| 06/13/02 | ATTY # 0885: 8 COPIES | 1.20 |
| 06/13/02 | Binding Charge | 6.00 |
| 06/14/02 | ATTY # 0856: 104 COPIES | 15.60 |
| 06/14/02 | 312-861-6369/CHICAGO, IL/4 | .23 |
| 06/15/02 | ATTY # 0856; 1 COPIES | .15 |
| 06/17/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 06/17/02 | ATTY # 0856: 1 COPIES | .15 |
| 06/17/02 | ATTY # 0887: 2 COPIES | .30 |
| 06/17/02 | ATTY # 0887: 2 COPIES | .30 |
| 06/18/02 | ATTY # 3273; 16 COPIES | 2.40 |
| 06/18/02 | 561-362-1551/BOCA RATON, FL/22 | 1.31 |
| 06/18/02 | 312-474-7139/CHICAGO, IL/1 | .11 |
| 06/18/02 | 561-362-1533/BOCA RATON, FL/33 | 1.88 |
| 06/19/02 | Telephone - Outside -  DOUGLAS E. CAMERON | 15.60 |
| 06/19/02 | PACER SERVICE CHARGES  (KELLY GORDON) Documentation Charge | 34.58 |
| 06/19/02 | ATTY # 0559; 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number  960567
  60026 Special Abestos Counsel                   Page    9
        July 31, 2002

| | | |
|---|---|---|
| 06/19/02 | ATTY # 3254; 6 COPIES | .60 |
| 06/19/02 | ATTY # 3254: 2 COPIES | .30 |
| 06/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 06/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 06/19/02 | ATTY # 3254: 1 COPIES | .15 |
| 06/19/02 | 561-482-2257/BOCA RATON, FL/4 | .29 |
| 06/19/02 | 561-362-1533/BOCA RATON, FL/28 | 1.60 |
| 06/19/02 | 303-866-0408/DENVER, CO/1 | .11 |
| 06/19/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 06/20/02 | ATTY # 0885; 48 COPIES | 7.20 |
| 06/20/02 | ATTY # 0349: 6 COPIES | .90 |
| 06/20/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/20/02 | ATTY # 0885: 4 COPIES | .60 |
| 06/20/02 | ATTY # 0885: 4 COPIES | .60 |
| 06/20/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 06/20/02 | ATTY # 0885: 4 COPIES | .60 |
| 06/20/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/20/02 | Telephone Expense | 3.89 |
| 06/20/02 | Telephone Expense | 15.54 |
| 06/20/02 | 561-362-1533/BOCA RATON, FL/9 | .51 |
| 06/20/02 | 410-561-9714/TOWSON, MD/16 | .97 |
| 06/20/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 06/21/02 | ATTY # 0559; 32 COPIES | 4.80 |
| 06/21/02 | 202-434-5000/WASHINGTON, DC/2 | .11 |

172573 W. R. Grace & Co.                          Invoice Number  960567
  60026 Special Abestos Counsel                   Page   10
    July 31, 2002

| | | |
|---|---|---:|
| 06/21/02 | 312-474-7139/CHICAGO, IL/8 | .46 |
| 06/23/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/24/02 | ATTY # 0856; 17 COPIES | 2.55 |
| 06/24/02 | ATTY # 0559; 6 COPIES | .90 |
| 06/24/02 | ATTY # 0710; 10 COPIES | 1.50 |
| 06/24/02 | ATTY # 0349: 8 COPIES | 1.20 |
| 06/24/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/24/02 | ATTY # 0856: 1 COPIES | .15 |
| 06/24/02 | ATTY # 0349: 3 COPIES | .45 |
| 06/24/02 | ATTY # 0856: 1 COPIES | .15 |
| 06/24/02 | ATTY # 0856: 1 COPIES | .15 |
| 06/24/02 | ATTY # 0349: 4 COPIES | .60 |
| 06/24/02 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/02 | 561-362-1533/BOCA RATON, FL/21 | 1.20 |
| 06/24/02 | 312-861-2162/CHICAGO, IL/2 | .17 |
| 06/24/02 | 561-362-1533/BOCA RATON, FL/14 | .80 |
| 06/24/02 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 06/24/02 | 561-362-1533/BOCA RATON, FL/3 | .23 |
| 06/24/02 | 312-861-2162/CHICAGO, IL/3 | .17 |
| 06/24/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 06/24/02 | 212-252-9700/NEW YORK, NY/3 | .17 |
| 06/24/02 | 212-252-9700/NEW YORK, NY/4 | .23 |
| 06/25/02 | Meal Expense - MAUREEN ATKINSON BOSTON Doc. Review 5/28-5/31/02 | 161.62 |
| 06/25/02 | Lodging - MAUREEN ATKINSON BOSTON Doc. Review 5/28-5/31/02 | 480.00 |

