Account No: 910-1-013572
Statement Start Date: 01 MAY 2002
Statement End Date: 31 MAY 2002
Account Code: 000-USA-21
Statement No: 005
Page 1 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 3 | 247,989.03 |
| Total Debits (incl. checks) | 22 | 222,143.47 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 MAY 2002) | Closing (31 MAY 2002) |
|---|---|---|
| Ledger | 110,757.06 | 84,911.50 |
| Collected | 110,757.06 | 84,911.50 |

## ENCLOSURES

| Date | Credits | Debits | Checks |
|---|---|---|---|

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|---|
| 08MAY | | 08MAY | | USD | YOUR: TEBC OF 02/05/08 OUR: 0878500128JB | 84,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 20MAY | | 20MAY | | USD | YOUR: TEBC OF 02/05/20 OUR: 0806900140JB | 76,989.03 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 31MAY | | 31MAY | | USD | YOUR: TEBC OF 02/05/31 OUR: 1201200151JB | 87,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |

## DEBITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|---|
| 01MAY | 30APR | 30APR | | USD | OUR: 0212100097WA | 9,034.19 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/30/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 02MAY | 01MAY | 01MAY | | USD | OUR: 0212200096WA | 9,454.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/01/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 03MAY | 02MAY | 02MAY | | USD | OUR: 0212300097WA | 7,822.20 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

## Closing Balances

LEDGER BALANCES

| Date | Amount |
|---|---|
| 01MAY | 75,877.xx |
| 02MAY | 66,422.xx |
| 03MAY | 58,600.xx |
| 06MAY | 58,851.xx |
| 07MAY | 41,553.xx |
| 08MAY | 116,809.xx |
| 09MAY | 102,509.xx |
| 10MAY | 89,949.xx |
| 13MAY | 82,581.xx |
| 14MAY | 73,180.xx |
| 15MAY | 66,583.xx |
| 16MAY | 55,672.xx |
| 17MAY | 48,010.xx |
| 20MAY | 118,155.xx |
| 21MAY | 105,199.xx |
| 22MAY | 93,590.xx |
| 23MAY | 84,139.xx |
| 24MAY | 73,185.xx |
| 28MAY | 64,705.xx |
| 29MAY | 51,572.xx |
| 30MAY | 38,047.xx |
| 31MAY | 110,757.06 |

COLLECTED BALANCES

| Date | Amount |
|---|---|
| 01MAY | 75,877.xx |
| 02MAY | 66,422.xx |
| 03MAY | 58,600.xx |
| 06MAY | 58,851.xx |
| 07MAY | 52,85x.xx |
| 07MAY | 41,525.xx |

FT CODE:
USD - SAME DAY FUNDS   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS   US2 - TWO DAY FLOAT   US4 - FOUR DAY FLOAT   USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS ADVISED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Account No: | 910-1-013572 |
|---|---|
| Statement Start Date: | 01 MAY 2002 |
| Statement End Date: | 31 MAY 2002 |
| Statement Code: | 000-USA-21 |
| Statement No: | 005 |

Page 2 of 4

| Date | Closing Balance |
|---|---|
| 08MAY | 116,80... |
| 09MAY | 102,50... |
| 10MAY | 89,94... |
| 13MAY | 82,25... |
| 14MAY | 73,18... |
| 15MAY | 66,58... |
| 16MAY | 55,67... |
| 17MAY | 48,01... |
| 20MAY | 118,15... |
| 21MAY | 105,19... |
| 22MAY | 93,55... |
| 23MAY | 84,73... |
| 24MAY | 73,18... |
| 28MAY | 64,70... |
| 29MAY | 51,57... |
| 30MAY | 38,04... |
| 31MAY | 110,75... |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 06MAY | 03MAY | 03MAY | USD | OUR: 0212600095WA | 5,742.70 | 002-7-416598 FOR WORK OF 05/02/02 W R GRACE & CO CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07MAY | 06MAY | 06MAY | USD | OUR: 0212700093WA | 11,332.68 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/03/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08MAY | 07MAY | 07MAY | USD | OUR: 0212800099WA | 8,715.83 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/06/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09MAY | 08MAY | 08MAY | USD | OUR: 0212900097WA | 14,301.46 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/07/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10MAY | 09MAY | 09MAY | USD | OUR: 0213000096WA | 12,558.43 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/08/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13MAY | 10MAY | 10MAY | USD | OUR: 0213300093WA | 7,697.83 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/09/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14MAY | 13MAY | 13MAY | USD | OUR: 0213340094WA | 9,071.40 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/10/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| | | | | | | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/13/02 W R GRACE & CO C/O CORPORATE |

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

Account No: 910-1-013572
Statement Start Date: 01 MAY 2002
Statement End Date: 31 MAY 2002
Statement Code: 000-USA-21
Statement No: 005
Page   3   of   4

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit / Debit | Description | Date | Closing Balance | Ac... |
|---|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | | |
| 15MAY | 14MAY | 14MAY | USD | OUR: 0213500094WA | 6,596.90 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/14/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 16MAY | 15MAY | 15MAY | USD | OUR: 0213600093WA | 10,910.41 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/15/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 17MAY | 16MAY | 16MAY | USD | OUR: 0213700090WA | 7,661.98 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/16/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 20MAY | 17MAY | 17MAY | USD | OUR: 0214000091WA | 6,840.86 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/17/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 21MAY | 20MAY | 20MAY | USD | OUR: 0214100092WA | 12,960.11 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/20/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 22MAY | 21MAY | 21MAY | USD | OUR: 021420093WA | 11,648.51 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/21/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |
| 23MAY | 22MAY | 22MAY | USD | OUR: 0214300091WA | 8,814.46 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/22/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | | |

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No: 910-1-013572
Statement Start Date: 01 MAY 2002
Statement End Date: 31 MAY 2002
Statement Code: 000-USA-21
Statement No: 005
Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 24MAY 23MAY | | 23MAY | USD OUR: | 0214400087WA | 11,549.63 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO 002-2-416598 FOR WORK OF 05/23/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 28MAY 24MAY | | 24MAY | USD OUR: | 0214800094WA | 8,484.37 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO 002-2-416598 FOR WORK OF 05/24/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 29MAY 28MAY | | 28MAY | USD OUR: | 0214900096WA | 13,129.24 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO 002-2-416598 FOR WORK OF 05/28/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30MAY 29MAY | | 29MAY | USD OUR: | 0215000095WA | 13,525.33 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO 002-2-416598 FOR WORK OF 05/29/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 31MAY 30MAY | | 30MAY | USD OUR: | 0215100097WA | 14,290.43 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO 002-2-416598 FOR WORK OF 05/30/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

