Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-00D
                                     STATEMENT NO:      11


Costs and Expenses


PREVIOUS BALANCE                                $6,577.30


04/02/02 FAX to Peter Van N. Lockwood - 3 pages (Letter)          1.50
04/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Delivery                                 249.60
04/03/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Delivery                                 368.90
04/05/02 Federal Express to Philip Milch on 4/1/02               19.31
04/08/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                               398.40
04/08/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                                57.56
04/08/02 FAX to Peter Van N. Lockwood - 5 pages                   2.50
04/08/02 FAX to Douglas A. Campbell - 5 pages                     2.50
04/08/02 FAX to Elyssa Strug - 5 pages                            2.50
04/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                                54.58
04/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                                58.20
04/11/02 FAX to Peter Van N. Lockwood - 7 pages (Letter &
         Stipulation)                                             3.50
04/12/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                                59.60
04/12/02 Federal Express to Larry Tersigni on 4/5/02             18.36
04/12/02 Federal Express to Philip Milch on 4/5/02               17.95
04/14/02 MGZ - U.S. Air Ticket from Philadelphia, PA to
         Pittsburgh, PA and return on 4/22/02                   128.25
04/15/02 FAX to 14 Parties of Record - 9 pages                   63.00
04/16/02 AT&T Long Distance Phone Calls                          15.29
04/17/02 FAX to Peter Van N. Lockwood - 3 pages                   1.50
04/17/02 FAX to Douglas A. Campbell - 3 pages                     1.50
04/17/02 FAX to Elyssa Strug - 3 pages                            1.50
04/22/02 FAX to 16 Parties of Record - 9 pages                   72.00
04/22/02 MGZ - Cab Fare for hearing in Pittsburgh                41.00

```
                                                    Page:  2
        W.R. Grace                                  04/30/02
                                          ACCOUNT NO: 3000-00D
                                          STATEMENT NO:      11

        Costs and Expenses
```

| | | |
|---|---|---:|
| 04/22/02 | Federal Express to Lewis Kruger on 4/22/02 | 11.11 |
| 04/22/02 | Federal Express to Philip Bentley on 4/22/02 | 11.11 |
| 04/22/02 | Federal Express to Scott Baena on 4/22/02 | 13.15 |
| 04/22/02 | Federal Express to David Bernick on 4/22/02 | 13.15 |
| 04/22/02 | Federal Express to Rachel Fleishman on 4/22/02 | 11.11 |
| 04/22/02 | Federal Express to Henry Wassenstein on 4/22/02 | 11.11 |
| 04/22/02 | Federal Express to David Rosenbloom on 4/22/02 | 13.15 |
| 04/22/02 | Federal Express to Trevor Swett on 4/22/02 | 11.11 |
| 04/22/02 | Federal Express to Elihu Inselbuch on 4/22/02 | 11.11 |
| 04/25/02 | FAX to Nathan D. Finch - 5 pages (Order) | 2.50 |
| 04/25/02 | FAX to Brad Friedman - 5 pages (Order) | 2.50 |
| 04/25/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 04/25/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 04/25/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 04/25/02 | FAX to Nathan Finch and Bob Spohn - 32 pages (Response to RFP) | 16.00 |
| 04/26/02 | FAX to Elyssa Strug - 13 pages (Order and Letter) | 6.50 |
| 04/29/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 212.23 |
| 04/29/02 | FAX to 18 Parties of Record - 7 pages | 63.00 |
| 04/30/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 62.40 |
| 04/30/02 | Parcels, Inc. - Delaware Document Retrieval on 4/22/02 | 72.00 |

```
                                                    --------
            TOTAL EXPENSES                          2,186.74

            TOTAL CURRENT WORK                       2,186.74


04/25/02 Payment - Thank you.  (1/02)(100%)         -3,654.27


            BALANCE DUE                             $5,109.77
                                                    =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             04/30/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      11


Asset Analysis and Recovery



       PREVIOUS BALANCE                           $3,679.50



                                         HOURS
04/01/02
     MGZ Review Sealed Air's Answer to Fraud
         Conveyance Complaint                     0.30      87.00
     DAC Review memo re: status of counsel in the
         Fraudulent Conveyance Action             0.10      35.00
     PEM Review memo from counsel re: fraudulent
         transfer litigation                      0.30      79.50

04/03/02
     MGZ Telephone conference with T. Taconelli
         (mult.) re: Discovery Request and Related
         Issues                                   0.30      87.00
     MGZ Telephone conference with T. Swett re:
         same                                     0.10      29.00
     MGZ Telephone conference with N. Finch re:
         same                                     0.10      29.00
     MGZ Review correspondence from T. Swett re:
         discovery requests                       0.10      29.00
     MGZ Review correspondence from T. Taconelli
         re: same                                 0.10      29.00
     MGZ Review and make revisions to document
         requests                                 0.20      58.00
     MGZ Review Judge Wolin's Consolidation Order 0.10      29.00

04/08/02
     MGZ Telephone conference with N. Finch re:
         service of ARPC Deposition Materials     0.20      58.00

04/09/02
     MGZ Telephone conference with J. Cunningham
         re: response date for Motion to Intervene 0.20     58.00
     MGZ Review Local and Bankruptcy Rules re:

{D0002864:1 }

```
                                                      Page: 2
W.R. Grace                                           04/30/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      11
Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | same | 0.30 | 87.00 |
| MGZ | Review corr. from and draft corr. to J. Cunningham re: same | 0.10 | 29.00 |
| MTH | Telephone Conference with Ted Ta re: proceeding | 0.10 | 26.50 |
| MTH | Preparing notice of service, service list for filing | 0.50 | 132.50 |

**04/10/02**

| | | | |
|---|---|---|---|
| MGZ | Telephone conference with T. Taconnelli re: Notice of Deposition Issues | 0.10 | 29.00 |
| MGZ | Meeting with MTH re: same | 0.10 | 29.00 |
| MGZ | Review Local Bankruptcy Court Rules re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with MTH and N. Finch re: same | 0.10 | 29.00 |
| MTH | Meeting with MGZ re: subpoena to ARPC | 0.10 | 26.50 |
| MTH | Legal research re: rules for service of subpoena, deposition | 0.70 | 185.50 |
| MTH | Telephone conference with Nathan Finch re: subpoena, notice of deposition | 0.10 | 26.50 |

**04/11/02**

| | | | |
|---|---|---|---|
| MGZ | Review corr. from N. Finch re: Objection to Debtors' Motion to Intervene | 0.10 | 29.00 |
| MGZ | Review draft Objection to Debtors' Motion to Intervene | 0.30 | 87.00 |
| MGZ | Review corr. from and draft corr. to J. Cunningham re: same | 0.10 | 29.00 |
| MGZ | Review corr. from and draft corr. to N. Finch re: Timelines for Filing and Service | 0.10 | 29.00 |
| MGZ | Review corr. from R. Tower re: revised draft of Objection to Debtors' Motion to Intervene | 0.10 | 29.00 |
| MGZ | Review, minor revisions and finalize Objection to Debtors' Motion to Intervene | 0.40 | 116.00 |

**04/12/02**

| | | | |
|---|---|---|---|
| SLP | Preparation of Committee's Memorandum in Opposition in Fresenius adversary for electronic filing (.2); preparation of service list (.1); electronically file and arrange for service of same (.3) | 0.60 | 54.00 |

**04/15/02**

| | | | |
|---|---|---|---|
| MGZ | Telephone conference with N. Finch and | | |

{D0002864:1 }

W.R. Grace

Asset Analysis and Recovery

|  |  | HOURS |  |
|---|---|---|---|
|  | telephone conference with T. Swett re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with T. Taconnelli re: same | 0.10 | 29.00 |
| **04/16/02** |  |  |  |
| MGZ | Review Sealed Air and Grace's Witness Disclosure | 0.10 | 29.00 |
| MGZ | Review corr. from N. Finch re: Rule 26 Disclosures | 0.10 | 29.00 |
| MTH | Telephone conference with Nate Finch re: Rule 26 disclosures | 0.10 | 26.50 |
| MGZ | Telephone conference with F. Perch re: Agenda for 4/22/02 Hearing and Transfer Order Motion | 0.10 | 29.00 |
| **04/19/02** |  |  |  |
| MTH | Review April 17, 2002 Discovery Order | 0.30 | 79.50 |
| MTH | Review Order re: fraudulent conveyance proceedings, authorization to prosecute, appointment of a special master and case management schedule dated March 12, 2002 with March 28, 2002 clarification | 0.30 | 79.50 |
| **04/22/02** |  |  |  |
| MGZ | Travel from Pittsburgh to Wilmington re: Attendance at Omnibus Hearing (1/2 of 1/2 of Total Time) | 0.90 | 261.00 |
| CJB | Office conferences with MTH re: Rule 26 Disclosure in Sealed Air (.3); telephone conference with MTH and Rachel Fleishman re: same (.1); review Judge Wolin's 4/17 order and the original complaint (.3); review docket and case file information to verify service information (.3); revisions to service list and certificate of service (.2); revisions to Rule 26 disclosure (.5); electronically file and serve disclosure (1.0); prepare hard copy service of same and serve same (.5) | 3.20 | 400.00 |
| MTH | Telephone Conference with Rachel Fleishman re: Rule 26 disclosures | 0.10 | 26.50 |
| MTH | Review correspondence from Rachel Fleishman re: Rule 26 disclosures | 0.10 | 26.50 |
| **04/23/02** |  |  |  |
| MGZ | Telephone conference with N. Finch re: |  |  |

```
                                                        Page: 4
W.R. Grace                                            04/30/02
                                          ACCOUNT NO:  3000-01D
                                          STATEMENT NO:      11
Asset Analysis and Recovery
```

```
                                                  HOURS
             document request issues              0.30      87.00
        MGZ Review court's docket re: orders
             withdrawing the reference            0.50     145.00
        MTH Review WR Grace- Conn's Reply in Support
             of its Motion to Intervene           0.30      79.50

04/25/02
        MGZ Review correspondence from N. Finch re:
             sealed air discovery issues          0.10      29.00
        MGZ Review correspondence from N. Finch re:
             order on expert retentions           0.10      29.00
        MGZ Meeting with SLP re: same             0.10      29.00
        MGZ Review of Court's Docket re: same     0.20      58.00
        MGZ Draft correspondence to and review
             correspondence from N. Finch re:
             discovery issues                     0.10      29.00

04/29/02
        MGZ Review Judge Wolin's Order Referring
             Certain Cases                        0.10      29.00
        MGZ Draft corr. to N. Finch re: same      0.10      29.00

04/30/02
        MGZ Meeting with SLP re: fraudulent transfer
             litigation                           0.20      58.00
                                                  -----  --------
        FOR CURRENT SERVICES RENDERED             13.70  3,256.00

                        RECAPITULATION
     TIMEKEEPER               HOURS  HOURLY RATE      TOTAL
     Douglas A. Campbell       0.10    $350.00      $35.00
     Philip E. Milch           0.30     265.00       79.50
     Matthew G. Zaleski        6.80     290.00    1,972.00
     Cathie J. Boyer           3.20     125.00      400.00
     Stephanie L. Peterson     0.60      90.00       54.00
     Mark T. Hurford           2.70     265.00      715.50


        TOTAL CURRENT WORK                           3,256.00


04/25/02 Payment - Thank you.  (1/02)(80%)             -60.80


        BALANCE DUE                                $6,874.70
                                                   =========
```

{D0002864:1 }

```
                                                    Page: 5
W.R. Grace                                        04/30/02
                                  ACCOUNT NO: 3000-01D
                                  STATEMENT NO:      11

Asset Analysis and Recovery
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      04/30/02
Wilmington  DE                              ACCOUNT NO: 3000-02D
                                            STATEMENT NO:      11

Asset Disposition

PREVIOUS BALANCE                                                $720.90

                                                   HOURS
04/17/02
     MTH Review Motion for Entry of an Order
         Authorizing Debtors to Assume and Assign
         Leases for Real Property                   0.50    132.50

04/23/02
     MTH Review Response of United Steel Workers
         of America to Motion of Alutek, Inc. for
         an Order Setting a Deadline for Assuming
         or Rejecting Executory Contracts           0.10     26.50

04/26/02
     MTH Review Motion of Union Tank Car Company
         for an Order to Compel Assumption or
         Rejection of Unexpired Lease               0.30     79.50
                                                    ----    ------
         FOR CURRENT SERVICES RENDERED              0.90    238.50

                        RECAPITULATION
     TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
     Mark T. Hurford                  0.90    $265.00    $238.50

     TOTAL CURRENT WORK                                     238.50

     BALANCE DUE                                           $959.40
                                                          =======

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:       6

Business Operations



    PREVIOUS BALANCE                              $513.50


    BALANCE DUE                                   $513.50
                                                  =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  04/30/02
Wilmington  DE                            ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      11


Case Administration



PREVIOUS BALANCE                                        $10,709.80



                                              HOURS
04/01/02
    SLP Review pleadings and electronic filing
        notices for 3/28 and 3/29 (.3);
        preparation and distribution of daily
        memo (.2); docketing (.3)                0.80      72.00

04/04/02
    AFM Drafted Motion and Order for Admission
        Pro Hac Vice (Skretny, Heerman,
        Cunningham)                              0.30      60.00
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)          0.20      18.00

04/05/02
    SLP Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30      27.00
    MGZ Review Special Masters Appointment Order 0.10      29.00

04/08/02
    SLP Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)          0.50      45.00

04/09/02
    SLP Review pleadings and electronic filing
        notices (.1); preparation and
        distribution of daily memo (.1)          0.20      18.00
    MTH Review report re: paper and electronic
        filings for 4/5/02 and 4/8/02           0.10      26.50

{D0002864:1 }

```
                                                    Page: 2
                                                    04/30/02
         W.R. Grace
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:        11
         Case Administration


                                            HOURS
04/11/02
     SLP Review pleadings and electronic filing
         notices for 4/9 and 4/10 (.2);
         preparation and distribution of daily
         memo (.1); docketing (.2)                 0.50     45.00

04/12/02
     SLP Review pleadings and electronic filing
         notices (.1); preparation and
         distribution of daily memo (.1); update
         fraudulent transfer adversary file (.2)   0.40     36.00
     MTH Review report re: pleadings filed 4/11/02 0.10     26.50

04/15/02
     MK  Update attorneys case binders; review
         case calendar                             0.20     18.00
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2);
         docketing (.3)                            0.80     72.00
     MTH Review report re: pleadings filed 4/12/02 0.10     26.50

04/16/02
     MK  Update attorneys' calendar                0.10      9.00
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1);
         docketing (.2)                            0.50     45.00
     MTH Review report re: pleadings filed 4/15/02 0.10     26.50

04/17/02
     DBS Meeting with MGZ re: developments and
         strategy                                  0.30    105.00
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)           0.30     27.00

04/18/02
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)           0.30     27.00

04/19/02
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2); review
         agenda for 4/22 hearing (.1); preparation
```

|     |                                                      | HOURS |        |
|-----|------------------------------------------------------|-------|--------|
|     | of documents for 4/22 hearing (.2)                   | 0.80  | 72.00  |
| MTH | Review report re: pleadings filed April 18, 2002     | 0.10  | 26.50  |

**04/23/02**

|     |                                                                                                              |       |        |
|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| SLP | Review pleadings and electronic filing notices for 4/19 and 4/22 (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50  | 45.00  |
| MTH | Review report re: pleadings filed April 19, 2002                                                             | 0.10  | 26.50  |
| CJB | Office conference with MGZ re: case management order and amended interim comp order                          | 0.10  | 12.50  |

**04/24/02**

|     |                                                                                       |       |        |
|-----|---------------------------------------------------------------------------------------|-------|--------|
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1);  | 0.30  | 27.00  |
| SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1);  | 0.20  | 18.00  |
| MTH | Review Order Establishing Case Management Procedures and Hearing Schedule             | 0.20  | 53.00  |
| MTH | Review report re: pleadings filed April 23, 2002                                      | 0.10  | 26.50  |

**04/25/02**

|     |                                                                                       |       |        |
|-----|---------------------------------------------------------------------------------------|-------|--------|
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1);  | 0.30  | 27.00  |

**04/26/02**

|     |                                                                                       |       |        |
|-----|---------------------------------------------------------------------------------------|-------|--------|
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.3) | 0.80  | 72.00  |
| MTH | Review report re: pleadings filed April 25, 2002                                      | 0.10  | 26.50  |

**04/29/02**

|     |                                                                                       |       |        |
|-----|---------------------------------------------------------------------------------------|-------|--------|
| MGZ | File review and tend to case status issue                                             | 0.70  | 203.00 |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 27.00  |
| SLP | Review pleadings and electronic filing notices (.2); preparation and                  |       |        |

```
                                                        Page: 4
                                                      04/30/02
         W.R. Grace
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      11

         Case Administration




                                             HOURS
              distribution of daily memo (.1);
              docketing (.2)                     0.40      36.00
         MTH Review report re: pleadings filed April
              26, 2002                            0.10      26.50

04/30/02
     MK  Review professionals bill; update
          internal case files; prepare professional
          fee app. from billings for 3/2002      0.20      18.00
     SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30      27.00
     SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30      27.00
     MTH Review report re: pleadings filed April
          29, 2002                                0.10      26.50
                                                 -----   --------
         FOR CURRENT SERVICES RENDERED           12.20   1,582.50

                           RECAPITULATION
         TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
         David B. Salzman               0.30    $350.00    $105.00
         Matthew G. Zaleski             0.80     290.00     232.00
         Cathie J. Boyer                0.10     125.00      12.50
         Stephanie L. Peterson          9.00      90.00     810.00
         Michele Kennedy                0.50      90.00      45.00
         Aileen F. Maguire              0.30     200.00      60.00
         Mark T. Hurford                1.20     265.00     318.00


         TOTAL CURRENT WORK                                1,582.50


04/25/02 Payment - Thank you.  (1/02)(80%)                 -831.20


         BALANCE DUE                                    $11,461.10
                                                        ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      04/30/02
Wilmington   DE                              ACCOUNT NO: 3000-05D
                                             STATEMENT NO:      11


Claims Administration and Objections



PREVIOUS BALANCE                                         $4,300.40



|  |  | HOURS |  |
|---|---|---|---|
| **04/01/02** | | | |
| MGZ | Review corr. from DAC re: modifying court's transfer order | 0.10 | 29.00 |
| **04/02/02** | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| MGZ | Review corr. from P. Robeson and corr. from J. Priefer re: released document request issues in US Minerals Matter | 0.10 | 29.00 |
| MGZ | Telephone conference with DAC re: Fitzgerald's Order on Bar Date Motion | 0.20 | 58.00 |
| MGZ | Review Federal Rules of Civil Procedure re: same | 0.20 | 58.00 |
| MGZ | Draft corr. to P. Lockwood and review corr. from P. Lockwood re: same | 0.10 | 29.00 |
| MGZ | Review of Court's Docket, past agenda letters, and transfer order re: correcting the record on bar date matter | 0.50 | 145.00 |
| MGZ | Telephone conference with J. Baer re: same | 0.30 | 87.00 |
| MGZ | Begin preparation of Motion to Correct Transfer Order on Bar Date Matter | 1.50 | 435.00 |
| **04/03/02** | | | |
| DAC | Review of draft motion to correct bar date motion record and note changes | 0.30 | 105.00 |
| MTH | Meeting with MGZ re: case background information and status of proceedings | 0.30 | 79.50 |
| MGZ | Meeting with MTH re: case background information and status of proceedings | 0.30 | 87.00 |

{D0002864:1 }

```
                                                         Page: 2
                                                        04/30/02
W.R. Grace
                                           ACCOUNT NO: 3000-05D
                                           STATEMENT NO:      11
Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Continue drafting motion to correct transfer order | 2.00 | 580.00 |
| MGZ | Draft correspondence to P. Lockwood re: same | 0.10 | 29.00 |
| MGZ | Draft correspondence to DAC re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with J. Baer re: same | 0.20 | 58.00 |

04/05/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with J. Baer re: motion to correct transfer order | 0.30 | 87.00 |
| MGZ | Telephone conference with F. Perch re: same | 0.10 | 29.00 |
| MGZ | Continue drafting Motion to Correct Transfer Order Motion | 2.00 | 580.00 |
| MGZ | Draft proposed form of order on transfer order motion | 0.40 | 116.00 |
| MGZ | Review Notice of Motion for Transfer Order Motion | 0.10 | 29.00 |
| MGZ | Meeting with CJB and AFM re: same | 0.10 | 29.00 |
| MGZ | Revise and finalize motion to correct transfer order | 0.30 | 87.00 |
| CJB | Prepare notice of motion regarding motion to correct order transferring certain asbestos claim matters and revisions to same | 0.20 | 25.00 |

04/17/02

|  |  |  |  |
|---|---|---|---|
| MTH | Review Application for Order Authorizing the Employment and Retention of Bankruptcy Management Corporation | 0.40 | 106.00 |

04/19/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Review UST Joinder in Motion to Correct Transfer Order | 0.10 | 29.00 |
| MGZ | Review and revise order granting motion to correct | 0.10 | 29.00 |
| MGZ | Draft corr. to and review corr. from P. Lockwood re: same | 0.10 | 29.00 |

04/22/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Meeting with P. Lockwood re: Zonolite Issues | 0.10 | 29.00 |

04/23/02

|  |  |  |  |
|---|---|---|---|
| MTH | Review US Trustee's Statement in Support of Motion to Correct the Court's Order | 0.20 | 53.00 |

```
                                                      Page: 3
      W.R. Grace                                      04/30/02
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      11
      Claims Administration and Objections
```

```
                                            HOURS
04/26/02
      MGZ Review orders re: motion to correct
          transfer order                     0.10    29.00
      MGZ Meeting with SLP re: service of same  0.10    29.00
      SLP Electronically file certificate of
          service re: order granting motion to
          correct court's order and order granting
          motion to shorten time (.2); arrange for
          service of same (.2)                0.40    36.00
                                            -----  --------
          FOR CURRENT SERVICES RENDERED      11.70  3,215.50
```

```
                     RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
Douglas A. Campbell             0.30   $350.00    $105.00
Matthew G. Zaleski              9.60    290.00   2,784.00
Cathie J. Boyer                 0.20    125.00      25.00
Stephanie L. Peterson           0.70     90.00      63.00
Mark T. Hurford                 0.90    265.00     238.50


      TOTAL CURRENT WORK                          3,215.50


      BALANCE DUE                                $7,515.90
                                                 =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                04/30/02
Wilmington  DE                            ACCOUNT NO: 3000-06D
                                          STATEMENT NO:     11

Employee Benefits/Pensions



PREVIOUS BALANCE                                          $776.00


                                              HOURS
04/03/02
    MGZ Telephone conference with L. Tersigni and
        S. Plotzky re: Employee Incentive Issues    0.10      29.00

04/04/02
    MGZ Review correspondence from and draft
        correspondence to S. Plotzky re: Employee
        Incentive Issues                            0.10      29.00
                                                    ----     -----
        FOR CURRENT SERVICES RENDERED               0.20      58.00

                         RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski             0.20    $290.00     $58.00


    TOTAL CURRENT WORK                                     58.00


    BALANCE DUE                                           $834.00
                                                          =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      11

Fee/Employment Applications

PREVIOUS BALANCE                                 $9,767.70

                                      HOURS
04/01/02
     CJB Review February, 2002 billing statement
         and re-format in MS WORD and PDF in
         preparation for electronic filing (.2);
         review draft fee application and
         revisions to same (.2); review draft
         notice of application and revisions to
         same (.1); prepare for electronic filing
         (.1)                                    0.30    37.50

04/02/02
     CJB Review Tersigni's, February, 2002 billing
         statement and prepare same for electronic
         filing (.2); prepare Tersigni's 7th fee
         application (.8); prepare notice for same
         (.2); prepare notice of Caplin &
         Drysdale's February, 2002 fee application
         (.2); electronically file and serve
         February, 2002 fee application for
         Caplin, Tersigni and C&L (.8); prepare
         hard copy service of same (.3); prepare
         certificate of no objection for C&L's
         January, 2002 fee application (.2);
         prepare certificate of no objection for
         Caplan's January, 2002 fee application
         (.2);  prepare certificate of no
         objection for Tersigni's January, 2002
         fee application (.2);  electronically
         file and serve same (.4); prepare hard
         copy service of same (.2); update fee
         application and payment status chart (.2)   3.10   387.50

```
                                                   Page: 2
          W.R. Grace                               04/30/02
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      11
          Fee/Employment Applications
```

|  |  | HOURS |  |
|---|---|---|---|
| **04/09/02** | | | |
| MGZ | Review and Edit Prebill re: Preparation of Fee Application | 0.60 | 174.00 |
| **04/10/02** | | | |
| CJB | Review LAS' first interim fee app. and re-calculate new fees and expenses for revised order (.2); prepare certificate of counsel and revised form of order (.3); electronically file and serve same and prepare hard copy service of same (.4) | 0.90 | 112.50 |
| **04/11/02** | | | |
| SDS | Drafted March Fee Application | 2.00 | 200.00 |
| **04/15/02** | | | |
| MGZ | Tend to Billing Issues re: Preparation of Materials for Fee Applications | 0.40 | 116.00 |
| CJB | Review C&L's March, 2002 billing statement (.2); office conference with MGZ re: correcting time billed to an incorrect category and e-mail to DGS re: same and forward time to be changed (.1) | 0.30 | 37.50 |
| **04/18/02** | | | |
| MGZ | Tend to Issues Regarding LAS Fee Applications (1/4 Total Time) | 0.10 | 29.00 |
| **04/24/02** | | | |
| MTH | Review Amended Administrative Order Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members | 0.20 | 53.00 |
| MGZ | Telephone conference with M. Peterson re: Billing Procedures and Status of Fee Applications | 0.10 | 29.00 |
| MGZ | Meeting with CJB re: same | 0.10 | 29.00 |
| CJB | Telephone Conference with W. Smith re: format for monthly fee applications (.1); review amended interim comp. order (.2); telephone conference with E. Strug re: questions and clarifications regarding the amended interim compensation order (.2); review letter from Debtors' counsel re: same (.2); several office conferences | | |

|  |  | HOURS |  |
|---|---|---|---|
| | with MGZ and telephone conferences with E. Strug re: new procedures (.3); review Campbell & Levine's billing statement and format same in Word and PDF (.2); prepare Campbell & Levine's 9th monthly fee application in new format (.4); review Tersigni's March 2002 billing statement and prepare same in PDF format (.1); begin draft of Tersigni's March 2002 application in new format (.3) | 2.00 | 250.00 |
| 04/25/02 | | | |
| MGZ | Meeting with CJB re: Fee Application Procedures and related issues (1/6 total time) | 0.10 | 29.00 |
| CJB | Telephone conferences with E. Strugg re: Elizabeth Warren's January fee application (.1); finish draft of Tersigni's March 2002 application and revisions to same (.3); review September, 2001 billing statement from Legal Analysis Systems' (LAS) and prepare same in Word and PDF format (.2); prepare LAS' September through January fee application (.3); prepare LAS' September 2001 fee application (.3); prepare new certificate of service and service list pursuant to amended administrative order (.3); Telephone conferences with E. Strugg and Warren Smith re: zip drive capabilities for electronic submission of prior fee applications (.2) | 1.70 | 212.50 |
| 04/26/02 | | | |
| CJB | Telephone conference with E. Strugg re: amended admin. order and process for submitting documents to W. Smith | 0.20 | 25.00 |
| 04/29/02 | | | |
| CJB | Prepare certificate of no objection to C&L's February, 2002 fee application (8th) (.2); Prepare certificate of no objection to Tersigni's February, 2002 fee application (7th) (.2); Prepare certificate of no objection to Caplin & Drysdale's February, 2002 fee application (6th) (.2); revisions to | | |

{D0002864:1 }

```
                                                          Page: 4
         W.R. Grace                                      04/30/02
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:       11
         Fee/Employment Applications
```

```
                                               HOURS
            certificate of service pursuant to
            amended admin. Order (.1); update fee
            application and payment status chart
            (.1); review interim compensation orders
            and fee auditor orders for preparation of
            comparison analysis chart of same n
            pending Delaware asbestos cases (.5)        1.30    162.50

04/30/02
    CJB  Prepare chart of all entry dates and
         docket numbers of interim compensation,
         revised interim compensation and fee
         auditor orders for pending Delaware
         asbestos cases (1/6 allocation)               0.20     25.00
    CJB  Review Caplin's interim fee app. and
         arrange for PDF formatting (.1); finish
         analysis of fee auditor and interim
         compensation orders entered in WR Grace
         for comparison chart (2.0)                     2.10    262.50
    MTH  Prepare Application for an Order
         Authorizing the Employment of CEN Corp.        1.10    291.50
    MTH  Prepare Affidavit of Larry Tersigni in
         support of CEN Corp. application               0.30     79.50
                                                       -----  --------
         FOR CURRENT SERVICES RENDERED                 17.10  2,542.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
    Matthew G. Zaleski            1.40    $290.00      $406.00
    Cathie J. Boyer             12.10     125.00     1,512.50
    Suzanne Decker Schreiber      2.00     100.00       200.00
    Mark T. Hurford               1.60     265.00       424.00


         TOTAL CURRENT WORK                             2,542.50


04/25/02 Payment - Thank you.  (1/02)(80%)            -3,277.60


         BALANCE DUE                                   $9,032.60
                                                      =========

         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                04/30/02
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      10


     Fee/Employment Objections




     PREVIOUS BALANCE                                 $2,327.00



                                              HOURS
04/01/02
     MGZ Review corr. from P. Lockwood re:
         McDermott Will Affidavit              0.10      29.00
     MGZ Telephone conference with P. Lockwood re:
         same                                  0.10      29.00
     MGZ Telephone conference with DAC re: same 0.10     29.00
     MGZ Review Multiple Steptoe & Johnson Fee
         Applications                          0.50     145.00
     MGZ Draft corr. to PEM and DAC re: McDermott
         Will Retention Issues                 0.10      29.00

04/11/02
     MGZ Review Debtors' Ordinary Course
         Professionals Statement               0.10      29.00

04/24/02
     MGZ Review correspondence from J. Cunningham
         re: LeClair Retention Materials       0.10      29.00

04/29/02
     MGZ Review corr. from L. Coggins and
         attachments thereto re: Bilzin Sumberg
         Fee Application                       0.20      58.00
                                               ----    ------
         FOR CURRENT SERVICES RENDERED         1.30     377.00

                    RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Matthew G. Zaleski           1.30   $290.00    $377.00



{D0002864:1 }

```
                                                     Page:  2
      W.R. Grace                                    04/30/02
                                       ACCOUNT NO:  3000-08D
                                       STATEMENT NO:       10
      Fee/Employment Objections




      TOTAL CURRENT WORK                               377.00


04/25/02 Payment - Thank you.  (1/02)(80%)            -856.80


      BALANCE DUE                                   $1,847.20
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             04/30/02
Wilmington  DE                       ACCOUNT NO: 3000-09D
                                     STATEMENT NO:        1


Financing




                                              HOURS
04/19/02
    MTH Review Debtor's Amended Application for
        Authority to Employ Pricewaterhouse
        Coopers LLP as Auditors and Tax
        Consultants                            0.50    132.50
                                               ----    ------
        FOR CURRENT SERVICES RENDERED          0.50    132.50

                     RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              0.50    $265.00     $132.50


    TOTAL CURRENT WORK                               132.50


    BALANCE DUE                                     $132.50
                                                    =======



          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          04/30/02
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      11


Litigation



PREVIOUS BALANCE                                 $12,180.00


                                        HOURS
04/01/02
     DAC Review Supplemental Affidavit of
         McDermott, Will regarding its
         representation of the defendant in the
         Fraudulent Transfer Action; telephone
         conference with associate                0.30    105.00

04/18/02
     MGZ Review Debtors' Agenda for 4/22/02
         Omnibus Hearing                          0.10     29.00
     MGZ Draft corr. to P. Lockwood re: same      0.10     29.00
     MGZ Telephone conference with P. Lockwood re:
         4/22/02 Hearing                          0.20     58.00
     MGZ Review Court's Order on Discovery in
         Fraud. Conveyance Litigation             0.10     29.00

04/19/02
     SLP Review docket in National Union adversary
         proceeding (.1); download and print
         document for 4/22 hearing re: National
         Union (.7)                               0.80     72.00

04/20/02
     MGZ Prepare materials for 4/22/02 Ominibus
         Hearing                                  0.30     87.00

04/22/02
     MGZ Travel from Wilmington to Pittsburgh re:
         Attendance at Omnibus Hearing (1/2 of 1/2
         of Total Time)                           1.20    348.00
     MGZ Review Pleadings and Agenda re:
         Preparation for Hearing                  0.30     87.00

{D0002864:1 }

```
                                                      Page: 2
        W.R. Grace                                   04/30/02
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      11

        Litigation




                                         HOURS
        MGZ Attend Omnibus Hearing        2.70    783.00

04/23/02
        MTH Meeting with MGZ re: 4/22/02 Omnibus
            hearing                       0.10     26.50
                                          ----  --------
        FOR CURRENT SERVICES RENDERED     6.20  1,653.50
                      RECAPITULATION
        TIMEKEEPER              HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell      0.30    $350.00    $105.00
        Matthew G. Zaleski       5.00     290.00   1,450.00
        Stephanie L. Peterson    0.80      90.00      72.00
        Mark T. Hurford          0.10     265.00      26.50


        TOTAL CURRENT WORK                          1,653.50


04/25/02 Payment - Thank you.  (1/02)(80%)         -5,386.00


        BALANCE DUE                                $8,447.50
                                                   =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    04/30/02
Wilmington  DE                   ACCOUNT NO: 3000-11D
                                 STATEMENT NO:       9

Plan and Disclosure Statement



    PREVIOUS BALANCE                          $110.50


    BALANCE DUE                               $110.50
                                              =======



                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>W.R. Grace</td><td>04/30/02</td></tr>
<tr><td>Wilmington  DE</td><td>ACCOUNT NO: 3000-12D</td></tr>
<tr><td></td><td>STATEMENT NO:         9</td></tr>
</table>

Relief From Stay Proceedings


PREVIOUS BALANCE                                            $199.50


                                               HOURS
04/19/02
    MGZ Review corr. from D. Carickhoff re: Stay
        Relief Stipulation with Honeywell          0.10      29.00
    MGZ Review Honeywell Stay Relief Stipulation   0.10      29.00
    MGZ Review corr. from and draft corr. to P.
        Lockwood re: same                          0.10      29.00
                                                   ----     -----
        FOR CURRENT SERVICES RENDERED              0.30      87.00

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski               0.30    $290.00      $87.00


    TOTAL CURRENT WORK                                     87.00


    BALANCE DUE                                           $286.50
                                                          =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                             04/30/02
Wilmington  DE                      ACCOUNT NO: 3000-14D
                                    STATEMENT NO:        9

Valuation


PREVIOUS BALANCE                                        $31.50


BALANCE DUE                                             $31.50
                                                       ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0002864:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                              04/30/02
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:     11


Committee Administration



        PREVIOUS BALANCE                          $10,756.10



                                         HOURS
04/04/02
     CJB Review motions and applications and
         update weekly recommendation memo     1.00    125.00

04/11/02
     MTH Meeting with CJB                       0.10     26.50
     MTH Review report re: pleadings filed 4/10/02  0.10  26.50
     CJB Review applications, set up weekly
         recommendation memo and update same    0.30     37.50

04/12/02
     CJB Review, update, revise and finalize
         weekly recommendation memo (1.0); office
         conferences with MGZ and MTH re: revision
         to same (.2)                           1.20    150.00
     MTH Prepare report on Critical dates       0.50    132.50
     MGZ Review and revise Weekly Recommendation
         Memo for Committee Members             0.30     87.00
     MGZ Meeting with MTH re: Weekly
         Recommendation Memo                    0.10     29.00
     MGZ Draft corr. to co-counsel re: same     0.10     29.00

04/15/02
     PEM Review calendar and memo to committee
         with recommendations on pending motions  0.30   79.50
     MGZ Review corr. from P. Lockwood re: Weekly
         Recommendation Memo for Committee Members  0.10  29.00
     MGZ Meeting with MTH re: revisions to Weekly
         Recommendation Memo for Committee Members  0.10  29.00
     MTH Prepare weekly recommendation memo for
         committee members                      0.60    159.00
     MTH Meeting with MGZ re: same              0.10     26.50

{D0002864:1 }

```
                                                           Page: 2
                                                         04/30/02
W.R. Grace                                    ACCOUNT NO: 3000-15D
                                              STATEMENT NO:      11

Committee Administration




                                                 HOURS
     CJB Office conference with MTH and MGZ re:
         PVNL's comments on the weekly
         recommendation memo (.1); revisions to
         same (.2); set-up weekly recommendation
         memo for 4/19 (.2)                       0.50     62.50

04/16/02
     MGZ Review corr. from S. Baena re: UST
         Inquiry on Additional Committee          0.10     29.00
     MGZ Review correspondence from D. Bernick re:
         same                                     0.10     29.00
     MGZ Review correspondence from P. Lockwood
         re: same                                 0.10     29.00

04/17/02
     MTH Prepare Weekly Recommendation Memo for
         Committee Members                        0.40    106.00

04/18/02
     MTH Prepare weekly recommendation memo for
         committee members                        1.20    318.00
     MTH Review report re: pleadings filed April
         17, 2002                                 0.10     26.50

04/19/02
     MTH Prepare weekly recommendation memo for
         committee members                        1.20    318.00
     MGZ Review and Edit weekly recommendation
         memo                                     0.30     87.00
     CJB Update weekly recommendation memo        0.10     12.50

04/20/02
     MGZ Review corr. from P. Lockwood re: Weekly
         Recommendation Memo                      0.10     29.00
     MGZ Revise and Finalize Weekly Recommendation
         Memo                                     0.20     58.00

04/22/02
     DAC Review of counsel's recommendation to
         committee                                0.10     35.00
     PEM Review calendar and recommendations memo
         to committee                             0.30     79.50
     CJB Set-up 4/26 weekly recommendation memo   0.20     25.00

04/23/02
     MTH Prepare weekly recommendation memo       0.30     79.50
     CJB Update weekly recommendation memo
```

```
                                                      Page: 3
      W.R. Grace                                     04/30/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      11
      Committee Administration
```

```
                                              HOURS
         procedures                            0.10      12.50

04/24/02
     MTH Meeting with MGZ re: pending pleadings
         review                                0.10      26.50

04/25/02
     MTH Prepare weekly recommendation memorandum
         for committee members                 1.00     265.00

04/26/02
     MGZ Review and edit weekly recommendation
         memo for committee members            0.30      87.00
     MGZ Draft correspondence to co-counsel re:
         same                                  0.10      29.00
     CJB Office conference with MGZ and MTH re:
         pending matters for the weekly
         recommendation memo (.1); revisions to
         the weekly recommendation memo (.1)    0.20      25.00

04/29/02
     CJB Set-up 5/3 weekly recommendation memo  0.10      12.50
     MGZ Review corr. from P. Lockwood re: Weekly
         Recommendation Memo                    0.10      29.00
     MGZ Review and finalize Weekly Recommendation
         Memo                                   0.10      29.00

04/30/02
     PEM Review calendar and memo of
         recommendations to committee           0.30      79.50
     CJB Update weekly recommendation memo      0.10      12.50
                                              -----   --------
         FOR CURRENT SERVICES RENDERED         12.70   2,897.00

                        RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell            0.10    $350.00     $35.00
      Philip E. Milch                0.90     265.00     238.50
      Matthew G. Zaleski             2.20     290.00     638.00
      Cathie J. Boyer                3.80     125.00     475.00
      Mark T. Hurford                5.70     265.00   1,510.50


         TOTAL CURRENT WORK                             2,897.00
```

{D0002864:1 }

```
                                                      Page: 4
          W.R. Grace                                 04/30/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      11
          Committee Administration
```

```
04/25/02 Payment - Thank you.  (1/02)(80%)            -1,544.40


         BALANCE DUE                                 $12,108.70
                                                     ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              04/30/02
Wilmington  DE                          ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 6,577.30 | 0.00 | 2,186.74 | 0.00 | -3,654.27 | $5,109.77 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 3,679.50 | 3,256.00 | 0.00 | 0.00 | -60.80 | $6,874.70 |
| 3000-02 Asset Disposition | | | | | |
| 720.90 | 238.50 | 0.00 | 0.00 | 0.00 | $959.40 |
| 3000-03 Business Operations | | | | | |
| 513.50 | 0.00 | 0.00 | 0.00 | 0.00 | $513.50 |
| 3000-04 Case Administration | | | | | |
| 10,709.80 | 1,582.50 | 0.00 | 0.00 | -831.20 | $11,461.10 |
| 3000-05 Claims Administration and Objections | | | | | |
| 4,300.40 | 3,215.50 | 0.00 | 0.00 | 0.00 | $7,515.90 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 776.00 | 58.00 | 0.00 | 0.00 | 0.00 | $834.00 |
| 3000-07 Fee/Employment Applications | | | | | |
| 9,767.70 | 2,542.50 | 0.00 | 0.00 | -3,277.60 | $9,032.60 |
| 3000-08 Fee/Employment Objections | | | | | |
| 2,327.00 | 377.00 | 0.00 | 0.00 | -856.80 | $1,847.20 |
| 3000-09 Financing | | | | | |
| 0.00 | 132.50 | 0.00 | 0.00 | 0.00 | $132.50 |
| 3000-10 Litigation | | | | | |
| 12,180.00 | 1,653.50 | 0.00 | 0.00 | -5,386.00 | $8,447.50 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |

```
                                                            Page: 2
         W.R. Grace                                        04/30/02
                                          ACCOUNT NO     3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 199.50 | 87.00 | 0.00 | 0.00 | 0.00 | $286.50 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 10,756.10 | 2,897.00 | 0.00 | 0.00 | -1,544.40 | $12,108.70 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 62,649.70 | 16,040.00 | 2,186.74 | 0.00 | -15,611.07 | $65,265.37 |
| | | | | | ========== |

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```