Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          05/31/02
Wilmington  DE                      ACCOUNT NO: 3000-00D
                                    STATEMENT NO:      12


Costs and Expenses



     PREVIOUS BALANCE                              $5,109.77



05/03/02 FAX to Peter Van N. Lockwood - 4 pages          2.00
05/03/02 FAX to Douglas A. Campbell - 4 pages            2.00
05/03/02 FAX to Robert C. Spohn - 4 pages                2.00
05/03/02 FAX to Elyssa Strug - 4 pages                   2.00
05/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                      199.50
05/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                      234.17
05/06/02 FAX to 18 Parties of Record - 8 pages          72.00
05/10/02 Federal Express to Warren Smith on 5/3/02      49.31
05/12/02 FAX to Russell Budd - 19 pages                  9.50
05/12/02 FAX to Perry Weitz - 19 pages                   9.50
05/12/02 FAX to Larry Tersigni - 19 pages                9.50
05/12/02 Parcels, Inc. - Delaware Document Retrieval     7.50
05/14/02 Eagle Limousine Service, New Castle, DE on
         4/23/02 to attend hearings (1/3 cost)          47.43
05/16/02 FAX to Peter Van N. Lockwood - 10 pages (Notice
         of Agenda)                                      5.00
05/16/02 AT&T Long Distance Phone Calls                 18.92
05/21/02 FAX to 18 Parties of Record - 14 pages        126.00
05/21/02 Photocopying - Three copies of Committee Calendar
         (14 pages)                                      4.20
05/23/02 FAX to Peter Van N. Lockwood - 4 pages          2.00
05/23/02 FAX to Douglas A. Campbell - 4 pages            2.00
05/23/02 FAX to Robert Spohn - 4 pages                   2.00
05/23/02 FAX to Elyssa Strug - 4 pages                   2.00
05/24/02 FAX to Elyssa Strug - 3 pages                   1.50
05/24/02 FAX to Robert C. Spohn - 3 pages                1.50
05/24/02 FAX to Douglas A. Campbell - 3 pages            1.50
05/24/02 FAX to Peter Van N. Lockwood - 3 pages          1.50
05/27/02 Federal Express to Matthew Zaleski on 4/22/02  10.61
05/28/02 Postage                                         9.30

{D0003143:1 }

```
                                                          Page: 2
        W.R. Grace                                      05/31/02
                                          ACCOUNT NO: 3000-00D
                                          STATEMENT NO:       12
        Costs and Expenses
```

```
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                          234.17
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                           54.56
05/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                          230.55
05/29/02 Photocopying - One copy of Financials (14 pages)    1.40
05/30/02 FAX to Peter Van N. Lockwood - 2 pages              1.00
05/30/02 FAX to Nathan D. Finch - 2 pages                    1.00
05/30/02 FAX to Elyssa Strug - 2 pages                       1.00
05/30/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                           50.13
05/30/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries                           80.74
05/31/02 FAX to 18 Parties of Record - 12 pages            108.00
                                                          --------

         TOTAL EXPENSES                                   1,596.99

         TOTAL CURRENT WORK                               1,596.99


         BALANCE DUE                                     $6,706.76
                                                          =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/02
Wilmington  DE                         ACCOUNT NO: 3000-01D
                                       STATEMENT NO:       12


Asset Analysis and Recovery



       PREVIOUS BALANCE                           $6,874.70


                                           HOURS
05/01/02
     MGZ Telephone conference with R. Flax re:
         Cross Country Staffing                 0.20      58.00
     MGZ Telephone conference with N. Finch re:
         same                                   0.10      29.00
     MGZ Telephone conference with M. Birkin re:
         same                                   0.20      58.00
     MGZ Draft correspondence to N. Finch re: same  0.10  29.00

05/02/02
     MGZ Review correspondence from and draft
         correspondence to T. Swett re: service
         list issue                             0.10      29.00
     MGZ Telephone conference with T. Swett re:
         same                                   0.10      29.00
     MGZ Review correspondence and analysis
         materials from M. Berkin re: cross
         country staffing                       0.10      29.00
     MGZ Review correspondence from and draft
         correspondence to N. Finch re: same    0.10      29.00
     MGZ Review correspondence from T. Swett re:
         equity committee request for alteration
         to service list                        0.10      29.00
     MGZ Review Equity Committee's Response to
         Debtors' Motion to Intervene in Adversary
         Proceeding                             0.10      29.00
     MK  Attention to document coordination     0.20      18.00

05/09/02
     MGZ Telephone conference with T. Taconelli
         re: Millberg Weiss Retention Application  0.20   58.00
     MGZ Telephone conference with T. Swett re:

{D0003143:1 }

```
                                                          Page: 2
W.R. Grace                                              05/31/02
                                        ACCOUNT NO:  3000-01D
                                        STATEMENT NO:       12

Asset Analysis and Recovery




                                          HOURS
          same                             0.10      29.00
    MGZ  Telephone conference with Lockwood re:
          same                             0.10      29.00
    MGZ  Telephone conference with J. Sakalo re:
          same                             0.10      29.00
    MGZ  Review draft application to retain
          Millberg Weiss                   0.10      29.00
    MK   Update internal case files        0.10       9.00


05/13/02
    MGZ  Review corr. from T. Taconnelli re:
          motion to compel discovery       0.10      29.00
    MGZ  Draft corr. to T. Swett and N. Finch and
          review corr. from N. Finch re: same  0.10  29.00
    MGZ  Telephone conference with T. Taconelli
          re: same                         0.10      29.00
    MGZ  Review motion to compel           0.30      87.00


05/18/02
    MTH  Review Grace's Objection to the Asbestos
          Committee's Application for Approval of
          Special Counsel and Withdrawal of
          Reference with Respect to Attorney's fees
          and Expenses for the Fraudulent Transfer
          litigation                       0.20      53.00
    MTH  Review Grace's Opposition to Plaintiff's
          Motion to Compel                 0.20      53.00


05/22/02
    MGZ  Review Notice of Argument on Debtors'
          Motion to Intervene              0.10      29.00
    MGZ  Draft corr. to and review corr. from N.
          Finch re: Notice of Argument     0.10      29.00
    SLP  Docketing (.3); update Fresenius
          adversary file (.2)              0.50      45.00
    MTH  Review Response of the Equity Security
          Holders Committee to the Debtors' Motion
          to Intervene                     0.20      53.00


05/30/02
    MGZ  Review corr. from T. Taconnelli re: Reply
          Brief                            0.10      29.00
    MGZ  Review Reply Brief on Intervention Motion  0.30  87.00
    MGZ  Telephone conference with T. Swett re:
          Reply Brief                      0.10      29.00
    MGZ  Draft corr. to and review corr. from T.
          Taconnelli re: Changes to Reply Brief  0.10  29.00
```

```
                                                        Page: 3
        W.R. Grace                                     05/31/02
                                            ACCOUNT NO: 3000-01D
                                            STATEMENT NO:      12
        Asset Analysis and Recovery
```

```
                                              HOURS
05/31/02
        MGZ Review corr. from T. Taconelli re:
            Revised Reply Brief                  0.10     29.00
        MGZ Review of Revised Reply Brief        0.20     58.00
                                                 ----   --------
            FOR CURRENT SERVICES RENDERED        4.90  1,246.00

                        RECAPITULATION
        TIMEKEEPER               HOURS HOURLY RATE      TOTAL
        Matthew G. Zaleski        3.50   $290.00    $1,015.00
        Stephanie L. Peterson     0.50     90.00        45.00
        Michele Kennedy           0.30     90.00        27.00
        Mark T. Hurford           0.60    265.00       159.00


        TOTAL CURRENT WORK                           1,246.00


        BALANCE DUE                                  $8,120.70
                                                     =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:       12

Asset Disposition



    PREVIOUS BALANCE                                       $959.40


    BALANCE DUE                                            $959.40
                                                           =======



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                            05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:        7

Business Operations



PREVIOUS BALANCE                                      $513.50


                                       HOURS
05/07/02
    PEM Review WR Grace monthly operating report    1.50    397.50

05/30/02
    PEM Review financial report from Tersigni       0.30     79.50
                                                    ----   ------
       FOR CURRENT SERVICES RENDERED                1.80    477.00

                    RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Philip E. Milch                1.80    $265.00    $477.00


    TOTAL CURRENT WORK                                477.00


    BALANCE DUE                                      $990.50
                                                     =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      12

Case Administration

PREVIOUS BALANCE                                        $11,461.10

|  |  | HOURS |  |
|---|---|---|---|
| 05/01/02 | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (5) | 1.00 | 90.00 |
| MGZ | Telephone conference with N. Davis re: case status issues | 0.20 | 58.00 |
| MTH | Review report re: pleadings filed April 30, 2002 | 0.10 | 26.50 |
| 05/02/02 | | | |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| MTH | Review report re: pleadings filed May 1, 2002 | 0.10 | 26.50 |
| 05/03/02 | | | |
| SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); docketing (.3) | 0.80 | 72.00 |
| MTH | Review report re: pleadings filed May 2, 2002 | 0.10 | 26.50 |
| 05/06/02 | | | |
| SLP | Review pleadings electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| MTH | Review report re: pleadings filed May 5, | | |

{D0003143:1 }

                                                        Page: 2
W.R. Grace                                            05/31/02
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      12

        Case Administration

|          |     |                                                                                                                            | HOURS |        |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------|-------|--------|
|          |     | 2002                                                                                                                       | 0.10  | 26.50  |
| 05/07/02 |     |                                                                                                                            |       |        |
|          | MK  | Distribute documents from national counsel; update attorney case binders                                                   | 0.20  | 18.00  |
|          | MGZ | Review corr. from F. Perch re: Judge Wolin Status Conference                                                                | 0.10  | 29.00  |
|          | SLP | Review pleadings electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.3)           | 0.60  | 54.00  |
|          | MTH | Review report re: pleadings filed May 6, 2002                                                                              | 0.10  | 26.50  |
| 05/08/02 |     |                                                                                                                            |       |        |
|          | SLP | Review pleadings electronic filing notices (.1); preparation and distribution of daily memo (.1); docketing (.1)           | 0.30  | 27.00  |
|          | MTH | Review report re: pleadings filed May 7, 2002                                                                              | 0.10  | 26.50  |
| 05/09/02 |     |                                                                                                                            |       |        |
|          | SLP | Review pleadings electronic filing notices (.5); preparation and distribution of daily memo (.2); docketing (.7)           | 1.40  | 126.00 |
|          | MTH | Review report re: pleadings filed May 8, 2002                                                                              | 0.10  | 26.50  |
| 05/10/02 |     |                                                                                                                            |       |        |
|          | SLP | Review pleadings and electronic filing notices (.2); download and print electronically filed fee applications (.5); preparation and distribution of daily memo (.2); docketing (.2) | 1.10  | 99.00  |
|          | MTH | Review report re: pleadings filed May 9, 2002                                                                              | 0.10  | 26.50  |
| 05/13/02 |     |                                                                                                                            |       |        |
|          | SLP | Review pleadings and electronic filing notices (.3); download and print electronically filed fee applications (.3);  preparation and distribution of daily memo (.2); docketing (.3) | 1.10  | 99.00  |

Page: 3
W.R. Grace                                          05/31/02
                                    ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      12

Case Administration

|            |                                                                                                                                                                                                                                                    | HOURS |        |
|------------|------|------|
| 05/14/02   |      |      |
| SLP        | Review pleadings and electronic filing notices (.2); download and print Zonolite motion (.2); preparation and distribution of daily memo (.1); docketing (.1) | 0.60 | 54.00 |
| MTH        | Review report re: pleadings filed May 13, 2002 | 0.10 | 26.50 |
| 05/16/02   |      |      |
| SLP        | Review pleadings and electronic filing notices for 5/14 and 5/15(.3); preparation and distribution of daily memo (.2) | 0.50 | 45.00 |
| MTH        | Review report re: pleadings file May 15-16, 2002 | 0.10 | 26.50 |
| 05/20/02   |      |      |
| DMC        | Document retrieval in preparation for hearing | 0.30 | 27.00 |
| SLP        | Review pleadings and electronic filing notices (.3); download and print electronically filed fee applications, hearing transcript and joinders to strike proofs of claim (.7);  preparation and distribution of daily memo (.2); docketing (.3) | 1.40 | 126.00 |
| MTH        | Review report re: pleadings filed May 16-17, 2002 | 0.20 | 53.00 |
| 05/21/02   |      |      |
| SLP        | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1) | 0.20 | 18.00 |
| MTH        | Review report re: pleadings filed May 20, 2002 | 0.10 | 26.50 |
| 05/23/02   |      |      |
| SLP        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| MTH        | Review report re: pleadings filed May 22, 2002 | 0.10 | 26.50 |
| MK         | Update internal case files | 0.10 | 9.00 |
| 05/24/02   |      |      |
| SLP        | Review pleadings and electronic filing |  |  |

```
                                                        Page: 4
                                                      05/31/02
     W.R. Grace
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      12
     Case Administration




                                          HOURS
           notices (.2); preparation and
           distribution of daily memo (.1);
           docketing (.1)                       0.40     36.00
       MTH Review report re: pleadings filed May 24,
           2002                                 0.10     26.50

05/28/02
       SLP Review pleadings and electronic filing
           notices (.2); download and print
           electronically filed fee application of
           Conway Del Genio (.3); preparation and
           distribution of daily memo (.2);
           docketing (.3)                       1.00     90.00
       MTH Review report re: pleadings filed May 24,
           2002                                 0.10     26.50

05/29/02
       SLP Review pleadings and electronic filing
           notices (.2); download and print
           electronically filed motion of BMW
           Constructors for Relief from Stay (.3);
           preparation and distribution of daily
           memo (.2); update 2002 service list (.1)   0.80     72.00
       MTH Review report re: pleadings filed May 28,
           2002                                 0.10     26.50

05/30/02
       SLP Review pleadings and electronic filing
           notices (.1); preparation and
           distribution of daily memo (.1)       0.20     18.00
       MTH Review report re: pleadings filed May 29,
           2002                                 0.10     26.50

05/31/02
       SLP Review pleadings and electronic filing
           notices (.1); download and print
           electronically filed Pachulski Stang
           February 2002 application (.2);
           preparation and distribution of daily
           memo (.1); docketing (.3)             0.70     63.00
       MTH Review report re: pleadings filed May 30,
           2002                                 0.10     26.50
                                                -----  --------
           FOR CURRENT SERVICES RENDERED        16.40  1,868.50
```

```
                                                            Page: 5
        W.R. Grace                                         05/31/02
                                             ACCOUNT NO: 3000-04D
                                             STATEMENT NO:      12

        Case Administration




                           RECAPITULATION
        TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
        Matthew G. Zaleski              0.30    $290.00      $87.00
        Stephanie L. Peterson          13.60      90.00    1,224.00
        Michele Kennedy                 0.30      90.00       27.00
        Mark T. Hurford                 1.90     265.00      503.50
        Darlene M. Chilelli             0.30      90.00       27.00


           TOTAL CURRENT WORK                              1,868.50


           BALANCE DUE                                  $13,329.60
                                                        ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      12

Claims Administration and Objections




        PREVIOUS BALANCE                          $7,515.90



                                            HOURS
05/07/02
     MGZ Review PD Committee's Appeal Materials
         re: Bar Date Order                      0.10      29.00
     MGZ Draft corr. to P. Lockwood re: same     0.10      29.00

05/08/02
     MGZ Review corr. from and draft corr. to
         Lockwood re: PD Bar Date Order Appeal   0.10      29.00
     MGZ Review corr. from C. Lane and attachment
         re: stipulation with Caterpillar        0.10      29.00

05/14/02
     MGZ Review Zonolite plaintiffs motion to
         strike proofs of claim                  0.20      58.00

05/17/02
     MGZ Review of Debtors' Response to Zonolite
         Plaintiffs' Motion to Strike            0.10      29.00
     MGZ Review of Equity Committee's Reply on
         Zonolite Motion to Strike               0.10      29.00

05/18/02
     MTH Review Motion of the Asbestos PD
         Committee re: Leave to Appeal Order
         setting Bar Date, Proof of Claim Forms
         and Notice procedure                    0.20      53.00
     MTH Review Stipulation and Agreed Order
         Resolving the Motion of Caterpillar
         Financial Services                      0.10      26.50

05/20/02
     MGZ Review corr. from Lockwood and J. Baer

{D0003143:1 }

```
                                                           Page: 2
     W.R. Grace                                          05/31/02
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      12
     Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| | re: contact person for bar date inquiries | 0.10 | 29.00 |
| MGZ | Draft corr. to J. Baer re: same | 0.10 | 29.00 |

05/28/02

| | | | |
|---|---|---|---|
| MTH | Review Debtors' Response in Opposition to the Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Appeal Bar Date Order | 0.30 | 79.50 |
| MTH | Review Claimants' Motion to Strike Proofs of Claim and Response to Debtors' Proposed Initial Scheduling Order re: ZAI (reviewed after the hearing) | 1.60 | 424.00 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 3.20 | 873.00 |

```
                           RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski             1.00   $290.00    $290.00
     Mark T. Hurford                2.20    265.00     583.00


     TOTAL CURRENT WORK                                873.00


     BALANCE DUE                                    $8,388.90
                                                    =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         05/31/02
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      12


Employee Benefits/Pensions




     PREVIOUS BALANCE                              $834.00



                                         HOURS
05/03/02
     MGZ Telephone conference with S. Plotzky re:
         Employee Compensation Issues        0.10     29.00

05/07/02
     MGZ Telephone conference with L. Tersigni re:
         employee compensation programs      0.30     87.00

05/09/02
     MGZ Review corr. and memo from S. Plotzky re:
         compensation programs               0.20     58.00
     MGZ Telephone conference with L. Tersigni re:
         same                                0.20     58.00
     MGZ Telephone conference with Lockwood re:
         same                                0.10     29.00
     MGZ Telephone conference with Inselbuch re:
         same                                0.10     29.00

05/10/02
     MGZ Telephone conference with R. Budd re:
         teleconference on employee compensation
         issues                              0.10     29.00
     MGZ Telephone conference with L. Tersigni re:
         same                                0.10     29.00
     MGZ Draft corr. to and review corr. from R.
         Budd re: same                       0.10     29.00

05/13/02
     MGZ Review Tersigni materials and analysis
         re: preparation for telephone conference
         on employee issues                  0.50    145.00
     MGZ Telephone conference with R. Budd,

```
                                             Page: 2
W.R. Grace                                   05/31/02
                              ACCOUNT NO: 3000-06D
                              STATEMENT NO:      12
Employee Benefits/Pensions
```

```
                                     HOURS
        Tersigni, M. Berkin, S. Plotzky re:
        employee compensation issues          0.70    203.00
   MGZ  Review corr. from and telephone
        conference with M. Berkin re: same    0.10     29.00
   MGZ  Telephone conference with Tersigni re:
        same                                  0.20     58.00

05/16/02
   MTH  Review debtors' motion to pay stay
        bonuses in connection with the
        consolidation of the customer service
        functions of Grace performance chemicals  0.20   53.00

05/30/02
   MGZ  Review corr. from Tersigni re: employee
        compensation issues                   0.10     29.00
   MGZ  Review Tersigni recommendation memo re:
        same                                  0.20     58.00
                                              ----   ------
        FOR CURRENT SERVICES RENDERED         3.30    952.00

                      RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Matthew G. Zaleski            3.10   $290.00      $899.00
   Mark T. Hurford              0.20    265.00        53.00


        TOTAL CURRENT WORK                           952.00


        BALANCE DUE                             $1,786.00
                                               =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                   05/31/02
Wilmington  DE                ACCOUNT NO: 3000-07D
                              STATEMENT NO:      12

Fee/Employment Applications



    PREVIOUS BALANCE                      $9,032.60


    BALANCE DUE                          $9,032.60
                                         =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  05/31/02
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      11


    Fee/Employment Objections




    PREVIOUS BALANCE                                   $1,847.20



                                              HOURS
05/01/02
    MGZ Review multiple corr. from P. Cuniff,
        including attachments re: debtors'
        professionals fee applications          0.50    145.00
    MGZ Review correspondence from L. Coggins and
        attachments thereto re: PD committee's
        fee applications                        0.20     58.00

05/02/02
    MGZ Review correspondence and attachments
        from P. Cuniff re: Casner & Edwards Fee
        Application                             0.20     58.00
    MGZ Review correspondence and attachments
        from P. Cuniff re: Blackstone Group Fee
        Application                             0.20     58.00
    MGZ Review correspondence and attachments
        from P. Cuniff re: Kirkland & Ellis Fee
        Application                             0.40    116.00
    MGZ Review correspondence and attachments
        from P. Lykens re: Reed Smith Fee
        Application                             0.20     58.00

05/06/02
    MGZ Review special masters fee applications
        (1/5th Total Time)                      0.10     29.00

05/08/02
    MGZ Review corr. and attachments from R.
        Serrette re: Strook Fee Application     0.20     58.00
    MGZ Review corr. and attachments from M.
        Zickgraff re: Klett Rooney Fee
        Application                             0.10     29.00

{D0003143:1 }

```
                                                           Page: 2
    W.R. Grace                                          05/31/02
                                           ACCOUNT NO: 3000-08D
                                           STATEMENT NO:        11
    Fee/Employment Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ Review Warren Smith Fee Application | | 0.10 | 29.00 |
| **05/09/02** | | | |
| MGZ Review corr. and attachments from P. Cuniff re: Multiple Steptoe & Johnson Fee Application | | 0.30 | 87.00 |
| MGZ Review corr. and attachments from P. Cuniff re: Casner Fee Application | | 0.10 | 29.00 |
| **05/10/02** | | | |
| MGZ Review multiple corr. and attachments from L. Coggins re: PD Committee's Professional Fee Applications | | 0.40 | 116.00 |
| **05/15/02** | | | |
| MGZ Review Kramer Levin fee application | | 0.10 | 29.00 |
| **05/16/02** | | | |
| MGZ Review FTI Policano Fee Application | | 0.20 | 58.00 |
| MGZ Review Stroock Fee Application | | 0.20 | 58.00 |
| MGZ Review Klett Rooney Fee Application | | 0.10 | 29.00 |
| MGZ Review various corr. and attachments for debtors professional fee applications | | 0.20 | 58.00 |
| **05/17/02** | | | |
| MTH Review US Trustee's Objection to Debtor's Amended Application for Order Authorizing the Employment and Retention of PWC as Auditors and Tax Consultants Nunc Pro Tunc to November 11, 2001 | | 0.20 | 53.00 |
| **05/18/02** | | | |
| MTH Review Joint Reply of the Debtors and PWC to the US Trustee's Objection to the Debtor's Amended Application for Order Authorizing the Employment and Retention of PWC | | 0.30 | 79.50 |
| **05/20/02** | | | |
| MGZ Review Bilzin Sumberg Fee Application | | 0.20 | 58.00 |
| **05/28/02** | | | |
| MGZ Review Conway Del Genio Fee Application | | 0.10 | 29.00 |
| **05/30/02** | | | |
| MGZ Review Pachulski Stang Fee Application | | 0.20 | 58.00 |

```
                                                    Page: 3
     W.R. Grace                                    05/31/02
                                     ACCOUNT NO: 3000-08D
                                     STATEMENT NO:      11

     Fee/Employment Objections




                                            HOURS
05/31/02
     MGZ Review Steptoe & Johnson Fee Application    0.30     87.00
     MGZ Review Casner Fee Application               0.10     29.00
     MGZ Review Wallace King Fee Application         0.10     29.00
     MGZ Review Stroock Fee Application              0.20     58.00
                                                     ----   --------
         FOR CURRENT SERVICES RENDERED              5.50   1,582.50
                         RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski            5.00     $290.00   $1,450.00
     Mark T. Hurford               0.50      265.00      132.50


         TOTAL CURRENT WORK                            1,582.50


         BALANCE DUE                                  $3,429.70
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        05/31/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:        2

Financing


    PREVIOUS BALANCE                               $132.50


    BALANCE DUE                                    $132.50
                                                   =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/02
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:      12


Litigation



PREVIOUS BALANCE                                        $8,447.50



                                               HOURS
05/02/02
    MTH Review Response of the Official Committee
        of Equity Security Holders to Debtors'
        Motion to Intervene                     0.20      53.00

05/08/02
    MGZ Draft corr. to and review corr. from
        Lockwood re: status conference with Judge
        Wolin                                   0.10      29.00

05/14/02
    MGZ Review agenda for 5/20/02 omnibus hearing   0.10      29.00

05/20/02
    MGZ Review Agenda and Pending Pleadings re:
        Preparation for Omnibus Hearing         0.50     145.00
    MGZ Attend Omnibus Hearing, including
        Multiple Meetings with Various Counsel  4.60   1,334.00

05/22/02
    MTH Review notice of filing of exhibit 1 by
        the asbestos property damage committee  0.10      26.50
                                                ----  --------
        FOR CURRENT SERVICES RENDERED           5.60   1,616.50

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski               5.30     $290.00  $1,537.00
    Mark T. Hurford                  0.30      265.00      79.50

```
                                              Page: 2
W.R. Grace                                    05/31/02
                               ACCOUNT NO: 3000-10D
                               STATEMENT NO:      12
Litigation



    TOTAL CURRENT WORK                      1,616.50

    BALANCE DUE                          $10,064.00
                                         ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                   05/31/02
Wilmington  DE                             ACCOUNT NO: 3000-11D
                                           STATEMENT NO:      10

Plan and Disclosure Statement




    PREVIOUS BALANCE                                        $110.50


    BALANCE DUE                                             $110.50
                                                            =======






                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/02
Wilmington  DE                            ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      10

Relief From Stay Proceedings

PREVIOUS BALANCE                                             $286.50

                                              HOURS
05/09/02
    MTH Review Edythe Kellogg's Motion to
        Reconsider the Motion to Annul the
        Automatic Stay                          0.10     26.50

05/16/02
    MTH Review motion of Wesconn Co., Inc. for
        Relief from Stay regarding certain
        construction contracts                  0.20     53.00
                                               ----     -----
        FOR CURRENT SERVICES RENDERED           0.30     79.50

                        RECAPITULATION
    TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                   0.30    $265.00     $79.50

    TOTAL CURRENT WORK                                     79.50

    BALANCE DUE                                          $366.00
                                                        =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-14D
                                        STATEMENT NO:      10


Valuation




PREVIOUS BALANCE                                        $31.50


BALANCE DUE                                             $31.50
                                                        ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        05/31/02
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:     12


Committee Administration



        PREVIOUS BALANCE                       $12,108.70



                                         HOURS
05/01/02
    CJB Update weekly recommendation memo       0.10    12.50

05/02/02
    MGZ Review and edit weekly recommendation
        memo for committee members             0.20    58.00
    CJB Update weekly recommendation memo       0.20    25.00
    MTH Prepare weekly recommendation memo for
        committee members                      1.00   265.00

05/03/02
    MGZ Draft corr. to co-counsel re: weekly
        recommendation memo                    0.10    29.00

05/06/02
    MGZ Telephone conference with F. Perch re:
        possible meeting dates for committee
        issues                                 0.10    29.00
    MGZ Finalize Weekly Recommendation Memo     0.10    29.00
    MGZ Telephone conference with P. Lockwood re:
        Identity of Committee Chair            0.10    29.00
    CJB Set-up and update weekly recommendation
        memo                                   0.30    37.50
    PEM Review memo, recommendations and status
        from counsel to committee              0.30    79.50

05/10/02
    MGZ Tend to Arranging and Confirming Meeting
        with US Trustee, including multiple
        telephone conferences and review of corr.
        re: Committee Composition Issues (1/6th
        Total Time)                            0.10    29.00

```
                                                       Page: 2
          W.R. Grace                                  05/31/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      12

          Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| **05/13/02** | | | |
| MGZ | Mult. telephone conference with committee chairs and E. Inselbuch re: trustees proposal for meeting (1/6th total time) | 0.10 | 29.00 |
| MTH | Prepare weekly recommendation memo for committee members | 0.30 | 79.50 |
| **05/16/02** | | | |
| MTH | Prepare weekly recommendation memo for committee members | 2.20 | 583.00 |
| MGZ | Meeting with MTH re: weekly recommendation memo | 0.10 | 29.00 |
| **05/17/02** | | | |
| MTH | Prepare weekly recommendation memo for committee members | 1.60 | 424.00 |
| MGZ | Review and edits to draft weekly recommendation memo | 0.20 | 58.00 |
| **05/18/02** | | | |
| MTH | Prepare weekly recommendation memo for committee members | 0.80 | 212.00 |
| MTH | Review Notice of Agenda | 0.10 | 26.50 |
| **05/20/02** | | | |
| MTH | Prepare weekly recommendation memo for committee members | 0.40 | 106.00 |
| MGZ | Review corr. from Lockwood re: weekly recommendation memo | 0.10 | 29.00 |
| MGZ | Review and finalize weekly recommendation memo | 0.10 | 29.00 |
| **05/21/02** | | | |
| PEM | Review calendar and recommendations to committee | 0.30 | 79.50 |
| MTH | Review corr from Lockwood re: weekly recommendation calendars | 0.10 | 26.50 |
| MTH | Revise weekly recommendation calendars | 0.20 | 53.00 |
| **05/22/02** | | | |
| MTH | Prepare weekly recommendation memo for committee members | 0.30 | 79.50 |
| **05/23/02** | | | |
| MK | Update attorney case binders | 0.10 | 9.00 |

{D0003143:1 }

```
                                                      Page: 3
W.R. Grace                                          05/31/02
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      12
Committee Administration
```

                                                       HOURS
```
05/24/02
      PEM Review memo from counsel re: conference
          with US Trustee                              0.30     79.50

05/28/02
      AFM Prepare Application for Reimbursement of
          Expenses                                     0.20     40.00
      PEM Review memo from counsel re: 5/22 status
          conference                                   0.20     53.00
      MTH Review Professional Fee and Expense
          Applications and Prepare Weekly
          Recommendation Memo                          0.50    132.50
      DAC Review 5/24 memo re: U.S. Trustee
          conference                                   0.10     35.00

05/29/02
      MTH Review professional fee and expense
          applications and prepare weekly
          recommendation memo                          1.50    397.50

05/30/02
      MTH Review correspondence from Lockwood re:
          recommendations re: motions, filings         0.10     26.50
      MGZ Review and Edit Weekly Recommendation
          Memo for Committee Members                   0.30     87.00
      MGZ Review memo from S. Kazan; telephone
          conference with P. Lockwood, and tend to
          issues raised by Kazan memo re: committee
          member inquiry (1/5 total time)              0.20     58.00
      MTH Prepare weekly recommendation memo           0.30     79.50

05/31/02
      PEM Review memo and recommendations to
          committee                                    0.30     79.50
      MGZ Review corr. from Lockwood re: Weekly
          Recommendation Memo                          0.10     29.00
      MGZ Finalize Weekly Recommendation Memo          0.10     29.00
                                                      -----   --------
          FOR CURRENT SERVICES RENDERED               13.80  3,601.00
```

                               RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 1.40 | 265.00 | 371.00 |
| Matthew G. Zaleski | 2.00 | 290.00 | 580.00 |
| Cathie J. Boyer | 0.60 | 125.00 | 75.00 |
| Michele Kennedy | 0.10 | 90.00 | 9.00 |

```
                                                        Page: 4
          W.R. Grace                                   05/31/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:       12
          Committee Administration



          Aileen F. Maguire               0.20      200.00      40.00
          Mark T. Hurford                 9.40      265.00   2,491.00


             TOTAL CURRENT WORK                             3,601.00


             BALANCE DUE                                  $15,709.70
                                                          ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                            Page: 1
W.R. Grace                                                05/31/02
Wilmington  DE                              ACCOUNT NO: 3000-71D
                                            STATEMENT NO:        1

Applicant's Fee Application

                                                   HOURS
05/01/02
     MGZ Review memo from CJB re: fee application
         and fee auditor procedures (1/4th total
         time)                                     0.10      29.00
     CJB Update fee application and payment status
         chart                                     0.10      12.50

05/03/02
     CJB Finish assembling monthly and interim fee
         applications to send to fee auditor per
         the fee auditor order                     0.50      62.50

05/06/02
     CJB Review data and begin entering
         outstanding payment data into missing
         payment chart in preparation for writing
         to Debtors' counsel re: same              0.50      62.50

05/07/02
     CJB Set-up e-mail group service list for
         submission of fee applications in PDF
         format only (.1); submit fee application
         Fee Auditor and Notice Parties (.1)       0.20      25.00

05/22/02
     MGZ Review corr. from W. Smith's office re:
         request for fee detail in specified
         format                                    0.10      29.00

05/24/02
     DMC Review docket re: objections to C&L's 9th
         fee application (.1); preparation of CNO
         re: C&L's 9th fee application (.2);
         preparation of C&L's third interim fee

{D0003143:1 }

```
                                                      Page: 2
                                                      05/31/02
W.R. Grace                                  ACCOUNT NO: 3000-71D
                                            STATEMENT NO:        1

Applicant's Fee Application




                                            HOURS
         application (.7)                     1.00     90.00

05/28/02
     DMC Complete preparation of C&L's 4th interim
         fee application (.9); preparation of
         notice for same (.1); preparation of
         C&L's 4th interim fee application for
         electronic filing (.1); electronic filing
         of same (.2); hard copy service of same
         (.2); update fee application status chart
         (.1)                                 1.60    144.00

05/29/02
     DMC Preparation of CNO for 9th monthly fee
         application for electronic filing (.1);
         electronic filing of same (.1); review
         April billing statement (.1)         0.30     27.00

05/31/02
     DMC Preparation of 10th fee application (.7);
         preparation of COS for same (.1); review
         e-mail from M. Steirer re: 8th fee
         application and 4th interim fee
         application (.1); e-mail W. Smith re:
         same (.1)                            1.00     90.00
     MGZ Review corr. from DMC re: fee application
         materials                            0.10     29.00
                                              ----    ------
         FOR CURRENT SERVICES RENDERED        5.50    600.50

                       RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Matthew G. Zaleski             0.30    $290.00    $87.00
     Cathie J. Boyer                1.30     125.00    162.50
     Darlene M. Chilelli            3.90      90.00    351.00


         TOTAL CURRENT WORK                           600.50


         BALANCE DUE                                 $600.50
                                                     =======


         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             05/31/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        1


    Fee Application of Others




                                          HOURS
05/01/02
    CJB Update fee application and payment status
        chart                                   0.10    12.50

05/03/02
    CJB Review case management and revised
        interim compensation orders and revise
        notice of interim application form for
        Caplin's fourth interim fee application
        (.4); review first monthly application of
        Professor Elizabeth Warren (.1); prepare
        certificates of service and service lists
        (.2); finish assembling monthly and
        interim fee applications to send to fee
        auditor per the fee auditor order (1.0);
        prepare letter to W. Smith enclosing same
        (.2); forward same (.1); prepare
        affidavit of service for Caplin's interim
        application and electronically file same
        due to filing error with original
        certificate of service (.3); prepare hard
        copy service of applications and notices
        (.2); update fee application and payment
        status chart (.1)                       2.60   325.00

05/06/02
    CJB Review data and begin entering
        outstanding payment data into missing
        payment chart in preparation for writing
        to debtors' counsel re: same (2.0);
        telephone conference with E. Strugg re:
        clarification of amounts due (.2); office
        conference with MGZ re: same (.1)        2.30   287.50

{D0003143:1 }

```
                                                              Page: 2
         W.R. Grace                                          05/31/02
                                              ACCOUNT NO: 3000-72D
                                              STATEMENT NO:        1
         Fee Application of Others
```

```
                                                    HOURS
05/07/02
     CJB  Telephone conference with E. Strugg re:
          clarification of amount of missing
          payments (.1); set-up e-mail group
          service list for submission of fee
          applications in PDF format only (.2);
          submit fee applications for Tersigni and
          LAS to Fee Auditor and Notice Parties
          (.3)                                       0.60      75.00

05/08/02
     CJB  Continue e-mail service of LAS's and
          Elizabeth Warren's fee application         0.50      62.50

05/09/02
     CJB  Telephone conference with E. Strugg re:
          fee auditor's request for copy of March
          2002 application                           0.10      12.50

05/13/02
     DMC  Review April invoice for LAS              0.10       9.00

05/21/02
     DMC  Prepare LAS' fee application (Feb-Apr)     0.20      18.00

05/22/02
     DMC  E-mail previously filed fee applications
          for LAS to D. Relles (.2); prepare third
          fee application for LAS and e-mail same
          to D. Relles for review and signature
          (.3)                                       0.50      45.00

05/23/02
     DMC  Preparation of exhibits to Caplin's 7th
          fee application for electronic filing
          (.2); preparation of Caplin's 7th fee
          application (new format) (1.9); e-mail
          same to E. Strug (.1)                      2.20     198.00

05/24/02
     DMC  Telephone conference with E. Strug re:
          fee application figures (.1); review
          e-mail from E. Strug re: 7th fee
          application (.1); prepare same for
          electronic filing (.2); preparation of
          COS for same (.1)                          0.50      45.00
```

```
                                                          Page: 3
W.R. Grace                                              05/31/02
                                          ACCOUNT NO: 3000-72D
                                          STATEMENT NO:        1

     Fee Application of Others
```

```
                                                       HOURS
05/28/02
     DMC Review docket re: objections to
         Tersigni's 8th fee application (.1);
         preparation of COS re: same (.1);
         electronic filing and service of C&D's
         7th fee application (.4); hard copy
         service of same (.2); update fee
         application status chart (.1); update
         missing payment chart (.1); prepare CNO
         for Tersigni's 8th fee application for
         electronic filing (.1); electronic filing
         of same (.2); update status chart (.1);
         preparation of Tersigni's 4th interim fee
         application (1.2); e-mail same to D.
         Collins for review and signature (.1);
         preparation of notice of application for
         same (.1); preparation of order re: same
         (.1); preparation of CNO for LAS' Sept.
         fee application (.1); preparation of COS
         re: same (.1); preparation of CNO for
         LAS' second interim fee application (.1);
         preparation of COS re: same (.1);
         preparation of CNO for Caplin's 4th
         interim fee application (.1); preparation
         of COS re: same (.1)                       3.50    315.00

05/29/02
     DMC Preparation of CNO for C&D's 4th fee
         application for electronic filing (.1);
         electronic filing of same (.1); hard copy
         service of same (.1); preparation of CNO
         for LAS' September, 2001 fee application
         for electronic filing (.1); electronic
         filing of same (.1); hard copy service of
         same (.1); preparation of CNO for LAS'
         second interim fee application for
         electronic filing (.1); electronic filing
         of same (.1); update status charts (.1);
         preparation of CNO for Warren's first fee
         application (.2); preparation of COS re:
         same (.1); preparation of CNO for
         Warren's first fee application for
         electronic filing (.1); electronic filing
         of same (.1); hard copy service of same
         (.1)                                        1.50    135.00
     MGZ Review corr. from D. Collins re: Tersigni
         Fee Materials                               0.10     29.00
```

{D0003143:1 }

```
                                                          Page: 4
          W.R. Grace                                    05/31/02
                                           ACCOUNT NO: 3000-72D
                                           STATEMENT NO:        1
          Fee Application of Others
```

```
                                              HOURS
05/30/02
     DMC Preparation of Tersigni's ninth fee
         application                           0.30     27.00

05/31/02
     DMC Further preparation of Tersigni's 9th fee
         application (.1); e-mail same to D.
         Collins for review and signature (.1);
         preparation of COS for Tersigni's 4th
         interim fee application (.1); preparation
         of Tersigni's 4th interim fee application
         for electronic filing (.1)            0.40     36.00
                                               -----  --------
         FOR CURRENT SERVICES RENDERED        15.50  1,632.00
```

```
                        RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski          0.10   $290.00       $29.00
     Cathie J. Boyer             6.20    125.00       775.00
     Darlene M. Chilelli         9.20     90.00       828.00


     TOTAL CURRENT WORK                             1,632.00


     BALANCE DUE                                   $1,632.00
                                                   =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           05/31/02
Wilmington  DE                     ACCOUNT NO: 3000-73D
                                   STATEMENT NO:       1

Applicant's Retention Application




                                            HOURS
05/01/02
     MTH Continue preparing Application to Employ
         CEN Corp. and related documents         3.00    795.00
                                                 ----    ------
         FOR CURRENT SERVICES RENDERED           3.00    795.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Mark T. Hurford               3.00    $265.00    $795.00


     TOTAL CURRENT WORK                               795.00


     BALANCE DUE                                      $795.00
                                                      =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0003143:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  05/31/02
Wilmington  DE                          ACCOUNT NO    3000D


PREVIOUS BALANCE       FEES    EXPENSES    ADVANCES    PAYMENTS      BALANCE

   3000-00 Costs and Expenses
     5,109.77       0.00   1,596.99        0.00        0.00    $6,706.76

   3000-01 Asset Analysis and Recovery
     6,874.70   1,246.00       0.00        0.00        0.00    $8,120.70

   3000-02 Asset Disposition
       959.40       0.00       0.00        0.00        0.00      $959.40

   3000-03 Business Operations
       513.50     477.00       0.00        0.00        0.00      $990.50

   3000-04 Case Administration
    11,461.10   1,868.50       0.00        0.00        0.00   $13,329.60

   3000-05 Claims Administration and Objections
     7,515.90     873.00       0.00        0.00        0.00    $8,388.90

   3000-06 Employee Benefits/Pensions
       834.00     952.00       0.00        0.00        0.00    $1,786.00

   3000-07 Fee/Employment Applications
     9,032.60       0.00       0.00        0.00        0.00    $9,032.60

   3000-08 Fee/Employment Objections
     1,847.20   1,582.50       0.00        0.00        0.00    $3,429.70

   3000-09 Financing
       132.50       0.00       0.00        0.00        0.00      $132.50

   3000-10 Litigation
     8,447.50   1,616.50       0.00        0.00        0.00   $10,064.00

   3000-11 Plan and Disclosure Statement
       110.50       0.00       0.00        0.00        0.00      $110.50

{D0003143:1 }

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 286.50 | 79.50 | 0.00 | 0.00 | 0.00 | $366.00 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 12,108.70 | 3,601.00 | 0.00 | 0.00 | 0.00 | $15,709.70 |
| 3000-71 Applicant's Fee Application | | | | | |
| 0.00 | 600.50 | 0.00 | 0.00 | 0.00 | $600.50 |
| 3000-72 Fee Application of Others | | | | | |
| 0.00 | 1,632.00 | 0.00 | 0.00 | 0.00 | $1,632.00 |
| 3000-73 Applicant's Retention Application | | | | | |
| 0.00 | 795.00 | 0.00 | 0.00 | 0.00 | $795.00 |
| --------- | --------- | -------- | ---- | ---- | ---------- |
| 65,265.37 | 15,323.50 | 1,596.99 | 0.00 | 0.00 | $82,185.86 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003143:1 }