Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      13

        Costs and Expenses


        PREVIOUS BALANCE                           $6,706.76


| Date | Description | Amount |
|---|---|---|
| 06/03/02 | Postage | 5.85 |
| 06/03/02 | Postage | 2.40 |
| 06/03/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 06/03/02 | FAX to Nathan D. Finch - 2 pages | 1.00 |
| 06/03/02 | FAX to Elyssa Strug - 2 pages | 1.00 |
| 06/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 238.60 |
| 06/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 102.42 |
| 06/06/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 06/06/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 06/06/02 | FAX to Robert Spohn - 4 pages | 2.00 |
| 06/06/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 06/10/02 | FAX to Nathan D. Finch - 6 pages (Order) | 3.00 |
| 06/12/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 06/12/02 | FAX to Nathan D. Finch - 2 pages | 1.00 |
| 06/12/02 | FAX to Elyssa Strug - 2 pages | 1.00 |
| 06/12/02 | FAX to Robert Jacobs - 15 pages | 7.50 |
| 06/13/02 | FAX to 18 Parties of Record - 2 pages | 18.00 |
| 06/13/02 | FAX to 17 Parties of Record - 2 pages | 17.00 |
| 06/13/02 | U.S. Air Ticket from Philadelphia, PA to O'Hare Field, IL and return on 6/2/02 (1/4) | 25.00 |
| 06/13/02 | U.S. Air Ticket from O'Hare Field, IL on 6/4/02 (1/4) | 25.00 |
| 06/13/02 | MGZ - Lodging on 6/5/02 (Four Seasons Hotels, Chicago) (1/4) | 403.00 |
| 06/14/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 06/14/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 06/14/02 | FAX to Robert C. Spohn - 3 pages | 1.50 |
| 06/14/02 | FAX to Elyssa Strug - 3 pages | 1.75 |
| 06/16/02 | AT&T Long Distance Phone Calls | 15.08 |
| 06/17/02 | FAX to 18 Parties of Record - 14 pages | 126.00 |

{D0003848:1 }

```
                                                      Page: 2
          W.R. Grace                                06/30/02
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      13
          Costs and Expenses
```

| | | |
|---|---|---:|
| 06/17/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 06/17/02 | FAX to Nathan Finch - 2 pages | 1.00 |
| 06/17/02 | FAX to Elyssa Strug - 2 pages | 1.00 |
| 06/18/02 | Photocopying - 3 copies of calendar (14 pages) | 4.20 |
| 06/19/02 | FAX to Elihu Inselbuch - 5 pages | 2.50 |
| 06/19/02 | FAX to Peter Van N. Lockwood - 5 pages | 2.50 |
| 06/19/02 | FAX to Elihu Inselbuch - 2 pages | 1.00 |
| 06/19/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 06/19/02 | Postage | 3.09 |
| 06/21/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 65.40 |
| 06/24/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 06/24/02 | FAX to Nathan D. Finch - 2 pages | 1.00 |
| 06/24/02 | FAX to Elyssa Strug - 2 pages | 1.00 |
| 06/25/02 | FAX to 18 Parties of Record - 13 pages | 117.00 |
| 06/25/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 06/25/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 06/25/02 | FAX to Robert C. Spohn - 4 pages | 2.00 |
| 06/25/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 06/25/02 | Postage | 6.54 |
| 06/26/02 | Photocopying - Three copies of Contact List (9 pages) | 2.70 |
| 06/26/02 | Photocopying - Three copies of Calendar (13 pages) | 3.90 |
| 06/27/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 73.24 |
| 06/27/02 | FAX to Philip Milch - 6 pages | 3.00 |
| 06/28/02 | Postage | 9.30 |

```
                                                    --------
          TOTAL EXPENSES                            1,318.47

          TOTAL CURRENT WORK                        1,318.47


06/05/02 Payment - Thank you.  (February, 2002 - 100%)  -1,003.58
06/21/02 Payment - Thank you. (March, 2002 - 100%)      -1,919.45
                                                    ---------
          TOTAL PAYMENTS                            -2,923.03

          BALANCE DUE                              $5,102.20
                                                   =========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                           Page: 1
W.R. Grace                                                06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      13


Asset Analysis and Recovery



        PREVIOUS BALANCE                          $8,120.70



                                              HOURS
06/04/02
        MTH Review US Motion to Intervene (into
            Sealed Air and Fresenius matters) and
            proposed Order                      0.10      26.50
        MTH Review US Complaint in Intervention (into
            Sealed Air and Fresenius matters)   0.40     106.00
        MTH Review US Memorandum in Support of its
            Motion to Intervene (into Sealed Air and
            Fresenius matters)                   0.40     106.00

06/07/02
        MGZ Telephone conference with T. Swett re:
            argument before Judge Wolin         0.10      29.00
        SLP Review Sealed Air docket and update
            adversary file                      0.20      18.00

06/11/02
        MGZ Review corr. from and draft corr. to T.
            Taconelli re: Motion to Compel      0.10      29.00
        MGZ Review of Committee's Motion to Compel  0.30  87.00

06/12/02
        SLP Preparation and distribution of Sealed
            Air/Fresenius adversary memo        0.20      18.00

06/17/02
        SLP Review Fresenius and Sealed Air adversay
            dockets (.1); preparation and
            distribution of Fresenius adversary memo
            (.2); update docket re: same (.2)   0.50      45.00

```
                                                    Page: 2
                                                  06/30/02
W.R. Grace
                                     ACCOUNT NO: 3000-01D
                                     STATEMENT NO:      13
Asset Analysis and Recovery
```

```
                                              HOURS
06/18/02
    MTH Review Reply Memorandum by Committee in
        further Support of U.S. Motion to
        Intervene                                0.30     79.50

06/24/02
    MTH Review memo re: Sealed Air pleadings     0.10     26.50

06/25/02
    MGZ Review US letter on fraudulent conveyance
        cases                                    0.10     29.00

06/26/02
    MGZ Review Order on Motion to Intervene      0.10     29.00
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            2.90    628.50
```

```
                         RECAPITULATION
    TIMEKEEPER                    HOURS  HOURLY RATE     TOTAL
    Matthew G. Zaleski            0.70     $290.00    $203.00
    Stephanie L. Peterson         0.90       90.00      81.00
    Mark T. Hurford               1.30      265.00     344.50

        TOTAL CURRENT WORK                              628.50
```

```
06/05/02 Payment - Thank you.  (February, 2002 - 80%)       -815.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)         -1,088.80
                                                          ---------
        TOTAL PAYMENTS                                    -1,904.00

        BALANCE DUE                                      $6,845.20
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                              06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:     13

    Asset Disposition

    PREVIOUS BALANCE                                $959.40

                                          HOURS
06/10/02
    MTH Review Motion of GE Railcar Corp. for
        relief form stay, adequate protection,
        order requiring the assumption of
        rejection of leases, administrative claim
        and for an accounting                0.40    106.00

06/12/02
    MTH Review Amended Motion of GE Railcar Corp.
        for Relief from Stay, Adequate
        protection, order requiring Debtor to
        assume or reject leases and allow admin.
        payment (and compare with prior Motion
        re: changes)                         0.20     53.00

06/17/02
    MGZ Review motion to assume and assign
        sublease                             0.10     29.00

06/19/02
    MTH Review Debtors' Motion for order
        Authorizing the Debtors' to Assume and
        Assign a Prime Lease and Sublease    0.30     79.50

06/24/02
    MGZ Telephone conference with J. Davis re:
        motion to assume and assign lease    0.10     29.00
    MGZ Meeting with MTH re: same            0.10     29.00
    MTH Telephone conference with J. Davis re:
        trucking sub-lease motion; review motion
        re: issues to be addressed           0.20     53.00
                                             ----   ------

```
                                                        Page: 2
    W.R. Grace                                         06/30/02
                                           ACCOUNT NO: 3000-02D
                                           STATEMENT NO:      13
    Asset Disposition




      FOR CURRENT SERVICES RENDERED                  1.40    378.50

                          RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski              0.30   $290.00      $87.00
    Mark T. Hurford                 1.10    265.00      291.50


      TOTAL CURRENT WORK                                378.50


      BALANCE DUE                                    $1,337.90
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                06/30/02
Wilmington  DE                           ACCOUNT NO: 3000-03D
                                         STATEMENT NO:        8

Business Operations


PREVIOUS BALANCE                                          $990.50


06/05/02 Payment - Thank you.  (February, 2002 - 80%)    -402.00


BALANCE DUE                                              $588.50
                                                        =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/02 |
| Wilmington  DE | ACCOUNT NO: 3000-04D |
|  | STATEMENT NO:     13 |

Case Administration

PREVIOUS BALANCE                                        $13,329.60

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/03/02 |  |  |  |  |
|  | MK | Update attorneys case binder | 0.10 | 9.00 |
| 06/05/02 |  |  |  |  |
|  | MK | Attention to document organization | 0.30 | 27.00 |
|  | MTH | Review report re: pleadings filed May 31, 2002, June 3, 2002 and June 4, 2002 | 0.10 | 26.50 |
|  | SLP | Review pleadings and electronic filing notices for 5/31 through 6/4 (.3); preparation and distribution of daily memo (.2); docketing (.5) | 1.00 | 90.00 |
| 06/06/02 |  |  |  |  |
|  | MTH | Review report re: pleadings filed June 5, 2002 | 0.10 | 26.50 |
|  | SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); forward April 2002 MOR to PEM and Tersigni via e-mail (.1); docketing (.2) | 0.80 | 72.00 |
| 06/07/02 |  |  |  |  |
|  | MTH | Review report re: pleadings filed June 6, 2002 | 0.10 | 26.50 |
|  | SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
| 06/10/02 |  |  |  |  |
|  | SLP | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); |  |  |

```
                                                          Page: 2
        W.R. Grace                                      06/30/02
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        13

        Case Administration




                                                HOURS
              docketing (.2)                    0.70        63.00
        MTH Review report re: pleadings filed 6/7/02  0.10  26.50
        MGZ Review corr. from and draft corr. to N.
            Finch; review docket re: scheduling order
            for estimation briefing             0.10        29.00

06/11/02
        MK  Update attorneys case binders; attention
            to document organization            0.30        27.00
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.1)                       0.60        54.00
        MTH Review report re: pleadings filed 6/10/02  0.10  26.50

06/12/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.3)                       0.60        54.00
        MTH Review report of pleadings filed 6/11/02  0.10  26.50

06/13/02
        SLP Review pleadings and electronic filing
            notices (.2); download and print
            electronically filed applications of FTI
            Policano & Manzo and Pitney Hardin (.3);
            preparation and distribution of daily
            memo (.1); docketing (.5)            1.10        99.00
        MTH Review report re: pleadings filed 6/12/02  0.10  26.50

06/18/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                       0.50        45.00
        MTH Review report re: pleadings filed 6/17/02  0.10  26.50
        AFM Telephone conference with N. Finch re:
            past injury verdicts/judgments for
            estimation of future PI liability    0.10        20.00

06/19/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)      0.30        27.00
        MTH Review report re: pleadings filed 6/18/02  0.10  26.50
        MGZ Meeting with MTH re: inquiry from
```

```
                                                        Page: 3
        W.R. Grace                                     06/30/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:        13
        Case Administration




                                         HOURS
            claimant on bar date, etc.      0.10      29.00
        MGZ Telephone conference with B. Zwilling re:
            asbestos claimant inquiry       0.30      87.00
        MGZ Telephone conference with Lynn Ay re:
            claimants counsel inquiry on case status
                                            0.20      58.00

06/20/02
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.3)                  0.80      72.00
        MTH Review report re: pleadings filed 6/19/02  0.10  26.50

06/21/02
        MGZ Review order on case management briefing
            schedule                        0.10      29.00
        MGZ Review debtors' brief on case
            management/estimation proposals 0.60     174.00

06/24/02
        SLP Review pleadings and electronic filing
            notices for 6/20 and 6/21 (.1);
            preparation and distribution of daily
            memo (.1); review Sealed Air adversary
            docket (.1); preparation and distribution
            of weekly memo re: same (.2); docketing
            (.3); download and forward briefing order
            to Committee members via e-mail (.1)  1.00  90.00
        MTH Review report re: pleadings filed June
            21, 2002                        0.10      26.50
        MTH Telephone conference with Grace counsel
            re: status of Union Tank Car and KPMG
            motions                         0.10      26.50

06/25/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                  0.50      45.00
        MTH Review report re: pleadings filed June
            24, 2002                        0.10      26.50
        MGZ Review debtors' brief on case management
            and estimation                 0.20      58.00
        AFM Draft and edit Motion re: jury verdicts
            information                     1.00     200.00
        MK  Attention to document organization  0.10   9.00
        MK  Update attorney case binders    0.10       9.00
```

```
                                                      Page: 4
                                                    06/30/02
W.R. Grace
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      13

    Case Administration
```

```
                                             HOURS
06/26/02
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1);
         docketing (.2)                       0.50     45.00
     MTH Review report re: pleadings filed June
         25, 2002                             0.10     26.50
     MGZ Telephone Conference with J. Kapp re:
         Rule 2004 Examination                0.10     29.00
     MGZ Telephone Conference with J. Baer re:
         same                                 0.10     29.00

06/27/02
     MTH Review report re: pleadings filed June
         26, 2002                             0.10     26.50
     MK  Update case binders for attorneys    0.20     18.00

06/28/02
     SLP Review pleadings and electronic filing
         notices (.1); preparation and
         distribution of daily memo (.1);
         docketing (.3)                       0.50     45.00
     MTH Review report re: pleadings filed June
         31, 2002                             0.10     26.50
                                             -----  --------
         FOR CURRENT SERVICES RENDERED       14.80  2,093.00

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski             1.80    $290.00    $522.00
    Stephanie L. Peterson          9.20      90.00     828.00
    Michele Kennedy                1.10      90.00      99.00
    Aileen F. Maguire              1.10     200.00     220.00
    Mark T. Hurford                1.60     265.00     424.00


        TOTAL CURRENT WORK                            2,093.00


06/05/02 Payment - Thank you.  (February, 2002 - 80%)   -2,059.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)       -1,378.40
                                                      ---------
        TOTAL PAYMENTS                               -3,437.60

        BALANCE DUE                              $11,985.00
                                                 ==========
```

```
                                                      Page: 5
W.R. Grace                                          06/30/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      13

Case Administration
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      13


Claims Administration and Objections



     PREVIOUS BALANCE                             $8,388.90



                                         HOURS
06/11/02
     MTH Review Debtor's Omnibus Objection to the
         ZAI Proofs of Claim                0.40     106.00
     MGZ Review Debtors' Objection to Zonolite
         Proofs of Claim                    0.20      58.00

06/13/02
     DAC Telephone Conference with partner
         regarding proposed litigation of
         objections to Zonolite class/claims    0.40     140.00

06/18/02
     MTH Review correspondence from Ed Perley re:
         asbestos claim                     0.30      79.50
     MTH Telephone conversation with B. Zwilling
         re: potential asbestos claim against
         Grace                              0.20      53.00
     MGZ Telephone conference with N. Finch and
         AFM re: request for documents and
         preparation of rule 2004 motion (1/2
         total time)                        0.20      58.00
     MGZ Meeting with AFM re: same (1/2 total
         time)                              0.10      29.00
     MGZ Review corr. from N. Finch re: same    0.10      29.00
     MGZ Telephone conference with Lockwood re:
         status of Zonolite issues          0.30      87.00

06/20/02
     MGZ Telephone conference with Inselbuch re:
         Zonolite litigation               0.10      29.00
     MGZ Review order denying motion to strike
         proofs of claim                    0.10      29.00

{D0003848:1 }

```
                                                      Page: 2
          W.R. Grace                                06/30/02
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      13
          Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| **06/21/02** |  |  |  |
| MGZ | Draft memo to committee re: zonolite litigation issues | 0.50 | 145.00 |
| MGZ | Draft corr. to and review corr. from Inselbuch re: memo to committee | 0.10 | 29.00 |
| **06/24/02** |  |  |  |
| MTH | Telephone conference with Elaine with Chicago Industrial Products re: notice/forms received | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| MGZ | Review PD Committee's motion to modify case management order | 0.20 | 58.00 |
| MGZ | Telephone conference with G. Tracy re: bar date and claim form inquiry | 0.30 | 87.00 |
| **06/25/02** |  |  |  |
| MTH | Telephone conference with former WR Grace Employee re: proof of claims questions | 0.20 | 53.00 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| MGZ | Review corr. from and telephone conference with B. Gross re: inquiry on claim form and bar date materials | 0.30 | 87.00 |
| MGZ | Review corr. from J. Cunningham re: committee's brief on case management motion | 0.10 | 29.00 |
| **06/26/02** |  |  |  |
| MGZ | Telephone Conference with H. Cunningham re: claimant inquiry on bar date materials | 0.20 | 58.00 |
| MTH | Telephone conference with former Grace employee re: forms received | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: same | 0.10 | 26.50 |
| **06/27/02** |  |  |  |
| MTH | Review Order Concerning Briefing of Motion for Entry of a Case Management Order for Asbestos Personal Injury Claims | 0.10 | 26.50 |
| MGZ | Telephone conference with A. Running re: Request for Claims Documents and Information | 0.40 | 116.00 |
| MGZ | Review corr. from A. Running re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with N. Finch re: same | 0.20 | 58.00 |
| MGZ | Draft corr. to and review corr. from N. Finch re: same | 0.20 | 58.00 |

```
                                                       Page: 3
        W.R. Grace                                    06/30/02
                                       ACCOUNT NO: 3000-05D
                                       STATEMENT NO:      13
        Claims Administration and Objections
```

```
                                           HOURS
        PEM Telephone Conference with MTH re:
            Zonolite issues and Committee position    0.30    79.50

06/28/02
        MTH Review Motion of Asbestos PD Comm. for
            clarification of Bar Dates and related
            issues                                     0.20    53.00
        MTH Review Briefs and Replies re: Asbestos PI
            Bar Date Forms and Notifications, product
            ID issues                                  2.50   662.50
        MGZ Meeting with MTH re: Claim Form Issues     0.20    58.00
        MGZ Review Exhibits to Original Bar Date
            Motion re: same                            0.20    58.00
                                                       ----  --------
            FOR CURRENT SERVICES RENDERED              9.20  2,574.50

                        RECAPITULATION
        TIMEKEEPER                HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell        0.40    $350.00    $140.00
        Philip E. Milch            0.30     265.00      79.50
        Matthew G. Zaleski         4.10     290.00   1,189.00
        Mark T. Hurford            4.40     265.00   1,166.00


            TOTAL CURRENT WORK                         2,574.50


06/05/02 Payment - Thank you.  (February, 2002 - 80%)      -23.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)      -1,629.60
                                                       ---------
            TOTAL PAYMENTS                             -1,652.80

            BALANCE DUE                                $9,310.60
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      13

Employee Benefits/Pensions


PREVIOUS BALANCE                                    $1,786.00


                                        HOURS
06/10/02
     MGZ Review corr. from and telephone
         conference with S. Plotzky re: KERP
         Materials                        0.10     29.00

06/14/02
     MGZ Telephone conference with Tersigni and
         Plotzky re: employee retention programs  0.40    116.00

06/17/02
     MGZ Review debtors motion to approve employee
         retention programs              0.50    145.00
     MGZ Telephone conference with S. Plotzky and
         M. Berkin re: employee retention programs  0.40    116.00
     MGZ Research: review previous employee
         compensation program materials    2.00    580.00

06/18/02
     MGZ Tend to issues regarding debtors'
         retention programs              1.00    290.00

06/19/02
     MTH Review Debtors' Motion for an Order
         Authorizing, but not requiring the
         Implementation of Revised Compensation
         Programs                        0.30     79.50
     MTH Meeting with MGZ re: same        0.10     26.50

06/20/02
     MGZ Review corr. and attachments from M.
         Berkin re: employee retention issues  0.20     58.00

{D0003848:1 }

```
                                                      Page: 2
        W.R. Grace                                   06/30/02
                                      ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      13

        Employee Benefits/Pensions
```

```
                                              HOURS
06/24/02
      MGZ Review corr. from and telephone
          conference with J. Davis re: employee
          retention motion                     0.20     58.00
      MGZ Telephone conference with S. Plotzky re:
          employee retention programs          0.10     29.00
                                               ----  --------
          FOR CURRENT SERVICES RENDERED        5.30  1,527.00

                        RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
      Matthew G. Zaleski          4.90   $290.00   $1,421.00
      Mark T. Hurford             0.40    265.00      106.00


      TOTAL CURRENT WORK                          1,527.00


      BALANCE DUE                                $3,313.00
                                                 =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                     ACCOUNT NO: 3000-07D
                                   STATEMENT NO:      13

Fee/Employment Applications

        PREVIOUS BALANCE                         $9,032.60

06/05/02 Payment - Thank you.  (February, 2002 - 80%)        -758.80
06/21/02 Payment - Thank you. (March, 2002 - 80%)          -1,106.40
                                                          ---------
        TOTAL PAYMENTS                           -1,865.20

        BALANCE DUE                              $7,167.40
                                                 =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      12

Fee/Employment Objections



PREVIOUS BALANCE                                      $3,429.70


                                           HOURS
06/06/02
     MTH Review Application of Holme Roberts &
         Owen LLP for April 2002                  0.10      26.50
     MTH Review Seventh Monthly Application of
         Canser & Edwards, LLP for April 2002     0.10      26.50
     MTH Review Application of Reed Smith, LLP for
         April 2002                               0.20      53.00
     MTH Review Application of Holme Roberts &
         Owen, LLP for April 2002                 0.10      26.50
     MTH Review Application of Stroock, Stroock &
         Lavan, LLP for April 2002                0.20      53.00
     MTH Review Sixth Monthly Application of
         Klett, Rooney Lieber & Schorling for
         April 2002                               0.10      26.50
     MTH Eleventh Monthly Application of
         Pachulski, Stang, Ziehl, Young & Jones,
         PC for February 2002                     0.10      26.50

06/07/02
     MTH Review Third Quarterly Interim Verified
         Application of Wallace King Marraro &
         Branson PLLC for October through December
         2001                                     0.10      26.50
     MTH Review Verified Application of Wallace
         King Marraro & Branson PLLC for December
         2001                                     0.10      26.50
     MTH Review Third Quarterly Interim Verified
         Application of Holme Roberts & Owen, LLP
         for January through March 2002           0.10      26.50
     MGZ Review Hillsoft fee application          0.20      58.00

```
                                                        Page: 2
          W.R. Grace                                   06/30/02
                                          ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      12

          Fee/Employment Objections
```

```
                                               HOURS
06/10/02
     MTH Review Monthly Fee and Expense
         Application of Pachulski, Stang          0.10     26.50
     MTH Review Quarterly Fee and Expense
         Application of Pachulski, Stang          0.10     26.50
     MTH Begin review of the Response and Motion
         to Retain Special Counsel to Defend
         Objections to ZAI Proofs of Claim        0.50    132.50

06/11/02
     MTH Continue review of the Response and
         Motion to Retain Special Counsel to
         Defend Objections to ZAI Proofs of Claim,
         including transcript of hearing re:
         framing of issues, discovery and counsel 2.00    530.00

06/13/02
     MGZ Telephone conference with Lockwood re: PD
         Motion to Employ Special Counsel         0.10     29.00
     MGZ Review PD Committee's Motion to Employ
         Special Counsel                          0.30     87.00
     MGZ Legal research re: same                  1.00    290.00
     MGZ Telephone conference with PEM re: same   0.20     58.00
     PEM Telephone conference with Lockwood re:
         Zonolite Motion re: science trial and
         special counsel (.4); review all related
         papers (1.3)                             1.70    450.50

06/14/02
     MGZ Telephone conference with PEM re: PD
         committee's motion to appoint special
         counsel                                  0.20     58.00
     MGZ Meeting with MTH re: same                0.10     29.00
     MGZ Review multiple corr. from PEM re: same  0.20     58.00
     MGZ Review various professional fee
         applications                             1.00    290.00
     PEM Telephone conference with DAC re: WR
         Grace Zonolite issues (.3); telephone
         conference with MGZ re: same (.3);
         research re: same (1.5);                 2.10    556.50
     MTH Discussion with MGZ re: conflict of
         interest issues for ZAI claims           0.20     53.00
     MTH Review legal research re: conflict of
         interest issues re: ZAI claims           0.60    159.00

06/17/02
     MGZ Telephone conference with PEM and MTH re:
```

|  |  | HOURS |  |
|---|---|---|---|
|  | PD special counsel application | 0.30 | 87.00 |
| MGZ | Meetings with MTH re: same | 0.30 | 87.00 |
| MGZ | Research: read case law re: same | 1.30 | 377.00 |
| MGZ | Telephone conference with Lockwood re: same | 0.10 | 29.00 |
| PEM | Telephone Conference with MGZ re: Grace issues and Zonolite; telephone conference with Mark and Matt re: same | 0.40 | 106.00 |
| MTH | Legal research re: conflict of interest, appointment of committee special counsel | 7.00 | 1,855.00 |

06/18/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with PEM re: PD special counsel application | 0.10 | 29.00 |
| MGZ | Meeting with MTH re: same | 0.20 | 58.00 |
| MTH | Review legal research re: conflicts of interest | 3.00 | 795.00 |

06/20/02

|  |  |  |  |
|---|---|---|---|
| MGZ | Telephone conference with Inselbuch re: PD special counsel application | 0.10 | 29.00 |
| MGZ | Telephone conference with P. Weitz's office re: same | 0.10 | 29.00 |
| PEM | Telephone conference with MTH re: Zonolite issues | 0.20 | 53.00 |

06/24/02

|  |  |  |  |
|---|---|---|---|
| MTH | Legal research re: conflict of interest issue | 1.80 | 477.00 |
| MTH | Meeting with MGZ re: objection to retention of certain proposed ZAI counsel | 0.10 | 26.50 |
| MTH | Prepare objection to PD Committee's Motion to Retain Special Counsel for the ZAI claims | 2.00 | 530.00 |
| MGZ | Review case law re: PD committee motion to employ special counsel | 1.00 | 290.00 |
| MGZ | Telephone conference with P. Weitz's office re: same | 0.10 | 29.00 |
| MGZ | Telephone conference with P. Weitz re: same | 0.20 | 58.00 |
| MGZ | Telephone conference with T. Swett re: same | 0.10 | 29.00 |

06/25/02

|  |  |  |  |
|---|---|---|---|
| MTH | Continue preparation of Objection to PD Committee's Motion to Retain Special Counsel for the ZAI claims | 2.50 | 662.50 |

```
                                                     Page:   4
                                                  06/30/02
W.R. Grace
                                    ACCOUNT NO: 3000-08D
                                    STATEMENT NO:        12

      Fee/Employment Objections




                                          HOURS
06/26/02
      MGZ Telephone Conference with T. Swett re:
          Zonolite Counsel Motion                  0.10     29.00
      MGZ Review correspondence from T. Swett re:
          same                                     0.10     29.00
      MGZ Telephone Conference with P. Weitz re:
          same                                     0.10     29.00
      MTH Legal research re: objection to PD
          Committee's Motion to Retain Special
          Counsel for the ZAI claim               1.20    318.00

06/27/02
      MTH Telephone conference with PEM re:
          objection to PD Committee's Application
          to Retain Special Counsel for the ZAI
          claimants                                0.40    106.00
      MTH Revise objection to PD Committee's
          Application to Retain Special Counsel for
          the ZAI Claimants                        1.40    371.00
      MTH Legal research re: objection to PD
          Committee's Application to Retain Special
          Counsel for the ZAI Claimants re:
          additional issues re: Model Rules        2.50    662.50
      MGZ Review and edit draft objection re: PD
          Motion to Retain Special Counsel         0.40    116.00
      MGZ Meeting with MTH re: same                0.20     58.00
      MGZ Draft corr. to and review corr. from T.
          Swett re: same                           0.10     29.00
      MGZ Telephone conference with P.  Wietz's
          office re: same                          0.10     29.00
      MGZ Telephone conference with R. Budd's
          Office re: same                          0.10     29.00

06/28/02
      MTH Review corr. from MGZ re: PD's Motion for
          ZAI Special Counsel                      0.10     26.50
      MTH Corr. to Ted Swett re: PD's Motion for
          ZAI Special Counsel                      0.10     26.50
      MTH Meeting with MGZ re: PD's Motion for ZAI
          Special Counsel                          0.20     53.00
      MTH Revise Objection to PD's Motion for ZAI
          Special Counsel                          0.30     79.50
      MTH Review corr. from T. Swett re: Objection
          to PD Comm's retention motion re: ZAI    0.10     26.50
      MGZ Draft corr. to and review corr. from T.
          Swett re: PD Special Counsel Application 0.10     29.00
      MGZ Meeting with MTH re: same                0.10     29.00
```

```
                                                         Page: 5
        W.R. Grace                                      06/30/02
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:       12

        Fee/Employment Objections




                                                  ----- ---------
        FOR CURRENT SERVICES RENDERED             40.40 10,921.00

                          RECAPITULATION
        TIMEKEEPER                       HOURS HOURLY RATE     TOTAL
        Philip E. Milch                   4.40   $265.00   $1,166.00
        Matthew G. Zaleski                8.60    290.00    2,494.00
        Mark T. Hurford                  27.40    265.00    7,261.00


        TOTAL CURRENT WORK                                 10,921.00


06/05/02 Payment - Thank you.  (February, 2002 - 80%)       -440.80
06/21/02 Payment - Thank you. (March, 2002 - 80%)           -282.40
                                                            -------
        TOTAL PAYMENTS                                      -723.20

        BALANCE DUE                                      $13,627.50
                                                         ==========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:       3

Financing

    PREVIOUS BALANCE                              $132.50


    BALANCE DUE                                   $132.50
                                                  =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                               06/30/02
Wilmington  DE                           ACCOUNT NO: 3000-10D
                                         STATEMENT NO:      13

Litigation

PREVIOUS BALANCE                              $10,064.00

                                         HOURS
06/03/02
    MTH Review Motion of KPMG for an Order
        Compelling the Production of Documents      0.30    79.50

06/10/02
    MGZ Telephone conference with Lockwood re:
        agenda for 6/18 omnibus hearing             0.10    29.00

06/18/02
    MGZ Review debtors' agenda and pending
        pleadings re: preparation for omnibus
        hearing                                     0.80   232.00
    MGZ Attend omnibus hearing, including
        meetings with counsel to Key
        Constituencies                              2.80   812.00
    MGZ Telephone conference with Lockwood re:
        results of omnibus hearing                  0.10    29.00
    MGZ Begin preparation of memo to Inselbuch
        and Lockwood re: issues raised at omnibus
        hearing                                     0.30    87.00

06/19/02
    MGZ Draft memo to Inselbuch and Lockwood re:
        Zonolite litigation issues                  0.80   232.00
    MGZ Review court's scheduling order re: same    0.10    29.00

06/24/02
    MGZ Review litigation budget for ZAI trial      0.10    29.00

06/25/02
    MGZ Telephone conference with N. Finch re:
        rule 2004 motion                            0.20    58.00

```
                                                            Page: 2
        W.R. Grace                                         06/30/02
                                            ACCOUNT NO: 3000-10D
                                            STATEMENT NO:      13

        Litigation
```

```
                                             HOURS
06/27/02
        MTH Review Motion for Stay Pending Appeal
            filed by T. Hayes                     0.20    53.00
                                                  ----  --------
            FOR CURRENT SERVICES RENDERED         5.80  1,669.50
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 5.30 | $290.00 | $1,537.00 |
| Mark T. Hurford | 0.50 | 265.00 | 132.50 |

```
        TOTAL CURRENT WORK                              1,669.50


06/05/02 Payment - Thank you.  (February, 2002 - 80%)    -951.20
06/21/02 Payment - Thank you. (March, 2002 - 80%)      -1,640.80
                                                       ---------
        TOTAL PAYMENTS                                 -2,592.00

        BALANCE DUE                                    $9,141.50
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                             06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      11

Plan and Disclosure Statement

    PREVIOUS BALANCE                                  $110.50

    BALANCE DUE                                       $110.50
                                                      =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                     ACCOUNT NO: 3000-12D
                                   STATEMENT NO:      11

Relief From Stay Proceedings



     PREVIOUS BALANCE                              $366.00


                                       HOURS
06/03/02
     MTH Review Motion of BMW Constructors for
         Relief from Stay                    0.40    106.00

06/06/02
     MTH Review Debtors' Response to Kellogg's
         Motion to Reconsider                0.30     79.50

06/20/02
     MTH Review the Motion of Timothy Kane for
         Relief from the Automatic Stay      0.30     79.50
                                             ----   ------
     FOR CURRENT SERVICES RENDERED           1.00    265.00

                    RECAPITULATION
   TIMEKEEPER                HOURS HOURLY RATE    TOTAL
   Mark T. Hurford           1.00    $265.00    $265.00


     TOTAL CURRENT WORK                            265.00


06/21/02 Payment - Thank you. (March, 2002 - 80%)    -23.20


     BALANCE DUE                                  $607.80
                                                  =======

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      11

Valuation



    PREVIOUS BALANCE                                  $31.50


    BALANCE DUE                                       $31.50
                                                      ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             06/30/02
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      13


Committee Administration



PREVIOUS BALANCE                              $15,709.70


                                          HOURS
06/02/02
    MGZ Travel from Wilmington to Chicago for
        Committee Meetings (1/2 of 1/4th Total
        Time)                                 0.80    232.00

06/03/02
    PEM Review memo and status and
        recommendations to committee           0.30     79.50

06/04/02
    MTH Prepare weekly recommendation memorandum  1.10    291.50
    MGZ Attend committee meeting               0.80    232.00

06/05/02
    MTH Prepare weekly recommendation memo     0.60    159.00
    MGZ Return travel from Chicago to Wilmington
        (1/2 of 1/4th total travel time)       1.00    290.00

06/06/02
    MTH Prepare weekly recommendation memorandum  1.40    371.00
    MGZ Review Pleadings and Prepare Response to
        S. Kazan Inquiry re: Committee Positions   0.20     58.00

06/07/02
    MTH Prepare weekly recommendation memo     2.20    583.00
    MGZ Review and Edit Weekly Recommendation
        Memo for Committee Members             0.30     87.00
    MGZ Draft corr. to co-counsel re: same     0.10     29.00
    MGZ Review corr. from Lockwood re: same    0.10     29.00

06/10/02
    MTH Prepare weekly recommendation  memorandum  1.50    397.50

{D0003848:1 }

```
                                              Page: 2
        W.R. Grace                          06/30/02
                                ACCOUNT NO: 3000-15D
                                STATEMENT NO:      13

        Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| **06/11/02** | | | |
| MTH | Prepare weekly recommendation memorandum | 0.70 | 185.50 |
| **06/12/02** | | | |
| PEM | Review memo from counsel re: committee formation | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memorandum | 1.30 | 344.50 |
| **06/13/02** | | | |
| AFM | Draft Memo to Committee re: Weekly Recommendation Memo | 0.10 | 20.00 |
| MTH | Prepare weekly recommendation memorandum | 0.70 | 185.50 |
| MTH | Review Agenda re: recommendation memorandum | 0.30 | 79.50 |
| MTH | Review correspondence from MGZ re: weekly recommendations re: pleadings | 0.10 | 26.50 |
| MGZ | Review and edit weekly recommendation memo for committee members | 0.40 | 116.00 |
| DAC | Review/discuss content, substance and merits of  6/10 letter of the SAC to the U.S. Trustee, seeking appointment of additional committee (1/6 total time) | 0.10 | 35.00 |
| **06/17/02** | | | |
| PEM | Review Calendar and recommendation memo from counsel | 0.20 | 53.00 |
| **06/18/02** | | | |
| MTH | Prepare weekly recommendation memorandum | 0.60 | 159.00 |
| **06/19/02** | | | |
| MTH | Prepare weekly recommendation memorandum | 0.50 | 132.50 |
| MTH | Telephone Conference with Elyssa Strug re: correspondence to U.S. Trustee's office (4 calls) | 0.50 | 132.50 |
| MGZ | Draft minutes of 6/4/02 committee meeting | 1.00 | 290.00 |
| MGZ | Draft corr. to Inselbuch re: meeting minutes | 0.10 | 29.00 |
| MGZ | Draft corr to Lockwood and Inselbuch; telephone conference with Inselbuch; telephone conference with F. Perch; review SAC corr. re: SAC request issues (1/6th total time) | 0.20 | 58.00 |
| **06/20/02** | | | |
| MTH | Prepare weekly recommendation memorandum | 0.90 | 238.50 |
| MGZ | Telephone conference with Inselbuch re: | | |

```
                                                        Page: 3
W.R. Grace                                             06/30/02
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      13

Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| | minutes of 6/4/02 committee meeting | 0.10 | 29.00 |

**06/21/02**

| | | HOURS | |
|---|---|---|---|
| MK | Attention to document organization | 0.10 | 9.00 |
| MTH | Prepare weekly recommendation memorandum | 2.80 | 742.00 |
| PEM | Review letter/memo from Inselbuch re: SAC issues | 0.10 | 26.50 |
| MGZ | Review and edit weekly recommendation memo for committee members | 0.30 | 87.00 |
| MGZ | Draft corr. to co-counsel re: weekly recommendation memo | 0.10 | 29.00 |

**06/24/02**

| | | | |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MTH | Review corr. from MGZ re: weekly recommendation memo | 0.10 | 26.50 |

**06/25/02**

| | | | |
|---|---|---|---|
| MGZ | Tend to issues regarding request of SAC for official committee (1/6 total time) | 0.20 | 58.00 |

**06/26/02**

| | | | |
|---|---|---|---|
| MGZ | Telephone Conference with J. Davis re: Committee member inquiry | 0.10 | 29.00 |
| PEM | Review recommendation memo from counsel re: pending motions | 0.30 | 79.50 |

**06/27/02**

| | | | |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo | 0.80 | 212.00 |

**06/28/02**

| | | | |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo | 1.60 | 424.00 |

```
                                                  -----  --------
      FOR CURRENT SERVICES RENDERED               25.20  6,807.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 1.00 | 265.00 | 265.00 |
| Matthew G. Zaleski | 5.80 | 290.00 | 1,682.00 |
| Michele Kennedy | 0.10 | 90.00 | 9.00 |
| Aileen F. Maguire | 0.10 | 200.00 | 20.00 |
| Mark T. Hurford | 18.10 | 265.00 | 4,796.50 |

```
      TOTAL CURRENT WORK                                  6,807.50
```

```
                                                      Page: 4
        W.R. Grace                                   06/30/02
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      13

        Committee Administration
```

```
06/05/02 Payment - Thank you.  (February, 2002 - 80%)      -1,609.60
06/21/02 Payment - Thank you. (March, 2002 - 80%)          -2,220.80
                                                           ---------
         TOTAL PAYMENTS                                    -3,830.40

         BALANCE DUE                                      $18,686.80
                                                          ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                               06/30/02
Wilmington  DE                         ACCOUNT NO: 3000-71D
                                       STATEMENT NO:      2

Applicant's Fee Application

        PREVIOUS BALANCE                              $600.50

                                            HOURS
06/03/02
    DMC Preparation of 10th fee application for
        electronic filing (.1); electronic filing
        of same (.3); hard copy service of same
        (.1); update status charts (.1)               0.60    54.00

06/04/02
    DMC Update status charts with payment
        received                                      0.10     9.00

06/20/02
    DMC Review docket re: objections to 4th
        interim fee application (.1); preparation
        of CNO re: same (.2); preparation of CNO
        for same (.1); preparation of CNO for
        electronic filing (.1); electronic filing
        of same (.2); hard copy service of same
        (.1); update status charts (.1)               0.90    81.00
    AFM Review certification of no objection for
        fourth interim app (C&L)                      0.10    20.00

06/24/02
    DMC Review e-mail from D. Seitz re: May
        billing statement (.1); preparation of
        11th fee application (.6); preparation of
        same for electronic filing (.1);
        preparation of COS for same (.1)              0.90    81.00
    AFM Review Fee Application of C&L
        (Monthly-May)                                 0.20    40.00

06/25/02
    DMC Preparation of 11th Fee Application for

{D0003848:1 }

```
                                                       Page: 2
          W.R. Grace                                  06/30/02
                                       ACCOUNT NO: 3000-71D
                                       STATEMENT NO:        2
          Applicant's Fee Application


                                             HOURS
              electronic filing (.1); electronic filing
              and service of same (.3); hard copy
              service of same (.1); update status chart
              (.1); review docket re: objections to
              10th fee application (.1); preparation of
              CNO re: same (.1); preparation of COS for
              same (.1)                                  0.90       81.00
          MGZ Review of fee auditor's initial report    0.10       29.00
          AFM Review Certification of No Objection
              (C&L) April                               0.10       20.00

06/26/02
          DMC Preparation of CNO re: 10th Fee
              Application for electronic filing (.1);
              electronic filing of same (.2); hard copy
              service of same (.1); update status chart
              (.1)                                      0.50       45.00
                                                        ----       ------
              FOR CURRENT SERVICES RENDERED             4.40      460.00

                            RECAPITULATION
          TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
          Matthew G. Zaleski            0.10    $290.00      $29.00
          Aileen F. Maguire             0.40     200.00       80.00
          Darlene M. Chilelli           3.90      90.00      351.00


          TOTAL CURRENT WORK                                 460.00


          BALANCE DUE                                     $1,060.50
                                                          =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:        2

Fee Application of Others

PREVIOUS BALANCE                                    $1,632.00

                                      HOURS
06/03/02
     DMC Electronic filing of Tersigni's 4th
         interim fee application (.3); hard copy
         service of same (.1); update status
         charts (.1); preparation of Tersigni's
         9th fee application for electronic filing
         (.2); preparation of COS re: same (.1);
         electronic filing and service of same
         (.2); hard copy service of same (.1);
         update status charts (.1)                  1.20    108.00

06/06/02
     AFM Prepare Interim Fee Application for
         Committee Reimbursement                    0.30     60.00
     AFM Draft Interim Fee Application for
         Committee Reimbursement                    2.50    500.00
     AFM Telephone conference with J.Jackson (J.
         Cooney) re: reimbursement expenses         0.20     40.00

06/10/02
     AFM Telephone conference with J. Heberling
         (assistant Judy) re: reimbursement
         documentation                              0.20     40.00
     AFM Review reimbursement request of committee
         member Heberling                           0.20     40.00

06/19/02
     DMC Preparation of COS for LAS' monthly fee
         application (.1); preparation of LAS'
         monthly fee application for electronic
         filing (.2); electronic filing and
         service of same (.3); hard copy service

```
                                                    Page: 2
      W.R. Grace                                   06/30/02
                                     ACCOUNT NO: 3000-72D
                                     STATEMENT NO:        2
      Fee Application of Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | of same (.2); update status charts (.1) | 0.90 | 81.00 |
| MGZ | Telephone conference with R. Tobin re: | | |
| | C&D fee application issues | 0.30 | 87.00 |
| AFM | Review Fee Application of LAS (Third | | |
| | Monthly/Feb-Apr) | 0.10 | 20.00 |

06/20/02
    DMC E-mail copy of LAS' third interim fee
        application to D. Relles (.1); review
        docket re: Caplin's 7th fee application
        (.1); preparation of CNO re: same (.1);
        preparation of COS for same (.1);
        preparation of CNO for electronic filing
        (.1); electronic filing of same (.2);
        hard copy service of same (.1); update

|  |  |  |  |
|---|---|---|---|
| | status charts (.1) | 0.90 | 81.00 |
| AFM | Review certification of no objection for | | |
| | seventh monthly app (C&D) | 0.10 | 20.00 |

06/24/02

|  |  |  |  |
|---|---|---|---|
| AFM | Prepare Expense Reimbursement Application | | |
| | (Committee Members) | 1.00 | 200.00 |
| AFM | Telephone Conference with J. Cooney re: | | |
| | expense reimbursement | 0.10 | 20.00 |

06/25/02
    DMC Review docket re: objections to
        Tersigni's 4th interim fee application
        (.1); Preparation of CNO re: same (.1);
        preparation of COS for same (.1); review
        docket re: objections to Tersigni's 9th
        monthly fee application (.1); preparation
        of CNO re: same (.1); preparation of COS

|  |  |  |  |
|---|---|---|---|
| | for same (.1) | 0.60 | 54.00 |
| MGZ | Telephone conference with R. Tobin re: | | |
| | C&D fee issues | 0.20 | 58.00 |
| AFM | Review Certification of No Objection of | | |
| | L. Tersigni (Monthly - April (.1); Fourth | | |
| | Interim (.1) | 0.20 | 40.00 |

06/26/02
    DMC Preparation of CNO re: Tersigni's 9th fee
        application for electronic filing (.1);
        electronic filing of same (.2); hard copy
        service of same (.1); update status chart
        (.1); preparation of CNO re: Tersigni's
        4th interim fee application for

{D0003848:1 }

```
                                                      Page: 3
          W.R. Grace                                06/30/02
                                         ACCOUNT NO: 3000-72D
                                         STATEMENT NO:       2
          Fee Application of Others



                                            HOURS
          electronic filing (.1); electronic filing
          of same (.2); hard copy service of same
          (.1)                                0.90    81.00

06/28/02
     DMC  Preparation of Caplin's 8th fee
          application for electronic filing (.3);
          preparation of COS for same (.1);
          electronic filing and service of same
          (.3); hard copy service of same (.2);
          update status chart (.1)            1.00    90.00
                                              -----  --------
          FOR CURRENT SERVICES RENDERED      10.90  1,620.00

                         RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Matthew G. Zaleski            0.50   $290.00    $145.00
     Aileen F. Maguire             4.90    200.00     980.00
     Darlene M. Chilelli           5.50     90.00     495.00


          TOTAL CURRENT WORK                         1,620.00


          BALANCE DUE                               $3,252.00
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               06/30/02
Wilmington  DE                            ACCOUNT NO: 3000-73D
                                          STATEMENT NO:        2

Applicant's Retention Application




    PREVIOUS BALANCE                                    $795.00


    BALANCE DUE                                         $795.00
                                                        =======

         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

{D0003848:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/02
Wilmington  DE                          ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-00 Costs and Expenses** | | | | | |
| 6,706.76 | 0.00 | 1,318.47 | 0.00 | -2,923.03 | $5,102.20 |
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 8,120.70 | 628.50 | 0.00 | 0.00 | -1,904.00 | $6,845.20 |
| **3000-02 Asset Disposition** | | | | | |
| 959.40 | 378.50 | 0.00 | 0.00 | 0.00 | $1,337.90 |
| **3000-03 Business Operations** | | | | | |
| 990.50 | 0.00 | 0.00 | 0.00 | -402.00 | $588.50 |
| **3000-04 Case Administration** | | | | | |
| 13,329.60 | 2,093.00 | 0.00 | 0.00 | -3,437.60 | $11,985.00 |
| **3000-05 Claims Administration and Objections** | | | | | |
| 8,388.90 | 2,574.50 | 0.00 | 0.00 | -1,652.80 | $9,310.60 |
| **3000-06 Employee Benefits/Pensions** | | | | | |
| 1,786.00 | 1,527.00 | 0.00 | 0.00 | 0.00 | $3,313.00 |
| **3000-07 Fee/Employment Applications** | | | | | |
| 9,032.60 | 0.00 | 0.00 | 0.00 | -1,865.20 | $7,167.40 |
| **3000-08 Fee/Employment Objections** | | | | | |
| 3,429.70 | 10,921.00 | 0.00 | 0.00 | -723.20 | $13,627.50 |
| **3000-09 Financing** | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | 0.00 | $132.50 |
| **3000-10 Litigation** | | | | | |
| 10,064.00 | 1,669.50 | 0.00 | 0.00 | -2,592.00 | $9,141.50 |
| **3000-11 Plan and Disclosure Statement** | | | | | |
| 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | $110.50 |

```
                                                           Page: 2
      W.R. Grace                                          06/30/02
                                          ACCOUNT NO      3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|

3000-12 Relief From Stay Proceedings

| 366.00 | 265.00 | 0.00 | 0.00 | -23.20 | $607.80 |

3000-14 Valuation

| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |

3000-15 Committee Administration

| 15,709.70 | 6,807.50 | 0.00 | 0.00 | -3,830.40 | $18,686.80 |

3000-71 Applicant's Fee Application

| 600.50 | 460.00 | 0.00 | 0.00 | 0.00 | $1,060.50 |

3000-72 Fee Application of Others

| 1,632.00 | 1,620.00 | 0.00 | 0.00 | 0.00 | $3,252.00 |

3000-73 Applicant's Retention Application

| 795.00 | 0.00 | 0.00 | 0.00 | 0.00 | $795.00 |

| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 82,185.86 | 28,944.50 | 1,318.47 | 0.00 | -19,353.43 | $93,095.40 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0003848:1 }