**EXHIBIT A**
(Fee Detail)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 26, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44880
File Number  0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | RAM | Read Court Notices in many Massachusetts cases. | 0.10 Hrs | $21.00 |
| 06/20/02 | RAM | Read Notices of Court in several Massachusetts cases. | 0.10 Hrs | $21.00 |
| | | | TOTAL LEGAL SERVICES | $42.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.20 Hrs | 210/hr | $42.00 |
| | 0.20 Hrs | | $42.00 |

TOTAL THIS BILL            $42.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44881
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | RAM | Telephone call from in-house counsel re: market share issue; he wants me to review interrogatories and be prepared to discuss them for fraudulent conveyance case. | 0.10 Hrs | $21.00 |
| 06/03/02 | MTM | Work on document review (3.8); meet with ARA re: same (1.9). Receipt and review of second and third requests for admissions in cost recovery action from Holme Roberts (.3). Telephone call from Holme Roberts attorney re: response to EPA requests for admissions (.2). Review and respond to emails re: Onsite status (.3). | 6.50 Hrs | $1,170.00 |
| 06/03/02 | ARA | Oversee review of documents (4.8). Meeting and telephone conversation with MTM re: Winthrop Square wrap up of document review (1.9). Telephone call to MTM (.1) and conference with paralegals re: Onsite's pick up of documents (.4). | 7.20 Hrs | $576.00 |
| 06/03/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/03/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/03/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/03/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/03/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/03/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 06/03/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/03/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/04/02 | RAM | Telephone call from and telephone conference with in-house counsel to arrange conference call tomorrow to discuss interrogatories in fraudulent conveyance case. | 0.10 Hrs | $21.00 |
| 06/04/02 | MTM | Work on document review (2.2). Conference with ARA re: boxes to return to Cambridge (.8). Receipt and review of first interrogatories in fraudulent conveyance case re: market share (.4). Review prior responses to similar requests for admissions re: second and third requests in cost recovery action (.9); telephone call and fax to Holme Roberts attorney re: responses to second and third requests for admissions (.2). | 4.50 Hrs | $810.00 |
| 06/04/02 | ARA | Oversee review of documents (6.4). Prepare inventory of boxes of documents to be returned to Cambridge (3.0). Conference with MTM re: which boxes of documents will be returned to Cambridge (.8). | 10.20 Hrs | $816.00 |
| 06/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/04/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/04/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 06/04/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/04/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/05/02 | RAM | Read fraudulent conveyance interrogatories sent by in-house counsel (.2); conference with MTM re: same and re: what documents, if any, might contain responsive information (.3); conference call with in-house counsel and Kirkland Ellis attorney re: answers to interrogatories (.7). Review memo and CPD Business Plans (.5). Draft letter to Kirkland Ellis attorney and send selected documents to him (.1). | 1.80 Hrs | $378.00 |
| 06/05/02 | MTM | Review and respond to email from Holme Roberts attorney re:  wind up of document review, box return and Onsite status (.1). Work on document review (7.1); meet with ARA re: same (1.0). Conference with RAM re: fraudulent conveyance interrogatories (.3). | 8.50 Hrs | $1,530.00 |
| 06/05/02 | ARA | Oversee review of documents (8.3). Meeting with MTM re: review of boxes at Winthrop Square (1.0). | 9.30 Hrs | $744.00 |
| 06/05/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/05/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/05/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/05/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/05/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/05/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/05/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/05/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/05/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/06/02 | MTM | Work on document review. | 6.50 Hrs | $1,170.00 |
| 06/06/02 | ARA | Oversee review of documents (5.4). Prepare count of boxes of documents still to be reviewed (1.0). Telephone call to Onsite re: pick up and delivery tomorrow (.1). | 6.50 Hrs | $520.00 |
| 06/06/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/06/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/06/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/06/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.40 Hrs | $752.00 |
| 06/06/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 06/06/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/06/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 06/06/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/07/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 06/07/02 | MTM | Work on document review. | 7.10 Hrs | $1,278.00 |
| 06/07/02 | ARA | Oversee review of documents (8.2). Oversee delivery and pick-up of documents at Cambridge and Winthrop Square (1.0). | 9.20 Hrs | $736.00 |
| 06/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/07/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.40 Hrs | $672.00 |
| 06/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.20 Hrs | $496.00 |
| 06/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/07/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $416.00 |
| 06/10/02 | MTM | Work on wind up of Winthrop Square document review, organization of Winthrop Square and box return to Cambridge (6.9). Meet with ARA re: Onsite (.9). | 7.80 Hrs | $1,404.00 |
| 06/10/02 | ARA | Oversee review of documents (4.3). Answer questions of paralegals and discuss library materials project (.7). Meeting with MTM re: Onsite inventories (.9). Prepare boxes of documents that will stay at Winthrop Square and others to return to Cambridge (1.5). | 7.40 Hrs | $592.00 |
| 06/10/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/10/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/10/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/10/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/10/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 06/11/02 | MTM | Work on wind up of Winthrop Square and Cambridge document reviews (8.8). Telephone call to Holme Roberts attorney re: 40 additional boxes to be reviewed (.2). | 9.00 Hrs | $1,620.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/11/02 | ARA | Oversee the return of original boxes of documents to Cambridge (6.7); Inventory boxes to return to Cambridge from Winthrop Square (1.8). Meeting with Holme Roberts paralegals re: box inventories (.5). | 9.00 Hrs | $720.00 |
| 06/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/11/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 06/12/02 | MTM | Work on wind up of document review at Winthrop Square and boxes of documents to be returned to Cambridge. | 7.30 Hrs | $1,314.00 |
| 06/12/02 | ARA | Inventory boxes of documents to be picked up for return to Cambridge (1.2). Oversee review of documents (3.0). Oversee pick up of boxes from Winthrop Square (2.6). | 6.80 Hrs | $544.00 |
| 06/12/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/12/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.00 Hrs | $800.00 |
| 06/12/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.20 Hrs | $816.00 |
| 06/12/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/12/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/12/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/12/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.70 Hrs | $616.00 |
| 06/13/02 | MTM | Work on return of boxes of documents and organization of them at Cambridge. | 9.00 Hrs | $1,620.00 |
| 06/13/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM (.8). Update bankruptcy docket entries for RAM (.3). | 1.10 Hrs | $88.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/13/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/13/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.00 Hrs | $560.00 |
| 06/13/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 6.20 Hrs | $496.00 |
| 06/13/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.50 Hrs | $600.00 |
| 06/13/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/13/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/13/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.70 Hrs | $616.00 |
| 06/14/02 | DBM | Search for F. Eaton documents for production (1.8); discussion with MTM re: results (.2). | 2.00 Hrs | $380.00 |
| 06/14/02 | MTM | Continue work at Cambridge re: organization of boxes of documents and wind up of review (7.8). Conference with DBM re: search for F. Eaton documents at Winthrop Square (.2). | 8.00 Hrs | $1,440.00 |
| 06/14/02 | ARA | At Cambridge to oversee and inventory boxes going to Winthrop Square; oversee pick up of boxes by Walsh Movers from Cambridge (1.2); inventory boxes (2.5). Oversee review of documents (4.8). | 8.50 Hrs | $680.00 |
| 06/14/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/14/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 9.00 Hrs | $720.00 |
| 06/14/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.00 Hrs | $800.00 |
| 06/14/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.20 Hrs | $656.00 |
| 06/14/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 9.00 Hrs | $720.00 |
| 06/14/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/14/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 5.20 Hrs | $416.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/14/02 | CB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 5.00 Hrs | $400.00 |
| 06/16/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | RAM | Conferences with MTM re: boxes of mostly Eaton documents in Winthrop Square (.4). Review memoranda and documents for market share information (1.0). Review selected documents filed in bankruptcy court (.1). Revise updated docket entries to select documents to be printed (.1). Send letter to in-house counsel with documents re: market share information sent to Kirkland Ellis attorney previously (.1). | 1.70 Hrs | $357.00 |
| 06/17/02 | DBM | Review Eaton boxes at Winthrop Square. | 1.40 Hrs | $266.00 |
| 06/17/02 | MTM | Work on wind up of document review at Winthrop Square (2.4). Conferences with RAM re: Eaton boxes at Winthrop Square (.4); conference with DBM re: Eaton boxes at Winthrop Square (.1); review Eaton boxes at Winthrop Square to identify source and draft inventory for same (5.2). | 8.10 Hrs | $1,458.00 |
| 06/17/02 | ARA | Oversee review of documents (2.5). Discussion with MTM re: wrap up of review (.2); discussion with temporary paralegals re: same and answer questions (.3). | 3.00 Hrs | $240.00 |
| 06/17/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/17/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/17/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/17/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | MTM | Work on wind-up of document review at Winthrop Square (3.2). Complete inventory of Fred Eaton boxes of documents prior to their being reviewed (4.5). | 7.70 Hrs | $1,386.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/18/02 | ARA | Oversee review of documents (6.3). Discuss project with temporary paralegals (.8). Telephone conferences with Holme Roberts paralegal re: inventory list (.2); check box inventories (1.0). | 8.30 Hrs | $664.00 |
| 06/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/18/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 06/18/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/19/02 | RAM | Telephone call from and to MTM re: determining source of boxes of Eaton documents (.1). Telephone conferences with in-house counsel and MTM re: reviewing draft answers to fraudulent conveyance interrogatories (.1), whether certain in-house counsel memoranda are on privilege log, whether certain legal department files were reviewed and, if so, where are they now (.2). | 0.40 Hrs | $84.00 |
| 06/19/02 | MTM | Work on wind-up of document review at Winthrop Square (2.9). Email to Holme Roberts paralegal re: document review wind-up at Winthrop Square (.2). Telephone calls to/from RAM re: in-house counsel's files and issue of Grace market share (.1) and re: F. Eaton documents (.1). Review memos, etc. re: in-house counsel's file reviews in 1980s and current review (.1); conferences with DBM and RAM re: same (.2). Receipt and review of email from Holme Roberts paralegal re: in-house counsel's files (.1). | 3.70 Hrs | $666.00 |
| 06/19/02 | ARA | Oversee review of documents (4.1). Search for boxes sent from Cambridge and confirm they are at Winthrop Square (2.0); telephone call to Holme Roberts paralegal re: same (.1). | 6.20 Hrs | $496.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/19/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/19/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 06/19/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 06/19/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 2.70 Hrs | $216.00 |
| 06/20/02 | RAM | Read historical memos and correspondence between firm and Grace to try and identify a particular review of F. Eaton documents (.5). Conference with MTM re: same and re: market share issue (.2) and then conference call with in-house counsel, Kirkland Ellis attorney and MTM re: market share interrogatories (.7). | 1.40 Hrs | $294.00 |
| 06/20/02 | MTM | Work on document review wind-up at Winthrop Square (6.3). Conference with RAM re: Eaton documents (.2). Telephone call to in-house counsel and Kirkland Ellis attorney with RAM re: in-house counsel's documents and market share interrogatories (.7). Conference with ARA re: review of in-house counsel's documents in Cambridge tomorrow (.2). Prepare Fred Eaton materials for review (1.0). | 8.40 Hrs | $1,512.00 |
| 06/20/02 | ARA | Oversee review of documents (4.1). Organize Eaton boxes for initial review (1.3). Telephone call to Holme Roberts paralegal re: preparing in-house counsel's files for review in Cambridge (.2); meeting with MTM re: same (.2). Answer questions of paralegals re: review (1.0). | 6.80 Hrs | $544.00 |
| 06/20/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/20/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/20/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/20/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 06/20/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 2.00 Hrs | $160.00 |
| 06/21/02 | RAM | Conference with DBM re: in-house counsel's privileged document issue (.1); telephone call to and from MTM re: same (.1). Emails to/from in-house counsel re: same (.4). | 0.60 Hrs | $126.00 |
| 06/21/02 | DBM | Search for Eaton documents. | 1.30 Hrs | $247.00 |
| 06/21/02 | ARA | Oversee review of documents (3.3). Per MTM's instructions, review in-house counsel's documents in Cambridge re: fraudulent conveyance case (5.0). | 8.30 Hrs | $664.00 |
| 06/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/21/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/21/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/21/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/21/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.20 Hrs | $496.00 |
| 06/21/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 06/24/02 | RAM | Conference with MTM re: location of privileged documents (.3). Telephone conferences with in-house counsel (.1) and Hoyle Morris attorney (.1) re: same. Review draft answer to interrogatories re: market share issue (.5); telephone conference with in-house counsel and MTM re: same (.3); telephone conference with in-house counsel and Kirkland Ellis attorney re: same (.3); locate and send Grace's standard objections to | 2.50 Hrs | $525.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Kirkland Ellis attorney (.1). Review R. Vining's testimony in Bentall and Privest re: market share (.6); fax Vining material to in house counsel (.1). Conference with MTM re: whether EPA will allow ledgers to be returned to W. Square for production (.1). | | |
| 06/24/02 | DBM | Work on draft answers to market share interrogatories. | 0.90 Hrs | $171.00 |
| 06/24/02 | MTM | Work on wind-up of document review at Winthrop Square (4.3). Receipt and review of draft response to market share interrogatories (.3). Conference with ARA re: Cambridge search for in house counsel's work product files re: market share interrogatories (.3). Conferences with RAM re: privileged documents (.3) and ledgers in Boulder (.1). Review sample ledger page index re: draft answers to market share interrogatories (.4). Telephone call with in-house counsel and RAM re: draft interrogatory answers re: market share (.3). Telephone call to Holme Roberts paralegal re: Onsite pick-up and drop-off this week (.2). | 6.20 Hrs | $1,116.00 |
| 06/24/02 | ARA | Oversee review of documents (2.9). Telephone calls from Holme Roberts paralegal and Reed Smith paralegal and telephone call to Onsite re: pick-up (.3). Discussion with temporary paralegals re: Eaton box review (.1). Review in house counsel's documents in Cambridge (4.2); conference with MTM re: same (.3). | 7.80 Hrs | $624.00 |
| 06/24/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/24/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/24/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/24/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/24/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/24/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/25/02 | MTM | Review and respond to email re: Onsite pick-up and drop-off this week (.4); telephone call to D. Croce at Cambridge re: available space in basement for additional Onsite boxes (.2); conference with ARA re: same (.3); telephone call to Reed Smith paralegal re: same (.2). Work on document review wind-up at Winthrop Square (.3). Conference with ARA re: last boxes to be shipped to Onsite and Cambridge this week (1.5). | 2.90 Hrs | $522.00 |
| 06/25/02 | ARA | Oversee review of documents (2.5). Conference with temporary paralegals re: final review of documents (.4). Search for, locate and deliver Vining deposition binders to RAM (.5). To Cambridge to oversee delivery of and inventory boxes shipped by Onsite (3.2); conferences with MTM re: same (1.8). Inventory boxes of documents to be picked up by Onsite at Winthrop Square (2.0). | 10.40 Hrs | $832.00 |
| 06/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/25/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/25/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/25/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/25/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/25/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/26/02 | MTM | Meeting with paralegals at Winthrop Square re: wind-up of document review (2.3). Review list of last boxes sent to Onsite (.2). Telephone call to Holme Roberts paralegal re: box return to Cambridge yesterday (.2). Review lists of various categories of documents sent to Winthrop Square for review since start of project (1.7). Telephone call from Kirkland Ellis attorney re: categories of materials to be produced to plaintiffs in response to market share interrogatories (.5); telephone call to Holme | 7.00 Hrs | $1,260.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Roberts paralegal re: Sales Outside U.S. documents (.2); review property damage advertising materials and ledgers at Winthrop Square re: same (1.9). | | |
| 06/26/02 | ARA | Oversee review of documents (1.5). Oversee return of documents to Cambridge (7.0). | 8.50 Hrs | $680.00 |
| 06/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/26/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 06/26/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/26/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 3.70 Hrs | $296.00 |
| 06/26/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | RAM | Conference with MTM re: nature and number of documents we can immediately offer to plaintiffs re: market share issue (.2). Review R. Vining's transcripts of testimony re: market share issue (3.8); telephone call to in-house counsel re: same (.1). | 4.10 Hrs | $861.00 |
| 06/27/02 | DBM | Search for documents on MK sales for market share information. | 0.60 Hrs | $114.00 |
| 06/27/02 | MTM | Conference with ARA re: wind-up of document review at Winthrop Square (.3). Conference with RAM re: market share interrogatories and what documents can be produced quickly (.2); review copies of property damage advertising boxes for responsiveness to plaintiff's interrogatory regarding coverage rate for each product (.3); telephone call to Kirkland Ellis attorney re: same (.2). Telephone call from in-house counsel requesting transcript of deposition and copies of two Libby Common Exhibits re: downtown Libby air sampling (.2); telephone call to ARA re: locating copy of transcript (.1); review Libby Common Exhibits to locate those requested by in-house counsel (.4); letter to in-house counsel re: same (.2). Review files to find original lists of boxes brought to Winthrop Square since start of project to compare against current Winthrop Square inventories (1.5). | 3.40 Hrs | $612.00 |

David B. Siegel

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/02 | ARA | Oversee inventory of documents at Winthrop Square (6.5); answer questions, re: same (.2); telephone conference with MTM re: same (.3). | 7.00 Hrs | $560.00 |
| 06/27/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/27/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 06/28/02 | RAM | Prepare memo summarizing R. Vining's testimony re: market share and other issues; fax memo to in-house counsel and telephone call from in-house counsel re: same (.3). Telephone conference with in-house counsel re: jury verdicts in asbestos-related personal injury cases (.1). | 0.40 Hrs | $84.00 |
| 06/28/02 | MTM | Continue to review various lists of categories of materials sent to Winthrop Square for review to compare to current inventories (2.0). Meeting with paralegals at Winthrop Square re: search for document in Sales Outside U.S. boxes regarding market share interrogatory answer (.9). Meeting with paralegals re: wind up of document review of Winthrop Square (2.4); work on Winthrop Square wind-up (2.2). | 7.50 Hrs | $1,350.00 |
| 06/28/02 | ARA | Oversee inventory of documents at Winthrop Square (6.5). Answer questions re: Onsite delivery (.3). | 6.80 Hrs | $544.00 |
| 06/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 06/28/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| | | TOTAL LEGAL SERVICES | | $144,092.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|--|--|--|--|
| ROBERT A. MURPHY | 13.20 Hrs | 210/hr | $2,772.00 |
| DONNA B. MACKENNA | 6.20 Hrs | 190/hr | $1,178.00 |
| MATTHEW T. MURPHY | 129.10 Hrs | 180/hr | $23,238.00 |
| ANGELA R. ANDERSON | 147.20 Hrs | 80/hr | $11,776.00 |
| JOSEPH K. WINRICH | 1.10 Hrs | 80/hr | $88.00 |
| GARY R. BELLINGER | 154.00 Hrs | 80/hr | $12,320.00 |
| FRANK O. ASHENUGA | 190.00 Hrs | 80/hr | $15,200.00 |
| EUGENE D. KRASS | 189.10 Hrs | 80/hr | $15,128.00 |
| MARIA PATRACEA SCIALLA | 163.90 Hrs | 80/hr | $13,112.00 |
| EDWARD K. LAW | 159.00 Hrs | 80/hr | $12,720.00 |
| JAMES D. LEAVER | 144.00 Hrs | 80/hr | $11,520.00 |
| AMY PREBLE | 147.60 Hrs | 80/hr | $11,808.00 |
| W. DOUG HOEY | 103.00 Hrs | 80/hr | $8,240.00 |
| CHRIS BROWN | 62.40 Hrs | 80/hr | $4,992.00 |
| | 1,609.80 Hrs | | $144,092.00 |

TOTAL THIS BILL     $144,092.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44882
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
   with Preparation of Fee Applications

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/23/02 | RAM | Work on May fee application. | 0.20 Hrs | $42.00 |
| 06/24/02 | RAM | Review Order of Fee Auditor and begin to collect information to respond to his questions. | 0.20 Hrs | $42.00 |
| 06/27/02 | RAM | Telephone call to and telephone call from W. Smith re: his Interim Report (.4). Work on fee application for May (.6). | 1.00 Hrs | $210.00 |
| 06/27/02 | MTM | Telephone conference with RAM and Warren Smith re: fee auditor's report. | 0.40 Hrs | $72.00 |
| 06/28/02 | RAM | Emails to and from W. Smith re: his interim report and "lumping" issues, in particular (.2). Conference with DBM re: her time entries re: MK white paper (.1) and begin work to respond to fee auditor's questions (.3). Work on May fee application (1.1). | 1.70 Hrs | $357.00 |

David B. Siegel

|  |  |  | TOTAL LEGAL SERVICES | $723.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.10 Hrs | 210/hr | $651.00 |
|---|---|---|---|
| MATTHEW T. MURPHY | 0.40 Hrs | 180/hr | $72.00 |
|  | 3.50 Hrs |  | $723.00 |

TOTAL THIS BILL    $723.00