**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 1, 2002

Bill Number 44883
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

MISCELLANEOUS

| | | |
|---|---|---|
| 06/11/02 RECORDKEEPER ARCHIVE - Monthly storage (6/02) | 508.80 | |
| | | $508.80 |
| TOTAL DISBURSEMENTS | | $508.80 |
| TOTAL THIS BILL | | $508.80 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 1, 2002

Bill Number  44884
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| Date | | | | |
|---|---|---|---|---|
| 06/03/02 | 329 | 3038660408 | | 0.48 |
| 06/04/02 | 329 | 3038660372 | | 0.33 |
| 06/09/02 | 357 | 3038660200 | | 1.38 |
| 06/24/02 | 357 | 3128612200 | | 0.46 |
| 06/24/02 | 357 | 5613621554 | | 0.36 |
| 06/24/02 | 357 | 3026525338 | | 0.92 |
| 06/26/02 | 329 | 3128612490 | | 2.93 |
| 06/28/02 | 357 | 3026525338 | | 0.46 |
| 06/30/02 | | | | 1.36 |

$8.68

EXCESS POSTAGE

06/05/02                                                                3.95

$3.95

FEDERAL EXPRESS

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/10/02 | To Holme Roberts Attorney from MTM on 5/29/02 | 75.04 | |
| 06/14/02 | To David W. Carickhoff, Esq. from RAM dated May 30, 2002. | 12.42 | |
| | | | $87.46 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 06/11/02 | WALSH MOVERS INC. - Shipment of boxes from Cambridge to WSQ for review on 5/22/02 | 312.00 | |
| 06/11/02 | WALSH MOVERS INC. - shipment of boxes from Cambridge to WSQ for review on 5/9/02 | 495.00 | |
| | | | $807.00 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/11/02 | MERRILL CORPORATION - 3000 Red Stop Sheets for document review (invoice dated 5/15/02) | 252.00 | |
| 06/11/02 | MERRILL CORPORATION - 3000 Red Stop Sheets for document review (invoice dated 5/24/02) | 252.00 | |
| 06/11/02 | MERRILL CORPORATION - 1 copy of box of Libby Real Estate files requested for defense of cost recovery action | 685.86 | |
| | | | $1,189.86 |

PHOTOCOPYING

| | | |
|---|---|---|
| 06/03/02 | 4 copies | 0.48 |
| 06/04/02 | 16 copies | 1.92 |
| 06/06/02 | 2 copies | 0.24 |
| 06/07/02 | 6 copies | 0.72 |
| 06/07/02 | 5 copies | 0.60 |
| 06/17/02 | 30 copies | 3.60 |
| 06/17/02 | 2 copies | 0.24 |
| 06/19/02 | 1 copy | 0.12 |
| 06/19/02 | 7 copies | 0.84 |
| 06/20/02 | 9 copies | 1.08 |
| 06/20/02 | 1 copy | 0.12 |
| 06/20/02 | 48 copies | 5.76 |
| 06/20/02 | 15 copies | 1.80 |
| 06/25/02 | 1 copy | 0.12 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---:|
| 06/26/02 | 11 copies | 1.32 |
| 06/26/02 | 2 copies | 0.24 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 2 copies | 0.24 |
| 06/27/02 | 8 copies | 0.96 |
| 06/27/02 | 2 copies | 0.24 |
| 06/28/02 | 3 copies | 0.36 |

$21.36

RENT REIMBURSEMENT

06/28/02   Rent and utilities for document repository at One Winthrop     12,378.50
           Square - July 2002

$12,378.50

TOTAL DISBURSEMENTS     $14,496.81

TOTAL THIS BILL     $14,496.81