IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Hearing Date:  August 26, 2002 |
| _____/ | **Ref:  Docket No. 2242** |

## ZAI CLAIMANTS' REVISED SPECIAL COUNSEL DESIGNATION AND LITIGATION BUDGET FOR THE ZAI SCIENCE TRIAL

Pursuant to Section 503 of the Bankruptcy Code and direction given by this Court at the Omnibus Hearing held July 22, 2002, the ZAI Claimants submit the following Revised Special Counsel Designation and Litigation Budget and move this Court for entry of an order, nunc pro tunc, to include the following terms.

**A.    Designation of Special Counsel to ZAI Claimants.**

Lead Counsel:  Lead counsel shall be Edward J. Westbrook, Esq. and the law firm of Richardson, Patrick, Westbrook & Brickman, P. O. Box 879, 174 East Bay Street, Charleston, SC  29401.

Additional Special Counsel:  Additional Special Counsel shall be Darrell W. Scott, Esq. and the law firm of Lukins & Annis, P.S., 717 W. Sprague Avenue, Suite 1600, Spokane, WA 99201.

**B.    Authorization to Retain Additional Counsel.**

Special Counsel are authorized to retain the services, as appropriate, of the following counsel to promote the expeditious and efficient completion of the work of Special Counsel:

1.      Special Counsel are authorized to retain local bankruptcy counsel for purposes of performing local bankruptcy functions and as required by Del.Bankr.LR 9010-1 and D. Del. LR 83.5(d).  Present local bankruptcy counsel, for these purposes, is William D. Sullivan, Esq. of the law firm of Elzufon, Austin, Reardon, Tarlov & Mondell, 300 Delaware Avenue, Suite 1700, P.O. Box 1630, Wilmington, DE  19899.

2.      Special Counsel are authorized to retain Thomas Sobol, Esq. and the law office of Hagens Berman LLP, 225 Franklin Street, 26th Floor, Boston, MA  02110, to perform work pertaining to discovery centered in the state of Massachusetts and specific trial plan issues when such retention will, in the opinion of Special Counsel (and subject to review by the Court), promote cost-efficient preparation for the ZAI Science Trial.  (July 22, 2002 Tr. at 48-49, 54-57)

3.      Special Counsel are authorized to retain the law firm of Lieff, Cabraser, Heimann & Bernstein, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, CA  94111, to perform work pertaining to discovery centered in the state of California and specific trial plan issues when such retention will, in the opinion of Special Counsel (and subject to review by the Court), promote cost-efficient preparation for the ZAI Science Trial.  (July 22, 2002 Tr. at 48-49, 54-57)


C.      **Payment of Fees and Costs.**

Fees and costs of Special Counsel (including other counsel as authorized by this Court to perform services for Special Counsel) shall be capped at $1.5 million for fees and $500,000 for costs.  This fee and cost cap is subject to modification, if events prove it advisable, upon further petition to and approval of this Court.

Special Counsel shall submit, on a quarterly basis, verified applications for payment of fees and costs to be paid by W.R. Grace.  Detailed time records of Special Counsel may be submitted, *in camera*.

**D.      Litigation Budget.**

Special Counsel submit the following projected litigation budget to provide this Court with general guidance as to the nature and amount of anticipated litigation costs.  While it is anticipated that litigation costs will fall within the general categories and budget ranges contained in this budget projection, it is recognized that actual and ongoing litigation developments will shape the categories of costs and their amounts.  Subject always to the cost cap imposed by the Court and subject always to the Court's ultimate approval of any item of cost, Special Counsel may incur costs of the type and in the amounts that, in their best judgment, prove appropriate to prosecution of ZAI claimants' interests.

### BUDGET PROJECTION FOR ZAI SCIENCE TRIAL

**FEES**                                                                                      **$1,500,000**

Discovery phase activities (including case analyses and
preparation, expert witness development, discovery re fact
witnesses, expert witnesses, document production and
review, and depositions.)
          Estimated:  $900,000

Pre-trial motion practice, including Daubert/In
Limine/Summary Judgment motions.
          Estimated:  $200,000

Trial preparation and Trial
          Estimated:  $400,000

**COSTS**                                                                                    **$500,000**

Expert Costs
(including testing, surveys, inspections, consulting,
preparation of and analysis of expert witness reports, and

fees for depositions and trial testimony for approximately 5
testifying experts)
      Estimated:  $250,000

Other Litigation Expenses
(including travel, lodging, copying and document imaging,
deposition costs, transcription costs, phone, faxing, postage,
fed ex expenses, trial exhibit costs).
      Estimated:  $250,000

                                                       **TOTAL:**   **$2,000,000**

WHEREFORE, the ZAI Claimants respectfully request that the Court enter the attached

Order approving their Special Counsel designation and their litigation budget for the ZAI

Science Trial.

Dated:  August 6, 2002
      Wilmington, Delaware

                    Edward J. Westbrook, Esq.
                    RICHARDSON, PATRICK, WESTBROOK &
                    BRICKMAN
                    174 East Bay Street
                    Charelston, SC  29401
                    Tel. (843) 727-6513
                    Fax (843) 727-6688
                    LEAD SPECIAL COUNSEL
                        -and-

                    Darrell W. Scott, Esq.
                    Burke D. Jackowich, Esq.
                    LUKINS & ANNIS PS
                    717 W. Sprague Ave. Suite 1600
                    Spokane WA 99201
                    Telephone: (509) 455-9555
                    Facsimile:  (509) 747-2323
                    ADDITIONAL SPECIAL COUNSEL
                        -and-

                    Elizabeth J. Cabraser, Esq.
                    Fabrice N. Vincent, Esq.
                    LIEFF, CABRASER, HEIMANN & BERNSTEIN,
                    LLP

Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

    -and-

Thomas Sobol, Esq.
HAGENS BERMAN, LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel. (617) 482-3700
Fax (617) 482-3003

    -and-

Robert M. Turkewitz, Esq.
NESS MOTLEY LOADHOLT RICHARDSON &
POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile:  (843) 216-9440

    -and-

Allan M. McGarvey, Esq.
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY, P.C.
745 South Main
Kalispell, MT  59901
Telephone:  (406) 752-5566
Facsimile:  (406) 752-7124

    -and-

ELZUFON AUSTIN REARDON TARLOV &
MONDELL, P.A.


        */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Telephone (302) 428-3181

Counsel for the Zonolite Claimants,
Barbanti, Busch, Prebil, and Price