# **CERTIFICATE OF SERVICE**

       I, William D. Sullivan, Esquire, hereby certify that on August 6, 2002, service of the foregoing

**NOTICE OF FILING OF PROPOSED ORDER SETTING INITIAL SCHEDULE FOR LITIGATION CONCERNING ZONOLITE ATTIC INSULATION SCIENCE ISSUES**

was made upon the parties on the attached service list by Hand Delivery or First Class Mail.

| | |
|---|---|
| *August 6, 2002* | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |

## SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
*(Counsel to Debtors and
Debtors-in-Possession)*

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*(Counsel to Debtors and
Debtors-in-Possession)*

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
*(Counsel to Debtor)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee
of Unsecured Creditors)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee
of Unsecured Creditors)*

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*(Counsel for The Chase Manhattan Bank)*

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee
of Unsecured Creditors)*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

| | |
|---|---|
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE  19899<br>*(Counsel for Property Damage Claimants)* | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena<br>   Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL  33131<br>*(Official Committee of Property Damage Claimants)* |
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br>*(Counsel to Personal Injury Committee)* | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022<br>*(Official Committee of Personal Injury Claimants)* |
| | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005<br>*(Official Committee of Personal Injury Claimants)* |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br>*(Equity Committee Counsel)* | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>*(Equity Committee Counsel)* |

*G:\Docs\CLIENT\220305\11221\pleading\00133503.DOC*