Peterson - Continued Direct

1 discover that they have these conditions. But, it's a
2 different kind of event than it is in lung cancer.
3     The other thing is that there are millions of persons
4 who have non-malignant asbestos-related diseases, and there
5 are many -- so, it's a very large pool of people, some of whom
6 are aware they have it, people who become knowledgeable about
7 it.
8     And, it's also a group of people whose understanding
9 and knowledge that they have asbestosis or pleural disease may
10 be affected by the litigation, because sometimes they discover
11 they have this because a lawyer or a union sends these people
12 to be diagnosed.
13     So, for all these reasons, a different process. You
14 can't apply the epidemiological work -- and, indeed, there is
15 no similar epidemiological work like we've just seen for
16 cancers. There's nothing really like that for non-malignant
17 diseases.
18     So, as a result, I and everyone else who forecast
19 this -- and I'm not alone -- virtually -- not everyone -- most
20 everyone else who forecasts asbestos claims projects and
21 forecasts the number of future non-malignant claims as some
22 mathematical function, some mathematical relationship to the
23 number of cancer claims occurring in future years.
24     So, I've already projected the number of cancers in
25 future years. I can look, historically, at the relationship

1  A. It's a meaningless term in this context.

2  Q. Would it be fair to say that there is no epidemiological

3  forecast or model for non-malignant claims that you're able to

4  use in this case?

5  A. I think that's -- well, there are epidemiological models

6  that I use and understand that contribute to what I do, but

7  there is no epidemiological model that says that number of

8  people that get non-malignancies, year-by-year, nor is there

9  an epidemiological projection that says what's the total

10 number of people who, out there today, have non-malignancy.

11 Q. But, my question, really, is, Dr. Peterson: There's no

12 epidemiological model that is used in making the forecast that

13 you're offering in this case for non-malignant disease,

14 correct?

15 A. There are models that contribute to it that are in then

16 background, but they're not used for the precise calculation.

17 Q. Now, what you've done is you've gone ahead, then, and

18 compared the non-malignant claims against Babcock & Wilcox to

19 the malignant claims against Babcock & Wilcox, correct?

20 A. Yes.

21 Q. I'll draw that just with a blue line, and you draw a ratio

22 between the two of these (indicating), correct?

23 A. Correct.

24 Q. And, those are the same claims that we were talking about

25 before, correct?