# MANVILLE PERSONAL INJURY SETTLEMENT TRUST

## CLAIMS RESOLUTION MANAGEMENT CORPORATION

Selected Operations Data For Presentation at Courts Hearing

December 13, 2001

CLAIMS RESOLUTION MANAGEMENT CORPORATION

# Manville Trust
## Payments by Disease and Period

### Allocation of Claim $ Payments

| Claims Settled | Disease | Trust Distribution Process by Year Settled | | | | Grand Total |
|---|---|---|---|---|---|---|
| | | Pre TDP | 1995-2000 | 2000-11/30/01 | Total TDP | |
| 19,248 | Mesothelioma | 24% | 25% | 14% | 21% | 22% |
| 31,286 | Lung Cancer | 17% | 18% | 9% | 15% | 16% |
| 6,680 | Other Cancer | 3% | 2% | 1% | 1% | 2% |
| 57,214 | Subtotal | 44% | 44% | 24% | 37% | 40% |
| 295,835 | Asbestosis | 49% | 49% | 72% | 57% | 54% |
| 84,684 | Pleurals | 7% | 7% | 4% | 6% | 6% |
| 48 | Other | 0% | 0% | 0% | 0% | 0% |
| 437,781 | Total | 100% | 100% | 100% | 100% | 100% |
| | Payments $MM | $1,053 | $1,108 | $551 | $1,659 | $2,712 |



7

