UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re JOINT EASTERN AND SOUTHERN
DISTRICTS ASBESTOS LITIGATION

------------------------------------------------x

United States Bankruptcy Court
Southern District of New York

------------------------------------------------x

In re JOHNS-MANVILLE CORPORATION,
et al.,

          Debtors.

------------------------------------------------x

EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

BERNADINE K. FINDLEY, et al., on behalf of
themselves, and all others similarly situated as
beneficiaries of the Manville Personal Injury
Settlement Trust,

          Plaintiffs,

          v.

TRUSTEES OF THE MANVILLE PERSONAL
INJURY SETTLEMENT TRUST, not individually
but solely in their capacities as Trustees.

          Defendants.

------------------------------------------------x

NYAL
FILED Index No. 4000
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2002 ★

In Proceedings for
A Reorganization Under
Chapter 11.
Case Nos. 82 B 11656 (BRL)
through 82 B 11676 (BRL),
Inclusive

E.D.N.Y.
90 CV 3973 (JBW)

ORDER

    A conference was held on December 13, 2001, at which the courts expressed their

concern that there appeared to be a misallocation of the funds held by Manville Trust, inequitably disfavoring those with more serious asbestos injuries.

We are informed that interested parties have since been engaged assiduously and in good faith in negotiations to rectify any imbalances, with the aid of experts required to estimate the effects of proposed changes.

Interested attorneys, parties, and others shall appear in Courtroom 10 of the Brooklyn courthouse of the Eastern District of New York on September 3, 2002, at 10:00 A.M., to show cause why an order should not be entered modifying prior judgments and relevant Trust documents as warranted by the present and prospective equities.

SO ORDERED

_____
Jack B. Weinstein
Senior District Judge, E.D.N.Y.

_____
Burton R. Lifland
Bankruptcy Judge, S.D.N.Y.

Dated: July 29, 2002
     Brooklyn, N.Y.
     New York, N.Y.