**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co.,** *et. al*. | ) | |
| | ) | **Case No. 01-01139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

    I, Michael D. Vagnoni, an associate attorney at Obermayer Rebmann Maxwell & Hippel LLP, hereby certifies that on August 6, 2002, I caused a true and correct copy of the foregoing THE UNOFFICIAL COMMITTEE OF SELECT ASBESTOS CLAIMANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO DEBTORS' MOTION FOR CASE MANAGEMENT ORDER to be served upon the parties on the attached service list by Federal Express.

                                                      /s/ Michael D. Vagnoni
                                                     Michael D. Vagnoni

Dated: August 6, 2002

# W.R. GRACE
## CORE GROUP SERVICE LIST

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 905
Wilmington, DE 19899

David Bernick, Esquire
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Frank J. Perch, III, Esquire
Office of United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19899

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market St., Suite 1200
P. O. Box 195
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
1201 North Market Street, 15th Floor
Wilmington, DE 19801