

**BAM 16**
**R. 07/01**

DEPARTMENT OF REVENUE
Jim Zingale
Executive Director

General Tax Administration
Child Support Enforcement
Property Tax Administration
Administrative Services
Information Services

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE
WILMINGTON  DIVISION

IN RE :  W R GRACE AND COMPANY
CHAPTER: 11
CASE NO: 53-0101139 JJF
ACCT NO: 133461988

STATE OF FLORIDA
DEPARTMENT OF REVENUE

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

CLAIM AMOUNT:   $2,426,081.00
CLAIM DATE:     09/24/2001

Please withdraw our proof of claim filed by the Department of Revenue in the amount listed above.

WITHDRAWN CLAIM/AMTS NOT OWED

JULY   30, 2002

DEBRA PILGRIM
TAX SPECIALIST I
Bankruptcy Section
Florida Department of Revenue
Post Office Box 6668
Tallahassee, Florida 32314-6668
850-921-2151

Tallahassee, Florida 32399-0100, www.myflorida.com/dor

B10 (Official Form 10)
(Rev 6/91)

BAM 03
R. 02/98

Claim Comment Text

**COPY**

# United States Bankruptcy Court

/WILMINGTON    District of    DELAWARE

**PROOF OF CLAIM**

In re (Name of Debtor)
W R GRACE AND COMPANY

Case Number
01-01139    JJF

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)
**State of Florida - Department of Revenue**

Name and Addresses Where Notices Should be Sent
**Bankruptcy Section
Post Office Box 6668
Tallahassee, Florida
32314 - 6668**

Telephone No. **(850) 921 - 2151**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR.
**13-3461988**

Check here if this claim: ☐ replaces    ☐ amends    a previously filed claim, dated. _____

1. BASIS FOR CLAIM:
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes    **CORPORATE INCOME TAX**
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)

Your social security number _____
Unpaid compensations for services performed
from _____ to _____
    (date)           (date)

2. DATE DEBT WAS INCURRED:

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____ 0.00
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____ 0.00
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ _____ **2,426,081.00**
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $ 2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) — 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan — U.S.C. § 507(a)(4)
☐ Up to $ 900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
☒ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8)
☐ Other    11 U.S.C. §§ 507(a)(2), (a)(5) — (Describe bfly)

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ _____ 0.00 (Unsecured)    $ _____ 0.00 (Secured)    $ _____ **2,426,081.00** (Priority)    $ _____ **2,426,081.00** (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting document, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY. To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
**9/24/01**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
**DEBRA PILGRIM    (signature)    (850) 921-2151
REVENUE SPECIALIST III**

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DR 88
R 11/94

# FLORIDA DEPARTMENT OF REVENUE
## LEGAL CLAIMS SUMMARY SHEET
### Pre-Petition Claims

[x] New Case
[ ] Prior Case    Out-of-State Case Code

**COPY**

| Taxpayer's Name | Location of Court | |
|---|---|---|
| W R GRACE AND COMPANY | /WILMINGTON DELAWARE | |
| Business Name | Bankruptcy Case Number | |
| | 53-0101139 JJF | |
| Address | Chapter Number | Petition Date |
| 7500 GRACE DRIVE | 11 | 4/02/01 |
| City | State | Zip Code | Account Number |
| COLUMBIA | MD | 21044-0000 | 13-3461988 |
| Tax Type | Date Business Closed/Date Converted |
| CORPORATE INCOME TAX | |

| Period Due | Tax Amount | Tax Type | Tax Account | R-Itm/Court Fees | Penalty | Interest | Returned Check Control Number |
|---|---|---|---|---|---|---|---|
| 12/93 | Audit# 9622908249020 | | | | | | |
| 12/95 | 1605031.00 | Audit | | | 0.00 | 821050.00 | |

TOTALS: TAX: $ 1,605,031.00    PENALTY: $ 0.00    INTEREST: $ 821,050.00

[ ] Amended Claim
Supersedes Claim for $ _____
Dated _____
Adj. $ _____

Court Costs/Sheriff's Fee $ 0.00
Returned Check Fee: $ 0.00
Total of Claim: $ 2,426,081.00

[x] Unsecured Priority Claim    [ ] Secured Claim
Date Tax Lien Filed

1) _____    Trustee's Name
2) _____
3) _____    Trustee's Address
4) _____
5) _____    City    State    Zip

JAMES H M SPRAYREGEN
Attorney's Name
200 EAST RANDOLPH DRIVE
Attorney's Address
CHICAGO    IL    60601-
City    State    Zip
(312) 861-2000
Attorney's Phone No.

Date Prepared: 9/24/01    Prepared By: DP    P & I Figured to: 4/02/01