# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | James W Kapp | 0.60 | Review memorandum from S. Ahern re potential acquisition and ordinary course consequences and attend to matters and prepare correspondence re same. |
| 6/03/02 | James W Kapp | 0.30 | Attend to issues re potential transaction and ordinary course issues. |
| 6/04/02 | James W Kapp | 0.20 | Review correspondence re LMI Motion and respond to same. |
| 6/26/02 | James W Kapp | 0.30 | Review and respond to correspondence from J. Posner re Captive Insurance Company and ordinary course issues and attend to same and telephone conference with J. Posner re same. |

### Matter 17 – Automatic Stay Matters/Relief Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | James W Kapp | 0.10 | Review correspondence from J. Hickman re Falco and Prete litigation. |
| 6/04/02 | Christian J Lane | 0.30 | Telephone conference with J. Hickman re application of stay. |
| 6/14/02 | James W Kapp | 0.10 | Attend to issues re Kellogg motion for reconsideration in preparation for June 18, 2002, hearing. |
| 6/15/02 | Christian J Lane | 1.20 | Attend to issues related to Kellogg motion to reconsider. |
| 6/19/02 | James W Kapp | 0.70 | Attend to issues re Kane's motion for relief from the automatic stay (.1); review Kane's motion for relief from stay and consider issues (.6). |
| 6/19/02 | Christian J Lane | 1.40 | Review Kane's motion for relief from stay (.4); attend to issues re same (.6); telephone conferences with movant's counsel (.4). |
| 6/20/02 | Christian J Lane | 1.00 | Telephone conferences with Kane's counsel re motions for relief (.5); attention to issues re same (.5). |
| 6/26/02 | James W Kapp | 1.00 | Review and revise objection to Wesconn's motion for relief from the automatic stay and attend to issues re same. |
| 6/26/02 | Christian J Lane | 2.70 | Draft response to Wesconn motion for relief from stay. |
| 6/27/02 | James W Kapp | 1.00 | Review and revise objection to Wesconn's motion for relief from the stay and attend to issues re same. |
| 6/27/02 | Christian J Lane | 2.60 | Revise response to Wesconn motion for relief from stay (1.6); telephone conferences with client re Wesconn issues (.7); attend to issues re same (.3). |
| 6/28/02 | Christian J Lane | 1.50 | Telephone conferences with client re Wesconn objection (.7); revise objection (.8). |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 6/03/02 | Sabrina M Mitchell | 0.30 | Update motion status chart. |
| 6/04/02 | Shirley A Pope | 2.50 | Review correspondence and file same (1.5); review docket for newly filed pleadings and file same (1.0). |
| 6/04/02 | Sabrina M Mitchell | 0.70 | Update motion status chart (.3); download committee interim compensation motion from the court's website (.2); respond to request for affidavit of service (.2). |
| 6/04/02 | Seth B Kutnick | 2.00 | File pleadings related to bankruptcy issues |
| 6/05/02 | Shirley A Pope | 5.00 | Review correspondence and file same (2.5); review docket for newly filed pleadings, download and file same (2.5). |
| 6/05/02 | Sabrina M Mitchell | 0.50 | Download bar date notice affidavit of service from the court's website and file same. |
| 6/06/02 | Shirley A Pope | 6.00 | Review correspondence and file same (1.5); review docket for newly filed pleadings, download and file same (2.0); prepare correspondence re documents produced to committees at attorney request (.5); update hearing transcripts files (.5); revise pleadings database (1.5). |
| 6/06/02 | Sabrina M Mitchell | 1.30 | Attend to matters re customer lists (.6); download bar date declaration of service from the court's website (.2); respond to request for secretary's certificate re DIP financing (.5). |
| 6/07/02 | Shirley A Pope | 4.00 | Review correspondence and file same (1.5); review docket for newly filed pleadings, download and file same (2.5). |
| 6/07/02 | Sabrina M Mitchell | 0.60 | Retrieve and transmit Caterpillar stipulation to L. Breaux (.2); respond to request for July hearing information (.2); update the case file index with new documents and prepare for inclusion into central files (.2). |
| 6/07/02 | Seth B Kutnick | 1.00 | File bankruptcy related pleadings. |
| 6/10/02 | Lauren Mitchell-Dawson | 0.20 | Update matter file with pleadings and other relevant documents. |
| 6/10/02 | Shirley A Pope | 4.50 | Review correspondence and file same (2.0); contact Perkins Coie to request Barbanti pleadings (.5); review docket for newly filed pleadings, download and file same (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/02 | Janet S Baer | 0.80 | Review received pleadings and correspondence and attend to matters re same. |
| 6/10/02 | Sabrina M Mitchell | 2.10 | Download committee motion re retention of special counsel for defending objections from the court's website (.5); review the first day hearing transcript for information re motion to file under seal and attend to matter re same (1.6). |
| 6/10/02 | Seth B Kutnick | 1.00 | File bankruptcy related pleadings. |
| 6/11/02 | Shirley A Pope | 2.50 | Review correspondence and file same (1.5); review docket for newly filed pleadings, download and file same (1.0). |
| 6/11/02 | Janet S Baer | 0.70 | Review correspondence and pleadings and attend to matters re same. |
| 6/11/02 | Sabrina M Mitchell | 3.60 | Respond to request for secretary certificate for the DIP motion and prepare for transmittal to B. Burns (.4); respond to request for affidavit docket numbers (1.2); prepare 327(e) affidavits for filing with the court and transmit to P. Cuniff (.4); download new electronically filed pleadings (.7); retrieve orders for inclusion into order binders and prepare for duplication (.6); correspondence with B. Eller re filing pleadings with the court (.3). |
| 6/12/02 | James W Kapp | 1.40 | Review pleadings and correspondence and attend to issues re same (.4); status conference re outstanding bankruptcy issues (1.0). |
| 6/12/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0). |
| 6/12/02 | Janet S Baer | 1.30 | Prepare for and attend status meeting re pending matters (.8); follow up re same (.5). |
| 6/12/02 | Sabrina M Mitchell | 2.10 | Update motion status chart (.3); retrieve and duplicate May 3, 2001, and January 3, 2002, transcripts for attorney review (.4); supplement order index and include the same into central file binders (.9); receive new e-file notifications (.3); respond to request response to Debtor's motion to modify (.2). |
| 6/13/02 | Shirley A Pope | 4.00 | Review correspondence and file same (1.0); review pleadings and file same (1.0); review scientific articles re asbestos and file same (1.0); revise Concordance pleadings database (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/13/02 | Sabrina M Mitchell | 2.40 | Respond to request for Steptoe retention motion and order (.3); conference with B. Eller re Grace docket (.2); update critical dates list (1.7); retrieve and duplicate Sprayregen affidavit (.2). |
| 6/14/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 6/14/02 | Shirley A Pope | 3.00 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (2.0). |
| 6/15/02 | Shirley A Pope | 3.80 | Organize pleadings and enter in Concordance database. |
| 6/16/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.2); review Daily Bankruptcy Review article re BMC retention (.1); review articles pertaining to events in related bankruptcy proceedings (.2). |
| 6/17/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 6/17/02 | Shirley A Pope | 2.50 | Review docket for new filings, download and file same (1.5); review correspondence and file same (1.0). |
| 6/18/02 | Shirley A Pope | 7.50 | Review correspondence (3.0); review docket for newly filed pleadings, download and file same (2.0); arrange same for Grace team meeting at attorney instruction (.5); revise Concordance pleading database (2.0). |
| 6/18/02 | Sabrina M Mitchell | 0.70 | Retrieve and duplicate executory contracts order (.2); update motion status chart (.3); retrieve and distribute motion to remove action (.2). |
| 6/18/02 | Seth B Kutnick | 5.80 | Revise and organize duplicate pleadings files. |
| 6/19/02 | James W Kapp | 1.30 | Review pleadings and correspondence and attend to issues re same (.6); prepare for and attend status meeting re outstanding bankruptcy issues and attend to issues re same (.7). |
| 6/19/02 | Christian J Lane | 0.80 | Prepare for and attend to internal K&E case meeting. |
| 6/19/02 | Shirley A Pope | 2.50 | Review correspondence and file same (1.0); review docket for newly filed pleadings, download and file same (1.5). |
| 6/19/02 | Janet S Baer | 0.50 | Prepare for and attend internal K&E conference re critical dates status of all matters. |
| 6/19/02 | Roger J Higgins | 0.30 | Review motion status chart and attend to matters related thereto. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/02 | Sabrina M Mitchell | 1.10 | Respond to request for conflicts search (.2); retrieve and duplicate extension motions and orders (.4); update motion status chart (.5). |
| 6/20/02 | James W Kapp | 0.30 | Review and revise critical date list and attend to same. |
| 6/20/02 | Sabrina M Mitchell | 0.70 | Update the case file index with new documents and prepare for inclusion into central files. |
| 6/20/02 | Stephanie R Cashman | 1.00 | Assist with filing of protocol brief. |
| 6/21/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same. |
| 6/21/02 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings, download and file same (1.5); review correspondence and file same (2.0); coordinate filing of Grace's brief with local counsel (1.0). |
| 6/23/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.4); review Bankruptcy Review article re Debtors' motion to intervene in fraudulent conveyance action (.1). |
| 6/24/02 | Shirley A Pope | 2.00 | Prepare for and attend internal K&E case status conference (1.0); review docket for newly filed pleadings and file same (1.0). |
| 6/24/02 | Andrew R Running | 0.60 | Prepare for and participate in internal Kirkland meeting to review status of litigation assignments. |
| 6/24/02 | Christopher B Sullivan | 1.00 | Prepare for and attend internal K&E team conference. |
| 6/24/02 | Kellye L Fabian | 0.50 | Prepare for and attend internal K&E team conference. |
| 6/24/02 | Sabrina M Mitchell | 1.10 | Respond to request for bar date and proof of claim orders (.8); retrieve and duplicate bar date motions (.3). |
| 6/25/02 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to issues re same (.2); telephone conference with M. Shelnitz re outstanding issues (.2). |
| 6/25/02 | Shirley A Pope | 2.80 | Review docket for newly filed pleadings, download and file same (2.0); prepare bar date pleadings for attorney review (.8). |
| 6/25/02 | Sabrina M Mitchell | 1.50 | Prepare Kootenai pleadings for S. Pope (.2); update the order binder index and include the same into central files (.8); download new e-file pleadings (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/26/02 | James W Kapp | 0.70 | Telephone conference with P. Zilly re outstanding issues and attend to same (.2); review pleadings and correspondence and attend to issues re same (.4); review Bankruptcy Review article re intervention in fraudulent conveyance action (.1). |
| 6/26/02 | Shirley A Pope | 2.00 | Review correspondence (1.0); review docket for newly filed pleadings and download (1.0). |
| 6/26/02 | Sabrina M Mitchell | 1.40 | Attend to matters re Deloitte & Touche forms (.9); attend to matters re case status (.2); respond to request for fee auditor motion and order (.2); retrieve and duplicate Zonolite special counsel retention motion (.1). |
| 6/27/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 6/27/02 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings, download (2.0); review correspondence (2.0); create subject files re inclusion in Grace main file (1.0). |
| 6/27/02 | Sabrina M Mitchell | 1.00 | Attend to matters re bar date notices (.6); update bar date certification spreadsheet (.4). |
| 6/27/02 | Seth B Kutnick | 2.00 | Create index for files reviewed by attorneys re Sealed Air transfer. |
| 6/28/02 | Shirley A Pope | 4.50 | Review correspondence (1.5); review docket sheet for newly filed pleadings, download (2.0); organize legal research documents for inclusion in Grace main file (1.0). |
| 6/28/02 | Janet S Baer | 0.50 | Review pleadings filed in case in Delaware and circulate to relevant parties. |
| 6/28/02 | Seth B Kutnick | 4.00 | Organize pleadings related to bankruptcy issues for filing and file same. |
| 6/28/02 | Stephanie R Cashman | 4.50 | Update background information files re Grace main file. |
| 6/29/02 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings, download. |

## Matter 21 – Claim Estimate, Objection and Resolution – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | James W Kapp | 0.40 | Review and distribute amended ZAI proofs of claim forms and attend to issues re same (.3); review article re Federal Mogul bar date for property damage claims and attend to issues re same (.1). |
| 6/03/02 | Janet S Baer | 3.30 | Prepare letter to employees re bar date (.5); attend to various bar date matters (.5); confer with W. Corcoran, F. Zaremby and S. Ahern re various notice issues (.5); review materials for call on claims notice status (.3); review amended ZAI claims, draft order and follow up re same (1.5). |
| 6/03/02 | Seth B Kutnick | 3.00 | Enter data into Montana employee database. |
| 6/04/02 | Janet S Baer | 3.60 | Attend to matters re ZAI objections and conference with client re same (1.0); revise and complete employee letter on bar date materials (.8); participate in weekly meeting on bar date matters (.8); attend to matters re customer confidential information for bar date notice (.5); review seal motion re same (.3); follow up on correspondence re same (.2). |
| 6/04/02 | Seth B Kutnick | 6.00 | Enter data into Montana employee database |
| 6/05/02 | Janet S Baer | 3.30 | Review 5/20 hearing transcript re ZAI claims issues for ZAI claims objection matters (1.0); attend to matters re ZAI claims and budget issues (1.5); conference with L. Duff and R. Emmett re notice parties for environmental notice (.3); prepare ZAI claims objection (.5). |
| 6/05/02 | Seth B Kutnick | 3.00 | Enter data into Montana employee database. |
| 6/06/02 | Janet S Baer | 2.70 | Review ZAI claims and revise ZAI claims objection (2.0); review and prepare transmittal re bar date notice package for employees (.3); attend to various bar date matters (.4). |
| 6/06/02 | Sabrina M Mitchell | 0.80 | Duplicate and distribute Grace proof of claim forms. |
| 6/06/02 | Seth B Kutnick | 5.00 | Enter data into Montana employee database |
| 6/07/02 | Janet S Baer | 1.00 | Review revised objections to ZAI claims and attend to matters re same. |
| 6/07/02 | Seth B Kutnick | 4.00 | Enter data into Montana employee database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/02 | Janet S Baer | 3.30 | Review updated draft of ZAI claims objection and attend to matters re same (.8); attend to matters re confidentiality of customer lists for bar date filing (.5); review status report on bar date matters (.4); participate in bar date status call (.8); follow up calls re bar date notice issues (.8). |
| 6/10/02 | Seth B Kutnick | 6.50 | Enter data into Montana employee database. |
| 6/11/02 | James W Kapp | 0.30 | Attend to issues re service to customers. |
| 6/11/02 | Janet S Baer | 1.60 | Attend to matters re employee claims and bar date matters. |
| 6/11/02 | Seth B Kutnick | 7.50 | Enter data into Montana employee database. |
| 6/12/02 | Janet S Baer | 1.20 | Review inquiries on bar date and prepare Q&A responses re same (.5); conference with J. Forgach re questions about employees for bar date matters (.5); attend to matters re same (.2). |
| 6/12/02 | Seth B Kutnick | 7.50 | Enter data into Montana employee database. |
| 6/13/02 | Janet S Baer | 1.10 | Attend to matters re PI bar date order issues (.6); attend to matters re bar date service for 6/19 (.5). |
| 6/13/02 | Seth B Kutnick | 7.50 | Enter data into Montana employee database. |
| 6/14/02 | James W Kapp | 0.20 | Attend to issues re notice of claims and employee comments re same. |
| 6/14/02 | Janet S Baer | 3.00 | Attend to matters re PI bar date issues (.5); respond to further inquiries re employee claims (.5); conferences with J. Forgach re employee claims for bar date purposes and inquiries (1.0); numerous conversations with Gracepersonnel re employee claims issues/ bar date issues (.7); prepare letter for bar date inquiries (.3). |
| 6/14/02 | Seth B Kutnick | 7.50 | Enter data into Montana employee database. |
| 6/17/02 | Andrew R Running | 0.90 | Attend to matters re notice issues. |
| 6/17/02 | Janet S Baer | 1.80 | Attend to matters re bar date inquiries (1.0); participate in conference re status of bar date notice, service and related matters (.8). |
| 6/17/02 | Seth B Kutnick | 7.50 | Enter data into Montana employee database. |
| 6/18/02 | Janet S Baer | 0.50 | Attend to matters re bar date service and related issues (.3); attend to matters re PI bar date and claims estimation process and review draft brief re same (.2). |
| 6/18/02 | Seth B Kutnick | 2.00 | Enter data into Montana employee database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/02 | Janet S Baer | 1.20 | Attend to matters re bar date issues (.8); review K. Kinsella matter re notice issues and confer with client re same (.4). |
| 6/20/02 | Janet S Baer | 0.30 | Attend to matters re PI bar date pleadings for Judge Wolin. |
| 6/20/02 | Sabrina M Mitchell | 0.20 | Update the proof of claim spreadsheet and file same in central files. |
| 6/20/02 | Seth B Kutnick | 1.00 | Enter data into Montana employee database. |
| 6/21/02 | James W Kapp | 0.20 | Review and respond to correspondence from W. Sparks re objection to Kellogg proof of claim (.1); review motion to and bar date order and distribute same (.1). |
| 6/21/02 | Seth B Kutnick | 2.00 | Enter data into Montana employee database. |
| 6/22/02 | Janet S Baer | 0.30 | Review motions re bar date matters. |
| 6/23/02 | James W Kapp | 0.30 | Review motion for modification and clarification of scheduling order for property damage claims (.2); attend to issues re potential objection re Kellogg's proof of claim (.1). |
| 6/24/02 | Janet S Baer | 0.50 | Attend to various bar date matters. |
| 6/25/02 | James W Kapp | 0.10 | Attend to issues re potential objection to Kellogg's proof of claim. |
| 6/26/02 | Janet S Baer | 1.00 | Attend to matters re bar dates (.5); confer with Rust Consulting re creditor inquiries and review correspondence re same (.5). |
| 6/28/02 | Janet S Baer | 3.60 | Review new draft from Rust re bar date caller questions (.3); review Rust draft re claims information availability and prepare transmittal re same (.3); review motion to clarify bar date order and prepare response re same (3.0). |
| 6/29/02 | Janet S Baer | 0.70 | Review and revise bar date order response. |

### Matter 22 – Contested Matters/Adversary Proceedings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | James W Kapp | 0.70 | Review motion for order compelling production of documents filed by KPMG and attend to issues re same. |
| 6/03/02 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re Judge Wolin scheduling order. |
| 6/03/02 | Janet S Baer | 1.30 | Review English Scheme Administrators motion and follow up re same (.5); conference with counsel for Gerard re tolling issue for order and review and revise order re same (.5); review document request from Scheme Administrators (.3). |
| 6/04/02 | Janet S Baer | 2.50 | Prepare correspondence and attend to matters re Gerard order (.8); attend to matters re English Scheme Administrators matters and confer with J. Posner, D. Siegel and M. Shelnitz re same (1.0); confer with J. Posner and J. Young (several conversations) re CNA issues (.7). |
| 6/05/02 | Shirley A Pope | 2.00 | Enter newly filed ZAI proof of claims in Concordance database (1.0); update Grace main file with newly received depositions (1.0). |
| 6/05/02 | Janet S Baer | 1.00 | Conference with M. Shelnitz and J. Posner re Scheme Administrators motion on E&A Insurance (.3); review letter to Gerling and revise (.3); attend to matters re Fraudulent Transfer motion on counsel fees (.4). |
| 6/06/02 | Janet S Baer | 2.80 | Attend to matters re Scheme Administrators motion and schedule (.3); review PD motion for procedures to pay counsel for committee members in fraudulent transfer matter and conference with parties re same (.5); attend to matters re Gerard order (.5); prepare transmittal to court re Gerard order (.3); review ZAI trial draft budget and prepare response re same (.5); attend further matters re Gerard, ZAI trial budget and PI bar date orders (.7). |
| 6/07/02 | Shirley A Pope | 3.30 | Obtain specific documents concerning expert review from document production files for inclusion in R. Beber witness file. |
| 6/07/02 | Janet S Baer | 3.10 | Attend to matters re Gerard motion/order (.5); attend to matters re ZAI trial budget (1.8); revise same (.8). |
| 6/09/02 | Douglas G Smith | 1.30 | Draft outline for supplemental asbestos PI case management procedures brief. |
| 6/10/02 | Andrew R Running | 2.80 | Revise outline of brief re estimation procedures (2.1); attend to matters re same (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/02 | Douglas G Smith | 0.50 | Review pleadings re abestos PI litigation aspects of case management order. |
| 6/11/02 | Douglas G Smith | 0.80 | Review pleadings re asbestos PI case management procedures. |
| 6/11/02 | Janet S Baer | 1.30 | Review Gerling agreements re E&A Insurance matters (1.0); review materials re Town of Acton matter (.3). |
| 6/12/02 | Christian J Lane | 0.60 | Attend to maters re status of contested matters. |
| 6/12/02 | Andrew R Running | 7.30 | Draft and revise portions of supplemental brief re asbestos personal injury case managment issues. |
| 6/12/02 | Douglas G Smith | 3.90 | Draft supplemental brief re asbestos PI case management procdures. |
| 6/13/02 | Andrew R Running | 4.30 | Draft brief on asbestos personal injury case management procedures (3.5); attend to matters re same (.8). |
| 6/13/02 | Douglas G Smith | 7.40 | Draft supplemental memorandum re asbestos PI management procedures. |
| 6/13/02 | Janet S Baer | 0.80 | Revise Baker & Taylor settlement documents. |
| 6/14/02 | Douglas G Smith | 8.50 | Draft supplemental memorandum re asbestos PI case management procedures. |
| 6/14/02 | Janet S Baer | 0.60 | Conference with English counsel re Gerling issues on Scheme Administrators motion (.4); attend to matters re same (.2). |
| 6/15/02 | Douglas G Smith | 6.30 | Draft supplemental asbesto PI case management procedures brief. |
| 6/15/02 | Janet S Baer | 3.50 | Review materials and prepare chronology re Gerard matter and statute of limitations tolling issues and revise same (3.2); review correspondence re Millwork West issues (.3). |
| 6/16/02 | James W Kapp | 0.10 | Attend to issues re extension of time period to remove pending litigation. |
| 6/17/02 | James W Kapp | 0.20 | Attend to issues re supplemental filing re Gerard motion. |
| 6/17/02 | Andrew R Running | 2.90 | Revise asbestos PI case mamagement procedures brief. |
| 6/17/02 | Janet S Baer | 1.00 | Revise Gerard supplemental submissions (.5); assemble materials and prepare transmittal re same (.5). |
| 6/18/02 | David M Bernick, P.C. | 2.10 | Conferences with E. Wohlforth re order for estimation briefing (.3); review draft asbestos PI CMO brief and attend to matters re same (1.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/18/02 | Christian J Lane | 0.70 | Telephone conference with Rowe's counsel re letter of credit/indemnification issue (.4); attend to issues re same (.3). |
| 6/18/02 | Andrew R Running | 8.60 | Draft brief re asbestos personal injury case management issues (8.1); consider issues re revisions to the brief (.5). |
| 6/18/02 | Douglas G Smith | 2.70 | Draft supplemental memorandum re asbestos PI case management procedures. |
| 6/19/02 | Mark E Grummer | 3.00 | Review and edit A. Stringer interview notes (1.5); telephone conferences with D. Frost and J. Jackson re plans for environmental issues in fraudulent conveyance action (1.5). |
| 6/19/02 | James W Kapp | 0.40 | Attend to issues re removal period extension. |
| 6/19/02 | Christian J Lane | 0.70 | Attend to resolution of MCNIC motion re turnover of deposit. |
| 6/19/02 | Christian J Lane | 0.30 | Attention to resolution of MCNIC motion for turnover of deposit. |
| 6/19/02 | Andrew R Running | 9.40 | Draft and revise supplemental asbestos personal injury case management brief (8.2); attend to matters re same (1.2). |
| 6/19/02 | Douglas G Smith | 3.50 | Draft supplemental asbestos PI case management procedures brief. |
| 6/19/02 | Janet S Baer | 1.50 | Conference with D. Cameron re ZAI budget and special counsel retention matters (.4); review ZAI order and attend to matters re same (.5); review Baker & Taylor settlement exhibit (.3); attend to matters re ZAI counsel issues (.3). |
| 6/19/02 | Roger J Higgins | 0.50 | Attend to matters re third extension of removal period. |
| 6/20/02 | Andrew R Running | 9.10 | Draft asbestos personal injury case management procedures brief issues (8.5); attend to matters re same (.6). |
| 6/20/02 | Douglas G Smith | 0.50 | Revise supplemental asbestos PI litigation procedures brief. |
| 6/21/02 | David M Bernick, P.C. | 1.00 | Compilation of low dose exposure studies. |
| 6/21/02 | Shirley A Pope | 2.00 | Prepare exhibits to supplemental brief re PI litigation procedures. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/02 | Andrew R Running | 4.50 | Edit and revise asbestos personal injury case management procedures brief (3.6); attend to matters re same (.3); telephone conference with D. Carickhoff re filing arrangements (.2); attend to matters re exhibits to the brief (.4). |
| 6/21/02 | Janet S Baer | 0.50 | Attend to matters re filing asbestos PI case management procedures brief. |
| 6/21/02 | Roger J Higgins | 1.80 | Draft third removal period extension motion. |
| 6/22/02 | Janet S Baer | 1.50 | Review draft budgets and special counsel information for science trial (.6); prepare draft objection to special counsel motion (.4); review revised protocol letter (.2); correspondence re English insurance matter (.3). |
| 6/24/02 | Christian J Lane | 1.00 | Respond to inquiries from opposing counsel re status of matters (.5); attention to various open contested matters (.5). |
| 6/24/02 | Andrew R Running | 5.50 | Review filings re dispute over the scope of the ZAI science trial (2.3); review prior legal research re ZAI product liability issues (3.2). |
| 6/24/02 | Janet S Baer | 6.80 | Review status of all outstanding matters and due dates re same (.5); follow-up re special counsel retention issues for fradulent conveyance and science trials (.5); attend meeting to discuss ZAI trial related issues (.8); attend to matters re ZAI trial budget, revise accordingly and confer with numerous parties re same (3.5); participate in conference re EAC/Gerling insurance matters and review documents re same (.7); review EAC/Gerling agreements (1.5). |
| 6/24/02 | Roger J Higgins | 1.60 | Revise third motion to extend removal period. |
| 6/25/02 | James W Kapp | 0.80 | Review and revise motion extending removal time period and attend to issues re same (.7); review Gerard order clarifying preliminary injunction (.1). |
| 6/25/02 | Christian J Lane | 1.00 | Telephone conferences re open contested matters. |
| 6/25/02 | Andrew R Running | 2.60 | Review legal research memos and cases re dispute over scope of ZAI science trial (2.4); draft internal correspondence re diagnostic screening issue (.2). |
| 6/25/02 | Janet S Baer | 2.40 | Further review of documents re EAG/Gerling matter (.5); conference with counsel for Gerling re same (.7); confer with M. Shelnitz and J. Posner re same (.5); follow up transmittals re same (.2); attend to matters re ZAI science trial and related issues (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/25/02 | Roger J Higgins | 2.10 | Revise removal period extension motion. |
| 6/26/02 | James W Kapp | 0.50 | Review and revise motion to extend removal period and attend to issues re same. |
| 6/26/02 | Andrew R Running | 4.90 | Review transcript of May 20th hearing before Judge Fitzgerald on ZAI issues (.7); review product liability cases re dispute over scope of ZAI science trial (2.8); confer with K. Fabian re same (.8); review Personal Injury Committee's draft Rule 2004 discovery request (.3); prepare correspondence to client re same (.3). |
| 6/26/02 | Kellye L Fabian | 1.00 | Attend to matters related to and draft responses to ZAI claimants' objection. |
| 6/26/02 | Janet S Baer | 0.80 | Conference with counsel for CNA re Gerard order and related issues (.3); conference with P. Leonard and M. Shelnitz re EAC/Gerling matter (.5). |
| 6/27/02 | James W Kapp | 0.30 | Review and revise removal motion and attend to issues re same. |
| 6/27/02 | Andrew R Running | 2.30 | Telephone conversations with J. Hughes re Personal Injury Committee's draft Rule 2004 discovery requests (.6); telephone conversation with M. Zaleski re negotiated revisions to those requests (.4); draft correspondence to M. Zaleski confirming scope of discovery (.2); follow-up telephone conversation with J. Hughes (.2); attend to matters re same (.1); review precedent on damage claims in connection with dispute over ZAI science trial (.8). |
| 6/27/02 | Kellye L Fabian | 2.00 | Begin drafting outline in response to ZAI claimants' opposition to Grace's filing of proofs of claim on behalf of certain ZAI claimants. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/27/02 | Janet S Baer | 9.60 | Revise ZAI special counsel objection and prepare correspondence re same (2.0); review materials and prepare objection to ZAI budget (3.0); review 2004 draft discovery request re PI Brief (.3); review and further revise draft Gerling documents to be filed in EAC dispute in London (.3); conference with counsel in London and clients re same (.8); prepare revisions to EAC/Gerling pleadings and forward to Fresh Fields (.3); conference with P. Leonard re same and related issues (.3); attend to matters re EAC/Gerling (.5); revise budget objection (1.0); conference with M. Bowman re Baker & Taylor settlement (.3); attend to matters re comments on Budget and special counsel objections (.3); prepare response on Scheme Administrator matter (.5). |
| 6/27/02 | Roger J Higgins | 0.50 | Revise removal extension period. |
| 6/28/02 | Andrew R Running | 1.00 | Telephone conference with J. Hughes re verdict list (.1); attend to matters re legal research on product liability issues in connection with dispute over scope of ZAI science trial (.3); review prior precedent re damage claims (.5); consider issues raised by ZAI legal research (.1). |
| 6/28/02 | Christopher B Sullivan | 1.00 | Review/edit objection to PD Committee's ZAI budget. |
| 6/28/02 | Kellye L Fabian | 12.00 | Draft response to ZAI Claimants' objection (9.5); research case law re same (2.5). |
| 6/28/02 | Janet S Baer | 3.60 | Attend to matters re ZAI special counsel objection and related matters (.5); revise same and budget objection (.5); prepare response to Scheme administrator objection (1.0); confer with various parties re comments to special counsel application and ZAI science trial budget (.5); conference with N. Siegel re EAC/Gerling issues (.3); attend to matters re Scheme Administrator matter (.5); review new appeal materials re ZAI trial (.3). |
| 6/29/02 | Janet S Baer | 3.60 | Review ZAI motion for leave to appeal (.3); revise objection re Special Counsel to reflect all client and co-counsel comments (2.0); revise ZAI budget objection (1.0); conference with N. Siegel re EAC/Gerling matter (.3). |
| 6/30/02 | Kellye L Fabian | 1.30 | Draft response to ZAI claimants' opposition to Grace's science trial proposal. |

## Matter 23 – Corporate and Securities Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/13/02 | James W Kapp | 0.40 | Review correspondence from M. Shelnitz re default interest rate (.1); telephone conference with M. Shelnitz re same (.2); attend to issues re same (.1). |

## Matter 24 – Creditors/Noteholders Committee – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/21/02 | James W Kapp | 0.10 | Telephone conference with M. Gilford re June 18, 2002, hearing. |
| 6/26/02 | James W Kapp | 0.20 | Telephone conference with M. Zaleski re court requests. |
| 6/26/02 | Janet S Baer | 0.30 | Conference with M. Zaleski re PD claims data base request. |

## Matter 25 – Creditors/Shareholders Inquiries – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | Christian J Lane | 0.20 | Telephone conference with creditor re issues related to transfer of debt. |
| 6/11/02 | Sabrina M Mitchell | 0.20 | Respond to creditor inquiry re case status. |
| 6/17/02 | James W Kapp | 0.10 | Review correspondence of E. Presley re particular claim. |
| 6/19/02 | James W Kapp | 0.20 | Telephone conference with E. Magson and attend to issues re same. |
| 6/25/02 | Christian J Lane | 1.20 | Telephone conferences with creditors re case and claims (.7); attention to issues re same (.5). |
| 6/28/02 | Christian J Lane | 0.50 | Attention to responses to creditor inquiries. |

## Matter 27 – Employee Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | Christian J Lane | 1.80 | Revise motion for revised retention program. |
| 6/05/02 | Christian J Lane | 0.70 | Review and revise revised compensation programs motion. |
| 6/06/02 | Christian J Lane | 0.70 | Telephone conferences re retention programs (.4); revise motion re same (.3). |
| 6/10/02 | Christian J Lane | 0.50 | Telephone conference with B. McGowan re revised compensation motion (.2); revise motion (.2); telephone conference with D. Blechman re same (.1). |
| 6/12/02 | James W Kapp | 0.50 | Attend to employee benefit issues (.3); telephone conference with J. Forgach re same (.2). |
| 6/13/02 | Christian J Lane | 0.50 | Revise compensation program motion (.2); attend to issues re same (.3). |
| 6/16/02 | James W Kapp | 0.80 | Review and revise motion authorizing implementation of revised compensation programs. |
| 6/16/02 | Christian J Lane | 0.70 | Revise motion and order for revised compensation program. |
| 6/17/02 | James W Kapp | 0.20 | Telephone conference with B. McGowan re modified employee procedures motion and attend to issues re same. |
| 6/17/02 | Christian J Lane | 1.50 | Revise motion for revised compensation programs (.5); several telephone conferences with D. Blechman and B. McGowan re same (.6); attend to filing of same (.4). |
| 6/19/02 | James W Kapp | 0.20 | Telephone conference with B. McGowan re employee benefit issues. |

## Matter 28 – Environmental Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | Mark E Grummer | 2.20 | Review briefs in fraudulent conveyance action to evaluate role of environmental issues (1.9); draft internal correspondence to team re same (.3). |
| 6/03/02 | Mark E Grummer | 2.80 | Review SOFA Question 17 (environmental) response and evaluate issues re estimating environmental liabilities (.9); telephone conference with R. Emmett re compilation of Question 17 response (.4); telephone conference with K. Berlin re environmental issues and DOJ plans re same and make notes re same (.7); review accounting standards for recognizing environmental liablitlities (.5); review Babcock & Wilcox decision re test for liability in solvency evaluation (.3). |
| 6/03/02 | Christian J Lane | 0.80 | Telephone conference with J. McFarland re Rowe environmental indemnity issues (.3); attend to issues re same (.5). |
| 6/03/02 | Lauren Mitchell-Dawson | 3.00 | News search re Libby timeline, including Seattle Intelligencer. |
| 6/03/02 | Janet S Baer | 0.70 | Review Libby export facility agreement/action memo re issue on payment on tenant (.5); confer with S. Ahern re same (.2). |
| 6/04/02 | Mark E Grummer | 3.20 | Review G. Lucero e-mail memorandum re Libby issues and possible responses to EPA action memorandum re Libby (.4); evaluate possible discovery issuesraised by EPA/DOJ intervention in fraudulent concealment litigation and Sealed Air's bifurcation motion and draft e-mail memoranda to K&E team re same (1.2); review Libby CERCLA case pleadings for factual statements relative to liability estimates and arrange to send copies of same to K. Berlin (.9); review news story re DOJ intervention (.1); attend to matters re results of hearing and next steps (.6). |
| 6/04/02 | Janet S Baer | 0.30 | Follow up re Libby export plant issues. |
| 6/05/02 | Mark E Grummer | 1.60 | Review historical news stories re Libby and past 10-K statements re Libby (.7); telephone conference with R. Emmett re same and prepare notes re call (.4); attend to matters re environmental reserves issues (.5). |
| 6/05/02 | Janet S Baer | 1.40 | Review Hatco letters and confer with parties re same (.8); revise same (.4); prepare transmittal re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/06/02 | Mark E Grummer | 0.10 | Review Motor Wheel site documents and voice message to A. Running re same. |
| 6/06/02 | Janet S Baer | 1.50 | Attend to matters re drafts of Hatco/EPA letter/issues (1.3); attend to matters re Libby relocation issues (.2). |
| 6/07/02 | Mark E Grummer | 0.10 | Attend to matters re results of hearing and next steps. |
| 6/10/02 | Mark E Grummer | 1.10 | Telephone conferences with M. Obradovic re environmental cleanup sites (.7); make notes re same and forward to team for review (.4). |
| 6/11/02 | Janet S Baer | 0.30 | Review revised Hatco letter. |
| 6/12/02 | Mark E Grummer | 2.60 | Telephone conference with R. Marriam re expanding plants and make notes of conversation (1.2); telephone conference with J. McCarthy re Libby background (.6); review Environmental Protection Agency Inspector General report re Libby (.4); draft table of year-end environmental reserve amounts and annual changes to same (.4). |
| 6/12/02 | Lauren Mitchell-Dawson | 4.80 | Review Grace SEC filings for discussion of environmental liabilities and compile same for attorney review. |
| 6/12/02 | Janet S Baer | 0.50 | Confer with W. Corcoran and K. Lund re Libby payment issues (.3); review revised Hatco order (.2). |
| 6/13/02 | Janet S Baer | 0.50 | Review and further revise Hatco letter and prepare transmittal re same. |
| 6/14/02 | Janet S Baer | 1.00 | Attend to matters re Hatco letters and confer with parties re same. |
| 6/17/02 | Mark E Grummer | 1.80 | Review Libby documents and prepare for telephone interview of A. Stringer (1.5); telephone conference with D. Frost re document request and Libby background (.3). |
| 6/19/02 | Mark E Grummer | 4.00 | Telephone interview of B. O'Connell re Libby and expanding plants (.8); telephone interview of M. Owens re Libby facts for period 1994-present (1.0); attend to matters re status of environmental issues (.9); review and comment on draft table of site (1.2); telephone conference with J. McCarthy re Libby issues (.1). |
| 6/19/02 | Christian J Lane | 0.60 | Attention to Rowe environmental indemnity issues (.4); telephone conference with J. McFarland re Rowe letter re same (.2). |
| 6/19/02 | Lauren Mitchell-Dawson | 0.50 | Research CERCLA status of Libby. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/20/02 | Mark E Grummer | 1.50 | Prepare for interview of M. Stoler re environmental reserves-setting prior to 1999 (.9); attend to matters re environmental issues (.6). |
| 6/24/02 | Lauren Mitchell-Dawson | 0.50 | Online research re whether Montana has a state priority list. |
| 6/24/02 | David J Zott | 2.00 | Draft initial project list for environmental issues. |
| 6/24/02 | Janet S Baer | 0.30 | Confer with parties re Millwork's West relocation matters. |
| 6/25/02 | Mark E Grummer | 1.10 | Telephone conference with J. McCarthy re pre-1998 Libby facts and make notes re same (.7); attend to matters re background Libby issues (.4). |
| 6/25/02 | Lauren Mitchell-Dawson | 2.00 | Determine whether Montana has a state priority list and whether Libby is on same. |
| 6/25/02 | Shirley A Pope | 1.00 | Prepare documents re environmental issues at attorney request. |
| 6/27/02 | Mark E Grummer | 1.90 | Participate in video conference and interview with K. Coggon re Libby. |
| 6/27/02 | David J Zott | 0.80 | Prepare for meetings with client and Holmes Robert re Libby. |

## Matter 29 – File, Docket, Calendar Maintenance – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | Bertha Serrano | 3.10 | Receive and review e-file notifications (.6); update critical dates list re same (.6); review docket for documents filed per Beth Eller (1.5); retrieve current 2002 list (.2); distribute NARCO docket for attorney review (.2). |
| 6/03/02 | Sabrina M Mitchell | 2.40 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.1). |
| 6/04/02 | Bertha Serrano | 0.70 | Receive and review e-file notifications. |
| 6/04/02 | Sabrina M Mitchell | 0.90 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (.6). |
| 6/05/02 | Bertha Serrano | 0.60 | Receive and review e-file notifications. |
| 6/05/02 | Sabrina M Mitchell | 0.90 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include in the central file docket binders (.6). |
| 6/06/02 | Bertha Serrano | 0.50 | Receive and review incoming e-file notifications. |
| 6/06/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 6/07/02 | Sabrina M Mitchell | 3.00 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.7). |
| 6/10/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 6/11/02 | Sabrina M Mitchell | 1.20 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and prepare for inclusion into central files (.9). |
| 6/12/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 6/13/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 6/18/02 | Sabrina M Mitchell | 2.30 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.0). |
| 6/19/02 | Sabrina M Mitchell | 0.90 | Review the online dockets and distribute (.3); download new e-file pleadings (.6). |
| 6/20/02 | Sabrina M Mitchell | 3.10 | Review the online dockets and distribute (.5); identify new pleadings using the court's website and include the same into central files (2.6). |
| 6/24/02 | Sabrina M Mitchell | 0.80 | Review the online dockets and distribute (.3); download new e-file pleadings (.5). |

| 6/25/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 6/26/02 | Sabrina M Mitchell | 1.80 | Review the online dockets and distribute (.4); identify new pleadings using the court's website and include the same into central files (1.4). |
| 6/27/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute. |
| 6/28/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/02 | James W Kapp | 0.70 | Review agenda for June 18, 2002 hearing and attend to issues re same (.6); telephone conference with D. Carickhoff re same (.1). |
| 6/03/02 | David M Bernick, P.C. | 1.30 | Conference with Evans Wohlforth re Thursday's hearing (.8); follow-up and attend to matters re same (.5). |
| 6/03/02 | Michelle H Browdy | 4.60 | Preparation for 6/4 and 6/6 hearings (2.3); finish drafting and send letter to Court re items up for hearing 6/5 (2.3). |
| 6/03/02 | James W Kapp | 0.30 | Attend to issues re June 18, 2002, agenda. |
| 6/03/02 | Janet S Baer | 0.50 | Review draft agenda for 6/18 omnibus hearing and related motion status chart and critical dates memo and attend to matters re same. |
| 6/14/02 | James W Kapp | 0.30 | Attend to issues re June 18, 2002, hearing and review agenda re same. |
| 6/14/02 | Janet S Baer | 1.00 | Assemble materials in support of Gerard order for omnibus hearing. |
| 6/17/02 | James W Kapp | 0.80 | Telephone conference with D. Siegel re June 18, 2002, hearing and attend to issues re same (.3); telephone conference with D. Carickhoff re June 18, 2002, hearing and attend to issues re same (.5). |
| 6/17/02 | Janet S Baer | 1.00 | Assemble materials on Gerard and ZAI for Omnibus hearing. |
| 6/18/02 | James W Kapp | 5.50 | Prepare for June 18, 2002, hearing and attend to issues re same and telephone conferences with D. Carickhoff and W. Sparks re same (1.6); participate in omnibus hearing and attend to issues re same (3.9). |
| 6/18/02 | James W Kapp | 4.20 | Review Kellogg pleadings in preparation for June 18, 2002, hearing and attend to issues re same. |
| 6/18/02 | Janet S Baer | 5.50 | Review materials in preparation of omnibus hearing re Gerard and ZAI (1.0); conference with various parties re preparation for omnibus hearing and related issues (1.0); conference with parties and attend omnibus hearing (3.5). |
| 6/18/02 | Janet S Baer | 0.50 | Attend to matters after omnibus hearing and conference with various counsel re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/02 | James W Kapp | 1.40 | Attend to follow up issues from June 18, 2002, omnibus hearing (.5); telephone conferences with M. Shelnitz re June 18, 2002, hearing (.4); telephone conference with D. Siegel re same (.3); review and distribute orders from June 18, 2002, hearing (.2). |
| 6/20/02 | James W Kapp | 0.40 | Attend to issues re June 18, 2002, orders and conference with D. Carickhoff re same and attend to outstanding issues. |

## Matter 32 – K&E Fee Application, Preparation of – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | Bertha Serrano | 0.70 | Attention to matters re the preparation of the April fee application (.4); review and revise billing sheets (.3). |
| 6/03/02 | Sabrina M Mitchell | 3.50 | Prepare summary and exhibits for the April fee application. |
| 6/04/02 | Bertha Serrano | 2.00 | Review and revise quarterly and April fee applications. |
| 6/04/02 | Sabrina M Mitchell | 1.40 | Prepare April fee application for filing with the court and transmit the same to D. Carickhoff. |
| 6/05/02 | Sabrina M Mitchell | 0.20 | Prepare April fee application for transmittal to S. Mag. |
| 6/10/02 | Sabrina M Mitchell | 0.40 | Attend to matters re filing fee applications. |
| 6/13/02 | James W Kapp | 0.10 | Respond to correspondence from W. Sparks re April 2002 fee application. |
| 6/17/02 | James W Kapp | 0.10 | Attend to issues re need for potential supplemental affidavit pertaining to Kirkland & Ellis retention. |
| 6/19/02 | Sabrina M Mitchell | 2.40 | Review the May billing information and attend to matters re same. |
| 6/20/02 | Sabrina M Mitchell | 0.40 | Review fee auditor report. |
| 6/23/02 | Roger J Higgins | 3.00 | Revise May K&E fee application detail. |
| 6/25/02 | Sabrina M Mitchell | 1.50 | Review May billing information. |
| 6/26/02 | Roger J Higgins | 0.50 | Revise May K&E fee application. |
| 6/26/02 | Sabrina M Mitchell | 3.10 | Create May fee application templates (.5); prepare May fee application summary and exhibits (2.6). |
| 6/27/02 | Roger J Higgins | 0.80 | Revise May K&E fee application. |
| 6/27/02 | Sabrina M Mitchell | 1.40 | Attend to matters re preparation of May fee application. |
| 6/28/02 | James W Kapp | 0.60 | Attend to issues re fee examiner's initial report re fee application. |
| 6/28/02 | Natalie H Keller | 0.20 | Review request for additional information re fees. |
| 6/28/02 | Roger J Higgins | 5.00 | Telephone conferences with W.H. Smith re fee auditor's initial report (.3); analyze initial report (3.0); attend to matters re same (1.0); outline response to initial report (.7). |
| 6/28/02 | Sabrina M Mitchell | 0.30 | Respond to request for fee auditor report and interim compensation order. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/28/02 | Sabrina M Mitchell | 4.70 | Attend to matters re preparation of May fee application (1.8); create may fee summary and update exhibits (.9); review final fee application for accuracy (1.2); prepare fee application for filing with the court and transmit the same to P. Cuniff (.8). |
| 6/29/02 | Mark E Grummer | 0.80 | Review time records and draft response to fee auditors inquiry re quarterly fee application for January-March 2002. |

## Matter 33 – Lease Rejection Claims – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/14/02 | James W Kapp | 1.10 | Review and revise motion to assume and assign prime lease and sublease and attend to issues re same. |
| 6/16/02 | James W Kapp | 0.50 | Review and revise Debtors' motion to assume and assign prime lease and sublease. |
| 6/21/02 | James W Kapp | 0.10 | Review correspondence re GE Railcar Corp's motion to compel assumption/rejection. |

## Matter 35 – Other Fee Applications– Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/15/02 | Michelle H Browdy | 0.30 | Edit objection to fee application re fraudulent transfer trial. |
| 5/22/02 | Andre Davis | 4.30 | Research case law re payment of non-professional's legal fees by debtor-in-possession. |
| 5/23/02 | Andre Davis | 5.30 | Research case law re payment of attorney fees of employees of debtor by debtor. |
| 5/24/02 | Andre Davis | 5.50 | Research case law re payment of attorney fees of employees of debtor by debtor (1.5); draft memorandum re payment of attorneys fees of employees of debtor by debtor (4.0). |
| 5/28/02 | Andre Davis | 4.00 | Research case law re payment of attorney fees of employees of debtor by debtor (1.0); draft memorandum re payment of attorneys fees of employees of debtor by debtor (3.0). |
| 5/29/02 | Andre Davis | 3.00 | Research case law (1.0); draft memorandum re application of section 327 to payment of whether attorney's fees for expert witnesses in collateral litigation if the debtor pays the attorneys fees (2.0). |
| 5/30/02 | Andre Davis | 4.20 | Revise memorandum re applicability of section 327 to attorneys' fees of witnesses being paid by Debtor. |
| 6/03/02 | Andre Davis | 6.50 | Revise memorandum re debtor's payment of attorneys' fees for fact witnesses testifying in a collateral litigation (3.0); research case law re whether section 327(e) can be used to authorize payment of fact witnesses attorneys' fees by the debtor (3.5). |
| 6/05/02 | Christian J Lane | 0.80 | Review PD Committee application for fee reimbursement (.4); attend to matters re same (.2); telephone conference re same (.2). |
| 6/09/02 | Christian J Lane | 2.20 | Research re PD Committee motion for compensation of committee members counsel. |
| 6/10/02 | Christian J Lane | 1.00 | Research and draft objection to PD committee motion for compensation procedures. |
| 6/11/02 | Christian J Lane | 4.90 | Draft and revise objection to PD Committee compensation motion (3.5); research re PD Committee compensation procedures motion (1.4). |
| 6/11/02 | Janet S Baer | 1.50 | Review draft objection to Committee's application re counsel's fees, revise and attend to matters re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/02 | Andre Davis | 1.80 | Legal research re payment by debtor in possession of witnesses attorneys' fees. |
| 6/24/02 | Andre Davis | 2.00 | Research case law re payment by debtor of legal fees of employee - witnesses in a collateral litigation. |

## Matter 38 – Retention of Professionals/Fees – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/02 | Janet S Baer | 1.10 | Review Committee's motion to retain counsel for ZAI trial (.5); review 5/20 transcript re same for preparation of response (.6). |
| 6/13/02 | James W Kapp | 0.50 | Telephone conference with M. Shelnitz re PricewaterhouseCoopers retention application and Trustee discovery request re same (.4); telephone conference with J. Goodchild re same and attend to issues re same (.1). |
| 6/13/02 | Christian J Lane | 1.90 | Telephone conferences with PwC counsel (.4); respond to inquiry from E&Y (.2); attend to issues related to PwC retention (1.3). |
| 6/13/02 | Janet S Baer | 1.20 | Review new fee information and attorney retention application for ZAI claimants issues and attend to matters re same. |
| 6/14/02 | James W Kapp | 0.80 | Telephone conference with J. Goodchild re F. Perch's correspondence (.2);  telephone conference with F. Perch re same and attend to issues re same (.3); review revised PricewaterhouseCoopers order and attend to issues re same (.3). |
| 6/14/02 | Christian J Lane | 1.30 | Attention to issues related to PwC retention (.5); telephone conferences re same (.4); revise order re same (.4). |
| 6/15/02 | Janet S Baer | 0.30 | Review Steptoe & Johnson retention application for R. Sertflaben inquiries. |
| 6/16/02 | James W Kapp | 0.30 | Review revised PricewaterhouseCoopers retention order and attend to issues re same (.2); telephone conference with J. Goodchild re same (.1). |
| 6/16/02 | Christian J Lane | 0.60 | Revise proposed order for retention of PwC. |
| 6/17/02 | James W Kapp | 1.20 | Telephone conference with J. Goodchild re PricewaterhouseCoopers retention and Trustee's objection re same (.2); telephone conference with F. Perch re same and attend to issues re same (.4); prepare correspondence to D. Carickhoff re revised PricewaterhouseCoopers order (.1); telephone conference with D. Carickhoff re same (.1); review F. Perch's revisions to PricewaterhouseCoopers order and attend to issues re same (.2); telephone conferences with D. Carickhoff and J. Goodchild re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/18/02 | James W Kapp | 0.30 | Review and revise amended order re retention of PricewaterhouseCoopers. |
| 6/18/02 | Christian J Lane | 0.30 | Telephone conference with Grant Thorton re conflicts review. |
| 6/19/02 | James W Kapp | 0.10 | Respond to correspondence from E. Filon re retention of Grant Thornton and attend to issues re same. |
| 6/19/02 | Roger J Higgins | 0.30 | Attend to matters re gathering materials for conflicts check by Grant Thornton. |
| 6/20/02 | Christian J Lane | 1.20 | Telephone conferences re OCP affidavits and conflicts checks (.8); attention to issues related to same (.4). |
| 6/20/02 | Sabrina M Mitchell | 1.30 | Attend to matters re conflicts search information and distribute (1.1); forward OCP affidavit to N. Bubnovich (.2). |
| 6/21/02 | James W Kapp | 0.20 | Telephone conference with J. Goodchild re PricewaterhouseCoopers retention. |
| 6/24/02 | Roger J Higgins | 1.60 | Attend to matters re various potential conflicts of interest (.6); draft ninth supplemental affidavit (1.0). |
| 6/25/02 | Roger J Higgins | 1.00 | Attend to matters re potential conflicts of interest. |
| 6/26/02 | James W Kapp | 0.20 | Telephone conference with P. Zilly re objections to fee application. |
| 6/26/02 | Janet S Baer | 3.00 | Review transcripts for authority on special counsel application (1.0); prepare objection to ZAI counsel (2.0). |
| 6/27/02 | Roger J Higgins | 1.30 | Draft ninth Sprayregen supplemental affidavit (1.0); attend to matters related thereto (.3). |
| 6/28/02 | Christopher B Sullivan | 1.00 | Review/edit response to application to employ counsel in ZAI trial. |
| 6/28/02 | Janet S Baer | 0.50 | Review information re fee auditor and attend to same. |

## Matter 39 – Schedules/Statement of Financial Affairs – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/06/02 | Sabrina M Mitchell | 0.50 | Search filed schedules for Indiana State agency reference. |

## Matter 40 – Subsidiaries/Non-Debtor Affiliates – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/09/02 | Christian J Lane | 1.00 | Draft motion to dissolve subsidiary. |
| 5/13/02 | Christian J Lane | 1.80 | Draft and revise motion to dissolve subsidiary (1.3); attend to matters re same (.5). |

## Matter 41 – Tax Matters – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 6/03/02 | Natalie H Keller | 0.30 | Telephone conference with bankruptcy counsel to determine appropriate IRS contact for withholding issue. |
| 6/04/02 | Natalie H Keller | 1.00 | Telephone conference with Claims Agent re withholding issue (.2); telephone conference with IRS re same (.3); attend to matters re same (.1); send and review e-mails to/from C. Finke re same (.4). |
| 6/05/02 | Nara Sugino | 1.30 | Research transfer to QSF of rights to proceeds. |
| 6/14/02 | Natalie H Keller | 0.20 | Send e-mail to E. Filon re qualified settlement fund issues. |
| 6/16/02 | James W Kapp | 0.30 | Review correspondence from E. Filon re C-11 issue and attend to issues re same. |
| 6/17/02 | James W Kapp | 0.40 | Respond to correspondence re IRS/Cll procedures and attend to issues re same. |
| 6/18/02 | Natalie H Keller | 0.60 | Review and respond to E. Filon's e-mail re insurance-related questions (.3); attend to matters re same (.3). |
| 6/18/02 | Pratibha J Shenoy | 1.00 | Consider issues re research on Qualified Settlement Funds (.5); review background materials for same (.5). |
| 6/19/02 | James W Kapp | 0.50 | Review and respond to correspondence from E. Filon re C11 tax issues and attend to issues re same. |
| 6/19/02 | Natalie H Keller | 0.10 | Attend to matters re tax issues re qualified settlement funds. |
| 6/19/02 | Nara Sugino | 0.80 | Prepare summary of tax consequences of contributing proceeds/policies to QSF. |
| 6/20/02 | James W Kapp | 0.20 | Review correspondence from E. Filon re tax issues pertaining to qualified settlement trust. |
| 6/24/02 | Pratibha J Shenoy | 1.80 | Continue research on qualified settlement trust issues. |
| 6/25/02 | James W Kapp | 0.70 | Attend to issues re C-11 questions and review correspondence re same. |
| 6/25/02 | Natalie H Keller | 0.60 | Prepare for June 26 telephone conference re transfers to qualified settlement funds (.5); attend to matters re various tax issues (.1). |
| 6/25/02 | Pratibha J Shenoy | 5.30 | Research qualified settlement trust issues (2.1); draft memorandum re same (3.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/26/02 | James W Kapp | 0.80 | Attend to issues re tax/insurance issues (.4); review correspondence to E. Filon re Internal Revenue Service issues and attend to same (.2); review correspondence from E. Filon re tax/IRS issues and attend to issues re same (.2). |
| 6/26/02 | Natalie H Keller | 3.00 | Research issues re transfer of insurance proceeds/policies to Qualified Settlement Fund (1.0); attend to matters re same (.7); telephone conferences with K. Treesh re same (.6); telephone conference with Grace re same (.7). |
| 6/26/02 | Pratibha J Shenoy | 0.50 | Attend to matters re qualified settlement trust memorandum. |
| 6/26/02 | Janet S Baer | 0.40 | Attend to matters re qualified insurance fund issues. |
| 6/26/02 | Roger J Higgins | 2.10 | Consider QST issues (.5); attend to matters related thereto (.6); prepare for and participate in conference call with E. Filon and J. Posner et al re same (1.0). |

## Matter 42 – Travel – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/18/02 | Janet S Baer | 3.00 | Travel to Delaware re monthly Omnibus hearing and travel to Chicago after same. (billed at 1/2 time) |

## Matter 43 – Use, Sale or Lease/Abandonment of Property – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | Janet S Baer | 0.30 | Review comments to PK150 Motion. |
| 6/04/02 | Janet S Baer | 0.70 | Review and revise PK 150 motion and original customer practices motion and order. |
| 6/05/02 | Christian J Lane | 0.50 | Telephone conference with V. Finkelstein and A. Nagy re proposed assignment of lease. |
| 6/05/02 | Janet S Baer | 1.60 | Review and revise PK 150 motion (.5); attend to matters re same (.3); conference with J. Posner, M. Shelnitz and M. Cohan re same (.8). |
| 6/06/02 | Christian J Lane | 0.50 | Attention to proposed disposition of New Jersey leased property. |
| 6/07/02 | Christian J Lane | 0.50 | Telephone conference with V. Finkelstein re NJ lease issues. |
| 6/10/02 | Christian J Lane | 0.20 | Telephone conference with BMW counsel. |
| 6/12/02 | Christian J Lane | 0.10 | Telephone conference with S. Ahern re patent license. |
| 6/13/02 | Christian J Lane | 4.10 | Telephone conference with S. Ahern re patent license issues (.3); telephone conference with A. Krieger re proposed assignment of lease (.1); telephone conferences with V. Finkelstein re assignment of Carteret Lease (.5); revise motion to assume and assign same (3.2). |
| 6/14/02 | Christian J Lane | 1.90 | Revise motion to assume and assign Continet lease (1.2); telephone conferences re same (.7). |
| 6/15/02 | Christian J Lane | 2.00 | Revise motion to assume New Jersey lease. |
| 6/16/02 | Christian J Lane | 1.20 | Revise motion and order for assumption and assignment of Continet Lease. |
| 6/17/02 | Christian J Lane | 1.80 | Revise motion to assume and assign Carteret Lease (.8); several telephone conferences re same (.6); attend to filing of same (.4). |
| 6/18/02 | Christian J Lane | 1.30 | Telephone conference with J. McFarland re sale of assets (.6); telephone conference with V. Finkelstein re real property lease issues (.2); attend to issues related to Continet assumption and assignment (.2); attention to issues related to payment of lease obligations (.3). |
| 6/19/02 | Christian J Lane | 0.90 | Telephone conference with Committee counsel re Carteret Lease motion (.5); attention to issues re same (.4). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/26/02 | Christian J Lane | 1.50 | Correspondence with committee counsel re Carteret lease (.3); telephone conferences re Carteret lease assignment (.7); attend to issues re same (.5). |
| 6/27/02 | James W Kapp | 1.40 | Prepare for and participate in telephone conference with D. Siegel, J. Posner, B. Tarola and E. Filon re issues pertaining to TransMeridian. |
| 6/27/02 | Christian J Lane | 1.10 | Correspondence with committee counsel re Carteret lease (.6); attend to issues re same (.5). |
| 6/27/02 | Roger J Higgins | 0.80 | Prepare for and participate in telephone conference with R. Tarola, E. Filon and J. Posner re insurance issues of foreign affiliates. |

### Matter 46 – IRS Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/02 | Natalie H Keller | 1.30 | Review joint stipulation of facts and related memorandum (1.0); conference with P Shenoy re same (.3). |
| 6/03/02 | Pratibha J Shenoy | 3.00 | Complete revisions to new draft of joint stipulation of facts and redline against last version (2.9); attend to matters re same (.1). |
| 6/04/02 | Natalie H Keller | 1.20 | Revise joint stipulation of facts and discussion memorandum (1.0); send same to government and client (.2). |
| 6/14/02 | Natalie H Keller | 0.30 | Telephone conference with R. Stewart re stipulation of facts (.1); attend to matters re back-up documentation for housing (.2). |
| 6/14/02 | Pratibha J Shenoy | 2.10 | Telephone conference with government attorney re stipulation (.1); e-mail to client re same (.1); attend to matters re same (.1); draft correspondence to D. Portner re housing data for nurses (1.2); prepare data to forward to government attorney (.6). |
| 6/16/02 | Pratibha J Shenoy | 1.50 | Prepare data on nurse housing choices and cover letter for same to send to government attorney. |
| 6/17/02 | Natalie H Keller | 0.30 | Telephone conference with R. Stewart re stipulation of facts (.1); attend to matters re back-up housing documentation (.2). |
| 6/17/02 | Pratibha J Shenoy | 1.70 | Prepare housing choice data and cover letter to government attorney (1.5); attend to matters re same (.2). |
| 6/18/02 | Natalie H Keller | 0.80 | Telephone conference with R. Stewart re stipulation of facts (.2); attend to matters re R. Stewart call (.2); review and revise joint status report (.2); review documents selected by government for exhibits (.2). |
| 6/18/02 | Pratibha J Shenoy | 1.40 | Attend to matters re R. Stewart call (.1); prepare e-mail update to client re case (.2); draft status report to be filed June 21, 2002, and revise same (1.1). |
| 6/21/02 | Natalie H Keller | 0.10 | Telephone conference with R. Stewart's assistant re filing of joint status report. |
| 6/21/02 | Pratibha J Shenoy | 0.30 | Telephone conference with the government attorney re joint stipulation of facts (.1); attend to matters re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/02 | Nara Sugino | 4.20 | Research rules re employer's failure to withhold income and employment taxes, and employer's right to indemnification. |
| 6/24/02 | Natalie H Keller | 0.30 | Consider issues re exhibits to joint stipulation of facts. |
| 6/24/02 | Pratibha J Shenoy | 2.20 | Prepare faxes to client with updates on status of case, including exhibits suggested by government attorney (1.0); attend to matters re same (.2); research new exhibits (1.0). |
| 6/24/02 | Nara Sugino | 6.80 | Research rules re employer's indemnification for employee FICA and income tax withholding tax. |
| 6/24/02 | Roger J Higgins | 1.80 | Consider issues re E. Filon question concerning extension of period of limitations during bankruptcy. |
| 6/25/02 | Nara Sugino | 5.10 | Research rules re collection of underwithheld income tax. |
| 6/25/02 | Roger J Higgins | 1.50 | Attend to matters re extension of period of limitations (.3); telephone conference with E. Filon re same (.4); draft correspondence to E. Filon re bankruptcy settlement procedures (.8). |
| 6/26/02 | Natalie H Keller | 1.40 | Review correspondence re employee liability for withholding taxes (.2); attend to matters re same (.2); telephone conference E. Filon and R. Finke re same (1.0). |
| 6/26/02 | Pratibha J Shenoy | 0.80 | Attend to matters re settlement issues. |
| 6/26/02 | Nara Sugino | 3.30 | Prepare summary of research re indemnification rules for underwithheld income tax. |
| 6/28/02 | Natalie H Keller | 0.70 | Telephone conference with R. Stewart re settlement issues (.2); attend to matters re employee liability for withholding (.5). |
| 6/28/02 | Pratibha J Shenoy | 1.00 | Attend to matters re memorandum re settlement issues (.3); research issues re same (.7). |