IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * Chapter 11 |
| | * Case No. 01-01139 JKF |
| W. R. GRACE & CO., et al., | * Jointly Administered |
| | * Response Deadline: August 9, 2002 |
| Debtors. | * Hearing Date: August 26, 2002 |
| | * Hearing Time: 10:00 a.m. |

**EDYTHE KELLOGG'S RESPONSE**
**TO**
**DEBTORS' OBJECTION TO CLAIM OF EDYTHE KELLOGG**

Edythe Kellogg, by her attorney, Patrick Scanlon, responds to Debtors' Objection to Claim of Edythe Kellogg as follows:

**Background**

1. No response is required.

2. No response is required.

3. No response is required.

**The Objection**

4. Admitted that the Debtors would like to disallow or expunge the claim. Denied that there is sufficient reason to do so.

5. Debtors' objection is totally conclusionary and without any factual basis to respond. Kellogg's claim is not contingent. The tort has already has occurred. It is disputed if the Defendant wishes to dispute it. It is partially liquidated to the extent of medical bills already incurred and partially unliquidated to the extent of pain, suffering, future losses and medical bills. The fact that a claim is unliquidated is not reason to disallow it.

6. Edythe Kellogg presents a tort claim. Attached hereto are the following:

   A. A copy of the Complaint that was filed before Edythe Kellogg received notice of the filing of this bankruptcy;

    B. A Letter from her attorney summarizing her claim;

    C. The Police Report about the accident; and

    D. A Narrative Report from Michael G. Adelberg, M.D.

7. This is the first time Edythe Kellogg was ever informed that the employer was anyone other than W. R. Grace & Co. Debtor apparently only makes such nice distinctions when it suits Debtor's purposes. Edythe Kellogg has no objection to reclassifying this claim.

## Miscellaneous

8. No answer is required.

9. No answer is required.

10. No answer is required.

**WHEREFORE**, Edythe Kellogg respectfully requests that Debtors' Objection to her Proof of Claim be dismissed and that her claim be allowed in full as a claim against W. R. Grace & Co.-Conn.

LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
Attorney for Edythe Kellogg
203 NE Front Street, Suite 101
Milford, Delaware 19963
(302) 424-1996 Phone
(302) 424-0221 Fax

DATED: 8-8-02
P:\dwb\kellogg-response-objection.wpd