# EXHIBIT "A"

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** *(Aviso a Acusado)*

WAYNE LAMAR NUSSBAUM as an Individual and as an employee of W. R. GRACE CO.; W. R. GRACE CO; AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(A Ud. le está demandando)*

EDYTHE KELLOGG

---

You have 30 CALENDAR DAYS after this summons is served on you to file a typewritten response at this court.

A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case.

If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte.

Una carta o una llamada telefónica no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso.

Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosas de su propiedad sin aviso adicional por parte de la corte.

Existen otros requisitos legales. Puede que usted quiera llamar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico).

---

The name and address of the court is: *(El nombre y dirección de la corte es)*

**SACRAMENTO SUPERIOR COURT**
720 9TH STREET
SACRAMENTO, CA 95814

CASE NUMBER: **01AS07626**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

J. Collsworth Henderson, Esq.
15111 You Win Court
Grass Valley, CA 95945
1 530 477 2501

DATE: DEC 1 3 2001          Clerk, by S. BERRY, Deputy

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
3. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (individual)
          [ ] other:
   a. [X] by personal delivery on (date): 12-29-01

Form Adopted by Rule 982
Judicial Council of California
982(a)(9) (Rev. January 1, 1984)

SUMMONS

J. Collinworth Henderson, Esq. Bar #: 091612
16111 Yew Win Court
Grass Valley, CA 95945
Tel. 530 477 2901

ENDORSED

01 DEC 13 PM 1:32

LEGAL PROCESS #8

Attorney for Plaintiff(s)

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF SACRAMENTO

EDYTHE KELLOGG
  Plaintiff,
vs.

WAYNE LAMAR NUSSBAUM
as an individual and as an employee
of W. R. GRACE CO.; W. R. GRACE
CO.; And DOES 1-100,
  Defendants

CASE NO. 01AS07626

COMPLAINT FOR DAMAGES

[Auto]
Unlimited Case Over $25,000

Plaintiff alleges as follows:

1.

At all times herein plaintiff was a resident of Sacramento County, California.

2.

At all times mentioned herein defendant Wayne Lamar Nussbaum was a resident of Sacramento County, California, and was at all times acting within his capacity as an employee and agent of defendant W. R. Grace Co. a business entity based in Cambridge Massachusetts, but doing business in California.

3.

The defendants sued herein as Does 1-100 are unknown to plaintiff. Said fictitious

Complaint

1

1  defendants were the agents, servants and employees of the other named defendants and were
2  acting at all times within the scope of their agency and employment and with knowledge and
3  consent of their principal and employer. Plaintiff will amend this complaint as soon as the true
4  names of said fictitious defendants are ascertained..

4.

On or about 12/21/00 plaintiff Kellogg was traveling east on Kentfield Dr. and lawfully entered the intersection with Watt Ave. on a green light, when defendant Nusabaum, driving a 1998 GMC P/U, and due to inattention, entered the intersection on a red light and struck the diver's side of plaintiff's 1987 Mercury Lynx. At all times defendant Nusabaum was also acting within the scope and capacity as employee or agent of defendant W. R. Grace Co. who negligently entrusted their vehicle to defendant Nusabaum.

5.

As a result of the negligence of said defendants, plaintiff sustained injuries to her head, cervical spine, neck, shoulder, back, ribs and other parts of her body all to her general damages

6.

As a result of said injuries plaintiff incurred medical and other expenses all to her special damages, according to proof at trial.

**WHEREFORE PLAINTIFFS PRAY FOR JUDGMENT AS FOLLOWS:**

1. For Special damages according to proof.
2. For General damages according to proof.
3. For such other and further relief as the court deems proper.
4. For Pre-judgment interest.

Dated 12/13/01

J. Collilaworth Henderson, Esq.

2