**EXHIBIT "B"**

# GUENARD & BOZARTH, LLP
1810 "S" STREET
SACRAMENTO, CA 95814
Ph. (916)447-7177    Fax (916)447-7176

Glenn S. Guenard

B. Ross Bozarth

Mark Regalbuti

Elk Grove Office:
8788 Elk Grove Boulevard
Building 3, Suite 11
Elk Grove, CA 95624
Ph. (916)714-7672
Fax (916)714-9031

Please reply to Sacramento Office

August 8, 2002

By Fax: 302/424-0221 & 1st Class Mail

Patrick Scanlon, Esq.
Law Offices Patrick Scanlon
203 NE Front Street, Suite 101
Milford, DE 19963

    Re:    *Edythe Kellogg*

Dear Pat:

    The following is a short summary of damages of Edythe Kellogg arising out of her motor vehicle accident of December 21, 2000.

### Liability

    This is a case of clear liability against the defendants with no comparative fault attributable to Ms. Kellogg (See attached police report). This accident occurred on December 21, 2000 at 9:45 a.m. It occurred at the intersection of Watt Avenue and Kentfield Drive in the city and county of Sacramento, California. Watt Avenue runs in a north/south direction and Kentfield Drive runs in an east/west direction. The intersection is controlled by traffic lights which were functioning properly at the time of the accident. Defendant Wayne Lamar Nussbaum was driving a 1998 GMC pickup with a California license plate number. He was an employee of W.R. Grace Company. The vehicle was owned by the W.R. Grace Company at the time of the accident. Ms. Kellogg was the owner and driver of the 1987 Mercury Lynx at the time of the accident. Mr. Nussbaum was southbound on Watt Avenue as he approached the intersection. Ms. Kellogg was eastbound as she approached the intersection. Ms. Kellogg entered the intersection on a green light and was struck by Mr. Nussbaum who ran a red light. Mr. Nussbaum caused this collision by failing to stop for a red traffic signal, a violation of section 21453(a) of the California Vehicle Code. According to the police officer, he was also in violation of section 22350 of the California Vehicle Code for driving at an unsafe speed for the condition. He was driving his vehicle at approximately 45 miles per hour in a 35 miles per hour zone. He was also found to be inattentive to his driving by thinking about his son who was in the hospital.

Patrick Scanlon, Esq.
Law Offices Patrick Scanlon
August 8, 2002
Page 2

### Injuries

Ms. Kellogg sustained severe permanent injuries as a result of this motor vehicle accident. Her prognosis is poor. As a result of the accident, her life span has decreased. Her health is deteriorating to the extent that the more time that passes, the less likely she will be able to communicate and participate in or even survive this litigation.

As a result of this motor vehicle accident, Ms. Kellogg sustained severe permanent injuries. The following diagnosis are attributable to this accident:

a) Closed head injury; concussion;
b) Advanced cachexia;
c) Myocardial infarction in the context of this motor vehicle accident, superimposed on prior subendocardial myocardial infraction;
d) Multiple pelvis and left acetabular fractures;
e) Multiple left rib fractures, subsequent complication of intraparenchymal pulmonic hemorrhage; and
f) Left clavicular fracture.

The prognosis for Ms. Kellogg is poor. This accident converted Ms. Kellogg from an individual living independently and actively participating in social events, such as performing in a Ukele Band, living alone, driving her car and going shopping by herself, managing three checkbook accounts, mowing her own lawn and gardening, swimming in the pool in the back yard, and able to get up steps into her house, where she lived alone without railings or assistance or any difficulties, to a wheelchair bound individual requiring 24 hour care, living on soup and progressively wasting away. Her life span has decreased as a result. The cause of death is almost always sepsis. It almost always occurs as a complication of hospitalization. The hospitalization almost always occurs because of a fall. There is no way to prevent this. Preventatives that one might imagine cannot be effectuated and do not work. Her health continues to deteriorate as a result of the accident.

### Damages

Ms. Kellogg's damages consist of past medical bills, future medical bills and general damages for pain and suffering. Her vehicle was totaled as a result of the accident, but her property damage claim has already been paid. We hope to have more specifics shortly, but we believe her past medical bills to be approximately $500,000.00 and her future medical bills to be also approximately $500,000.00. The claim general damages are $1.5 million dollars.

Patrick Scanlon, Esq.
Law Offices Patrick Scanlon
August 8, 2002
Page 3

    If you have any suggestions regarding the above, please do not hesitate to contact me.

    Very truly yours,

    **GUENARD & BOZARTH, LLP**

    By: _____
        Glenn Guenard

GG/ll

cc:    J. Collinsworth Henderson - *via facsimile only*

D:\data\01305\Scanlon.03.wpd