**EXHIBIT "C"**

# STATE OF CALIFORNIA
## TRAFFIC COLLISION REPORT
CHP 555 CARS Page 1 (Rev 8/98) OPI 042

| Field | Value |
|---|---|
| SPECIAL CONDITIONS | |
| NUMBER INJURED | 1 |
| HIT & RUN FELONY | ☐ |
| CITY | UNINCORPORATED |
| JUDICIAL DISTRICT | SACRAMENTO MUNI |
| NUMBER KILLED | 0 |
| HIT & RUN MISDEMEANOR | ☐ |
| COUNTY | SACRAMENTO |
| REPORTING DISTRICT | |
| BEAT | 045 |

**LOCATION**
- COLLISION OCCURRED ON: WATT AVE. (SOUTHBOUND)
- MILEPOST INFORMATION:
- AT INTERSECTION WITH / OR: KENTFIELD DR.
- MO/DAY/YEAR: 12/21/2000
- TIME (2400): 0940
- NCIC #: 9250
- OFFICER I.D.: 12249
- DAY OF WEEK: THURSDAY
- TOW AWAY: ☒ YES ☐ NO
- PHOTOGRAPHS BY: 40 COLOR / GARY HARSH / 916-481-7530
- STATE HWY REL: ☐ YES ☒ NO

## PARTY 1 — DRIVER ☒
- DRIVER'S LICENSE NUMBER: E0502286
- STATE: CA
- CLASS: C
- SAFETY EQUIP: G
- VEH. YEAR: 98
- MAKE/MODEL/COLOR: GMC PICKUP WHT
- LICENSE NUMBER: 5T14453
- STATE: CA
- NAME: WAYNE LAMAR NUSSBAUM
- STREET ADDRESS: 3248 GROVELAND WY.
- CITY/STATE/ZIP: ANTELOPE CA 95843
- OWNER'S NAME: W R GRACE/CO
- OWNER'S ADDRESS: ☒ SAME AS DRIVER
- SEX: M  HAIR: BLN  EYES: GRN  HEIGHT: 5-08  WEIGHT: 180  BIRTHDATE: 04/20/1954  RACE: W
- DISPOSITION OF VEHICLE ON ORDERS OF: DRIVEN (☒ DRIVER)
- PRIOR MECH. DEFECTS: ☒ NONE APP.
- HOME PHONE: (916)726-4354
- BUSINESS PHONE: (916)208-0967
- INSURANCE CARRIER: CONTINENTAL CASUALTY
- POLICY NUMBER: CCP189190695
- CHP USE ONLY VEHICLE TYPE: 22
- DESCRIBE VEHICLE DAMAGE: ☒ MOD, MAJOR
- DIR OF TRAVEL: S
- ON STREET OR HIGHWAY: WATT AVE.
- SPEED LIMIT: 35

## PARTY 2 — DRIVER ☒
- DRIVER'S LICENSE NUMBER: Y0713850
- STATE: CA
- CLASS: C
- SAFETY: G
- VEH. YEAR: 87
- MAKE/MODEL/COLOR: MERCURY LYNX BLU
- LICENSE NUMBER: 2EMP240
- STATE: CA
- NAME: EDYTH EMYLE KELLOGG
- STREET ADDRESS: 3550 WINONA WY.
- CITY/STATE/ZIP: NORTH HIGHLANDS CA 95660
- OWNER'S NAME: ☒ SAME AS DRIVER
- OWNER'S ADDRESS: ☒ SAME AS DRIVER
- SEX: F  HAIR: WHT  EYES: BLU  HEIGHT: 5-05  WEIGHT: 095  BIRTHDATE: 08/12/1919  RACE: W
- DISPOSITION OF VEHICLE ON ORDERS OF: ☒ OFFICER — CHIMA'S TOWING - (916)568-6905
- PRIOR MECHANICAL DEFECTS: ☒ NONE APP.
- INSURANCE CARRIER: STATE FARM
- POLICY NUMBER: 4961417D0955D
- CHP USE ONLY VEHICLE TYPE: 01
- DESCRIBE VEHICLE DAMAGE: MOD, ☒ MAJOR
- DIR OF TRAVEL: E
- ON STREET OR HIGHWAY: KENTFIELD DR.
- SPEED LIMIT: 25

## PARTY 3
(blank)

RECEIVED JAN 16 2001 STATE FARM INS Roseville

- PREPARER'S NAME: RAYMOND A CARDONA 12249
- DISPATCH NOTIFIED: ☒ YES
- DATE REVIEWED: 12-29-00

Stamp: 3547

STATE OF CALIFORNIA
# TRAFFIC COLLISION CODI
Case 01-01139-AMC    Doc 2521-3    Filed 08/09/02    Page 3 of 11
CHP 555 CARS Page2 (8/98) OPI 042

Page 2 of 10

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 | |

| PROPERTY DAMAGE | OWNER | OWNER ADDRESS | NOTIFIED |
|---|---|---|---|
| | | | ☐ YES  ☐ NO |
| | DESCRIPTION OF DAMAGE | | |

### SEATING POSITION

```
  ▲
1 2 3     1 - DRIVER
4 5 6     2 TO 6 - PASSENGERS
          7 - STA. WGN REAR
  7       8 - RR. OCC TRK. OR VAN
          9 - POSITION UNKNOWN
          0 - OTHER
```

**OCCUPANTS**
- A - NONE IN VEHICLE
- B - UNKNOWN
- C - LAP BELT USED
- D - LAP BELT NOT USED
- E - SHOULDER HARNESS USED
- F - SHOULDER HARNESS NOT USED
- G - LAP/SHOULDER HARNESS USED
- H - LAP/SHOULDER HARNESS NOT USED
- J - PASSIVE RESTRAINT USED
- K - PASSIVE RESTRAINT NOT USED

**SAFETY EQUIPMENT**
- L - AIR BAG DEPLOYED
- M - AIR BAG NOT DEPLOYED
- N - OTHER
- P - NOT REQUIRED

CHILD RESTRAINT
- Q - IN VEHICLE USED
- R - IN VEHICLE NOT USED
- S - IN VEHICLE USE UNKNOWN
- T - IN VEHICLE IMPROPER USE
- U - NONE IN VEHICLE

**M/C BICYCLE - HELMET**
DRIVER
- V - NO
- W - YES

PASSENGER
- X - NO
- Y - YES

**EJECTED FROM VEHICLE**
- 0 - NOT EJECTED
- 1 - FULLY EJECTED
- 2 - PARTIALLY EJECTED
- 3 - UNKNOWN

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| | PRIMARY COLLISION FACTOR LIST NUMBER (#) OF PARTY AT FAULT | | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | TYPE OF VEHICLE | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A VC SECTION VIOLATED: CITED 21453(A) | X YES / NO | X A CONTROLS FUNCTIONING | | X | | A PASSENGER CAR / STATION WAGON | | | | A STOPPED |
| | | | B CONTROLS NOT FUNCTIONING* | | | | B PASSENGER CAR W/ TRAILER | X | X | | B PROCEEDING STRAIGHT |
| | B OTHER IMPROPER DRIVING* | | C CONTROLS OBSCURED | | | | C MOTORCYCLE / SCOOTER | | | | C RAN OFF ROAD |
| | | | D NO CONTROLS PRESENT / FACTOR* | X | | | D PICKUP OR PANEL TRUCK | | | | D MAKING RIGHT TURN |
| | C OTHER THAN DRIVER* | | TYPE OF COLLISION | | | | E PICKUP / PANEL TRUCK W/ TRAILER | | | | E MAKING LEFT TURN |
| | D UNKNOWN* | | A HEAD - ON | | | | F TRUCK OR TRUCK TRACTOR | | | | F MAKING U TURN |
| | E FELL ASLEEP* | | B SIDE SWIPE | | | | G TRUCK / TRUCK TRACTOR W/ TRLR. | | | | G BACKING |
| | | | C REAR END | | | | H SCHOOL BUS | | | | H SLOWING / STOPPING |
| | WEATHER (MARK 1 TO 2 ITEMS) | | X D BROADSIDE | | | | I OTHER BUS | | | | I PASSING OTHER VEHICLE |
| X | A CLEAR | | E HIT OBJECT | | | | J EMERGENCY VEHICLE | | | | J CHANGING LANES |
| | B CLOUDY | | F OVERTURNED | | | | K HIGHWAY CONST. EQUIPMENT | | | | K PARKING MANEUVER |
| | C RAINING | | G VEHICLE / PEDESTRIAN | | | | L BICYCLE | | | | L ENTERING TRAFFIC |
| | D SNOWING | | H OTHER*: | | | | M OTHER VEHICLE | | | | M OTHER UNSAFE TURNING |
| | E FOG / VISIBILITY ___ FT. | | | | | | N PEDESTRIAN | | | | N XING INTO OPPOSING LANE |
| | F OTHER* | | | | | | O MOPED | | | | O PARKED |
| | G WIND | | MOTOR VEHICLE INVOLVED WITH | | | | | | | | P MERGING |
| | LIGHTING | | A NON - COLLISION | | | | | | | | Q TRAVELING WRONG WAY |
| X | A DAYLIGHT | | B PEDESTRIAN | | | | | | | | R OTHER*: |
| | B DUSK - DAWN | | X C OTHER MOTOR VEHICLE | 1 | 2 | 3 | OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS) | | | | |
| | C DARK - STREET LIGHTS | | D MOTOR VEHICLE ON OTHER ROADWAY | | | | | | | | |
| | D DARK - NO STREET LIGHTS | | E PARKED MOTOR VEHICLE | X | | | A VC SECTION VIOLATED: CITED 22350 V.C. ☐ YES / X NO | | | | |
| | E DARK - STREET LIGHTS NOT FUNCTIONING* | | F TRAIN | | | | B VC SECTION VIOLATED: CITED ☐ YES / ☐ NO | | | | |
| | ROADWAY SURFACE | | G BICYCLE | | | | | | | | |
| | | | H ANIMAL: | | | | C VC SECTION VIOLATED: CITED ☐ YES / ☐ NO | 1 | 2 | 3 | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| X | A DRY | | | | | | D | X | X | | A HAD NOT BEEN DRINKING |
| | B WET | | I FIXED OBJECT: | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER INFLUENCE |
| | C SNOWY - ICY | | | | | | | | | | C HBD - NOT UNDER INFLUENCE* |
| | D SLIPPERY (MUDDY, OILY, ETC.) | | J OTHER OBJECT: | | | | F INATTENTION*: | X | | | D HBD - IMPAIRMENT UNKNOWN* |
| | ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | | | | | | G STOP & GO TRAFFIC | | | | E UNDER DRUG INFLUENCE* |
| | | | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | F IMPAIRMENT - PHYSICAL* |
| | A HOLES, DEEP RUT* | | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS COLLISION | | | | G IMPAIRMENT NOT KNOWN |
| | B LOOSE MATERIAL ON ROADWAY* | | B CROSSING IN CROSSWALK AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | H NOT APPLICABLE |
| | C OBSTRUCTION ON ROADWAY* | | | | | | K DEFECTIVE VEH. EQUIP.: CITED ☐ YES / ☐ NO | | | | I SLEEPY / FATIGUED |
| | D CONSTRUCTION - REPAIR ZONE | | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | SPECIAL INFORMATION |
| | E REDUCED ROADWAY WIDTH | | | | | | L UNINVOLVED VEHICLE | | | | A HAZARDOUS MATERIAL |
| | F FLOODED* | | D CROSSING - NOT IN CROSSWALK | | | | | | | | |
| | G OTHER*: | | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER*: | | | | |
| X | H NO UNUSUAL CONDITIONS | | F NOT IN ROAD | | X | | N NONE APPARENT | | | | |
| | | | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

**SKETCH** — FOR SKETCH DIAGRAM, SEE PAGE 4

INDICATE NORTH

MISCELLANEOUS

STATE OF CALIFORNIA
**INJURED / WITNESSES / PASSEN**
CHP 555 CARS Page 3 (Rev 8/98) OPI 042

Page 3 of 10

| DATE OF COLLISION | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 | |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | PARTY NUMBER | SEAT POS. | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 81 | F | ☐ | ☐ | X | ☐ | X | ☐ | ☐ | ☐ | ☐ | 2 | 1 | G | 0 |

NAME / D.O.B. / ADDRESS: EDYTH EMYLE KELLOGG (08/12/1919) 3550 WINONA WY., NORTH HIGHLANDS, CA 95660
TELEPHONE:
(INJURED ONLY) TRANSPORTED BY: AMERICAN MEDICAL RESPONSE
TAKEN TO: SACRAMENTO MEDICAL CENTER U.C.D.
DESCRIBE INJURIES: LACERATION TO HEAD; CHEST TRAUMA; ABDOMINAL TRAUMA; LEFT ANKLE TRAUMA

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | FATAL | SEVERE | OTHER VISIBLE | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X  1 | ☐ | 56 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | |

NAME / D.O.B. / ADDRESS: JOE PESKA (02/14/1944) 5809 GEORGIA DR., NORTH HIGHLANDS, CA 95660
TELEPHONE: (916)334-0671

RECEIVED
JAN 16 2001
STATE FARM INS
Roseville

PREPARER'S NAME: RAYMOND A. CARDONA
I.D. NUMBER: 12249
MO. DAY YEAR: 12/21/2000

pg. 4

| Date | Time | NCIC | Officer ID# | Diagram # | Revised |
|---|---|---|---|---|---|
| 12-21-00 | 0940 | 9250 | 12249 | 40-011 | 2/2000 |

~SKETCH~

Watt ave.

Solid White line

Broken white line

Kentfield dr.

15'

15'

Traffic Signal

Crosswalk

Entrance to Country Club Bowl

sidewalk

| Reporting Officer: | ID# | Date | Reviewed By: | Date |
|---|---|---|---|---|
| J. Smith | 12300 | 12-21-00 | | |

RECEIVED
JAN 1 6 2001
STATE FARM INS
Roseville

## Pre-Drawn Factual Diagram

pg. 5

| Date | Time | NCIC | Officer ID# | Diagram # | Revised |
|---|---|---|---|---|---|
| 12-21-00 | 0940 | 9250 | 12249 | 40-011 | 2/2000 |



| Reporting Officer: | ID# | Date | Reviewed By: | Date |
|---|---|---|---|---|
| J. Smith | 12300 | 12-21-00 | | |

STATE OF CALIFORNIA

**NARRATIVE/SUPPLEMENTAL**                                                PAGE 6 OF 10

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 | |

1 **NOTIFICATION**

2

3 AT APPROXIMATELY 0945 HOURS I RECEIVED A CALL OF AN INJURY ACCIDENT. I

4 RESPONDED FROM HOWE AVE. AND ALTA ARDEN EXPWY. AND ARRIVED AT THE

5 SCENE, SOUTHBOUND WATT AVE. AT KENTFIELD DR., AT APPROXIMATELY 0952 HOURS.

6

7 ALL TIMES, SPEEDS AND MEASUREMENTS ARE APPROXIMATE.

8

9

10 **SCENE**

11

12 WATT AVE. (SOUTHBOUND) AT INTERSECTION WITH KENTFIELD DR. IS A 3 LANE

13 ASPHALT ROADWAY. THE #1 AND #2 LANES ARE 11 FEET IN WIDTH AND THE #3 LANE IS

14 14 FEET IN WIDTH. THE LANES ARE SEPARATED BY BROKEN WHITE LINES. THERE IS

15 ALSO A LEFT TURN ONLY LANE AT THIS LOCATION WHICH IS 11 FEET IN WIDTH.

16

17 KENTFIELD DR. AT INTERSECTION WITH WATT AVE. IS AN EAST/WEST ASPHALT

18 ROADWAY. THERE IS ONE LANE IN EACH DIRECTION AND THESE LANES ARE 15 FEET IN

19 WIDTH.

20

21 THIS INTERSECTION IS CONTROLLED BY TRAFFIC SIGNAL LIGHTS WHICH APPEARED TO

22 BE FUNCTIONING PROPERLY.

23

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| RAYMOND A CARDONA | 12249 | 12/21/2000 | | RECEIVED JAN 1 6 2001 STATE FARM INS Roseville |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL

PAGE 7 OF 10

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. NUMBER |
|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 |

1  **PARTIES**

2

3  PARTY #1 (NUSSBAUM) WAS LOCATED STANDING NEXT TO VEHICLE #1 UPON MY

4  ARRIVAL. HE WAS IDENTIFIED BY HIS VALID CALIFORNIA DRIVER'S LICENSE AND WAS

5  DETERMINED TO BE THE DRIVER OF VEHICLE #1 AT THE TIME OF THE COLLISION BY

6  HIS STATEMENT.

7

8  VEHICLE #1 (GMC) WAS MOVED TO EXPEDITE TRAFFIC. VEHICLE #1 SUSTAINED

9  DAMAGE TO ITS FRONT BUMPER, HOOD, GRILL AND LEFT FRONT FENDER. VEHICLE #1

10 DID NOT APPEAR TO HAVE ANY PRIOR DAMAGE OR MECHANICAL DEFECTS.

11

12 PARTY #2 (KELLOGG) WAS LOCATED LAYING ON A GURNEY UPON MY ARRIVAL. SHE

13 WAS IDENTIFIED BY HER VALID CALIFORNIA DRIVER'S LICENSE AND WAS DETERMINED

14 TO BE THE DRIVER OF VEHICLE #2 AT THE TIME OF THE COLLISION BY THE FIRE

15 DEPARTMENT WHO LOCATED HER TRAPPED IN THE DRIVER'S SEAT OF VEHICLE #2 AND

16 SHE IS THE REGISTERED OWNER OF VEHICLE #2.

17

18 VEHICLE #2 (MERCURY) WAS MOVED TO EXPEDITE TRAFFIC. VEHICLE #2 SUSTAINED

19 DAMAGE TO ITS WINDSHIELD, LEFT FRONT FENDER, LEFT SIDE DOORS AND ROOF.

20 VEHICLE #2 DID NOT APPEAR TO HAVE ANY PRIOR DAMAGE OR MECHANICAL

21 DEFECTS.

22

23

24 **PHYSICAL EVIDENCE**

25

26 1. VEHICLE DAMAGE

27

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| RAYMOND A CARDONA | 12249 | 12/21/2000 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                PAGE 8 OF 10

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 | |

1  **STATEMENTS**

2

3  PARTY #1 (NUSSBAUM) RELATED HE WAS SOUTHBOUND ON WATT AVE. NORTH OF
4  KENTFIELD DR. IN THE #3 LANE AT APPROXIMATELY 40-45 M.P.H. HE RELATED HE WAS
5  THINKING ABOUT HIS SON WHO WAS IN THE HOSPITAL AND JUST HAD SURGERY. HE
6  ALSO RELATED THAT HE WAS THINKING THE LIGHT WAS GREEN BUT IT WAS RED. HE
7  NEVER LOOKED AT THE SIGNAL LIGHT AND HE DID NOT KNOW IF THE LIGHT WAS
8  GREEN OR RED. PARTY #1 RELATED AS HE APPROACHED KENTFIELD DR., HE
9  SUDDENLY OBSERVED VEHICLE #2 PULL INTO THE INTERSECTION IN FRONT OF HIS
10 VEHICLE. HE APPLIED HIS BRAKES AND AS HIS VEHICLE STRUCK VEHICLE #2, HE
11 LOOKED TO HIS LEFT AT THE SIGNAL LIGHT FACING EASTBOUND KENTFIELD DR.
12 TRAFFIC AND SAW THAT IT WAS YELLOW.

13

14 PARTY #2 (KELLOGG) I WAS UNABLE TO OBTAIN A STATEMENT FROM PARTY #2 DUE TO
15 HER INJURIES.

16

17 WITNESS #1 (PESKA) RELATED HE WAS SOUTHBOUND ON WATT AVE. NORTH OF
18 KENTFIELD DR. IN THE #2 LANE AT APPROXIMATELY 35 M.P.H. HE WAS APPROXIMATELY
19 ¾ OF A BLOCK BEHIND VEHICLE #1 AND HE OBSERVED THAT THE SIGNAL LIGHT AT
20 KENTFIELD DR. WAS RED. WITNESS #1 THEN OBSERVED VEHICLE #2 PULL INTO THE
21 INTERSECTION FROM EASTBOUND KENTFIELD DR. HE THEN OBSERVED VEHICLE #1
22 STRIKE VEHICLE #2. WITNESS #1 ALSO RELATED THAT HE DID NOT OBSERVE ANY
23 BRAKE LIGHTS ON VEHICLE #1 UNTIL THE TIME OF IMPACT.

24

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| RAYMOND A CARDONA | 12249 | 12/21/2000 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL** PAGE 9 OF 10

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 | |

1 **OPINIONS AND CONCLUSIONS**
2
3 **SUMMARY**
4
5 VEHICLE #1 WAS SOUTHBOUND ON WATT AVE. NORTH OF KENTFIELD DR. IN THE #3
6 LANE AT APPROXIMATELY 45 M.P.H. VEHICLE #2 WAS EASTBOUND ON KENTFIELD DR.
7 AT WATT AVE. AND HAD JUST ENTERED THE INTERSECTION. PARTY #1, WHO WAS
8 DRIVING HIS VEHICLE IN EXCESS OF THE POSTED SPEED LIMIT AND ALSO WAS NOT
9 PAYING ATTENTION TO HIS DRIVING, FAILED TO OBSERVE THE RED TRAFFIC SIGNAL
10 FOR SOUTHBOUND WATT AVE. VEHICLE #1 ENTERED THE INTERSECTION AGAINST THE
11 RED TRAFFIC SIGNAL AND STRUCK THE LEFT SIDE OF VEHICLE #2.
12
13
14 **POINT OF IMPACT**
15
16 <u>VEHICLE #1 VERSUS VEHICLE #2</u>
17 LOCATED APPROXIMATELY 10 FEET NORTH OF THE SOUTH ROADWAY EDGE
18 PROLONGATION OF KENTFIELD DR. AND APPROXIMATELY 5 FEET EAST OF THE WEST
19 ROADWAY EDGE PROLONGATION OF SOUTHBOUND WATT AVE.
20
21 (ESTABLISHED BY STATEMENTS AND PHYSICAL EVIDENCE.)
22

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| RAYMOND A CARDONA | 12249 | 12/21/2000 | | |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL

PAGE 10 OF 10

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. NUMBER |
|---|---|---|---|
| 12/21/2000 | 0940 | 9250 | 12249 |

1 **CAUSE**
2
3 <u>PARTY #1 (NUSSBAUM)</u> CAUSED THIS TRAFFIC COLLISION BY FAILING TO STOP FOR A
4 RED TRAFFIC SIGNAL, A VIOLATION OF SECTION 21453(A) OF THE CALIFORNIA VEHICLE
5 CODE. THIS TRAFFIC COLLISION HAD TWO ASSOCIATED FACTORS ON THE PART OF
6 PARTY #1. PARTY #1 WAS DRIVING HIS VEHICLE AT APPROXIMATELY 45 M.P.H. IN A 35
7 M.P.H. ZONE, A VIOLATION OF SECTION 22350 OF THE CALIFORNIA CODE. PARTY #1
8 WAS ALSO INATTENTIVE TO HIS DRIVING BY THINKING ABOUT HIS SON WHO WAS IN
9 THE HOSPITAL.
10
11 (ESTABLISHED BY STATEMENTS AND PHYSICAL EVIDENCE.)
12
13
14 **RECOMMENDATIONS**
15
16 REQUEST THIS INVESTIGATION BE SUBMITTED TO THE SACRAMENTO COUNTY
17 DISTRICT ATTORNEY'S OFFICE FOR REVIEW AND FILING OF A CHARGE OF 21453(A) OF
18 THE CALIFORNIA VEHICLE CODE AGAINST PARTY #1.
19
20
21

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| RAYMOND A CARDONA | 12249 | 12/21/2000 | | |