# EXHIBIT "D"

COPY



# *Adelberg Associates*

## *Medical Group*

*A Professional Corporation*

*9856 Business Park Drive, Suite E*
*Sacramento, CA 95827-1704*



*916-362-5112*
*Fax: 916-362-6115*

*Sacramento*
*Stockton*

April 25, 2002

Glenn S. Guenard, Esq.
Laskin & Guenard, LLP
Attorneys At Law
1810 "S" Street
Sacramento, CA  95814

RE:   Edythe KELLOGG vs. Wayne Lamar Nussbaum, et al.
      SSN:  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
      DOB:  8.12.19
      DOI:  12.21.00

EVALUATION – Michael G. Adelberg, M.D.

Dear Mr. Guenard:

Thank you for your kind referral of this 82-year-old woman, seen today for neurologic and musculoskeletal evaluation. She sustained injuries in an incident of 12.21.00.

**Sources of Information:**   Your office kindly made available a number of pertinent medical records. The substance of those, of which the present evaluation is informed, is given in the medical records abstracts, chronologically provided, below.

Present today is Ms. Kellogg's nephew and Ms. Kellogg's brother and the latter's wife.

In the presence of Ms. Kellogg, I took some history from the nephew. Separately (for reasons of space), I took some history from the brother and his wife.

To the extent feasible and appropriate, I will try to indicate these as separate items.

**History Available from Ms. Kellogg**: She has headaches (indicating mainly the occiput but perhaps with some left-sided predominance) and is having one at present.

She does not have other pain problems.

When arising from a seated position, she knows she is unsteady for several steps but feels she does better as she gets moving. I think she is saying that she can walk some short distances independently.

She is aware that she has no recollections from the period of time around her accident.

She does have some specific recollections from one or another of the subsequent convalescent settings, not specific as to time or which such setting, but specific as to this:

(A) It was extremely frustrating, she could walk but they were constantly telling her that she could not, was not able, was not allowed, and so on.

(B) Asked about the source of the headaches, she said someone at one of these facilities kicked her in the head and repeated this a number of times, but changed this later to being punched several times. But she is sufficiently dysarthric today as to leave some doubt as to whether perhaps some words dropped out of that formulation. Such is what I think she said, at all events.

She is aware that there is a caretaker there now who takes better care of her, relative to that. ("There" means at home.)

As an historical matter, she was forced to leave her home for a period of a few weeks, returning only fairly recently. I could not satisfy myself one way or the other as to whether she actually recalled any of that. She expresses great frustration over communication difficulties generally. She is aware that people have difficulty understanding what she is saying. She complains that it greatly frustrates her not to be able to express herself.

More remotely, she has some recollections as, for example, of participating in a ukulele band (for which there are photographs present, showing her and other family members, 1998).

She remembered that, prior to the accident, she took care of a dog and planted flowers. The question of management of checking accounts came up and she interjected into the conversation that she took care of three separate accounts. (From her brother I learned that she had been taking care of the checking account of an older brother of hers.) In the course of telling me that she was becoming restless after sitting a long time in the

wheelchair in my office, the account of this seemed to imply that she recalled that this had frequently been the case in other settings.

**General Chronology, According to the Nephew:**   Asked to provide the very approximate dates that he might be able to help me with, the nephew provides a sequence as follows:

1990: Her husband passed away and subsequent to that time and up until the present accident, she lived by herself and independently.  The house is a two bedroom structure but is relatively large, has large rooms, and has over an acre of property.  Additional details of her pre-accident status will be provided separately.

12.21.00: Accident.

She was at the University of California, Davis, Medical Center about two weeks.

She was then transferred to a convalescent facility, Eskaton.  She was there about a week.

She then had to go back to Mercy San Juan due to a medical setback.

But she was evidently not kept there very long, or perhaps had only the emergency room visit, and then was transferred to another such facility, perhaps "Sunbridge," whether or not that is the correct name, she was there about a month.

She was then discharged to home, with 24 hour care required by the physician, and for which arrangements were made through Real Care.

She incurred a fall at this facility, requiring an emergency room visit, 3.1.01.

[Comment:  Ms. Kellogg had some recollections of the event:  She said she hit her head twice on an adjacent adobe wall when her foot got tangled up in some bed sheets on the floor and she bled.]

After a few months at this facility a physician said she could return home and live alone, which she did.

11.01:  She required 1.5 weeks of hospitalization, approximately, for a condition of hypothermia.  I am not sure that the cause was determined.  She was found to have a bigeminal rhythm with congestive heart failure on that basis but this seems much more likely to have been a consequence of the hypothermia rather than the other way around.  The implication is necessarily that she developed hypothermia by virtue of some form of exposure.  (The physicians were obviously aware of other possibilities but the records do

not indicate that they found it necessary to reverse any of these, e.g., adrenal insufficiency, hypothyroidism, making it unlikely that they were able to affirm any such endocrinologic cause.)

She was now sent to a different nursing facility, Sherwood.

After roughly 3+ weeks, at 12.10.01, she was discharged to home with the requirement for 24 hour care. This time it was provided by Comfort Zone.

But within a few days of arriving at home under those circumstances, 12.15.01, a sewer line was backed up and flooded her home. Within a few days a determination was made that the house was uninhabitable for health reasons. She was returned to the Sherwood facility.

She remained there until approximately 4.10.02, until she could return to the home, again with 24 hour care.

That is her present situation.

**Past Medical History:** My sources are not aware of medical problems other than those described in the records. The records mention the following:

As of 1976, she had a past history of nephrolithiasis, headaches, peptic ulcer disease, intermittent tinnitus AD, osteoarthritis symptomatic in the neck, right shoulder, hip, knee, and ankle (all on the right), and pyrosis.

She fractured a right tenth rib in 11.76.

She injured her low back, 4.77, with radiologic evidence of impingement on L5 due to spondylosis, right greater than left. Cervical and thoracic spinal studies were normal.

Symptoms listed as of 9.80 included: Stiff fingers with knotty joints. Her toes would burn and turn red. Her shoulders caused severe pain. There was aching in the left hip and leg and both knees which kept her awake, the hip complaints being constant. The impression was: Perhaps other things are present but this is probably osteoarthritis.

In 1982 she underwent a surgical procedure to excise a gastric ulcer.

In 1986 she underwent a surgical procedure on the left eye that would not be expected to leave her with a visual deficit.

In 1992 she underwent a surgical decompression of the right shoulder.

4

In 1995 she incurred an intertrochanteric fracture of the left hip. This underwent open reduction and internal fixation the same day. (This is very likely the same item identified 1.10.95.) The later note implies a good result.

In 1997 she underwent a modified left radical mastectomy for an invasive multifocal mammary carcinoma. (No recurrences have been identified, to date.)

Probably in 1997 she had a resection of a squamous cell carcinoma from the dorsum of the right foot, requiring skin grafting. There were some mechanical complications, probably plantar fasciitis, possibly retrocalcaneal bursitis, possible neuroma.

In 4.99 she underwent cervical epidural steroid injection for symptoms of diplopia, lightheadedness and neck pain and range of motion restrictions with good results.

Benefits evidently wore off at around four months with renewed attention to the cervical spine as the source of symptoms radiating out to the right shoulder.

In early '00 she was evaluated for dysphagia, with a "long history of reflux esophagitis." Workup showed pharyngeal spasms consistent with presbyesophagus.

A 7.00 note adds "glaucoma" in the context of working up cervical degenerative disease. She underwent C4-6 interbody fusion with an anterior fixation plate, 7.29.00, with right iliac crest allograft bone. In the context of that hospitalization she became encephalopathic. Probably more as a cause than as a result, she incurred a subendocardial myocardial infarction. Workup showed trivial mitral valve incompetence and mild tricuspid incompetence but was otherwise rather benign study, including persantine infusion at radionuclide testing.

## Ms. Kellogg's Activity Status In The Interval Between Her Cervical Surgery And The Present Accident, A Period Of About 5-+ Months, Second Half Of '00

She lived in a house with large rooms, independently.

This house is located near an unusually complex intersection. Two major surface arterials intersect at a slightly odd angle and are themselves intersected within a quarter of a mile by a major interstate and another branch of that same interstate which is a divided highway at that location. I count 11 ramp connections between these structures within these narrow confines.

As a solo driver, the applicant routinely accessed both of these surface arterials. Traffic coming from northern residential areas or southern residential areas pass into and through this intense maze to gain access to Interstate 80, heading either east or west. Traffic coming in from Interstate 80 anywhere along the corridor from North Lake Tahoe access

the northern part of Sacramento mainly through this interchange, debouching on one of these surface arterials, the same one used by the applicant for routine drives for shopping either north or south. This complex of interchanges is challenging to seasoned drivers.

Ms. Kellogg did her own grocery shopping, navigating these roads routinely.

Somewhat earlier, but probably not subsequent to the cervical surgery of 8.00, she drove to Southern California. There was uncertainty as to whether she had actually driven up to see her older brother in Auburn since 7.00, although that had been her routine in the past.

She took care of a dog, and an elderly friend or relative of hers who likewise had a dog would sometimes come and they would take their dogs on walks together.

She planted flowers in her gardens (but did get help for mowing the lawn occasionally).

She managed three checking accounts and paid all the bills.

A neighbor next door, Steve, would help replace light bulbs overhead and do minor chores of that nature.

She was not otherwise routinely obtaining or requiring assistance.

There was no formal arrangement for people calling on her to check on her or anything of that nature, but she did initiate telephone calls in the ordinary way.

She would exercise in the pool on the property.

She participated in a ukulele band, for which I am supplied a photograph from 1998.

Notwithstanding all the medical problems that have accrued over the years, as of the time of her motor vehicle accident she does not seem to have been acutely in treatment for anything, but she was probably taking at least one chronic hypertensive medication, and probably also Prilosec to protect against additional ulcer development.

**This Accident**: I have no reliable information as to the nature of the incident, except that the records all agree that it was a motor vehicle accident. One of them records, "motor vehicle accident at 30 mph, patient driving wrong way with loss of consciousness."

The records agree that there was loss of consciousness. An intake note speaks of "repetitive questions," meaning to say that in the emergency room she was asking the same questions over and over again, regardless of having just received the answer.

The notes do not specifically affirm whether the loss of consciousness was primary or secondary, that is to say, whether it came about as the result of cardiologic or metabolic destabilization at the scene, or was the result of head trauma or even whiplash trauma to the brain. But the notes specifically affirm "soft tissue swelling with laceration and subcutaneous debris over the lower extremities from the temporal region," on a CT scan of the head, implicating contusion trauma of sufficient magnitude to render her unconscious.

The following fractures were identified as acute: Left ribs, fourth, fifth, and sixth, posteriorly, and possibly third; left clavicle; left sacral wing; right superior pubic ramus; probable hairline fracture, left superior pubic ramus; both inferior pubic rami; "undisplaced fractures through the anterior column of the left side [of the left acetabulum, presumably], as well as the left quadrolateral plate of the acetabulum"; and "fracture of the left femoral neck of indeterminate age."

On electrocardiography she fluctuated back and forth between a left bundle branch block and a right bundle branch block and there were marked ST wave abnormalities, raising the question of a possible anterior subendocardial injury. Follow-up affirmed a myocardial infarction (first note of 1.2.01), superimposed on more chronic changes (left ventricular hypertrophy).

A left eye laceration "with arterial bleed" was sutured.

Some physical therapy determined that she had balance difficulty, tending to retropulsion ("tends to fall backwards").

At times she complained of low back pain, at times of chest pain. "Her mental status throughout her stay waxed and waned between confusion and lucency."

When she had to come back into the hospital a few weeks after discharge, the immediate cause was probably dyspnea, or perhaps having become "extremely lethargic and minimally responsive" (in consequence), she had lost 20 pounds in 20 days, but the acute problem was evidently some hemorrhage into the left lung secondary to rib fracture perforations, perhaps.

A note of 3.19.01 speaks of her falling, "has history of balance problems since motor vehicle crash in December, this is not uncommon for her to lose her balance and be unsteady, she uses a walker."

**Additional Incidental History**: At time of discharge from the nursing facility most recently, her upper and lower plates were lost, as also evidently her glasses. There has not been time to get these replaced. She is edentulous. This circumstance adds considerably to her dysarthria.

No seizure activity has been observed.  I understand that she has remained continent.

Her oral intake is said to be soups, without report of coughing, but she seems to have a lot of phlegm in her throat.

## CHRONOLOGIC REVIEW OF RECORDS:

All medical records supplied by the referring party were reviewed.  For purposes of these abstracts, I am including only information important for the conclusions, which follow.  Inclusion of radiologists' impressions of their films implies my reliance on those readings, whether or not I myself have reviewed the studies.

10.5.76,  new patient physical exam,  R. Shaffer, M.D.:  Hospitalized in 9.75 for evaluation of dyspnea and chest pain.  Recently had increasing burning epigastric discomfort and heartburn.  History of osteoarthritis with pains in the neck, right shoulder, hip, knee ankle on the right.  Past history included kidney stones, left breast lesion benign, left neck lesion benign, heart catheterization, headaches, peptic ulcer disease, tinnitus in right ear on occasion, kidney stones.  Family included father died of kidney disease, suffering stroke and had hypertension.  Mother died of MI.  Diagnosis:  Peptic acid disease and reflux esophagitis and gastritis, osteoarthritis and migraine headaches.

6.17.77,  discharge diagnosis:  Seen for myelogram study due to complaint of back pain and radiation to left lower limb.  History of chronic headaches and upper posterior cervical pain syndrome.  She was seen 5.12.77 reporting that the day after Thanksgiving 1976 she fell and fractured the right 10th rib without complication.  Then on 4.19.77, traumatized the lumbar region when she fell against the back of a chair and then down to the floor.  Seen by Dr. Sims.  X-rays were negative for fracture.  Myelogram demonstrated mild anterior extradural ridging at L4-5 with some bilateral indentation on the nerve root sheath at that level.  Seemed more marked on the right, but otherwise not remarkable.  The thoracic and cervical spines were within normal limits.

9.15.80,  rheumatologic consultation,  R. Shapiro, M.D.:  Has always had back trouble and headaches.  Has stiff fingers and the beginning of knotty joints.  Her toes burn and turn red and both shoulders cause severe pain, aching in the left hip and leg and both knees, which keep her awake.  The complaints of pain in the lateral hip regions are aching, present all the time.  Dr. Shapiro felt her musculoskeletal complaints related to her hyperextensibility.  These included the development in later life of CPPD, kidney stones, hypercalciuria and peptic ulcer disease.  Hyperparathyroidism and its joint disease, predominately CPPD, might be considered.  She may well have a periarticular disease in the shoulders.  The wrists were not well explained.  Probably has osteoarthritis in the hands and her neck, and low back symptoms may or may not represent mechanical discomfort.  No plans to do studies, such as rheumatoid panel.  Request older medical records for review.

8.28.82, operative report, R. O'Neal, M.D.: She underwent abdominal exploration with excision of ulcer by hemigastrectomy and Bilroth II gastrojejunostomy.

9.4.86, operative note: She underwent laser trabeculoplasty to the upper one-half of the trabecular meshwork of the left eye.

2.12.92, operative report, H. Strauch, M.D.: She underwent repair of the right rotator cuff with partial acromionectomy and relief of the coracoacromial ligament.

1.10.95, history and physical, Sutter Hospital: She went out into her garage today to check on the flooding and fell, injuring her left hip. She crawled into the house and was brought to the hospital. Admitted for intertrochanteric fracture of the left hip.

1.10.95, radiologic report,   chest and left hip:   Suggestion of COPD and mild cardiomegaly but no sign of acute cardiopulmonary disease. Left hip: AP view of the pelvis and coned down views demonstrated comminuted intertrochanteric fracture of the left hip with significant varus deformity at the fracture site.

1.10.95, operative report, H. Strauch, M.D.: Preoperative diagnosis: Intertrochanteric fracture of the left hip. Operation: Open reduction and internal fixation of the fracture with ambi screw and plate, four hole, with an 85 mm screw, super lag screw.

10.23.95, operative report, H. Strauch, M.D.: She underwent removal of compression screw and plate and four screws. Diagnosis: Healed intertrochanteric fracture, left hip.

1.28.97, history and physical: Presents with small palpable mass in left breast. This was biopsied and found to be 5 mm infiltrating duct cancer. This was a grade I lesion with no lymphatic invasion. Admitted for mastectomy.

1.28.97, operative report: Left modified radical mastectomy for the diagnosis of invasive, multifocal mammary carcinoma, left breast.

2.18.98, R. Shaffer, M.D.: Four to five-month history of headaches, benign about the eyes, radiating back to the occiput. She will have light headedness and nausea. Had a many year history of migraines. Over the last four to five months had noted episodes of double vision, not necessarily related to headaches.   Noted are upon awakening, especially if she nods off in her chair while watching television. She will awaken with her head slumped to her chest and with her vision then being doubled for a period of five minutes and on one occasion lasting a half hour. She does occasionally have orthostatic light headedness.   Diagnosis:   (1) Vascular headaches with long history of migraine headaches.   (2) Intermittent diplopia, new diagnosis, rule out metastatic lesion.   (3) Cancer of the breast, left modified radical mastectomy. (4) Hypertension. (5) Peptic acid disease with gastritis and reflux esophagitis.   (6) Past perforated gastric ulcer.   (7)

Osteoarthritis of the knees, low back, hands and neck. (8) Idiopathic hypercalciuria. (9) Peripheral neuropathy. MRI of the brain ordered.

2.26.98, radiological report, <u>MRI scan of the brain</u>: Indication: Headaches and double vision. (1) Volume loss and small vessel disease. (2) No evidence of acute infarct, hemorrhage or mass lesion.

3.20.98, R. Shaffer, M.D.: The MRI scan showed no metastatic lesions or infarcts, hemorrhage, etc. She saw ophthalmologist and no eye disease was noted for the diplopia. Discontinue Norvasc and try Cardizem.

1.25.99, S. Kelso, DPM: She had recurrent pain on the dorsum of the right foot for 18 months to 2 years duration, located just proximal to the sight of past squamous cell cancer resection on the dorsum of the right foot with full thickness skin grafting two years prior. Pain is burning sensation of the dorsum of the foot radiating distal and medial to the first metatarsal. Also reports two-year history of right posterior heel pain. She was currently being treated for arrhythmia and hypertension. Assessment: (1) Possible neuroma/possible compression neuropathy intermediate dorsal cutaneous nerve, right foot. (2) Retro calcaneal bursitis, right. (3) Insertional plantar fasciitis, left.

4.27.99, <u>procedure note</u>, S. Parkinson, M.D.: She underwent translaminar C7-T1 epidural steroid injection with IV sedation under fluoroscopy for the diagnosis of diffuse cervical spondylosis with central protrusion, C5-6 and C6-7.

6.7.99, R. Shaffer, M.D.: She had a cervical epidural 4.27.99, which completely relieved her diplopia, improved neck range of motion and relieved her light headedness. Still having vascular and attention/stress headache on awakening. She was ready to pursue possible right rotator cuff repair.

10.27.99, radiologic report, <u>discogram and post discogram cervical spine CT</u>: At C3-4 she experienced 10/10 concordant posterior neck pain radiating to right shoulder. There was some globular posterior protrusion of contrast on the lateral view which on frontal view appears to be represent uncinate fissuring bilaterally. At C4-5 there was firm resistance to injection. At C5-6 most of the contrast is central. There is a broad based globular extension of contrast posteriorly, slightly greater on the right, mildly flattening the right anterior aspect of the thecal sac. No discrete annular tear is identified. There is mild-moderate facet arthropathy.

12.7.99, R. Shaffer, M.D.: Having flareup of cervical spine disease. Epidural was successful at relieving pain for four months.

3.7.00, R. Shaffer, M.D.: Noticing increasing difficulty in swallowing and one to two weeks ago had a piece of chicken caught in her throat with difficulty in swallowing. This

spontaneously passed after approximately one hour.  Long history of reflux esophagitis aggravated by Vioxx and Vioxx was discontinued.

3.15.00,  swallowing pharyngeal esophagram:  Indication:  Pharyngeal spasms.  (1) Intermittent tertiary contractions consistent with presbyesophagus.  Normal swallowing function.

7.28.00,  history and physical,  K. Patrick, M.D.:  She had difficulty with neck and shoulder pain for a number of years.  She had undergone bilateral shoulder procedures in hopes of resolving her complaints, which did not help.  Symptoms are worse on the right side of her neck, but on the left side of her shoulder.  Diagnosis:  (1) C4-5 and C5-6 degenerative spondylolisthesis.  (2) Degenerative disc disease and spondylosis cervical spine.  (3) Hypertension.  (4) Glaucoma.  (5) History of left mastectomy from malignancy.

7.28.00,. radiologic report, cervical spine:  C4-5 and C5-6 interbody fusion and anterior fixation plate placement.  There is slight anterolisthesis of C4 on C5.

7.29.00, operative report, K. Patrick, M.D.:  Pre operative diagnosis:  Degenerative spondylolisthesis C4-5 and C5-6.  Operation:  (1) Anterior discectomy and canal decompression with operating microscope C4-5 and C5-6.  (2) C4-5 and C5-6 anterior fusion with allograft iliac crest (right) and cervical interlocking plate.  (3) Application of Gardner-Wells tongs for intraoperative traction.

7.31.00, radiologic report, CT brain and posterior fossa without contrast:  No evidence of intracranial disaster.  Exam limited by motion artifact.

7.31.00,  neurologic consultation,  S. Knox, M.D.:  Reason for consultation: Encephalopathy.  She was seen postoperatively as an inpatient after correction of cervical spondylosis.  Last evening at 4:00 started behaving strange.  Did not recognize her brother.  Would sometimes repeat sentences.  By this morning had deteriorated.  She was not recognizing people, she was mumbling.  Additional history included difficulty swallowing in March of this year.  She had seen Dr. Appleblatt and Dr. Erickson.  Has history of chronic headaches and peripheral neuropathy.  She looked disheveled.  She had both arms in restraints and both hands in restraints.  She is picking up things on the bed including some of the wires from the leads.  "When I yell her name she is able to look at me, but she quickly returns back to actively looking straight ahead and she is mumbling nonsensical words."  She will not answer to, "What is your name?"  She has a strong grasp, lifts arms well.  Is able to maintain the legs up well.  Reflexes are pronounced at 2++.  Toes downgoing.  Tone is markedly gegenhalten.  She had doll's eye maneuver when the neck is rotated.  When testing vision she does not respond.  Blink response – she does close eyes, but does so multiply.  When she does, there is a jerking component to the body.  There is spontaneous irregular myoclonic jerks of the limbs.  She could not

11

be ambulated. There are no carotid bruits. Impression: Metabolic encephalopathy, differential is somewhat broad. Possibility of hyponatremia, temperature, dehydration are all to be considered. This could be thiamine deficiency. Will be supplemented. It would be unlikely she would be candidate for liver disease or toxicity, although Digoxin level has to be checked. All narcotics stopped.

7.31.00, radiologic report, chest ; indication – myelopathy, anterior cervical discectomy, rule out MI: (1) COPD. (2) No acute cardiopulmonary disease.

8.1.00, cardiac consultation, D. Woodruff, M.D.: Seen for elevated cardiac enzymes and rapid supraventricular tachycardia (some of this note is illegible due to the photocopying process). Impression: (1) Status post operative day 3 cervical spine decompressive laminectomy. (2) Acute encephalopathy (next word illegible) syndrome of unclear cause, possibly due to metabolic encephalopathy or electrolyte disturbance. (3) Supraventricular tachycardia with rapid rate. (4) Right bundle branch block (next word illegible) evidence of anterior wall myocardial ischemia, improved following (next word illegible) therapy and nitrate. (5) Status post left mastectomy. (6) Elevated cardio enzymes (next word illegible) subendocardial myocardial infarction. Transferred to ICU.

8.2.00, echocardiograph/doppler study: (1) Concentric left ventricular myocardial hypertrophy with well maintained left ventricular contractility. Estimated left ventricular ejection fraction 65%. (2) Aortic valve sclerosis without stenosis or incompetence. (3) Sclerotive degenerative disease of the mitral valve is present with trivial mitral incompetence. (4) Mild tricuspid incompetence with normal pulmonary artery pressure. (5) There is no intracardiac filling defect, thrombus, mass or shunt.

8.4.00, radiologic report, chest; indication – shortness of breath. (1) Evidence o chronic heart and lung disease without sign of acute cardiopulmonary disease.

8.7.00, nuclear medicine myocardial perfusion scan: Normal SPECT myocardial perfusion scan. (1) Persantine infusion resulted in no change pain or other symptoms suggesting myocardial ischemia. (2) There are baseline EKG abnormalities but no Persantine – induced reversible changes identified.

8.9.00, discharge summary, K. Patrick, M.D.: She underwent anterior decompress and fusion from C4-6. Initially did well, then developed encephalopathy which was felt to be metabolic in origin with hyponatremia and hypokalemia. She also exhibited evidence of myocardial infarction. Transferred to ICU and stabilized. Transferred to Sutter Transitional Care.

11.3.00, R. Shaffer, M.D.: Recovering nicely from cervical surgery. She is in a soft-neck support. She had developed intermittent mild edema, which was treated with Maxzide with good results. She had been out of Maxzide for three weeks and there was

12

only trace edema on the left leg and none on the right. Medications included Prilosec, Cardizem CD, Nitro-Dur patch, Restoril. She was to be returned to HCT as needed for edema, KCI and Tylenol with codeine as needed. She had not had any recurrent chest pain, palpitations, dyspnea. She also has not had any recurrent confusion. "Is mentally alert, caring for herself very well in her own house." Follow up as needed or in three months.

12.21.00, radiological report, <u>abdominal ultrasound</u>: Impression: (1) Left pleural effusion. (2) No evidence of free intraperitoneal fluid.

12.21.00, radiological report, <u>CT abdomen</u>: Impression: (1) Left-sided rib fractures, left-sided chest tube and small residual left pneumothorax and transverse process fractures. (2) Left pleural effusion versus left hemothorax. (3) Left lower lobe consolidation representing contusion atelectasis or aspiration pneumonia, in descending order of probability. (4) Dilatation of the hepatic veins, common hepatic vein and common bile duct, although the distal common bile duct tapers as it approaches the duodenum. (5) Atherosclerosis, osteoporosis, degenerative disc disease. (6) No free air or free fluid. (7) Refer to CT pelvis report for positive findings regarding pelvic fractures. (8) Normal renal function with probable bilateral renal cyst.

12.21.00, radiological report, chest: Fractures of the posterior aspect of the fourth and fifth ribs and somewhat more posterior lateral aspect of the left sixth rib. There was slight step off of the cortical margin of the left posterior third rib, which may represent fracture. There was a small left pneumothorax present with lung retracted medially. The overall size of the pneumothorax is on the order of 15%. No suggestion of pulmonary contusion. The heart is borderline in size in view of the AP projection.

12.21.00, radiological report, <u>pelvic CT scan</u>. Impression: (1) Fractures of both inferior pubic rami and the left acetabulum (un-displaced fractures through the anterior column of the left side, as well as the left quadrilateral plate of the acetabulum, there were minimally displaced bilateral inferior rami fractures). (2) Fracture of the left sacral wing. (3) Fracture of the left femoral neck of indeterminate age and a probable cyst within the left femoral neck.

12.21.00, radiological report, left hip, frog leg and cross table views: Impression: (1) Possible fracture through the quadrigeminal plate through of the left hip. (2) No evidence of fracture or dislocation of the left femur or acetabulum.

12.21.00, radiological report, pelvis inlet and outlet: Impression: (1) Possible old fracture through the left quadrigeminal plate. Recommend CT. (2) Radiopaque dense material throughout the lower abdomen and upper pelvis.

12.21.00, radiological report, lumbar spine: Impression: No evidence of fracture or dislocation of the lumbar spine.

12.21.00, radiological report, thoracic spine, AP and lateral: Findings: Mild right dextro convexed scoliosis was seen. Impression: No evidence of fracture or dislocation of the thoracic spine.

12.21.00, radiological report, cervical spine: Findings: Status post anterior cervical spine fusion of the C4, 5 and 6 with bone graft. Anterior fusion plate with four vertebral body screws is in place with no evidence of hardware loosening. Incomplete fusion of the intervertebral disc spaces is seen. The non-fused intervertebral disc spaces are within normal limits. Impression: No evidence of acute cervical spine fracture or dislocation and anterior spinous fusion as described.

12.21.00, radiological report, AP pelvis: Impression: Fracture, right superior pubic ramus and probable hairline fracture of the left superior pubic ramus.

12.21.00, radiological report, CT of the head without contrast: Impression: (1) No evidence if acute intracranial injury. (2) Soft tissue swelling with laceration and subcutaneous debris over the lower extremity frontotemporal region.

12.21.00, radiological report, chest: Findings: Heart size is enlarged with left ventricular enlargement. The mediastinum is unremarkable. Pulmonary vasculature shows calcifications. Left-sided chest tube present. Soft tissue staples seen in left axillary region in the chest wall. Small left lateral wall interior pneumothorax is present at the costophrenic angle. Bilateral apical pleural thickening is present. The interstitium in the bilateral apices appears dense. Could be secondary to overlying cartilage. No evidence of pneumonia, consolidation or collapse. Ribs 3, 4 and 5 left posterior are fractured. Ribs 4 and 5 are displaced inferiorly. Left clavicular fracture is present. This is in the mid shaft and non-displaced. The lateral wall portion of the fifth rib on the left is fractured. The sixth rib at the lateral chest wall is fractured. Impression: (1) Left chest tube with small residual left lateral pneumothorax. (2) Left ventricular enlargement. (3) Multiple rib fractures on the left. (4) Left clavicular fracture. (5) Mild pulmonary edema.

12.21.00, EKG: Normal sinus rhythm with short PR with occasional premature supraventricular complexes. Left axis deviation. Pulmonary disease pattern. Incomplete right bundle branch block. Septal infarct, age undetermined. Marked ST abnormality, possible anterior subendocardial injury.

12.21.00, initial history and physician, UCDMC: 81-year old status post motor vehicle accident with positive loss of consciousness. Repetitive questions. Brought in by ambulance with hypotension in field. Complains of back pain. HEENT: EDMI,

PERRL, TM's clear bilaterally, OP clear, laceration of left eye with arterial bleed. Neck nontender, no step off. Positive sacral tenderness, no step off. Tenderness to palpation on the left chest. Left mastectomy scar. Chest wall stable. Abdominal mid to lower tenderness to palpation, atraumatic, soft, midline scar left lower quadrant. No blood in stool. Pelvis nontender and stable. Extremities atraumatic bilaterally and femoral pulses positive.

12.22.00, radiological report, chest: Impression: (1) Post surgical changes and multiple left-sided rib fractures with chest tube in place. (2) Cardiomegaly and probable coronary artery calcification. (3) Retro cardiac density, probably residual pleural effusion.

12.22.00, cardiac consultation, (signature illegible): Motor vehicle accident, admitted yesterday with left pneumothorax, pelvis fracture and left rib fracture, found to have increased TRAP (?). Had been on nitroglycerine patches at home for questionable CAD. Reportedly had chest pain, followed in another hospital. Patient was hypertensive on admission and was complaining of chest pain probably due to combination of pneumothorax chest tube placement. Remained hemodynamically stable. No arrhythmia. She had irregular bouts on 7.00 postop in Sutter and placed on Digoxin and nitroglycerine patches. History of PUD, kidney stone, questionable CAD and questionable atrial fibrillation. Assessment: Increased TRAP most likely due to NQWMI versus cardiac contusion.

12.23.00, EKG, 23:56 hours: Atrial fibrillation with rapid ventricular response with premature ventricular or aberrantly conducted complexes. Right bundle branch block. T-wave abnormality. Consider inferior ischemia or digitalis effect.

12.23.00, EKG, 13:44 hours: Normal sinus rhythm. Right bundle branch block. Abnormal ECG.

12.24.00, radiological report, chest: Impression: (1) left chest tube removal with no significant pneumothorax. (2) Persistent retro cardiac opacity. Left clavicular fracture and multiple left-sided rib fractures are again seen.

12.26.00, EKG, 18:01 hours: Normal sinus rhythm with occasional premature supraventricular complexes. Right bundle branch block.

12.26.00, EKG, 18:59 hours: Undetermined rhythm. Left bundle branch block.

12.26.00, EKG: Undetermined rhythm. Left bundle branch block. When compared with ECG of 12.26.00 18:01, current undetermined rhythm precludes rhythm comparison, needs review. Left bundle branch block has replaced right bundle branch block.

12.27.00, transfer note: Admitted on 12.21.00 status post motor vehicle accident. Past medical history significant for perforated gastric ulcer, renal stone and heart disease, status post mastectomy and cervical spine fusion. On 12.21.00 there was positive loss of consciousness, and repetitive questioning and BIBA, hypertension in field (?). Complained of back pain. She had left eye laceration and arterial bleed. Left chest wall tenderness to palpation. Neurosurgery consult for cervical spine clearance. Received Aspen collar and flexion/extension in two weeks. Flexion/extension obtained 12.26.00. Cardiac consult obtained. New MI versus cardiac contusion and possible afibrillation. Plan: Neurosurgery supported Aspen collar and follow up in one month. Zantac, which was discontinued on 12.24 due to possible cause of confusion in the elderly. Currently on (next medication is illegible) and Digoxin.

12.28.00, radiological report, chest: (1) Multiple rib fractures on the left, as well as left clavicular fracture. No pneumothorax. Interval removal of left chest tube. (2) Evidence if pleural collection on the left side slightly increased compared to prior study of 12.24.00.

12.28.00, cardiology pace maker service: Motor vehicle accident at 30 mph. Patient driving wrong way with loss of consciousness (next four terms illegible), rib fracture, chest tube. Status post cervical spine fusion in July 2000. Had dizziness in July 2000. Told she was dehydrated. No syncope or chest pain. High blood pressure. No pressing need for permanent pacer.

12.29.00, radiological report, chest: Large left pleural effusion. Focal 3 cm density in the periphery of the left lung is still present and slightly more prominent than on prior exam.

12.31.00, cardiac consultation, (signature illegible), handwritten chart note: Patient went into AFib this morning, but hemodynamically stable. No symptoms. Assessment: AFib, controlled. No indication for pace at this point. Hold anticoagulation for now. Hypertension better controlled on the Benazepril.

1.1.01, EKG: Sinus bradycardia, right bundle branch block. Abnormal ECG. Test indication: Arrhythmia.

1.1.01, radiological report, abdomen: Single loop of dilated large bowel concerning for volvulus versus obstruction associated with a ventral hernia.

1.2.01, nuclear medicine myocardial profusion scan: Indication: Atypical chest pain in 81-year old female with non-Q wave MI greater than 72 hours ago, via enzymes and EKG. The left ventricular size was within normal limits. The lung/heart ratio appeared within normal limits. SPECT images demonstrated large area of decreased uptake within the inferior wall with mild reversibility. There was decreased motion within the inferior

wall on both stress and rest. An ejection fraction of 51% was recorded at rest and an ejection fraction of 61% was recorded at stress.

1.2.01, treadmill report: Evaluated for chest discomfort, unspecified using the Persantine stress protocol and Myoview imaging. Resting systolic blood pressure was at 165 and heart rate was 59. Resting electrocardiogram showed sinus rhythm. There are no Q-waves present at rest. There was no ST depression present at rest. There was no ST segment elevation present at rest. Blood pressure response was normal. No exercise induced electrocardiographic abnormalities were seen. No supraventricular arrhythmia and uniform PVC's were seen. The chest was non-diagnostic for ischemia.

1.4.01, radiological report, KUB: No definite obstruction was identified.

1.4.01, UC Davis physical therapy note, inpatient: Alert and oriented x3 normal mentation. Having some balance difficulty, tends to fall backwards.

1.5.01, discharge summary: Admitted 12.21.00 status post motor vehicle accident with positive loss of consciousness and repetitive questions. Brought in by ambulance with hypertension in the field. Complaining of back pain. Left eye laceration with arterial bleed, which was sutured. Chest wall tenderness on the left consistent with rib fracture. Equal breath sounds. CT scan of the head showed left frontal soft tissue swelling. X-rays of the chest showed left pneumothorax and rib fractures and left chronic clavicular fracture and pulmonary edema. Pelvis showed left superior/inferior pubic ramus fracture and possible left trochanteric fracture. Throughout her stay in addition to injuries she was found to have occasional abnormal rhythms with atrial fibrillation and on further study was found to have normal Persantine/Thallium test, although she did have EKG and left bundle branch block. Pacemaker not indicated at this time. Her mental status throughout her stay waxed and waned between confusion and lucency. Discharge medication: Multivitamin, Benazepril, Colace, Dulcolax suppository, Senokot, Atenolol, Ecotrin, Carafate.

1.5.01, Eskaton Homestead of Fair Oaks admission nursing note.

1.6.01, initial physical therapy intake: Complains of light headedness. Blood pressure 140/70. Extreme pain in left neck/shoulder.

1.9.01, radiological report, chest, Homestead of Fair Oaks: Impression: (1) Infiltrate changes of left lower lobe and small amount of left pleural effusion. (2) Incidentally there was evidence of fusion of the cervical spine. (3) Mild atelectatic changes in the base of the right lung. Strong suspicion of fractures of the left ribs. Needing further evaluation. No evidence of lung contusion in the left lower lung field, but no detectable pneumothorax and no evidence of soft tissue emphysema.

17

1.10.01,   Homestead of Fair Oaks resident's assessment:   This reviews delirium, cognitive loss and dementia, ADL function rehab, psychosocial well being.

1.17.01, radiological report, chest: (1) Evidence of previous left chest trauma. (2) Left pleural effusion.  (3) Two nodules in the left lower lung zone.  These may be lung hematomas.  However, metastatic disease cannot be excluded.

1.18.01,  trauma surgery note, UCDMC:  Status post MVA with left eye laceration and arterial bleed.  Also had rib fractures, as well as left pneumothorax.  Also had left superior/inferior pubic ramus fracture.  During hospitalization she also had multiple medical illnesses including cardiac problems, which prolonged hospitalization.  Remains in skilled nursing facility.  Had been walking fairly aggressively with physical therapy and recently had increasing hip pain.  She does get up and ambulate in the morning without difficulty.  Taking pain medication three or four times a day.  Assessment: (1) Status post rib fractures. (2) Status post pneumothoraces. (3) Pelvic fractures.  Follow up with orthopedics and return as needed.

1.21.01,  occupational therapy discharge summary:  Home health services with 24-hour supervision was recommended.  Her most limiting factors included difficulty swallowing and decreased oral intake and weakness.  She continues to be oxygen to maintain her 90% oxygen sats.

1.25.01, radiological report, chest: Impression: Cardiomegaly.  Minimal right basilar atelectasis or infiltrate.  Mass left mid lung field with probable second smaller mass just adjacent to this.  The malignant disease could not be ruled out.

1.29.01, history and physical, Mercy San Juan: Admitted for weight loss.  Has lost 20 pounds in the 20 days since she has been at Homestead.  She has been extremely lethargic and minimally responsive.  She responds verbally, however she is extremely weak and doesn't get out of bed.  The admitting diagnoses included weight loss, exact cause undetermined, organic heart disease and left chronic clavicular fracture.

1.29.01, radiological report, chest, Homestead of Fair Oaks:  Impression: (1) Right lower lobe infiltrate. (2) Two nodules in the left lung.

1.29.01, radiological report, chest: Impression: (1) Multiple left rib lesions suspicious for metastatic disease. (2) Three pulmonary nodules consistent with metastatic disease. (3) Suggestion of left mastectomy. (4) COPD. (5) Cardiomegaly.

1.29.01,  radiological report, CT of the chest with contrast and CT abdomen with contrast. Diagnosis: Weight loss, atrial fibrillations.  Rule out carcinoma.  Extending to and including kidneys.  Impression:  Multiple left rib fractures are seen posteriorly and laterally with no evidence of pulmonary injury with no pneumothorax or fluid in the

pleural space. Two rounded spherical nodules are present in the left lung (the larger is approximately 2.8 cm, the smaller is approximately 1.7 cm). The lungs were otherwise unremarkable. No mediastinal nor hilar abnormalities are present. Images through the abdomen failed to demonstrate any distinct abnormal finding.

1.29.01, radiological report, <u>bone scan with vascular imaging, whole body</u>: Impression: The plain films and CT studies were available for comparison. Several skeletal abnormalities could be identified from the comparison studies, all suggesting traumas as an etiology, not destructive lesions or pathologic fractures. It would be difficult if not impossible to exclude metastatic disease as a possible etiology for one or even several of the innumerable skeletal abnormalities demonstrated. Would tend to favor skeletal trauma as their singular etiology. The accentuated labeling pattern seen about the knee is bilateral, but asymmetric (right greater than left) and more likely related to benign degenerative-type disease than to either fracture or metastatic disease.

1.29.01, pulmonary consultation, A. Karmakar, M.D.: Admitted with diminished level of consciousness along with weight loss. Recent MVA 12.21.00. Chest x-ray at that time showed evidence of left lung nodules. Denying shortness of breath. Denies hemoptysis, but admits to a cough, mainly nonproductive. Impression: Lung nodules of unclear etiology. Given shape, it most likely represents metastatic disease with most likely source being breast carcinoma given the patient history. Other unlikely possibilities include: (1) Circumscribed hematomas given her recent MVA with rib fractures, bronchopulmonary adenomas, hematomas or granulomas are very unlikely. (2) Coronary artery disease. (3) History of atrial fibrillation. (4) History of renal calculus. (5) History of breast cancer. (6) Status post left mastectomy. (7) Status post spine fusion after fracture from MVA. (8) History of right bundle branch block. (9) History of perforated gastric ulcer. (10) Hyponatremia.

1.30.01, radiological report, left hip and pelvis: Comparison was made to previous bone scan dated 1.29.01. Fracture of the left greater trochanter, corresponding to the abnormality noted on the prior radionuclide bone scan. There are also additional fractures involving the left pubic bone, as well as the right superior and inferior ischial pubic rami.

1.31.01, radiological report, chest: (1) Approximately 15% left pneumothorax status post long biopsy. Multiple pulmonary nodules. (2) Evidence of prior left mastectomy. (3) Multiple left rib fractures.

1.31.01, <u>CT guided needle biopsy</u>: Needle placed into the larger pulmonary nodule in the left mid lung. The preliminary no malignant tissue recovered raising the question of pulmonary hematomas. Incidental note is made of overlying rib fractures, 15% pneumothorax post procedure right mid lung infiltrates.

2.1.01 – 3.7.01 (approximate), Inpatient at Sunbridge Brittany Care Center.

2.1.01, inpatient progress note: She was alert and confused. Oxycontin was held as may be contributing to confused state.

2.1.01, procedure note, left-sided thoracentesis.

2.1.01, radiological report, nuclear medicine tumor localization: No evidence for abnormal NeoTect localization in the patient's radiographic pulmonary densities. Study offered no evidence for malignancy and support a benign etiology including hematoma or inflammatory changes. Findings in the right lower lung field are of doubtful significance, although they may reflect the nonspecific changes related to inflammatory diseases at this location. Similarly, anterior paraspinal changes are of doubtful significance.

2.2.01, Mercy San Juan discharge summary: Admitted 1.29.01 due to weight loss losing 20 pounds in 20 days and chest congestion, discharge summary: During admission had a chest CT showing three nodules, which could me metastatic. Nuclear medicine scan ha showed marked uptake of the left ribs, 4-6, left greater trochanteric area and pelvis. These were all consistent with motor vehicle accident injuries. She had a CT scan guided biopsy, which returned only blood, and on the third attempt resulted in a 15% left pneumothorax. The pathology lab stated they were hemosiderin-laden macrophages and benign histiocytes and hemosiderines and no malignant cells were identified. She then underwent bone scan and lung scan to differentiate and localize tumor. There was no uptake and only consistent with benign lesions. She then had thoracentesis, which resolved. She was quite alert and oriented, but became more confused. Her nephew related this to giving her Oxycontin. She was seen by speech therapy, who stated she did not participate well because of decreased mastication. Therapist recommended pureed diet, which her nephew related the need for this was due to a procedure when she had anterior cervical fusion, which resulted in dysphagia. It was felt she was very depressed and that she was living independently prior to this.

2.2.01, radiological report, chest: Complete resolution of left pneumothorax.

2.2.01, radiological report, CT scan of the head without contrast. Impression: No acute abnormality demonstrated. Senescent changes including mild atrophy of the periventricular low density consistent with ischemic changes.

3.19.01, Mercy San Juan emergency room note: Presents after she apparently fell today this morning while getting up to go to the bathroom. Has history of balance problems since motor vehicle crash in December. This is not uncommon for her to lose her balance and be unsteady. She uses a walker. Denies dizziness. Denied focal weakness or deficit. No chest pain, no shortness of breath, no palpitations. She had not been ill recently and did not lose consciousness. Denies significant neck pain. She had blood coming from

the scalp. There was no significant laceration, more of a contusion or abrasion noted with significant bleeding. TMs without drainage, nose and throat benign. Extraocular motions are intact, pupils are reactive. Glasgow coma score 15, cranial nerves II-XII are intact. No deficit or weakness. There was no evidence to suggest electrolyte imbalance, anemia, sepsis or cardiac abnormality or intracranial event. "This sounds like a common problem for her in terms of balance."

3.22.01, R. Shaffer, M.D.: On 12.21.00 was involved in major auto accident. She is in her own home cared for by an in-house attendant, doing fairly well. She fell 3.19, was returned to Mercy San Juan ER. No major injuries detected. She is feeling better each day. Medication: Only Tylenol as needed. She was walking with front-wheeled walker.

4.25.01, radiological report, right shoulder, complete: Indication: Pain, right shoulder, tendonitis. Impression: Cephalad displacement of the humeral head in relation to the acromion with erosion of the under surface of the acromion appears to be related to a chronic rotator cuff tear.

4.25.01, R. Shaffer, M.D.: Five to seven days ago had sudden onset of pain in and about the right shoulder. There was small area of ecchymosis of her upper anterior arm. Denies trauma. This was keeping her awake and not responding to Tylenol. Follow up with Dr. Strauch.

5.11.01, orthopedic consultation, M. Endicott, M.D.: Seen for right shoulder pain. She had a 20-year history of right shoulder complaints, including two rotator cuff surgeries done by Dr. Simms and has had cortisone injections from Dr. Strauch. She had noted some decreased range of motion and long history of mild pain in the right shoulder. On 12.21.00 was involved in motor vehicle accident. She hurt her left shoulder and was using her right shoulder more and began to note the onset of pain in right shoulder. She had been home since early March. During the past month, had noted decreased range of motion of the shoulder and increased pain. X-rays showed a high ridging, right humerus consistent with chronic rotator cuff tear pathology. Assessment: Rotator cuff arthropathy. She received an injection to the subacromial space with Lidocaine and steroid injection.

6.27.01, orthopedic note, M. Endicott, M.D.: At last visit was given a steroid injection to the right shoulder, which has helped substantially. Referred to physical therapy and follow up as needed.

9.7.01, ECG: Abnormal study. Sinus tachycardia, supraventricular extrasystoles, right axis deviation, right bundle branch block, repeat of myocardial injury is suspected.

11.6.01, R. Shaffer, M.D.: She had increased edema, 3+ up to the knees bilaterally. She reported mild dyspnea with exertion. No angina and occasional light headedness if getting up too quickly. Sent for renal panel. Continue meds, increase Lasix.

11.13.01, echocardiograph/Doppler report (page 1 only): The rhythm throughout the study was bigeminal. Although the exact mechanism is not certain, it was suspected sinus with bigeminal premature contractions, probably ventricular.

11.18.01, radiological report, chest: Indication: Shortness of breath. Impression: Findings most suggestive for congestive heart failure.

11.18.01, history and physical, Sutter Hospital: Presents to ER earlier today with rectal temperatures of 92. Cardiac arrhythmias and reduced level of consciousness. She was in stable health at least two to three days ago. Recalls feeling very tired. She has had no head injury. In the ER, there was mild shortness of breath and question of mild congestive heart failure was noted. She was under treatment for edema for "quite a while" with Lasix and potassium and in the last few weeks to a month, the edema resolved. About a year ago, was hit on the left side of the head apparently producing some type of brain injury and a "coma for several days". She does not know any sequela from that. Denies headache. No seizure or loss of consciousness history. Impression: (1) Admission hypothermia of unclear cause. Rule out urinary tract sepsis with abnormal urinalysis. (2) Adrenal insufficiency, hypothyroidism to be considered. (3) Possible congestive heart failure, apparently from old records. (4) Recent edema previously treated with Lasix and resolved. (5) Present arrhythmia including bigeminal rhythm disturbance improved with re-warming. (6) Forgetful, questionable significant in diagnosis, apparently chronic. (7) Status post breast cancer, 1983. No known recurrence. Her stated "normal temperature" was "96.8" over many years. She would be warmed to 97 and observed. Reading of later notes indicates that she was an inpatient until approximately 11.27.01 and then transferred to Sherwood Health Care Center through 12.28.01 undergoing physical therapy, occupational therapy and speech therapy treatment.

11.19.01, radiological report, chest: Indication: Bradycardia, hypothermia. Compared to the 11.18.01 study. Stable cardiomegaly with interval improvement in CHF. (2) Small pleural effusions and left retro cardiac atelectasis/infiltrate. (3) Evidence of left mastectomy. (4) Osteoporosis. Mildly angulated left mid clavicle fracture, which appears cute to subacute. There also appears to be healing left posterior second rib fracture.

12.31.01, emergency room note, Sutter General: According to the nursing home, she had a decreased level of consciousness today. Not responding will to their attempts to get her to eat or drink. She had only been in nursing a few days. Refusing to eat nearly the

whole time.  Impression: Dehydration.  The chronic problem was her refusal to eat and drink.  Rehydrated and discharged to nursing home.

# PHYSICAL EXAMINATION

**Limited Physical Examination**:  Her sensorium remained clear and her conduct remained appropriate while I was in the room.  When I stepped out to interview her brother and sister-in-law in a different room, she lapsed into a high-pitched whining, which just at that moment the brother had been explaining to me as something that commonly occurs with her.  She lapsed into brief crying a number of times in the course of my interview.  This whine seems to be a form of crying, it is non-verbal, and its context suggests that it is a distress cry.

Her general appearance is of advanced cachexia, pallor, and generalized weakness.  After 30-40 minutes as she sat in the wheelchair she began to complain of excessive fatigue.  Prior to this she had complained a few times of a restless sensation.  At around 30-40 minutes, therefore, her nephew finally got her up to see if she could take a few steps.  She could not really rise by herself without assistance.  Once up out of the chair she was moderately stooped.  It was manifestly unsafe for her to try to stand without assistance, she could barely stand even <u>with</u> assistance.  Supporting her weight without injuring her is problematic, due to the extreme subcutaneous wasting evident around the lateral ribs, and the frailty of the shoulder soft tissues.  At one point I was probably supporting her full weight and I would estimate it to be around 80 pounds.  Thus supported she could take a few shuffling steps but complained of fatigue at that point, simultaneous with commenting that ordinarily as she warms up she can do a little better than this.

She could get either arm up to about 90 degrees at least for flexion.

Very grossly, I did not think she had focal deficits in the extremities, but the weakness was far too profound to permit any sort of detailed testing as to focal strength.

She was non-confabulatory.  Except as already mentioned, her affect seemed generally appropriate.  At times she interjected herself in the conversation and gave evidence that she understood reasonably well what was being said.  Some 60-70 percent of her words could be understood with considerable difficulty.  Within those limits the phraseology was appropriate to the context.  She did distinguish between what she could and could not reliably recall.  At times though it was not possible to determine into what context her remarks had been intended.

## DIAGNOSTIC IMPRESSIONS

(1) Closed head injury, concussion.

(2) Advanced cachexia.

(3) Myocardial infarction in the context of the 11.21.00 motor vehicle accident, superimposed on prior subendocardial myocardial infarction.

(4) Multiple pelvis and left acetabular fractures, evidently non-displaced.

(5) Multiple left rib fractures, subsequent complication of intraparenchymal pulmonic hemorrhage.

(6) Left clavicular fracture.

Pre-accident diagnoses that still form part of the active medical picture include cervical degenerative disease, status post fusion procedure and probably some residual range of motion limitation in the right shoulder.

Older diagnoses that were probably in remission at the time of the accident and probably still in remission include: Nephrolithiasis, breast carcinoma, reflux esophagitis, idiopathic hypercalciuria (by history, 2.18.98), and a mechanical right foot condition possibly secondary to full thickness skin grafting for a squamous cell carcinoma.

She had ordinary "volume loss" on a brain MRI, consistent with age (2.26.98) and osteoarthritis consistent with age (note of 10.5.76).

The status of her swallowing, both before and after the present accident, is essentially unknown.  She is not coughing taking soups now (which usually means essentially normal function), but there had been some dysphagia on at least one occasion before (3.7.00).

The older records mention histories of hypertension and glaucoma regarding which I have no information and I do not think they are significant parts of her medical picture at present.

General Consequences of this Accident:  This accident converted Ms. Kellogg from an individual living independently and actively participating in such social events as performing in a ukulele band and driving in an area that is unusually challenging from the point of view of complexity and cognitive demand, capable of driving herself for purposes of shopping, reportedly managing three checkbook accounts, reportedly capable

of some limited gardening, able to get up the two steps into her house from where the car is parked to floor level without railings or assistance of difficulties, routinely, to a wheelchair bound individual, highly frustrated by her incapacities, requiring 24 hour care, living on soup, and progressively wasting away.

The cause of death in this context is almost always sepsis. It almost always occurs as a complication of hospitalization. The hospitalization almost always occurs because of a fall. There is no way to prevent this. Preventatives that one might imagine cannot be effectuated and do not work.

There are several sources of frustration for Ms. Kellogg in this circumstance.

(1) It is very difficult for her to make herself understood. This is expected to improve to some limited degree if and when she gets dentures restored to her, but there are several other factors besides edentulousness interfering with her expression, including, even, shortness of breath.

(2) Prolonged sitting becomes quite uncomfortable, first by virtue of a restless situation, then by virtue of an excessive fatigue, then both.

(3) If she tries to stand, she must sit up either with the considerable pressure in traction (dangerous, actually) of someone trying to support her, or must otherwise try to increase the extent to which she supports herself, which, reliably, she cannot do. Watching her get from wheelchair to car, I was impressed that she retains some significant amount of ability to assist in a transfer, a transfer for example as she must frequently require for toilet needs, but I do not think this can last very long in view of her obvious cachexia and the limitations of a diet of soup.

Ms. Kellogg seemed very much aware of these problems, and expressed this frustration as well as her verbal and expressive means allowed, while she was here. Eventually, I think, her frustration went beyond mere verbal limitations, as described in the body of this report.

I do not think it would add anything to try to explain at this point precisely which deficits preclude her walking effectively, or being able to eat enough to keep from wasting away, or what leaves her with relatively spotty and inconsistent attentional and memory function. There are so many things wrong now that these interact in ways that preclude isolating any one of them as causative. None of them are identifiably remediable.

Assuming the information outlined in this report as to the pre-accident status to be factual, and noting the medical records (which are consistent with it), it is possible to say, with reasonable confidence, how long it would have been, absent this accident or some other accident, before Ms. Kellogg would have reached some such condition just on the

KELLOGG - Evaluation by M. G. Adelberg, M.D. – 4.25.02

basis of terminal aging.  Taking the date of the accident itself as the "zero point," a reliable estimate is: About seven to eight years.  The chances of that number being too small are about the same as the chances of its being too large.

<u>Disclosures and Declarations</u>

I supply this document, in response to request, for use only in connection with treatment, referral for treatment, or the proof or disproof of claim(s) in a court of law or in judicial arbitration.

My thanks for having the opportunity of commenting on this matter.  Please let me know if there is additional information your office requires.

MICHAEL G. ADELBERG, M.D.
Diplomate, American Board of Psychiatry and Neurology, Inc.