## AFFIDAVIT OF MAILING

STATE OF DELAWARE)
                     ) SS.
COUNTY OF KENT   )

**BE IT REMEMBERED** that on this \_\_8th\_\_ day of \_\_August\_\_, A.D., 2002, personally appeared before me, Darlene W. Blythe, who after being duly sworn by me according to law did depose and say that she did personally mail:

    _____    By Certified Mail, Return Receipt Requested

    \_\_X\_\_    By United States Postage Prepaid Mail

    _____    By Facsimile

on \_\_August 8\_\_, 2002,    copies of the within

### EDYTHE KELLOGG'S RESPONSE
### TO
### DEBTORS' OBJECTION TO CLAIM OF EDYTHE KELLOGG

to the following:

TO:    SEE SERVICE LIST ATTACHED HERETO

_/s/ Darlene W. Blythe_
Darlene W. Blythe

**SWORN TO AND SUBSCRIBED** before me the day, month and year first above written.

_/s/_
NOTARY PUBLIC

PATRICK SCANLON
Attorney at Law with
Power to act as Notary Public
per 29 Del. C. § 4323 (a) (3)

## SERVICE LIST

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801                                **VIA FAX (302) 652-4400**

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801