IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objections due by:  August 29, 2002 @ 4:00 p.m.** |
| . | ) | |
| | ) | |

## NOTICE OF APPLICATION

TO:
Counsel to the Debtors
Counsel to the Official Committee Unsecured Creditors
Counsel to the Official Committee of Property Damage Claimants
Bankruptcy Rule 2002 Service List

Office of the United States Trustee
Counsel to the Debtors' Post-Petition Lenders
Counsel to the Official Committee of Equity Holders

PLEASE TAKE NOTICE that on August 9, 2002 the **Fifth Interim Fee Application of L Tersigni Consulting P.C., for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountant and Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants for the Period of April 1, 2002 through June 30, 2002** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served in accordance with the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

PLEASE TAKE FURTHER NOTICE that the Application seeks approval and allowance of compensation in the amount of $117,542.50 and reimbursement of expenses in the amount of $955.19 for the period of April 1, 2002 through June 30, 2002.

PLEASE TAKE FURTHER NOTICE that any objection to the Application must be filed with the U.S. Bankruptcy Court, and served upon: (i) counsel for the Official Committee of Asbestos Personal Injury Claimants: (a) Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn:  Matthew G. Zaleski, III, Esquire); (b) Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York  10022 (Attn:  Elihu Inselbuch, Esquire); and (c) Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C.  20005-5802 (Attn:  Peter Van N. Lockwood, Esquire); (ii) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn:  David B. Siegel, Senior VP and General Counsel);  (iii) Debtors' counsel:  (a) Kirkland & Ellis, 200 East Randolph Drive,

Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (iv) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (v) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (vi) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); (vii) Counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.), and (viii) counsel to the Official Committee of Equity Holders: Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (Attn: Thomas M. Mayer, Esq.) **so as to be received by August 29, 2002 at 4:00 p.m. prevailing Eastern Time.**

PLEASE TAKE FURTHER NOTICE that a copy of the Application was served upon (i) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (ii) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (iii) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (v) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); and (vi) counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.), and (vii) counsel to the Official Committee of Equity Holders: Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (Attn: Thomas M. Mayer, Esq.).

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS TO THE APPLICATION ARE FILED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

    CAPLIN & DRYSDALE, CHARTERED
    Elihu Inselbuch
    399 Park Avenue
    New York, NY  10022
    (212) 319-7125

    -and-

    CAPLIN & DRYSDALE, CHARTERED
    Peter Van N. Lockwood
    One Thomas Circle, N.W.
    Washington, D.C.  20005
    (202) 862-5000

    - and -

    CAMPBELL & LEVINE, LLC

    /s/ Aileen F. Maguire
    Matthew G. Zaleski, III (I.D. #3557)
    Aileen F. Maguire (I.D. #3756)
    1201 N. Market Street
    15th Floor
    Wilmington, DE  19899
    (302) 426-1900

    Counsel for the Official Committee
      of Asbestos Personal Injury Claimants

Dated:  August 9, 2002