**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

June 25, 2002

| Invoice No. 06302 |

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre - 15th Floor
1201 N. Market Street
Wilmington, DE. 19801

## RE:  W.R. Grace

For services rendered in connection with the above-captioned matter during the period May 1, 2002 through May 31, 2002 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 34.35 | $14,598.75 |
| Bradley Rapp - Managing Director | 4.50 | $1,912.50 |
| Brian Cavanaugh - Managing Director | 18.50 | $7,862.50 |
| Michael Berkin - Managing Director | 20.40 | $8,670.00 |
| Peter Rubsam - Director | 8.95 | $2,864.00 |
| Susan Plotzky - Director | 34.50 | $11,040.00 |
| Dottie-Jo Collins - Manager | 4.10 | $984.00 |

| Expenses (see Schedule C) | | |
|---|---|---|
| Postage, Telephone, Fax and Xerox | | $546.95 |
| **TOTAL** | | **$48,478.70** |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

June 25, 2002

Invoice No. 06302

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre- 15th Floor
1201 N. Market Street
Wilmington, DE.  19801

# RE:   W.R. Grace

Summary of Professional Services Rendered:    May 1 -31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 34.35 | $14,598.75 |
| Bradley Rapp | Schedule A | $425 | 4.50 | $1,912.50 |
| Brian Cavanaugh | Schedule A | $425 | 18.50 | $7,862.50 |
| Michael Berkin | Schedule A | $425 | 20.40 | $8,670.00 |
| Peter Rubsam | Schedule A | $320 | 8.95 | $2,864.00 |
| Susan Plotzky | Schedule A | $320 | 34.50 | $11,040.00 |
| Dottie-Jo Collins | Schedule A | $240 | 4.10 | $984.00 |
| **Total Professional Services- Schedule A:** | | | 125.30 | $47,931.75 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $546.95 |
| **TOTAL  DUE  THIS  INVOICE** | | | | $48,478.70 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
         by Billing Matter Category.

# W.R. Grace

## Schedule A

Services Rendered during the Period: May 1 -31, 2002.

### Loreto T. Tersigni - Managing Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/02 | Discussion with Blackstone Group regarding modifications to executive compensation plan. | 16 | 0.20 | $425 | $85.00 |
| 5/7/02 | Review and analysis of Monthly Operating Reports for March 2002-review of schedule of cash receipts/disbursements | 20 | 0.50 | $425 | $212.50 |
| 5/7/02 | Review and analysis of Monthly Operating Reports for March 2002-combining Statement of Operations | 20 | 0.95 | $425 | $403.75 |
| 5/7/02 | Review and analysis of Monthly Operating Reports for March 2002-combining Balance Sheet | 20 | 1.00 | $425 | $425.00 |
| 5/7/02 | Review and analysis of Monthly Operating Reports for March 2002- A/R Aging | 20 | 0.35 | $425 | $148.75 |
| 5/7/02 | Review and analysis of Monthly Operating Reports for March 2002- combining Statement of Cash Flows | 20 | 0.35 | $425 | $148.75 |
| 5/8/02 | Review of The Blackstone Group Summary Analysis of Grace's 2002 Executive Compensation Plan. | 16 | 2.00 | $425 | $850.00 |
| 5/8/02 | Preparation of memorandum and related analysis to counsel regarding debtors' proposed modifications to its executive compensation programs. | 16 | 2.50 | $425 | $1,062.50 |
| 5/8/02 | Discussion with counsel regarding findings and next step. | 16 | 0.25 | $425 | $106.25 |
| 5/10/02 | Review of Houlihan Lokey Solvency report dated August 1977. | 16 | 2.30 | $425 | $977.50 |
| 5/13/02 | Review of notes and Blackstone report in connection with conference call with ACC regarding comments and recommendations on executive compensation plan amendments. | 16 | 0.70 | $425 | $297.50 |
| 5/13/02 | Conference call with ACC and counsel to discuss executive compensation plan amendments for 2002. | 17 | 0.60 | $425 | $255.00 |
| 5/13/02 | Preparation of ACC proposed modifications for discussion with debtor. | 17 | 0.25 | $425 | $106.25 |
| 5/14/02 | Preparation of engagement status report to ACC counsel | 17 | 0.50 | $425 | $212.50 |
| 5/15/02 | Meeting with ACC counsel to review engagement status. | 17 | 0.50 | $425 | $212.50 |
| 5/23/02 | Preparation of quarterly review comments and analysis of operating results, cash flow, and financial condition for distribution to ACC. | 17 | 2.25 | $425 | $956.25 |
| 5/23/02 | Review of Houlihan Lokey Solvency report an drelated exhibits dated August 1977. | 16 | 1.50 | $425 | $637.50 |
| 5/23/02 | Discussion with counsel regarding Houlihan Lokey solvency opinion | 16 | 0.10 | $425 | $42.50 |
| 5/23/02 | Review of calendar of critical dates and events. | 12 | 0.10 | $425 | $42.50 |
| 5/24/02 | Conference call with Blackstone regarding proposed amendments to executive compensation plans and ACC objections. | 17 | 0.70 | $425 | $297.50 |
| 5/24/02 | Preparation of memorandum and summary schedule regarding review of Holihan Lokey Solvency Analysis. | 16 | 1.50 | $425 | $637.50 |
| 5/28/02 | Review of Houlihan Lokey Solvency Analysis | 16 | 3.25 | $425 | $1,381.25 |
| 5/28/02 | Preparation of preliminary comments and observations for counsel relating to Houlihan Lokey Solvency | 16 | 2.00 | $425 | $850.00 |
| 5/28/02 | Review and analysis of Grace annual report on form 10-k for the year ended March 31, 1998. | 20 | 1.75 | $425 | $743.75 |
| 5/28/02 | Final review of Q1 2002 quarterly review for distribution to ACC. | 17 | 0.50 | $425 | $212.50 |
| 5/29/02 | Meeting with counsel to discuss financial and valuations issued related to Sealed Air disposition. | 51 | 3.75 | $425 | $1,593.75 |
| 5/29/02 | Development of work plan regarding valuation and solvency analysis matters requested by counsel. | 51 | 2.25 | $425 | $956.25 |
| 5/30/02 | Preparation of document request list regarding balance sheet analysis at March 31, 1998. | 16 | 1.75 | $425 | $743.75 |
| | **Sub-Total** | | 34.35 | | $14,598.75 |

### Bradley Rapp - Managing Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/02 | Conference call with Larry Tersigni and Peter Rubsam to discuss need for analyzing reports prepared by third parties relating to fraudulent transfers | 51 | 0.40 | $425 | $170.00 |
| 5/14/02 | Review of most recent Ibbotson data for calculation of discount rates for purposes of DCF valuation | 51 | 0.80 | $425 | $340.00 |
| 5/14/02 | Modeling of fixed asset and depreciation accounts into business model for purposes of DCF valuation and capital structure analysis | 51 | 0.80 | $425 | $340.00 |
| 5/14/02 | Modeling of temporary and permanent differences between GAAP and taxable income into the business valuation model | 51 | 0.90 | $425 | $382.50 |
| 5/15/02 | Modeling of NOL tax carry backs and carry forwards into the business model for purposes of DCF valuation and capital structure analysis | 51 | 1.40 | $425 | $595.00 |
| 5/16/02 | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $425 | $85.00 |
| | **Sub-Total** | | 4.50 | | $1,912.50 |

# W.R. Grace

## Schedule A

Services Rendered during the Period:   May 1 -31, 2002.

### Brian Cavanaugh - Managing Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/9/02 | Review of Houlihan Lokey solvency analyses and other related documents | 16 | 1.00 | $425 | $425.00 |
| 5/11/02 | Further review of Houlihan Lokey solvency analysis | 16 | 3.00 | $425 | $1,275.00 |
| 5/14/02 | Discussion with Peter Rubsam about WR Grace regarding solvency analysis | 16 | 0.50 | $425 | $212.50 |
| 5/16/02 | Review and conference call with Nate Finch, Counsel, regarding preliminary findings of Houlihan Lokey's solvency opinion for WR Grace | 16 | 0.50 | $425 | $212.50 |
| 5/16/02 | Rough of Memo to Counsel regarding Review of Houlihan Lokey Solvency Opinion | 16 | 3.00 | $425 | $1,275.00 |
| 5/20/02 | Review and analysis of Houlihan Lokey Solvency Opinion | 16 | 3.00 | $425 | $1,275.00 |
| 5/21/02 | Further analysis of Houlihan Lokey Solvency Opinion | 16 | 1.50 | $425 | $637.50 |
| 5/22/02 | Finalization of memo regarding Houlihan Lokey Solvency Opinion | 16 | 1.00 | $425 | $425.00 |
| 5/27/02 | Half round trip travel: meeting to discuss WR Grace issues with Millberg Weiss | 16 | 2.00 | $425 | $850.00 |
| 5/27/02 | Meetings with Millberg Weiss and Larry Tersigni regarding WR Grace case | 16 | 3.00 | $425 | $1,275.00 |
| | Sub-Total | | 18.50 | | $7,862.50 |

### Michael Berkin

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/02 | Status meeting to discuss open issues | 12 | 0.50 | $425 | $212.50 |
| 5/2/02 | Research related to Cross Country Staffing divestiture in fraudulent transfer lawsuit. | 16 | 2.20 | $425 | $935.00 |
| 5/13/02 | Preparation for conference call with ACC re Grace compensation motion | 17 | 1.50 | $425 | $637.50 |
| 5/13/02 | Conference call with ACC re Grace compensation motion | 17 | 0.50 | $425 | $212.50 |
| 5/13/02 | Discuss revised proposed compensation program | 16 | 1.00 | $425 | $425.00 |
| 5/13/02 | Discuss June pending motions with debtor financial advisor | 16 | 0.70 | $425 | $297.50 |
| 5/14/02 | Preparation for status meeting with counsel to ACC | 17 | 1.30 | $425 | $552.50 |
| 5/15/02 | Participation in status meeting with counsel to ACC and subsequent summarization of issues | 17 | 0.50 | $425 | $212.50 |
| 5/16/02 | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $425 | $85.00 |
| 5/22/02 | Discuss recommended changes related to the Grace 2002 retention, severance and incentive motion | 16 | 1.50 | $425 | $637.50 |
| 5/24/02 | Preparation for discussion with Grace financial advisor related to compensation | 16 | 1.30 | $425 | $552.50 |
| 5/24/02 | Discussion with Grace financial advisor related to proposed incentive compensation changes | 16 | 0.70 | $425 | $297.50 |
| 5/28/02 | Prepare memorandum summarizing conversation with Grace financial advisor related to the LTC compensation counterproposal | 16 | 2.00 | $425 | $850.00 |
| 5/28/02 | Review 2002 1Q operating results review and full year forecast | 20 | 2.50 | $425 | $1,062.50 |
| 5/30/02 | Planning session for Grace solvency analysis | 16 | 2.00 | $425 | $850.00 |
| 5/30/02 | Research important criteria for determing solvency | 16 | 2.00 | $425 | $850.00 |
| | Sub-Total | | 20.40 | | $8,670.00 |

### Peter Rubsam - Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/02 | Internal discuss and overview of fraudulent transfer and review documents | 51 | 1.50 | $320 | $480.00 |
| 5/14/02 | Review Houlihan Lokey document regarding WR Grace prior valuation | 51 | 1.50 | $320 | $480.00 |
| 5/15/02 | Discussed findings on fraudulent transfer | 51 | 0.50 | $320 | $160.00 |
| 5/15/02 | Review Conway Del Genio document on valuation of WR Grace | 51 | 1.00 | $320 | $320.00 |
| 5/16/02 | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $320 | $64.00 |
| 5/16/02 | Conference call with Nate Finch & Brian Cavanaugh to discuss analysis on Houlihan Lokey documents | 51 | 0.25 | $320 | $80.00 |
| 5/16/02 | Review findings prior to conference call with Nate Finch | 51 | 0.25 | $320 | $80.00 |
| 5/17/02 | Review summary memorandum from Brian Cavanaugh to Nate Finch regarding 5/16 meeting | 51 | 1.00 | $320 | $320.00 |
| 5/20/02 | Review and analyze Houlihan Lokey document on comparable companys | 51 | 1.25 | $320 | $400.00 |
| 5/23/02 | Edit Brian Cavanaugh memorandum to Nate Finch regarding fraudulent transfer | 51 | 1.00 | $320 | $320.00 |
| 5/24/02 | Made necessary adjustments to Brian Cavanaugh fraudulent transfer memorandum upon completion of edit | 51 | 0.50 | $320 | $160.00 |
| | Sub-Total | | 8.95 | | $2,864.00 |

# W.R. Grace

## Schedule A

Services Rendered during the Period: May 1-31, 2002.

### Susan Plotzky - Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/3/02 | Discussion with counsel on status of compensation review | 16 | 0.20 | $320 | $64.00 |
| 5/7/02 | Discussion of status of executive proposed compensation programs | 16 | 1.25 | $320 | $400.00 |
| 5/8/02 | Prepare memo regarding the existing and new LTIP programs | 16 | 1.50 | $320 | $480.00 |
| 5/8/02 | Prepare memo regarding the existing and new retention programs | 16 | 1.50 | $320 | $480.00 |
| 5/8/02 | Prepare memo regarding the existing and new severance programs | 16 | 1.00 | $320 | $320.00 |
| 5/9/02 | Status update to committee on executive compensation proposed executive compensation programs | 17 | 2.25 | $320 | $720.00 |
| 5/10/02 | Conference call with management regarding 1st Quarter results and latest forecast | 20 | 0.45 | $320 | $144.00 |
| 5/10/02 | Analyze First Quarter Results - Consolidated | 20 | 1.25 | $320 | $400.00 |
| 5/10/02 | Analyze First Quarter Results - Davidson | 20 | 0.60 | $320 | $192.00 |
| 5/10/02 | Analyze First Quarter Results - Performance Chemicals | 20 | 0.60 | $320 | $192.00 |
| 5/10/02 | Analyze Latest Full Year Forecast | 20 | 1.60 | $320 | $512.00 |
| 5/13/02 | Preparation for meeting with counsel regarding executive compensation changes | 16 | 0.50 | $320 | $160.00 |
| 5/13/02 | Conference call with counsel and committee co-chairman regarding proposed exec comp changes | 16 | 1.00 | $320 | $320.00 |
| 5/13/02 | Prepare recommendations for executive compensation changes | 16 | 0.75 | $320 | $240.00 |
| 5/16/02 | Prepare comparative P&L, Balance Sheet and Cash Flow for First Quarter - 2002 Actual and plan | 20 | 2.00 | $320 | $640.00 |
| 5/16/02 | Prepare comparative P&L, Balance Sheet and Cash Flow for First Quarter - 2001 actual | 20 | 0.90 | $320 | $288.00 |
| 5/16/02 | Prepare comparative Sales and EBITDA by segment for First Quarter - 2002 actual, plan and 2001 actual | 20 | 1.25 | $320 | $400.00 |
| 5/16/02 | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.15 | $320 | $48.00 |
| 5/20/02 | Prepare Full Year Forecast charts | 20 | 1.00 | $320 | $320.00 |
| 5/20/02 | Prepare commentary on Income Statement and segment variations for 2002 vs plan and 2001 | 20 | 2.25 | $320 | $720.00 |
| 5/21/02 | Discussion with counsel on recommendations regarding exec comp | 16 | 0.50 | $320 | $160.00 |
| 5/22/02 | Commentary of Segments vs 2001, Balance Sheet and Cash Flow. | 20 | 2.50 | $320 | $800.00 |
| 5/22/02 | Compile First Quarter review | 20 | 1.25 | $320 | $400.00 |
| 5/23/02 | Revisions to first quarter review | 20 | 1.00 | $320 | $320.00 |
| 5/24/02 | Preparation for meeting with Blackstone on exec comp recommendations | 16 | 0.50 | $320 | $160.00 |
| 5/24/02 | Discuss exec comp recommendations with Blackstone | 16 | 0.75 | $320 | $240.00 |
| 5/24/02 | Finalize first quarter review and prepare accompanying memo | 20 | 0.50 | $320 | $160.00 |
| 5/28/02 | Finalize first quarter review and prepare accompanying memo | 20 | 1.25 | $320 | $400.00 |
| 5/28/02 | Review memo regarding discussion with Blackstone on executive compensation | 16 | 0.30 | $320 | $96.00 |
| 5/30/02 | Discussion of solvency analysis as it pertains to the potential fraudulent 3/31/98 | 51 | 1.30 | $320 | $416.00 |
| 5/31/02 | Prepare document requests related to solvency issue | 20 | 0.40 | $320 | $128.00 |
| 5/31/02 | Research solvency issues related to fraudulent transfers | 51 | 2.25 | $320 | $720.00 |
| | Sub-Total | | 34.50 | | $11,040.00 |

### Dottie-Jo Collins - Manager

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/31/02 | Assignment of New Monthly Billing Matter Categories | 18 | 1.10 | $240.00 | $264.00 |
| 5/31/02 | Compilation and consolidation of monthly services rendered | 18 | 3.00 | $240.00 | $720.00 |
| | Sub-Total | | 4.10 | | $984.00 |
| | **TOTAL Schedule A** | | **125.30** | | **$47,931.75** |

# W.R. Grace — Schedule B

Services Rendered during the Period: May 1 - 31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/02 | M.Berkin | Status meeting to discuss open issues | 12 | 0.50 | $425 | $212.50 |
| 5/16/02 | B.Rapp | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $425 | $85.00 |
| 5/16/02 | M.Berkin | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $425 | $85.00 |
| 5/16/02 | P.Rubsam | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.20 | $320 | $64.00 |
| 5/16/02 | S.Plotzky | Status meeting - review of account status, open issues, work assignments and product priorities | 12 | 0.15 | $320 | $48.00 |
| 5/23/02 | L.Tersigni | Review of calendar of critical dates and events. | 12 | 0.10 | $425 | $42.50 |
| | | **Sub-Total Code 12** | | **1.35** | | **$537.00** |
| 5/2/02 | M.Berkin | Research related to Cross Country Staffing divestiture in fraudulent transfer lawsuit. | 16 | 2.20 | $425 | $935.00 |
| 5/3/02 | S.Plotzky | Discussion with counsel on status of compensation review | 16 | 0.20 | $320 | $64.00 |
| 5/7/02 | L.Tersigni | Discussion with Blackstone Group regarding modifications to executive compensation plan. | 16 | 0.20 | $425 | $85.00 |
| 5/7/02 | S.Plotzky | Discussion of status of executive proposed compensation programs | 16 | 1.25 | $320 | $400.00 |
| 5/8/02 | L.Tersigni | Review of The Blackstone Group Summary Analysis of Grace's 2002 Executive Compensation Plan. | 16 | 2.00 | $425 | $850.00 |
| 5/8/02 | L.Tersigni | Preparation of memorandum and related analysis to counsel regarding debtors' proposed modifications to its executive compensation programs. | 16 | 2.50 | $425 | $1,062.50 |
| 5/8/02 | L.Tersigni | Discussion with counsel regarding findings and next step. | 16 | 0.25 | $425 | $106.25 |
| 5/8/02 | S.Plotzky | Prepare memo regarding the existing and new LTIP programs | 16 | 1.50 | $320 | $480.00 |
| 5/8/02 | S.Plotzky | Prepare memo regarding the existing and new retention programs | 16 | 1.50 | $320 | $480.00 |
| 5/8/02 | S.Plotzky | Prepare memo regarding the existing and new severance programs | 16 | 1.00 | $320 | $320.00 |
| 5/9/02 | B.Cavanaugh | Review of Houlihan Lokey solvency analyses and other related documents | 16 | 1.00 | $425 | $425.00 |
| 5/10/02 | L.Tersigni | Review of Houlihan Lokey Solvency report dated August 1977. | 16 | 2.30 | $425 | $977.50 |
| 5/11/02 | B.Cavanaugh | Further review of Houlihan Lokey solvency analysis | 16 | 3.00 | $425 | $1,275.00 |
| 5/13/02 | L.Tersigni | regarding comments and recommendations on executive compensation plan amendments. | 16 | 0.70 | $425 | $297.50 |
| 5/13/02 | M.Berkin | Discuss revised proposed compensation program | 16 | 1.00 | $425 | $425.00 |
| 5/13/02 | M.Berkin | Discuss June pending motions with debtor financial advisor | 16 | 0.70 | $425 | $297.50 |
| 5/13/02 | S.Plotzky | Preparation for meeting with counsel regarding executive compensation changes | 16 | 0.50 | $320 | $160.00 |
| 5/13/02 | S.Plotzky | Conference call with counsel and committee co-chairman regarding proposed exec comp changes | 16 | 1.00 | $320 | $320.00 |
| 5/13/02 | S.Plotzky | Prepare recommendations for executive compensation changes | 16 | 0.75 | $320 | $240.00 |
| 5/14/02 | B.Cavanaugh | Discussion with Peter Rubsam about WR Grace regarding solvency analysis | 16 | 0.50 | $425 | $212.50 |
| 5/16/02 | B.Cavanaugh | Review and conference call with Nate Finch, Counsel, regarding preliminary findings of Houlihan Lokey's solvency opinion for WR Grace | 16 | 0.50 | $425 | $212.50 |
| 5/16/02 | B.Cavanaugh | Rough of Memo to Counsel regarding Review of Houlihan Lokey Solvency Opinion | 16 | 3.00 | $425 | $1,275.00 |
| 5/20/02 | B.Cavanaugh | Review and analysis of Houlihan Lokey Solvency Opinion | 16 | 3.00 | $425 | $1,275.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: May 1 - 31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/21/02 | B.Cavanaugh | Further analysis of Houlihan Lokey Solvency Opinion | 16 | 1.50 | $425 | $637.50 |
| 5/21/02 | S.Plotzky | Discussion with counsel on recommendations regarding exec comp | 16 | 0.50 | $320 | $160.00 |
| 5/22/02 | B.Cavanaugh | Finalization of memo regarding to Houlihan Lokey Solvency Opinion | 16 | 1.00 | $425 | $425.00 |
| 5/22/02 | M.Berkin | Discuss recommended changes related to the Grace 2002 retention, severance and incentive motion | 16 | 1.50 | $425 | $637.50 |
| 5/23/02 | L.Tersigni | Review of Houlihan Lokey Solvency report an drelated exhibits dated August 1977. | 16 | 1.50 | $425 | $637.50 |
| 5/23/02 | L.Tersigni | Discussion with counsel regarding Houlihan Lokey solvency opinion | 16 | 0.10 | $425 | $42.50 |
| 5/24/02 | L.Tersigni | Preparation of memorandum and summary schedule regarding review of Holihan Lokey Solvency Analysis. | 16 | 1.50 | $425 | $637.50 |
| 5/24/02 | M.Berkin | Preparation for discussion with Grace financial advisor related to compensation | 16 | 1.30 | $425 | $552.50 |
| 5/24/02 | M.Berkin | Discussion with Grace financial advisor related to proposed incentive compensation changes | 16 | 0.70 | $425 | $297.50 |
| 5/24/02 | S.Plotzky | Preparation for meeting with Blackstone on exec comp recommendations | 16 | 0.50 | $320 | $160.00 |
| 5/24/02 | S.Plotzky | Discuss exec comp recommendations with Blackstone | 16 | 0.75 | $320 | $240.00 |
| 5/27/02 | B.Cavanaugh | Half round trip travel: meeting to discuss WR Grace issues with Millberg Weiss | 16 | 2.00 | $425 | $850.00 |
| 5/27/02 | B.Cavanaugh | Meetings with Millberg Weiss and Larry Tersigni regarding WR Grace case | 16 | 3.00 | $425 | $1,275.00 |
| 5/28/02 | L.Tersigni | Review of Houlihan Lokey Solvency Analysis | 16 | 3.25 | $425 | $1,381.25 |
| 5/28/02 | L.Tersigni | Preparation of preliminary comments and observations for counsel relating to Houlihan Lokey Solvency | 16 | 2.00 | $425 | $850.00 |
| 5/28/02 | M.Berkin | Prepare memorandum summarizing conversation with Grace financial advisor related to the LTC compensation counterproposal | 16 | 2.00 | $425 | $850.00 |
| 5/28/02 | S.Plotzky | Review memo regarding discussion with Blackstone on executive compensation | 16 | 0.30 | $320 | $96.00 |
| 5/30/02 | L.Tersigni | Preparation of document request list regarding balance sheet analysis at March 31, 1998. | 16 | 1.75 | $425 | $743.75 |
| 5/30/02 | M.Berkin | Planning session for Grace solvency analysis | 16 | 2.00 | $425 | $850.00 |
| 5/30/02 | M.Berkin | Research important criteria for determing solvency | 16 | 2.00 | $425 | $850.00 |
| | | **Sub-Total Code 16** | | 59.70 | | $24,348.75 |
| 5/9/02 | S.Plotzky | Status update to committee on executive compensation proposed executive compensation programs | 17 | 2.25 | $320 | $720.00 |
| 5/13/02 | L.Tersigni | Conference call with ACC and counsel to discuss executive compensation plan amendments for 2002. | 17 | 0.60 | $425 | $255.00 |
| 5/13/02 | L.Tersigni | Preparation of ACC proposed modifications for discussion with debtor. | 17 | 0.25 | $425 | $106.25 |
| 5/13/02 | M.Berkin | Preparation for conference call with ACC re Grace compensation motion | 17 | 1.50 | $425 | $637.50 |
| 5/13/02 | M.Berkin | Conference call with ACC re Grace compensation motion | 17 | 0.50 | $425 | $212.50 |
| 5/14/02 | L.Tersigni | Preparation of engagement status report to ACC counsel | 17 | 0.50 | $425 | $212.50 |
| 5/14/02 | M.Berkin | Preparation for status meeting with counsel to ACC | 17 | 1.30 | $425 | $552.50 |
| 5/15/02 | L.Tersigni | Meeting with ACC counsel to review engagement status. | 17 | 0.50 | $425 | $212.50 |
| 5/15/02 | M.Berkin | Participation in status meeting with counsel to ACC and subsequent summarization of issues | 17 | 0.50 | $425 | $212.50 |

# W.R. Grace

## Schedule B

Services Rendered during the Period: May 1 - 31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/23/02 | L.Tersigni | Preparation of quarterly review comments and analysis of operating results, cash flow, and financial condition for distribution to ACC. | 17 | 2.25 | $425 | $956.25 |
| 5/24/02 | L.Tersigni | Conference call with Blackstone regarding proposed amendments to executive compensation plans and ACC objections. | 17 | 0.70 | $425 | $297.50 |
| 5/28/02 | L.Tersigni | Final review of Q1 2002 quarterly review for distribution to ACC. | 17 | 0.50 | $425 | $212.50 |
| | | Sub-Total Code 17 | | 11.35 | | $4,587.50 |
| 5/31/02 | D.Collins | Assignment of New Monthly Billing Matter Categories | 18 | 1.10 | $240.00 | $264.00 |
| 5/31/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 3.00 | $240.00 | $720.00 |
| | | Sub-Total Code 18 | | 4.10 | | $984.00 |
| 5/7/02 | L.Tersigni | Review and analysis of Monthly Operating Reports for March 2002-review of schedule of cash receipts/disbursements | 20 | 0.50 | $425 | $212.50 |
| 5/7/02 | L.Tersigni | Review and analysis of Monthly Operating Reports for March 2002-combining Statement of Operations | 20 | 0.95 | $425 | $403.75 |
| 5/7/02 | L.Tersigni | Review and analysis of Monthly Operating Reports for March 2002-combining Balance Sheet | 20 | 1.00 | $425 | $425.00 |
| 5/7/02 | L.Tersigni | Review and analysis of Monthly Operating Reports for March 2002- A/R Aging | 20 | 0.35 | $425 | $148.75 |
| 5/7/02 | L.Tersigni | Review and analysis of Monthly Operating Reports for March 2002- combining Statement of Cash Flows | 20 | 0.35 | $425 | $148.75 |
| 5/10/02 | S.Plotzky | Conference call with management regarding 1st Quarter results and latest forecast | 20 | 0.45 | $320 | $144.00 |
| 5/10/02 | S.Plotzky | Analyze First Quarter Results - Consolidated | 20 | 1.25 | $320 | $400.00 |
| 5/10/02 | S.Plotzky | Analyze First Quarter Results - Davidson | 20 | 0.60 | $320 | $192.00 |
| 5/10/02 | S.Plotzky | Analyze First Quarter Results - Performance Chemicals | 20 | 0.60 | $320 | $192.00 |
| 5/10/02 | S.Plotzky | Analyze Latest Full Year Forecast | 20 | 1.60 | $320 | $512.00 |
| 5/16/02 | S.Plotzky | Prepare comparative P&L, Balance Sheet and Cash Flow for First Quarter - 2002 Actual and plan | 20 | 2.00 | $320 | $640.00 |
| 5/16/02 | S.Plotzky | Prepare comparative P&L, Balance Sheet and Cash Flow for First Quarter - 2001 actual | 20 | 0.90 | $320 | $288.00 |
| 5/16/02 | S.Plotzky | Prepare comparative Sales and EBITDA by segment for First Quarter - 2002 actual, plan and 2001 actual | 20 | 1.25 | $320 | $400.00 |
| 5/20/02 | S.Plotzky | Prepare Full Year Forecast charts | 20 | 1.00 | $320 | $320.00 |
| 5/20/02 | S.Plotzky | Prepare commentary on Income Statement and segment variations for 2002 vs plan and 2001 | 20 | 2.25 | $320 | $720.00 |
| 5/22/02 | S.Plotzky | Commentary of Segments vs 2001, Balance Sheet and Cash Flow. | 20 | 2.50 | $320 | $800.00 |
| 5/22/02 | S.Plotzky | Compile First Quarter review | 20 | 1.25 | $320 | $400.00 |
| 5/23/02 | S.Plotzky | Revisions to first quarter review | 20 | 1.00 | $320 | $320.00 |
| 5/24/02 | S.Plotzky | Finalize first quarter review and prepare accompanying memo | 20 | 0.50 | $320 | $160.00 |
| 5/28/02 | L.Tersigni | Review and analysis of Grace annual report on form 10-k for the year ended March 31, 1998. | 20 | 1.75 | $425 | $743.75 |
| 5/28/02 | M.Berkin | Review 2002 1Q operating results review and full year forecast | 20 | 2.50 | $425 | $1,062.50 |
| 5/28/02 | S.Plotzky | Finalize first quarter review and prepare accompanying memo | 20 | 1.25 | $320 | $400.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period:   May 1 - 31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/31/02 | S.Plotzky | Prepare document requests related to solvency issue | 20 | 0.40 | $320 | $128.00 |
|  |  | Sub-Total Code 20 |  | 26.20 |  | $9,161.00 |
| 5/7/02 | B.Rapp | Conference call with Larry Tersigni and Peter Rubsam to discuss need for analyzing reports prepared by third parties relating to fraudulent transfers | 51 | 0.40 | $425 | $170.00 |
| 5/10/02 | P.Rubsam | Internal discuss and overview of fraudulent transfer and review documents | 51 | 1.50 | $320 | $480.00 |
| 5/14/02 | B.Rapp | Review of most recent Ibbotson data for calculation of discount rates for purposes of DCF valuation | 51 | 0.80 | $425 | $340.00 |
| 5/14/02 | B.Rapp | Modeling of fixed asset and depreciation accounts into business model for purposes of DCF valuation and capital structure analysis | 51 | 0.80 | $425 | $340.00 |
| 5/14/02 | B.Rapp | Modeling of temporary and permanent differences between GAAP and taxable income into the business valuation model | 51 | 0.90 | $425 | $382.50 |
| 5/14/02 | P.Rubsam | Review Houlihan Lokey document regarding WR Grace prior valuation | 51 | 1.50 | $320 | $480.00 |
| 5/15/02 | B.Rapp | Modeling of NOL tax carry backs and carry forwards into the business model for purposes of DCF valuation and capital structure analysis | 51 | 1.40 | $425 | $595.00 |
| 5/15/02 | P.Rubsam | Discussed findings on fraudulent transfer | 51 | 0.50 | $320 | $160.00 |
| 5/15/02 | P.Rubsam | Review Conway Del Genio document on valuation of WR Grace | 51 | 1.00 | $320 | $320.00 |
| 5/16/02 | P.Rubsam | Conference call with Nate Finch & Brian Cavanaugh to discuss analysis on Houlihan Lokey documents | 51 | 0.25 | $320 | $80.00 |
| 5/16/02 | P.Rubsam | Review findings prior to conference call with Nate Finch | 51 | 0.25 | $320 | $80.00 |
| 5/17/02 | P.Rubsam | Review summary memorandum from Brian Cavanaugh to Nate Finch regarding 5/16 meeting | 51 | 1.00 | $320 | $320.00 |
| 5/20/02 | P.Rubsam | Review and analyze Houlihan Lokey document on comparable companys. | 51 | 1.25 | $320 | $400.00 |
| 5/23/02 | P.Rubsam | Edit Brian Cavanaugh memorandum to Nate Finch regarding fraudulent transfer | 51 | 1.00 | $320 | $320.00 |
| 5/24/02 | P.Rubsam | Made necessary adjustments to Brian Cavanaugh fraudulent transfer memorandum upon completion of edit | 51 | 0.50 | $320 | $160.00 |
| 5/29/02 | L.Tersigni | Meeting with counsel to discuss financial and valuations issued related to Sealed Air disposition. | 51 | 3.75 | $425 | $1,593.75 |
| 5/29/02 | L.Tersigni | Development of work plan regarding valuation and solvency analysis matters requested by counsel. | 51 | 2.25 | $425 | $956.25 |
| 5/30/02 | S.Plotzky | Discussion of solvency analysis as it pertains to the potential fraudulent 3/31/98 | 51 | 1.30 | $320 | $416.00 |
| 5/31/02 | S.Plotzky | Research solvency issues related to fraudulent transfers | 51 | 2.25 | $320 | $720.00 |
|  |  | Sub-Total Code 51 |  | 22.60 |  | $8,313.50 |
|  |  | TOTAL Schedule B |  | 125.30 |  | $47,931.75 |

# W. R. Grace

Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Postage: distribution of First Qtr'02 Operating Results-due diligence binder update ( 41 x $1.16 per envelope) | $47.56 |
| Xerox: Due Diligence binder update   ( 28 pages x 41 sets x $0.10 per page) | $114.80 |
| Xerox: Overview of Sealed Air Transaction   (216 pages x 3 sets x $0.10 per page) | $64.80 |
| Xerox: Conway Del Genico Gries & Co. ( 600 pages x 3 sets x $0.10 per page) | $180.00 |
| Xerox:   ( 486 x $0.10 per page) | $48.60 |
| Fax   ( 11 x $0.50 per page) | $5.50 |
| Telephone | $85.69 |
| **Total Expenses incurred from  May 1 - 31, 2002** | **$546.95** |