**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § § | Chapter 11 |
| W.R. GRACE & CO., et al., | § § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § § § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FOURTH INTERIM QUARTERLY FEE APPLICATION OF**
**PACHULSKI, STANG, ZIEHL, YOUNG, & JONES P.C.**

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fourth Interim Quarterly Fee Application of Pachulski, Stang, Ziehl, Young, & Jones P.C. (the "Application").

## BACKGROUND

1.  Pachulski, Stang, Ziehl, Young, & Jones P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $139,113.00 and costs totaling $93,578.30 for its services from January 1, 2002, through March 31, 2002.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. §330, the Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Pachulski an initial report that was based on our review, and discussed the issues raised in the initial report with Laura Davis Jones of Pachulski.

**DISCUSSION**

General Issues

3. In our initial report we noted that the Application does not have a separate category for Pachulski's own fee application preparation. Guidelines Rule, II.D.1. states "[a] separate project category should be used for ... fee application preparation." Thus we asked Pachulski to, in the future, please use a separate project category for time devoted to seeking its own compensation, and Pachulski responded that it would do so.

4. We found that some of the time entries of David W. Carickhoff, Patricia E. Cuniff, and Alan J. Kornfeld lacked adequate detail. Rule 2016-2(d) provides that an application for compensation: "shall include activity descriptions which shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary . . . . All motions shall include complete and detailed activity descriptions . . . . Each activity description shall include the type of activity (e.g., phone call, research) . . . .Activity descriptions shall include the subject matter (e.g., exclusivity motion, 341 meeting)." The Guidelines, Rule, II.D.5., provide that: "[s]ervices should be noted in detail . . . , with each service showing a separate time entry . . . ." Thus we asked Pachulski to please advise all timekeepers to provide adequate detail in their time entries in the future, and Pachulski responded that it would do so.

5. We note that the hourly rates of the professionals at Pachulski have increased

substantially since the beginning of the case eight months ago. Most notably, Laura Davis Jones's hourly rate has risen from $455 to $550. Paragraph II.A.3. of the Guidelines provides that a fee applicant shall include an "explanation of any changes in hourly rates from those previously charged". Thus we asked Pachulski to please explain these increases in hourly rates, and Pachulski responded that it conducted a review of its hourly rates to compare them to the market, found that they were substantially under market, and raised them, although Pachulski states that these new rates are still somewhat under market. Pachulski also stated that these new rates are its standard rates for all clients. Thus we have no objection to these rates.

6.  In our initial report we noted that on 1/03/02, DWC and LDJ each billed 5.5 hours for attending a hearing, and DWC billed an additional 9.4 hours (at 50% of the normal hourly rate) for travel to and from Pittsburgh. The fees for LDJ total $3,025, and the fees charged for DWC total $2,856. These time entries are set forth below:

01/03/02    DWC   5.50    280    $1,540
Attend hearing.
01/03/02    DWC   9.40    140    $1,316
Travel to Pittsburgh for hearing (4 hours); travel from Pittsburgh returning from hearing (5.4 hours) – Total of 9.4 hours (billed at ½ rate)
01/03/02    LDJ   5.50    550    $3,025
Attend hearing re: Motion to Modify Preliminary Injunction; Smolker Motion for Relief from Stay; Asbestos Committees' Motion to pursue fraudulent conveyance matters; various creditor motions re: lease matters and automatic stay; Asbestos Committee Motion to Employ Bankruptcy Consultant; omnibus matters

Rule II.D.5 of the Guidelines states that: "If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Thus we asked Pachulski to please explain the need for multiple attendees at this hearing. Pachulski stated that this was the first hearing before Judge Fitzgerald, who wanted a status report on the case, and

that Laura Davis Jones was the debtor's attorney with the most experience before Judge Fitzgerald. Thus we have no objection to these fees.

7.  From 1/10/02 to 3/29/02, fourth-year associate DWC billing at $280 per hour spent a total of 20 hours, for $5,600.00 in fees, addressing the filing and service of various pleadings, motions, and notices. Attached hereto as Exhibit A is a schedule of the time entries that include these charges. In our initial report we asked Pachulski to please explain why the tasks of filing and service of pleadings could not be handled by someone billing at a lower rate. Pachulski responded that a new filing system had recently been instituted around this time, that required the attention of a more experienced professional, but that these charges by this professional would decrease as this case progressed. However, we believe that when an attorney is performing services more appropriate to a paralegal, that attorney should charge a paralegal's rate, and thus we recommend a reduction of ½ these fees, for a reduction of $2,800.00.

8.  On February 25, 2002, DWC and LDJ attended a hearing, and the total time spent was 5.90 hours for a total of $2,381.00. These time entries are set forth below:

| 02/25/02 | DWC | 3.20 | 896.00 | Attend hearing |
| 02/25/02 | LDJ | 2.70 | 1,485.00 | Attend hearing re: motion to dismiss bankruptcy case; proof of claim forms; omnibus matters |

Pursuant to the Guidelines, Rule II.D.5, "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Thus we asked Pachulski why it was necessary for more than one professional to attend this hearing. Pachulski responded that the items on this docket included a motion to dismiss the entire case, and considering the importance of that motion, it was appropriate for Laura Davis Jones to attend. Thus

we have no objection to these fees.

9.     Between January 2, 2002, and January 30, 2002, DCC, CJB, JMG, VEM and CMS spent a total of 28.10 hours for a total of &1,255.50 on "Maintain Document Control".  Between February 6, 2002, and February 22, 2002, CMS, ARP and HDM spent a total of 14.10 hours for a total of $590.00 on "Maintain Document Control". Between March 1, 2002, and March 9, 2002, DCC and CMS spent a total of 28.60 hours for a total of $1,508.50 on "Maintain Document Control".  Set forth below are these time entries:

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/02 | DCC | 1.50 | $ 82.50 | Maintain Document Control. |
| 01/07/02 | DCC | 3.00 | $165.00 | Maintain Document Control. |
| 01/02/02 | CJB | 2.00 | $ 80.00 | Maintain Document Control. |
| 01/02/02 | CJB | 1.00 | $ 40.00 | Maintain Document Control. |
| 01/02/02 | JMG | 0.40 | $ 16.00 | Maintain Document Control. |
| 01/02/02 | DCC | 3.00 | $165.00 | Maintain Document Control. |
| 01/02/02 | VEM | 1.90 | $ 95.00 | Maintain Document Control. |
| 01/02/02 | CMS | 4.20 | $168.00 | Maintain Document Control. |
| 01/02/02 | CMS | 4.30 | $172.00 | Maintain Document Control. |
| 01/02/02 | CMS | 6.80 | $272.00 | Maintain Document Control. |
| 02/06/02 | CMS | 0.20 | 8.00 | Maintain Document Control. |
| 02/08/02 | CMS | 0.50 | 40.00 | Maintain Document Control. |
| 02/19/02 | HDM | 1.30 | 78.00 | Maintain document control. |
| 02/21/02 | CMS | 5.20 | 208.00 | Maintain Document Control. |
| 02/22/02 | ARP | 6.90 | 276.00 | Maintain document control. |
| 03/01/02 | DCC | 3.50 | 192.50 | Maintain document control. |
| 03/02/02 | DCC | 4.50 | 247.50 | Maintain document control. |
| 03/04/02 | DCC | 3.30 | 181.50 | Maintain document control. |
| 03/06/02 | DCC | 1.00 | 55.00 | Maintain document control. |
| 03/08/02 | DCC | 4.00 | 220.00 | Maintain document control. |
| 03/08/02 | CMS | 4.30 | 172.00 | Maintain document control. |
| 03/09/02 | DCC | 8.00 | 440.00 | Maintain document control. |

Thus we asked Pachulski to please explain the services were described in these time entries. Pachulski responded that these time entries were by lower-cost file clerks preparing hearing binders, helping with agenda letters, and responding to creditor inquiries.  As the hourly rates of these

professionals are quite low, we have no objection to these fees.

10. On February 12 and 13, 2002, PEC twice spent a total of 0.80 hours for a total of $96.00 noticing and filing Holme Roberts & Owen Second Quarterly Fee Application. These time entries are set forth below:

| | | | | |
|---|---|---|---|---|
| 02/12/02 | PEC | 0.80 | 96.00 | Draft Notice and Certificate of Service regarding Holme Roberts & Owen Second Quarterly Fee Application (.4); File and serve (.4) |
| 02/13/02 | PEC | 0.80 | 96.00 | Draft Notice and Certificate of Service regarding Holme Roberts & Owen Second Quarterly Fee Application (.4); File and serve (.4) |

We asked Pachulski to state whether this was a duplicative time entry, and Pachulski confirmed that it was, and thus we recommend a reduction of $96.00 for this matter.

11. On February 13 and 14, 2002, PEC twice spent a total of 0.80 hours for a total of $96.00 noticing and filing Wallace King December Fee Application.

| | | | | |
|---|---|---|---|---|
| 02/13/02 | PEC | 0.80 | 96.00 | Draft Notice and Certificate of Service re: Wallace King Marraro & Branson December Fee Application (.4); File and serve (.4) |
| 02/14/02 | PEC | 0.80 | 96.00 | Draft Notice of Wallace King Marraro & Branson December Fee Application and Certificate of Service (.4); File and serve (.4) |

We asked Pachulski to state whether this was a duplicative time entry, and Pachulski confirmed that it was, and thus we recommend a reduction of $96.00 for this matter.

12. Between March 4, 2002, and March 6, 2002, LDJ and DWC spent a total of 14.60[1] hours for a total of $4,169.00 on preparation of a TRO. Set forth below are these time entries:

| | | | | |
|---|---|---|---|---|
| 03/06/02 | LDJ | 0.30 | 165.00 | Review and revise motion, memo, and related affidavit re: TRO against RJR Nabisco |

---

[1] Time for this entry was located in two Project Categories - (i) Bankruptcy Litigation [L430] and (ii) Litigation (Non-Bankruptcy)

| | | | | |
|---|---|---|---|---|
| 03/04/02 | DWC | 4.50 | 1,260.00 | Prepare Temporary Restraining Order pleadings to stay tobacco litigation. |
| 03/05/02 | DWC | 4.30 | 1,204.00 | Draft temporary restraining order pleadings to stay tobacco litigation (3.5); call with R. Brown re: same (.6); call with A. Kornfeld re: same (.2) |
| 03/06/02 | DWC | 5.50 | 1,540.00 | Finalize temporary restraining order pleadings to stay tobacco litigation and address filing thereof. |

We asked Pachulski to please explain what was involved in this matter, and whether other firms assisted in the preparation of these pleadings. Pachulski responded that it took the lead in this matter because of a conflict by its co-counsel, and thus we have no objection to these fees.

       13.      On March 8, 2002, DWC and LDJ participated in a telephonic hearing. The total time spent was 1.60[2] hours for a total of $718.00. The time entries are as follows:

| | | | | |
|---|---|---|---|---|
| 03/08/02 | LDJ | 1.00 | 550.00 | Attend telephonic hearing re: motion for TRO against tobacco companies |
| 03/08/02 | DWC | 5.10 | 1,428.00 | .......; argue TRO pleadings at telephonic hearing (.6);...... |

Pursuant to the Guidelines, Rule II.D.5. ... "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." We asked Pachulski to please explain why it was necessary for more than one professional to bill time for this hearing, and Pachulski responded that it took the lead in this matter because of a conflict by its co-counsel, and thus we have no objection to these fees.

      14.      On March 13, 2002, PEC has a time entry of 0.60 hours for a total charge of $72.00, but the parentheticals only total 0.50 hours for a total of $60.00. This time entry is set forth below:

| | | | | |
|---|---|---|---|---|
| 03/13/02 | PEC | 0.60 | 72.00 | File and serve Certification of Counsel Re: Docket No. 1554 [Motion for Entry of an Order Authorizing the Debtors' to Acquire Business and Substantially all |

---

[2] Time for this entry was located in two Project Categories - (i) Bankruptcy Litigation [L430] and (ii) Litigation (Non-Bankruptcy)

>of the Assets of Addiment, Inc. (.4); Draft Certificate of Service (.1).

Pachulski agreed with this discrepancy, and thus we recommend a reduction of $12.00 in fees.

15.     On March 73, 2002, DWC has a time entry of 1.20 hours for a total of $336.00. The points only total 0.90 hours for a total of $252.00. This time entry is set forth below:

03/07/02     DWC   1.20   336.00     Address preparation of notice of TRO hearing to stay tobacco litigation, including calls with L. Jones (.2); C. Hehn 2x (.4); V. Preston (.2); and Judge's Chambers (re: dial in number (.1)

Pachulski that a typographical error dropped a parenthetical of .3 , and thus we have no objection to these fees.

<u>Expenses</u>

16.     In the initial report we noted that the expense record reflects six charges for secretarial overtime between 1/04/02 and 1/31/02, totaling $188.07. We also note that there was an overtime charge of $825.98 in February, and an overtime charge of $1,136.53 in March. Pachulski explained that these charges tied specifically to the time demands of this case, are passed through at cost, and thus we have no objection to these fees.

**CONCLUSION**

17.     Thus we recommend approval of fees totaling $136,109.00 ($139,113.00 minus $3,004.00) and costs totaling $93,578.30 for Pachulski's services from January 1, 2002, through March 31, 2002.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
       Warren H. Smith
       Texas State Bar No. 18757050

900 Jackson Street
120 Founders Square
Dallas, Texas  75202
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 12th day of August, 2002.

_____
       Warren H. Smith

# SERVICE LIST

### Notice Parties

**The Applicant**

Laura Davis Jones
PACHULSKI, STANG, ZIEHL,
YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O.Box 8705
Wilmingon, DE 19899-8705

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**United States Trustee**

**Exhibit A**

"Bankruptcy Litigation" category
01/10/02     DWC   1.20   280   $336.00
Draft Notice of Omnibus hearing dates (.8) and address filing and service thereof (.4)
01/10/02     DWC   1.20   280   $336.00
Review Order to modify preliminary injunction (.3); draft cert. of counsel re: same (.6); address filing and service thereof (.3)
01/10/02     DWC   1.20   280   $336.00
Review ruling covering several rulings of January 3rd hearing (.3); draft cert. of counsel re: same (.6); address filing and service thereof (.3)
01/10/02     DWC   0.60   280   $168.00
Review affidavit of Mark Shelnitz re: Bertacchi indemnification (.4) and address filing and service thereof (.2)
01/17/02     DWC   8.40   280   $2,352.00
Meet with R. Lowy re: TRO pleadings and review her e-mail re: same (.3); calls (3x) with Sam Schwartz re: Verified Complaint for Declaratory Judgment and Injunctive Relief and Motion for Preliminary Injunction and TRO (.6); review and revise Verified Complaint for Declaratory Judgment and Hughes Affidavit and exhibits thereto (3.2); address filing of the same (1.6); review and revise Motion for Preliminary Injunction and TRO, proposed order and memo in support thereof (2.1); address filing thereof (.6).
01/18/02     DWC   1.40   280   $392.00
Call with Rachel Bello at bankruptcy court re: hearing on Motion for TRO and Preliminary Injunction (.2); call with Sam Schwartz re: TRO pleadings (.2); calls (2x) with Mike Davis re: TRO pleadings (.3); e-mail to S. Schwartz and M. Davis re: TRO pleadings (.3); address service of the TRO pleadings (.4)
01/25/02     DWC   2.20   280   $616.00
Review and revise motion to purchase Addiment (1.2); draft notice re: same (.4); calls with S. Schwartz re: same (.3); address filing and service thereof (.3)
01/28/02     DWC   1.50   280   $420.00
Prepare amended agenda (.8); call with S. Schwartz re: same (.2); review J. Kapp and J. Baer e-mails re: same (.2); address filing and service thereof (.3)
"Compensation Prof." category
01/08/02     DWC   0.50   280   $140.00
Review Pitney Hardin Quarterly Fee Application for period of July to September 2001 and address filing and service thereof
01/22/02     DWC   0.50   280   $140.00
Review and revise PSZYJ November fee application (.3) and address filing and service thereof (.2)
"Executory Contracts" category
01/18/02     DWC   1.20   280   $336.000
Review and revise motion to further extend time to assume or reject nonresidential real property leases (.6); draft notice re: same (.4); address filing and service thereof (.2).

"Operations" category
01/29/02     DWC   1.10    280    $308.00
Review Debtors' letter to employees re: document retention policy and policy itself (.3); discuss the same with S. Schwartz (.2); Draft certification of counsel re: same (.4); address filing and service of the same (.2)

"Plan and Disclosure Statement" category
01/18/02     DWC   1.20    280    $336.00
Review and revise motion to further extend exclusive periods (.6); draft notice re: same (.4); address filing and service thereof (.2).

"Bankruptcy Litigation" category
02/12/02     DWC         0.60         280.00         $168.00
Draft certification of counsel re: extension of preliminary injunction order to Robert Locke matter (.4), address filing and service thereof (.2)
02/15/02     DWC         3.70         280.00         $1,036.00
Review and revise opposition to motion to dismiss cases and prepare the same for filing with exhibits (3.4), address filing and service thereof (.3)
02/22/02     DWC         0.50         280.00         $140.00
Review and revise response to Zonolite exhibits (.3), address filing and service of same (.2)
02/22/02     DWC         0.50         280.00         $140.00
Prepare amended agenda to address new filings and status of certain matters (.3), address filing and service thereof (.2)
02/27/02     DWC         0.70         280.00         $196.00
Review and revise Case Management Order re: Fraudulent Transfer matter (.2); review and revise certification of counsel in connection therewith (.2); address filing and service thereof (including service to Judge Wolin) (.3)

"Claims Admin/Objections" category
02/12/02     DWC         1.50         280.00         $420.00
Review revised motion for bar date order re: non-asbestos claims and revise the same (.8), draft notice re: same (.4), address filing and service thereof (.3)
02/12/02     DWC         1.50         280.00         $420.00
Review revised motion for bar date order re: asbestos personal injury claims and revise the same (.8), draft notice re: same (.4), address filing and service thereof (.3)
02/12/02     DWC         2.80         280.00         $784.00
Review and revise Debtors Consolidated Reply in Support of Case Management Order (2.5); address filing and service thereof (.3)
02/15/02     DWC         0.90         280.00         $140.00
Review and revise brief re: class notice issues in bar date context (.6); address filing and service thereof (.3)
02/22/02     DWC         0.50         280.00         $140.00
Review revised proof of claim re: medical monitoring claimants (.3); address filing and service thereof (.2)

"Compensation Prof" category

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/06/02 | DWC | 0.40 | 280.00 | $112.00 |

Review and execute Cert. of No Objection re: Casner & Edwards November fee application and address filing and service of same (.2); Review and execute Cert. of No Objection re: Wallace Kin November fee application and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/07/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Holme Roberts December fee application and prepare the same for filing (.4); and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/07/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Kirkland and Ellis 3rd Quarterly fee application and prepare the same for filing (.4); and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/13/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Wallace King December fee application and notice of same (.4); address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/26/02 | DWC | 1.10 | 280.00 | $308.00 |

Review Pitney Hardin November fee app (.4); and December fee app (.4) and address filing and service thereof (.3)

| | | | | |
|---|---|---|---|---|
| 02/26/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Nelson Mullins December fee app (.4) and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/26/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Wallace King January fee app (.4) and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/26/02 | DWC | 0.70 | 280.00 | $196.00 |

Review Casner & Edwards quarterly fee app (.5) and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/26/02 | DWC | 0.70 | 280.00 | $196.00 |

Review Holme Roberts Quarterly fee app (.5) and address filing and service thereof (.2)

| | | | | |
|---|---|---|---|---|
| 02/28/02 | DWC | 0.60 | 280.00 | $196.00 |

Review Blackstone Jan fee application (.4); address filing and service thereof (.2)

"Financial Filings" category

| | | | | |
|---|---|---|---|---|
| 02/01/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Debtors' Dec monthly operating report and address filing and service thereof.

"Litigation [Non-Bankruptcy]" category

| | | | | |
|---|---|---|---|---|
| 02/22/02 | DWC | 9.90 | 280.00 | $2,772.00 |

Finalize pleadings to stay tobacco litigation (8.3); call with A. Kornfeld re: same (2x) (.5); meet with L. Jones re: same (.4); call with Jay Hughes re: same (.2); address filing and service re: same (.5)

| | | | | |
|---|---|---|---|---|
| 02/27/02 | DWC | 0.90 | 280.00 | $252.00 |

Call with R. Brown re: parties dismissed in underlying tobacco litigation (.2); finalize notice of dismissal in tobacco adversary proceeding (.2); address filing and service thereof (.3); call with D. Wallace (BATCO Counsel) re: same (.2)

"Retention of Prof" category

| | | | | |
|---|---|---|---|---|
| 02/06/02 | DWC | 0.80 | 280.00 | $224.00 |

Finalize Carella Byrne retention application (.4), call with M. Flax re: same (.2); address filing and service thereof (.2)

| Date | Atty | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/15/02 | DWC | 1.50 | 280.00 | $420.00 |

Review and revise applicatin to amend terms of Kinsella retention (.6); all with R. Higgins re: same (.2); draft notice re: same (.4); address filing and service thereof (.3)

| 02/15/02 | DWC | 1.90 | 280.00 | $532.00 |

Review and revise motion to retain fee auditor (.6); call with equity committee counsel re: comments to same (.2); call with S. Schwartz re: comments to same (.2); call with W. Smith re: same (.2); draft notice of same (.4); address filing and service thereof (.3)

| 02/18/02 | DWC | 0.70 | 280.00 | $196.00 |

Review and revise objection to property damage committee's request to retain Hamilton Rabinovitz (.4); address filing and service thereof (.3)

| 02/18/02 | DWC | 0.70 | 280.00 | $196.00 |

Review and revise objection to property damage committee's request to retain Hilton (.4); address filing thereof (.3)

"Bankruptcy Litigation" category

| 03/01/02 | DWC | 2.00 | 280.00 | $560.00 |

Review and revise motion to dismiss medical monitoring complaint and order (.5); review and revise memo of law in support thereof (.6); draft notice in connection therewith (.4); review scheduling order re: same (.2); address filing and service thereof (.3)

| 03/14/02 | DWC | 0.90 | 280.00 | $252.00 |

Finalize agenda letter and address filing (.6) and service thereof (.3)

| 03/15/02 | DWC | 0.60 | 280.00 | $168.00 |

Review and revise Sur-Reply to Carol Gerard's motion (.3); address filing and service thereof (.3)

| 03/15/02 | DWC | 0.80 | 280.00 | $224.00 |

Prepare amended agenda to include all 3/15 filings and updates status sections (.5); address filing and service thereof (.3)

"Claims Admin/Objections" category

| 03/01/02 | DWC | 0.70 | 280.00 | $196.00 |

Review and revise Fifth Claims Settlement Notice (.4); e-mails to S. Schwartz re: same (.2); address filing and service thereof (.1)

| 03/13/02 | DWC | 0.60 | 280.00 | $168.00 |

Review Bernick letter response to Sobo3/12 letter and address filing and service thereof (.4); call with J. Kapp re: same (.2)

| 03/15/02 | DWC | 2.00 | 280.00 | $560.00 |

Review and revise reply to objections to Property Damage proof of claim form (1.7); address filing and service thereof (.3)

| 03/15/02 | DWC | 1.90 | 280.00 | $532.00 |

Review and revise reply to objections to ZAI proof of claim form (1.6); address filing and service thereof (.3)

| 03/15/02 | DWC | 0.90 | 280.00 | $252.00 |

Review and revise Revised Order to Approve Bar Date Plan and Proof of Claim Forms (.6); address filing and service thereof (.3)

```
03/15/02        DWC           0.90          280.00        $252.00
```
Review and revise motion to strike supplemental affidavit of Hilsee (.4); call with J. Baer re: same (.2); address filing and service thereof (.3)

"Compensation Prof" category
```
03/04/02        DWC           1.10          280.00        $308.00
```
Review Kirkland & Ellis January fee application (.4); draft notice re: same (.4); draft Cert of Service re: same (.1); address filing and service thereof (.2)
```
03/08/02        DWC           0.60          280.00        $168.00
```
Review Pitney Hardin January Fee App and notice re: same (.4); address filing and service thereof (.2)
```
03/08/02        DWC           0.60          280.00        $168.00
```
Review Holme Roberts Jan Fee app and notice re: same (.4); address filing and service thereof (.2)
```
03/13/02        DWC           0.60          280.00        $168.00
```
Review Casner & Edwards January 2002 monthly fee application (.4); address filing and service thereof (.2)
```
03/27/02        DWC           0.80          280.00        $224.00
```
Review Pitney Hardin October - December 2001 Quarterly fee application and execute Notice re: same (.6); address filing and service thereof (.2)
```
03/27/02        DWC           0.60          280.00        $168.00
```
Review Wallace King February 2002 fee application and execute notice in connection therewith (.4); address filing and service thereof (.2)
```
03/27/02        DWC           0.60          280.00        $168.00
```
Review Pitney Hardin January 2002 fee application and execute notice in connection therewith (.4); address filing and service thereof (.2)
```
03/27/02        DWC           0.60          280.00        $168.00
```
Review Kirkland & Ellis February 2002 fee application and execute notice in connection therewith (.4); address filing and service thereof (.2)
```
03/29/02        DWC           2.00          280.00        $560.00
```
Review Steptoe and Johnson July, September, November and December monthly fee application and execute notice in connection therewith (1.6); address filing and service thereof (.4)

"Financial Filings" category
```
03/04/02        DWC           0.60          280.00        $168.00
```
Review January 2002 monthly operating report and address filing and service thereof.

"Stay Litigation" category
```
03/11/02        DWC           0.80          280.00        $224.00
```
Review and revise objection to kellogg's Motion to Annul the Stay (.6) address filing and service thereof (.2)