IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: September 2, 2002 @ 4 p.m.** |

**FOURTH MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD MAY 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $117,704.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $6,172.23 |

This is a: __**X**__ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |

{D0004062:1 }

| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $00.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $00.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD MAY 1, 2002 TO JUNE 30, 2002

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 165.30 | $500.00 | $80,650.00 |
| Dan Relles, Statistician, 28+ years | 110.70 | $330.00 | $35,046.00 |
| Patricia Ebener, Senior Researcher, 25+ years | 7.70 | $240.00 | $1,848.00 |
| William Brelsford, Senior Statistician, 30+ years | .80 | $200.00 | $160.00 |
| **Total** | **284.50** | | **$117,704.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/02 through 6/30/02 | Total Fees for the Period 5/1/02 through 6/30/02 |
|---|---|---|
| Committee Matters | 10.0 | $4,660.00 |
| Asbestos: Claims Analysis & Valuations | 40.4 | $14,133.00 |
| Litigation | 217.1 | $95,426.00 |
| Non-working travel | 17.0 | $3,485.00 |
| **Grand totals** | **284.50** | **$117,704.00** |

{D0004062:1}                                2

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period May 1, 2002 through June 30, 2002 |
|---|---|---|
| Telephone | | $91.93 |
| Meals | | $174.03 |
| Travel | | $5,906.27 |
| **Total:** | | **$6,172.23** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Dated: August 13, 2002