Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
05/03/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.3    759.00
#7405     process exposure information and add to analytical      330.00
          files

05/16/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7215     telephone Relles re: Grace data shipment                500.00

05/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
#7416     review WR Grace data shipment; reply to Finch email;    330.00
          telephone Peterson (.2) re: same

05/21/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7216     telephone Relles re: cdrom contents, todo list          500.00

05/21/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.8    594.00
#7417     load Grace data from cdroms; telephone Peterson (.2)    330.00
          re: cdrom contents

05/21/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7418     telephone Peterson re: to-do list                       330.00

05/23/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.5    825.00
#7419     organize latest data shipment; develop listings and     330.00
          frequencies; scan data

05/28/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7420     receive another data shipment; organize files and       330.00
          dictionaries; develop listings and frequencies; scan
          data

05/29/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#7421     assemble additional data shipments, compare with        330.00
          old, select newest information

05/30/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
#7218     Telephone Inselbuch; telephone Relles re: work plans    500.00

05/30/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7422     telephone Peterson re: work plans                       330.00

Date: 08/05/02         Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 2

             W. R. Grace (continued)

Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/31/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 1.3   429.00
#7423     review recently received WRG data shipments (four of  330.00
          them); select best information, check to make sure
          not throwing away any information

06/02/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 1.0   500.00
#7220     Prepare for meeting, review analyses             500.00

06/02/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 3.5  1155.00
#7424     build files and compare with data received from ARPC 330.00

06/04/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 0.2   100.00
#7223     telephone Relles re: Grace projections           500.00

06/04/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 0.2    66.00
#7425     telephone Peterson re: Grace projections         330.00

06/08/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation 1.0   240.00
#7701     coder training for assembling jury verdict data  240.00

06/08/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 0.4   200.00
#7227     Telephone Relles; review meetings and plan analyses 500.00

06/08/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 1.9   627.00
#7429     run several variations of projections; summarize  330.00
          results; telephone Peterson (.4) re: results

06/11/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 0.2    66.00
#7435     receive new cdrom; check contents               330.00

06/13/02  Relles    / (02) Asbestos: Claims Analysis & Valuation 2.0   660.00
#7439     prepare data summaries for Finch                330.00

06/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 4.3  2150.00
#7239     Review materials on claims projections          500.00

06/15/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation 0.8   192.00
#7702     Review jury verdict coded cases                 240.00

06/17/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation 2.6  1300.00
#7244     Analyses of resolved claims; telephone Relles (.2) 500.00
          re: verdicts; correspondence with Finch

Case 01-01139-AMC    Doc 2525-1    Filed 08/13/02    Page 3 of 19

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 3

                    W. R. Grace (continued)

Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
06/17/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0   330.00
#7447     identify verdicts in WRG databases; telephone       330.00
          Peterson (.2) re: same

06/20/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.5   120.00
#7703     Jury verdict data entry preparation                  240.00

06/21/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2    48.00
#7704     Arrange jury verdict data entry schedule             240.00

06/21/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.7   231.00
#7457     examine judgements in Grace databases                330.00

06/22/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  2.5   600.00
#7705     Inventory jury verdict coding forms; ship to data    240.00
          entry; update occupation code list; prepare data
          entry specs

06/24/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7706     Respond to jury verdict data entry queries           240.00

06/25/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7707     Respond to jury verdict data entry queries           240.00

06/26/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2    48.00
#7708     Ship current jury verdict cases to data entry        240.00

06/27/02  Brelsford / (02) Asbestos: Claims Analysis & Valuation  0.8   160.00
#7901     archive data and email; develop software to          200.00
          facilitate table preparation

06/27/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  1.5   360.00
#7709     Update jury verdict plaintiff attorney code list;    240.00
          prepare record layout

06/29/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3    72.00
#7710     Review data file from jury verdict data entry        240.00

06/30/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.5   120.00
#7711     Prepare jury verdict record layouts                  240.00

06/30/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.6   198.00
#7461     develop dictionaries from Ebener email; organize     330.00
          datasets

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 4

          W. R. Grace (continued)

Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
05/07/02   Peterson  / (17) Committee Matters & Creditor Mtgs    4.0   2000.00
#7209      Meeting with attorneys to discuss fraudulent       500.00
           conveyance

05/15/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7213      Meet with attorneys and financial consultants on   500.00
           developments in case

06/03/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7222      Meet with Inselbuch to discuss committee meeting   500.00

06/04/02   Peterson  / (17) Committee Matters & Creditor Mtgs    1.3    650.00
#7224      Review data and prepare for committee meeting      500.00

06/04/02   Peterson  / (17) Committee Matters & Creditor Mtgs    1.7    850.00
#7225      Committee meeting                                  500.00

06/19/02   Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7451      dinner meeting with Finch re: Rourke deposition    330.00

06/20/02   Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7453      breakfast meeting with Finch re: Rourke deposition 330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 5

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
05/02/02   Relles     / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7401      review Florence report, look for evidence of       330.00
           exposure in WRG data

05/03/02   Peterson   / (34) Litigation/Fraudulent Conveyance    1.2     600.00
#7201      Memo to Finch re: KPMG report                      500.00

05/03/02   Peterson   / (34) Litigation/Fraudulent Conveyance    2.8    1400.00
#7202      Review KPMG report; memo on issues               500.00

05/03/02   Relles     / (34) Litigation/Fraudulent Conveyance    0.6     198.00
#7402      read Peterson memo on issues in ARPC forecasts   330.00

05/03/02   Relles     / (34) Litigation/Fraudulent Conveyance    0.5     165.00
#7403      look for evidence of Texas out-of-state cases    330.00
           rejected in the ARPC models

05/03/02   Relles     / (34) Litigation/Fraudulent Conveyance    2.0     660.00
#7404      review ARPC SPSS programs, Fortran programs, and  330.00
           data files for information on completeness for
           birthdate, exposure dates, diagnosis dates; review
           how they were imputed

05/03/02   Relles     / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7406      tabulate counts of cases needed in the ARPC models 330.00
           with missing information

05/04/02   Peterson   / (34) Litigation/Fraudulent Conveyance    1.0     500.00
#7203      telephone Relles re: ARPC forecasts              500.00

05/04/02   Peterson   / (34) Litigation/Fraudulent Conveyance    3.5    1750.00
#7204      Review Relles' tabulations; review KPMG SPSS     500.00
           programs

05/04/02   Relles     / (34) Litigation/Fraudulent Conveyance    2.3     759.00
#7407      prepare summary data descriptions; telephone     330.00
           Peterson (1.0) re: review status of information
           supporting ARPC forecasts

05/05/02   Peterson   / (34) Litigation/Fraudulent Conveyance    7.5    3750.00
#7205      Review and prepare documents for meeting with    500.00
           attorneys re: fraudulent conveyance

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
05/05/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7206      telephone Relles (several) re: problems with ARPC's  500.00
           use of WRG data, review data summaries

05/05/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.9    957.00
#7408      convert all ARPC SPSS save files to ascii and        330.00
           produce summary printouts to help understand what
           ARPC did in their data processing/modeling efforts

05/05/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.7    231.00
#7409      identify Texas out of state plaintiffs               330.00

05/05/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7410      run LAS projections models for all datasets varying  330.00
           the use of Texas out of state plaintiffs as well as
           most serious disease

05/05/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.2   1386.00
#7411      telephone Peterson (several, 1.5) re: potential      330.00
           problems with ARPC's use of WRG data; produce
           various data summaries to illuminate same

05/06/02   Peterson  / (34) Litigation/Fraudulent Conveyance    5.2   2600.00
#7207      Review documents in preparation for meeting;         500.00
           telephone Relles (many)

05/06/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7412      telephone Peterson re: review summaries of WRG data  330.00

05/06/02   Relles    / (34) Litigation/Fraudulent Conveyance    3.8   1254.00
#7413      prepare several tables for Caplin-Drysdale meeting,  330.00
           fax to Peterson

05/07/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7210      telephone Relles re: review tables                   500.00

05/07/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.5    250.00
#7211      telephone Relles re: Washington meeting results and  500.00
           future tasks

05/07/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7414      telephone Peterson (.3) re: review tables faxed from 330.00
           previous evening; revise several tables and resend

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 7

                    W. R. Grace (continued)

Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/07/02  Relles    / (34) Litigation/Fraudulent Conveyance   0.5    165.00
#7415     telephone Peterson re: Washington meeting results  330.00
          and future tasks

05/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7212     Review Stallard forecast                           500.00

05/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.7   1850.00
#7217     Review documents re: fraudulent conveyance         500.00

05/31/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.8   1900.00
#7219     Review documents re: fraudulent conveyance         500.00

06/06/02  Relles    / (34) Litigation/Fraudulent Conveyance   3.4   1122.00
#7426     read Rourke report, examine the potential effect of 330.00
          CMS entry date on Rourke analysis

06/07/02  Relles    / (34) Litigation/Fraudulent Conveyance   3.4   1122.00
#7427     reproduce ARPC analysis files; process data that   330.00
          supported ARPC analysis; reproduce ARPC report's
          tables

06/07/02  Relles    / (34) Litigation/Fraudulent Conveyance   2.6    858.00
#7428     develop summary tables based on ARPC and latest WRG 330.00
          files; run projections; compare results

06/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.8   1400.00
#7228     Review materials on fraudulent conveyance and      500.00
          analyses, prepare for conference with attorneys

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.7    350.00
#7229     Discuss ARPC analyses and preparation of report with 500.00
          Finch, Swett, Relles

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.5   1250.00
#7230     Review Rourke materials                            500.00

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.0    500.00
#7231     Telephone Fleishman, Finch re: requirements of     500.00
          report

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.7   1350.00
#7232     Review data related to KPMG report and analysis;   500.00
          telephone Relles (.9)

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 8

W. R. Grace (continued)

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 06/10/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7430    prepare materials for conf call; telephone Peterson<br>(.9) re: estimation, depositions | 3.2<br>330.00 | 1056.00 |
| 06/10/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7431    conference call with Finch, Peterson re: data,<br>estimation, depositions | 1.0<br>330.00 | 330.00 |
| 06/10/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7432    develop additional tables and comparisons of<br>projections for different base years | 2.7<br>330.00 | 891.00 |
| 06/11/02 Peterson  / (34) Litigation/Fraudulent Conveyance<br>#7233    Meet with Relles to review Rourke materials | 0.8<br>500.00 | 400.00 |
| 06/11/02 Peterson  / (34) Litigation/Fraudulent Conveyance<br>#7234    Review Rourke materials | 0.9<br>500.00 | 450.00 |
| 06/11/02 Peterson  / (34) Litigation/Fraudulent Conveyance<br>#7235    Review documents re: fraudulent conveyance | 4.5<br>500.00 | 2250.00 |
| 06/11/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7433    meeting Peterson re: Rourke deposition | 0.8<br>330.00 | 264.00 |
| 06/11/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7434    review materials for Rourke deposition | 1.0<br>330.00 | 330.00 |
| 06/12/02 Peterson  / (34) Litigation/Fraudulent Conveyance<br>#7236    Review frequencies in Grace database for variables<br>in Rourke analysis; telephone conference with Relles<br>(0.8) | 2.6<br>500.00 | 1300.00 |
| 06/12/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7436    telephone Peterson re: review to-do list, Rourke<br>analysis | 0.8<br>330.00 | 264.00 |
| 06/12/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7437    read Rourke paper, annotate with comments | 1.0<br>330.00 | 330.00 |
| 06/12/02 Relles    / (34) Litigation/Fraudulent Conveyance<br>#7438    back up data files | 0.5<br>330.00 | 165.00 |
| 06/13/02 Peterson  / (34) Litigation/Fraudulent Conveyance<br>#7237    Review KPMG May 1997 report; review KPMG April 1997<br>report | 5.9<br>500.00 | 2950.00 |

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 9

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
06/13/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3     150.00
#7238     telephone Relles re: Rourke analysis issues        500.00

06/13/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.5     825.00
#7440     read Rourke paper and follow-up correspondence among 330.00
          Grace principals, outline areas of inquiry for
          deposition

06/13/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.3      99.00
#7441     telephone Peterson re: Rourke analysis             330.00

06/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.3     650.00
#7240     Telephone Relles re: problems with Rourke analysis; 500.00
          review summary statistics from new dataset

06/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.5     750.00
#7241     Develop questions for deposition of Rourke; review  500.00
          Relles suggested issues for deposition

06/14/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.0     990.00
#7442     compose questions for deposition re: data problems  330.00
          and problems with theoretical models; telephone
          Peterson re: integration of comments

06/15/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.3    1419.00
#7443     compose additional questions for deposition re:     330.00
          empirical results

06/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.9    1450.00
#7242     Review Rourke materials; memo to Finch; telephone   500.00
          Relles

06/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.2    3100.00
#7243     Draft issues and questions for Rourke deposition    500.00

06/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.3    1419.00
#7444     compose questions for deposition; obtain empirical  330.00
          results summarizing and describing magnitude of
          problems with ARPC analysis

06/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5     165.00
#7445     telephone Peterson (several) re: memorandum for     330.00
          Finch

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 10

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/16/02 #7446 | Relles / (34) Litigation/Fraudulent Conveyance do supporting computations, finish, and send Finch memorandum | 3.3 330.00 | 1089.00 |
| 06/18/02 #7245 | Peterson / (34) Litigation/Fraudulent Conveyance Review transition from nonspecific to specific diseases in Grace database | 1.0 500.00 | 500.00 |
| 06/18/02 #7246 | Peterson / (34) Litigation/Fraudulent Conveyance Review statistics of filings/payment develop preliminary forecasts; summaries for attorneys | 3.4 500.00 | 1700.00 |
| 06/18/02 #7247 | Peterson / (34) Litigation/Fraudulent Conveyance Telephone Relles (several) re: analyses and forecasts | 1.2 500.00 | 600.00 |
| 06/18/02 #7448 | Relles / (34) Litigation/Fraudulent Conveyance telephone Peterson (several) re: review transition matrix, discuss projections | 1.2 330.00 | 396.00 |
| 06/19/02 #7248 | Peterson / (34) Litigation/Fraudulent Conveyance Review documents to prepare for report | 3.7 500.00 | 1850.00 |
| 06/19/02 #7249 | Peterson / (34) Litigation/Fraudulent Conveyance telephone Relles re: Rourke deposition | 0.5 500.00 | 250.00 |
| 06/19/02 #7449 | Relles / (34) Litigation/Fraudulent Conveyance read Rourke materials; examine data completeness issues; write additional questions | 3.7 330.00 | 1221.00 |
| 06/19/02 #7452 | Relles / (34) Litigation/Fraudulent Conveyance telephone Peterson (2 calls) re: Rourke deposition | 0.5 330.00 | 165.00 |
| 06/20/02 #7250 | Peterson / (34) Litigation/Fraudulent Conveyance Review documents to prepare for report | 0.9 500.00 | 450.00 |
| 06/20/02 #7251 | Peterson / (34) Litigation/Fraudulent Conveyance telephone Relles (2 calls) re: Rourke deposition | 0.5 500.00 | 250.00 |
| 06/20/02 #7454 | Relles / (34) Litigation/Fraudulent Conveyance attend Rourke deposition | 7.0 330.00 | 2310.00 |
| 06/20/02 #7455 | Relles / (34) Litigation/Fraudulent Conveyance telephone Peterson re: Rourke deposition | 0.5 330.00 | 165.00 |

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 11

                        W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
06/21/02   Peterson  / (34) Litigation/Fraudulent Conveyance   3.6    1800.00
#7252      Telephone conference with Finch, Swett, Lockwood;  500.00
           prepare for call

06/21/02   Peterson  / (34) Litigation/Fraudulent Conveyance   2.5    1250.00
#7253      Review documents re: fraudulent conveyance         500.00

06/21/02   Peterson  / (34) Litigation/Fraudulent Conveyance   7.9    3950.00
#7258      Review documents re: fraudulent conveyance         500.00

06/22/02   Peterson  / (34) Litigation/Fraudulent Conveyance   5.2    2600.00
#7254      Review Rourke deposition                           500.00

06/22/02   Peterson  / (34) Litigation/Fraudulent Conveyance   1.6     800.00
#7255      Review documents to prepare for report            500.00

06/23/02   Peterson  / (34) Litigation/Fraudulent Conveyance   4.2    2100.00
#7256      Review Rourke deposition                           500.00

06/24/02   Peterson  / (34) Litigation/Fraudulent Conveyance   1.1     550.00
#7257      Review judgments; telephone Relles (.3) to discuss 500.00

06/24/02   Relles    / (34) Litigation/Fraudulent Conveyance   0.3      99.00
#7458      telephone Peterson re: judgments                   330.00

06/25/02   Peterson  / (34) Litigation/Fraudulent Conveyance   2.0    1000.00
#7259      Review Stallard report and analyses               500.00

06/26/02   Peterson  / (34) Litigation/Fraudulent Conveyance   1.4     700.00
#7260      Plan structure of report; telephone Finch         500.00

06/26/02   Peterson  / (34) Litigation/Fraudulent Conveyance   2.5    1250.00
#7261      Analysis of Grace liability based on judgments;   500.00
           memos to Finch

06/27/02   Peterson  / (34) Litigation/Fraudulent Conveyance   4.3    2150.00
#7262      Review Grace Monthly asbestos reports             500.00

06/28/02   Peterson  / (34) Litigation/Fraudulent Conveyance   5.8    2900.00
#7263      Review documents provided by KPMG; review documents 500.00
           provided by Grace

06/29/02   Peterson  / (34) Litigation/Fraudulent Conveyance   6.2    3100.00
#7264      Research Grace and asbestos on internet; compile  500.00
           relevant documents

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 12

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
06/29/02  Peterson   / (34) Litigation/Fraudulent Conveyance    2.8    1400.00
#7265     Develop questions for Stallard deposition           500.00

06/29/02  Peterson   / (34) Litigation/Fraudulent Conveyance    0.2     100.00
#7266     telephone Relles re: Rourke analysis                500.00

06/29/02  Relles     / (34) Litigation/Fraudulent Conveyance    0.2      66.00
#7459     telephone Peterson re: Rourke analysis              330.00

06/30/02  Peterson   / (34) Litigation/Fraudulent Conveyance    9.3    4650.00
#7267     Review Stallard report; KPMG reports; draft         500.00
          questions for Stallard deposition

06/30/02  Relles     / (34) Litigation/Fraudulent Conveyance    1.4     462.00
#7460     review Stallard report, review Peterson questions   330.00
          for Stallard deposition

07/01/02  Peterson   / (34) Litigation/Fraudulent Conveyance    0.4     200.00
#7268     Telephone Finch to discuss report and analysis      500.00

07/01/02  Peterson   / (34) Litigation/Fraudulent Conveyance    2.4    1200.00
#7269     Review documents for case                           500.00

07/01/02  Peterson   / (34) Litigation/Fraudulent Conveyance    2.2    1100.00
#7270     Memo to Relles re: analyses for report; telephone   500.00
          Relles (.5)

07/01/02  Peterson   / (34) Litigation/Fraudulent Conveyance    2.4    1200.00
#7271     Work on draft of report                             500.00

07/01/02  Relles     / (34) Litigation/Fraudulent Conveyance    1.4     462.00
#7462     review Peterson report plans; telephone Peterson    330.00
          (.5) re: same

07/01/02  Relles     / (34) Litigation/Fraudulent Conveyance    2.3     759.00
#7463     construct report tables based on Rourke critique    330.00

07/02/02  Peterson   / (34) Litigation/Fraudulent Conveyance    1.1     550.00
#7272     Draft issues/questions re: Florence deposition      500.00

07/02/02  Peterson   / (34) Litigation/Fraudulent Conveyance    4.4    2200.00
#7273     Review use of asbestos related term in Grace        500.00
          database; review analyses; telephone Relles (1.2)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 24

                  W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
05/06/02  Peterson   / (35) Non-Working Travel Time           3.0      750.00
#7208     Travel to Washington                            250.00

05/15/02  Peterson   / (35) Non-Working Travel Time           3.0      750.00
#7214     Travel to Thousand Oaks                         250.00

06/03/02  Peterson   / (35) Non-Working Travel Time           1.0      250.00
#7221     Travel to Chicago                               250.00

06/07/02  Peterson   / (35) Non-Working Travel Time           1.0      250.00
#7226     Travel to Los Angeles                           250.00

06/19/02  Relles     / (35) Non-Working Travel Time           3.0      495.00
#7450     travel Los Angeles to NYC                       165.00

06/20/02  Relles     / (35) Non-Working Travel Time           6.0      990.00
#7456     travel NYC to Los Angeles                       165.00

07/16/02  Peterson   / (35) Non-Working Travel Time           1.2      300.00
#7321     Travel to New York                              250.00

07/18/02  Peterson   / (35) Non-Working Travel Time           1.2      300.00
#7328     Travel to Thousand Oaks                         250.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 25

                 W. R. Grace (continued)

Date/Slip# Description                                    HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
07/16/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.0    500.00
#7323     Work on affidavit                                      500.00

07/17/02  Peterson  / (37) Preparation for & Attendance at Hrgs  2.3   1150.00
#7325     Work on affidavit                                      500.00

07/18/02  Peterson  / (37) Preparation for & Attendance at Hrgs  2.6   1300.00
#7326     Revise draft of affidavit, telephone Lauber            500.00

07/19/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.0    500.00
#7330     Review final draft of affidavit                        500.00

07/21/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.4    700.00
#7333     Review deposition of Hughes                            500.00

07/23/02  Peterson  / (37) Preparation for & Attendance at Hrgs  0.1     50.00
#7334     Discussion with Hilton                                 500.00
--------------------------------------------------------------------------------

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                        Page 26

                    W. R. Grace (continued)

            Summary Of Time Charges, By Month and Activity
                     May 2002 - July 2002

| MONTH | ACTIVITY | HOURS | AMOUNT |
|-------|----------|-------|--------|
| May  | - Asbestos: Claims Analysis & Valuations | 13.3 | 4542.00 |
| May  | - Committee Matters & Creditor Mtgs | 4.5 | 2250.00 |
| May  | - Litigation/Fraudulent Conveyance | 55.3 | 23604.00 |
| May  | - Non-Working Travel Time | 6.0 | 1500.00 |
| May  | - Total | 79.1 | 31896.00 |
| June | - Asbestos: Claims Analysis & Valuations | 27.1 | 9591.00 |
| June | - Committee Matters & Creditor Mtgs | 5.5 | 2410.00 |
| June | - Litigation/Fraudulent Conveyance | 161.8 | 71822.00 |
| June | - Non-Working Travel Time | 11.0 | 1985.00 |
| June | - Total | 205.4 | 85808.00 |
| July | - Litigation/Fraudulent Conveyance | 447.4 | 190958.00 |
| July | - Non-Working Travel Time | 2.4 | 600.00 |
| July | - Preparation for & Attendance at Hrgs | 8.4 | 4200.00 |
| July | - Total | 458.2 | 195758.00 |
| Total | - Asbestos: Claims Analysis & Valuations | 40.4 | 14133.00 |
| Total | - Committee Matters & Creditor Mtgs | 10.0 | 4660.00 |
| Total | - Litigation/Fraudulent Conveyance | 664.5 | 286384.00 |
| Total | - Non-Working Travel Time | 19.4 | 4085.00 |
| Total | - Preparation for & Attendance at Hrgs | 8.4 | 4200.00 |
| Total | - Total | 742.7 | 313462.00 |

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 27

          W. R. Grace (continued)

      Summary Of Time Charges, By Month and Person
              May 2002 - July 2002

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|------:|-------:|
| May | - Relles | 36.2 | 11946.00 |
| May | - Peterson | 42.9 | 19950.00 |
| May | - Total | 79.1 | 31896.00 |
| | | | |
| June | - Relles | 74.5 | 23100.00 |
| June | - Peterson | 122.4 | 60700.00 |
| June | - Ebener | 7.7 | 1848.00 |
| June | - Brelsford | 0.8 | 160.00 |
| June | - Total | 205.4 | 85808.00 |
| | | | |
| July | - Relles | 192.6 | 63558.00 |
| July | - Peterson | 265.6 | 132200.00 |
| July | - Total | 458.2 | 195758.00 |
| | | | |
| Total | - Relles | 303.3 | 98604.00 |
| Total | - Peterson | 430.9 | 212850.00 |
| Total | - Ebener | 7.7 | 1848.00 |
| Total | - Brelsford | 0.8 | 160.00 |
| Total | - Total | 742.7 | 313462.00 |

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                Page 28

            W. R. Grace (continued)

        Summary Of Time Charges, By Activity, Month, and Person
                    May 2002 - July 2002

MONTH     PERSON                        HOURS    RATE     AMOUNT
--------------------------------------------------------------------------
Asbestos: Claims Analysis & Valuations

May       - Relles                       12.4    330.    4092.00
May       - Peterson                      0.9    500.     450.00
June      - Relles                       10.1    330.    3333.00
June      - Peterson                      8.5    500.    4250.00
June      - Ebener                        7.7    240.    1848.00
June      - Brelsford                     0.8    200.     160.00

Committee Matters & Creditor Mtgs

May       - Peterson                      4.5    500.    2250.00
June      - Relles                        2.0    330.     660.00
June      - Peterson                      3.5    500.    1750.00

Litigation/Fraudulent Conveyance

May       - Relles                       23.8    330.    7854.00
May       - Peterson                     31.5    500.   15750.00
June      - Relles                       53.4    330.   17622.00
June      - Peterson                    108.4    500.   54200.00
July      - Relles                      192.6    330.   63558.00
July      - Peterson                    254.8    500.  127400.00

Non-Working Travel Time

May       - Peterson                      6.0    250.    1500.00
June      - Relles                        9.0    165.    1485.00
June      - Peterson                      2.0    250.     500.00
July      - Peterson                      2.4    250.     600.00

Preparation for & Attendance at Hrgs

July      - Peterson                      8.4    500.    4200.00
--------------------------------------------------------------------------
```

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 29

          W. R. Grace (continued)


          Total Expenses    $8,965.18

          FedEx (Peterson)          $34.11
          Travel (Peterson)      $6,019.91
          Fedex (Relles)           $80.00
          Travel (Relles)       $2,792.95
          Copying (Ebener)         $38.21


Travel (Peterson) Thousand Oaks-Washington DC  May 5-7    $1,781.65

          Airfare  (1/2 coach)        $1,252.25
          Hotel                          257.05
          Meals                           91.10
          Cabs, roundtrip Dulles          50.00
          Car service, roundtrip LAX     131.25


Travel (Peterson) Thousand Oaks-New York, May 14-15    1,490.29

          Airfare  (1/2 coach)        $1,128.75
          Hotel    (1/2)                 134.07
          Meals                           46.22
          Cabs, roundtrip JFK Airport     50.00
          Car service, roundtrip LAX     131.25


Travel (Peterson) Thousand Oaks-Chicago,  June 3-7    $41.85
          (split with several projects)

          Airfare                    $  509.46
          Hotel                         241.62
          Telephone                      86.84
          Airfone                         5.09
          Meals                          36.71
          Cabs, O'Hare roundtrip         12.86
          Car service, LAX roundtrip     37.50


------------------------------------------------------------------------------------

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 30

       W. R. Grace (continued)


Travel (Peterson) Thousand Oaks-New York        July 16-    $1,706.12
       (split with other project)

| | |
|---|---:|
| Airfare | $1,212.33 |
| Hotel | 344.86 |
| Meals | 31.01 |
| Telephone | 0.42 |
| Cab, from JFK | 30.00 |
| Car service, LAX roundtrip | 87.50 |


Travel (Relles) Santa Monica-New York, June 19-20        $2,792.95

| | | |
|---|---|---:|
| LAX-NYC | half the cost of a Los Angeles to NYC | |
| | coach fare--had to change for return | 1132.50 |
| NYC taxi | JFK to mid-town hotel | 45.00 |
| NYC hotel | Hotel Elysee NYC | 281.46 |
| NYC hotel | Hotel Elysee NYC restaurant charge | |
| | (dinner meeting with Nate Finch) | 58.19 |
| NYC taxi | One Penn Plaza to JFK | 34.40 |
| NYC-LAX | return coach fare to Los Angeles | 1221.50 |
| LAX parking | parking LAX | 19.90 |