IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## CERTIFICATION OF COUNSEL RE: DOCKET NO. 2274

**The undersigned hereby certifies that:**

1. On June 21, 2002, The Official Committee of Asbestos Property Damage Claimants filed the Motion of The Official Committee of Asbestos Property Damage Claimants For (A) Modification of the Order Establishing Case Management Procedures and Hearing Schedule (B) Clarification of Order as to All Non-asbestos Claims, Asbestos Property Damage Claims, And Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms And (III) Approving Notice Program And, (C) to Extend or Abate Deadlines For Submission of Information or Certification by "Counsel of Record" Until Clarification Thereof ("Motion").

2. The Debtors filed a response to the Motion being docket no. 2347 ("Response").

3. The Official Committee of Asbestos Property Damage Claimants and the Debtors have agreed on a form of order ("Proposed Order") to submit to the Court regarding the Motion.

4. Accordingly, counsel for The Official Committee of Asbestos Property Damage Claimants respectfully requests that the Court enter the Proposed Order attached hereto at the Court's earliest convenience.

Dated: August 13, 2002            FERRY, JOSEPH & PEARCE, P.A.

    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esq. (No.2678)
Rick S. Miller, Esq. (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esq. (admitted pro hac vice)
Jay M. Sakalo, Esq. (admitted pro hac vice)
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants

F:\Tamara\TJT\WRGraceCommittee\CertofCounselClari.wpd