## **CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, Esquire, hereby certify that on this 13th day of August, 2002, one copy of the foregoing Certification of Counsel Re: Docket No. 2274 was served on the following parties in the indicated manner:

      SEE ATTACHED 2002 SERVICE LIST

      Upon penalty of perjury I declare that the foregoing is true and correct.

                                                      /s/Theodore J. Tacconelli
                                                      Theodore J. Tacconelli