wrg.rpt          Tue Sep 04 10:12:21 2001          1

Date: 09/04/01          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 1


                    Victor Rud
                    DeGussa Huls Corporation
                    65 Challenger Road
                    Ridgefield Park, NJ 07660


Date/Slip# Description                                          HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
06/06/01   Peterson / Claims resolution procedures/facilities    0.8      340.00
#4401      Collect information about trends in claims across     425.00
           defendants

06/08/01   Peterson / Claims resolution procedures/facilities    1.1      467.50
#4402      Collect information about trends in claims across     425.00
           defendants

06/11/01   Peterson / Claims resolution procedures/facilities    2.7     1147.50
#4403      Analyses of trends in claiming across defendants      425.00

06/12/01   Peterson / Claims resolution procedures/facilities    1.2      510.00
#4404      Review trend analyses across defendants               425.00

06/24/01   Peterson / Claims resolution procedures/facilities    2.3      977.50
#4405      Obtain and review material on claims by defendants;   425.00
           update analyses and data

06/24/01   Peterson / Claims resolution procedures/facilities    1.5      637.50
#4406      Work on issues of trust distribution procedures;      425.00
           telephone Relles (.3)

06/24/01   Relles    / Claims resolution procedures/facilities   0.3       87.00
#4501      telephone Peterson re: trust distribution procedures  290.00

06/29/01   Peterson / Estimation methods: review/plan            0.3      127.50
#4407      Telephone Relles; plan agenda of work                 425.00

06/29/01   Peterson / Claims resolution procedures/facilities    1.8      765.00
#4408      Work on issues of trust distribution procedures;      425.00
           Telephone Relles (.5)

06/29/01   Relles    / Estimation methods: review/plan           0.3       87.00
#4502      telephone Peterson re: plan agenda                    290.00

06/29/01   Relles    / Claims resolution procedures/facilities   0.5      145.00
#4503      telephone Peterson re: trust distribution procedures  290.00

07/02/01   Peterson / Claims resolution procedures/facilities    0.7      350.00
#4409      Work on issues of trust distribution                  500.00

07/03/01   Peterson / Meetings with committee and or counsel     1.5      750.00
#4411      Telephone Lockwood (2), Inselbuch re: Bar Date        500.00
           motion

wrg.rpt        Tue Sep 04 10:12:21 2001          2

Date: 09/04/01              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
07/03/01   Peterson / Review motions, rulings, plan documents    3.2    1600.00
#4412      Review materials re: bar date                      500.00

07/04/01   Ebener   / Hearings/motions/depositions preparation   0.5     120.00
#4601      Review proposed POC form                           240.00

07/04/01   Peterson / Claims resolution procedures/facilities    1.6     800.00
#4410      Telephone Relles; work on procedures and projection 500.00
           issues

07/04/01   Peterson / Review motions, rulings, plan documents    3.8    1900.00
#4413      Review financial statements; claims information; bar 500.00
           date materials

07/04/01   Relles   / Claims resolution procedures/facilities    0.3      99.00
#4504      telephone Peterson re: projection issues           330.00

07/08/01   Ebener   / Hearings/motions/depositions preparation   1.0     240.00
#4602      Review and comment on POC form                     240.00

07/09/01   Peterson / Review motions, rulings, plan documents    3.0    1500.00
#4414      Review materials on bar dates in other cases       500.00

07/09/01   Peterson / Review motions, rulings, plan documents    1.3     650.00
#4415      Review Grace motion on bar date                    500.00

07/09/01   Peterson / Review motions, rulings, plan documents    3.3    1650.00
#4416      Review materials on pretest of poc form            500.00

07/09/01   Peterson / Review motions, rulings, plan documents    0.7     350.00
#4417      Telephone: Lockwood; Zeleski re: bar date motion   500.00

07/10/01   Peterson / Review motions, rulings, plan documents    2.4    1200.00
#4418      Telephone Davis; review materials on bar date      500.00

07/10/01   Peterson / Review motions, rulings, plan documents    1.7     850.00
#4419      Review Grace financial documents; memo to Davis    500.00

07/11/01   Peterson / Review motions, rulings, plan documents    7.4    3700.00
#4420      Work on response to Debtor's bar date motion       500.00

07/12/01   Ebener   / Hearings/motions/depositions preparation   1.0     240.00
#4603      Prepare memo to Peterson on POC                    240.00

07/12/01   Peterson / Review motions, rulings, plan documents    4.4    2200.00
#4421      Work on response to Debtors' bar date motion;      500.00
           compile pretest

Date: 09/04/01 Legal Analysis Systems, Inc.
Time: 10:00am

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/13/01<br>#4422 | Peterson / Review motions, rulings, plan documents<br>Work on response to Debtors' bar date motion; compile pretest | 6.4<br>500.00 | 3200.00 |
| 07/14/01<br>#4423 | Peterson / Review motions, rulings, plan documents<br>Work on response to Debtors' bar date motion; compile pretest | 9.4<br>500.00 | 4700.00 |
| 07/15/01<br>#4424 | Peterson / Review motions, rulings, plan documents<br>Work on affidavit | 8.4<br>500.00 | 4200.00 |
| 07/16/01<br>#4425 | Peterson / Review motions, rulings, plan documents<br>Prepare materials for New York trip | 1.0<br>500.00 | 500.00 |
| 07/16/01<br>#4426 | Peterson / Travel<br>Travel to New York | 1.0<br>500.00 | 500.00 |
| 07/18/01<br>#4427 | Peterson / Review motions, rulings, plan documents<br>Review and revise affidavit | 2.0<br>500.00 | 1000.00 |
| 07/20/01<br>#4428 | Peterson / Travel<br>Travel to Thousand Oaks, CA. | 1.5<br>500.00 | 750.00 |

wrg.rpt        Tue Sep 04 10:12:21 2001          4

    Date: 09/04/01          Legal Analysis Systems, Inc.
    Time: 10:00am                                              Page 4

              W. R. Grace (continued)

          Summary Of Time Charges, By Month and Activity
                    June 2001 - July 2001

| MONTH | ACTIVITY | HOURS | AMOUNT |
|-------|----------|-------|--------|
| June  | - Estimation methods: review/plan | 0.6 | 214.50 |
| June  | - Claims resolution procedures/facilities | 12.2 | 5077.00 |
| June  | - Total | 12.8 | 5291.50 |
| July  | - Meetings with committee and or counsel | 1.5 | 750.00 |
| July  | - Hearings/motions/depositions preparation | 2.5 | 600.00 |
| July  | - Review motions, rulings, plan documents | 58.4 | 29200.00 |
| July  | - Claims resolution procedures/facilities | 2.6 | 1249.00 |
| July  | - Travel | 2.5 | 1250.00 |
| July  | - Total | 67.5 | 33049.00 |
| Total | - Meetings with committee and or counsel | 1.5 | 750.00 |
| Total | - Estimation methods: review/plan | 0.6 | 214.50 |
| Total | - Hearings/motions/depositions preparation | 2.5 | 600.00 |
| Total | - Review motions, rulings, plan documents | 58.4 | 29200.00 |
| Total | - Claims resolution procedures/facilities | 14.8 | 6326.00 |
| Total | - Travel | 2.5 | 1250.00 |
| Total | - Total | 80.3 | 38340.50 |

wrg.rpt      Tue Sep 04 10:12:21 2001        5

Date: 09/04/01          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

            W. R. Grace (continued)

          Summary Of Time Charges, By Month and Person
                  June 2001 - July 2001

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|-------|--------|
| June | - Relles | 1.1 | 319.00 |
| June | - Peterson | 11.7 | 4972.50 |
| June | - Total | 12.8 | 5291.50 |
| July | - Relles | 0.3 | 99.00 |
| July | - Peterson | 64.7 | 32350.00 |
| July | - Ebener | 2.5 | 600.00 |
| July | - Total | 67.5 | 33049.00 |
| Total | - Relles | 1.4 | 418.00 |
| Total | - Peterson | 76.4 | 37322.50 |
| Total | - Ebener | 2.5 | 600.00 |
| Total | - Total | 80.3 | 38340.50 |

wrg.rpt          Tue Sep 04 10:12:21 2001          6

Date: 09/04/01          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 6

                 W. R. Grace (continued)

        Summary Of Time Charges, By Activity, Month, and Person
                    June 2001 - July 2001

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| Meetings with committee and or counsel | | | | |
| July | - Peterson | 1.5 | 500. | 750.00 |
| Estimation methods: review/plan | | | | |
| June | - Relles | 0.3 | 290. | 87.00 |
| June | - Peterson | 0.3 | 425. | 127.50 |
| Hearings/motions/depositions preparation | | | | |
| July | - Ebener | 2.5 | 240. | 600.00 |
| Review motions, rulings, plan documents | | | | |
| July | - Peterson | 58.4 | 500. | 29200.00 |
| Claims resolution procedures/facilities | | | | |
| June | - Relles | 0.8 | 290. | 232.00 |
| June | - Peterson | 11.4 | 425. | 4845.00 |
| July | - Relles | 0.3 | 330. | 99.00 |
| July | - Peterson | 2.3 | 500. | 1150.00 |
| Travel | | | | |
| July | - Peterson | 2.5 | 500. | 1250.00 |