```
Date: 02/11/02           Legal Analysis Systems, Inc.
Time: 11:00am                                                            Page 1

W. R. Grace


Date/Slip#  Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
11/12/01    Peterson / Review motions, rulings, plan documents    1.0     500.00
#6101       Telephone Lockwood re: bar date issues              500.00

11/12/01    Peterson / Review motions, rulings, plan documents    1.0     500.00
#6102       Review Rourke affidavit; examine data and issues    500.00

12/18/01    Peterson / Meetings with other creditors and experts  1.0     500.00
#6103       Review files; draft letter to Bernick               500.00

12/27/01    Peterson / Claims resolution procedures/facilities    0.1      50.00
#6104       telephone Relles re: results of data integration    500.00

12/27/01    Relles   / Claims resolution procedures/facilities    0.4     132.00
#6201       integrate data from nine defendants per Inselbuch   330.00
            request; telephone Peterson re: results

12/28/01    Peterson / Claims resolution procedures/facilities    0.1      50.00
#6105       telephone Relles re: trends in payment ratios       500.00

12/28/01    Relles   / Claims resolution procedures/facilities    0.2      66.00
#6202       add to list of defendants for whom Meso vs          330.00
            nonmalignant payment comparisons can be made;
            telephone Peterson re: trends in payment ratios

01/06/02    Peterson / Claims resolution procedures/facilities    0.2     100.00
#6106       telephone Relles (several) re: review summaries     500.00

01/06/02    Peterson / Claims resolution procedures/facilities    0.2     100.00
#6107       telephone Relles (several) re: review analysis      500.00
            methods and projections

01/06/02    Relles   / Claims resolution procedures/facilities    0.5     165.00
#6203       produce various summaries of results for nine       330.00
            defendants; telephone Peterson (several) re:
            reviewing and revising summaries

01/06/02    Relles   / Claims resolution procedures/facilities    0.2      66.00
#6204       telephone Peterson (several) re: review analysis    330.00
            methods and results, review projections

01/07/02    Ebener   / Estimation methods: review/plan            0.2      48.00
#6401       Meet with Peterson re: survey of verdicts; telephone 240.00
            Relles
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 2

                  W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 01/07/02   Peterson / Estimation methods: review/plan         0.1       50.00
 #6108      Meet with Ebener re: survey of verdicts; telephone 500.00
            Relles

 01/07/02   Peterson / Estimation methods: review/plan         0.1       50.00
 #6109      telephone Relles re: coding up Mealey's, plaintiff 500.00
            attorney lists

 01/07/02   Relles   / Claims resolution procedures/facilities 0.3       99.00
 #6205      develop data files that will disaggregate payments 330.00
            by state, for three clients

 01/08/02   Relles   / Claims resolution procedures/facilities 0.1       33.00
 #6206      develop basic summaries for Peterson telephone call 330.00

 01/08/02   Relles   / Claims resolution procedures/facilities 0.2       66.00
 #6207      develop disaggregate payments by state for an      330.00
            additional four clients

 01/08/02   Relles   / Claims resolution procedures/facilities 0.1       33.00
 #6208      create summaries to show how payment levels vary by 330.00
            state, client, and time period

 01/08/02   Relles   / Claims resolution procedures/facilities 0.4      132.00
 #6209      develop data files that will disaggregate payments 330.00
            by state, for five clients

 01/09/02   Peterson / Claims resolution procedures/facilities 0.1       50.00
 #6110      telephone Relles re: review results                500.00

 01/09/02   Relles   / Claims resolution procedures/facilities 0.4      132.00
 #6210      develop additional summaries for Peterson phone    330.00
            call; telephone Peterson re: final results

 01/13/02   Peterson / Travel                                  1.3      650.00
 #6111      Travel to Palm Beach                               500.00

 01/13/02   Peterson / Claims resolution procedures/facilities 0.4      200.00
 #6112      Review analyses; prepare for meeting               500.00

 01/14/02   Peterson / Claims resolution procedures/facilities 0.5      250.00
 #6113      Review analyses; prepare for meeting               500.00

 01/14/02   Peterson / Claims resolution procedures/facilities 0.6      300.00
 #6114      Meeting with plaintiffs lawyers; discussion and    500.00
            analysis of TDP
```

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 3

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
01/14/02   Peterson / Claims resolution procedures/facilities    0.1     50.00
#6115      telephone Relles re: estimating percent cancer over 500.00
           recent years

01/14/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
#6211      review records on old simulation runs and           330.00
           capabilities; produce documentation

01/14/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
#6212      telephone Peterson re: estimating percent cancer    330.00
           over recent years; obtain estimates

01/15/02   Ebener   / Estimation methods: review/plan            0.3     72.00
#6402      Review documents on verdicts; work on coding process 240.00

01/15/02   Peterson / Claims resolution procedures/facilities    0.6    300.00
#6116      Meeting with plaintiffs lawyers; discussion and     500.00
           analysis of TDP

01/15/02   Peterson / Travel                                     1.3    650.00
#6117      Travel to Los Angeles                               500.00

01/15/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
#6213      check percentage of cancer payments; telephone      330.00
           Peterson re: results

01/15/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
#6214      telephone Peterson re: review output, discuss       330.00
           estimates of percent cancer payments

01/16/02   Ebener   / Estimation methods: review/plan            0.2     48.00
#6403      Meet with Peterson                                  240.00

01/16/02   Peterson / Estimation methods: review/plan            0.1     50.00
#6118      Meet with Ebener                                    500.00

01/17/02   Peterson / Claims resolution procedures/facilities    0.1     50.00
#6119      telephone Relles re: plans, priorities, deadlines   500.00

01/17/02   Relles   / Estimation methods: review/plan            0.3     99.00
#6215      develop lists of plaintiff attorneys, defendants,   330.00
           occupations, and industries for verdicts coding

01/17/02   Relles   / Claims resolution procedures/facilities    0.1     33.00
#6216      telephone Peterson re: plans, priorities, deadlines 330.00
```

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 4

                       W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
01/18/02   Relles   / Claims resolution procedures/facilities   0.2    66.00
#6217      review old Trust computations; plan to implement   330.00
           Peterson modifications; telephone Peterson re:
           revisions to Trust simulations

01/19/02   Ebener   / Estimation methods: review/plan          0.6   144.00
#6404      Develop forms for coding; review documents        240.00

01/20/02   Ebener   / Estimation methods: review/plan          0.9   216.00
#6405      Train coders, supervise                           240.00

01/22/02   Ebener   / Estimation methods: review/plan          0.3    72.00
#6406      Quality control:  check coding                   240.00

01/22/02   Peterson / Claims resolution procedures/facilities   0.1    50.00
#6120      telephone Relles re: percent cancer payments     500.00

01/22/02   Relles   / Estimation methods: review/plan          0.1    33.00
#6218      review Ebener coding forms design; reformat and send 330.00
           lists of attorneys, defendants, occupations, and
           industries to Ebener; telephone Ebener re:
           requirements

01/23/02   Ebener   / Estimation methods: review/plan          0.2    48.00
#6407      Meet with Peterson re: data on liabilities       240.00

01/23/02   Peterson / Estimation methods: review/plan          0.2   100.00
#6121      Meet with Ebener re: data on liabilities         500.00

01/23/02   Peterson / Claims resolution procedures/facilities   0.1    50.00
#6122      telephone Relles (several) re: memo to Inselbuch  500.00

01/23/02   Relles   / Claims resolution procedures/facilities   0.4   132.00
#6219      summarize percent cancer payments and settlements as 330.00
           a function of time and volume of pending claims;
           prepare several summary tables for Peterson
           memorandum; review Peterson memorandum

01/24/02   Ebener   / Estimation methods: review/plan          0.1    24.00
#6408      Quality control: check coding                    240.00

01/24/02   Peterson / Claims resolution procedures/facilities   0.2   100.00
#6123      Conference call with subcommittee, Inselbuch     500.00

01/24/02   Peterson / Claims resolution procedures/facilities   0.2   100.00
#6124      Work on analysis of liabilities                  500.00
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 5

                    W. R. Grace (continued)


Date/Slip#  Description                                         HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------------
 01/24/02   Peterson / Claims resolution procedures/facilities     1.0        500.00
 #6125      Work on analyses requested by lawyers                500.00

 01/24/02   Peterson / Claims resolution procedures/facilities     0.3        150.00
 #6126      telephone Relles (several) re: results of simulation 500.00

 01/24/02   Relles   / Claims resolution procedures/facilities     0.4        132.00
 #6220      code up and run simulation for nonmalignants         330.00

 01/24/02   Relles   / Claims resolution procedures/facilities     0.3         99.00
 #6221      telephone Peterson (several) re: results of          330.00
            simulation exercise, summary tables

 01/24/02   Relles   / Claims resolution procedures/facilities     0.2         66.00
 #6222      produce summary tables showing parameters of payment 330.00
            plans

 01/25/02   Peterson / Claims resolution procedures/facilities     0.1         50.00
 #6127      Work on analyses requested by lawyers                500.00

 01/25/02   Peterson / Claims resolution procedures/facilities     0.1         50.00
 #6128      telephone Relles (several) re: review output and     500.00
            graphics

 01/25/02   Relles   / Claims resolution procedures/facilities     0.2         66.00
 #6223      summarize variation in settlement amounts among law  330.00
            firms

 01/25/02   Relles   / Claims resolution procedures/facilities     0.2         66.00
 #6224      review and revise memo to Blevins; produce graphics  330.00
            showing variation in law firm settlement amounts;
            telephone Peterson (several) re: interpreting
            output, revising graphics

 01/27/02   Ebener   / Estimation methods: review/plan              0.9        216.00
 #6409      Train coders on new forms, supervise                 240.00

 01/29/02   Ebener   / Estimation methods: review/plan              0.1         24.00
 #6410      Quality control: check coding                        240.00

 01/29/02   Peterson / Claims resolution procedures/facilities     0.9        450.00
 #6129      Prepare analyses for meeting                         500.00

 01/30/02   Peterson / Claims resolution procedures/facilities     0.4        200.00
 #6130      Prepare analyses for meeting                         500.00
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                         Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 01/30/02  Relles   / Claims resolution procedures/facilities    0.2    66.00
 #6225     reproduce March 2001 spreadsheets; update          330.00
           computations using more recent data; compare old and
           new spreadsheets

 01/31/02  Brauner  / Claims resolution procedures/facilities    0.3    55.50
 #6301     develop graphics to show state and attorney       185.00
           settlement amount distributions

 01/31/02  Ebener   / Estimation methods: review/plan            0.1    24.00
 #6411     Quality control: check coding                     240.00

 01/31/02  Relles   / Claims resolution procedures/facilities    0.2    66.00
 #6226     perform computations requested by Cooney; send to 330.00
           Peterson

 01/31/02  Relles   / Claims resolution procedures/facilities    0.3    99.00
 #6227     summarize distribution of settlements by state and 330.00
           attorney

 01/31/02  Relles   / Claims resolution procedures/facilities    0.2    66.00
 #6228     telephone Peterson re: additional settlement      330.00
           distribution summaries; produce summaries

 01/31/02  Relles   / Claims resolution procedures/facilities    0.1    33.00
 #6229     design graphics; work with Brauner to develop     330.00
           graphics
------------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 7

                         W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Activity
                         November 2001 - January 2002

 MONTH       ACTIVITY                                          HOURS    AMOUNT
 ------------------------------------------------------------------------------
 November  - Review motions, rulings, plan documents             2.0   1000.00
 November  - Total                                               2.0   1000.00

 December  - Meetings with other creditors and experts           1.0    500.00
 December  - Claims resolution procedures/facilities             0.8    298.00
 December  - Total                                               1.8    798.00

 January   - Estimation methods: review/plan                     4.8   1318.00
 January   - Claims resolution procedures/facilities            12.1   5003.50
 January   - Travel                                              2.6   1300.00
 January   - Total                                              19.5   7621.50

 Total     - Meetings with other creditors and experts           1.0    500.00
 Total     - Estimation methods: review/plan                     4.8   1318.00
 Total     - Review motions, rulings, plan documents             2.0   1000.00
 Total     - Claims resolution procedures/facilities            12.9   5301.50
 Total     - Travel                                              2.6   1300.00
 Total     - Total                                              23.3   9419.50
 ------------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02            Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 8

                     W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     November 2001 - January 2002

   MONTH       PERSON                                         HOURS    AMOUNT
   ---------------------------------------------------------------------------
   November  - Peterson                                         2.0   1000.00
   November  - Total                                            2.0   1000.00

   December  - Relles                                           0.6    198.00
   December  - Peterson                                         1.2    600.00
   December  - Total                                            1.8    798.00

   January   - Relles                                           6.0   1980.00
   January   - Peterson                                         9.3   4650.00
   January   - Brauner                                          0.3     55.50
   January   - Ebener                                           3.9    936.00
   January   - Total                                           19.5   7621.50

   Total     - Relles                                           6.6   2178.00
   Total     - Peterson                                        12.5   6250.00
   Total     - Brauner                                          0.3     55.50
   Total     - Ebener                                           3.9    936.00
   Total     - Total                                           23.3   9419.50
   ---------------------------------------------------------------------------
```

{D0002222:1 }

```
Date: 02/11/02           Legal Analysis Systems, Inc.
Time: 11:00am                                                        Page 9

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                       November 2001 - January 2002

MONTH       PERSON                                HOURS    RATE    AMOUNT
--------------------------------------------------------------------------
Meetings with other creditors and experts

December  - Peterson                                1.0    500.    500.00

Estimation methods: review/plan

January   - Relles                                  0.4    330.    132.00
January   - Peterson                                0.5    500.    250.00
January   - Ebener                                  3.9    240.    936.00

Review motions, rulings, plan documents

November  - Peterson                                2.0    500.   1000.00

Claims resolution procedures/facilities

December  - Relles                                  0.6    330.    198.00
December  - Peterson                                0.2    500.    100.00
January   - Relles                                  5.6    330.   1848.00
January   - Peterson                                6.2    500.   3100.00
January   - Brauner                                 0.3    185.     55.50

  Travel

January   - Peterson                                2.6    500.   1300.00

--------------------------------------------------------------------------
```

{D0002222:1 }