```
Date: 05/02/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 02/03/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1      24.00
 #7001     Modified plaintiff attorney code list                 240.00

 02/09/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3      72.00
 #7002     Check coding production                               240.00

 02/14/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1      24.00
 #7003     Meet with Peterson re collection of verdict data      240.00

 02/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1      50.00
 #6518     Meet with Ebener re: collection of verdict data       500.00

 02/16/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1      24.00
 #7004     Reconcile coder hours                                 240.00

 02/17/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3      72.00
 #7005     Inventory completed cases; missing issues of          240.00
           reporter

 02/24/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.3      72.00
 #7006     Review coding problems                                240.00

 03/05/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.0    1000.00
 #6525     Prepare for meeting with Inselbuch; review analyses   500.00
           and documents

 03/10/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0     330.00
 #6717     archive and extract data from disks                   330.00

 03/11/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1      50.00
 #6527     Telephone Relles; discuss status of work              500.00

 03/11/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.1      33.00
 #6718     telephone Peterson re: discuss status of work         330.00

 03/12/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8    1400.00
 #6528     Review documents re: KPMG                             500.00

 03/12/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.5     165.00
 #6719     memo to Lockwood on WR Grace data                     330.00
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 2

                      W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
 #6529     Review documents re: KPMG                            500.00

 03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.6    300.00
 #6530     Telephone calls Relles (2); Finch (2), send memo re: 500.00
           data

 03/13/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
 #6720     telephone Peterson re: data                          330.00

 03/18/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.4    792.00
 #6721     read in data from Caplin-Drysdale; fix problems with 330.00
           Grace98; review information on the various cd-roms

 03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
 #6532     Review files, plan further analyses                  500.00

 03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
 #6533     Telephone Relles re: data                            500.00

 03/19/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.5    495.00
 #6723     find and print ARPC reports from cdroms; begin to   330.00
           review reports

 03/20/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  4.1   2050.00
 #6534     Review ARPC materials                                500.00

 03/22/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
 #6535     telephone Relles re: ARPC models                     500.00

 03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
 #6724     read Rourke letters and reports on Grace             330.00

 03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.1     33.00
 #6725     telephone Peterson re: various ARPC models           330.00

 03/23/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
 #7007     Resolve coding problems                              240.00

 03/24/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
 #7008     Resolve coding problems                              240.00

 03/26/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
 #6726     telephone Peterson and Finch re: review cdroms       330.00
           received, discuss general strategy for proceeding
```

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                                Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 03/27/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  5.8     2900.00
 #6538     Review materials on Debtors' estimations                500.00

 04/05/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.4       96.00
 #7009     Resolve coding problems                                 240.00

 04/12/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  3.7     1850.00
 #6540     Review prior affidavit; draft affidavit                 500.00

 04/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  3.9     1950.00
 #6541     Review Florence documents; draft notes on analyses      500.00

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  3.0      990.00
 #6731     review all datasets on ARPC's cdroms to obtain WR       330.00
           Grace datasets and documentation for them

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  4.8     1584.00
 #6732     process WR Grace data, build datasets to use as the     330.00
           basis for projections

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.8      924.00
 #6733     aggregate datasets to obtain filing and settlement      330.00
           statistics

 04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.2      726.00
 #6734     project number of claims and liabilities as of 1995,    330.00
           1997, and 1998

 04/16/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  7.3     3650.00
 #6542     Review Florence documents; review data; telephone       500.00
           Relles (several 2.2 hours)

 04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.2      726.00
 #6736     telephone Peterson (several) re: review preliminary     330.00
           results

 04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.5      825.00
 #6737     read Florence report; modify prediction methods to      330.00
           get closer to Florence's results

 04/17/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.5     1250.00
 #6543     Review analysis files; memo to attorneys; telephone     500.00
           Relles re: conference call
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 4

                   W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
04/17/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  2.0   660.00
#6738      prepare data shipment for conference call, send to     330.00
           Finch and Swett

04/17/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.5   165.00
#6739      telephone Peterson re: review materials for            330.00
           conference call

04/17/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2   396.00
#6740      prepare additional materials for conference call       330.00

04/17/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.6   528.00
#6741      participation in conference call                       330.00

04/20/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7010      Annotate coding specs based on coding problem          240.00
           resolution

04/21/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7011      Meeting Peterson to review coding problem              240.00
           resolutions

04/21/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2   100.00
#6547      Meet with Ebener to review questions                   500.00

04/22/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1    24.00
#7012      Assign new cases; review specs w/ coder                240.00

03/06/02   Peterson  / (17) Committee Matters & Creditor Mtgs      0.4   200.00
#6526      Meet with Inselbuch; discuss analyses                  500.00

03/19/02   Peterson  / (17) Committee Matters & Creditor Mtgs      0.2   100.00
#6531      Telephone Finch & Relles re: analysis                  500.00

03/19/02   Relles    / (17) Committee Matters & Creditor Mtgs      0.5   165.00
#6722      telephone Finch (.2) re: schedule; telephone           330.00
           Peterson (.3) re: figuring out the information
           provided

03/26/02   Peterson  / (17) Committee Matters & Creditor Mtgs      1.0   500.00
#6537      Telephone Conference Finch and Relles; prepare for     500.00
           call

04/16/02   Relles    / (17) Committee Matters & Creditor Mtgs      0.1    33.00
#6735      reply to Finch email                                   330.00
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 5

                      W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
04/17/02   Peterson  / (17) Committee Matters & Creditor Mtgs    3.0    1500.00
#6544      Conference call with Finch, Swett, Relles; followup  500.00
           conversation with Relles

04/25/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.3     150.00
#6549      Conference call, Relles and Finch re: ARPC           500.00

04/25/02   Relles    / (17) Committee Matters & Creditor Mtgs    0.3      99.00
#6750      conference call, Finch and Peterson, re: ARPC models 330.00

04/29/02   Peterson  / (17) Committee Matters & Creditor Mtgs    0.2     100.00
#6551      Telephone Inselbuch                                  500.00

02/10/02   Peterson  / (18) Compensation of Professionals        1.0     500.00
#6513      Billing, preparation of fee applications             500.00

02/11/02   Peterson  / (18) Compensation of Professionals        1.0     500.00
#6514      Billing, preparation of fee applications             500.00

04/24/02   Brelsford / (18) Compensation of Professionals        0.7     140.00
#7201      develop software revisions to billing programs to    200.00
           accommodate new reporting requirements

04/28/02   Peterson  / (18) Compensation of Professionals        1.0     500.00
#6550      Billing and fee application                          500.00

04/28/02   Relles    / (18) Compensation of Professionals        0.3      99.00
#6751      revise billing programs to comply with new           330.00
           bankruptcy reporting requirements

02/01/02   Brauner   / (36) Plan/Disclosure Statement/Voting Issu 0.3     55.50
#6901      work on graphics describing state by state           185.00
           variations in settlement amounts; meet with Relles

02/01/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.1     50.00
#6501      telephone Relles re: state by state variations and   500.00
           graphics

02/01/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.8    400.00
#6502      Prepare tables for meeting; memo on TDP suggestions  500.00

02/01/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu 0.3     99.00
#6701      revise tables and graphics on state by state         330.00
           variations
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 6

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/01/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6702     meet with Brauner re: graphics                        330.00

 02/02/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6503     Prepare tables for meeting; memo on TDP suggestions   500.00

 02/03/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6703     investigate alternative definitions of states to      330.00
           focus on by disease

 02/04/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.7   350.00
 #6504     Meet with Relles, review status of projects           500.00

 02/04/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
 #6505     Telephone Inselbuch and Relles; run alternative TDP   500.00
           and send results to Inselbuch

 02/04/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.7   231.00
 #6704     meeting Peterson re: review status of projects        330.00

 02/04/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6705     develop tables, run revised TDP for Inselbuch; tel    330.00
           Peterson re: output

 02/05/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6506     Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles

 02/05/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6706     telephone Peterson re: responding to Inselbuch        330.00
           requests

 02/05/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6707     perform follow-up computations for memo to Inselbuch  330.00

 02/06/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
 #6507     Review files; memo to Slocombe re: testimony          500.00

 02/06/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6508     Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles

 02/07/02  Peterson / (36) Plan/Disclosure Statement/Voting Issu  0.8   400.00
 #6509     Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 7

                      W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/07/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
 #6510     Review files; memo to Slocombe re: testimony            500.00

 02/07/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6708     develop distribution of settlement values for           330.00
           various proposed lower and upper bound trust
           payments; telephone Peterson re: modifications and
           results

 02/08/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
 #6511     Analysis and draft memo to Inselbuch re: individual     500.00
           review

 02/08/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6512     Review files; memo to Slocombe re: testimony            500.00

 02/12/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
 #6515     Telephone Inselbuch; Davis                              500.00

 02/12/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
 #6516     Review TDP documents                                    500.00

 02/13/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6517     Work on revisions to TDP                                500.00

 02/14/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
 #6519     telephone Relles re: payments and use of                500.00
           extraordinary values

 02/14/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
 #6520     Review latest version of TDP                            500.00

 02/14/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
 #6709     compute new payment parameters, run additional          330.00
           simulations, summarize and send to Peterson

 02/14/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
 #6710     telephone Peterson re: computing mean payments when     330.00
           extraordinary values are allowed

 02/14/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6711     plan additional simulation variations with payment      330.00
           for extraordinary values
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 8

                 W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/15/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2  100.00
 #6521     Telephone Inselbuch; Relles                        500.00

 02/15/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2   66.00
 #6712     compute and analyze how the percent of payments to 330.00
           cancer and severe asbestosis changes over time;
           telephone Peterson re: trends in percent payments

 02/21/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2  100.00
 #6522     Analysis of TDP                                    500.00

 02/21/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3   99.00
 #6713     analysis of trends in percent cancer over time     330.00

 02/23/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.5  165.00
 #6714     rerun Trust simulations and produce output         330.00
           sufficient for analyzing trends in percent cancer;
           analyze trends in numbers and values of claims

 02/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2  100.00
 #6523     telephone Relles re: percent cancer trends         500.00

 02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1   33.00
 #6715     telephone Peterson re: trends in percent cancers,  330.00
           graphical and tabular summaries of trends

 02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3   99.00
 #6716     produce summaries of percent cancer trends for     330.00
           Peterson memo

 03/02/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2  100.00
 #6524     Analysis of payments to future claimants           500.00

 03/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.5  250.00
 #6536     Review memos and simulations of TDP; review latest 500.00
           TDP draft

 03/29/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.6  198.00
 #6727     review old Trust simulation programs for multiple  330.00
           defendants; integrate into single system of programs

 03/30/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.4  132.00
 #6728     finish development and testing of integrated Trust 330.00
           simulation software; check results
```

{D0002563:1 }

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 9

                         W. R. Grace (continued)


Date/Slip#  Description                                  HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 03/31/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2    100.00
 #6539      Meet with Relles re: Washington meeting                500.00

 03/31/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2     66.00
 #6729      Peterson meeting re: review status of methods for      330.00
            Washington meeting

 03/31/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3     99.00
 #6730      read 3/20/02 draft TDP; telephone Peterson re:         330.00
            correspondence between draft language and Trust
            simulation parameters

 04/17/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1     33.00
 #6742      telephone Peterson re: paying interest for             330.00
            liquidated claims, defining significant occupational
            exposure

 04/18/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3     99.00
 #6743      consolidate computer code for different defendants,    330.00
            redo exposure estimates, projections; summarize
            results and send to Peterson

 04/18/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2     66.00
 #6744      telephone Peterson re: results of projections and      330.00
            TDP simulations

 04/18/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1     33.00
 #6745      revise exposure distribution logic to conform with     330.00
            new TDP; rerun projections

 04/19/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2    100.00
 #6545      Prepare for Lederer meeting                            500.00

 04/19/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3    150.00
 #6546      Meet with Lederer and Relles re: TDP analysis          500.00

 04/19/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2     66.00
 #6746      prepare materials for meeting with Mark Lederer to     330.00
            discuss TDP

 04/19/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2     66.00
 #6747      meeting: Lederer and Peterson re: TDP                  330.00
```

```
Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 10

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/21/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.4   132.00
 #6748     prepare several tables summarizing results across      330.00
           all clients

 04/22/02  Peterson   / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
 #6548     telephone Relles re: review projections and TDP for    500.00
           several clients

 04/22/02  Relles     / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
 #6749     telephone Peterson re: review of projections and TDP   330.00
           for all clients
-------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 11

                          W. R. Grace (continued)

                   Summary Of Time Charges, By Month and Activity
                            February 2002 - April 2002

MONTH         ACTIVITY                                         HOURS    AMOUNT
------------------------------------------------------------------------------
February  - (02) Asbestos: Claims Analysis & Valuations         1.3     338.00
February  - (18) Compensation of Professionals                  2.0    1000.00
February  - (36) Plan/Disclosure Statement/Voting Issue        12.0    5208.50
February  - (99) Total                                         15.3    6546.50

March     - (02) Asbestos: Claims Analysis & Valuations        29.8   13436.00
March     - (17) Committee Matters & Creditor Mtgs              2.1     965.00
March     - (36) Plan/Disclosure Statement/Voting Issue         2.4     945.00
March     - (99) Total                                         34.3   15346.00

April     - (02) Asbestos: Claims Analysis & Valuations        41.1   16492.00
April     - (17) Committee Matters & Creditor Mtgs              3.9    1882.00
April     - (18) Compensation of Professionals                  2.0     739.00
April     - (36) Plan/Disclosure Statement/Voting Issue         2.2     828.00
April     - (99) Total                                         49.2   19941.00

Total     - (02) Asbestos: Claims Analysis & Valuations        72.2   30266.00
Total     - (17) Committee Matters & Creditor Mtgs              6.0    2847.00
Total     - (18) Compensation of Professionals                  4.0    1739.00
Total     - (36) Plan/Disclosure Statement/Voting Issue        16.6    6981.50
Total     - (99) Total                                         98.8   41833.50
------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 12

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                         February 2002 - April 2002

 MONTH       PERSON                                           HOURS     AMOUNT
 ------------------------------------------------------------------------------
 February  - Relles                                             4.1    1353.00
 February  - Peterson                                           9.7    4850.00
 February  - Brauner                                            0.3      55.50
 February  - Ebener                                             1.2     288.00
 February  - Total                                             15.3    6546.50

 March     - Relles                                            10.0    3300.00
 March     - Peterson                                          23.9   11950.00
 March     - Ebener                                             0.4      96.00
 March     - Total                                             34.3   15346.00

 April     - Relles                                            25.1    8283.00
 April     - Peterson                                          22.7   11350.00
 April     - Ebener                                             0.7     168.00
 April     - Brelsford                                          0.7     140.00
 April     - Total                                             49.2   19941.00

 Total     - Relles                                            39.2   12936.00
 Total     - Peterson                                          56.3   28150.00
 Total     - Brauner                                            0.3      55.50
 Total     - Ebener                                             2.3     552.00
 Total     - Brelsford                                          0.7     140.00
 Total     - Total                                             98.8   41833.50
 ------------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 13

                       W. R. Grace (continued)

              Summary Of Time Charges, By Activity, Month, and Person
                          February 2002 - April 2002

 MONTH       PERSON                                 HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------------
 (02) Asbestos: Claims Analysis & Valuations

 February  - Peterson                                 0.1    500.      50.00
 February  - Ebener                                   1.2    240.     288.00
 March     - Relles                                   8.0    330.    2640.00
 March     - Peterson                                21.4    500.   10700.00
 March     - Ebener                                   0.4    240.      96.00
 April     - Relles                                  22.8    330.    7524.00
 April     - Peterson                                17.6    500.    8800.00
 April     - Ebener                                   0.7    240.     168.00

 (17) Committee Matters & Creditor Mtgs

 March     - Relles                                   0.5    330.     165.00
 March     - Peterson                                 1.6    500.     800.00
 April     - Relles                                   0.4    330.     132.00
 April     - Peterson                                 3.5    500.    1750.00

 (18) Compensation of Professionals

 February  - Peterson                                 2.0    500.    1000.00
 April     - Relles                                   0.3    330.      99.00
 April     - Peterson                                 1.0    500.     500.00
 April     - Brelsford                                0.7    200.     140.00

 (36) Plan/Disclosure Statement/Voting Issues

 February  - Relles                                   4.1    330.    1353.00
 February  - Peterson                                 7.6    500.    3800.00
 February  - Brauner                                  0.3    185.      55.50
 March     - Relles                                   1.5    330.     495.00
 March     - Peterson                                 0.9    500.     450.00
 April     - Relles                                   1.6    330.     528.00
 April     - Peterson                                 0.6    500.     300.00
 ----------------------------------------------------------------------------
```

{D0002563:1 }

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 14

             W. R. Grace (continued)



             Total Expenses    --   $517.49


      Coding Asbestos Verdict Data        $517.49
--------------------------------------------------------------------------
```

{D0002563:1 }