Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                          HOURS/RATE   AMOUNT
------------------------------------------------------------------------
02/03/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7001     Modified plaintiff attorney code list          240.00

02/09/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
#7002     Check coding production                        240.00

02/14/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7003     Meet with Peterson re collection of verdict data   240.00

02/14/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
#6518     Meet with Ebener re: collection of verdict data    500.00

02/16/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7004     Reconcile coder hours                          240.00

02/17/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
#7005     Inventory completed cases; missing issues of   240.00
          reporter

02/24/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
#7006     Review coding problems                         240.00

03/05/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  2.0   1000.00
#6525     Prepare for meeting with Inselbuch; review analyses   500.00
          and documents

03/10/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#6717     archive and extract data from disks            330.00

03/11/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
#6527     Telephone Relles; discuss status of work       500.00

03/11/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.1     33.00
#6718     telephone Peterson re: discuss status of work  330.00

03/12/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
#6528     Review documents re: KPMG                      500.00

03/12/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.5    165.00
#6719     memo to Lockwood on WR Grace data              330.00

{D0002563:1 }

Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 2

                    W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
#6529     Review documents re: KPMG                          500.00

03/13/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.6    300.00
#6530     Telephone calls Relles (2); Finch (2), send memo re:  500.00
          data

03/13/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#6720     telephone Peterson re: data                        330.00

03/18/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.4    792.00
#6721     read in data from Caplin-Drysdale; fix problems with  330.00
          Grace98; review information on the various cd-roms

03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.8   1400.00
#6532     Review files, plan further analyses                 500.00

03/19/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
#6533     Telephone Relles re: data                           500.00

03/19/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.5    495.00
#6723     find and print ARPC reports from cdroms; begin to    330.00
          review reports

03/20/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  4.1   2050.00
#6534     Review ARPC materials                               500.00

03/22/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.1     50.00
#6535     telephone Relles re: ARPC models                    500.00

03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
#6724     read Rourke letters and reports on Grace             330.00

03/22/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.1     33.00
#6725     telephone Peterson re: various ARPC models          330.00

03/23/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7007     Resolve coding problems                             240.00

03/24/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7008     Resolve coding problems                             240.00

03/26/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#6726     telephone Peterson and Finch re: review cdroms       330.00
          received, discuss general strategy for proceeding

Date: 05/02/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/27/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  5.8  2900.00
#6538     Review materials on Debtors' estimations            500.00

04/05/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.4    96.00
#7009     Resolve coding problems                             240.00

04/12/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  3.7  1850.00
#6540     Review prior affidavit; draft affidavit            500.00

04/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  3.9  1950.00
#6541     Review Florence documents; draft notes on analyses  500.00

04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  3.0   990.00
#6731     review all datasets on ARPC's cdroms to obtain WR   330.00
          Grace datasets and documentation for them

04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  4.8  1584.00
#6732     process WR Grace data, build datasets to use as the 330.00
          basis for projections

04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.8   924.00
#6733     aggregate datasets to obtain filing and settlement  330.00
          statistics

04/14/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.2   726.00
#6734     project number of claims and liabilities as of 1995, 330.00
          1997, and 1998

04/16/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  7.3  3650.00
#6542     Review Florence documents; review data; telephone   500.00
          Relles (several 2.2 hours)

04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.2   726.00
#6736     telephone Peterson (several) re: review preliminary 330.00
          results

04/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.5   825.00
#6737     read Florence report; modify prediction methods to  330.00
          get closer to Florence's results

04/17/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.5  1250.00
#6543     Review analysis files; memo to attorneys; telephone 500.00
          Relles re: conference call


{D0002563:1 }

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
04/17/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.0    660.00
#6738     prepare data shipment for conference call, send to    330.00
          Finch and Swett

04/17/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.5    165.00
#6739     telephone Peterson re: review materials for           330.00
          conference call

04/17/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
#6740     prepare additional materials for conference call      330.00

04/17/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.6    528.00
#6741     participation in conference call                      330.00

04/20/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7010     Annotate coding specs based on coding problem         240.00
          resolution

04/21/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7011     Meeting Peterson to review coding problem             240.00
          resolutions

04/21/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#6547     Meet with Ebener to review questions                  500.00

04/22/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7012     Assign new cases; review specs w/ coder               240.00

03/06/02  Peterson  / (17) Committee Matters & Creditor Mtgs      0.4    200.00
#6526     Meet with Inselbuch; discuss analyses                 500.00

03/19/02  Peterson  / (17) Committee Matters & Creditor Mtgs      0.2    100.00
#6531     Telephone Finch & Relles re: analysis                 500.00

03/19/02  Relles    / (17) Committee Matters & Creditor Mtgs      0.5    165.00
#6722     telephone Finch (.2) re: schedule; telephone          330.00
          Peterson (.3) re: figuring out the information
          provided

03/26/02  Peterson  / (17) Committee Matters & Creditor Mtgs      1.0    500.00
#6537     Telephone Conference Finch and Relles; prepare for     500.00
          call

04/16/02  Relles    / (17) Committee Matters & Creditor Mtgs      0.1     33.00
#6735     reply to Finch email                                  330.00

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 5

                W. R. Grace (continued)


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
04/17/02  Peterson  / (17) Committee Matters & Creditor Mtgs   3.0   1500.00
#6544     Conference call with Finch, Swett, Relles; followup  500.00
          conversation with Relles

04/25/02  Peterson  / (17) Committee Matters & Creditor Mtgs   0.3    150.00
#6549     Conference call, Relles and Finch re: ARPC           500.00

04/25/02  Relles    / (17) Committee Matters & Creditor Mtgs   0.3     99.00
#6750     conference call, Finch and Peterson, re: ARPC models 330.00

04/29/02  Peterson  / (17) Committee Matters & Creditor Mtgs   0.2    100.00
#6551     Telephone Inselbuch                                  500.00

02/10/02  Peterson  / (18) Compensation of Professionals       1.0    500.00
#6513     Billing, preparation of fee applications             500.00

02/11/02  Peterson  / (18) Compensation of Professionals       1.0    500.00
#6514     Billing, preparation of fee applications             500.00

04/24/02  Brelsford / (18) Compensation of Professionals       0.7    140.00
#7201     develop software revisions to billing programs to    200.00
          accommodate new reporting requirements

04/28/02  Peterson  / (18) Compensation of Professionals       1.0    500.00
#6550     Billing and fee application                          500.00

04/28/02  Relles    / (18) Compensation of Professionals       0.3     99.00
#6751     revise billing programs to comply with new           330.00
          bankruptcy reporting requirements

02/01/02  Brauner   / (36) Plan/Disclosure Statement/Voting Issu 0.3   55.50
#6901     work on graphics describing state by state           185.00
          variations in settlement amounts; meet with Relles

02/01/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.1   50.00
#6501     telephone Relles re: state by state variations and   500.00
          graphics

02/01/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu 0.8  400.00
#6502     Prepare tables for meeting; memo on TDP suggestions  500.00

02/01/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu 0.3   99.00
#6701     revise tables and graphics on state by state         330.00
          variations
```

{D0002563:1 }

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 6

                     W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
02/01/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6702      meet with Brauner re: graphics                  330.00

02/02/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
#6503      Prepare tables for meeting; memo on TDP suggestions   500.00

02/03/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6703      investigate alternative definitions of states to    330.00
           focus on by disease

02/04/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.7   350.00
#6504      Meet with Relles, review status of projects      500.00

02/04/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
#6505      Telephone Inselbuch and Relles; run alternative TDP  500.00
           and send results to Inselbuch

02/04/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.7   231.00
#6704      meeting Peterson re: review status of projects    330.00

02/04/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6705      develop tables, run revised TDP for Inselbuch; tel  330.00
           Peterson re: output

02/05/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
#6506      Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles

02/05/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6706      telephone Peterson re: responding to Inselbuch    330.00
           requests

02/05/02  Relles   / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6707      perform follow-up computations for memo to Inselbuch 330.00

02/06/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.4   200.00
#6507      Review files; memo to Slocombe re: testimony     500.00

02/06/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6   300.00
#6508      Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles

02/07/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.8   400.00
#6509      Analyses of TDP; analyses of individual review; memo  500.00
           and phone calls to Relles

Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 7

                  W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
02/07/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.6    300.00
#6510     Review files; memo to Slocombe re: testimony         500.00

02/07/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3     99.00
#6708     develop distribution of settlement values for        330.00
          various proposed lower and upper bound trust
          payments; telephone Peterson re: modifications and
          results

02/08/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3    150.00
#6511     Analysis and draft memo to Inselbuch re: individual   500.00
          review

02/08/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2    100.00
#6512     Review files; memo to Slocombe re: testimony         500.00

02/12/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1     50.00
#6515     Telephone Inselbuch; Davis                           500.00

02/12/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3    150.00
#6516     Review TDP documents                                 500.00

02/13/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2    100.00
#6517     Work on revisions to TDP                             500.00

02/14/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1     50.00
#6519     telephone Relles re: payments and use of             500.00
          extraordinary values

02/14/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2    100.00
#6520     Review latest version of TDP                         500.00

02/14/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3     99.00
#6709     compute new payment parameters, run additional       330.00
          simulations, summarize and send to Peterson

02/14/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2     66.00
#6710     telephone Peterson re: computing mean payments when   330.00
          extraordinary values are allowed

02/14/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1     33.00
#6711     plan additional simulation variations with payment   330.00
          for extraordinary values

{D0002563:1 }

Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
02/15/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6521     Telephone Inselbuch; Relles                      500.00

02/15/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6712     compute and analyze how the percent of payments to  330.00
          cancer and severe asbestosis changes over time;
          telephone Peterson re: trends in percent payments

02/21/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6522     Analysis of TDP                                  500.00

02/21/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
#6713     analysis of trends in percent cancer over time   330.00

02/23/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.5   165.00
#6714     rerun Trust simulations and produce output       330.00
          sufficient for analyzing trends in percent cancer;
          analyze trends in numbers and values of claims

02/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6523     telephone Relles re: percent cancer trends       500.00

02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6715     telephone Peterson re: trends in percent cancers,  330.00
          graphical and tabular summaries of trends

02/24/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
#6716     produce summaries of percent cancer trends for   330.00
          Peterson memo

03/02/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6524     Analysis of payments to future claimants         500.00

03/24/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.5   250.00
#6536     Review memos and simulations of TDP; review latest  500.00
          TDP draft

03/29/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.6   198.00
#6727     review old Trust simulation programs for multiple  330.00
          defendants; integrate into single system of programs

03/30/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.4   132.00
#6728     finish development and testing of integrated Trust  330.00
          simulation software; check results


{D0002563:1 }

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 9

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
03/31/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6539     Meet with Relles re: Washington meeting            500.00

03/31/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6729     Peterson meeting re: review status of methods for  330.00
          Washington meeting

03/31/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
#6730     read 3/20/02 draft TDP; telephone Peterson re:     330.00
          correspondence between draft language and Trust
          simulation parameters

04/17/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6742     telephone Peterson re: paying interest for         330.00
          liquidated claims, defining significant occupational
          exposure

04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.3    99.00
#6743     consolidate computer code for different defendants, 330.00
          redo exposure estimates, projections; summarize
          results and send to Peterson

04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6744     telephone Peterson re: results of projections and  330.00
          TDP simulations

04/18/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6745     revise exposure distribution logic to conform with 330.00
          new TDP; rerun projections

04/19/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.2   100.00
#6545     Prepare for Lederer meeting                        500.00

04/19/02  Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.3   150.00
#6546     Meet with Lederer and Relles re: TDP analysis      500.00

04/19/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6746     prepare materials for meeting with Mark Lederer to 330.00
          discuss TDP

04/19/02  Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.2    66.00
#6747     meeting: Lederer and Peterson re: TDP              330.00
```

{D0002563:1 }

Date: 05/02/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 10

                    W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
04/21/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.4   132.00
#6748      prepare several tables summarizing results across      330.00
           all clients

04/22/02   Peterson  / (36) Plan/Disclosure Statement/Voting Issu  0.1    50.00
#6548      telephone Relles re: review projections and TDP for    500.00
           several clients

04/22/02   Relles    / (36) Plan/Disclosure Statement/Voting Issu  0.1    33.00
#6749      telephone Peterson re: review of projections and TDP   330.00
           for all clients
------------------------------------------------------------------------

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                  Page 11

                W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                     February 2002 - April 2002


MONTH       ACTIVITY                                    HOURS    AMOUNT
----------------------------------------------------------------------
February  - (02) Asbestos: Claims Analysis & Valuations   1.3    338.00
February  - (18) Compensation of Professionals            2.0   1000.00
February  - (36) Plan/Disclosure Statement/Voting Issue  12.0   5208.50
February  - (99) Total                                   15.3   6546.50

March     - (02) Asbestos: Claims Analysis & Valuations  29.8  13436.00
March     - (17) Committee Matters & Creditor Mtgs        2.1    965.00
March     - (36) Plan/Disclosure Statement/Voting Issue   2.4    945.00
March     - (99) Total                                   34.3  15346.00

April     - (02) Asbestos: Claims Analysis & Valuations  41.1  16492.00
April     - (17) Committee Matters & Creditor Mtgs        3.9   1882.00
April     - (18) Compensation of Professionals            2.0    739.00
April     - (36) Plan/Disclosure Statement/Voting Issue   2.2    828.00
April     - (99) Total                                   49.2  19941.00

Total     - (02) Asbestos: Claims Analysis & Valuations  72.2  30266.00
Total     - (17) Committee Matters & Creditor Mtgs        6.0   2847.00
Total     - (18) Compensation of Professionals            4.0   1739.00
Total     - (36) Plan/Disclosure Statement/Voting Issue  16.6   6981.50
Total     - (99) Total                                   98.8  41833.50
----------------------------------------------------------------------------
```

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 12

               W. R. Grace (continued)

             Summary Of Time Charges, By Month and Person
                    February 2002 - April 2002


MONTH       PERSON                                    HOURS    AMOUNT
------------------------------------------------------------------------
February  - Relles                                      4.1   1353.00
February  - Peterson                                    9.7   4850.00
February  - Brauner                                     0.3     55.50
February  - Ebener                                      1.2    288.00
February  - Total                                      15.3   6546.50

March     - Relles                                     10.0   3300.00
March     - Peterson                                   23.9  11950.00
March     - Ebener                                      0.4     96.00
March     - Total                                      34.3  15346.00

April     - Relles                                     25.1   8283.00
April     - Peterson                                   22.7  11350.00
April     - Ebener                                      0.7    168.00
April     - Brelsford                                   0.7    140.00
April     - Total                                      49.2  19941.00

Total     - Relles                                     39.2  12936.00
Total     - Peterson                                   56.3  28150.00
Total     - Brauner                                     0.3     55.50
Total     - Ebener                                      2.3    552.00
Total     - Brelsford                                   0.7    140.00
Total     - Total                                      98.8  41833.50
------------------------------------------------------------------------
```

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 13

                  W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                    February 2002 - April 2002

MONTH       PERSON                      HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(02) Asbestos: Claims Analysis & Valuations

February  - Peterson                      0.1   500.     50.00
February  - Ebener                        1.2   240.    288.00
March     - Relles                        8.0   330.   2640.00
March     - Peterson                     21.4   500.  10700.00
March     - Ebener                        0.4   240.     96.00
April     - Relles                       22.8   330.   7524.00
April     - Peterson                     17.6   500.   8800.00
April     - Ebener                        0.7   240.    168.00

(17) Committee Matters & Creditor Mtgs

March     - Relles                        0.5   330.    165.00
March     - Peterson                      1.6   500.    800.00
April     - Relles                        0.4   330.    132.00
April     - Peterson                      3.5   500.   1750.00

(18) Compensation of Professionals

February  - Peterson                      2.0   500.   1000.00
April     - Relles                        0.3   330.     99.00
April     - Peterson                      1.0   500.    500.00
April     - Brelsford                     0.7   200.    140.00

(36) Plan/Disclosure Statement/Voting Issues

February  - Relles                        4.1   330.   1353.00
February  - Peterson                      7.6   500.   3800.00
February  - Brauner                       0.3   185.     55.50
March     - Relles                        1.5   330.    495.00
March     - Peterson                      0.9   500.    450.00
April     - Relles                        1.6   330.    528.00
April     - Peterson                      0.6   500.    300.00
-----------------------------------------------------------------------

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 14

                 W. R. Grace (continued)


              Total Expenses   --   $517.49


         Coding Asbestos Verdict Data      $517.49
--------------------------------------------------------------------------------

{D0002563:1 }