Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
05/03/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  2.3    759.00
#7405      process exposure information and add to analytical    330.00
           files

05/16/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7215      telephone Relles re: Grace data shipment             500.00

05/16/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
#7416      review WR Grace data shipment; reply to Finch email;  330.00
           telephone Peterson (.2) re: same

05/21/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7216      telephone Relles re: cdrom contents, todo list        500.00

05/21/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.8    594.00
#7417      load Grace data from cdroms; telephone Peterson (.2)  330.00
           re: cdrom contents

05/21/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7418      telephone Peterson re: to-do list                    330.00

05/23/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  2.5    825.00
#7419      organize latest data shipment; develop listings and  330.00
           frequencies; scan data

05/28/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7420      receive another data shipment; organize files and    330.00
           dictionaries; develop listings and frequencies; scan
           data

05/29/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#7421      assemble additional data shipments, compare with     330.00
           old, select newest information

05/30/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
#7218      Telephone Inselbuch; telephone Relles re: work plans 500.00

05/30/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7422      telephone Peterson re: work plans                    330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 2

                 W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
05/31/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.3    429.00
#7423     review recently received WRG data shipments (four of  330.00
          them); select best information, check to make sure
          not throwing away any information

06/02/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  1.0    500.00
#7220     Prepare for meeting, review analyses               500.00

06/02/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  3.5   1155.00
#7424     build files and compare with data received from ARPC  330.00

06/04/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7223     telephone Relles re: Grace projections             500.00

06/04/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7425     telephone Peterson re: Grace projections           330.00

06/08/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  1.0    240.00
#7701     coder training for assembling jury verdict data    240.00

06/08/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7227     Telephone Relles; review meetings and plan analyses 500.00

06/08/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7429     run several variations of projections; summarize   330.00
          results; telephone Peterson (.4) re: results

06/11/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7435     receive new cdrom; check contents                  330.00

06/13/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  2.0    660.00
#7439     prepare data summaries for Finch                   330.00

06/14/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  4.3   2150.00
#7239     Review materials on claims projections             500.00

06/15/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.8    192.00
#7702     Review jury verdict coded cases                    240.00

06/17/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  2.6   1300.00
#7244     Analyses of resolved claims; telephone Relles (.2)  500.00
          re: verdicts; correspondence with Finch

{D0004128:1 }

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
06/17/02   Relles   / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#7447      identify verdicts in WRG databases; telephone      330.00
           Peterson (.2) re: same

06/20/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.5    120.00
#7703      Jury verdict data entry preparation                240.00

06/21/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7704      Arrange jury verdict data entry schedule           240.00

06/21/02   Relles   / (02) Asbestos: Claims Analysis & Valuation  0.7    231.00
#7457      examine judgements in Grace databases              330.00

06/22/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  2.5    600.00
#7705      Inventory jury verdict coding forms; ship to data  240.00
           entry; update occupation code list; prepare data
           entry specs

06/24/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7706      Respond to jury verdict data entry queries         240.00

06/25/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7707      Respond to jury verdict data entry queries         240.00

06/26/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7708      Ship current jury verdict cases to data entry      240.00

06/27/02   Brelsford / (02) Asbestos: Claims Analysis & Valuation  0.8   160.00
#7901      archive data and email; develop software to        200.00
           facilitate table preparation

06/27/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  1.5    360.00
#7709      Update jury verdict plaintiff attorney code list;  240.00
           prepare record layout

06/29/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
#7710      Review data file from jury verdict data entry      240.00

06/30/02   Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.5    120.00
#7711      Prepare jury verdict record layouts                240.00

06/30/02   Relles   / (02) Asbestos: Claims Analysis & Valuation  0.6    198.00
#7461      develop dictionaries from Ebener email; organize   330.00
           datasets

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
05/07/02  Peterson  / (17) Committee Matters & Creditor Mtgs    4.0   2000.00
#7209     Meeting with attorneys to discuss fraudulent     500.00
          conveyance

05/15/02  Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7213     Meet with attorneys and financial consultants on  500.00
          developments in case

06/03/02  Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7222     Meet with Inselbuch to discuss committee meeting   500.00

06/04/02  Peterson  / (17) Committee Matters & Creditor Mtgs    1.3    650.00
#7224     Review data and prepare for committee meeting      500.00

06/04/02  Peterson  / (17) Committee Matters & Creditor Mtgs    1.7    850.00
#7225     Committee meeting                                  500.00

06/19/02  Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7451     dinner meeting with Finch re: Rourke deposition    330.00

06/20/02  Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7453     breakfast meeting with Finch re: Rourke deposition 330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 5

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
05/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7401     review Florence report, look for evidence of    330.00
          exposure in WRG data

05/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7201     Memo to Finch re: KPMG report                  500.00

05/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7202     Review KPMG report; memo on issues             500.00

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.6    198.00
#7402     read Peterson memo on issues in ARPC forecasts 330.00

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7403     look for evidence of Texas out-of-state cases  330.00
          rejected in the ARPC models

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.0    660.00
#7404     review ARPC SPSS programs, Fortran programs, and 330.00
          data files for information on completeness for
          birthdate, exposure dates, diagnosis dates; review
          how they were imputed

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7406     tabulate counts of cases needed in the ARPC models 330.00
          with missing information

05/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0    500.00
#7203     telephone Relles re: ARPC forecasts            500.00

05/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.5   1750.00
#7204     Review Relles' tabulations; review KPMG SPSS    500.00
          programs

05/04/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7407     prepare summary data descriptions; telephone   330.00
          Peterson (1.0) re: review status of information
          supporting ARPC forecasts

05/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.5   3750.00
#7205     Review and prepare documents for meeting with  500.00
          attorneys re: fraudulent conveyance

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                          HOURS/RATE   AMOUNT
---------------------------------------------------------------------------------
05/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance       1.5      750.00
#7206     telephone Relles (several) re: problems with ARPC's   500.00
          use of WRG data, review data summaries

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance       2.9      957.00
#7408     convert all ARPC SPSS save files to ascii and         330.00
          produce summary printouts to help understand what
          ARPC did in their data processing/modeling efforts

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance       0.7      231.00
#7409     identify Texas out of state plaintiffs               330.00

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance       2.3      759.00
#7410     run LAS projections models for all datasets varying  330.00
          the use of Texas out of state plaintiffs as well as
          most serious disease

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance       4.2     1386.00
#7411     telephone Peterson (several, 1.5) re: potential      330.00
          problems with ARPC's use of WRG data; produce
          various data summaries to illuminate same

05/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance       5.2     2600.00
#7207     Review documents in preparation for meeting;         500.00
          telephone Relles (many)

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance       1.0      330.00
#7412     telephone Peterson re: review summaries of WRG data  330.00

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance       3.8     1254.00
#7413     prepare several tables for Caplin-Drysdale meeting,  330.00
          fax to Peterson

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance       0.3      150.00
#7210     telephone Relles re: review tables                   500.00

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance       0.5      250.00
#7211     telephone Relles re: Washington meeting results and  500.00
          future tasks

05/07/02  Relles    / (34) Litigation/Fraudulent Conveyance       1.0      330.00
#7414     telephone Peterson (.3) re: review tables faxed from 330.00
          previous evening; revise several tables and resend

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 7

                  W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
05/07/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7415     telephone Peterson re: Washington meeting results  330.00
          and future tasks

05/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7212     Review Stallard forecast                           500.00

05/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.7   1850.00
#7217     Review documents re: fraudulent conveyance         500.00

05/31/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.8   1900.00
#7219     Review documents re: fraudulent conveyance         500.00

06/06/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.4   1122.00
#7426     read Rourke report, examine the potential effect of 330.00
          CMS entry date on Rourke analysis

06/07/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.4   1122.00
#7427     reproduce ARPC analysis files; process data that   330.00
          supported ARPC analysis; reproduce ARPC report's
          tables

06/07/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.6    858.00
#7428     develop summary tables based on ARPC and latest WRG 330.00
          files; run projections; compare results

06/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.8   1400.00
#7228     Review materials on fraudulent conveyance and      500.00
          analyses, prepare for conference with attorneys

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.7    350.00
#7229     Discuss ARPC analyses and preparation of report with 500.00
          Finch, Swett, Relles

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.5   1250.00
#7230     Review Rourke materials                            500.00

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.0    500.00
#7231     Telephone Fleishman, Finch re: requirements of     500.00
          report

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.7   1350.00
#7232     Review data related to KPMG report and analysis;   500.00
          telephone Relles (.9)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
06/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    3.2   1056.00
#7430      prepare materials for conf call; telephone Peterson  330.00
           (.9) re: estimation, depositions

06/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7431      conference call with Finch, Peterson re: data,        330.00
           estimation, depositions

06/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.7    891.00
#7432      develop additional tables and comparisons of         330.00
           projections for different base years

06/11/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.8    400.00
#7233      Meet with Relles to review Rourke materials          500.00

06/11/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.9    450.00
#7234      Review Rourke materials                              500.00

06/11/02   Peterson  / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7235      Review documents re: fraudulent conveyance           500.00

06/11/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7433      meeting Peterson re: Rourke deposition               330.00

06/11/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7434      review materials for Rourke deposition               330.00

06/12/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.6   1300.00
#7236      Review frequencies in Grace database for variables   500.00
           in Rourke analysis; telephone conference with Relles
           (0.8)

06/12/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7436      telephone Peterson re: review to-do list, Rourke     330.00
           analysis

06/12/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7437      read Rourke paper, annotate with comments            330.00

06/12/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7438      back up data files                                   330.00

06/13/02   Peterson  / (34) Litigation/Fraudulent Conveyance    5.9   2950.00
#7237      Review KPMG May 1997 report; review KPMG April 1997   500.00
           report

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 9

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
06/13/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7238     telephone Relles re: Rourke analysis issues    500.00

06/13/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7440     read Rourke paper and follow-up correspondence among 330.00
          Grace principals, outline areas of inquiry for
          deposition

06/13/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.3     99.00
#7441     telephone Peterson re: Rourke analysis         330.00

06/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.3    650.00
#7240     Telephone Relles re: problems with Rourke analysis; 500.00
          review summary statistics from new dataset

06/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7241     Develop questions for deposition of Rourke; review  500.00
          Relles suggested issues for deposition

06/14/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.0    990.00
#7442     compose questions for deposition re: data problems  330.00
          and problems with theoretical models; telephone
          Peterson re: integration of comments

06/15/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.3   1419.00
#7443     compose additional questions for deposition re:     330.00
          empirical results

06/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.9   1450.00
#7242     Review Rourke materials; memo to Finch; telephone   500.00
          Relles

06/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.2   3100.00
#7243     Draft issues and questions for Rourke deposition    500.00

06/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.3   1419.00
#7444     compose questions for deposition; obtain empirical  330.00
          results summarizing and describing magnitude of
          problems with ARPC analysis

06/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7445     telephone Peterson (several) re: memorandum for     330.00
          Finch

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 10

                W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
06/16/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.3  1089.00
#7446     do supporting computations, finish, and send Finch 330.00
          memorandum

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0   500.00
#7245     Review transition from nonspecific to specific      500.00
          diseases in Grace database

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.4  1700.00
#7246     Review statistics of filings/payment develop         500.00
          preliminary forecasts; summaries for attorneys

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2   600.00
#7247     Telephone Relles (several) re: analyses and          500.00
          forecasts

06/18/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.2   396.00
#7448     telephone Peterson (several) re: review transition  330.00
          matrix, discuss projections

06/19/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.7  1850.00
#7248     Review documents to prepare for report               500.00

06/19/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.5   250.00
#7249     telephone Relles re: Rourke deposition               500.00

06/19/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.7  1221.00
#7449     read Rourke materials; examine data completeness    330.00
          issues; write additional questions

06/19/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5   165.00
#7452     telephone Peterson (2 calls) re: Rourke deposition  330.00

06/20/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.9   450.00
#7250     Review documents to prepare for report               500.00

06/20/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.5   250.00
#7251     telephone Relles (2 calls) re: Rourke deposition    500.00

06/20/02  Relles   / (34) Litigation/Fraudulent Conveyance    7.0  2310.00
#7454     attend Rourke deposition                             330.00

06/20/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5   165.00
#7455     telephone Peterson re: Rourke deposition             330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 11

                   W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.6  1800.00
#7252     Telephone conference with Finch, Swett, Lockwood;   500.00
          prepare for call

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.5  1250.00
#7253     Review documents re: fraudulent conveyance          500.00

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.9  3950.00
#7258     Review documents re: fraudulent conveyance          500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.2  2600.00
#7254     Review Rourke deposition                            500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.6   800.00
#7255     Review documents to prepare for report              500.00

06/23/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.2  2100.00
#7256     Review Rourke deposition                            500.00

06/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1   550.00
#7257     Review judgments; telephone Relles (.3) to discuss  500.00

06/24/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.3    99.00
#7458     telephone Peterson re: judgments                    330.00

06/25/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.0  1000.00
#7259     Review Stallard report and analyses                 500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.4   700.00
#7260     Plan structure of report; telephone Finch           500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.5  1250.00
#7261     Analysis of Grace liability based on judgments;     500.00
          memos to Finch

06/27/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.3  2150.00
#7262     Review Grace Monthly asbestos reports               500.00

06/28/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.8  2900.00
#7263     Review documents provided by KPMG; review documents 500.00
          provided by Grace

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.2  3100.00
#7264     Research Grace and asbestos on internet; compile    500.00
          relevant documents

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 12

              W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8  1400.00
#7265     Develop questions for Stallard deposition         500.00

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.2   100.00
#7266     telephone Relles re: Rourke analysis              500.00

06/29/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.2    66.00
#7459     telephone Peterson re: Rourke analysis            330.00

06/30/02  Peterson  / (34) Litigation/Fraudulent Conveyance    9.3  4650.00
#7267     Review Stallard report; KPMG reports; draft       500.00
          questions for Stallard deposition

06/30/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4   462.00
#7460     review Stallard report, review Peterson questions 330.00
          for Stallard deposition

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.4   200.00
#7268     Telephone Finch to discuss report and analysis    500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4  1200.00
#7269     Review documents for case                         500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.2  1100.00
#7270     Memo to Relles re: analyses for report; telephone 500.00
          Relles (.5)

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4  1200.00
#7271     Work on draft of report                           500.00

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4   462.00
#7462     review Peterson report plans; telephone Peterson  330.00
          (.5) re: same

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3   759.00
#7463     construct report tables based on Rourke critique  330.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1   550.00
#7272     Draft issues/questions re: Florence deposition    500.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.4  2200.00
#7273     Review use of asbestos related term in Grace      500.00
          database; review analyses; telephone Relles (1.2)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 13

                    W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.9    950.00
#7274     Review disease transitions in Grace data; telephone  500.00
          Relles (0.5)

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.6   3800.00
#7275     Work on report re: fraudulent transaction            500.00

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7464     attempt to explain meaning of ASR and ultimate       330.00
          resolution of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.2    726.00
#7465     examine matter-id's that give rise to a large number 330.00
          of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.7    561.00
#7466     telephone Peterson (several) re: use of ASR,         330.00
          disposition of ASR cases

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0    500.00
#7276     Review documents and telephone Boyer re: PWC         500.00
          analysis

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.3   1150.00
#7277     Telephone (several) with Relles on projections and   500.00
          analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.6    800.00
#7278     Review analyses of KPMG issues; draft memo to Relles 500.00
          re: further analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.4    700.00
#7279     Review Stallard depo                                 500.00

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.4   2700.00
#7280     work on report, develop analysis of KPMG report;     500.00
          review Stallard and KPMG reports

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7281     analysis of resolution codes in Grace database;      500.00
          telephone Relles (0.5)


{D0004128:1 }

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 14

              W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
07/03/02  Relles   / (34) Litigation/Fraudulent Conveyance    4.9   1617.00
#7467     run several variations of projections: ASR mappings 330.00
          to diseases, Texas out of state effects, looking at
          settlement years vs filing years to determine
          settlement values

07/03/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.8    594.00
#7468     telephone Peterson (several) re: discuss results of 330.00
          projection variations, tabulations showing how
          parameter estimates vary with ASR allocation
          strategies

07/03/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7469     telephone Peterson re: review design of report      330.00

07/03/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.7    891.00
#7470     begin coding up programs to produce report tables   330.00

07/04/02  Peterson / (34) Litigation/Fraudulent Conveyance    4.4   2200.00
#7282     Work on criticisms of KPMG reports                  500.00

07/04/02  Peterson / (34) Litigation/Fraudulent Conveyance    2.1   1050.00
#7283     Review ARPC August 1998 report                      500.00

07/04/02  Peterson / (34) Litigation/Fraudulent Conveyance    4.1   2050.00
#7284     Review Stallard deposition                          500.00

07/04/02  Peterson / (34) Litigation/Fraudulent Conveyance    0.5    250.00
#7285     telephone Relles re: review variation of summary    500.00
          computations across WRG file generations

07/04/02  Relles   / (34) Litigation/Fraudulent Conveyance    4.1   1353.00
#7471     run summary computations on Rourke as well as later 330.00
          files; compare results; telephone Peterson (.5) re:
          initial findings

07/04/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7472     run projections based on three separate generations 330.00
          of files; analyze differences in projections

07/05/02  Peterson / (34) Litigation/Fraudulent Conveyance    3.7   1850.00
#7286     Review projections and alternatives;                500.00

07/05/02  Peterson / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7287     telephone Relles to discuss projections and analyses 500.00
```

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 15

                   W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    11.0  5500.00
#7288     Work on draft of report                          500.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.6   858.00
#7473     develop a single set of program code to process   330.00
          files and run projections for the three generations
          of files and all variations; debug code

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     3.1  1023.00
#7474     analyze effects of parameter assumptions          330.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     1.5   495.00
#7475     telephone Peterson (several) re: review results and 330.00
          assumptions

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.8   924.00
#7476     link with Manville, develop alternative disease   330.00
          estimates; rerun and debug projections

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     1.5   495.00
#7477     review Peterson report; develop tables and other  330.00
          statistics for report

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     0.5   165.00
#7478     review Florence deposition                        330.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     6.8  3400.00
#7289     Analyses to understand impact on various assumptions 500.00
          on Grace forecasts; telephone Relles (2.2)

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     8.4  4200.00
#7290     Draft report                                      500.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     0.7   350.00
#7291     Telephone Relles to discuss draft of report       500.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance     4.3  1419.00
#7479     compute and enter statistics into Peterson report 330.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.9   957.00
#7480     telephone Peterson (several) re: progress in      330.00
          developing report tables, results of projections

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 16

              W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/06/02  Relles   / (34) Litigation/Fraudulent Conveyance     4.8  1584.00
#7481     rerun projections, summary statistics for report;  330.00
          check results

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.0  1000.00
#7292     Review Relles' draft of section on databases       500.00

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1   550.00
#7293     Develop analysis of Grace liability based on present 500.00
          data; memo to Relles; telephone Relles (.4) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.9  1450.00
#7294     Review ARPC August 1998 report; develop relevant   500.00
          analyses; memo to Relles; telephone Relles (.3) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.3   650.00
#7295     Review transitions for Grace nonspecific disease   500.00
          categories

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.9  1950.00
#7296     Examine alternative forecast models; telephone     500.00
          Relles (1.0) to discuss

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.8  2400.00
#7297     Draft report                                       500.00

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance     8.3  2739.00
#7482     work on report; run alternative projections,       330.00
          summarize projection results; telephone Peterson
          (several, 1.7) re: same

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance     4.2  1386.00
#7483     construct parts of report; rerun descriptive       330.00
          computations to add to the report

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.3  2150.00
#7298     Review/compare various Grace databases; telephone  500.00
          conferences with Relles (2.0)

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.9  3450.00
#7299     Draft report                                       500.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 17

              W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/08/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7300      Research data about claims among defendants circa  500.00
           1998

07/08/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7301      Review alternative means to allocate unspecified   500.00
           disease claims

07/08/02   Relles    / (34) Litigation/Fraudulent Conveyance   14.0   4620.00
#7484      work on report: compose text and tables, run various 330.00
           programs to compute descriptive statistics, run
           projections, analyze results; telephone Peterson
           (several, 2.0)

07/09/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7302      Review data for 1999 Grace database                500.00

07/09/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7303      Review data analyses of KPMG report; memo to Relles 500.00
           re analyses; telephone Relles (several, 1.2) re:
           projections

07/09/02   Peterson  / (34) Litigation/Fraudulent Conveyance    9.3   4650.00
#7304      Draft report                                       500.00

07/09/02   Relles    / (34) Litigation/Fraudulent Conveyance   12.0   3960.00
#7485      work on report, continue derivation of tables,     330.00
           descriptive statistics, projections, and projection
           summaries; telephone Peterson (several, 1.2) re:
           same

07/10/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.7    850.00
#7305      Draft report                                       500.00

07/10/02   Peterson  / (34) Litigation/Fraudulent Conveyance    8.1   4050.00
#7306      Review, revise and continue drafting report        500.00

07/10/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.1   1050.00
#7307      Review Florence deposition                         500.00

07/10/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7308      telephone Relles re: report status                 500.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 18

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7486      format report for distribution; put into Word files; 330.00
           send to Finch and Swett

07/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7487      read and note required changes to report             330.00

07/10/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.3     99.00
#7488      telephone Peterson re: status of report              330.00

07/11/02   Peterson  / (34) Litigation/Fraudulent Conveyance   10.6   5300.00
#7309      Review, revise and continue drafting report;         500.00
           telephone Relles (several, .4) re: report status

07/11/02   Relles    / (34) Litigation/Fraudulent Conveyance    1.6    528.00
#7489      determine pending claims by filing year for various  330.00
           years' databases

07/11/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.4    132.00
#7490      telephone Peterson (several) re: status of report,   330.00
           modeling issues

07/12/02   Peterson  / (34) Litigation/Fraudulent Conveyance    9.7   4850.00
#7310      Review, revise and continue drafting report          500.00

07/12/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.1   1050.00
#7311      Analysis of Grace's expenses for defense             500.00

07/12/02   Peterson  / (34) Litigation/Fraudulent Conveyance    3.2   1600.00
#7312      Review Stallard deposition and report                500.00

07/12/02   Relles    / (34) Litigation/Fraudulent Conveyance    6.5   2145.00
#7491      update computations using 1998 cpi; update defense   330.00
           costs; update discount rate model; update
           projections

07/13/02   Peterson  / (34) Litigation/Fraudulent Conveyance   16.2   8100.00
#7313      Review, revise and continue drafting report;         500.00
           telephone Relles (.5) re: Section 3

07/13/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.2   1386.00
#7492      find information on 6,927 missing 1997 claims;        330.00
           incorporate into 1998 database

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 19

              W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
07/13/02   Relles   / (34) Litigation/Fraudulent Conveyance    2.6    858.00
#7493      rerun projections, update all submodels, based on  330.00
           incorporation of missing 1997 claims

07/13/02   Relles   / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7494      begin update of report based on new computations   330.00

07/13/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.5   1155.00
#7495      finish Section 3 of report; telephone Peterson (.5) 330.00
           re: same

07/14/02   Peterson / (34) Litigation/Fraudulent Conveyance    8.5   4250.00
#7314      Review, revise and continue drafting report;       500.00
           telephone Relles (several) re: progress and status

07/14/02   Peterson / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7315      Draft report section on Stallard report            500.00

07/14/02   Peterson / (34) Litigation/Fraudulent Conveyance    0.2    100.00
#7316      Telephone Aiken re: discount rates                 500.00

07/14/02   Peterson / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7317      examine effects of alternative assumptions;        500.00
           telephone Relles (several, 1.0) re: sensitivity
           analysis results

07/14/02   Relles   / (34) Litigation/Fraudulent Conveyance    2.7    891.00
#7496      examine effects of alternative assumptions;        330.00
           telephone Peterson (several, 1.0) re: sensitivity
           analysis results

07/14/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.1   1023.00
#7497      further revisions and additions to Section 3       330.00

07/14/02   Relles   / (34) Litigation/Fraudulent Conveyance    4.5   1485.00
#7498      work on revisions and additions to Section 2       330.00

07/14/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7499      telephone Peterson (several) re: progress and status 330.00
           of report

07/14/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7500      review Section 5                                   330.00

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 20

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/15/02  Peterson  / (34) Litigation/Fraudulent Conveyance    13.6  6800.00
#7318     Review, revise and continue drafting report;    500.00
          telephone Relles (0.9)

07/15/02  Peterson  / (34) Litigation/Fraudulent Conveyance     1.0   500.00
#7319     Review Aiken fax, memo to Relles re: discount rates;  500.00
          telephone Relles (0.6)

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance     6.8  2244.00
#7501     further revisions to report and supporting       330.00
          computations to complete first draft; telephone
          Peterson (several, 1.5) re: same

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.3   759.00
#7502     prepare cash flows for report and accountant     330.00

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance     3.5  1155.00
#7503     produce final version of report; send to Finch et al  330.00

07/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance     4.2  2100.00
#7320     Revise report for fraudulent conveyance          500.00

07/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance     1.0   500.00
#7322     Work on report; telephone Relles (many) re: report;  500.00
          telephone Finch re: report

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance     0.6   198.00
#7504     telephone Finch re: review draft report, go over  330.00
          additional requirements

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance     0.3    99.00
#7505     telephone Peterson re: draft report              330.00

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.3   759.00
#7506     develop time payment streams for Appendix to report  330.00
          and for accountants; check results of all
          computations to ensure consistency with the report

07/17/02  Peterson  / (34) Litigation/Fraudulent Conveyance     4.5  2250.00
#7324     Work on report; telephone Relles (many, 1.2) re:  500.00
          report; telephone Finch re: report

07/17/02  Relles    / (34) Litigation/Fraudulent Conveyance     3.5  1155.00
#7507     finish development of time payment streams;      330.00
          construct appendix to report

```
Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 21

            W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
07/17/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.6    858.00
#7508     begin to prepare information for cdrom             330.00

07/17/02  Relles   / (34) Litigation/Fraudulent Conveyance   1.2    396.00
#7509     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Peterson / (34) Litigation/Fraudulent Conveyance   3.8   1900.00
#7327     Work on report; telephone Relles (many)            500.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance   1.2    396.00
#7510     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.3    759.00
#7511     finish preparation of information for cdrom        330.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance   7.0   2310.00
#7512     revise report incorporating Peterson's and Finch's 330.00
          comments; build new tables; import into Word; send
          email

07/19/02  Peterson / (34) Litigation/Fraudulent Conveyance  14.0   7000.00
#7329     Work on report; telephone Relles (many) re: report; 500.00
          telephone Finch re: report

07/19/02  Relles   / (34) Litigation/Fraudulent Conveyance  12.8   4224.00
#7513     work on report, build appendices, finish documenting 330.00
          cdroms for distribution; telephone Peterson
          (several, 1.5) re: same

07/20/02  Peterson / (34) Litigation/Fraudulent Conveyance   6.4   3200.00
#7331     Finish and review report; arrange for required     500.00
          distribution; telephone Relles (several); meeting
          with Relles re: distribution of report

07/20/02  Relles   / (34) Litigation/Fraudulent Conveyance   6.3   2079.00
#7514     final revisions to report; final revisions to      330.00
          cdroms; oversee report reproduction; telephone
          Peterson (several, 1.3) re: revisions; meet with
          Peterson re: distribution

07/21/02  Peterson / (34) Litigation/Fraudulent Conveyance   2.6   1300.00
#7332     Review report; telephone Relles (several) about    500.00
          distribution of report
```

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 22

              W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.4    132.00
#7515     miscellaneous emails to Finch, Cunningham re: status 330.00
          of report

07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7516     telephone Peterson (several) re: distribution of    330.00
          report

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7517     read final report, note additions/corrections       330.00

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.0    660.00
#7518     organize dictionaries for jury data; obtain         330.00
          frequencies and printouts; review data

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7335     Review Hughes deposition                            500.00

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance    1.8    900.00
#7336     Review fraudulent conveyance report                 500.00

07/24/02  Peterson / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7337     Telephone: Finch; financial advisers; re: insurance; 500.00
          review projection models

07/29/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7519     analyze Grace liabilities in the presence of        330.00
          insurance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance    2.3   1150.00
#7338     review J. Wolin's opinion; review LAS report for    500.00
          fraudulent conveyance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance    0.9    450.00
#7339     Telephone Relles (several); Finch(2); email Swett   500.00
          re: sending statlib to defendants

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.6    528.00
#7520     build cdrom with "bin" directory and Statlib manual; 330.00
          document and send

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7521     telephone Peterson (.3) re: review use of insurance 330.00
          projections; revise to include cumulative sums

Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 23

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
07/31/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.0  1000.00
#7340      conference call: Inselbuch, Swett re: J. Wolin's  500.00
           opinion

07/31/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.8   264.00
#7522      reply to Menes query at Bates-White          330.00

{D0004128:1 }

Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 24

                      W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
05/06/02  Peterson  / (35) Non-Working Travel Time           3.0     750.00
#7208     Travel to Washington                             250.00

05/15/02  Peterson  / (35) Non-Working Travel Time           3.0     750.00
#7214     Travel to Thousand Oaks                          250.00

06/03/02  Peterson  / (35) Non-Working Travel Time           1.0     250.00
#7221     Travel to Chicago                                250.00

06/07/02  Peterson  / (35) Non-Working Travel Time           1.0     250.00
#7226     Travel to Los Angeles                            250.00

06/19/02  Relles    / (35) Non-Working Travel Time           3.0     495.00
#7450     travel Los Angeles to NYC                        165.00

06/20/02  Relles    / (35) Non-Working Travel Time           6.0     990.00
#7456     travel NYC to Los Angeles                        165.00

07/16/02  Peterson  / (35) Non-Working Travel Time           1.2     300.00
#7321     Travel to New York                               250.00

07/18/02  Peterson  / (35) Non-Working Travel Time           1.2     300.00
#7328     Travel to Thousand Oaks                          250.00

{D0004128:1 }

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 25

                   W. R. Grace (continued)


Date/Slip# Description                            HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
07/16/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.0   500.00
#7323     Work on affidavit                          500.00

07/17/02  Peterson  / (37) Preparation for & Attendance at Hrgs  2.3  1150.00
#7325     Work on affidavit                          500.00

07/18/02  Peterson  / (37) Preparation for & Attendance at Hrgs  2.6  1300.00
#7326     Revise draft of affidavit, telephone Lauber  500.00

07/19/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.0   500.00
#7330     Review final draft of affidavit           500.00

07/21/02  Peterson  / (37) Preparation for & Attendance at Hrgs  1.4   700.00
#7333     Review deposition of Hughes                500.00

07/23/02  Peterson  / (37) Preparation for & Attendance at Hrgs  0.1    50.00
#7334     Discussion with Hilton                     500.00
-------------------------------------------------------------------------
```

```
Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 26

              W. R. Grace (continued)

         Summary Of Time Charges, By Month and Activity
                  May 2002 - July 2002


MONTH      ACTIVITY                                     HOURS    AMOUNT
------------------------------------------------------------------------
May        - Asbestos: Claims Analysis & Valuations     13.3    4542.00
May        - Committee Matters & Creditor Mtgs           4.5    2250.00
May        - Litigation/Fraudulent Conveyance           55.3   23604.00
May        - Non-Working Travel Time                     6.0    1500.00
May        - Total                                      79.1   31896.00

June       - Asbestos: Claims Analysis & Valuations     27.1    9591.00
June       - Committee Matters & Creditor Mtgs           5.5    2410.00
June       - Litigation/Fraudulent Conveyance          161.8   71822.00
June       - Non-Working Travel Time                    11.0    1985.00
June       - Total                                     205.4   85808.00

July       - Litigation/Fraudulent Conveyance          447.4 190958.00
July       - Non-Working Travel Time                     2.4     600.00
July       - Preparation for & Attendance at Hrgs        8.4    4200.00
July       - Total                                     458.2 195758.00

Total      - Asbestos: Claims Analysis & Valuations     40.4   14133.00
Total      - Committee Matters & Creditor Mtgs          10.0    4660.00
Total      - Litigation/Fraudulent Conveyance          664.5  286384.00
Total      - Non-Working Travel Time                    19.4    4085.00
Total      - Preparation for & Attendance at Hrgs        8.4    4200.00
Total      - Total                                     742.7  313462.00
```

--------------------------------------------------------------------------------

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 27

                    W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                        May 2002 - July 2002


MONTH        PERSON                                HOURS    AMOUNT
----------------------------------------------------------------------
May          - Relles                              36.2  11946.00
May          - Peterson                            42.9  19950.00
May          - Total                               79.1  31896.00

June         - Relles                              74.5  23100.00
June         - Peterson                           122.4  60700.00
June         - Ebener                               7.7   1848.00
June         - Brelsford                            0.8    160.00
June         - Total                              205.4  85808.00

July         - Relles                             192.6  63558.00
July         - Peterson                           265.6 132200.00
July         - Total                              458.2 195758.00

Total        - Relles                             303.3  98604.00
Total        - Peterson                           430.9 212850.00
Total        - Ebener                               7.7   1848.00
Total        - Brelsford                            0.8    160.00
Total        - Total                              742.7 313462.00


--------------------------------------------------------------------------------

```
Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 28

              W. R. Grace (continued)

        Summary Of Time Charges, By Activity, Month, and Person
                  May 2002 - July 2002


MONTH       PERSON                          HOURS   RATE    AMOUNT
------------------------------------------------------------------------
Asbestos: Claims Analysis & Valuations

May        - Relles                          12.4   330.   4092.00
May        - Peterson                         0.9   500.    450.00
June       - Relles                          10.1   330.   3333.00
June       - Peterson                         8.5   500.   4250.00
June       - Ebener                           7.7   240.   1848.00
June       - Brelsford                        0.8   200.    160.00

Committee Matters & Creditor Mtgs

May        - Peterson                         4.5   500.   2250.00
June       - Relles                           2.0   330.    660.00
June       - Peterson                         3.5   500.   1750.00

Litigation/Fraudulent Conveyance

May        - Relles                          23.8   330.   7854.00
May        - Peterson                         31.5   500.  15750.00
June       - Relles                          53.4   330.  17622.00
June       - Peterson                        108.4   500.  54200.00
July       - Relles                          192.6   330.  63558.00
July       - Peterson                        254.8   500. 127400.00

Non-Working Travel Time

May        - Peterson                         6.0   250.   1500.00
June       - Relles                           9.0   165.   1485.00
June       - Peterson                         2.0   250.    500.00
July       - Peterson                         2.4   250.    600.00

Preparation for & Attendance at Hrgs

July       - Peterson                         8.4   500.   4200.00

--------------------------------------------------------------------------------
```

{D0004128:1 }

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 29

            W. R. Grace (continued)



        Total Expenses   $8,965.18

        FedEx (Peterson)          $34.11
        Travel (Peterson)       $6,019.91
        Fedex (Relles)            $80.00
        Travel (Relles)        $2,792.95
        Copying (Ebener)          $38.21


   Travel (Peterson) Thousand Oaks-Washington DC  May 5-7    $1,781.65

        Airfare  (1/2 coach)        $1,252.25
        Hotel                          257.05
        Meals                           91.10
        Cabs, roundtrip Dulles          50.00
        Car service, roundtrip LAX     131.25


   Travel (Peterson) Thousand Oaks-New York, May 14-15    1,490.29

        Airfare (1/2 coach)        $1,128.75
        Hotel    (1/2)                 134.07
        Meals                          46.22
        Cabs, roundtrip JFK Airport     50.00
        Car service, roundtrip LAX     131.25


   Travel (Peterson) Thousand Oaks-Chicago,  June 3-7    $41.85
            (split with several projects)

        Airfare                   $  509.46
        Hotel                        241.62
        Telephone                     86.84
        Airfone                        5.09
        Meals                         36.71
        Cabs, O'Hare roundtrip        12.86
        Car service, LAX roundtrip    37.50
```

--------------------------------------------------------------------------------

```
Date: 05/02/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 30

              W. R. Grace (continued)


   Travel (Peterson) Thousand Oaks-New York       July 16-   $1,706.12
           (split with other project)

                  Airfare                  $1,212.33
                  Hotel                        344.86
                  Meals                          31.01
                  Telephone                       0.42
                  Cab, from JFK                  30.00
                  Car service, LAX roundtrip     87.50


   Travel (Relles) Santa Monica-New York, June 19-20      $2,792.95

       LAX-NYC         half the cost of a Los Angeles to NYC
                       coach fare--had to change for return   1132.50
       NYC taxi       JFK to mid-town hotel                     45.00
       NYC hotel      Hotel Elysee NYC                         281.46
       NYC hotel      Hotel Elysee NYC restaurant charge
                       (dinner meeting with Nate Finch)         58.19
       NYC taxi       One Penn Plaza to JFK                     34.40
       NYC-LAX        return coach fare to Los Angeles        1221.50
       LAX parking    parking LAX                               19.90
```