IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Aileen F. Maguire, a member of Campbell & Levine, LLC, hereby certify that on August 13, 2002, I caused a copy of the foregoing Fee Application to be served upon the Notice Parties List via hand delivery (local) and by First Class U.S. Mail (non-local). Also, on August 13, 2002, I caused a copy of the Notice of Application to be served upon the 2002 Service List via hand delivery (local) and First Class U.S. Mail (non-local):

                  CAMPBELL & LEVINE, LLC

                  /s/ Aileen F. Maguire
                  Matthew G. Zaleski, III (No. 3557)
                  Aileen F. Maguire (No. 3756)
                  1201 N. Market Street, 15th Floor
                  Wilmington, DE 19801
                  (302) 426-1900

                  Counsel for the Official Committee
                  Of Asbestos Personal Injury Claimants

Dated: August 13, 2002