IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., <u>et al</u> | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF COUNSEL</u>

The undersigned hereby certifies that:

1.      On May 16, 2001, Klett Rooney Lieber and Schorling ("<u>Klett Rooney</u>"), co-counsel to the Official Committee of Equity Security Holders,  filed its Second Quarterly Application for Interim Professional Compensation in which it sought $27,033.50 for legal fees and reimbursement of $3,724.25 for expenses (the "<u>Application</u>") [Docket No. 2058].

2.      On or about June 14, 2002, Warren H. Smith & Associates ("<u>Smith</u>"), fee auditor appointed by Order of the Court dated March 18, 2002, served an initial report (the "<u>Initial Report</u>") upon Klett Rooney based upon its review of the Application.

3.      On July 9, 2002, Klett Rooney responded to the Initial Report, which response addressed some of the issues addressed by the Initial Report.  Smith requested additional information which Klett Rooney failed to provide by the date of the filing of the Final Report.

4.      On July 29, 2002, Smith filed an final report regarding the Application (the "<u>Final Report</u>") [Docket No. 2457] in which Smith sought to allow approval of fees totaling $22,532.15 ($27,033.50 minus $4,501.35) and expenses totaling $3,682.62 ($3,724.25 minus $41.63).

5.    Klett Rooney and Smith have subsequently resolved all remaining outstanding issues as follows, and without prejudice to either party raising or contesting similar issues in future fee applications:

    (a)    Klett Rooney shall reduce its fees sought in the Application by $1,454.00; and

    (b)    Klett Rooney shall reduce the expenses sought in the Application by $41.63.

6.    Klett Rooney and Smith therefore request the entry of the proposed order attached hereto approving the Application allowing compensation in the amount of $21,078.15, and the reimbursement of reasonable and necessary expenses in the amount of $3,682.62.

DATED: August 14, 2002

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19801
(302) 552-4200

Co-counsel to the Official Committee of Equity
    Security Holders

KRLSWIL:36612.2