# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

```
                    INVOICE
                  #HRA20020711
                  July 11, 2002
```

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of June, 2002.

**CURRENT FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 7.30 hours @ $ 375 per hour | $  2,737.50 |
| | |
| Paul Silvern | |
| 9.30 hours @ $ 325 per hour | 3,022.50 |
| | |
| **Total Current Fees:** | **$  5,760.00** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

```
JUNE, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE          TIME   TASK

06/05/02      0.80   Cat. 12. Case Administration and Consulting.
                     Calls to and from PS re new CD-Rom.

06/06/02      0.20   Cat. 12. Case Administration and Consulting.
                     Conference call with PJS.

06/13/02      0.50   Cat. 12. Case Administration and Consulting.
                     Participate in Committee call.

06/18/02      0.20   Cat. 2. Claims Analysis & Valuation
                     Talk to MPeterson re Florence PI analysis.

06/20/02      1.00   Cat. 12. Case Administration and Consulting.
                     Participate in Committee call.
06/21/02      0.80   Cat. 12. Case Administration and Consulting.
                     Search for and send depositions.

06/24/02      2.80   Cat. 2. Claims Analysis & Valuation
                     Read Grace supplemental brief on PI estimation.

06/26/02      1.00   Cat. 12. Case Administration and Consulting.
                     Further identification of depositions.

Total         7.30
```

JUNE 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 06/05/02 | 2.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's CD-ROM (protective order version) asbestos property damage (PD) and bodily injury (BI) data files. |
| 06/06/02 | 2.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's CD-ROM (no protective order version) asbestos property damage data files and prepare summaries for Bilzen, et al. |
|  | 0.50 | Cat. 12. Case Administration and Consulting. Participate in weekly PD Committee conference call. |
|  | 0.20 | Cat. 12. Case Administration and Consulting. Discuss weekly PD Committee conference call with Francine F. Rabinovitz (FFR). |
| 06/13/02 | 0.50 | Cat. 12. Case Administration and Consulting. Participate in weekly PD Committee conference call. |
| 06/14/02 | 0.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Respond to PC Committee Co-Chair questions about Debtor's PD data file. |
| 06/17/02 | 0.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Respond to PC Committee Co-Chair questions about Debtor's PD data file. |
| 06/20/02 | 1.20 | Cat. 12. Case Administration and Consulting. Participate in weekly PD Committee conference call. |
| 06/23/02 | 0.80 | Cat. 12. Case Administration and Consulting. Review motion to determine choice of law and legal standard for insolvency litigation, and PD Committee motion for clarification of Zonolite science trial bar date order. |

JUNE 2002, TIME LOG OF PAUL J. SILVERN (PJS) (continued)

<u>DATE</u>      <u>TIME</u>     <u>TASK</u>

06/28/02    1.00    Cat. 2. Asbestos: Claims Analysis & Valuation. Review Debtor's 1997 asbestos PD data files diskette and respond to inquiry from Milberg, Weiss, <u>et al</u>.

            0.30    Cat. 12. Case Administration and Consulting. Review Debtor's supplemental brief re: litigation of BI liability issues.

Total       9.30

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of June, 2002.

|  | Francine F. Rabinovitz | Paul J. Silvern |  |
|---|---|---|---|
| 06/01/2002 |  |  |  |
| 06/02/2002 |  |  |  |
| 06/03/2002 |  |  |  |
| 06/04/2002 |  |  |  |
| 06/05/2002 | 0.80 | 2.00 |  |
| 06/06/2002 | 0.20 | 2.70 |  |
| 06/07/2002 |  |  |  |
| 06/08/2002 |  |  |  |
| 06/09/2002 |  |  |  |
| 06/10/2002 |  |  |  |
| 06/11/2002 |  |  |  |
| 06/12/2002 |  |  |  |
| 06/13/2002 | 0.50 | 0.50 |  |
| 06/14/2002 |  | 0.50 |  |
| 06/15/2002 |  |  |  |
| 06/16/2002 |  |  |  |
| 06/17/2002 |  | 0.30 |  |
| 06/18/2002 | 0.20 |  |  |
| 06/19/2002 |  |  |  |
| 06/20/2002 | 1.00 | 1.20 |  |
| 06/21/2002 | 0.80 |  |  |
| 06/22/2002 |  |  |  |
| 06/23/2002 |  | 0.80 |  |
| 06/24/2002 | 2.80 |  |  |
| 06/25/2002 |  |  |  |
| 06/26/2002 | 1.00 |  |  |
| 06/27/2002 |  |  |  |
| 06/28/2002 |  | 1.30 |  |
| 06/29/2002 |  |  |  |
| 06/30/2002 |  |  | Total Hours |
| Hours | 7.30 | 9.30 | 16.60 |
| Rate | $375 | $325 | Total Fees |
|  | $2,737.50 | $3,022.50 | $5,760.00 |