# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: June 20, 2002 at 4:00 p.m.** |
| | | **Hearing Date : TDB only if necessary** |

## SUMMARY COVERSHEET TO SECOND MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2002 THROUGH APRIL 30, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | April 1, 2002 through April 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $18,244.80 for the period April 1, 2002 through April 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $800.41 for the period of April 1, 2002 through April 30, 2002 |

This is a:                        Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |

As indicated above, this is the second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 48.40 | $15,730.00 |
| Jan Alan Brody | Partner | $325 | 1.00 | $325.00 |
| Melissa E. Flax | Partner | $215 | 31.40 | $6,751.00 |

Total Fees          $22,806.00

Total Hours         80.80

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $261.00 |
| Westlaw | $35.72 |
| Telephone | $24.88 |
| Faxes | $56.00 |
| FedEx | $35.71 |
| Travel | $327.10 |
| Messenger | $50.00 |
| Depository account – State of New Jersey, Dept. of Treasury | $10.00 |
| | |
| Total | $800.41 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
 )
 ) Chapter 11
 )
W. R. GRACE & CO. et al. [1] ) Case No. 01-01139 (JKF)
 ) (Jointly Administered)
Debtors. ) **Objection Deadline:  June 20, 2002 at 4:00 p.m.**
 **Hearing Date :   TDB only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               15422

May 7, 2002
Page      3

For Professional Services Rendered through   04/30/02

Matter #          734680.1        VS. ALLIED SIGNAL

| | | | |
|---|---|---|---|
| 04/01/02 JMA | Review Joint Venture Agreement re: trial preparation (3/29/02) | 1.20 | 390.00 |
| 04/01/02 JMA | Phone - C. Marraro re: trial strategy | .50 | 162.50 |
| 04/02/02 JMA | Phone - C. Marraro | .50 | 162.50 |
| 04/03/02 MEF | Review package from C. Marraro regarding billing; review Amended Administrative Orders; review sample monthly interim fee application; review sample quarterly fee application | .70 | 150.50 |
| 04/05/02 JMA | Receipt and review e-mail and cross-claims re: Riverkeeper's case | 1.00 | 325.00 |
| 04/05/02 JMA | Conference call with C. Marraro, B. Hughes and MEF | .40 | 130.00 |
| 04/05/02 MEF | Telephone conference with JMA, CHM, WFH re: answer in Riverkeeper's suit. | .40 | 86.00 |
| 04/06/02 MEF | Revise memo re subject matter jurisdiction. | .50 | 107.50 |
| 04/07/02 MEF | Finalize memo to CHM re: subject matter jurisdiction. | .20 | 43.00 |
| 04/08/02 JMA | Receipt and review e-mail from B. Hughes | .20 | 65.00 |
| 04/08/02 MEF | E-mails from B Banks re: docket entries in Riverkeeper suit; e-mail to B. Banks and B Hughes re: same, e-mail to B Hughes re: Order. | .40 | 86.00 |
| 04/09/02 JMA | Review of and comments to draft of Grace Answer to Second Amended Complaint in Riverkeepers' action | 2.20 | 715.00 |
| 04/09/02 JMA | Receipt and review letter from D. Schane to Clerk of District Court | .20 | 65.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
### 6 BECKER FARM ROAD
### ROSELAND, N.J. 07068-1739
### (973) 994-1700

```
W.R. GRACE & COMPANY                              May 7, 2002
Client No.              734680            Page     4
INVOICE NO.             15422
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/02 | JMA | Receipt and review Second Amended Complaint in Riverkeepers' case | .80 | 260.00 |
| 04/10/02 | JAB | Review plan; conference with JMA and Marero | 1.00 | 325.00 |
| 04/10/02 | JMA | Meeting with C. Marraro re: revisions to Grace Answer in Riverkeepers' case, damage issues, trial preparation | 7.00 | 2275.00 |
| 04/10/02 | JMA | Receipt and review letter from M. Caffrey to Clerk | .20 | 65.00 |
| 04/10/02 | JMA | Receipt and review Honeywell Cross-Claims in Riverkeepers' case | .80 | 260.00 |
| 04/10/02 | JMA | Receipt and review letter from M. Caffrey to Clerk | .20 | 65.00 |
| 04/10/02 | JMA | Receipt and review Honeywell Answer and Affirmative Defenses to Riverkeepers' Second Amended Complaint | .70 | 227.50 |
| 04/10/02 | MEF | Conference with CHM re: pleadings | .30 | 64.50 |
| 04/10/02 | MEF | Review cross-claims and memo to CHM re: cross claims. | 1.00 | 215.00 |
| 04/10/02 | MEF | Secretary of State search-ECARG | .20 | 43.00 |
| 04/11/02 | JMA | Receipt and review e-mail from B. Hughes | .20 | 65.00 |
| 04/11/02 | JMA | Review of and revisions to Answer to Honeywell Cross-Claims in Riverkeepers' case | 1.20 | 390.00 |
| 04/11/02 | JMA | Receipt and review letter from M. Caffrey to C. Marraro | .10 | 32.50 |
| 04/12/02 | MEF | Telephone call with C. Marraro regarding assertion of cross claim | .20 | 43.00 |
| 04/14/02 | MEF | Legal research effect on consolidation on pleadings, etc. | 1.50 | 322.50 |
| 04/15/02 | JMA | Receipt and review e-mail memo from C. Marraro | .20 | 65.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                     May 7, 2002
Client No.                      734680              Page        5
INVOICE NO.                     15422

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/02 | JMA | Review and revise draft of Grace Answer to Riverkeepers' Complaint | 1.50 | 487.50 |
| 04/15/02 | MEF | Research Hagstrom Maps regarding Jersey City; telephone call with Brenda at Hagstrom Maps | .30 | 64.50 |
| 04/16/02 | JMA | Conference with C. Marraro and MEF re: finalize Grace Answer to Riverkeepers' Second Amended Complaint, revisions to Grace Cross-Claims in Riverkeepers action, commence preparation of Answer to Honeywell's Cross-Claims in Riverkeepers' action | 7.00 | 2275.00 |
| 04/16/02 | JMA | Conference with C. Marraro re: trial preparation | 1.50 | 487.50 |
| 04/16/02 | MEF | Conference with JMA and C. Marraro regarding answer to Riverkeeper complaint, cross claims, answer to Honeywell cross claims | 7.00 | 1505.00 |
| 04/17/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 04/17/02 | MEF | Revise answer, affirmative defenses and cross claims | 2.50 | 537.50 |
| 04/17/02 | MEF | Revise answer to Honeywell cross claims | 1.00 | 215.00 |
| 04/18/02 | JMA | Review and execute Grace Answer to Second Amended Complaint by Riverkeepers | 1.00 | 325.00 |
| 04/18/02 | MEF | Prepare stipulation and consent order regarding discovery and stipulations in ICO action | .90 | 193.50 |
| 04/18/02 | MEF | Telephone calls with C. Marraro regarding stipulation and fee application | .30 | 64.50 |
| 04/18/02 | MEF | Preparation of Verification Summary cover sheet and Verified Application - First Monthly Fee Application | 3.00 | 645.00 |
| 04/18/02 | MEF | Finalize answer affirmative defenses and cross claims; prepare certificate of service and filing letter | .40 | 86.00 |
| 04/19/02 | JMA | Review of, comments to and execution of Fee Application | 1.40 | 455.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | | |
|---|---|---|---|
| W.R. GRACE & COMPANY | | May 7, 2002 | |
| Client No. | 734680 | Page    6 | |
| INVOICE NO. | 15422 | | |

| | | | |
|---|---|---|---|
| 04/19/02 JMA Phone - C. Marraro | | .30 | 97.50 |
| 04/19/02 MEF Telephone call with D. Carickhoff regarding fee application | | .20 | 43.00 |
| 04/19/02 MEF Revise and finalize first interim monthly fee application; review proposed revised fee application procedures | | 1.80 | 387.00 |
| 04/23/02 JMA Receipt and review letter from C. Marraro to K. Millian with proposed stipulation | | .30 | 97.50 |
| 04/23/02 JMA Review correspondence and documents re: ownership of site | | .50 | 162.50 |
| 04/23/02 JMA Attend meeting with plaintiffs' attorneys, C. Marraro and B. Hughes | | 4.50 | 1462.50 |
| 04/23/02 JMA Meeting with C. Marraro and B. Hughes re: preparation of Answer to Crossclaims and trial strategy | | 4.00 | 1300.00 |
| 04/23/02 JMA Conference with MEF re: amendment to pleadings | | .50 | 162.50 |
| 04/24/02 JMA Conference with C. Marraro re: trial strategy | | .70 | 227.50 |
| 04/24/02 JMA Conference with MEF and C. Marraro re: amendments to Grace Answer-Riverkeepers; preparation of Answer to crossclaims - Riverkeepers | | 1.50 | 487.50 |
| 04/24/02 JMA Conference with MEF re: amendments to Grace Answer, etc., to Riverkeepers Complaint | | .30 | 97.50 |
| 04/24/02 MEF Conference with JMA regarding revisions to answer; conference with JMA and C. Marraro regarding revisions to answer to complaint and answer to Honeywell cross claims | | 1.70 | 365.50 |
| 04/24/02 MEF Revise answer to complaint and answer to cross claims | | 1.10 | 236.50 |
| 04/24/02 MEF Review Amended Administrative Order regarding interim compensation of professional | | .30 | 64.50 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    May 7, 2002
Client No.              734680                    Page      7
INVOICE NO.             15422

| | | | |
|---|---|---|---|
| 04/25/02 JMA | Phone - C. Marraro re: receipt and review e-mails re: Grace Corp. organization | .50 | 162.50 |
| 04/25/02 JMA | Conference with MEF re: Grace Answers in Riverkeeper case - review answers | .80 | 260.00 |
| 04/25/02 JMA | Phone - C. Marraro and A. Pelletier re: Grace Corp. Organization | .50 | 162.50 |
| 04/25/02 JMA | Phone - C. Marraro | .30 | 97.50 |
| 04/25/02 MEF | Review email from C. Marraro regarding Grace and Co. and Grace Ltd. | .20 | 43.00 |
| 04/25/02 MEF | Revise answer to Honeywell Cross-Claim | 1.80 | 387.00 |
| 04/26/02 JMA | Phone - C. Marraro | .20 | 65.00 |
| 04/26/02 JMA | Review and execute Grace Answer to Second Amended Complaint - Riverkeepers and Answer to Honeywell Crossclaims - Riverkeepers | 1.00 | 325.00 |
| 04/26/02 JMA | Work on issues related to Final Pretrial Order | 1.50 | 487.50 |
| 04/26/02 JMA | Receipt and review email from C. Marraro | .20 | 65.00 |
| 04/26/02 MEF | Finalize/revise amended answer to Second Amended Complaint; finalize answer to Honeywell Cross Claims; telephone call with C. Marraro regarding revisions; certificates of service serving pleadings (2); letters to Clerk filing pleadings | 1.80 | 387.00 |
| 04/29/02 JMA | Phone - C. Marraro | .50 | 162.50 |
| 04/30/02 MEF | Receipt and review Roned defendants answer to second amended complaint and cross-claims | .80 | 172.00 |
| 04/30/02 MEF | Telephone call with P. Cuniff regarding March Fee Application | .20 | 43.00 |
| 04/30/02 MEF | Prepare fee detail for fee auditor; email to fee auditor | .70 | 150.50 |

```
                                            ------------
Total Fees:                                   22,806.00
```

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                          May 7, 2002
Client No.            734680                   Page      9
INVOICE NO.           15422
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*    RATE   HOURS          FEES
 J A BRODY                       325.00   1.00         325.00
 J M AGNELLO                     325.00  48.40       15730.00
 M E FLAX                        215.00  31.40        6751.00
                       TOTALS            80.80       22806.00
```

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    May 7, 2002
Client No.            734680                            Page      8
INVOICE NO.           15422


        Disbursements


Deposit Account

04/23/02 Deposit Account ST.OF NJ/DEPT.OF TRES. 4/10         10.00
         #294504

                                    SUBTOTAL:               10.00

04/30/02 Photocopies                                       261.00
04/30/02 Faxes                                              56.00
04/30/02 Telephone                                          24.88
04/30/02 Travel Expense                                    327.10
04/30/02 Computer Searches                                  35.72
04/30/02 Federal Express                                    35.71
04/30/02 Messenger - In House                               50.00
                                                     -------------
Total Costs                                                       800.41
                                                     -------------
Total Due this Matter                                          23,606.41
=============

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 10th day of May, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(April 1, 2002 through April 30, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 48.40 | $15,730.00 |
| Melissa E. Flax | Partner – 10 years | $215 | 31.40 | $6,751.00 |
| Jan Alan Brody | Partner – 23 years | $325 | 1.00 | $325.00 |

| | | |
|---|---|---|
| Grand Total: | | $22,806.00 |
| Blended Rate: | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | 6.90 | 1,637.50 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | 73.90 | 21,168.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | 35.72 |
| Facsimile (with rates) | | 56.00 ($0.25 per page) |
| Long Distance Telephone | | 24.88 |
| In-House Reproduction | | 261.00 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>    airfare<br>    car/taxi service<br>    hotel | My Limo | 327.10[1]<br><br>327.10 |
| Courier & Express Carriers (e.g. Federal Express) | | 35.71 |
| Postage | | |
| Other (Explain) – Corporate record search | State of New Jersey Department of Treasury | 10.00 |
| Messenger | | 50.00 |

---

[1] *See* Fourth Monthly Interim Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein for Compensation and for Reimbursement of Expenses for June 1, 2002 Through June 30, 2002, footnote 1.

Client Name:   W.R.GRACE & COMPANY
Report Description:**Billed and Unbilled Recap of Cost [7/8/2002 1:45:26 PM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/18/2002 | 0092 | J M AGNELLO | 23 | 1.00 | 63.10 | 63.10 | Travel Expense JMA (MY LIMO) #95494 3/19 |
| 2 | 05/07/2002 | | Invoice=15422 | | 1.00 | 63.10 | 63.10 | |
| 3 | 04/23/2002 | 0092 | J M AGNELLO | 23 | 1.00 | 130.00 | 130.00 | Travel Expense JMA MY LIMO #98311L |
| 4 | 05/07/2002 | | Invoice=15422 | | 1.00 | 130.00 | 130.00 | |
| 5 | 04/30/2002 | 0092 | J M AGNELLO | 23 | 1.00 | 134.00 | 134.00 | Travel Expense JMA MY LIMO #98311R 4/15 |
| 6 | 05/07/2002 | | Invoice=15422 | | 1.00 | 134.00 | 134.00 | |
| | | | BILLED TOTALS:   WORK: | | | | 327.10 | 3 records |
| | | | BILLED TOTALS:   BILL: | | | | 327.10 | |
| | | | GRAND TOTAL:   WORK: | | | | 327.10 | 3 records |
| | | | GRAND TOTAL:   BILL: | | | | 327.10 | |

MY LIMOUSINE SERVICE
235 ROUTE 10
EAST HANOVER, NJ 07936
PHONE NO. 973-428-5225    FAX NO. 973-428-3759

*** INVOICE ***            ACCOUNT NO.   CARELLA

INVOICE DATE: 03/28/02

CARELLA BYRNE
ATTN:  BEV BASILE
6 BECKER FARM ROAD
ROSELAND NJ 07068

INVOICE NO. 95494
----------------------------------------------------------------------
DATE    DESCRIPTION                                    CHARGES   CREDITS
----------------------------------------------------------------------
03/19/02  ORDER #95494      EWR/NORTH CALDWELL
          PICKUP: 6:54PM    PASS: JOHN AGNELLO
          STD TRIP CHARGE              SEDAN         54.00
          REQ BY: LOIS        CHAUF:162   GRATUITY    8.10
                                         TOLLS:       1.00
                             TRIP TOTAL:             63.10

PAYMENT DUE UPON RECEIPT! THANK YOU!

#734680-1

D4/02