# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | )     Case No. 01-01139 (JKF) |
| | )     (Jointly Administered) |
| Debtors. | )     **Objection Deadline: July 22, 2002 at 4:00 p.m.** |
| | **Hearing Date :   TDB only if necessary** |

## SUMMARY COVERSHEET TO THIRD MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2002 THROUGH MAY 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | May 1, 2002 through May 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $10,476.80 for the period May 1, 2002 through May 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,952.06 for the period of April 1, 2002 through April 30, 2002 |

This is a:        Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Application Pending | Application Pending |

As indicated above, this is the second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 26.80 | $8,710.00 |
| Melissa E. Flax | Partner | $215 | 20.40 | $4,386.00 |

Total Fees          $13,096.00

Total Hours          47.20

Case 01-01139-AMC    Doc 2534-2    Filed 08/14/02    Page 5 of 21

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $25.00 |
| Westlaw | $10.43 |
| Telephone | $14.09 |
| Faxes | $1,181.00 |
| FedEx | $22.44 |
| Travel | $571.60 |
| Messenger | $127.50 |
|  |  |
| Total | $1,952.06 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July 22, 2002 at 4:00 p.m.** |
| | | **Hearing Date : TDB only if necessary** |

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.              734680
INVOICE NO.             15892

June 18, 2002
Page      3

For Professional Services Rendered through   04/30/02

Matter #            734680.1        VS. ALLIED SIGNAL

| | | | |
|---|---|---|---|
| 05/01/02 | JMA | Phone - C. Marraro re: receipt and review letter from plaintiffs' attorneys to DEP | 1.00 325.00 |
| 05/02/02 | JMA | Receipt and review letter from B.Mueller to Clerk | .20 65.00 |
| 05/02/02 | JMA | Receipt and review Roned defendants' Answer and Crossclaims in Riverkeepers' Case | .50 162.50 |
| 05/02/02 | JMA | Phone - C. Marraro and B. Hughes re: receipt and review letter from F. Boenning to S. German | .60 195.00 |
| 05/02/02 | MEF | Receipt and review filed fee application for March 2002 time | .30 64.50 |
| 05/03/02 | JMA | Receipt and review letter from M. Caffrey to B. Hughes; conference with MEF re: trial exhibits | .40 130.00 |
| 05/04/02 | JMA | Receipt and review correspondence from D. Carickhoff re: compensation procedures; receipt and review Amended Administration Order revising professional fees procedures | .70 227.50 |
| 05/04/02 | JMA | Conference with MEF re: complying with revised procedures for reimbursement of professional fees | .30 97.50 |
| 05/04/02 | MEF | Conference with JMA regarding amended order regarding fee applications in bankruptcy proceeding | .30 64.50 |
| 05/06/02 | JMA | Receipt and review letter from M. Caffrey; receipt and review proposed Stipulation by Honeywell; receipt and review Honeywell's proposed Amended Crossclaims in Riverkeepers' case | 1.00 325.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

R. GRACE & COMPANY                                    June 18, 2002
.ient No.                    734680                   Page     4
.VOICE NO.                   15892

| | | | | |
|---|---|---|---|---|
| ;/06/02 | JMA | Phone - C. Marraro voice mail; receipt and review letter from W. Mueller to Clerk; receipt and review Roned's Answer to Honeywell Crossclaims - Riverkeepers case | .80 | 260.00 |
| 5/06/02 | MEF | Prepare First Quarterly Interim Fee Application including summary cover sheet, verification, verified application and order; email to D. Carrickhoff regarding same | 3.30 | 709.50 |
| 5/07/02 | JMA | Conference with C. Marraro and MEF re: trial strategy issues | 2.00 | 650.00 |
| 5/07/02 | MEF | Revise and finalize First Quarterly Fee Application | 1.00 | 215.00 |
| )5/07/02 | MEF | Prepare second monthly fee application (April); review April bill | 1.00 | 215.00 |
| )5/07/02 | MEF | Receipt and review letter from Caffrey with Stipulation and proposed amended cross-claims; review same | .60 | 129.00 |
| 05/07/02 | MEF | Conference with JMA and C. Marraro regarding trial preparation | 2.00 | 430.00 |
| 05/08/02 | MEF | Prepare list of questions to plaintiff regarding Riverkeeper action | .50 | 107.50 |
| 05/08/02 | MEF | Telephone call with D. Carrickhoff regarding form of order; emails to/from D. Carrickhoff regarding same | .30 | 64.50 |
| 05/10/02 | JMA | Receipt and review letter from C. Marraro with DEP letter; phone - C. Marraro re: DEP issues | 1.10 | 357.50 |
| 05/10/02 | MEF | Finalize second monthly Fee Application (April 2002) | .30 | 64.50 |
| 05/13/02 | JMA | Phone C. Marraro re: DEP and trial strategy issues | .40 | 130.00 |
| 05/13/02 | JMA | Review memo re: issues relating to Riverkeepers' action | .20 | 65.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         15892

June 18, 2002
Page      5

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 05/13/02 | JMA | Conference call with C. Marraro and attorneys for plaintiffs | 1.00 | 325.00 |
| 05/13/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/15/02 | JMA | Review of and preliminary comments to facts for Pretrial Order | 1.50 | 487.50 |
| 05/15/02 | JMA | Conference with C. Marraro and MEF re: facts for Pretrial Order | 8.00 | 2600.00 |
| 05/15/02 | MEF | Conference with JMA and C. Marraro regarding final pretrial preparation | 6.50 | 1397.50 |
| 05/17/02 | MEF | Final pretrial - revise proposed stipulation of facts | 2.00 | 430.00 |
| 05/17/02 | MEF | Telephone call with Beth Miller regarding Quarterly Fee Application | .20 | 43.00 |
| 05/20/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/20/02 | JMA | Phone - C. Marraro; phone - C. Marraro and K. Millian re: pending summary judgment motions | .70 | 227.50 |
| 05/20/02 | JMA | Phone - C. Marraro re: pre-trial legal issues; conference with MEF re: pre-trial legal issues | .70 | 227.50 |
| 05/20/02 | MEF | Conference with JMA regarding request for admission and use in consolidated cases | .30 | 64.50 |
| 05/21/02 | MEF | Research - RFA's in consolidated action | .90 | 193.50 |
| 05/21/02 | MEF | Emails to/from D. Carickhoff regarding fee application | .20 | 43.00 |
| 05/21/02 | MEF | Email W. H. Smith regarding April 2002 fee detail | .20 | 43.00 |
| 05/22/02 | JMA | Phone - C. Marraro | .30 | 97.50 |
| 05/23/02 | JMA | Phone - C. Marraro | .20 | 65.00 |
| 05/23/02 | JMA | Review Fee application procedure; conference with MEF re: Fee Application | .40 | 130.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY
:lient No.                734680
NVOICE NO.              15892

June 18, 2002
Page       6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| )5/29/02 | MEF | Receipt and review additional deeds re: Mutual Chemical Company | .30 | 64.50 |
| )5/30/02 | JMA | Phone - C. Marraro; conference with MEF re: legal issues relating to trial strategy; review of prior rulings by Judge Cavanaugh re: discovery and summary judgment; phone - C. Marraro | 3.20 | 1040.00 |
| 05/30/02 | JMA | Phone - C. Marraro | .40 | 130.00 |
| 05/31/02 | JMA | Phone - C. Marraro re: correspondence to Judge Cavanaugh | .60 | 195.00 |
| 05/31/02 | MEF | E-mail from B. Hughes er: answer in Riverkeeper; review file; e-mail to B. Hughes re: same. | .20 | 43.00 |

Total Fees:                                                13,096.00

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 04/30/02 | Messenger | 52.50 |
| 04/30/02 | Photocopies | 25.00 |
| 04/30/02 | Faxes | 1181.00 |
| 04/30/02 | Telephone | 14.09 |
| 04/30/02 | Travel Expense | 571.60 |
| 04/30/02 | Computer Searches | 10.43 |
| 04/30/02 | Federal Express | 22.44 |
| 04/30/02 | Messenger - In House | 75.00 |

Total Costs                                                   1,952.06

Total Due this Matter                                        15,048.06
=============

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY
lient No.           734680
NVOICE NO.          15892

June 18, 2002
Page      7

UMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE    HOURS              FEES
 J M AGNELLO                      325.00    26.80           8710.00
 M E FLAX                         215.00    20.40           4386.00
                        TOTALS              47.20          13096.00
```

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY
lient No.           734680
NVOICE NO.           15892

June 18, 2002
Page     6

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 5/29/02 | MEF | Receipt and review additional deeds re: Mutual Chemical Company | .30 | 64.50 |
| 5/30/02 | JMA | Phone - C. Marraro; conference with MEF re: legal issues relating to trial strategy; review of prior rulings by Judge Cavanaugh re: discovery and summary judgment; phone - C. Marraro | 3.20 | 1040.00 |
| 05/30/02 | JMA | Phone - C. Marraro | .40 | 130.00 |
| 05/31/02 | JMA | Phone - C. Marraro re: correspondence to Judge Cavanaugh | .60 | 195.00 |
| 05/31/02 | MEF | E-mail from B. Hughes er: answer in Riverkeeper; review file; e-mail to B. Hughes re: same. | .20 | 43.00 |

                                                  ------------
                                                   13,096.00

Total Fees:

        Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/02 | Messenger | 52.50 |
| 04/30/02 | Photocopies | 25.00 |
| 04/30/02 | Faxes | 1181.00 |
| 04/30/02 | Telephone | 14.09 |
| 04/30/02 | Travel Expense | 571.60 |
| 04/30/02 | Computer Searches | 10.43 |
| 04/30/02 | Federal Express | 22.44 |
| 04/30/02 | Messenger - In House | 75.00 |

                                    ------------
                                      1,952.06
Total Costs
                                    ------------
                                     15,048.06
Total Due this Matter
=============

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 18th day of June, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(May 1, 2002 through May 31, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 26.80 | $8,710.00 |
| Melissa E. Flax | Partner – 10 years | $215 | 20.40 | $4,386.00 |

| | | |
|---|---|---|
| Grand Total: | | $13,096.00 |
| Blended Rate: | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | 5.60 | 1,281.00 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | 41.60 | 11,815.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Computer Assisted Legal Research | | 10.43 |
| Facsimile (with rates) | | 1181.00 ($0.25 per page) |
| Long Distance Telephone | | 14.09 |
| In-House Reproduction | | 25.00 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel    airfare    car/taxi service    hotel | Continental Airlines My Limo | 508.50 63.10 571.60 |
| Courier & Express Carriers (e.g. Federal Express) | | 22.44 |
| Postage | | |
| Other (Explain) – | | |
| Messenger | | 127.50 |

Client Number:      734680
Client Name:        W.R. GRACE & COMPANY
Report Description: **Billed and Unbilled Recap of Cost  [7/8/2002 10:32:09 AM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/09/2002 | 0092 | J M AGNELLO | 23 | 1.00 | 63.10 | 63.10 | Travel Expense JMA MY LIMO 4/23 #99652 |
| 2 | 06/18/2002 | | Invoice=15892 | | 1.00 | 63.10 | 63.10 | |
| 3 | | | | | | | | |
| 4 | 05/31/2002 | 0092 | J M AGNELLO | 23 | 1.00 | 508.50 | 508.50 | Travel Expense JMA AIR 4/23/02 |
| 5 | 06/18/2002 | | Invoice=15892 | | 1.00 | 508.50 | 508.50 | |
| 6 | | | | | | | | |
| 7 | | | BILLED TOTALS:   WORK: | | | | 571.60 | 2 records |
| 8 | | | BILLED TOTALS:   BILL: | | | | 571.60 | |
| 9 | | | | | | | | |
| 10 | | | GRAND TOTAL:   WORK: | | | | 571.60 | 2 records |
| 11 | | | GRAND TOTAL:   BILL: | | | | 571.60 | |

155 PARK Ave/PO BOX 480
Lyndhurst, NJ 07071
(201) 438-8300
FAX (201) 438-8305

**Continental TRAVEL AGENCY**

To: Lois

CARELLA BYRNE BAIN GILFILLAN
6 BECKER FARM ROAD
ROSELAND NJ 07068-1739

AGNELLO/JOHN                                    13889

DATE:  APR 22 2002

**INVOICE**

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| CONTINENTAL AIRLINES CO 805  Y | 23APR TUE | NEWARK NJ NEWARK INTL AIRCRAFT: SEAT 21C CONFIRMED | WASHINGTON DC R REAGAN NAT BOEING 737-700 | 900A | 1007A |
| CONTINENTAL AIRLINES CO 812  Y | 23APR TUE | WASHINGTON DC R REAGAN NAT AIRCRAFT: SEAT 18F CONFIRMED | NEWARK NJ NEWARK INTL BOEING 737-500 | 430P | 546P |

```
       AIR FARE 437.22        TAX 51.28        TOTAL USD        488.50
                                      NON REF PROCESSING FEE USD   20.00

                                      INVOICE TOTAL USD          508.50
```

TICKET PAYMENT CCAX378265338896247/0505/N120501
MCO PAYMENT: AGNELLO/JOHN CCAX378265338896247/0505/N120501

RESERVATION NUMBER(S)  CO/U62GDE

AGNELLO/JOHN                              TICKET:CO/ETKT 005 7253332902
AGNELLO/JOHN                                    MCO:    890 8135642179

INVOICE NUMBER 0000013889                                  1/  1

PASSENGER TICKET AND BAGGAGE CHECK   SCN-8892532437907 IN-0000013889
01 3428 7285
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE        ETKT        PASSENGER RECEIPT

ARC xxx
CONTINENTAL AIRLINES   XXXXX
CONTINENTAL TRAVEL/ LYNDHURST       NJ
AGNELLO/JOHN          X20ABB71A Y8
**NOT VALID FOR**  THIS IS YOUR RECEIPT
***TRANSPORTATION*
ENDORSEMENTS/RESTRICTIONS

A31608010 AGNELLO/JOHN
OEWRDCACO0805 Y23APR
OOCAEWRCO0812 Y23APR

NOT VALID FOR TRAVEL
0 005 7253332902 3

USD 13.50XT
USD 437.22
USD 32.78US
USD  5.00AY
USD 488.50

25324379161         0 005 7253332902 3

MY LIMOUSINE SERVICE
235 ROUTE 10
EAST HANOVER, NJ 07936
PHONE NO. 973-428-5225      FAX NO. 973-428-3759

*** INVOICE ***          ACCOUNT NO.  CARELLA

INVOICE DATE: 04/30/02

CARELLA BYRNE
ATTN:  BEV BASILE
6 BECKER FARM ROAD
ROSELAND NJ 07068

INVOICE NO. 99652

--------------------------------------------------------------------------
| DATE | DESCRIPTION | | CHARGES | CREDITS |
--------------------------------------------------------------------------

04/23/02  ORDER #99652      EWR/NORTH CALDWELL
          PICKUP: 7:20PM   PASS: JOHN AGNELLO
          STD TRIP CHARGE                    SEDAN        54.00
          REQ BY: LOIS           CHAUF:265   GRATUITY      8.10
                                             TOLLS:        1.00
                                 TRIP TOTAL:              63.10

PAYMENT DUE UPON RECEIPT! THANK YOU!