# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | )   Chapter 11 |
|  | ) |
| W. R. GRACE & CO. et al. | )   Case No. 01-01139 (JKF) |
|  | )   (Jointly Administered) |
| Debtors. | )   **Objection Deadline: August 23, 2002 at 4:00p.m.** |
|  | **Hearing Date :   TDB only if necessary** |

## SUMMARY COVERSHEET TO FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2002 THROUGH JUNE 30, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | June 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $23,778.80 for the period June 1, 2002 through June 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $124.87 for the period of June 1, 2002 through June 30, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Application Pending | Application Pending |

As indicated above, this is the fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 68.90 | $22,392.50 |
| Melissa E. Flax | Partner | $215 | 33.40 | $7,181.00 |
| Laura S. Munzer | Associate | $150 | .80 | $120.00 |
| Jake Kubert | Law Clerk | $75.00 | .40 | $30.00 |

Total Fees          $29,723.50

Total Hours         103.50

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $77.00 |
| Westlaw | |
| Telephone | |
| Faxes | $81.00 |
| FedEx | $15.50 |
| Travel | ($264.00)[1] |
| Messenger | $50.00 |
| Additional Staff Time | $20.17 |
| Court Reporter – transcript | $145.20 |
| | |
| Total | $28.37 |

---

[1] In Carella Byrne's Second Interim Monthly Application for Compensation and Reimbursement for April 1, 2002 through April 30, 2002, two bills in the amount of $130.00 and $134.00 were mistakenly billed to this matter. Accordingly, a credit in the amount of $264.00 has been posted to the current bill.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: August 23, 2002 at 4:00p.m.** |
| | | **Hearing Date :    TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JUNE 1, 2002 THROUGH JUNE 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680
INVOICE NO.           16158

July 9, 2002
Page      3

For Professional Services Rendered through   06/30/02

Matter #           734680.1          VS. ALLIED SIGNAL

| | | | | |
|---|---|---|---|---|
| 06/03/02 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh; receipt and review letter from B. Hughes to M. Caffrey | .40 | 130.00 |
| 06/03/02 | MEF | Telephone call with B. Hughes regarding Honeywell stipulation; review docket; e-mail to B. Hughes regarding  same | .40 | 86.00 |
| 06/04/02 | JMA | Receipt and review site title information; conference with L. Munzer | .40 | 130.00 |
| 06/04/02 | JMA | Receipt and review letter from M. Caffrey to Clerk; receipt and review Honeywell Answer to Grace Amended Crossclaims | .50 | 162.50 |
| 06/04/02 | JMA | Receipt and review letter and enclosures from C. Marraro to F. Faranca - DEP | .40 | 130.00 |
| 06/04/02 | JMA | Receipt and review letter from S. German to M. Caffrey; receipt and review letter from M. Caffrey to B. Hughes | .30 | 97.50 |
| 06/04/02 | JMA | Receipt and review letter from J. Stewart to B. Hughes; receipt and review letter from M. Caffrey and Stipulation and Consent Order in bankruptcy proceeding | .40 | 130.00 |
| 06/04/02 | LSM | Telephone call with title company | .30 | 45.00 |
| 06/05/02 | JMA | Conference with C. Marraro regarding trial strategy | 2.00 | 650.00 |
| 06/05/02 | JMA | Review motion to amend; conference with C. Marraro and MEF regarding preparation of material facts for final pretrial order | 4.00 | 1300.00 |
| 06/05/02 | JMA | Review title history of site; review of and revisions to exhibits for final pretrial order | 3.00 | 975.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    July 9, 2002
Client No.           734680                       Page      4
INVOICE NO.          16158

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/05/02 | JMA | Review of summary judgment decisions and pending motions regarding final pretrial order | 1.00 | 325.00 |
| 06/05/02 | MEF | Conference with JMA and C. MARRARO regarding final pretrial; review motion to amend, statement of facts, legal issues | 5.40 | 1161.00 |
| 06/05/02 | MEF | Revisions to Final Pretrial Order stipulated facts; review of title history regarding Final Pretrial Order | 4.00 | 860.00 |
| 06/06/02 | MEF | Revise stipulations of fact per 6/5/02 conference; e-mail to C. Marraro regarding same | 2.00 | 430.00 |
| 06/07/02 | JMA | Receipt and review letter from P. Boenning; conference with MEF regarding final pretrial order; receipt and review letter from F. Boenning to B. Hughes; receipt and review letter from F. Boenning to all counsel; receipt and review letter from F. Boenning to S. German; e-mail to C. Marraro | 1.00 | 325.00 |
| 06/07/02 | MEF | Continued review of title history for final pretrial | 1.50 | 322.50 |
| 06/07/02 | LSM | Conference with MEF, Telephone calls with Title Company, Review deed | .50 | 75.00 |
| 06/10/02 | JMA | Receipt and review letter from M. Schiappa to Judge Cavanaugh; phone - C. Marraro's secretary regarding Honeywell's request for discovery (Riverkeeper); review Honeywell request for conference; letter to Judge Cavanaugh; phone - C. Marraro regarding Honeywell's request for discovery (Riverkeeper) | 1.20 | 390.00 |
| 06/12/02 | JMA | Review of and revisions to Grace's Final Pretrial Order; conference with C. Marraro and MEF regarding preparation of Grace Final Pretrial Order - Material Facts | 8.00 | 2600.00 |
| 06/12/02 | JMA | Receipt and review letter from M. Schiappa regarding conference with Judge Cavanaugh; receipt and review letter from S. German | .40 | 130.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         16158

July 9, 2002
Page      5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/02 | MEF | Conference with C. Marraro and JMA regarding Final Pretrial Order-Statement of Facts, telephone call with B. Hughes regarding same; revise Final Pretrial Order Statement of Facts | 8.00 | 1720.00 |
| 06/13/02 | JMA | Revisions to Grace Final Pretrial Order; review of documents for Grace exhibit list for Final Pretrial Order; phone - C. Marraro regarding Final Pretrial Order | 6.80 | 2210.00 |
| 06/13/02 | JMA | Receipt and review ICO proposed motion to stay Riverkeeper; receipt and review correspondence from M. Schiappa; receipt and review correspondence from D. Field to M. Schiappa; phone - C. Marraro regarding motion to stay | 1.50 | 487.50 |
| 06/13/02 | MEF | Telephone call with B. Hughes regarding ICO's motion to stay Riverkeeper action | .20 | 43.00 |
| 06/14/02 | JMA | Phone - C. Marraro and M. Schiappa regarding scheduling conference with Judge Cavanaugh; receipt and review letter from M. Schiappa | .60 | 195.00 |
| 06/14/02 | JMA | Conference with MEF regarding summary judgment opinions and Final Pretrial Order | 1.00 | 325.00 |
| 06/14/02 | JMA | Receipt and review Opinion and Order regarding Roned summary judgment motions; conference with C. Marraro and B. Hughes regarding Roned Opinion and Order | 1.90 | 617.50 |
| 06/14/02 | JMA | Phone - B. Hughes regarding Motion to Stay; phone - B. Hughes regarding plaintiff's motion to stay | .60 | 195.00 |
| 06/14/02 | JMA | Receipt and review Letter Opinion granting Grace's motion regarding Honeywell must backfill/Honeywell anticipatory breach; conference with C. Marraro and B. Hughes regarding Opinion | 2.50 | 812.50 |
| 06/14/02 | MEF | Emails from B. Hughes regarding ICO motion to stay; review draft ICO motion to stay Riverkeeper case | .50 | 107.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                   July 9, 2002
Client No.          734680                        Page      6
INVOICE NO.         16158

06/14/02 MEF  Review Honeywell's proposed amended         .50    107.50
              cross-claims (Riverkeeper action); review
              proposed stipulation

06/14/02 MEF  Telephone call with D. Carickhoff and P. Cuniff   .20     43.00
              regarding fee applications

06/14/02 MEF  Conference with JMA regarding Opinion regarding   1.00    215.00
              anticipatory breach and Opinion regarding Roned
              Summary Judgment motion and Final Pretrial
              Order

06/15/02 JMA  Receipt and review letter from S. German to F.    .40    130.00
              Boenning regarding documents; receipt and
              review letter from S. German to F. Boenning
              regarding Privilege Log; receipt and review
              letter from S. German to F. Boenning regarding
              monitoring wells

06/15/02 JMA  Receipt and review letter from B. Hughes to M.    .30     97.50
              Caffrey regarding back-up documents for
              sampling by Honeywell

06/15/02 MEF  Prepare Monthly Fee Application (May); email to   .60    129.00
              P. Cuniff/D. Carickhoff regarding same

06/15/02 MEF  Review promissory note                            .30     64.50

06/17/02 JMA  Phone - C. Marraro's secretary; phone - C.        1.40    455.00
              Marraro and M. Schiappa regarding Conference
              with Judge; phone - C. Marraro and B. Hughes
              regarding Grace Motion to Amend; review Roned
              summary judgment opinion by Judge Cavanaugh

06/18/02 JMA  Phone - C. Marraro regarding Grace motion to      2.00    650.00
              amend; review and revise letter to Judge
              Cavanaugh; review and execution of Fee
              Application (May); revise letter to Judge
              Cavanaugh; phone - C. Marraro regarding agenda
              for status conference

06/18/02 MEF  Finalize May 2002 Fee Application; letter to D.   .50    107.50
              Carickhoff regarding same; email to P. Cuniff
              regarding fee applications

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680
INVOICE NO.           16158

July 9, 2002
Page        7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/02 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh; phone - C. Marraro regarding motion to stay; conference with MEF regarding motion to stay and amend; review and revise letter to Judge Cavanaugh | 2.00 | 650.00 |
| 06/20/02 | JMA | Phone - C. Marraro regarding letter to Judge Cavanaugh | .40 | 130.00 |
| 06/20/02 | MEF | Telephone call with C. Marraro regarding plaintiff's letter to Judge; review letter; review opinion; telephone calls with JMA regarding revisions to reply letter; revise reply letter; telephone call with A. Perez at Judge Cavanaugh's | 1.70 | 365.50 |
| 06/20/02 | JK | Legal research regarding case and statute retrieval. | .40 | 30.00 |
| 06/21/02 | JMA | Conference with C. Marraro and MEF regarding preparation for Status Conference before Judge Cavanaugh; revise letter to Judge Cavanaugh | 3.00 | 975.00 |
| 06/21/02 | JMA | Attend Status Conference | 1.50 | 487.50 |
| 06/21/02 | JMA | Revise and draft Grace Undisputed Material Facts for Final Pretrial Order | 3.00 | 975.00 |
| 06/21/02 | JMA | Review draft of Grace motion to amend Answer in ICO | 1.20 | 390.00 |
| 06/21/02 | MEF | Conference with JMA and C. Marraro regarding preparation for conference before Judge Cavanaugh | 3.00 | 645.00 |
| 06/21/02 | MEF | Telephone call with A. Perez regarding reply letter | .20 | 43.00 |
| 06/21/02 | MEF | Email to Smith (auditor) regarding fee detail | .20 | 43.00 |
| 06/24/02 | JMA | Conference call with C. Marraro and B. Hughes regarding motion to amend; conference with MEF regarding motion to amend | 1.80 | 585.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    July 9, 2002
Client No.              734680                  Page      8
INVOICE NO.             16158

| | | | |
|---|---|---|---|
| 06/24/02 MEF | Telephone call with Judge Cavanaugh's chambers; telephone call with C. McGuire (Court Reporter) regarding transcript of status conference; telephone call with C. Marraro regarding transcript | .80 | 172.00 |
| 06/24/02 MEF | Review certifications of no objections for March and April fee applications | .30 | 64.50 |
| 06/25/02 JMA | Phone - C. Marraro regarding trial strategy; phone conference with C. Marraro and plaintiffs' counsel regarding proposed amendment/stipulation; phone conference with C. Marraro and B. Hughes regarding amendment to ICO Answer; draft Amendment to ICO Answer | 3.00 | 975.00 |
| 06/25/02 JMA | Conference with MEF regarding summary judgment motions; phone - C. Marraro and A. Nagy regarding proposed amendment/stipulation; conference with MEF regarding amendment to Grace Answer in ICO case | 1.70 | 552.50 |
| 06/25/02 JMA | Phone - plaintiffs' counsel regarding proposed amendment/stipulation; review and revise Amendment to Grace ICO Answer; phone - B. Hughes regarding Amendment and motion to amend; phone - S. German regarding proposed amendment/stipulation; phone - C. Marraro regarding Amendment | 1.30 | 422.50 |
| 06/25/02 MEF | Telephone call with A. Perez regarding reply letter; telephone call with C. Marraro regarding reply letter; telephone calls with JMA regarding reply letter; conference with JMA regarding Honeywell RCRA claim | .80 | 172.00 |
| 06/26/02 JMA | Phone - C. Marraro regarding amendment; phone - K. Millian and S. German regarding proposed amendment/stipulation; phone - C. Marraro regarding amendment/stipulation | 1.00 | 325.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | |
|---|---|---|
| W.R. GRACE & COMPANY | | July 9, 2002 |
| Client No. | 734680 | Page    9 |
| INVOICE NO. | 16158 | |

| | | | |
|---|---|---|---|
| 06/27/02 JMA | Phone - C. Marraro and B. Hughes regarding stipulation as to certain facts; phone - C. Marraro, K. Millian and S. German regarding proposed amendment/stipulation; draft stipulation as to certain facts; draft letter to Judge Cavanaugh regarding dismissal of NJ Spill Act and contribution claims; draft letter to Judge Cavanaugh regarding stipulation | 3.50 | 1137.50 |
| 06/27/02 MEF | Telephone call with W. Smith regarding auditor's initial report | .10 | 21.50 |
| 06/27/02 MEF | Review auditor's initial report regarding Carella, Byrne's First Quarterly Fee Application | .20 | 43.00 |
| 06/28/02 JMA | Conference with MEF regarding history of Mutual title to property; receipt and review fee auditor's report; conference with MEF regarding report; phone with client regarding report. | .70 | 227.50 |
| 06/28/02 JMA | Receive and review letter from S. German with Stipulation and orders as to certain facts; execute Stipulation; finalize cover letters to Judge Cavanaugh. | 1.30 | 422.50 |
| 06/28/02 JMA | Receive and review revised letter to Judge Cavanaugh regarding dismissal of Spill Acts and Contributory Claims vs. Grace; phone with C. Marraro regarding letter; revise and execute letter. | 1.50 | 487.50 |
| 06/28/02 MEF | Review title information and deeds re 1896 property; conference with JMA re same | 1.00 | 215.00 |

```
                                      -------------
                                        29,723.50
Total Fees:
```

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                        July 9, 2002
Client No.              734680                              Page      11
INVOICE NO.             16158

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
J M AGNELLO                       325.00   68.90         22392.50
M E FLAX                          215.00   33.40          7181.00
Laura S Munzer                    150.00     .80           120.00
J KUBERT                           75.00     .40            30.00
                      TOTALS              103.50         29723.50
```

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680
INVOICE NO.        16158

July 9, 2002
Page      10

Disbursements

Costs Advanced

| | | |
|---|---|---|
| 06/25/02 Costs Advanced - MCGUIRE, CHARLES P | | 145.20 |
| | SUBTOTAL: | 145.20 |
| 06/30/02 Photocopies | | 77.00 |
| 06/30/02 Faxes | | 81.00 |
| 06/30/02 Additional Staff Time | | 20.17 |
| 06/30/02 Travel Expense | | (264.00) |
| 06/30/02 Federal Express | | 15.50 |
| 06/30/02 Messenger - In House | | 50.00 |

Total Costs                                                    124.87

Total Due this Matter                                    29,848.37
=============

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### EMPLOYEE OVERTIME

Rate 40.33                      EMPLOYEE _Lois Isaacson_____

2.0                             WEEK ENDING _____

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|-----|------|--------------------------------------------|------------|----------|----------------|-----|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | | | | | |
| Tues. | | | | | | |
| Wed. | | | | | | |
| Thurs. | | | | | | |
| Fri. | 6/21/02 | W.R. Grace/Honeywell 734680-1   20.17 | 8:30 | 9:00 | | .5 |

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|-----|------|--------------------------------------------|------------|----------|----------------|-----|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | Aniero/Aetna 23100-31   40.50 | 5:00 | 6:00 | | 1.0 |
| Tues. | | Aniero/Aetna 23100-31 | 5:00 | 5:30 | | .5 |
| Wed. | | | | | | |
| Thurs. | | | | | | |
| Fri. | | | | | | |

#123778 v1

Client/Matter #:      734680.1
Matter Description:      VS. ALLIED SIGNAL
Report Description:**Billed and Unbilled Recap of Cost  [7/8/2002 4:38:46 PM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -134.00 | -134.00 | Travel Expense JMA MY LIMO |
| 2 | | | | | | | | |
| 3 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -130.00 | -130.00 | Travel Expense JMA MY LIMO |
| 4 | | | | | | | | |
| 5 | | | UNBILLED TOTALS:  WORK | | | | -264.00 | 2 records |
| 6 | | | UNBILLED TOTALS:  BILL: | | | | -264.00 | |
| 7 | | | | | | | | |
| 8 | | | GRAND TOTAL:    WORK: | | | | -264.00 | 2 records |
| 9 | | | GRAND TOTAL:    BILL: | | | | -264.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|                                          |     |                              |
|------------------------------------------|-----|------------------------------|
| In re:                                   | )   |                              |
|                                          | )   | Chapter 11                   |
|                                          | )   |                              |
| W. R. GRACE & CO. et al.[1]              | )   | Case No. 01-01139 (JKF)      |
|                                          | )   | (Jointly Administered)       |
| Debtors.                                 | )   |                              |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9th day of July, 2002

Notary Public

My Commission Expires:

MICHELE LOUIS
A Notary Public of New Jersey
My Commission Expires Feb. 8, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(June 1, 2002 through June 30, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 68.90 | 22,392.50 |
| Melissa E. Flax | Partner – 10 years | $215 | 33.40 | 7,181.00 |
| Laura S. Munzer | Associate–19 years | $150.00 | .80 | 120.00 |
| Jake Kubert | Law Clerk | $75.00 | .40 | 30.00 |

| Grand Total: | $29,723.50 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | | 1.60 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | | 101.90 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

# EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | 81.00 ($0.25 per page) |
| Long Distance Telephone | | |
| In-House Reproduction | | 77.00 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | Charles P. McGuire | 145.20 |
| Local Travel | | |
| Out-Of-Town Travel    airfare    car/taxi service    hotel | | (264.00) |
| Courier & Express Carriers (e.g. Federal Express) | | 15.50 |
| Postage | | |
| Other (Explain) – Additional Staff Time | | 20.17 |
| Messenger | | 50.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## EMPLOYEE OVERTIME

Rate 40.33                    2.0

EMPLOYEE _Lois Isaacson_____

WEEK ENDING _____

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|---|---|---|---|---|---|---|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | | | | | |
| Tues. | | | | | | |
| Wed. | | | | | | |
| Thurs. | | | | | | |
| Fri. | 6/21/02 | W.R.Grace/Honeywell 734680-1    20.17 | 8:30 | 9:00 | | .5 |

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|---|---|---|---|---|---|---|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | Aniero/Aetna 23100-31    40.50 | 5:00 | 6:00 | | 1.0 |
| Tues. | | Aniero/Aetna 23100-31 | 5:00 | 5:30 | | .5 |
| Wed. | | | | | | |
| Thurs. | | | | | | |
| Fri. | | | | | | |

#123778 v1

Client/Matter #: 734680.1
Matter Description: VS. ALLIED SIGNAL
Report Description: **Billed and Unbilled Recap of Cost [7/8/2002 4:38:46 PM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -134.00 | -134.00 | Travel Expense JMA MY LIMO |
| 2 | | | | | | | | |
| 3 | 06/01/2002 | 0092 | J M AGNELLO | 23 | 1.00 | -130.00 | -130.00 | Travel Expense JMA MY LIMO |
| 4 | | | | | | | | |
| 5 | | | UNBILLED TOTALS: WORK: | | | | -264.00 | 2 records |
| 6 | | | UNBILLED TOTALS: BILL: | | | | -264.00 | |
| 7 | | | | | | | | |
| 8 | | | GRAND TOTAL: WORK: | | | | -264.00 | 2 records |
| 9 | | | GRAND TOTAL: BILL: | | | | -264.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  )
                                        )       Chapter 11
                                        )
W. R. GRACE & CO. et al.[1]             )       Case No. 01-01139 (JKF)
                                        )       (Jointly Administered)
        Debtors.                        )

**ORDER FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART
& OLSTEIN AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002**

Upon the application (the "Fifth Quarterly Fee Application")[2] of the Debtors

seeking the entry of an order allowing it (i) compensation in the amount of $38,999.26

for the reasonable and necessary legal services CBBG has rendered to the Debtors and

(ii) reimbursement for the actual and necessary expenses that CBBG incurred in the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

amount of $2,076.93 for the Fee Period from April 1, 2002 through June 30, 2002; and it appearing that the Court has jurisdiction to consider the Fifth Quarterly Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Fifth Quarterly Fee Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifth Quarterly Fee Application having been given; and it appearing that the relief requested in the Fifth Fee Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Fifth Quarterly Fee Application is granted in its entirety on an interim basis; and it is further

ORDERED that, for the Fee Period April 1, 2002 through June 30, 2002, an administrative allowance shall be made to Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein in the sum of $38,999.26 as compensation for reasonable and necessary professional services rendered to the Debtors; and it is further

ORDERED that, for the Fee Period April 1, 2002 through June 30, 2002, an administrative allowance shall be made to Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein in the sum of $2,076.93 for reimbursement of actual and necessary costs and expenses incurred; and it is further

ORDERED that the Debtors be authorized and directed to pay CBBG the outstanding amount of such sums as described above, less any amounts previously paid to

---

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the First Quarterly Fee Application.

CBBG pursuant to the Applications and the procedures set forth in the Interim Compensation Order; and it is further

ORDERED that CBBG has the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2002 period that are not otherwise included in the relevant Applications; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order; and it is further

ORDERED that, notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2002


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge