IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 3, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514740  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 06/19/02 | Review message from Mr. Medler concerning conference call which includes Grace as an agenda item. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

**Fees for Legal Services**.................................................................................................. **$72.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.30 | 240.00 | 72.00 |
| TOTAL | 0.30 | $240.00 | $72.00 |

**Net current billing for this invoice** ................................................................................... **$72.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | | A/R BALANCE | $5,405.06 |

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 2

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $72.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$72.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | TOTAL A/R BALANCE | | $5,405.06 |

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 4

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514740  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

06/19/02    Review message from Mr. Medler concerning conference call which includes Grace as an agenda item.

B.F. HAWKINS                    0.30 hrs.    240.00/hr              $72.00

**Fees for Legal Services**.......................................................................................    **$72.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.30 | 240.00 | 72.00 |
| TOTAL | 0.30 | $240.00 | $72.00 |

**Net current billing for this invoice** ...................................................................    **$72.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | | A/R BALANCE | $5,405.06 |

W. R. Grace & Co.

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $72.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ................................................................ | | **$72.00** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | TOTAL A/R BALANCE | | $5,405.06 |

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 4

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 17, 2002
Invoice 514203  Page 1

| Our Matter #<br>Name of Matter: | 02399/01501<br>Rock Hill Chemical Superfund Site | For Services Through 06/29/02 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 05/31/02 | Review incoming correspondence.<br>K.K. SMITH | 0.20 hrs. | 100.00/hr | $20.00 |
| 06/17/02 | Sort and organize file documents.<br>K.K. SMITH | 0.10 hrs. | 100.00/hr | $10.00 |
| 06/21/02 | Telephone conference with Ms. Duff regarding status and expenditure estimates for site remediation.<br>K.A. CRAWFORD | 0.20 hrs. | 275.00/hr | $55.00 |

**Fees for Legal Services**...................................................................................................... **$85.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K.A. CRAWFORD | 0.20 | 275.00 | 55.00 |
| K.K. SMITH | 0.30 | 100.00 | 30.00 |
| TOTAL | 0.50 | $170.00 | $85.00 |

**Net current billing for this invoice** ................................................................................. **$85.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |
| | A/R BALANCE | | $464.36 |

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/01501
Rock Hill Chemical Superfund Site

| | |
|---|---|
| Fees for Professional Services | $85.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$85.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |
| | TOTAL A/R BALANCE | | $464.36 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                        July 17, 2002
ATTN: Lydia Duff, Esq.                          Invoice 514203  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/01501 | For Services Through 06/29/02 |
| Name of Matter: | Rock Hill Chemical Superfund Site | |

| 05/31/02 | Review incoming correspondence. | | | |
| | K.K. SMITH | 0.20 hrs. | 100.00/hr | $20.00 |
| 06/17/02 | Sort and organize file documents. | | | |
| | K.K. SMITH | 0.10 hrs. | 100.00/hr | $10.00 |
| 06/21/02 | Telephone conference with Ms. Duff regarding status and expenditure estimates for site remediation. | | | |
| | K.A. CRAWFORD | 0.20 hrs. | 275.00/hr | $55.00 |

**Fees for Legal Services**.................................................................................... **$85.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K.A. CRAWFORD | 0.20 | 275.00 | 55.00 |
| K.K. SMITH | 0.30 | 100.00 | 30.00 |
| TOTAL | 0.50 | $170.00 | $85.00 |

**Net current billing for this invoice** ................................................................. **$85.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |
| | A/R BALANCE | | $464.36 |

W. R. Grace & Co.

July 17, 2002
Invoice 514203  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/01501
Rock Hill Chemical Superfund Site

| | |
|---|---|
| Fees for Professional Services | $85.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................... | **$85.00** |

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |
| | TOTAL A/R BALANCE | | $464.36 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514741 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 06/18/02 | Review letter from DHEC addressing issuance of NPDES permit (0.3); review items to be addressed in document with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 06/18/02 | Review electronic mail memorandum from Mr. O'Connell and attached draft letter (0.2); confer with Mr. O'Connell regarding communications with DHEC (0.2); review Mr. Amick's June 5, 2002 letter to which draft letter is responding (0.1); mark-up of draft response and electronic mail memorandum to Mr. O'Connell, Mr. Balcer and Mr. Scott regarding same (0.6). | | | |
| | R.T. CARLISLE | 1.10 hrs. | 220.00/hr | $242.00 |

**Fees for Legal Services**.................................................................................................... **$386.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| R.T. CARLISLE | 1.10 | 220.00 | 242.00 |
| TOTAL | 1.70 | $227.06 | $386.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/01/2002 | Late posting for 4/24/02 | 1.72 |
| 05/14/2002 | Telephone 1-856-467-2250 | 0.31 |
| 05/31/2002 | Photocopies 6 Page(s) | 0.30 |
| 06/18/2002 | Photocopies 9 Page(s) | 0.45 |
| 06/18/2002 | Telephone 1-617-498-4594 | 0.24 |
| 06/20/2002 | Photocopies 6 Page(s) | 0.30 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$3.32**

W. R. Grace & Co.

July 23, 2002
Invoice 514741  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.05 |
| Postage | 1.72 |
| Telephone | 0.55 |
| TOTAL | $3.32 |

Net current billing for this invoice ...................................................................................  **$389.32**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
|  |  | A/R BALANCE | $32,058.16 |

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $386.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.32 |

**Net current billing for this invoice** ...............................................................  **$389.32**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | TOTAL A/R BALANCE | | $32,058.16 |

# NELSON

*Nelson Mullins Riley & Scarborough, L.L.P.*

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514741  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 06/18/02 | Review letter from DHEC addressing issuance of NPDES permit (0.3); review items to be addressed in document with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 06/18/02 | Review electronic mail memorandum from Mr. O'Connell and attached draft letter (0.2); confer with Mr. O'Connell regarding communications with DHEC (0.2); review Mr. Amick's June 5, 2002 letter to which draft letter is responding (0.1); mark-up of draft response and electronic mail memorandum to Mr. O'Connell, Mr. Balcer and Mr. Scott regarding same (0.6). | | | |
| | R.T. CARLISLE | 1.10 hrs. | 220.00/hr | $242.00 |

**Fees for Legal Services**................................................................................................... **$386.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| R.T. CARLISLE | 1.10 | 220.00 | 242.00 |
| TOTAL | 1.70 | $227.06 | $386.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/01/2002 | Late posting for 4/24/02 | 1.72 |
| 05/14/2002 | Telephone 1-856-467-2250 | 0.31 |
| 05/31/2002 | Photocopies 6 Page(s) | 0.30 |
| 06/18/2002 | Photocopies 9 Page(s) | 0.45 |
| 06/18/2002 | Telephone 1-617-498-4594 | 0.24 |
| 06/20/2002 | Photocopies 6 Page(s) | 0.30 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$3.32**

W. R. Grace & Co.

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.05 |
| Postage | 1.72 |
| Telephone | 0.55 |
| TOTAL | $3.32 |

**Net current billing for this invoice** ..................................................................................... **$389.32**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | | A/R BALANCE | $32,058.16 |

July 23, 2002
Invoice 514741  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $386.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.32 |

**Net current billing for this invoice** ................................................................. **$389.32**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | TOTAL A/R BALANCE | | $32,058.16 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                         July 23, 2002
ATTN: Lydia Duff, Esq.                        Invoice 514742  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

06/01/02   Review letter from EPA's Jim Doyle requesting participation with TDY to pay for remediation activities at site (0.4); forward information to Ms. Duff requesting input on specific reference to potential settlement with Grace as a result of bankruptcy process (0.2).
B.F. HAWKINS                      0.60 hrs.    240.00/hr              $144.00

06/01/02   Based on historic file management, review letter from Mr. Doyle (EPA) to recipients of CERCLA Section 106 letters and suggest to Attorneys Hawkins and Cleary alternative approaches for responding to same.
R.T. CARLISLE                     0.30 hrs.    220.00/hr               $66.00

06/21/02   Discussion with Attorney Carlisle regarding potential liability and recommended reserve issues (0.3); review several file documents and cases (0.3).
D.M. CLEARY                       0.60 hrs.    290.00/hr              $174.00

06/21/02   Conferences with Ms. Duff regarding potential liabilities in connection with Li Tungsten and reserve account issues.
R.T. CARLISLE                     0.20 hrs.    220.00/hr               $44.00

**Fees for Legal Services**..................................................................................................   **$428.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| R.T. CARLISLE | 0.50 | 220.00 | 110.00 |
| TOTAL | 1.70 | $251.76 | $428.00 |

**Net current billing for this invoice** ....................................................................................   **$428.00**

W. R. Grace & Co.

July 23, 2002
Invoice 514742  Page 2

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| | | A/R BALANCE | $6,461.32 |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $428.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................  **$428.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| | TOTAL A/R BALANCE | | $6,461.32 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514742  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

06/01/02     Review letter from EPA's Jim Doyle requesting participation with TDY to pay for remediation activities at site (0.4); forward information to Ms. Duff requesting input on specific reference to potential settlement with Grace as a result of bankruptcy process (0.2).
B.F. HAWKINS        0.60 hrs.    240.00/hr      $144.00

06/01/02     Based on historic file management, review letter from Mr. Doyle (EPA) to recipients of CERCLA Section 106 letters and suggest to Attorneys Hawkins and Cleary alternative approaches for responding to same.
R.T. CARLISLE        0.30 hrs.    220.00/hr      $66.00

06/21/02     Discussion with Attorney Carlisle regarding potential liability and recommended reserve issues (0.3); review several file documents and cases (0.3).
D.M. CLEARY        0.60 hrs.    290.00/hr      $174.00

06/21/02     Conferences with Ms. Duff regarding potential liabilities in connection with Li Tungsten and reserve account issues.
R.T. CARLISLE        0.20 hrs.    220.00/hr      $44.00

**Fees for Legal Services**.......................................................................................... **$428.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| R.T. CARLISLE | 0.50 | 220.00 | 110.00 |
| TOTAL | 1.70 | $251.76 | $428.00 |

**Net current billing for this invoice** ................................................................... **$428.00**

W. R. Grace & Co.

July 23, 2002
Invoice 514742  Page 2

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| | | A/R BALANCE | $6,461.32 |