W. R. Grace & Co.

July 23, 2002
Invoice 514742  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $428.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................... | **$428.00** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| | TOTAL A/R BALANCE | | $6,461.32 |



# NELSON MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514743  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

06/02/02  Review information provided by DHEC relating to support for requirement for excavation of landfill.
R.T. CARLISLE                         1.20 hrs.     220.00/hr              $264.00

06/03/02  Review items raised by Mr. Bucens' e-mail with respect to imminent DHEC release of remedy selection and proposal for public hearing on June 20, 2002 (0.3); review items with Mr. Bucens (0.3).
B.F. HAWKINS                          0.60 hrs.     240.00/hr              $144.00

06/03/02  Review documents provided by DHEC pursuant to Freedom of Information request relating to requirement for landfill excavations and outline results of review.
R.T. CARLISLE                         3.80 hrs.     220.00/hr              $836.00

06/04/02  Continue reviewing documents provided by DHEC pursuant to Freedom of Information request relating to requirement for landfill excavations and outline results of review.
R.T. CARLISLE                         0.70 hrs.     220.00/hr              $154.00

06/10/02  Discussion with Mr. Bucens regarding status of development/sale meetings.
D.M. CLEARY                           0.20 hrs.     290.00/hr               $58.00

06/17/02  Review information regarding DHEC's decision on remedy and ARARs (0.7); review research assignment with Attorney Carlisle to evaluate ARARs versus those provided in Feasibility Study (0.2); review comparison of ARARs provided by RMT (0.3).
B.F. HAWKINS                          1.20 hrs.     240.00/hr              $288.00

06/18/02  Review information regarding public hearing provided by Mr. Bucens (0.3); review ARAR research issue with Attorney Carlisle (0.2); review status of items with Ms. Duff (0.2).
B.F. HAWKINS                          0.70 hrs.     240.00/hr              $168.00

06/18/02  Review public notice, information on differences in ARARs and explanation of selection of alternative 8 as preferred remedy (0.8); review regulations on public comment period to determine whether PRP may comment then (1.1).
R.T. CARLISLE                         1.90 hrs.     220.00/hr              $418.00

06/19/02  Review information regarding Fact Sheet and remedy selection (1.2); evaluate information on ARAR selection in preparation for public meeting (1.6).

W. R. Grace & Co.

July 23, 2002
Invoice 514743 Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | B.F. HAWKINS | 2.80 hrs. | 240.00/hr | $672.00 |

06/19/02    Continue review of information on sites that DHEC asserts supports the imposition of remedial goals and requirements for this site.

| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

06/19/02    Review DHEC information on public hearings (0.8); review ARAR information and compare DHEC's current remedial goals with current surface water and groundwater quality standards (1.3); confer with Attorney Hawkins regarding same (0.4).

| | R.T. CARLISLE | 2.50 hrs. | 220.00/hr | $550.00 |

06/20/02    Prepare for and travel to Charleston for public hearing on remedy selection (2.3); meet with Mr. Bucens, Mr. Obradovic and Attorney Cleary to discuss issues for public hearing (1.3); review facts sheet and remedy summary in preparation for hearing (1.1); attend hearing (2.3); follow-up discussion with Mr. Bucens, Mr. Obradovic, Ms. Saucier and Attorney Cleary (0.7); return to Columbia (2.1).

| | B.F. HAWKINS | 9.80 hrs. | 240.00/hr | $2,352.00 |

06/20/02    Consultation with client regarding DHEC public meeting.

| | D.M. CLEARY | 1.00 hrs. | 290.00/hr | $290.00 |

06/20/02    Continue review of documents for sites identified by DHEC as being precedent for decisions made by DHEC affecting this site.

| | R.T. CARLISLE | 2.60 hrs. | 220.00/hr | $572.00 |

06/21/02    Office conference with Attorney Cleary regarding public hearing, objections, experience with DHEC on remedy monitoring and required percentages of decrease in constituents of concern, NCP compliance, and outline of objections to preserve arguments when ROD is issued.

| | N.J. SMITH | 0.40 hrs. | 250.00/hr | $100.00 |

06/21/02    Review research issues (0.3); discussion of same with Attorney Cleary (0.3).

| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

06/21/02    Complete review of FOIA'd documents claimed to be pertinent to DHEC's actions with respect to this site.

| | R.T. CARLISLE | 2.80 hrs. | 220.00/hr | $616.00 |

06/23/02    Draft memorandum to Attorney Hawkins relating to review of documents for sites identified by DHEC as constituting precedent for clean-up standards required by DHEC at this site.

| | R.T. CARLISLE | 1.70 hrs. | 220.00/hr | $374.00 |

**Fees for Legal Services**...................................................................................................... **$8,132.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.40 | 250.00 | 100.00 |
| B.F. HAWKINS | 15.70 | 240.00 | 3,768.00 |
| D.M. CLEARY | 1.20 | 290.00 | 348.00 |
| R.T. CARLISLE | 17.80 | 220.00 | 3,916.00 |
| TOTAL | 35.10 | $231.68 | $8,132.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

| 05/17/2002 | Telephone 1-617-498-4594 | 0.22 |
|---|---|---|
| 06/03/2002 | Telephone 1-617-498-2667 | 0.99 |
| 06/07/2002 | Photocopies 2 Page(s) | 0.10 |
| 06/10/2002 | Photocopies 15 Page(s) | 0.75 |
| 06/17/2002 | Photocopies 18 Page(s) | 0.90 |
| 06/19/2002 | Photocopies 4 Page(s) | 0.20 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/23/2002 | Photocopies 3 Page(s) | 0.15 |
| 06/25/2002 | VENDOR: David M. Cleary; INVOICE#: 062102; DATE: 06/25/2002 - Dinner for 4 (Hawkins, Cleary, Bucens, O'Bradovic) | 56.05 |
| 06/25/2002 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 062402; DATE: 06/25/2002 - Mileage reimbursement for trip to Charleston, SC to attend Public Meeting on June 20, 2002 | 83.30 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$142.76**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.20 |
| Outside Services | 56.05 |
| Telephone | 1.21 |
| Travel | 83.30 |
| TOTAL | $142.76 |

**Net current billing for this invoice** ..................................................................................... **$8,274.76**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | | A/R BALANCE | $58,262.88 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $8,132.00 |
| Charges for Other Services Provided/Expenses Incurred | $142.76 |
| **Net current billing for this invoice** ............................................................ | **$8,274.76** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | TOTAL A/R BALANCE | | $58,262.88 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 5



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
COLUMBIA, SOUTH CAROLINA 29211
Telephone (803) 799-2000

W. R. Grace & Co.                                                July 23, 2002
ATTN: Lydia Duff, Esq.                                   Invoice 514743  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

06/02/02   Review information provided by DHEC relating to support for requirement for excavation of
landfill.
R.T. CARLISLE                          1.20 hrs.    220.00/hr           $264.00

06/03/02   Review items raised by Mr. Bucens' e-mail with respect to imminent DHEC release of
remedy selection and proposal for public hearing on June 20, 2002 (0.3); review items with
Mr. Bucens (0.3).
B.F. HAWKINS                           0.60 hrs.    240.00/hr           $144.00

06/03/02   Review documents provided by DHEC pursuant to Freedom of Information request relating
to requirement for landfill excavations and outline results of review.
R.T. CARLISLE                          3.80 hrs.    220.00/hr           $836.00

06/04/02   Continue reviewing documents provided by DHEC pursuant to Freedom of Information
request relating to requirement for landfill excavations and outline results of review.
R.T. CARLISLE                          0.70 hrs.    220.00/hr           $154.00

06/10/02   Discussion with Mr. Bucens regarding status of development/sale meetings.
D.M. CLEARY                            0.20 hrs.    290.00/hr            $58.00

06/17/02   Review information regarding DHEC's decision on remedy and ARARs (0.7); review
research assignment with Attorney Carlisle to evaluate ARARs versus those provided in
Feasibility Study (0.2); review comparison of ARARs provided by RMT (0.3).
B.F. HAWKINS                           1.20 hrs.    240.00/hr           $288.00

06/18/02   Review information regarding public hearing provided by Mr. Bucens (0.3); review ARAR
research issue with Attorney Carlisle (0.2); review status of items with Ms. Duff (0.2).
B.F. HAWKINS                           0.70 hrs.    240.00/hr           $168.00

06/18/02   Review public notice, information on differences in ARARs and explanation of selection of
alternative 8 as preferred remedy (0.8); review regulations on public comment period to
determine whether PRP may comment then (1.1).
R.T. CARLISLE                          1.90 hrs.    220.00/hr           $418.00

06/19/02   Review information regarding Fact Sheet and remedy selection (1.2); evaluate information
on ARAR selection in preparation for public meeting (1.6).

W. R. Grace & Co.

July 23, 2002
Invoice 514743 Page 2

|  |  | B.F. HAWKINS | 2.80 hrs. | 240.00/hr | $672.00 |

06/19/02    Continue review of information on sites that DHEC asserts supports the imposition of
remedial goals and requirements for this site.
R.T. CARLISLE                      0.60 hrs.    220.00/hr            $132.00

06/19/02    Review DHEC information on public hearings (0.8); review ARAR information and compare
DHEC's current remedial goals with current surface water and groundwater quality
standards (1.3); confer with Attorney Hawkins regarding same (0.4).
R.T. CARLISLE                      2.50 hrs.    220.00/hr            $550.00

06/20/02    Prepare for and travel to Charleston for public hearing on remedy selection (2.3); meet with
Mr. Bucens, Mr. Obradovic and Attorney Cleary to discuss issues for public hearing (1.3);
review facts sheet and remedy summary in preparation for hearing (1.1); attend hearing
(2.3); follow-up discussion with Mr. Bucens, Mr. Obradovic, Ms. Saucier and Attorney Cleary
(0.7); return to Columbia (2.1).
B.F. HAWKINS                       9.80 hrs.    240.00/hr          $2,352.00

06/20/02    Consultation with client regarding DHEC public meeting.
D.M. CLEARY                        1.00 hrs.    290.00/hr            $290.00

06/20/02    Continue review of documents for sites identified by DHEC as being precedent for decisions
made by DHEC affecting this site.
R.T. CARLISLE                      2.60 hrs.    220.00/hr            $572.00

06/21/02    Office conference with Attorney Cleary regarding public hearing, objections, experience with
DHEC on remedy monitoring and required percentages of decrease in constituents of
concern, NCP compliance, and outline of objections to preserve arguments when ROD is
issued.
N.J. SMITH                         0.40 hrs.    250.00/hr            $100.00

06/21/02    Review research issues (0.3); discussion of same with Attorney Cleary (0.3).
B.F. HAWKINS                       0.60 hrs.    240.00/hr            $144.00

06/21/02    Complete review of FOIA'd documents claimed to be pertinent to DHEC's actions with
respect to this site.
R.T. CARLISLE                      2.80 hrs.    220.00/hr            $616.00

06/23/02    Draft memorandum to Attorney Hawkins relating to review of documents for sites identified
by DHEC as constituting precedent for clean-up standards required by DHEC at this site.
R.T. CARLISLE                      1.70 hrs.    220.00/hr            $374.00

**Fees for Legal Services**..................................................................................................    **$8,132.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.40 | 250.00 | 100.00 |
| B.F. HAWKINS | 15.70 | 240.00 | 3,768.00 |
| D.M. CLEARY | 1.20 | 290.00 | 348.00 |
| R.T. CARLISLE | 17.80 | 220.00 | 3,916.00 |
| TOTAL | 35.10 | $231.68 | $8,132.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 3

| | | |
|---|---|---:|
| 05/17/2002 | Telephone 1-617-498-4594 | 0.22 |
| 06/03/2002 | Telephone 1-617-498-2667 | 0.99 |
| 06/07/2002 | Photocopies 2 Page(s) | 0.10 |
| 06/10/2002 | Photocopies 15 Page(s) | 0.75 |
| 06/17/2002 | Photocopies 18 Page(s) | 0.90 |
| 06/19/2002 | Photocopies 4 Page(s) | 0.20 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/23/2002 | Photocopies 3 Page(s) | 0.15 |
| 06/25/2002 | VENDOR: David M. Cleary; INVOICE#: 062102; DATE: 06/25/2002 - Dinner for 4 (Hawkins, Cleary, Bucens, O'Bradovic) | 56.05 |
| 06/25/2002 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 062402; DATE: 06/25/2002 - Mileage reimbursement for trip to Charleston, SC to attend Public Meeting on June 20, 2002 | 83.30 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................** **$142.76**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 2.20 |
| Outside Services | 56.05 |
| Telephone | 1.21 |
| Travel | 83.30 |
| TOTAL | $142.76 |

**Net current billing for this invoice ....................................................................................** **$8,274.76**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | | A/R BALANCE | $58,262.88 |

W. R. Grace & Co.

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $8,132.00 |
| Charges for Other Services Provided/Expenses Incurred | $142.76 |
| **Net current billing for this invoice** ................................................................ | **$8,274.76** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | TOTAL A/R BALANCE | | $58,262.88 |

# NELSON
###### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514744 Page 1

| Our Matter # | 02399/06049 | For Services Through 06/29/02 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501211 | |
| Name of Matter: | Aqua-Tech | |

| 06/21/02 | Review request for status update from Ms. Gardner (0.3); request update (0.2); review file information (0.3); forward response (0.2). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.00 hrs. | 240.00/hr | $240.00 |

| 06/21/02 | Discuss status of cleanup with Attorney Hawkins (0.2); contact EPA (0.1); contact AquaTech PRP committee chairman (0.3); respond with updated information to Attorney Hawkins (0.2). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |

**Fees for Legal Services**.................................................................................................... **$472.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.00 | 240.00 | 240.00 |
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 1.80 | 262.22 | 472.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 06/21/2002 | Telephone 1-404-562-8793 | 0.17 |
|---|---|---|
| 06/21/2002 | Telephone 1-404-572-4600 | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$0.37**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.37 |

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 2

TOTAL                                                      $0.37

**Net current billing for this invoice** ................................................................................ **$472.37**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | | A/R BALANCE | $472.37 |

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06049
Aqua-Tech

| | |
|---|---|
| Fees for Professional Services | $472.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.37 |

**Net current billing for this invoice** ...............................................................  **$472.37**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | TOTAL A/R BALANCE | | $472.37 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514744  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06049 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721490-01-501211 | |
| Name of Matter: | Aqua-Tech | |

| | | | |
|---|---|---|---|
| 06/21/02 | Review request for status update from Ms. Gardner (0.3); request update (0.2); review file information (0.3); forward response (0.2). | | |
| | B.F. HAWKINS | 1.00 hrs.   240.00/hr | $240.00 |
| 06/21/02 | Discuss status of cleanup with Attorney Hawkins (0.2); contact EPA (0.1); contact AquaTech PRP committee chairman (0.3); respond with updated information to Attorney Hawkins (0.2). | | |
| | D.M. CLEARY | 0.80 hrs.   290.00/hr | $232.00 |

**Fees for Legal Services**.....................................................................................................  **$472.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.00 | 240.00 | 240.00 |
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 1.80 | 262.22 | 472.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/21/2002 | Telephone 1-404-562-8793 | 0.17 |
| 06/21/2002 | Telephone 1-404-572-4600 | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$0.37**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.37 |

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 2

TOTAL                                                              $0.37

**Net current billing for this invoice** ..................................................................................  **$472.37**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | | A/R BALANCE | $472.37 |

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06049
Aqua-Tech

---

| | |
|---|---|
| Fees for Professional Services | $472.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.37 |
| **Net current billing for this invoice** ............................................................... | **$472.37** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | TOTAL A/R BALANCE | | $472.37 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 23, 2002
Invoice 514745  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06086 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Wilder, KY | |

| 06/17/02 | Review EPA sampling investigation report. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**.................................................................................................. **$87.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| TOTAL | 0.30 | $290.00 | $87.00 |

**Net current billing for this invoice** ...................................................................................... **$87.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | A/R BALANCE | | $146.10 |

W. R. Grace & Co.

July 23, 2002
Invoice 514745  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | $87.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................... | **$87.00** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | TOTAL A/R BALANCE | | $146.10 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                July 23, 2002
ATTN: Robert A. Emmett, Esq.                          Invoice 514745  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06086 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Wilder, KY | |

| | | | | |
|---|---|---|---|---|
| 06/17/02 | Review EPA sampling investigation report. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**............................................................................................ **$87.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| TOTAL | 0.30 | $290.00 | $87.00 |

**Net current billing for this invoice** ................................................................................... **$87.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | A/R BALANCE | | $146.10 |

W. R. Grace & Co.

July 23, 2002
Invoice 514745  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | $87.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................ | **$87.00** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

#### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | TOTAL A/R BALANCE | | $146.10 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                     July 23, 2002
ATTN: Lydia Duff, Esq.                         Invoice 514768 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/06091 | For Services Through 06/29/02 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 06/02/02 | Review memo on past due fee applications (0.1); memo to K&E counsel on same (0.2); memo to Attorney Hawkins on resolution (0.1).<br>G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 06/04/02 | Follow up on fee application contact at K&E.<br>G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 06/10/02 | Prepare March 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare February 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare April 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | E-mail fee applications (February, March and April 2002) documents to Attorney Cleary for his review.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 06/12/02 | Discussion with Mr. Steirer, Auditor regarding information necessary for auditor's quarterly report (0.3); follow up with Paralegal Brown (0.5).<br>D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/13/02 | Assist on fee application issue.<br>G.B. CAUTHEN | 0.10 hrs. | 270.00/hr | $27.00 |
| 06/13/02 | Discussion with Mr. Steirer of WHSmith regarding status of electronic files.<br>D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 06/13/02 | Revised quarterly and interim fee applications and distribute to Mr. Carickhoff and Mr. Smith.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 06/13/02 | Meet with Attorney Cleary for his review of the quarterly and interim fee applications.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 06/14/02 | Compile and draft April 2002 fee application. | | | |

W. R. Grace & Co.

| | | | |
|---|---|---|---|
| K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |

06/14/02  Compile and draft September 2001 fee application.

| | | | |
|---|---|---|---|
| K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |

06/16/02  Assist on fee application issues.

| | | | |
|---|---|---|---|
| G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |

06/16/02  Review and edit April 2002 fee application.

| | | | |
|---|---|---|---|
| K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

06/16/02  Review and edit September 2001 fee application documents.

| | | | |
|---|---|---|---|
| K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

06/17/02  Review Grace notice of bankruptcy claims bar date; e-mail Ms. Duff and Mr. Emmett regarding sites which might require notification; review e-mails and data responding to inquiry.

| | | | |
|---|---|---|---|
| D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |

06/17/02  Review and submit fee applications for September 2001 and April 2002 to local counsel.

| | | | |
|---|---|---|---|
| D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |

06/17/02  Meet with Attorneys Cleary for his review of fee applications documents.

| | | | |
|---|---|---|---|
| K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

06/17/02  E-mail final September 2001 and April 2002 fee application documents to Mr. Carickhoff, Ms. Cuniff, and Attorney Cleary.

| | | | |
|---|---|---|---|
| K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

06/23/02  Prepare May 2002 fee application documents.

| | | | |
|---|---|---|---|
| K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |

06/24/02  Telephone conversation with Attorney Cleary regarding the final May 2002 fee application documents (0.3); continue to prepare documents for the Second and Third Quarterly Fee Application filings (2.0).

| | | | |
|---|---|---|---|
| K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |

06/24/02  Meet with Administrative Assistant Swider to discuss distribution of May 2002 invoices and May 2002 fee application once final to Ms. Duff, Mr. Emmett and Mr. Carickhoff.

| | | | |
|---|---|---|---|
| K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

06/24/02  Prepare draft documents for Second Quarterly Fee Application for the period July 19, 2001 through September 30, 2001.

| | | | |
|---|---|---|---|
| K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |

06/24/02  Prepare e-mail correspondence containing the May 2002 fee application documents and e-mail to Attorney Cleary for his review.

| | | | |
|---|---|---|---|
| K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

06/24/02  Review and edit draft May 2002 fee application documents.

| | | | |
|---|---|---|---|
| K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |

06/28/02  Review questions concerning Fourth Quarterly Statement (0.3); review preparation of response with instructions on same to Attorney Cleary and Attorney Carlisle (0.3).

| | | | |
|---|---|---|---|
| B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 3

06/28/02    Respond to calls regarding audit report (0.3); search for audit report (0.2); e-mail WHSmith
that audit report was not received (0.2); review audit report and commence preparation of
response (0.8).
D.M. CLEARY                                    1.50 hrs.    290.00/hr              $435.00


**Fees for Legal Services**.........................................................................................................    **$5,834.50**

## BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars  |
|----------------|-------|---------|----------|
| B.F. HAWKINS   | 0.60  | 240.00  | 144.00   |
| D.M. CLEARY    | 4.00  | 290.00  | 1,160.00 |
| G.B. CAUTHEN   | 0.90  | 270.00  | 243.00   |
| K. BROWN       | 34.30 | 125.00  | 4,287.50 |
| TOTAL          | 39.80 | 146.60  | 5,834.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description              | Amount |
|------------|--------------------------|--------|
| 06/13/2002 | Photocopies 108 Page(s)  | 5.40   |
| 06/13/2002 | Photocopies 188 Page(s)  | 9.40   |
| 06/13/2002 | Photocopies 320 Page(s)  | 16.00  |
| 06/14/2002 | Photocopies 2 Page(s)    | 0.10   |
| 06/25/2002 | Photocopies 14 Page(s)   | 0.70   |
| 06/25/2002 | Postage                  | 0.34   |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$31.94**


## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Photocopies | 31.60 |
| Postage | 0.34 |
| TOTAL | $31.94 |

**Net current billing for this invoice** ..................................................................................    **$5,866.44**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 514768                  | 07/23/2002   | 5,866.44    | 5,866.44    |
|                         |              | A/R BALANCE | $5,866.44   |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $5,834.50 |
| Charges for Other Services Provided/Expenses Incurred | $31.94 |
| **Net current billing for this invoice** ................................................................ | **$5,866.44** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| | TOTAL A/R BALANCE | | $5,866.44 |



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                  July 23, 2002
ATTN: Lydia Duff, Esq.                                Invoice 514768  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter #       | 02399/06091       | For Services Through 06/29/02 |
|--------------------|-------------------|-------------------------------|
| Name of Matter:    | Fee Applications  |                               |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 06/02/02 | Review memo on past due fee applications (0.1); memo to K&E counsel on same (0.2); memo to Attorney Hawkins on resolution (0.1). <br> G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 06/04/02 | Follow up on fee application contact at K&E. <br> G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 06/10/02 | Prepare March 2002 fee application documents. <br> K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare February 2002 fee application documents. <br> K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare April 2002 fee application documents. <br> K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | E-mail fee applications (February, March and April 2002) documents to Attorney Cleary for his review. <br> K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 06/12/02 | Discussion with Mr. Steirer, Auditor regarding information necessary for auditor's quarterly report (0.3); follow up with Paralegal Brown (0.5). <br> D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/13/02 | Assist on fee application issue. <br> G.B. CAUTHEN | 0.10 hrs. | 270.00/hr | $27.00 |
| 06/13/02 | Discussion with Mr. Steirer of WHSmith regarding status of electronic files. <br> D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 06/13/02 | Revised quarterly and interim fee applications and distribute to Mr. Carickhoff and Mr. Smith. <br> K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 06/13/02 | Meet with Attorney Cleary for his review of the quarterly and interim fee applications. <br> K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 06/14/02 | Compile and draft April 2002 fee application. | | | |

W. R. Grace & Co.

July 23, 2002
Invoice 514768 Page 2

| | | | | |
|---|---|---|---|---|
| | K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |
| 06/14/02 | Compile and draft September 2001 fee application.<br>K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |
| 06/16/02 | Assist on fee application issues.<br>G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 06/16/02 | Review and edit April 2002 fee application.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 06/16/02 | Review and edit September 2001 fee application documents.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 06/17/02 | Review Grace notice of bankruptcy claims bar date; e-mail Ms. Duff and Mr. Emmett regarding sites which might require notification; review e-mails and data responding to inquiry.<br>D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |
| 06/17/02 | Review and submit fee applications for September 2001 and April 2002 to local counsel.<br>D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/17/02 | Meet with Attorneys Cleary for his review of fee applications documents.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 06/17/02 | E-mail final September 2001 and April 2002 fee application documents to Mr. Carickhoff, Ms. Cuniff, and Attorney Cleary.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 06/23/02 | Prepare May 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/24/02 | Telephone conversation with Attorney Cleary regarding the final May 2002 fee application documents (0.3); continue to prepare documents for the Second and Third Quarterly Fee Application filings (2.0).<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 06/24/02 | Meet with Administrative Assistant Swider to discuss distribution of May 2002 invoices and May 2002 fee application once final to Ms. Duff, Mr. Emmett and Mr. Carickhoff.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 06/24/02 | Prepare draft documents for Second Quarterly Fee Application for the period July 19, 2001 through September 30, 2001.<br>K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 06/24/02 | Prepare e-mail correspondence containing the May 2002 fee application documents and e-mail to Attorney Cleary for his review.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 06/24/02 | Review and edit draft May 2002 fee application documents.<br>K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 06/28/02 | Review questions concerning Fourth Quarterly Statement (0.3); review preparation of response with instructions on same to Attorney Cleary and Attorney Carlisle (0.3).<br>B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 3

06/28/02  Respond to calls regarding audit report (0.3); search for audit report (0.2); e-mail WHSmith that audit report was not received (0.2); review audit report and commence preparation of response (0.8).

D.M. CLEARY                          1.50 hrs.    290.00/hr          $435.00

**Fees for Legal Services**......................................................................................    **$5,834.50**

## BILLING SUMMARY

|              | Hours  | Rate/Hr | Dollars  |
|--------------|--------|---------|----------|
| B.F. HAWKINS | 0.60   | 240.00  | 144.00   |
| D.M. CLEARY  | 4.00   | 290.00  | 1,160.00 |
| G.B. CAUTHEN | 0.90   | 270.00  | 243.00   |
| K. BROWN     | 34.30  | 125.00  | 4,287.50 |
| TOTAL        | 39.80  | 146.60  | 5,834.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description             |       |
|------------|-------------------------|-------|
| 06/13/2002 | Photocopies 108 Page(s) | 5.40  |
| 06/13/2002 | Photocopies 188 Page(s) | 9.40  |
| 06/13/2002 | Photocopies 320 Page(s) | 16.00 |
| 06/14/2002 | Photocopies 2 Page(s)   | 0.10  |
| 06/25/2002 | Photocopies 14 Page(s)  | 0.70  |
| 06/25/2002 | Postage                 | 0.34  |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................    **$31.94**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Photocopies | 31.60  |
| Postage     | 0.34   |
| TOTAL       | $31.94 |

**Net current billing for this invoice** ...................................................................................    **$5,866.44**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 514768                  | 07/23/2002   | 5,866.44    | 5,866.44    |
|                         |              | A/R BALANCE | $5,866.44   |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $5,834.50 |
| Charges for Other Services Provided/Expenses Incurred | $31.94 |

**Net current billing for this invoice** ................................................................ **$5,866.44**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| | TOTAL A/R BALANCE | | $5,866.44 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

David M. Cleary

SWORN to and subscribed before me

this _9th_ day of _Aug_____, 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _1-22-2007_