IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 3, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: November 25, 2002 at 10:00 a.m.** |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00000 - General**

| Name | Position | Hourly Rate | | June | Total Comp | |
|------|----------|------------|---|------|-----------|---|
| Lund, Kenneth | Partner | $ | 350.00 | 7.40 | $ | 2,590.00 |
| McCarthy, Jay | Partner | $ | 300.00 | 1.60 | $ | 480.00 |
| Coggon, Katheryn | Special Counsel | $ | 275.00 | 0.9 | $ | 247.50 |
| Total | | | | 9.90 | | 3,317.50 |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 2.70 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Velo Binding | $ - |
| **Total** | $ 2.70 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Regarding: GENERAL

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | JDM | Telephone conference with Sealed Air attorney. | 0.90 | $    270.00 |
| 06/21/02 | KWL | Telephone conference with Bill Corcoran re fraudulent conveyance case issues (.30). | 0.30 | 105.00 |
| 06/25/02 | JDM | Telephone conference with M. Grummer re fraudulent conveyance issues. | 0.70 | 210.00 |
| 06/26/02 | KWL | Telephone conferences with Bill Corcoran and David Siegel re case status and strategy (.60); review pleadings and correspondence re deadlines and key issues (3.0); telephone conference with KJCoggon re same (.20). | 3.80 | 1,330.00 |
| 06/26/02 | KJC | Coordinate to participate in conference call with Skadden (0.20); telephone conference with J. Jackson re fraudulent conveyance case (0.10); telephone conference with KWLund re Skadden case (0.20); telephone conference with JDMcCarthy re fraudulent conveyance case documents (0.10); telephone conference with M. Grummer re fraudulenet conveyance (0.30). | 0.90 | 247.50 |
| 06/27/02 | KWL | Telephone conference with Skadden attorneys, David Siegel and Bill Corcoran re Libby fact issues (1.80); telephone conference with David Siegel, Bill Corcoran and Dori Kuchinsky re Skadden conference call (.50); telephone conference with JDMcCarthy and KJCoggon re preparation for Skadden conference call (.50); debriefing with Bill Corcoran, David Siegel and Bob Emmett re case strategy and status (.50). | 3.30 | 1,155.00 |

| | | Total Fees Through June 30, 2002: | 9.90 | $   3,317.50 |
|---|---|---|---|---|

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 7.40 | $ | 2,590.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 1.60 | | 480.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.90 | | 247.50 |
| | | **Total Fees:** | | **9.90** | **$** | **3,317.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 06/11/02 | 18 | Photocopies | $ | 2.70 |
| | | **Total Disbursements:** | **$** | **2.70** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 2.70 |
| **Total Disbursements:** | **$** | **2.70** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|------|----------|------------:|-----:|-----------:|
| Erisman, Frank | Partner | $ 400.00 | 1.00 | $ 400.00 |
| Lund, Kenneth | Partner | $ 350.00 | 24.70 | $ 8,645.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 71.10 | $ 21,330.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.30 | $ 82.50 |
| Latuda, M. Carla | Senior Paralegal | $ 125.00 | 5.3 | $ 662.50 |
| Payne, William | Information Specialist | $ 85.00 | 60.9 | $ 5,176.50 |
| | | | | |
| Total | | | 163.30 | 36,296.50 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Photocopies | $    2,507.10 |
| Facsimiles | $    9.00 |
| Long Distance Telephone | $    17.71 |
| Outside Courier | $    106.38 |
| Postage | $    - |
| Travel Expense | $    811.00 |
| Meal Expenses | $    - |
| Overtime | $    - |
| Other Expenses | $    190.24 |
| Tab Stock | $    0.10 |
| Research Services | $    - |
| Color Copies | $    9.10 |
| **Total** | $    3,650.63 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/03/02 | CLN | Code documents from the Administrative Record (2.3); coordinate re attending Missoula conference (.50); coordinate with risk experts (.50); confer with R.Finke and R.Emmett re expert issues (.20). | 3.50 | $ 1,050.00 |
| 06/03/02 | MCL | Update tracking spreadsheets re Winthrop Square and Cambridge boxes sent to and delivered by ONSS. | 5.30 | 662.50 |
| 06/04/02 | CLN | Review expert report in preparation for conference call (.30); conference call with Grace representatives re expert report (2.0). | 2.30 | 690.00 |
| 06/04/02 | WEP | Copy new images from CD onto network drive - CDs 21, 27-32 | 6.80 | 578.00 |
| 06/05/02 | CLN | Conference with risk expert re risk issues (.20); work on risk issues (1.0); conference with consulting expert re follow-up (.50); review of Dust to Dust (1.80). | 3.50 | 1,050.00 |
| 06/05/02 | WEP | Load new images into Document Director - CDs 21, 27-32 | 6.30 | 535.50 |
| 06/06/02 | RFE | Telephone conference with Alan Stringer re mining claim issues at Libby (0.30); review issues (0.20); prepare memo to KWLund re mining claims in Libby re mining claims in Libby (0.50). | 1.00 | 400.00 |
| 06/06/02 | WEP | Copy new images from CD onto network drive - CDs 33-42 | 6.80 | 578.00 |
| 06/07/02 | WEP | Load new images into Document Director - CDs 33-42 | 6.30 | 535.50 |
| 06/09/02 | KJC | Review draft letter to M. Horinko re Action Memorandum Amendment (0.30). | 0.30 | 82.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | CLN | Evaluate EPA comments (3.5); conferences with expert and evaluate EPA comments (5.5). | 9.00 | 2,700.00 |
| 06/12/02 | CLN | Conference with Grace counsel regarding risk expert reports (1.50); work on risk assessment issues to assist Grace experts (6.80). | 8.30 | 2,490.00 |
| 06/15/02 | CLN | Work on risk issues re response to June 4, 2002 EPA document. | 2.00 | 600.00 |
| 06/17/02 | WEP | Copy new images from CD onto network drive - CDs 26, 43-50 | 7.30 | 620.50 |
| 06/18/02 | WEP | Load new images into Document Director - CDs 26, 43-50 | 7.50 | 637.50 |
| 06/19/02 | KWL | Prepare for call with Matt Cohn re Administrative Record issues (.60); telephone conference with Matt Cohn re attic insulation and Administrative Record issues (.60). | 1.20 | 420.00 |
| 06/20/02 | KWL | Compare First Supplement to the Administrative Record and Grace's response to Second Supplement. | 4.00 | 1,400.00 |
| 06/20/02 | WEP | Make twelve copies of CD "AR Supplement #2" | 7.00 | 595.00 |
| 06/21/02 | KWL | Review Second Supplemental Administrative Record documents provided by EPA (4.00). | 4.00 | 1,400.00 |
| 06/21/02 | KWL | Review Second Supplemental Administrative Record documents provided by EPA. | 4.00 | 1,400.00 |
| 06/22/02 | KWL | Review Second Supplemental Administrative Record produced by EPA. | 6.50 | 2,275.00 |
| 06/24/02 | KWL | Review administrative record documents re draft comments. | 3.00 | 1,050.00 |
| 06/24/02 | CLN | Attend asbestos conference in Missoula. | 9.00 | 2,700.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/25/02 | CLN | Attend asbestos conference in Missoula (8.0); review and revise notes from conference (1.50); return travel to Denver (2.0) (2.0 N/C) (50% NWT). | 11.50 | 3,450.00 |
| 06/25/02 | WEP | Copy new images from CD into network drive - CDs 51-60 | 6.30 | 535.50 |
| 06/26/02 | CLN | Write up of notes from conference and evaluate risk issues. | 7.50 | 2,250.00 |
| 06/26/02 | WEP | Load CDs of new images into Document Director - CDs 51-60 | 5.80 | 493.00 |
| 06/27/02 | KWL | Review Administrative Record documents re possible comments. | 2.00 | 700.00 |
| 06/27/02 | CLN | Work on notes of conference (2.0); meeting with KWLund re case management (1.0); coordinate with expert and work on administrative record comments (5.5). | 8.50 | 2,550.00 |
| 06/27/02 | WEP | Make one copy of CD "AR Supplement #2" | 0.80 | 68.00 |
| 06/28/02 | CLN | Conference with D.Kuchinsky re risk issues and work on risk issues (3.0); conference with risk expert and work on risk issues (3.0). | 6.00 | 1,800.00 |

**Total Fees Through June 30, 2002:**    **163.30**  **$  36,296.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| RFE | Frank Erisman | Partner | $ 400.00 | 1.00 | $    400.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 24.70 | 8,645.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 71.10 | 21,330.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.30 | 82.50 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 5.30 | 662.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| WEP | William E. Payne | Information Specialist | 85.00 | 60.90 | 5,176.50 |
| | | **Total Fees:** | | **163.30** | **$  36,296.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 05/22/02 | | Long Distance Telephone:  7037298543 | $ | 1.80 |
| 05/22/02 | | Long Distance Telephone:  7036840123 | | 5.99 |
| 05/31/02 | | Long Distance Telephone:  7036840123 | | 5.24 |
| 05/31/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: B519082; DATE: 5/31/2002  -  WR Grace storage - through 05/31/02 | | 190.24 |
| 06/03/02 | 2 | Facsimile | | 2.00 |
| 06/03/02 | | Long Distance Telephone:  4105314751 | | 1.14 |
| 06/03/02 | 40 | Photocopies | | 6.00 |
| 06/03/02 | 7 | Photocopies | | 1.05 |
| 06/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18012; DATE: 6/3/2002  -  Airfare, 6/23-6/26/02, Denver Missoula Missoula Denver, C. Neitzel | | 811.00 |
| 06/04/02 | | Long Distance Telephone:  7243251776 | | 3.54 |
| 06/04/02 | 40 | Photocopies | | 6.00 |
| 06/05/02 | 72 | Photocopies | | 10.80 |
| 06/05/02 | 27 | Photocopies | | 4.05 |
| 06/05/02 | 90 | Photocopies | | 13.50 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-24; Drew Van Order Monroeville, Pa | | 55.66 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 14 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/07/02 | 52 | Photocopies | 7.80 |
| 06/07/02 | 1,776 | Photocopies | 266.40 |
| 06/07/02 | 2,693 | Photocopies | 403.95 |
| 06/07/02 | 400 | Photocopies | 60.00 |
| 06/10/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 06/10/02 | 2 | Facsimile | 2.00 |
| 06/10/02 | 4 | Photocopies | 0.60 |
| 06/10/02 | 3,237 | Photocopies | 485.55 |
| 06/10/02 | 508 | Photocopies | 76.20 |
| 06/10/02 | 30 | Photocopies | 4.50 |
| 06/10/02 | 162 | Photocopies | 24.30 |
| 06/10/02 | 65 | Photocopies | 9.75 |
| 06/10/02 | 78 | Photocopies | 11.70 |
| 06/10/02 | 698 | Photocopies | 104.70 |
| 06/10/02 | 6 | Photocopies | 0.90 |
| 06/12/02 | 77 | Photocopies | 11.55 |
| 06/12/02 | 37 | Photocopies | 5.55 |
| 06/12/02 | 111 | Photocopies | 16.65 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-06; Lisa Driscoll Missoula, Mt | 8.61 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-10; Dori Kuchinsky Leesburg, Va | 13.46 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-10; William Sparks Wilmington, De | 15.19 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-10; Richard Finke Boca Raton, Fl | 13.46 |
| 06/13/02 | 16 | Photocopies | 2.40 |
| 06/13/02 | 5 | Photocopies | 0.75 |
| 06/13/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 34 | Photocopies | 5.10 |
| 06/14/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 2,763 | Photocopies | 414.45 |
| 06/14/02 | 507 | Photocopies | 76.05 |
| 06/15/02 | 26 | Photocopies | 3.90 |
| 06/18/02 | 2 | Color Photocopies: 2 Color Photocopies | 1.30 |
| 06/18/02 | 485 | Photocopies | 72.75 |
| 06/18/02 | 313 | Photocopies | 46.95 |
| 06/18/02 | 1 | Photocopies | 0.15 |
| 06/19/02 | 39 | Photocopies | 5.85 |
| 06/20/02 | 1,178 | Photocopies | 176.70 |
| 06/21/02 | 3 | Photocopies | 0.45 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 298 | Photocopies | 44.70 |
| 06/21/02 | 553 | Photocopies | 82.95 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 2 | Tab Stock: 2 Tab Stock | 0.10 |
| 06/24/02 | 2 | Photocopies | 0.30 |
| 06/24/02 | 1 | Photocopies | 0.15 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/24/02 | 226 | Photocopies | 33.90 |
| 06/25/02 | 5 | Facsimile | 5.00 |
| 06/25/02 | 44 | Photocopies | 6.60 |
| 06/28/02 | 3 | Photocopies | 0.45 |

| | | | |
|---|---|---|---|
| | | **Total Disbursements:** | **$   3,650.63** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 2,507.10 |
| Facsimile | | 9.00 |
| Long Distance Telephone | | 17.71 |
| Outside Courier | | 106.38 |
| Travel Expense | | 811.00 |
| Other Expenses | | 190.24 |
| Color Photocopies | | 9.10 |
| Tab Stock | | 0.10 |
| **Total Disbursements:** | **$** | **3,650.63** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | | *Outstanding Balance on Invoice 577760:* | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |

**Matter 00301 Libby Access Defense**

| Name | Position | Hourly Rate | June | | Total Comp |
|------|----------|-------------|------|---|-----------|
| Lund, Kenneth | Partner | 350 | 3.60 | $ | 1,260.00 |
| | | | | | |
| Total | | | 3.60 | $ | 1,260.00 |

Expenses

**Matter 00301 - Libby Access Defense**

| Description | TOTAL |
|---|---|
| Photocopies | |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | |
| Travel Expense | |
| Lexis | |
| Meal Expenses | |
| **Total** | |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 06/05/02 | KWL | Telephone conference with Gary Spencer re Grace wire transfer. | 0.30 | $ | 105.00 |
| 06/20/02 | KWL | Telephone conference with Bob Emmett re Consent Decree requirements (.20); review Consent Decree re contract documents issues (1.00); telephone conference with Charles Evans re same (.30). | 1.50 | | 525.00 |
| 06/25/02 | KWL | Review HCP Articles of Incorporation (1.10); telephone conference with Charles Evans re same (.40); telephone conference to Bob Emmett re Administrative Services Agreement (.30). | 1.80 | | 630.00 |

| | | **Total Fees Through June 30, 2002:** | **3.60** | **$** | **1,260.00** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 3.60 | $ | 1,260.00 |
| | | **Total Fees:** | | **3.60** | **$** | **1,260.00** |

### Accounts Receivable Detail

| Invoice | Date | | Description | Amount |
|---|---|---|---|---|
| 577905 | 10/31/01 | Bill | | 31,638.92 |

### Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | June | Total Comp |
|------|----------|-------------|------|------------|
| Harris, Collin | Partner | $ 350.00 | 17.60 | $ 6,160.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 32.1 | $ 11,235.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 50.9 | $ 15,270.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 54.4 | $ 16,320.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 45.3 | $ 13,590.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 104 | $ 28,600.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 95.8 | $ 26,824.00 |
| Tracy, Brent | Associate | $ 240.00 | 1.8 | $ 432.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 48.4 | $ 10,648.00 |
| Hall, Jennifer | Associate | $ 220.00 | 17.9 | $ 3,938.00 |
| Trammell, Keith | Associate | $ 185.00 | 15.5 | $ 2,867.50 |
| Korver, Thomas | Senior Paralegal | $ 140.00 | 26.8 | $ 3,752.00 |
| Prussman, Jason | Law Clerk | $ 140.00 | 2.8 | $ 392.00 |
| Latuda, Carla | Senior Paralegal | $ 125.00 | 9.8 | $ 1,225.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 37 | $ 4,070.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 33.7 | $ 3,033.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 3.6 | $ 396.00 |
| | | | | |
| Total | | | 597.40 | $ 148,752.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---:|
| Parking | $ 177.00 |
| Photocopies | $ 306.30 |
| Service of Process | $ 304.00 |
| Facsimiles | $ 108.00 |
| Long Distance Telephone | $ 69.09 |
| Outside Courier | $ 451.49 |
| Travel Expense | $ 5,461.13 |
| Other Meal Expenses | $ 480.42 |
| Supplies | $ 37.00 |
| Lexis | $ 418.60 |
| Westlaw | $ - |
| Witness Fee | $ 500.00 |
| Velo Binding | $ - |
| Tab Stock | $ - |
| Other Expenses | $ - |
| Color Copies | $ 2.60 |
| **Total** | $ 8,315.63 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | LSD | Office conference with KJCoggon re pertinent documents for Hutchinson visit (.1); review pertinent documents in preparation for meeting with Michael Hutchinson, former CDM employee (.4). | 0.50 | $    150.00 |
| 05/29/02 | LSD | Office conference with JAHall re third requests for documents, admissions and interrogatories (.1); review same (.4); prepare for meeting with Michael Hutchinson, including reviewing pertinent historical documents and maps (1.2). | 1.70 | 510.00 |
| 05/30/02 | LSD | Travel to Seattle to meet with Mike Hutchinson (2.0) (2.0 N/C) (50% NWT); prepare for meeting with Hutchinson, including reviewing pertinent work plans, maps, EPA notes, EPA letter re naturally occurring substances (5.30); meeting with Michael Hutchinson of Camp Dresser & McKee re activities for the EPA in Libby (4.30); follow-up, including compiling pertinent notes of interview (.40); review second requests for admissions re 1963 Zonolite purchase, including begining review of historical deal information (.30). | 12.30 | 3,690.00 |
| 05/31/02 | LSD | Travel to Denver from Seattle (2.00) (2.00 N/C) (50% NWT); summarize information received from Michael Hutchinson pertinent to interview (1.0); office conference with KJCoggon re outcome of Michael Hutchinson interview (.20); continue review of pertinent historical information related to 1963 Zonolite purchase (2.40); draft responses to second set of requests for admissions (.30); review third set of interrogatories, document requests and interrogatories (.50). | 6.40 | 1,920.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/01/02 | LSD | Review historic information re 1963 Zonolite transaction (.60); telephone call and e-mail to Matt Murphy re request for admissions and prior responses addressing same issues (.20). | 0.80 | 240.00 |
| 06/02/02 | CGH | Review of cases re exception to exception re building products (.5); review consumer product exemption cases (.8); review of cases re disposal definition, release definitions (1.2); review of articles, statute, background materials re "public health emergency  exemption" and its relationship to removal of vermiculate insulation (1.8); draft discovery request re vermiculate insulation (2.0). | 6.30 | 2,205.00 |
| 06/02/02 | LSD | Continue review of historic 1963 Zonolite transaction documents for responding to second request for admissions (1.30); begin drafting responses to second request for admissions (.30). | 1.60 | 480.00 |
| 06/02/02 | KJC | Review and respond to e-mail and questions re experts, documents and schedule (0.50). | 0.50 | 137.50 |
| 06/03/02 | CGH | Review of draft discovery (document requests) and further revise same (.30); prepare list of issues to confer with KWLund about (.40); draft form interrogatory using forms from other EPA enforcement cases (e.g., definitions) (.60); conference with KWLund re comments (.20); develop and draft document requests and interrogatories (1.5). | 3.00 | 1,050.00 |
| 06/03/02 | LSD | Telephone conference with Matt Murphy re Second Requests for Admission (.10); telephone conference with Bob Emmett re responses and verification of same (.20); telephone conference with KJCoggon re historic information (.10); continue researching and drafting responses to Second Requests for Admission (1.40). | 1.80 | 540.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/02 | KJC | Telephone conference with LSDecker re discovery responses (0.10); research re discovery responses (0.70); review and respond to e-mails from experts (0.80); respond to questions related to document review (0.80); coordinate various case project schedules (0.80); respond to billing issues with vendors (0.70). | 3.90 | 1,072.50 |
| 06/03/02 | JP | Review deposition for Response to Requests for Admission. | 2.80 | 392.00 |
| 06/04/02 | CGH | Review of background information about Libby Site and vermiculite insulation use and testing, public health emergency, action memoranda, in preparation for drafting interrogatories (2.8); draft definitions and instruction for interrogatories, and outline subjects for interrogatories based on document requests (1.2); draft and revise interrogatories (1.5). | 5.50 | 1,925.00 |
| 06/04/02 | LSD | Continue drafting and finalizing responses to Second Requests for Admission (9.70); begin research re Third Requests for Admission, including telephone call to Allan Stringer (.6). | 10.30 | 3,090.00 |
| 06/04/02 | EES | Review accounting expert's declarations in other litigation re EPA's indirect cost methodology. | 1.20 | 336.00 |
| 06/04/02 | BAT | Review and synthesize research re ability of lay person to give opinion testimony under new evidence rules. | 1.20 | 288.00 |
| 06/04/02 | TWK | Research effect of patented mining claims on CERCLA liability. | 0.30 | 42.00 |
| 06/04/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (5.70); conference with KJCoggon re various issues concerning coding, staffing, and deadlines (.60). | 6.30 | 787.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/05/02 | CGH | Revise discovery (.8); review of Reed Smith discovery (.5); review of draft letter to EPA re action memo (.5); draft memo to KLund re discovery (.7); conferences with KLund and KJCoggon re discovery (.3). | 2.80 | 980.00 |
| 06/05/02 | LSD | Review KJCoggon's comments and make revisions re same to Second Requests for Admission (.2); telephone conference with Alan Stringer re his comments and revisions to Requests (.2); telephone conference with Bob Emmett re revisions (.3); follow up and make revisions discussed with various parties (.6). | 1.30 | 390.00 |
| 06/05/02 | KJC | Telephone conference with NCP expert re progress and schedule (1.10); telephone conference with EEStevenson re case status and expert work (0.30); review responses to second set of Requests for Admission (0.20); telephone conference with KWLund re status of various projects (0.20); telephone conference with CLNeitzel re expert progress (0.20); telephone conference with R. Emmett re schedules and bills (0.40); review and respond to e-mails from experts (0.30); respond to document review issues (0.20);  manage vairous case project schedules (0.30); respond to billing issues with vendors (0.30); conference with CGHarris re discovery strategy (0.30). | 3.80 | 1,045.00 |
| 06/05/02 | EES | Review supplemental EPA cost package documentation for 7/1/01 through 12/31/01 (1.60); review additional accounting expert workpapers re contractor documentation issues (3.20). | 4.80 | 1,344.00 |
| 06/05/02 | BAT | Research re limitations on EPA's ability to use fact witnesses to give expert testimony (.50); telephone conference with EEStevenson re same (.10). | 0.60 | 144.00 |
| 06/05/02 | ICM | Case law research on recent Federal Rules of Evidence 701 and 702 disclosure requirements update as per BATracy's request. | 1.50 | 165.00 |