Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Philp Goad Little Rock, Ar | 8.57 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Elizabeth Anderson Alexandria, Va | 9.18 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-24; Drew Van Orden Monroeville, Pa | 14.59 |
| 06/07/02 | 80 | Photocopies | 12.00 |
| 06/07/02 | 44 | Photocopies | 6.60 |
| 06/07/02 | 5 | Photocopies | 0.75 |
| 06/08/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325232; DATE: 6/8/2002 - Courier, Shipper# 809325 06-04; no info | 5.57 |
| 06/08/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325232; DATE: 6/8/2002 - Courier, Shipper# 809325 06-04; no info | 4.98 |
| 06/10/02 | 16 | Photocopies | 2.40 |
| 06/10/02 | 2 | Photocopies | 0.30 |
| 06/10/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 31601; DATE: 6/10/2002 - Denver, Acct #00020, Room Charges Gary Graham | 123.66 |
| 06/12/02 | 88 | Photocopies | 13.20 |
| 06/13/02 | 5 | Facsimile | 5.00 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-10; Jay Turim Alexandria, Va | 13.46 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 49 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-05; Bill Corcoran/J Davis Columbia, Md | 16.65 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-06; Elizabeth Anderson Alexandria, Va | 9.61 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-06; Drew Van Orden Monroeville, Pa | 9.18 |
| 06/13/02 | 17 | Photocopies | 2.55 |
| 06/13/02 | 10 | Photocopies | 1.50 |
| 06/17/02 | 17 | Facsimile | 17.00 |
| 06/18/02 | 1 | Photocopies | 0.15 |
| 06/18/02 | 107 | Photocopies | 16.05 |
| 06/18/02 | 138 | Photocopies | 20.70 |
| 06/18/02 | 6 | Photocopies | 0.90 |
| 06/19/02 | 3 | Facsimile | 3.00 |
| 06/19/02 | 10 | Photocopies | 1.50 |
| 06/19/02 | 90 | Photocopies | 13.50 |
| 06/20/02 | 6 | Facsimile | 6.00 |
| 06/20/02 | 2 | Facsimile | 2.00 |
| 06/20/02 | 3 | Photocopies | 0.45 |
| 06/20/02 | 113 | Photocopies | 16.95 |
| 06/20/02 | 2 | Photocopies | 0.30 |
| 06/20/02 | 1 | Photocopies | 0.15 |
| 06/20/02 | 1 | Photocopies | 0.15 |
| 06/21/02 | 19 | Facsimile | 19.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

|  |  |
|---|---|
| Page | 50 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/21/02 | 50 | Facsimile | 50.00 |
| 06/21/02 | 94 | Photocopies | 14.10 |
| 06/21/02 | 39 | Photocopies | 5.85 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 5 | Photocopies | 0.75 |
| 06/21/02 | | Service of Process: VENDOR: Dunn Deale & Quick; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for laboratory subpoena. Naberle | 60.00 |
| 06/21/02 | | Service of Process: VENDOR: Major Legal Professional Process Servers; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process service for Lab Subpoenal. NAberle | 35.00 |
| 06/21/02 | | Service of Process: VENDOR: Corporate Security International, Inc.; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for laboratory subpoena. NAberle | 75.00 |
| 06/21/02 | | Service of Process: VENDOR: Billy Roth, PI; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for lab Subpoena. NAberle | 50.00 |
| 06/21/02 | | Service of Process: VENDOR: APS Services, Inc.; INVOICE#: 6/21/05; DATE: 6/21/2002 - Process Server for service of lab subpoena. NAberle | 49.00 |
| 06/21/02 | | Service of Process: VENDOR: John A. Thomson Process Service; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process Server for lab Subpoena. NAberle | 35.00 |
| 06/24/02 | 2 | Facsimile | 2.00 |
| 06/24/02 | 1 | Facsimile | 1.00 |
| 06/24/02 | | Long Distance Telephone:  9192809479 | 0.10 |
| 06/24/02 | | Outside Courier | 6.50 |
| 06/24/02 | 212 | Photocopies | 31.80 |
| 06/24/02 | 16 | Photocopies | 2.40 |
| 06/24/02 | 18 | Photocopies | 2.70 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 51 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/24/02 | 31 | Photocopies | 4.65 |
| 06/25/02 | | Long Distance Telephone: 2028795160 | 3.95 |
| 06/25/02 | | Long Distance Telephone: 7243251776 | 3.90 |
| 06/25/02 | 3 | Photocopies | 0.45 |
| 06/25/02 | 1 | Photocopies | 0.15 |
| 06/25/02 | | Witness Fee: INVOICE#: 6/24/02; DATE: 6/25/2002 - Retainer for Expert Witness. KCoggon | 500.00 |
| 06/26/02 | 3 | Facsimile | 3.00 |
| 06/26/02 | 505 | Photocopies | 75.75 |
| 06/26/02 | 1 | Photocopies | 0.15 |
| 06/26/02 | 1 | Photocopies | 0.15 |
| 06/26/02 | 65 | Photocopies | 9.75 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 3.16 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 0.42 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 11.19 |
| 06/28/02 | | Long Distance Telephone: 4105314751 | 0.11 |
| 06/28/02 | | Long Distance Telephone: 4105314203 | 0.11 |
| 06/28/02 | | Long Distance Telephone: 5613621533 | 0.07 |
| 06/28/02 | | Long Distance Telephone: 3124254103 | 0.08 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.13 |
| 06/28/02 | | Long Distance Telephone: 7036841023 | 0.07 |
| 06/28/02 | | Long Distance Telephone: 7036840123 | 0.20 |
| 06/28/02 | | Long Distance Telephone: 4065232500 | 0.22 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.02 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.01 |
| 06/28/02 | | Long Distance Telephone: 7243871869 | 0.09 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 52 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/28/02 | | Long Distance Telephone: 7243871810 | 2.71 |
| 06/28/02 | | Long Distance Telephone: 4105314751 | 0.47 |
| 06/28/02 | 57 | Photocopies | 8.55 |
| 06/28/02 | 32 | Photocopies | 4.80 |
| 06/28/02 | 5 | Photocopies | 0.75 |
| 06/28/02 | 2 | Photocopies | 0.30 |

**Total Disbursements:**          $  **8,315.63**

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 177.00 |
| Photocopies | | 306.30 |
| Service of Process | | 304.00 |
| Facsimile | | 108.00 |
| Long Distance Telephone | | 69.09 |
| Outside Courier | | 451.49 |
| Travel Expense | | 5,461.13 |
| Lexis | | 418.60 |
| Other Meal Expenses | | 480.42 |
| Supplies | | 37.00 |
| Witness Fee | | 500.00 |
| Color Photocopies | | 2.60 |

**Total Disbursements:   $    8,315.63**

## Matter 00370 - Boulder Document Production, Attic Insulation Defense

| Name | Position | Hourly Rate | June | Total Comp |
|------|----------|-------------|------|------------|
| Harris, Collin | Partner | $ 350.00 | 4.30 | $ 1,505.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 66.8 | $ 19,706.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 9 | $ 2,475.00 |
| Galligan, Kevin | Senior Associate | $ 295.00 | 67.3 | $ 19,853.50 |
| Braegger, Troy | Senior Counsel | $ 300.00 | 23.9 | $ 7,170.00 |
| Haislmaier, Jason | Associate | $ 285.00 | 38.1 | $ 10,858.50 |
| Kunstle, David | Associate | $ 240.00 | 7.3 | $ 1,752.00 |
| Tracy, Brent | Associate | $ 240.00 | 69.8 | $ 16,752.00 |
| Collins, Sven | Associate | $ 235.00 | 43.3 | $ 10,175.50 |
| Matthews, Kelly | Associate | $ 230.00 | 8.5 | $ 1,955.00 |
| Maurelli, Gino | Associate | $ 225.00 | 63 | $ 14,175.00 |
| Rogers, Constance | Associate | $ 225.00 | 17.2 | $ 3,870.00 |
| Trammell, Keith | Associate | $ 185.00 | 158.3 | $ 29,285.50 |
| Wall, Douglas | Associate | $ 185.00 | 160.4 | $ 29,674.00 |
| Bono, Eric | Associate | $ 175.00 | 26.2 | $ 4,585.00 |
| Sanchez, Corey | Associate | $ 175.00 | 136.2 | $ 23,835.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 117 | $ 14,625.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 24.8 | $ 3,100.00 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 51.2 | $ 6,400.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 98.4 | $ 10,824.00 |
| Howard, Jennifer | Law Clerk | $ 140.00 | 22.6 | $ 3,164.00 |
| Lee, Joanna | Law Clerk | $ 140.00 | 46 | $ 6,440.00 |
| Valentine, John | Law Clerk | $ 140.00 | 8.9 | $ 1,246.00 |
| Street, Loraine | Paralegal | $ 85.00 | 64 | $ 5,440.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 19 | $ 2,090.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 8 | $ 720.00 |
| | | | | |
| Total | | | 1,359.50 | $ 251,676.00 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 563.00 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 67.90 |
| Outside Courier | $ | - |
| Travel Expense | $ | 315.26 |
| Lexis | $ | - |
| Westlaw | $ | - |
| Other Expenses | $ | 451.30 |
| Overtime | $ | 962.50 |
| Word Processing | $ | - |
| **Total** | $ | 2,359.96 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 05/17/02 | LCS | Input and maintain data in the Winthrop/Cambridge Box Tracking Database (2.50). | 2.50 | $ 212.50 |
| 05/20/02 | LCS | Update location information of boxes in the Boulder tracking database (4.00); prepare and ship Boulder review boxes to warehouse or to client (4.00). | 8.00 | 680.00 |
| 05/21/02 | LCS | Update location information of boxes in the Boulder tracking database (3.30); prepare and ship Boulder review boxes to warehouse or to client (3.20). | 6.50 | 552.50 |
| 05/22/02 | LCS | Update location information of boxes in the Boulder tracking database (1.70); prepare and ship Boulder review boxes to warehouse or to client (1.80). | 3.50 | 297.50 |
| 05/23/02 | LCS | Update location information of boxes in the Boulder tracking database (3.50); prepare and ship Boulder review boxes to warehouse or to client (3.50). | 7.00 | 595.00 |
| 05/24/02 | LCS | Update location information of boxes in the Boulder tracking database (4.00); prepare and ship Boulder review boxes to warehouse or to client (4.00). | 8.00 | 680.00 |
| 05/29/02 | LCS | Review and code documents related to EPA Information Requests | 5.50 | 467.50 |
| 05/31/02 | LCS | Update location information of boxes in the Boulder tracking database (1.00); prepare and ship Boulder review boxes to warehouse or to client (1.00). | 2.00 | 170.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/01/02 | CGH | Conference with document review teams re Boulder document issues (.2); review of partially completed boxes and identify remaining privilege documents to review (.3); review of draft discovery (.3); draft definitions and instructions to discovery request re insulation costs, e.g., CERCLA definitions, and review of form discovery from other cases versus EPA and DOJ for language (1.2); search for and review of cases re CERCLA consumer products exclusion and review of cases re asbestos/building product, exclusion (1.3); review form of interrogatories and search for discovery requests and court orders regarding requests for EPA interpretations of its own statutes or regulations, and orders re same and re requirement to search all regions, to use in fashioning discovery re building products/consumer products exclusions (1.0). | 4.30 | 1,505.00 |
| 06/01/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (4.80). | 4.80 | 1,416.00 |
| 06/01/02 | JDH | Review Boulder documents for responsiveness to EPA information request and litigation discovery (8.0). | 8.00 | 2,280.00 |
| 06/01/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 8.50 | 1,955.00 |
| 06/01/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/02/02 | KJC | Review and respond to question re document review (0.20). | 0.20 | 55.00 |
| 06/02/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (8.00). | 8.00 | 2,360.00 |
| 06/02/02 | JDH | Review Boulder documents for responsiveness to EPA information request and litigation discovery (4.8). | 4.80 | 1,368.00 |
| 06/03/02 | KJC | Address document review questions (0.60). | 0.60 | 165.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/03/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (4.10). | 4.10 | 1,209.50 |
| 06/03/02 | EMB | Travel to Boulder office for document review (.40) (.40 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (5.80); travel from Boulder office (.30) (.30 N/C) (50% NWT). | 6.50 | 1,137.50 |
| 06/03/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/03/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 5.50 | 1,237.50 |
| 06/03/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.20). | 7.20 | 792.00 |
| 06/03/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/03/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.20); train law clerks and associates (1.00). | 9.20 | 1,150.00 |
| 06/03/02 | JMH 028 | Review and code documents for responsiveness to EPA information request (6.00). | 6.00 | 840.00 |
| 06/03/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/04/02 | KJC | Address staffing, document review questions, schedule and related matters (1.10). | 1.10 | 302.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (6.50). | 6.50 | 1,917.50 |
| 06/04/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (9.2). | 9.20 | 2,714.00 |
| 06/04/02 | TRB | Travel to Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (3.70); travel from Boulder to Denver (.70) (.70 N/C) (NWT 50%). | 4.80 | 1,440.00 |
| 06/04/02 | GM | Review documents for responsiveness to EPA and discovery request. | 8.20 | 1,845.00 |
| 06/04/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (4.00); travel to and from Boulder for document review (.60) (.60 N/C) (NWT 50%) | 4.60 | 851.00 |
| 06/04/02 | DPW | Review and code documents for responsiveness to EPA information request. | 5.40 | 999.00 |
| 06/04/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (6.50). | 6.50 | 715.00 |
| 06/04/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/04/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (7.20); train law clerks and associates (.90). | 8.10 | 1,012.50 |
| 06/04/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 3.80 | 532.00 |
| 06/04/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/02 | LCS | Input data in the Boulder Box Tracking Database. | 3.00 | 255.00 |
| 06/05/02 | KJC | Review, QC and address questions re document review (4.00); travel to and from Boulder for document review (0.60) (.60 N/C) (NWT 50%). | 4.60 | 1,265.00 |
| 06/05/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (7.50). | 7.50 | 2,212.50 |
| 06/05/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (7.50). | 7.50 | 2,212.50 |
| 06/05/02 | TRB | Travel to Boulder for document review (0.20) (N/C 0.20) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.00); travel from Boulder to Denver (0.50) (N/C 0.50) (NWT 50%). | 7.70 | 2,310.00 |
| 06/05/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (2.5). | 2.50 | 712.50 |
| 06/05/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.40 | 770.00 |
| 06/05/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (9.20); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.00 | 1,850.00 |
| 06/05/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,813.00 |
| 06/05/02 | NKA | Review and code documents in Boulder for respsonsiveness to EPA information request and cost recovery issues (8.70). | 8.70 | 957.00 |
| 06/05/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.0). | 9.00 | 1,125.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | | | Page | 66 |
| | | | | Invoice No.: | 603596 |
| | | | | Client  No.: | 04339 |
| | | | | Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/05/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 9.80 | 1,225.00 |
| 06/05/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (8.20); train law clerks and associates (1.20). | 9.40 | 1,175.00 |
| 06/05/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 5.50 | 770.00 |
| 06/05/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.50 | 1,050.00 |
| 06/05/02 | LCS | Review and code documents related to EPA Information Requests | 5.50 | 467.50 |
| 06/06/02 | KJC | Manage document review (1.60); telephone conference with R. Marriam re Remedium documents (0.20); telephone conferences with JLSherman re review questions (0.40). | 2.20 | 605.00 |
| 06/06/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/06/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (8.50). | 8.50 | 2,507.50 |
| 06/06/02 | TRB | Travel to Boulder for document review (0.30) (N/C 0.30) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (10.50); travel from Boulder to Denver (0.60) (N/C 0.60) (NWT 50%). | 11.40 | 3,420.00 |
| 06/06/02 | DPK | Conference with KJCoggon re document review. | 0.30 | 72.00 |
| 06/06/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 8.50 | 1,912.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,697.50 |
| 06/06/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (9.10); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%) | 9.90 | 1,831.50 |
| 06/06/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.10 | 1,868.50 |
| 06/06/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (3.80). | 3.80 | 418.00 |
| 06/06/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (10.0). | 10.00 | 1,250.00 |
| 06/06/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 5.80 | 725.00 |
| 06/06/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (5.10); train law clerks and associates (1.10). | 6.20 | 775.00 |
| 06/06/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 1.80 | 252.00 |
| 06/06/02 | JL | Review and code documents for responsiveness to EPA information request. | 4.50 | 630.00 |
| 06/06/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 2.00 | 170.00 |
| 06/07/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (.80). | 0.80 | 236.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

Page          68
Invoice No.:   603596
Client  No.:   04339
Matter  No.:   00370

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/07/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/07/02 | CRS | Review and code documents for responsiveness to EPA information request. | 6.10 | 1,067.50 |
| 06/07/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (3.80); travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%) | 4.20 | 777.00 |
| 06/07/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/07/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 4.80 | 672.00 |
| 06/07/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/10/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (8.80) | 8.80 | 2,596.00 |
| 06/10/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (6.50). | 6.50 | 1,917.50 |
| 06/10/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.30); travel to and from Boulder for document review (.80) (.80 N/C)(NWT 50%). | 9.10 | 2,138.50 |
| 06/10/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/10/02 | DPK | Review and code documents in Boulder for responsiveness to EPA information requests. | 7.00 | 1,680.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | | Page | 69 |
| | | | Invoice No.: | 603596 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/10/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.80 | 840.00 |
| 06/10/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.10); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 8.70 | 2,088.00 |
| 06/10/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.90). | 8.70 | 1,609.50 |
| 06/10/02 | DPW | Review and code documents for responsiveness to EPA information request (6.00); travel to and from Boulder from the Denver office for document review (0.60) (0.60 N/C)(NWT 50%). | 6.60 | 1,221.00 |
| 06/10/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.40). | 7.40 | 814.00 |
| 06/10/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.5). | 8.50 | 1,062.50 |
| 06/10/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (2.30); train law clerks and associates (1.10). | 3.40 | 425.00 |
| 06/10/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/10/02 | JRV | Document review to search for documents responsive to EPA request. | 4.70 | 658.00 |
| 06/11/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (6.80). | 6.80 | 2,006.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | Page | 70 |
|---|---|---|---|
| | | Invoice No.: | 603596 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (3.50). | 3.50 | 1,032.50 |
| 06/11/02 | EMB | Travel to Boulder for document review (.50) (.50 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (6.30); travel from Boulder (.30) (.30 N/C) (50% NWT). | 7.10 | 1,242.50 |
| 06/11/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.20); travel to and from Boulder for document review (.80)(.80 N/C) (NWT 50%). | 9.00 | 2,115.00 |
| 06/11/02 | GM | Review documents for responsiveness to EPA and discovery requests (8.40); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 9.20 | 2,070.00 |
| 06/11/02 | CRS | Review and code documents for responsiveness to EPA information request. | 7.30 | 1,277.50 |
| 06/11/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (1.40); answer questions of reviewers (0.30). | 1.70 | 408.00 |
| 06/11/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.80). | 8.60 | 1,591.00 |
| 06/11/02 | DPW | Review and code documents for responsiveness to EPA information request (8.60); travel to and from Boulder for document review (0.40)(0.40 N/C)(NWT 50%). | 9.00 | 1,665.00 |
| 06/11/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (9.30). | 9.30 | 1,023.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.0). | 9.00 | 1,125.00 |
| 06/11/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 0.70 | 98.00 |
| 06/11/02 | JRV | Document review to search for documents responsive to EPA request. | 4.20 | 588.00 |
| 06/11/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 2.50 | 212.50 |
| 06/12/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (4.50). | 4.50 | 1,327.50 |
| 06/12/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.00); travel to and from Boulder for document review (.80) (.80 N/C)(NWT 50%). | 8.80 | 2,068.00 |
| 06/12/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.5). | 1.50 | 427.50 |
| 06/12/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80)(.80 N/C)(NWT 50%). | 8.40 | 1,890.00 |
| 06/12/02 | CLR | Review and code documents in Boulder for responsiveness to EPA information requests (4.70); travel to and from Boulder office (.60) (.60 N/C) (50% NWT). | 5.30 | 1,192.50 |
| 06/12/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (2.90). | 3.80 | 703.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 72 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/12/02 | DPW | Review and code documents for responsiveness to EPA information request (4.80); travel to and from Boulder from the Denver office for document review (0.60)(0.60 N/C)(NWT 50%). | 5.40 | 999.00 |
| 06/12/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (4.00). | 4.00 | 440.00 |
| 06/12/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/13/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (5.00). | 5.00 | 1,475.00 |
| 06/13/02 | EMB | Travel to Boulder office for document review (.50) (.50 N/C) (50% NWT); travel from Boulder office (.30) (.30 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (4.80). | 5.60 | 980.00 |
| 06/13/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.10); travel to and from Boulder for document review (.80)(.80 N/C) (NWT 50%). | 8.90 | 2,091.50 |
| 06/13/02 | GM | Review and code documents in Boulder for responsiveness to EPA information requests (3.10); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 3.90 | 877.50 |
| 06/13/02 | CLR | Review and code documents for responsiveness to EPA information request (7.0); travel to and from Boulder office (.60) (.60 N/C) (NWT 50%). | 7.60 | 1,710.00 |
| 06/13/02 | BAT | Answer questions of reviewers. | 0.20 | 48.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 73 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/13/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.50). | 8.40 | 1,554.00 |
| 06/13/02 | DPW | Review and code documents for responsiveness to EPA information request (9.80); travel to and from Boulder for document review (0.40) (0.40 N/C) (NWT 50%). | 10.20 | 1,887.00 |
| 06/13/02 | NKA | Conference with reviewers re document review procedures (2.0); respond to questions posed by Boulder document review team (.50). | 2.50 | 275.00 |
| 06/13/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 06/14/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (.30). | 0.30 | 88.50 |
| 06/14/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (6.20). | 6.20 | 1,829.00 |
| 06/14/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (6.70); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 7.50 | 1,762.50 |
| 06/14/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80) (.80 N/C) (NWT 50%) | 6.50 | 1,462.50 |
| 06/14/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.70 | 822.50 |
| 06/14/02 | BAT | Conference with KJCoggon re status and staffing of Boulder review (.30). | 0.30 | 72.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 74 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/14/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (5.80). | 6.60 | 1,221.00 |
| 06/14/02 | DPW | Review and code documents for responsiveness to EPA information request (8.30); travel to and from Boulder for document review (0.40) (0.40 N/C)(NWT 50%). | 8.70 | 1,609.50 |
| 06/14/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.70). | 7.70 | 847.00 |
| 06/14/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 06/15/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (2.30). | 2.30 | 678.50 |
| 06/16/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/17/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (5.10). | 5.10 | 1,504.50 |
| 06/17/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (3.8). | 3.80 | 1,083.00 |
| 06/17/02 | GM | Review documents for responsiveness to EPA and discovery requests (4.60); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 5.40 | 1,215.00 |
| 06/17/02 | CRS | Review and code documents for responsiveness to EPA information request. | 5.50 | 962.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/17/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.30); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 8.90 | 2,136.00 |
| 06/17/02 | DPW | Review and code documents for responsiveness to EPA information requests (6.30); travel to Boulder (0.60) (0.60 N/C) (NWT 50%). | 6.90 | 1,276.50 |
| 06/17/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/17/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.50 | 127.50 |
| 06/18/02 | KMG | Review and code documents for responsiveness to EPA information requests (5.90). | 5.90 | 1,740.50 |
| 06/18/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (2.0). | 2.00 | 570.00 |
| 06/18/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80) (.80 N/C) (NWT 50%). | 7.40 | 1,665.00 |
| 06/18/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.30 | 1,452.50 |
| 06/18/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.60); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 9.20 | 2,208.00 |
| 06/18/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (6.40). | 7.30 | 1,350.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/02 | DPW | Review and code documents for responsiveness to EPA information requests (9.80); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 10.20 | 1,887.00 |
| 06/18/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/19/02 | KMG | Review and code documents for responsiveness to EPA information requests (4.00). | 4.00 | 1,180.00 |
| 06/19/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (0.8). | 0.80 | 228.00 |
| 06/19/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.40 | 1,470.00 |
| 06/19/02 | BAT | Telephone conferences with reviewers to answer questions. | 0.30 | 72.00 |
| 06/19/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (10.10). | 10.90 | 2,016.50 |
| 06/19/02 | DPW | Review and code documents for responsiveness to EPA information requests (8.80); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 9.20 | 1,702.00 |
| 06/19/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (4.5). | 4.50 | 562.50 |
| 06/19/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (4.20). | 4.20 | 525.00 |
| 06/20/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (1.5). | 1.50 | 427.50 |