Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.70 | 1,522.50 |
| 06/20/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (8.00). | 8.80 | 1,628.00 |
| 06/20/02 | DPW | Review and code documents for responsiveness to EPA information requests (7.70); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 8.10 | 1,498.50 |
| 06/20/02 | JLS | Review and QC documents for EPA  request for information, supplemental production and class action lawsuits (4.90). | 4.90 | 612.50 |
| 06/21/02 | KMG | Review and code documents for responsiveness to EPA information request (1.80). | 1.80 | 531.00 |
| 06/21/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (1.5). | 1.50 | 427.50 |
| 06/21/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.20 | 1,435.00 |
| 06/21/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.90). | 8.70 | 1,609.50 |
| 06/21/02 | DPW | Review and code documents for responsiveness to EPA information requests (8.90); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 9.30 | 1,720.50 |
| 06/21/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.80). | 8.80 | 1,100.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 78 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/21/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (5.80). | 5.80 | 725.00 |
| 06/21/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |
| 06/22/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.80). | 8.60 | 1,591.00 |
| 06/24/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (3.8). | 3.80 | 1,083.00 |
| 06/24/02 | CRS | Review and code documents for responsiveness to EPA information request. | 10.00 | 1,750.00 |
| 06/24/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.60); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 9.20 | 2,208.00 |
| 06/24/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (9.80). | 10.70 | 1,979.50 |
| 06/24/02 | DPW | Review and code doucments for responsiveness to EPA information requests (8.30); Travel to and from Boulder(0.40)(0.40 N/C)(NWT 50%). | 8.70 | 1,609.50 |
| 06/24/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (7.00). | 7.00 | 770.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 79 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/24/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |
| 06/25/02 | KJC | Address staffing needs and review questions (0.30). | 0.30 | 82.50 |
| 06/25/02 | EMB | Travel to Boulder (.40) (.40 N/C) (50% NWT); review and code documents for responsiveness to EPA Requests (6.30); travel from Boulder (.30) (.30 N/C) (50% NWT). | 7.00 | 1,225.00 |
| 06/25/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.90 | 1,732.50 |
| 06/25/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (9.40). | 10.20 | 1,887.00 |
| 06/25/02 | DPW | Review and code doucments for responsiveness to EPA information requests (9.10); travel to and from Boulder (0.40) (0.40 N/C)( NWT 50%). | 9.50 | 1,757.50 |
| 06/25/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (7.30). | 7.30 | 803.00 |
| 06/26/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (2.5). | 2.50 | 712.50 |
| 06/26/02 | CRS | Review and code documents for responsiveness to EPA information request. | 14.60 | 2,555.00 |
| 06/26/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (9.10); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 9.70 | 2,328.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/26/02 | KAT | Travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (15.50). | 15.90 | 2,941.50 |
| 06/26/02 | DPW | Review and code documents for responsiveness to EPA information requests (9.20); Travel to and from Boulder(0.40)(0.40 N/C)(NWT 50%). | 9.60 | 1,776.00 |
| 06/26/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (12.00). | 12.00 | 1,320.00 |
| 06/26/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (1.0). | 1.00 | 125.00 |
| 06/26/02 | ICM | Conduct document review in Boulder office in response to EPA 104(e) information request. | 9.00 | 990.00 |
| 06/27/02 | CLR | Review trade secret documents for responsiveness to document requests (3.5); travel to and from Boulder office (.40) (.40 N/C) (50% NWT). | 4.30 | 967.50 |
| 06/27/02 | CRS | Review and code documents for responsiveness to EPA information request. | 16.30 | 2,852.50 |
| 06/27/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (9.50); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 10.10 | 2,424.00 |
| 06/27/02 | DPW | Review and code documents for responsiveness to EPA information requests (12.20); travel to and from Boulder (0.40) (0.40 N/C) (NWT 50%). | 12.60 | 2,331.00 |
| 06/27/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (10.50). | 10.50 | 1,155.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/27/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (4.0). | 4.00 | 500.00 |
| 06/27/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 3.50 | 297.50 |
| 06/27/02 | MBF | Review and code documents in Boulder for responsiveness to EPA information requests. | 8.00 | 720.00 |
| 06/27/02 | ICM | Conduct document review in Boulder office in response to EPA 104(e) information request. | 10.00 | 1,100.00 |
| 06/28/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.30 | 1,627.50 |
| 06/28/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (10.90); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 11.50 | 2,760.00 |
| 06/28/02 | KAT | Travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (12.00). | 12.40 | 2,294.00 |
| 06/28/02 | DPW | Review and code doucments for responsiveness to EPA information requests (10.70); travel to and from Boulder (0.40) (0.40 N/C) (NWT 50%). | 11.10 | 2,053.50 |
| 06/28/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (4.50). | 4.50 | 495.00 |
| 06/28/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (6.5). | 6.50 | 812.50 |
| 06/28/02 | MCL | Telephone conference with BATracy re status of Boulder document production (.40). | 0.40 | 50.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/28/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |

**Total Fees Through June 30, 2002:   1359.50   $ 251,676.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 4.30 | $   1,505.00 |
| MWW | Mark W. Weakley | Special Counsel | 295.00 | 66.80 | 19,706.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 9.00 | 2,475.00 |
| KMG | Kevin M. Galligan | Senior Associate | 295.00 | 67.30 | 19,853.50 |
| TRB | Troy R. Braegger | Senior Counsel | 300.00 | 23.90 | 7,170.00 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 38.10 | 10,858.50 |
| DPK | David P. Kunstle | Associate | 240.00 | 7.30 | 1,752.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 69.80 | 16,752.00 |
| SCC | Sven C. Collins | Associate | 235.00 | 43.30 | 10,175.50 |
| KNM | Kelly  N. Matthews | Associate | 230.00 | 8.50 | 1,955.00 |
| GM | Gino Maurelli | Associate | 225.00 | 63.00 | 14,175.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 17.20 | 3,870.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 158.30 | 29,285.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 160.40 | 29,674.00 |
| EMB | Eric M. Bono | Associate | 175.00 | 26.20 | 4,585.00 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 136.20 | 23,835.00 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 117.00 | 14,625.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 24.80 | 3,100.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 51.20 | 6,400.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 98.40 | 10,824.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 22.60 | 3,164.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JL | Joanna Lee | Law Clerk | 140.00 | 46.00 | 6,440.00 |
| JRV | John R. Valentine | Law Clerk | 140.00 | 8.90 | 1,246.00 |
| LCS | Loraine C. Street | Other | 85.00 | 64.00 | 5,440.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 19.00 | 2,090.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 8.00 | 720.00 |
| | | **Total Fees:** | | **1,359.50** | **$ 251,676.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | | Long Distance Telephone:  6178761400 | $     6.84 |
| 05/02/02 | | Other Expenses: VENDOR: Colin G. Harris; INVOICE#: 060702; DATE: 6/7/2002  -  Office food for Grace Document Review Team regarding office space, Boulder attorneys, background information on 05/02/02 @ 14th Street Bar & Grill | 44.13 |
| 05/31/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 060302; DATE: 6/3/2002  -  Personal Mileage and Parking to review and code documents for responsiveness to EPA in Boulder - Personal Mileage | 18.25 |
| 05/31/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 060302; DATE: 6/3/2002  -  Personal Mileage and Parking to review and code documents for responsiveness to EPA in Boulder - Parking | 10.25 |
| 06/04/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 061002A; DATE: 6/10/2002  -  Bus fare - document review and code documents for responsiveness to EPA information request and litigation discovery on 06/02-06/04/02 | 10.50 |
| 06/05/02 | | Long Distance Telephone:  6175423025 | 1.86 |
| 06/05/02 | | Long Distance Telephone:  6178761400 | 1.24 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/05/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 061202; DATE: 6/12/2002  -  Travel to Boulder regardding Boulder document production 05/28,06/03 and 06/05/2002 | 65.70 |
| 06/05/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 061202; DATE: 6/12/2002  -  Travel to Boulder regarding Boulder document production 05/28,06/03 and 06/05/2002 - meals | 14.44 |
| 06/06/02 | | Long Distance Telephone:  6175423025 | 14.29 |
| 06/06/02 | 10 | Photocopies | 2.00 |
| 06/07/02 | 311 | Photocopies | 62.20 |
| 06/10/02 | 60 | Photocopies | 12.00 |
| 06/10/02 | 101 | Photocopies | 20.20 |
| 06/10/02 | | Travel Expense: VENDOR: David P. Kunstle; INVOICE#: 061302; DATE: 6/13/2002  -  Personal mileage to Boulder office for document review on 06/10/02 | 21.90 |
| 06/11/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/11/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/11/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 061202; DATE: 6/12/2002  -  Mileage to and from Boulder for document production- 06/03,06/06,06/10,06/11/2002 | 103.19 |
| 06/11/02 | 200 | Photocopies | 40.00 |
| 06/11/02 | 500 | Photocopies | 100.00 |
| 06/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 061202; DATE: 6/12/2002  -  Mileage to and from Boulder for document production - 06/03,06/06,06/10,06/11/2002 | 7.00 |
| 06/12/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 061402; DATE: 6/14/2002  -  Mileage for Grace document production - 06/11 & 066/12/02 | 40.15 |
| 06/12/02 | 307 | Photocopies | 61.40 |
| 06/12/02 | 225 | Photocopies | 45.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 85 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00370 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/12/02 | 4 | Photocopies | 0.80 |
| 06/12/02 | 46 | Photocopies | 9.20 |
| 06/13/02 | 536 | Photocopies | 107.20 |
| 06/13/02 | 138 | Photocopies | 27.60 |
| 06/14/02 | 92 | Photocopies | 18.40 |
| 06/14/02 | | Travel Expense: VENDOR: Collins, Suen C.; INVOICE#: 061902; DATE: 6/21/2002 - Travel to and from Boulder for document review - 05/21,05/22,05/23,05/24,05/28,05/29,05/30,06/10,06/11,06/12,06/13, and 06/14/02 - Personal Mileage | 262.80 |
| 06/19/02 | | Long Distance Telephone: no Maurelli    DATE: 6/19/2002 - | 39.95 |
| 06/24/02 | 15 | Photocopies | 3.00 |
| 06/24/02 | 50 | Photocopies | 10.00 |
| 06/25/02 | 47 | Photocopies | 9.40 |
| 06/25/02 | 81 | Photocopies | 16.20 |
| 06/25/02 | | Travel Expense: VENDOR: Eric Bono; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 6/25/02, Boulder Mileage, Document Review | 20.06 |
| 06/26/02 | 63 | Photocopies | 12.60 |
| 06/27/02 | 23 | Photocopies | 4.60 |
| 06/28/02 | | Other Expenses: VENDOR: Brent A. Tracy; INVOICE#: 070202; DATE: 7/2/2002 - Mileage to and from home and Boulder office - 06/10,06/17,03/18,06/24,06/26 and 06/28/2002 | 148.19 |
| 06/28/02 | 3 | Photocopies | 0.60 |
| 06/28/02 | 3 | Photocopies | 0.60 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/28/2002  KK | 962.50 |

**Total Disbursements:**    $    **2,359.96**

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 563.00 |
| Long Distance Telephone | | 67.90 |
| Travel Expense | | 315.26 |
| Other Expenses | | 451.30 |
| Legal Assistant Overtime | | 962.50 |
| **Total Disbursements:** | **$** | **2,359.96** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$   12,656.44* |
| | | | |
| 589414 | 02/28/02 | Bill | 648.00 |
| | 04/18/02 | Cash Receipt | -509.62 |
| | *Outstanding Balance on Invoice 589414:* | | *$      138.38* |
| | | | |
| 591827 | 03/25/02 | Bill | 13,920.16 |
| | 05/20/02 | Cash Receipt | -11,138.16 |
| | *Outstanding Balance on Invoice 591827:* | | *$    2,782.00* |
| | | | |
| 593727 | 04/16/02 | Bill | 26,030.82 |
| | 06/18/02 | Cash Receipt | -20,862.52 |
| | *Outstanding Balance on Invoice 593727:* | | *$    5,168.30* |
| | | | |
| 597443 | 05/28/02 | Bill | 1,812.50 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | June | Total Comp |
|------|----------|------------|------|------------|
| McCarthy, Jay | Partner | $ 300.00 | 3.70 | $ 1,110.00 |
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 4.40 | $ 1,210.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.30 | $ 82.50 |
| Dempsey, Bradford | Associate | $ 200.00 | 9.3 | $ 1,860.00 |
| Haag, Susan | Paralegal | $ 105.00 | 9.2 | $ 966.00 |
| | Total | | 26.90 | $ 5,228.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 572.40 |
| Facsimiles | $ 2.00 |
| Long Distance Telephone | $ 3.85 |
| Outside Courier | $ 32.09 |
| Tab Stock | $ 0.60 |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Research Services | $ - |
| Word Processing | $ - |
| **Total** | $ 610.94 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Regarding: Bankruptcy Matters

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | SH | Research Pacer and update tracking chart. | 0.40 | $   42.00 |
| 06/12/02 | JDM | Telephone conference with M. Grummer re environmental issues in bankruptcy. | 0.60 | 180.00 |
| 06/17/02 | JDM | Telephone conference with M. Grummer re bankruptcy issues. | 0.40 | 120.00 |
| 06/18/02 | EKF | Review Fee Auditor's initial report on fourth interim fee application; draft e-mail to Warren Smith re same. | 0.40 | 110.00 |
| 06/19/02 | KJC | Conference with KWLund and JDMcCarthy re Sealed Air documents produced by EPA (0.20). | 0.20 | 55.00 |
| 06/20/02 | EKF | Conference with KWLund re response to fee auditor's initial report. | 0.20 | 55.00 |
| 06/20/02 | KJC | Respond to request from J. Jackson re EPA documents (0.10). | 0.10 | 27.50 |
| 06/21/02 | BED | Conference with EKFlaagan re fee auditor's report (.3); review fee auditor's report (.5); conference with SMHaag re report (.2); review HRO fee application to verify issues identified in report (1.0). | 2.00 | 400.00 |
| 06/24/02 | SH | Review prebill for May fee application. | 2.00 | 210.00 |
| 06/25/02 | SH | Finalize review of May prebill (2.10); locate December monthly fee statement for KBates(.20); conference with BEDempsey re objection to 3rd quarter fee application (.40). | 2.70 | 283.50 |
| 06/26/02 | EKF | Review and revise May prebills (1.0). | 1.00 | 275.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/26/02 | JDM | Meet with KJCoggon re bankruptcy issues (0.2); telephone conference with J. Jackson re bankruptcy (0.2); telephone conference with M. Grummer re bankruptcy (0.3). | 0.70 | 210.00 |
| 06/27/02 | EKF | Continue review of and revisions to May 2002 prebills (.5); telephone conferences with Stephanie at W.R. Grace re third quarterly fee application issues; conferences with SMHaag re same (.5). | 1.00 | 275.00 |
| 06/27/02 | JDM | Telephone conference with Grace and Sealed Air attorneys re bankruptcy issues (1.5); telephone conference with Grace attorneys re bankruptcy issues (0.3); telephone conference with KJCoggon and KWLund re bankruptcy issues (0.2). | 2.00 | 600.00 |
| 06/27/02 | BED | Conference with SHaag re additional information re billing rates (.2); draft response to Fee Auditor's inquiry # 8 (.8). | 0.80 | 160.00 |
| 06/27/02 | SH | Review Second Quarter Fee Application with monthly fee statements re possible discrepancy (1.50). | 2.00 | 210.00 |
| 06/28/02 | EKF | Continue review of May 2002 invoices (1.0); conference with KJCoggon re information for response to Fee Auditor Report (0.2); conferences with BEDempsey re response to Fee Auditor report (0.3); e-mails to and from KJBates re issues outstanding on May invoices (0.3). | 1.80 | 495.00 |
| 06/28/02 | BED | Collect information responsive to Fee Auditor's Report and inquiries therein (2.5); draft response to Fee Auditor's Report (4.0). | 6.50 | 1,300.00 |
| 06/28/02 | SH | Research Third Quarterly Fee Application issues for BEDempsey re Fee Auditors objection (1.60); research rate history and resumes for response to Fee Auditor's objection (.50). | 2.10 | 220.50 |

**Total Fees Through June 30, 2002:**    26.90   $   **5,228.50**

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 91 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $ 300.00 | 3.70 | $ | 1,110.00 |
| EKF | Elizabeth Flaagan | Partner | 275.00 | 4.40 | | 1,210.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.30 | | 82.50 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 9.30 | | 1,860.00 |
| SH | Susan Haag | Paralegal | 105.00 | 9.20 | | 966.00 |
| | | **Total Fees:** | | **26.90** | **$** | **5,228.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/31/02 | | Long Distance Telephone: 2146983868 | $ | 0.22 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-31; Beth Miller Dallas, Tx | | 17.16 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 05-30; David W Carickoff, Jr Wilmington, De | | 14.93 |
| 06/18/02 | 68 | Photocopies | | 10.20 |
| 06/21/02 | 2 | Facsimile | | 2.00 |
| 06/21/02 | 15 | Photocopies | | 2.25 |
| 06/21/02 | 196 | Photocopies | | 29.40 |
| 06/24/02 | 17 | Photocopies | | 2.55 |
| 06/25/02 | 62 | Photocopies | | 9.30 |
| 06/27/02 | | Long Distance Telephone: 7168340834 | | 0.13 |
| 06/27/02 | | Long Distance Telephone: 3015644495 | | 0.08 |
| 06/27/02 | | Long Distance Telephone: 8564141776 | | 0.09 |
| 06/27/02 | | Long Distance Telephone: 3365741773 | | 0.07 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/27/02 | | Long Distance Telephone:  4152938470 | 2.00 |
| 06/27/02 | | Long Distance Telephone:  4152938470 | 1.26 |
| 06/27/02 | 2,816 | Photocopies | 422.40 |
| 06/28/02 | 278 | Photocopies | 41.70 |
| 06/28/02 | 364 | Photocopies | 54.60 |
| 06/28/02 | 12 | Tab Stock: 12 Tab Stock | 0.60 |

| | | | |
|---|---|---|---|
| | **Total Disbursements:** | **$** | **610.94** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 572.40 |
| Facsimile | | 2.00 |
| Long Distance Telephone | | 3.85 |
| Outside Courier | | 32.09 |
| Tab Stock | | 0.60 |
| **Total Disbursements:** | **$** | **610.94** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577655 | 10/26/01 | Bill | 10,008.00 |
| | *Outstanding Balance on Invoice 577655:* | | *$  10,008.00* |
| | | | |
| 579873 | 11/20/01 | Bill | 4,761.50 |
| | 01/24/02 | Cash Receipt | -3,839.71 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | June | Total  Comp |
|------|----------|-------------|------|-------------|
| Coggon, Katheryn | Special Counsel | $    275.00 | 26.1 | $    7,177.50 |
| Tracy, Brent | Associate | $    240.00 | 25.6 | $    6,144.00 |
| Rogers, Constance | Associate | $    225.00 | 3 | $    675.00 |
| Wall, Douglas | Associate | $    185.00 | 3 | $    555.00 |
| Latuda, M. Carla | Senior Paralegal | $    125.00 | 123.2 | $    15,400.00 |
| Sherman, Joan | Senior Paralegal | $    125.00 | 36.2 | $    4,525.00 |
| Street, Loraine C. | Paralegal | $    85.00 | 83.5 | $    7,097.50 |
| Floyd, Mary Beth | Info. Specialist | $    90.00 | 7.5 | $    675.00 |
| | | | | |
| Total | | | 308.10 | 42,249.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL | |
|---|---|---:|
| Parking | $ | 405.50 |
| Photocopies | $ | 5.70 |
| Service of Process | $ | 58.00 |
| Long Distance Telephone | $ | 408.40 |
| Outside Courier | $ | 465.85 |
| Travel Expense | $ | 29,129.24 |
| Lexis | $ | - |
| Administration | $ | - |
| Meal Expenses | $ | 3,577.28 |
| Overtime | $ | 10,432.50 |
| Tab Stock | $ | - |
| Other Expenses | $ | 1,096.00 |
| **Total** | $ | 45,578.47 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 95 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/28/02 | LCS | Train temporary employee on data entry into the Cambridge/Winthrop Box Tracking Database (5.00); telephone conference with IT Dept re computer access (.50). | 5.50 | $ | 467.50 |
| 05/30/02 | LCS | QC data entry, input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.50). | 5.50 | | 467.50 |
| 05/31/02 | LCS | QC data, input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.50). | 5.50 | | 467.50 |
| 06/01/02 | DPW | Travel to Denver from Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | | 555.00 |
| 06/03/02 | KJC | Telephone conference with G. Thornton re scanning progress (0.40); e-mail exchange with M. Murphy and A. Trevelise re progress and schedule (0.40). | 0.80 | | 220.00 |
| 06/03/02 | CLR | Return travel to Denver (3.00) (3.00 N/C) (50% NWT). | 3.00 | | 675.00 |
| 06/03/02 | BAT | Review EH&S microfilm for responsive information. | 3.40 | | 816.00 |
| 06/03/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | | 467.50 |
| 06/04/02 | BAT | Review EH&S microfilm for documents responsive to EPA information requests and litigation discovery (2.90). | 2.90 | | 696.00 |
| 06/05/02 | KJC | Address timing for return of boxes, staffing and related matters (0.30). | 0.30 | | 82.50 |
| 06/05/02 | BAT | Conference with Mark Thompson re corruption of CD of EH&S archived documents (0.30); e-mail Brian O'Connell re provision of replacement CD (0.10). | 0.40 | | 96.00 |
| 06/06/02 | MCL | Update Winthrop Square tracking spreadsheets. | 1.00 | | 125.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/06/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.50 | 297.50 |
| 06/07/02 | MCL | Read and respond to e-mails and telephone conversations with Matt Murphy and Angela Anderson re status of document return in Boston and other issues. | 1.40 | 175.00 |
| 06/09/02 | KJC | Travel to Columbia, MD (3.20) (3.20 N/C) (NWT 50%). | 3.20 | 880.00 |
| 06/10/02 | KJC | Review files from R. Emmett, W. Corcoran and D. Siegel (6.90). | 6.90 | 1,897.50 |
| 06/10/02 | MCL | Update tracking lists for Cambridge and Winthrop Square boxes re scanning status (3.00); travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 6.00 | 750.00 |
| 06/10/02 | JLS | Travel to Boston for return of documents (3.00) (3.00 N/C)(50%NWT). | 3.00 | 375.00 |
| 06/11/02 | KJC | Travel to Wilmington, DE (0.80) (0.80 N/C) (NWT 50%); review W. Sparks files including conferences with W. Sparks and A. Trevelise (7.00); return travel to Denver (4.30) (4.30 N/C) (NWT 50%). | 12.10 | 3,327.50 |
| 06/11/02 | BAT | Conference with MThompson re issues with loading EH&S documents imaged on CD. | 0.30 | 72.00 |
| 06/11/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (12.20). | 12.20 | 1,525.00 |
| 06/11/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (12.20). | 12.20 | 1,525.00 |
| 06/12/02 | KJC | Address document review issues including vendor progress, additional responsive documents, and production considerations (1.10). | 1.10 | 302.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 97 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/12/02 | MCL | Re-shelve reviewed and scanned boxes and refile active files at Cambridge (13.50). | 13.50 | 1,687.50 |
| 06/12/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (13.50). | 13.50 | 1,687.50 |
| 06/12/02 | MBF | Review and code expanding plant investigation documents in Boulder office. | 7.50 | 675.00 |
| 06/13/02 | KJC | Address document review issues including vendor progress, additional responsive documents, respond to wrap up questions, and production considerations (0.80). | 0.80 | 220.00 |
| 06/13/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (12.40). | 12.40 | 1,550.00 |
| 06/13/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (2.5); review and QC documents in Cambridge (Winthrop) for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (2.0); travel to Denver from document review (3.0) (3.0 N/C)(50%NWT). | 7.50 | 937.50 |
| 06/14/02 | KJC | Address final document review issues (0.60). | 0.60 | 165.00 |
| 06/14/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (10.60). | 10.60 | 1,325.00 |
| 06/15/02 | MCL | Travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 06/17/02 | MCL | Update tracking lists re boxes sent to and returned from ONSS (7.10). | 7.10 | 887.50 |
| 06/17/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |