Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 98 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/18/02 | MCL | Update tracking lists re boxes sent to and returned from ONSS (5.30); prepare list of boxes still to be returned from ONSS (1.80); search tracking lists to determine dead storage locations of same (1.20). | 8.30 | 1,037.50 |
| 06/18/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 06/19/02 | KJC | Telephone conference with MCLatuda re additional tasks to complete review including privilege log and production searches (0.30). | 0.30 | 82.50 |
| 06/19/02 | BAT | Review EHS images archived on CD for responsive information (2.30); telephone conference with and e-mail to George Thornton re ONSS ability to directly image microfilm (.40). | 2.70 | 648.00 |
| 06/19/02 | MCL | Telephone conference with Matt Murphy re boxes containing Steve Ahern files (.20); research database and tracking lists re same (.40); draft e-mail to Matt Murphy re same (.30); update Boston production tracking lists (4.30); conference with KJCoggon re additional task assignments including overseeing loading and coding of images and data provided by ONSS (.30); conferences with BPayne and CCotts re status of same (.40). | 5.90 | 737.50 |
| 06/19/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.50 | 552.50 |
| 06/20/02 | MCL | Update Boston production tracking lists and spreadsheets (6.90); telephone conferences with Matt Murphy re scanning status and staffing issues (.40). | 7.30 | 912.50 |
| 06/20/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.00 | 510.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 99 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/21/02 | BAT | Review and code EHS images archived to CD for responsiveness to EPA information requests and litigation discovery (6.90). | 6.90 | 1,656.00 |
| 06/21/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.00 | 595.00 |
| 06/24/02 | BAT | Conference with MThompson re protocol for editing images uploaded from EH&S CDs. | 0.30 | 72.00 |
| 06/24/02 | MCL | Update Boston production tracking lists and spreadsheets (4.00); telephone conferences with Angela Anderson re Tuesday delivery of boxes by ONSS and tracking of same (.30). | 4.30 | 537.50 |
| 06/24/02 | LCS | Train temporary employee on Lotus Notes data entry (3.50); QC data entry in  the Cambridge/Winthrop Box Tracking Database (4.00). | 7.50 | 637.50 |
| 06/25/02 | BAT | Review and code documents uploaded from EH&S CDs for responsiveness to EPA information requests and litigation discovery (8.70). | 8.70 | 2,088.00 |
| 06/25/02 | MCL | Prepare spreadsheets of outstanding boxes still at ONSS to utilize in re-filing and re-shelving of boxes at Cambridge (4.80); travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 7.80 | 975.00 |
| 06/25/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.00 | 680.00 |
| 06/26/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (13.20). | 13.20 | 1,650.00 |
| 06/26/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.00 | 595.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/27/02 | MCL | Re-shelve reviewed and scanned boxes and refile active files at Cambridge (4.80); prepare tracking lists for Angela Anderson re boxes yet to be returned (.90); conference with Angela Anderson re same (.50); review boxes at Winthrop Square re whether same should remain at Winthrop or be returned to Cambridge (1.60); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.20 | 1,150.00 |
| 06/27/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |
| 06/28/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 2.50 | 212.50 |

**Total Fees Through June 30, 2002:**    **308.10    $   42,249.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 26.10 | $   7,177.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 25.60 | 6,144.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 3.00 | 675.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 3.00 | 555.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 123.20 | 15,400.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 36.20 | 4,525.00 |
| LCS | Loraine C. Street | Other | 85.00 | 83.50 | 7,097.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 7.50 | 675.00 |

**Total Fees:**    **308.10    $   42,249.00**

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/14/02 | | Long Distance Telephone: 6178761400 | $    2.45 |
| 01/14/02 | | Long Distance Telephone: 6178761400 | 2.44 |
| 01/17/02 | | Long Distance Telephone: 6178761400 | 1.30 |
| 01/17/02 | | Long Distance Telephone: 6178761400 | 1.29 |
| 01/18/02 | | Long Distance Telephone: 6174512600 | 1.44 |
| 01/18/02 | | Long Distance Telephone: 6174512600 | 1.44 |
| 02/04/02 | | Long Distance Telephone: 6178761400 | 10.77 |
| 02/06/02 | | Long Distance Telephone: 6178761400 | 1.08 |
| 02/11/02 | | Long Distance Telephone: 6178761400 | 5.39 |
| 02/20/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 02/22/02 | | Long Distance Telephone: 6178761400 | 0.39 |
| 02/22/02 | | Long Distance Telephone: 6173673925 | 1.14 |
| 03/05/02 | | Long Distance Telephone: 6178761400 | 9.70 |
| 03/06/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 03/07/02 | | Long Distance Telephone: 6176936076 | 1.14 |
| 03/08/02 | | Long Distance Telephone: 6178761400 | 14.26 |
| 04/01/02 | | Long Distance Telephone: 6178761400 | 2.85 |
| 04/01/02 | | Long Distance Telephone: 6172278600 | 1.14 |
| 04/02/02 | | Long Distance Telephone: 6178761400 | 13.12 |
| 04/02/02 | | Long Distance Telephone: 6175423025 | 13.69 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 6.84 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 6.84 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 10.27 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 1.14 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 102 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/27/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009116487; DATE: 4/27/2002  -  Courier, Acct. 905010308 04-26; Carla Latuda Denver, Co | 31.45 |
| 05/03/02 | | Long Distance Telephone:  6178761400 | 10.27 |
| 05/05/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009209243; DATE: 5/5/2002  -  Courier, Acct. 905010308 05-01; Brent Tracy Denver, Co | 36.38 |
| 05/05/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009209243; DATE: 5/5/2002  -  Courier, Acct. 905010308 05-03; Joan Sherman Boulder, Co | 15.36 |
| 05/06/02 | | Long Distance Telephone:  6178761400 | 12.55 |
| 05/06/02 | | Long Distance Telephone:  6178761400 | 1.71 |
| 05/09/02 | | Long Distance Telephone:  6176936076 | 1.71 |
| 05/09/02 | | Long Distance Telephone:  6176936076 | 1.71 |
| 05/14/02 | | Long Distance Telephone:  6178761400 | 1.10 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002  -  Courier, Acct. 0802-0410-8 05-06; From Scott Nichols Los Angeles, Ca to Corina Aschenbrenner Denver, Co | 12.07 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002  -  Courier, Acct. 0802-0410-8 05-10; Gary L Graham Missoula, Mt | 23.96 |
| 05/21/02 | | Long Distance Telephone:  6178761400 | 4.35 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002  -  Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Auto Rental | 161.63 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002  -  Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Hotel | 137.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 103 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002  -  Travel expense - 05/20-05/21/2002 related to document production for Boston document review - meals | 103.57 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002  -  Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Taxis/tips | 50.00 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002  -  Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Toll fees | 3.00 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 1.24 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 9.94 |
| 05/22/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 05/22/02; DATE: 5/22/2002  -  Colordo Springs, 5/12/02 & 5/17/02, Mileage to work on W.R. Grace Project | 8.50 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 13.67 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 4.35 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 1.86 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 1.24 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 1.86 |
| 05/24/02 | | Long Distance Telephone: 6178761400 | 6.83 |
| 05/25/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009375671; DATE: 5/25/2002  -  Courier, Acct. 905010308 05-17; Carla Latuda Denver, Co | 42.60 |
| 05/25/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009375671; DATE: 5/25/2002  -  Courier, Acct. 905010308 05-22; Joan Sherman Boulder, Co | 15.36 |
| 05/28/02 | | Long Distance Telephone: 6178761400 | 9.32 |
| 05/28/02 | | Long Distance Telephone: 6178761400 | 7.45 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 104 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/28/02 | | Long Distance Telephone: 6175423025 | 1.86 |
| 05/30/02 | | Long Distance Telephone: mes G Beasl   ; DATE: 5/30/2002 | 2.00 |
| 05/30/02 | | Long Distance Telephone: 6178761400 | 0.54 |
| 05/30/02 | | Long Distance Telephone: 7037298543 | 0.10 |
| 05/30/02 | | Long Distance Telephone: 2158518250 | 1.36 |
| 05/30/02 | | Other Meal Expenses: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Meals | 542.78 |
| 05/30/02 | | Parking: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Parking | 49.00 |
| 05/30/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Travel | 1,753.27 |
| 05/31/02 | | Long Distance Telephone: 2158518250 | 11.80 |
| 05/31/02 | | Long Distance Telephone: 6178761400 | 9.94 |
| 05/31/02 | | Long Distance Telephone: 6174265900 | 11.18 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Hotel | 759.05 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Meals | 135.03 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 0 Telephone | 12.85 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Taxis/tips | 126.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002 - Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Subway Tokens | 10.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Hotel | 950.20 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Meals | 284.09 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Telephone | 7.58 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Taxis/tips | 31.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Personal Mileage | 24.45 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Parking | 90.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - T tokens and coffee | 22.20 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 106 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002  -  Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Hotel | 2,840.78 |
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002  -  Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Meals | 691.40 |
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002  -  Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Taxis/tips | 46.00 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - airfare | 538.50 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - hotel | 924.00 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - meals | 268.15 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - taxis/tips | 53.75 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - personal mileage | 25.55 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - parking | 79.00 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 107 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - subway tokens | 8.00 |
| 06/01/02 | 24 | Photocopies | 3.60 |
| 06/02/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0016; DATE: 6/5/2002 - Temporary services - June 2, 2002 - Louise Taylor - Data Entry Support | 464.00 |
| 06/03/02 | | Long Distance Telephone: elda C. Mul    /02; DATE: 6/3/200 | 4.05 |
| 06/03/02 | | Long Distance Telephone: ith Trammel    DATE: 6/3/2002 - | 80.61 |
| 06/03/02 | | Long Distance Telephone: 6175423025 | 0.16 |
| 06/03/02 | | Long Distance Telephone: 2122529700 | 1.59 |
| 06/03/02 | | Long Distance Telephone: 6175423025 | 0.07 |
| 06/03/02 | | Long Distance Telephone: 6175423025 | 0.30 |
| 06/03/02 | | Long Distance Telephone: 6172278600 | 0.13 |
| 06/03/02 | | Long Distance Telephone: 6177251616 | 0.05 |
| 06/03/02 | | Long Distance Telephone: 6174263501 | 0.20 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/11-5/17/02, Travel Expenses to Conduct Response to EPA 104 (E) Information Request, Meals | 324.31 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 6/3/02; DATE: 6/3/2002 - Denver, 5/27-5/31/02, Travel Expenses to Conduct Response to EPA 104(E) Information Request, Meals | 189.69 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Meals | 1,045.83 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/03/02 | | Parking: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Parking | 2.00 |
| 06/03/02 | 3 | Photocopies | 0.45 |
| 06/03/02 | | Travel Expense: VENDOR: Imelda C. Mulholland; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/11-5/17/02, Travel Expenses to Conduct Response to EPA 104 (E) Information Request, Travel Expenses | 1,006.52 |
| 06/03/02 | | Travel Expense: VENDOR: Imelda C. Mulholland; INVOICE#: 6/3/02; DATE: 6/3/2002 - Denver, 5/27-5/31/02, Travel Expenses to Conduct Response to EPA 104(E) Information Request, Travel Expenses | 709.50 |
| 06/03/02 | | Travel Expense: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Travel Expenses | 3,022.11 |
| 06/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18014; DATE: 6/3/2002 - Airfare, 6/10-6/14/02, Denver Boston Boston Denver, C. Latuda | 130.00 |
| 06/04/02 | | Long Distance Telephone: 2122529700 | 0.71 |
| 06/04/02 | | Long Distance Telephone: 6178761400 | 0.12 |
| 06/04/02 | | Other Meal Expenses: VENDOR: Sanchez, Corey R.; INVOICE#: 06/04/02; DATE: 6/4/2002 - Denver, 5/15-5/31/02, Work on Grace Project in Boston | 423.07 |
| 06/04/02 | | Other Meal Expenses: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002 - Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Meals | 130.30 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002 - Courier, Acct. 0802-0410-8 05-10; Suresh Moolgavkar Belleview, Wa | 27.26 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 109 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-10; Phil Goad Little Rock, Ar | 8.85 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-10; E Anderson Alexandria, Va | 15.12 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-14; Bertham Price White Plains, NY | 26.92 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-14; Constance Rogers Boston, Ma | 9.18 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-17; Eric Moeller Inverness, Ca | 32.55 |
| 06/04/02 | | Parking: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002  -  Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Parking | 82.50 |
| 06/04/02 | | Travel Expense: VENDOR: Sanchez, Corey R.; INVOICE#: 06/04/02; DATE: 6/4/2002  -  Denver, 5/15-5/31/02, Work on Grace Project in Boston | 4,031.64 |
| 06/04/02 | | Travel Expense: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002  -  Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Travel Expenses | 1,868.73 |
| 06/05/02 | | Long Distance Telephone:  2158518250 | 1.24 |
| 06/05/02 | | Long Distance Telephone:  6174263501 | 3.73 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-31; From Conrad Paquette Boston, Ma to Carla Latuda Denver, Co | 40.52 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002 - Courier, Acct. 0802-0410-8 05-21; Katheryn Coggon Boulder, Co | 9.71 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002 - Courier, Acct. 0802-0410-8 05-21; Katheryn Coggon Boulder, Co | 5.85 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Katheryn Coggon Boulder, Co | 47.90 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Katheryn Coggon Boulder, Co | 43.59 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-24; Brent Tracy Cambridge, Ma | 21.22 |
| 06/09/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0017; DATE: 6/12/2002 - Temporary services - Louise Taylor - data entry support | 632.00 |
| 06/10/02 | | Other Meal Expenses: VENDOR: Constance L Rogers; INVOICE#: 06/10/02; DATE: 6/10/2002 - Denver, 5/28-6/3/02, Expenses incurred for Document review in Boston for WRGrace, Meals | 162.39 |
| 06/10/02 | | Other Meal Expenses: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Meals | 400.41 |
| 06/10/02 | | Parking: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Parking | 149.00 |
| 06/10/02 | | Travel Expense: VENDOR: Constance L Rogers; INVOICE#: 06/10/02; DATE: 6/10/2002 - Denver, 5/28-6/3/02, Expenses incurred for Document review in Boston for WRGrace, Travel Expenses | 562.95 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 111 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/10/02 | | Travel Expense: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Travel Expenses | 1,980.33 |
| 06/11/02 | | Long Distance Telephone: 6178761400 | 1.24 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Hotel | 347.60 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Meals | 89.88 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Taxis/tips | 180.00 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Personal Mileage | 21.90 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Parking | 44.00 |
| 06/12/02 | 4 | Photocopies | 0.60 |
| 06/12/02 | 4 | Photocopies | 0.60 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - airfare upgrade | 100.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - hotel | 1,311.05 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 112 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - meals | 292.74 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - telephone | 30.86 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - taxis/tips | 26.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - personal auto/mileage | 24.45 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - parking | 77.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - T tokens, coffee | 8.00 |
| 06/17/02 | 1 | Photocopies | 0.15 |
| 06/17/02 | 2 | Photocopies | 0.30 |
| 06/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18226; DATE: 6/17/2002 - Airfare, 6/25-6/27/02, Denver Boston Boston Denver, C. Latuda | 628.50 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/18/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Meals | 102.14 |
| 06/18/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Parking | 51.00 |
| 06/18/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Travel Expenses | 1,692.30 |
| 06/21/02 | | Long Distance Telephone:  6175423025 | 4.35 |
| 06/21/02 | | Service of Process: VENDOR: Subpoenas Unlimited; INVOICE#: 6/21/2002; DATE: 6/21/2002 - Process server for lab subpoena. NAberle | 58.00 |
| 06/24/02 | | Long Distance Telephone:  6175423025 | 0.16 |
| 06/25/02 | | Long Distance Telephone: ent A. Trac    DATE: 6/25/2002 | 63.45 |
| 06/25/02 | | Long Distance Telephone:  6174263501 | 0.37 |
| 06/25/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Meals | 256.36 |
| 06/25/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Parking | 72.00 |
| 06/25/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Travel Expenses | 798.13 |
| 06/27/02 | | Long Distance Telephone:  2122529700 | 0.16 |
| 06/28/02 | | Long Distance Telephone:  6175423025 | 1.09 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/28/2002  CL | 811.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/28/2002  JS | 1,478.75 |

Holme Roberts & Owen LLP

July 25, 2002

W.R. Grace

| | |
|---|---|
| Page | 114 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/02  NA | 921.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  DD | 512.50 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  SH | 925.00 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/02  CL | 1,086.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  IM | 2,731.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  JS | 1,966.25 |

**Total Disbursements:**                              **$  45,578.47**

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 405.50 |
| Photocopies | | 5.70 |
| Service of Process | | 58.00 |
| Long Distance Telephone | | 408.40 |
| Outside Courier | | 465.85 |
| Travel Expense | | 29,129.24 |
| Other Meal Expenses | | 3,577.28 |
| Other Expenses | | 1,096.00 |
| Legal Assistant Overtime | | 10,432.50 |
| **Total Disbursements:** | **$** | **45,578.47** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )          Chapter 11
                                                )
W. R. GRACE & CO., et al.[1],                   )          Case No. 01-01139(JKF)
                                                )          (Jointly Administered)
Debtors.                                        )

## **VERIFICATION**

Kenneth W. Lund, first being duly sworn, deposes and says as follows:

1.      I am a partner with the applicant firm, Holme Roberts & Owen LLP and I am a

member in good standing of the bar of the State of Colorado.

2.      I have personally performed certain of, and overseen the legal services rendered

by Holme Roberts & Owen LLP as special environmental counsel to the Debtors and am

thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and

other persons in the firm.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.     The facts set forth in the foregoing Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

_Kenneth W. Lund_
Kenneth W. Lund

Subscribed and sworn to before me this 2nd day of July, 2002, by Kenneth W. Lund.

Witness my hand and official seal.

My commission expires: 03-01-03

_Susan M. Haag_
Notary Public