# **EXHIBIT C**
June Fee Application

2507

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 26, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE NINTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

Name of Applicant:                                          Casner & Edwards, LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                                        Debtors-in-Possession

Date of Retention:                                          September 18, 2001,
                                                                        effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                  June 1, 2002 through June 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                        $144,857.00   (80% = $115,885.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                $15,005.61

This is an:    $\underline{X}$ monthly    ___ interim    ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | Pending | Pending |
| 8/2/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | Pending | Pending |

As indicated above, this is the ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,050.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 35 | Litigation | $210.00 | 16.50 | $3,465.00 |
| Donna B. MacKenna | Partner | 18 ½ | Litigation | $190.00 | 6.20 | $1,178.00 |
| Matthew T. Murphy | Associate | 14 | Litigation | $180.00 | 129.50 | $23,310.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 18 | Litigation | $80.00 | 147.20 | $11,776.00 |
| Joseph K. Winrich | Paralegal | 14 | Corporate | $80.00 | 1.10 | $88.00 |
| Gary R. Bellinger | Temporary Paralegal | 1 | Litigation | $80.00 | 154.00 | $12,320.00 |
| Frank O. Ashenuga | Temporary Paralegal | 6 | Litigation | $80.00 | 190.00 | $15,200.00 |
| Eugene D. Krass | Temporary Paralegal | 5 | Litigation | $80.00 | 189.10 | $15,128.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Maria Patracea Scialla | Temporary Paralegal | 2 | Litigation | $80.00 | 163.90 | $13,112.00 |
|---|---|---|---|---|---|---|
| Edward K. Law | Temporary Paralegal | 3 | Litigation | $80.00 | 159.00 | $12,720.00 |
| James D. Leaver | Temporary Paralegal | 2 ½ | Litigation | $80.00 | 144.00 | $11,520.00 |
| Amy Preble | Temporary Paralegal | 2 | Litigation | $80.00 | 147.60 | $11,808.00 |
| W. Doug Hoey | Temporary Paralegal | 1 | Litigation | $80.00 | 103.00 | $8,240.00 |
| Chris Brown | Temporary Paralegal | 3 ½ | Litigation | $80.00 | $62.40 | $4,992.00 |

**Total Fees:**        **$144,857.00**

Expense Summary
(see Exhibit B to the Fee Detail)

| Description | Amount |
|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $8.68 |
| Excess Postage | $3.95 |
| Federal Express | $87.46 |
| Other Delivery Services | $807.00 |
| Outside Photocopying | $1,189.86 |
| Photocopying ($0.12/page) | $21.36 |
| Rent Reimbursement | $12,378.50 |
| Miscellaneous | $508.80 |

**Total:**        **$15,005.61**

Dated:  August 2, 2002

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/219004

4

# EXHIBIT A
(Fee Detail)

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 26, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44880
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | RAM | Read Court Notices in many Massachusetts cases. | 0.10 Hrs | $21.00 |
| 06/20/02 | RAM | Read Notices of Court in several Massachusetts cases. | 0.10 Hrs | $21.00 |
| | | TOTAL LEGAL SERVICES | | $42.00 |

## LEGAL SERVICES SUMMARY

| | | | | |
|------|------|------|------|------|
| ROBERT A. MURPHY | 0.20 Hrs | 210/hr | $42.00 | |
| | 0.20 Hrs | | $42.00 | |

TOTAL THIS BILL          $42.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44881
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | RAM | Telephone call from in-house counsel re: market share issue; he wants me to review interrogatories and be prepared to discuss them for fraudulent conveyance case. | 0.10 Hrs | $21.00 |
| 06/03/02 | MTM | Work on document review (3.8); meet with ARA re: same (1.9). Receipt and review of second and third requests for admissions in cost recovery action from Holme Roberts (.3). Telephone call from Holme Roberts attorney re: response to EPA requests for admissions (.2). Review and respond to emails re: Onsite status (.3). | 6.50 Hrs | $1,170.00 |
| 06/03/02 | ARA | Oversee review of documents (4.8). Meeting and telephone conversation with MTM re: Winthrop Square wrap up of document review (1.9). Telephone call to MTM (.1) and conference with paralegals re: Onsite's pick up of documents (.4). | 7.20 Hrs | $576.00 |
| 06/03/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/03/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/03/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/03/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/03/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/03/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/03/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.70 Hrs | $616.00 |
| 06/03/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/03/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/04/02 | RAM | Telephone call from and telephone conference with in-house counsel to arrange conference call tomorrow to discuss interrogatories in fraudulent conveyance case. | 0.10 Hrs | $21.00 |
| 06/04/02 | MTM | Work on document review (2.2). Conference with ARA re: boxes to return to Cambridge (.8). Receipt and review of first interrogatories in fraudulent conveyance case re: market share (.4). Review prior responses to similar requests for admissions re: second and third requests in cost recovery action (.9); telephone call and fax to Holme Roberts attorney re: responses to second and third requests for admissions (.2). | 4.50 Hrs | $810.00 |
| 06/04/02 | ARA | Oversee review of documents (6.4). Prepare inventory of boxes of documents to be returned to Cambridge (3.0). Conference with MTM re: which boxes of documents will be returned to Cambridge (.8). | 10.20 Hrs | $816.00 |
| 06/04/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/04/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/04/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/04/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/04/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/04/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 9.70 Hrs | $776.00 |
| 06/04/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/04/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/05/02 | RAM | Read fraudulent conveyance interrogatories sent by in-house counsel (.2); conference with MTM re: same and re: what documents, if any, might contain responsive information (.3); conference call with in-house counsel and Kirkland Ellis attorney re: answers to interrogatories (.7). Review memo and CPD Business Plans (.5). Draft letter to Kirkland Ellis attorney and send selected documents to him (.1). | 1.80 Hrs | $378.00 |
| 06/05/02 | MTM | Review and respond to email from Holme Roberts attorney re: wind up of document review, box return and Onsite status (.1). Work on document review (7.1); meet with ARA re: same (1.0). Conference with RAM re: fraudulent conveyance interrogatories (.3). | 8.50 Hrs | $1,530.00 |
| 06/05/02 | ARA | Oversee review of documents (8.3). Meeting with MTM re: review of boxes at Winthrop Square (1.0). | 9.30 Hrs | $744.00 |
| 06/05/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/05/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/05/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/05/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/05/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/05/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/05/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/05/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/05/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/06/02 | MTM | Work on document review. | 6.50 Hrs | $1,170.00 |
| 06/06/02 | ARA | Oversee review of documents (5.4). Prepare count of boxes of documents still to be reviewed (1.0). Telephone call to Onsite re: pick up and delivery tomorrow (.1). | 6.50 Hrs | $520.00 |
| 06/06/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/06/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/06/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/06/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 9.40 Hrs | $752.00 |
| 06/06/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 10.50 Hrs | $840.00 |
| 06/06/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/06/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 06/06/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.50 Hrs | $920.00 |
| 06/07/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 06/07/02 | MTM | Work on document review. | 7.10 Hrs | $1,278.00 |
| 06/07/02 | ARA | Oversee review of documents (8.2). Oversee delivery and pick-up of documents at Cambridge and Winthrop Square (1.0). | 9.20 Hrs | $736.00 |
| 06/07/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/07/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/07/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/07/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.40 Hrs | $672.00 |
| 06/07/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/07/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/07/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.20 Hrs | $496.00 |
| 06/07/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 11.00 Hrs | $880.00 |
| 06/07/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 5.20 Hrs | $416.00 |
| 06/10/02 | MTM | Work on wind up of Winthrop Square document review, organization of Winthrop Square and box return to Cambridge (6.9). Meet with ARA re: Onsite (.9). | 7.80 Hrs | $1,404.00 |
| 06/10/02 | ARA | Oversee review of documents (4.3). Answer questions of paralegals and discuss library materials project (.7). Meeting with MTM re: Onsite inventories (.9). Prepare boxes of documents that will stay at Winthrop Square and others to return to Cambridge (1.5). | 7.40 Hrs | $592.00 |
| 06/10/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/10/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/10/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/10/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/10/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/10/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 06/11/02 | MTM | Work on wind up of Winthrop Square and Cambridge document reviews (8.8). Telephone call to Holme Roberts attorney re: 40 additional boxes to be reviewed (.2). | 9.00 Hrs | $1,620.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/11/02 | ARA | Oversee the return of original boxes of documents to Cambridge (6.7); Inventory boxes to return to Cambridge from Winthrop Square (1.8). Meeting with Holme Roberts paralegals re: box inventories (.5). | 9.00 Hrs | $720.00 |
| 06/11/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/11/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/11/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 06/12/02 | MTM | Work on wind up of document review at Winthrop Square and boxes of documents to be returned to Cambridge. | 7.30 Hrs | $1,314.00 |
| 06/12/02 | ARA | Inventory boxes of documents to be picked up for return to Cambridge (1.2). Oversee review of documents (3.0). Oversee pick up of boxes from Winthrop Square (2.6). | 6.80 Hrs | $544.00 |
| 06/12/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/12/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.00 Hrs | $800.00 |
| 06/12/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.20 Hrs | $816.00 |
| 06/12/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/12/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/12/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/12/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.70 Hrs | $616.00 |
| 06/13/02 | MTM | Work on return of boxes of documents and organization of them at Cambridge. | 9.00 Hrs | $1,620.00 |
| 06/13/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM (.8). Update bankruptcy docket entries for RAM (.3). | 1.10 Hrs | $88.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/13/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/13/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.00 Hrs | $560.00 |
| 06/13/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 6.20 Hrs | $496.00 |
| 06/13/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.50 Hrs | $600.00 |
| 06/13/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.50 Hrs | $680.00 |
| 06/13/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/13/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 7.70 Hrs | $616.00 |
| 06/14/02 | DBM | Search for F. Eaton documents for production (1.8); discussion with MTM re: results (.2). | 2.00 Hrs | $380.00 |
| 06/14/02 | MTM | Continue work at Cambridge re: organization of boxes of documents and wind up of review (7.8). Conference with DBM re: search for F. Eaton documents at Winthrop Square (.2). | 8.00 Hrs | $1,440.00 |
| 06/14/02 | ARA | At Cambridge to oversee and inventory boxes going to Winthrop Square; oversee pick up of boxes by Walsh Movers from Cambridge (1.2); inventory boxes (2.5). Oversee review of documents (4.8). | 8.50 Hrs | $680.00 |
| 06/14/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/14/02 | FAO | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 9.00 Hrs | $720.00 |
| 06/14/02 | EDK | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 10.00 Hrs | $800.00 |
| 06/14/02 | MPS | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.20 Hrs | $656.00 |
| 06/14/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 9.00 Hrs | $720.00 |
| 06/14/02 | JDL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 8.00 Hrs | $640.00 |
| 06/14/02 | AP | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 5.20 Hrs | $416.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/14/02 | CB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square. | 5.00 Hrs | $400.00 |
| 06/16/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | RAM | Conferences with MTM re: boxes of mostly Eaton documents in Winthrop Square (.4). Review memoranda and documents for market share information (1.0). Review selected documents filed in bankruptcy court (.1). Revise updated docket entries to select documents to be printed (.1). Send letter to in-house counsel with documents re: market share information sent to Kirkland Ellis attorney previously (.1). | 1.70 Hrs | $357.00 |
| 06/17/02 | DBM | Review Eaton boxes at Winthrop Square. | 1.40 Hrs | $266.00 |
| 06/17/02 | MTM | Work on wind up of document review at Winthrop Square (2.4). Conferences with RAM re: Eaton boxes at Winthrop Square (.4); conference with DBM re: Eaton boxes at Winthrop Square (.1); review Eaton boxes at Winthrop Square to identify source and draft inventory for same (5.2). | 8.10 Hrs | $1,458.00 |
| 06/17/02 | ARA | Oversee review of documents (2.5). Discussion with MTM re: wrap up of review (.2); discussion with temporary paralegals re: same and answer questions (.3). | 3.00 Hrs | $240.00 |
| 06/17/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/17/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/17/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/17/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/17/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | MTM | Work on wind-up of document review at Winthrop Square (3.2). Complete inventory of Fred Eaton boxes of documents prior to their being reviewed (4.5). | 7.70 Hrs | $1,386.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/18/02 | ARA | Oversee review of documents (6.3). Discuss project with temporary paralegals (.8). Telephone conferences with Holme Roberts paralegal re: inventory list (.2); check box inventories (1.0). | 8.30 Hrs | $664.00 |
| 06/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/18/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/18/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/18/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.30 Hrs | $664.00 |
| 06/18/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/19/02 | RAM | Telephone call from and to MTM re: determining source of boxes of Eaton documents (.1). Telephone conferences with in-house counsel and MTM re: reviewing draft answers to fraudulent conveyance interrogatories (.1), whether certain in-house counsel memoranda are on privilege log, whether certain legal department files were reviewed and, if so, where are they now (.2). | 0.40 Hrs | $84.00 |
| 06/19/02 | MTM | Work on wind-up of document review at Winthrop Square (2.9). Email to Holme Roberts paralegal re: document review wind-up at Winthrop Square (.2). Telephone calls to/from RAM re: in-house counsel's files and issue of Grace market share (.1) and re: F. Eaton documents (.1). Review memos, etc. re: in-house counsel's file reviews in 1980s and current review (.1); conferences with DBM and RAM re: same (.2). Receipt and review of email from Holme Roberts paralegal re: in-house counsel's files (.1). | 3.70 Hrs | $666.00 |
| 06/19/02 | ARA | Oversee review of documents (4.1). Search for boxes sent from Cambridge and confirm they are at Winthrop Square (2.0); telephone call to Holme Roberts paralegal re: same (.1). | 6.20 Hrs | $496.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/19/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/19/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 6.50 Hrs | $520.00 |
| 06/19/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/19/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.80 Hrs | $544.00 |
| 06/19/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 2.70 Hrs | $216.00 |
| 06/20/02 | RAM | Read historical memos and correspondence between firm and Grace to try and identify a particular review of F. Eaton documents (.5). Conference with MTM re: same and re: market share issue (.2) and then conference call with in-house counsel, Kirkland Ellis attorney and MTM re: market share interrogatories (.7). | 1.40 Hrs | $294.00 |
| 06/20/02 | MTM | Work on document review wind-up at Winthrop Square (6.3). Conference with RAM re: Eaton documents (.2). Telephone call to in-house counsel and Kirkland Ellis attorney with RAM re: in-house counsel's documents and market share interrogatories (.7). Conference with ARA re: review of in-house counsel's documents in Cambridge tomorrow (.2). Prepare Fred Eaton materials for review (1.0). | 8.40 Hrs | $1,512.00 |
| 06/20/02 | ARA | Oversee review of documents (4.1). Organize Eaton boxes for initial review (1.3). Telephone call to Holme Roberts paralegal re: preparing in-house counsel's files for review in Cambridge (.2); meeting with MTM re: same (.2). Answer questions of paralegals re: review (1.0). | 6.80 Hrs | $544.00 |
| 06/20/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/20/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/20/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/20/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/20/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.90 Hrs | $632.00 |
| 06/20/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 2.00 Hrs | $160.00 |
| 06/21/02 | RAM | Conference with DBM re: in-house counsel's privileged document issue (.1); telephone call to and from MTM re: same (.1). Emails to/from in-house counsel re: same (.4). | 0.60 Hrs | $126.00 |
| 06/21/02 | DBM | Search for Eaton documents. | 1.30 Hrs | $247.00 |
| 06/21/02 | ARA | Oversee review of documents (3.3). Per MTM's instructions, review in-house counsel's documents in Cambridge re: fraudulent conveyance case (5.0). | 8.30 Hrs | $664.00 |
| 06/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/21/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/21/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/21/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/21/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/21/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/21/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 6.20 Hrs | $496.00 |
| 06/21/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |
| 06/24/02 | RAM | Conference with MTM re: location of privileged documents (.3). Telephone conferences with in-house counsel (.1) and Hoyle Morris attorney (.1) re: same. Review draft answer to interrogatories re: market share issue (.5); telephone conference with in-house counsel and MTM re: same (.3); telephone conference with in-house counsel and Kirkland Ellis attorney re: same (.3); locate and send Grace's standard objections to | 2.50 Hrs | $525.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Kirkland Ellis attorney (.1). Review R. Vining's testimony in Bentall and Privest re: market share (.6); fax Vining material to in house counsel (.1). Conference with MTM re: whether EPA will allow ledgers to be returned to W. Square for production (.1). | | |
| 06/24/02 | DBM | Work on draft answers to market share interrogatories. | 0.90 Hrs | $171.00 |
| 06/24/02 | MTM | Work on wind-up of document review at Winthrop Square (4.3). Receipt and review of draft response to market share interrogatories (.3). Conference with ARA re: Cambridge search for in house counsel's work product files re: market share interrogatories (.3). Conferences with RAM re: privileged documents (.3) and ledgers in Boulder (.1). Review sample ledger page index re: draft answers to market share interrogatories (.4). Telephone call with in-house counsel and RAM re: draft interrogatory answers re: market share (.3). Telephone call to Holme Roberts paralegal re: Onsite pick-up and drop-off this week (.2). | 6.20 Hrs | $1,116.00 |
| 06/24/02 | ARA | Oversee review of documents (2.9). Telephone calls from Holme Roberts paralegal and Reed Smith paralegal and telephone call to Onsite re: pick-up (.3). Discussion with temporary paralegals re: Eaton box review (.1). Review in house counsel's documents in Cambridge (4.2); conference with MTM re: same (.3). | 7.80 Hrs | $624.00 |
| 06/24/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/24/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/24/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.20 Hrs | $656.00 |
| 06/24/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/24/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/24/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/24/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/25/02 | MTM | Review and respond to email re: Onsite pick-up and drop-off this week (.4); telephone call to D. Croce at Cambridge re: available space in basement for additional Onsite boxes (.2); conference with ARA re: same (.3); telephone call to Reed Smith paralegal re: same (.2). Work on document review wind-up at Winthrop Square (.3). Conference with ARA re: last boxes to be shipped to Onsite and Cambridge this week (1.5). | 2.90 Hrs | $522.00 |
| 06/25/02 | ARA | Oversee review of documents (2.5). Conference with temporary paralegals re: final review of documents (.4). Search for, locate and deliver Vining deposition binders to RAM (.5). To Cambridge to oversee delivery of and inventory boxes shipped by Onsite (3.2); conferences with MTM re: same (1.8). Inventory boxes of documents to be picked up by Onsite at Winthrop Square (2.0). | 10.40 Hrs | $832.00 |
| 06/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/25/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 9.50 Hrs | $760.00 |
| 06/25/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 10.00 Hrs | $800.00 |
| 06/25/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.70 Hrs | $696.00 |
| 06/25/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/25/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/25/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/25/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 9.00 Hrs | $720.00 |
| 06/25/02 | CB | Review documents for production in Chapter 11 cases and to the EPA. | 3.00 Hrs | $240.00 |
| 06/26/02 | MTM | Meeting with paralegals at Winthrop Square re: wind-up of document review (2.3). Review list of last boxes sent to Onsite (.2). Telephone call to Holme Roberts paralegal re: box return to Cambridge yesterday (.2). Review lists of various categories of documents sent to Winthrop Square for review since start of project (1.7). Telephone call from Kirkland Ellis attorney re: categories of materials to be produced to plaintiffs in response to market share interrogatories (.5); telephone call to Holme | 7.00 Hrs | $1,260.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Roberts paralegal re: Sales Outside U.S. documents (.2); review property damage advertising materials and ledgers at Winthrop Square re: same (1.9). | | |
| 06/26/02 | ARA | Oversee review of documents (1.5). Oversee return of documents to Cambridge (7.0). | 8.50 Hrs | $680.00 |
| 06/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| 06/26/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 7.20 Hrs | $576.00 |
| 06/26/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/26/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/26/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 3.70 Hrs | $296.00 |
| 06/26/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | RAM | Conference with MTM re: nature and number of documents we can immediately offer to plaintiffs re: market share issue (.2). Review R. Vining's transcripts of testimony re: market share issue (3.8); telephone call to in-house counsel re: same (.1). | 4.10 Hrs | $861.00 |
| 06/27/02 | DBM | Search for documents on MK sales for market share information. | 0.60 Hrs | $114.00 |
| 06/27/02 | MTM | Conference with ARA re: wind-up of document review at Winthrop Square (.3). Conference with RAM re: market share interrogatories and what documents can be produced quickly (.2); review copies of property damage advertising boxes for responsiveness to plaintiff's interrogatory regarding coverage rate for each product (.3); telephone call to Kirkland Ellis attorney re: same (.2). Telephone call from in-house counsel requesting transcript of deposition and copies of two Libby Common Exhibits re: downtown Libby air sampling (.2); telephone call to ARA re: locating copy of transcript (.1); review Libby Common Exhibits to locate those requested by in-house counsel (.4); letter to in-house counsel re: same (.2). Review files to find original lists of boxes brought to Winthrop Square since start of project to compare against current Winthrop Square inventories (1.5). | 3.40 Hrs | $612.00 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/02 | ARA | Oversee inventory of documents at Winthrop Square (6.5); answer questions, re: same (.2); telephone conference with MTM re: same (.3). | 7.00 Hrs | $560.00 |
| 06/27/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/27/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/27/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 5.00 Hrs | $400.00 |
| 06/28/02 | RAM | Prepare memo summarizing R. Vining's testimony re: market share and other issues; fax memo to in-house counsel and telephone call from in-house counsel re: same (.3). Telephone conference with in-house counsel re: jury verdicts in asbestos-related personal injury cases (.1). | 0.40 Hrs | $84.00 |
| 06/28/02 | MTM | Continue to review various lists of categories of materials sent to Winthrop Square for review to compare to current inventories (2.0). Meeting with paralegals at Winthrop Square re: search for document in Sales Outside U.S. boxes regarding market share interrogatory answer (.9). Meeting with paralegals re: wind up of document review of Winthrop Square (2.4); work on Winthrop Square wind-up (2.2). | 7.50 Hrs | $1,350.00 |
| 06/28/02 | ARA | Oversee inventory of documents at Winthrop Square (6.5). Answer questions re: Onsite delivery (.3). | 6.80 Hrs | $544.00 |
| 06/28/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | FAO | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |
| 06/28/02 | EDK | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | MPS | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | EKL | Review documents for production in Chapter 11 cases and to the EPA. | 4.00 Hrs | $320.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/28/02 | JDL | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 06/28/02 | AP | Review documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 06/28/02 | WDH | Review documents for production in Chapter 11 cases and to the EPA. | 8.50 Hrs | $680.00 |
| | | TOTAL LEGAL SERVICES | | $144,092.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 13.20 Hrs | 210/hr | $2,772.00 |
| DONNA B. MACKENNA | 6.20 Hrs | 190/hr | $1,178.00 |
| MATTHEW T. MURPHY | 129.10 Hrs | 180/hr | $23,238.00 |
| ANGELA R. ANDERSON | 147.20 Hrs | 80/hr | $11,776.00 |
| JOSEPH K. WINRICH | 1.10 Hrs | 80/hr | $88.00 |
| GARY R. BELLINGER | 154.00 Hrs | 80/hr | $12,320.00 |
| FRANK O. ASHENUGA | 190.00 Hrs | 80/hr | $15,200.00 |
| EUGENE D. KRASS | 189.10 Hrs | 80/hr | $15,128.00 |
| MARIA PATRACEA SCIALLA | 163.90 Hrs | 80/hr | $13,112.00 |
| EDWARD K. LAW | 159.00 Hrs | 80/hr | $12,720.00 |
| JAMES D. LEAVER | 144.00 Hrs | 80/hr | $11,520.00 |
| AMY PREBLE | 147.60 Hrs | 80/hr | $11,808.00 |
| W. DOUG HOEY | 103.00 Hrs | 80/hr | $8,240.00 |
| CHRIS BROWN | 62.40 Hrs | 80/hr | $4,992.00 |
| | 1,609.80 Hrs | | $144,092.00 |

TOTAL THIS BILL        $144,092.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44882
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
with Preparation of Fee Applications

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/23/02 | RAM | Work on May fee application. | 0.20 Hrs | $42.00 |
| 06/24/02 | RAM | Review Order of Fee Auditor and begin to collect information to respond to his questions. | 0.20 Hrs | $42.00 |
| 06/27/02 | RAM | Telephone call to and telephone call from W. Smith re: his Interim Report (.4). Work on fee application for May (.6). | 1.00 Hrs | $210.00 |
| 06/27/02 | MTM | Telephone conference with RAM and Warren Smith re: fee auditor's report. | 0.40 Hrs | $72.00 |
| 06/28/02 | RAM | Emails to and from W. Smith re: his interim report and "lumping" issues, in particular (.2). Conference with DBM re: her time entries re: MK white paper (.1) and begin work to respond to fee auditor's questions (.3). Work on May fee application (1.1). | 1.70 Hrs | $357.00 |

David B. Siegel

|  | | | TOTAL LEGAL SERVICES | $723.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.10 Hrs | 210/hr | $651.00 |
|---|---|---|---|
| MATTHEW T. MURPHY | 0.40 Hrs | 180/hr | $72.00 |
| | 3.50 Hrs | | $723.00 |

TOTAL THIS BILL    $723.00

## EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 1, 2002

Bill Number  44883
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

MISCELLANEOUS

| | | |
|---|---|---|
| 06/11/02   RECORDKEEPER ARCHIVE - Monthly storage (6/02) | 508.80 | |
| | | $508.80 |
| TOTAL DISBURSEMENTS | | $508.80 |
| TOTAL THIS BILL | | $508.80 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 1, 2002

Bill Number  44884
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through June 30, 2002

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| Date | | Number | | Amount |
|---|---|---|---|---|
| 06/03/02 | 329 | 3038660408 | | 0.48 |
| 06/04/02 | 329 | 3038660372 | | 0.33 |
| 06/09/02 | 357 | 3038660200 | | 1.38 |
| 06/24/02 | 357 | 3128612200 | | 0.46 |
| 06/24/02 | 357 | 5613621554 | | 0.36 |
| 06/24/02 | 357 | 3026525338 | | 0.92 |
| 06/26/02 | 329 | 3128612490 | | 2.93 |
| 06/28/02 | 357 | 3026525338 | | 0.46 |
| 06/30/02 | | | | 1.36 |
| | | | | $8.68 |

EXCESS POSTAGE

| 06/05/02 | 3.95 |
|---|---|
| | $3.95 |

FEDERAL EXPRESS

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 06/10/02 | To Holme Roberts Attorney from MTM on 5/29/02 | 75.04 | |
| 06/14/02 | To David W. Carickhoff, Esq. from RAM dated May 30, 2002. | 12.42 | |
| | | | $87.46 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|---:|---:|
| 06/11/02 | WALSH MOVERS INC. - Shipment of boxes from Cambridge to WSQ for review on 5/22/02 | 312.00 | |
| 06/11/02 | WALSH MOVERS INC. - shipment of boxes from Cambridge to WSQ for review on 5/9/02 | 495.00 | |
| | | | $807.00 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 06/11/02 | MERRILL CORPORATION - 3000 Red Stop Sheets for document review (invoice dated 5/15/02) | 252.00 | |
| 06/11/02 | MERRILL CORPORATION - 3000 Red Stop Sheets for document review (invoice dated 5/24/02) | 252.00 | |
| 06/11/02 | MERRILL CORPORATION - 1 copy of box of Libby Real Estate files requested for defense of cost recovery action | 685.86 | |
| | | | $1,189.86 |

PHOTOCOPYING

| | | |
|---|---|---:|
| 06/03/02 | 4 copies | 0.48 |
| 06/04/02 | 16 copies | 1.92 |
| 06/06/02 | 2 copies | 0.24 |
| 06/07/02 | 6 copies | 0.72 |
| 06/07/02 | 5 copies | 0.60 |
| 06/17/02 | 30 copies | 3.60 |
| 06/17/02 | 2 copies | 0.24 |
| 06/19/02 | 1 copy | 0.12 |
| 06/19/02 | 7 copies | 0.84 |
| 06/20/02 | 9 copies | 1.08 |
| 06/20/02 | 1 copy | 0.12 |
| 06/20/02 | 48 copies | 5.76 |
| 06/20/02 | 15 copies | 1.80 |
| 06/25/02 | 1 copy | 0.12 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---|
| 06/26/02 | 11 copies | 1.32 |
| 06/26/02 | 2 copies | 0.24 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 1 copy | 0.12 |
| 06/27/02 | 2 copies | 0.24 |
| 06/27/02 | 8 copies | 0.96 |
| 06/27/02 | 2 copies | 0.24 |
| 06/28/02 | 3 copies | 0.36 |

$21.36

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 06/28/02 | Rent and utilities for document repository at One Winthrop Square - July 2002 | 12,378.50 |

$12,378.50

TOTAL DISBURSEMENTS    $14,496.81

TOTAL THIS BILL    $14,496.81

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 6th day of August, 2002 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

### Summary of the Ninth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:48623.5

**Litigation Counsel to Debtors for the Period from June 1, 2002 through June 30, 2002**

**Fee Detail for Casner & Edwards, LLP's Ninth Monthly Fee Application for the Period from June 1, 2002 through June 30, 2002**

Dated: August 6, 2002

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this _14th_ day of August, 2002

_Mary Ritchie Johnson_
Notary Public
My Commission Expires: _9-12-02_

DOCS_DE:48623.5

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

dcarickhoff@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and
jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP


*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP


*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966.  Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.      I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Third Quarterly Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Third Quarterly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  August 12, 2002

Robert A. Murphy

219310