**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA 33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

———————

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

WR Grace-Official Committee of Prope                                                              August 13, 2002

                                                                                                                   Invoice #  56308

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH June 30, 2002

                                                                                                                    Atty - SLB
          RE:    01- Case Administration                                                         Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/03/02 | BAB | 0.50 | 30.00 | Update docket (.3); download hearing agenda (.2) |
| 06/04/02 | JMS | 1.00 | 235.00 | E-mail to T. Tacconelli regarding PD claimant's contact information (.2); review draft order regarding PI claims briefing schedule (.3); review letter from M. Hankin regarding PD claims (.3); review news article from American Lawyer regarding asbestos bankruptcies (.2). |
| 06/04/02 | SJA | 0.30 | 30.00 | Telephone conference with L. Robinson regarding scanning of pleading binders (.1); prepare binders for scanning (.2). |
| 06/05/02 | JMS | 2.00 | 470.00 | Telephone call to M. Hankin regarding PD claims (.2); review docket (.2); research comparable mass-tort debtors information (1.6). |
| 06/05/02 | BAB | 0.60 | 36.00 | Complete hearing notebook (.4); update docket (.2) |
| 06/06/02 | BAB | 0.60 | 36.00 | Update docket (.2); download files (.4). |
| 06/10/02 | JMS | 1.20 | 282.00 | Begin reviewing case law regarding 502(c) issues (1.2). |
| 06/10/02 | BAB | 0.60 | 36.00 | Update docket (.2); download files (.4). |
| 06/11/02 | SLB | 0.30 | 135.00 | Conference with J. Sakalo regarding debtors' website deficiencies and corrective action (.3). |
| 06/11/02 | JMS | 0.40 | 94.00 | Conference with S. Baena regarding website deficiencies (.30); continue review and analysis of 502(c) case law (.10). |
| 06/12/02 | JMS | 0.70 | 164.50 | Review 5/31/02 Armstrong hearing transcript for impact on PD claims (.5); review certification of counsel regarding PI estimation schedule (.2). |
| 06/12/02 | BAB | 0.60 | 36.00 | Prepare and organize hearing notebook and index (.1); download case law (.5) |
| 06/13/02 | BAB | 0.20 | 12.00 | Update docket (.2) |
| 06/14/02 | JMS | 0.50 | 117.50 | Telephone conference with C. Cobb regarding Vermiculite claims (.2); telephone conference with S. Batorson and D. Scott regarding meeting with Debtors, hearing attendance (.3). |
| 06/14/02 | BAB | 0.20 | 12.00 | Update docket (.2) |
| 06/17/02 | JMS | 0.10 | 23.50 | Telephone conference with G. Boyer regarding 6/18 hearing (.1). |
| 06/17/02 | BAB | 0.20 | 12.00 | Update docket (.2) |
| 06/18/02 | LMF | 0.90 | 90.00 | Compile copies of Reed Smith December billing statements and Kirkland & Ellis's summary of rates and submit to committee member via facsimile (.9). |
| 06/18/02 | JMS | 0.70 | 164.50 | Telephone conference with D. Speights regarding results of omnibus hearing (.4); telephone conference with S. Baena regarding same (.3). |
| 06/18/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 06/19/02 | JMS | 0.80 | 188.00 | Telephone conference with C. Cobb regarding asbestos in Vermiculite (.4); telephone call to P. Delay regarding status of PD issues (.4). |
| 06/19/02 | BAB | 0.50 | 30.00 | Maintain scanning project (.5). |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/20/02 | SLB | 5.20 | 2,340.00 | Preparation of motion for clarification regarding bar date motion including discussion with D. Speights and J. Sakalo regarding same and review of pertinent court documents and email to and from D. Scott and D. Speights regarding same (5.2). |
| 06/20/02 | JMS | 1.10 | 258.50 | Revise motion to clarify bar date order as it relates to notice to attorneys and certification (.5); telephone conference with P. Delay regarding class certification issues in Armstrong (.3); telephone conference with M. Boyer thereon (.3). |
| 06/20/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 06/21/02 | SLB | 1.40 | 630.00 | Telephone call from M. Dies regarding briefing on missed meeting (.2); revise motion for clarification and emails from and to D. Speights and T. Taconnelli regarding same (.9); email from and to J. Baer regarding same (.3). |
| 06/21/02 | JMS | 1.50 | 352.50 | Finalize motion for clarification and multiple telephone conferences with T. Tacconelli and R. Miller thereon (1.2); telephone conference with G. Boyer regarding results of committee call and asbestos bankruptcy list (.3). |
| 06/21/02 | BAB | 3.20 | 192.00 | Update docket (.2); update Critical Schedules and Deadlines (3.0). |
| 06/22/02 | JMS | 0.20 | 47.00 | Review PI estimation brief at request of committee member(.2). |
| 06/24/02 | SLB | 3.00 | 1,350.00 | Email to J. Baer regarding access to claims register (.1); review Debtor's Supplemental Brief and extensive exhibits regarding personal injury claims litigation (2.7); email to D. Speights regarding trustee and settlement discussions (.2). |
| 06/24/02 | BAB | 0.50 | 30.00 | Organize files from Kinsella and Hilsee depositions (.3); update docket (.2). |
| 06/25/02 | SLB | 0.70 | 315.00 | Telephone call from M. Dies regarding status of various matters, meeting with Fresenius and meeting with debtor (.7) telephone call from D. Speights regarding same (.2). |
| 06/25/02 | LMF | 0.60 | 60.00 | Create spreadsheet/chart for experts and professionals invoices and/or statements (.6). |
| 06/25/02 | BAB | 1.50 | 90.00 | Update schedules/deadlines calendar (1.0); update docket (.2); download files (.3). |
| 06/26/02 | SLB | 0.40 | 180.00 | Letter from and to M. Hankin regarding property damage claim of Franklin Arsenal (.4). |
| 06/26/02 | JMS | 0.70 | 164.50 | Review/revise all critical dates calendar (.7). |
| 06/26/02 | BAB | 1.40 | 84.00 | Update docket (.2); edit and update schedule/deadline calendar (1.2). |
| 06/27/02 | JMS | 0.90 | 211.50 | E-mail to T. Tacconelli regarding transcript (.2); e-mails from/to D. Scott regarding motion for leave to appeal (.7). |
| 06/27/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 06/28/02 | BAB | 0.20 | 12.00 | Update docket (.2). |

**PROFESSIONAL SERVICES** $8,587.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/01/02 | Long Distance Telephone(302) 575-1555 | 10.82 |
| 06/03/02 | Photocopies  386.00pgs @ .15/pg | 57.90 |
| 06/04/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 06/04/02 | Long Distance Telephone(843) 216-9146 | 2.03 |
| 06/04/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 06/04/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249717 DATE: 6/11/02 | 12.37 |
| 06/04/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249717 DATE: 6/11/02 | 10.94 |
| 06/04/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249717 DATE: 6/11/02 | 22.45 |
| 06/05/02 | Photocopies  7.00pgs @ .15/pg | 1.05 |
| 06/05/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 06/05/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 06/05/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 06/05/02 | Long Distance Telephone(509) 455-9555 | 3.38 |
| 06/05/02 | Long Distance Telephone(215) 537-8400 | 2.03 |
| 06/06/02 | Telecopies  10.00pgs @ .50/pg | 5.00 |
| 06/06/02 | Long Distance Telephone(803) 943-4444 | 0.68 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/06/02 | Long Distance Telephone(843) 524-5708 | 6.09 |
| 06/06/02 | Long Distance Telephone(803) 943-8094 | 1.35 |
| 06/06/02 | Long Distance Telephone(617) 720-5015 | 0.68 |
| 06/06/02 | Long Distance Telephone-Outside ServicesVENDOR: AT&T TELECONFERENCE SERVICES; INVOICE#: 07/01/02; DATE: 7/1/02 - ACCT.#35648239-00001 | 247.77 |
| 06/07/02 | Telecopies    2.00pgs @ .50/pg | 1.00 |
| 06/07/02 | Telecopies    20.00pgs @ .50/pg | 10.00 |
| 06/07/02 | Long Distance Telephone(617) 720-5000 | 1.35 |
| 06/07/02 | Long Distance Telephone(617) 720-5015 | 0.68 |
| 06/07/02 | Long Distance Telephone(409) 883-3028 | 3.38 |
| 06/07/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 06/07/02 | Long Distance Telephone(843) 216-9109 | 1.35 |
| 06/07/02 | Long Distance Telephone(617) 720-5000 | 4.06 |
| 06/07/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 06/07/02 | Long Distance Telephone(617) 720-5000 | 1.35 |
| 06/07/02 | Long Distance Telephone(803) 943-8094 | 1.35 |
| 06/07/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 06/10/02 | Telecopies    10.00pgs @ .50/pg | 5.00 |
| 06/10/02 | Long Distance Telephone(214) 722-0081 | 1.35 |
| 06/10/02 | Long Distance Telephone(312) 861-2000 | 1.35 |
| 06/11/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 06/11/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 06/11/02 | Long Distance Telephone(302) 575-1555 | 5.41 |
| 06/11/02 | Long Distance Telephone(312) 861-2000 | 2.71 |
| 06/12/02 | Photocopies  82.00pgs @ .15/pg | 12.30 |
| 06/12/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 06/12/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 06/12/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 06/12/02 | Long Distance Telephone(617) 720-5000 | 1.35 |
| 06/12/02 | Long Distance Telephone(803) 943-3319 | 1.35 |
| 06/12/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 961249727 DATE: 6/19/02 | 28.14 |
| 06/12/02 | Photocopies - Outside ServiceVENDOR: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1392; DATE: 6/12/02 - Client #15537 | 638.44 |
| 06/13/02 | Long Distance Telephone(803) 943-4444 | 12.85 |
| 06/14/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 06/14/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 06/14/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249730 DATE: 6/26/02 | 10.94 |
| 06/14/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249730 DATE: 6/26/02 | 10.05 |
| 06/14/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249730 DATE: 6/26/02 | 9.69 |
| 06/17/02 | Long Distance Telephone(803) 943-4599 | 1.35 |
| 06/17/02 | Long Distance Telephone(409) 883-4814 | 1.35 |
| 06/17/02 | Long Distance Telephone(302) 426-1189 | 1.35 |
| 06/17/02 | Long Distance Telephone(202) 862-5065 | 1.35 |
| 06/17/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 06/17/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 06/17/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 06/18/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 06/18/02 | Photocopies  14.00pgs @ .15/pg | 2.10 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/18/02 | Telecopies   38.00pgs @ .50/pg | 19.00 |
| 06/18/02 | Long Distance Telephone(214) 698-3868 | 7.44 |
| 06/18/02 | Long Distance Telephone(302) 575-1555 | 7.44 |
| 06/18/02 | Long Distance Telephone(617) 720-5015 | 2.71 |
| 06/18/02 | Long Distance Telephone(843) 524-5708 | 14.88 |
| 06/18/02 | Long Distance Telephone(302) 575-1555 | 8.12 |
| 06/18/02 | Long Distance Telephone(302) 426-1189 | 0.68 |
| 06/18/02 | Long Distance Telephone(843) 524-5708 | 10.82 |
| 06/18/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249732 DATE: 6/27/02 | 18.33 |
| 06/19/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 06/19/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 06/19/02 | Long Distance Telephone(212) 946-9432 | 2.71 |
| 06/19/02 | Long Distance Telephone(302) 426-1189 | 1.35 |
| 06/19/02 | Long Distance Telephone(215) 568-6060 | 0.68 |
| 06/20/02 | Photocopies  22.00pgs @ .15/pg | 3.30 |
| 06/20/02 | Telecopies   54.00pgs @ .50/pg | 27.00 |
| 06/20/02 | Telecopies   46.00pgs @ .50/pg | 23.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/20/02 | Long Distance Telephone(212) 813-1703 | 0.68 |
| 06/20/02 | Long Distance Telephone(212) 813-0580 | 2.71 |
| 06/20/02 | Long Distance Telephone(212) 813-0580 | 2.71 |
| 06/20/02 | Long Distance Telephone(215) 569-2694 | 4.06 |
| 06/20/02 | Long Distance Telephone(803) 943-4444 | 11.50 |
| 06/20/02 | Long Distance Telephone(509) 747-2323 | 0.68 |
| 06/20/02 | Long Distance Telephone(415) 956-1008 | 0.68 |
| 06/20/02 | Long Distance Telephone(617) 720-5015 | 0.68 |
| 06/20/02 | Long Distance Telephone(843) 216-9440 | 1.35 |
| 06/20/02 | Long Distance Telephone(302) 575-1555 | 5.41 |
| 06/20/02 | Long Distance Telephone(415) 989-1801 | 1.35 |
| 06/20/02 | Long Distance Telephone(973) 538-1984 | 0.68 |
| 06/20/02 | Long Distance Telephone(973) 367-4955 | 1.35 |
| 06/20/02 | Long Distance Telephone(409) 883-4814 | 2.71 |
| 06/20/02 | Long Distance Telephone(803) 943-4084 | 17.59 |
| 06/20/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2062311649; DATE: 6/23/02 - ACCT.#BILZIN01 | 67.24 |
| 06/21/02 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 06/21/02 | Photocopies  13.00pgs @ .15/pg | 1.95 |
| 06/21/02 | Photocopies  10.00pgs @ .15/pg | 1.50 |
| 06/21/02 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 06/21/02 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 06/21/02 | Telecopies   64.00pgs @ .50/pg | 32.00 |
| 06/21/02 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 06/21/02 | Long Distance Telephone(803) 943-4599 | 7.44 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/21/02 | Long Distance Telephone(803) 943-4599 | 2.71 |
| 06/21/02 | Long Distance Telephone(310) 645-8999 | 8.12 |
| 06/21/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 06/21/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 06/21/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 06/21/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 06/21/02 | Long Distance Telephone(843) 216-9000 | 1.35 |
| 06/21/02 | Long Distance Telephone(212) 594-5300 | 2.03 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 10.94 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 12.37 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 10.94 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 12.37 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 12.37 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 11.12 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 11.48 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 11.48 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 11.48 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 10.94 |
| 06/21/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249736 DATE: 7/2/02 | 11.12 |
| 06/22/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 06/22/02 | Long Distance Telephone(803) 943-4084 | 14.21 |
| 06/24/02 | Photocopies  265.00pgs @ .15/pg | 39.75 |
| 06/24/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 06/24/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249737 DATE: 7/8/02 | 16.08 |
| 06/24/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249737 DATE: 7/8/02 | 10.94 |
| 06/24/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249737 DATE: 7/8/02 | 20.19 |
| 06/25/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 06/25/02 | Telecopies    10.00pgs @ .50/pg | 5.00 |
| 06/25/02 | Postage | 0.57 |
| 06/25/02 | Long Distance Telephone(214) 722-0081 | 4.06 |
| 06/26/02 | Photocopies  8.00pgs @ .15/pg | 1.20 |
| 06/26/02 | Photocopies  8.00pgs @ .15/pg | 1.20 |
| 06/26/02 | Photocopies  167.00pgs @ .15/pg | 25.05 |
| 06/26/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 06/26/02 | Photocopies  9.00pgs @ .15/pg | 1.35 |
| 06/26/02 | Photocopies  111.00pgs @ .15/pg | 16.65 |
| 06/26/02 | Postage | 0.57 |
| 06/26/02 | Long Distance Telephone(843) 216-9000 | 1.35 |
| 06/27/02 | Photocopies  11.00pgs @ .15/pg | 1.65 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/27/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 06/27/02 | Telecopies  22.00pgs @ .50/pg | 11.00 |
| 06/27/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 06/27/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 06/27/02 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 06/27/02 | Long Distance Telephone(409) 883-4814 | 7.44 |
| 06/27/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 06/27/02 | Long Distance Telephone(843) 216-9000 | 1.35 |
| 06/27/02 | Long Distance Telephone(617) 217-2090 | 1.35 |
| 06/27/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 06/27/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2063011798; DATE: 6/30/02 - ACCT.#BILZIN01 | 7.84 |
| 06/28/02 | Long Distance Telephone(409) 883-7136 | 32.47 |
| 06/28/02 | Long Distance Telephone(803) 943-4084 | 75.09 |
| 06/28/02 | Long Distance Telephone(409) 883-7136 | 1.35 |
| 06/28/02 | Long Distance Telephone(409) 883-7136 | 1.35 |
| 06/28/02 | Long Distance Telephone(803) 943-4444 | 10.15 |

**TOTAL COSTS ADVANCED**  $2,029.76

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 11.00 | 450.00 | $4,950.00 |
| Sakalo, Jay M | 11.80 | 235.00 | $2,773.00 |
| Flores, Luisa M | 1.50 | 100.00 | $150.00 |
| Anderson, Silvia J | 0.30 | 100.00 | $30.00 |
| Baena, Brad  11.40 | 60.00 | $684.00 | |
| TOTAL | 36.00 | | $8,587.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $178.20 |
| Photocopies - Outside Service | $638.44 |
| Telecopies | $219.00 |
| Federal Express | $296.73 |
| Long Distance Telephone | $373.40 |
| Long Distance Telephone-Outside Services | $322.85 |
| Postage | $1.14 |
| TOTAL | $2,029.76 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  $10,616.76

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 02 - Debtors' Business Operations |  | Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/19/02 | SLB | 0.20 | 90.00 | Interoffice conference with J. Sakalo regarding objection to KERP (.2). |
| 06/19/02 | JMS | 1.00 | 235.00 | Begin review of KERP motion and discuss same with S. Baena (.4); review and analysis of Grace's motion to assume and assign a prime sublease (.6). |
| 06/20/02 | JMS | 1.50 | 352.50 | Telephone conference with G. Boyer regarding new KERP program (.3); review existing program (1.2). |
| 06/21/02 | SLB | 0.30 | 135.00 | Review April 2002 operating report (.3). |
| 06/26/02 | JMS | 0.40 | 94.00 | Conferences with B.Lapides regarding KERP research (.4). |
| 06/26/02 | BL | 4.70 | 658.00 | Research regarding key employee retention plans and doctrine of necessity. |
| 06/30/02 | JMS | 3.80 | 893.00 | Begin draft response and objection to KERP (3.8). |

**PROFESSIONAL SERVICES**  $2,457.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 450.00 | $225.00 |
| Sakalo, Jay M | 6.70 | 235.00 | $1,574.50 |
| Lapides, Barry | 4.70 | 140.00 | $658.00 |
| *TOTAL* | *11.90* |  | *$2,457.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  **$2,457.50**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 03 - Creditors Committee | Client No. 74817/15539 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 06/06/02 | JMS | 0.70 | 164.50 | Committee conference call (.5); prepare therefor (.2). |
| 06/06/02 | BG | 1.00 | 140.00 | Participate in W.R. Grace Creditors' Committee Meeting. |
| 06/07/02 | BG | 1.00 | 140.00 | Draft minutes of W.R. Grace Creditors' Committee. |
| 06/11/02 | JMS | 0.40 | 94.00 | Revise draft minutes of committee meeting (.4). |
| 06/13/02 | JMS | 0.90 | 211.50 | Prepare for committee call, including review of pending issues in Main case and fraudulent transfer (.4); committee call (.5). |
| 06/13/02 | BG | 0.50 | 70.00 | Participate in W.R. Grace Creditors' Committee Meeting. |
| 06/17/02 | BG | 0.60 | 84.00 | Draft minutes of W.R. Grace Creditors' Committee Meeting. |
| 06/20/02 | SLB | 1.00 | 450.00 | Committee meeting (1.0). |
| 06/20/02 | JMS | 1.70 | 399.50 | Prepare for and attend committee call (1.7). |

**PROFESSIONAL SERVICES**   $1,753.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | 450.00 | $450.00 |
| Sakalo, Jay M | 3.70 | 235.00 | $869.50 |
| Greenspoon, Brian | 3.10 | 140.00 | $434.00 |
| *TOTAL* | *7.80* |  | *$1,753.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**   **$1,753.50**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:   07 - Applicant's Fee Application                                               Client No. 74817/15543

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 06/05/02 | LMF | 0.80 | 80.00 | Follow up with accounting regarding reimbursement to committee members for expenses (.4); emails to D. Speights regarding same (.4). |
| 06/10/02 | JMS | 1.00 | 235.00 | Revise prebill (1.0). |
| 06/14/02 | LMF | 1.40 | 140.00 | Submit reimbursement checks to all committee members (.9); review edits to April statement (5). |
| 06/14/02 | JMS | 0.30 | 70.50 | Letter to W. Smith regarding stipulation with UST regarding objection to fees (.3). |
| 06/17/02 | LMF | 0.50 | 50.00 | Edits to prebill for Bilzin (.2); reconcile payment for February for Bilzin and professionals (.3). |
| 06/18/02 | JMS | 0.50 | 117.50 | Telephone conference with W. Smith regarding initial report on Bilzin application (.1); review fee auditor's initial report regarding Fourth Quarterly Fee Application (.4). |
| 06/19/02 | LMF | 0.30 | 30.00 | Prepare notice and summary for April statement of Bilzin (.3). |
| 06/21/02 | SLB | 0.20 | 90.00 | Review fee application for Bilzin auditor's report on Bilzin fees (.2). |
| 06/22/02 | JMS | 1.50 | 352.50 | Draft response to fee auditors' initial response regarding 4th fee application (1.5). |
| 06/23/02 | JMS | 1.00 | 235.00 | Revise and finalize April pre-bill (1.0). |
| 06/24/02 | SLB | 0.90 | 405.00 | Review Examiner's report and revise letter to Examiner regarding Bilzin fees (.9). |
| 06/24/02 | LMF | 1.30 | 130.00 | Compile hard copies of statements from June, July and August of 2001 and submit to Warren Smith (.7); finalize notice and summary for April statement (.6). |
| 06/26/02 | LMF | 0.30 | 30.00 | Prepare reimbursement for PD Committee members (.3). |
| 06/27/02 | LMF | 0.50 | 50.00 | Revise and finalize application for PD Committee members for May (.5). |

**PROFESSIONAL SERVICES**                                                                         $2,015.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.10 | 450.00 | $495.00 |
| Sakalo, Jay M | 4.30 | 235.00 | $1,010.50 |
| Flores, Luisa M | 5.10 | 100.00 | $510.00 |
| *TOTAL* | *10.50* | | *$2,015.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$2,015.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
|  | Atty - SLB |
| RE: 08 - Court Appearances | Client No. 74817/15544 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/18/02 | SLB | 3.00 | 1,350.00 | Omnibus hearing (3.0). |

**PROFESSIONAL SERVICES** $1,350.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.00 | 450.00 | $1,350.00 |
| *TOTAL* | *3.00* |  | *$1,350.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,350.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 10 - Travel |  |  | Client No. 74817/15546 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/05/02 | RWT | 3.80 | 1,482.00 | Travel to Newark (7.6) |
| 06/06/02 | RWT | 2.20 | 858.00 | Travel to Miami (4.4) |
| 06/07/02 | JK | 1.00 | 260.00 | Car travel to and from W.R. Grace offices in Boca Raton for insurance coverage meeting (2.0). |
| 06/13/02 | RWT | 2.20 | 858.00 | Travel to Newark (4.4). |
| 06/14/02 | RWT | 2.10 | 819.00 | Travel home (4.2). |
| 06/18/02 | SLB | 2.50 | 1,125.00 | Return to Miami (5.0). |

**PROFESSIONAL SERVICES** $5,402.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/03/02 | AirfareTAXI FARES - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/21/02; DATE: 6/21/02 - CLIENTS | 15.00 |
| 06/05/02 | AirfareVENDOR: TRAVEL VENTURES; INVOICE#: 87473; DATE: 6/5/02 - CLIENT - 15547 TRAVEL TO NEWARK | 545.50 |
| 06/07/02 | Fares, Mileage, ParkingTRAVEL TO BOCA RATON, FL - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-06/07/02; DATE: 6/7/02 - CLIENT - 74817-15547 | 45.90 |
| 06/07/02 | MealsTRAVEL TO BOCA RATON, FL - VENDOR: JORDAN M. KEUSCH; INVOICE#: JMK-06/07/02; DATE: 6/7/02 - CLIENT - 74817-15547 | 26.17 |
| 06/13/02 | AirfareTRAVEL TO NEWARK - VENDOR: TRAVEL VENTURES; INVOICE#: 87607; DATE: 6/13/02 - CLIENT - 15547 | 545.50 |
| 06/17/02 | AirfareTRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/17/02; DATE: 6/17/02 - CLIENTS | 540.00 |
| 06/17/02 | Fares, Mileage, ParkingTAXI CABS- TRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/17/02; DATE: 6/17/02 - CLIENTS | 28.00 |
| 06/17/02 | Meals TRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/17/02; DATE: 6/17/02 - CLIENTS | 25.25 |
| 06/17/02 | Lodging TRAVEL TO DELAWARE - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/17/02; DATE: 6/17/02 - CLIENTS | 132.49 |
| 06/26/02 | AirfareTRAVEL TO WASHINGTON, DC - VENDOR: TRAVEL VENTURES; INVOICE#: 87802; DATE: 6/26/02 - CLIENT - 15547 | 238.00 |
| 06/28/02 | Airfare07/02/02 - TRAVEL TO WASHINGTON, D.C - VENDOR: TRAVEL VENTURES; INVOICE#: 87844; DATE: 6/28/02 - CLIENT - 15547 | 432.50 |
| 06/28/02 | AirfareTRAVEL 07/08/02 TO NEW YORK - VENDOR: TRAVEL VENTURES; INVOICE#: 87845; DATE: 6/28/02 - CLIENT - 15547 | 1,693.50 |
| 06/30/02 | AirfareTRAVEL TO NC, WASHINGTON, D.C. - VENDOR: TRAVEL VENTURES; INVOICE#: 87843; DATE: 6/28/02 - CLIENT - 15547 | 1,280.00 |

**TOTAL COSTS ADVANCED** $5,547.81

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.50 | 450.00 | $1,125.00 |
| Turken, Robert W | 10.30 | 390.00 | $4,017.00 |
| Keusch, Jordan | 1.00 | 260.00 | $260.00 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

*TOTAL* | *13.80* | *$5,402.00*

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $5,290.00 |
| Fares, Mileage, Parking | $73.90 |
| Lodging | $132.49 |
| Meals | $51.42 |
| TOTAL | $5,547.81 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$10,949.81**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting |  |  | Client No. 74817/15563 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/03/02 | JMS | 0.20 | 47.00 | E-mail from D. Carickhoff regarding ZAI schedule (.2). |
| 06/03/02 | MPC | 1.90 | 665.00 | Review materials from Bankruptcy Court; review Region 8, EPA Libby website. |
| 06/04/02 | MPC | 2.30 | 805.00 | Review property damage claimant's memorandum and motion; review Zonolite information. |
| 06/05/02 | SLB | 0.30 | 135.00 | Telephone call from D. Scott regarding ZAI response (.2); interoffice conference with J. Sakalo regarding ZAI response (.1). |
| 06/05/02 | JMS | 7.00 | 1,645.00 | Draft motion to retain ZAI Special Counsel (6.5); conference with M. Coglianese regarding ZAI issues (.4); telephone conference with S. Baena, D. Scott regarding ZAI proposal (.2); review draft thereof and conference with S. Baena thereon (.3); review docket in preparation for hearing (.2). |
| 06/05/02 | MPC | 0.40 | 140.00 | Conference with J. Sakalo regarding ZAI claims. |
| 06/06/02 | SLB | 0.60 | 270.00 | Review revised motion to retain ZAI special counsel (.4); telephone call to J. Sakalo regarding committee meeting concerning ZAI special counsel, etc. (.2). |
| 06/06/02 | JMS | 4.00 | 940.00 | Telephone conference with D. Speights regarding ZAI counsel papers (.4); telephone conference with S. Baena regarding same (.2); revise motion for retention of counsel (1.3); receive, review and respond to multiple e-mails regarding motion from ZAI counsel (1.0); revise draft affidavit of counsel thereon (.5) conference with M. Coglianese regarding special counsel retention (.2). |
| 06/06/02 | MPC | 0.20 | 70.00 | Conference with J. Sakalo regarding special counsel (.2). |
| 06/07/02 | SLB | 0.50 | 225.00 | Revise motion for appointment of ZAI special counsel (.5). |
| 06/07/02 | JMS | 5.80 | 1,363.00 | Continue review of motion for special counsel and finalize same, including incorporation of comments from committee, telephone conference with multiple committees thereon, revisions of affidavits, preparation of form order. |
| 06/10/02 | JMS | 0.20 | 47.00 | Review certification of counsel regarding ZAI order (.2). |
| 06/11/02 | SLB | 1.00 | 450.00 | Conference with J. Sakalo regarding meeting with debtors and ZAI special counsel and email to T. Sobol and D. Scott regarding same (.6); review Debtor's objections to ZAI claims (.4). |
| 06/11/02 | JMS | 1.10 | 258.50 | Review Debtor's omnibus objection to ZAI claims and e-mail to Committee thereon (1.0); conference with S. Baena regarding meeting with the Debtors to discuss budget, scope of trial (.1). |
| 06/11/02 | JMS | 0.90 | 211.50 | E-mail to committee regarding omnibus objection to ZAI claims (.5); e-mail to committee regarding proposed budget (.4). |
| 06/12/02 | SLB | 0.40 | 180.00 | Emails to and from T. Sobol regarding ZAI meeting and issues (.4). |
| 06/12/02 | LMF | 1.30 | 130.00 | Compile copies of all statements from Casner & Edwards, prepare copies and submit to Thomas Sobol's office (1.1); conference with J. Sakalo regarding same (.2). |
| 06/12/02 | JMS | 0.60 | 141.00 | Telephone conference with L. Nickerson regarding ZAI special counsel issues (.4); conference with L. Flores regarding fee statements for ZAI defense counsel (.2). |
| 06/13/02 | JMS | 0.20 | 47.00 | Telephone conference to L. Nickerson regarding ZAI informational requests (.2). |
| 06/14/02 | JMS | 0.60 | 141.00 | Telephone conference with D. Scott regarding ZAI meeting (.3); email to D. Scott, T. Sobol regarding same (.3). |
| 06/25/02 | SLB | 0.30 | 135.00 | Review Debtor's proposed budget for ZAI litigation (.3). |
| 06/26/02 | SLB | 0.80 | 360.00 | Review case law and email to Committee regarding class claims for ZAI (.6); email to and from J. Baer regarding meeting (.2). |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 06/27/02 | SLB | 0.50 | 225.00 | Telephone call from T. Sobol regarding ZAI (.2); telephone call from D. Scott regarding ZAI notice of appeal (.2); email to Speights and Dies regarding Sobol conversation (.1). |
| 06/28/02 | JMS | 0.40 | 94.00 | Review and analyze ZAI motion for leave to appeal order denying motion to strike claims and e-mails to T. Tacconelli thereon (.4). |

**PROFESSIONAL SERVICES** $8,725.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.40 | 450.00 | $1,980.00 |
| Coglianese, Matthew P | 4.80 | 350.00 | $1,680.00 |
| Sakalo, Jay M | 21.00 | 235.00 | $4,935.00 |
| Flores, Luisa M | 1.30 | 100.00 | $130.00 |
| *TOTAL* | *31.50* | | *$8,725.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$8,725.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/02 | OD | 0.20 | 20.00 | Review and finalize Hilsoft fee application (.2). |
| 06/03/02 | LMF | 0.50 | 50.00 | Complete compiling copies of all K & E fee statements and Reed Smith and submit to T. Sobol for review (1.5). |
| 06/06/02 | LMF | 0.50 | 50.00 | Finalize notice and summary of Hilsoft Statement for month of April and email to local counsel for filing and serving (.5). |
| 06/17/02 | LMF | 0.30 | 30.00 | Review HR & A statement for May (.3). |
| 06/18/02 | JMS | 0.10 | 23.50 | Telephone conference with W. Smith regarding initial report on HR&A fee application (.1). |
| 06/22/02 | LMF | 0.60 | 60.00 | Attend to submitting reimbursement checks to Hilsoft and HR & A for expert fees (.3). |
| 06/27/02 | LMF | 0.80 | 80.00 | Update second interim application for Hamilton, Rabinowitz for month of April and prepare application for month of May (.8). |
| 06/27/02 | JMS | 1.80 | 423.00 | Review all Debtors counsel prebills for May, 2002 (1.4); work on May prebill (.4). |

**PROFESSIONAL SERVICES** $736.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.90 | 235.00 | $446.50 |
| Flores, Luisa M | 2.70 | 100.00 | $270.00 |
| DelAmo, Obed | 0.20 | 100.00 | $20.00 |
| *TOTAL* | *4.80* |  | *$736.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $736.50

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: | 31 - Retention of Others | Client No. 74817/17782 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/02 | OD | 0.20 | 20.00 | Telephone conference with T. Tacconelli regarding Hilsoft order, filing issues, case administration issues (.2). |

**PROFESSIONAL SERVICES** $20.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| DelAmo, Obed | 0.20 | 100.00 | $20.00 |
| *TOTAL* | *0.20* |  | *$20.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$20.00**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 23.50 | 450.00 | $10,575.00 |
| DelAmo, Obed | 0.40 | 100.00 | $40.00 |
| Flores, Luisa M | 10.60 | 100.00 | $1,060.00 |
| Sakalo, Jay M | 49.40 | 235.00 | $11,609.00 |
| Turken, Robert W | 10.30 | 390.00 | $4,017.00 |
| Baena, Brad | 11.40 | 60.00 | $684.00 |
| Anderson, Silvia J | 0.30 | 100.00 | $30.00 |
| Coglianese, Matthew P | 4.80 | 350.00 | $1,680.00 |
| Keusch, Jordan | 1.00 | 260.00 | $260.00 |
| Greenspoon, Brian | 3.10 | 140.00 | $434.00 |
| Lapides, Barry | 4.70 | 140.00 | $658.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — **$31,047.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $5,290.00 |
| Photocopies | $178.20 |
| Photocopies - Outside Service | $638.44 |
| Fares, Mileage, Parking | $73.90 |
| Telecopies | $219.00 |
| Federal Express | $296.73 |
| Long Distance Telephone | $373.40 |
| Long Distance Telephone-Outside Services | $322.85 |
| Lodging | $132.49 |
| Meals | $51.42 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Postage | $1.14 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$7,577.57** |
| **TOTAL AMOUNT DUE THIS PERIOD** | **$38,624.57** |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF - 06/30/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01 - Case Administration/15537 | 8,587.00 | 2,029.76 | 10,616.76 |
| 02 - Debtors' Business Operations/15538 | 2,457.50 | 0.00 | 2,457.50 |
| 03 - Creditors Committee/15539 | 1,753.50 | 0.00 | 1,753.50 |
| 07 - Applicant's Fee Application/15543 | 2,015.50 | 0.00 | 2,015.50 |
| 08 - Court Appearances/15544 | 1,350.00 | 0.00 | 1,350.00 |
| 10 - Travel/15546 | 5,402.00 | 5,547.81 | 10,949.81 |
| 27 - Litigation Consulting/15563 | 8,725.00 | 0.00 | 8,725.00 |
| 30 - Fee Application of Others/17781 | 736.50 | 0.00 | 736.50 |
| 31 - Retention of Others/17782 | 20.00 | 0.00 | 20.00 |
| Client Total | $31,047.00 | $7,577.57 | $38,624.57 |