**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 15th day of August, 2002, one copy of the foregoing Supplemental Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Authorizing, But Not Requiring, the Implementation of Revised Compensation Procedures was served on the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli