IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Scotta E. McFarland, hereby certify that on the 15th day of August 2002, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

1. **NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 2437.**

*/s/ Scotta E. McFarland*
Scotta E. McFarland (DE Bar No. 4184)

91100-001\DOCS_DE:52339.2