EXHIBIT B

Twelfth Monthly Fee Application for the Period

May 1, 2002 through May 31, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | Objection Deadline: September 4, 2002 at 4:00 p.m. |

### TWELFTH APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM THROUGH MAY 1, 2002 THROUGH MAY 31, 2002

Name of Applicant:    THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:    Debtors

Date of Retention Order:    June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:    May 1, 2002 – May 31, 2002

| | Total | Less Holdback (@ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | $35,000.00 |

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:    $516.61

This is a _x_ monthly __ interim ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

1143428

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $0.00 | $0.00 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $0.00 | $0.00 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $0.00 | $0.00 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $0.00 | $0.00 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $0.00 | $0.00 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $0.00 | $0.00 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $0.00 | $0.00 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $0.00 | $0.00 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $0.00 | $0.00 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $0.00 | $0.00 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $0.00 | $0.00 |

1143421

The **Blackstone** Group

August 15, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Advisory fee for the period May 1, 2002 through May 31, 2002:                    $        175,000.00

Less a 20% holdback pursuant to the Court's Administrative Order:                        (35,000.00)

Out-of-pocket expenses for the period through May 31, 2002:[1]

| | | |
|---|---|---:|
| Travel | $ 171.07 | |
| Meals | 136.92 | |
| Communications | 69.12 | |
| Photocopying | 139.50 | 516.61 |

**Total Due**                                                                   $      140,516.61

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2840-T

---

[1] Expenses incurred, but not yet processed due to timing differences will
be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**May 31, 2002**
**2840-T**

|  |  | GL Detail May-02 | Total Expenses |
|---|---|---|---|
| Car Services - Elite | 11218 | $ 170.27 | $ 170.27 |
| Travel - Local | 11222 | 26.80 | 26.80 |
| Travel - Out-Of-Town | 11223 | 32.00 | 32.00 |
| Travel - Railroad | 11225 | (58.00) | (58.00) |
| Meals | 11228 | 136.92 | 136.92 |
| Fax | 11266 | 18.75 | 18.75 |
| Federal Express | 11270 | 50.37 | 50.37 |
| Photocopying | 11281 | 139.50 | 139.50 |
| **Total Expenses** |  | $ 516.61 | $ 516.61 |

| | |
|---|---|
| Travel | $ 171.07 |
| Meals | 136.92 |
| Communications | 69.12 |
| Photocopying | 139.50 |
| **Total Expenses** | $ 516.61 |

**W.R. GRACE**
Expense Detail
Processed Through
May 31, 2002
2840-T

### Car Services
#### Elite

| | | | | |
|---|---|---|---|---|
| de Almeida | 04/26/02 | 47.92 | | |
| de Almeida | 04/29/02 | 47.92 | | |
| Otero | 04/12/02 | 18.35 | | |
| Otero | 04/15/02 | 20.39 | | |
| Otero | 04/15/02 | 35.69 | | |
| **Subtotal - Car Services** | | | $ | **170.27** |

### Travel - Local

| | | | |
|---|---|---|---|
| Shinder | 03/12/02 | 5.30 | |
| Shinder | 03/12/02 | 6.40 | |
| Shinder | 03/18/02 | 15.10 | |
| **Subtotal - Travel - Local** | | | **26.80** |

### Travel - Out-Of-Town

| | | | |
|---|---|---|---|
| Shinder | 03/12/02 | 32.00 | |
| **Subtotal - Travel - Out-Of-Town** | | | **32.00** |

### Travel - Railroad

| | | | |
|---|---|---|---|
| Shinder | 03/07/02 | 424.00 | |
| Zilly | 03/18/02 | 78.00 | |
| Zilly | 03/28/02 | (193.00) | |
| Zilly | 04/08/02 | (212.00) | |
| Zilly | 04/08/02 | (155.00) | |
| **Subtotal - Travel - Railroad** | | | **(58.00)** |

### Meals

| | | | |
|---|---|---|---|
| Alexander | 10/25/01 | 20.00 | |
| Alexander | 11/20/01 | 16.10 | |
| Alexander | 12/02/01 | 20.00 | |
| Alexander | 12/13/01 | 20.00 | |
| Alexander | 12/30/01 | 20.00 | |
| Alexander | 01/05/02 | 20.00 | |
| Zilly | 04/01/02 | 8.17 | |
| Zilly | 04/12/02 | 8.20 | |
| Zilly | 04/24/02 | 4.45 | |
| **Subtotal - Meals** | | | **136.92** |

**W.R. GRACE**
Expense Detail
Processed Through
May 31, 2002
2840-T

**Communications**

**Fax**

| | | | |
|---|---|---|---|
| Bolger | Apr-02 | 18.75 | |
| | Subtotal - Fax | | 18.75 |

**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 04/30/02 | 31.82 | |
| Blechman | 05/08/02 | 9.46 | |
| Blechman | 05/13/02 | 9.09 | |
| | Subtotal - Federal Express | | 50.37 |
| | Subtotal - Communications | | 69.12 |

**Photocopying**

| | | | |
|---|---|---|---|
| Alexander | 5/28-6/2/02 | 110.25 | |
| Blechman | 5/13-19/02 | 21.90 | |
| de Almeida | 5/13-19/02 | 0.15 | |
| Zilly | 5/13-19/02 | 7.20 | |
| | Subtotal - Photocopying | | 139.50 |
| | **Total Expenses** | $ | **516.61** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
MAY 1, 2002 - MAY 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 62.5 |
| Richard Shinder | Managing Director | 14.0 |
| David Blechman | Associate | 68.5 |
| Michael Alexander | Analyst | 68.0 |
| Total | | 213.0 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2002 - MAY 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/02/02 | 1.5 | Tax/General | Read analysis re: Grace's corporate owned life insurance ("COLI") |
| Pamela Zilly | 05/02/02 | 2.5 | Tax/General | Call with E. Filon, B. Tarola, D. Blechman, and M. Alexander re: COLI and other tax audit related issues |
| Pamela Zilly | 05/02/02 | 0.5 | Tax/General | Follow-up call with D. Blechman, and M. Alexander re: future tax-driven events, impact on analysis |
| Pamela Zilly | 05/03/02 | 0.5 | Employee Matters | Call with B. McGowan re: status of committee discussions on proposed employee retention and incentive programs |
| Pamela Zilly | 05/03/02 | 0.5 | Employee Matters | Call with D. Blechman re: P&M information request re: cost of employee compensation programs |
| Pamela Zilly | 05/06/02 | 0.5 | Case Administration | Reviewed latest bank debt trading transactions |
| Pamela Zilly | 05/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion with D. Blechman re: possible divestiture |
| Pamela Zilly | 05/07/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Call with G. Poling, and S. Farnsworth re: possible divestiture, joint venture structures related to Silicas business "Project Ulysses"") |
| Pamela Zilly | 05/07/02 | 0.5 | Employee Matters | Call with B. McGowan re: committee response status on employee compensation programs |
| Pamela Zilly | 05/07/02 | 0.5 | Employee Matters | Call with S. Cunningham re: Unsecured Creditors Committee response on employee compensation program |
| Pamela Zilly | 05/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Meeting with D. Blechman re: Silicas business transaction call |
| Pamela Zilly | 05/07/02 | 0.5 | Case Administration | Call with D. Siegel re: case issues |
| Pamela Zilly | 05/07/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: Tersigni questions on employee compensation program |
| Pamela Zilly | 05/08/02 | 0.5 | Business Analysis | Reviewed P&M due diligence list for quarterly update call; discussion with D. Blechman re: same |
| Pamela Zilly | 05/09/02 | 2.5 | Business Operations | Read two draft motions and provided comments |
| Pamela Zilly | 05/09/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion with D. Blechman re: import of Project Ulysses transaction on business, operating results |
| Pamela Zilly | 05/10/02 | 0.5 | Business Analysis | Read correspondence from D. Blechman re: quarterly operating update call with financial advisors |
| Pamela Zilly | 05/10/02 | 2.0 | Business Operations | Read two draft motions and provided further comments |
| Pamela Zilly | 05/13/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: filing of motions, and communications with Committees |
| Pamela Zilly | 05/13/02 | 0.5 | Committee Matters and Creditor Meetings | Call with three financial advisors re: notice of filing of motions |
| Pamela Zilly | 05/13/02 | 0.5 | Case Administration | Read correspondence from S. Ahern and D. Siegel re: filing of motions |
| Pamela Zilly | 05/13/02 | 1.0 | Valuation | Discussion with R. Shinder re: update, and POR/valuation |
| Pamela Zilly | 05/14/02 | 0.5 | Employee Matters | Call with B. McGowan re: employee compensation programs modifications |
| Pamela Zilly | 05/14/02 | 0.5 | Business Operations | Call with F. Gilbert re: motions |
| Pamela Zilly | 05/14/02 | 0.5 | Employee Matters | Call with B. McGowan re: employee compensation program modifications |
| Pamela Zilly | 05/14/02 | 0.5 | Business Operations | Discussions with S. Ahern re: motions filing status |
| Pamela Zilly | 05/14/02 | 1.0 | Business Operations | Read and provided further comments on motions |
| Pamela Zilly | 05/15/02 | 0.5 | Employee Matters | Discussion with N. Bubnovich re: compensation motion backup data |
| Pamela Zilly | 05/15/02 | 1.0 | Case Administration | Read "Claimants' Motion to Strike Proofs of Claim...Zonolite Attic Insulation Risk" |
| Pamela Zilly | 05/16/02 | 1.0 | Employee Matters | Reviewed W. Gilligan questions; and call with D. Blechman, and B. McGowan to respond |
| Pamela Zilly | 05/16/02 | 2.0 | Claims Analysis/Objections/Administration | Researched re: PPG deal with asbestos claimants as reported in public filings |
| Pamela Zilly | 05/16/02 | 0.5 | Employee Matters | Discussion with D. Blechman re: responses to W. Gilligan questions |
| Pamela Zilly | 05/16/02 | 1.0 | Employee Matters | Call with B. McGowan, and N. Bubnovich re: compensation program motion |
| Pamela Zilly | 05/16/02 | 0.5 | Case Administration | Read docket for 05/20/02 hearing |
| Pamela Zilly | 05/16/02 | 1.0 | Valuation | Meeting with D. Blechman, M. Alexander re: valuation analysis of Grace's businesses |
| Pamela Zilly | 05/16/02 | 0.5 | Employee Matters | Meeting with D. Blechman re: employee compensation analysis and draft motion |
| Pamela Zilly | 05/20/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with R. Shinder re: analysis of possible POR scenarios |
| Pamela Zilly | 05/21/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Discussion with F. Gilbert, J. McFarland, and S. Farnsworth re: Bioremed transaction ("GBT") |
| Pamela Zilly | 05/22/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Read Bioremed negative notice documents and exhibits |
| Pamela Zilly | 05/22/02 | 0.5 | Case Administration | Comment to M. Hunter re: bank debt trading transactions |
| Pamela Zilly | 05/22/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Correspondence with Jack McFarland: GBT information to Committees |
| Pamela Zilly | 05/22/02 | 1.0 | Employee Matters | Call with R. Higgins, and B. McGowan re: comments to employee compensation motion |
| Pamela Zilly | 05/23/02 | 0.5 | Committee Matters and Creditor Meetings | Discussion with D. Blechman re: M. Berkin information request |
| Pamela Zilly | 05/23/02 | 0.5 | Case Administration | Read update on bank debt transactions |
| Pamela Zilly | 05/23/02 | 1.0 | Case Administration | Discussion with M. Shelnitz re: deminimus acquisitions order, and read same for USG bankruptcy |
| Pamela Zilly | 05/23/02 | 1.0 | Employee Matters | Provided comments on employee compensation motion |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2002 - MAY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/23/02 | 0.5 | Valuation | Call with D. Blechman, and F. Gilbert re: POR/valuation analysis |
| Pamela Zilly | 05/23/02 | 1.0 | Valuation | Meeting with D. Blechman re: inputs, and structure of valuation analysis |
| Pamela Zilly | 05/23/02 | 1.5 | Valuation | Prepared materials re: analysis of valuation considerations in connection with a POR |
| Pamela Zilly | 05/24/02 | 1.0 | Employee Matters | Call with L. Tersigni re: employee comments to compensation proposals |
| Pamela Zilly | 05/24/02 | 0.5 | Employee Matters | Call with B. McGowan re: Personal Injury Committee response to compensation proposal |
| Pamela Zilly | 05/28/02 | 0.5 | Employee Matters | Reviewed response from Unsecured Creditors Committee re: compensation program |
| Pamela Zilly | 05/28/02 | 2.0 | Valuation | Prepared materials re: analysis of valuation considerations in connection with a POR |
| Pamela Zilly | 05/28/02 | 1.0 | Valuation | Discussions with R. Shinder and D. Blechman re: analysis and scope of valuation methodologies |
| Pamela Zilly | 05/29/02 | 0.5 | Employee Matters | Call with B. McGowan re: Unsecured Creditors' Committee response re: compensation motion |
| Pamela Zilly | 05/29/02 | 0.5 | Business Operations | Read correspondence re: Japanese sublicense |
| Pamela Zilly | 05/29/02 | 0.5 | Valuation | Discussion with D. Blechman re: 06/03/02 meeting product |
| Pamela Zilly | 05/29/02 | 0.5 | Asset Acquisitions/Business Combinations | Reviewed Project Trixie communications |
| Pamela Zilly | 05/29/02 | 2.0 | Valuation | Performed research on Grace's competitors for purposes of valuation of Grace's businesses |
| Pamela Zilly | 05/30/02 | 1.0 | Asset Acquisitions/Business Combinations | Read materials re: possible acquisition |
| Pamela Zilly | 05/30/01 | 0.5 | Valuation | Call with B. Tarola re: 06/03/02 meeting |
| Pamela Zilly | 05/30/02 | 1.0 | Valuation | Read memo re: 06/03/02 meeting, prepare material re valuation considerations on connection with a POR |
| Pamela Zilly | 05/30/02 | 0.5 | Asset Acquisitions/Business Combinations | Reviewed Project Trixie materials |
| Pamela Zilly | 05/30/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with D. Blechman re: research on Project Trixie |
| Pamela Zilly | 05/30/02 | 1.0 | Valuation | Discussion with D. Blechman, and M. Alexander re: Tarola call, impact on analysis |
| Pamela Zilly | 05/30/02 | 2.5 | Valuation | Prepared inserts for presentation re: 06/03/02 meeting |
| Pamela Zilly | 05/30/02 | 1.0 | Valuation | Reviewed financial statements of Grace's comparable companies for valuation analysis |
| Pamela Zilly | 05/30/02 | 1.0 | Valuation | Discussion with R. Shinder re: POR/valuation analysis |
| Pamela Zilly | 05/31/02 | 1.0 | Valuation | Discussion with R. Shinder, and D. Blechman re: valuation analysis |
| Pamela Zilly | 05/31/02 | 3.0 | Valuation | Reviewed presentation, and material for 06/03/02 meeting |

62.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2002 - MAY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 05/03/02 | 2.0 | Business Analysis | Read latest monthly operating reports |
| Richard Shinder | 05/13/02 | 1.0 | Valuation | Discussion with P. Zilly re: case status, analysis for POR/valuation |
| Richard Shinder | 05/17/02 | 1.0 | Case Administration | Read motions re: ZAI actions |
| Richard Shinder | 05/20/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly re: structure analysis for purpose of reviewing alternative POR options |
| Richard Shinder | 05/28/02 | 1.0 | Valuation | Discussions with P. Zilly, and D. Blechman re: analysis, and scope of valuation methodologies |
| Richard Shinder | 05/29/02 | 4.0 | Valuation | Reviewed draft materials and analysis, and prepared comments and edits |
| Richard Shinder | 05/30/02 | 1.0 | Valuation | Discussion with P. Zilly re: valuation, and debt capacity analyses for 06/03/02 meeting |
| Richard Shinder | 05/31/02 | 3.0 | Valuation | Reviewed and prepared materials, and analysis for 06/03/02 meeting; and meetings with P. Zilly, and D. Blechman |
| | | 14.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2002 - MAY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/02/02 | 3.5 | Tax/General | Read material on issues relating to tax audit and COLI; and reviewed current status of book reserves |
| David Blechman | 05/02/02 | 2.5 | Tax/General | Tax call with E. Filon, B. Tarola, P. Zilly, and M. Alexander |
| David Blechman | 05/02/02 | 0.5 | Tax/General | Call/meeting with P. Zilly, and M. Alexander re: future events regarding tax issues |
| David Blechman | 05/03/02 | 1.0 | Committee Matters and Creditor Meetings | Prepared due diligence schedule for P&M; and calls with P. Zilly, and B. McGowan re: same |
| David Blechman | 05/06/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Reviewed slides, and material explaining GBT transaction |
| David Blechman | 05/06/02 | 1.5 | Business Analysis | Reviewed Q1 financial results |
| David Blechman | 05/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Meeting with P. Zilly re: background on possible divestiture |
| David Blechman | 05/07/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Call with G. Poling, and S. Farnsworth re: Silicas transaction; and meeting with P. Zilly re same |
| David Blechman | 05/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with M. Alexander re: same |
| David Blechman | 05/07/02 | 1.0 | Committee Matters and Creditor Meetings | Calls with Tersigni re: employee compensation plan, and due diligence |
| David Blechman | 05/07/02 | 0.5 | Committee Matters and Creditor Meetings | Meeting with P. Zilly re: same |
| David Blechman | 05/08/02 | 0.5 | Committee Matters and Creditor Meetings | Call with F. Gilbert re: due diligence by financial advisors on 1st qrt operating results |
| David Blechman | 05/08/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Reviewed Project Ulysses materials |
| David Blechman | 05/09/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Reviewed materials re: Ulysses |
| David Blechman | 05/09/02 | 1.0 | Committee Matters and Creditor Meetings | Reviewed P&M information request for quarterly update call, compiled draft responses, and information to be provided |
| David Blechman | 05/09/02 | 1.5 | Business Analysis | Reviewed e-mail from F. Liberatore re: certain proposed motions |
| David Blechman | 05/09/02 | 0.5 | Business Analysis | Meeting with P. Zilly re: Ulysses and Grace Performance Chemical business |
| David Blechman | 05/13/02 | 1.0 | Compensation of Professionals | Prepared fee application |
| David Blechman | 05/13/02 | 1.0 | Case Administration | Reviewed court filings |
| David Blechman | 05/13/02 | 0.5 | Business Analysis | Read financial statements relating to 1Q results in preparation for call |
| David Blechman | 05/14/02 | 1.0 | Committee Matters and Creditor Meetings | Q1 update call with Conway Del Genio |
| David Blechman | 05/15/02 | 1.5 | Committee Matters and Creditor Meetings | Reviewed GBT info, and forwarded same to creditors |
| David Blechman | 05/16/02 | 1.0 | Committee Matters and Creditor Meetings | Reviewed draft motion re: employee severance; responded to P&M request; and discuss with P. Zilly |
| David Blechman | 05/16/02 | 2.5 | Valuation | Reviewed business valuation materials |
| David Blechman | 05/16/02 | 1.0 | Valuation | Meeting with P. Zilly, and M. Alexander re: valuation |
| David Blechman | 05/16/02 | 0.5 | Employee Matters | Meeting with P. Zilly re: employee compensation motion |
| David Blechman | 05/17/02 | 2.5 | Valuation | Reviewed valuation materials: comparable company analysis, and comparable transactions |
| David Blechman | 05/21/02 | 1.5 | Committee Matters and Creditor Meetings | Compiled data in response to P&M information request |
| David Blechman | 05/21/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with M. Hunter, and F. Gilbert re: GBT transaction |
| David Blechman | 05/21/02 | 0.5 | Employee Matters | Calls with B. McGowan, and R. Higgens re employee compensation motion |
| David Blechman | 05/21/02 | 2.0 | Claims Analysis/Objections/Administration | Reviewed information re: asbestos settlement |
| David Blechman | 05/22/02 | 1.0 | Employee Matters | Call with R. Higgins, B. McGowan, and P. Zilly re: retention motion |
| David Blechman | 05/23/02 | 1.0 | Committee Matters and Creditor Meetings | Responded to Tersigni information request |
| David Blechman | 05/23/02 | 0.5 | Committee Matters and Creditor Meetings | Updated P. Zilly on status of information requests |
| David Blechman | 05/23/02 | 0.5 | Valuation | Call with F. Gilbert, and P. Zilly re: POR/valuation analysis |
| David Blechman | 05/23/02 | 3.0 | Valuation | Reviewed valuation material re: line of business analysis |
| David Blechman | 05/23/02 | 1.0 | Valuation | Meeting with P. Zilly re: POR/valuation analysis |
| David Blechman | 05/24/02 | 1.0 | Committee Matters and Creditor Meetings | Call with Tersigni re: retention plan |
| David Blechman | 05/24/02 | 1.0 | Employee Matters | Meeting with P. Zilly re: retention plan |
| David Blechman | 05/28/02 | 0.5 | Employee Matters | Call with B. McGowan re: retention |
| David Blechman | 05/28/02 | 2.5 | Valuation | Reviewed valuation materials; and line of business analysis |
| David Blechman | 05/28/02 | 1.0 | Valuation | Discussions with P. Zilly, and R. Shinder re: analysis and scope of valuation methodologies |
| David Blechman | 05/29/02 | 6.0 | Valuation | Reviewed valuation methodologies; check data; and perform valuation of Grace's businesses |
| David Blechman | 05/29/02 | 0.5 | Valuation | Meeting with P. Zilly re: 06/03/02 meeting presentation materials |
| David Blechman | 05/29/02 | 2.0 | Case Administration | Reviewed court filings |
| David Blechman | 05/30/02 | 0.5 | Asset Acquisitions/Business Combinations | Discussion with P. Zilly re: research on Project Trixie deal |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2002 - MAY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/30/02 | 3.0 | Valuation | Reviewed valuation materials re: relevant operating results forecasts |
| David Blechman | 05/30/02 | 1.0 | Valuation | Meeting with P. Zilly, and M. Alexander re: Tarola call, and analysis status |
| David Blechman | 05/30/02 | 1.5 | Claims Analysis/Objections/Administration | Reviewed current status of asbestos bankruptcies; and meeting with M. Alexander re: same |
| David Blechman | 05/31/02 | 5.0 | Valuation | Prepared materials for 06/03/02 meeting including meeting with P. Zilly, and R. Shinder |
| | | **68.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2002 - MAY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 05/02/02 | 2.0 | Tax/General | Prepared for tax call, reviewed reserves and COLI information and analysis |
| Michael Alexander | 05/02/02 | 2.5 | Tax/General | Tax call with E. Filon, B. Tarola, P. Zilly, and D. Blechman |
| Michael Alexander | 05/02/02 | 0.5 | Tax/General | Meeting/call with P. Zilly, and D. Blechman re: same |
| Michael Alexander | 05/06/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Reviewed overview of GBT transaction |
| Michael Alexander | 05/06/02 | 1.5 | Business Analysis | Reviewed Q1 results |
| Michael Alexander | 05/07/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Call with D. Blechman re Silicas transaction, analysis required |
| Michael Alexander | 05/07/02 | 3.0 | Valuation | Reviewed comparable company data |
| Michael Alexander | 05/09/02 | 1.0 | Tax/General | Reviewed COLI analysis and sensitivities |
| Michael Alexander | 05/09/02 | 2.0 | Valuation | Read new research on comparable companies |
| Michael Alexander | 05/15/02 | 2.5 | Claims Analysis/Objections/Administration | Compiled research on Pittsburgh Corning settlement |
| Michael Alexander | 05/16/02 | 7.5 | Valuation | Updated comparable company analysis by Grace business unit for new public filings, and research |
| Michael Alexander | 05/16/02 | 1.0 | Claims Analysis/Objections/Administration | Discussed Pittsburgh Corning case with D. Blechman |
| Michael Alexander | 05/16/02 | 1.0 | Valuation | Meeting with P. Zilly, and D. Blechman re: valuation |
| Michael Alexander | 05/17/02 | 4.5 | Valuation | Researched comparable M&A deals |
| Michael Alexander | 05/17/02 | 3.0 | Valuation | Developed presentation materials re: M&A deals, and comparable trading multiples |
| Michael Alexander | 05/18/02 | 6.0 | Valuation | Developed pro forma capital structure analysis |
| Michael Alexander | 05/20/02 | 1.0 | Claims Analysis/Objections/Administration | Reviewed additional Pittsburgh Corning court documents |
| Michael Alexander | 05/21/02 | 4.5 | Valuation | Compiled research re operating results of M&A targets |
| Michael Alexander | 05/22/02 | 9.0 | Valuation | Added additional GPC comps to comparable company analysis |
| Michael Alexander | 05/28/02 | 4.5 | Valuation | Developed WACC analysis based on universe of chemical companies |
| Michael Alexander | 05/30/02 | 0.5 | Valuation | Meeting with P. Zilly, and D. Blechman re valuation materials |
| Michael Alexander | 05/30/02 | 2.0 | Valuation | Put together presentation for 06/03/02 meeting |
| Michael Alexander | 05/30/02 | 2.0 | Claims Analysis/Objections/Administration | Compiled research re: status of asbestos bankruptcies |
| Michael Alexander | 05/30/02 | 1.5 | Claims Analysis/Objections/Administration | Meeting with D. Blechman re: status of asbestos bankruptcies |
| Michael Alexander | 05/31/02 | 3.5 | Valuation | Prepared materials for 06/03/02 meeting |

**68.0**