**EXHIBIT C**

Thirteenth Monthly Fee Application for the Period

June 1, 2002 through June 30, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: September 4, 2002 at 4:00 p.m. |

## THIRTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM THROUGH JUNE 1, 2002 THROUGH JUNE 30, 2002

Name of Applicant: **THE BLACKSTONE GROUP L.P.**

Authorized to Provide
Professional Services to: Debtors

Date of Retention Order: June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought: June 1, 2002 – June 30, 2002

| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $733.20

This is a  _x_  monthly __ interim  ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $0.00 | $0.00 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $0.00 | $0.00 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $0.00 | $0.00 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $0.00 | $0.00 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $0.00 | $0.00 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $0.00 | $0.00 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $0.00 | $0.00 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $0.00 | $0.00 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $0.00 | $0.00 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $0.00 | $0.00 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $0.00 | $0.00 |
| N/A | May 2002 | $175,000.00 | $516.61 | $0.00 | $0.00 |

# The **Blackstone** Group

August 15, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Advisory fee for the period June 1, 2002 through June 30, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (35,000.00) |

Out-of-pocket expenses for the period through June 30, 2002:[1]

| | | | |
|---|---|---|---|
| Travel - Local | 90.00 | | |
| Meals | 43.18 | | |
| Research | 598.23 | | |
| Communications | 1.79 | | 733.20 |

| | | |
|---|---|---|
| **Total Due** | $ | **140,733.20** |

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2873-T

---

[1] Expenses incurred, but not yet processed due to timing differences will
   be billed at a later date

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**June 30, 2002**
**2873-T**

| | | GL Detail Jun-02 | Total Expenses |
|---|---|---|---|
| Travel - Local | 11222 | $ 90.00 | $ 90.00 |
| Meals | 11228 | 43.18 | 43.18 |
| Research - Disclosure | 11236 | 242.93 | 242.93 |
| Research - Sec Data | 11246 | 355.30 | 355.30 |
| Federal Express | 11270 | 1.79 | 1.79 |
| **Total Expenses** | | $ 733.20 | $ 733.20 |

| | |
|---|---|
| Travel - Local | 90.00 |
| Meals | 43.18 |
| Research | 598.23 |
| Communications | 1.79 |
| **Total Expenses** | $ 733.20 |

W.R. GRACE
Expense Detail
Processed Through
June 30, 2002
2873-T

**Travel - Local**

| Blechman | 05/22/02 | 6.00 | |
|---|---|---|---|
| Blechman | 05/28/02 | 5.00 | |
| Blechman | 05/30/02 | 5.00 | |
| Blechman | 06/01/02 | 5.00 | |
| Blechman | 06/01/02 | 6.00 | |
| Blechman | 06/02/02 | 5.00 | |
| Blechman | 06/02/02 | 6.00 | |
| Blechman | 06/03/02 | 9.00 | |
| Blechman | 06/03/03 | 8.00 | |
| Blechman | 06/03/03 | 35.00 | |
| | Subtotal - Travel - Local | | 90.00 |

**Meals**

| Blechman | 04/06/02 | 12.01 | |
|---|---|---|---|
| Blechman | 05/02/02 | 20.00 | |
| Zilly | 05/15/02 | 4.87 | |
| Zilly | 05/28/02 | 6.30 | |
| | Subtotal - Meals | | 43.18 |

**Disclosure**

| Alexander | 05/31/02 | 242.93 | |
|---|---|---|---|
| | Subtotal - Disclosure | | 242.93 |

**Sec Data**

| Alexander | 06/11/02 | 355.30 | |
|---|---|---|---|
| | Subtotal - Sec Data | | 355.30 |
| | Subtotal - Research | | 598.23 |

**Communications**
**Federal Express**

| Blechman | 05/13/02 | 1.79 | |
|---|---|---|---|
| | Subtotal - Communications | | 1.79 |
| | Total Expenses | | $ 733.20 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
JUNE 1, 2002 - JUNE 30, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.5 |
| Richard Shinder | Managing Director | 26.5 |
| David Blechman | Associate | 86.5 |
| Michael Alexander | Analyst | 63.0 |
| | Total | 236.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2002 - JUNE 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/02 | 2.0 | Valuation | Reviewed and made comments on analysis and presentation for 06/03/02 meeting |
| Pamela Zilly | 06/01/02 | 1.0 | Valuation | Provided comments on analysis to D. Blechman, and R. Shinder |
| Pamela Zilly | 06/02/02 | 1.0 | Valuation | Calls with R. Shinder re: analysis revisions |
| Pamela Zilly | 06/02/02 | 1.5 | Valuation | Reviewed presentation for final edits |
| Pamela Zilly | 06/02/02 | 0.5 | Business Analysis | Read correspondence between J. Kapp, and M. Shelnitz re: Japanese sublicense transaction, and filing requirements |
| Pamela Zilly | 06/03/02 | 2.5 | Non-Working Travel Time | Traveled to Columbia, Maryland |
| Pamela Zilly | 06/03/02 | 6.0 | Plan/Disclosure Statement/Voting Issues | Meeting with P. Norris, B. Tarola, D. Siegel, E. Filon, and S. Farnsworth re: POR, and valuation issues |
| Pamela Zilly | 06/03/02 | 2.5 | Non-Working Travel Time | Traveled to New York |
| Pamela Zilly | 06/04/02 | 1.0 | Employee Matters | Reviewed revised draft of employee compensation motion |
| Pamela Zilly | 06/04/02 | 0.5 | Business Analysis | Discussion with J. Kapp, and M. Shelnitz re: Japanese sublicense |
| Pamela Zilly | 06/05/02 | 1.0 | Employee Matters | Reviewed and provided comments on latest draft of employee compensation motion |
| Pamela Zilly | 06/05/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with D. Blechman, and M. Alexander re: POR model structure and inputs |
| Pamela Zilly | 06/06/02 | 0.5 | Business Analysis | Read materials from S. Ahern re: Japanese sublicense |
| Pamela Zilly | 06/07/02 | 0.5 | Employee Matters | Read latest draft of employee compensation motion |
| Pamela Zilly | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with S. Shinder, D. Blechman, and M. Alexander re: POR analyses |
| Pamela Zilly | 06/08/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Outline potential changes, legal liabilities, and other issues required to analyze POR alternatives |
| Pamela Zilly | 06/10/02 | 0.5 | Employee Matters | Reviewed final employee compensation motion, and distributed to Committee's advisors |
| Pamela Zilly | 06/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed data and assumptions required for POR analysis |
| Pamela Zilly | 06/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with D. Blechman re: POR scenarios inputs including projections, estimated liabilities, etc. |
| Pamela Zilly | 06/11/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Call with Norris, Siegel, and Tarola re: POR issues |
| Pamela Zilly | 06/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed Blackstone memo re: further information required for analysis, and discussion with D. Blechman, and M. Alexander re: same |
| Pamela Zilly | 06/13/02 | 0.5 | Employee Matters | Conversation with G. Boyer re: filing of employee compensation motion on 06/17/02 |
| Pamela Zilly | 06/13/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed draft POR model and list of assumptions |
| Pamela Zilly | 06/13/02 | 1.0 | Business Analysis | Read April operating report |
| Pamela Zilly | 06/14/02 | 0.5 | Case Administration | Call with B. Tarola re: refund |
| Pamela Zilly | 06/14/02 | 0.5 | Employee Matters | Read revised draft of employee compensation motion |
| Pamela Zilly | 06/14/02 | 1.0 | Case Administration | Read "Official Committee of Asbestos Property Damage Claimants response... Retain Special Counsel...Zonolite Attic Insulation Proofs of Claim" |
| Pamela Zilly | 06/14/02 | 0.5 | Employee Matters | Phone calls to S. Cunningham, and G. Boyer re: Committees response to employee compensation motion |
| Pamela Zilly | 06/14/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Call with R. Shinder, D. Blechman re: draft POR model |
| Pamela Zilly | 06/17/02 | 1.5 | Employee Matters | Phone calls with B. McGowan, and S. Cunningham re: revisions to compensation motion at the request of the Uns. Creditors Committee |
| Pamela Zilly | 06/17/02 | 1.0 | Asset Dispositions, Sales, Uses and Leases | Various correspondence with J. McFarland re: GBT transaction |
| Pamela Zilly | 06/17/02 | 3.0 | Plan/Disclosure Statement/Voting Issues | Reviewed draft POR model and list of additional data and assumptions |
| Pamela Zilly | 06/17/02 | 0.5 | Tax/General | Read correspondence between E. Filon, and J. Kapp re: tax audit, and IRS issues |
| Pamela Zilly | 06/18/02 | 0.5 | Plan/Disclosure Statement/Voting Issues | Discussion with R. Shinder re: model |
| Pamela Zilly | 06/18/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed draft POR model |
| Pamela Zilly | 06/18/02 | 0.5 | Employee Matters | Call with B. McGowan re: final employee compensation motion, and next steps |
| Pamela Zilly | 06/18/02 | 0.5 | Tax/Audit/Litigation | Read correspondence between J. Kapp, and E. Filon re: tax audit issues |
| Pamela Zilly | 06/18/02 | 1.0 | Case Administration | Correspondence with J. McFarland re: Bioremal motion |
| Pamela Zilly | 06/18/02 | 0.5 | Valuation | Call with D. Blechman re: valuation issues analysis |
| Pamela Zilly | 06/19/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Reviewed draft POR model and list of assumptions, and discussion with D. Blechman re: same |
| Pamela Zilly | 06/21/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Reviewed revised draft POR model and list of questions and assumptions |
| Pamela Zilly | 06/24/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Reviewed business issues, and draft POR analysis |
| Pamela Zilly | 06/24/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with D. Blechman, and R. Shinder re: POR analysis |
| Pamela Zilly | 06/25/02 | 1.5 | Asset Dispositions, Sales, Uses and Leases | Prepared letter, discussion with J. McFarland, and correspondence with Committee's advisors re: GBT transaction |
| Pamela Zilly | 06/25/02 | 0.5 | Asset Dispositions, Sales, Uses and Leases | Discussion with M. Shelnitz, F. Gilbert, M. Huser, and J. McFarland re: Project Neptune |
| Pamela Zilly | 06/25/02 | 1.0 | Compensation of Professionals | Prepared response to fee auditor issues |
| Pamela Zilly | 06/25/02 | 0.5 | Tax/Audit/Litigation | Read correspondence related to IRS issue between E. Filon, and R. Higgins |
| Pamela Zilly | 06/25/02 | 1.0 | Tax/Audit/Litigation | Read correspondence related to IRS audit issue between E. Filon, and R. Higgins, and provided response |
| Pamela Zilly | 06/25/02 | 3.0 | Compensation of Professionals | Prepared responses to fee auditor issues |
| Pamela Zilly | 06/26/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with D. Blechman, and M. Alexander re: draft model and inputs |
| Pamela Zilly | 06/26/02 | 1.0 | Case Administration | Read Orders on Case Management Order of PI Claims, Denying Claimants' Motion to Strike Proofs of Claim, etc. |



THE BLA(C) ... NE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2002 - JUNE 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/28/02 | 1.0 | Case Administration | Read "W.R. Grace's Supplemental Brief . . . Procedures for the Litigation . . . Issues" |
| | | 60.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2002 – JUNE 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 06/01/02 | 2.0 | Valuation | Checked analysis in 06/03/02 materials |
| Richard Shinder | 06/02/02 | 1.0 | Valuation | Call with P. Zilly re: backup to certain of the analyses |
| Richard Shinder | 06/03/02 | 2.5 | Non-Working Travel Time | Traveled to Columbia, Maryland |
| Richard Shinder | 06/03/02 | 6.0 | Plan/Disclosure Statement/Voting Issues | Meeting with P. Norris, B. Tarola, E. Filon et al re: valuation considerations, POR issues |
| Richard Shinder | 06/03/02 | 2.5 | Non-Working Travel Time | Traveled to New York |
| Richard Shinder | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussion with P. Zilly, D. Blechman, and M. Alexander re: POR analysis |
| Richard Shinder | 06/14/02 | 1.0 | Business Analysis | Call with P. Zilly, and D. Blechman re: draft POR model |
| Richard Shinder | 06/17/02 | 7.0 | Business Analysis | Strategy Plan meeting with Grace Leadership team, and D. Blechman re: review of businesses |
| Richard Shinder | 06/18/02 | 2.0 | Business Analysis | Reviewed draft POR model |
| Richard Shinder | 06/18/02 | 0.5 | Business Analysis | Discussion with P. Zilly re: draft POR model |
| Richard Shinder | 06/24/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meeting with P. Zilly, and D. Blechman re: POR analysis |
|  |  | 26.5 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2002 - JUNE 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/01/02 | 3.5 | Valuation | Prepared materials for 06/03/02 meeting with Grace Leadership teams re: POR, and valuation considerations ("06/03/02 meeting") |
| David Blechman | 06/02/02 | 4.5 | Valuation | Prepared materials for 06/03/02 meeting, reviewed with M. Alexander |
| David Blechman | 06/02/02 | 1.5 | Valuation | Reviewed materials with P. Zilly |
| David Blechman | 06/03/02 | 6.0 | Valuation | Traveled to/from Columbia, MD, reviewed materials for meeting, and discussed follow-up analysis |
| David Blechman | 06/05/02 | 0.5 | Employee Matters | Reviewed employee compensation motion, and specifically severance terms |
| David Blechman | 06/05/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meetings w/ P. Zilly, and M. Alexander re: POR model (financial model that provides flexibility to analyze multiple restructuring scenarios) |
| David Blechman | 06/05/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Prepared summary of assumptions re: POR model |
| David Blechman | 06/06/02 | 1.5 | Employee Matters | Prepared materials to summarize official committee' responses to employee compensation programs |
| David Blechman | 06/06/02 | 1.0 | Employee Matters | Call with P. Zilly, and McGowan et al re: employee compensation motion, provide comments |
| David Blechman | 06/06/02 | 0.5 | Employee Matters | Reviewed revised employee compensation motion |
| David Blechman | 06/07/02 | 1.5 | Valuation | Reviewed draft valuation material |
| David Blechman | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed POR model assumptions including operating assumptions, cash flow, legacy liabilities |
| David Blechman | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meetings with M. Alexander, R. Shinder, and P. Zilly re: model assumptions |
| David Blechman | 06/10/02 | 0.5 | Valuation | Reviewed revised draft valuation materials |
| David Blechman | 06/10/02 | 5.0 | Plan/Disclosure Statement/Voting Issues | Reviewed draft restructuring scenarios, and prepared analyses re: same |
| David Blechman | 06/11/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Prepared summary of draft restructuring scenarios, additional inputs required to do analysis need info, and discussion with M. Alexander |
| David Blechman | 06/11/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Call with P. Zilly, P. Norris, and B. Tarola re: Plan of Reorganization issues |
| David Blechman | 06/11/02 | 0.5 | Employee Matters | Call with P. Zilly re: employee compensation motion, hearing, and further information required for motion |
| David Blechman | 06/12/02 | 1.0 | Employee Matters | Meeting with P. Zilly re: same |
| David Blechman | 06/12/02 | 0.5 | Compensation of Professionals | Prepared fee application |
| David Blechman | 06/13/02 | 3.0 | Plan/Disclosure Statement/Voting Issues | Revised draft POR model liability funding assumptions |
| David Blechman | 06/14/02 | 3.0 | Plan/Disclosure Statement/Voting Issues | Revised draft POR model including discussions with P. Zilly, R. Shinder |
| David Blechman | 06/16/02 | 2.5 | Plan/Disclosure Statement/Voting Issues | Prepared draft memo: status of POR model |
| David Blechman | 06/17/02 | 8.0 | Business Analysis | Participated in Grace Strategy Plan Meeting via web cast conf call |
| David Blechman | 06/17/02 | 3.0 | Plan/Disclosure Statement/Voting Issues | Prepared draft POR model memo. |
| David Blechman | 06/18/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Prepared for meetings in Columbia, MD re: POR analysis |
| David Blechman | 06/18/02 | 2.5 | Non-Working Travel Time | Traveled to Columbia, MD |
| David Blechman | 06/18/02 | 4.0 | Plan/Disclosure Statement/Voting Issues | Meetings with B. Tarola, and revised draft of POR model to incorporate comments |
| David Blechman | 06/18/02 | 0.5 | Plan/Disclosure Statement/Voting Issues | Call with P. Zilly re: POR analysis |
| David Blechman | 06/19/02 | 6.0 | Business Analysis | Attended Strategic Plan business meetings with Grace Leadership team and management |
| David Blechman | 06/19/02 | 2.0 | Plan/Disclosure Statement/Voting Issues | Meetings with B. Tarola, and made further revisions to draft POR model |
| David Blechman | 06/20/02 | 8.0 | Business Analysis | Participated in Strategic Plan business meetings via web cast |
| David Blechman | 06/24/02 | 0.5 | Compensation of Professionals | Reviewed fee auditor report |
| David Blechman | 06/24/02 | 1.0 | Compensation of Professionals | Reviewed fee auditor response |
| David Blechman | 06/24/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meetings with M. Alexander, R. Shinder, and P. Zilly re: status of POR analysis |
| David Blechman | 06/26/02 | 3.5 | Plan/Disclosure Statement/Voting Issues | Prepared memo to B. Tarola, Siegel summarizing status of POR analysis |
| David Blechman | 06/27/02 | 2.0 | Plan/Disclosure Statement/Voting Issues | Revised draft memo re: analysis issues |

**86.5**

Page 4 of 5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2002 - JUNE 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Alexander | 06/01/02 | 6.5 | Valuation | Revised analysis and presentation for 06/03/02 meeting |
| Michael Alexander | 06/02/02 | 4.5 | Valuation | Prepared materials for 06/03/02 meeting, reviewed with D. Blechman |
| Michael Alexander | 06/03/02 | 5.0 | Non-Voting Travel Time | Traveled to/from Columbia, MD |
| Michael Alexander | 06/03/02 | 6.0 | Plan/Disclosure Statement/Voting Issues | Meeting with P. Norris, B. Tarola, D. Siegel, E. Filon, and S. Farnsworth re: POR, and valuation issues |
| Michael Alexander | 06/03/02 | 0.5 | Employee Matters | Reviewed employee compensation motion, and specifically severance terms |
| Michael Alexander | 06/05/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meetings with P. Zilly, and D. Blechman re: POR model |
| Michael Alexander | 06/05/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Reviewed summary of assumptions re: POR model, and discussed with D. Blechman |
| Michael Alexander | 06/06/02 | 0.5 | Employee Matters | Reviewed revised motion |
| Michael Alexander | 06/06/02 | 1.5 | Valuation | Updated valuation materials |
| Michael Alexander | 06/07/02 | 3.0 | Valuation | Reviewed draft valuation materials |
| Michael Alexander | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Reviewed model assumptions, create claims analysis pages |
| Michael Alexander | 06/07/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Meetings with D. Blechman, R. Shieder, P. Zilly re: model assumptions |
| Michael Alexander | 06/07/02 | 0.5 | Valuation | Reviewed revised draft valuation materials |
| Michael Alexander | 06/10/02 | 7.5 | Plan/Disclosure Statement/Voting Issues | Created financial model, and linked it with POR restructuring scenarios |
| Michael Alexander | 06/10/02 | 2.0 | Plan/Disclosure Statement/Voting Issues | Reviewed restructuring scenarios, and prepared analyses re: same |
| Michael Alexander | 06/11/02 | 1.5 | Plan/Disclosure Statement/Voting Issues | Discussed additional scenarios / inputs with D. Blechman |
| Michael Alexander | 06/13/02 | 6.0 | Plan/Disclosure Statement/Voting Issues | Revised draft POR model |
| Michael Alexander | 06/17/02 | 3.0 | Plan/Disclosure Statement/Voting Issues | Review draft POR model memo |
| Michael Alexander | 06/24/02 | 1.0 | Plan/Disclosure Statement/Voting Issues | Discussed draft POR model with D. Blechman |
| Michael Alexander | 06/26/02 | 4.5 | Plan/Disclosure Statement/Voting Issues | Tested alternative POR model scenarios |
| Michael Alexander | 06/27/02 | 5.0 | Plan/Disclosure Statement/Voting Issues | Tested alternative POR model scenarios |

63.0