IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **W.R. GRACE & CO., et al.,** | : | **Case No. 01-01139 (JKF)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

### ORDER GRANTING FIFTH QUARTERLY INTERIM APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2002 THROUGH JUNE 30, 2002

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors and debtors-in-possession (the "Debtors"), filed a fifth quarterly interim application (the "Fifth Quarterly Interim Application") for allowance of compensation and reimbursement of expenses for April 1, 2002 through June 30, 2002. This Court has reviewed the Fifth Quarterly Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Quarterly Interim Application, and any hearing on the Fifth Quarterly Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Interim Application. Accordingly, it is hereby

ORDERED that the Fifth Quarterly Interim Application is GRANTED, on an interim basis. The Debtors shall pay to Blackstone the sum of $525,000.00 as compensation and $3,953.17 as reimbursement of expenses, for a total of $528,953.17 for services rendered and disbursements incurred by Blackstone for the period April 1, 2002, through June 30, 2002.

Dated: _____   _____
The Honorable Judith K. Fitzgerald
United States District Judge