# EXHIBIT A

General - 00000

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | | |
|------|----------|-------------|-------|-----|------|------|
| | | | April | May | June | | Total Comp. |
| Lund, Kenneth | Partner | $ 350.00 | 0 | 0 | 7.4 | $ | 2,590.00 |
| McCarthy, Jay | Partner | $ 300.00 | 0 | 0 | 1.6 | $ | 480.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0 | 0 | 0.9 | $ | 247.50 |
| TOTAL | | | 0.3 | 0 | 9.9 | $ | 3,317.50 |

## General - 00000

| Description | April | | May | | June | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | $ | 9.00 | $ | 2.70 | $ | 11.70 |
| Facsimilies | $ | 26.00 | $ | - | | | $ | 26.00 |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | 18.77 | $ | - | $ | - | $ | 18.77 |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 44.77 | $ | 9.00 | $ | 2.70 | $ | 56.47 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 04-06; Phillip T Goad Little Rock, Ar | $ | 18.77 |
| 04/30/02 | 26 | Facsimile | | 26.00 |
| | | **Total Disbursements:** | $ | **44.77** |

### Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 26.00 |
| Outside Courier | | 18.77 |
| **Total Disbursements:** | **$** | **44.77** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 2 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/06/02 | 60 | Photocopies | $ | 9.00 |
| | | **Total Disbursements:** | **$** | **9.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 9.00 |
| **Total Disbursements:** **$** | | **9.00** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | JDM | Telephone conference with Sealed Air attorney. | 0.90 | $  270.00 |
| 06/21/02 | KWL | Telephone conference with Bill Corcoran re fraudulent conveyance case issues (.30). | 0.30 | 105.00 |
| 06/25/02 | JDM | Telephone conference with M. Grummer re fraudulent conveyance issues. | 0.70 | 210.00 |
| 06/26/02 | KWL | Telephone conferences with Bill Corcoran and David Siegel re case status and strategy (.60); review pleadings and correspondence re deadlines and key issues (3.0); telephone conference with KJCoggon re same (.20). | 3.80 | 1,330.00 |
| 06/26/02 | KJC | Coordinate to participate in conference call with Skadden (0.20); telephone conference with J. Jackson re fraudulent conveyance case (0.10); telephone conference with KWLund re Skadden case (0.20); telephone conference with JDMcCarthy re fraudulent conveyance case documents (0.10); telephone conference with M. Grummer re fraudulenet conveyance (0.30). | 0.90 | 247.50 |
| 06/27/02 | KWL | Telephone conference with Skadden attorneys, David Siegel and Bill Corcoran re Libby fact issues (1.80); telephone conference with David Siegel, Bill Corcoran and Dori Kuchinsky re Skadden conference call (.50); telephone conference with JDMcCarthy and KJCoggon re preparation for Skadden conference call (.50); debriefing with Bill Corcoran, David Siegel and Bob Emmett re case strategy and status (.50). | 3.30 | 1,155.00 |

| | | **Total Fees Through June 30, 2002:** | **9.90** | **$  3,317.50** |
|---|---|---|---|---|

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 7.40 | $ | 2,590.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 1.60 | | 480.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.90 | | 247.50 |
| | | **Total Fees:** | | **9.90** | **$** | **3,317.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/11/02 | 18 | Photocopies | $ | 2.70 |
| | | **Total Disbursements:** | **$** | **2.70** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 2.70 |
| **Total Disbursements:** | **$** | **2.70** |

**Libby Montana Asbestos - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|-------|-----|------|-------------|
| | | | April | May | June | |
| Lund, Kenneth W. | Partner | $ 350.00 | 41.2 | 0 | 24.7 | $ 23,065.00 |
| Neitzel, Charlotte L. | Partner | $ 300.00 | 194.9 | 26.5 | 71.1 | $ 87,750.00 |
| Erisman, Frank | Partner | $ 400.00 | 0 | 0 | 1 | $ 400.00 |
| Coggon, Katheryn | Sr. Associate | $ 275.00 | 0.6 | 8.9 | 0.3 | $ 2,695.00 |
| Serman, Joan | Sr. Paralegal | $ 125.00 | 0 | 9.2 | 0 | $ 1,150.00 |
| Latuda, Carla | Sr. Paralegal | $ 125.00 | 0 | 0 | 5.3 | $ 662.50 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 0 | 1.6 | 0 | $ 144.00 |
| Payne, William | Info. Specialist | $ 85.00 | 0 | 70 | 60.9 | $ 11,126.50 |
| TOTAL | | | 236.7 | 116.2 | 163.3 | $ 126,993.00 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | April | May | June | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $ 1,475.25 | $ 3,662.25 | $ 2,507.10 | $ 7,644.60 |
| Facsimilies | $ 25.00 | $ 3.00 | $ 9.00 | $ 37.00 |
| Long Distance Telephone | $ 43.47 | $ 109.28 | $ 17.71 | $ 170.46 |
| Outside Courier | $ 34.59 | $ 535.80 | $ 106.38 | $ 676.77 |
| Travel Expenses | $ 633.04 | $ 170.46 | $ 811.00 | $ 1,614.50 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 3,647.91 | $ 350.00 | $ 190.24 | $ 4,188.15 |
| Lexis | $ - | $ - | $ - | $ - |
| Westlaw | $ 165.64 | $ - | $ - | $ 165.64 |
| Color Copies | $ 3.90 | $ 11.70 | $ 9.10 | $ 24.70 |
| Tab Stock | $ - | $ - | $ 0.10 | $ 0.10 |
| Research Services | $ - | $ 0.14 |  | $ 0.14 |
| Postage | $ 12.85 | $ - |  | $ 12.85 |
|  |  |  |  | $ - |
| **TOTAL** | $ 6,041.65 | $ 4,842.63 | $ 3,650.63 | $ 14,534.91 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/02 | CLN | Confer with potential expert (.30); coordinate re interview of experts (.20). | 0.50 | $ 150.00 |
| 04/02/02 | KWL | Review FOIA information received from ATSDR (3.40); telephone conference to Dori Kuchinsky re same (.30). | 3.70 | 1,295.00 |
| 04/02/02 | CLN | Work on identification of expert (1.50); conference with expert re NPL comments (.80); work on NPL comments (1.50); coordinate with nontestifying expert (.20). | 4.00 | 1,200.00 |
| 04/03/02 | KWL | Review current comments re NPL listing (3.00); telephone conference with expert re same (.30); telephone conference with Bill Corcoran re strategy and science issues (.70). | 4.00 | 1,400.00 |
| 04/03/02 | CLN | Work on identification of expert (1.20); review of materials provided by expert (1.0); conference with expert re December 2001 comments (.5); work on NPL comments (2.30). | 5.00 | 1,500.00 |
| 04/04/02 | CLN | Internal meeting re expert witnesses (1.0); conference with potential expert (.50); work on preparation for risk expert and prepare NPL comments (3.30); work on request by LSDecker to support brief (1.20). | 6.00 | 1,800.00 |
| 04/05/02 | CLN | Conference with experts (.80); coding of administrative record for purposes of risk experts (1.50); conference with experts re NPL comments (.70); work on NPL comments (4.70). | 7.70 | 2,310.00 |
| 04/06/02 | CLN | Work on NPL comments. | 1.00 | 300.00 |
| 04/07/02 | CLN | Work on NPL comments. | 1.50 | 450.00 |
| 04/08/02 | KWL | Review draft NPL issues and comments (4.00). | 4.00 | 1,400.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 4 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/02 | CLN | Work on NPL comments (3.50); work on expert preparation (1.0); confer with expert (.50). | 5.00 | 1,500.00 |
| 04/09/02 | CLN | Prepare comments to NPL (2.0); interview potential expert (1.70); internal conference after meeting re expert strategy (.80); work on NPL draft and code documents to prepare to work with risk expert (4.5). | 9.00 | 2,700.00 |
| 04/10/02 | KWL | Work on NPL comments and related issues (2.40); telephone conference with Bill Corcoran re same (.30); review fraudulent conveyance issues and documents (3.00). | 5.70 | 1,995.00 |
| 04/10/02 | CLN | Work on NPL comments and code documents to prepare to work with risk expert. | 5.00 | 1,500.00 |
| 04/11/02 | CLN | Confer with KWLund re draft comments (.30); multiple conferences with various experts, work on comments, and code documents for risk expert (6.50). | 6.80 | 2,040.00 |
| 04/12/02 | KWL | Review draft NPL comments (2.00); confer with CLNeitzel re same (.30). | 2.30 | 805.00 |
| 04/12/02 | CLN | Work on NPL comment draft. | 5.50 | 1,650.00 |
| 04/12/02 | KJC | Draft email response to KWLund re documents available for attic insulation issues (0.20); review correspondence re public health emergency issue (0.40). | 0.60 | 165.00 |
| 04/13/02 | CLN | Code documents to prepare to work with risk expert. | 3.00 | 900.00 |
| 04/14/02 | CLN | Review of documents for purposes of organizing documents for risk expert. | 2.80 | 840.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/15/02 | KWL | Prepare for meeting with Reed Smith attorneys re document production issues (3.0); telephone conference with Richard Finke and Reed Smith attorneys re document production issues (1.6); conference with KJCoggon re same (.40); review fraudulent conveyance discovery (1.0); telephone conference to Richard Finke re same (.30). | 6.30 | 2,205.00 |
| 04/15/02 | CLN | Assist LSDecker in drafting certain sections in Brief (.30); coordinate with expert re meeting (.20); code documents for risk expert (6.0); review LSDecker brief and provide comments (2.0). | 8.50 | 2,550.00 |
| 04/16/02 | CLN | Evaluate documents relating to risk and prepare NPL comments. | 9.30 | 2,790.00 |
| 04/17/02 | CLN | Prepare for meeting with expert (1.80); meeting with expert (3.70); follow up re expert (.50); coordinate with expert (1.0); work on NPL comments (3.0). | 10.00 | 3,000.00 |
| 04/18/02 | KWL | Review document issues re fraudulent conveyance claims (2.0); attend internal meeting re expert witnesses (1.0). | 3.00 | 1,050.00 |
| 04/18/02 | CLN | Conference with expert (1.5); attend internal meeting re expert witnesses (1.0); gather specific documents to send to client for review (1.0); conferences with expert (.80); coordinate with expert (.70); work on risk issues (4.5). | 9.50 | 2,850.00 |
| 04/19/02 | CLN | Conference with expert and work on comments (2.5); conference with expert re mortality study (.30); work on NPL comments (7.20). | 10.00 | 3,000.00 |
| 04/20/02 | CLN | Prepare NPL comments. | 8.30 | 2,490.00 |
| 04/21/02 | CLN | Prepare NPL comments. | 4.80 | 1,440.00 |
| 04/22/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/02 | KWL | Work on NPL issues and review draft comments (3.40); review ZAI materials received from Doug Cameron (3.00); telephone conference with Richard Finke re ZAI issues (.40). | 6.80 | 2,380.00 |
| 04/23/02 | CLN | Prepare NPL comments. | 10.50 | 3,150.00 |
| 04/24/02 | KWL | Review draft NPL comments (1.80). | 1.80 | 630.00 |
| 04/24/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |
| 04/25/02 | KWL | Work on ZAI issues with Richard Finke and Doug Cameron. | 2.00 | 700.00 |
| 04/25/02 | CLN | Prepare NPL comments and coordinate with experts. | 6.80 | 2,040.00 |
| 04/26/02 | CLN | Prepare NPL comments incuding conferences with experts. | 9.30 | 2,790.00 |
| 04/28/02 | KWL | Review draft NPL comments. | 1.60 | 560.00 |
| 04/28/02 | CLN | Prepare NPL comments. | 11.50 | 3,450.00 |
| 04/29/02 | CLN | Finalize NPL comments (3.5); meeting with expert (1.80); meeting with client (2.0); file comments (1.0). | 8.30 | 2,490.00 |
| 04/30/02 | CLN | Meeting with Grace representatives and experts. | 2.30 | 690.00 |

**Total Fees Through April 30, 2002:**    **236.70**   **$   73,055.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 41.20 | $  14,420.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 194.90 | 58,470.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.60 | 165.00 |

**Total Fees:**    **236.70**   **$   73,055.00**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/25/02 | | Long Distance Telephone: 9146867975 | $    3.11 |
| 03/27/02 | | Long Distance Telephone: 5012587133 | 3.34 |
| 03/27/02 | | Long Distance Telephone: 5016142834 | 4.96 |
| 03/27/02 | | Long Distance Telephone: 5016142834 | 4.86 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - airfare | 729.00 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - Hotel | 781.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - meals | 266.89 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - taxis/tips | 80.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - mileage | 67.53 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - parking | 143.50 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace - faxes | 50.00 |
| 03/28/02 | | Other Expenses: VENDOR: Travis T. Tygart; INVOICE#: 041002-1; DATE: 4/10/2002  -  Travel to Boston to review documents for WR Grace subway tokens | 10.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/31/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: A835577; DATE: 3/31/2002  -  Storage to 3/31/02 | 184.99 |
| 04/02/02 | | Long Distance Telephone: 7037298543 | 1.29 |
| 04/02/02 | | Westlaw | 51.76 |
| 04/04/02 | | Long Distance Telephone: 7036840123 | 1.47 |
| 04/04/02 | | Long Distance Telephone: 9146867975 | 1.74 |
| 04/04/02 | | Long Distance Telephone: 9146867975 | 1.11 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02  -  Courier, Acct. 0802-0410-8 03-25; Bert Price White Plains, NY | 27.04 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02  -  Courier, Acct. 0802-0410-8 03-27; Bert Price White Plains, NY | 7.55 |
| 04/04/02 | 26 | Photocopies | 3.90 |
| 04/04/02 | 40 | Photocopies | 6.00 |
| 04/04/02 | 108 | Photocopies | 16.20 |
| 04/05/02 | | Long Distance Telephone: 7243251776 | 3.71 |
| 04/05/02 | | Long Distance Telephone: 5012587135 | 1.64 |
| 04/05/02 | | Long Distance Telephone: 5012587135 | 1.08 |
| 04/05/02 | | Long Distance Telephone: 5016142834 | 6.49 |
| 04/05/02 | | Long Distance Telephone: 5016142834 | 5.72 |
| 04/05/02 | 201 | Photocopies | 30.15 |
| 04/08/02 | | Long Distance Telephone: 7243251776 | 2.95 |
| 04/09/02 | 108 | Photocopies | 16.20 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle Hotel | 1,006.40 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | Page | 9 |
|---|---|---|---|
| | | Invoice No.: | 597443 |
| | | Client  No.: | 04339 |
| | | Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle - taxi | 28.00 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle - mileage to and from DIA Airport | 15.32 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle - meals | 258.98 |
| 04/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 041602; DATE: 4/16/2002  -  Lodging expenses for period of April  1 - April 12, 2002 in Boston for Natalie Aberle - snacks for staff | 25.30 |
| 04/15/02 | 61 | Photocopies | 9.15 |
| 04/15/02 | 422 | Photocopies | 63.30 |
| 04/16/02 | 85 | Photocopies | 12.75 |
| 04/17/02 | 199 | Photocopies | 29.85 |
| 04/18/02 | 25 | Photocopies | 3.75 |
| 04/18/02 | | Travel Expense: VENDOR: Magnolia, The; INVOICE#: 177540; DATE: 4/18/2002  -  Denver, #85673, Room Charges for Doug Cameron, 4/16-4/17/02, D. Cameron | 633.04 |
| 04/19/02 | 4 | Facsimile | 4.00 |
| 04/19/02 | 2 | Facsimile | 2.00 |
| 04/19/02 | 1 | Photocopies | 0.15 |
| 04/19/02 | 3 | Photocopies | 0.45 |
| 04/22/02 | 6 | Photocopies | 0.90 |
| 04/22/02 | | Westlaw | 56.94 |
| 04/22/02 | | Westlaw | 56.94 |
| 04/23/02 | 45 | Photocopies | 6.75 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/24/02 | 18 | Photocopies | 2.70 |
| 04/24/02 | 437 | Photocopies | 65.55 |
| 04/25/02 | 6 | Color Photocopies: 6 Color Photocopies | 3.90 |
| 04/26/02 | 13 | Facsimile | 13.00 |
| 04/29/02 | 3 | Facsimile | 3.00 |
| 04/29/02 | 3 | Facsimile | 3.00 |
| 04/29/02 | 54 | Photocopies | 8.10 |
| 04/29/02 | 278 | Photocopies | 41.70 |
| 04/29/02 | 6,921 | Photocopies | 1,038.15 |
| 04/29/02 | 80 | Photocopies | 12.00 |
| 04/29/02 | 54 | Photocopies | 8.10 |
| 04/29/02 | 231 | Photocopies | 34.65 |
| 04/29/02 | 270 | Photocopies | 40.50 |
| 04/29/02 | 81 | Photocopies | 12.15 |
| 04/29/02 | | Postage | 12.85 |
| 04/30/02 | 81 | Photocopies | 12.15 |

| | | | |
|---|---|---|---|
| | | **Total Disbursements:** | **$  6,041.65** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 1,475.25 |
| Facsimile | | 25.00 |
| Long Distance Telephone | | 43.47 |
| Outside Courier | | 34.59 |
| Travel Expense | | 633.04 |
| Postage | | 12.85 |
| Westlaw | | 165.64 |
| Other Expenses | | 3,647.91 |
| Color Photocopies | | 3.90 |
| **Total Disbursements:** | **$** | **6,041.65** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/06/02 | CLN | Coordinate re health sciences conference at University of Montana. | 0.30 $ | 90.00 |
| 05/06/02 | MBF | Call University of Montana for CLNeitzel regarding asbestos/vermiculite scientific conference to be held in Missoula in July (.20); inform CLNeitzel regarding call (.30). | 0.50 | 45.00 |
| 05/08/02 | CLN | Confer with expert re expert opinion issues (.30); confer with Dori Kuchinsky re expert opinion issues (.50); assist in identifying documents needed from EPA (.50); coordinate technical issues and review re health sciences conference (.50) | 1.80 | 540.00 |
| 05/08/02 | KJC | Telephone conference with A. Stringer re agreement with Millwork West re moving planar equipment (0.30); draft letter re same (0.40). | 0.70 | 192.50 |
| 05/08/02 | MBF | Call University of Montana re conference at request of CLNeitzel. | 0.30 | 27.00 |
| 05/09/02 | KJC | Draft and revise letters to Millwork West re agreement to move planar (1.30); telephone conference with A. Stringer re letter to Millwork West and re EPA meeting (0.20). | 1.50 | 412.50 |
| 05/10/02 | CLN | Coordination re experts and review of ATSDR information (3.0); coordinate with experts re documents not yet provided by EPA and evaluate discovery (4.30) | 7.30 | 2,190.00 |
| 05/10/02 | WEP | Make two copies of CD "FOIA Request" (1.20); make two copies of CD "Year 2000 Medical Testing" (1.20); make two copies of CD "ATSDR Data Dictionary" (1.20). | 3.60 | 306.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/16/02 | WEP | Load CDs "DOJ001" through "DOJ006" to the network server (3.00); make one copy of CDs "DOJ001" through "DOJ0010" (4.30). | 7.30 | 620.50 |
| 05/17/02 | WEP | Load CDs "DOJ007" through "DOJ012" to the network server (3.00); make one copy of CDs "DOJ011" through "DOJ0012" (1.00); make one copy of CDs "WRG_009" and "WRG_011" through "WRG014" (3.5). | 7.50 | 637.50 |
| 05/20/02 | WEP | Load CDs "DOJ001" through "DOJ012" into Document Director (5.00);  load CDs "WRG_009" and "WRG_011" through "WRG_014" into Document Director (2.80). | 7.80 | 663.00 |
| 05/21/02 | WEP | Make 5 copies of CD "Libby Asbestos 031502" (2.50); re-load CDs "DOJ001" through "DOJ0012" into Document Director (5.00). | 7.50 | 637.50 |
| 05/22/02 | CLN | Conference with D.Kuchinsky and coordinate re film (.5); conference with expert (.80); draft memorandum to file re conference with expert (.20);  memorandum to file re Sciences International budget (.30);  review and evaluate Action Memorandum (1.20); code documents (.50). | 3.50 | 1,050.00 |
| 05/23/02 | MBF | Obtain copy of Federal Register notice re ATSDR tremolite study for CLNeitzel. | 0.20 | 18.00 |
| 05/24/02 | CLN | Review of Grace documents re Administrative Record and expert issues (1.00); review of Weis memo re expert issues (1.80). | 2.80 | 840.00 |
| 05/24/02 | KJC | Draft memorandum re summary of document review (1.10); conference with KWLund re same (0.20). | 1.30 | 357.50 |
| 05/24/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (6.20); travel to Denver from Boston document review (3.00) (3.00 N/C) (NWT 50%). | 9.20 | 1,150.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/02 | WEP | Create 3 CDs for imput of coded information into Lotus Notes for JHall (3.0);  Make one copy of CDs "DOJ001" through "DOJ004"  (4.00) | 7.00 | 595.00 |
| 05/28/02 | KJC | Conference with KWLund and JDMcCarthy re May 2, 2002 Action Memo (0.90); review Action Memo Amendment (2.10); review legal research re consumer product exception (0.70). | 3.70 | 1,017.50 |
| 05/28/02 | MBF | Proof discovery response for TKorver. | 0.60 | 54.00 |
| 05/28/02 | WEP | Make one copy of CDs "DOJ005" through "DOJ012" (5.80); make one copy of the EPP and ECW disks (3 total) (1.5). | 7.30 | 620.50 |
| 05/29/02 | CLN | Evaluate administrative memo amendment (1.5); assist LSDecker in preparing for interview of CDM employee (1.20). | 2.70 | 810.00 |
| 05/29/02 | KJC | Video conference with client and counsel re May 2, 2002 Action Memo Amendment (1.40); prepare for and follow up re same (0.30). | 1.70 | 467.50 |
| 05/29/02 | WEP | Make four copies of CDs "Volpe 1" through "Volpe 28". | 13.50 | 1,147.50 |
| 05/30/02 | CLN | Review DOJ letter (.30); code documents for defenses (2.50). | 2.80 | 840.00 |
| 05/30/02 | WEP | Make four copies of CDs "DOJ001" through "DOJ012". | 8.50 | 722.50 |
| 05/31/02 | CLN | Conference with risk expert and Jay McCarthy (1.00); review of motion for extension (.30); review client e-mail advising of risk matter raised by expert (1.50); code documents (2.50). | 5.30 | 1,590.00 |

**Total Fees Through May 31, 2002:**    116.20   $  17,641.50

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| CLN | Charlotte L. Neitzel | Partner | $ 300.00 | 26.50 | $ | 7,950.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 8.90 | | 2,447.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 9.20 | | 1,150.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 1.60 | | 144.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 70.00 | | 5,950.00 |
| | | **Total Fees:** | | **116.20** | **$** | **17,641.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 02/12/02 | | Long Distance Telephone:  calls made   02. | $ | 52.89 |
| 03/25/02 | | Long Distance Telephone:  calls from | | 50.18 |
| 04/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 04/10/02; DATE: 4/10/2002 - Denver, Customer #JJ0001, Dial-Up, 1/1-3/31/02 | | 0.14 |
| 04/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7129079; DATE: 4/15/2002 - Courier, Acct. HO7068 04-02; From EPA to HRO | | 8.25 |
| 04/17/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 29786; DATE: 4/17/2002 - Denver, #00020, Room Charges for Betty Anderson, 4/16-4/17/02, B. Anderson | | 170.46 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-05; Elizabeth Anderson Alexandria, Va | | 19.43 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002 - Courier, Acct. 0802-0410-8 04-05; Phillip Goad Little Rock, Ar | | 14.84 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-15; Phil Goad Little Rock, Ar | 8.77 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002 - Courier, Acct. 0802-0410-8 04-17; Phil Goad Little Rock, Ar | 14.84 |
| 04/29/02 | | Long Distance Telephone:  7036840123 | 1.19 |
| 04/29/02 | 19,480 | Photocopies | 2,922.00 |
| 05/01/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; Elizabeth Anderson Alexandria, Va | 9.47 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; Drew Van Orden Monroeville, Pa | 9.05 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Richard Finke Boca Raton, Fl | 19.43 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Douglas E Cameron Pittsburgh, Pa | 18.78 |
| 05/08/02 | | Long Distance Telephone:  4062933964 | 1.05 |
| 05/08/02 | | Other Expenses: VENDOR: Center for Environmental Health Sciences; INVOICE#: 050802; DATE: 5/8/2002 - CLNeitzel - attend First Annual Center for Environmental Sciences Scientific Conference on June 24-25, 2002 in Missoula, MT | 175.00 |
| 05/08/02 | | Other Expenses: VENDOR: Center for Environmental Health Sciences; INVOICE#: 050802A; DATE: 5/8/2002 - Dori Kuchinsky - attend First Annual Center for Environmental Sciences Schentific Conference - June 24-25, 2002 Missoula, MT | 175.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 8 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/08/02 | 55 | Photocopies | 8.25 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; Elizabeth Anderson Alexandria, Va | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; William Concord Columbia, Md | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; Richard Finke Boca Raton, Fl | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; Robert Emmett Columbia, Md | 40.41 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; Phil Goad Little Rock, Ar | 38.60 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-30; Dori Kuchinsky Leeburg, Va | 36.37 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-02; Drew Van Order Monroeville, Pa | 9.05 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-02; Phillip T Goad Little Rock, Ar | 8.77 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-29; U S Environmental Protection Agency Arlington, Va | 158.51 |
| 05/10/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 05/10/02 | 20 | Photocopies | 3.00 |
| 05/10/02 | 245 | Photocopies | 36.75 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            9
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00300

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/13/02 | 3 | Facsimile | 3.00 |
| 05/13/02 | 54 | Photocopies | 8.10 |
| 05/13/02 | 2,893 | Photocopies | 433.95 |
| 05/13/02 | 1,042 | Photocopies | 156.30 |
| 05/14/02 | | Long Distance Telephone:  5016142834 | 2.14 |
| 05/15/02 | 6 | Color Photocopies: 6 Color Photocopies | 3.90 |
| 05/15/02 | | Long Distance Telephone: 7036840123 | 1.83 |
| 05/17/02 | 22 | Photocopies | 3.30 |
| 05/22/02 | 19 | Photocopies | 2.85 |
| 05/23/02 | 82 | Photocopies | 12.30 |
| 05/24/02 | 496 | Photocopies | 74.40 |
| 05/24/02 | 1 | Photocopies | 0.15 |
| 05/28/02 | 5 | Photocopies | 0.75 |

**Total Disbursements:**                    $   **4,842.63**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page          10
Invoice No.:   601008
Client   No.:   04339
Matter  No.:   00300

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 3,662.25 |
| Facsimile | | 3.00 |
| Long Distance Telephone | | 109.28 |
| Outside Courier | | 535.80 |
| Travel Expense | | 170.46 |
| Research Services | | 0.14 |
| Other Expenses | | 350.00 |
| Color Photocopies | | 11.70 |
| **Total Disbursements:** | **$** | **4,842.63** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 603596 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/02 | CLN | Code documents from the Administrative Record (2.3); coordinate re attending Missoula conference (.50); coordinate with risk experts (.50); confer with R.Finke and R.Emmett re expert issues (.20). | 3.50 | $  1,050.00 |
| 06/03/02 | MCL | Update tracking spreadsheets re Winthrop Square and Cambridge boxes sent to and delivered by ONSS. | 5.30 | 662.50 |
| 06/04/02 | CLN | Review expert report in preparation for conference call (.30); conference call with Grace representatives re expert report (2.0). | 2.30 | 690.00 |
| 06/04/02 | WEP | Copy new images from CD onto network drive - CDs 21, 27-32 | 6.80 | 578.00 |
| 06/05/02 | CLN | Conference with risk expert re risk issues (.20); work on risk issues (1.0); conference with consulting expert re follow-up (.50); review of Dust to Dust (1.80). | 3.50 | 1,050.00 |
| 06/05/02 | WEP | Load new images into Document Director - CDs 21, 27-32 | 6.30 | 535.50 |
| 06/06/02 | RFE | Telephone conference with Alan Stringer re mining claim issues at Libby (0.30); review issues (0.20); prepare memo to KWLund re mining claims in Libby re mining claims in Libby (0.50). | 1.00 | 400.00 |
| 06/06/02 | WEP | Copy new images from CD onto network drive - CDs 33-42 | 6.80 | 578.00 |
| 06/07/02 | WEP | Load new images into Document Director - CDs 33-42 | 6.30 | 535.50 |
| 06/09/02 | KJC | Review draft letter to M. Horinko re Action Memorandum Amendment (0.30). | 0.30 | 82.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 5 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | CLN | Evaluate EPA comments (3.5); conferences with expert and evaluate EPA comments (5.5). | 9.00 | 2,700.00 |
| 06/12/02 | CLN | Conference with Grace counsel regarding risk expert reports (1.50); work on risk assessment issues to assist Grace experts (6.80). | 8.30 | 2,490.00 |
| 06/15/02 | CLN | Work on risk issues re response to June 4, 2002 EPA document. | 2.00 | 600.00 |
| 06/17/02 | WEP | Copy new images from CD onto network drive - CDs 26, 43-50 | 7.30 | 620.50 |
| 06/18/02 | WEP | Load new images into Document Director - CDs 26, 43-50 | 7.50 | 637.50 |
| 06/19/02 | KWL | Prepare for call with Matt Cohn re Administrative Record issues (.60); telephone conference with Matt Cohn re attic insulation and Administrative Record issues (.60). | 1.20 | 420.00 |
| 06/20/02 | KWL | Compare First Supplement to the Administrative Record and Grace's response to Second Supplement. | 4.00 | 1,400.00 |
| 06/20/02 | WEP | Make twelve copies of CD "AR Supplement #2" | 7.00 | 595.00 |
| 06/21/02 | KWL | Review Second Supplemental Administrative Record documents provided by EPA (4.00). | 4.00 | 1,400.00 |
| 06/21/02 | KWL | Review Second Supplemental Administrative Record documents provided by EPA. | 4.00 | 1,400.00 |
| 06/22/02 | KWL | Review Second Supplemental Administrative Record produced by EPA. | 6.50 | 2,275.00 |
| 06/24/02 | KWL | Review administrative record documents re draft comments. | 3.00 | 1,050.00 |
| 06/24/02 | CLN | Attend asbestos conference in Missoula. | 9.00 | 2,700.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/25/02 | CLN | Attend asbestos conference in Missoula (8.0); review and revise notes from conference (1.50); return travel to Denver (2.0) (2.0 N/C) (50% NWT). | 11.50 | 3,450.00 |
| 06/25/02 | WEP | Copy new images from CD into network drive - CDs 51-60 | 6.30 | 535.50 |
| 06/26/02 | CLN | Write up of notes from conference and evaluate risk issues. | 7.50 | 2,250.00 |
| 06/26/02 | WEP | Load CDs of new images into Document Director - CDs 51-60 | 5.80 | 493.00 |
| 06/27/02 | KWL | Review Administrative Record documents re possible comments. | 2.00 | 700.00 |
| 06/27/02 | CLN | Work on notes of conference (2.0); meeting with KWLund re case management (1.0); coordinate with expert and work on administrative record comments (5.5). | 8.50 | 2,550.00 |
| 06/27/02 | WEP | Make one copy of CD "AR Supplement #2" | 0.80 | 68.00 |
| 06/28/02 | CLN | Conference with D.Kuchinsky re risk issues and work on risk issues (3.0); conference with risk expert and work on risk issues (3.0). | 6.00 | 1,800.00 |

**Total Fees Through June 30, 2002:**   **163.30**   **$   36,296.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| RFE | Frank Erisman | Partner | $ 400.00 | 1.00 $ | 400.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 24.70 | 8,645.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 71.10 | 21,330.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.30 | 82.50 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 5.30 | 662.50 |