172573 W. R. Grace & Co.                          Invoice Number  960567
  60026 Special Abestos Counsel                   Page  11
    July 31, 2002

| 06/25/02 | Taxi Expense - MAUREEN ATKINSON BOSTON Doc. Review 5/28-5/31/02 | 27.00 |
|---|---|---|
| 06/25/02 | Mileage Expense - MAUREEN ATKINSON BOSTON Doc. Review 5/28-5/31/02 | 11.90 |
| 06/25/02 | Transportation -  MAUREEN ATKINSON BOSTON Doc. Review 5/28-5/31/02 | 23.00 |
| 06/25/02 | General Expense - MAUREEN ATKINSON BOSTON  Doc. Review 5/28-5/31/02 TIPS (HOUSEKEEPER/DOORMAN) | 9.00 |
| 06/25/02 | Meal Expense -MAUREEN ATKINSON BOSTON  Doc. Review 6/10-6/13/02 | 87.64 |
| 06/25/02 | Lodging - MAUREEN ATKINSON BOSTON  Doc. Review 6/10-6/13/02 | 543.82 |
| 06/25/02 | Taxi Expense - MAUREEN ATKINSON BOSTON  Doc. Review 6/10-6/13/02 | 28.00 |
| 06/25/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON Doc. Review 6/10-6/13/02 | 11.90 |
| 06/25/02 | Transportation -  MAUREEN ATKINSON BOSTON Doc. Review 6/10-6/13/02 | 23.00 |
| 06/25/02 | General Expense - MAUREEN ATKINSON BOSTON Doc. Review 6/10-6/13/02 TIPS (DOORMAN/HOUSEKEEPER) | 11.00 |
| 06/25/02 | Rail Travel Expense -  MAUREEN ATKINSON BOSTON Doc. Review 6/10-6/13/02 | 6.00 |
| 06/25/02 | Postage Expense | .34 |
| 06/25/02 | ATTY # 0349; 48 COPIES | 7.20 |
| 06/25/02 | ATTY # 0349; 4 COPIES | .60 |
| 06/25/02 | ATTY # 0349; 36 COPIES | 5.40 |
| 06/25/02 | ATTY # 0349; 3 COPIES | .45 |
| 06/25/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/25/02 | ATTY # 0349: 2 COPIES | .30 |
| 06/25/02 | ATTY # 0349: 3 COPIES | .45 |
| 06/25/02 | ATTY # 0349: 3 COPIES | .45 |

```
172573 W. R. Grace & Co.                        Invoice Number  960567
  60026 Special Abestos Counsel                 Page   12
     July 31, 2002
```

| | | |
|---|---|---|
| 06/26/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. PRINTS FROM CD, for document review | 2510.42 |
| 06/26/02 | General Expense - ALL-STATE INTERNATIONAL INC TABS | 11.98 |
| 06/26/02 | SCANNING SERVICES, 40 PAGES SCANNED, 1 E-FILING #2003, 3 ATTACHMENTS (JOHN B. LORD) Documentation Charge - - VENDOR: PARCELS, INC.-D D R- relating to fee application filing. | 46.00 |
| 06/26/02 | ATTY # 0349: 1 COPIES | .15 |
| 06/26/02 | ATTY # 0718: 3 COPIES | .45 |
| 06/27/02 | ATTY # 0423; 3 COPIES | .45 |
| 06/27/02 | ATTY # 0689; 4 COPIES | .60 |
| 06/27/02 | ATTY # 0718; 20 COPIES | 3.00 |
| 06/28/02 | COPY 18 PG DOC 180 TIMES, POST MAIL, SERVE LOCALS, FED-EX, COPIED 3/22/02- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 516.35 |
| 06/28/02 | COPY 48 PG DOC 26 TIMES, POST MAIL, SERVE LOCALS, COPIED 3/28/02- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 158.82 |
| 06/28/02 | COPY 19 PG DOC 180 TIMES, POST MAIL, SERVE LOCALS, FED-EX PARCELS ACCT# COPIED 3/28/02- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 633.05 |
| 06/28/02 | W.R. GRACE MEETING IN NY RE: DOCUMENT REVIEW (M. SUSAN HAINES) Taxi Expense - -  PHL | 13.70 |
| 06/28/02 | W.R. GRACE MEETING IN NY RE: DOCUMENT REVIEW (M. SUSAN HAINES) Transportation- Mileage, tolls, and parking fees for transportation to and from NY | 113.33 |
| 06/28/02 | ATTY # 0559; 6 COPIES | .90 |
| 07/30/02 | Document Scanning/Imaging Expense- ON SITE SOURCING INC DOCUMENT SCANNING JUNE 2002 | 12,589.14 |

```
                        CURRENT EXPENSES              26,462.86
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $ 26,462.86
                                                     ============
```