**CHECKS**

*No Activity*

191 Peachtree ST
Atlanta    GA  30303

03    **TAXPAYER ID**    13-5114230

R GRACE & CO-CONN
,500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

# Checking Statement
## May 16, 2002 - May 31, 2002 ( 16 days)

No Enclosures
:    0

Page 1 of 2

### FOR INFORMATION OR ASSISTANCE CONTACT:
**Your Wachovia Banker**

**Visit our web site at www.wachovia.com**

# Commercial Checking Account Summary

**Account Number 8619-039102**

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $648,500.00 | $.00 | $.00 | $.00 | $34,500.00 | $614,000.00 |

Average Ledger Balance    $626,937.50

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 05-22 | 0 | 0.00 | 1 | 34,500.00 | 614,000.00 |

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 05-22 | 34,500.00 | Wire Ref#03766 Seq#03766: Chase NYC |

17355

Commercial Checking

01      2199500021812   036   130          0      0          61,949

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN  CORP ACCOUNTING                    CB
7500 GRACE DRIVE
COLUMBIA MD  21044-4098

# Commercial Checking

**5/01/2002 thru 5/31/2002**

Account number:         2199500021812
Account holder(s):      W R GRACE AND CO-CONN
                        GENERAL ACCOUNT

Taxpayer ID Number:     135114230

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $10,000.00 |
| Deposits and other credits | 11,095,076.80 + |
| Other withdrawals and service fees | 5,232,344.97 - |
| **Closing balance 5/31** | **$5,872,731.83** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 0.00 | DEPOSIT |
| 5/09 | 270.00 | DEPOSIT CORRECTIONS CREDIT |
| 5/09 | 26,465.81 | DEPOSIT |
| 5/09 | 59,157.75 | DEPOSIT |
| 5/09 | 879,848.40 | DEPOSIT |
| 5/10 | 128,774.62 | DEPOSIT |
| 5/10 | 3,154,638.84 | DEPOSIT |
| 5/24 | 18,646.66 | DEPOSIT |
| 5/24 | 978,173.00 | DEPOSIT |
| 5/30 | 5,214,603.62 | DEPOSIT |
| 5/31 | 177.00 | DEPOSIT |
| 5/31 | 634,321.10 | DEPOSIT |
| **Total** | **$11,095,076.80** | |


02    2199500021812   036  130           0     0        61,950 ____ ____

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/10 | 400,000.00 | FUNDS TRANSFER (ADVICE 020510017612) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          05/10/02 02:56PM |
| 5/13 | 780,000.00 | FUNDS TRANSFER (ADVICE 020513019772) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          05/13/02 01:45PM |
| 5/14 | 3,065,775.16 | FUNDS TRANSFER (ADVICE 020514005387) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          05/14/02 09:24AM |
| 5/28 | 892,521.82 | FUNDS TRANSFER (ADVICE 020528018496) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          05/28/02 12:37PM |
| 5/29 | 94,047.99 | FUNDS TRANSFER (ADVICE 020529012520) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          05/29/02 11:36AM |
| **Total** | **$5,232,344.97** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/09 | 975,741.96 | 5/14 | 13,380.26 | 5/29 | 23,630.11 |
| 5/10 | 3,859,155.42 | 5/24 | 1,010,199.92 | 5/30 | 5,238,233.73 |
| 5/13 | 3,079,155.42 | 5/28 | 117,678.10 | 5/31 | 5,872,731.83 |



01    2079900003615   005   108    14   160     16,717

W R GRACE & CO-CONN
ATTN CINDY LEE
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

CB 025

# Commercial Checking

6/01/2002 thru 6/28/2002

Account number:      2079900003615
Account holder(s):     W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 2,375,453.12 + |
| Other withdrawals and service fees | 2,375,453.12 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/04 | 2,491.64 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| | 2,229.54 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 5,610.93 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 2,147.17 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 423,302.12 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 3,394.27 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 869,475.93 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 4,881.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 6,246.99 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 11,115.04 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 10,038.04 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 6,816.17 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 4,260.05 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 6,723.02 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 6/21 | 1,976.06 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 378,052.67 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/26 | 622,603.03 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 1,686.89 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 11,734.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 667.47 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| Total | $2,375,453.12 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 6/04 | 2,491.64 | LIST OF DEBITS POSTED | |
| 6/05 | 2,229.54 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020605 CCD MISC C4025-02 525304 | PR TAXES |
| 6/06 | 5,610.93 | AUTOMATED DEBIT  W.R. GRACE CO. ID.        020606 CCD MISC SETTL NCVCDBATL | PAYROLL |
| 6/07 | 2,147.17 | LIST OF DEBITS POSTED | |
| 6/11 | 372.39 | LIST OF DEBITS POSTED | |
| 6/11 | 3,066.24 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020611 CCD MISC C2916-00 543732 | PR TAXES |
| 6/11 | 12,554.46 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020611 CCD MISC C4213-00 543768 | PR TAXES |
| 6/11 | 16,194.49 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020611 CCD MISC C2918-00 543733 | PR TAXES |
| 6/11 | 391,114.54 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020611 CCD MISC C4025-01 543762 | PR TAXES |
| 6/12 | 418.01 | LIST OF DEBITS POSTED | |
| 6/12 | 2,976.26 | AUTOMATED DEBIT  BNF CTS CO. ID. 1411902914 020612 CCD MISC C4025-02 545953 | PR TAXES |
| 6/12 | 4,998.35 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL CO. ID.        020612 CCD MISC SETTL NCVCDBATL | |

*Other Withdrawals and Service Fees continued on next page.*

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 5/12 | 26,064.01 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 5/12 | 116,562.22 | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 5/12 | 721,851.35 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 5/13 | 4,881.61 | LIST OF DEBITS POSTED |
| 5/13 | 6,246.99 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020613 CCD<br>MISC SETTL NCVCDBATL |
| 5/14 | 11,115.04 | LIST OF DEBITS POSTED |
| 5/17 | 10,038.04 | LIST OF DEBITS POSTED |
| 5/18 | 6,816.17 | LIST OF DEBITS POSTED |
| 5/19 | 1,168.64 | LIST OF DEBITS POSTED |
| 5/19 | 3,091.41 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-02 579111 |
|  | 6,723.02 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020620 CCD<br>MISC SETTL NCVCDBATL |
| 5/21 | 1,976.06 | LIST OF DEBITS POSTED |
| 5/25 | 960.42 | LIST OF DEBITS POSTED |
| 5/25 | 3,066.24 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C2916-00 597659 |
| 5/25 | 12,554.51 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C4213-00 597694 |
| 5/25 | 361,471.50 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C4025-01 597689 |
| 5/26 | 4,998.35 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 5/26 | 26,063.96 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 5/26 | 591,540.72 | AUTOMATED DEBIT  W.R. GRACE        PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 5/27 | 1,111.47 | LIST OF DEBITS POSTED |
| 5/27 | 1,686.89 | LIST OF DEBITS POSTED |

Other Withdrawals and Service Fees continued on next page.

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 6/27 | 3,444.54 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020626 CCD<br>MISC C4025-02 599986 |
| 6/27 | 7,178.47 | AUTOMATED DEBIT  W.R. GRACE       PAYROLL<br>CO. ID.        020627 CCD<br>MISC SETTL NCVCDBATL |
| 6/28 | 667.47 | LIST OF DEBITS POSTED |
| **Total** | **$2,375,453.12** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 6/04 | 0.00 | 6/13 | 0.00 | 6/21 | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | 6/25 | 0.00 |
| 6/06 | 0.00 | 6/17 | 0.00 | 6/26 | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | 6/27 | 0.00 |
| 6/11 | 0.00 | 6/19 | 0.00 | 6/28 | 0.00 |
| 6/12 | 0.00 | 6/20 | 0.00 | | |

Commercial Checking

05      2079900003615   005   108      14   160

16,721

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | **Ck. No.** | **Amount** | **Ck. No.** | **Amount** |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | Total | | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you  need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

16,722

Commercial Checking

01    2000006910969 072 130    0  32        Replacement Statement    014


N R GRACE & CO - CONN
ATTN: PATTY ELLICT-GRAY                CB
7500 GRACE DRIVE
COLUMBIA MD  21044

Commercial Checking                          5/01/2002 thru 5/31/2002

Account number:        :000006910969
Account holder(s):     N R GRACE & CO - CONN

Taxpayer ID Number:    :35114230

Account Summary

Opening balance 5/01          $3,744.03

Closing balance 5/31          $3,744.03


Customer Service Information

For questions about your statement
or billing errors, contact us at:      Phone Number    Address

Business Checking, CheckCard & Loan
Accounts                              1-800-566-3862 FIRST UNION NATIONAL BANK
Commercial Checking & Loan Accounts   1-800-222-3862 POST OFFICE BOX 33327
TDD (For the Hearing Impaired)        1-800-388-2234 ROANOKE VA  24040-7314


In Case of Errors or Questions About Your Electronic Transfers: Telephone us at
1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC
28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you
need more information about a transfer on the statement or receipt. We must hear from you
no later than 60 days after we sent you the FIRST statement on which the error or problem
appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error. You will have use of the money during the time it takes us to complete our
investigation.

# Merrill Lynch Investment Managers

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 05/01/2002 - 05/31/2002

Account Number
318-3343175-6

Financial Advisor
George L Perez
(--22N07J80)

Account Value As Of 05/31/2002
$5,234.74

Dividends
05/01/2002 - 05/31/2002
$8.34

Year To Date
$5,234.74

> ON THURSDAY, JULY 4, MERRILL LYNCH
FUNDS FOR INSTITUTIONS WILL BE CLOSED
IN OBSERVANCE OF INDEPENDENCE DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
MONTH OF MAY WAS 1.88%. TRADING DEADLINES
ON JULY 3 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $5,226.40 |
| 05/31/2002 | 05/31/2002 | Div Reinvest | $8.34 | $1.00 | $5,234.74 |
| | | Ending Balance | | | $5,234.74 |

Account Number  318-3343175-6          (page 1 of 1)

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

6 6 1 1

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 05/01/2002 - 05/31/2002

Account Number
318-3323735-8

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 05/31/2002
$15,981,187.35

Dividends
05/01/2002 - 05/31/2002        Year To Date
$16,505.10                     $165,883.78

> *ON THURSDAY, JULY 4, MERRILL LYNCH
  FUNDS FOR INSTITUTIONS WILL BE CLOSED
  IN OBSERVANCE OF INDEPENDENCE DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE
  MONTH OF MAY WAS 1.88%. TRADING DEADLINES
  ON JULY 3 WILL BE 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $8,264,682.25 |
| 05/01/2002 | 05/01/2002 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $9,264,682.25 |
| 05/02/2002 | 05/02/2002 | Same Day Wire Redemption | $4,100,000.00 | $1.00 | $5,164,682.25 |
| 05/03/2002 | 05/03/2002 | Shares Purchased By Wire | $3,300,000.00 | $1.00 | $8,464,682.25 |
| 05/06/2002 | 05/06/2002 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $11,664,682.25 |
| 05/07/2002 | 05/07/2002 | Shares Purchased By Wire | $700,000.00 | $1.00 | $12,364,682.25 |
| 05/08/2002 | 05/08/2002 | Same Day Wire Redemption | $2,200,000.00 | $1.00 | $10,164,682.25 |
| 05/09/2002 | 05/09/2002 | Same Day Wire Redemption | $7,100,000.00 | $1.00 | $3,064,682.25 |
| 05/10/2002 | 05/10/2002 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $4,364,682.25 |
| 05/13/2002 | 05/13/2002 | Shares Purchased By Wire | $900,000.00 | $1.00 | $5,264,682.25 |
| 05/14/2002 | 05/14/2002 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $7,564,682.25 |
| 05/15/2002 | 05/15/2002 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $9,164,682.25 |
| 05/16/2002 | 05/16/2002 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $4,864,682.25 |
| 05/17/2002 | 05/17/2002 | Shares Purchased By Wire | $7,600,000.00 | $1.00 | $12,464,682.25 |
| 05/20/2002 | 05/20/2002 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $14,364,682.25 |
| 05/21/2002 | 05/21/2002 | Same Day Wire Redemption | $3,500,000.00 | $1.00 | $10,864,682.25 |
| 05/22/2002 | 05/22/2002 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $7,264,682.25 |
| 05/23/2002 | 05/23/2002 | Same Day Wire Redemption | $2,600,000.00 | $1.00 | $4,664,682.25 |
| 05/24/2002 | 05/24/2002 | Shares Purchased By Wire | $12,600,000.00 | $1.00 | $17,264,682.25 |

Account Number   318-3323735-8       (page  1 of 2)

519574




MLM.-«11100«.467026.1006.06622.06622.CNS ML M01.INVMWW.......MLM......000057821

**Merrill Lynch**  Investment Managers  Merrill Lynch for Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 05/01/2002 - 05/31/2002

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 05/28/2002 | 05/28/2002 | Same Day Wire Redemption | $1,300,000.00 | $1.00 | $15,964,682.25 |
| 05/29/2002 | 05/29/2002 | Same Day Wire Redemption | $400,000.00 | $1.00 | $15,564,682.25 |
| 05/30/2002 | 05/30/2002 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $17,864,682.25 |
| 05/30/2002 | 05/30/2002 | Same Day Wire Redemption | $5,200,000.00 | $1.00 | $12,664,682.25 |
| 05/31/2002 | 05/31/2002 | Shares Purchased By Wire | $3,300,000.00 | $1.00 | $15,964,682.25 |
| 05/31/2002 | 05/31/2002 | Div Reinvest | $16,505.10 | $1.00 | $15,981,187.35 |
| | | Ending Balance | | | $15,981,187.35 |

519575

Account Number  318-3323735-8    (page 2 of 2)




MLM...»112210«-447626:1005.06623.06623.CNS.ML.M01.INVM.WW.........MLM........000057826

# JPMorganChase

## Statement of Account

*In US Dollars*

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement No: S00-USA-22
009

Page 1 of 16

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 31 |
| Total Debits (incl. checks) | 56 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (01 MAY 2002) | Closing (15 MAY 2002) |
|---|---|---|
| Ledger | 53,501,820.67 | 479,094.57 |
| | 53,496,181.74 | 484,733.50 |
| | 0.00 | |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

### Closing Balances

| Date | LEDGER BALANCES Amount |
|---|---|
| 01MAY | 479,346.41 |
| 02MAY | 485,392.44 |
| 03MAY | 383,657.95 |
| 06MAY | 511,630.86 |
| 07MAY | 541,661.86 |
| 08MAY | 525,203.86 |
| 09MAY | 835,780.45 |
| 10MAY | 479,131.78 |
| 13MAY | 453,674.71 |
| 14MAY | 528,149.31 |
| 15MAY | 484,733.50 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|---|

**01MAY** — USD YOUR: 31Y9830902121  OUR: 121100090ZZA
527.12 /E-AIP/USDPI INT ACCRUAL TO CUSTOMER
CREDIT OF NET AIP INTEREST FOR
CURRENT PERIOD AND ANY PRIOR
PERIOD ADJUSTMENTS. SEE ENHANCED
AIP STATEMENT FOR DETAILS.

**01MAY** — USD YOUR: O/B BKAM IL C60  OUR: 016080121FF
1,192,020.45 /FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 BKAM IL C60
OBI=HDW1 BBI=/TIME/11:11
/MAD: 0501016FGY2C000493

**01MAY** — USD YOUR: O/B WACHOVIA WIN  OUR: 018510712IFF
1,960,934.00 /FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100490
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000001600125 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:31
/MAD: 0501EAQFTI1A001188

**02MAY** — USD YOUR: O/B CAPEFIVE HAR  OUR: 028608122FF
3,848.24 /FEDWIRE CREDIT
VIA: CAPE COD FIVE CENTS S B
/211371078

### FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT |
| | US3 - THREE DAY FLOAT |
| | US4 - FOUR DAY FLOAT |
| | US5 - FIVE DAY FLOAT |
| | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN COMPUTER OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan, the Morgan Guaranty ... Bank

J.P. Morgan Chase — Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 MAY 2002 |
| Statement End Date: | 15 MAY 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 009 |
| | Page 2 of 16 |

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T/Y | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 02MAY | | | USD | YOUR: O/B WACHOVIA WIN  OUR: 008860912FF | 685,855.00 | B/O: RICHARD M ECCLES  EAST ORLEANS MA  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B CAPEFIVE HAR  OBI=REF 03930 ANGELA BIRTHWRIGHT J  IMAD: 0502A1Q0331E000005  FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B WACHOVIA WIN  BBI=/TIME/10:50 | | |
| 02MAY | | | USD | YOUR: O/B BKAM IL CGO  OUR: 011250712FF | 1,662,605.72 | IMAD: 0502EAQFTI1A000727  FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  CAMBRIDGE MA 02140  B/O: W.R. GRACE & CO.  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/11:16  IMAD: 0502G1QF6Y2C000485 | | |
| 02MAY | | | USD | YOUR: MAESTRO  OUR: 034200812FF | 4,100,000.00 | FEDWIRE CREDIT  VIA: STATE STREET BANK & TRUST COMP  /011000028  B/O: W R GRACE & CO - CONN  COLUMBIA MD 21044-4009  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=MAESTRO OBI=FUND  7318-P 10 ML PREMIER FUND BBI=/T  IMAD: 0502A1Q002HC001659 | | |
| 03MAY | | | USD | YOUR: O/B WACHOVIA WIN  OUR: 017261412FF | 1,737,949.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  COLUMBIA MD 21044  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A | | |

JPMorgan Chase   Bank

JP Morgan Chase   Statement   Account

in US Dollars

Account No:                    016-001257
Statement Start Date:          01 MAY 2002
Statement End Date:            15 MAY 2002
Statement Code:                S00-USA-22
Statement No:                  009
                               Page 3 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Add Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03MAY | | 03MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0165601123FF | 1,918,632.94 | C-00001600125T RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:30<br>IMAD: 0503EAQFTIIA001081<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:25<br>IMAD: 0503G1QFGY2C000599 | | |
| 06MAY | | 06MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0116808126FF | 2,458,070.68 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:43<br>IMAD: 0506G1QFGY2C000414 | | |
| 06MAY | | 06MAY | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0114314126FF | 3,182,198.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:42<br>IMAD: 0506EAQFTIIA000833 | | |
| 07MAY | | 07MAY | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0118001127FF | 1,351,740.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:30<br>IMAD: 0507EAQFTIIA000790 | | |

JPMorgan, Ch   Bank

**JP MorganChase**    Statement of Account    In US Dollars

016-001257
01 MAY 2002
15 MAY 2002
S00-USA-22
009

Page  4  of  16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

07MAY — 07MAY USD YOUR: O/B BKAM IL CGO  OUR: 0110207127FF — 2,855,195.44

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B BKAM IL CGO
OB/=HOWT BBI=/TIME/11.07
IMAD: 0507G1QFGY2C000301

08MAY — 08MAY USD YOUR: O/B BKAM IL CGO  OUR: 0077114128FF — 623,979.83

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B BKAM IL CGO
OB/=HOWT BBI=/TIME/10.28
IMAD: 0508G1QFGY2C000288

08MAY — 08MAY USD YOUR: O/B WACHOVIA WIN  OUR: 0083109128FF — 1,514,501.00

FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
COLUMBIA MD 21044
B/O: W R GRACE & CO
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/10:28
IMAD: 0508EAQFTT1A000657

08MAY — 08MAY USD YOUR: MAESTRO  OUR: 0290103128FF — 2,200,000.00

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-409
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=MAESTRO OB1=FUND
-318-P 1-S1 ML PREMIER FUND BBI=/T
IMAD: 0508AIQ002DC001444

09MAY — 09MAY USD YOUR: 12220241  OUR: 0123009129FF — 330,608.88

FEDWIRE CREDIT
VIA: FLEET NATIONAL BANK
/011500010
B/O: HARTFORD LIFE COLI

**J.P. Morgan Chase**

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 MAY 2002 |
| Statement End Date: | 15 MAY 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 009 |

Page 5 of 16

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances (-) Amount |
|---|---|---|---|---|---|---|---|---|
| 09MAY | | 09MAY | | USD YOUR: O/B WACHOVIA WIN OUR: 0144309129FF | 550,891.00 | HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=12220241 OBI=DEA TH CLAIMS FOR MB038 AND MB039 BBI=/ IMAD: 0509AIQF148C002947 FEDWIRE CREDIT /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=O/B WACHOVIA WIN BBI=/TIME/12:15 | | |
| 09MAY | | 09MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0126301129FF | 1,206,479.59 | IMAD: 0509EAQFTI1A000886 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=O/B. BKAM IL CGO OBJ=HOWT BBI=/TIME/11:57 IMAD: 0509GlQFGY2C0000610 | | |
| 09MAY | | 09MAY | | USD YOUR: MAESTRO OUR: 0309913129FF | 7,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=MAESTRO OBI=FUND -318-P I-S 1 ML PREMIER FUND BBI=/T IMAD: 0509AIQ002CC001413 | | |
| 10MAY | | 10MAY | | USD YOUR: O/B FIRST UNION OUR: 0292114130FF | 400,000.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=O/B FIRST UNION | | |

JPMorgan Chase    Bank

JPMorganChase    Statement of Account

In US Dollars

016-001257
01 MAY 2002
15 MAY 2002
S00-USA-22
009
Page   6  of  16

Account No:    016-001257
Statement Start Date:    01 MAY 2002
Statement End Date:    15 MAY 2002
Statement Code:    S00-USA-22
Statement No:    009

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 10MAY | 10MAY USD YOUR: O/B BKAM IL CGO<br>OUR: 0165703130FF | 664,134.17 | BBI=/TIME/14:56<br>IMAD: 0510F3QCAA1C001562<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:31 | |
| 10MAY | 10MAY USD YOUR: O/B WACHOVIA WIN<br>OUR: 0176914130FF | 845,382.63 | IMAD: 0510GIGJFGY2C00670<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:31 | |
| 13MAY | 13MAY USD YOUR: O/B FIRST UNION<br>OUR: 0237202135FF | 780,000.00 | IMAD: 0510EAQFTI1A001083<br>FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA MD 21044-4098<br>REF.CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/13:45 | |
| 13MAY | 13MAY USD YOUR: O/B WACHOVIA WIN<br>OUR: 0169309133FF | 1,430,678.00 | IMAD: 0513F3QCAA1C001077<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:21 | |
| 13MAY | 13MAY USD YOUR: O/B BKAM IL CGO<br>OUR: 0105513133FF | 2,211,434.96 | IMAD: 0513EAQFTI1A000921<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA | |

JPMorganChase  Bank

JP MorganChase    Statement    Account

In US Dollars

016-001257
01 MAY 2002
15 MAY 2002
S00-USA-22
009  Page  7  of  16

Account No:          016-001257
Statement Start Date: 01 MAY 2002
Statement End Date:  15 MAY 2002
Statement Code:      S00-USA-22
Statement No:        009

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 14MAY | | 14MAY | USD | YOUR: O/B WACHOVIA WIN  OUR: 0128409134FF | 1,195,608.00 | /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/11:08  IMAD: 0513G1QFGY2C000294  FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B WACHOVIA WIN  BBI=/TIME/11:39  IMAD: 0514EAQFTI1A000840 | |

| 14MAY | | 14MAY | USD | YOUR: O/B BKAM IL CGO  OUR: 0096409134FF | 2,366,504.43 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B BKAM IL CGO  OBI=HOWT BBI=/TIME/10:48  IMAD: 0514G1QFGY2C000354 | |

| 14MAY | | 14MAY | USD | YOUR: O/B FIRST UNION  OUR: 0053209134FF | 3,065,775.16 | FEDWIRE CREDIT  VIA: FIRST UNION NATIONAL BK OF FLO  /063000021  B/O: W R GRACE AND CO CONN  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-00001601257 RFB=O/B FIRST UNION  BBI=/TIME/09:24  IMAD: 0514F3QCAAIC000220 | |

| 15MAY | | 15MAY | USD | YOUR: O/B WACHOVIA WIN  OUR: 0278007135FF | 1,118,979.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

JPMorganChase Bank

J.P. Morgan Chase

Statement, Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | Account No: | 016-001257 |
| :--- | :--- | ---: | :--- |
| | | Statement Start Date: | 01 MAY 2002 |
| | | Statement End Date: | 15 MAY 2002 |
| | | Statement Code: | S00-USA-22 |
| | | Statement No: | 009 |
| | | Page | 8 of 16 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
| :--- | :--- | :--- | :--- | :--- | ---: | :--- | :--- | :--- |

## CREDITS CONTINUED

| 15MAY | | 15MAY | USD | OUR: 0031560118XF<br>YOUR: O/B BKAM IL CGO<br>OUR: 0157713135FF | 2,787,287.43 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:22<br>IMAD: 0515EAQFTI1A001266<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OB=HOWT BBI=/TIME/11:23<br>IMAD: 0515G1QF6Y2C000484 | | |

## DEBITS
01MAY

| 01MAY | | 01MAY | USD | OUR: 0031560118XF | 1,855.49 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231881963 | | |
| 01MAY | | 01MAY | USD | SEE WIRE<br>OUR: 0868700121JB | 19,614.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG AMSTERDAM<br>SWIFT CODE  DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>1<br>REF: GRACE DAVISON PMNT OF INV 1080 | | |
| 01MAY | | 01MAY | USD | SEE WIRE<br>OUR: 0868800121JB | 22,776.00 | SSN: 0129289<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE  HABA EE 2X<br>BEN: AS SILMET<br>X<br>8<br>REF: GRACE DAVISON PMNT OF INV 5209 | | |
| 01MAY | | 01MAY | USD | SEE WIRE<br>OUR: 0868600121JB | 40,762.24 | SSN: 0129277<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE  DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD | | |

JPMorgan Chase Bank

# JP MorganChase   Statement Account   In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009
Page 9 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01MAY | | 01MAY | USD | YOUR: SEE WIRE OUR: 0868900121JB | 68,221.98 | X SSN: 0129279 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 01MAY | | 01MAY | USD | YOUR: SEE WIRE OUR: 0869100121JB | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /01100028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN: MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:14 IMAD: 0501B1QGC03C003368 | | |
| 01MAY | | 01MAY | USD | YOUR: HOWT-FUCD OUR: 0869000121JB | 2,000,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:15 IMAD: 0501B1QGC04C003412 | | |
| 02MAY | | | USD | OUR: 0032820114XF | 607.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 | | |
| 02MAY | | 02MAY | USD | YOUR: SEE WIRE OUR: 0827100122JB | 85,417.41 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 02MAY | | 02MAY | USD | YOUR: FPRS DEPOSITORY OUR: 0827200122JB | 160,237.82 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 4/29 /02 | | |
| 02MAY | | 02MAY | USD | YOUR: HOWT-FUCD OUR: 1040000122JB | 6,200,000.00 | SSN: 0226408 FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC | | |

JPMorganChase

JPMorganChase Bank

**Statement Account** in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009
Page 10 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **DEBITS CONTINUED** | | |
| 03MAY | | | USD | OUR: 0032560114XF | | REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:46 IMAD: 0502B1QGC05C004044 | | |
| 03MAY | | | USD | YOUR: FPRS DEPOSITORY OUR: 0983900123JB | 96.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X | | |
| 03MAY | | | USD | YOUR: SEE WIRE OUR: 0985500123JB | 450.00 | CHIPS DEBIT REF: REFER TO WIRE WEEK ENDING 4/29 /2002- HOURLY SSN: 0202986 | | |
| 03MAY | | | USD | YOUR: SEE WIRE OUR: 0985600123JB | 33,293.21 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 03MAY | | | USD | YOUR: HOWT-FUCD OUR: 0984500123JB | 124,477.21 | FEDWIRE DEBIT VIA: FW121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: FEES 04-02 PAID 05-02/TIME/15: 48 IMAD: 0503B1QGC08C003888 | | |
| 03MAY | | | USD | YOUR: SEE WIRE OUR: 0985200123JB | 300,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:48 IMAD: 0503B1QGC04C003464 | | |
| 03MAY | | | | | 3,300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:48 IMAD: 0503B1QGC07C003627 | | |

JPMorgan Chase Bank

J P Morgan Chase

Statement Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009
Page 11 of 16

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 06MAY | | | | USD OUR: 0031010114XF | 3,405.23 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238J1963 |
| 06MAY | | | | USD YOUR: SEE WIRE OUR: 0710200126JB | 108,890.98 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 06MAY | | | | USD YOUR: HOWT-FUCD OUR: 0710300126JB | 2,200,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111/79 ATTN P. LAWING 704-374 -3x48/TIME/15:23 IMAD: 0506B1QGC04C003051 |
| 06MAY | | | | USD YOUR: SEE WIRE OUR: 0710400126JB | 3,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:23 IMAD: 0506B1QGC02C003154 |
| 07MAY | | | | USD OUR: 0030610114XF | 15,429.28 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238J1963 |
| 07MAY | | | | USD YOUR: SEE WIRE OUR: 0322200127JB | 46,691.60 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 07MAY | | | | USD YOUR: SEE WIRE OUR: 0322100127JB | 111,936.00 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: AS HANSAPANK SWIFT CODE HABA EE 2X BEN: AS SILMET X SSN: 0206196 |
| 07MAY | | | | USD YOUR: SEE WIRE OUR: 0842200127JB | 700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP |

JPMorgan Ch    Bank

**JPMorganChase**    Statement   Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA   02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009

Page 12 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 07MAY | | 07MAY | USD | YOUR: SEE WIRE<br>OUR: 0322000127JB | 802,847.69 | REF: TRANSFER FUNDS/TIME/15:23<br>/MAD: 0507B1QGC01C003333<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | | |
| 07MAY | | 07MAY | USD | YOUR: HOWT-FUCD<br>OUR: 0841500127JB | 2,500,000.00 | REF: HOURLY PAYROLL/TIME/11:28<br>/MAD: 0507B1QGC04C001557<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:23 | | |
| 08MAY | | | USD | OUR: 0031115014XF | 26,567.65 | /MAD: 0507B1QGC08C003301<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | | |
| 08MAY | | 08MAY | USD | YOUR: SEE WIRE<br>OUR: 0879200128JB | 61,944.36 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 08MAY | | 08MAY | USD | YOUR: HOWT-CHASE<br>OUR: 0878500128JB | 84,000.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 08MAY | | 08MAY | USD | YOUR: HOWT-FUCD<br>OUR: 0879600128JB | 1,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:58 | | |
| 08MAY | | 08MAY | USD | YOUR: SEE WIRE<br>OUR: 0316100128JB | 2,482,426.20 | REF: SALARIED PAYROLL/TIME/11:25<br>/MAD: 0508B1QGC02C003532<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | | |
| 09MAY | | 09MAY | USD | YOUR: ACH OF 02/05/09<br>OUR: 0013000129HP | 8,012.00 | REF: SALARIED PAYROLL/TIME/11:25<br>/MAD: 0508B1QGC01C001869<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A | | |

JPMorgan Chase Bank

JPMorganChase   Statement Account
In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009
Page 13 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 09MAY | | 09MAY | USD | YOUR: SEE WIRE  OUR: 1045500129JB | 26,029.07 | TAMPA FL 33634- / BOOK TRANSFER DEBIT / A/C: W R GRACE & CO CONN (UHC FUNDI / COLUMBIA MD 21044- / REF: UHC PAYMENTS | | |
| 09MAY | | 09MAY | USD | YOUR: SEE WIRE  OUR: 0064600129JB | 155,465.00 | CHIPS DEBIT / VIA: BANK OF AMERICA N.A. / /0959 / A/C: BANK OF AMERICA - LONDON / 37/60564 / BEN: GRACE COLLECTION INC. / X / REF: PYMT OWED TO THE GCI USD ACCT / FOR 5/03/02 NETTING CYCLE. / SSN: 0141256 | | |
| 09MAY | | | USD | OUR: 0030250114XF | 187,896.64 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003258B1963 | | |
| 09MAY | | 09MAY | USD | YOUR: HOWT-FUCD  OUR: 1045600129JB | 8,500,000.00 | FEDWIRE DEBIT / VIA: FIRT UNION NC / /053000219 / A/C: W.R. GRACE AND CO. / CHARLOTTE NC / REF: 0111 79 ATTN P. LAWING 704-374 / -3448/TIME/17:43 / IMAD: 0509B1QGC01C004133 | | |
| 10MAY | | 10MAY | USD | YOUR: SEE WIRE  OUR: 0979900130JB | 66,165.48 | BOOK TRANSFER DEBIT / A/C: W R GRACE & CO CONN (UHC FUNDI / COLUMBIA MD 21044- / REF: UHC PAYMENTS | | |
| 10MAY | | 10MAY | USD | YOUR: HOWT-FUCD  OUR: 0979800130JB | 900,000.00 | FEDWIRE DEBIT / VIA: FIRT UNION NC / /053000219 / A/C: W.R. GRACE AND CO. / CHARLOTTE NC / REF: 0111 79 ATTN P. LAWING 704-374 / -3448/TIME/16:09 / IMAD: 0510B1QGC08C004101 | | |
| 10MAY | | 10MAY | USD | YOUR: SEE WIRE  OUR: 0979700130JB | 1,300,000.00 | FEDWIRE DEBIT / VIA: STATE ST BOS / /011000028 / A/C: MERRILL LYNCH PREMIER INSTITUT / FUND / BEN: N/O W.R. GRACE + CO - CONN / ATTN MERRILL GROUP | | |

JPMorgan.Ch( Bank

JPMorganChase

Statement L. Account

In US Dollars

Account No:            016-001257
Statement Start Date:  01 MAY 2002
Statement End Date:    15 MAY 2002
Statement Code:        S00-USA-22
Statement No:          009
Page 14 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 13MAY | 13MAY USD | YOUR: SEE WIRE<br>OUR: 0835400133JB | 47,570.11 | REF: TRANSFER FUNDS/TIME/16:09<br>/IMAD: 0510B1QGC01C003928<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 13MAY | 13MAY USD | YOUR: SEE WIRE<br>OUR: 0835300133JB | 900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/14:58<br>/IMAD: 0513B1QGC07C003579 |
| 13MAY | 13MAY USD | YOUR: HOWT-FUCD<br>OUR: 0835500133JB | 3,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/14:59 |
| 14MAY | 14MAY USD | YOUR: ACH OF 02/05/14<br>OUR: 0023900134HP | 12,358.00 | /IMAD: 0513B1QGC05C003222<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 14MAY | 14MAY USD | YOUR: SEE WIRE<br>OUR: 0460900134JB | 50,828.46 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 14MAY | 14MAY USD | YOUR: SEE WIRE<br>OUR: 0523100134JB | 250,000.00 | FEDWIRE DEBIT<br>VIA: WELLS FARGO SF<br>/121000248<br>A/C: BANKRUPTCY MANAGEMENT CORPORAT<br>X<br>REF: GRACE SERVICES AGREEMENT RETAI<br>NER<br>/IMAD: 0514B1QGC04C002047 |
| 14MAY | 14MAY USD | YOUR: SEE WIRE<br>OUR: 0461200134JB | 769,761.60 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:54 |

JPMorgan Chase Bank

**JPMorganChase** Statement Account

In US Dollars

Account No:          016-001257
Statement Start Date: 01 MAY 2002
Statement End Date:  15 MAY 2002
Statement Code:      S00-USA-22
Statement No:        009
Page 15 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 14MAY | 14MAY | USD YOUR: FPRS DEPOSITORY OUR: 0461600134JB | 1,070,464.98 | IMAD: 0514B1QGC07C001771<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE PYMT WE<br>EK ENDING 5/6/02 AND 5/7/02<br>SSN: 0199355... |
| 14MAY | | USD YOUR: HOWT-FUCD OUR: 0838100134JB | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:40<br>IMAD: 0514B1QGC03C003420 |
| 14MAY | | USD YOUR: SEE WIRE OUR: 0944000134JB | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:20<br>IMAD: 0514B1QGC03C003743 |
| 15MAY | | USD YOUR: FPRS DEPOSITORY OUR: 1180300135JB | 9,170.81 | IMAD: 0514B1QGC03C003743<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 5/7/<br>02 AND 5/8/02 SALARIED/HOURLY<br>SSN: 0273002 |
| 15MAY | | USD YOUR: SEE WIRE OUR: 1230500135JB | 25,144.83 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: FORTIS BANK (NEDERLAND) N.V.<br>AMSTERDAM NETHERLANDS<br>BEN: MECOMIN DEVELOPMENT LTD |

JPMorgan Chase Bank

JPMorganChase    Statement Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2002
Statement End Date: 15 MAY 2002
Statement Code: S00-USA-22
Statement No: 009

Page 16 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 15MAY | USD | YOUR: SEE WIRE<br>OUR: 1180500135JB | 48,022.63 | ATTN CAROLINE YATES<br>REF: GRACE DAVISON PAYMENT OF INVOI<br>CE/X4392018<br>IMAD: 0515B1QGC03C004814<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | | 15MAY | USD | YOUR: SEE WIRE<br>OUR: 1180400135JB | 67,344.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET<br>X<br>REF: GRACE DAVISON PYMNT OF INVOICE<br>52093,52104,52105<br>SSN: 0272999 | | |
| | | 15MAY | USD | YOUR: SEE WIRE<br>OUR: 1180700135JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUN<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:51<br>IMAD: 0515B1QGC08C005107 | | |
| | | 15MAY | USD | YOUR: HOWT-FUCD<br>OUR: 1180600135JB | 2,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:51<br>IMAD: 0515B1QGC07C004687 | | |

## CHECKS

*No Activity*

JPMorgan Ch⁓ ͎ Bank

**JP MorganChase** Statement Account

*In US Dollars*

Account No:                016-001257
Statement Start Date:      16 MAY 2002
Statement End Date:        31 MAY 2002
Statement Code:            S00-USA-22
Statement No:              010

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| ENCLOSURES | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 39 | 85,547,173.74 |
| Total Debits (incl. checks) | 61 | 85,574,370.24 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (16 MAY 2002) | Closing (31 MAY 2002) |
|---|---|---|
| Ledger | 484,733.50 | Ledger 457,537.00 |

| Date | Closing Balances Amount |
|---|---|
| | LEDGER BALANCES |
| 16MAY | 498,566.03 |
| 17MAY | 525,144.98 |
| 20MAY | 479,903.40 |
| 21MAY | 497,129.08 |
| 22MAY | 2,618,741.99 |
| 23MAY | 457,271.05 |
| 24MAY | 512,928.82 |
| 28MAY | 467,489.57 |
| 29MAY | 465,585.97 |
| 30MAY | 468,661.00 |
| 31MAY | 457,537.00 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 16MAY | | 16MAY | | USD YOUR: 020516400633 OUR: 0244108136FF | 190.32 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BANK /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=020516400633 OBI =STOCK OPTION TAX CUSTOMERS NAME K IMAD: 0516C1QBK71X002946 |
| 16MAY | | 16MAY | | USD YOUR: 020516400616 OUR: 0230513136FF | 1,440.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BANK /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=020516400616 OBI =STOCK OPTION COST CUSTOMERS NAME K IMAD: 0516C1QBK71X002905 |
| 16MAY | | 16MAY | | USD YOUR: 0/B WACHOVIA WIN OUR: 0229807136FF | 1,242,872.23 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=0/B WACHOVIA WIN |

**FT CODE:**

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

**JPMorganChase**

Account Statement

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | Account No: | 016-001257 |
|---|---|---|---|
| | | Statement Start Date: | 16 MAY 2002 |
| | | Statement End Date: | 31 MAY 2002 |
| | | Statement Code: | S00-USA-22 |
| | | Statement No: | 010 |

Page 2 of 19

| Ledger Date | Adj.Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balance / Appl |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 16MAY | | 16MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0159814136FF | 1,475,722.47 | BBI=/TIME/13:50 IMAD: 0516EAQFTI1A001315 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:09 IMAD: 0516GIGFGY2C000623 | | |
| 16MAY | | 16MAY | USD | YOUR: MAESTRO OUR: 0379401136FF | 4,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318=P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 0516A10002GC001953 | | |
| 17MAY | | 17MAY | USD | YOUR: O/B WACHOVIA WIN OUR: 0135213137FF | 1,809,133.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:49 IMAD: 0517EAQFTI1A001021 | | |
| 17MAY | | 17MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0197081137FF | 1,880,004.78 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:59 IMAD: 0517GIGFGY2C000630 | | |
| 17MAY | | 17MAY | USD | YOUR: O/B WACHOVIA WIN OUR: 0336813137FF | 4,931,677.87 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO | | |

JPMorgan Chase Bank

Statement Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAY 2002
Statement End Date: 31 MAY 2002
Statement Code: S00-USA-22
Statement No: 010

Page 3 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balance Date | Amt |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 20MAY | 20MAY USD | YOUR: O/B WACHOVIA WIN OUR: 0102408140FF | 2,109,878.00 | /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601001257 RFB=O/B WACHOVIA WIN BBI=/TIME/15.50 IMAD: 0517EAQFTIIA001698 |
| 20MAY | 20MAY USD | YOUR: O/B BKAM IL CGO OUR: 0084413140FF | 2,926,610.41 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11.08 IMAD: 0520EAQFTIIA000846 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601001257 RFB=O/B BKAM IL CGO OBI=HQWT BBI=/TIME/10:42 IMAD: 0520G1QFGY2C000279 |
| 21MAY | USD | OUR: 0032240114XF | 14,774.24 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00323881963 |
| 21MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0087701141FF | 1,624,692.20 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601001257 RFB=O/B BKAM IL CGO OBJ=HQWT BBI=/TIME/10:50 IMAD: 0521G1QFGY2C000273 |
| 21MAY | USD | YOUR: O/B WACHOVIA WIN OUR: 0095001141FF | 3,116,856.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO |